E-FILED
Wednesday, 29 October, 2025  04:44:56 PM
Clerk, U.S. District Court, ILCD

Ryan Christopher Armstrong

ryan.armstrong@gmail.com

(309)536-2151 (I communicate with messaging/email because of my disabilities)

Street Address: 105 North Blayney Street, Alexis IL 61412

Mailing Address: P.O. Box 261 Alexis IL 61412

## Court Evidence/Complaint/Argument

<u>Table of Contents</u> *(this is my best effort to organize my evidence while not being able to remember the chronological order of my past because of the permanent brain damage my head injuries caused)*:

- Injuries & brief descriptions of their causes (several were murder-attempts that permanently damaged me).

- Symptoms from injuries.

- Court topics.

- Driving related court topics & examples of being violated while driving.

- Medicine/Drugs & court topics/violations/neglect involving them.

- Violations/neglect related to being forced to overdose with medicines.

- My previous doctors & violations/neglect related to them.

- Dentists from my past.

- Alcohol poisoning & violations/neglect involving alcohol.

- Violations/neglect related to smoking & chewing tobacco.

- Lawyers of mine from my past despite never receiving fair nor proper representation & continually getting violated/neglected.

- Jails & psych wards I have been unlawfully forced into & violated/neglected while in.

- Court topics about being porned/sexually-abused/raped for my entire life while under illegal surveillance.

- Examples of violations/neglect from my childhood.

- Violations/neglect/sabotage involving my time with the people from my life.

- Testimony about being forced into breaking into other people's living environments while in concussion-coma like state of mind & being controlled with mind-control technology.

- Violations/neglect involving sexual abuse from my life while I was in a concussion-coma-type state of mind & or while being controlled/sabotaged with mind-control technology.

- Violations/neglect involving my personal/private life.

- Violations/neglect that included "arson"-type incidents.

- Violations/neglect that involved 'hit & run'-type incidents

- Violations/neglect that occurred as I was attempting to work.

- Violations/neglect that occurred as I was attempting to be educated.

- Violations/neglect that occurred as I was attempting to be a competitor at Poker (card-game) both in casinos & online.

- Violations/neglect that occurred as I was vacationing.

- Violations/neglect that occurred while living in specific living environments (the violations to me since July of 2019 are listed under the 'Alexis' portion of this section).

- Examples of more violations/neglect from my life that I don't remember enough about to place into another portion of this evidence.

- List of my designs/inventions/contributions that I plan to provide to society while gaining lawful credit/earnings/protection for.

- A list of movies/tv shows that I had in mind to help contribute (some are already being   used that I suggested during childhood) & examples of inclusion/harassment/violations from our entertainment industry.

- A criminal profile of my violator/violators who violate me while using mind-control technology as a weapon.

- A list of protection orders that I deserve & need.

- My self-defense argument for court.

- Constitutional Provisions & United States Codes of Law Involved with my case.

- Defendants involved in my lawsuit.

- A list of Authorities that I have turned this evidence/complaint into.

- Other Victims involved with my case.


Physical injuries & their causes:

       Multiple traumatic brain injuries (over a dozen separate severe brain injuries), multiple spinal cord injuries, left foot cut off/stapled back on, other body-damage & sickness:

-      At Monmouth Park the merry-go-round spinning full speed (heavier merry-go-round of the 2 @the park, the 1 furthest south), full of kids, caused a severe brain injury which left me with brain damage & the permanent disability, cerebral palsy. I was riding the merry-go-round with 5-8 other kids as some lady (or 2 separate women) pushed the merry-go-round to get it going as fast as possible. A violator using mind-control technology as a weapon caused this

injury to happen simultaneously while telecommunicating "Ryan, we are going to let go of your hands & you're going to get hurt" as I was hanging on for my life. Inside my mind I was arguing with my unknown communicator thinking "no way in hell am I letting go" when instantly I was forced to completely let go of the merry-go-round & slide off of it. I slid off feet first & my head fell back into the spinning piece of metal & my head was hit by it, then bounced off the ground & hit by it again & then possible again (& again) before it seemed to get pinched underneath of it (I believe the entire merry-go-round came to a complete stop because of my head getting pinched (causing my skull to crush). I blacked out after it came to a stop. I was 3-5 years old at the time. This injury took my original cognitive abilities (my personality, ability to communicate, ability to read, ability to focus, ability to balance, my athleticness & more) as well as made my spinal cord feel as if it's been dead since. My spine is dead from head to tail bone but the dead/numb extends all the way down through my lower body & arms. The back sides of my legs & my biceps have felt completely dead/floppy/non-existent since. I believe my violator forced me to fall off of the merry-go-round because the other kids on it were about ready to fall off (so that I would take the injury instead of 1 of the other kids). I was the strongest kid on the ride & the strongest kid I knew before this happened. This was certainly a murder-attempt made to look like an accident to anybody that wasn't aware that mind-control technology is used to violate & control me on a daily basis. I'm pressing charges for being murder-attempted & seeking justice/compensation. There were more witnesses than the 2 people spinning & all the other kids on the spinner (including whoever took me & my cousin, Corey Sprout (he was riding on that ride with me that day), to the park that day) but I am uncertain who they were. Someone must've picked me up off the ground & taken me home. After this injury I was so hurt that I was paralyzed. When I tried to open my eyes, I couldn't. When I tried to move a body part, nothing would move. When I tried to talk, I couldn't make a noise. I couldn't swallow. I slowly recovered (somewhat) but have had cerebral palsy since this injury. After recovering some I could walk again, but it was difficult & uncoordinated as my entire body was floppy/weak. I had very severe headaches almost every day after this injury & each one felt like it was going to kill me.

I was once again murder-attempted by my violator (who uses mind-control technology as a weapon) with this same merry-go-round soon after recovering from the 1st injury enough that I was able to run again. For this memory I remember being at the park & in a concussion-coma-type state of mind when my mind went blank while thinking about my anger with my mother as I was running around practicing moving my newly disabled body around again. In this mind blank it felt as if mind-control technology was used on me to control my thoughts/actions/everything. While running around the park I was suddenly/spontaneously forced to spin the empty merry-go-round as fast as I could spin it then instantly back up several feet, turn around & run head first into it as it was spinning as fast as I could spin it. Whoever took me to the park must've found me unconscious & took me home.

I wasn't taken to the hospital for an extended period of time after these injuries despite being severely hurt & extremely miserable. At the hospital I was put to sleep with medicine so

they could operate on me. I still don't know what they did to me but my severe headaches went away.

This injury or injuries stole my original cognitive/physical abilities & I have been permanently disabled since. I'm seeking justice for attempted murder for each of the separate incidents. I don't know which authorities, organizations & individuals have access to using mind-control technology but I need an investigation done to find my guilty violator/violators. My research tells me the C.I.A. are claiming the experiments involved with mind-control technology but am certain there are more organizations, authorities & individuals with access. Regardless, the amount of people with access is limited (& their use of it is almost certainly constantly kept on record) so the investigation work necessary to prove my violator/violators guilty should be simple. Whoever my guilty violator/violators are deserve capital punishment.

- My next head injury was due to a heavy, utility atv (4-wheeler) wreck when I was around the same age (4-6 years old). A hired man working for my father, Brian Parkins, wrecked the 4-wheeler while driving over 40 mph as we were doing farm chores. I was in a concussion-coma-type state of mind before this injury occurred & have no recollection of anything after the accident until we were back at the farm's headquarters. I wasn't wearing a helmet. I remember just before we wrecked that I was violated with mind-control technology by my violator/violators. When I was violated, I was forced to pretend to reach for the handlebars just as I had seen someone else do earlier in my life (I was upset when I saw whoever pretend to do this beforehand). Brian probably thought it was me instead of the truth that mind-control was forced to make me do that but very few moments later we wrecked going over 40 mph. The wreck was a rollover but I don't remember any details past that. I don't know if mind-control technology was used to force Brian to wreck us or if it was an accident or if he wrecked us on purpose but with how often I've been violated with the technology I have reason to believe he was violated with mind-control technology & forced to wreck us (making this incident possibly another murder attempt I was forced to suffer from). I need this incident investigated thoroughly as well for the sake of justice. I didn't 'wake-up' from this wreck until we were back at the farm's machine shop. I remember being in a daze & unable to control my actions/words while in the shop. I remember getting back to the shop & Brian telling me not to tell my dad or anybody about the wreck. I then remember looking at Brian & spitting on him then drinking all of the Mountain Dew before blacking out again. I never told anybody about the wreck until now because of needing to report it with my evidence & because I completely forgot that it happened for the majority of my life. These first 3 head injuries gave me permanent brain damage & I've spent the rest of my life (constantly) going mind-blank & suffering from head-injury symptoms. This injury caused damage to my right shoulder (separate from my cerebral palsy (my cerebral palsy negatively effects both shoulders)) that I still suffer from at 36 years old. If I was violated intentionally for this incident I'm seeking justice.

- The next head injuries were less severe & were caused by hitting my head on concrete separate times while playing in childhood football games. I also had my head stomped by a

group of 3-5 kids who were on the opposing team as another 2 or 3 kids held me down on 2 separate occasions. Each time 2 or 3 of them held me down while the other kids took turns kicking my head. I was told I couldn't fight or I would go to prison so both times I laid there & attempted to cover my head while I was kicked (I could've dominated every kid on the field both times but followed the rules I was told to live by). Both times they kicked my head until I began to attempt to get up when they suddenly stopped. Both times I got up dizzy & then went back to playing football with the same kids because of not wanting to go to prison. I have no memory of the identity of these kids & need an investigation done to prove who they were. This happened after my initial severe head injuries so each incident would have been considered another murder attempt. Drew Robertson & Corey Sprout are potential witnesses. That all happened at Warren High School football games but I played in another game at the grade school I went to also. During the game at the grade school, I took a hit from the side that I didn't see coming & smashed my head on the concrete pretty hard once again. It was after that hit that I noticed that my vision suddenly had a big 'blood spot' in it (my vision appeared the same as if a movie camera had blood splattered on its lens). During that football game I took it extremely easy on every kid I played against & made sure none of their heads touched the concrete when Tommy Ayers ran & blindsided me from the side & my head hit the concrete hard. After that hit I briefly stopped functioning cognitively & accidentally fell backwards on top of a kid who got his entire body/head put onto the concrete. I've also chipped a tooth 3 separate times while playing football as a kid. All 3 of the hits that caused me to chip a tooth were on concrete or asphalt.

-        Another couple of playground injuries unfortunately added to my list of head injuries including getting hit in the head by someone swinging on a swing, as they swung by. I was in a concussion-coma type state of mind & was hanging out with Drew Robertson. I was blank minded & suddenly had the idea/suggestion that we should practice tackling each other for football next to the swing set that had someone swinging on it so that we could raise our adrenaline & make certain we kept our focus keen. I remember thinking I'd have to attempt to persuade Drew into it when he unexpectedly took off running straight for the person on the swing. I took off running after him & tackled him out of the way so he didn't get hit by the person swinging but the person hit me in the side of my head. Part of me thinks that my violator who uses mind-control technology to control me forced me to suggest this but I can't remember for certain. I do know for certain that I did not suggest it thinking nor hoping either one of us would get hurt. - Another set of injuries happened while with Drew Robertson. We had just finished playing a game of full-contact, tackle football (as I was playing severely head injured) when Drew led me over to a metal teeter-totter while I was in a daze. I sat on the teeter totter not expecting to get violated by Drew when he suddenly jumped off the teeter totter or did something so that it suddenly smashed into my tail bone (causing pain similar to a broken bone). The injury & his unexpected action put me in a shocked state & I suddenly (without thinking & while just reacting in a severely head injured state of mind) hopped off the same way he did. When I did that the metal teeter-totter smashed me in my chin. I'm seeking justice for being constantly violated.

- At some point between then & when I turned 10, I began sleeping on a bunk bed. I fell & was forced to fall out of my bunk bed several separate times (landing on a wood floor). I firmly believe mind-control technology was used to force me to fall out of the bunked bed. I believe this because a couple of the times were timed to me having dreams of falling or being chased off of buildings. On another occasion I remember waking up just prior to falling out of bed & it feeling as if an invisible someone was grabbing me & forcibly rolling me out of bed. Every time I fell & smacked my head on the wood floor). - I can also remember multiple times when my mind would go blank & I would run full speed into the interior walls of our homes head first (it would feel as if mind-control technology was used to force these incidents on me). I remember my Grandpa telling me that I needed to stop running into walls. During this time of my life I would often wake up in the middle of the night or morning completely drenched in sweat (just as wet as if I jumped into a pool of water).

- The next incident happened while staying at Corey Champions with Aaron Gavin during grade school. We slept outside around a campfire & the next morning I woke up with over 75 mosquito bites on my back/neck & several more on the rest of my body. I slept outside without my shirt on & woke up miserable. I believe someone covered me with some type of mosquito attractant while I was asleep. I fell asleep with mud on me & that could have been a contributing factor. This happened in the early-mid 1990s.

- I used to have a small Yamaha 125cc 4-wheeler that was slow. It used to anger me that my parents had me riding around on a slow 4-wheeler. I ended up using it as practice for taking hits in football by driving the 4wheeler full speed & then jumping off. After I chose to do this (while I was brain injured) I was once again violated with mind-control technology & forced to wreck at almost top speed. The wreck hurt but didn't permanently damage me worse than what I was already. When I went back inside I remember getting forced to whimper to my mother about it but I don't remember if I was able to communicate the fact that I was forced to wreck with mind-control technology or not.

- While in 1st grade I managed to hurt myself during a footrace down my grade school's metal bleachers. I was in a head injury stupor & tried jumping over the last part of the bleachers as I was racing down them. My foot slipped & I tripped over one of the benches & the head injury that ensued gave me 20+ stitches in my forehead. This is another injury that happened because of the damage caused by my initial injuries.

- Also in the 1st grade, I jumped out of a tree house elevated 15 feet or so while playing a game of tag (intending to grab the escape-rope), & sustained a fall-injury to my pelvis/tail-bone/spine. I believe mind-control technology was used to violate me during the incident & force me to fault as I attempted to grab the rope. I was in the tree house & jumped for the escape/climbing rope was on the outside of the tree house as I was about to be tagged & my mind was blanked just as I attempted to grab the rope forcing me to miss the rope. I fell 15 feet or so down onto my butt. When I landed it felt as if my tailbone shattered & shot my vertebrae

column up into my brain. Jake Gavin or Alex Gavin witnessed this. I was unable to use my legs nor walk when I attempted to get up so I army-crawled with my arms & hid under a group of pine trees because we were playing hide&seek tag. When I crawled under the pine trees I passed out. Hours later I woke up & was able to walk but was noticeably hurt. I'm uncertain if medical care was given to me while I was passed out or not. After waking up I walked back to the Gavin's house because nobody was outside anymore & none of the Gavin kids said a word about anything when I returned to their house hours later & still haven't said a word to me about it to this day (They left me outside passed out, unable to walk & then acted like nothing happened when I went back inside). Part of me think a Dr. or EMT gave me some type of emergency surgery as I was passed out under the tree that allowed me to be able to walk again. This happened after I had went home & prayed for Aaron to get stronger because of how easily I initially could dominate him while playing football (I mention this fact because mind-control is being used to read my thoughts & punish/torture me for them & several more examples are included further along in this testimony).

-       Also in the 1st grade, Patrick Gavin jammed all 10 of his fingers up my ass with a sneak-attack-jab, while playing a game of basketball. He ran up behind me unexpectedly & made his hands into a prayer-type formation & then jabbed his praying hands into my rear while my back was turned on him. This injury hit a nerve & caused pain. I believe it's because of this injury that still to the day I have to wipe my rear multiple times after passing my bowels (once after passing my bowels & then again about an hour later). I lived with the Gavin's sometimes while my mom was in the hospital for 6 months during this time of my life. When this happened, I turned around & very lightly (with no force at all) kicked Patrick in his groin area as a reaction to his attack. I decided to continue being a good kid & not punish him by physically harm him despite still being able to completely dominate him physically. He then instantly ran off to his mom & told her that I tried to hurt him by kicking him in his balls & I was punished. I was so hurt with brain damage that I couldn't talk to defend myself so I just sat in the corner & then soon forgot about this incident for a long time. Initially, I decided to forgive Patrick because I was uncertain if he was guilty or if my mind control technology using violators forced him to violate me (because I was being violated with mind-control technology all day every day & still am). Regardless of if he is guilty or innocent, I'm seeking justice for being violated.

-       While playing baseball in between the ages of 7-13, I took a couple more hits to my head. The 1st was when my violator/violators who use mind-control technology to violate me suddenly moved my hand/glove out of the way while I was about to catch a high fly ball causing the ball to land on my head. I'm seeking justice for this incident & it could also be considered another murder-attempt because of how head injured I was at the time. The second time was during a practice & I was on the pitching mound facing away from the coach hitting balls to the outfield. Coach Craig Robertson hit 1 that lined the back of my head & knocked me to the ground.

-       Another injury I sustained was from being kicked by a full-size cow. I showed cattle as a small kid & while working with 1, my right hip/femur was kicked out of place & still causes

popping noises to this day. Mind-control technology was used to intentionally blank my mind multiple times while at the farm & I believe this was result of me getting violated but I cannot remember for certain (mind-control technology has been arrogantly & blatantly used on me nonstop for my entire life & the majority of the time my mind goes blank is because of my violators blanking my mind intentionally). If the investigation for me proves this was result of me being intentionally blanked in this situation, I'm seeking justice for the injury that their violation caused. This happened in the early 1990s.

-       These next 2 head injuries were caused from golf cart wrecks. A friend of mine had the steepest hill in town at his house. He also had the fastest golf cart that I've ever ridden on by a long shot. For some unknown reason he drove 3 of us down his hill in his topless golf cart as fast as possible (while slipping the cart in "neutral" part way down the hill to gain extra speed) & yanked the wheel at the bottom to cause us to wreck by rollover. Unfortunately for me during that wreck, I was seated on the outside (the side we rolled towards) & was trampled by the golf cart with all of it's momentum/force as the other 2 flew out. I remember everything up until the wreck at which point I don't remember anything except that I immediately walked home (in a sleepwalk) after the wreck without checking on the other 2 that were with me. I walked home in a blurry-daze through the golf course & believe I passed out & puked several separate times before getting home & falling asleep on our garage's concrete floor. Corey Champion & Stacia Hackspacker-Robbins were the other 2 on the golf cart.  Corey began finger-banging Stacia as we were driving down the hill & I'm mentioning this because the start of the movie 'Basic Instinct 2' is a remake of this memory of mine & I deal with a lot of intentional/coincidental inclusion/ similarities/harassment from our entertainment industry (which I will describe in more detail further along in this testimony). I don't know if this was a murder attempt on me or not. I don't know if mind-control was used on Corey to force him to wreck us or not. If mind-control was used to force Corey to wreck us I'm pressing charges on my mind-control using violator/violators for another murder-attempt. If not, Corey is either guilty of murder-attempting me or he is guilty of being an idiot that caused another life-threatening injury to me. Regardless I am pressing charges because this injury once again caused me brain damage. I had recovered from my other severe brain injuries enough that I could run around decently again. I still couldn't read/communicate reliably but I had recovered enough that I was able to completely master the card games Texas Holdem, Omaha & Omaha Hi-Lo. I had completely mastered these games while constantly practicing on pokerstars.com the couple years prior to this to the point that it was rare that I'd find competition while playing online (I dominated once I had it mastered). After this injury I lost all ability to play cards at the level I used to be able to & still to the day haven't regained my cognitive abilities allowing me to compete at that level (I still am terrible at cards compared to the level I used to play at & am still unable to multi-task). Before this injury I had recovered enough that while attempting to play football I was once again the best hitter/tackler out of any of the kids I was around. After this injury I once again lost my physical abilities to the point that I was no longer able to perform athletically at the level I had been able to previously recover to.

Another head injury from a golf cart wreck occurred around the same time. I was driving my golf cart (which had a top), down the hill on the Monmouth Country Club's hole #7 while out there with Aaron Gavin & Corey Champion. I was on my golf cart by myself & was trailing behind those 2 who were both in Corey's golf cart. Whoever violates me with mind-control technology suddenly yanked the wheel with my hand as I was driving down the hill on hole #7 at the same time as I was about to yell at Corey for doing the same thing he did to wreck when he wrecked us as he was on his golf cart with Aaron (He was driving down the #7 hill & doing a 360 with Aaron on the cart. I thought about hurting him for putting Aaron's life at risk & was in the process of beginning to yell at him when I was violated). During this golf cart wreck, my hand that was on the wheel was suddenly yanked to the right causing the golf cart to roll to the left. The top of the golf cart landed directly on my right temple & caused my head to get implanted into the grass where it was smashed by the golf cart. I'm pressing charges for attempted murder. It then felt as if I had an out-of-body experience & mind-control was used on me to immediately get up (while sleepwalking), pick up the rolled-over golf-cart & then instantly drive it home without another word to anybody. Once I got home I believe my father was forced with mind-control to instantly punch me when he noticed the damage to the golf cart. His punch sent me through the air for several feet & into our concrete garage wall where I fell onto the concrete floor & immediately got back up in the same "sleepwalk" & went to my bedroom & fell sleep. My dad had been getting constantly tortured & tormented by my mother on a daily basis for my entire life. He also had been getting tortured by me getting constantly violated/sabotaged/hurt by my violators & he was constantly getting tricked by my violators who use mind-control technology to sabotage my personality as they do my talking. I'm not pressing charges on my father for punching me unless he knew I had just been murder-attempted by my violators who had just forced that golf cart wreck on me & then willfully chose to punch me on purpose. If anything, I'd be pressing charges on my mom for constant mental/domestic/child abuse that caused my dad to fault & punch me. My mom picked a fight with my dad nonstop every single day & would constantly lie. Now, if my Dad knew that my violator who uses mind-control technology had just murder-attempted me by forcing me to wreck the golf cart on myself & then intentionally punched me less than 3 minutes later, he is guilty of attempting murder on me & I'm seeking justice.

Corey had done that several times before both of these wrecks & I had yelled at him not to do that every time. He had argued back with me that the golf cart wouldn't roll because of how it's weight was dispersed.  Corey was smart enough that he knew that if he rolled it over to his outside that the passenger would get trampled & that he would get flung into the grass unharmed. Every time he did this, he attempted to get the wreck to trample his passengers. These injuries happened in between 1997-2001.

-       While roughed up from these head injuries, I managed to break my arm/wrists on 3 separate occasions & tweak my elbow in a bad way. I was jumping on an above ground trampoline and flipped off of the trampoline while catching my arm near the springs. My arm

catching left me dangling off & my body weight caused damage to my elbow that I've dealt with ever since (most noticeably when I throw a baseball/football). My wrists broke twice because of my bones failing while attempting to catch myself falling (once while snowboarding & once while slipping on my asphalt driveway while wearing soccer cleats before a game) & I broke my arm because a makeshift backstop fell on top of me during hitting practice for softball as a kid. I don't believe any of these injuries would have happened if not for all of the damage (both physical damage & immune system damage) I'd suffered because of getting intentionally violated with head injuries.

-       The next time I ended up hurt was once again because of mind-control violator/violators & concussion-coma type symptoms. I was working on my father's farm with Corey Champion, the guy who wrecked me on the golf cart & Justin Haase. We were pulling old fence out by attaching a log chain to a utility atv (4-wheeler) & then to the fence. We then would drive along ripping out the metal portion of the fence from the overgrown grass & fence posts. We were on break after doing some work & had taken the break after attaching the 4-wheeler to the fence. The atv was a 2000-2003 Honda Rubicon weighing well over 500 pounds. This particular fence was next to a paved road with steep ditches. While on break suddenly I blacked out with anger because I suddenly remembered Corey wrecked me on his golf cart (after completely forgetting about it) & he was just sitting on my farm, working with me & acting like he has never done any wrong. While in my blackout, I got up & went off by myself & hopped on the 4-wheeler. I took off driving down the paved road ripping the fence out no problem & suddenly the fence caught on a telephone box that I was unaware existed (just prior to me flipping, mind-communication technology was used on me to communicate to me "Ryan, you are going to get hurt"). The fence stretched out & suddenly flipped the atv over backwards. The atv it landed on top of my head, crushing it onto the pavement & further putting me into a concussion stupor. The atv landed on my body, after my head, & had me crushed & pinned on the roadway south of Cameron, Illinois. Luckily someone drove up (Mr. Mitchell) & after he told me he couldn't lift the 4-wheeler off of me I was able to communicate to him that I had help at the farm. The old driver then returned with Corey & Justin. Justin ran up to me & lifted the 4-wheeler off of me. They then drove me back to the farm's machine shop where they all stood around in shock for a moment & Justin told me I needed to go to the hospital. I was so hurt that I didn't think I needed to go to the hospital & argued back with him while in a coma-type state of mind. The head injury severely earthquaked through my entire body like only severely head injured people could understand. He ended up calling my dad who soon showed up & took me to OSF hospital for stitches. Dr. Val Flacco asked what happened & I told her a 4-wheeler flipped over & smashed my head into the pavement. Once she finished giving me stitches, I was released without another word from doctor about my injury. I don't know if my mind control violators forced me to go mind blank & then intentionally forced me to drive/wreck or not but once again this is another injury that would have never happened if not for all of the violations & neglect forced upon me leading to that point. I was a very intelligent person (my list of designs/design-plans/contributions/etc. prove that) who cares a tremendous amount about my life & the lives of good/innocent people

who is meticulous/careful/a-perfectionist when I want to be & can focus. This injury would have never happened if I had been provided justice, been on the medicines that improve my quality of life, had an end put to my violator/violators who sabotage/control/violate/interrogate/communicate/murder-attempt/sexually-abuse/mentally-abuse/physically-abuse me all day every single day using technology as a weapon & there is absolutely no arguing this fact. This injury severely injured me & put me back into a severely brain injured state of mind. It once again took what strength that I had recovered. It once again took my cognitive abilities & it once made my vision worsen. Before this injury I had started to get decent at pool (billiards) & after this injury my vision worsened to the point that I can no longer play (it also took my ability to concentrate/focus yet again as well). This happened in 2002.

-        The next wreck was on a sport 4-wheeler & happened during another sudden blackout. It was a rollover wreck at probably 20-30 mph that me & Selina Goddard-Shiftlet didn't get trampled by. I believe someone using mind-control technology blanked my mind intentionally to cause the wreck. I know the wreck didn't cause any more damage to me & she told me she was ok at the time. I was driving on a grass straight away next to a corn field that was probably 100 yards long. At the end of the straight away was a right-angle turn. About 50 yards into the straight away my mind went blank & I didn't 'wake-up' until the turn. I suddenly came back to & attempted to brake & make the turn (without having time to process the fact that it was too late to attempt the turn). We wrecked & rolled the 4-wheeler. I'm seeking justice for being neglected as I've constantly been arrogantly/blatantly violated with mind-control technology by a violator who has zero respect for my life/health/respectability. This happened in 2002 or 2003.

-        Another murder attempt was caused by their mind-control use on me. I was climbing a hill with another utility 4-wheeler when I was intentionally blanked/froze, again, as I was falling backwards off of a steep cut-out/drop that was in the hill. Had I not been intentionally frozen/blanked with mind-control technology I would have easily been able to jump off in the opposite direction of 4-wheeler. I landed flat on my back on the ground (unable to move) & the 4-wheeler landed on top of me. Luckily for me it landed above me, with me in between the tires & I wasn't touched by the machine & sustained no other injury. If not for the suspension/clearance I would have been a dead man. Justin Haase was with me & witnessed this but was unaware they used mind-control technology to freeze me & put my life in danger. In my mind this was yet another murder attempt/violating-threat & I'm seeking justice. This happened in between 2002-2004.

-        The next injury was a wreck in my Dodge Dakota with 6 or 7 of us in the truck. I don't believe the accident injured me further but I know it possibly injured 1 or 2 of the passengers. Once again, I believe I was violated with mind-control technology by a violator who intentionally caused the incident. It was dark and I was driving in 1 of the farm's pastures with several passengers after we had been drinking alcohol. Suddenly we drove into a dip in the land that I didn't see & it caused us to dead stop from 20-25 mph. My head hit the steering wheel, the

guy in the middle's hit the dashboard (Tyson Rogers) & the guy sitting passenger hit the windshield (Nolan Tabb). Nolan's head caused the windshield to spider. No airbags deployed & the people in the back were all ok at the time (to my knowledge). I was in a concussion-coma state of mind before, during & after the incident. I'd been being violated with mind-control technology for my entire life up to this point & remember noticing that I was being violated with mind-control at the time. We were at the farm's machine shop when it suddenly seemed as if I turned into an angry version of either my father or Mick Kaywood & I was forced to suggest that we go for a drive out to the pasture. I was in a mind-blank the entire time from then until just seconds before the wreck when I was suddenly woke-up in front of the dip in the land that we wrecked in without time to react & prevent the wreck. After the wreck I don't remember much more of that night & don't remember any specifics from the night still. I'm pressing charges for constantly being violated & forced to fault with mind-control technology. I believe this incident was an attempt to set me up for another punishable crime & an attempt to get Armstrong Farms sued as well as an attempt to hurt me & whoever was with me & I am seeking justice for being violated/sabotaged/murder-attempted. The wreck near totaled my truck & I'm pressing charges for my dad who owned the truck/farm. This happened in 2005.

-       Wrecking a Honda Accord head-on into a group of trees at 50-60 mph was my next injury. I went over a hill one morning & was met at the top of a narrow-roaded hill by a school bus. The bus was over the center line of the road when we crossed paths at the top of a hill & caused me to swerve & lose control of the car because of the gravel shoulder. I lost control of the car at the top of the hill while beginning to go down the steep hill. At the bottom of the hill, I crossed the ditch on the opposite side of the road & flew head-first into a group of trees. When I went over the ditch the car slivered between a pine tree & a telephone pole so closely that it ripped off the side-view mirror on the driver side of my car as the passenger side of the car drove through the branches of the pine tree but missed its stump. I didn't have on a seatbelt & the wreck threw me into the windshield, head 1st, banking my head from the windshield to the passenger floor. My legs were mangled terribly in several indescribable directions & my torso was turnt in horrible ways. Somehow, I was able to walk out & in a concussion-coma type state of mind I told the ambulance driver that I didn't need medical attention. I hit my head hard on the windshield & am in disbelief that I didn't break my neck/back or seriously injure my spinal cord worse. It felt as if I had been put on some sort of nerve blocking medicine prior to the wreck. This is another injury that would've never happened had I ever been provided justice or the medicines I need or if a stop had ever been put to me getting violated/neglected nonstop.  I'm seeking justice for being violated/neglected. This happened in the Fall of 2005. On 5/30/25 I remembered being told while I was in grade school at I.C.S. that this wreck was going to happen while I was in high school.

-       My next injury was caused by a log chain breaking while pulling out fence posts with a backhoe. The chain broke and whiplashed backwards & then forwards. As it was flowing back forwards after its backlash, it struck me in my right temple in the same spot as the 2nd golf cart

that landed on my head. 2 of the farm's employees were there with me for this incident but weren't able to actually see it hit me because they were faced the other way (Justin Haase & Gary Mallonee). For this freak accident, I had left the other 2 as they were working & walked dozens of yards away to urinate. I was walking back towards them thinking to myself with my head down as Gary was in the backhoe & Justin was working the chain. Haase heard it hit me & said "please tell me that didn't hit you in your head". I responded "that just hit me in my head". The pain caused from this injury wasn't severe but since that day my head has had a ringing sound inside of it that has only went away for about 5 seconds. This happened in 2002-2005.

-        Another injury was a motorcycle wreck. Once again, a sudden blackout (believed to me to be caused by whoever is using mind-control on me) caused me to suddenly attempt a turn that I hadn't slowed down for. I was driving the dirt bike on the paved road by my house when suddenly my mind went blank. I was going probably 40 mph when suddenly I woke up about 30 yards from the turn I was wanting to take onto a gravel road. Without being able to process anything in time I attempted to make the turn. The decision sent me and an enduro dirt bike sliding a good 20-30 yards on gravel. I was fine enough after this wreck but am mentioning it because I believe I was violated & forced to wreck with mind-control technology. The dirt-bike's fuel tank was damaged during the wreck. It was my first time driving a full-sized dirt-bike. My violators violated me blatantly for my 1st time driving several types of vehicles. This is another injury that would've never happened had I ever been provided justice or the medicines I need or if a stop had ever been put to me getting violated/neglected nonstop.  I'm seeking justice for being violated/neglected. This happened in 2002-2005.

-        The next injury was caused from another 100+ pound piece of metal hitting my head. I was loading our dump truck with a bunch of logs from a cut up tree. The dump truck's tail gate was held up & closed shut by 2 chains (1 on each side of the tail gate) that are entered into specific slots made into the hydraulic dump-bed's frame. To open the gate, you unchained each side of the tailgate from their slots & the down the gate that is then held out vertically by the chains. To close the tailgate, you lift the tailgate up & secure the chains into their slots. You had to undo both chains to let the tailgate down. I can't remember if I had the tailgate open or shut but I remember working behind the truck when suddenly I was knocked unconscious. I don't know how long I was out for but woke up later on to notice the truck's tailgate open & me laying underneath of it. My guess is that I was bent over underneath the tailgate & it somehow fell on the top of my head & knocked me out. I was working for someone else & he may or may not have noticed me knocked out in his back yard, I have yet to ask (Leo Ramer).  It's a possibility that someone snuck up behind me while I was working & used the dump trucks bed to intentionally smash my head (I didn't see/hear this happen but know it's a higher probability that I had a violator sneak up & attack me than the chains failing because the chains were in working order when I woke up from being knocked out. The tailgate was 100-150 pounds by itself. This happened in the same neighborhood that I've been sexually abused & murder attempted in many separate times (Leo lives in the same sub-division as Corey Champion used to live in). This is

another injury that would've never happened had I ever been provided justice or the medicines I need or if a stop had ever been put to me getting violated/neglected nonstop.  I'm seeking justice for being violated/neglected. This happened in 2002-2006

-        My next head injury was caused while on a ski boat. The boat hit a wave which caused us to take a rough landing. The landing caused my head to smash into its windshield's metal frame. This incident happened at a speed of 25-40 mph on the water & I was of coarse dealing with head injury symptoms prior to. This is another injury that would've never happened had I ever been provided justice or the medicines I need or if a stop had ever been put to me getting violated/neglected nonstop.  I'm seeking justice for being neglected. This happened in 2003-2009.

-        Next, my left heel was crushed & cut off by a motorcycle chain during a motorcycle wreck. Corey showed up at my house one morning unexpectedly & woke me up out of bed. I was in a concussion-coma type state of mind during this time & he suggested that we ride our dirt-bikes/4-wheelers out to another guy's house 5-7 miles away. I didn't have time to process anything & went with it before putting thought into anything. We were over halfway there when we stopped at a stop sign. I was driving an enduro dirt bike down a paved road when my shoelace was caught & ripped through the chain of the dirt bike, causing me to wreck. The chain cut off my left foot & it caused me to fall over on my left side with the motorcycle. The motorcycle crushed my cut off heal with the foot-peg. I didn't realize my foot had been cut off at first but couldn't walk. I started hopping on 1 foot & Corey stopped his 4-wheeler. I hopped on the back of his 4-wheeler & told him to leave the dirtbike & drive to Jimmy's house because I was hurt. When we arrived there, I took off my sock & my crushed, cut-off heal, fell around a foot off of my foot & only stayed attached to my leg by my skin. James Hennenfent was at home with his grandma & they took me in & helped me wrap it up in towels. James & Corey then drove me to OSF's emergency room where it was stapled back to itself by a young lady in the emergency room. The injury missed my achilles heel by less than an 1/8th of an inch (cutting it off just below it). I wore a cast for several months on my foot without ever remembering to take off the boot nor clean my wound because of how head injured I was (& nobody reminded me). My heal feels as if it's dead/scar tissue now. This is another injury that would've never happened had I ever been provided justice or the medicines I need or if a stop had ever been put to me getting violated/neglected nonstop.  I'm seeking justice for being violated/neglected. This happened in 2006-2008.

-        My next head injury occurred wrecking a jeep wrangler into a concrete mass, head-on, at 60 mph. My head bankshotted off of the driver-side window during the collision & was the only part of my body to hit anything because of the wreck. I was driving back & forth to Macomb for school & was being tampered with/threatened/violated/sabotaged constantly by mind-control violators for driving. This was a time in my life when I was using benzo's & opiates for medicine & I was forced to fall asleep while driving. I've been tampered-with/violated by a violator/violators using the technology as a weapon throughout my entire driving experience (I'll

detail more further along in this testimony) & my internal argument I've been in for myself & my right to drive cost me this injury along with being violated by a violator/violators using mind-control. I believe it was yet another murder attempt on my life from the violator/violators that violate me using mind-control. If not, it was certainly caused because of me the neglect & nonstop violations I've been forced to deal with leading to this point. I wrecked into a strategically placed concrete cattle feed bunker that was randomly in a ditch by a curve outside of Abingdon as I was being intentionally mind-blanked & forced to be with Morgan Ray (I'll provide more information about being forced to be with Morgan further along in this testimony). Wrecking into this out of place concrete feed bunker makes me very much believe I was forced to fall asleep & wreck into that specific structure that was near a farmer's property that used to partner with my father in farming (Mark Ray).  I was told those specific farmers stole millions of dollars from my father during their partnership which further makes me believe that this was no coincidence & was indeed another murder-attempt. I'm seeking justice for being violated/neglected. This happened in 2008-2009.

-       The next set of injuries occurred to me in the past decade while I was in a concussion-coma type state of mind. I had a .357 magnum handgun that was loud when fired. I shot around a half-dozen boxes of shells that had around 50 shots each while being controlled by a violator using mind-control technology & when I didn't have an option of what I did & didn't do. I believe I was forced to forget to wear ear-protection by my violators who have been using mind-control technology to violate/sabotage/control me on a daily basis for over 3 decades but I might have forgot because of being out of it from my injuries & the mental/physical/sexual abuse (& constant neglect) I've been subject to by both people & mind-controlling technology-using violators. I believe firmly mind-control was used on me for all involvement with the gun (including buying it & shooting it). A friend of mine shot with me 1 time for a short period & I was told it nearly made him go death (Jason Bishop). I don't know how much more damage it did to me but I know it didn't help me. This was between 2008-2010 & I'm seeking justice for being violated/neglected.

-       I've been punched, bear-fisted, on several separate occasions. The first time I was punched was shortly after some of my childhood severe head-injuries. I went to a birthday party in Monmouth for a guy who was a year younger than me (I can't remember whose birthday it was). When I walked into the door of the party a kid named Charles Romero punched me instantly & without warning (cheap-shotted me). I was told that I wasn't allowed to fight by my mother (she told me I'd go to prison if I fought) so I didn't do anything but give him a disappointed look. He was supposedly their group's hardest puncher. --The next time I was hit was with a baby-doll in kindergarten. I walked into the kindergarten class & a kid named Bruce was hiding behind the door waiting to strike me with the classroom doll. He cheapshotted me in my nose with the doll which caused it to bleed. – While playing football in a concussion-coma type mind-state as a young child I was attacked by violators who punched me several times on 2 separate occasions but I don't remember enough to identify either attacker. I ignored both

attackers because my mother told me I wasn't allowed to fight nor hurt anyone. They each punched me several times & I took their punches until they stopped. Neither of the attackers knocked me down & I could've easily hurt both of them if I had retaliated. 1 of the attackers might have been Jonathan Hanna but I'm uncertain. - My brain injuries were accompanied by a childhood full of full-contact, no-padded football that included several childhood concussions after already suffering from multiple separate severe head injuries -- The next time I was punched was by my father after I was forced to wreck his golf cart by a violator using mind-control technology. He hit me in the face/head & I flew back 3-4 feet in the air & smashed into the garage's concrete wall before falling to the ground. -- The next time I was punched was when I lived in Macomb. I was walking home late 1 night from the bar scene. I saw some of the neighbors & said "cheers" to them (I was forced to say it by my violator/violators that use mind-control technology to violate me). 3 of them then surrounded me & began taking turns punching me in my head. As they were punching me, I was frozen with mind-control technology & not allowed to react/move. I was outside my apartment building & a couple of the guys I know that were in my apartment ran out to break up the fight. I ended up getting punched in my head several times before everything broke up. Police then showed up & everyone ran free. I don't know who the attackers were. --The next time I was hit was by Morgan Ray. She attacked me on multiple separate occasions while I was forced to spend time with her (I'll provide testimony about being forced to be with her further along in this testimony). She punched me a couple dozen times on 3 or 4 different occasions. 1 of the times I saw Morgan at Seminary Street Pub after she had been abusing me for years while I was in a concussion-coma stupor & being violated/neglected nonstop as I was forced to spend time with her by a violator using mind-control. When I saw her, mind-control was used to force me to spit on her & she once again punched me several times & I was kicked out of the bar. Another time she broke into my house uninvited & attacked me while I had company. Every other time she surprise attacked me/cheap-shotted me & attempted to hurt/damage me (details are provided further in this testimony). -- The next time I was punched was by a guy named Jason Ramirez from Galesburg. I was at Sidetrax in Galesburg & was intoxicated when 1 of the people I was with asked me to say something to an unknown man to me named Jason Ramirez. I was in a concussion-coma-type state of mind & I didn't think about it potentially being something that would cause trouble because I figured they were together & friends who were making a joke. I didn't process what he asked me to say nor the potential consequences before I relayed the message. Regardless, mind-control was then used to violate me & force me to say what I was asked to say. When I said what I said to Mr. Ramirez, he instantly turned around & punched me in my face. I was on probation or parole at the time so after I stepped back, I turned back to Austin Lockwood to deal with the situation since he asked me to say what I said knowing that if I reacted in self-defense, I'd be having to deal with more trouble from the court who is already corruptfully violating me. Austin then struck the guy & took off running. As he did this his wife started yelling at me calling me a "bitch" because I didn't fight the guy. Another person started to attack me so I took off to avoid trouble. -- The next time I was punched was by Billy Johnson of Alexis, Illinois. I was at the local bar named

Jigg's Tavern when I saw Billy (who had verbally harassed me the last couple times I'd seen him at that bar). When I saw Billy at the bar mind-control technology was used to force me to tell Bill that it was my 33rd birthday & he once again gave me hell (verbal harassment). My mind-blanked & I spit on him for being an asshole to me. He instantly turned to me, punched me & tackled me. His brother & friend kicked me multiple times while I was on the ground escaping his attack. As this happened mind-control was used on me to force me to grab onto my pocket-knife & hold it in its place inside my pocket as Billy was tackling me. I decided not to punch Billy back at the time for fear of causing him serious damage & knowing I'm being treated unfairly/corruptfully by our justice system that would continue to unlawfully punish/violate/steal my freedom & rights from me for other's violations/mistakes as they have always done. I was then approached by police & given a protection order that Billy placed on me after verbally harassing me to instigate the incident & then attacking me for my forced negative reaction. I'm pressing charges for being violated/neglected/ sabotaged/abused/disrespected/unlawfully slandered. - I've spent a fair share of time participating in water sports (skiing, tubing & wakeboarding) as well (I don't believe wrecking on the water damaged me more but I've wrecked on the water quite a bit & brain injury researchers might want to take note of the fact.  I'm seeking justice for being violated/neglected.

-        My testicles have been kicked 3-5 times. The 2-4 times they were kicked in my childhood, my memory isn't reliable enough to name anyone as violators/witnesses. I think each time they were kicked they were kicked by a girl. They were kicked hard each time. While in high school, Chad Condreay kicked me in my testicles. Mind-control was used to force me to act as if that kick hurt me when it didn't despite him kicking me pretty hard. I think it was some type of mind-control experiment when Chad kicked me.

-        During my childhood there were two more head injuries that I remember happening after my severe brain injuries. The first was when somebody was playing catch with me & through a football or baseball up in the air so I could run after it & catch it but they accidentally ran me full speed into a post or pole or tree or something. The next injury happened when I dunked on a basketball hoop that wasn't fixed into the ground & the hoop fell on top of me & smashed my head into the pavement.

-        I can remember at least 3 more times that I smashed & scraped my chin onto pavement as a child. In high school football practice, there was a play when mind-control was used on me to not allow me to move & our hardest hitter, Mick, ran full speed down the field & tackled me. His helmet broke my helmet's chinstrap off & smashed my chin. I'm seeking justice for being violated/neglected.

-        While sharing time with Melissa Patterson I was told that she had a std called hpv & genital warts after we had been together in my coma state of mind. I eventually found out that she passed the disease to me. I was intentionally mind blanked by my violators & forced to be

with her. I'm seeking justice for being raped with Melissa & given the STD while I was in a head-injury stupor.

- I can remember almost choking to death on around 15 separate occasions. Each time it feels as if my throat closes shut by itself & doesn't open again until threatening my life for some time. On several of the occasions I've given myself a heimlich maneuver or been given it. I have no idea why it happens nor what causes it but it's been happening sporadically since my childhood head injuries. I'm pressing charges for never being given an oxygen tank to keep at my house. Also, I've vomited & dry-heaved a lot because of sickness, alcohol & opiates. I'm seeking justice for being neglected.

- I spent most of my life living at a house that had a driveway over 100 yards long that was blacktopped. As a child I can remember attempting to run up it during the summer while in a concussion-coma-type state of mind & comparing myself to the people who run on hot coals. I believe mind-control was used on me to force me to do this. Regardless of if I was forced to or if it happened because I wasn't functioning it was the result of me getting violated & neglected by the legal, law-enforcement & medical systems. During junior high & high school I can remember 2 more occasions when I think mind-control was used on me to force me to mind-blank & walk up the scolding hot driveway during the summers hottest heat. – I forgot to soak my hands, feet, body & head in water for almost 3 decades because of my head injuries. As a child I was attempting to cut my toenails while I was so hurt from a brain injury that I was shaking & twitching uncontrollably. I accidentally cut to close towards the center of my nail while attempting to clip the corners off of each of my big toe nails. When I attempted to peel off the toe nail corners it brought back far to much of the nail to be able to rip it off so I left it hoping I could cut it off when it grew out. Unfortunately I forgot about the nails because of more brain injury & they grew into the sides of my toes like fangs that my skin wrapped around. I just realized & dug those nail-fangs out of the sides of my toes in the winter of 24'&25'. They had been infected in the sides of my toes for almost 3 decades. My legs have lost their hair on my shins & I believe this was the cause. I finally was able to schedule an appointment with the podiatrist in the beginning of April 25'. - Mind-control technology was used on me to blank my mind & force me to continually wear my junior high basketball shoes without socks. I believe my mind-control violators were punishing me for choosing to not wear socks 1 game. The pair ended up smelling horrible (similar to nacho cheese) after a few games of being forced to forget to wear socks & my concussion symptoms wouldn't allow me to realize that me sweating in my shoes without socks was causing their odor & my worsened health (my sense of smell was gone then suddenly reappeared). - I just spent the last 5 years (2021-2025) cutting calluses, ingrown nails & dead skin off of my feet. I still am removing ingrown nails from my fingers & toes after 2 years of soaking them consistently. I completely forgot to soak my feet & hands for the last 2.7 decades because of my head injuries & being violated with mind-control. I pulled out splinters from under my nails & nasty filth that was in my ingrown toenails for the last couple decades. I know that all of the times I walked barefoot on the hot driveway & being forced to not wear

socks while playing basketball in junior high made the task of removing dead off of my feet more time consuming. Doing so has helped me feel noticeably healthier. I believe I probably burned/fried my feet after being in a time that I didn't wear socks with my shoes & probably had some sort of foot infection that was burned into me. If it helps understand how bad my disabilities are, I was soaking my feet & working on cleaning them with a knife for almost 2 years before I thought to start soaking/cleaning my hands this March of 2022. I soaked my hands a few times as a kid & they were soaked every time I've bathed, boated or swam, but I forgot until now to continue to soak my hands. The extra effort has helped my skin & overall health over these past couple months. From 2019-2023(present) I've been spending a lot of time soaking my feet & cutting away at ainhums that developed around my pinky toes.  I believe that someone poisoned my 'Vibram' toe shoes that I used to own/wear & intentionally infected my toes while I was not conscious enough to remember to care for my feet. These are more examples of injuries that would've never happened had I ever been provided justice or the medicines I need or if a stop had ever been put to me getting violated/neglected nonstop.  I'm seeking justice for being violated/neglected.

-        I can remember falling down flights of stairs a half dozen separate times because of my head injury symptoms.

-        While in a concussion-coma-type state of mind as a child, I stopped brushing my teeth (I also stopped praying) & didn't brush my teeth for months. Once I started to attempt to care for them again, I would forget often. I completely forgot about flossing from the ages of 6-32 & didn't start regularly flossing again until 2020. I flossed a few times but not many. My teeth are in bad shape & most of the back ones are now filled with metal or pulled. They have always been chipped & crammed together causing constant discomfort. This is another injury that would've never happened had I ever been provided justice or the medicines I need or if a stop had ever been put to me getting violated/neglected nonstop.  I'm seeking justice for being violated/neglected.

-        From 2016-2019 or 2020 I accidentally, & continually, drank juice that I would accidentally & continually let go bad every month. I would buy a gallon of orange juice & attempt to make it last a month for the first couple years of living by myself & buying/managing my diet. I didn't realize that juices go bad after being opened for more than a week & made the mistake for 2 or 3 years. My skin was horrible during this time of my life & I believe this attributed towards my skin breakouts. I went to a urologist at OSF & they couldn't figure anything out but around that time I realized my mistake stopped making that mistake. This is another injury that would've never happened had I ever been provided justice or the medicines I need or if a stop had ever been put to me getting violated/neglected nonstop.  I'm seeking justice for being violated/neglected.

-        Throughout my childhood I can remember 2 or 3 separate occasions when I drank milk that had went bad before realizing it was sour. I also remember being in a concussion stupor &

trying raw beef on 1 occasion (I believe mind-control was used on me to force the me to eat the raw beef). I'm listing this because of my skin's constant poor condition. All of these mistakes were because of being out of it from head-injuries or were because I was being violated with mind-control. I'm seeking justice for being violated.

-        My right shoulder is damaged/ out-of-place due to all of the injuries, my cerebral palsy & sleeping on my side. My pelvis/tail-bone/hip/lower-back/upper-back/neck are all & have all been damaged. My spinal cord feels dead, dull & at times nonexistent. Throbbing pain is a normal & I'm always uncomfortable. A headache & ringing in my ears is constant for me along with dealing with all of the other negative symptoms from head injuries. My vision has worsened exponentially. Occasionally, something feels as if it pinches in my back, & I'm unable to use the lower half of my body for any weight below my belly button. When my back goes out, I can't sit up & couldn't be put in a wheel chair (I have to lay out).

-        During my childhood & teenage years I had strep-throat 6-8 times, the flu around a dozen times, & pneumonia multiple times. I believe I was ill often because of the combination of not drinking water often enough, not exercising/sweating enough, & the stress on my body/mind from all of my injuries. The doctors treated me when I had those illnesses but never when I needed medicine for my injuries or infections. I believe I've had an infection for almost my entire life causing me to urinate often. For the last decade I've urinated 25-50 times a day. My skin has been broken out with acne since I've been 9. There have been at least 4 times in my life that I've wondered if I was intentionally poisoned & each time I ended up physically ill & suffering. I believe that without the hospital's efforts, I would have died on 3 or 4 occasions from illnesses.


**Symptoms**:

acne (I'm pressing charges for acne being intentionally forced upon me with allergen/irritant-poisoning), anxiety, amentia, aphasia, arthritis, bell's palsy, blackouts, blurred vision,        brain-damage, brain-fluid "pillow" surrounding skull (if I touch one part of my head I feel it on the opposite side of my skull as if the touch puddles around to the exact opposite side of my brain), cerebral palsy, chronic & constant pain/discomfort, COPD, dementia, depression, dissociative amnesia, Dissociative-Identity disorder, drooling (I occasionally drool nowadays but drooled often during my childhood after my severe injuries), dull pain, dysarthria, dysphagia, erectile dysfunction (I'm pressing charges for forced sexual dysfunction throughout my entire life), fractured skull, frequent burning urine, frequent headaches, hernia symptoms in lower-abdomen (occasionally), hip pain & popping, hypotonia, intrusive thoughts, impulsiveness, leaking urine sporadically, left foot dead-feeling (scar-tissue), loss of ability to concentrate/focus, loss of ability to read (the majority of the time), loss of the ability to talk, loss of the ability to control when I speak & what I say, loss of many/most cognitive functions, loss of ability to multi-task, loss of balance (sporadically I almost fall over), loss of grip strength, pelvis-damage (I think it's broken into at least 4 separate sections now), my loss of balance was worse in my childhood after

my severe injuries), loss of overall intelligence, loss of personal-personality, loss of physical abilities (athleticness/strength/hands drop everything/etc.), loss of ability to process cognitively consistently (for example I can't always keep up with a conversation), loss of ability to remember what happens on a daily basis (often), I'm a slower-version of myself (moving/processing/reacting), memory loss, numbness, chronic oral thrush, occasionally I shake as if I have Parkinson's disease, Post-concussion syndrome, ringing ears, shaking vision, shooting pain from head to neck to shoulder, sharp pain, shoulder damage, slurred speech, spasticity & spinal cord discomfort, teeth pain,  throbbing lower back/ neck/pelvis/ shoulders/ tailbone, pinky-toe ainhums, rigidity, trouble sleeping & maintaining a sleep schedule, vertebrae damage, vision loss, weakness. (My head injuries turned my entire body floppy/weak when I was a child. I'm uncertain how long I was that way before I made improvements. The back half of my legs, my spine, the connection between my spine & shoulders (as well as my biceps) still feel nonexistent/dead/floppy/numb. My back pinches sporadically & I can't use anything below my belly button to move.) I believe they put a stint in that protects my spinal cord from getting pinched that they can deactivate & force my paralysis. During my childhood (after my severe head injuries) I had trouble swallowing sometimes & often had night sweats that completely drenched me. – I believe my mind-control violators control when I swallow & choke & regularly choke me as a threat & punishment. - My mind often goes blank when I'm about to ejaculate. -I 'see stars' often. - I drop things & accidentally knock things over constantly. - I often forget what I'm doing as I'm doing it. - If I'm not providing my body daily assistance with circulating my blood using cardiovascular exercise my symptoms become more apparent immediately. Nowadays the only way I get my skin to clear up is if I go for a run every day for a week or more. My symptoms get eliminated with medicine that I'm being forced to live without. Without the medications I need as soon as my blood circulation has stagnated my skin breaks out. My stagnant blood causes issues after I haven't done any running/swimming/biking for over 24 hours. - Air quality is something that is intentionally being used harm me & working towards contributing towards the clean-air-quality movement is an opportunity that is getting stolen from me. - I'm constantly forced to fall asleep. - During my childhood I dealt with restless leg syndrome often. - I need a lump removed from my back & an infectious nerve ending removed from my pinky toe. - My vision is now pixelated & terrible. - My back feels disconnected from my pelvis & my pelvis feels disconnected from my leg bones. - I'm constantly forced to debate if I'm 'brain dead' but being kept alive with medical technology & actually 'wake-up' occasionally or if I occasionally don't function. - My weak immune system causes me to get cut & bruise easily & heal slowly. - Countless separate times throughout my time as a toddler & childhood I was to hurt to be able to verbally communicate anything other than sounds. I could always understand my parents & surroundings but couldn't get my brain to communicate what I wanted it to so I'd respond with sounds to attempt to show that I understood. - Since my first series of severe head injuries I've lost the ability to maintain focus & concentration while attempting to multi-task with my mind, with my body & while attempting to use both my mind & my body simultaneously. I am now a cognitively retarded version of my original self. I used to be able to multi-task within my mind while using my body without struggle nor thought about it but nowadays I can't multi-task with my mind & using my body & mind at the same time is impossible at times. I have to think myself through what I used to no longer have to think about

to make happen. I used to be able to trust myself enough that I no longer had to put prior thought into what I would say & now I can rarely say what I attempt to even when thinking about it first. – I have a bb sized something on my right testicle. – The connection between my left arm's radius & elbow is damaged & sensitive. – 3/13/25 Within the last couple days I started experiencing some of the first healthy erections that I've had in decades. I'm documenting this because it reflects the neglect I suffered from because of my injuries knocking me mindless for so long. I should've been taken to a podiatrist when I was a young teenager because the infections in my toenails debilitated me worse as I was regularly getting sick because of forgetting to soak my body & clean my environment. It would've taken constant reminders from somebody else to keep me up-to-speed enough with my bathing & hygiene to stay healthy but I didn't get any more reminders after losing my memory. Without the ability to multitask I wasn't able to remember to clean & soak myself while putting the thought necessary to keep myself prepared & in the clear for court. - My immune system has been permanently weakened because of my repetitive severe brain injuries, my spinal cord injuries & the sicknesses that have damaged me. – My digestive system & stomach are extremely sensitive nowadays. My body is one big negative reaction to whatever food or drink that I consume & I've been drinking water with a balanced diet nonstop for a decade or better (2025). I ate a healthy & balanced diet as a kid but didn't eat much nor healthy between 2000-2019. - My mind seems to fall regularly fall into a coma-type mind-state where I observe but no longer get to control the reactions that happen during present conversation & I'm bad about not expecting people to know that has been my reality since my worst head injuries at the park. Since those injuries it's as if my brain falls asleep & then occasionally wakes up but regardless of when I'm there consciously I'm getting constantly controlled with mind-control. I'm sometimes allowed to function but am never without my mind-control violators & their surveillance. When I fall into this mindstate I have no memory & can only do my best to focus on the present. I'm lucky if I get to remember anything at all about what happens while I'm awake & usually if I do it's not for years. My memories are sporadic so I don't always get to process everything when I do remember. - Using my left hand is extra retarded since my head injuries. – Once in a great while (3 or 4 times throughout my life) it feels as if somebody is applying pressure directly to my unprotected brain with a metal chopstick. The severity of this pressure changes from being tolerable to very painful. – I believe that I have a form of diabetes because of the fluctuations in energy that I experience based on my diet & how often I urinate. – My mind goes blank & my memory faults when I have to urinate & I urinate over 50 times per day on average (for the last 14+ years). - It's miserable for me to stand up, sit down & lay down. It's miserable for me to be awake & it's been this way for me since surviving my 1st murder attempt at Monmouth Park & then those kids going head-to-head on me as my skull was fractured.


Acne- I've been tortured with the forced symptom of acne by my violators who use mind-control technology to violate me & I've noticed their criminal patterns. They force me to have acne anytime I'm being cleaner than the average person, anytime I'm angry about being tortured, anytime I'm not keeping my living/working environment as clean as a surgeon, anytime I smoke cigarettes or weed, & anytime I prove myself better than their politics for 'clear-skin' (they use

these specific politics I'm speaking of to allow people to drink out of our water-pipes that never get cleaned & to sit on furniture that doesn't constantly get covered with sheets/blankets that get continuously washed). The following are a couple specific examples when I was tortured with forced acne from my childhood: One day I was about to practice basketball in my driveway while I had clear skin. I decided against practicing in the driveway that day because of how filthy the driveway was. As soon as I decided against practicing in my driveway my skin broke out so bad that it looked like I had chicken pox. Another example was when I stayed a couple of nights over at someone else's house. I initially decided against laying down on their couch because there wasn't a sheet on it. After watching them lay down on their couch I decided to lay down on it regardless of the fact that I knew it wasn't clean. When I laid down on their couch my skin suddenly cleared itself of all acne. These types of examples where the I'm punished or cured for the opposite of what makes sense have happened constantly to me throughout my entire life & I've always considered it a torture technique. During junior high basketball I was told to clean my basketball shoes before we played a basketball game. I took a look around & saw that none of the fans had clean shoes & were walking around the gym after coming in from outside & that the players were waiting for the game in the same bleachers as the rest of the people without clean shoes so I skipped cleaning my shoes that time. As soon as I didn't clean my shoes my skin broke out & I got severely sick (& I believe that I was poisoned). – Nowadays (2020-2025) my skin breaks out every time I go a day without trimming my ingrown toenails. – It seems as if my violators poison my skin for eating crackers at a higher rate than what my mom wanted me to as a kid. My testimony on 8/30/25 (in the 'Alexis' portion of the 'Living Environments' section) documents more intentional torture that I'm being intentionally violated with involving acne.


**<u>Court</u>**:

I've been victim to the nation's highest crimes, on a near daily basis, for over 32 years (it's 2025 now). I've survived over a dozen murder attempts & countless rapes all while being constantly controlled, harassed, threatened, mentally/physically abused, sabotaged, tortured, exploited, exposed, taken-advantage of, oppressed & stolen-from. Several of the head injuries I've survived have been fatal for the majority of my fellow humans who suffered equivalent injuries. I get violated on an all-day-every-day basis by a violator using mind-control technology as a weapon to violate me simultaneously while getting violated & neglected by almost everybody from my life. All evidence I have about the countless criminal violations to me is included in this document or saved on my smartphones. I am victim to a gang/group/organized effort to attempt to exploit me, extort me, kill me, oppress me, permanently damage me (mentally & physically), sabotage me, suppress me & more. I was a very healthy kid in top shape before my injuries. I now have permanent & irreversible damage both physically & mentally because of being violated. My contributions are going to be worth $trillions to the positive economic impact & will create several companies worth multiple-billion-dollars & many companies worth multiple-million-dollars. I believe this is one of the main motives for me getting violated, tortured & intentionally neglected for my entire life. This document is my testimony evidence, complaint, criminal-profile & argument for court. I've been getting violated

with mind-control technology for my entire life so I am well aware that I am under illegal observation/surveillance & having my privacy rights constantly violated. The fact that I'm getting violated with a weaponized technology that is only available to authorities with clearance proves that I'm victim to government involved organized corruption (or that I'm victim to organized corruption from an organization with government clearance). The fact that I was turned severely disabled while getting violated under constant surveillance means that I was never responsible for providing my own testimony nor legal defense. Me & my privacy are being violated nonstop with absolutely no respect for my personal/private life. I'm violated while in private/sexual situations, while in forced upon me sexual situations, while bathing, while being forced to fault, while being forced to deal with symptoms that are being forced upon me, while being tortured, while attempting to live as a major contributor, nonstop no matter what nor where. This fact has continually caused me an extreme amount of extra stress & continues to damage my health. This is going to enhance the charges I'm pressing against the violator/violators/ neglector/neglectors because it has all happened & continues to happen as I'm spied on & I have yet to be provided a court date (for justice & protection). The organized criminals who have been violating me using mind-control technology while I'm under constant surveillance have been experimenting with & exposing how easy it is for them to destroy my health, family, friendships, relationships & respectability while stealing my rights to my inventions/designs/contributions/inheritance. So far, the criminals have 100% succeeded in completely destroying my life free of charge & punishment.

The judicial & law enforcement systems have intentionally neglected me of all of my rights while continually & intentionally violating me. They've done this as they're consistently went along with sabotaging/slandering me & unlawfully punishing/imprisoning me for my attempts to defend myself & stick up for my rights as a severely disabled individual who couldn't communicate nor remember nor function reliably. They have continuously gone along with threatening, stealing & violating my rights instead of protecting & serving me which proves them completely corrupt, insane or incompetent (or a mixture of the three). Regardless they are all unfit for duty. I've contacted & attempted to explain my court case (while sharing this document throughout its progression towards completion) to every single authority available to contact, including advocacy groups & news sources, but I continue to get neglected despite the overwhelming evidence that clearly proves my case which has always existed. The legal & law-enforcement systems continue to violate me as I'm being unlawfully denied & forced to go without the fair/proper representation that I'm entitled to. Never once has my legal representation given me the representation I deserve in court & I have had multiple paid lawyers & several different public defenders. I'm seeking justice against the judicial & law-enforcement systems for them violating & neglecting me for my entire life. The case for me is the exact same with the medical system.

My violator/violators who use mind-control technology to violate/control me have been aware of every time I've been pulled-over or arrested & have coordinated every encounter to make it seem as if they are working with law-enforcement as I'm violated. Every time they coordinated the encounters with law-enforcement with intentional sabotage (by using technology to sabotage/control me) to make my encounters extremely disrespectful/humiliating/unsuccessful

while not allowing me to communicate for nor defend myself. I need to remind you that they have done this while constantly using the technology to murder-attempt/rape/torture/exploit/steal-from me & more. Most of my arrests have been about driving (as my violator threatens & sabotages my driving) or medicine or marijuana use which are all within my rights in a law-abiding court that isn't exploiting/extorting/violating/taking-advantage-of me.   The arrests have taken thousands of dollars in money, vehicles, medicine, marijuana, smoking devices, etc. from me & my family while forcing wrongful punishment/embarrassment as the legal/law-enforcement system constantly pretends as if they don't know that I'm getting controlled, violated & sabotaged by a violator/violators using technology. The unlawful arrests have repetitively taken my freedom/time/respectability. The arrests have all violated my rights while destroying my reputation & relationships. My respectability with my grandparents, family, friends & as a contributor/designer/inventor have been intentionally sabotaged for my entire life as I've been a severely disabled victim being taken-advantage of because of not having the legal representation that I'm entitled to & deserve. A lifelong full of opportunities, resources & time have gone to waste because of me being neglected/ violated. I'm seeking justice & compensation.

The medical system has violated all of my rights for my entire life & I'm seeking justice against all involved with my medical history who are responsible for me being violated &/or neglected. I was violated & turned permanently & severely disabled as a small kid. The damage I was forced to endure gave me brain & spinal cord damage. The hospital had to give me some type of surgery in my early childhood & I believe that surgery saved my life. I've also been medicated with different types of medicine sporadically throughout my entire life without my permission as I've been constantly forced to suffer from symptoms that other medicines (that I'm being unlawfully denied) completely eliminate. Throughout my entire life my doctors completely neglected me all information/treatment/advice about my head injuries, spinal cord damage, etc. I'd complain about symptoms & they would completely lie to me. I've never been told what surgeries I have been given. All of my doctors intentionally violate my rights by scheduling me appointment after appointment (which completely wastes the very limited resources that I have (fuel/fuel costs/time/patience/etc.)) without ever giving me access to the medicines I need to eliminate my symptoms as they lie about my symptoms/their ability to eliminate them/my rights to medicines that eliminate my symptoms/etc. I will provide more details on both topics (my doctors & the medicines) further along in this testimony.

The disability office has proven to be impossible for me to communicate with outside of court. They've knowingly paid me less than what I deserve & kept me on file as less disabled than what I am for far less time than what I've been disabled. The disability office has me as being disabled since 2018 with a mental illness that I don't have instead of since the early 1990s with severe & permanent mental/physical disabilities as facts prove. I've been permanently disabled from brain & spinal cord damage since the early 1990s. I'm being intentionally stolen-from & taken-advantage-of by my government & medical authorities & this evidence clearly proves that fact. I'm seeking justice for being violated & neglected.

Every relationship/friendship I've ever attempted to respect has been intentionally disrespected/violated/destroyed/sabotaged/betrayed by a violator/violators using mind-control

technology to destroy my health/life/relationships/resources while taking advantage of & intentionally exploiting my disability symptoms. This has been done to me every time I've attempted to engage with another human & has been done to me while under constant illegal surveillance. Getting constantly violated with mind-control technology forced everyone from my life to believe that I was a guilty violator despite the fact that I'm an innocent victim & that fact destroyed my life. It also forced them to believe that my injuries were results of accidents when I was a victim to intentional murder attempts & that fact ruined my life as well. The combination of the sabotage efforts while being simultaneously violated with technology destroyed my respectability & I've never been provided justice nor given fair opportunity to regain the respect & rights that I've earned for myself as an innocent contributor & victim.  I will provide many examples further along in this testimony & am seeking justice for being violated & neglected.

My smartphones have been arrogantly & blatantly tampered with since I started using them in 2007 or 2008. I have been contracted with Verizon Wireless the entire time. I have also been dealing with unexpected-inclusion & harassment nonstop since beginning to use the internet (The Guardian, Instagram, Pinterest, news sources, Facebook, Hy-Vee, Menards, Pornhub, Pandora, YouTube, the Chive, WSOP (World Series of Poker), etc.) when I was a child. I have some proof of this saved on my smartphones but the majority will need proven by my testimony & by investigating the constant surveillance I've been kept under.  I'm seeking justice for all violations to my rights.

Another topic needing to be brought up in court is while spending the 1000s of hours I have spent preparing this file for court there have been multiple separate occasions when information I've entered into this document & my other court related documents (including documents I prepared for the Federal Supreme Court) has gone missing or has been changed/sabotaged. I was told decades ago by someone (I've forgotten who) that someone would be tampering with my evidence. I need to get to a different & higher court that is being legal about court procedures & individual rights so that I can get the protection I deserve & my case the respect/attention/recognition it deserves.

Every point entailed within this document needs settled in court & this document would be 1000s of pages longer if I was able to write my testimony about every time I've been violated but I didn't start preparing this document until 2019 after forgetting everything from my life/past. At first, I didn't feel the need to document everything because I was aware that I'm under constant surveillance. This document only includes what I've been able to remember but I'm still missing a large portion of my memory. This document does not include testimony about every time I get violated because I'd have to be writing nonstop because I get violated constantly. I document the most notable out of what I can remember.

The court continues to make it seem as if the undetermined guilt/punishment of my separate violators as an 'entity' diminishes from the fact that I'm a high priority victim for the court. They continue to act like without their guilty verdict & finalized sentences that I am not a victim despite being a serial victim to our nation's worst crimes. After all of this evidence occurred decades ago, I should've been a well-enough known if not a 'famous' victim. I'm being denied my rights as a victim & the court continues to act as if it's not their job to respect nor

protect nor process the facts & rights that I'm supposed to be guaranteed. I'm owed compensation & justice for getting continually denied 'due process'. Properly preparing myself & this document for court has cost me a nonstop effort for over the past 10 years because of my unreliable memory, my violators & the protection system's neglect. Now that this document is prepared my investigation & court procedures should move along simply & without unnecessary delay. All of this happened as I was under constant surveillance & should've been documented for me immediately. There have been numerous witnesses to the majority of the crime I'm victim to (not including those spying on me with mind-control technology). The loss I've taken because of not getting provided 'due process' has been enormously detrimental.

**Driving**:

I've been getting controlled/violated/tampered-with/threatened/abused/sabotaged every time I've attempted to operate anything with wheels since I've been on a bicycle. All of these violations to me have occurred while under unlawful surveillance as mind-control technology has been getting used on me without my permission (unlawfully). I'm seeking justice for being violated & neglected. Having put all of the thought into my court case that is entailed throughout this testimony before I was licensed to drive, I had all potential driving cases that could possibly go against me in court completely defeated with my court argument.

I've wrecked newer Honda, Jeep & Dodge vehicles & none of their airbags deployed. I'm seeking justice for being intentionally put into vehicles without working airbags & for being forced to wreck them (murder attempts) by an abuser using mind-control technology as a weapon.

The lifelong argument I've been in with my violators that use mind-control technology to violate me about being able to keep my license despite my disabilities has been going on nonstop since I turned 16 & has destroyed/debilitated my life. The argument I've been in has been going on inside my head while arguing with violators who use mind-control technology to communicate-with/control me while I'm forced to silently argue with the legal/law-enforcement system as I'm not allowed to function around them while they continue to unlawfully punish/threaten me for knowing my rights). I've been constantly forced to take part in this argument while not being provided fair/proper representation nor due process nor equal protection.  I'm constantly being forced to stick up for my own rights as a severely disabled individual who is unable to communicate reliably & the constant stress/unlawful-treatment/violations caused by my violators & the law-enforcement/legal system because of this argument has damaged my life/health/reputation/respectability on a regular basis since turning 16. I'm seeking justice for being constantly violated & neglected. Driving around my rural area is a very simple task & none of my injuries has changed that. I've always been able to pass a driver's test & with the very little traffic density around here I've never been a threat to anybody who isn't driving around blind (even when I was at my worst stages of disability because of head injuries). The only thing that has negatively affected me enough to cause my driving to be a threat has been the constant violations to my rights by my violator/violators/law-enforcers who

continually take-advantage of this horrible situation I've been stuck in. My family & I are continually being forced to suffer & surrender resources because of me being violated/illegally-charged/punished then not receiving fair nor proper representation. My family continues to have to go out of there way & sacrifice their resources/time/health because of me being continually taken advantage of by the law enforcement/ judicial systems/ medical field. How I get treated/violated/neglected/wrongfully-charged/wrongfully-punished/imprisoned is unacceptable & I'm seeking justice for the mistakes made by my authorities.

    When I first got my license, I was still able to keep myself from talking if I didn't want to (I cannot anymore unless on the opiate medications I'm demanding but being unlawfully denied). As I would drive, I would be forced to talk to myself by a violator using mind-control technology & then would suddenly see a law enforcement vehicle as I was forced to talk. This happened almost every time I drove. This would happen when I was with people too except while with others the communication would stay within my mind. Being constantly violated/tampered-with while driving forced me to feel threatened & experiment with self-defense techniques which included a vicious argument within my mind about me being violated. The violations to me & neglect towards me & my rights eventually caused all of my wrecks/tickets/arrests while driving vehicles. I'm seeking justice for being constantly violated, abused, threatened, sabotaged, neglected & forced to put my/others' lives in danger.

    I've been constantly forced to wonder if I am an experiment/exposition for head injury research & driving because of being violated/controlled/sabotaged nonstop while driving under illegal surveillance. I began being violated while attempting to drive when I started riding a bicycle as a small child. I remember being mind-blanked/tortured/violated & forced to slip my feet off the pedals & smash my shin-bones against the pedals regularly. I'm seeking justice for the physical/mental abuse, for being sabotaged & for being violated. It's disheartening for a kid (me) to get controlled/abused nonstop while attempting to recover from severe disabilities that were caused by a violator who uses technology to murder attempt me. I can remember mind-control being used to violate me nonstop when I used to ride my childhood 4-wheeler & dirt bike but don't remember details at this time.

    The first time I drove/operated any type of new vehicle/machinery/etc. I was traumatically violated by my violator who uses mind-control technology to torture/violate/sabotage/control/threaten me. - I was taught how to operate a lawn-mower by my father while I was in a concussion-coma-type state of mind. Mind-control was used to violate me & force me into steering off-course often when I first started mowing by myself. I'm seeking justice for being violated, abused & sabotaged. - The first time I operated a tractor pulling a grain-cart, mind-control was used to blank my mind & not allow me to slow down the tractor as it was speeding up. The tractor ended up beginning to see-saw from side to side & nearly flipped on its side before I snapped out of the black-out-type state of mind I was forced into. I was allowed to wake up just in time to press the clutch/brake & save my life & the tractor/grain-cart from rolling. I'm seeking justice for attempted murder, for being violated, sabotaged & abused. - The first time I operated our manual transmission dump-truck, mind-control was used to violate me. I was driving through Cameron IL when mind-control was used to blackout my mind for a

moment & not allow me to be able to use my hands/feet to operate the truck. I was forced to drive over the railroad tracks in 3rd gear & went airborne but landed & made it back safe without any more trouble. I was going fast enough that when I landed the entire truck skidded several feet before gaining control (another threat to my life that I luckily lived through). I wouldn't have been allowed to stop if a train was rolling through & there is a big hump for being forced to go over the railroad tracks at 25-35 mph. I'm seeking justice for attempted murder & for being violated, sabotaged & abused. - The first time I operated a dirt bike that wasn't meant for a child was on a Yamaha enduro. Mind-control was used to violate me & force my mind to blank as I was approaching a turn from a hard road to a gravel road. The violators allowed me to snap back awake just before the turn & I was forced to attempt to take the 90-degree angle right turn from a paved road to gravel road at almost 40 mph. I wrecked the motorcycle & slid on my leg/side for 30 yards at least. I'm seeking justice for being violated, for physical/mental abuse & for damaging the dirt-bike. - The first time I attempted to drive an automatic-transmission passenger-vehicle was in a Dodge Dakota. My father was driving it & we were at the farm. I was in a concussion-coma-type state of mind but still had a certain amount of functionability (I could still operate atvs/tractors/tools). I was asked to drive the truck for a couple miles back to our farm as he got in a tractor & drove it back to the farm headquarters. It suddenly seemed as if someone put the 'drunk-goggles' on me as soon as I started to drive & I wasn't able to keep the truck on the back-road, going less than 20 mph. I struggled to drive the entire time back to the farm & kept going in the ditches on a gravel road that I had entirely to myself. As soon as my father gained driving responsibilities my mind's abilities improved & I would've been able to operate fine again.  I know mind-control was used on me to make it nearly impossible to drive the truck for those 2 miles. I'm seeking justice for attempted murder, violating me, sabotaging me, threatening me, mentally abusing me & attempting to brainwash me.

There are countless more examples of me being violated with mind-control but the fact is that I have been violated almost every time I can remember being behind a wheel & murder attempted multiple times while driving (& threatened with murder-attempts 100s of separate times). I've been murder attempted while being forced to put others at risk while in a kidnap/hostage-type situation because of a mind-control technology using violator/violators controlling me with the weaponized technology.  I've been forced to drive after drinking while blacked out on several-multiple occasions when I definitely never would have. I've been forced to fall asleep while driving on multiple occasions. Several times I have woke up & observed my body driving towards the safest direction (steering in curves & braking) without my mind being conscious (while waking from sleep). They were literally forcing me to fall asleep so they could wake me up to observe them using mind-control on me to drive. Multiple times while I was in high school I was drove home in my sleep over 10 miles from the Hennenfent's house in Cameron by my violators who arrogantly use the technology to control me. They use mind-control to turn me into an observer of my own reality with no ability to do anything but watch all while I'm under constant surveillance. I'm seeking justice for myself & for everyone else violated, threatened & who lost.

Mind-control has been used to force me into speeding while driving on multiple occasions. Several separate times my violator has forced me to speed past a police officer who

would pull me over & give me a ticket.  2-4 times while being given a speeding ticket, mind-communicating technology told my brain to make sure I was driving the speed limit. I'd be driving along while obeying the speed limit as my main focus & then suddenly get blanked & forced to accelerate just as a policeman was driving by. I am seeking justice for being sabotaged/neglected/violated/defimated. 1 of the first times I was pulled over for speeding when I was 16. My mind blanked or was blanked by a violator using mind-control as I was being pulled over. I was driving to the school from my parents' house heading east after forgetting my jersey before a football game (or after being forced to forget my jersey) & was speeding back to school. I noticed that I passed an officer who turned on his lights. With a blank mind I decided to drive up the next driveway instead of pulling over on the road (I don't know what or if I was thinking). I got 3 speeding tickets in the first month of driving & the entire time I was being tampered with & violated by a violator/violators using mind-control technology.  I've always been confused/threatened/violated/ neglected by the fact that I've been pulled over & ticketed as I'm being intentionally sabotaged/violated with mind-control & am victim to murder-attempts/rapes/threats/billions of dollars' worth of companies (inventions/designs) getting stolen from me & more which continues to prove that I'm victim to organized corruption.

I stopped paying my car insurance sometime within the past 4 years (it's 2024 now) because of getting my license illegally taken from me (multiple separate times) & because I've been getting violated every time I've drove for the past 3 decades. I'm being forced to live without my rights, justice, the compensation I'm owed, the earnings I've earned, the medicines I need, equal protection, equal opportunity, etc. I'm unwilling to cooperate with corruption nor am I willing to willfully accept wrongful punishment as I'm being denied my rights, justice & the fair/proper representation I'm entitled to.

Every navigation system that I've used has intentionally violated me with misdirection & led me into driving errors.  The most recent example was in 2022 as I drove to Kansas City to adopt an English Bulldog. The navigation system told me to take a turn & enter a roadway that sent me driving the wrong way down a highway & directly to a police officer. The police officer pulled me over & treated me disrespectfully. I had to explain to him & show him that my navigation system told me to take the route I was on. This is an incident that I was told would happen over a decade before it did (by Morgan Ray) but had forgot being told it would happen. Every detail from this incident was a detail she had told me would happen (sleeping in my truck at a bar for a couple hours on the way/getting led down the wrong way down the highway to a policeman who pulled me over & who interrogated me about alcohol (she said I'd be arrested & not allowed to finish this document if I had anything to drink that night)/ being misled by my navigation again when reaching Kansas City & more)). - The time prior to this incident I was using navigation to drive to my friend Adam Hennenfent's wedding. On the way there the cops pulled me over & illegally searched me in Macomb when I did nothing wrong. They said I didn't use a turn signal when my turn signal was still blinking as I was pulled over. That set me back in time & then my navigation system started intentionally misguiding me away from his wedding when I was almost there. I was completely unfamiliar with the area & drove around until I found the outdoor ceremony. I went to the ceremony but walked up late as she was walking up the aisle to him & it was a horrible & selfish distraction from their wedding. I'm seeking justice for being

violated & intentionally misguided as I'm being neglected as victim to our nation's most severe crimes.

I've been ran off the road 3 separate times by semi-trucks while driving on the highway. 2 separate times while exiting off the highway my vehicle spun out on the exit ramp while driving the speed limit. The spin outs caused me to do a 180 degree spin each time. I've went into the ditch several times driving during the winter & remember multiple times being caused from being violated with mind-control technology. 2 times while driving in the winter my vehicle did a complete 360-degree rotations on ice & then kept going in the same direction. While working with different mowing crews mind-control was used on me to force me to make mistakes routinely. I'm seeking justice for being sabotaged, violated, abused & for being forced to fault while working for someone else.


**<u>Medicines</u>**:

I have knowingly taken several types of medicine throughout my life & now don't function without certain medicines (OxyContin/Opana). My entire life I feel as if I've been given a medicine to help me feel less miserable because of living with symptoms of multiple severe head injuries & cerebral palsy which is my favorite medicinal feeling but I don't know how I've been administered/given this medicine nor do I know what it is. I can remember feeling it's effects sporadically throughout my entire life. I hope to find out what this medicine is & not only given my right to have my own prescription of it but to be given the right to invest in its future (& possibly help design for its future production/dispersion) & be given the right to grow/produce my own. I've been given medicines for bronchitis, pneumonia, poison ivy, strep-throat etc. & know/hope I can always have access to those medicines if needed. I've tried & been on several types of pain medicine: fentanyl, OxyContin, Opana, Percocet, Vicodin & unfortunately have been in situations in my past where I used supposed 'heroin' because of being denied access to prescription medicine. I no longer function without being on fentanyl, OxyContin or Opana. I went from 2011-2020 without using opiates at all & have suffered miserably without. Without the medicines I am dealing with constant discomfort/pain, mental health symptoms & sexual dysfunction symptoms. When I am on & have a supply of these medicines my symptoms are completely eliminated. I don't talk to myself if I have the medicine but am constantly forced to talk to myself if I'm without. I can maintain a somewhat normal version of my personality with the medicine & am constantly suffering from multiple-personality disorder symptoms without. I ejaculate almost instantly after getting an erection without & can function normally (sexually) with. OxyContin & Opana were miracle medicines for my spinal cord damage symptoms along with the symptoms the stress on my body creates (both from my injuries & because of getting violated nonstop). My tolerance to Oxycontin builds very quick (at a much higher rate than doctors prescribe) & I need to have access to Opana as well as Oxycontin to counteract the tolerance I build to the medicine. Opana is very potent & I do not want it as my every day medicine but I need it in the times when Oxycontin is not effective enough for me. My doctors have always unlawfully denied me access to these medicines at effective doses. The very few times they prescribed me the medicines I need it was at doses that

were not effective enough to improve my quality of life whatsoever. They also always cut me off of the medicines almost instantly forcing me to go through terrible withdrawal symptoms. The doctors who have been involved with me are completely incompetent & do not have enough experience to properly care for me & my unusual circumstances (as probably one of the most head injured & physically abused people in the nation). Their neglect has made my life completely miserable compared to if I was able to live my life with stress-free access to the medicines I need to function. Also, the doctors always treat me disrespectfully for wanting those medicines despite me having personal experience with those being the only medicines that eliminate my symptoms. I am no longer willing to pursue a sexual relationship with a woman until I have stress free access to these medicines.

While in my late teenage years & early 20s I used the pain medicine, OxyContin. I was introduced to 5 people who said they were capable of trading me medicine for money (I will provide more details on them further along in this testimony). Throughout my years using the medicine, 4 of them stole from me regularly as I was being neglected & while I was under unlawful surveillance. I traded all of the money that I had access to for half a decade, for medicine. I usually didn't get to eat because of not being able to afford both medicine & food. Almost every time that I purchased medicine a large amount of my time was intentionally wasted. These three were responsible for overcharging me, usually $80-100/pill ($1/mg). Between the 4 of them I bet they completely stole over $3000 & accepted over $10,000 for a few months' worth of medicine. Being constantly stolen from & taken advantage of forced me to get sick from withdrawals often & wasted a ton of my time/resources (gas/vehicle miles). A blank/faulting mind & suffering body & being mind- controlled by the vicious violator/violators that violates me (constantly), forced me to continue to put my left foot in front of my right & use my only opportunity I had access to benefit my quality of life with medicine (I'm seeking justice against the legal, medical & law enforcement systems for not having me my own medicines, justice & my court case settled). I'm entitled to have/use the pain medicine & should be provided my own prescriptions without hassle nor while being forced to go to doctor appointments constantly. The medicine improves my quality of life & overall health tremendously. I am seeking justice for being taken advantage of, stolen from, humiliated, neglected by doctors, tortured for & with the medicines (including intentionally forced overdoses using mind-control). I'm seeking justice/compensation for myself & my father (who has always provided me whatever money I have had access to).

Within the past few years my doctor at the Knox County Health Department prescribed me Fentanyl (a medicine I have no experience with) & it improved my quality of life after getting over its initial nausea creating effects (once I got used to its tolerance after not being on opiates for so long). It took me half of the month to get the dosage figured & 3 of the 4 weeks to build my tolerance enough to be able to benefit from the medicine. Once I was benefiting from the medicine I was instantly & unlawfully cut-off from the medicine & forced to go through withdrawals exactly as I later remembered being told would happen over a decade prior. Before he (Dr. Weichart) prescribed me this he had prescribed me Vicodin (Hydrocodone) several times but that medicine does not improve my quality of life/symptoms & often creates nausea

symptoms for me. It's not effective nor potent enough for the amount of damage/suffering I deal with.

While in 2nd grade I was specifically told that heroin is the same thing as the medicines I would need to function because of my severe disabilities (OxyContin & Opana). I decided at that age that I couldn't do heroin nor any other illegal hard drugs because of not being able to trust it's cleanliness nor what gets added to it by whoever handles it. By the time I was in college I had experimented with OxyContin/Opana & knew/now-know that I need it to function. I was in a concussion-coma-type state of mind/stupor & forgot everything from my life as I was left-foot-right-footing through life brainlessly. I used supposed heroin on 2-3 dozen separate occasions because of forgetting my education/morals & not being allowed/provided access to prescription medicines that I need & am entitled to. I was being charged astronomical amounts of money for all the opiates I had access to including the supposed heroin. Knowing I'm under surveillance & being violated/neglected intentionally I continued to purchase the medicines I need knowing that I'll be able to charge them for stealing from me, the doctors for not providing me what I need & the legal system for neglecting me. I spent all my money from 2008-2011 on medicine. I expect my father & I to get paid back for me getting neglected, taken-advantage-of, stolen-from & charged outrageous prices for medicine I should be given for free.

I was able to have a prescription to Xanax & valium for a time & want my prescription to valium again. I deal with severe anxiety that doesn't allow me to function at times (unexpectedly/sporadically). This medicine is a better alternative than alcohol for me. I have been on several medicines for nerve pain that did not improve my quality of life & I don't remember all of their names. The medicine I was on most recently was called Duloxetine & it helped with my arthritis-type symptoms in my fingers/wrists/elbows/shoulders/ankles for a time but then it stopped improving my life after a few months of using it so I don't use it anymore.

I have tried & been forced to try several psych medicines (Depakote, Haldol, Fluoxetine, Seroquel, Wellbutrin & more). The only medicine that I've ever noticed benefiting me was Seroquel but it gave me a grand mal seizure within the first 3 days of taking it so I stopped with it & now say I'm allergic to the medicine. Seroquel's effects were similar to marijuana's for me. Its effects were also similar to my childhood head injury symptom medicine I mentioned earlier. I believe mind-control might have been used on me to force me to have a seizure so that I would think that I am allergic to the medicine. Some of those medicines hurt my quality of life including Fluoxetine & Wellbutrin. Both of these medicines made my state of mind & functionability worse.

As a child I took plenty of Advil, Aleve, Tylenol, etc. but I stopped taking those types of blood-thinning medicines in my childhood by choice because of not wanting my body to become tolerant/immune/dependent on their uses. I knew that alcohol forces a similar effect & that I'd be occasionally drinking so I didn't want to risk over-doing these types of effects on myself. I've always taken a multivitamin & plan to continue to. I occasionally use over the counter medicine for allergy symptoms a few times a year.

I hope to be granted permission to use oxygen to help improve my health & quality of life.

I want constant & stress-free access to muscle relaxers.

I believe that the majority of the population is being given medicine allowing everybody to be able to drink the local water out of the faucets symptom free. Based on how bad my skin has been since childhood & what I've witnessed from the public I've decided that some of us, including myself, must get poisoned with the irritants that the water reacts with to showcase potential negative reactions to our situation around the fact that our pipes have been in the works for long enough to be contaminated yet we use the water to drink & bathe & some of us get to live with the medicine. Not all of the population is caught up on the fact that this is going on & people from the public not only make wrongful judgements but get exploited. My opposition's unlawfully amassing as many as possible to have convinced on their unlawful arguments against me for my rights in court as I'm getting sabotaged & neglected & keeping my skin destroyed is one of their favorite punishments to inflict upon me. They have shown me on a very regular basis throughout my life that they control when my skin is presentable & when its broke out & they've been ruthless about poisoning me with it as I've been getting sabotaged & tortured with the technology. While other people were around me it seemed that my mind-control violators began damaging their skin & bodies intentionally as they were controlling, violating & torturing me. My appearance has been unpresentable for the majority of the time since I've been 8 despite them having medicine that can eliminate my skin's symptoms completely.

I'm positive that male hormone therapy would greatly improve my quality of life & ability to function.

Because of being murder-attempted in the 1st degree a half dozen times by the time I was 15 (leaving me permanently disabled with brain damage & cerebral palsy) & getting raped countless times while having my millions/billions/trillions of dollars' worth of design-contributions stolen from me & my personality/respectability/relationships with family/friends/women intentionally sabotaged by a John Wayne Gacy-type violator, while not being given the medicines I need to function, all while under illegal surveillance, I decided I would use the medicines I need however I get them offered to me & advocate for marijuana use. My grandma would take me to the bookstore in the Galesburg mall as a child & I always noticed the high times magazine & thought it would be a good idea for me to advocate for its use after looking at the magazine, knowing I was born to 2 separate farmers & knowing I contributed designs that are greatly improving the agriculture & marijuana industries (the new bongs, new (electric) lighters, growing-pots made of cloth, vertical growing pots, greenhouse ventilation ideas & vertical greenhouse concepts using elevator-type systems to rotate the crops from height to ground level). I was approached when I was 15 & offered access to be able to use marijuana while I was in a concussion-coma-type state of mind/stupor. It benefits my quality of life by providing me a medicinal feeling that makes my head feel better along with stimulating my appetite for life (including food). I feel I have been a major contributor towards its industry. I hope to obtain permission to renew my medical marijuana card after already investing over $10000 since obtaining my card in 2019 & investing a lot of my time & most of my extra money

since I've been 15 towards marijuana advocacy. I was & still being charged astronomical amounts of money to be able to use/advocate for its use. I have been smoking marijuana since I've been 15 & plan to continue to advocate for its use for the rest of my life. While smoking marijuana my symptoms from brain damage are constantly apparent naturally but I also get sabotaged regularly for anti-marijuana politics by violators using technology. My constantly faulting mind/memory's efforts throughout the 1000+ hours I've spent preparing this evidence has been tragic but a miraculous experience. Sometimes multiple decades pass before I'm given another opportunity to remember the forgotten while I'm constantly forgetting my racing thoughts (because of my head injury damage not because of marijuana). Remembering & documenting forgotten information has been my focus for the past 5 years & it seems each time my memory remembers something that I need to write down that it's simultaneously timed to something happening with/in my surroundings or in my personal life/internal-self-defense-argument. The coordinated effort between the general public & my violators to notify me that my privacy is intentionally kept nonexistent further damaged my life & trust in authorities. It continues to wrongfully damage my ability to enjoy. My violators force symptoms while knowing I'm under illegal surveillance & while I'm already attempting to deal with symptoms that are constant, permanent & reoccurring. They violate my privacy while including & sabotaging me with the public (including the top of our media/entertainment industries). Continuously getting intentionally neglected as I'm violated has damaged my respectability, appearance, health, reputation, relationships, enjoyment, etc. & I'm seeking compensation/justice. I continue to pay for the overpriced medicine because I'm advocating, I enjoy & because I'm going to be seeking compensation. It's continuously depressing getting sold top-price marijuana from the dispensary that constantly disappoints. I've grown marijuana that died 2/3 the way through its growing cycle that provided better medicinal benefit than most of the top priced product from Nature's Treatment (the local dispensary). The prices I'm paying for 3.5 grams should be buying me 28 grams. The prices I'm paying for 28 grams (1 ounce) should be buying me 4 ounces. Canada has lawful pricing & Illinois is criminally violating me with their pricing. I've been stolen-from & exploited throughout my past involving marijuana by my local legal & political systems as well as my violators who use mind-control technology to violate & sabotage. Settling with court about this is necessary for a just & safe future.

I was also taught about cocaine through movies/autobiographies/stories/etc. I was taught that it was illegal but the successful people had access to it & did it at their discretion (writers/ rock-stars/ wealthy/etc.) without being at risk of punishment. Knowing I should be very successful as an inventor/designer & that the entertainment & engineering industries have been using my suggestions for my entire life & that I have several more stories (as a writer) prepared to claim/contribute that I thought of back as a child (& plan to work on & finish after my court case gets settled when I'm no longer being violated), I knew that I should be allowed the same access. I knew I didn't wasn't to use anything that I wasn't certain was clean because of not being able to trust the handlers/additives. I also told my mind-control violators (& class in 2nd grade) I'd be willing to experiment with its use because of being uniquely head injured compared to the majority. Being in a concussion-coma-type state of mind/stupor & being violated by a violator/violators using mind-control technology forced me into trying supposed cocaine on at least a dozen separate occasions while not knowing what it actually was or if it was clean enough

to use. I don't know if I believe if I've ever done actual cocaine & believe every time I've tried 'supposed cocaine' it was just different powders/over-the-counter medicines mixed together so that they had something to give me when they stole my money as I was walking around basically knocked out. A couple of the times I agreed to try the supposed cocaine while I was blank-minded but the majority of the time I didn't get the option because of being violated with mind-control technology by sabotagers. I'm pressing charges for being constantly stolen from & taken advantage of while in a concussion stupor while being unlawfully surveillanced. I expect my father & I to get paid back for me getting neglected, taken-advantage-of, stolen-from & charged outrageous prices for what I was forced to do.

I've never cared/wanted to try hallucinogenic mushrooms but have eaten those on a few separate occasions because of being in a concussion-coma-type state of mind & being unable to control myself. Using the mushrooms weren't enjoyable for me & only reminded me of how easily our healthy mind states can be taken for granted. I was being harassed/violated/controlled by my mind-control violators about not having provided testimony about my supposed drug use so that is why I wrote this portion of the testimony. I would have never willingly/consciously had anything to do with any illegal 'hard drugs' while risking any part of my rights/freedoms/contributions & would only agree to experiment without risk to anything or anybody.

I'm hoping to get put into a medically induced coma & get my blood drained & cleaned as my insides are given treatment & cleaned with surgical procedures.


**<u>Overdosed</u>**:

There were several times I believe that I might have overdosed while using OxyContin, Opana or other versions of the opiate pain medicine. My memory is unreliable for the time frame that I used opiates because of my disabilities & the constant abuse/harassment/interrogation/neglect/torture/mind-control violations I'm victim to. The overdoses were all caused because of me being violated with mind-control technology & getting forced to overuse the medicines. I'm pressing charges for attempted murder, mental/physical abuse, for being tortured & for being brainwash-attempted. I believe I was constantly violated by a violator using mind-control technology & forced to over-use the medicines while under unlawful surveillance in efforts to sabotage my reputation/respectability & as some sort of political sabotage scheme in efforts to make opiates appear worse & more difficult to use/enjoy/benefit-from than what they are. I believe the medical industry hates opiates because of how much they allow the severely injured to enjoy symptom-free living. I also believe the medical industry & government put on a huge anti-opiate campaign because of their lack of ability to keep up with the true demand for the medicines. With a built tolerance I need well over 100 mg of the strongest types of opiates per day & doctors act like it's insane to prescribe more than 30 mg of the medicine per day. The only doses they have ever offered me do not even begin to touch my symptoms & when I bought the medicine at effective doses from people 'off the streets' & used it at the doses I'd prescribe myself, the medicine completely eliminates my

symptoms & massively improves my quality of life. I am probably one of the most injured/physically-suffering people in the nation (in my age group) & it's very much against the law to refuse to prescribe me the medicines I need to eliminate my symptoms at effective doses & I'm seeking justice/compensation.

The first time I remember being forced to overdose was while I was on vacation in Hawaii. I had taken most of what pain medicine I had on my vacation to Hawaii that my father took me on. At this time, I was being violated/controlled with mind-control technology & was forced to take Morgan Ray on the vacation with me despite her constant abuse/disrespect towards me. She is an ex-girlfriend of mine that I wanted nothing to do with after the first 2 weeks of knowing her but I was forced into spending time with her for 5 years on & off by a violator/violators using mind-control technology on me as I was in a concussion-coma-type state of mind. She started out by being ok with me having pain medicine & then strongly turned against it. She would scream & hit, being mentally/physically abusive consistently during our time together & would use my pain medicine as an excuse to justify her abuse towards me (she was a serially abusive). While in Hawaii, she was acting horrible, screaming/yelling mental abuse & threats because I had pain medicine with me. At one point while she was in her horrific tantrum, mind-control technology was used on me to force me to eat several Valium or Xanax as I had been using the opiates as she was screaming at me. I was using 80mg of OxyContin several times a day at that time & had Xanax bars or 5mg valium pills. I blacked out at that point in the night & don't remember anything until the next day. I was told that I went to eat at the Jimmy Buffet restaurant & fell asleep in my food. If that was the case, then my sisters & father had to watch me overdose after being forced to overuse the medicine. I remember thinking the cops or whoever uses mind-control on me had enough of her abuse towards me & forced me to overuse the medicine as punishment towards everyone in my surroundings.  I'm seeking justice for attempted murder & for being violated/neglected. I'm seeking justice for anyone else who was violated or who lost. I'm seeking justice for my family.

In between 2009-2010 I can remember that while living at my fathers I was using pain medicine while getting violated with mind-control technology (& under illegal surveillance). I blacked out & then woke up almost a day later. I was in a concussion-coma-type state of mind at the time & am pressing charges for attempted murder.

When Morgan had me drive her to get her abortion, I waited in the vehicle as she went through the process inside the clinic. I was being violated with mind-control & in a concussion-coma-type state of mind. Mind-control forced me into overusing pain medicine & feel as if I nearly overdosed. I believe some of the medicines I was using were legitimate pain meds & others were placebos to make judging my tolerance/use levels more difficult than what it is/should-be. I'm seeking justice for being attempted murder & for being violated/neglected. I'm pressing charges for what negative affects me being violated/neglected had on everyone else.

While working for Mark Trulson I was being violated with mind-control & in a concussion-coma-type state of mind. At that time, I would do pain medicine whenever I would get a chance & was miserable because I couldn't get nor afford a strong enough dose of the medicine. I would use the medicine when I would use the toilet at work while being mind-

blanked & controlled by a sadistic lunatic/lunatics who were using mind-control to violate/control me. Some of the time I was forced to use the medicine with mind-control & some of the times I would make the decision to. They used to waste my medicine as a form of punishment & torture by forcing me to use it in times I wouldn't. Mind-control violators would also force me to jack-off (while intentionally blanking my mind as a form of punishment/torture) because of using medicines. Because of being in a concussion-coma state of mind & knowing that since I'm constantly tampered with by technology means that I'm already under surveillance (& my lack of trust in our legal & law enforcement & medical systems) I never called the cops to report violations to me as they've been constantly happening because I know they are in on violating/neglecting/sabotaging/exploiting/extorting/rackateering me. While in the bathroom at work, I nearly overdosed because of the mixture of medicines & my poor health at the time.

       In 2010-2011 I traded some of the pain medicine I had bought to a guy for his labor. I intended to use his help to change the brakes on my vehicle at the time because he worked in an auto body shop that had a vehicle lift which would have made the process much quicker for me than doing everything by hand (because he offered). I went to the shop with my vehicle & before we started working, I let him use some of my pain medicine. When Travis Fisher tried the pain medicine, he overdosed. He immediately turned ghost white/green/purple & collapsed. He fell face forward & I caught him & rolled him over. I attempted CPR on him. After a couple minutes of him not waking up I called 911 as I continued CPR & told them we were at the auto shop across from Grand Ave. Liquor in Galesburg. I gave him CPR until the first responders showed up as he was unconsciously vomiting in/on my mouth. Eventually the ambulance crew arrived & I was able to pass the resuscitation efforts onto them. The emts hooked him up to the shock machine & put a rebreather mask on him. After giving him CPR for several minutes & shocking him twice, he woke back up & to my knowledge is fine. I believe that supposed Travis Fisher is from Oneida or Wataga. He had stolen from me multiple times while I was attempting to get my pain medicine from other people since the doctors/lawyers/courts were neglecting me. I also believe that he might have intentionally overdosed (while working with the cops in efforts to set me up for trouble). This entire incident with Travis Fisher is something that I was told would happen years-decades before it did during a conversation that I don't remember. I'm seeking justice for being violated/neglected/ taken advantage of/stolen-from & for my losses. I'm seeking justice for everyone else who was violated or neglected. Since I am aware that the violator/violators who violate me with mind-control has intentionally blanked my mind to cause me to overdose on multiple occasions, I am wondering if & how many other people they force to overdose. How many early deaths have they caused to create the politics for this portion of the medical industry & justice/law systems? They have attempted to murder me multiple times, with medicine alone & I'm pressing charges for that fact. The people in my community took all of my money every time I was offered pain-medicine & I'm seeking justice for myself & my family. The legal & medical systems are responsible for neglecting me & for not providing me access to my own legal prescriptions while forcing me to get medicine from thieving people. They are responsible for not providing me justice/legal representation as victim to our nation's highest crimes which ultimately forced me into these situations.

Every time I get a prescription it's 5 or more phone calls, voicemails & emails (& I very rarely get a prescription worth taking). I deserve much more respect from the medical field than what I'm given. I expect lifetime prescriptions to the medicines that benefit my quality of life free of harassment. I expect lifetime supplies of the medicine without having to deal with doctors/pharmacies/phone calls nonstop. I hope to be able to help design & invest in the medicines (growing/production) futures.

**<u>Doctors</u>**:

The 1st doctor I can remember from my life was at OSF in Galesburg. I remember being taken there after my first series of severe childhood head-injuries. I'm uncertain what the hospital did to me when they 'put me under' but can remember arguing with a lady about if she would be able to put me to sleep or not. I was arguing that they wouldn't be able to knock me out with anesthesia & she promised me she could.  I went from having horrible headaches, often, to having them be more tolerable & far less frequent after my medical procedure. I've noticed a dent in my head & my cognitive/physical abilities missing since that series of head injuries. My skull feels as if it's surrounded by a 'liquid pillow' since then also. If I even lightly touch one part of my skull, I feel pressure on the opposite side of my head because of the liquid now surrounding my skull rippling around to the other side. My personality has been gone ever since then & my vision went from being great to terrible.

I then started going to Dr. Kesavaugn who was a pediatrician located by the old Cottage Hospital. He saw me as a patient for several years throughout my childhood while my memory is unreliable. Never once was brain damage, head injuries nor cerebral palsy mentioned to me. Never one time was I offered access to medicines to eliminate my symptoms.

Through grade school I grew up around several doctors. I went to a private, Catholic, grade school & graduated with only 8 people in my class. A couple of the kids from my class were sons of doctors (Dr. Medrano, who was my soccer coach/neighbor & Dr. Battenburg). Both Dr. Battenburg & Dr. Medrano are fathers of my friends. Dr. Ayers was around also & I'm certain they were aware of my disabilities from head injuries despite nobody ever communicating with me about my disabilities nor injuries nor available treatments/medicines for them.

I was taken to the doctor immediately after wrecking the 4-wheeler on my head. I was taken to Dr. Val Flacco-Nesselroad at OSF's clinic in Galesburg. There she took me in as I was bleeding out of my head. My cousin's wife, Breanne Mahoney, was working for Dr. Val when I was taken in for my head injury. Dr. Val stitched my head shut with several stitches above & through my eyebrow while Breanne was in the room & then immediately released me without ever communicating with me about my head injuries/expected symptoms/my rights as a disabled person & patient, etc.  I was 14 or 15 when it happened & she was my doctor until my early 20s. She is guilty of neglecting me my medical freedoms/ rights. I'm pressing charges on her & OSF for the neglect/ treatment I've been through because of her neglect. I've needed medicines to eliminate different symptoms since then & have been forced to suffer/live without. I am

wondering if Dr. Val is the same lady that put me to sleep when I was taken to the hospital & operated on after my childhood brain injuries & if her neglect was a premeditated crime.

During the years between 2002-2023 I have been put in front of many medical field professionals while my memory was/is unreliable without ever receiving medical advice/treatment/proper-diagnosis/access-to-the-medicines-I-need/etc.

I started going to the Knox County health center in Galesburg a few years ago (2018-2021). A Dr. Weichart took me in as a patient. He has attempted to treat me for my discomfort/ pain by prescribing me unbeneficial medicines (despite me telling him what medicines benefit my quality of life) & permitting me a medical marijuana card. He referred me to a couple different pain specialists as well. 1 of the day's I was in his office, he questioned me about cocaine, which isn't an interest nor priority of mine. As soon as Dr. Weichart prescribed me Fentanyl (the only medicine he prescribed me that benefitted me) another doctor showed up at my next appointment & unlawfully cut me off of the medicine as he told me Dr. Weichart couldn't be my doctor anymore (which caused me to get sick & go through withdrawals). I dealt with harassment in the Knox County Health Department from several employees but I don't think it was intentional harassment from them as individuals (harassment caused by my mind-control violators that intentionally was meant to seem coincidental). The pain specialists I've been referred to haven't been willing to help me with my discomfort/pain despite me making it clear to all of them what has worked for me. Ultimately, all the doctors have done is waste my time/resources while violating my rights to beneficial medical treatment. I dealt with harassment about my lifelong court case every time I've went to the doctor's office in some form or another since I've been 15.

I then (2019-2021) went to OSF in Monmouth & tried to let Dr. Medrano be my doctor. He saw me a couple times before sending me a letter in the mail saying that he was retiring. I complained about all of the same symptoms to him as I'm complaining about here & that I've complained about to the rest of the doctors. He began setting me back up with OSF in Galesburg & getting me referred to their neuro-doctors who all said they couldn't help me. All of my time/resources were wasted & I was provided no medicines nor benefit while being continually forced to live with treatable/manageable symptoms. Not only is my time wasted every time I've been to the Doctors office but my gas, gas money, vehicle mileage, etc. I'm seeking justice/compensation for myself.

I've been referred to the Peoria OSF's pain clinic on multiple occasions. There I have been seen by a Dr. Jones & a Dr. Marshall. They have admitted that I have damage to my vertebrae & attempted to treat me with a series of shots that didn't provide me benefit nor improve my quality of life. All of my time/resources were wasted & I have been forced to continue to suffer. I recently (2024) went back to OSF in Monmouth to attempt to get an end put to my suffering/symptoms & this is the only option that their Dr. Kusler would offer me despite me making it clear to him that their treatment did not benefit me.

Within the last half-decade (2015-2019) I was sent back to OSF in Galesburg. There I was seen by a Dr. Gorantala, a Dr. Willits, Dr. Dechow, a Dr. Franada, Dr. Plue & another named

Dr. Livingston. Between all of them, the only beneficial medicine I was prescribed was the one called Duloxetine & it benefitted me very little while not eliminating any of my priority symptoms. They completely neglected me while attempting to force mental health treatment that I do not need & that does nothing but waste my time. I'm pressing charges for them neglecting my rights to use beneficial medicines & treatments & for continually having my time/resources wasted & being disrespected.

   I've been sent to several psychiatric hospitals over the past decade (2009-2023). The doctors there never listen to anything I've said & continue to misdiagnose me while putting me on medicines that provide me absolutely zero benefit as they continue to refuse to give me the medicines that eliminate my symptoms. I've been violated & harassed the entire time I've been through the psych-system by patients, doctors, nurses & my violator/violators who use mind-control technology to violate/control/interrogate/sabotage me.

   I was referred to a Dr. Dong in Peoria (2019-2022) that I decided to stop seeing immediately because of not being provided beneficial medicinal treatment options & for my time being wasted during our visit.

   My last known primary care doctor was working for OSF in Galesburg. I used their internet website to communicate with my doctors & nurses. Every time I communicate with them, I remind them that I'm not being given beneficial medicinal treatment options & that I'm angry about being forced to suffer & live without. I've notified them that I'm going to take them to court for neglecting me my rights. After attempting to communicate with my last primary care doctor, I was sent correspondence saying that I wasn't allowed to go there anymore. I'm pressing charges for being neglected/violated/ turned away as one of the most disabled people alive. OSF has intentionally neglected me my rights for my entire life. They were my hospital for my first head injury & have been my only medical option since. I need/want medicines that I know eliminate symptoms I'm suffering from & want to go to court for my right to have/use these medicines instead of constantly having my time/resources wasted & getting disrespected/lied-to/taken-advantage-of by doctors.

   One of my most recent doctors was named Dr. Cash & she was a psychiatrist at McFarland Mental Health Center in Springfield (I was unlawfully forced into being a patient there). I spoke with Dr. Cash on several occasions & was violated with mind-control technology every time. She attempted to brainwash me by telling me I had problems with substances that I don't use. She also attempted to tell me that the unlawful treatment I have been receiving has been legal & lawful treatment. She continued to urge me to work with the public defender who has proven to fail at giving me fair & proper representation & who continues to lie to the judges about me while blatantly lying to me & violating my rights as a victim. I'm seeking justice against all of my doctors, including her, for neglecting/violating my rights & forcing me to continue to suffer in misery instead of permitting me access to the available treatments that work for me.

   The doctors are supposed to be helping make my life & health better. My life is getting stolen-from-me/destroyed & wasted nonstop because of the neglectful/violating medical system

& having to deal with them because of needing medicines to eliminate my constant & debilitating symptoms. I want as many of my medical appointments to be through the internet/smartphone as possible. While living how they have me living I barely have time to go to the doctor here. If they want to send me somewhere else (to a different hospital) I'd want them to put me under & fix as much of me as possible at once rather then send me to lots of different places to have each separate doctor do something separate. I don't want to waste anybody's time. I shouldn't have to drive 50 miles away to see a doctor who doesn't eliminate my symptoms when the doctor here is supposed to prescribe me the medicines that do. Dealing with & prescribing medicine for my immediate & everyday symptoms is something I deserve & am supposed to expect as a public resource from my American community in Illinois.

Nearly every time I've went to the doctor I get notified that I am being given a new doctor & nothing happens that improves my quality of life. I've been suffering from symptoms my entire life because of the doctor's neglect towards me. OSF has been horrible about allowing me my patient rights & I'm pressing charges for their treatment/neglect with me. Dr. Val was my doctor & refused to provide me prescriptions that were effective for me & since she stopped being my doctor when I was 21, I have been being tossed around like a hot-potato by doctors who haven't helped me whatsoever as I've been suffering from my symptoms on a daily basis. When the powerhouse medical establishment in my area won't treat me as a patient (as 1 of the most disabled people in my age range (probably in the world)) they need to send me to a doctor who is willing to treat/help me. I'm pressing charges on OSF, the government & elders in my life for not having me established with a doctor & nowadays with a doctor that I don't have to drive & see all the time. I want an internet doctor for everything that I don't need to be present at the doctor's office for (especially considering internet doctors & video visits were my idea/suggestion back in 2nd grade).

Within the past decade (it's 2025) I went to a pain place in the Quad Cities by myself without a referral & was immediately dismissed unlawfully. I attempted to go to Eagle View (this year) & the McDonough District Hospital Clinic (last year) in Monmouth for primary care services & was lied to, willfully deprived & neglected as I dealt with the same type of premeditated harassment, neglect & torture that I have documented in the 'Alexis' section of this evidence while dealing with Knox County, Warren County, Eagle View & OSF so I stopped going back. I called the health clinic in Aledo a couple months ago after somebody suggested that I go there but nobody ever called me back.

The Benadryl that I just started taking completely erased my acne that the doctors nor dermatologists could erase after going to dozens of doctors & dermatologist appointments over the years (Benadryl only erased my symptoms one time & no longer does). The Urinary Tract Defense over-the-counter medicine I just started taking completely eliminated me having to urinate 50+times a day & I'm instantly down to going 5-10 times per day. This further completely proves the intentional neglect & blatant criminal violations of all of my authorities & surroundings without doubt. Because of these facts & the fact that I'm still living without any of the medicines that I need along with the reality that I'm under constant surveillance by authorities

that have my thoughts under surveillance while controlling my mind at their will I should never have to go to a doctor again unless it's for surgery.


**<u>Dentists</u>**:

While living with family/friends as I was a kid & especially as my mother was sick, I rarely brushed my teeth. I think I went several months without brushing my teeth when I was 4-6. Growing up it was rare I would remember to floss also. 3 different days of playing as a kid ended with me getting chipped teeth from concrete/pavement while I was playing football so I know what tooth pain is. As a child Dr. Johnson was my dentist. I can remember him shaping some of my teeth with a grinding tool after I chipped them. Dr. Johnson was my dentist until my early 20s.  Nowadays I have awoken from a concussion-coma-type state of mind enough to realize my teeth are mostly rotting out (the back teeth). The county dentists have taken turns adding metal to the teeth that didn't need pulled, pulled the teeth that needed to be pulled & I've been forced to suffer from oral pain equivalent to a broken bone, several times. Nowadays I brush & floss as suggested. I would have always kept better oral hygiene if not suffering from my head injury symptoms or if I was constantly reminded to do so. As a child I didn't think it was necessary knowing that our ancestors & the people in 3rd world countries never brushed nor flossed their teeth. I'm including this fact in my evidence because it's extra suffering I've had to endure because of the head injuries/murder-attempts that were forced on me by violators.


**<u>Alcohol poisoned</u>**:

When I was 15, mind-control was used on me to force me to overdrink alcohol on May 7th 2002. I was with Justin Creighton & believe he might have been forced to overdrink also (but I'm uncertain about him). It's possible that him being victim to this torture-technique (as I was on the same night) was the reason he died the following day of that year, 12 days before his 16th birthday. I'm seeking justice for all who were violated & I'm seeking justice for getting murder-attempted with vodka that night. I was across a table from him when it appeared mind-control was used on him to suddenly force him to chug an entire 1/5th of vodka. As he did this mind-control technology was used on me to force me to chug an entire 1/5th of vodka. Both of us chugged a fifth of vodka, separately, within seconds. Within minutes we were both vomiting & continued to do so for hours until we were dry-heaving instead of vomiting. We both were raped that night as neither of us could move nor stop puking by Tiffany Millizer. Everyone I was with left me out there by myself as I was completely paralyzed & nearly dying. I puked & dry-heaved until 2pm the following day when I finally gained enough body-control to be able to walk back to my house. I don't think I was able to take a breath for over 14 hours. The kids who were there must've drug me into the tent & left me there inside the tent because I was outside when I went paralyzed & out. I know Corey Champion & Aaron Gavin were there but don't remember who else. There are more details about this incident further along in this testimony.

1 night during high school, while at the Hennenfent's, I was in a concussion-coma state of mind & being violated/controlled by a violator using mind-control technology. While basically unconscious I drank beer, brandy & tequila. I remember blacking out around the time that Ryan Condreay & I finished a fifth of tequila together. I then remember puking & dry-heaving for several hours in their toilet that had been being used the entire night. My violator that controls me with mind-control punishes me by forcing me to drink more/smoke more/eat more/use pills more/etc. & their forced violations upon me always cause me traumatic suffering/loss & sometimes almost kills me. The following day I remember waking up & going to church with our neighbors, the Princes, while not being able to make decisions because of my state of mind. At church I began to vomit in my mouth as I hustled to the restroom. I spent 10-30 minutes puking in the church bathroom & it was heard by everyone. I'm seeking justice for myself.

For 1 of the Halloweens while I was in Macomb at WIU I had a friend paint me brown as I drank a lot of whiskey so that I could be a drunk Indian. I drank 2/3 of a handle of whiskey by myself in a 5-hour period & I believe the entire incident was forced on me by my violator who uses mind-control to sabotage/violate me. I was in a concussion-coma state of mind at the time. I remember vomiting before I blacked out at Adam & Justin's apartment. I started puking on the walk back towards there from a house party & remember spending most of that night & the next day puking/dry-heaving. I'm seeking justice for being violated & forced to suffer by my sadistic violator who arrogantly & blatantly violates me while using mind-control technology as I'm kept under unlawful surveillance. I'm seeking justice for being neglected, exploited, coerced/extorted/racketeered.


**Smoked/chewed**:

I started smoking marijuana when I was 15 years old & it was this year when I began using chewing tobacco (I was in a concussion-coma-type state of mind). When I was 18, I stopped using chewing tobacco & began smoking tobacco. I smoked tobacco on & off from 2003-2018, when I stopped smoking tobacco (probably 25-60 packs). All but 3 packs of the cigarettes I smoked for those 15 years were stale & horrible. I'm seeking justice/compensation for being sold (& forced to smoke by a violator using mind-control technology) stale cigarettes. I continue to smoke marijuana for medicinal, recreational & political purposes. Throughout the time that I used chewing tobacco, I was forced to use it at a much higher rate & with no focus nor effort toward keeping my dental hygiene satisfactory by a violator/violators using mind-control technology to torture/violate/control/sabotage me. I chewed from when I was 15-18 & basically lived with chew in my mouth the entire 3 years when I never in my life wanted to chew tobacco. I was in a mind-blank & being forced to chew or was not functioning whatsoever. With a functioning mind I might have let myself put chewing tobacco in my mouth a dozen throughout my entire life but would have never been willing to chew regularly nor excessively. Mind-control technology was being used to violate/control me & chewing tobacco was used against me as a form of punishment/torture (forced over-use). I can remember being forced to swallow entire mouthfuls of chewing tobacco/saliva on multiple occasions.

The entire time I've smoked I've been forced to smoke more than I ever would have by a violator using mind-control technology to force torture techniques. Both marijuana & tobacco have been used to punish/torture me throughout my entire experience with smoking. In 2018 or 2019 I was permitted a Medical Marijuana License from the state of Illinois. I kept my card up to date & spent over $10,000 on the medicine (while being forced to live on/held-hostage on low-income) in between then & now (not including the fuel/vehicle/time/ expenses to go & purchase the medicine in the Quad Cities & Galesburg). Suddenly my doctor wasn't willing to continue filling out the paperwork necessary for me to keep my license. I informed the state's medical marijuana department about this fact & they told me I need to get a different doctor (I can't afford to keep going to different doctors while being unlawfully held hostage on low-income). I've invested a lot of my money/time on being an advocate for the marijuana industry while I'm being kept under unlawful surveillance. I've been arrested for my marijuana use several times & the court has unlawfully charged me & stolen my time/money (including my family's money that they've spent on court). It's unlawful for them to deny me my medical card, with the severity of disabilities that I have, as I've invested all the time & money that I have as I've contributed such a positive impact to the industry. It's illegal for them to charge the prices that they do & it's illegal for them to say marijuana is illegal when it produces the same medicinal effect as the medicine I've been drugged with my entire life as tobacco & alcohol are legal. It's illegal for them to say driving after using marijuana is illegal when it's legal to drive after taking Seroquel & while smoking tobacco. I can't be punished because our politicians are incompetent. - Nature's Treatment is the closest Marijuana dispensary to us & I have been using their Milan & Galesburg locations since 2017. The name "Nature's Treatment" was a name I suggested for the dispensary while I was in grade school. Several of the names of their strains were names I suggested as a younger child. The dispensary's employees' names were all in relation to one of my cousin's, Aaron, who is involved in this court case in several ways & it seemed to be in a harassing manner towards me. Aaron & I's relationship (he was 1 of my best friends) has been sabotaged because of me being violated & that will be further explained later in this evidence. I have spent $1000s of dollars on their medicine & none of it has been good medicine. Some of it has been ok but the majority of it has been old/stale/harsh weed providing little medicinal benefit. A quarter of the medicine I've bought from them has been horrible & not worth smoking.  Every time I've grown my own weed it's been far better than what's been sold to me by the dispensary.  I'm seeking justice & compensation for being violated, neglected, wrongfully charged/punished/imprisoned, stolen-from, taken-advantage-of, exploited & extorted. I'm a supporter of NORML & the marijuana industry & the treatment I received throughout my last 21 years has been unacceptable.

I've been being poisoned with allergens for over the past decade so that my skin breaks out if I smoke out of anything other than a perfectly cleaned water-bong with a paper filter in the tube. I'm seeking justice & compensation.

**Lawyers**:

I have yet to receive fair nor proper representation in the court of law despite being the serial victim to our nation's most severe crimes who has been severely disabled since childhood & been the repetitive victim to violent brain damage causing head injuries. The following lawyers were supposed to represent me on multiple separate occasions while I was in a concussion-coma-type state of mind: Tom Siegel, Greg Baber, David Reid Clark, Steve Glasgow, Chris Colburn, Kyle Worby. I attempted to work with Prairie State Legal Services after being referred there by Congresswoman Cheri Bustos but was turned away once I gave them the facts/information about my lifelong court case that I had prepared at the time. I fired a public defender named Matthew Thor because of my belief that he is a person from my past that I don't want involved with my life (a junior high basketball assistant coach). While attempting to represent myself & while being unlawfully forced to be in the Methodist psych ward in Peoria, I was denied all my legal rights & was unlawfully punished/tried/wrongfully-found-guilty. Not having the fair/proper representation that I'm entitled to has destroyed my life & I'm seeking justice & compensation for being continually neglected. I'm continually searching for someone that will actually represent me instead of helping me get stolen-from, exploited, extorted, racketeered, wrongfully-charged/imprisoned, neglected, etc. as I'm being constantly violated & forced to suffer on a daily basis.

It needs to be noted that I was violated with mind-control technology during my first introduction to now State's Attorney Tom Siegel. I was in high school & at the time he was a public defender. I was in a mind-blank from my head injuries & went to his office to attempt to communicate with him about whatever case I was arrested for at the time. When I entered his office, I was suddenly mind blanked & forced to act out by my mind-control violators. I don't remember the specifics but my reputation/respectability was sabotaged & I'm seeking justice. It needs to be noted that Siegel has ignored extremely obvious evidence repetitively & went along with wrongfully charging & wrongfully imprisoning me with known false & staged evidence repetitively. Scott McClintock is guilty of the same.

It needs to be noted that 'conflict of interest' is involved with Greg Baber because he was the long-time neighbor & friend to Corey Champion & his family (who is one of my severe & habitual criminal-violators). It needs to be noted that Judge Andrew Doyle has went along with ignoring completely obvious evidence & wrongfully charging & imprisoning me & the 'conflict' with him is that he (or his wife) is friends with Selina Goddard (somebody who I have been repetitively raped with & who is possibly guilty of willfully involving herself with those crimes against me).

It needs to be noted that Warren County State's Attorney Kevin Kanzler's response to me was "I don't believe in mind-control" during the previous court proceedings involving me being unlawfully arrested as a victim who acted/was forced to act in self-defense & his response immediately proves him incompetent or insane or a criminal. His inability or unwillingness to accept reality & acknowledge the weapons that exist proves him 'unfit' for court.

It needs to be noted that Scott McClintock was a state's attorney who ignored extremely obvious evidence so that he could wrongfully charge & wrongfully imprison me as a completely

innocent serial victim to our nation's worst crimes instead of sticking up for me & pressing charges for me.

**Jail/prison**:

Not receiving fair nor proper representation while being violated/ sabotaged has forced me into getting unlawfully punished/imprisoned on numerous occasions. I have been put in the local jails & prisons several times now. I was constantly mentally/physically/sexually abused & harassed while being violated with mind-control technology & while getting intentionally neglected by the legal/judicial/medical systems for the entire time (all while under illegal surveillance). Throughout my life the legal/justice system has done nothing other than act as incompetent criminals instead of protecting/serving & it has destroyed my childhood, teenage years, 20s & 30s.  I am seeking justice/compensation. Some examples include:

While being held in Henry Hill Correctional Facility before being sent to Joliet, I was unlawfully held in a suicide room & wasn't fed for 3 days in a row while forced to be basically naked. When I was eventually fed (by Morgan Ray's cousin Beau Admire (Morgan is one of my abusive violators)), it looked as if a prisoner had prepared my meal from what he had in his cell. The meal included a ramen noodle, some boiled eggs, honey buns, etc. I wasn't going to eat the noodles because of not knowing who prepared it but mind-control forced me into eating them. The prison guard asked me if I had ever considered suicide in my life & I answered yes so they unlawfully forced me to live in the suicide room for 4 or 5 days before shipping me to Joliet State Prison as I was being wrongfully imprisoned. I told them I wasn't suicidal at the time but didn't lie to them about having dealt with suicidal thoughts in my past.

While in the Warren County jail mind-control technology was used against me to violate/control/'sleepwalk' me to another cell in the middle of the night while in my sleep. I was forced to stand above another inmate's sleeping body (Matthew Sullivan) while being forced to debate hurting him in his sleep before I was allowed to wake up & realize what was happening & return to my bunk. I'm seeking justice for being violated. Situations like this one, inmate's constant harassment & being violated nonstop with mind-control makes me know that the responsible authorities & my peers are/were attempting to get me into fights so they can continue to unlawfully imprison me. There were multiple times I believe they wanted me to kill people in self-defense because of the constant harassment I'm forced to endure so they could justify attempting to keep me unlawfully imprisoned for the rest of my life. I'm seeking justice against all involved.

1 of the times I was arrested I was held in the front part of the Knox County jail. There, I wasn't given a mat & had to sleep on concrete despite living with my disabilities & being unlawfully punished while not being provided fair nor proper representation. Once moved to their regular cells I had to sleep with mats that provided insufficient comfort to me throughout the entire time I was an inmate as inmates who are not disabled were provided multiple mats to sleep on.

In Knox County I had to sleep nearly naked, on the floor & with another man who was nearly naked for several days, in a filthy suicide cell meant for 1 person after mind-control technology was used to run my mouth in court about suicide. The cell was so small that I could feel toilet water splashing on me as he would urinate because of how we were forced to sleep/share the cell. I'm pressing charges for being sabotaged, violated, unlawfully arrested, not provided fair nor proper representation & for continually being violated & neglected. Me being forced to mention suicide in court is an exact detail I was told would happen over a decade prior which proves that this crime against me was another premeditated crime that I'm victim to (more details are provided further along in this testimony).

While being unlawfully held in the Knox County Jail I was forced to talk to myself constantly by a violator using mind-control technology to sabotage my personality/respectability while attempting to wrongfully reinforce their decision to misdiagnose me as mentally ill/unfit as I believe that I was being listened to & potentially recorded by law-enforcement.

While being unlawfully held in the Knox County Jail I was fed a breakfast muffin that must've had mold in it because the headache it caused almost shut off my brain.

While being held in warren county jail unlawfully, 1 of the charges I'm pressing was because I was forced to exercise my penis in the middle of the night by a violator violating me with mind-control technology. Mind-control forced me to look over at my cell-mate, James Anderson, to see if he was asleep & at that moment, he opened his eyes & looked over at me creating an awkward moment. They also used mind-control on me to force me to tell the same James about parts of my past that I would have never told him about which made me seem as a mentally-ill-criminal (it was intentional sabotage to my personality). This is just one example of how they violate/control/sabotage me nonstop no matter who I am around in attempts to ruin my respectability/reputation which is a torture technique they have been arrogantly & blatantly using on me for my entire life. - One of the times I was in Warren County's jail mind-control was used to force me to roll out of the top bunk-bed & fall onto the concrete floor (immediately after being forced to remember that I used to get forced to roll/fall out of my bunk bed as a kid).

I was forced to live in a cell with Morgan's (one of my violators/abusers) husband's brother while being unlawfully imprisoned & not provided fair/proper legal representation. I am seeking justice for harassment/torture.

At every prison I was seen by the psychiatrist & misdiagnosed. I was always treated as if I'm a guilty & mentally ill person instead of the innocent victim who is hurt from severe-injuries/abuse/neglect that I am.

Every time I am put into jail or prison my skin suffers. I do a skincare routine that involves using skin medicines & soaking my hands/feet/face along with using a tool to cut off the dead skin & calluses off the bottom of my feet. Every time I've been put in jail, my skin has broken out with acne & stayed in terrible shape. Every time I am released, it has taken me over a month & up to 4 months to heal my skin.

While in the Knox County jail, an inmate was brought into a holding cell & they reenacted a scene that I hardly remember from when I was unlawfully arrested years earlier while in a concussion-coma-type state of mind & going through withdrawals. The inmate cried & said the same things I did back then in the same way I was forced to. I'm seeking justice for mental abuse/harassment/sabotage.

When put in the Illinois state prison, I was issued unsatisfactory supplies upon arrival. The one sheet I was given was only 1/4 of a sheet & it was covered in blood from somebody else. Also, I was forced to instantly ejaculate in my only 2 pairs of boxers. I'm seeking justice for being tortured & for being unlawfully imprisoned without being provided fair/proper representation nor opportunity to represent myself.

While in jail I noticed they were selling a bag of chips that were fried pork fat. While in a stupor/delirium/shock-state from being violated/neglected so much, I bought the chips to try & remembered that these chips were a part of a conversation from when I was in 2nd grade. The suggestion to make the chips out of pork fat was made as a joke & I remember someone saying they wouldn't have any respect for me anymore if I ended up in jail trying the suggestion. This is another example of how details from my past are continually used to sabotage my life today.

More examples of me getting violated with mind-control technology & harassed while in Warren County's jail: A church showed up & asked that we write something down & put it in our bibles. Mind-control was used to force me to do what they asked. - I was attempting to keep to myself while in the Warren County Jail & suddenly was forced with mind-control technology to start telling another inmate a story involving the Quad City Mallards hockey team. As I was forced to start telling the story the News instantly began simultaneously broadcasting a story about the Quad City Mallards (this is a technique that's been used on me countless times throughout my entire life). - An inmate I didn't know made a comment about Tom Siegel (Warren County IL's State's Attorney) doing OxyContin & then standing in a mirror making a mangina (a scene from a movie from my childhood where the character tucks his penis between his legs & acts as if he has a vagina). I had recently done the same thing to myself while in my privacy (as a joke to myself) & know this was intentional harassment. I took it as the Warren County's legal system's way of telling me they had me under surveillance while in my privacy. I'm seeking justice for being violated, intentionally neglected, wrongfully charged/imprisoned, exploited, extorted, racketeered & more.

While in prison I was put into a cell with a man who had 'fuck bitches' tattooed on his face. While I was in grade school I was forced to speak stereotypically about gang-members as my speech was being controlled by a violator using mind-control technology & I remember being forced to say something about 'fuck bitches' being tattooed on someone's face. I once again took this as another form of harassment.

While in prison one of my cell mates repetitively said 'Wal-Mart' to me & it was a form of harassment about an incident I will detail further along in this testimony.

While being unlawfully jailed/prisoned I made an effort to never mention my family because of being surrounded by the criminals. Mind-control was used on me on many separate

occasions to force me to speak about my family when I didn't want anyone I met knowing anything about any of my family.

While in prison I was standing next to a kid (1st name Trent) that I was told was from 'McDonough County' & was violated with mind-control technology & forced to ask him "do you know Morgan Ray".

While being wrongfully imprisoned I witnessed a guy slam his own head into a concrete wall, hard, several times & this happening is something that I was told would happen 1.5-3 decades prior.

These were just a few of the examples of violations/harassment/sabotage/neglect that I dealt with nonstop while being unlawfully imprisoned. I'm seeking justice & compensation.

## Psychiatric services:

From 2009 until the present I was unlawfully forced into jails/prisons/psych wards many separate times without ever being provided fair nor proper legal representation. They did this to me after knowingly setting me up for crimes that I'm innocent of & after charging me for my attempts to defend myself while unable to communicate/function as they were intentionally neglecting me. The court has no right to violate nor punish me as a victim by forcing me into inpatient nor outpatient treatment services as I'm being forced to live without justice, my rights & the medicines I need. The treatment the court continues to force upon me is unlawful, a waste of my time & doesn't benefit me. The best-case-scenario outcome from their treatment is that I get prescribed a medicine that I don't need. None of the medicines they prescribe are necessary for me to function & the majority of them do nothing for me or make me worse. They force these nonbeneficial medicines on me while I'm being refused the medicines that I do need. The doctors & psychiatrists don't have the right to refuse me the medicines I need & certainly don't have the right to waste my time nor resources. My injuries, experience, the medical education & my evidence clearly prove what medicines I need to help me function. My evidence clearly proves that I have much higher priority & better ways to use my time than by going to psych treatment that will never benefit me as I'm being violated, tortured & forced to live without justice. I also don't have time for their treatment while living with the goals that I have. Their treatments are never going to erase my disabilities nor symptoms & the medicines I need but am being unlawfully denied do erase my symptoms. To be continually forced to keep my everyday 'focus' on the negatives from my life that have been forced upon me is a crime. Expected symptoms from getting violated, abused & tortured as a victim are not punishable nor can my freedom & rights be threatened because of getting forced to experience the expected symptoms. Furthermore, the court doesn't have the right to punish me for getting sabotaged. I'm now prepared to prove that I've been getting misdiagnosed every time that I've been forced into psych treatment. I'm supposed to be getting equal protection, equal opportunity, psychological assistance, health therapy (physical & mental), access to beneficial medicine but was given the

opposite. Below are examples of violations I was forced to deal with while unlawfully forced to be in different psych wards:

**-Hartgrove (Chicago, Illinois).** I was harassed while observed & benefitted none while being forced to live in this facility. Examples of harassment include me being forced into reading a magazine that had a headlining-article including 1 of my childhood designs/inventions that was being introduced by someone else who hadn't designed it as well (25 years after I suggested the invention idea- my fish farms that are described more in the design/invention section of this evidence). 1 of the patients at the hospital was crude/threatening towards me & said if he found me in Galesburg he would be attacking me. I had no idea who he was or how he knew where I was from. All of my time was wasted as I was disrespected & misdiagnosed during this visit while not being fairly nor properly represented for my court-case. I didn't receive any beneficial medicine nor treatment & all of my symptoms continue to go neglected. I was being violated/interrogated/harassed with mind-control the entire time I was there. I made it clear what medicines benefit me & what symptoms I suffer from but was ignored. I'm pressing charges for being violated/neglected & am seeking compensation as well.

While at Hartgrove there was a patient there who had a tattoo of a smile face like this :) on his hand. After getting out of Hartgrove I went morel mushroom hunting by myself & the following 2 details happened that I'm now remembering (in 2024) being told would happen long ago during my forgotten past: I used a stick as a walking stick as I hiked the forest looking for the deliciously edible mushrooms. As I was using my stick my mind-control violators forced me to jab the ground with my stick so that it stabbed my palm & drew blood. When I got out of the forest my hand had scratches on it that made a smile face exactly like the guy's tattoo from the psych ward.

**-Big River Hospital (Burlington, Iowa).** Mind control was used on me to admit me into the psych hospital via the emergency room on Monmouth, Illinois. My mind was blanked by a violator using mind-control technology & I was forced to drive to Monmouth hospital. While at the 'Emergency Room' I was sabotaged by a violator using mind-control technology to control what I said. I was forced to say that I was homicidal & suicidal. I was forced with mind-control to tell them I was thinking about hurting the authorities working for Monmouth's legal/law-enforcement systems & my father because of my lifelong court case going unsettled & no justice being pursued for me despite being victim to our nation's highest crimes many separate times. I was observed & benefited none from attending this facility. Mind control was used on me to harass/abuse me while there. I was forced to jack-off my penis in their bathroom while in a mind-blank & while the incident was occurring, one of their employees suddenly & awkwardly stood outside the bathroom & listened for probably a half hour. Mind-control was used to blank my mind & continue jacking off despite the man standing outside the door. A woman who looked identical to Morgan's sister, Amanda, was in the psych unit which I believe was a form of harassment. While there I was forced to tell a nurse that the sauna was a helpful tool in passing a drug test for marijuana by a violator using mind-control.  The psych doctors attempted to

prescribe & force a medicine on me that didn't benefit me & would've grown me man breasts. All of my time was wasted as I was disrespected & misdiagnosed while all my symptoms & lifelong court case continues to go neglected as I'm constantly being violated. I made it clear what medicines benefit me & what symptoms I suffer from but was ignored. I'm pressing charges for being violated/neglected & am seeking compensation as well.

-**Streamwood Hospital (Streamwood, Illinois)** I have been sent to Streamwood mental hospital 2 or 3 times. Mind control was used on me to force me to enter this psych ward after witnessing mind-control being used to violate my sister & her son with an exact reenactment from my childhood in an incident when my mom violated me (at least I think that's what happened, they could have reenacted the exact scene from my childhood by themselves). The next time I was sent there Warren County Sheriff's Dept. Officer Roads showed up to my house uninvited & illegally searched me when I didn't do anything wrong. As he searched me, he grabbed my penis intentionally & then illegally arrested me. I was then illegally sent to Streamwood via the emergency room at Cottage hospital which is where he took me instead of the jail. Once at Streamwood, I was harassed, stolen from during, observed & benefited none from the stay. While there someone broke into my rental house & stole from me (they stole my grinder, water bong & marijuana just as I later remember being told they would over a decade prior). One example of me being abused was as I was walking down the hallway at the psych hospital. 1 of the employees reached out & grabbed at my penis through my pants. His name was Ryan (I think this violating act was in reference to my past, a form of harassment/mental abuse & the correlation will be described further on in this file). After my Uncle Ben & Aunt Ann picked me up from the place & we were in a car wreck on the drive home. I wonder if the accident was caused intentionally by the people in on violating me.  The first time I went to this psych ward my truck had several hundred dollars stolen from it as it was at the Monmouth hospital & someone from my past (I've forgot who) told me they were going to steal the $ from my truck as I was in that psych ward. I was misdiagnosed both times, mistreated & ignored/neglected. I didn't get any beneficial medicines nor treatment (psych nor physical).   I made it clear what medicines benefit me & what symptoms I suffer from but was neglected.  I'm pressing charges for being violated/neglected & am seeking compensation as well.

-**Decatur Manor (Decatur, Illinois)** I stayed here for months, was observed, neglected, ignored & benefited none from the stay. The medicines I was forced into taking seemed to be placeboes. I was violated the entire time with mind-control while being neglected. I was forced to talk to Morgan using a cell phone by a violator who used mind-control to control/violate/sabotage me. I was forced to get rides back home from Dustin (Morgan is 1 of my violators & Dustin might be 1 of my violators. Information/testimony on each individual is further along in this testimony). I had months of my life taken from me unlawfully without being given fair nor proper representation nor opportunity in court & after being unlawfully charged/wrongfully imprisoned in court at the Methodist Hospital in Peoria.  I made it clear what medicines benefit me & what

symptoms I suffer from but was ignored. I'm pressing charges for being violated/neglected & am seeking compensation as well.

**-*Methodist Hospital (Peoria, Illinois)*** I have been through Methodist a few times. The only medicine they gave me that was helpful ended up giving me a seizure causing me to stop its use. Other than it, I was observed, neglected & benefited none from being there. I was forced to be there by unlawful court orders on multiple occasions & on the others, mind-control was used to force me into going. I might have gone once by choice because of being in such bad shape because of my lifelong history of being violated/abused/neglected but am uncertain because of my unstable mind-state/disability symptoms. I was neglected & my rights were intentionally violated for my entire time at Methodist in Peoria. I was never provided beneficial medicines nor beneficial psych/physical health treatment. I made it clear what medicines benefit me & what symptoms I suffer from but was ignored. I'm pressing charges for being violated/neglected & am seeking compensation as well.

I remember the following details occurring while in that psych ward & am now remembering being told that these exact details would be happening possibly decades before it did: While at the psych ward a psychiatrist spoke to me & was asking me about my morning. There was a painting in the room that had a bunch of purple flowers that I had been staring at for the entire morning. While I was looking at the painting the entire morning the flowers were blue & as I was talking to that doctor they suddenly switched to purple & when he asked me how my morning was going, I told him that the flowers just switched from blue to purple (knowing that they (my mind-control violators) can & do alter my vision at their will).

**-*Robert Young Center (Quad Cities*)** My stay up there was short & involved being harassed by their patient. While being forced to spend time with Morgan Ray, mind-control was being used to violate/control me. I was at my father's waiting on her to arrive. I sniffed 160 mgs of OxyContin & went outside & shot a handgun at a target I had set-up while I waited on her. Morgan arrived at the house at the same time as my father. Mind-control was then used on me to force me to putting the gun to my head in front of both of her & my father. Morgan ran at me & tackled me as I had the gun to my head. They blanked me (my mind) as she ran at me so I couldn't move & when she tackled me, I pointed the gun in the opposite direction until we were safe. Mind-control was then used on me to tell her that she had just almost killed us (another example of me being sabotaged). I was then unlawfully sent to Robert Young Center as a victim in the incident without any fair representation in court. While there, I was roomed with a man who appeared identical to Morgan's father. The man jacked-off & moaned during the night & I believe it was an intentional insult/harassment to me. I wasn't prescribed beneficial medicines & was neglected as victim to our nation's highest crimes. I wasn't provided beneficial medical nor physical treatment. I made it clear what medicines benefit me & what symptoms I suffer from but was ignored. I'm seeking justice for being forced into the incident. I'm seeking justice for being violated/ neglected/sabotaged. I'm seeking justice for everyone else involved.

*-McFarland Mental Health Center (Springfield, Illinois)* 2022. I was illegally arrested by Warren County Police officers because of an unlawful warrant on Valentine's Day. The cops showed up with paperwork in their hands after I have called 911 & written them on multiple occasions for help as victim to our nation's highest crimes but was once again ignored after being neglected/violated by them for over 3-decades. They showed up with paperwork in hand appearing to be here to talk about my lifelong court case. When I greeted them, they told me they were there to arrest me & I knew they didn't have the right to arrest me. My mind blanked & I started to retrieve into my house when they shot me with 2 tazers & placed me under arrest. I was then unlawfully held in the Knox County jail for an incident I'm victim to. I was forced into all involvement by being held hostage & violated with mind-control. More details about the specific incident are further along in this testimony. From jail I was sent to McFarland Health Center. I was violated/neglected in jail & at the psych ward. I was found unfit for trial in Knox County by a psychiatrist who used false information about me provided by people who have abused/ neglected/violated me for my entire life. I made all of those facts clear to my public defender at the time, Chris Colburn but he did not provide me the representation I'm entitled to. At the psych ward I wrote the Americans with Disabilities Act, the Office of Inspector General of Illinois & disabled advocacy group 'Equip for Equality'. I also provided the state & psych ward with all the information I had prepared for court up to that point (a less finished version of this testimony) & proof that I had attempted to work with the public defender & his office. - While at McFarland, I was harassed/mentally abused by a patient from Galesburg nonstop.  She kept calling me Dustin (someone who has potentially raped me in my sleep) & a butt-hole-licking baby killer (in reference to the time I was forced to spend with Morgan Ray-Swing). I've never met the woman who was harassing/mentally abusing me before in my life & have no idea how she knew who I was. She harassed/mentally abused me nonstop for the entire time she was on the same unit as me. She followed me around constantly verbally harassing me & would show up at my door in the middle of the night & stare at me as if she was considering attacking me. I ended up getting fed up with her & flipping her out of her chair as she was berating me with mental abuse. When the employees arrived, I screamed at them for continuously allowing her to verbally attack me. To me it felt as if I was forced to flip her out of the chair while I was in a mind blank. I thought my mind-control violators were making a '1 Flew Over the Coocoo's Nest' movie joke about attempting to get away with sabotaging me with weaponized mind-control technology & forcing me to act like the main character several times throughout my stay there. I was blanked & forced to say that I was considering smashing her head with the door multiple times because she verbally attacked me nonstop & wouldn't leave me alone. Me doing this was another exact detail I was told would happen long ago by someone (I've forgotten who). Her supposedly being in the psych ward because she intentionally ran over a Galesburg Police Officer with her car was another exact detail that I later remembered being told would be the case over a decade prior.  - I didn't get offered any beneficial treatments for my discomfort/pain nor mental health & my time was wasted as I was neglected/violated.  Their psychiatrist, Dr. Cash, attempted to brainwash me by telling me I have substance abuse problems when I don't use

any illegal substances. She also tried telling me that they are being lawful about my court case when I have been being violated/punished/detained as an innocent & disabled victim to our nation's highest crimes for over 30 years. I made it clear what medicines benefit me & what symptoms I suffer from but was ignored.  - While in 2nd grade one of my teachers said that their favorite 1st name they've ever heard was 'Camerer'. I completely forgot about the name & while at McFarland one of the guys working there said his name was Camerer & went by 'Cam' (he said, "like a cam shaft"). When I was in 2nd grade somebody in my class said 'like a cam shaft' as we were told about that name. As soon as he told this I started remembering all of the names I suggested while in that class back in 2nd grade (listed further along in this testimony). His name being Camerer & me remembering this part from my childhood is another exact detail I later remember being told would happen long ago by someone (I've forgotten who). I was violated/abused/tortured/harassed with mind-control technology the entire time I was unlawfully imprisoned there & this was one of the least abusive examples (& one of the only examples I cared to remember). I'm pressing charges for being violated/neglected & am seeking compensation as well. - While at McFarland I was watching tv & suddenly ejaculated when a commercial with Demi Moore came on & I later remembered that this is another exact detail I was told would happen long ago by Morgan Ray.  – Throughout my time in this psychiatric prison I noticed that several of their patients were not psychiatric patients & should be in prison. I noticed that the entire existence of the psych-prison seemed to be an experiment (both the system itself was being experimented on for its purpose & how it handled housing specific criminals under their specific symptoms & their employees were being experimented with on handling certain situations & their patients were being experimented with to check on their symptoms & social fitness (& mind-control was being used to run these experiments unlawfully). I also noticed that one of the ladies seemed to be experimenting with exploiting their system while knowing how to 'spark' her symptoms & while knowing she was getting controlled with mind-control to 'test' their system's methods.

- *Trinity Hospital in Rock Island, IL* (10/2/25-10/3-25)*:*

  I was unlawfully forced to go to Trinity in Rock Island on 10/2/25 & the details involving my time there are located in the 'Alexis' portion of the 'Living Environments' section of this evidence under the statements for 10/2/25 & 10/3/25. My rights were violated by the hospital's staff member who interviewed me named Caroline. I was violated with mind-control technology & premeditated crime the entire time that I was there. I was forced to walk the hospital & shower without shoes & I benefited none from my stay.

- *Riveredge Psychiatric Hospital in Forest Park, IL* (10/3/25-10/8/25)*:*

  I was unlawfully forced to go to Riveredge on 10/3/25 & the details involving my time there are located in the 'Alexis' portion of the 'Living Environments' section of this evidence under the statements for 10/3/25 - 10/9/25 (& then another statement involving one of their patients was documented on 10/11/25). I was violated with mind-control technology &

premeditated crime the entire time that I was there. I was forced to walk the hospital & shower without shoes. I was misdiagnosed & I benefited none from my stay.

- Bridgeway's services have never benefited me & them wasting my time as I'm insulted is all that ever happens. Tazwood in Pekin, IL, was similar to Bridgeway & I was forced through the same time-wasting insults. I was forced to go there & nothing benefited me while my time/resources were wasted & as my lifelong court case continues to be neglected. Every time I get misdiagnosed as I'm neglected as victim to our nation's highest crimes & treated as if I'm a mentally ill criminal as one of the worst violators of our lifetime continues to sabotage me with mind-control as I'm forced to suffer from symptoms that the medicines I'm wanting but being denied completely eliminate. I made it clear what medicines benefit me & what symptoms I suffer from but was ignored. The 'treatment' I've received from these places was very insulting/time-wasting/torturous. I'd be forced to read about the definitions of words that I've always known & understood (addiction, triggers, etc.) or asked to draw pictures of rainbows with crayons as my time/resources (fuel, etc.) get wasted & my court case/justice/rights continue to get neglected/violated. All of these places are completely against me getting to use the medicines that I need & force me to take medicines that do absolutely nothing positive for me while creating unwanted side-effects.

 I have been forced to go through these psychiatric services unlawfully as I was being violated with mind-control & as I am being neglected all of my civil/disabled/human/ legal/patient-rights. I'm pressing charges for being violated/neglected & am seeking compensation as well.


**Porned**:

        I've been being violated/abused with mind-control technology for my entire life. I was aware at a young age that since mind-control is being used on me that I'm being observed & am under unlawful surveillance. Being observed while being abused with forced sexual acts & other abuse made me realize that I've been being unlawfully porned my entire life. This means that I was child-porned. It means I was disabled-child-porned. It means I was observed when I lost my virginity to my relative that I didn't know was my relation. It means I was observed as I've been raped. It means I was observed as my x-girlfriend was used to rape me (date-rape-equivalent because of my disabilities from head/spine injuries) after sleeping with college athletes when she got pregnant & decided to get an abortion (abortion-porned). It means I've been observed while being tortured sexually & constantly forced to dysfunction (torture-porned). I was tortured by being tampered with & violated with mind-control technology while being observed for my entire sex life. I was forced to be with all of the women I've been with after immediately deciding I didn't want to be with any of them because of their intentional 'lack of respect' towards me. All of this happened without my permission & against my will. I'm seeking justice & enhancing the charges for them serially committing these crimes against me throughout my entire life.

Mind-control was used against me to force me into my relationships/brief-time with Morgan Ray, Selina Goddard, Melissa Patterson, Kalista Hedges, Casey Sheppard & more (details are provided further along in this testimony). The sex I've had gets violated with mind-control every time to make it a humiliating/torturous experience. Examples of this include being forced to premature ejaculate nonstop, having my personality sabotaged during sex, being forced to give cunnilingus (or attempt to I can't remember) to women on their period & being violated & intentionally mind-blanked/forced to lick a butthole. All 3 of the women who I was with for more than 1 night treated me very disrespectfully from the start & if had I had an option our relationships would have ended immediately because of their disrespect. Instead, I was continually forced into spending time & sharing myself sexually with them by a violator or violators using mind-control.

I continue to be violated with mind-control & forced to jack-off in mind-blanks. As a child I jacked off several times & then stopped the habit. I was then continually forced to jack off by a mind-control using violator/violators & ended up teaching myself to look at it as the only pain medicine I would get to avoid getting depressed about being constantly forced into the action. I was unwell, mentally, because of my head injuries & unable to communicate well enough to describe the facts that I was being violated to anybody else at the time. I was also worried they wouldn't believe me about getting violated with mind-control thinking they'd force me to go live in a psych-ward. Almost every time I'm forced to jack off in a mind blank it is torture techniques forcing me to think about disrespectful situations I should've/would've never been in.

I willfully watched porn occasionally throughout my teenage years & early 20s. Doing so was a suggestion from 1 of my childhood friends because I thought I could be a movie director. They told me if I wanted to be a movie director I'd have to be able to contribute the entertainment industry with every type of movie. I am a huge fan of our entertainment industry, especially our blockbuster/Hollywood movies & became infatuated with our women as a young child watching our Hollywood & tv women. I've always hoped to help create movies/tv shows. As a kid/teenager I would watch porn on the internet for educational purposes because I was told to watch porn & that if I wanted to be a movie director I first direct porn (hoping to gain inspiration/familiarization to 1 day be able to direct/create any type of movie). While watching porn & our blockbuster-type movies' sex scenes, I have been being violated, abused & harassed by a violator using mind-control technology. I've been forced to jack-off while watching sex scenes & forced to watch sex scenes a lot throughout my life by a violator/violators using mind-control. I've been forced to watch porn on my smartphone & jack-off a lot (over 100 separate times probably). I'm seeking justice for both being forced to watch & for being forced to jack-off. I've dealt with all kinds of harassment also. A few examples of harassment I've dealt with throughout my entire life nonstop: I had access to a computer & the internet as a kid. I would do research, play poker, listen to music & watch porn for educational/inspirational purposes while using the internet. I had a childhood crush on Angelina Jolie & was asking myself how many women existed that appeared similar to her as I was on the computer (within my own thoughts). The next person the computer showed me was a woman named Aletta Ocean who is an adult entertainment actress who looked nearly identical to Angelina Jolie at the time. I knew it wasn't

coincidental that the computer showed me this model of a look-alike as I was wondering if she had any look-alikes. The incident further proved to me that I was being observed & corresponded with as mind-control was being used on me with no respect for my privacy. Another example is from within this past year (2020-2021). Recently I was forced to check Pornhub specifically for harassment out of curiosity. The first video that popped up starred a woman that looked exactly like Morgan's sister, Amanda, having sex in a pool that appeared exactly as their pool does & it brought back memories from being violated with mind-control while swimming with Morgan & Amanda.

I'm seeking justice for all violations to me. I'm pressing charges for being raped & forced into having sexual relationships I wouldn't have been willing have if given the option. I was forcibly raped while paralyzed by Tiffany Millizer. I was mind-blanked & forced to be with the rest of the women I've been with & the very few times that I wasn't being forced with mind-control technology, I was so hurt/out-of-it that I had no memories of anything from my past & those specific incidents would've been the equivalent to getting date-raped.


**<u>Childhood</u>**:

My childhood was filled with incidents where I was violated, tortured, abused, sabotaged & neglected. I have been getting violated with mind-control technology on a daily basis for as long as I can remember. My entire life has been dealing with symptoms from head injuries that were murder-attempts as I get violated/controlled/sabotaged by a violator attempting to destroy my respectability & make me seem less able than what I am. I was forcibly sexually abused for my entire childhood. The sexual abuse consisted of being forced to jack-off in a concussion-coma-type state of mind & I was illegally 'set-up' several times as a sex offender by a violator using mind-control technology (there is an entire section further along in this testimony dedicated to these facts). We always had a clean house, clean clothes & good food but my home life wasn't good because of my parents fighting & having sex nonstop along side my brain injuries. I had good times when I stayed with my grandparents or friends but didn't at home. My parents were exceptional cooks & provided amazing food for my sisters & I but they didn't get along between themselves & I know me being violated/sabotaged nonstop negatively affected their & our relationship. I believe my mind-control violators were showcasing how easily they could destroy my families' relationships while using mind-control to violate me/us. I rarely have access to my brain's memory & I'm missing a lot of it. The majority of the time several of my brain's functions are unable when I gain access to my memory & I'm only allowed & able to remember short specific segments of it at a time. I get a quick moment to process each memory without my mind's ability to multitask but if I don't get the thought processed my brain doesn't allow me the ability to proceed with my train of thought at all. On top of that my mind goes blank almost every time I get violated & sometimes for years at a time before being able to cognitively process & respond during real-time conversation again. This symptom has been on repeat since my first series of severe injuries during the beginning of the 90s. I was violated/sabotaged every day of my life both within my privacy & every time I attempted to

communicate/enjoy life with family/friends/other people. The following are some examples of
me being violated during my childhood & there are more details further along in this testimony:

I often played tackle football as a young child. We would play full-contact, tackle
football, without pads. I was the best football player that I played with as a kid & was the hardest
hitter. I remember several hits that I'm certain gave other kids concussions along with myself.
The first time I went to play football I hit kids hard 3 or 4 times & then instantly realized the risk
I was putting them through. From then on, I went out of my way to take it easy on everyone. I
can remember 3 incidents when I smashed my head full speed into concrete pavement. 1 of those
times I was cheapshotted by someone who wasn't playing in the game with the kids I was
playing with. He ran full speed from off our field & completely blindsided/cheapshotted me into
the concrete without any notice. My head smacked the concrete hard but I instantly got up &
stood over top of the kid who cheapshotted me. I considered fighting him in self-defense but
remembered being told I wasn't supposed to hurt anybody so I left him on the ground as he
looked scared. I can also remember a time when I was jumped by 3 or 4 other kids & had my
head kicked/stomped by them repetitively during a football game. 2 or 3 kids held me down &
the other 3 or 4 kids took turns booting my head. I was the strongest kid I knew but was told I
wasn't allowed to fight nor hurt anybody. As I was being held down, I chose not to fight off the
kids & take whatever punishment I was being forced into so I didn't hurt them or get in trouble.
The kids each kicked me a couple times & then it appeared as if their conscious stopped them. I
got up dizzy & believe I continued to play. This happened after I had already been hurt with a
couple severe head injuries (this incident would have been considered a murder attempt because
of how hurt I was before/during). This incident was after I had accidentally tackled a kid into
concrete because of my mind not processing that he was running next to concrete in time. I saw
him running & took off after him & processed that he was next to the concrete just before I hit
him. I let off/tried-to-stop but it was too late & I knocked him onto the concrete & flew over him
& chipped my tooth. I remember another time when I was playing football & mind-control
technology was used on me to force me to pretend to stomp somebody's head that I was playing
with & just-tap their head with my foot (I'm pressing charges for being violated/sabotaged). My
foot touched his head but I could have flicked his head with my finger harder than what my foot
touched his head. I believe they began video-recording me & forced me to do that in attempt to
cover-up/justify/relieve-the-pressure for what the other kids had done to me. I can also remember
a time while playing childhood football being forced to head-butt a kid (by a mind-control using
violator) while running past him at full speed (I'm pressing charges for being
violated/sabotaged). I remember another time after I got hurt at the park & farm going to play
football at a high-school game. I had always taken it very easy on all the kids out of fear I'd hurt
them & because they all would pout/fuss if I dominated them. My mind was intentionally
blanked for the entire game by my violator/violators & I was forced to hit them harder than what
I would've had I been allowed to control myself (I still was being careful with them & taking it
easy but was forced to hit them harder than I wanted to).  I then remember that the next time I
went to play I was asked to play an entire football game on the concrete by the other kids at
Warren. I took it easy on all the kids during the concrete game but despite that somebody
intentionally pushed me in my back from behind when I couldn't see them. Mind-control was
then used on me & forced me to do the same thing back to someone soon after (I'm seeking

justice for being violated/sabotaged). I wasn't willing to be a cheapshotter & believe I was being punished for their mistakes the same as when I was forced to pretend head-kick someone after I got head-stomped. I decided to play this game with them on concrete because I didn't want to 'bitch-out' & because I didn't know what the other kids had up their sleave. When the game started I wasn't willing to hit any of the kids because I didn't want to hurt them but then I took 4 hard hits to the head where my head hit the concrete before I started processing what was happening (I was already skull-fractured & SEVERELY hurt) & it made me mad. Once this happened I changed my mind & started making the other kids hit the concrete for what they did to me (except I still hit them with only around or less than 50% of my hit power). I put each one of them on the concrete except when Drew (Robertson) tried to hit me onto the concrete I set him down on the concrete like a baby & made sure he didn't feel any pain despite him attempting to hurt me again. I had other kids on my team but it was as if they didn't participate in the game whatsoever & I had to play the other 4 or 5 kids by myself. As soon as I had put each one of them on the concrete a couple times they all quit & it's a good thing they did because I was starting to get mad enough that I was going to let myself hurt them much more severely. When they quit I was still in a daze because of all the concrete to head action & as I was walking back to the game somebody I had never seen before began attacking me with punches. He punched me probably 2 dozen times without budging me but I didn't fight back because I didn't want to go to prison & my mom told me I would be put in prison if I fought. I believe this person was Bobby Clevenger (a kid from my class at Warren). After taking several of his punches he stopped & left. I was then sent to ICS for 1st grade & the kids there asked me to play football on their asphalt playground. I took it very easy on all the kids on purpose for that game too. I took a hit during that game where my head hit the pavement & I blanked for a brief time where I took it a little less easy on the kids while I was in a mind-blank. I also remember snapping out of a near unconscious state after a hit while playing football as a kid (after my severe head injuries) & waking up to realize I was chewing on another kid's neck. I immediately stopped when I realized what was going on. There were 2 plays where something similar happened where it felt as if I was forced to hump a kid (as if my legs couldn't stop driving) after a tackle. I immediately stopped doing that when I realized that was happening as well. That happened while playing with Drew Robertson, my cousin Corey Sprout & potentially 1 other person but I don't remember. I don't know if my mind-control violators forced me to bite & hump or if those incidents happened because of being severely disabled from severe head injuries. I have been working on this file for 5 years & just now remembered 7/22/23 that the time my head was stomped by kids while playing football was the second separate incident where my head was stomped by other kids I was playing with. The first time I don't remember much at all but remember getting my head intentionally kicked by kids while two other kids held me down. The 1st time it happened was while I was playing on the north side of the bleachers at Warren High School & the second time it happened, I was playing next to the concrete playground at Warren High School. Both incidents would've been considered murder-attempts in court because of how head-injured I already was & I'm seeking justice for being violated. - I was playing tackle football was forced to kiss my cousin (Corey Sprout) by my violator who was violating me with mind-control technology. - I have memories that are unclear from when I was playing childhood football at Warren & kids attempting to fight me. They are memories from 2 separate occasions. I was told

that I wasn't allowed to fight & that I wasn't allowed to hurt anyone. I remember a kid that I was playing with tried getting me to fight & punched me several times as I ignored him before he gave up on trying to fight me. The other memory I have is very unclear, but I think I was once again attacked with punches by someone. I know both incidents happened after I was severely hurt from the head injuries I was forced to suffer from at Monmouth Park. I remember taking their punches until they stopped punching me & then going back to playing football (where I physically dominated them easily). - I have a memory of being violated with mind-control technology while playing childhood football. I used to be very disappointed with the kids who would constantly pout & celebrate. After their constant reactions started to agitate me, I was forced to do a 'humping' motion in celebration after dominating them (I thought I was forced to do it to show them how annoyed I was with them). They would constantly celebrate if I'd take it easy on them & then pout/fuss/complin every time I would tackle them or break their tackles. - After playing several games of childhood football (after my severe head injuries that were murder-attempts I survived) my vision had 'blood spots'. My vision used to appear as if I was a camera that had blood splattered on the lens. I don't remember how long my vision was that way before it disappeared & turned into me having a 'floater' in my vision (a black dot that floats around with my eyeball (which still is in my left eye)). - 1 of the first times I played pickup football at a high school game I took off running towards the game that was going on before I arrived. I suddenly wasn't able to stop myself from running nor control any of my body functions as I was running towards the game. Just before I was about to run full speed into one of the kids playing, I was suddenly able to control myself again & I attempted to dive out of the way but knocked the kid over into the grass. The point to this portion of my testimony is that I was violated/sabotaged nonstop while attempting to play as a kid & represent myself as our best football player. Instead, mind-control was used to constantly sabotage my respectability as the kids continually attacked me. I'm seeking justice.

During one of my first childhood football games that I played in as I was becoming conscious as a child it seemed that my violators punished me for one of my decisions to take loss during one of my first childhood football games so that I didn't severely hurt one or two of the other kids. Had I not taken it easy on them I believe I would've paralyzed or killed them so I took it easy & took some extra hits that caused some symptoms. I remember then getting violated & sabotaged with mind-control (seemingly because of my decision to do so) by violators who intentionally attempted to trick the audience about the truths happening on the football field as if I was in a 'Home Alone'/'Baby's Day Out'-type movie (because violators were violating an innocent kid) involving mind-control technology getting used on me. I believe my violator/controller was punishing the crowd by tricking them into false assumptions for their reactions to the game that was roughly played by us children without any pads nor helmets. I believe I was murder-attempted because of the lack of respect my surroundings recognized that I deserved for surrendering complete domination. I won the game & was the best player but had I not surrendered my best efforts I believe the other kids would have been hurt badly. During the game I tricked the kids & the audience myself with body language & actions but believe I was then punished for it with forced upon me mind blanks & actions because I made the other kids look noticeably behind me in ability, strength & intelligence. I believe my violators murder attempted me afterwards as a gift to me thinking I'd never have to work again & as an insult to

the community of elders who were watching us kids' health get put at risk. I can't remember this game in detail enough to provide better details.

While playing childhood football I have a memory that I'm just now remembering (2/27/25) after 7 years of documenting my forgotten past. This is the first time that I can recall remembering this incident since it happened in my early childhood. I played in a football game that might have been one-on-one & potentially hurt the other kid (unknown identity) with 3 or 4 head-to-head collisions. I wasn't going my hardest but definitely hit the other kid to hard. During the game my brain lost its ability to acknowledge the risk of injury for both of us. I believe that I accidentally hit his head on the first play. During the second play I thought he hit my head on purpose & then I hit him two or three more times after that in self-defense & out of anger because I was already head-injured. During that game I lost my cognitive ability to do anything but play in self-defense. I played fair & square but am writing testimony because my hits to the other kid potentially could have damaged him.

While at a Warren football game during my childhood I witnessed a fist-fight that I never saw end. The fight was the most hardcore fist fight I've ever seen & was between Eric Watson & someone else. I watched the first 5 minutes of their fight but decided not to break it up because of not knowing why they were fighting & eventually left the scene before the fight ended because Eric's mom was right there. I was worried they were going to kill each other & didn't want any part of it since I didn't know the trouble between the 2. We were surrounded by 100s of people so I decided to let the elders make the call. I know Eric is alive but don't know anything about the other kid.

I was so hurt from severe brain injury during my early childhood that when I played on the YMCA's soccer team the soccer ball hitting my head made my brain squish like a sponge. They said 'you're good' (making reference to being head injured & letting the ball hit my head) but I knew I was far more hurt than they were aware & that I needed to play with caution because of my skull's weakened state & brain injuries.

While a child, mind-control was used on me to blank my mind & force me into running full-speed into walls. My grandpa used to have to tell me to not run into the walls as I was being mind blanked & forcibly abused. At their house, mind-control was used on me to force me into kicking a nail that was hidden & sticking out of their trim on their wall. I was functioning normal when mind-control suddenly forced me to kick the bottom of their wall in their house that a nail happened to be sticking out of. I'm seeking justice for being violated & abused.

For part of my childhood I slept in a bunk-bed above my sister, Sarah. Mind-control was used to force me into rolling out of the bed on over a half dozen separate occasions. I would wake up while falling sometimes & after landing sometimes. I would usually smack my head on the wooden floor because of the fall. After falling out of the bed a few times my parents put up a side-wall on the top bunk designed to stop someone from rolling out of the bed. After they installed that I remember waking up as I was being forced to roll over top of the side-wall by a violator/violators using mind-control. I remember being forced to fall out of the bunk bed

simultaneously while having dreams about falling off of buildings & cliffs etc. I'm seeking justice for being violated & abused.

When I was a young child, I watched the NHL regularly. One of the first times I remember being violated with mind-control technology simultaneously with the tv broadcasts was while I was at my Grandma Armstrong's. I was with other family & suddenly was forced to say (by my violator who uses mind-control technology as they made it blatantly obvious to me that they were controlling me) that I didn't care to watch the games anymore because I couldn't see the puck while watching the tv. Immediately someone then turned on the tv to show me that the NHL game started to highlight the puck with a laser-type tracer/follower so that I could easily see the puck.

The first time I went golfing was with my grandpa & his brother, Alfred. They took me to Gibson Woods & taught me how to golf. I was in a concussion-coma-type state of mind & nearly drove my grandpas golf cart off the bridge on the 9th hole when my mind went blank (I don't remember if mind-control was used against me or my disabilities caused this incident but believe they probably forced this to happen while sabotaging me). - My Uncle Alfred was my caddy for the Monmouth Golf Tournament around that same time. I was being violated with mind-control & struggling with my new symptoms from severe head injuries while attempting to golf the tournament when I was 8 or 9 years old. While attempting to compete I was continually forced to fault by a violator or violators using mind-control & it frustrated me to the point where I cheated during the golf tournament & took off a stroke or 2 on the 8th hole because of my anger. I ended up getting 2nd, 3rd or 4th place in the tournament that year because of the stroke I cheated about. I remember being so mad that I just ignored everything from then after & didn't care to be honest as they were passing out trophies because I considered them all cheaters for watching me be forced to fault by a mind-control using violator/violators. I'm seeking justice for being violated & sabotaged.

My parents had a cleaning lady named Millie. At that time my parents were fighting nonstop & fighting about money often. I was completely capable of cleaning our house & told both my parents I'd rather clean the house myself then have them pay someone else to clean the house to try to save us money. They insulted me & turned me down. The next time Millie was at the house mind-control was used on me to force me into telling my parents that Millie stole some cash I had. I'm seeking justice for the sabotage attempt & for being violated & forced to lie to my parents about an innocent person that was attempting to help our family. Millie then stopped working for our family. Later in life I was forced into having nonconsensual sex with 2 of her grandkids girlfriends while I was in a mind blank & I don't believe that was a coincidence (Kalista Hedges & Melissa Patterson). Those incidents are described in more detail further in this testimony.

I have a memory from when I was very young where I believe I was physically attacked by 2 brothers (who I've forgotten the identity of) while having a sleepover at their house. My parents would be able to tell you the potential suspects. Once again, I took their abuse until they stopped abusing me.

When I was a child, I was forced by my mind-control violator to give another kid (I forget who) permission to punch me in my nose. My nose was punched & whoever hit my nose told me I have a nose made of rubber because my nose didn't break.

I was playing hockey with Drew Robertson in his driveway & the thought crossed my mind to shoot him in his face with the puck. I decided against shooting him & less than 3 seconds later he shot me in my face with the puck.

While staying the night at the Robertson's mind-control technology was used to violate me. I was getting ready to crash in Drew's room for the night while Chad was in Derek's room laying down for the night. Mind-control technology was used to force me to go into Derek's room instead of Drew's to lay down. When I went into Derek's room Chad & Derek were waiting for me & berated me with mental abuse & then kicked me out of the room back to Drew's room. The incident made me think that the Robertson's might be involved with my violator/violators who use mind-control technology to violate me. - While playing basketball with Drew, Derek & Chad Robertson (while severely brain injured) I saved the ball from going out of bounds & threw it off of Drew's head unintentionally. I believe (but don't remember for certain) that Derek & Chad then intentionally took turns throwing balls off of my head several times. I then have a partial memory of being forced (with mind-control technology) to throw a ball at either my sister (Brooke's) or Jake Gavin's head (or both) later in life (because of Derek & Chad's mistakes/abuse, a reoccurring torture technique of my violator who uses mind-control technology to violate/sabotage me, I get punished for others' mistakes & set-up for their same mistakes) while in a severe head injury coma state of mind.

My memory is attempting to get me to remember something that I don't know if happened or not. My cousin, Patrick, attacked me when I couldn't see him by jamming his hands into my anus. The attack hit a nerve but at the time I immediately forgave him & continued on with life (while instantly forgetting about the incident). I didn't know if mind-control was used to force him to make the mistake or if he made the mistake & I wasn't going to get caught making assumptions as I have been getting violated with mind-control nonstop. My memory is trying to tell me that after I was attacked by Patrick that way that I then attacked a someone else (or a group of others) with the same technique while I was near unconscious & unable to control my actions/thoughts/words as I was getting violated & controlled by a violator using technology. If this happened, I am 100% innocent. If it happened it happened after being tortured with abuse for my entire life up to that point & I wasn't functioning. If it happened, I will take no responsibility nor punishment for the action & place all the blame on my responsible violators & neglectors. If it happened, it happened as my violators that use technology to violate me continually set-me-up to appear guilty of the same mistakes that I've been violated with in attempts to lessen the burden on the actual violators. If it happened, I believe my violators forced me to do that to Drew so they could further criminally profile & investigate him as a violator. I know for fact that I've never attempted to hurt anybody in my entire life while conscious. I'm just now remembering that happening with Drew & remember them making me seem like a sexually deviant attacker as they did. When I was forced to do that they also had me tackle him & make it seem like I intentionally humped him for a couple seconds while I was mind blanked & getting controlled by

my violator. I think they were telling him that that's the type of hell he was going to be getting into if he kept attempting to hurt me as a severely disabled innocent kid & then go around acting like he was innocent. I'm pressing charges for constantly getting violated & sabotaged because of the violators I'm surrounded by. I'm pressing charges for being neglected as an innocent victim getting sabotaged with technology. - During my childhood I was violated with mind-control technology & my violator/violators who use the technology to violate/control me altered my memory by inducing false memories. They attempted to get me to believe (with false memories) that I did what Patrick did to me back to Patrick, his brother (Aaron) & our cousin (Daniel Gillen). Aaron & Daniel were the other witnesses when Patrick violated my anus with a punishing attack from behind as we were playing basketball. I did not violate nor hurt anybody. They did this to me during my early childhood after attempting to get me to believe false memories were realities several times throughout my toddlerhood as well. As a toddler I remember them attempting to get me to believe something happened during my childhood football game that I'm certain did not. While getting forced to live without many of my memories & without the option to be able to trust my memory to function this has constantly forced moments of uncertainty that have continuously been exploited negatively throughout my social experiences. They did this to me as they sabotaged me with mind-control technology & attempted to make me seem insane while unlawfully creating video & audio surveillance for court without my permission during my privacy. - Sometime during my childhood I was forced to depants (pull down the pants/shorts) of the Gavin kids. My memory still doesn't remember the scene but I remember knowing that my mind was completely blank & that I was getting sabotaged by my violator that controls me with technology (I immediately understood that I would be proven completely innocent of the act once provided a fair day in court against my criminal violators). I wasn't force to completely depants them just forced to yank down their basketball shorts while leaving their boxers on underneath them. I believe this happened after the majority of the crime I was violated with involving them but I'm uncertain. I believe I was forced to do this by my violators as their way of showing me that the kids complained about me playing rough with them during our childhood football games (as me & my mind-control violators both were 100% aware that I took it extremely easy on them compared to if I was attempting to rough them up or hurt them). I remember thinking they turned me into my father or somebody impersonating him during that incident.

During my childhood I was at the ski resort called 'Devil's Peak' in Wisconsin & a skier came flying down the mountain & I had to swerve to miss him as I was teaching myself how to snowboard. I went flying off the man-made snow into the forest that had no snow. There was about a 10-foot drop-off & I went flying in between two trees that caught my snowboard & dropped me straight down into a mud puddle while breaking the snowboard. One foot this way or one foot that way & it would've been another severe head injury.

During my childhood I attempted to dive into a shallow pool horizontally but hit my head on the bottom of the pool. This is another example of something that would've never happened if I was functioning cognitively & that I don't think would've happened if I was given the justice & protection that I've always deserved & been entitled to.

I went to 6 flags with my family & our family friends the Painters. My father, David Painter, Daniel Painter, Matthew Painter & I went on the 'Batman' rollercoaster. When we loaded onto the rollercoaster the mechanism that locked me into the ride was very loose but I didn't say anything so we all could still go. I believe the theme park (6 Flags Great America) loosened my specific seat & then used mind control to force me to sit in the loose seat on purpose.

The first time I remember blacking out was at a birthday party for Matt Walters sometime before or during kindergarten. Matt invited me out to his grandparents & I remember going & meeting his Grandma but then blacked out for over 16 hours & don't have any recollection of anything afterwards. The blackout was from my first series of childhood head injuries. I blacked out many more times throughout my childhood & my memory is missing for the majority of my life & faults/isn't reliable for what I do remember.

I can remember one of the first times I shared time with the Ray family from Abingdon. They had a pool & the oldest brother, Tyler, attempted to drown me in it while I was already severely hurt. Tyler is several years older than me & while I was swimming in the pool, he grabbed me & held me under water while I couldn't touch. He held me under long enough that I ended up choking/coughing up water. Nathan, another Ray brother, stopped Tyler from drowning me. I was told I wasn't allowed to hurt anybody by my mother so I didn't fight him as he attempted doing this to me & only I attempted to hold my breath. My mom laughed at me when she saw me almost get drowned. I mention this because I was violated every time I did anything & this is another example. I had recently told on Tyler after witnessing him spitting chewing tobacco on a baby. Once again, I didn't fight him because of being told I'd go to prison.

Sometime soon after one of my most severe head injuries I was violated with mind-control & forced to verbally speak a threat about one of my favorite NBA players, Michael Jordan. Me being forced to speak a threat about someone I idolized as a kid is another example of the constant sabotage I'm forced through by my violator/violators who use mind-control technology to violate/sabotage me.

While at Camp Ondesonk my personality was sabotaged by a violator using mind-control technology. I was forced to introduce myself as 'Kevin' to people I've never met before while being violated/sabotaged/forced.

When 1 of my friends visited me (Tara Farley) at my house, mind-control was used on me to sabotage my personality & embarrass me. My violator forced multiple personality disorder symptoms on me & turned me into a version of my father & forced me to ask Tara if she wanted to 'play house' with me. 'Playing house' is what my sister Brooke said when I was forced to hump her for a brief second before I realized what was going on & stopped (detailed further in this testimony). It was also what I was forced to say when the same type of incident was forced on me with Hannah Youngquist as I was blank-minded (detailed further in this testimony).

I suffered from nightmares often as a child. I can remember mind-control being used on me while attempting to describe some of my dreams to my father & being forced into crying to my dad about a dream I had that he was murdered by me in. I didn't get the option to avoid the conversation & had my personality sabotaged during.

I came up with the designs for stove vents that are being used widespread as a small child before kindergarten. I shared the idea with my grandparents & eventually my mother & others.  I was hurt bad from being murder-attempted & mind-control was being used to violate me & sabotage my personality while saying things I'd never say. I was forced to say that I wanted to "give" my idea to our family friend Craig Robertson while I was in a severe head injury stupor & getting controlled/violated by my violators using technology. My exact design suggestions are the exact designs being used widespread throughout mainstream society now. - I also told my mom about my ideas to redesign all of the kitchen equipment (stoves, microwaves, toasters, etc.) & my plan to redesign plumbing systems but she never took me seriously because of me getting sabotaged nonstop. - I told Chris Gavin about my idea/plan to redesign water pipes so that they could be insulated (detailed further along in the designs/inventions portion of this testimony) & he told me "you can't do that". Chris then neglected to take any action towards the contribution that I just shared my plans with as I was severely disabled, constantly forgetting & rarely could communicate anything worth communicating. His mistake has cost me probably around a $million-$billion & the planet probably over a $trillion now & he should be brought to justice for his neglect/exploitation crime (potentially a life sentence).

The dumbbell foot straps made by 'Animal House Fitness' called 'monkey-feet' were a suggestion of mine as a young kid. I suggested their design & then forgot about the design because of my head injury symptoms. After forgetting about my suggestion some other kid I was forced to be around attempted to claim that the suggestion was theirs to me (I don't remember who the kid was). I remember knowing the suggestion was mine & thinking the kid was a desperate thief. Someone then approached me (I've forgotten who) & told me that this was going to be a part of my court case later on in life & that they were going to produce the design & call it 'monkey-feet' & that they would be coming out with the product as I would be preparing for court (which is exactly what just happened (2023-2024). Whoever told me about this part told me the kid who is attempting to steal the credit/profits/company from me is going to lie all the way to his death bed about thinking of this design despite me having witnesses that it was my design suggestion first.

I remember Mr. Al McGuire approaching me in the general public during my childhood & making an unexpected comment to me that proved he had access to my thoughts. If he didn't have access to my thoughts mind-control was used on him to make it seem to me as if he had access to my thoughts. I don't remember what he said. This happened as mind-control technology had been blatantly used to control & violate me every day for as long as I can remember.

During my childhood I lived with my Aunt Judy & her family sometimes. I was severely brain injured during some of this time & getting controlled by my sadistic violator that uses mind-control on me who had already murder-attempted me. I remember being mind-blank & wondering around their house & my violators creating strong sexual feelings/hormones whenever I'd go into one of the bedrooms.

As a young kid I was living in a coma-type state of mind because of being murder-attempted with head injuries on several separate occasions. My violator/violators who use mind-control to control/sabotage me used to blank my mind & make me go to other people's houses

(friends of my family) & force me to jack-off while I was blank-minded. I remember being so hurt that on 1 or 2 separate occasions that I willfully chose to go to people's houses uninvited (while they weren't home) hoping that doing so would trap my violators who violate/force me with mind-control & that law-enforcement would put an end to me getting violated with technology (there is an entire section about this further along in this testimony). I remember when I did that I was once again mind-blanked while in those houses & forced to jack-off. I believe I was forced to go into each separate house every time the legal system could prove that family's neglect involving my court case because I was a victim being forced to live without justice/my rights. I believe I was forced to jack off for pain relief & that I was being child/torture porned while under illegal surveillance (because I was obviously under surveillance since mind-control is being used on me nonstop). - While a small child, my sister had a life-size barbie doll. While mind-blanked from head injuries & being mind-controlled by a violator, I was forced to make a false vagina out of washcloths & a luffa on the barbie doll so I could feel as if I was practicing for sex as opposed to jacking-off with my hand. I was forced to hump the barbie doll until I ejaculated. I was hurt bad & orgasms were the only pain medicine I had access to. This is another example of how I was being forced into sexual incidents while under surveillance (child-porned). I'm seeking justice for being forced into these types of incidents while being observed. - One of the times I remember being violated with mind-control technology (sexually) was when I realized my vcr & I had the same initials (RCA was the brand of my vcr & those are my name's initials). At that moment when I realized the vcr & I had the same initials, mind-control was used on me & forced me to get up off the couch I was laying on & attempt to stick the tip of my penis into the vcr. When I realized I couldn't fit into the vcr, mind-control was used on me to jack-off on the couch & probably hump the couch. I'm seeking justice for being violated, sabotaged & sexually abused while under illegal surveillance. -- Throughout my childhood I was forced to jack-off hundreds if not thousands of times. I remember being forced to jack-off a bunch off the start during early childhood & then deciding to stop but then being blatantly forced to against my will so many times that I found myself doing so just so I wouldn't get forced to. Some of those time's I would ejaculate into whatever I had around that could be washed or thrown away. I remember several times grabbing a nearby cup & releasing into it rather than pinching it off or dealing with a mess (while unable to think/function). Several of those times I can remember leaving my waste in the unwashed cup before leaving the scene without thinking about potential harms. My family & I shared the same drinking cups & this could've harmed my family members. I was forced into the incidents with mind-control & forced to put my family in danger by my violator/violators using mind-control so I'm seeking justice for all of us.

During my childhood I believe I was given some type of back surgery at my house while in my sleep (& without being told it was going to happen/still not being told it happened). After my injuries had hurt me, I was very inflexible. Touching my toes was impossible & I couldn't hardly bend over to touch my knees. Suddenly one day I could bend over & I could touch my toes. Still to this day it feels as if something in my back/spine was cut & now my spine feels 2-3 inches short (constantly being pulled-on/stretched) (it's very uncomfortable/exhausting). I suddenly went from having no calf muscles whatsoever (ALS-looking) to having small calf muscles despite having no feeling in that section of my body (I believe they put fake calf muscles on me just like fake boobs).

Several times throughout my childhood I had my personality sabotaged with weaponized technology while in my privacy & forced me to complain. During those times I didn't get to control what was said & it felt as if my violators were staging false evidence while mind-controlling me & making me petulantly verbalize to a camera that I couldn't see. They forced me to cry multiple times while doing this to me during my childhood. This torture & sabotage technique is something they've done to me continuously since. They've done this to me often enough that they also get away with forcing me to mentally break down about being the constant victim as extra sabotage multiple times. All of the damage & sabotage has caused me to mentally break down a couple times throughout life but I've been sabotaged to make it seem as if I was far more than I actually did & while under surveillance. I'm pressing charges for being violated & neglected.

During my childhood I would wake up drenched in sweat often because of my head injuries. I would be just as wet as if I had jumped in a swimming pool when I'd wake up. My entire body was floppy/limp for a while because of my head injuries & now cerebral palsy symptoms. I don't remember how long it took me to go from being floppy to a more recovered 'rigid & dead/numb' state that I am now.

During my childhood someone asked me what I wanted to look like when I grew up. When they asked me that mind-control technology was used on me to force me to answer that I wanted to be bald & have a beard that doesn't grow in fully (I was being sabotaged by my violator who uses technology on me). I now am almost bald & have facial hair that grows in very thin.

During my childhood I caught my violators seemingly using weaponized mind-control technology to create child suffering video surveillance.

During my toddlerhood I was caught & exposed for making angry tic-toc making jokes about 'passing the torch' as a writer or movie & plot creator to another more capable mind with those involved with controlling & spying on me. During this argument I was in for myself I stated that I was considering donating some of my time to world development since my time at home was getting destroyed & thought I might move to a 2nd or 3rd world country to help work a labor role amongst their production factories. This happened as I was suggesting a plot plan for Rounders 2 & soon after Hollywood showed me a movie with Edward Norton playing a character who worked in the production factories in a 2nd or 3rd world country as the plot focus. This is the type of interaction I've continuously received from my surroundings along with the entertainment & media industries.

During my childhood I remember crying after one of my severe brain injuries was forced on me & I forgot about all of my plans & ideas for inventions & designs. I remember crying because I lost one of my favorite plans for an invention as a young child & in November of 2024 as a 37-year-old I remembered that I was crying about my plans for designing hydraulic & gear resistant & adjustable strength training equipment for the first time since forgetting this plan of mine as a kid after getting murder-attempted.

During my childhood I remember being forced to act pathetic in front of my mother on multiple occasions & I believe I was forced to do so by my violators using mind-control technology to trick her into making more false assumptions about me because of how angry I always was with her (I would regularly notice her making false assumptions about me).

During my childhood it seemed as if the authorities spy on me while individuals amongst the authorities knowingly violate me with weaponized technology caught me at the scene of a trespassing violation attempting to trap my violators that sabotage me with technology & forced all of my involvement with trespassing as I was wanting to fight my violators by myself (as I was a severely brain injured 4-7 year old).

During my childhood I was physically abused by my violators that control & violate me with technology nonstop in between the severe injuries that they forced on me. Every time I walked through a door jamb, they forced me to hit my head or elbow on it. Every time I woke up in my bunk bed, they forced me to hit my head on the roof of it. Every time I took a shower or bath, they forced me to hit my head on the faucet. Every time I attempted to ride my bike after my worst head injuries, they would force me to slip my feet off the pedals & hit my shins on the pedals or wreck me. Every time I did anything they forced physical abuse of some kind. This was extremely mentally abusive to me & demoralizing for me as well.

While in my childhood I thought I caught my mind-control violator forcibly exposing my anger with my violent & severe violators & then using medical neglect or poison to intentionally break my skin out to blatantly show me that they were punishing me for that type of behavior/anger/negative-vibe. While I was attempting to decide if I thought that they did it to me or if I wasn't functioning my mind-control violators made it EXTREMELY OBVIOUS to me that they were controlling me & did it again. They then showed me that they could clear my skin up instantly & then did it to me again & again & still are doing the same thing to me today in 2025 (around 3 decades later).

During my childhood I played baseball while severely brain injured. I could no longer see far enough away to be able to see the ball at first base from the short stop or 3rd basemen until it was about half way to me then I couldn't react fast enough so it was a miracle if I ever caught the ball. I couldn't see the ball nor react fast enough to hit. I could no longer see high fly balls so I would have to guess. Baseball was no longer fun for me after becoming that disabled.

The testimony in the 'Alexis' portion of the 'Living Environments' section labeled '8/23/25' details another example of when I was violated by my mind-control violators during my childhood.

I now have multiple scars on my face that I don't remember how I received.

A lot was said during my childhood & life as I wasn't functioning & in those times, I definitely would not be held responsible for what was said. In case law it would be similar to attempting to hold a date rape drugged victim accountable for what they say as they are drugged.

**Time with my people**:

**Grandma**: My grandmas were some of my favorite & most cherished people. My head injuries took almost all of my time away from them. I don't remember much between my teenage-college years but know my time with my Grandma was stolen from me. While waking up from my concussion-coma & shock-type state of mind, my grandma was suddenly in a nursing home. She was at home thriving the last I remembered. I wanted to live with her & care for her or hire her the best in-home health care available instead of her being forced to live in a nursing home. I think mind-control was used on me to always forget about trying to live with/help my grandma & forced me to continually stay at home & lay in bed where I would forget about everything from my life. Every time I would visit her in the nursing home I would get violated with mind-control technology in some way or another & getting violated makes me so angry that my mind goes blank for varying amounts of time. 1 example that happened often: A bad memory would be put in my head while I was interacting with my Grandma & then mind-control would turn my head & force me to look out of the window & a police car would drive by. That happened many multiple times while I was visiting my grandma in the nursing homes & it would also happen when I'd visit any of her sisters in the nursing home. 1 time, her nursing-home roommate asked me to bring her a small amount of whisky into the nursing home. I believe mind-control kept my mind blanked long enough to then go buy her a small bottle from the gas station & give it to her. I wasn't 'awake' enough to consider any potential dangers of giving her the whiskey & she seemed healthy enough to me. After I had given her the whisky & I instantly completely forgot that had ever happened. I went to visit again in a day or 2 & I arrived to my Grandma covered in blood after supposedly falling out of her wheelchair & cutting her hand. Neglect from the medical field & the justice system were at fault since I was being forced into faults by a mind-control using violator & was & am still living under constant surveillance without any of my rights, justice & medicines. I believe her roommate spiked her drink with whiskey & hurt her but I'm uncertain. My violators that blank my mind intentionally while I'm under surveillance should've protected me & my grandma from that.  Had I been given justice when I deserved it every time & my rights as an individual were always respected & protected the majority of the negative from my life would have never happened nor resulted in damage/loss. I'd have amazing relationships with family, friends & community. Instead, my life has been a living hell full of nothing but torture, embarrassment, forced faults & neglect. Another example was when I was visiting my Grandma in the nursing home on a different day. While there I decided I'd leave & go home for something & come back to visit her with dairy queen. I told her that I was going to leave & be back to see her shortly. When I went home, mind-control was used to blank my mind & force me to completely forget about going back to the nursing home. My violator/violators forced me to lie to my Grandma & leave her waiting. Another technique that I remember being regularly used to violate me while I was attempting to visit my Grandma was when I was forced to look at my smartphone as I was attempting to provide her company. My violators blanked my mind on a regular basis & forced me to scroll Facebook when I didn't want to be using my phone.

My Grandma, my Grandpa & the rest of my elders have all died in miserable conditions compared to what I would have had them living in if I was living with the earnings &

compensation I'm entitled to. My time with my Grandma was stolen as I was getting sabotaged, raped, wrongfully imprisoned & more as a known innocent victim.


**Kent Armstrong**:

One of the first times I went to my father's farm was when I was 3-5 years old. My mother had told me to try to think of ways to "make things better". While at the farm I would always carry a bow&arrow to practice my shooting constantly. I was walking over 1 of his cattle-crossings & looked up to see his cattle barn & combine in the same view. In that moment I thought of my design plan for animal-confinement septic-systems by mixing the barn with a grate floor leading to the basement & the conveyor-systems of a combine to create a septic-system. I also thought of my idea to make automated livestock feeding systems & insulated water lines & basins on that same day. I immediately attempted to talk to my father about my idea/design for these new agriculture improvements. I wasn't able to successfully communicate with him because of my severe head injuries & because I was getting violated by a lunatic using mind-control. He immediately blew-me-off & told me to take my idea to school since I couldn't get my points made clear to him. As I was failing to communicate with him about my major idea/plan I was wondering if I could shoot my arrow all the way up to the clouds & mind-control was suddenly used on me to force me to immediately shoot my bow up into the sky as my father, other employees (I forget which ones) & I were walking on the farm (I'm pressing charges for being violated & sabotaged. I'm pressing charges for the others being put at risk as I was violated). My father was furious & accused me of being careless & putting us at risk (back then my eyes were good & I kept my eye on the arrow & watched to make sure it didn't land near any of us & was prepared to redirect anyone threatened by the shot despite his thoughts). I wouldn't have shot the arrow straight up but the violator/violators using mind-control on me forced me to shoot it. I think they forced me to shoot it to create a traumatic memory for both of us to remember so that I could remember my idea for confined animal septic systems but my violator/violators could have forced me to shoot it hoping it would kill me so they could steal my idea. My plans for the design of the invention are done & the finished product & creating companies to continually produce these improvements will be worth billions of dollars once up & going. The companies will make a massive positive impact for the agriculture industry & the health of both farmers & livestock.

The first memories I have of becoming conscious displayed me playing full contact tackle football (without pads) for an audience as a child so young that I was just becoming conscious. My introduction to my father followed soon after & it seemed to be a joke that entailed the focus on the importance of communication as I was unable to produce words. His joke seemed to be about how he placed me in those situations intentionally & how no individual can defend themselves & conquer the existing forces when it's one against all. He seemed aware that mind-control technology was getting used on me & told me he recognized that I must understand what he was communicating but that I must not be able to create speech yet as I would respond to him with sounds to show him I understood. This engagement was extremely satisfying for me to learn that he understood that I could understand despite not being able to talk & it seemed to

immediately expand my mind & abilities enormously. He seemed to know that me being exposed to the general public would be a good thing for me & us because he knew I was intelligent. It didn't take me long to realize how important our family farms are to our family tree & how important agriculture production is to society. It didn't take me long to realize that we have one of the best spots on the planet for agriculture & that this was probably one of the main motives for my violators violating me. All of this happened to me as my violators/controllers were controlling when I was conscious & wasn't. I thought my father knew mind-control technology was getting used on me because of an interaction that happened at my grandma's house during early childhood. My violators had been showing me how they understood my thoughts & could & would control what I say based on my thoughts, motives & observations. I was sporadically forced to say something to my father about not being able to see the puck while watching hockey anymore (because of my vision loss caused from my head injuries) & then he instantly turned on the tv to a hockey game that suddenly began highlighting the puck with a laser. These types of interactions continued throughout the rest of my life on a regular (almost daily) basis & I believe it was his way of telling me to do my best to trust the life processes & education that I receive while showing me he was aware of the mind-control technology. These regular interactions occur simultaneously with live broadcasted television & radio so it's taught me that the federal government is fully aware about what I'm being forced to deal with as a serial victim who is being forced to live without my rights & justice. I was forced to reenact my thoughts throughout these memories almost 3 decades later on 11/18/24 as I was getting controlled & interrogated with mind-control technology about my competence for court & life, while in my nonexistent privacy living on Blayney Street in Alexis. After processing all of this during my childhood I came to the conclusion that this was my father's way of telling me that he wasn't getting a choice to protect me from the severe abuse being forced on me & that there is nothing we can do about certain situations as victims. During this introduction to him he seemed to fear for our lives.

While I was a kid mind-control was used to force me to threaten my father with a small souvenir wooden baseball bat when I was actually mad at my mother.

Mind-control has been used on me to force me to jack-off my penis for pain medicine throughout my entire life. 1 of the times I can remember from my childhood was when I could hear my dad walking around downstairs below me. Mind-control was used on me to start saying my 4th grade teacher's name during an orgasm so that he could hear me. He heard me & made a joke about it later on. I am pressing charges for being violated, sabotaged, tortured & for defamation of character.

My father has known that I've been injured since I've been injured. I've been so injured that I couldn't tell him about most of my injuries but he knew by observing me. An injury I didn't tell him about was when Brian Parkin's (an employee at our farm at the time) wrecked us on an atv while I was on the farm as a small kid. I didn't tell him back then because I was asked not to by Brian. After my injury at Monmouth Park, I told him about getting hurt & that they forced the injury on me but I wasn't able to communicate well enough to clarify that they forced the injury on me using mind-control technology. I just told him, "they did this to me" & that "I am as hurt as it gets". I'm pressing charges on my father (my legal guardian) & the responsible elders within

our community for me not having been given a lawyer for this violation to me & attempt on my life 30 years ago. I was only 3 or 4 or 5 when this incident happened & I have been getting violated on a daily basis prior to this & since. I've been through our court procedures for various criminal & traffic violations that not only I was innocent of but that I never received fair nor proper representation for nor fair nor proper opportunity during & while I was in a concussion-coma-type state of mind & getting violated/sabotaged by a violator/violators using mind-control to set-me up, torture me, sabotage me, exploit me, steal from me etc. Several of my injuries happened while working which would qualify me for work-comp. My father paid my way through life but I was never given nor provided my civil/human/patient rights that would have allowed me to claim my own earnings/compensations/medicines/ rights & justice. I'm pressing charges for being sabotaged, neglected & for being forced into situations which threaten our family-farm to be sued by me & others (detailed throughout this testimony).

After mind-control was used on me to force me to wreck my father's green golf cart (which landed directly on my right temple as it trampled me) mind-control was used on me to immediately pick up the golf cart, get back on it, & drive it home in a 'sleepwalk' without saying a word to Corey nor Aaron, (who I was with) while I was concussed from my prior injuries & this injury. As soon as I pulled the golf-cart into the garage & stepped off the golf-cart, my father punched me in the head hard enough to send me flying 4 or 5 feet into a concrete wall where I collapsed to the ground. Mind-control was used on me to immediately get up (still in a 'sleepwalk') & go to my room & go to bed. I believe mind-control was used on my father to force him to punch me. I'm pressing charges for attempted murder on whoever violated me with mind-control & forced me to wreck the golf cart by suddenly yanking my hand as I was driving down the hill. If mind-control wasn't used on my dad to force him into hitting me & it was his fault, it was my mom's fault for constantly torturing our family with mental abuse. If mind-control was used on him to force him to punch me, I'm pressing charges for both of us. If mind-control wasn't used on him & he knew I was just murder attempted with mind-control in a forced wreck of his golf cart before he punched me, I'm pressing charges on him. If mind-control wasn't used on him & he didn't know that I was just intentionally wrecked I'm not pressing charges on him. I don't think my father would have ever done that willfully if knowledgeable of everything. My mother was nonstop mentally abusive towards him & I & picked fights with him nonstop which was more than taxing on him. My mind-control violators constantly sabotaged my personality & violated me by forcing me to mistreat him with mental disrespect/abuse multiple times before this had happened. My mind-control violators had murder attempted me multiple times & turned me permanently disabled by then so that had him mentally unwell I'm certain. The combination of those facts is why I don't hold my father responsible for the incident unless he knowingly was in on the grand violations to me which I'm almost positive he wasn't. If he was it was yet another murder-attempt on my life after getting murder-attempted by my violators who had just murder-attempted me by forcing me to wreck his golf cart moments before.

I never had medicine growing up despite being one of the most abused & injured people/victims I've ever heard of (that's not paralyzed or dead). I used to often get a feeling that I'm not certain if was medicine or my childhood health. If it was medicine I've never known how it has been administered to me. After high school & during college I had been introduced to different

medicines & because of my education I know that I'm lawfully entitled to medicines that improve/benefit my quality of life, especially since mind-control (a government tool) was deliberately used on me to cause my injuries. I also know because of my education that I've always been entitled to big-money lawsuits, injury compensations, crime-victim compensation, & big-money lawful earnings for my contributions as a designer/idealist/inventor. I'm furious about my medical treatment & because of the fact that I'm still being forced to live without my rights to have & administer my own medicines as I continue to suffer on a daily basis without. I do not function whatsoever (mentally/physically/sexually) compared to when I have the medicines that benefit me. Once I began being provided the opportunity to purchase medicine (while knowing I was getting violated/neglected as a disabled person by being offered medicine from people other than doctors while being illegally surveillanced & while not being given fair nor proper legal representation nor my rights) I decided to start using medicine every chance I was given & am suing the government/responsible medical staff & authorities for not giving me access to my own prescriptions. I have spent all of the money that I've had access to on medicine, including any money that I stole from my father. Some of the time I chose to steal my father's money for medicine to stick up for my rights & because I am entitled to medicine & my rights from my father (he was my legal guardian & is supposed to have me living with my rights/earnings/compensations) but this all happened when my mind wasn't functioning. I wouldn't have wanted nor been willing to steal from my dad & would've wanted to talk to him so he could help me get my own medicine but I wasn't functioning & was being violated/controlled & doing my best to progress towards living with my rights without being able to communicate. Several of the times I stole from him for medicine I didn't get the option to as I was getting controlled/violated/sabotaged by a violator using mind-control technology to control me. I spent all of the money that my dad gave me & that I took from him on medicine except for when I was forced with mind-control technology to buy Morgan lingerie from Victoria Secret & myself a winter coat as I was blank-minded. I am pressing charges against all violators & expect to be able to have my own life-time prescriptions without having to unnecessarily give any more of my time to doctors & I expect the medicine for free now because of all of the trouble, torture & disrespect I've been put through for the medicine I now need to function because of getting intentionally tortured & abused for my entire life. I also expect to earn the rights to grow my own medicines & the instructions to produce them because of the 'epidemic' & shortage of supply. The neglect towards me from our justice & medical authorities has destroyed my life & left me more permanently disabled. My father is certainly owed the money back that I was forced to steal & stole while I was in a concussion-coma-type state of mind & getting sabotaged. They don't just owe him back for this they owe him back for all of the damage caused by the disabilities they intentionally gave me & the neglect since. I'm seeking justice for getting violated, sabotaged & neglected while under surveillance. I'm seeking justice & compensation for my father.

I can remember a time while I was living on Maplewood Road when I was forced to lie to my father while I was in a concussion-coma-type state of mind. I was in a mind blank & remember approaching my father & telling him a guy I know named Travis Norville needed money. He didn't ask me anything but how much he needed & I told him $200 or so. I then gave the money away for supposed cocaine as I was completely mind blank before ever waking up enough to be

able to resist against my controller/violator. I remember being forced to purchase & use supposed cocaine a few times when I've never had desire to do so. I'm positive my mind-control violators forced me to do this as I was being illegally surveillanced to sabotage my respectability as I was in a mind-blank. I've been sabotaged my entire life & am positive they sabotage me so that I wouldn't be one of our better Presidential candidates & gaining constant support as a designer/inventor. All of my relationships with family, friends, fellow people & authorities gets sabotaged nonstop at every opportunity by a mind-control using violator/violators. I'm seeking justice for being violated & sabotaged.

While in my grade-school class I.C.S. I suggested the clothing company called 'Spyder' for a cold weather clothing company because of the x-games athletes resemblance to Spiderman. I suggested that a coat be made to look like chain-link armor & my father bought me this exact coat that the company named 'Spyder' produced when I was in high school.

My father owned a Harley Davidson motorcycle that I drove several times. Mind-control was being used on me & it was made obvious to me that it was being used to violate/control/threaten me while operating the motorcycle every time I was on it. On one occasion, I was driving past the house that my old friend Justin Creighton lived in (who died after possibly both of us were forced to overdrink vodka (I was murder-attempted with vodka that night without doubt)) when my violator/violators used technology to force me to take both hands off of the motorcycle's handlebars & ride no-handed for a brief time. It was the same thing that Jax Teller did at the end of the show Sons of Anarchy to commit suicide & I had recently finished watching that show. I'm seeking justice for being violated, sabotaged & threatened. It should also be noted that while wearing the green-tinted Harley Davidson-goggle-type-glasses & driving into the sunset that vision gets impaired. I nearly drove head on into a moving train @ 50-60mph because I couldn't see it. The sound of its horn let me know it was there just in time & I skidded/swerved to a stop just feet from the moving train. My father then gave me money to buy a Harley Davidson motorcycle from someone off of eBay. The bike was advertised in running condition. The day I bought the bike it started to rain & I didn't test drive it. I only listened to it start up. Once I got the bike home, I realized the bike was totaled & couldn't move on its own. Buying the bike when it started to rain & getting it home to realize that it didn't work was an exact detail that I much later remembered being told would happen years & potentially decades before it happened during a conversation that I don't remember. I'm seeking justice for being sold the motorcycle & for getting stolen from. My father deserves paid back & I deserve compensated for my time getting wasted as I've been getting violated every day of my life.

My father re-married. I was invited to his wedding & planned on going to it. On the day of his wedding mind-control was used on me to violate me & I am pressing charges. I wasn't planning on taking anybody with me to his wedding & suddenly before leaving for his wedding I was mind blanked/controlled & forced to ask Brett McGill if he wanted to join me. He agreed to join me & I picked him up. On the way to the wedding, I was dressed in my best & ready for his wedding when they suddenly blanked my mind & had me change out of my nice clothes into my regular clothes. I then went to his wedding for less than 10 minutes before I left. I was in a mind blank the entire time. Mind-control was then used on me to take a bottle of whiskey from his

alcohol cabinet & give it to Brett for going with me. I'm pressing charges for being constantly violated & sabotaged.

While living at my father's (during my most recent stay there) I hadn't been feeling nor doing well & had been staying in the upstairs bedroom, minding my own business & keeping to myself while attempting to recover & recollect my past enough to start preparing myself for court. One day my father suddenly yelled at me & asked me to get downstairs. When I walked downstairs the sheriff was there with another Warren County Officer. They appeared to be in the house as if they were going to talk to me or arrest me. Suddenly mind-control was used against me to force me to spit on the officer who was with the sheriff. He attacked me & tackled me with the sheriff. The next thing I knew I woke up from a blackout with those 2 on top of me on my dad's kitchen floor as I was being tazed in my testicles by the sheriff. This was on November 5th several years ago. That specific date is from a movie I watch & they always arrest me & give me court dates on certain dates which are sentimental to me (V for Vendetta). I was then taken to the Warren County jail & escorted from the police car to the jail by the policeman who illegally arrested me & then supposedly sexually harassed my x-girlfriend as I was being arrested, a supposed Taylor Peoples. I know this was done to me intentionally as another form of torture/harassment. I know they have no right to arrest me nor take any of my freedoms/rights as an innocent & disabled victim to our nation's highest crimes that's been getting tortured/sabotaged/violated with mind-control technology for my entire life. I was then kept in jail for a long time & then probably sent to prison or a psych ward or both (I can't remember the order of anything at the moment). I am seeking justice for getting forced into the incident, for being violated, for all my losses & for anybody I know who suffered because of the negative attention & violations to me. I'm seeking justice for getting sabotaged & for having my time/reputation taken from my family as I'm being stolen-from as an inventor/designer/should've-been-presidential candidate.

My father gave me an enduro dirt bike that I had for several years. Mind-control was eventually used on me to force to sell the bike that I wanted to keep to Bobby Clevenger for next to nothing. I'm seeking justice for getting violated & stolen-from (not on Bobby but on my mind-control violator/violators (unless Bobby was aware mind-control was used on me to force me to agree to give it to him in which case I will be seeking justice against him also)).

While I was a young child & dealing with head injury symptoms mind-control was used on me to get into an argument with my dad as I was in a mind blank & force me to tell him he had a small penis. This was as him & my mother were fighting constantly & it was especially bad timing. I'm seeking justice for being violated & sabotaged. I'm seeking justice for my father as well.

My father has now placed an order of protection on me & I'm completely innocent of all wrongdoing involving him. Everything negative involving him that I'm responsible for was a desperate act of self-defense to being violated & neglected. I've never thought of him as anything but 1 of my best friends & role models. He has upset me several times but not to the point that an order of protection can be placed on me. If anything, I could get a lawful order of protection on him. He has neglected me my civil/employee/human/patient rights my entire life as I've been constantly violated, sabotaged & neglected as the known victim to our nation's highest crimes

many separate times. He has paid my way through everything, what some would call "spoiling me". Everything I have ever had or used was because of him or was his. However, I've never had the rights to my compensations/earnings nor my medical nor legal rights nor been provided the justice I'm entitled to. I was forced to steal money from him on several occasions so that I could have medicine that I need to function. I was told to stick up for my rights & my education taught me I'm entitled to the medicine for free (because of the victim that I am) & money from my dad after getting hurt on the farm & neglected. I don't want money from my father, I wanted to help developed his/our farm business with my own lawful earnings & compensations (that my education tells me should be in the many $millions if not the many $billions because of my invention designs & with the lawsuits I'm owed for getting intentionally injured & for getting spied on as I've been abused (mentally/physically/sexually), sabotaged, neglected & forced to suffer). I'm seeking justice for getting neglected as I've been constantly violated on a daily basis for my entire life. I also haven't been invited to my own family events for the past decade. This type of treatment towards a family member who is 1 of the most head-injured on the planet & that's been getting tortured for over 30 years is treatment I intend to live without for the rest of my life. Because of my family's intentional neglect throughout my entire life (especially within the past 15 years) I am potentially getting a protection order on my family indefinitely.

One of the first time's I rode my bike I began putting thought into redesigning bicycles to use pto-shafts instead of chains because of the constant threat the chains impose while rotating next to our ankles. I had completely forgot about this/my design improvement plan because of my head injuries when my father asked me what I'd improve to the bicycle after parking my bike in the garage for the 2nd or 3rd time at the house we moved into on Broadway in Monmouth. My family & I moved into that house when I was 5 years old (1992-1993). When I responded to my father it felt as if I turned into my Uncle Richard Hopson because of multiple personality disorder symptoms. It made sense to me because my Uncle Richard used to work on farm equipment. It felt as if mind-control technology was forcibly communicating for me as my mind was blank & I recited my forgotten improvement plans for the bicycle's using new pto-shaft powered bikes instead of chain propelled gearing connections & the design suggestion for the new suspension systems being used on bikes & motor bikes. When I told my father he positively responded to me but I can't remember details because of the damage caused from my separate head injuries. I then completely forgot about our conversation in the garage & while completely mind blank at school I was once again forced to talk about this idea to my class after completely forgetting about the improvement again. The design/invention portion of this testimony details the designs I put thought into as a young kid for this specific improvement plan. After just getting to begin preparing for court I was once again reminded of this improvement suggestion from my childhood by a post that I was shown on the phone app, Pinterest, during my early 30s. It's now 7/1/2024 & I'm just getting around to updating the testimony & plan involving this design improvement because of constantly working towards completing the rest of my evidence document & only being able to remember & document a certain amount at once. I worked on this document every single day since the middle of 2019.

My father is included in the list of defendants because he was my legal guardian & never has provided me my human, civil, medical & legal rights that I've always been entitled to.

**Kathy Lefort**: My mother was severely mentally ill during parts of my childhood. I don't know if it was because of her pregnancies or other reasons/stresses. She told me she wrecked while driving a grain truck before I was born & it's always seemed that she has brain damage from head injuries but I'm uncertain. She also said she wrecked while snow skiing down a mountain but didn't tell me details. I'm saying she was mentally ill & abusive before she almost died after getting misdiagnosed when she had toxic shock syndrome when I was 6 years old. She seemed somewhat-better, mentally, after her sickness. She was traumatized finding out how hurt I was but I'm uncertain what she understood about the totality of the reality of this evidence & I believe this might have been a primary reason for her seeming unwell. She would mentally abuse all of us on a daily basis (my father, me & sometimes my sister Sarah) prior to her getting sick. Physically, us children would get spanked & that was it but her lunacy about it was what did the most damage. My mom would completely make-up lies about me & my actions to justify spanking me to my father when I was being good & to get him to spank me when I had done absolutely nothing wrong. Her constant mental abuse destroyed the relationships within our family. She would pick fights with my father every single day when I saw no reason for it (my father was doing his best for us in my eyes). A few of examples of her mental abuse was after my severe brain & spinal cord injuries my leg muscles disappeared & she would call me 'chicken legs'. After I had survived several murder attempts, thought of over a half dozen inventions that will create companies worth multiple $billion & never hurt my fellow kids that attacked me repetitively & as my father worked his ass off nonstop for us then would come home & make supper & practice ball with my sisters & I my mom said "I need a real man… you are not a real man… your dad is not a real man." She would make us watch tv with her & then say "oh he is soooo hot" every time she would see another male on the tv. Several times throughout my life I have wondered if mind-control gets used on my mother as well. I've also wondered if she even got sick or if she had the hospital get her sick for some type of experiment on our family or if the hospital intentionally got her sick because of how bad she was acting towards my family. I intend to find out the truth one day. I know that before she fell ill, I had started using all of my prayers & thoughts to wish I could rid her of my life & of her evil. I was in a head injury coma-type state of mind & was praying constantly that she would die or disappear when she suddenly became sick. I think my violator/violators who use technology to read & control my mind might have intentionally violated my mother because of my prayers as they were reading my mind. Once she became sick, I stopped praying & thinking completely because I thought they intentionally poisoned her because of how often I prayed she would stop mistreating us (while knowing my thoughts were getting spied on by the violators who use mind-control on me nonstop). I went 6 months without praying while she was in the hospital & would lie to everyone when they told me to pray & would tell them I did just to appease them. After she was in the hospital for over 6 months I'm 100% positive that mind-control was finally used on me to force me to pray for her while in my first grade class when my teacher, Mrs. Linden told me to pray for her. Instantly when that happened they told me she was better & going to be on her way home. This example further proved to me that my violator/violators using mind-control to control/violate me were in on controlling my surroundings/environment & probably in on my mother being forced to be in the hospital. It also further proved to me that they were in on reading/controlling my thoughts

(which was made blatantly obvious to me nonstop throughout my childhood). She seems to regularly insult me for not having her confusion eliminated regardless of my memory loss. I was always aware that the surveillance existed within my internal thoughts & I've always been planning to access it to use for court & I didn't realize that she (& all of my immediate surroundings) were unaware about my mind-control communication with those that control me using the technology. I initially seemed to think that since mind-control was being used on me blatantly around my family that I could expect them to understand the overall productivity output from my mind (as if I was interacting with somebody (using mind-control on me) who could keep them up with who I was & my overall output. I soon noticed that my family was uncertain about the reality of my evidence but was able to assume that they knew about some of the most traumatic damage to me & that they were uncertain & tricked about how each incident occurred. I always knew that I was innocent & she's always seemed to think I'm guilty of everything when I'm a serial victim & that I'm accident prone when I'm not. Me being attached to so much negative as I've been getting sabotaged & violated for my entire life & not having court settled so that I could have everyone, including my mom, caught up on the truths about me being serially violated has destroyed my life compared to if I would've been allowed to live with the rights & protection each American citizen is supposed to be able to. Its ruined every relationship in my life so I'm looking forward to getting to set the record straight in court. Our relationship would've improved but so would've her health & the health of my entire family. The organized corruption from my local area went along with allowing us to be damaged on purpose. I've always known that the thought I put into myself & my court case was enough to get me by & through but I was unable to communicate & uncertain if I'll be granted access to the mind-control surveillance (for court) so working towards the future with my limited access to my cognitive functions has been a nonstop effort now that I'm unable to multitask (I have to take a break from whatever I'm doing to be able to process a thought before forgetting it). It's a rare occurrence when I remember anything & I'm lucky whenever I do so I have to seize every opportunity that I get to process reality or I lose sight of it. I attempt to relax my mind once in a while but I have to take notes nonstop because each of my thoughts is only with me for a brief moment so I really never get to. This evidence is too much to process at once & with memory loss & other brain damage symptoms I spend a lot of time thinking & processing memories, thoughts & plans repetitively. I look forward to her getting to understand the truths about my court case. If she is responsible I am pressing charges on her for her role in me being neglected my civil/ financial/human/medical/legal rights that I'm still being forced to live without.

During high school my mom sporadically had me pick her up from Burlington's 'Steam Boat Days'. When I picked her up, I had a water bottle around half full of chew spit. She sat down in the car drunk & immediately grabbed the bottle & chugged it before I realized what she did. I wouldn't be surprised if mind-control technology was used on her to force her to do this. I had been forced with mind-control to do this to myself 2 or 3 times prior to this happening. When this happened my mind wasn't functioning & my only cognitively function was to attempt to remember what was happening. I was being controlled by my mind-control violators every waking moment as my mind was blank & when she drank it my mind-control violator communicated "she deserved it" to me as I couldn't communicate. I didn't think to take her to the hospital & didn't remember it happening for years. Each of the couple times that I

remembered this memory of her was accompanied by the memories reminding me that they did the same thing to me & I forgot it almost instantly because of having all of this on my damaged & delirious mind. The first time I remembered I didn't even think to tell her & the second time I wanted to but forgot about it all before I was able. This happened under surveillance & while I was being controlled with mind-control so the neglect from our surroundings is a crime. I believe both of us have been suffering from nonstop symptoms because of this compared to if we would've been taken to the emergency room. Neither situation would've ever happened if not for my criminals & the misconceptions they create regardless.

One time my mom had me work for a lady she went to college with in Macomb at their sorority house. They wanted me to pull out nails from several of their interior walls & put another coating of blacktop on their parking lot. As I was there pulling nails, mind-control was used to have me take a break from working & jack-off my penis (I think but can't remember for certain). My situational awareness was completely shut-off while I was in there. I can remember being walked around to check the place out & feeling as if I was being watched as I had no control over what I was doing whatsoever. I remember thinking that I found my first digital camera from my childhood that I was forced to take nearly naked pictures of Caroline Prince on & that was then immediately taken from me at the sorority house. I don't remember if I finished working for them on their interior or not. A guy I spent time with throughout my life, Caleb Bennet, then called me & asked if I jacked-off at work. I remember that my mind-control violator responded to Caleb through me but I don't remember what was said. This entire incident was something I later remembered being told would happen long before it did. I am pressing charges for being violated, sabotaged, spied on & neglected.

While my Grandma was in the nursing home, I was out of it, mentally, because of my disabilities & all of the abuse/neglect/torture I have been forced through up until then. Unfortunately for me & her, I was still being violated by a violator or violators using mind-control.  I would try to go see her every week or 2. Almost every time I would visit her, I had planned on visiting with her for an allotted amount of time. I usually hoped to visit with her at least for an hour & sometimes was hoping I'd stay the night with her in the chair next to her bed. Every time I would go there, mind-control would be used on me to blank my mind & force me to leave before I wanted to leave. Mind-control was used on me to sabotage my personality & make me worse company & a worse personality than what I am. Mind-control was used on me 1 time to bring my grandma's roommate, Ellen Bankus, a small bottle of whiskey that she asked me to bring her. Mind-control also gets used on me to check Facebook much more than what I would've in her company. One of the times on Facebook, my mother was in a video. In the video, my mother was watching a video that was surveillance footage of me visiting with my grandma at the nursing home. I am pressing charges for being violated with mind-control & having my/our (my grandma & I's) privacy violated. Also, after that whiskey incident, I visited my grandma & she was hurt bad enough to have to go to the hospital & get stitches. I wrote this testimony in 2019 & in December (14th) of 2024 I remembered that this entire incident is another exact detail I'm now remembering being told would happen long ago during my forgotten past while I wasn't remembering nor processing conversation & remembering it on this specific day is another exact detail I was told would happen as well. My entire life has been under surveillance so this should

be simple for the legal system to prove. I am pressing charges & seeking justice against all violators & neglectors involved.

I have been being unlawfully forced into jails/out-patient-treatment-centers/prisons/ psychiatric hospitals since 2008 as an innocent & disabled victim to serial/daily abuse & as victim to our nation's highest crimes many separate times. My mother has been supportive of me being violated of my freedoms & rights the entire time. She has also supported me being forced into taking medicines that aren't beneficial to me & that have proven over & again to be a complete waste of my time & an insult to me while I've been being denied access & legal permission to beneficial medicines. I am pressing charges for these facts & making sure she understands she has no right to any decisions to do with me.

I was living with my mother when she moved her new husband in to her house. They weren't married when he started staying there with us. I was living there because I was homeless otherwise as I've been being stolen from as an inventor/designer/victim. I was unlawfully forced to live in the Methodist & then Decatur psych wards before my mom finally agreed to let me move out of the psych ward & in with her. I wasn't doing well because of my disabilities, the neglect I'm subject to & because of all the abuse & crime that I've been put through for my entire life. I also had just been put through prison & psychiatric hospitals unlawfully where I was harassed/neglected nonstop. My anger about getting stolen from, held hostage & wrongfully imprisoned as an innocent makes me so furious that my mind goes blank when I think about it. My mind blanks last anywhere from decades to years to months to weeks to days to hours. I decided to cook her & her new husband supper one night before they returned home from work. As we ate supper, my mom started telling me she was a racist after I had never been around him & hadn't talked to her in a long time. I have cousins on my mother's side of my family who are black, other cousins that are brown & I took offense. I left & then later texted my mother & told her I should smack her for ruining supper & being so rude/ignorant. The next time I went to our house, I was there by myself. Her husband, Dave, then surprised verbally attacked me (screamed at me) with mental abuse & kicked me out of the house. Not wanting to be around neither of them anyways, I left but after responding to him that I would put a hammer through his skull (I meant that I would if forced to defend myself physically). I was then forced into being homeless almost another month, because nobody would take me in & I am still being forced to live without my lawful compensations/earnings/medicines/rights. My mother & Dave could have stayed in his house in Bushnell which is much closer to both of their daily jobs. I was forced into homelessness as the disabled person I am (as I'm both mentally & physically disabled). Between my mom & him, they had 2 houses & were both driving back & forth to Macomb regardless. This entire incident was an exact series of events that I'm now remembering (4/30/25) being told would happen 1.5-3 decades ago & not remembering being told this would happen until now is another exact detail that I was told would happen. I am pressing charges for all violations & neglect to me & am seeking justice.

I told my mother about my idea for the kitchen stove vents as a small child. I also told her about my idea to redesign stoves, air-fryers, microwaves, toasters, grills, etc. as a small child. I also shared my idea to make automatic unclogging toilets with my Mom. I also gave her the idea to

make a rug specific for dog owners which is the rug I have now. It's a quilt with cut up denim-blue jeans on the top & on the underside it's a fabric material meant to help keep the carpet clean for dog-owners. My Aunt Melinda Armstrong made me a version of my suggestion & I have it showcased on my Instagram page (r8c7a). My mother has completely ignored the fact that I should be a millionaire if not billionaire lawfully by being a design/invention idealist. I'm pressing charges for being violated & neglected.

I am pressing charges for being violated with mind-control to intentionally sabotage/destroy my relationship with my mother/family up until now. My life & relationships would be 100% better if I had been given immediate justice for the crimes against me & not been getting neglected as I've been being violated & sabotaged with mind control for my entire life. My life & relationships would be 100% better if I'd been given fair opportunity as the design/inventor that I lawfully became as a small child by suggesting improvements for society that aren't being used or that have begun to be used exactly as I suggested (the same designs/names).

As a child my mother told me that I was going to have to go to court while I was severely brain injured & my response to her was that I was never going to court. I don't remember if I was forced to give her that response by my mind-control violator or if I gave her that response as my mind was blank & wasn't functioning while suffering from excruciating symptoms. She told me that we would wait until I was ready for court then.

I believe that my mind-control violators use mind-control on my mother when I am around her & do so only to damage our relationship & my future. I believe that she might be willfully allowing them to do so but am uncertain.

My mother is included in the list of defendants because she was my legal guardian & never has provided me my human, civil, medical & legal rights that I've always been entitled to & because she is guilty of neglect & deprivation of my rights/medicines.


**Sarah Grant (Armstrong)**: The first time I remember mind-control being used on me while my sister was around was at my Grandma Dorothy Armstrong's. My sister & I were sitting on the floor playing with the toys my Grandma had for us kids. As we sat on the floor, mind-control was used on me to use a couple of the barbie dolls to create a barbie sex-scene as Sarah watched. I was 4-7 years old at the time. I am pressing charges for being violated, sabotaged & for being forced to put Sarah into this situation.

The next violation I'm pressing charges for involves Sarah as a witness. As a small child, mind-control was used on me a few times to run me full speed into the wall, head-first. My Grandpa would have to tell me to stop running & hitting my head into the walls because I was always running around practicing moving & running for football. My violator/violators had me kick a nail that was sticking out of the wall's trim that stabbed my foot causing me to bleed. I didn't get an option to not run into or kick the wall. This nail was probably the only exposed nail in the house that was hiding & my violators definitely knew where it was & forced me to kick it

intentionally. I am pressing charges for being violated & physically abused. I'm pressing charges for my family.

The next violation involving Sarah that I'm pressing charges for happened in our childhood. We were sharing a room where my father lives now. We had bunk-beds & I had already been switched to sleeping on the bottom bunk because I kept falling out of the top bunk (Sarah might remember me falling out of the bunk). Mind-control was definitely used to force me to fall out of the bed multiple times but the other times might have been accidents. Mind-control was used on me to blank my mind & force me into jacking-off my penis while looking at a 'Victoria Secret' magazine while in the bottom bunk. I remember not realizing until much later that Sarah was forced to listen to the incident. I am pressing charges for both of us.

Sarah's childhood was made miserable enough because of all my injuries/violations & sabotage to me & because of my mother's abuse towards us (Sarah, my father & I). Me getting severely injured several times & my mom getting sick made things worse. It was bad enough that I can remember her crying to me & wanting to run away. Our relationship has been affected negatively enough that I haven't been invited to have anything to do with her children nor their lives. I haven't been invited to baptism's, birthday's, holiday get-togethers, nothing. I am livid-angry because of my relationship being destroyed with my sisters because I've been getting violated/sabotaged/neglected my entire life. I am pressing charges for her as well as myself for the abuse/neglect throughout my/our lives.

My brain is attempting to get me to remember a scene with Sarah from my childhood that I don't remember. During this incident I was basically brain dead from multiple severe brain injuries & not functioning whatsoever. I suddenly became conscious & Sarah was on top of me (we were both fully clothed) & she was doing a sexual gesture towards me (I can't remember what she was doing). When this happened my mind-control violator immediately forced me to respond with a sexually deviant -type response as if I was Jim Carey in the movie 'The Mask'. I then forgot about this incident until this year (2025).


**Brooke Olson (Armstrong)**: The first topic I'm bringing up about my sister is that I believe she has autism or some form of it & has been going undiagnosed. I believe that the stress to my mother from me being violated as a child (murder-attempted multiple times & turned permanently disabled) caused Brooke to be impaired during my mother's pregnancy with her. I don't know if she is autistic but believed she might have been when we were children. I haven't been around her enough to be able to notice if she still seems mentally disabled or not. I'm mentioning this because it's going to be a topic in my lawsuit for damages caused against me & my family as I've been being violated with the nation's highest crimes for my entire life. In the same argument, I was being unlawfully punished/ harassed/abused/ neglected while my sister, Brooke, was pregnant with all 3 of her children. I know this stress can potentially harm a pregnant mother & their children. I'm wondering if her daughter, Carlie, was turned disabled because of the negative I'm constantly forced to be involved with. I'm pressing charges for being violated/sabotaged/neglected & for my family.

While I was in a concussion-coma-type-mind state as a small child, I was forced into a sexual-type-situation with my sister Brooke. It was after my first several severe head injuries. She approached me one day & asked if I would play 'house' with her back in my parents' bedroom. I was in a mind blank & agreed to go back there with her. When we got back there, she hopped up on the bed & laid down. Mind-control was used on me to hop up on the bed on top of her & start humping her (we had clothes on). A couple seconds later I realized what was happening & stopped immediately. I can remember yelling at her as if it was her fault & telling her "I'm never playing house with you again". I am forced to wonder if mind-control technology was used to force my sister to ask me to join her that day so they could test my 'reaction time'. I believe they were forcing me into the situation to see how quick I'd react or if I would continue with the action they forcibly started. I'm pressing charges on whoever is responsible for using mind-control on me that day for both me & my sister.

The next violations involving my sister that I'm pressing charges for are because of me being forced into bullying her. I can remember mind-control changing my personality multiple times while forcing us into these incidents. "Shut up Brooke, your fat" is something I remember being forced to say multiple times as my mind was basically dead/blank. I don't know if Brooke ever knew I was hurt as a kid nor do I believe she's ever known how I am being violated with mind-control technology. I'm pressing charges for being forced to bully my sister by the same mind-controlling violator who had already attempted murder on me multiple times with head-injuries & been abusing me mentally, physically & sexually nonstop.

While in high school I was at home with Brooke when James Hennenfent called me on our home phone. As soon as I answered the phone mind-control technology was used to force me to tell Brooke to say "what's up my nigga" to James on the phone. This is another example of the countless times mind-control technology was used to sabotage my personality to people I care about.

The next violation I can remember involving my sister Brooke was at my father's house in 2010. While in a mind-blank I had bought Morgan & I a miniature Chinese sharpei puppy & was gone to work while doing my apprenticeship. I had a vet appointment scheduled for the pup & had it planned with Brooke that she would take our dog to the vet while I was at work. Brooke & my mom called me while I was working saying they couldn't get my dog loaded & taken to the vet. I then left work & drove home so that I could take the dog to the vet. When I walked into the house, mind-control was used on me to punch dog several times in its head as it was acting like it was going to attack my sister/mother & viciously barking at them. I can remember during that incident it feeling like my mind-control violators popped my shoulder out of place so that I didn't hurt my dog. The dog certainly felt my fist several times but I didn't put much force behind the punches (despite it appearing that way to my mother & sister). This entire incident is an exact detail that I'm now remembering (2/17/25) being told would happen long before it did. I'm pressing charges for being forced into & sabotaged/violated for that incident. I'm also pressing charges for my sister & mother having to see it happen. I'm also pressing charges for my dog willow, whom I cherished & whose eye appeared glass after some time passed after this incident.

I believe this incident caused Willow's eye's symptom or my violators/neglectors did something to her eye to make it seem as if this incident caused the eye's symptom.

The next violation involving my sister Brooke was while I was being forced to date Morgan Ray with mind-control. Her & I had begun a sexual relationship because I was being mind-blanked & forced. We were staying at my father's & my sister walked downstairs & witnessed us having sex. I'm pressing charges for being forced into the incident & ultimately for my sister having to see me having sex.

While visiting with my sister Brooke & her kids, mind-control was used against me & forced me to talk to her about an argument my mother & I had that got me kicked out from living with her in 2017. I was kicked out of my mom's house because I texted her that I should 'smack' her after she forced racist rhetoric on me as I was attempting to be polite to her. They had me voice this conversation to my sister when my nephew was around as my mind was blanked & I was forced to speak when I wouldn't. They sabotaged my personality & made it seem as if I was a little kid tattling on someone. I would've been willing to have the conversation with her but not in front of my nephew. I'm pressing charges for being violated with mind-control & forced to speak about it.

The next incident I'm pressing charges about involving my sister happened after she had my niece, Carlie. I went over to visit her, (newborn) Carlie & Clayton at their house in Alexis. Earlier in life, I had witnessed Brooke make a mistake, in my opinion (or was forced to with mind-control technology). She was checking how clean Clayton was after using the restroom or something one time & had blown air towards his penis. I brought it up at her house & told her to drop the sexual-type-actions towards Clayton. This same exact incident happened with me & my mom & dad when I was a kid & while I was in a concussion-coma-type-state of mind. When it happened with me, I was upset with my mom. When my dad went to correct my mom for what she did to me, my disabilities caused me to yell at him in an impulse reaction because I was so upset with my overall situation instead of yelling at her with him. My dad then thought that I was trying to get sexual pleasures from my mother & told me I was going to regret yelling at him one day despite me wanting to yell at my mom & faulting (or being forced to fault). I remember thinking he was an asshole for thinking I meant to yell at him. When I tried to talk to Brooke about her mistake, she had a mental-health breakdown that I wouldn't be surprised if mind-control was forced to cause her to have. She then acted as if I was trying to hurt her physically while yelling to Clayton that I tried to punch her when I never touched her nor attempted to. She grabbed Carlie & retreated with her as if trying to protect Carlie from me. She was yelling at me, treating me horrible & accusing me of trying to punch her, in front of Clayton & baby Carlie. It upset me & I might have yelled at her for a second but I can't remember. I remember Clayton then started yelling at me to get out of the house as Brooke was yelling at me telling me to leave. I had forgotten about the incident in my childhood until this happened. The fact that that happened exactly how the incident I was forced into as a kid happened, while I am continually being abused/neglected/ sabotaged/violated & forced to be homeless while living without my rights, ultimately led me back to a psych ward again. I chose to go back to the psych ward hoping the government authorities would do their jobs & get my life long court case to court in

pursuit of justice & to provide me my earnings, compensation, medicines & rights. Of course, my psych ward stay wasn't anything but a waste of time filled with insults, harassment & neglect. I believe mind-control was used on them to reenact the incident from my childhood or they reenacted the scene themselves. I am pressing charges for being violated & I'm a witness to Clayton being violated & possibly Brooke being violated. I am pressing charges for all violations. This is an example of the type of harassment I've dealt with on a near daily basis for my entire life as an innocent victim. This entire incident is something that I believe that I was told would happen 1-3 decades before it did but I cannot remember for certain.

The next violation I'm pressing charges for was at Brooke's house. I was in the basement with Clayton, teaching him how to play pool on a miniature pool table that I gave him for his birthday. Brooke was upstairs with young Carlie. Suddenly & without any prior knowledge/notice, Brooke popped downstairs, set Carlie on the concrete floor & immediately went upstairs without saying a word. Clayton & I were playing pool & Carlie instantly ran to their rocking horse. Carlie had just learned to walk & should have had assistance moving across the concrete. She instantly saddled up on the rocking horse & rocked backwards & fell. Fortunately, I had been walking over towards her & caught her as she fell, just before her infant head would have landed on the concrete. I am pressing charges for Carlie's life being put in danger. I don't know if Brooke had mind control used on her or not. If they didn't use mind-control on Brooke to force the incident & she made a mistake I will give her a warning instead of pressing charges. The same incident happened between my parents & Sarah & I as a kid. My mom set Sarah in our basement as my dad was talking to me about something & Sarah ran to our rocking horse & rocked back & fell before my dad realized what was happening. It caused a large fight between my parents back then. I didn't remember that the same incident happened in my childhood until I started writing this today on 2/5/22. This entire incident is something Morgan Ray told me would happen in between 2009-2013 (this incident occurred in between 2019-2021). If the incident was intentionally re-created to put me/us through this again, I'm pressing charges for me & Carlie. If mind-control was used to reenact the situation I'm pressing charges for all of us. This is an example of the type of harassment I've dealt with on a near daily basis for my entire life as an innocent victim.

Over the years while using the internet social media source called Facebook, I have been victim to forced public humiliation on multiple occasions by multiple people. Brooke has been insulting towards me on Facebook. The following incident is 1 example of this. Mind-control & allergen poisoning has always been used on me to help cause my skin disease, acne. I've dealt with acne because of being neglected/violated since I've been 9 years old. The violators that violate me with mind-control can cause & cure acne & have been forcing it on me as punishment & a torture technique for most of the past 3 decades. On many occasions I have known that I've been forced into having large acne sores on my face, especially my nose. In high school, I was called Rudolf because of this torture technique being used on me. Brooke somehow knew I had a big zit on my nose & while at a Christmas party for Clayton at his school, had clayton & his friend put big red things on their nose for their picture. She put the picture on Facebook as I was being forced to live with a huge zit on my nose. The news lady I've been getting harassed with did this too at the same time. I'm spied on & interrogated nonstop everyday so am being humiliated

publicly nonstop. I'm pressing charges for being punished with acne & other negative health symptoms.

Clayton is Brooke's son. As clayton was growing up, Brooke lived at our house with him while I was living there. Her & her family then lived in a house in Monmouth & Clayton would get babysat by my father & his cleaning lady (Jan) often. I was able to spend a fair amount of time with Clayton as he was a young child & our relationship had begun to be awesome & enjoyable for me & seemingly for him. Because of all the violations to me, including me being set-up for crimes & neglected by our justice system, the government is responsible for destroying my relationship with him. I've been put in jails, psych-wards & forced to be homeless unlawfully for the last decade & am pressing charges for having my time taken from me with my nephew & my relationship with him & my sister destroyed/negatively-effected.

Since living in Alexis, I've been forced by a mind-control technology using violator to communicate with my sister Brooke about being suicidal. Being forced to text to Brooke that I consider suicide is a specific example of something that I was told I'd be forced to do 1-2 decades ago by someone I've forgotten the identity of while I was in a concussion-coma type state of mind.

A section of evidence involving my sister is located under '10/24/25' in the 'Alexis' portion of the 'Living Environments' section of this evidence.


**Cal Olson**: 10/25/24 I checked instagram.com this morning to see a video clip of my nephew appearing to be hurt (he couldn't stand up). I texted my sister asking her about it but was ignored. I then remembered that someone (whom I cannot remember the identity of) from my past told me that my sister was going to let someone else watch him during the parade they were at & whoever was supposed to watch him was going to hurt him or get him drunk (he is only 2 years old) but I can't remember the details of the conversation.


**Carlie Olson**: My niece Carlie was born at Cottage hospital in Galesburg. My 1st time meeting her was at the hospital soon after she was born. I held her for a short time while I was in the hospital & she would have baby-convulsions as I held her. Her shakes would be timed up with thoughts that were being forced to cross my mind & my prayers for her. The same thing happened when I visited my niece Harper when she was born. If my nieces were violated to cause this, I am pressing charges for us all. I'm pressing charges for all violations to me.

When Carlie was learning to move/crawl it appeared her body didn't work right. One of her legs would drag behind the other making it seem if she might have cerebral palsy. I am forced to wonder if me being violated/sabotaged/set-up/wrongfully imprisoned/etc. stressed my sister out so much that it damaged Carlie when she was inside my sister. I'm also forced to wonder if my violator/violators who use mind-control technology to violate me violated Carlie with the technology to make it appear as if she was a damaged child. Knowing my violator/violators they

might have done this to make Brooke & her husband feel similar to how my parents had to feel when I was a kid after being murder-attempted with several head injuries.

- The testimony on 8/23/25 in the 'Alexis' portion of the 'Living Environments' section in my evidence involves Carlie being violated with mind-control technology by a premeditated crime dating over a decade prior.


**Clayton Olson**: I have only been able to watch 3 or 4 of my nephew's baseball games & played catch with him one time because of being violated/neglected/sabotaged nonstop. Every time I have interacted with him or seen him play baseball, he is reenacting specific memories from my past as I was attempting to play baseball while in a concussion-coma-type mind-state/stupor. When we played catch, it was an exact reenactment of when I struggled to play catch with my dad as a kid after one of my head injuries. Clayton was struggling to catch the ball & while playing catch I turned into my dad & said the exact phrase to Clayton that he said to me during my childhood "we'll get it". After one of Clayton's games I watched Eric say the same thing to him that was said to me by my dad one time while playing baseball "we still have some daylight left". I don't remember most of my little league memories & was told Clayton has been hurt with head injuries but I don't know because my sources are unreliable for me. If mind-control is being used on Clayton to hurt/violate/sabotage/ neglect him I'm pressing charges for him.

While living with my father during Clayton's childhood, an incident occurred involving Clayton & I being violated with mind-control that I am pressing charges for. As I was watching Clayton we were in the kitchen & I was using a calculator. Suddenly my smartphone had a text message from Verizon. At the very instant I had a message from them, Clayton started banging on the blank calculator. I put an end to Clayton randomly punching the calculator & checked my phone. When I looked at the message, the # that sent the message to me was the # that clayton randomly smashed into the calculator with his hands as he acted as if he was a drummer. The message was claiming to have been from Verizon wireless, my smartphone's service provider & wasn't important. Clayton never saw my phone nor the # that texted me. If clayton & I were violated for this incident, which I'm certain was intentional, I am pressing charges. I believe mind-control was used to have him hit the certain numbers on the calculator or the calculator was rigged to show the same number as the number that messaged me.

I've been told on 2 separate occasions that Clayton has been hurt. My father told me that when he had Clayton in the tractor as a baby that Clayton suffered from a head injury. I was then told that he ran into a metal pole. Knowing how I've been being violated with mind-control for my entire life & after witnessing an incident that makes me think Clayton had mind-control used on him, I'm guessing that mind-control was used to violate & hurt my nephew. My father probably had mind-control used to violate him by my violators forcing him to hurt Clayton accidentally while in his tractor & didn't even know it. If Clayton ran head first into a metal pole I'm guessing mind-control was used to violate him & force him into doing that. The same abuse was forced on me with mind-control as a kid & that's why I'm assuming my violator/violators did the same thing to him. - As a young child Clayton seemed quick minded & very athletic. I was taken from his life

when I was unlawfully set-up & put in prison/psych wards & haven't been able to be around him hardly at all but he seems hurt now, both physically & mentally.

The next incident that I'm pressing charges for happened at my father's house in Monmouth. He plants a patch of sweet-corn in his field behind his house every year. When I was a kid, I can remember my Grandpa taking me to pick sweetcorn one time & me getting lost in the field for a moment. It was an intense life-moment for me back then. I was hurt from my head-injuries & it was the first time I didn't know where I was or which way was home. I remember yelling & yelling for my Grandpa (it might have been my father or uncle with me instead of my grandpa) as I tried to locate him while I was lost in the field. When I took Clayton to pick sweetcorn with me behind the house, the sweetcorn patch was a ways from the field's entrance. Mind-control was used on me to leave Clayton behind as we walked towards the sweetcorn patch from the entrance. Then mind control was used on me to ignore Clayton for a couple minutes as he yelled for me not knowing where I was. I could tell he was getting nervous/worried as he was walking. I then snapped out of it & yelled to him & we continued on to eventually take home a load of picked sweetcorn together. I am pressing charges for being forced into this incident from my childhood with mind-control.

The next incident occurred at my father's house in Monmouth. Clayton was there & me & my father's cleaning lady, Jan, were responsible for watching Clayton while Brooke was gone. I had been in contact with my friend James Hennenfent, who has a set of twins the same age as Clayton. James brought over his kids to meet Clayton for the first time & we went to the field behind the house to pick sweetcorn. After picking sweetcorn we were walking back to the house & stopped at a swing that I had recently built & hung in a tree. The swing was a 3-foot-long 2x8 board hung from a set of ski-ropes I cut & hung from the tree. James was pushing his daughter Molly on the swing as the rest of us were around talking & watching. Another childhood memory was then re-enacted from my childhood & I am pressing charges for all of us because I believe mind-control was used to cause it. Jesse, James's son, tagged Clayton & took off running under the swing attempting to run under the swing while she was in the air & avoid getting hit (the same as when mind-control was used on me to have Drew run under the swing & me tackle him out of the way when my head was hit). Clayton took off running after him immediately but was a couple steps behind him. Jesse's head was hit by the 2x8 board swinging Molly past him as he failed to make it across the swing's path without getting hit. If mind-control was used to cause this, which I'm assuming was, I am pressing charges for an attempted murder on Jesse Hennenfent & for them potentially attempting to hurt Clayton also. After that happened, we walked to the bottom of the hill where our fire-pit is. I had been cleaning up the fall's waste in our yard & had a fire burning it off. We were all around the fire-pit & I decided to stand next to the fire-pit to protect any of the kids from the fire if an accident were to happen. Suddenly Molly had all of our attention for a moment with a fire going on the end of her stick as she was making smoke signals. I shifted my attention to her because of being worried she might poke someone's eye out or something with the burning stick. As she was doing this, I was distracted from the responsibility I had given myself & took my eye off of Clayton & Jesse. Mind-control was used on me & forced me to stick out my arm without looking nor knowing he was there & catch Jesse as he tripped & was falling into the fire-pit face-first. I didn't know Jesse was around me when it

happened because I had my eyes on Molly's burning stick & Clayton who at the very moment started getting into the closest tree's non-edible fruit (it produces a cherry sized, cherry-looking, apple-type fruit that isn't edible). As a kid I was forced to eat one of those exact berries from my yard by my violators who were controlling my mind. I caught Jesse & voiced to Brett to help Clayton as the situation was happening. I know Jesse is hurt from the head injury he took which was equivalent to someone hitting him in the head with a baseball bat. I believe mind-control was used to force him into falling into the fire-pit that was burning hot & would've probably killed him. I believe mind-control was used on Clayton to force him into getting into the tree's berries. I know mind-control was used on me to catch Jesse & save him from horrific pain/damage. I believe this entire incident is something someone from my past told me would happen years before it did while I wasn't processing information during a conversation but I don't remember who this conversation was with (so I'm accepting the potential that this was a premeditated crime). I'm pressing charges for all of us for getting criminally violated with unlawful surveillance & weaponized technology.

The next incident I'm pressing charges for being violated in was in 2017 or 2018. It was in August & was the night before Clayton's birthday. I was invited to fun city in Burlington for his birthday party on his birthday which was on a Sunday that year. On the Saturday night before, while living with Tyler Hennenfent temporarily because I was being unlawfully forced to be homeless, I was asked to go to Galesburg with him & his cousin for drinks for his cousin's birthday. I had decided I wasn't going to go because of Clayton's birthday the following day. Mind-control was then used on me to change my mind & go with them to Galesburg. While I was in Galesburg with them, mind-control was used on me to leave the guys I was with to go buy a small amount of supposed cocaine as I was mind-blanked. I then met them again & eventually drove them home when mind-control was used on me to force me into doing the supposed cocaine which didn't do anything to me but clog my nose, make me shit & make it so I couldn't sleep. I remember being forced to pay over $100 for it without getting a choice to not while being violated with mind-control. Mind-control was then used to violate me & force my mouth into running for the rest of the night to one of the guys I lived with. I then missed Clayton's birthday because I didn't sleep that night. I am pressing charges for being violated, sabotaged & forced into the incident. This entire incident is something I believe that I was told would happen over a decade prior during a conversation that I don't remember.

The next violation I'm pressing charges for happened at the house I'm renting & currently living in here in Alexis (304 S Scott Street). It was another re-enactment from my childhood. Brooke stopped by with her children while I was in the garage. I have a heavy punching bag in there that is rock-hard at the bottom of the bag. When they stopped by, Clayton walked over to the bag & instantly punched the hardest part of the punching bag as I was mind blanked intentionally. I know it hurt his hand & believe mind-control was used on him to force him to do it (the same thing happened to me as a kid as I was violated with mind-control). I know mind-control was used on me to blank my mind so that I didn't prevent him from hitting it as it happened. 2-5 years later on 12/14/24 I remembered that this happening is another exact detail I'm now remembering being told would happen long ago during my forgotten past as I wasn't processing nor

remembering whatever conversation this was told to me during. I am pressing charges for us both.

This past summer was the 1st time I've went on a run with Clayton. I was running my dog, Orwell, & stopped by my sister's house. While I was there, I asked permission to take Clayton with me & Orwell on a run. Brooke agreed & Clayton joined us. As we were running, mind-control was used on me to alter my personality & basically yell at Clayton to not let the dog beat him home from our run. Clayton, who I gave the leash to, outran all of us & made me proud. I'm pressing charges for being violated, sabotaged & for my character/reputation being sabotaged in front of my nephew. Almost 5 years later on 2/17/25 I remembered that these details are more exact details that I was told would happen over a decade before they did also.

A few years ago, on Christmas, I visited some of my family at my mother's house. While there, I believe Clayton might have been violated with mind-control. Again, a memory from my childhood was re-created. He was playing with my cousin's girlfriend when it appeared he started to lose control of his ability to harness/control his sexual feelings (it appeared that he started humping her as they played thumb-war). This same thing happened with me while in a concussion-coma-mind state/stupor during my childhood with someone (I can't remember with who).

Another reenactment from my childhood occurred while I was around Clayton in between the years of 2019-2022. I believe mind-control was used on him & the kid he was around to force them into an exact situation I think mind-control was used to force me into around 30 years ago. I was out for a run when I stopped by the park when I saw Clayton & Carlie there. Clayton & his friend asked me what they should do for fun & I was mind-controlled & forced to answer "tackle-tag" which was a game I played with some other kids as a young kid but a game I had forgot about. Clayton & his friend started playing tackle-tag & it seemed as if their mind's blanked for a moment & they acted homosexual for about 3 seconds. The same exact thing was done with me in the same way for a brief moment in my childhood while playing football with Drew Robertson. When this happened between Drew & I, we were playing full contact football as I had severe brain damage & while I was getting violated by a violator using mind-control technology. After tackling Drew I was forced to hump him for a couple seconds while my brain was basically unconscious & Drew acted as if he was a woman being pleased by sex for those couple seconds. I remember thinking mind-control was used on me back then to cause the exact incident back then. I remember thinking they were punishing me for thinking Drew was acting girly or that they were showing me how he potentially felt. I believe mind-control was used on Drew during that incident. I believe mind-control technology was used on Clayton & the other kid to reenact the memory from my childhood. Then I walked over to Carly & the girl she was playing with kicked her in the head on accident as they were climbing the playground equipment. The word/actions of this happening to Carlie were an exact reenactment from my childhood when I was kicked in the head by someone doing the same thing. When I got home from this incident I was violated with mind-control technology & forced to speak by my violator/violators. When I was forced to speak, I was forced to say "I'm going to kill that kid" which is something I heard Craig Robertson (Drew's dad) say around the time when this exact same thing happened

between Drew & I. This entire incident is another exact detail that I'm now remembering being told would happen 1-3 decades before it did during a conversation that I don't remember while under unlawful surveillance. I've been being violated with mind-control the entire time I've lived in Alexis & have now witnessed Clayton being violated with mind-control many times too. I'm pressing charges for all of us.

When I was released from being unlawfully imprisoned, I realized Clayton's eyes turned from blue to brown. I think they might have altered him intentionally or are altering my vision when I look at him. I know he's been getting violated with mind-control & am pressing charges for him getting violated & neglected.

Every time I've watched my nephew wrestle & play football every detail that has occurred throughout the events were exact details that I was told would happen over a decade prior while I wasn't processing nor remembering conversation. He hasn't been doing well, seems hurt & I have been getting attacked with weaponized mind-control nonstop for 33+ years while being intentionally held hostage without my rights & justice. I don't get to be around him enough to progress towards any certainty about how injured he is & nobody tells me the truth about anything. I believe my violators & community are intentionally exploiting him, causing him damage & suffering. I believe that him crying at his 7th grade sectional wrestling meet was another forced & exact reenactment of a scene from my childhood when I was severely hurt. It's a factual potential that my nephew is getting violated & sabotaged with weaponized technology publicly the same way that I have been for my entire life. This is another example of how my family would be doing better if I was provided the court case that I'm entitled to & deserve.

- In the brief time that I've been allowed to share with my nephew I have regularly witnessed mind-control be used on him/us to reenact past memories of Drew Robertson & Clayton has regularly been turned into Drew to make this happen. I believe this is a reflection of Drew's greed & guilt associated with my court case & how Drew is getting to live a better life with more benefits than me despite the fact that he should've been given a life sentence for violating me 4 separate times that could of resulted in my death & attempting to get away with it as I had to be unlawfully set-up with mind-control for the negative associated with him & my evidence because of his same greed.


**Harper Grant**: My niece Harper was born at Cottage Hospital in Galesburg. My 1st time meeting her was at the hospital soon after she was born. I held her for a short time while I was in the hospital & she had baby-convulsions/shakes as I held her. Her shakes were timed up with thoughts that were being forced to cross my mind & my prayers for her. The same thing happened when I visited my niece Carlie when she was born. If my nieces were violated to cause this, I am pressing charges for us all.

**Uncle Ben McIntosh**: The incident involving my cousin, Corey Sprout, mentioned later on in this file, happened at my Uncle Ben's house. My uncle Ben is Corey's Grandpa. He saw the incident happen & is a witness.

In high school, my Uncle Ben was the math teacher. I was in a concussion-coma-type-mind state/stupor & getting mind-control used to violate me on a daily basis. Forced thoughts that I wouldn't think of by myself is one of the techniques I get violated with nonstop. While in math class, my uncle had a picture of my cousin Amy on his desk. I was sitting in class & my mind was being violated & forced to consider women, sexually, who appear similar to Amy, or the possibility of that in my future. At the very instant, my Uncle Ben reached up & removed the picture off of his desk. I know this wasn't coincidence & am pressing charges for being violated with mind-control & forced through this incident (mental abuse/harassment).

The next incident involving my uncle happened in 2017. He was building my cousin, his daughter, Wendy, a new garage at their house in Knoxville. I agreed to help him build it. The first violation during this incident happened on our first lunch break. We walked inside the house from working outside & the tv was on CNN. I can't remember what was on CNN exactly but it was something involving me & my court case but being told as if it was a story about someone else. The next violation happened when a kid was helping us roof the new garage. My most recent interaction with Morgan at that point in time involved her telling me about her new relationship with Matt Repp. The first kid that showed up to help had a shirt on that made a direct reference to a conversation I was forced to be a part of with Morgan. Then mind-control was used on me to reenact a memory from working on my father's newest addition to his house with the guy who owned the motorcycle I was forced to lite on fire (described later in this file) with another kid that showed up to help my uncle. When this happened while working with my uncle Ben, mind-control was used on me to have me get off the roof & go for a walk because I started to get angry with everyone there. I left my uncle & the kid there to finish by themselves without saying a word. While working there with them I ended up with one of my uncle's pencils that made reference to fire or something relevant to my court case. Some or all of these details were details that I remembered (years after documenting this, while proofreading on 2/17/25) being told would happen over a decade prior.  I am pressing charges for every violation to me & my rights (harassment, mental abuse, neglect), including my privacy being violated.

I believe it's a strong potential that my uncle & Aunt are getting sabotaged with mind-control technology as they drive & get forced to wreck their vehicles. While living with them my aunt wrecked 3 or 4 times & my uncle wrecked once & all of these were more exact details that I was told would happen long ago by someone (I've forgotten who).

**Aaron Gavin**: The first time I stayed the night with my cousin Aaron & our friend Corey Champion, mind-control was used to violate me & alter my personality for the worse. It was in the morning & Aaron & Corey had already woken up. I was still in my sleeping bag sleeping but was awake. I heard them talking & they were wondering if & when I would wake up. They stood above me & teased me about being awake & pretending to be asleep. I was forced to act

awkward & act as if I was still asleep before I started laughing & woke up. I'm pressing charges for being violated & for my personality being sabotaged.

Aaron is one of the first people I was introduced to & is probably the person I have spent the most time with. Some of the first memories I have with Aaron are of us engaging in athletic activities together. We would play everywhere we went. Before I was ever injured, I was the best football player I knew of. I was the strongest kid I knew & I was the hardest hitter & best runner. When I first started playing football with Aaron we would play with his brothers. Patrick was a year younger than us but his brother's Alex & Jake were much younger. I had to take it very easy on Aaron & be careful not to hurt him & his brothers (it's a point of mine in disability court because now I'm crippled & damaged when I was an elite athlete). I remember going home from playing with them one time & I started praying for Aaron's strength so that he would end up being a good teammate for me (my surroundings instantly began to tell me that he had began working towards building his strength). The next time I went to the Gavin's house after praying for Aaron I was intentionally hurt by a violator using mind-control tech forced me to fall out of the tree house while playing hide & go seek-tag. I jumped from the tree-house & was intentionally mind-blanked so that my brain didn't allow me to catch the escape-rope making me fall straight down onto my tailbone. I landed on my butt as if I landed how I would sit on a chair but with my legs straight out. It felt as if the fall broke my tailbone & shot my vertebrae column up into my brain. The fall injury immediately made it so that I couldn't use my legs & caused intense pain. I then crawled over 30 yards & hid under a pine tree in their yard to avoid being tagged. When I got under the tree I passed out. I woke up from being unconscious or asleep & could walk again but was hurt (I'm wondering if they put an implant in me while I was passed out that enables me to use my lower body below my bellybutton region). I walked up to the Gavin's house after becoming conscious or awake & all of them acted as if nothing happened & none of them ever said a word about the incident. This injury has helped debilitate me for my entire life & I'm pressing charges as the victim to forced physical abuse. Several times in my life I have sporadically lost the ability to use the lower half of my body (everything below my bellybutton) several times, including a week ago (2/5/2022). I believe they put a stint in that protects my spinal cord from getting pinched that they can deactivate & force my paralysis at the time of this injury. Every time my back has went out it's been timed up with my internal argument & forced upon me simultaneously as a threat & punishment from the mind-control authority that controls me with technology nonstop.

The next incident involving Aaron that I'm pressing charges for happened at our friend Corey Champion's house while we were watching the movie "gone in 60 seconds". We were in Corey's basement watching it when mind-control was used on me to pull out my erect penis in a concussion-coma-type-stupor & jack-off while watching Jolie as Aaron & Corey sat feet from me. I am pressing charges for being violated & sabotaged. I'm pressing charges for them too.

The next violation involving Aaron happened during my grade-school or junior high years. Mind-control was used on me to show everyone my penis when Corey had me & a bunch of people over at his house. It's my belief that I was forced to expose myself to them because I used

to be able to grow it past my knees at will. I remember Aaron & Lydia being there but don't remember who else. I'm pressing charges for everyone including myself.

The following violations I'm pressing charges for being forced to be a part of involved both Aaron & his brother Patrick on 2 different occasions, years apart. The first happened as we were all playing basketball inside their red house when they lived next to the Champion's in Monmouth. Aaron, Patrick & I were with Daniel Gillen. Out of nowhere & while my back was turned, Patrick put his hands together & jammed them into my ass while saying "poo-poo-platter". It hurt me (I believe it hit a nerve) because of already having the stress involved with living with a fractured skull & severe brain injury along with spinal cord damage & the lower back injury from getting forced to fall out of their tree house. I think mind-control was used on him to cause the incident or he was dealing with concussion symptoms from playing football with us. If Patrick had mind-control used on him, I'm pressing charges for both of us. If Patrick made a mistake or his mind-faulted, I'm giving him a warning. Immediately after it happened & while I was in a concussion-coma-type state of mind & in shock from his attack, I very lightly kicked him in his balls. He then ran to his mom & told on me. I was punished by Lisa & forced to sit in the corner. I was disabled & didn't explain to Lisa what Patrick did because I couldn't communicate at the time because of my head injuries. The next incident happened several years later when Aaron & I were in junior high. We were at the Monmouth Country club's pool playing basketball with a few others (I don't remember who). Mind-control was used on me & forced me to do the same thing Patrick did to me, to Aaron, except we were in the pool. I lifted Aaron all the way out of the water while my praying hands were jammed into his ass. The violation to us both re-enacted what Patrick did to me as a kid & was a massive insult to me (&Aaron). I had been dealing with severe head injury symptoms at the time of this incident & thought I was starting to do better when they did that to me which devastated me. I'm pressing charges for being violated & sabotaged. Aaron had just told me that our relative, Liz Gillen, & her boyfriend, Matt Kane, were making underage porn. Liz was the lifeguard at the pool that day & as soon as I looked at her, I was forced to make the action I just described. I'm including this detail because it might help prove the motive of my violator. Liz & Matt were both underage & I had considered talking to her brother about being told this. I also had considered going to the church about getting them protection. When this happened it seemed as if Aaron was aware that mind-control was going to be used to force this to happen & was expecting it. He didn't say a word nor make a move in my direction during nor after this event & acted as if he was getting away with a crime himself.  If this was as it seemed he probably was in on the plot in hopes to get his brother Patrick off the hook for doing the same thing to me. I'm pressing charges for Aaron also.

The next violation I'm pressing charges for was when I was at Aaron's new house. His sister, Madeline, was just beginning to be able to walk on her own. I was in a concussion-coma-type-state of mind at the time & decided to start teaching Madeline how to play football. I had her be the running back & run around their couch & tackle her with pillows. My plan was to basically hug her with a pillow in each arm & gently set her on the ground. I then remember my mind going blank & being forced with mind-control technology by a violator into tricking young Maddy into running into their wall 2 or 3 times before Lisa put a stop to it. Aaron laughed when Madeline hit the wall & I believe mind-control technology might have been used on him to make

him fault. I also remember being mind-blanked & forced to throw the pillows at her feet to trip her a couple times. Someone had done that exact thing to me as I was a young kid by tripping me with pillows but I forget who did it to me. I had a pillow in each hand & was planning to give her a hug basically with the pillows & 'tackle' her but instead my violators blanked my mind & violated her. I'm pressing charges for being forced into this incident & I'm pressing charges for Madeline. I'm also pressing charges for Aaron & Lisa because they had to watch Madeline be abused. My first thought on the incident was that I was being forced to show Aaron & Lisa a couple of the abuse techniques that were used to violate/abuse me when I was forced to run into the walls at my Grandpa's house & intentionally tripped by whoever tripped me as a kid. Then I thought I might be getting forced to punish Aaron & Lisa because they punished me & watched me get punished when Patrick attacked my asshole. Madeline wasn't moving fast but was young. I believe she was ok & her head trauma was equivalent to if she would have fell down & bumped her head on the ground. I'm pressing charges for being violated & sabotaged.

Once I introduced Aaron & Caroline Prince (my neighbor) they became boyfriend & girlfriend. The next violation I'm pressing charges for being forced into with mind-control was when I was forced with technology to take Aaron over to Caroline's & show him that we could see into her room from outside by looking into her window (we didn't see her). In the moment, I just wanted to get out of the house away from my mother who was splitting her personality to act nice around Aaron instead of how she usually acted. My mind was blank & my violators were controlling me without doubt but as this was happening they made it seem to me as if I was attempting to get him excited to see her. It was awkward & they forced me to go over there to her window one more time when I was by myself. I never spied on her but eventually realized that they were attempting to set me up to seem as if I was a creep to sabotage my respectability & trustworthiness with Aaron. During this incident I had suggested we go outside & Aaron followed me (I could tell he was just keeping me under observation & trying to figure out what was going on). Unfortunately, he didn't know that I was basically sleepwalking, running around knocked-unconscious with my eyes open & having mind-control used on me to violate & sabotage me. I'm pressing charges for being forced into the incident, sabotaged & violated. I'm pressing charges for Aaron being forced into the situation & for them intentionally confusing him & sabotaging our friendship. Also involving this incident: back while Aaron & I were in 2nd grade, I designed a bunch of new ideas for movies & tv show plots. The Netflix show, "The Peaky Blinders" was one of my ideas & was supposed to involve a simultaneous collaboration with me introducing my inventions/designs to our government while hiring Aaron, his siblings & some of my other friends & relatives to help me because of my disabilities. I suggested the plot focuses for that show & the era/costumes/location. It seems to me that the name "Peaky Blinders" is a direct insult to Aaron & I for that incident.

When Aaron & I were kids one of our shared hobbies was watching movies. One of the movies we watched was called "The Butterfly Effect" with Ashton Kutcher as the movie star. In the movie, two of the character's get forcibly child-porned together & are siblings. Ashton Kutcher plays their friend. In Aaron & I's shared past, I have been forcibly child porned with his 3 childhood girlfriends, Caroline, Casey & Tara (which is described more further on) after being sexually abused for my entire life with mind-control. I was forced to trick his sister into running

into their wall, head-first. I was forced to jab my praying-hands up his ass after his younger brother did this to me. I'm pressing charges for being forced into all of these incidents. I'm pressing charges for all violations to me & him & his siblings. I'm pressing charges for all of our losses & the devastation it did to my/our life/ lives. I'm seeking compensation/justice for us all. I mention the movie because I have dealt with coincidental harassment & all kinds of inclusion/similarities with/from our movie industry for my entire life & I think they were making a parody of this movie with me as they were joking about having me on Kutcher's show 'Punked'. The movie industry has included/involved me in their productions since I was a kid & these details are documented further along in this testimony.

During my childhood I remember being blank-minded & forced to pull down Aaron's basketball shorts (& possibly his brothers' & Daniel Gillen's too) several times (while leaving his boxers on) as I was forced to watch his facial expressions. I think this was a joke/insult from my technological violator about my lack of ability to communicate & the difference between Aaron & I psychologically (awareness of the factual reality involving criminal mind-control violations) because Aaron had probably thought I was guilty for exposing myself around him when I was innocent & basically had my pants pulled down by my violator. I thought he either willfully looked at my dong or was forced to during that incident & it was probably a joke amongst my violator & their coworkers or audience about how I would've wanted them under investigation or being forced to explain since I knew I was innocent & they didn't act towards justice for me. While trying to figure out why this happened I remembered that I used to get my pants pulled down regularly as a kid by my cousins & thought this might have something to do with them doing that to me.

The time mind-control was used on me & forced me into wrecking my father's golf cart onto my head, Aaron was riding with Corey Champion on Corey's golf-cart less than 20 yards from me. I don't know if they witnessed the wreck or not.

One of the times I was sharing time with my first girlfriend, Selina Goddard, Aaron & Corey, we all went to Family Video. While we were in the video store, mind-control was used on me & forced me to army-type-crawl to the porn-section of the video store. My mind then went blank & the next thing I remember was having a mental illness-episode while we all were loading into the car to leave the store. It was extremely awkward/humiliating & I'm pressing charges for being sabotaged, violated & forced into the incident. My relationships with them were negatively affected as is all of the relationships that get sabotaged by my mind-control violators. The next violation I'm pressing charges for involving Aaron also involved Selina, again. Aaron was at my house visiting me & Selina was attending Monmouth College. I was in a concussion-coma-type state of mind & mind-control was used on me to blank my mind. In this mind-blank, they had me agree with Selina to pick her up to have sex. Mind-control was then used on me to tell Aaron where we would be having sex at, which was in the Champion's basement while they weren't home & that he had permission to watch us if he wanted. Mind-control was then used on me to pick up Selina & have sex with her in the Champion's basement while I was in a mind-blank & had no ability to decision-make. Selina was drunk & ended up puking before mind-control was

used on me to take her back to her dorm. I'm pressing charges for all of us being violated, for me being forced to have nonconsensual sex, for being sabotaged & for being forced into the situation. I'm pressing charges for Aaron being forced to be involved with me getting raped by a violator/violator using mind-control with Selina. I'm pressing charges for Selina & her involvement. After the incident Corey approached me & told me Aaron watched us & "jacked off twice" while watching.

The next violation I'm pressing charges for happened when I visited the Champaign area while he was down there in college. His girlfriend at the time, Tara Vanfleet, was going to Parkland with other people we went to high school with. I wasn't well at the time because of my injuries/disability symptoms & because of being violated & sabotaged my entire life. I remember drinking one beer & instantly feeling blackout drunk as if I was date-rape drugged. I then remember mind-control being used on me while I was incoherent & being forced to dance with the ladies that were dancing while in the mind blank. I blacked-out for parts of that night before I don't remember falling asleep. I have a memory of me dancing with them all & reaching over & kissing Aaron that I hope didn't happen & I'm uncertain if happened or not. If it happened, I am positive that I was forced into the action with mind-control by a violator/violators. I woke up the next day on the dance floor we were all dancing on sleeping on Aaron's bare ass. I remember deciding not to hurt him & that I would pretend it didn't happen for the time until I figured out how to handle the violations. I believe I was date-rape-drugged as well as violated with mind-control. I then instantly forgot about the incident for years & continue to forget about the incident often. I'm pressing charges for being forced into this situation with mind-control & neglect. I'm pressing charges for all violations to me & to Aaron (if he was violated/ he might be a violator or in coercion with my violator/violators). I'm pressing charges & am seeking compensation & justice.          During that same trip to visit Aaron I was raped with his girlfriend at the time, Tara Vanfleet while we were staying at her apartment & he was asleep. I was in a mind blank & being violated with mind control. Tara had sex with me & our sex lasted less than 3 seconds. I didn't get an option in anything & think I was date-rape drugged. I was asleep when suddenly I was woken up with mind-control or by Tara (I can't remember). When I woke up, I was in a mind-blank & not being allowed to function/process. Tara led me into her room & our clothes somehow disappeared. She got on top of me & it was done almost immediately but I remember nothing after.  I'm not saying Tara raped me but I know I was raped with her. I'm pressing charges for being sabotaged & violated.

The following violation to me & my rights involved Aaron, again. We decided to go to visit our friend Corey while Corey was attending the University of Iowa. Mind-control was used on me to force me to speed while I was driving us there. There was a car that was speeding-fast by everyone on the highway that mind-control forced me into deciding to follow. I believe it was a form of punishment for me having/using OxyContin at the time without a prescription. I drove us there at speeds between 70-100+mph taking turns with an unknown car on which one of us was leading the way. I'm pressing charges for both of us being violated & for being sabotaged. I enjoy high speeds but I can't let my freedom & rights be put at risk because of being violated.

Aaron married while I was possibly at my worst physical health. I told him I couldn't be at his wedding because I wasn't doing well. I also didn't want to bring negative attention away from his wedding day by going there with all of this past unsettled. I stayed home while living at my father's. The day he was getting married, mind-control was used on me to cause an incident that I am pressing charges for being forced into. Mind-control suddenly blanked my mind while I was at my father's & forced me into going into his room, collect & load his Glock .40 caliber handgun & almost forced me to commit suicide with it while mind-blanked. I'm pressing charges for the insulting violation to me & my life. I'm seeking compensation & justice as well. Aaron was one of my favorite people at first & I always wanted to be a person he could consider a best friend. I've never had an intention to harm him nor his life. I've never had intention to do anything but give him upmost respect & include him with all my positive plans/goals. I'm furious about our friendship being destroyed with all of these violations to me/us. Them using mind-control on me to force me to nearly commit suicide as he was getting married is another example of proof that I'm getting sabotaged, tortured, exposed & violated by a ritualistic lunatic.

The last time I had Aaron's company was when we met for lunch @ the "Iron Spike" in Galesburg. There we ate & spoke for the first time in a while. He made a comment to me that he wouldn't have made if he didn't have access to spying on me, "have you done anything hard lately?" It was after I was alone & being forced to talk about my perspectives on life as I've been being illegally interrogated while in my privacy & made a comment about how some of the hardest things in life are taking forced losses. He then pointed out that he noticed what kind of truck I was driving which is was a Chevy 1500 that I was forced to talk about in one of our childhood classes. The talk I gave about the truck while in class wasn't me & was a talk I was forced to give with mind-control by a violator who was sabotaging me & didn't reflect anything about my actual goals/hopes/motives/ personality (he must have not caught on to the fact that my mind-control-using murder-attempting, raping & sabotaging-violator/violators use mind-control to run my mouth with false information despite him having ample opportunity). Before this incident I had just collected myself enough & processed my past to the point that I decided to myself that I no longer wanted anything to do with Aaron & that there is no room in my future for him. Immediately after deciding this mind-control technology was used to blank my mind & force me to ask him to lunch. I then didn't wake up out of my mind-blank until after being forced to ask him to lunch & visit him.

I believe my mind-control violator/violators have a fetish with destroying/sabotaging my attempts at relationships/friendships & it was prevalent to me most with my attempt at a friendship with Aaron.

Aaron was with me the night that I was murder-attempted by my mind-control violator with vodka & then raped by Tiffany Millizer as I was paralyzed. We were out in the middle of a field camping when I was forced to chug a fifth of vodka & then went paralyzed for the next 14-16 hours as I vomited until I had nothing left to throw-up & then dry-heaved constantly. I don't think I took in any oxygen for those 16 hours & he was less than 10 yards away from me as I was raped & near death. Not only did he not get me to the ambulance he left me out in the middle of nowhere basically dead. This incident is further described elsewhere in this testimony but when

Aaron left me dead the following facts need accepted by the court: Aaron was aware that I was disabled prior to this incident. Aaron was aware of what his brother Patrick had did to me before the incident with his sister & then with him. Aaron was aware that I could/should be a famous contributor/inventor/designer. Aaron should have been aware (because of the countless opportunities he had to process the fact) that I was getting sabotaged with mind-control technology regularly.

I was in Chicago with Aaron & Michael Long one night & was violated with mind-control technology. We were walking home from a pub & Michael dumped some of his water bottle on a police car. Before I knew it the police officers tracked us down & attempted to question us as Aaron fled the scene. The cops threatened to arrest us if we didn't get Aaron to join us & mind-control technology was used to force me to yell at Aaron to get down there with us to answer to the police.

While in 2nd grade & being forced to speak about some of my invention plans by my violator who was sabotaging me with mind-control I believe (but cannot remember for certain) that Aaron suddenly voiced one of my invention plans (after it was perfectly clear that he had thought of zero inventions) & I believe mind-control was used on him to do this or that my violators informed him about my other plan that he attempted to take credit for in front of the class while I was severely disabled & I want a complete investigation to prove this specific incident.


**Adam Hennenfent**:  The first incident involving Adam that I'm pressing charges in court for was while I was attending a get together on the 4th of July at his father's house in Cameron. I was in a concussion-coma-type state of mind & mind-control was used on me to force me into eating raw meat out of their refrigerator (I ate the equivalent of an 8oz steak, at least). I'm pressing charges for being forced into the action. I don't remember if Adam witnessed this violation to me or if it was his brother Tyler.

One of the first times that I shared time with the Hennenfents was in high school. I was severely hurt from brain injuries at the time & being violated/sabotaged/ abused by a mind-control violator/violators nonstop. I was at their house & mind-control suddenly was used to violate me by blanking my mind & forcing me to go to their bathroom where I was forced to jack-off. They informed me that they heard me in there but my mind was intentionally kept blank & I couldn't respond. I'm pressing charges for being violated, sabotaged & abused. I'm pressing charges for the neglect as I was violated & the neglect that led to the incident. I'm pressing charges for the Hennenfents.

Mind-control was being used to control/violate me while I was in a concussion-coma-type stupor & was driving my truck on the 4th of July after drinking. Adam & Selina Goddard were with me & we were on the road Selina lived on. I was forced to almost wreck us into an oncoming vehicle head-on as I struggled to keep the vehicle I was operating on the road (because of my violator & disabilities (I hadn't drank enough to alter my driving)). I was driving over a hill & was intentionally mind-blanked as I was about to go over the hill. Another vehicle drove over the hill as I was driving up it in the middle of the road & I had to swerve to miss the oncoming vehicle.

I'm pressing charges for all of us being violated/neglected as mind-control was used to violate/distract/threaten & murder-attempt me for my entire driving experience. I'm pressing charges for the people in the vehicles I passed. Mind-control was & had been being used on me every time I drove & was being used to tamper with & blank my mind as threats to my life regularly. Mind-control was also used on me to alter my decision making & forcing me into driving for the incident (something they used mind-control to force me into doing often when I'd occasionally drink back then).

I remember in high school being sabotaged by my violators that control me with mind-control technology & being forced to tell Adam that he looked like 'Dumbo' or something close to that because he has big ears.

The next point I'm bringing up involving Adam was from our high school years. Adam worked with me for a summer. While we were working, Adam never had a watch nor a phone. Throughout that summer I asked Adam what time it was over 15 times to question his attempts at guessing the time. Mind-control was used to force me to ask him what time it was several of those times. He was within 3 minutes of the exact time, every time I asked. If mind-control was being used to violate Adam while working with me, I am pressing charges for him. I'm pressing charges for being violated & sabotaged.

The next situation I'm pressing charges for in court that involved Adam also happened in my high school years. While in a concussion-coma-mind state/stupor, I asked Adam to borrow his car to drive around because I had been forced to wreck our vehicles & didn't have my license because I was still being neglected/violated. I wouldn't have asked Adam for his car if I wasn't in a concussion-coma-type state of mind & getting sabotaged. I'm pressing charges for being forced into the situation & for mind-control being used on me to ask/use his car. I'm pressing charges for Adam also. I'm pressing charges for not being given fair nor proper representation as a victim in my lifelong court case at that point in time. Had I been allowed to settle my court case as a victim I wouldn't have been in the situation nor would I have still been getting violated.

When I was 18 my violator that uses mind-control technology to violate/control/sabotage me forced me to use injectable steroids 3 or 4 times (something I was never willing to do nor consider while conscious & able to make my own decisions). Adam was at my house & my violator that uses mind-control technology forced me to ask him to stick the needle in my butt-cheek while forcing me to say "will you stick this in my butt" to Adam. When they forced me to say that they turned me into my sister (with forced multiple-personality disorder symptoms) to put me through extra torture as I was unable to process/react/control-anything & only able to sit back & watch.

While living in Macomb for college I roomed with Adam & was violated with mind-control technology & forced to say the following to Adam: "I should sell Jimmy (Adam's brother) fake weed". I'm pressing charges for being sabotaged.

The next violation I'm bringing to the court's attention involving the Hennenfents happened to me while I was being forced to live in the Decatur Psychiatric Unit. Adam's father used to introduce himself as "Bob Johnson, friendly insurance" as a joke to me. My roommate in the

Decatur psych ward's name was Bob Johnson. This incident is just another example of the constant coincidental 'harassment' I deal with nonstop while being sabotaged/violated/ neglected. I'm pressing charges for being constantly abused/harassed/neglected/violated both mentally, physically & of all of my civil/disabled/human/patient/privacy rights being violated/neglected while not being given fair nor proper representation in court as a severely disabled victim to our nation's highest crimes.

In the last decade, I remember my mind blanking & suddenly deciding to go visit Adam as he was living in Springfield with his wife & son. I was violated the entire time I was there with mind-control & these are a few examples. As I drove to his house from the state park I was visiting, there was a police vehicle on every block from a point in Springfield until I got to his house. I then went to McDonalds & ordered a meal. There was a ball of hair & pocket lent in my French fries & when I noticed they were contaminated, mind-control suddenly forced me to eat the fries with the hair & scum on them. - When I arrived to his house & met his son Reid, Reid was being himself & suddenly puffed up & stuck out his chest. When that happened mind-control was used on me to suddenly re-position my posture/chest. - While Adam was at work, I went to the museum's & YMCA. While at the Y, I was on an exercise bike when a woman started exercising next to me. Mind-control was used on me to force me to almost ejaculate when I heard her voice (I had to get off the bike & kneel down). I went to a bar by myself while Adam went to a public event that he had already scheduled. While at the bar I saw a woman who looked like Penelope Cruz then told Adam about it & fell asleep on his back porch after puking. When I went to the museum, I noticed 2 sets of arrowhead collection's that appeared to be the same collection as 2 arrowheads I was forced to buy with mind-control. Incidents I'm pressing charges about involving these arrowheads are described later in this testimony file. Mind-control was used to violate & control me the entire time but these are the only examples I remembered to document & I'm pressing charges for being violated, sabotaged & neglected. I'm pressing charges for anybody else who was violated or suffered because of being around me as I was being violated, sabotaged & neglected. All of these details were exact details that I'm now remembering (8/9/25) being told would happen long before they did.

Adam invited me to Springfield with his brother Tyler one time. Tyler & I put gutter shields on his roof's gutter system & then Adam took us to a Cubs game in St. Louis for his son's first Cubs game. While there, I remember mind-control being used on me to communicate with a stranger about their t-shirt while standing next to Adam & Tyler. The stranger's t-shirt was advertising about MS, a disease which Adam's mother had. I'm pressing charges for being violated & for my character/personality being sabotaged. – While in Springfield the show 'The Game of Thrones' was being shown for the first time. I had watched an episode or 2 with Adam & he asked me (during the 1st or 2nd season) how the show was going to end. I had only seen 1 or 2 episodes at the time knowing nothing about the books nor show & told him the crippled boy & Jon Snow would be at the end (which is how the show ended). When I responded to him, I am certain mind-control technology was used to violate me & do my speaking/responding for me.

**Adam Ray**: I met Adam Ray in high school. I ended up attempting at a relationship with his youngest sister, Morgan & was forced into having a horrible relationship with her. There are several violations I'm pressing charges for that I am the victim to involving Adam. The first incident happened the first time I was introduced to Adam. I was at the Hennenfent's & the moment I was introduced to Adam & his girlfriend mind-control was used to violate me & force me into asking his girlfriend if she wanted to "fuck". I believe my violator was attempting to get me punched. Before I was introduced to Adam, I was told he was a cocaine dealer & one of the first times I communicated with him I was forced by a violator using mind-control technology to sabotage me to ask him if he had any coke. The next couple happened on the same night when I was out at my father's farm with several other people. I was in a concussion-coma-type state of mind while mind-control was being used on me nonstop. Adam suggested making lines of salt on a plate & dumping Jägermeister on the salt before sniffing the salt through our nostrils. I remember mind-control forcing me to do it. Later that night, I saw him attempt to start & drive away with our dump truck without permission. If mind control was used on Adam to attempt to steal our dump-truck, I'm pressing charges for both of us, if not I'll give him a warning. I'm pressing charges for being violated, sabotaged & neglected.

I met Tyson Rogers & Adam Ray together & I was instantly shown the tattoos on their backs which were suggestions of mine for tattoos in 1st or 2nd grade. Adams might have been a suggestion of one of my classmates but I can't remember. I'm wondering if they had access to surveillance tapes from when I was in 2nd grade & was forced to give a talk about my ideas for designs/inventions/ entertainment/art/tattoos while being violated & sabotaged. Other people around my age from their hometown made comments several separate times to me about conversation I had during my grade school class.

One of the times I was with Adam while in a mind blank from my head injuries & being violated by my violator/violators with mind-control he offered me a substance he told me was supposed cocaine. Without being allowed an option I was forced by my mind-control violator to sniff the substance before being able to process any thought. I believe the substance was meth because it wasn't like any of the other supposed cocaine I've tried. After trying it I couldn't speak for over 2 hours & was forced with mind-control to leave & drive to my father's farm & then Justin Creighton's grave. I'm pressing charges for being violated/sabotaged. I've never been willing to experiment with meth.

While in Yellowstone National Park with Adam & in a concussion-coma-type state of mind we came close to a bear. Adam tried to trick me into slapping the bear while I was in a stupor & not functioning. We were only yards from the brown bear. Mind control was getting used on me the entire time I was there to not allow me the ability to function. I'm mentioning this because I get sabotaged/violated/taken-advantage of every time I've ever done anything & usually am victim to attempts to hurt me physically or mentally or getting my respectability sabotaged.

The next incident happened in high school. mind-control was used on me to give Adam $ because he told me he would bring me supposed cocaine. I remember mind-control forcing me to give over $100 away & I received nothing in return. I am pressing charges for being forced to give money away for nothing or for supposed cocaine. I don't trust the cleanliness of 'street

drugs' (especially as I'm being poisoned with allergens nonstop) & believe all of these efforts were intentional efforts to sabotage my respectability as a contributor & my appearance.

While I was in a concussion-coma-type state of mind & being forced to share time with Morgan, her brother, Adam, joined me while I was out at one of my father's farms. I was being violated with mind-control at the time & while there I was only able to observe (& not process) what was going on as I was being controlled by a violator using mind-control. My dad had told me he wanted to wall off part of the shed in one of the barns so I used his help to nail some of the scrap wood up to form a wall for my Dad. We also took turns shooting the .357 magnum revolver I had at the time. The gun was loud & we didn't wear ear protection. I now look back at that incident & realize he had us shooting at a Gatorade bottle full of rocks. Had either of us hit the bottle the rocks might have chipped our way & harmed or killed us (it was only 10-15 yards away from us). These forced situations were humiliating & disrespectful to me. I'm pressing charges for being constantly sabotaged, violated & neglected.

The next violation involving Adam that I'm pressing charges for happened while I was in Colorado with Adam & Tyson. We were at a Bob Dylan concert at Red Rocks. Mind-control was used on me to force me to consume mushrooms from the concert while I was mind-blanked when I was the designated driver. I drove us home from the concert while not functioning because of the mushrooms & am pressing charges for being violated & forced to put Adam, Tyson & passerby-vehicles in danger. I drove 25 mph for an hour or an hour & a half on the highway from Morrison back to wherever we were staying. I think I stayed in my lane but had the windshield wipers on when it wasn't raining & had to pull over for several minutes at a rest stop to attempt to collect myself. I believe mind-control was being used on me to drive, to force me to consume the shrooms & more violations to me while on that trip to Colorado. I remember my personality getting sabotaged by my violators that entire trip.

The following incident involving Adam was while I was attending college in Macomb. I was in a concussion-coma-type state of mind & mind-control was being used to violate me nonstop. I was driving to Abingdon from Macomb & wrecked the Jeep Wrangler I was driving. I drove head-on into a concrete cattle-feed-bunk at 60 mph while not wearing a seatbelt. My head was smashed off the driver side window because of the wreck. I called Adam after I wrecked because the Jeep wasn't drivable & I was only a few miles outside of Abingdon. He picked me up & took me to their house in Abingdon where my wreck wasn't ever spoken of again by anyone in that family & I forgot about it for years. I'm making this note because he is a witness to the fact that that wreck happened. My development through life was negatively affected & being violated/neglected constantly caused this wreck. I think I was intentionally put to sleep with mind-control & forced to wreck into that specific concrete cattle feed bunker placed in that specific ditch on that specific curve by that specific farm. The wreck happened very close to 'Ray Farms'. Mark Ray was supposedly a partner with my father in the cattle business & him stealing millions of dollars from my dad is why my dad had to sell our farm & get out of the cattle business.  I am pressing charges for being forced to wreck with mind-control while driving & the neglect of the constant violations to me for my entire life until that point. I'm pressing charges for being neglected, sabotaged, violated, stolen-from & taken-advantage-of since my head-injury.

The next violations I'm pressing charges for that involved Adam were all relevant to native American artifacts. Adam searches for native American Indian artifacts as a hobby. I have always been interested in artifacts & joined Adam on some of his arrowhead searches while I was being blanked/violated/forced into sharing time with his sister, Morgan. One of the first times we went arrowhead hunting together, mind control was used on me to force me to verbally communicate to him that I had been in a threesome with two of the ladies I met while in Macomb. I've never had a relationship with neither of the women. I'm pressing charges for being forced into this lie, for being sabotaged & for being violated with mind-control by a sadistic lunatic nonstop. I'm pressing charges for the women & for Adam. I'm sure it negatively affected my relationship that was already destroyed with his sister as well as further sabotaged my friendship with him. - Then, while we had been arrowhead hunting together, mind-control was used on me to force me to start buying artifacts in a mind blank (I didn't get the option to not). I bought some off the internet & some from antique stores. I ended up with quite a few & spent several $thousand buying them while mind-blanked. Mind-control was then used on me to force me into telling Adam that I found them every time I bought some & act like I found them as I was with him. Once again, I didn't get the option to not & was being violated & sabotaged with mind-control by a violator or violators. - Around the same time, mind-control was used on me & forced me to go to Leo & Alise Ramer's & steal several of their Indian artifacts. Once again, I didn't get an option to not & could only observe as the incident unfolded. I ended up being forced to tell Adam I found them. Mind-control was used on me to act as if I found some of the artifacts as we were searching for them. Mind-control was then used on me & forced me to tell Adam that I found the artifacts on the side of the road. I'm pressing charges for all violations to me & for being sabotaged as I was being intentionally neglected while getting violated on a daily basis. I'm pressing charges for Adam & the Ramers also. After becoming conscious years later I asked for the Ramer's artifacts back so I could return them but he told me he threw them into a lake.

Another time I can remember being violated while with Adam was when we went to watch a movie. We were at the movie theatre watching the new Robin Hood with Russel Crow. Mind-control was used on me to go into the bathroom & sniff OxyContin as we were watching the movie. I'm pressing charges for being forced into the action & for being forced to live without a prescription to the medicine. They used mind-control on me to force me to use the medicines in times I wouldn't have so I wouldn't have medicine in the times I need it most (a torture technique they use on me when using medicine, eating, drinking, drinking alcohol, smoking & with other resource-consumption-conservation efforts).

Adam once told me that if I didn't stop he was going to break my legs. I don't know what he was asking me to stop but I want a protection order against their family because of his sisters nonstop abuse, disrespect & attempts to force me to take responsibility for the sabotage I'm violated with.

One of the days I was living with the Ray's at their house in Abingdon mind-control was used on me to force me to search Adam's closet for a chunk of substance I saw him throw in it that I didn't know what was for over half an hour. It was another torture technique used on me to waste my time, mentally-abuse me & power-trip on me.

One day I was with Adam & he showed me a porn that was on his camera. When he handed me the camera displaying a porno on its small screen, mind-control technology was used to violate me & force me to stare at the porno for awhile before handing him back his camera. This is another of the countless examples when mind-control technology has been used to violate me.

While being forced to be around Morgan Adam said that he was going to plant drugs on his son's mother hoping to get custody of him & I believe he did this on purpose attempting to trap me. I believe he did this pouting like a baby because he was realizing that negative was going to come from me being forced to be with & get raped & abused by Morgan.


**Jason Bishop**- Jason is a mutual friend of mine with Michael Long. Jason told me he had a young lady he cared about who was underage but I know of nothing about their personal lives. While I was in jail, mind-control was used on me to force me into writing Michael (while I was in a mind-blank & for an unknown reason) as I was being unlawfully violated/tortured/sabotaged/held in Warren County jail. My blank-minded writing that was being controlled by my violator told Michael that our friend Jason was a child molester. I didn't remember doing it for months or years after. I'm pressing charges for all of us.


**Brett McGill**- I wanted & planned to be a best friend to Brett since I was a child. My entire attempt at a friendship with him was sabotaged by a violator using mind-control to violate me & I'm pressing charges. The following are some of the examples that I remember:

In high school, I was in a concussion-coma-type state of mind when the police showed up at my mom's house & arrested me as a 15 or 16-year-old for providing alcohol to a minor & as I continue to go neglected as victim to our nation's highest crimes. Brett had been at my house in my basement with me & a couple others. We all had a mixed drink made with alcohol of some kind that I stole from my parents' alcohol cabinet. I was arrested & told Brett had been arrested & told the cops I gave him the alcohol. The next day at school, mind-control was used on me to dump a chewing tobacco-spit filled bottle into the car Brett was driving (I was being mind-blanked & forced to chew as another torture/punishment technique). I'm pressing charges for both of us. I didn't get the option to not dump the tobacco spit into Brett's car. I'm pressing charges for being arrested as a disabled minor in a concussion-coma stupor for providing alcohol to a minor as I was getting neglected as the serial victim to our nation's most severe crimes.

I went with someone (I can't remember who) to visit Brett in Bloomington almost a decade ago. While there, mind-control was used on me to rudely & openly use my pain medicine in front of everyone. I'm pressing charges for being sabotaged & violated with mind-control while being neglected intentionally by our legal, law-enforcement & medical systems.

I visited Brett while he was living with his girlfriend in Cameron. While there his girlfriend suddenly & unexpectedly started rubbing my thigh. Brett didn't seem to notice & when it happened my mind went blank & I left immediately or almost immediately. When I attempted to tell Brett what happened my violators sabotaged my personality using technology & had me be

rude to him. I'm pressing charges for getting sabotaged & for the confusion the people from my surroundings continuously have to deal with because of my violators sabotaging me with their technological weapon.

I'm just now remembering (9/11/25) that I believe Brett was one of the kids who helped hold me down as my head was kicked by several other kids on one of the times that happened & I believe he was one of the kids that kicked my head the other time it happened.

**Corey Champion**: The first incident involving Corey that I'm pressing charges for happened at his house while we were watching the movie "gone in 60 seconds" with Aaron. We were in Corey's basement watching it when mind-control was used on me to pull out my erect penis in a concussion-coma-type state of mind & jack-off fantasizing about lady Jolie as Aaron & Corey sat feet from me. I am pressing charges for being violated, sabotaged & forced into the incident. I'm pressing charges for them too.

The next violation involving Corey happened during my grade-school or junior high years. Mind-control was used on me to force me into showing everyone my penis when Corey had me & a bunch of people over. It's my belief they wanted to show them my penis because I used to be able to grow it past my knees at will. I remember Aaron & Lydia being there but don't know who else was.

1 time during childhood I was hanging out with Corey & we were out attempting to have fun with his golf cart (which was very fast for a golf cart) on the golf course. We decided to take turns hanging on to the back of the cart & being pulled on the wet grass as the other one of us drove the cart (like we were water-skiing behind the golf cart). As I was being pulled behind the golf cart Corey intentionally drove over an concrete cart path & I was drug across the pavement. The incident skinned the skin off my elbow & I still have a scar today.

Stacey Darin dated my friend Corey Champion when we were kids. Somehow I ended up with Stacey's phone number & mind-control was used on me to call her. I can remember having a 3 or 4-hour phone-conversation with her that felt to me as if I was being talked for by a violator using mind-control while I was forced listen in an out-of-body-experience. After the phone talk, the next time I was around Corey & Stacey was at my house. Mind-control was used on me to force me into suddenly kissing her & stripping her clothes off in front of Corey. Corey appeared shocked & then began to join my forced sexual experience with her. It wasn't long before I snapped out of it & realized what was going on. I left the 2 together for the rest of the night & they were gone when I returned to the basement. I am pressing charges for being forced into the phone conversations & the shared sexual experience. Several years later I was at Dairy Queen with Aaron & other people. Mind-control was used on me to tell them that Corey & I had a threesome with Stacey in an arrogant manner (we did not both have sex with her & I didn't have sex with her). I am pressing charges for being violated & sabotaged. Corey was one of my friends & I would've never wanted to betray nor disrespect him.

One of the times I was sharing time with Selina Goddard while with Aaron & Corey, we all went to Family Video. While we were in the video store, mind-control was used on me to violate/sabotage me & forced me to army-type-crawl to the porn-section of the video store. My mind then went blank & the next thing I remember was having a mental illness-episode while we all were loading into a car to leave the store. It was humiliating for me & I'm pressing charges for being forced into the incident & for them sabotaging my relationships/personality/respectability.

The next incident I'm bringing to the attention of the court happened when Corey visited me with Justin Creighton. I had a 50-85cc dirt bike at the time & Creighton decided to take it for a ride. I think mind-control was used to blank his mind & force him to wreck, the same way I think they did to Matthew Painter when he wrecked my 4wheeler during our childhood & the same way they wrecked me on multiple occasions. I'm pressing charges for mind-control being used to constantly violate & sabotage me & the people I go around.

On May 7th 2003, several of my friends went camping with me while I was in a concussion stupor. Several more of our friends met us for part of the night. I know Aaron Gavin, Corey Champion, Justin Creighton & Tiffany Millizer were there. Mind-control was used on me to force me to suggest that we drink & then used to force me to steal several full bottles of alcohol for the get-together from my parents' alcohol stash as I was walking around basically unconscious from my severe head injuries. We had set up camp & a fire when some of the other people showed up. Justin Creighton & I were standing at a card table we set up & started to play a game which involved us taking shots of vodka. After we each had taken 2 or 3 shots, it appeared as if mind-control was used on Creighton to force him into chugging 3/4 a bottle of vodka in 1 drink. Tiffany Milizer had taken a couple of shots with us before this happened. The rest of the guys were standing 10 yards away with the rest of the people (I have forgotten who else was there). As Creighton was chugging his fifth of vodka, mind-control was used on me & forced me to chug over 3/4 of a different fifth of vodka in 1 drink. It wasn't 10 minutes later when Creighton & I began to vomit. I believe it was an intentional murder-attempt on both of us but am uncertain if mind-control was used on him (I am 100% positive it was used to force me to chug). We both had walked away from the fire to the other side of the tents that were set up. There were a couple hay bales there sitting 5-10 yards a part & the next thing I remember was Creighton & I sitting across from 1 another vomiting & dry-heaving for the rest of the night. I went completely paralyzed, blacked out & only have flashes of memories. One of the memories involved Tiffany Milizer suddenly beginning to kiss, give oral sex to & have sex with Creighton as he was sitting there, unable to move & vomiting.  I was paralyzed & unable to do anything but watch & vomit. She then climbed on top of me & did the same thing to me while I couldn't move nor communicate & was vomiting constantly. She raped us both as we were sitting there vomiting & unable to move. I remember wondering to myself why she was doing that to Creighton as he couldn't move & was puking. I remember wondering if they were a couple & being glad it wasn't happening to me when suddenly it appeared as if she read my mind & stood up & switched to doing it to me (my actual thought (which was a disoriented forced thought) was "why isn't she doing that to me" & I believe it was my mind-control violators way of telling me that her actions were premeditated). Those facts make me recognize the potential that they used mind-control on Tiffany for her involvement. We both ended up vomiting & dry-heaving for

most of the night. The next thing I remember was waking up in the morning & not being able to move my body as I began to vomit/dry heave again. I watched Corey & Aaron leave with Creighton that morning while I was puking. I knocked out outside paralyzed & woke up in the tent so somebody had to have drug me into the tent & left me because I woke up to nobody in sight. They left me there by myself, while I couldn't move & was dry-heaving. I believe I went several hours without being able to breathe during this incident. I was drenched in sweat & once again started to puke & dry-heave when I finally woke up around 2 pm the next afternoon. I suddenly gained the ability to move & walked back to my house without cleaning anything up from us camping & puking. When I arrived home, I showered & hydrated for a short-time but was still drunk. Suddenly people showed up to my house & told me that Creighton had tried to play a double-header for his baseball team that day & died. To my knowledge, Creighton died that day & I believe there is a strong chance that it was a murder by the same responsible violator/violators who have been violating me for my entire life. I am pressing charges for all violations to me. I am pressing charges for Creighton if he was violated. I am pressing charges for being left dead out at the camp site.

Because Corey is a suspect for attempting murder on me & because he watched me get raped & left me dead/paralyzed the night Creighton died it needs to be noted that he attempted to trick me into drinking out of the filthy crick by his house when we were kids.

While working at the farm with me, Corey is involved in another incident I'm reporting because of getting violated. Mind-control was used on me to tell Corey not to bother me when I went to the bathroom in a mind blank because he would regularly shoot me with an airsoft gun. I believe mind-control was used on me to force me to tell him that & then force the rest of the incident. I then went to the bathroom to take a dump & believe mind control was used to force me to start jacking-off after while reading a Playboy. As that was happening Corey broke into the bathroom & started shooting me with an airsoft gun (I wonder if mind-control was used on him as it was being used on me too). My mind then went blank or was intentionally blanked by my violator/violators. I went outside & attacked Corey physically by picking him up & slamming him down on the concrete floor. He then took off running & while my mind was still blank I hopped in the Honda Civic Hybrid that was at the farm. The car's body was basically made out of plastic & when I drove after Corey I drove right up to him. As I stopped the car while approaching him he jumped up & cannon-balled the car causing expensive damage to the car's body. I then woke up from my mind blank & am pressing charges for being violated/sabotaged with mind-control & for the violations/neglect to me leading to & during that incident which damaged my father's car. Me driving up to him wouldn't have ran him over had he not jumped but would've knocked him over. Him jumping up & landing on the car did over $5,000 worth of damage to the car.

I was violated non-stop every time I visited Corey while he was attending the University of Iowa. I think I visited him every year he was there, or almost. One of the times, several of my pain pills were stolen (close to $1,000 worth as I was living on nothing with no income & that was all I had). One of the times, Corey threw a kitchen frying pan at me that hit me in my head. When that happened mind-control was used on me & forced me to leave & drive to the strip-

club, Daisy Dukes, near Davenport, Iowa, while my mind was blank & my head was bleeding. Jason Bishop was with me for that incident. I believe they forced me to go to the strip club to try to calm me down & so I wouldn't hurt Corey for hitting my head. Another time I visited, I had driven my father's Harley-Davidson up there to visit him. Mind-control was used on me while giving Hayley's (Corey's wife & my relative) friend, Ali, a ride on the motorcycle. Mind-control forced me to ramp a construction obstruction with the motorcycle while she was a passenger on the motorcycle with me.  Another time I visited him we went to a tailgating party & mind-control was used to violate me & force me into putting my hand in the air & jumping up & accidentally knocking a window out of a lifted garage door. All of these details were more exact details that I was told would happen 1-3 decades before they occurred during a conversation that I don't remember while under unlawful surveillance. I'm pressing charges for being violated & sabotaged nonstop. I'm pressing charges for getting forced to put their friend Ali's life in danger.

I decided it is worth it to document the fact that Corey owned a Bowflex Revolution & was provided with free replacement plates & it is my exact invention design & I'm being charged outrageously unaffordable prices for the rubber that breaks regularly.


**Caroline Prince**: Caroline moved in to the house next door to me when I was in 3rd or 4th grade. I've been being violated while living next door to her my entire life & because of that fact & the time our families shared together, she has involvement with my court case. I don't know if she has been getting violated as well or not. The 1st violations I can remember involving Caroline involve us giving one another massages. Caroline was my cousin Aaron's girlfriend & I had introduced them. I was in a concussion-coma-type state of mind for all of my years living next to Caroline. I cared a lot about Aaron & her too. I cared about them being respected & would have never wanted to disrespect nor betray him nor her. Somehow Caroline ended up in my bedroom & exchanging massages with me on 2 or 3 occasions while I was basically unconscious & unable to make decisions nor process anything. I never have remembered how the incidents started or how she got into my room just remember waking up to her there without being able to remember anything about life nor process reality. On one of the occasions, mind-control forced me to use the new digital camera I had been given for Christmas to take pictures of her as she posed naked or nearly naked. I remember thinking they were "punking" me with Ashton Kutcher's show & forcing me into a similar-scene from the movie, "The Butterfly Effect", which I had watched with Aaron. My father somehow knew about the pictures & immediately took my camera from me when I still hadn't processed what had happened. On another occasion, mind-control was used on me to begin kissing her as we massaged each other. I was out of it & am glad she ended our short intimate-moment before it turned to be us sharing more than what we had. I immediately forgot about all of the incidents immediately after they happened & would only remember they happened briefly before forgetting them again throughout the rest of my life. I am furious about the incidents & am pressing charges for being violated, sabotaged & forced to be involved by a mind-control using violator. I think I was child-porned with her because of my fish-farming invention design. Her father co-owned a boat building company & my contribution to the boat building industry will be the largest positive

impact anyone has made to the boat building industry in my lifetime & potentially since the beginning of time.

While in a concussion-coma-mind state, I rode with Caroline & her parents as we drove up to Wisconsin to their lake house. Aaron went with us & was riding with the other vehicle. I was supposed to ride in the other vehicle & have Aaron ride in that vehicle but mind-control was used to force me to ride with her & have Aaron ride with my family. Mind-control was then used to make me sleep on her lap & caress her boob as I was laying there. My mind-control violators made me feel like they turned me to Drew or my dad as it happened. When this happened, I thought I was getting punished for thinking Caroline deserved charged similar to rape for catching me in my mind blank & being intimate with me by exchanging back massages with me while I wasn't mentally competent. I'm pressing charges for me & for her & seeking compensation/justice for us both.

While in high school, mind-control was used on me to toilet-paper the Princes house while I was concussed. I then was told that their family was on the way to visit & I needed to clean the mess. I'm pressing charges for being violated & this is another example of how they constantly waste my time.

Caroline attended the University of Iowa. I went to visit her one time with Aaron. While there, mind-control was used on me & forced me to consume a large amount of alcohol while we were at a bar as I was being blanked & controlled by my mind-control violator. Caroline had introduced me to her friend who lived close to Caroline in her apartment building. After we left the bars, I went to her room with her & mind-control forced me to start to be sexual with her. Almost instantly, I began to vomit. I caught the vomit in my mouth & walked to Caroline's before I began vomiting. I don't remember anything after that but woke up the following day with my head hanging out of a glass-sliding-door that was in Caroline's apartment. Caroline lived on the 2nd-4th floor of her apartment building & there was no deck or anything but a multiple-story drop that her glass-sliding-door led to. I woke up with my head hanging out & off the side of this apartment building & could have easily rolled off the building (I roll in my sleep a lot & always have). This was similar to a scene in the tv series I suggested during my childhood called 'Game of Thrones' when Tywin is kept prisoner on a cliff ledge & I believe that scene & this incident were made to include & harass me. I'm pressing charges for being forced into getting drunk, for being sabotaged while with her friend & for my life being threatened & put/left in danger as I was unconscious from alcohol & being controlled/violated by a violator using mind-control to destroy my life.

Tom is Caroline's father & has lived next to my dad since Caroline & I were in the 4th grade. I don't know how many times mind-control has forced me into going to the Prince's while nobody was home but it happened two or three times at least. I usually remember walking around & fantasizing about women while getting jacked-off by a mind-control-using violator as I was mind blanked & in a concussion-coma-type mind state/stupor. One of the times they had me take Tom's .38 special revolver from their house & start using it in our yard for target practice. I hadn't told anyone I had it & didn't get the option to while being mind-controlled. It's the gun that mind-control was used on me to force me to putting it to my head in front of my father &

Morgan which caused them to send me to a psych ward in the Quad Cities called Robert Young Center (I'll further describe the incident further in this testimony). I'm pressing charges for all involvement & violations/sabotage to me.

I was invited to Caroline's wedding. I hadn't been doing well, mentally nor physically, for years prior to her wedding & had been smoking/drinking often while being violated/sabotaged/tortured/abused/neglected. Upon arriving at her wedding reception, after having no recollection of her wedding, I was outside the Country Club in Monmouth smoking some cigarettes in a mind-blank. Aaron & Corey walked up & gave me a cigar, which I smoked. I then blacked out & have no recollection of anything after that until I woke up to my sister Sarah dragging me to her car hours later. I was telling her I was going to puke in her car & she said that I wouldn't. I then remember her kicking me out of her car into my father's driveway where I began to vomit. Every detail from this night was another set of exact details that I later remembered being told would happen long before it did during a conversation that I don't remember (I think with Morgan Ray). I'm pressing charges for myself, Caroline & everyone else who suffered loss on that night.


**Caleb Bennet**: I met Caleb as he was going to Monmouth College. I was in a concussion-coma-type state of mind & don't remember being introduced to him nor being invited to his house. I remember spending hours at his house on several-multiple occasions & not knowing how I got there, why I was there nor who he is/was as a person. I was hurt & mind-control was being used to violate me non-stop. For the most part, we drank, listen to music, played video games, or smoked. I'm pressing charges for being violated & consistently, forcefully, put into situations with mind-control. I was at his house on my 18th birthday when mind-control was used on me to forcibly drive me to my father's & ultimately burn the construction employee's motorcycle at my father's house. The incident is described in more detail later in this testimony.

The next violation I'm pressing charges for happened when I went to an Eric Church concert with Caleb & a couple others. The concert was cancelled when we got there but the bands scheduled to open for him played at the bar next to the concert venue. Mind-control was used on me & forced me to consume alcohol to the point of intoxication & dance with unknown women. I'm pressing charges for being violated & sabotaged. I blacked out at the bar & don't remember anything after. I might have drove us home as mind-control was being used to control & tamper with my driving as it always has but I don't remember. This entire incident is another exact set of details that I later remembered being told would happen long ago during a conversation that I don't remember.

The next violation I'm pressing charges for that happened while I was with Caleb was while I was working in Galesburg. We went out to a couple of the bars in Galesburg one night & I ended up deciding to stay at Caleb's rather than attempting to drive after drinking. Caleb asked me if I wanted to sleep in his bed with him because his dog had claimed his couches & they were covered in dog. I would have slept on the couch but mind-control forced me to agree. I then woke up the next day to go to work & my chewing tobacco that I was being forced to chew with

mind-control was all over his wall. I'm pressing charges for Caleb having to deal with a mess I left.

Caleb bought a house by Abingdon & he reroofed it when he moved in. I helped him for a day & I went over there the night prior. Mind-control was used on me to blank my mind & force me to consume alcohol to the point of intoxication. Mind-control was used on me to force me into driving to the gas station in Abingdon while I was intoxicated. This incident was another exact detail that I later remembered being told would happen long before it did during a conversation that I don't remember but that happened under surveillance. I'm pressing charges for being constantly violated, sabotaged & forced into situations/incidents I wouldn't put myself in that hurt my character/reputation.

While with Caleb mind-control was used on me to blank my mind & drive my jeep into a tree in East Galesburg while leaving a bar's parking lot. I'm pressing charges for always being violated/sabotaged & the neglect that forces me into these types of incidents. I'm seeking justice & compensation.


**Drew Robertson**: Drew was one of my first childhood friends. We shared most of our time together by playing sports non-stop. We played quite a bit of childhood football together. I was the standout in tackle football until my childhood injuries disabled me with brain & spinal cord damage. When I started playing football, I asked the other kids how hard we should be hitting one another. I was told that bone-to-bone-injuries would all heal, rock-to-bone-injuries were damaging & metal to bone would kill us. After I was told that, I remember hitting kids in their skulls, with my skull 3 or 4 times before I started taking it easy on everyone because it looked like the kids were going to get hurt. Afterwards, I had to take it easy on everyone & be careful not to hurt them. Despite my intentions & motives, my head injury symptoms & getting violated with mind-control, hurt Drew & I's friendship in several ways. I had a great personality before my injuries & after I got hurt, my personality was constantly sabotaged & forced into being poor company to other people. After I became injured, every time I was around Drew, my personality was altered & I was forced to seem as if I was a bully, mentally, despite attempting to be a good friend. This was detrimental for me to be unable to communicate without being violated & sabotaged as I was dealing with symptoms of severe head injuries after being murder-attempted multiple times. Also, as a kid, mind-control forced me to jack-off in their house on multiple occasions while I was in a mind-blank. This hurt my character/reputation & our friendship & my friendship with his family. I'm pressing charges for all violations, neglect & sabotage.

The next violation to me that I'm pressing charges for that involved Drew happened in our childhood. Drew suffered from heavy nose-bleeds often. When he would get a nosebleed, he would sometimes stand with his head tilted back, attempting to let gravity take the blood back into his body. He also would taste his blood sometimes. I watched him do this on 3 or 4 occasions before this next incident occurred. I was watching him suffer with a nosebleed & attempt to put an end to it. I was standing next to him, worrying with all the fear in the world that he was going to die because he was always bleeding from his nose. Mind-control was then used

on me to force my hands to wipe his blood from his nose & drink it off of my finger. I remember being violated & forced to do this while being forced to think that by doing so, my blood-drinking would force his blood to stop running out of his nose by the power of God. After this happened, I began having acne at the young age of 8-9 & still suffer with the skin disease today. I'm pressing charges for being forced into the incident by a violator using mind-control. I'm pressing charges for being neglected, medically, since & forced to walk through life with acne & looking more diseased than the people living in 3rd world countries. Drew also used to eat his boogers often while acting like they were a delicacy food item. He'd learn around to make sure the parents weren't watching & then continue with his habit. He also would pick his nose with his tongue & eat his boogers out of his nose that way. I used to think he was intentionally being disgusting while around me to sabotage my childhood. While attempting to be kind to him I decided to try eating one of my own boogers in front of him hoping he'd realize how disgusting his habit was but it didn't work.

He was difficult to play football with because he was a hypocrite about being a sportsman with his facial reactions as he would pout & celebrate. He would have noticeably large facial reactions to being tackled or if I'd break his tackles & when he would make a play. I'd then take it easy on him & let him tackle me & break my tackles hoping to build his self-esteem up because of his poor reactions & then he'd have noticeably large facial reactions acting as if he was 'the hulk' or a dominant football player (he couldn't catch on or accept the fact that he wasn't a great football player & that I had to take it easy on him). I used to wonder if my mind-control violators were using mind-control on Drew to sabotage his personality as we were playing to make him act that hypocritical/desperate. After wondering that he started acting girly. When I noticed him acting girly it worried & irritated me. I was then violated with mind-control for about 3 seconds & forced to feel as if I was a homosexual or 'girly-type' before snapping back out of it. I was then forced to wonder if I was violated with mind-control & forced to feel that way for that brief moment to better understand how he was feeling or what he was going through. I also wondered if they used mind-control on both him & I to try to tell me to take it even easier on him because they were worried I was going to damage him.

The next two violations I'm pressing charges for happened with Drew in our childhood. The first involved me ending with a concussion & the other ended with the hardest-hit my chin has ever taken. They both happened with playground equipment. One day Drew & I were outside running around as some other kids (I don't remember who) were on the swing-set. Mind-control was used on me to ask Drew to run past the people who were swinging & let me tackle him out of the way to save him in an attempt to raise my adrenaline. I remember Drew catching me off guard by instantly running towards the swing. He caught me off guard but I ran after him & tackled him to save him from getting hit while I took the hit to my head from the kid swinging by. The other injury was on playground equipment while with Drew. We were on a metal teeter-totter at the high school football game after playing tackle football with a bunch of other kids while I was severely hurt. After our game Drew led me to the teeter-totter as I was in a concussion-coma-type state of mind. I sat on the other side of the metal teeter-totter & after a couple up&downs he somehow caused the teeter-totter to ram my tailbone hard purposely. I can't remember exactly what he did but I think he hopped off it & then jumped back on with all is weight as I was

standing over top of my side as it was resting from him jumping off. He definitely did that on purpose to hurt me. He got a huge smile on his face when it hurt me. Mind-control was then used on me to force me to attempt to get him back as I was completely out of it, an automatic reaction as I was in shock from my injuries. I hopped-off the teeter-totter backwards so that Drew would fall but he wasn't in a severe head injury concussion mind state & was waiting (like a serial-killer) on me to attempt to get him back. It might not have been mind control used on me & just been a reaction because of how hurt I was (I can't remember but know I was being violated with mind-control nonstop). He jumped back as he anticipated my reaction maneuver & it didn't cause him any harm. He then waited for my side to fall back down & then jumped on his end again as I was standing there. The metal teeter-totter hit me in my chin as it popped back up which was obviously Drew's original intent.  The end result was me getting my tailbone & chin hit harder than a person could hit me with a metal baseball bat.  I believe Drew had seen this done on the playground before & must've reenacted what he had seen. I could have easily hurt Drew for doing that to me but chose to let him go after intentionally hurting me. I mention that because I continue to be treated as a criminal & bad person when I've never intentionally hurt anybody & as I've been getting violated for my entire life nonstop.

Drew is who I spent the most time around as a small kid. I played football every chance I got & was criminally violated several times while playing childhood football. Once I taught myself to run I was the best football player that I have ever played with & was better than most of the pro bowlers in the NFL. My three major childhood injuries took my physical abilities from me permanently & I believe I was constantly violated because I was so much better of a football player than everyone else my age. After the four-wheeler wreck at the farm it took me some time to start recovering cognitively & I lost my right shoulder & some of my overall strength. Drew wasn't competition for me until that injury & I always had to take it easy on him to not demoralize him. While recovering from that injury I quickly passed him again as a football player but he definitely tried his hardest to dominate me while I was hurt. During that recovery I played in two separate games where during each game I was held down by multiple other kids as 4-5 other kids took turns kicking my head like they were kicking field goals. Drew stood around & watched as this happened to me. After I was murder attempted at Monmouth Park I played a football game as I was floppy-weak & could hardly stand nor see & every person on the other team hit my head during that game including Drew. I was so hurt during that game (with a skull fracture I'm certain) that I'm pressing charges for attempted murder because of that day. Once I started recovering from those injuries, I once again ended up playing more football at a Warren football game & was asked to play on concrete where Drew attempted to hit me on the concrete.

The next violation involving Drew happened at a junior high track meet at Warren while I was going to ICS. I was in a concussion-coma-type state of mind & had stopped exercising by myself. I ran around nonstop as a kid before I got hurt but after being violated, sabotaged, abused, turned permanently disabled & constantly disheartened by my mind-control violators I stopped exercising & shifted my focus to thinking of designs/inventions & mastering Texas Holdem, Omaha & Omaha-hi-low poker. My injuries & cerebral palsy completely turned me into flop & it feels as if the back half of my spine & legs are nonexistent now (my legs are weak & my running abilities have drastically diminished compared to when I was a kid (I used to run

effortlessly & was a better runner than the majority of the best runners I see in professional sports)). I ran track for my junior high but didn't practice running other than at practice & didn't put much effort in then. Regardless, I ran the 400-meter race & Drew was one of the competitors in the race. I raced the first 300-320 meters & was ahead of Drew by 15-25 yards. Suddenly mind-control was used to violate me & force me into turning my head & look backwards to see where he was after the final turn. Just as I was forced to do that mind-control technology was used to completely shut down my body & force me to slow way down almost to a stop. Drew of course made a big facial reaction (similar to Jim Carrey's reactions in the Pet Detective movies) at that exact moment & sped up past me as I was being cheated by my violator. He passed me at the end of the race. Since then, mind-control has been used to control when I can run more than 50 yards & when I can't. I believe they have a stint in my heart & or lungs & control when I can use any amount of running stamina. I'm pressing charges for being violated, sabotaged & neglected.

The next violation I'm pressing charges with happened as Drew, Derek, Chad & I were playing basketball in their driveway. I was guarding Drew when my violator/violators that violate me with mind-control forced me to stick my hand out similar to as if I was going for a steal & tap/smack his genital area. I was actually going for a steal but they forced me to do that on purpose as I attempted the action. My violator/violators made me feel as if I turned into someone else as it happened (a specific personality of someone else's I had been around (either Luke Sottos or Eric Grant) & then turn into my cousin Corey after it happened. I'm pressing charges for being violated & sabotaged. I'm pressing charges for Drew too. Drew did this to me seemingly on purpose at some point before or after. During this same game I saved a ball from going out of bounds & threw it off of Drew's head unintentionally. Drew's brother than grabbed the ball & threw it off my head several times on purpose as my skull was fractured & brain was swollen. I mention this part because soon after my violators turned me into Derek as I was playing with my youngest sister Brooke & forced me to throw a ball of her head by using mind-control on me. My violators constantly punish me because of the people who violate me. - Drew "cup-checked" (reached out & tapped my penis) me multiple times without my permission & both times he acted like it was his right to do it & that it was an ordinary & ok action that was within his rights to do. He also used to slap my butt when we'd play sports & him doing this after his crimes against me & as he constantly tormented me used to make me feel sick to my stomach to be around him. One of the times he came in contact with my penis with his 'cup check' I believe the following happened: I lost my mind either while my mind was blank or while being controlled with mind-control & was turned into a multiple-personality version of my father (I believe because he had spanked me when my mom lied to him & I did nothing wrong) & I 'cup checked' Drew back several times in a row in an obnoxious manor to show him how annoyed I was with him doing that. I also believe I was forced to smack somebody's butt while playing sports because of how gross I used to think it was when people did that to me.

The next violation involving the Robertson's was in my childhood while we were at the Lake of the Ozarks. We had all been swimming in a pool & I remember swimming between Janae's legs while we were in the pool. After we left the pool & went back to the hotel room, mind-control was used on me to blank my mind & violate me. Janae sat on my lap & I was forced to hump

Janae in the mind-blank while sitting in front of dozens of people. I'm pressing charges for being violated, sabotaged & neglected. I'm pressing charges for everyone else also.

The Robertson's were 1 of our best family friends as I was growing up. Our family spent a lot of time with their family. In particular, Sarah & I shared a lot of time with Janae & Drew. I was severely injured as a young child. At some point in time, after all of my most severe childhood head injuries, I was staying the night at the Robertson's. Chad, Derek, Drew & I were in sleeping bags watching a game or movie on their tv room's floor. As usual, I was up & not able to sleep. I can remember a thought crossing my mind wondering how I was doing at growing my penis compared to other kids my age. It was a quick thought probably because of all the black dick & big dick-stereotype-talk I had to hear about & witness as a child. I can remember as that thought crossed my mind, mind-control was used on me to force me into reaching & pinching each one of Chad, Derek & Drew's penis's while they were sleeping. As my mind was blank & as I was being violated with mind-control, the incident happened with Drew first (I had no control of anything & could only watch the incident happen while not being able to react). Drew had a massive smile on his face as he was asleep & began squirming as if he was getting tickled just before I was forced to pinch him. He didn't wake up but after they forced me into doing that to him I was in shock. I then was allowed to wake up for a brief second & had an opportunity to react but was in disbelief that they just made me do that. My violator gave me about a 1.5 second opportunity to start screaming or to react different than what I had but when I didn't react (because of my disabilities & shock-state) they immediately blanked my mind again & forced me to do the same thing to Derek & Chad.  Each time they had me reach into their shorts & turn my head away & pinch their dongs between two of my fingers. I don't think Derek woke up or if he did, he didn't move but Chad woke up & asked me what I was doing & I couldn't respond because of the mind-blank I was in. He told me to go to bed then the next day Drew's mom scolded me & told me not to do that again & once again my mind state didn't allow me to communicate to be able to explain my innocence. I am pressing charges for getting violated & sabotaged with mind-control while being neglected my protection rights nonstop. I am pressing charges for Drew, Derek & Chad Robertson. Throughout my childhood Drew's eyes would light up with seeming excitement every time I would fault because of my disabilities or was forced to fault by my sabotaging & violating mind-control violator. It was as if he thought he was going to get a better opportunity in life when I would fault because he wouldn't have to be the only criminal violator out of the two of us. It was reoccurring & would disappoint me. Drew's big smile before being forced to do that to him made me think that he was in on doing this to me with his uncle who was a State Policeman.

The next violation I'm pressing charges for being forced into that involved Drew happened around a decade ago. Drew has been moved away for a long time & did so without saying bye to me despite all of our childhood time we shared together. I was unwell & living at my father's when I was told somehow that Drew was going to stop by & visit for an evening with his wife & kids (I had never met her nor their children (I can't remember if he had 1 or 2 kids at the time)). I had planned to cook them a dinner & attempt to enjoy the evening with them at my father's house. When they arrived, mind-control was instantly used on me to start complaining to him about the negative outlook on marijuana. I wouldn't have wanted to bring marijuana up to Drew

at all & didn't get the option to not while being sabotaged with mind-control by my violator. It felt to me as if they turned me into my cousin Jake Gillen for the conversation (my multiple-personality disorder alter of him (I turn into everybody I've been around or have watched on TV). I've never communicated with Drew in my life about anything involving marijuana. This was another exact detail that I'm now remembering (4/21/25) being told would happen long ago during a conversation that I don't remember. This was another torture technique & sabotage violation that was forced upon me while involving Drew that humiliated/embarrassed me. Drew & his wife immediately left because of me being forced to fault. Whoever told me this was going to happen told me that Drew was aware & in collusion with this being forced to happen with mind-control as he was attempting to get away with exploiting me to members of his church hoping they would back him getting to make a legal effort to steal my contributions. When this happened I had no memory of my past with Drew whatsoever. I am pressing charges for being forced into this fault with mind-control.


**Dustin Timmons**: I met Dustin through his brother Tyson Rogers. I was being forced into visit them at their apartment in Galesburg as I was blank minded & getting controlled with mind-control. My technological violator wouldn't give me an option to control myself & drove me over to their apartment multiple times. Both of the brothers always seemed to be expecting me when mind-control forced me to show up at their apartment uninvited. Dustin intentionally disrespected me on every encounter I've ever had with him. I wouldn't have been willing to be around Dustin after the second or third time I met him but somebody told me he was taken advantage of sexually as a kid so I attempted to have sympathy for him & decided to not avoid him for the time being. After years of more interaction with him I have decided that he isn't welcome in my future because of his constant disrespect.

 Dustin & Tyson ended up visiting me while I was living in Macomb on a multiple separate occasions. During a couple of these visits, I was violated & am pressing charges. The first time we were at the bar. I turned around & saw Dustin kissing my cousin Aaron's girlfriend, Tara. When I saw them kissing mind-control was used on me to attempt to separate them. When I did this mind-control was used on me to blank my mind & force me to start kissing them both at the same time. I ended up snapping out of being mind blanked to realize I was kissing Dustin with our tongues. I'm pressing charges for being violated, sabotaged & forced into the incident. The next incident happened while at Mick Kaywood's apartment. We had all left the bar & were at his place continuing to drink. I suddenly began to vomit into the trash can & was walked outside. I continued to puke in the trash can & that is the last thing I remember until waking up the following morning in his yard. When I woke up, I was sleeping with my face/mouth on Dustin's bare-naked genital area. I don't know if he raped me or not but I do know he wasn't there when I went out there & that he was a jerk to me for the majority of our time we've shared together. I'm not bisexual nor homosexual (I'm a straight male hoping to find a wife).  I woke up & left the scene furious & decided not to hurt him in self-defense because of not knowing the facts of what happened. I'm pressing charges for being violated & neglected. I know Dustin, Mick Kaywood & Justin Haase were there but don't remember any other potential witnesses.

Just as I began to share time with Morgan Ray, Dustin offered to sell me pain medicine that was his mother's leftovers. The pills were a small dose of oxycontin. I took the opportunity to use the medicine & it worked miracles for me. Nowadays I don't function without OxyContin or Opana. When the small amount I was initially given ran out, mind-control was used on me to force me into going to his mother's apartment without permission & look for more medicine. I remember being interrogated about my thought on the United States government & the people I know to be in the military while there at his mom's house in a mind blank/out-of-body experience. She lived with Frank Baker who was a higher-ranking officer for the military. I'm pressing charges for being forced into the incident, for being sabotaged, violated & neglected. I'm pressing charges for Dustin's family.

While mind-control was being used on me to force me to date Morgan, mind-control was also used on me that forced me into sharing time with Dustin. Mind-control was used on me to call Dustin on several occasions & verbally communicate with him as my mind was blank. I can remember on multiple occasions mind-control forcing me into having talks with him about wanting to commit suicide (which I've never wanted to do). I'm pressing charges for being violated & for being sabotaged. I'm pressing charges for Dustin having to listen to me being sabotaged by a mind-control violator.

I was at Dustin's house in Knoxville 1 time & was violated with mind-control. I was intentionally mind-blanked & forced to look at his computer as if I was beginning to do an investigation of his computer. Once I realized what was going on I shut his laptop before looking at anything he had on it. I don't remember if I was forced to break into his living environment for this incident or if I was there with permission but know I was a victim also & being violated & forced into the situation while mind-blanked & being controlled without option to control myself.

The next complaint I have involving Dustin is that he worked for my father as I was unlawfully forced to live in jails, prisons & psychiatric hospitals without ever being given fair nor proper opportunity nor representation in court as a serial victim to the nation's highest crimes. Dustin has been degrading towards me for the majority of the time we've known each other & also is involved in an unsettled court case where I think I was raped. Farming is one of my main goals & to be abused/neglected /violated as much as I have, resulting in as much loss as its caused, & then to have my freedom stolen & given to a person who is a known suspect in a high-crime case that I'm victim in isn't tolerable for me.

Within the last year, I communicated with Dustin using text messaging. I informed him I'm going to court & of his involvement (which he's claiming not to remember). I told him to stay away from me & my family & to end contact with them on social media also. In this conversation Dustin threatened to kill my aunt & uncle but didn't specify which aunt & uncle. I also told Dustin a way in which I would use self-defense against him to kill him if he attempted to harm us (I told him I'd skin him). This happened as I was watching the Olympics & a 'Skinner' was on the tv competing. This happening as this person was on the tv competing in the Olympics was another exact detail I later remembered being told would happen long before it did during a conversation that I don't remember but one that I know was under surveillance. I'm pressing

charges for being abused/ neglected/sabotaged/violated & ultimately forced into this situation after being neglected nonstop.

Dustin took me arrowhead hunting with him one time by Avon.  I believe mind-control was used to violate me & force me to find an arrowhead in the crick we were looking in.  We were in a mud-bottom crick & with a blank mind I suddenly reached down & lifted up a small black arrowhead that I couldn't see visibly when I was looking. I believe mind-control was used on Dustin to control his reaction as I found the arrowhead as well. I'm pressing charges for being violated nonstop.


**Eric Grant**: Sarah's husband joined me at the movie theater to watch the movie "Dunkirk". As we were there watching the movie, mind-control was used on me to force me into looking at a picture Morgan had sent me on my smartphone. I had been being forced to communicate with her by a mind-control using violator/violators & had decided to continue communicating with her for a moment in attempts to do my own cop/investigation work because of how she has went along with serially violating me. I was able to observe how she would continue to mistreat me degradingly with no respect to me as an individual. At the instant I saw the picture, mind-control was used to force me to ejaculate. I then had to go to the bathroom during the movie & do my best to clean myself. This entire incident was another exact set of details that I later remembered being told would happen long ago during a conversation that I don't remember. I am pressing charges for being violated, sabotaged & neglected.


**Alex Fox**: The first incident I'm pressing charges for involving Alex happened while we were in college. He was attending Knox College & I visited him. A conversation was brought up about designing new pipes for smoking purposes. I shared my designs with them that are now in use on a corporate/manufacturing-level. One of the next time's I saw him, I was in a concussion-coma-type state of mind & when I visited, him & his roommate acted as if my idea for a new water-pipe was there idea. He then went on to threaten me saying that if I didn't allow him to steal my idea that he would hate me & make my life worse or something similar. When this happened my mind was blanked by my violators intentionally. I'm pressing charges for being violated with mind-control & expect my intellectual property rights respected & protected from thieves.

Another violation I'm pressing charges for involving Fox was when he stayed at my house in high school. As he was there, I was sabotaged & violated with mind-control. I remember being in a concussion-coma-type state of mind & being forced to pick at my broken-out skin in the mirror as he was resting in my room. I then remember my mind being blanked & me being controlled by my violator/violators that use mind-control to violate me & forced to drive us both to Eric Hanson's house & steal enough money out of his car to drive us to Wal-Mart & purchase the video game 'Grand Theft Auto'. I'm pressing charges for being violated & sabotaged.

At some point in high school, I decided I didn't want to hang around Fox anymore. He couldn't tell when I was being violated/sabotaged & I wasn't in the state of mind to explain everything to

him nor did I have the patience to take his disrespect that he'd show me because he didn't know the difference. Mind-control was used to violate me & force me to communicate & hang out with him for another decade on & off by a violator using mind-control who didn't give me the option not to. I was continually & constantly violated & sabotaged every time I had any involvement with him. Every time I'd wake up from being mind blanked & remind myself & my interrogators/controllers that I didn't want to be around him anymore & then they would intentionally blank me again & force me to go be around him again. This is a regularly used technique by my violators.

The next violation I'm pressing charges for happened in between the years of 2008 &2012. I was living with Morgan in Galesburg & it was a winter night when a blizzard struck. Mind-control was used to force me to drive me from Galesburg to North Henderson in my Jeep Wrangler during the blizzard. The snowstorm was so strong that I had 0 visibility from the time I turned off 150 until I somehow reached Foxes house in North Henderson. At one point during that drive, I stopped my Jeep & walked a circle outside of my jeep to see if I could tell if I was driving on the road or if I was in a field (I couldn't tell where the road was for the entire time between 150 & his house). When I arrived at Foxes uninvited, he took me in. I remember mind-control being used on me to drop my pain medicine into his couch cushion which was filled with filth & cat/dog hair. Mind-control then forced me to sniff the pain medicine out of the filth. I'm pressing charges for attempted murder on me (by forcing me to drive in those conditions) & for being poisoned when forced to sniff trash/filth. I'm pressing charges for Alex & his girlfriend Kristen for having to take me in while I was in that condition/situation.

The next violation I'm mentioning in this testimony involving Fox happened as I was driving us to play poker in the Quad Cities. Fox tried to coerce me into using signs to cheat while we were playing. I knew better & refused to cooperate with his sabotage efforts toward me. I'm mentioning this because I believe he was attempting to get me in trouble with the casino & the poker industry while knowing I was under surveillance.

The next violation I'm pressing charges for involving Fox occurred when we went to the casino together to play poker. I drove us up to the Quad Cities & the violation happened on our way home. Mind-control was used on me to alter my personality & verbally communicate to Fox that if a police officer pulled me over & tried arresting me that I would defend myself with physical force. I'm pressing charges for being forced into this conversation & for being sabotaged. I'm pressing charges for Alex because of the confusion my violators intentionally create.

The last violation I'm pressing charges for involving Alex occurred in Galesburg around 2018. Mind-control was used on me to force me to become intoxicated with alcohol while at the bar "the cactus". I was being unlawfully forced to be homeless at the time & was camping in my tent south of Cameron. I had been at the bar & knew I was only willing to have 1 or 2 drinks when mind control was used to violate me & force me into drinking 3 or 4 times that much. Mind-control was used on me to force me to agree to drive us to Sidetrax & then drive us there. When we arrived at Sidetrax I began vomiting & continued to vomit in the parking lot as Fox went in & ate by himself. When he finished, he rejoined me in my truck where mind-control was used on me to drive drunk back to the cactus & then on to Cameron while in&out of a blackout. I

remember being forced to run the stoplight at the intersection of Henderson & Main Street in Galesburg as traffic was in action & as I was puking out of the window. This entire incident was something I later remember being told would happen long before it did during a conversation that I don't remember. I'm pressing charges for attempted murder & for being forced into putting Fox's & everyone else's' lives in danger who we drove past. I'm pressing charges for being forced to get drunk.

Another example of being violated while driving happened on separate occasions while driving to visit Fox when he lived in North Henderson & another time in Alexis.  Mind control was used to violate me as I was driving in route to his house & intentionally get me lost between Monmouth & Alexis/North Henderson.  Both times I took a back road instead of the 8 mile in between old 34 & Alexis. Both times I ended up turned around & back on Old 34 ultimately wasting 30 minutes to an hour of driving time (& several gallons of gas).


**Gunville's**: While watching over the neighbor kids while I was in a concussion-coma-type state of mind, mind-control was used on me to control my personality & have the 2 youngest Gunville children box for a round. The boxing round ended bloody. I am pressing charges for being violated/sabotaged & especially for being violated/sabotaged while responsible for watching over children. I'm pressing charges for the kids (who were young & good kids). I could tell by their faces that they didn't want to box but they did what I asked as I was being spoken for by my lunatic violator.


**Justin Haase**: Haase was an employee on our farm when I wrecked the 4-wheeler that landed on my head. Justin & Corey Champion were at our farm's main location when I took off on a 4-wheeler, in a mind-blank, leaving them behind at the machine-shop. When the 4wheeler wrecked on me, I was laying on the pavement unable to move with the 4wheeler on top of me crushing me. A truck pulled up as it was attempting to drive by & the man driving got out to check on me wrecked. He informed me that he wouldn't be able to move the 4-wheeler off of me & as I laid there I told him about Corey & Justin being at our farm. Mr. Mitchell then drove to our farm & retrieved Corey & Justin. When they showed up, they all ran up to me & lifted the atv off of me together. He then drove the 3 of us back to our farm where Justin called my father & reported my injury. My father then showed up soon after & took me to Dr. Val-Flacco at OSF in Galesburg where I was given stitches on my head & then immediately released. I believe mind-control was used on me to force my mind-blank & then forced me to drive the 4-wheeler in the mind-blank (another murder-attempt). Just before the 4-wheeler flipped on my head mind-control-communicating technology communicated to me "Ryan, you're about to get hurt". I'm pressing charges for attempted murder. I'm pressing charges for being neglected by Dr. Val & OSF (I've never been communicated with about my injuries/potential symptoms/ treatment for severe head injuries/etc.). I've never been given legal access to the medicines that improve my quality of life. I'm pressing charges for Corey & Haase because of having to witness such a traumatic event while I was being violated by a child-murder-attempting/rapist/thief/serial-violator.  While Haase

worked with us, my mouth would lose control & make up stories to tell him & would lead him to believe falses were truths. An example is when we first met, mind-control was used on me to force me into telling Haase that my father & I would fight physically (which we never have). I was forced to make my father seem as if he was a terrible person to Justin while my mouth was being talked by a violator using mind control to sabotage me as I was incoherent & unable to correct the forced conversation. My father is one of my best friends & role models. Another example of this is how I always used to get forced to talk to Haase about the size of my bowel waste. Mind-control & my severe head injuries were responsible for creating the symptoms that I exposed Haase to. I'm pressing charges for being violated, sabotaged & neglected. I'm pressing charges for Justin & my father also.

The next violation involving Justin that I'm pressing charges for in court was after my injury. My friend Zack Youngquist was dating Rebecca Layer. Justin approached me one day & told me he had something for me. He emailed me a picture that he somehow got of Rebecca posing for Zack, nearly nude. When I looked at the computer file, I was unaware of what to expect. When I saw Becky nearly nude, mind-control was used on me to force me to jack-off my penis. Then I kept the file with several of my other files (that was eventually stolen while living in Maocmb) as evidence  & have yet to speak to Justin nor Zack nor Becky about the incident. I'm pressing charges for being violated.

While riding 4-wheelers with Justin, mind-control was used to nearly end my life with another murder-attempt. I was riding up a steep hill with a utility 4-wheeler when it began to tilt & fall backwards off the hill because of the steep slope. Mind-control was used to freeze me at this point in time. I had plenty of time to react & jump off to either side as I was falling with the 4-wheeler but was frozen & not allowed to move by my violator using technology to control me. I fell to the ground & the 4-wheeler fell & flipped backwards. The 4-wheeler landed on top of me but with my head in between its tires. The suspension of the 4wheeler & how the formation of the ground was prevented the 4wheeler from touching me. There was less than inches from my head once again being smashed by a 500–1000-pound 4-wheeler. I'm pressing charges for attempted murder.

While in a concussion coma-type state of mind I was drinking alcohol with Haase one night in high school. Mind-control was used on me to sabotage my personality/respectability once again. We were out in a field when I was forced to have a mental breakdown. Haase attempted to give me friendship/comradery when I was forced into pulling out a tiny pocket knife from my pocket (one meant for nail-care), point it at him & tell him to stay away from me & leave me alone. I'm pressing charges for being sabotaged & violated.

The next incident I'm mentioning involving Haase happened in high school. We went boating with my father & were tubing. I was on one tube & Haase was on the other tube. Mind-control was used on me to accidentally kick Haase in the head as we were tubing. I was attempting to kick his tube out from underneath him. I was told the kick caused Haase to bite off his tongue. I never was able to find out if Justin was ok or able to recover from the incident. Soon after that happened, I smashed my head on the boat's metal-framed windshield when it crashed into a wave

or came to an unknown & immediate stop. It gave me a head injury worth taking note of in my court case.

The next incident I'm pressing charges for involving Haase happened while we were at WIU in Macomb. I stayed on Adam & Haase's couch often for a couple years. Haase had a friend who I was violated around named Kelly Cruse. Mind-control was used on me while attempting to communicate with Kelly while using an internet-messenger. I couldn't communicate with her at the time because of my disabilities & being violated by my mind-control violators & the attempted conversation was a wasted attempt at communicating that left her confused/worried/threatened (I think). Instead of communicating with her normally as I had intended, I was forced to go on a rant about nothing that made sense. The next time I went to Haase's, Justin yelled at me for it as Kelly was there. Mind-control was used on me to force me to instantly jumping off his 2.5 story tall balcony to exit his apartment. I'm pressing charges for being violated & sabotaged while being neglected.


**James Hennenfent**: The next violation I'm pressing charges for which involved Jimmy was during high school while I was in a concussion-coma-type state of mind. I was at the Hennenfents & mind-control was used on me to yell at James & call him names. Mind-control was then used on me to poop on the roof of his car. I remember getting forced to cry in front of James & his father by my violators that control & sabotage me with technology. Mind-control was then used on me to drive me home from Cameron while I was asleep & being driven with mind-control on multiple occasions.  I'm pressing charges for being violated & sabotaged.

The next incident happened while I was homeless. I had asked Jimmy if he wanted to go with me to the Oneida sweetcorn festival with his twins. He said he would & I planned to pick them up at a certain time that day. The night before, mind-control was used on me to get me intoxicated at the bar the "cactus". I stopped by at the bar after running an errand & planned to have one drink but was forced into drinking until I was drunk by a mind-control violator. Mind-control drove me home to Cameron from the bar that night. I picked them up & we all piled in the Ford Ranger I was driving. On the way home from the sweetcorn festival mind-control was used on me to black me out for a brief moment while driving on the highway between Galesburg & Oneida. In that moment, we would have wrecked into a vehicle attempting to pass us had they not saw me & used their brakes. This is another exact detail I'm now remembering being told would happen long before it did during a conversation that I don't remember. I'm pressing charges for attempted murder on all of us.

The next violation I'm pressing charges for involving Jimmy happened since living in Alexis. Mind-control was used on me to send communication to Jimmy with an internet messenger. I was forced to repeat the same negative-abusive communication I said to him in high school when mind-control was used on me. Everyone he introduced me to abused me & or stole from me while I was in a concussion coma. The Hennenfents are another group of friendships that my mind-control violator sabotaged my relationships with. I'm pressing charges for being violated &

sabotaged. I'm pressing charges for them having to deal with repercussions from me being violated with mind-control.

The next violation I'm pressing charges about was when my personality was sabotaged in front of Jimmy & his children.  I was at a dirt-bike race that his kids were racing in & a man attacked Jimmy physically. Mind-control was used to violate me & force me to split Jimmy up from the altercation that was provoked upon him. They sabotaged my personality the same way they always do for the incident.


**Billy Johnson**: In high school I was introduced to Billy & his family. He had been dating my cousin, Kate Elliot & eventually married her. While in high school, Billy had me over to stay the night with him at his house in Alexis. He had several other people over to have some drinks with us. I don't believe Billy was aware of the severity of my disabilities. At the get together with the other people, a young woman named Betsy Caslin was there. Betsy was a girlfriend to another guy from Alexis named Greg who I wanted to be a friend to also. Betsy stripped for us that night & while she was stripping, I was asked/told to feel her breasts/body. I remember mind-control being used on me to force me into doing so despite not wanting to because of my knowledge of her being with Greg. Soon after, Betsy died in a car accident. I'm pressing charges for being violated/neglected & forced into the action with mind-control.

On my 33rd birthday I went to the bar called "Jiggs' Tavern, in Alexis, which is where I'm currently living. I had seen Billy a couple times at the bar since I've moved to Alexis in 2019. He had mentally harassed me on each occasion that I saw him at the bar. I've been being harassed/mentally-abused every day for as long as I can remember (by the public, a mind-control-violator/violators, & the information on the internet/tv). The time prior to seeing Billy on this occasion, I was forced to reply to his previous verbal-harassment by a mind-control sabotaging violator with a poor comment & this happening was something I later remembered being told would happen long before it did during a conversation that I don't remember. Billy didn't respond & I then went home & fell asleep. When I woke up the following day someone had hurt me in my sleep. My wrist was bruised/swollen. Me being hurt in my sleep was 1 of many incidents since living in Alexis that someone from my past told me would happen 1-2 decades ago. For the second incident, mind-control was used on me to force me to speak to Billy with respect & inform him it was my birthday. He turned around & responded with an insult. Mind-control was then used on me to force me to spit in his face. When I did that, Billy charged me & punched me. As he was charging/punching me, mind-control was used on me to force me to grabbing & holding onto the knife I had in my pocket with one hand. I didn't attempt to hurt Billy back & went down to the ground with him before getting up. As I was getting up, I was kicked or hit by 3 or 4 other people as they were dragging me out of the bar (Billy's brother, Nate & Tara Vanfleet's husband were two of them). Billy punching me after I was forced to spit on him is another incident I was told over a decade ago that was going to happen to me while I was in Alexis by Morgan Ray (a premeditated crime against me). Then I was approached by police soon after & given an order of protection that Billy filed. I'm prepared to prove that order of protection unlawful & get a lawful one against him. He verbally attacked me & then physically attacked me

after his 2nd verbal attack. I'm disabled & entitled to self-defense. I'm pressing charges for being violated & sabotaged.


**Katie Mahoney**: The next violation involving my cousin Katie happened as she was cutting my hair in high school. I sat down to get my hair cut in her hair salon. When I sat down, mind-control was used on me to force me to verbally communicate a made-up story about my father to Katie. I was in a concussion-coma-type state of mind & don't remember what was said but remember it wasn't true & that my personality/trustworthiness/respectability was being intentionally sabotaged by my mind-control violator. I remember it being negative & false information about my father & not being able to change my communication nor was I able to correct myself. I'm pressing charges for both of us being violated & for my father.


**Lance Ericson**: Two incidents happened involving Lance that I'm pressing charges for. I worked with Lance for a summer while I was being violated with mind-control & while I was in a concussion-coma-type state of mind as I was being willfully neglected by our justice/legal & medical systems. My nose was clogged from using pain medicine through my nose. It was the fall or winter & Lance told me I should try putting tea-tree-oil from Wal-Mart in my nose & told me it would help clear up my nostrils. With a blank mind I took his advice without researching it first. My nose felt as if I filled it with super-glue for the next 3 days. I couldn't breathe through my nose at all for 3 or 4 days & luckily slept with my mouth open which was a technique I didn't know was capable of. I fell asleep 4 nights in a row not knowing if I'd survive throughout the night because my nose was getting absolutely no air whatsoever through it. I'm pressing charges for this nearly killing me. I think Lance was making jokes about trying to kill me.

 The next violation I'm pressing charges for involving Lance happened around the same time as the first. Mind-control was used on me to force me to drive to Lance's house uninvited in the late-night. I don't remember much from the time but remember going in for a minute & mind-control was used on me to trade $ for supposed cocaine. I didn't get the option to not as my mind was blanked for the entire situation. I am pressing charges for being violated. I'm pressing charges for being forced into giving away my $ for a material I didn't want, that I didn't trust the cleanliness of & that didn't benefit me. I'm pressing charges for Lance.

One of the last times I was at the bar 'The Cactus' in Galesburg mind-control was used to violate & sabotage me. I was forced to ask Lance if he could get me cocaine by my mind-control using violator. He told me he could & I told him I had to go get money from my campsite as I was homeless. Mind-control then forced me to drive to my campsite in Cameron then back to the Cactus. Lance was gone & it was a complete waste of my time/resources & another grand insult forced on me as I was being controlled/insulted/ stolen-from. I didn't get the choice to not ask him, then didn't get the choice to drive to Cameron then didn't get the choice to not drive back to the bar. My resources/time were wasted as I was once again sabotaged/violated. I'm pressing charges for being violated/ sabotaged/neglected.

I met Lance when I did my apprenticeship & working for Mark Trulson while I was being violated/controlled/sabotaged/abused/harassed/neglected. As soon as I started working Lance began interrogating me about if I was a 'snitch'. Another example of the harassment, disrespect & insults I'm constantly subject to as victim to our nation's highest crimes & after being one of the best invention/design contributors to society in all of America since 1987. My life has been miserable because of being violated/neglected & I'm pressing charges.

While working for Mark Trulson, Lance asked me to see naked pictures of Morgan. I was violated with mind-control technology & forced to show him a picture of Morgan in her underwear.

I'm not pursuing criminal charges against Lance as an individual for these specific violations (unless he intentionally told me to use that oil in my nose that almost killed me) but am using them as further evidence that I have been constantly gang violated, harassed & neglected by my surroundings.

**Liz Kucharz**: The first incident that I'm pressing charges for involving Liz happened when we went to Peoria. Mind-control was used on me to drive us home from Peoria at high speeds in my father's Lexus (car). I'm pressing charges for us both being violated & for putting the other cars in danger. I drove speeds up to 100mph on the highways. I enjoy high speeds but don't enjoy being controlled by a violator that has murder attempted, raped, abused, sabotaged & stolen-from me for my entire life. I don't enjoy being forced to put other people at risk while my violator/violators are responsible. This was another exact detail that I later remembered being told would happen long before it did during a conversation that I don't remember.

One night I happened to be in Peoria at the same time as Liz & saw her at a bar/restaurant. While there & in her company I was violated/sabotaged by a violator using mind-control technology to control me. I was forced to demand that I sniff a line of unknown powder off of the public place's table. I think the powder was a placebo. I don't remember any of the other details or what happened after but am seeking justice for being violated/sabotaged. I'm seeking justice for Liz having to be a part of this evidence now.

The night mind-control was used on me to force me to drive me to the road-block in Burlington, mind-control was used on me to call or text Liz & ask her to call the police & send officer Greenleaf to my house. I'm pressing charges for both of us being violated. This detail was another exact detail that I later remembered being told would happen long before it did during a conversation that I don't remember as I was under surveillance.

I visited Liz at her house in between 2012 & 2016 as she had several people over drinking. Mind-control was used to blank my mind & force me to expose myself to her & her friend Laura Anton. I might have been forced to smack one of them in their face with my penis but don't remember. This entire incident is something I believe that I was told would happen long before it did during a conversation that I don't remember but I'm uncertain. I'm pressing charges for all of us.

While I was being forced to be around Morgan Ray I was forced to set up a fake message on my phone from other women. Liz is friends with Morgan's brother & the next time I saw her she told me that she did that to somebody in her life (who probably told her brother about it & then I was forced through the same or she was harassing me).

I went to the bar one night in Galesburg with Liz & her friend Sue. Sue sporadically told me that she had coke in her car & that if I found it I could have it. When she told me this mind-control was used on me to force me to go look around in her car as I thought it was some type of joke. I'm pressing charges for being violated & sabotaged with mind-control.


**Drew Lozier**: Both incidents that I'm mentioning that involved Drew Lozier happened while I was driving. In high school, I was driving us to Galesburg on the highway. We were passing construction cones when Lozier opened my truck door as we were driving & smashed a passing construction cone. The next violation happened when he was at home from the Marines with his fellow Marines. It was him & three of his Marine friends. I was driving us all home from the Bijou on the highway when Lozier reached over, grabbed the wheel & yanked us toward the ditch. The truck door was unharmed & we didn't wreck or get pulled over. These are more examples of how I get violated/harassed every time I've done anything throughout my entire life up until now.


**Leo Ramer**: The first violation I'm mentioning involving Leo was when I was in his garage lifting weights. I was doing bench press & Leo was giving me a spot in his short-shorts he always wears. Because of the positioning of his equipment, he was spotting me from the front of the bench opposed to standing behind. While he was standing over me & while I was lifting the heavy weight, Leo began to hump my head in his tiny-shorts. I think Leo mind-faulted in some way or had mind-control used on him. If he was violated to cause the violation-to-me, I'm pressing charges for us. If he is guilty of violating me, I'm pressing charges. If he faulted-medically, I'm not pressing charges but it's another example of how I'm violated nonstop. Ever since that specific incident I've lost the ability to control when I burp & fart. I believe my mind-control violator/violators are trying to prove some kind of point by using my body-control against me. I was in a concussion-coma-type state of mind at the time.

The next incident involving Leo happened while I was working in his back yard for him. I had driven our dump-truck over to his backyard & was loading a bunch of unwanted heavy material off from his yard landscape. The chains on the dump-trucks tail-gate somehow undid themselves & the metal tail-gate weighing over 100 lbs. fell on the top of my head as I was bending over picking something up. The blow to the top of my head knocked me out & I was unconscious for an unknown amount of time (potentially a couple hours or a few minutes). It's more possible that someone snuck up on me & smashed my head with the tail gate as I was working but I didn't notice anybody. Both chains were in perfect condition when I woke up so I think it's a strong possibility that someone snuck up on me & attacked me with a head injury. This head injury should be on record because the metal weighed 100-200 pounds & I'm potentially one of the

most head injured people on the planet. Leo or his wife, Mrs. Ramer, could have been potential witnesses for this incident but I'm uncertain if they noticed me in their yard knocked out.

The next violation happened while I was at Leo's garage lifting with Jason Bishop. Mind-control was used to force me to verbally communicate to Jason about Leo humping me without my permission as my mind-control violator was sabotaging my personality. Mind-control was also used to force me to express concern for a young kid who was often in there lifting because of this incident (something I wasn't worried about because of Leo being a respected member in our community & a person I trust enough not to have to worry about him as a criminal violator). Jason suggested spying on Leo & that was the end of the conversation. I'm pressing charges for being violated with mind-control & for Jason being forced to be around this violation.

The next violation I'm pressing charges for involving Leo happened in between 2008-2010. The Monmouth Police pulled me over in his driveway & arrested me for driving while having marijuana, pain medicine & my handgun. Also, at the time, I had an entire bag of sex-toys that mind-control forced me to buy while I was being forced to spend time with Morgan Ray in a mind-blank. They pulled me over and arrested me for having medicine that I need as I've been being knowingly violated/abused/harassed/sabotaged/neglected for my entire life. I'm pressing charges for being violated & neglected.

I used Leo's garage to lift weights in between 2005-2010. I was forced to jack-off my penis on several occasions while lifting weights alone in Leo's garage by a mind-controlling violator that blanks my mind to sabotage me & I'm pressing charges for myself & the Ramer's. He kept a stack of Playboys in his garage that they used to distract me with at their will (my technological violators).


**Lydia Heirwagon**: The first incident involving Lydia that I'm pressing charges for happened when we were young teenagers. Several of us were at Corey Champion's house when mind-control was used to show several of the people my penis as mind-control was used on me to force me to stand in a line next to Aaron Gavin & Corey Champion. Together all 3 of us showed all the girls our penis's. I'm pressing charges for everyone violated.

The next violation I'm pressing charges for involving Lydia happened in high school. I was driving Daniel Medrano, her & I home from a movie during a blizzard that began while we were in the movie. Other people might have been with us but I can't remember. The highway was covered in several inches of snow & there was low visibility because of how much snow was falling. I started out driving slow/normal for the terrible driving conditions when mind-control was then used on me to force me to begin speeding past all the traveling cars at speeds up to 80mph on the way home to Monmouth on the highway. I'm pressing charges for all of our lives being put in danger & or the people in the vehicles I was forced to pass.

The next violations I'm pressing charges for involving Lydia happened during our 20s. I was helping Jason clean up a property he inherited & he had several of us out there one night passing time. I arrived out there & mind-control was used on me to force me to tell them a grandiosely-

false-story when I arrived. I was forced to tell them that I had just been in a fight & I can't remember what else. There was no truth to anything my mouth communicated to them that night. Around that same time, I then remember being forced to sending Lydia a picture of me naked while I was in a mind-blank. Me being forced to send Lydia this picture was another exact detail I remembered (on 4/28/25) being told would happen long ago before it did during a conversation that I don't remember. I'm pressing charges for being forced into these situations & I'm pressing charges for Lydia & the others who were lied to.


**Kelly Cruse:** I met Kelly Cruse while living in Macomb & attending WIU. Kelly was a friend to one of my friend's, Justin Haase. One of the first time's I met her, mind-control was used on me to force me to lean into her as we were standing there while I was wearing gym-shorts. She had to feel my penis against when I did that & she suddenly had a reaction. Soon after, mind-control was used on me while attempting to talk to her with internet messenger. I was in a concussion-coma-type state of mind & my attempts to communicate with her didn't work because of my mind being blank & because I was getting violated & sabotaged by a mind-control violator. Since then, mind-control has been used on me on multiple occasions to force me to attempt to communicate with Cruse using internet messenger & has been used to destroy/sabotage my personality & effort each time. One of the times I was forced to message her I was forced to say something about blocking a punt while playing Kewanee. That specific message is something I was told was going to happen over a decade before it did by Morgan Ray. I'm pressing charges for being violated/sabotaged/neglected.


**Mick Kaywood**: The following are court topics involving Mick:  Mick was the kid who cheap-shotted me intentionally into the concrete when I was a kid. He wasn't playing football with us & ran full speed & blindsided me into the concrete intentionally (which smacked my already fractured skull into the concrete hard) & then laid on the ground as if he was scared after hitting me into the concrete. Anytime I've remembered this incident throughout my life I instantly forget it again as if my mind-control violator is attempting to protect him. Every time I've remembered I remind myself that should be a murder attempt in court because of how hurt I was at the time. Every time I remember that this should've been a murder-attempt my mind-control violator ends up turning me into Mick & his family with forced & false multiple personality disorder symptoms. I watched the surveillance of this unlawful attack be reenacted while watching football on tv while under surveillance as I was living in Alexis in between 2019-2025 (I don't think I got it documented that I saw this on whatever day I saw it on).  – As a child Mick didn't go to my grade school but suddenly he appeared at my grade school & told me he was going to steal my invention that has been stolen from me & is called Animal House 'Monkey Feet'. I was dealing with severe brain injury symptoms at the time & my response to him was just to get him away from me. - At our football practice I was on the kick return team when Mick was on the kick-off team. The kick went to somebody else when I was one of the deep kick-return options. Mind-control was used to freeze my body & not allow me to move as a play had begun.  I stood there frozen as Mick ran full speed for 60+yards & tackled me as hard as he could with his

helmet hitting the bottom of my facemask (Mick was our hardest hitter since they disabled me). My chinstrap broke off my helmet upon impact & my facemask smashed my chin with the full force of his helmet. It felt as if someone hit my chin with a hammer. I didn't get the option to move nor do anything but take the hit while standing frozen. Mick was attempting to embarrass me by knocking me out while we had football helmets on as my mind-control violator intentionally froze me so he could cheap shot me again. - Mick & Jay Boone attempted to attack me (they both charged me with anger & intent to harm me physically) when I went to a get together at Nick Gillen's but a bunch of people got in the middle of us & I left with the people I went there with. I'm recording this because I've dealt with negative every time I have ever done anything despite always having been a completely innocent victim who has never intentionally disrespected anyone. – I was at Mick's apartment (without remembering who Mick was in my life) when I was sexually assaulted by Dustin (Timmons). I started puking & Mick had me go out in his yard to puke in his trash can. He left me in his yard without checking on me & I woke up with Dustin's naked genitals in my face. - Almost every time I've been around Mick he has insulted me intentionally despite me never doing anything wrong to him in my life. His insults are always personal & harassing me about not functioning. One of the times he harassed/abused me about premature ejaculation & me not being able to function sexually because of how damaged I now am because of violators (including him). Another time he said "you are never going to get laid again" to me. Another time he said "I am going to marry Hayley (the wife of one of the people that I used to be friend with) (he said this being a psychological bully intentionally). A separate time he called me 'Rudolph' because I had a pimple on my nose because of the medical negligence I'm victim to.  - In between 2019 & 2024 I attempted to message Mick using internet messenger on 3-6 separate incidents. Every message I sent him in this time period were exact messages that I later remembered being told I'd be sending him over a decade prior by someone (I've forgotten who) while I was unable to process/react-to/remember conversation. – My testimony for 9/29/25, 10/2/25 & 10/9/25 within the 'Alexis' portion of the 'Living Environments' section of this evidence involves Mick & more premeditated crime that I'm victim to associated with him. The messages that I sent to his mother & uncle were more premeditated details that I was told would happen 1.5-3 decades prior to me sending them. – While living in Alexis (a few years ago) I saw a picture of Mick on the internet & he appeared to be bald but In court he had his hair & then I remembered being told that I'd see that photoshopped picture on the internet & I believe I was told it was intentional harassment towards me but I don't remember that conversation nor its details.


**Michael Long**: The first incident with Michael that I'm pressing charges for happened when we went on vacation to Colorado. We flew there from the airport in the Quad Cities & mind-control was used on me during a concussion-coma-type state of mind to take marijuana with me through the airport. I had the pot in my bag & then as I was forced to put my bags on an x-ray machine I switched the pot from the bag into my box of crackers. As we were out there skiing & smoking on the mountain, mind-control was used on me to sabotage my personality & take pictures of Michael & I on the mountain together for social media (I thought that specific incident was a form of punishment/sabotage for wanting to & smoking on the mountain while skiing). Mind-

control was also used on me to smoke at the house we were staying in with Michael's people from Colorado. I'm pressing charges for being violated & sabotaged.

The next incident I'm pressing charges for involving Michael happened during high school. I was living with my father on Maplewood Drive in Monmouth & Michael would visit often. He was taking a medicine that he told me helped him function sexually. I was in a concussion-coma-type state of mind & remember thinking that he was being intentionally insulting to me for being disabled. Mind-control was then used on me to force me to take his medicine from his car & try it. I believed the medicine was placeboes & it was some kind of sabotage effort on me as I was under surveillance (his uncle was a State's Attorney). I'm pressing charges for being violated & sabotaged with mind-control & I'm pressing charges for Michael getting his medicine taken.

Another incident involving Michael that is worth mentioning in court is when I shot him with an air-pump bb-gun in my basement. I remember thinking mind-control was used on me to force the incident to happen & know my mind-was blank for the entire timespan we were together that day (& blank for long before & after because of my head injuries). He deserves compensation/justice against my violators/neglectors for having me in my situation in that mind state & for mind-control being used against me to cause the incident.

The next violations involving Michael happened in my 20s as I was being forced to share time with Morgan Ray while in a mind-blank. I was forced to verbally communicate with Michael on two occasions & say things I wouldn't have said. The first time I was in a fight with Morgan & asked Michael if he thought I should start spying on Morgan because of how horrible she was being to me. Michael told me it was a bad idea. The second time involved talking to Michael about Morgan & I having sex together. I don't talk about my personal life with other people because I was raised/taught to keep that private. I'm pressing charges for being forced into the incidents with mind-control & for my personality/friendships/relationships being sabotaged by a mind-control using violator.

Mind-control was used on me to blank my mind as I was playing a pick-up basketball game with Michael. The violation forced me to knee his back while chasing after a ball. I'm pressing charges for both of us.


**Melissa Patterson**: One of the first times I was introduced to Melissa was at a small get together at my dad's family's farm. We were out there drinking & I was dealing with symptoms from head injuries while being violated with mind-control. I was forced to expose my penis to Melissa & whoever else was around at the time by a mind-control using violator. Mind-control was then used on me to force me to have brief sexual intercourse with her. Mind-control torture-techniques were used to end our sexual experience together instantly. I'm pressing charges for being violated, sabotaged & forced into the situation. I'm pressing charges for everyone else who was violated.

After seeing Melissa & having sex with her a couple more times as I was blank-minded & getting tortured with mind-control she informed me that she was living with the std called HPV.

As she was telling me that she had the disease mind-control was used on me to begin having more unprotected sex with her. Torture-techniques were used on me to not allow me to perform sexually nor use my mind for all of the time I shared with Melissa. I was living with my Dad on Maplewood Road for most of the time we shared together. I remember the house being filthy & me rarely walking up the stairs to use the toilet & would piss & puke in the sink in the basement which had to keep the place smelling terrible. I'm pressing charges for being violated & sabotaged. As Melissa introduced herself she seemed to be intentionally disrespectful to me but my mind was getting controlled & blanked & forced to ignore the disrespect that I wouldn't have been willing to put up with. I'm pressing charges for Melissa if she was violated or unaware of my situation as a victim & disabled individual.

Melissa & I went to 'Steamboat Days' (a festival in Burlington, Iowa) one summer. While we were there, she began dancing with someone else & at that moment, mind-control was used on me to alter my personality & leave my guests at the event in a temper-tantrum. While leaving, mind-control was used on me to set me up for a hit & run by hitting another vehicle & deciding to leave because of knowing that I had been getting violated with mind-control for the entire incident. I knew that I didn't deserve punished as the serial victim that I am & certainly knew they would punish me for me being forced into the mistake while I was unprepared for court while living without any of my memory. When I made it home my father asked if I was in a wreck because the cops were questioning him. I lied & told him no because I wasn't functioning & for the same reasons (I've been violated while under surveillance & getting violated with mind-control & never one time have been approached/ treated with respect nor received knowledge of justice being pursued for me as a serial victim to our nation's highest crimes & while knowing I don't have to cooperate with organized crime/neglect/sabotage. I was in a concussion-coma-type state of mind & fed up with being constantly violated/raped/sabotaged/taken-advantage-of/humiliated & forced to live without justice/my rights/earnings/compensation/ my respectability & the medicines I need). I believe this specific incident is why I was drove to Burlington in a mind-blank in 2013 & arrested at a police road-block as some type of joke. I'm pressing charges for being violated, sabotaged & for my losses.

After Melissa & I stopped sharing time together, we crossed paths a couple times while we were both living in Macomb. I can remember engaging in sexual activity with her a few times as I was being controlled, forced & sabotaged by my violator that controls me with technology. One of the times I was mind-blank & suddenly & unexpectedly forced to go to her sorority room & have 1-second sex with her while her roommate was in the room & she seemed to be completely expecting me & aware that I was forced to go there. I'm pressing charges for being violated/sabotaged. I'm pressing charges her having to be involved in this testimony now.


**Morgan Ray**: The entire time I was with Morgan I was mind blanked & mind-controlled while being sabotaged & tortured by a violator/violators using mind-control. I was so hurt that my memory was nonexistent & my highest cognitive function was my ability to observe. I could only attempt to process what was happening & attempt to remember what I could. I had no other option than to do my best to continue to put my right foot in front of my left & move forward but

doing so was a wreck. I didn't even remember that I had family for the majority of the time. I would occasionally remember single pieces of this evidence & get a glimpse for who I am as an individual but every time that I'd remember something it would be completely forgotten again almost instantly afterwards & Morgan's constant disrespect & abuse only made this effort worse. This all happened as I could have been helping my Grandma in her dying years & working towards preparing for court & success with my designs/inventions (I've always wanted to be a farmer/inventor/designer/husband/father). I'm pressing charges for being violated/neglected/sabotaged/raped/abused/tortured & for having my time wasted/disrespected.

Mind-control was used on me to force me to message her on Facebook to ask her on our first dates. I didn't want to share time with her after two weeks of knowing her & was mind blanked/raped/abused/disrespected for years by/with her.

Throughout the entire time I knew her she spoke to me about her relationship with Zack Shreeves & other males that were around. The last time Morgan & I had sex in Galesburg, mind-control was used to blank my mind & force me to have sex with her that ended instantly. Morgan told me she had stayed the night with Shreeves & that they had tried having sex all night as my violator blanked my mind & forced me to penetrate her & immediately ejaculate. My skin on my forehead has been broken out since this happened in 2012 or 2013. I'm pressing charges for being forced, violated & sabotaged. It was rape against me by a mind-control violator who blanked my mind to force my involvement while controlling my body. This was one of the last times I had sex with her & I wouldn't have been willing to have sex with her this time nor any of the times in the 6 years prior. They did this to me for my entire relationship with Morgan after deciding I didn't want her company after the second week of knowing her, from 2008-2013. I'm pressing charges for myself & for everyone else who suffered or lost because of me being forced to spend time with her.

During my introduction to Morgan, she explained to me that she has had & was having sexual relations with several people. Morgan then asked me about my sexual history & I was forced to respond by saying I had relations with every woman I could think of at the time, which was a lie caused by my mind-control using violator. I was then forced with mind-control to ask her about her sexual history in a petulant personality as I was being sabotaged with mind-control. Morgan intentionally insulted me with nonstop mental abuse making reference to my poor health as I was being forced to have sex with her & as she would constantly refer to her sex with her other healthier sexual relations. I'm pressing charges for continuously being violated & having my personality intentionally sabotaged by a mind-control violator while attempting at friendships, relationships & sexual experiences. I'm pressing charges for anyone who was violated with me.

Another example of being sabotaged/violated with mind-control while with Morgan was while I was forced to be sexual with her. I was forced to stick my finger or fingers in her asshole. My violator had my mind blank & was sabotaging my personality blatantly. They also forced me to ask her to & examine her vagina as if I was a gynecologist or some strange personality. I'm pressing charges for being violated/sabotaged nonstop.

I was forced by my mind-control violator/s to have anal sex with Morgan & during she asked me to go slow & I was forced to not.

While being forced to be sexual with Morgan as I was in a stupor from head injuries & being violated with mind-control technology I was forced by my violator to lick her butthole. I also believe I was forced to give her cunnilingus while she was on her period but I can't remember for certain. I'm pressing charges for being tortured while being raped with Morgan.

At some point while being forced to share myself with Morgan as I was completely mind-blank & while she was regularly keeping an abusive tone towards me she said "are you trying to get me to fuck your ass" in an insane alter-personality & after she said this my violator blanked my mind & forced me to continue sharing myself with her as she abused & neglected me.

As I was intentionally raped with Morgan while a violator using mind-control technology was blanking my mind to force me to spend time with her & be sexual with her she farted in my mouth as I was giving her cunnilingus. I'm writing testimony about this because I believe mind-control was probably used to force this to happen & because it paints a clear picture of how my life has went while getting controlled by horrific violators. I'm pressing charges for being constantly & severely abused with/by Morgan.

I was violated with mind-control as I was completely blank minded & being forced to have sex with Morgan. One of the times we were having sex I was forced to spank her pretty hard multiple times as I was turned into one of my multiple personality alters of one or two of my violators. I'm pressing charges for being sabotaged & tortured.

While being mind-blanked & forced to share time with Morgan she posted humiliating photos of me/us on Facebook. Some of the photos included showing us naked & nearly having sex & another photo was when I put on her lingerie while joking around. I was in a concussion-coma-type state of mind & being forced to be with her. I'm pressing charges for being publicly humiliated & exposed. The picture of me in lingerie that Morgan posted was after I saw a picture of Luke Sottos (Mick Kaywood's cousin) dressed like a stripper & had been embarrassed for them & I'm positive mind-control was used to force me into that situation & picture.

Another example of being violated involving Morgan was when mind-control was used on me to alter my vision as I was airing up her tire to her BMW car she had. I know tires usually need 35 psi but when looking at her tire I read 55 psi & began airing the tire up to the 55 psi I read that that it needed. I was then accused of attempting to sabotage/hurt her by her step-father Eric Olson. I know I read 55 psi & know mind-control has been used to alter my vision many times throughout my life & this is another example. I'm pressing charges for being violated & sabotaged.

While with Morgan I remember another specific violation that I was forced through by my violator/violators who use mind-control technology to violate me. She asked me what my penis's name is & when she asked me my mind was intentionally blanked & I was spoken for by my violator. I was forced to respond that my penis's name was 'Drum Beater' (which was a joke/story I thought of about during my childhood about my penis being able to hit the hearts of women if I

had sex with them (a thought I had completely forgot about until after getting violated during this incident)). I was thinking about making a kids-type book for adults about males growing their cocks & women their boobs when I thought of the idea but being forced to say that to Morgan was a violation to me regardless (I was saving that line/story for when I find a wife or serious partner). I also was violated with mind-control & forced to tell Morgan about how much larger my penis is when I'm healthy & getting turned on. They had me seemingly tell her this in self-defense because she was always disrespecting me & talking about others cocks. It was another example of another of the constant violations to me used to sabotage my personality/respectability. I'm pressing charges.

 I went to Chicago with Morgan on a couple occasions while in a mind-blank & being violated with mind-control. Morgan was consistently abusive both mentally & physically towards me. If we were at a Bears game, she would be telling me how she wanted to be in a sexual relationship with the athletes. Otherwise, she'd be using the people she knew of to continually remind me of how she preferred being with people other than me. She would constantly speak of her sexual relations with the athletes she shared herself with at her college & the hometown guys she grew up with. She would regularly remind me about having 3-somes or being invited into marriage sex or this guy or that guy while always insulting me for being physically unwell & disabled. She would sing songs & tell me about it being the song of her & one of her other relations. Mentally, she abused me nonstop throughout the entire time I knew her. I am uncertain why I was mind-blanked & forced to be around her other than to destroy & waste my life. While in Chicago with her I was constantly forced to use my pain medicines belligerently as my personality & respectability was getting blatantly destroyed by my violators using mind-control. I'm pressing charges for being forced to share myself & my time with her. I'm pressing charges for the health/resources/time/respectability I lost by being forced to be with her as she mentally/physically/sexually abused me non-stop.

While being forced to share time with Morgan, I was living at my father's house for part of the time. I remember being there & Morgan was on her way over. I was in the backyard shooting target practice with a .38 handgun owned by my neighbor, Tom Prince. Mind-control was used on me to force me to borrow the gun from Tom's without permission. When Morgan showed up at the house, my dad arrived at the same time. I had just sniffed 160 mg of OxyContin (during the point when my medicine use's tolerance was at its highest) & then mind-control was used on me to walk to the front of the house with the gun & force me to hold it to my head as if I was going to shoot myself in my head (I think as a forced insult to Morgan for her nonstop disrespect/abuse & to my dad for not having me being fairly/properly represented in court as victim to our nation's highest crimes who is being unlawfully denied the prescriptions to the medicines I need).  Morgan ran up to me & tackled me while I had the gun in hand & was being frozen & not allowed to move. As she tackled me, I was allowed to move only my arm & point the gun in the opposite direction. After I let her tackle me mind-control was used on me to force me to tell her that she just almost killed us. I'm pressing charges for being violated & sabotaged. I'm pressing charges for being unlawfully sent to the psych ward after this incident as a victim & while getting neglected/violated/sabotaged. I'm pressing charges for the harassment & neglect

that I was forced to go through at the psych ward. When they sent me there a man that looked like her dad was my roommate & moaned continuously as he jacked-off during the night.

In 2017-2018 I was forced to communicate with Morgan multiple times by my mind-control violator. During these times I was investigating her treatment towards me as I was getting held hostage in psych wards & forced to be homeless or live at my mom's house. During this time I was forced to send pictures to her of my nephew (one of the pictures of him he might have been naked, I can't remember). My violator forced me to do this as an insult to me for doing my own investigating as they were attempting to sabotage & torture me. I'm pressing charges for Clayton & I. I've also had mind-control used on me many-multiple times that forced me to befriend & view Morgan's Facebook profile when I didn't want to. My violators constantly take advantage of the times when my mind is blank because of my disabilities to torture me & when my mind is remembering my past they intentionally blank it using technology to torture me.

While being sabotaged with a blank mind as mind-control was being used to violate/control me, I was browsing my phone's app-store. It suddenly had a new app allowing you to input fake conversations onto your phone's messages. I was shocked with disappointment thinking of anyone using the app. Despite that fact, my hands wrote out several fake conversations for my phone to have on it. After that, I was in an argument with her & was forced to show her my phone full of these made-up messages. It was hell for me to observe with the inability to control my own mind, knowing I didn't want anything to do with the phone conversations, nor the fight, nor the woman I was arguing with, but was being tortured with it all at once. The messages made it seem as if I was in a 3-way conversation with 2 women from college about having a 3-some with them. The same 3 women were who I was forced to tell her brother that I had sex with while I was being violated & sabotaged with mind-control. I am pressing charges for being violated & sabotaged. Later on in life Liz Kucharz (who I hardly know) approached me & confessed that she did that to someone in her life. I believe it was a form of harassment & is another example of how I'm constantly being violated/harassed/ sabotaged & forced to suffer because of the legal/law-enforcement/medical systems neglect.

I was out to eat at Applebee's with Morgan's family after watching the movie "Shutter Island" & involved in a conversation that included her step-dad managing their Verizon accounts on the internet. His password was spoken of during the conversation. I then was violated with mind-control & forced into attempting to login with the password information that was mentioned during dinner. I remember thinking it felt like they let a kid use mind-control on me during this incident. This is another example of how I'm violated with mind-control & set-up for sabotage intentionally. I'm pressing charges for being violated/sabotaged/neglected.

After Morgan married, mind-control was used on me to force me to ask her why she didn't invite me to her wedding. Another incident similar to this was when she told me she took a new job in Galesburg. Mind-control was used on me to force me to tell her that her boss wanted to be sexual with her. I'm pressing charges for being forced into situations that I get intentionally sabotaged in.

At one point while Morgan & I were spending time with each other, I was staying with her at her dorm. I usually try to keep marijuana for myself around me & had given her some so that it was around & so she could have some. We had gone out to eat at the Barnstormers & returned to her room when suddenly the police arrived. My mind was blank prior to this incident & I wasn't functioning during. When the police arrived, they immediately arrested me despite being the serial victim to our nation's highest crimes who was in the act of being exploited & raped. Once put into the police car I remember my personality sabotaged & I was forced to act frantically & childish towards the police officers. I was taken to the police station & kicked at the glass between me & the cops while in the car as I was sabotaged. At the station, they took what medicines I had on me along with my cannabis. I remember telling them the pills were mine or that I was entitled to use them. It's my right to have/use them & that I deserve the medicines more than almost all people but am being unlawfully denied. Once I was eventually released from jail Morgan informed me that the police officer named Peoples told her that he would have sex with her if he wasn't married while he was with her & I was arrested. I was unlawfully pulled over many times & unlawfully arrested several other times while with Morgan. I'm pressing charges for constantly being violated, sabotaged & neglected as a serial victim who is getting over a billion dollars stolen from me. I'm pressing charges for getting violated with organized corruption.

Another incident I'm pressing charges for happened at my father's house after a bunch of us, including my sister, left the Bijou Pub one night. We all went back to my father's house & mind-control was used on me to force me into communicating with Morgan & permitting her to visit when I didn't want anything to do with her. I didn't want to do anything with her except to press charges against her but mind-control was used on me to criminally rape me again. Morgan showed up at my dad's as my sister & I had several people over there hanging out. Mind-control was used on me to go upstairs with Morgan & have sex with her loudly as everyone was hanging out underneath of us (they could hear us) while I was in a mind blank. I'm pressing charges on the mind-control violators for getting me raped with Morgan. I'm pressing charges for everyone having to listen to her having sex with me.

I was raised to "don't kiss & tell". Throughout my time I shared with Morgan I was forced to speak about us or her, with other people, on a few different occasions by a violator using mind-control to violate/sabotage me. Afterwards it was normal for Morgan to show up seemingly upset about my rambling as if she had listened in on the conversations I was forced into & sabotaged in. She had to have access to the information my spies & mind-control violator had or she wouldn't have known what I'd been forced to say. The cops from Warren County started to spy on my phone illegally as I was with Morgan & in a concussion-coma-type mind-blank. As they were unlawfully interrogating me they said they wanted to put a phone-tap on my phone & mind-control was used to blank my mind & not give me an option but to watch them do what they were doing. I'm pressing charges for being violated & neglected as I was being raped/violated/sabotaged/stolen-from/taken-advantage-of & forced to live without the medicines I need while getting tortured, stolen-from & punished for using the medicines I need.

Morgan attacked me physically on several occasions during the time I was forced to be with her. When she would attack, she would surprise attack me. She would punch me intending to cause me harm & she always punched me in my face or head. She punched me a couple dozen times on 4 or 5 separate occasions. On multiple occasions she has given me fat lips & black eyes. She was attempting to embarrass, belittle & damage me by attempting to knock me unconscious. As she attacked one day I attempted to move/get away from her without touching her & escaped through a door. While passing through the door I shut the door & she attempted to bust through. I smashed her thumb in the door unintentionally & hurt her finger. I'm pressing charges for continually being abused/neglected/violated as a disabled serial victim.

I was driving Morgan & I to Burlington when I was suddenly forced with mind-control to speed past a speed-trapping police officer & get a speeding ticket. This has happened to me on many occasions & I'm pressing charges for being violated/sabotaged, neglected, unlawfully charged & unlawfully set-up.

While being forced to communicate & share time with Morgan as she physically/mentally/sexually abused me for 5 years, mind-control was used on me to force me into taking her on a hot air-balloon ride. The trip was nonstop verbal abuse from her towards me & involved her going along with torturing me about my rights to medicines. The trip cost me all the money I had (as an unemployed person with no income that should be a billionaire) to be insulted by a violator (Morgan) as I was intentionally mind-blanked. I'm pressing charges for myself.

I attempted to help Morgan carve pumpkins one night before Halloween. Mind-control was used to blank my mind while handling a carving knife & cut-open my hand two times during that night. Mind-control was used on me to force me to be unable to function every time I spent time with Morgan & has been used on me every day of my life to cause harm & nothing but.

I was doing unwell, mentally when I was invited to Travis Norville's wedding. Mind-control had been used on me & forced me to communicate with Morgan before the wedding & forced me to decide to leave & meet her at Fat Fish in Galesburg after the wedding. At the wedding mind-control was used to blank my mind & give her brother Adam a hug. At the bar, mind-control was used on me to offer my phone to her to go through. She took my phone & did who knows with it for a time as I was mind-blanked. I think she probably took nude pictures & sent them to one of her boyfriends from my phone. I'm pressing charges for being violated, sabotaged & neglected.

One of the last times I was mind-blanked & forced to have sex with Morgan, she had something inside her that nearly sliced off my penis inside her. I pulled out of her & my penis had a several-inch-long cut & I was bleeding. I'm pressing charges for being violated & abused while I was raped with Morgan.

One Christmas eve as I was being forced to communicate & spend time with Morgan because of being violated with mind-control. She ended up arriving to give me company I didn't want in the middle of the night. Mind-control was used on me earlier that evening & forced me to have sexual intercourse with Selina while I was mind-blanked. Morgan showed up after my time with Selina & I was mind-blanked & forced to have sex with her. When my mind went blank & I was

forced to have sex with her my mind-control violator used the technology to turn me into my sister while attempting to get me to believe that I was getting punished for not having settled with the justice system about what they forced me to do with my sister as a kid. I detailed that information because it documents the type of torture techniques that are used to violate me on a regular basis. I had been unwilling to be with Morgan at that point because of how she treated me & she had just engaged in sexual intercourse with others (& bragged about it to me in a disrespectful way because they were healthy college athletes). Mind-control was also used on me to call the kid she bragged about having sex with & rudely inform him of my/our std, HPV by forcing me to say "How'd my warts taste?".  Soon after she told me she was pregnant because of that forced incident. I wasn't able to know if the child was mine or not because of her other known sexual relationships at the time. She then informed me she wanted an abortion & used all my money at the time to get an abortion. All of this happened as my mind wasn't functioning & while I was being violated with mind-control & faulting because of my disabilities. While at the abortion clinic, mind-control was used on me multiple times. The first time I was forced to check out the other women in the office in front of Morgan. Once she went into the office, mind-control was used on me to overuse OxyContin & nearly overdose in my vehicle while waiting for her in the parking lot. I'm pressing charges for being humiliation-torture-abortion-rape porned.

I can remember on two separate Valentine's days being forced to spend time with Morgan. The first incident I remember was when they had me buy $300 worth of flowers & fill her apartment with them. The second time was while I was living at my mother's & she visited with her son. Mind-control was used to force me into both situations & used on me to control & violate me during both incidents. During this incident my mind-control violator attempted to make me believe that they were Mick Kaywood by impersonating his personality & mannerisms & I'm detailing this because it documents some of the torture techniques used against me. I'm pressing charges for being violated, sabotaged & neglected.

Every time I went to a movie theatre with Morgan, mind-control was used to force me into doing pain medicine in the bathroom or I was forced to fall asleep. It caused multiple fights & I was verbally abused because of the incidents by Morgan. I'm pressing charges for being violated, sabotaged, neglected & abused. I'm pressing charges for being violated with mind-control to use what little amount of pain medicine I had at the wrong times as a form of punishment/torture.

One of the times Morgan was talking to me she asked me "who is the person you've had the best sex with?" When she asked that my violator that uses mind-control technology to do my speaking at their will while violating/sabotaging/controlling me forced me to answer in a way I wouldn't have & didn't want to & this is another specific example of how I'm constantly sabotaged & my respectability is constantly destroyed by my violators.

While in a concussion-coma mind state/stupor, I was coerced into using a tanning bed in attempts to help my skin's health with mind-control technology. Separate incidents involving the places I've tanned are involved in my court case. One of the times I was informed by an unknown female that Morgan kept another male relationship secret from me. When this was told to me, mind-control was used on me to cry to myself once I got in my vehicle. This entire incident was another exact detail that I later remembered being told would happen 1-2.5 decades

before it did by someone during a conversation that I don't remember but that was under surveillance.

When I was informed of Morgan's relationship with her husband, mind-control was used on me to force me to check her Facebook several times. Mind-control had been being used on me to blank my mind & force me to communicate with Morgan at a time when she was going to visit him for his armed-forces graduation. I checked Facebook one morning & saw a picture of her with him at the graduation & mind-control was used on me to force me to ejaculate instantly. I'm pressing charges for being violated, sabotaged & neglected.

After I had attempted to end the relationship between Morgan & I, my father offered to take me on vacation to Hawaii with my sisters. Mind-control was being used on me & was forcing me to stay in contact with Morgan despite not wanting a relationship with her. I was forced to take her on the vacation with me. I took most of what pain medicines I had on the trip with us & Morgan threw a massive fit about it the entire time. I was mentally abused the entire time by both Morgan & my mind-control violator/violators. One of the times Morgan was screaming at me in a tantrum & my mind was blanked as mind-control was used on me to force me into eating a handful of my medicines when I wouldn't have wanted to. I think I overdosed at the Jimmy Buffet restaurant but don't know because I blacked out. She was screaming at me nonstop with mental abuse because I sniffed OxyContin. It felt as if my violators were as fed up with her as I was & they blanked my mind & had me eat a handful of valiums as she was mentally abusing me erratically. I'm pressing charges for attempted murder by whoever uses mind-control on me & on Morgan for being abusive. A couple times on the trip I was forced to have sex with her & was being violated/tampered with while doing so. I'm pressing charges for being forced to overuse my medicines & for being neglected/violated up until & during these incidents. My trip to Hawaii was ruined (I was murder attempted, mentally abused, raped & unable to enjoy life whatsoever because of).

During the several years I was forced to spend time with Morgan I lost all of my money. I was taken advantage of, forced to spend money while mind-blanked & stolen from for pain medicines. I bought 2 different champion bloodline dogs while with her for us while in a concussion-coma-type state of mind. The first one died when hit by a car because Morgan insisted on letting the puppy roam because she was in a hurry to go inside & eat Taco Bell instead of watching the dog as she passed her bowels outside. She refused to give me the second dog I bought back to me when we finally split. Both dogs were over $2,000. I bought her a couch/clothes/jewelry etc. over the years I used all money other than what I spent on medicine for her or us. I'm pressing charges for being violated & forced into these situations/losses while being violated with mind-control as a disabled victim.

While I was being forced into spending time & sharing myself with Morgan & while getting violated nonstop in Galesburg, she informed me that Galesburg Police Officer Lane Mings attempted to hit on her (sexually). This further proves my point about how the cops around here don't do anything to protect victims & only attempt to use their positions to benefit their own personal & professional lives.

While working at Market Alley (a bar in Monmouth) I was put into a situation where I had to bounce a kid out of the bar for attempting to instigate a fight. Afterwards, mind-control technology was used to violate me & sabotage my personality while I was being forced to communicate with Morgan & I was forced to say "I was just in a fight" to her.

One of the time's I was in an argument with Morgan I can remember mind-control being used on me to force me into telling her I'd rather jack-off with my hand than have sex with her. This is another example of how mind-control was used on me while taking advantage of my situational anger & disabilities to sabotage my character/respectability & violate me/my surroundings with disrespect. My personality was sabotaged nonstop while around her & everyone else in my life. I'm pressing charges for being neglected/violated & forced to spend my time with her.

Another time I can remember my personality being altered was when Morgan asked if I'd be willing to use a strap-on to fuck her with. I was forced to reply that I would as long as it wasn't bigger than what my dick can grow. My mind-control violators did my speaking & it was another torture/sabotage technique. I'm pressing charges for being violated & sabotaged.

When Morgan & I started sharing time together mind-control was used on me to continually alter my personality for the worse/sabotage me. One of the times I can remember was when I was forced to tell her she looked scary with her bright-blue makeup she was wearing. I thought she was dressing up as a prostitute to insult me. I remember another time being mind-blanked & forced to tell her she was bad at having sex with a child-like personality. I'm pressing charges for being violated/neglected/abused/sabotaged.

While with Morgan mind-control was used on me to force me to tell Morgan about a time from my childhood when mind-control forced me to jack off my penis with a shower-luffa & a life-size barbie doll. It's another example of mind-control being used on me to destroy/sabotage my personality & attempts at friendships/relationships/respectability. I'm pressing charges for being violated/neglected/forced into the situation as a child & with Morgan.

Another example of my personality getting sabotaged as I was getting violated with mind-control technology was when my violators forced me to tell Morgan that Selina was raped.

While spending time with Morgan mind-control was used on me & forced me into telling her that a guy I went to high-school with, Mick Kaywood, had an std, as I was mind blanked & being violated/sabotaged. It was yet another intentional sabotage violation on my personality by a mind-control using violator. I'm pressing charges for being violated/ neglected/abused/sabotaged.

While swimming with Morgan & her family, mind-control was used on me to offer her sister my clothes to swim in. Mind-control was used on me to make it seem as if I really wanted to get Amanda in the pool with us. I'm pressing charges for being violated, sabotaged, abused & neglected.

After Morgan & I split up for the first time, mind-control was used on me to force me into spending time with Selina Goddard. Selina was visiting me at my father's & Morgan arrived uninvited. She broke in the house & attacked me with punches. As Morgan was punching me Selina left the house. Morgan punched me probably 2-3 dozen times before I woke up enough to

realize what was going on & get away from her. I would always attempt to get away from her without touching her but it didn't always work. I was escaping her for a second to gather myself to attempt to process the situation & shut the door on her hand on accident (it hurt her). I'm pressing charges for being violated/neglected.

While living in Macomb, Morgan visited me when I had 5 roommates. Mind-control was used on me to have sex with her in my room while everyone was at the house. I was violated & forced into the incident. The sex was loud enough to be heard throughout the house. I'm pressing charges for being mind-blanked & raped/violated/ sabotaged/neglected & I'm pressing charges for my roommates. I'm pressing charges for Morgan for having to be a part of this testimony now.

Another time mind-control was used on me was at Morgan's house in Abingdon. I walked into their main-room & Amanda (her sister) began punching Adam (her brother) with Morgan. Mind-control was used on me to force me to attempt to tackle Adam but they froze my spine simultaneously & I ended up just grabbing him by his legs & getting drug around as I was frozen. He dragged me away as he walked as my violators blanked my mind & wouldn't let me move. The fight between everyone stopped because of how humiliating the created situation was. I'm pressing charges for being violated & sabotaged.

While spending time with Morgan, mind-control was used on me to force me to ask & have her sister buy me a handgun because the government continues to label me as a criminal despite being a victim & continues to violate my rights instead of protect them. She bought me a .357 I picked out at Farm King. I shot several boxes of ammo through the gun (without ear protection because of mind-control forced me to forget to wear it). At some point I was arrested & had the gun & my foid card taken (which I'm appealing, pressing charges for & expect my rights restored). I believe now Tom Prince has the gun. I'm pressing charges for being violated, stolen-from, taken-advantage-of, neglected & forced into these situations. - I'm mentioning another 2 incidents involving her sister Amanda because I'm certain the incidents were intentional harassment about my past. I was taken into Amanda's room on South Street in Galesburg & she had the same bed as Janae Robertson did from childhood. I was forced to jack off at the Robertson's house (fantasizing about having sex with a woman on Janae's bed) while I was in a mind-blank & being violated with mind-control technology by a violator. 2) While dating Selina Goddard (described further in this testimony) Selina instantly began bragging about her sex life with other males as I was intentionally blanked by a violator using mind-control to take her disrespect/abuse & continue on with being with her (sexually) without a word. She spoke of an incident when she was dating one of the Sottos brothers (guys who went to my grade school, ICS) & was gawking over how she saw the older brother in a towel after his shower. While at the Ray's, Amanda walked out in front of us in her towel. Amanda also said something about my telescoping silverware design from childhood while we were at a restaurant. I think she attempted to take credit for the design while we were at the table but I don't remember. I'm uncertain but believe they were telling me that they had access to the surveillance of me throughout my past.

While staying at Morgan's house in Abingdon I woke up one morning before the news started. I was lying in bed after waking up & was considering potentials of Morgan's hometown relationships with the people I had met from their hometown (because of how disrespectful she constantly was). I met a kid nicknamed 'T.A.' & was wondering about the potential relationship of the two or if they were relatives. As that thought was crossing my mind News 6 introduced their new News anchor supposedly named 'Morgan Ottier (pronounced: Ohh-T.A.). I don't believe this was a coincidence & believe it was another form of abusive harassment & showcase about my mind being a mind-control experiment. Since then, every time I watch News 6 & see Madam Ottier some sort of reaction to my current interrogation/situation & or it appears as if she's watching me & or reading my mind as I watch her. I checked her Instagram & her bio makes a joke about something I was forced to say in my grade school class when I was sabotaged as I was forced to share a bunch of my invention/design/improvement ideas. This introduction of her as this was happening to me was another exact detail I'm now remembering being told would happen 1-2.5 decades before it did by someone during a conversation that I don't remember but that was under surveillance.

One of the reasons I didn't want to share time with Morgan was because she constantly would talk about her relationships with other males. She had told me about a couple of the football team's player's she had been with & informed me that she had a threesome with one of them with her roommate. She bragged about him/them as if she thought they were superstars compared to me & treated me as if I was a pathetic & desperate sex-offender. One of the first times I stayed with Morgan at her dorm, her & her roommate had that male at their dorm for the entire night. Mind-control was used on me & forced me into having sex with Morgan while in her dorm room that night. I already had decided I didn't want to share time with her & mind-control was used by a violator to force me into the nonconsensual relationship. I'm certain our sex was heard & am pressing charges for being forced into the situation, sabotaged, raped with Morgan & neglected. Soon after mind-control was used on me to force me to message that male on Facebook messenger & call him a 'nigger'. I don't use that word & never would say that at all but especially not to a innocent stranger. I believe my mind-control violator/violators were 'fueling Morgan's fire' as she was being abusive & mistreating me. The next thing I knew I was being forced to have sex with her without getting the option & her vagina was noticeably looser. My mind was blanked & I was forced to inform her that I noticed how much looser her crotch was but wasn't able to process anything until later. She either went & had sex with someone who stretched her out or stretched herself out to further make my life hell. Soon after my personality was sabotaged & I was forced into saying that because he was in the room when we had sex that "I had to teach him how to fuck a bitch". I don't remember who I was forced to speak the foolish remark to but it's another example of when my personality was sabotaged by my mind-control violator/violators. A couple years later I was working at Market Alley in a concussion-coma-type state of mind & the same kid showed up in a daisy duke shorts & outfit that I believe was directed towards insulting me (I believe he was in on violating me with my mind-control violators because I had just thought about another female in a daisy duke outfit before going to the bar that day). When that happened, mind-control was used to force me into grabbing onto the knife I had on me at the time & almost pull it out. I'm pressing charges for being sabotaged & violated.

One of the times Morgan was attempting to help groom me & was waxing my eyebrows. I am uncertain if she did it intentionally but she burnt my eyebrow with wax. My eyebrow is just now healed enough to not notice the damage it caused & it's over 10 years later. I believe she probably caused the damage to me on purpose. I went those 10+ years without the majority of my left eyebrow. I'm pressing charges for being violated & the neglect that had me in the situation.

I usually use a lotion meant specifically for putting on your face & produced specifically for people with sensitive skin & acne. While living & being forced to be with Morgan someone put glitter-sparkles in my face lotion & I was forced to go out in public on multiple occasions without knowing. I don't know if it was her but it wouldn't surprise me. Regardless this is another example of the constant sabotage/harassment/abuse/neglect I deal with from the people I'm forced to be around.

I just remembered (3/20/23) that my dad's truck catching on fire was another example of something I was told over a decade before it happened as my mind was being blanked when Morgan was mentally abusing me. The specific incident is described further on in this testimony. I don't remember details but remember Morgan saying something about how it was going to happen years before it did.

On an Amtrak ride to Chicago, I used my unwashed hands to attempt at pleasing Morgan sexually while in a mind-blank & being violated by a violator using mind-control to force/control my actions. This is one of many examples of how I'm violated with mind-control to sabotage my respectability. I'm pressing charges for us both.

While staying with Morgan at their residence in Galesburg, mind-control was used on me to force me to drive to Abingdon & go into their house in Abingdon that they had moved out of. While there, mind-control walked me down to their basement & had me go through a box of Morgan's old belongings which was the only thing in the house. I found a picture of her with one of her hometown relationships & mind-control was used on me & forced me to take the picture & put it in her car she was driving. I'm pressing charges for being forced into the situation, for being violated, sabotaged & neglected.

I can remember multiple examples of mind-control blanking my mind & forcing me to have non-consensual sex with Morgan. They used mind-control to force me to be non-functional for our entire sexual relationship while forcing me to engage in the sex. They humiliation-torture-disabled porned me with her as I wanted nothing to do with her. Mind-control was also used to force me into sharing naked pictures/videos with her using smartphone messaging. I'm pressing charges for being forced into the situations/ violated, sabotaged & neglected.

Morgan was physically abusive to me on multiple occasions. The only time I touched her was with a light golf-clap to her face. When that happened, my mind was intentionally blanked & I felt as if my multiple-personality disorder turned me into my sister Sarah before lightly slapping her (softer than a golf-clap). She had just told me about how she was texting with one of her ex-boyfriends who wanted to kiss her. This was after she had been torturing me with mental/physical/sexual abuse for over 3 years & physically abused me with force multiple times. She

then through a fit & said I "hit" her & acted like I abused her physically during a phone call that I'm certain was recorded probably attempting to create more false evidence about me. I'm pressing charges for being violated, sabotaged & neglected.

I was in a concussion-coma-type state of mind & was offered the opportunity to purchase the rights to name stars in outer space. It cost me over a thousand dollars to name a star for Morgan & my immediate family members. I didn't get the option to not purchase the star naming scheme while I was violated with mind-control. I'm pressing charges for being violated & sabotaged.

Another time I'm certain mind-control was used to violate me while with Morgan was when we were swimming together in her pool. Mind-control was used on me to blank my mind & force me into urinating in their pool as several of us were swimming. Almost instantly Morgan asked if I had urinated in the pool & I told her I did. I'm pressing charges for being violated/neglected/sabotaged. I'm pressing charges for them getting their pool pissed in.

While living at my fathers between 2012-2013 I briefly dated a young woman named Ashley Norville while not functioning cognitively. Mind-control was used to control & violate me during this time as well. Morgan called me & mind-control was used on me & forced me to answer the call & communicate with her. I was forced to give her permission to visit by my mind-control violator/violators that kept my mind blank for the entire incident. She showed up to my house & I was forced to engage in brief sexual intercourse with her before Ashley arrived. Mind-control had me kick Morgan out of my house & then let Ashley in & begin having sex with Ashley before I snapped out of it & told Ashley about Morgan being there. I'm pressing charges for being violated, raped, sabotaged & for all my attempts at friendships/ relationships being destroyed. This incident ended my relationship with Ashley immediately.

 Mind-control was being used on my concussed-mind as I was invited to be in Tyson's wedding. I met Morgan's family through Tyson. While at his wedding reception, mind-control was used on me to blank my mind & force me into dancing with Morgan provocatively in front of everyone. Afterwards I was taken advantage of & insulted by Morgan during a moment while I was being forced into attempting at having sexual intercourse with her as she turned me down. I'm pressing charges for being violated/neglected/abused/sabotaged & neglected.

While around Morgan I was told that one of her hometown's local bands was using a band name I suggested during my grade school class.

Mind control was used on me to force me to go to the bars in Monmouth while I was being forced to communicate with Morgan sporadically. After being forced to get drunk by a mind-control using violator/violators one night, mind-control was used on me & forced me to calling & crying to Morgan on the phone. I'm pressing charges for being violated/neglected/ sabotaged & abused.

Another incident is when Morgan again informed me that she had another male relationship as I was being forced to communicate with her by a mind-control violator while I was in a concussion-coma-type state of mind (I wasn't willing to be in a relationship with her & especially not an open relationship). Mind-control forced me to ask her if she wanted me to write her new

boyfriend a note because she had told me they were having trouble getting along. Mind-control forced me into writing a note sarcastically recommending Morgan (who is one of the worst people I've ever met) as a girlfriend. I'm pressing charges for being violated/sabotaged/abused & neglected.

While sharing time with Morgan I made a trip to Chicago by myself. I went up there to see some guys I grew up with that were living up there. I was still being forced into communicating with Morgan & had multiple provocative photos of her saved on my phone. While I was in Chicago & on a city-bus, my phone was stolen. In the time frame that I was forced to spend time with Morgan I had multiple phones stolen. I'm pressing charges for being stolen from.

The last time I communicated with Morgan was in 2018 or 2019. I can't remember what all was said but I know I was letting her know that I'm getting prepared for court & that she will be getting in trouble for all of her abuse & neglect towards me. She told me that if I contacted anyone from her family again that I would be arrested. Not being able to trust Morgan I then contacted one of them to notify them the same thing. Mind-control was then used on me to force me to get set me up for a DUI & get arrested by the Knox County police. I was harassed/mentally abused while unlawfully held in jail for a crime I was forced into & victim in. I was then sent to the state's psych ward where I was harassed/ mentally abused while being unlawfully forced to be there. Every exact detail during this unlawful arrest & imprisonment was something Morgan told me would happen over a decade before it happened proving the entire incident was a premeditated crime against me. I believe she is in on a plot to try getting me to commit suicide & to steal my rights as a contributor. I'm pressing charges on all involved.

Another example of mind-control being used on me while being forced to spend time with Morgan was when mind-control would be used on me to blank my mind & force me to watch porn on my smartphone in front of her. I was forced to watch it & jack-off in front of Morgan on multiple occasions. I'm pressing charges for being violated/sabotaged/abused/neglected.

The lady who sold me medicine told me I could meet her in Burlington to get medicine one day. It happened to be on the day Morgan was celebrating her birthday with her family. Mind control was used on me to choose to go to Burlington before the birthday gathering. I ended up being late to the birthday & making a huge ass of the evening. It started raining on my way to her birthday party while my jeep top was down. This is another example of how my life is destroyed/sabotaged by not having my court case settled & because of being forced to live without my rights.

After Morgan & I stopped spending time together, mind-control was used on me to force me to take her a piece of cheesecake & leave it for her at her house. I'm pressing charges for being violated/neglected. It felt like they turned me into my sister for the incident.

While being forced to date Morgan she told me about her roommate making a picture calendar for her boyfriend at the time. Her roommate's relationship had ended with the guy she had made the calendar for & she told me it was in her closet for some reason. When they had left to do something, I was resting in Morgan's bed. Mind control was then used on me to force me to walk to her roommate's closet & open the door (attempting to get me to search for her roommate's

calendar). I didn't realize what was going on or happening until I already had her closet door open. It was after opening her door that I woke up & realized what was going on & I then shut the door & left & went back to Morgan's room. I think my violator was trying to set me up as I was under surveillance. I'm pressing charges for being forced into this incident with mind control, for being violated, abused, sabotaged & neglected.

I was living on Brown Ave. in Galesburg by myself when mind-control was used on me to force me to communicate with Morgan using my smartphone. One of the times I remember being mind-blanked & sending her a picture of the movie I was watching & the robe I was wearing. For that specific message I remember being forced to puking in my mouth, swallowing the puke & ejaculating myself without effort all at the same time & tell her about it. All of these details were more exact details that I was told would happen 1-2.5 decades before it did. I'm pressing charges for being violated/neglected/abused/sabotaged.

While being forced into being with Morgan we lived at the Hennenfent's grandparent's house for a short time. Morgan was abusive towards me for that entire time & continually would speak to me about & threaten me with her other relationships. While living there & driving to Macomb to school, I arrived back home one day to her telling me that the guy who was our neighbor had stopped by. She told me the story & made it sound as if he had stopped by to harass her or share time with her sexually. My mind went blank & Morgan & I got into an argument that included me being forced to say "I'd make your dad kill him" as I was getting sabotaged with mind-control. I'm pressing charges for being violated/neglected/tortured/sabotaged.

Morgan went from being supportive of me having & using medicines in the very beginning to being strongly against me having/using any pain medicines. She would mentally abuse & interrogate me every time she had any knowledge of me using or wanting pain medicine. One of the time's I bought medicine from someone, mind-control was used on me to force me to go to the library in a mind blank & make a fake website that said the pain medicine I had was an allergy medicine so I could show her the website & not have to listen to her. This is another example of how mentally unable I was while being violated/neglected & how my violators/neglectors have done nothing but waste my time for my entire life. I'm miserable as it is with my disability symptoms & from being abused/tortured/sabotaged/violated/neglected my entire life. I'm pressing charges for being forced to share time with Morgan.

One of the nights I was sleeping with Morgan, mind-control was used to violate me & force me into starting an argument with her by telling her she was saying things in her sleep she didn't say. I'm pressing charges for being sabotaged/violated/abused/tortured while neglected.

While being forced to spend time with Morgan, mind-control technology was used to violate me & force me to purchase 3 or 4 lingerie outfits for her from Victoria's Secret with my father's credit card. I'm pressing charges for me & my father.

While being forced to be around Morgan she made it a very clear point to make it clear to me that she is attracted to Brett McGill & Bobby Clevenger (2 kids who have violently violated me while I had a fractured skull). Mind-control was used to blank my mind during the incidents & keep it blank until I forgot about it for years.

When I first started sharing time with Morgan she spoke mostly about her relationships with other males. On one of our first dates, she was telling me how one of her old relationship's kept providing her with sex-type videos through text messaging. She had made it clear to me that she thought the videos she was receiving from her other relationships' males were a turn-on for her. After that, I was forced to send Morgan videos of my penis on multiple occasions. Almost a decade later I worked for a building company called Cleary in Galesburg. One of her males, Nick Dirth, was suddenly hired to work with me. While at work he made a comment that included something that was said between Morgan & I from back then. That was another example of the constant harassment I'm forced to deal with by my forced surroundings that I wouldn't be dealing with if I had my rights & opportunity. I'm pressing charges for being violated, sabotaged & neglected.

It seemed as if every sexual picture or video Morgan ever sent me & every time we ever had sex it was directly related to her talking to me about her other relationships or something else negative from my past from my other forced sexual experiences. It was all disrespectful/insulting towards me. I'm pressing charges for being violated/neglected/sabotaged.

While being forced to spend my time & share myself with Morgan I was violated by a violator using mind-control technology & forced to tell her that I have been in a couple three-somes which is something I wouldn't have wanted to tell her. I was making reference to the night I was forced by my violator using mind-control technology to be sexual with Whitney Harris & Ryan Condreay. While I was being forced to tell her about this I was forced to say 'Condreay stole my dick' by my violator (my dick was much larger when I was younger than it was while I was with Morgan).

While living at my moms & working at Cleary I continued to communicate with Morgan for a short time after being released from the psych ward to do my own investigation work (I was forced to communicate with her by mind-control while in the psych ward). During that time, I was mind-control-violated & forced to communicate with her & observe several of the pictures she sent me of herself. I would get mind-blanked & forced to jack-off while living at my mother's house (I believe it was punishment for doing my own cop work or an attempt to set me up in video surveillance evidence, another technique they've used on me my entire life) while having pictures that she had sent me opened but fantasizing about other potential women. This is another exact set of details I later remembered being told would happen long before it did by someone during a conversation that I don't remember. I'm pressing charges for being violated/sabotaged/neglected/abused/ tortured.

There was an incident while I was with Morgan (that I don't remember fully) when mind-control was used to violate me & force me into mistreating our dog at the time. It was embarrassing & a form of sabotage. I'm pressing charges & seeking justice/compensation.

While living at the Hennefent's Grandma's house with Morgan I had spent all my money on pain medicine that I need to function (OxyContin). I don't function without the medicine & was being tortured for/stolen-from/taken-advantage-of & having tons of my time wasted so that I could have medicine. I had spent thousands of dollars so I could have a month's supply of the

medicine. I had around 60 pills of 80mg OxyContin & Morgan stole it as she screamed/yelled/tortured me about the medicine. I believe she stole the medicine for her brother or other sex partners as she cheated on me as I was forced to be with her. I believe she was intentionally abusive towards me knowing it would cause my mind to go blank. My tolerance was somewhat high at the time & her stealing my medicine (as she said she flushed it down the toilet) forced me to go into withdrawal symptoms quickly. I became sick almost instantly & as I was extremely miserable Morgan screamed at me nonstop. The combination of my withdrawal symptoms & her verbal abuse caused my eardrum to rupture. I went to the ER & they confirmed/told me that my ear drum ruptured. This was the second time my eardrum ruptured within the 1-4 months prior. I ruptured it the first time while in a scuba diving class at WIU. They didn't give me any treatment whatsoever & the trip to the hospital was a waste of time as usual. I'm pressing charges for being constantly abused/violated/sabotaged/neglected. I'm pressing charges on Morgan for abuse, neglect & for stealing from me. I think she was hoping I would die from withdrawal symptoms & am pressing charges for attempted murder.

One of the nights Morgan attacked me by surprise, she showed up at my house uninvited, broke inside & attacked me by instantly attempting to hit me in my head with the coffee pot that was at my father's house. She would have smashed my head with the coffee pot but the pot caught the suspended-cabinet as she rotated to hit me. The glass-pot shattered into many-multiple pieces & cut her hand as I leaned back out of the way. She then left my house immediately after attempting to smash my head crying because she cut her hand. Had she hit me my face would be mutilated & the glass probably would've cut my throat & killed me. I'm pressing charges for being violated & murder-attempted.

At the end of the time I was being forced to spend with Morgan she turned 21 & her step-father gave her money for her birthday. I don't know if I wasn't functioning or if mind-control technology was used to force me to do it but I stole her wallet with her birthday money in it to buy medicine that I needed to function. She owed me far more than what I used from stealing from me & she threw a massive fit about it to the point that I told my dad that I took her money so he'd give me money to pay her back. I remember being forced to tell her that I threw her wallet away in a 'McDonalds trash can' by my violator/violators that use mind-control to control/violate/sabotage me. She had me bring her McDonalds the first time I met her & I noticed this coincidence from my mind-control violator.

While being forced to be with Morgan she complained to me about one of her sexual partners who was a college athlete urinating on her. Later on during my forced time with her my mind was blank & I urinated on her briefly while we were in the shower. Morgan is who told me most of the events & news stories in the 'Alexis section' of this testimony were going to happen & I believe this was some sort of joke about the 'Combs trial' & me being forced to be with her as I was being tortured while being unlawfully surveillanced. Regardless, this further details her constantly blatant disrespect towards me as I was being intentionally mind-blanked & forced to share myself & my limited resources with her.

One of the times I was with Morgan we somehow ended up looking at a picture on Facebook of me with one of the kids from my school & she made a massive reaction to seeing him & asked

who he was. When she did this my violator turned me into Drew Robertson's personality (an annoying one to me) & responded to her & this was another exact detail I much later remembered being told would happen long before it did while I wasn't processing anything.

In the beginning of my forced time with Morgan she told me that her ex-boyfriend sent her a video of himself jacking off & made it clear how she thought it was attractive. My mind was then intentionally kept blank & I forgot about it for a long time (years). When I finally remembered this happened I was still being forced to interact with Morgan & my mind-control violator blanked my mind & forced me to send her a picture of me stroking my slanger.

While with Morgan my skin was constantly forced to break out to the point that I wouldn't have wanted to be around anybody but my mind-control violator continually blanked my mind & forced me to be around her. She would pick at my skin nonstop & our time together was disgusting. It seemed as a way for her to abuse me & an attempt for her to show me that she didn't think that I was good enough for her.

While being forced with mind-control technology to listen to Morgan's nonstop mental abuse & all of her predictions that continue to occur about me living in Alexis she attempted to coerce me to commit suicide. She said "I'll want you more if you commit suicide". I'm writing this as I'm living in Alexis & as my memory is remembering everything she said that was going to happen after the violations happen to me. I'm pressing charges & don't want her around me nor any of my family nor society.

The last time I was forced to spend time with Morgan as I was in a mind-blank she showed up to my house & said "Eric (her stepfather) said I can have 1 hour (with you)". Of course, I didn't process anything during that time & now believe she was making an insulting joke about using me as a prostitute.

I went to watch a kid from Abingdon sing at a bar in Peoria one night because I didn't know that Morgan was going to be there. While there mind-control technology was used to force me to text & interact with her.

I was controlled with mind-control technology the entire time I was around Morgan. I'd get mind-blanked/controlled/sabotaged/oppressed/tortured/exposed/exploited/extorted as I was forced to be around her while with a blank mind & it seemed as if she was making Mr. & Mrs. Smith-movie-making-type jokes about getting to attached to unknown-people & foreplay-acting while intentionally using physical abuse/sex & simultaneous-coordination alongside the effort/authority/authorities who are violating me using technology. The domination jokes might not have been so big of a deal if I hadn't been getting violated every day of my life & taking loss worth well into the $billions while getting tortured under illegal surveillance & all of my physical/cognitive health & relationships permanently stolen from me. My violators have consistently made these same type of jokes throughout my entire life with & about me as they use technology to control & sabotage me for their own unknown motives. It's necessary for me to continue to prepare myself for court despite getting sabotaged repetitively regardless of how selfish it occasionally forces me to appear. Preparing for court with my faulty mind continually steals time from me alongside the distraction caused from getting violated nonstop so people like

Morgan who violate me nonstop owe me not only for the time it takes for me to prepare myself in court about them but for the damage it does to me because of my preexisting disabilities. Every time she violated me my mind would go blank for another hour/day/week/month/year. It's taken me every single day of my past 10 years to prepare this evidence because of selfish violators like her.

While being forced to be with Morgan it seemed as if she was aware when my mind was blank & when I was somewhat conscious. It routinely seemed as if she would intentionally abuse me when she would notice that I was becoming more conscious knowing that it would instantly put me back in a mind-blank. She definitely seemed to do this to get to go along with raping me, abusively, on a regular basis. My mind goes blank for hours sometimes, days sometimes, weeks sometimes, months sometimes, years sometimes & decades sometimes. Any time I would become more conscious around her she would be abusive & I'd lose all track of thought as I was attempting to remember my life, this evidence, why & how I was in her company, etc. as I was waking up out of a mind-blank without any memories at all (not remembering my family, anything).

It was made obvious to me that Morgan was getting controlled at times with mind-control technology as well but I am & was unable to know if she was a victim of this weapon. It's been made obvious to me that mind-control technology can be used on any individual at any time so acknowledging this fact has changed nothing about my case nor my position with my case. From what I could tell they were using it to help her & the other people that I've noticed it being used with while it has never been used for anything but torturing me.

Throughout my time around Morgan they gave her acne based on my internal conversations & self defense argument. They did the same thing to me while around her also.

- 11/22/24 I watched a commercial on tv today that I believe was created to intentionally harass me about my time with & court case's evidence involving Morgan Ray. The commercial showcased a lady selling full body deodorant & putting it on the backside of her knee. After watching the commercial I had a flashback of when I was in a mind-blank while around Morgan & using her folded leg in an effort to please my wong. I then had to explain to my interrogators that I believe that is another exact memory where my violators turned me into someone from my past (one of the Gavin brothers) with mind-control technology & sabotaged me. This happened after I watched a 'Space X' video on x.com (twitter) that had a 'it's bananas' theme & this reminded me of the time I was forced to tell Morgan to 'go fuck a banana' as my mind-controller attempted to make it seem as if I was making a racist comment when I wasn't. My violators were making it clear to me that they remembered all of my past interactions with & about her & her family after I was told about her brother's banana dong man-thong that he wore for someone & I once again had to spend my time preparing for court about & explaining myself for the crimes of somebody else.

I'm wondering if Morgan & I's forced relationship was a premeditated crime dating back from the early 1990s before I was 6 years old. I'm uncertain but believe her step-father, Eric Olson, visited my grade school class in 1st grade & gave a talk. I also believe but am uncertain about the

fact that her actual father worked for my father on our family farm (potentially under a different name). I believe I was intentionally child-disabled porned for my entire life & that they are potential suspects because of my forced relations with Morgan in my 20s. Morgan's constant abuse, neglect, the fact she went along with raping me for the entire time I knew her, the fact that she might be guilty of murder-attempting me twice & the fact that she intentionally got pregnant & had an abortion as she was intentionally disrespecting/insulting me when I wouldn't have ever been willing to have consensual sex with her because of her constant disrespect as I've been getting neglected my rights as a serial victim to the nation's highest crimes means she potentially deserves a life sentence to prison or a death sentence. I believe it is a potential she deserves punished as a criminal because it seemed that she was knowledgeable of the fact that I wasn't getting to consent in my own actions/decisions as I was mind-blank & getting controlled by my specific violators as it seemed & it often seemed she was intentionally working in collusion with my mind-control violators to damage me. I believe that she might have been investigating me personally see what type of symptoms & situation I was dealing with & potentially investigating me for an organized sector of our community. It was a horrific experience getting sabotaged without rest while around Morgan & her family as a complete stranger to them otherwise. I'm seeking justice & compensation.


**Noah Ray**: I was introduced to Noah when I was 15 or 16. I don't know him well but was told he would trade me pain medicine for money. Throughout my time knowing Noah, he helped provide me pain medicine on many occasions. On several of the incidents he stole my money that I gave him to get pain medicine. I'd get mind blanked & completely forget that he had stolen from me as he was my only option to obtain beneficial medicine for the majority of the time. Noah introduced me to 3 other people who were supposed to help me get pain medicine who also stole from me. **Tim Clewell**, **David Arnett Jr** & **Travis Fisher** & they all stole money from me on multiple occasions. Once again, mind-control (& my disabilities) blanked my mind & I had no recollection of them stealing from me & would go back to attempt to get more medicine. Most of the time I'd build a tolerance to the medicine & then when I'd get stolen from, I'd be forced to get sick & suffer through withdrawals. All together between the 4 of them, over $3000 dollars was stolen from me as they took advantage of my situation & stole from me while overcharging me (all of my $) for medicine I should be provided access to from a doctor. I bet I spent over $5,000-15,000 in a 3-year period from these four. I'm pressing charges for being stolen from/taken advantage of/neglected/violated/ sabotaged/abused. - Travis Fisher tried some of the pain medicine I had bought elsewhere & overdosed. I gave him cpr until the ambulance that I called arrived. It seemed I gave him CPR for over 10 minutes as he vomited while unconscious. The ambulance arrived & shocked him back to life after a couple shocks. I believe it was an intentionally staged situation (overdose/set-up) in an attempt to get me in trouble for my involvement with medicine-use as I was being neglected by the doctors & legal system. He was aware of the medicine's effects/potential dangers & was drinking alcohol & said he had taken some benzos. I believe this entire incident with Fisher is something that I was told would happen years before it did during a conversation that I don't remember (as I was under surveillance). I was in a mind blank because of my disabilities, lifelong court case & being

violated by a violator using mind-control nonstop. I'm pressing charges for being violated, neglected & denied the medicines that I need.

**Selina Goddard**:  I met Selina in high school. When I first went to high school, I was aware she was in a relationship with another guy from school. I was approached by several of my schoolmates & told that her boyfriend cheated on her often. I was in a concussion-coma type mind state/stupor & they made it seem to me as if they were wanting me to attempt at a relationship with her to better respect her. When I went to high school it was a new school for me and nobody talked to me about anything other than that fact. They made it seem as if I would be being a friend to her & him if I gave her a chance to be with me. Very soon after being told all of this information that I never inquired about, Selina approached me & pinched me in my butt on the school bus while going to a football game. She then contacted me by phone & eventually picked me up & started a relationship with me while I was in a concussion-coma-type state of mind & not processing cognitively enough to do anything but observe & attempt to progress through life without the ability to multitask with my brain past observing. My verbal communications skills disappeared after certain head injuries throughout my past & I can rarely converse successfully enough to represent myself competently nowadays because of my symptoms from brain damage. The very first time we hung out we had sex was the first time I had sex & I was sabotaged & it only lasted 1 second. After that she began disrespecting me by bragging about all the males she had been with (most were non-disabled healthy athletes) & she gawked over others to my face. She also told me she made porn with her boyfriend at the time. I wouldn't have continued a relationship with her because of how she treated me & would have walked away at that point or if I was healthy, I would've demanded more respect than that if she wanted to continue a relationship. Instead, my mind was blanked & I was continually forced into being with her sexually without getting the option to not be because of my lifelong violators that criminally abuse me & my surroundings using mind-control technology. After that she informed me she was being sexual with another & then was forced to continue being sexual with her at her will since. They blanked my mind & forced me to be with her every time I was with her after the very first time. I'm pressing charges for being raped with Selina. I was 15 years old at the time & had just survived my 6th or 7th severe head injury & have yet to recover.

Soon after my relationship started with Selina, mind-control was used to violate & sabotage me & I'm pressing charges. A violator or violators using mind-control forced me to arrogantly brag to other kids about "being with the hottest girl in school" as my personality was being sabotaged.

I was spending time with Selina while mind-blanked/concussed & being violated on a daily basis/ suffering from all my head injuries. Mind-control was used on me to force me to wreck Selina & I while riding on a 4-wheeler. We rolled the 4-wheeler when I slammed the brakes & attempted to turn at a right angle after being suddenly blacked-out with mind-control. I was driving a 100 yard straight away next to a corn field that had a right angle turn at the end of it. About 50 yards into the straight away my mind was blanked by my mind-control violator & I didn't get allowed to snap out of it until about 5 yards from the turn. My natural reaction was to attempt the turn without being able to process our surroundings. The four wheeler rolled but we

didn't get trampled. Had I kept driving the some corn would've been ruined but we wouldn't have wrecked. She said she was ok & I didn't get damaged any worse. I'm pressing charges for us getting violated/abused, intentionally sabotaged & neglected.

During the next incident I was driving my truck on the 4th of July after drinking. Adam Hennenfent & Selina were with me on the road Selina lived on. I was forced to almost wreck us into an oncoming vehicle head-on (while going over a hill) as I struggled to keep the vehicle on the road because of my violators sabotaging me with mind-control as they forced me to offer-to & drive. I'm pressing charges for being violated, sabotaged & neglected. I'm pressing charges for the people in the vehicles I passed.

Selina went to Monmouth College & I visited her with some friends one night when there was a party. Her & I had already split but I was so out of it that I didn't have any recollection of our break up nor any of our time together prior. At the party I was led onto the dance floor & was forced to dance with Selina when a college guy came up to me & told me I wasn't old enough to be there. When he told me that my violator that controls me with mind-control forced me to pull out a tiny pocket knife out of my pocket & show it to him (in a non-threatening manor). The pocket knife was one of the tiny old timer knives meant for helping keeping fingernails clean. The guy then told me to leave the party so I left still in a mind blank. After being instructed to go wait in her room & waiting for over a half hour she showed up & had sex with me before my mind had processed anything cognitively. My mind-control violators ended our sex prematurely then had me leave & I'm pressing charges for being violated & sabotaged for the entire night.

Selina & I ended up sharing time together while I was living in Macomb while I was being mind-blanked. This was after our relationship had ended & we had gone our separate ways. Mind-control was used on me to have sexual intercourse with her in my dorm room almost unconsciously while it was probably filthy. It was around that time that I was told that she had an abortion soon after. I'm uncertain if it was my kid or not but think it could've been a potential (I don't remember the timing of everything). I'm pressing charges for being violated & neglected.

One of the first times I shared time with Selina she hung out with me while I was with my childhood friends Aaron & Corey. We all went to Family Video where mind-control was used on me to force through extreme personality sabotage. I was forced to get down & army crawl from the store entrance to the porn section. Then I was forced to mental-health-fault & throw a short temper tantrum while we got back into her car to leave. I'm pressing charges for being violated/neglected/sabotaged/abused. I'm pressing charges for them being forced to be witness to me getting unlawfully violated.

In the winter of 2010 I was getting violated with mind-control & unable to cognitively process in real-time. In this timeframe Selina & I had sex twice as I didn't get an option to make decisions for myself.

On my 16th birthday, mind-control was used on me to choose to spend time with Selina instead of my family. This was after we had stopped spending time together & I wouldn't have been willing to continue our physical relationship. While there she gave me a copy of the Kurt Cobain Diary (I think a joke from her knowing I was going to have to write all this testimony & while

knowing it was going to be full of errors at 1st because of how hurt I was) & one of her other male sexual relations made an appearance as I was sitting in her room. My blank mind & body had sex with her. (I was raped with mind-control). I'm pressing charges for being violated/neglected.

Selina took my virginity when I was 15 & in a concussion-coma-type mind state/stupor. That night she picked me up from my house & drove us to her's. Nobody was home when we arrived & the house was supposedly locked. She had to break in through a window. I think it was an insult intended to disrespect me for my forced past. I didn't realize the coincidence/similarity to my childhood until years later. Mind-control was used to force me to be unable to perform sexually & think this was her way of saying that if I had all of my past settled with the community I would have been allowed to function. I'm including this because it is another example of when my life was damaged because of not being provided due process, justice, my rights & medicine.

Selina took me to her senior prom. Afterwards we went to our friend's house & we all attempted to enjoy passing time together. I was hurt bad at the time & being violated by my mind-control violator/violators. My mind was blanked & I was forced to dance with her friend in front of everyone (I think I was turned into my mom or sister for the incident). Soon after we all got into their hot tub & I was mind-blanked & briefly forced to kiss & be sexual with Selina's friend in front of everyone there. Once I realized what was happening my mind went further blank & I was forced to throw a temper/mental-illness tantrum for a brief moment in front of everyone. These are more examples of how I was constantly violated & sabotaged by a mind control using violator attempting to destroy my respectability (I think because I've invented multiple billions of dollars' worth of inventions/designs) as they forced sabotage & false symptoms. I'm pressing charges for being violated & sabotaged.

The following is an example of how I was tortured with Selina: While in a mind-blank during high school Selina complained to me that while her previous boyfriend was having sex with her he would to often look at himself in the mirror. While in college & again while in a mind blank I suddenly woke up to myself having sex with Selina again while I was being controlled by a violator using mind-control & not allowing me to remember my past nor change anything that was happening in my present. During this sex my violator made me look at myself in the mirror as I was having sex with her. After our first break-up that should have been our last time together I was blatantly raped with her every time since by my violators using mind-control. Most, if not all of these times she seemed fully aware. One of the times she gave me a Kurt Cobain suicide diary when she started a new relationship with her boyfriend at the first college that she went to. The next time I saw her she had started another new relationship & she gave me a bottle of whisky. These seemed to be jokes about paying me as a prostitute despite me not being a prostitute.


**Ryan Condreay**: While at WIU & living in Macomb, mind-control was used on me to force me into a situation that I am pressing charges for involving Whitney Harris & Ryan Condreay.

Whitney approached me & told me she wanted to have sex with me as we were in a group of people. Mind-control was used on my concussed-mind to communicate for me & force me into telling her I didn't want to have sex with her unless Ryan was with us (which is something I wouldn't have wanted). Mind control then was used on me to force me to go into a bedroom with her & we began engaging in sexual relations as my mind was blank. Ryan ended up in the room joining us. As he joined us, I continued attempting to please/enjoy Whitney for a brief moment before leaving the room as my mind wasn't functioning & while I was being controlled by a violator/violators. I am pressing charges for being violated & sabotaged. I'm pressing charges for Whitney & Ryan for having to be apart of this evidence now.

Ryan was with me during one of the times I was forced to drink alcohol to the point of near death. While blank from injuries I drank beer, tequila, brandy & more at the Hennnenfent's house to the point of alcohol poisoning while getting violated by a violator using mind-control. That night I remember puking in their toilet for hours & the toilet had been being used the entire night. I woke up heaving/puking after heaving/puking all night & remember going to church with the Prince's. During the mass, I vomited in the bathroom for almost the entire hour. I'm pressing charges for being violated & the neglect that led to me getting violated that night.

While in Champaign visiting fellow high school guys who went to the University of Illinois, mind-control was used on me to blank my mind as I was walking back to the place we were staying with Condreay, Blake Edwards & a few other people. They all supposedly suddenly engaged in a fight with a group of unknown people. I didn't process/notice that they got into a fight as I was in a mind-blank forcibly caused by my mind-control violator. I'm pressing charges for being violated & the neglect that led to the situation.


**Ryan Ischer**: When Ischer & I were kids, I worked alongside him on a few occasions while I was in a concussion-coma-type state of mind & getting violated with mind-control. On one of the days, my violator blanked my mind & allowed a steer (male cow) to kick me twice. The kicks hit my leg just beneath my right hip & seemed to kick my leg out of place by that ball&socket joint. After it kicked me, I had an "out-of-body experience". During that time, my mind could only observe the situation (I had no control of my words/personality/actions). While still in that mind-blank, I talked Ischer into us putting the steer in the cattle shoot. I then remember not being able to think of what to do & reaching for my bb-gun to punish him (I was less than 5 years old). I might have shot the steer with the bb gun before snapping out of it but don't remember. I'm pressing charges for being violated & having my personality intentionally sabotaged in front of Ischer.


**Tyler Hennenfent:** While in high school I was forced to share time with the Hennenfents on several occasions as I was getting mind-blanked/violated/ interrogated with mind-control technology. I would have been more than willing to hang out with the Hennenfents but I didn't get a choice as I was getting controlled by my technological violator. One of the first things I remember about getting violated involving Tyler was when I learned he had a girlfriend that

lived a few houses away from me. I was on the internet when mind-control was used on me to send Shelby Simpson a message using an online messenger. I don't remember what they had me communicate but remember it upsetting me because of being forced to message her. I once again believe my violator/violators were attempting to sabotage my respectability/trustworthiness. I know I would've only attempted to introduce myself as a friend of Tyler's but I don't remember what was said. I'm pressing charges for being violated/neglected.

Another incident involving Tyler that I'm pressing charges in court for was while I was attending a get together on the 4th of July at his father's house in Cameron. Mind-control was used on me to force me into eating raw meat out of their refrigerator (I ate the equivalent of an 8oz steak or more). I'm pressing charges for being forced into the action & for getting sabotaged/neglected.

I stayed with Tyler for a couple months in between living with my Mom, being homeless & living in Galesburg. While there, mind-control was used on me to force me to join his cousin & brother in Galesburg for his cousin's birthday when I was planning on staying in. While we were out, mind-control was used on me to force me into leaving the company of the people I was with to go purchase supposed cocaine. I believe it was a placebo of nose-clogging-material & my money was intentionally stolen. Mind-control was then used on me to do the powder through my nose at Tyler's house. I was forced to verbally communicate with his brother & roommates rudely while being tampered with after being forced to use the powder. I didn't sleep that night & missed my nephew's birthday party the next day because of being violated/sabotaged. - Also, while living there, Tyler made a comment about something we hadn't spoken about & that I had written down in my phone to remember (making it known to me that he was spying on my phone). He also told me I should kill myself. I'm pressing charges for being violated my entire life while getting sabotaged & intentionally neglected. This type of treatment/disrespect has been forced on me nonstop because of not being provided the due process, justice, rights & medicine that I'm entitled to & deserve.


**Travis Norville**: I met Travis when I was in high school. When I was 18, Travis went with me to a bar in Macomb. Mind-control was used on me to force my blank/concussed mind into the situation & then into getting a DUI later that night. I was mind-blanked/violated/controlled & forced to attempt to drive us out of Macomb's downtown square. While being violated I was forced to turn the wrong way down the one-way road as a police car pulled up simultaneously. I'm pressing charges for being violated, sabotaged & for the neglect that led to this situation. Punishing me as a victim to mind-control sabotage & constant threats as I drive is unlawful.

One night between 2016-2018, mind-control was used on me to force me to drive through Travis' yard after drinking some beer. I'm pressing charges for being for being violated, sabotaged & the neglect that led to this incident.

While with Morgan, mind-control was used on me to force me to jack-off my penis while being forced to watch a smartphone-porn in front of her as she was getting in the shower. The next time I saw Travis, he yelled at me for the incident with Morgan & I was mind blanked/controlled to listen to him & not allowed to respond. I don't know if he was spying on us or if Morgan told

people. I'm pressing charges for being violated/abused/ sabotaged/neglected & continually put into situations where I'm harassed for being violated with mind-control while mind-blanked (a sadistic form of torture used against me often).

I stayed at Travis's house in Knoxville one night. When I woke up in the morning, mind-control was used on me & forced me to watch a smartphone-porn video & jack off my penis. I'm pressing charges for being violated/neglected/sabotaged/raped. This is one example of 1000s of separate incidents I've been forced to do this. I believe I am being spied on with video surveillance & that this is some type of fetish with my technological violators.

Mind-control was used to violate me & force me into driving to Travis Norville's house in Knoxville uninvited & without plans to do so & sit on their back porch with him & his wife where he accused me of wanting to cut his throat while mind-control didn't allow me to verbally communicate with them when I've never had motives to harm him. I'm pressing charges for being constantly sabotaged/violated/abused/harassed/neglected.


**Tyson Rogers**: While in the Lake of the Ozarks, mind-control was used on me to purchase a pink arrowhead from one of their stores. Mind-control was then used on me to force me to give the artifact to Tyson for his birthday & tell him that it was a gift from my grandma to me while I was in a mind blank. I'm pressing charges for being violated/neglected/sabotaged & forced to lie by a mind-control violator. I'm pressing charges for Tyson because he was lied to by my violator/violators.

I met Tyson in high school while in a concussion-coma mind state. I didn't know him & hadn't shared much time with him before mind-control was used to force me to call him on multiple occasions & cry to him about not getting to share enough time with him. I'm pressing charges for being constantly violated/neglected/sabotaged/abused.

Upon meeting Tyson, I was shown the tattoos on his back which were a suggestion of mine in 1st or 2nd grade. I was also shown Adam Ray's tattoo, which was also a suggestion of mine in 1st or 2nd grade during a class talk about tattoos.

Shortly after meeting Tyson, I helped him & his father detail an airplane. They called one of their cleaning solutions 'fastball' & it reminded me that naming cleaning solution 'fastball' was one of my childhood suggestions for a children's book to help teach kids about cleaning/staying clean. I made the suggestion during one of my grade school classes & it made me think they had access to surveillance footage of me while I was in class or that someone from my classroom talked to other people about me. - I helped Tyson detail a couple airplanes & pressure wash a train while I was in high school. While I was helping him my mind-control violators sabotaged my personality repetitively by making me seem as if I was intentionally attempt to annoy him while they were blatantly sabotaging my personality to me. They did this by forcing me to constantly ask him "what's next" while we were attempting to complete work tasks & they also forced me to act like a 'crack head' about getting to smoke weed.

One of the times Tyson spent time with me was while a group of us were at my father's farm. When Tyson arrived, mind-control was used on me & forced me to rip his jeans from the back pocket. He told me they were his favorite jeans at the time. I'm pressing charges for being violated/neglected/sabotaged. I'm pressing charges for Tyson also.

I used to have a driver's license card of Tyson's so I could appear old enough to buy tobacco when I was under the age of 18. After my first DUI (an unlawful arrest & charge), I was told I couldn't drive nor have my driver's license. Knowing mind control was & always has been used on me illegally while driving & that I have yet to receive fair nor proper legal representation through the court proceedings as the/a victim, I continued to drive. I was pulled over in Galesburg while driving without a license. Instead of informing the cop of who I was, I gave him Tyson's ID card that I had, knowing if they ran his name, they would see he still had his license. The cop gave me a ticket for not wearing my seat-belt & then released me. I then went to the Tyson's house & told him that I had just gotten him a seatbelt ticket. All of that happened as my mind was blank & as I was getting violated & controlled with technology. I am pressing charges for all violations & neglect to me & for not being given legal representation as a disabled victim to our nation's highest crimes.

Tyson took me with him to a shopping mall while I was in high school. I don't remember what we were doing in the city but I remember we both bought hats while at the mall. Mind-control was then used on me to go to Tysons apartment while he wasn't home & take his hat. I was concussed to the point that I remember it happening but remember it happened as if I was in a dream while I was unable to control , remember nor do anything except observe the incident. I am pressing charges for mind-control being used on me to force the incident & for once again being sabotaged. I'm pressing charges for the neglect that ultimately led to the incident. I'm pressing charges for Tyson.

Tyson & I went on a road-trip to Texas, Colorado & Yellowstone National Park. I was violated the entire time with mind-control-technology while in a concussion-coma-type state of mind which made the trip miserable for me. In Texas, we stopped to see his friend Gina. A police officer showed up while we were visiting her & she asked me to hide in her closet. Mind-control forced me into obeying her wish & hiding in the closet until the officer was gone. We then drove on to Colorado & stayed with his friend Adam Ray's family. There, mind-control was used on me to ask Tyson for some of his weed to take to a concert I went to with some guys who were out there from my high-school (they sabotaged my personality & had me be rude in a mind-blank). I then went to a concert with Tyson & Adam's family the next day. At that concert mind-control was used on me & forced me to consume mushrooms despite being the designated driver. Mind-control was then used on me as I drove from Wyoming back home & constantly attempted to make me fall asleep. I'm pressing charges for being constantly violated/neglected/sabotaged/abused.

While in a concussion-coma-type state of mind I was asked to be in Tyson's mother's funeral. My skin on my face suddenly broke out when this happened & I appeared as a very diseased leper. Mind-control was then used on me to blank my mind & forget about my diseased skin & force me to go to the funeral & help carry the casket despite my skin being broken out all over my

face. After the funeral I went to a spot on my dad's farm & had one drink mixed with vodka. I planned to sleep in my vehicle but suddenly I was once again blanked with mind-control technology & forced to drive home. At first, I was able to drive fine & then suddenly my violators who use the technology once again used it as a weapon so that I struggled to keep the car on the road. The drive back to Monmouth from Cameron included a couple incidents that I nearly wrecked because of being violated. The next day my skin was suddenly clear. I'm pressing charges for being forced into the situation & for getting violated/neglected/sabotaged/abused/threatened.

I was invited to be in Tyson's wedding while I was being controlled with technology as I was in a concussion-coma-type state of mind & being forced to share time with Morgan. At his wedding, mind-control was used on me to tell him I thought he was making a mistake (by getting married) which upset him & he told me "fuck you Army". At his reception, mind-control was used on me to force me into dancing with Morgan provocatively/rudely/belligerently in front of everyone. While at the wedding Tyson's new father-in-law approached me & asked me if he could see my knife (a new blue wooden handled buck knife that I paid over $70 for). When I showed him my knife my mind was instantly blanked after handing it to him. He never gave my knife back & I didn't remember handing it to him until several years later (I then forgot about the incident again & am just now remembering the incident 2/9/24). I'm pressing charges for being forced into the situations & for being violated/neglected/sabotaged/abused. I'm pressing charges for Tyson & his family too.

Mind-control was always being used on me as I was in a concussion-coma-type state of mind. I was forced to share time with Tyson at his apartment in Galesburg several times. They would blank my mind & drive me over there with mind-control. Tyson's mother got sick after we first met & she was put in the hospital in Peoria. Mind-control was used on me again & forced me to go to Peoria on multiple occasions & share time with Tyson while his mom was in the hospital. I don't think it was a good idea to send me with Tyson as a disabled stranger (while I was being violated/sabotaged/forced-to-fault) when he was struggling with this time of his life. I'm pressing charges for being violated nonstop & constantly neglected/sabotaged.

When I went to Tyson's bachelor party, I ended up driving a few of us to the bar named Twisted Sisters by Abingdon. While there I was violated with mind-control & forced to stay in my truck & cry about the destruction of my life that my violators have caused instead of going in & enjoying time with Tyson & his friends. I'm pressing charges for being violated/ neglected/sabotaged/abused.

In high school Tyson visited me with some of his friends while I was out at the farm. At the time, mind-control was being used to violate me on a daily basis while I was in a concussion-com-type state of mind. It was late at night & a group of us piled in my Dodge Dakota to drive to a secluded open valley that was surrounded by timber. My mind-control violator/violators blanked my mind & forced me to suggest doing this while we were at the farm's machine-shop. I didn't snap out of their forced blank until it just before we wrecked. While driving out there, I drove into a bump in the ground. The bump caused a head-on collision with the ground because of how deep it was. We immediately stopped from driving 15-25 mph. Tyson & **Nolan Tabb** were also

in the front seat with me. The collision with the ground caused all 3 of us to hit our heads. Nolan's head went off the windshield & spidered the front windshield. Tyson's head went off the dashboard & mine went off the steering wheel. I was allowed to snap out of the mind blank I was forced in less than 2 seconds before we hit that spot. I could've hit the breaks or swerved possibly but I didn't see the dip in the land. I believe my mind-control violator/violators knew exactly where that dip in the land was & drove me to it in a mind blank & woke me up just in time to witness my wreck that they caused. I know mind-control was being used to force me into the situation & I'm pressing charges for being violated/neglected/sabotaged/abused. I'm pressing charges for all of us that night. The wreck totaled my truck & I'm pressing charges for my dad who had to get it fixed.

Tyson was a stranger to me when I met him during my high school years. I ended up taking him with me to Leo Ramer's garage & showing him my strength-training routine I had been doing. It was during a time when I was concussed from my several severe head injuries & was being violated with mind-control technology. Tyson asked me if I wanted to try some injectable steroids that he had access to sometime in this time frame. I've always wanted to be all natural & always hoped to never use steroids/ weight-lifting supplements. Mind-control was used to violate me & force me to agree to try the steroids. They had me try the steroids 3 times as I wasn't eating a healthy diet nor exercising cardiovascularly, nor drinking water & while drinking alcohol & smoking tobacco. It didn't improve my strength training & was an insult to me & waste of time/reputation. I'm pressing charges for being forced into the incident by a mind-control using violator. I'm pressing charges for being sabotaged/abused & for the neglect that led to this crime.

Another example that I'm pressing charges for involving Tyson was while I was in college. Mind-control was used to violate me & sabotage my personality in front of him.  Whoever uses mind-control to violate me forced me into asking Tyson if his girlfriend at the time & him wanted to have a 3-some with me. It felt as if I was turned into one of the girls I grew up around or her mom (Janae or Chris Robertson) & they forced me into asking him to attempt to sabotage my friendship efforts with him. I'm a straight male that is unwilling to share my sexual experiences with another male. I'm pressing charges for being violated, sabotaged, abused & neglected. I'm pressing charges for Tyson.


**Dr. Val Flacco-Nessleroad**: The first time I met Dr. Val Flacco was after the 4-wheeler flipped & smashed my head onto the paved road. My father took me to her clinic at OSF in Galesburg. She was being assisted by my cousin's wife, Breanne Mahoney, that day. They asked me what happened & I told them that the 4-wheeler flipped over & smashed my head on a hard-road. She then stitched up my head to stop it from bleeding & released me immediately. There was no mention of anything to do with head injury from her until years later when she asked to take a scan of my head. From then (14 years old) until my early 20s, Dr. Val was my doctor. She never gave me medical advice nor treatment about being severely damaged from head injuries nor living with spinal cord damage nor being constantly plagued with acne nor any of my symptoms. After my foot was cut off, she began to prescribe me medicine similar to Vicodin that did nothing for me. She told me I could text her for a refill anytime. I didn't care for the medicine

because it didn't benefit me enough to make it worth taking but several of the people I was around while living in Macomb enjoyed it so I refilled the prescription several times & gave it away. I'm pressing charges for not being given medical advice/ beneficial medicine/treatment. After experimenting with other people's medicines, I now know that I need OxyContin or Opana instead of Vicodin. I now know I need stronger doses of those medicines to benefit my quality of life. Dr. Val wasn't willing to prescribe me an effective dose of those medicines to benefit my quality of life. I now have researched head-injuries enough to have learned about what I'm dealing with by myself since nobody from the medical field has helped explain/prepare-me-for/ nor treat anything. My head injuries (that were murder-attempts) gave me spinal cord damage as a young child & I am constantly suffering & uncomfortable if I don't have medicine.

After I had tried & figured out that OxyContin was a miracle medicine for me, I went to my next doctor appointment with Dr. Val & attempted to tell her about wanting it (I couldn't/still can't reliably communicate about anything that matters because of my disabilities & violators). While there, mind-control was used on me to force me into saying that "I'd get the medicine off the streets if she didn't give it to me". I don't remember when, but eventually she said she would prescribe me the medicine. When she did, she would only prescribe me the smallest amount of the medicine which did nothing for me because her prescribed dose was too low. The next time I went to her office, mind-control was used on me to force me to steal a blank prescription pad from her office. Because I was forced to steal the prescription pad (the same as being raped/kidnapped/hostage-held), I decided to write my own prescriptions for the medicine she wasn't prescribing me a strong enough dose for (knowing I'm entitled to beneficial medical treatment as a serial victim to the nation's highest crimes who is getting intentionally neglected). For the next year I wrote my own prescriptions for the medicine in her handwriting that I copied from a prescription she had written me. The day they caught me writing my own prescriptions, I hadn't filled out the prescription prior & went to Walgreens anyways. I filled out the prescription while I was in the drive through & my hand wouldn't stop shaking. My mind was blank from my injuries & from getting violated nonstop with mind-control. I turned in the prescription despite having been forced to write the script with bad handwriting. I then received a call from Walgreens & Dr. Val saying I couldn't have the prescription anymore & that she wouldn't be my doctor anymore. From that day on, I have been harassed every time I have been to Walgreens with name-tags & other harassing coincidences. I'm pressing charges for being violated, sabotaged, abused, taken-advantage-of, stolen-from & intentionally neglected.

Dr. Val told me that I'm allergic to people.

One of the times I was in Dr. Val's office, mind-control was used on me to force me into sending a naked picture of myself to the doctor. While waiting in the lobby to see her mind-control was used to attempt to coerce me into sending her the picture as I was scrolling through my pictures on my smartphone. The attempt to coerce me into doing so infuriated me & it made my mind go blank. I don't know if I sent her the picture in my mind blank willfully or if mind-control was used to force me to do so but after being violated to that point I'm a victim for the incident in court regardless. I was furious with the medical system & doctor for neglecting me my patient rights & never doing anything but wasting my time/resources (fuel to get to the hospital & back).

I am still unable to function without the medicine. While furious with my life & situation, I mind-blanked & sent her a picture of me naked with an erect penis. I then text her & told her it was an accident & that I was sorry. She then immediately told me that she couldn't be my doctor anymore. I believe this incident is another set of exact details that I was told would happen long before it did during a conversation that I don't remember. I'm pressing charges for being violated/neglected/sabotaged/abused. I'm pressing charges for Dr. Val in this specific incident but am pressing charges on her for constantly neglecting me & wasting my time/resources while forcing me to suffer.

Since I have been intentionally neglected for my entire time as a patient, I have begun preparing for my lifelong court case that involves me suing Dr. Val & others. I am furious with the medical-field & the government for how they have handled my court-case/ life/treatment. I haven't been able to see or talk to Dr. Val so I've sent her several messages on Facebook messenger informing her of information. I believe I've done it multiple times because of forgetting that I had sent the messages prior & because my evidence has continued to grow. I'm pressing charges for being forced to live without a doctor as one of the most disabled people. I'm pressing charges for being forced into these situations constantly as a victim going without representation/justice/medical-rights while being constantly violated/sabotaged.

While living in Galesburg by myself at the apartments on West/Dayton, I went to Planet Fitness every day to exercise. I walked in Planet Fitness & noticed Dr. Val was there. When I saw her, she stuck her tongue out at me. Mind-control was used on me to blank my mind & freeze me, unable to move, for the next several minutes. I'm pressing charges for being violated/abused/neglected.


**Zack Youngquist**: As a kid I was weary of using the internet because of my privacy getting violated. They have to provide any information I look up so I was aware that someone out there was on the other end. I used to ask google questions as an experiment I've been doing because of my privacy concerns. After I figured out how to control the timing of my ejaculations, I asked google about premature ejaculation as I was doing an experiment with google & making a joke to myself while & about not being able to control my personality. The next time I saw Zack he made a comment about it which proved to me that the people from my surroundings were spying on my internet use. It also taught me that Zack had been violating my privacy or my violator/violators were using mind-control on him also. I'm seeking justice for having my privacy violated & this is an example of how I knew my surroundings were violating my privacy willfully.

While with Zack when I was a kid or teenager he showed me where he kept his stash of cash in his bedroom. Soon after & possibly (my memory isn't reliable) on multiple occasions, mind-control forced me to go to the Youngquists' house & had me check on his money. They woke me up from my mind-blank enough to realize where I was after controlling me all the way to where his stash was in my sight. I can't remember if I ever took any or not because of the severity of my head injuries at the time but I don't think I did. I'm pressing charges for being

violated/neglected/sabotaged/abused/harassed. Zack was one of my friends & I'm pressing charges for him/them too.

The first time Zack took me to his grandma's house we explored the house &while doing so he showed me the pool table & tanning bed & told me to use it whenever. I decided to use it because of being told it'd help get rid of my skin's acne. I was in a mind blank & unable to process life & thought using it would make my acne disappear. Mind-control was used on me to force me to go there to tan when nobody was home. While there, mind-control was used on me to walk me to a stash of money that was hidden in his grandparents' bedroom. When this happened it felt as if someone suddenly blanked my mind then took over my body & walked me to a specific jewelry box in his grandparents bedroom that I would've never been willing to go in without being asked. They had me pick up the jewelry box, open it, see cash & then woke me up out of the mind blank. It was the same as being kidnapped/raped/held-hostage. I didn't get a choice in anything & could only observe without control. I didn't take any money the first time I was forced through this but it was done to me multiple times after. One of the next times I was forced to check that stash of money it made me mad & I took some of it to experiment on my violator/violators/surroundings/neglectors for how I was being constantly violated/sabotaged/neglected. I used all money for pain medicine. I ended up going mind-blank for a much longer period of time during this time frame & was forced to take the money in a further/worse mind blank (I think it must've been after I was forced to wreck my black Jeep Wrangler or was blank because of how furious I was because of being raped with Morgan nonstop while being tortured-for & neglected my medicinal rights). While there I can remember being mind-blanked/violated & potentially forced to jack-off (probably into the trash can or toilet (I can't remember)). A couple years later after I had processed everything & begun remembering the facts of my life I put the money back into Steve Youngquist's mailbox (my guess at how much I used but I'm uncertain because of my unreliable memory). I spent it all on pain medicine thinking eventually the doctors would provide me my own prescription & the legal system would provide justice & protection. I'm pressing charges for being forced/coerced into the incidents. I'm pressing charges for being violated/neglected/sabotaged/tortured. I'm pressing charges for the Youngquists.

The next violation involving Zack that I'm pressing charges for in court occurred after my head injury with the 4-wheeler & hard road. Zack was dating Rebecca Layer at the time. Justin Haase approached me one day & told me he had something for me that he was sending to my email. He emailed me a picture that he somehow got of Rebecca posing, nearly nude. When I looked at the computer file I was unaware of what to expect. When I saw Becky nearly nude, mind-control was used on me to force me to jack-off my penis. I then kept the file with several of my other files that eventually was stolen while living in Macomb & I have yet to speak to Justin nor Zack nor Becky about the incident because of forgetting about it because of my head injuries. I'm pressing charges for being violated/ sabotaged/neglected. I'm pressing charges for anyone else who was violated or lost because of this incident.


**Breaking-entry**:

The places & situations I'm about to mention are all times when mind-control technology &or my blanked/concussed/semi-brainwashed-mind had me enter the homes of other individuals without their knowledge nor permission. The following is my full recount of every incident that I documented decades later after forgetting my entire past so some details might be missing. I never went anywhere with motives to hurt anyone nor steal & was nearly unconscious. I was usually being forced to jack-off while fantasizing about women & believe I was being child/disabled/torture-porned. A few of the times it was as if I was woke up wherever I was forced to go & tested for a second (by my mind-controllers) & then mind-blanked again to continue whatever they had me up to. Back then I assumed that whoever had spoken about a certain amount of my life while not in my presence or was knowledgeable about a certain amount of this case as I was being forced to live without justice or who could've been held responsible for illegal neglect towards me were all being victimized by my violators who used mind-control to force me to break into their living environments in an effort to set me up for crimes that I am innocent of while forcibly attaching my fellow victims into negative. I also noticed that all of the women whose 'underwear drawers' they had me go through were all the mothers of sons that I could easily dominate in football (even after my skull-fracturing & spine damaging injuries). I am seeking justice for being forced into all involvement, neglect, & loss against & for all involved. Since coming up with all of my designs/design-plans/contributions I've been attempting to be a major contributor for society & know that my contributions are one of the primary focuses charging the motives of my violators, neglectors & oppressors.

**Luke Adams**- While living in Macomb, I had a friend named Luke. He lived with my friend from high school named Jason 1 year. On 1 occasion while my mind wasn't functioning (& while I thought mind-control was being used to control me), I went to Luke & Jason's apartment when they weren't home. I felt forced to check out their living environment & then leave. I am seeking justice for Luke, Jason & I.

**Jason Alderson**- Mind-control technology was used to force me to interact with Jason Alderson while I was being forced to date Morgan Ray. He was dating her best friend when we were introduced. I was told Jason would trade me a small amount of supposed cocaine for money. Mind-control technology was used on me to force me to try his supposed cocaine a few times & I don't believe it was cocaine & that it was a scam to steal my money that I was forced to trade him. Then mind-control was used on me to force me to break into his house & steal a small amount of his supposed cocaine. When this happened I was mind-blank & forced to go into his house & walked directly to his stash, steal it & immediately leave & I didn't know he had cocaine at his house nor where he kept it so whoever did this to me was working with Jason or spying on him as well. I was then forced to tell his girlfriend Nikki that I stole it from his house while with her & Morgan. Then mind-control was used on me to pay him for the supposed cocaine that I broke into his house for with my dad's money while Morgan caused a huge scene in front of us because she thought I was responsible for stealing it when I was a victim in the incident. - On a separate occasion mind-control technology was used on me to drive to his house in the very late at night/early morning to purchase supposed cocaine while Morgan was sleeping at my house. – When I was introduced to Alderson mind-control technology was used to violate me & sabotage my personality. They had me pick him up & blare music in my vehicle as I drove

us around. I am seeking justice for being violated, sabotaged & neglected. I am seeking justice for all of my involvement with the break-in & cocaine. I'm seeking justice for getting violated & the neglect that put me in this situation as a disabled citizen getting violated. I'm seeking justice for Jason & his girlfriend Nikki because the break-in & because they are now forced to be included in this evidence.

**Kent Armstrong**- I've lived with my father for most of my life & he has supported me financially for all of my life. Him & I have never had a relationship with much verbal communication (I'm disabled & he is busy). I took several thousand dollars from his bedroom for pain medicines in between 2007-2011 without permission & while getting mind-blanked & mind-controlled by violators using technology.  I also traded a chainsaw & one of his watches for medicine. I did feel legally entitled to have money for pain medicine from him. Technically, my father owes me money & was/is responsible for me getting my rights (including medicines) that I've been constantly forced to live without. Some of the times mind-control technology was used on me to blank my mind & force me to steal his money & other times I knowingly took money for medicine because of knowing I was/am being forced to live without my rights/earnings/compensation/medicines & while knowing he would want me to stick up for myself the best I can. I am seeking justice for being violated/neglected. I'm seeking justice for my father also.

**Frank Baker**- While in college, I was introduced to the medicine OxyContin & not by a doctor. Different people showed me the medicine & different people offered me access to the medicine. I was friends with Tyson Rogers & his step-brother, Dustin Timmons. Dustin had offered me a small amount of pain medicine that his mother had as extra when I first started experimenting with using the medicine. Mind-control technology was then used on me to force me to go search his mom's house (who was living with Frank Baker & is now departed) to see if I could find more medicine as I wasn't able to do anything but observe what was happening. As I was there, I can remember that it felt like I was having my mind interrogated & being lie detected as I was walking around observing. I am seeking justice for being mind-blanked & forced into doing this. I'm seeking justice for Tyson's family & Sir Baker.

**Bishop's**- I've been friends with Jason Bishop since high school & have been to his house before. I don't remember for certain, but I might have broken into their house as well. If I did, I didn't take anything. I don't remember if it happened at all, but if it did, I am seeking justice for being forced into doing so & for the Bishops.

**Bobby WIU**- I met a guy while going to school in Macomb named Bobby (last-name unknown). He was a kid I would have appreciated becoming friends with. He also used marijuana. He offered to trade me small amounts of marijuana for money from time-to-time, & I took him up on it. He had an extraordinary glass steamroller with a dragonhead in it. It was a custom glass piece of art worth over a $1000 (the neatest piece of glass art I've seen). Mind-control technology was used on me to force me to break into his house & take a small amount of marijuana along with the smoking pipe while I was in a concussion-coma-type state of mind & getting controlled/blanked with mind-control. I am seeking justice for getting forced to do this. I'm seeking justice for Bobby. A while after the incident (months after) was the 1st time I processed

that it had happened. When I realized what had happened & that I had his pipe my mind-control violator/violators used mind-communicating technology to tell me him losing his pipe was no different than if the SWAT team or Police had taken it from him. Mind-control was then instantly used on me to force me to give the pipe away to a friend of mine to get it away from me. I hope to get it replaced for him. This happened after he was in my speech class & wrote a speech about different types of car jacks & I believe it was some sort of refence joke about how I hadn't remembered any of my invention suggestions yet (including my suggestion for the automatic car jacks). During that speech class he told me that he liked a girl that I had a crush on (but hadn't told anybody about) & I wondered if he was in on the mind-control interrogation of me & told me that after getting information from my mind & thought that might also be one of the potential reasons that I was forced to be involved with this crime associated with him. I wonder if that pipe was some sort of reference to my connection to 'The Game of Thrones' series. Almost a decade later I was sold a trash truck for more than what it was worth & I believe it was him that sold it to me but I didn't realize it until afterwards.

**Champion's**- Throughout my childhood & teenage years I can remember several times going over to the Champion's house while nobody was home. I believe mind-control technology was used to force me to do so every time or almost every time but I can't remember. It was as if I would wake up there for a second after/while being blanked/controlled & forced to go/be there & then later on remember that I was there but then I'd instantly forget again.  I knew where their spare key was & was told where a seducing picture of Janice (Corey's mom) was kept. My estimate is that as a young child, I was there 3-7 times without them there, being mind-blanked to look around & forced to jack-off in a concussion-coma/stupor by some lunatic who was attempting to brainwash me with mind-control. I feel like they blanked my mind & forced me to go there then would wake me up briefly to watch me walk around nearly unconscious (because of my head injuries) before blanking me again & forcing the sexual acts on me. I can remember taking $20 from Janice 1 time but believe mind-control was used to force me to do so. While in high school I can remember going there twice in a mind-blanked-concussion-coma when mind-control was certainly being used to force my involvement. I went there with Kalista Hedges & Justin Haase 1 time & the other time I went there with Selina Goddard & Aaron Gavin. Both times were to have sexual relations & both times mind-control was used on my blank-mind (I think I was getting child/ disabled/rape/torture-porned & both incidents are described in more detail elsewhere in this testimony). I am seeking justice for getting forced into these situations. I'm seeking justice for the Champions & everyone else.

**Chad Condreay-** After college I worked with Chad for a summer at Trulson's Concrete Construction. He had been one of my friends since I've been in high school. 1 of the times after work, I can remember going to his house while he wasn't home. Mind controllers had me do this while mind-blanked. I can remember walking in & checking his stack of mail on his kitchen table. I can remember then waking up to realize where I was & leaving immediately. I am seeking justice for getting forced into this situation. I'm seeking justice for Chad's family (Chad is no longer alive).

**Country Club, Monmouth**- While in junior high or high school, mind-control was used on me to force me to walk through the cart shed at Monmouth's Country Club & take a Cleveland 52-degree wedge from a golf bag that wasn't mine for my round. I never returned the wedge & don't think I remembered how I got it in my possession for a long time. I am seeking justice for mind-control being used on me to steal the golf club & then break the wedge. Years later I was driving a golf cart with the wedge in 1-hand hanging off the side of the golf cart. I suddenly was reminded of how I got the wedge & instantly mind-control was used on me to force me to bend my wrist with the club & run over the wedge with the golf cart (it almost broke my wrist). I'm seeking justice for myself & whoever the wedge belonged to.

**Doyle's**- While I was in my 20s, mind-control was used on me to search my cousins, the Doyle's, medicine cabinet, for pain medicine. I can't remember much of anything from the time but know I was there working on their landscaping. I am seeking justice for being forced or coerced with mind-control into doing so. I'm seeking justice for getting violated & the neglect that put me in the situation (& keeps me in my situation without rights/medicines/compensations/earnings/fair-opportunity/justice/etc.). I'm seeking justice for the Doyle's.

**Alex Fox**- Alex lived on Ivan Street in Galesburg for a while. Mind-control technology was used on me while I was in college to force me to go to his house that he was renting when he wasn't home. While getting controlled with technology I remember using a pocket knife to go through his screen window & then into his house. Once in there, I turned around and left almost immediately. The next time he talked to me he made a comment as if he had been watching me on live video surveillance. I am seeking justice for being forced into this incident by a mind-control using violator. I'm seeking justice for the neglect that keeps me in my situation without my rights/earnings/compensations/medicines/justice/etc. I'm seeking justice for Fox.

**Gavin's**- While a small child & in high school I can remember mind-control technology getting used on me to force me to go to the Gavin's when nobody was home. I remember looking around & getting forced to jack-off in their house. I somehow ended up with Aaron's t-shirts & boxers (I think mind-control was used on me to take them & then wear them while in a concussion-coma-type state of mind & forgetting how I got them & not being aware/capable enough to realize they were his (I wore his shirt to school & he was my classmate)). I am seeking justice for being forced into these incidents. I'm seeking justice for the Gavin's.

**Gma**- I can remember a time in my 20s when I went to my grandma's house to search her house for pain medicine, hoping she had some somewhere for me. I am seeking justice for being forced into this situation with a blank-mind by violators using mind-control. I'm seeking justice for the neglect leading to this incident. I'm seeking justice for my grandma & family.

**Gunville's**- While I was in junior high or high school, the Gunville family moved a couple houses away with 4 male children. I babysat them 1 time & mind control was used on me to have their 2 youngest boys engage in what ended up to be a bloody round of boxing with punching gloves on while I was mind blank in a concussion stupor & getting controlled with mind-control. Mind-control was also used on me to go over to their house while they weren't home 1 or 2 times. The same thing happened there that happened everywhere else that I was forced to go to

without permission. I can remember observing their living space & getting forced to jack off as a mind-control violator was violating/controlling me. I'm seeking justice for myself & the Gunville family.

**Eric Hanson**- On at least 1 but maybe 2 or 3 occasions, I can remember going to their house when they weren't home while getting controlled/violated by my mind-control violator. The time I can remember, Alex Fox was with me. I can remember breaking into his car & taking money & then driving to Walmart & buying a video game ironically called 'Grand Theft Auto' while being mind-controlled & having all my involvement forced. I'm certain mind control was used to force me into the incident & it was some kind of joke for somebody. These are things I would never do when my mind is working (I am trying to be a billionaire/farmer & could've been a presidential candidate if not for getting violated/sabotaged for my entire life). I'm seeking justice for getting violated/sabotaged/neglected & I'm seeking justice for Eric.

**Hennenfent's**- I can remember going into Jack & Marge Hennenfent's, along with Roger Hennenfent's homes while nobody was home. I can remember Jack's was while I was in high school & Roger's happened while I was in college or after. I'm certain mind-control was used to force me into both situations & I am seeking justice.

**Wendi Hook-** I was in high school when an incident occurred involving Wendi that I'm pressing charges about. I was in a concussion-coma-type state of mind & my memory is unreliable. Mind-control was used on me to force me into going over to Wendi's house uninvited late at night. I remember going into her house & walking upstairs & found her in her bedroom. Wendi immediately instructed me to go downstairs to their couch & fall asleep, which I did before leaving the next day after waking up. I'm seeking justice for getting violated/sabotaged/neglected & I'm seeking justice for the Hook family.

**Buff Hottle**- I mowed for Buff Hottle & his family for 1 summer. While I was in a concussion-coma-type state of mind mind-control was used on me to force me to go into their home without their permission & while they weren't home. I don't remember anything from that day but am certain I didn't take anything. I am seeking justice for getting violated/sabotaged/neglected & I'm seeking justice for the Hottle family.

**Matt Kane**- While I was in high school, I was introduced to a guy from Stronghurst named Matt Kane. I don't remember our introduction, I just remember that I went to a get together at his house for him. He was dating my cousin Liz Gillen for a long time & eventually married her. In college I interacted with him a couple more times. One of the times I went over to his house to hang out with him while I was in a concussion coma/stupor but had an anxiety panic attack that caused me to get up & leave without talking to him. Mind-control was used on me while I was in college to force me to go to his house he was renting & let myself in without anybody home & without permission. I can remember going into his room, looking in a 360 as if I was a surveillance camera & then immediately leaving. I am seeking justice for getting forced into that incident. Then I was pulled over & arrested for speeding 5 or 10 mph over the limit & for having a small amount of marijuana on me by Warren County Officer Matt Greenleaf while driving from Macomb to Galesburg. I always get infuriated when I get pulled over & arrested as I've

been being violated/murder-attempted/abused/stolen-from/raped/neglected/taken-advantage-of my entire life without any knowledge of efforts towards solving nor settling my priority cases & especially while I'm being constantly tampered-with/controlled/violated/threatened while I'm driving. Regardless, Officer Greenleaf ticketed me & arrested me. When he arrested me, I was in a concussion-coma-type state of mind from all of my severe head injuries. I don't remember most of the talk I was given but he asked me to consider working with him undercover to get out of the trouble from my arrest that day. I know/knew he wasn't allowed to do this with me because of my disabilities & ongoing court case from my basic knowledge of the law from school/movies/&tv. Out of anger with him & the justice system for the lack of respect I've been receiving for the life I've constantly had taken from me & while in a concussion-coma-type state of mind, my mind went blank & I was forced (with mind-control technology) to decide to go work with him to set him (Greenleaf) up for his illegal approach towards me on the record. I also believed he was attempting to spy on my phone as I was being forced with mind-control technology to be with Morgan Ray so they could unlawfully watch our exchange of sexual pictures. My mind was blanked by my violators & I was forced to agree to allow him to put a phone tap on my smartphone (as my phone was already being tampered-with & spied on without my permission as I've been being violated with mind-control for my entire life while certainly under illegal surveillance). I was in a concussion-coma state of mind & getting taken-advantage-of/defimated/disrespected/neglected & used by our legal system instead of being protected & served. When I was forced with mind-control technology to go along with Warren County setting up Kane (who was knowingly studying at W.I.U. to be a police officer) as I was blank-minded & getting controlled I was forced to buy marijuana from Matt in Roseville while under surveillance by Warren County. I believe the entire thing was some type of a joke/insult. I was forced by my mind-control violators to tell him "I will or would kill you (meaning in self-defense but I never clarified that)" as I was sabotaged & as he was making it seem as if he wanted to physically attack me. I don't remember if the following incident involving Kane occurred or if it is a false memory but if it occurred I'm pressing charges: While conversing with Matt Kane either on the phone or on the internet my violators who sabotage me with mind-control technology communicated the following message through me to Matt "you owe me a blowjob". I'm unwilling to be sexual with males & would've never been willing to say that to him nor any other male. I am seeking justice for all involvement & am seeking justice for Matt Kane. I've dealt with harassment about Matt Kane & about being a "snitch" multiple times since.

**Lemon's**- As a child & then again in high school, both while in a concussion-coma-type state of mind, mind-control was used on me to force me to go into the Lemon's house without permission. The Lemon's live directly behind my father's house. Both times I was forced to walk around & check out their living arrangement/furnishings/decor. I am seeking justice for being forced/violated/sabotaged/neglected & I'm seeking justice for the Lemon family.

**Michael & Craig Long's**- 1 time while in high school or college, or maybe both, mind-control was used on me to force me to go over to the Long's while they weren't home & without permission. I observed their living space & I ate a small candy bar that appeared to be Halloween candy before leaving. I also remember jacking off & ejaculating in their toilet in a mind-blank (I think I was being disabled/rape-porned). I am seeking justice for getting forced into these acts.

Another time in high school I think Michael tried playing a prank on me. He told me that pills he had called Tramadol helped him have sex & that he had some in his car. I was mind blank & went into his car and took the pills which I learned were placeboes. I remember doing this while in a concussion-coma-type state of mind & while thinking mind-control was being used on me to force me to do so. I am seeking justice for myself & the Long family.

**Al & Matt McGuire's**- As a kid, I can remember going to the McGuire's while nobody was home & without permission. I can remember observing their living space & feeling as if I was sat down & jacked-off with my own hands. I am certain mind-control was used on me to force me to go there & believe I was being child//rape/disabled-porned. I am seeking justice for myself & the McGuire family.

**Daniel Medrano's**- While in junior high or high school, at least once & maybe twice, mind-control was used on me to break into my friend Daniel's house while their family was gone without permission. I can remember observing their living space & don't remember anything else but know I didn't take anything. I remember the cops going over there & taking footprints afterwards but was in a concussion stupor & unable to speak. I am seeking justice for being forced into the incident or incidents & I'm seeking justice for the Medrano family.

**Eric Olson & Nancy Ray's**- While mind-control was being used on me to force me to date Morgan Ray, mind-control was used on me multiple times to force me to go into Morgan's mother & step-father's homes without permission. I can remember going to Eric's house out at Lake Bracken while no one was there & then into their house in Galesburg, after I had moved out, while nobody was there. Nancy had a house in Abingdon & I can remember going there at least once if not twice while nobody was there. I'm certain mind control was used to force me into these situations. I am seeking justice for myself & their family.

**Tom Prince's**- Throughout most of my time living on Broadway, the Princes family has been our neighbor. I can remember on multiple times having mind-control used on me to force me to go over there while nobody was home. I can remember 1 of the times over there being tempted/coerced by the mind-controllers communicating with my mind to go through Caroline's diary but I chose not to. On another time I can remember going through Tom's gun collection & borrowing a revolver without telling him. To my knowledge he now has it back & I believe has possession of my revolver but I'm uncertain for sure about mine. I was probably forced to jack off while mind-blank & being violated with mind-control over there multiple times. I am seeking justice for myself & the Prince family.

**Alise & Leo Ramer**- Throughout my entire life I've known the lady of the house because she was my piano teacher as a 5-year-old & my music teacher in grade school/junior high. I met Leo while I was in junior high or high school. I had seen him many times prior because he was a pianist at my church, the Catholic church in Monmouth. They had given me permission, which I used often, to lift weights in their garage which had a bench, Bowflex, dumbbells, squat rack, etc. - While in college & being forced to date Morgan, her brother Adam had taken me arrowhead hunting several times looking for native American artifacts. The Ramer's had told me of a collection they had inherited with arrowheads & told me that they gave most of them away

already. While they weren't home 1 time, mind-control was used on me to force me to go to their house & take several of their artifact's. Then mind control was used on me to force me to give the artifacts I had taken to Adam & tell him I found them. I told Adam about them being the Ramer's when I snapped out of my mind blank & processed the situation but it wasn't until years later. He told me he doesn't have them anymore when I asked for them back so that I could return them. - The Ramer's had a hot tub. I can remember at least one time going there & using the hot tub at an inappropriate time while in a mind blank & believe I was forced to do so by a mind-control using violator. - Also, I have a curl-bar for weight lifting that was Leo's but I'm uncertain how it came into my possession. I'm seeking justice for myself & the Ramer family.

**Amanda Ray's**- Amanda was Morgan's sister who Morgan spoke of nonstop. Morgan told me she shared personal & private information about me with her sister quite often. I can't remember if mind-control was used on me to force me to go to any of her living environments without permission or not. Part of me thinks that 1 time I did & the rest of me thinks it never happened or was a dream. If I did, I was forced to with mind-control & I am seeking justice for myself & Amanda. I have a memory reminding me that she had the same bed as Janae Robertson had when she was a kid at her house on South Street. I don't think it was coincidence & believe it was another form of harassment.

**Morgan Ray's:** While in a concussion-coma state of mind & getting forced to spend time with Morgan Ray a couple of incidents occurred involving me trespassing in a mind-blank & concussion-coma-type state of mind. On one of the occasions, I stole her wallet full of money she had just been given for her 21st birthday. It was after she had stolen over $1000 worth of my medicine & forced me into withdrawals that ruptured my eardrum. I remember using the money for pain medicine because she had tortured me about pain medicine & been terrible to me while I was forced to share everything I had with her. I was forced to spend all of my money on her that I didn't spend on medicine. The next occasion was after we had stopped living together & I was in Galesburg drinking at the bars. After being forced to get intoxicated by a violator using mind-control, I was forced into going to Morgan's pool house uninvited. I let myself in to see my dog & was blacking out during the walk-in. I remember attempting to take the trash out & feed the dog before falling asleep on the floor. I remember waking up on the floor by the door & instantly leaving. Mind-control forced me into the incident that was the exact same incident Tyson had told me about getting arrested for in his past while he was in high school (he broke in somewhere he thought was his home & tried feeding the dog before falling asleep & being arrested). Regardless, the abuse/neglect/torture/violations to me up until/during/after these incidents, along with my disabilities' symptoms, are the cause of these occurrences. I'm seeking justice.

**Craig Robertson's-** Before the Robertson's moved away I can remember mind-control taking me over to their house when they weren't home & when I didn't have permission. I don't remember if it happened once or more than once but can remember going over there, jacking-off in a mind-blank & leaving. I'm seeking justice for myself & the Robertson family.

**Tyson Rogers**- While in high school I would spend time with Tyson once in a while. He had an apartment in Galesburg. I can remember being in a concussion coma/stupor & getting forced to go to his apartment while he wasn't there by my mind-control violator/violators. This happened

when I was in a mind blank & I can remember taking 1 of his hats. On several more occasions I can remember mind-control being used on me to call him & leave him voicemails as my personality was being sabotaged. On 1 of those occasions specifically, I can remember feeling as if mind-control was used to force me to call him & leave a voicemail of me crying while I was drunk. I am seeking justice for myself & Tyson.

**Aunt Mary Smith's**- While in college or not long after, I can remember being miserable. I was out of money after having been taken advantage of/stolen-from for years trying to keep myself supplied with pain medicine from people who would charge me outrageous prices. I had/have been forced to live without beneficial medicines by my doctors for my entire life despite suffering nonstop. 1 day I decided I'd go look in my Aunt Mary's (my grandma's sister) medicine cabinets to see if she had any pain medicine for me. Mind-control was used on me to coerce me & control me to do this. Nobody was home when I went there & I think I went there on multiple occasions but am uncertain. She never had pain medicine there. They might have had me check at my Aunt Jean's also but I cannot remember (my grandma's other sister). They also had me check my grandma's house. My grandma & her sisters are all departed now but I'm seeking justice for myself & my family.

**Joe Stoffel & Ryan Winters'**- While living in Macomb I had a group of friends that lived together. 1 of the times they weren't home, mind-control was used on me to force me to go into their house & take a glass jar & smoking pipe. I'm seeking justice for myself & my college friends.

**Diana & Jeff Thompson-** While I was a teenager or younger child (I'm guessing because my memory isn't reliable enough to know when this happened) I can remember going to the Thompson's while they weren't home. I was severely injured by a head injury at the time & I'm certain mind-control was used on me to force my involvement. I believe while at their house I walked around & observed there living space & then left but I can't remember. I am seeking justice for myself & the Thompson family.

**Nick Maggiore, Pat Ryan & Brandon Guyette-** I lived with these guys on Sherman Avenue for a year while in Macomb @ WIU. I was a horrible roommate because of being in a concussion-coma-type state of mind & getting violated/tortured/sabotaged nonstop by a violator/violators using mind-control technology & because of getting neglected (by doctors & the legal/judicial system). I wasn't functioning at all, cognitively, for the entire time living there. At one-point mind-control was used on my blank mind to steal $60 from Pat, $40 from Nick & a small bag of chips from Brandon so that I could buy pain medicine (less than 1 day's worth of medicine). I didn't get the option to not. I believe I was forced to take their money as punishment from my violator/violators who use mind-control technology on me because I had marijuana in the house. I'm seeking justice for myself & my roommates.

**Mark Trulson-** The summer after I finished going to class in Macomb, I went to work for Mark Trulson so I could finish the last portion of my education's requirements. This was a summer from hell for me. I was being forced/mind-blanked to be in a relationship with Morgan Ray & was getting mind-control used on me to force me to fault consistently while getting

sabotaged/violated/abused constantly by my mind-control violator/violators. I remember mind-control being used on me to force me to go to Mark's (Trulson) house when nobody was there. I must've gone there to retrieve my vehicle at a time when everyone else was at work. I went in the shop & took several hand tools home with me & never gave them back while in a mind-blank & getting violated/controlled with mind-control technology. I ended up leaving Mark some money in his mailbox years later (when I remembered that had happened) for the incident despite knowing I was forced to steal them with mind-control.

**Craig & Wendy Twomey's**- While I was a child I can remember mind-control taking me over to the Twomey's house when they weren't home. I was walked around their house but the main part I remember is going into Craig & Wendy's master bathroom & being stopped in their & forced to jack-off. I might have been forced to go to Craig's father's house also 1 time but I can't remember. I believe I was getting child/torture porned. I am seeking justice for myself & the Twomey family.

**Steve, Zack & Wiladeen Youngquist**- The Youngquists have been family friends with my family for my entire life. There are a few incidents that I am bringing to court involving them. As a small kid & while in a concussion-coma-type state of mind I can remember mind-control driving me from my house to theirs on my 125cc 4wheeler as I was mind-blank. I remember walking around their entire house while blank/dead & then remember being stopped & forced to jack-off before I left. I think this might have happened again in junior high but I can't remember. Another day Zack & I were conversing while I was visiting him at his house & he told me about his secret stack of cash & showed me where it was. I then can remember mind-control taking me back to their house again & being forced to check on his money, possibly on multiple occasions (I can't remember because I was severely hurt). Years later Zack had given me permission to use a tanning bed that was at his grandmas. He had taken me over there to introduce me & showed me around. I ended up going there & using their tanning bed attempting to rid myself of acne on several occasions. I am pressing charges for being violated while at his grandmas because I was violated with mind-control every time I was there as I was severely brain injured. Mind-control was used on me to force me to walk me into his grandparents' bedroom when they weren't home & immediately walk me to a jewelry box that had cash in it. My violator/violators forced me to look in the jewelry box that I would have never looked in (I would've never snooped around their house at all if not getting violated with mind-control). The money was hidden in a certain spot & mind-control walked me to the spot immediately (I remember thinking my mind-controllers were experimenting on me/testing me). My mind was blank from being head injured & I took money & used it to buy myself pain medicine called OxyContin that I need to function on 1 or 2 occasions to experiment with my violators & surroundings after getting violated to be shown the medicine. Once I processed everything & snapped out of my concussion/stupor & had money to I paid back the money to Steve years later (even though mind control was used on me to force me into the crime). I'm disgusted with the memories & am seeking justice for all of the violations to me & the Youngquist family.

**Battenburg's**- Part of me thinks that I was forced to go into the Battenburg's house, uninvited & while nobody was home while I was in high school or junior high but I cannot remember

because of my brain damage's symptoms. I have a memory of being there but don't remember enough to provide testimony.

**Robin Myers**- While in Macomb mind-control technology was used to force me to go into Robin's garage while nobody was home & while I was uninvited. I don't remember any details except that I might have been forced to steal an old hand rotary tool while I was getting sabotaged & interrogated.

**Sexual Violations**:

In the following section I will describe times when mind-control technology was used on my blank/concussed/tortured/victimized-mind to force me into different sexual violations/crimes while attempting to sabotage my life/respectability/reputation & my efforts towards becoming a contributor/designer/inventor/farmer & respected member of society. There have been times when I've been set-up as the violator & times that I've only been forced to be the victim but in this section I will describe times that I was set up as a violator. I am innocent of all wrongdoing in court & am pressing charges for being forced into these incidents. Constantly associating me to these negative actions has damaged my life continuously. I'm pressing charges for the others also:

**Brooke Armstrong**: While I was in a concussion-coma-type state of mind as a small child I was forced into a sexual-type-situation with my sister Brooke. It was after my first several severe head injuries had occurred. She approached me 1 day & asked if I would 'play house' with her in my parents' bedroom. I was in a mind-blank & agreed to play with her. When we got back there, she hopped up on the bed & laid down on her back. Mind-control was used on me to force me to hop up on the bed on top of her & start humping her (we both had clothes on). Seconds later I realized what was happening & I stopped immediately & left the room. I can remember yelling at her as if it was her fault & telling her "I'm never playing house with you again".  I'm pressing charges on whoever is responsible for using mind-control on me that day. I believe they were sabotaging me as they were testing my reaction time. I'm pressing charges for me & my sister (she was 5 years old or younger).

**Sarah Armstrong:** Twice in my life my brain has attempted to remind me of an incident that potentially happened during my childhood between Sarah & I while I was so hurt that I was basically brain dead & while I was getting controlled & violated by a mind-control violator. I don't remember if this happened or if it did not happen but if it did happen I don't remember the details enough to write testimony about it other than the following: somehow my sister ended up either under or on top of me & I was forced to hump her briefly as my violator turned my personality into a sexual-deviant-personality-type as we were fully clothed. If it happened I don't remember how the incident started nor stopped.

**April Cerar**: 1 night I was at the Bijou Pub in Monmouth drinking alcohol. I ended up talking with April & we decided to go outside to smoke. Somehow, we ended up in my vehicle smoking when mind-control was suddenly used to force my hand towards her private lower parts as she

was wearing a skirt. When I noticed what my hand was doing, I stopped it before I touched her. I apologized for the incident to her but am pressing charges on whoever was using mind-control on me to force me to do that while attempting to sabotage me & my respectability. I'm pressing charges for me & for April.

**Katie Grant & Katie Mahoney**: As a small kid & after all of my worst childhood head injuries I stayed at my Aunt Judy's house 1 night. My cousin Katie had her friend Katie Grant over to stay the night. I can remember us crashing on the couch after a day of swimming & whatever else. We were watching movies while attempting to fall asleep & I couldn't sleep. I can remember a thought crossed my mind wondering what female breasts felt like as I was watching an actress with bust (both Katie's were busty also). As soon as that thought crossed my mind mind-control was used on me to force me to get up & pinch a breast of each 1 of them. I am pressing charges for being violated, sabotaged, abused & the neglect that led to the situation. I am pressing charges for both Katie Mahoney & Katie Grant.

**Brenna Kessinger**: Brenna was my first girlfriend for a couple weeks in grade school. I don't think she had any knowledge of my injuries nor that I get violated/controlled with mind-control nonstop & I wasn't well enough to ever tell her. I don't know if I remembered that I was hurt yet nor how I was hurt (it took me quite a while to remember my childhood fully (not till after college (13 years later). She was my 1st kiss. The 1st & only time we kissed she was in a bikini swimsuit. I was in a concussion-coma-type state of mind & mind-control was used on me to attempt to strip her bikini off as we were kissing. I am pressing charges for being forced into that part of the incident. I'm pressing charges for her.

**Chad, Derek, Drew & Janae Robertson**: The Robertson's were 1 of our family friends as I was growing up. Our family spent a lot of time with their family. Specifically, Sarah & I shared a lot of time with Janae & Drew. I was severely injured as a young child. I found Janae attractive as a young child & considered her for my 1st love. At some point in time, after all of my most severe childhood head injuries, I was staying the night at the Robertson's. Chad, Derek, Drew & I were in sleeping bags watching a game or movie on their tv room's floor. As usual, I was not able to sleep & up after the other kids fell asleep. I can remember a thought crossing my mind wondering how I was doing at growing my penis compared to the other males my age. It was a quick thought that I was forced to deal with probably because of all the 'black dick & big dick' stereotype talk I had to hear about & witness as a child (my surroundings made it a focus for an unknown reason to me). I can remember as that thought was crossing my mind, the same thing that happened with Katie Grant & Mahoney happened with the Robertson guys. Mind-control was used on me after that thought crossed my mind to force me to reach over & pinch each 1 of Chad, Derek & Drew's penis's. Before & as I was being forced to reach towards Drew, he suddenly got a huge smile on his face & started squirming as if someone was tickling him. As soon as I was forced to pinch Drew, I was allowed to snap out of it for about 1 second (I believe to be tested by my violator/violators). I was in a shock state after being forced to do that & remained in shock, quiet & scared. I was then almost instantly mind-blanked & mind-controlled again & forced to repeat the pinch on Derek & Chad. I believe if I had taken off running & screaming or been able to react somehow I wouldn't have been forced to violate Derek nor Chad

but I was much to hurt to react. Derek didn't move but Chad woke up & asked me what I was doing but I couldn't respond because of the mind-coma/shock-state I was in. He then told me to go to bed. The next day my Aunt Chrissy scolded me & told me not to do that again & once again my mind state didn't allow me to communicate to tell her that a mind-control violator caused the incident (I was hurt bad enough that I couldn't verbally communicate/process nor react-to conversation reliably). - Another incident was when we were at the Ozarks with the Robertson's, Ischer's, Youngquists, Watson's, Murdock's & possibly more. I can remember swimming in a pool with all of the kids & swimming between Janae's legs as we were all swimming. After we were done swimming it was as if I was being punished by a mind-control using punisher. Janae somehow ended up sitting on my lap as we were sitting around everybody & in a mind-blank I was forced to hump her for what seemed to be several minutes in front of everyone. I think Janae probably had mind-control used on her to force her to sit on my lap because we were never close like that. - Another incident worth noting was when I was staying over visiting Drew at his house. Mind-control was used on me to force me to jack-off possibly multiple times (I don't remember this enough to detail). - Another incident happened involving Drew while we were playing tackle football. I was severely injured after being murder-attempted at Monmouth Park, getting hurt at the farm & being violently abused while playing childhood football. I tackled him while playing with severe head injuries & must've mind-blanked for a second. As I had him on the ground I suddenly snapped out of a mind-blank to realize I was humping him while on top of him on the ground. I immediately stopped once I realized what I was doing. I don't know if this specific incident was forced on me by my mind-control violator/violators or if it was a result of being severely injured. I am pressing charges for being forced into all incidents & for all losses suffered by me & everyone else because of getting violated with mind-control (&the violations/injuries/neglect that led to the sabotaging situations).

**Corey Sprout**- As a small child & after I had already been through my most severe childhood head injuries, I was staying the night with my cousin Corey at my Aunt Ann & Uncle Ben's. We always had fun together & were usually physical/rough with one another while we'd play football (I'd take it easy on my younger/smaller cousin but would still throw some weight around with him). My aunt had a sectional couch in her basement that we could put all the pieces together & make a wrestling ring out of the couch. I enjoyed the good exercise as we wrestled & Corey seemed to have fun. 1 of the nights we were doing that, mind-control was used on me to pin him down & hold him there. My mind went blank as I had him pinned & I started to hump him until I realized what was happening & immediately stopped. It was during a time when I was severely hurt & suffering from the worst kinds of head injury symptoms so I don't remember if I thought mind-control was used to force the violation or if it was a result of my injury-symptoms. My Uncle Ben saw what happened & walked away appearing in shock. I am pressing charges for the violations/neglect leading to the incident. I'm pressing charges for Corey. If mind-control was used to force the incident I'm pressing charges on my violator/violators.

**Liz Vanfleet-** While I stayed with the Hennenfents in high school 1 time Tielsen (Adam's sister) had her friend Liz Vanfleet over there. I was sleeping on a loveseat. Somehow Liz ended up on the loveseat for a short time & mind control was used on me to rub my erect penis against her body. Clothes were on me & clothes were on her but regardless I am pressing charges for me

getting forced into the incident. I'm pressing charges for the violations/neglect that led to the incident.

**Kim WIU**- While in college I was with my friend Adam Hennenfent. He had a girlfriend at the time named Kim. I can't remember Kim's last name. Kim had a skirt on & was in the back of my truck as I drove us somewhere. It was Adam, Kim & possibly another 1 or 2 people (I can't remember) with me. As I drove mind-control was used on me to turn me around & force my hand to move towards Kim's private area in front of everyone. I stopped my hand once I realized what was happening before I touched her but it was humiliating. I am pressing charges for being forced into the incident by a violator using mind-control & the violations/neglect leading to the incident. I'm pressing charges for Kim & Adam.

**Hannah Youngquist**- The Youngquist's were 1 of our best family friends. We spent quite a bit of time with them. My sisters & I are around the same age as Zack, Hannah & Carissa. 1 time when Zack & I were at his house with Sarah & Hannah, mind-control was used on me to ask them to "play house (the same thing Brooke had asked me when we were kids & the incident with her happened). It seemed as if mind-control was used on all 4 of us to take us to a set of bunk beds in their home as I was mind-blank (I was severely injured at the time). Zack & Sarah went up to the top bunk & Hannah & I laid down on the bottom bunk. Mind-control was then used on me to start humping Hannah until I was allowed to snap out of it & realized what was going on (we both had clothes on). Sarah was up in the top bunk laughing with Zack. I was probably in 4th or 5th grade when this happened. I think my mind-control violator/violators were making fun of us while forcing the incident. I'm pressing charges for being forced into the incident & for the violations/neglect leading to the incident. I'm pressing charges for Hannah.

**Kristen (Alex Fox's)**- 1 night I was at my father's house by myself drunk. An unknown phone # called me & mind-control forced me to answer the phone & communicate to Kristen while I was mind-blank & being violated by a mind-control violator (at that time I wasn't willing to answer unknown #s that would call my phone). Kristen was dating a new potential friend of mine named Fox & is now the mother of his child. I have never shared time with her by myself in my life, never communicated with her & never intended to. When she called, she asked if she could visit my house & smoke with me. When she visited, she laid on my bed & she had a smoke before mind-control was used on me to force me to begin kissing her & eventually feeling her private area with my fingers. Luckily after a short time she stopped us & left. I'm pressing charges for being forced into the incident by a mind-control violator. This was another sabotage-rape I was forced into by my violator/ violators. I'm pressing charges for the neglect that allowed/caused this situation.

—

## Violations involved with my private life

My private/personal life has been getting violated/sabotaged, I've been getting interrogated with mind-control/communication-technology & been getting controlled/sabotaged for my entire life. My mind gets spied on & they use mind-reading technology while controlling/altering my feelings/functionability /reactions/senses/thoughts/words/speech/personality/functionability.

They control what I say, when I say what, which alter-personality what I say gets said in, my actions with a conscious mind & my actions without a conscious mind, etc. One of the big portions of my court case is me being violated, sexually, by a mind-control using psychopathic violator. They control when I can function sexually (when I become erect, when I lose my erection's & when I ejaculate) & have used my sex life to torture me for my entire life. They also induce sexual feelings/ thoughts before blanking my mind & forcing sexual actions (usually forcing me to jack off while mind-blanked). Before my injuries & while I was in superb physical condition as a young child, I felt that I could & would have been able to prove having control over all of my body functions (including when I become erect/ejaculate/fart/burp/urinate/poop/sweat, etc.). I could control when I grew my penis (I used to be able to grow it past my knees & when I got an erection at will & could occasionally get it over my head. I used to be proud of being able to do so & I'm bringing this to the attention of the court because my violator/violators have destroyed my health & used my penis's health/ functionability as a weapon to torture me for my entire life. Ever since my injuries I've lost control of myself & anytime I practice controlling myself I notice getting violated & forced to fault. Mind-control has been getting used on me to constantly violate me only to damage me & my character/respectability/health. Almost every day of my life since I've been 5 I've been forced to either jack-off & ejaculate, just jack-off or just ejaculate while being mind-blanked & mind-controlled. I've only dated 3 women where our time together lasted for more than one incident. All 3 women were intentionally disrespectful towards me instantly & then I was mind-blanked/mind-controlled & forced to spend my time with them from then until our relationships ended. My mind was completely blank for my entire time with both Selina Goddard & Melissa Patterson because of my severe head injuries & getting violated with mind-control. I couldn't process, react, speak for myself nor remember as I was being controlled/exposed/exploited/violated/sabotaged/tortured & forced into situations where the only cognitive functions that I was allowed to have was being able to observe & occasionally think to myself. My short & long term memory loss is restless so I instantly forget details regularly & often times I'm not cognitively processing verbal communication from others in the first place because my mind's loss of ability to "walk & talk at the same time". While with Morgan I was in the same state of mind & being controlled/violated/sabotaged/etc. the same way. Cognitively I was only allowed to observe while with Morgan but a couple of times I was able to 'wake-up' & begin processing cognitively again but for only a couple minutes at a time every couple months until her or someone else's abuse would upset me enough that I'd instantly mind-blank back into a less able state of mind. Those couple minutes each time were long enough to realize that I was being raped, tortured & taken-advantage of. It seemed to me that Morgan was weaponizing her abuse intentionally to blank my mind. While violating me with mind-control-technology they obviously & certainly have me under illegal surveillance & have been spying on me. I'm pressing charges for myself & all other victims.  To me it seemed as if Morgan Ray, Selina Goddard, Tara Vanfleet & Melissa Patterson were all aware at one point or another that they were going along with willfully raping me. The following are examples of me getting violated while

attempting at having physical/romantic relationships or while getting forced into the relations by a mind-control violator that blanks & controls my mind:

**Caroline Prince**: Caroline moved into the house next door around 4th grade. Not long after being introduced to her, I introduced her to my cousin Aaron & they began dating. I considered Caroline a friend & enjoyed having the Princes as our neighbors. At some point in time, Caroline's family started inviting our family up to their lake house in Wisconsin. Aaron went up there with us 1 time. I am pressing charges for a few incidents involving Caroline. I'm unsure the order of when the incidents happened because of how severely hurt I was. The first 2 incidents happened at my father's house. I was given a digital camera at some point in my life as a gift. I was excited because I enjoy photography & using our newest technologies. Mind-control was used on me while I was in a concussion-coma-type state of mind 1 night to force me to allow Caroline to visit me at my house. I would have never done that because she was dating my cousin Aaron but was mind-blanked/sabotaged. When she showed up, I think we exchanged back massages but I can't remember. I showed her my digital camera & before you know it she was stripping for me as I was forced to take pictures of her while I was mind-blank & a mind-control violator was blatantly controlling my mind while I was basically unconscious & not processing/remembering anything. I have no recollection of how Caroline was invited to my house/bedroom. My dad then instantly came upstairs after Caroline left & took the camera as if he knew what happened. For the next incident the same thing happened & somehow Caroline ended up visiting me while I was in my room upstairs. Once again, I don't know how she was invited there I just remember suddenly processing she was in my room but having no memory of anything else from my life or our past (for example, I had no memory that she was dating my cousin nor memory that I planned to not have a relationship with her). I remember her & I exchanging back-massages & then beginning to kiss before she decided to leave. The next incident was on our drive up to Wisconsin. I was riding with the Princes & mind-control was used on me to force me to feel Caroline's breast as I was trying to fall asleep in the car. It felt as if someone froze everything but my arm & moved my hand up her shirt as I was laying down next to her & on her lap. They had me feel her breast for several minutes before falling asleep. When they did this to me it seemed as if they let Drew Robertson use mind-control on me. I can't remember which personality they turned me into but I remember being made to feel as if I turned into somebody from my life for the incident. Her father, Tom, adjusted his rear-view mirror to watch the incident occur. It's never been spoken of since. I was humiliated/sabotaged. I believe the incident on the way to Wisconsin happened after 1 or both of these incidents in my bedroom. I remember thinking I was forced to feel her boob because I had realized that I had been taken advantage of & forced to be physical with her. I also was forced to wonder if I was forced to engage in that activity with her for a child/disabled/rape-porn because I thought of my invention for the new fish-farming boats & her father owned a boat building company. I am pressing charges for being forced into all of these incidents with mind control & for my personality/respectability being sabotaged. I am pressing charges for them intentionally disrespecting my friendship with Aaron. Also, at Caroline's wedding, mind-control was used on me to smoke&drink me to a blackout state of mind which I am pressing charges for. I blacked out less than an hour into the reception & have no recollection of anything until on the way home

when my sister was driving me home as I was almost vomiting in the back seat of her car. I'm pressing charges for Caroline & her family as well.

**Stacey Darin**: Stacey dated my friend Corey Champion. I had hung out with Corey & Stacey on multiple occasions. Somehow I ended up with Stacey's phone number & mind-control was used on me to force me to have a phone conversation with her as I was mind-blank. I can remember having a 3 or 4-hour phone-conversation with her that felt to me as if I was being talked for as I was forced to just listen (but not process/remember/react-to anything). After the phone conversation the next time I was around Corey & Stacey was at my house. Mind-control was used on me to suddenly force me to start kissing her & stripping our clothes off in front of Corey. Corey appeared shocked & then began to join the sexual experience I was forced into. Almost instantly we were all naked & Corey & I were being sexual with Stacey. It wasn't long before I snapped out of it & realized what was going on. I instantly left the 2 together for the rest of the night & they were gone the next time I checked. I am pressing charges for being forced into the phone conversations & the shared sexual experience. Years later I was then at Dairy Queen with Aaron & other people before 1 of our high school football games. Mind-control was used on me to force me to tell them that Corey & I had a threesome with Stacey (we did not both have sex with her, I did not have sex with her & I don't know if he did) in a petulant personality that was definitely forced on me by a mind-control using violator who was sabotaging my personality/r respectability. I am pressing charges for them sabotaging my personality & forcing me to lie to the people I was around.

**Selina Goddard**: I met Selina in high school. My freshman year we started dating while I was in a concussion-coma-type state of mind & severely hurt. I met her the year that the 4wheeler flipped & landed on my head on the hard-road so I was in bad shape with a blank & concussed mind. Mind-control was used on me the entire time I had a relationship with her & only to humiliate/sabotage/torture me. Mind-control was used on me to never allow me to function sexually (to my potential) despite many attempts. Mind-control was used on me to suddenly attempt to straddle her while we were attempting to have sex (the same thing Jude Law does in the movie 'Immortality' which includes a scene I suggested in my second-grade class that I explain further on in this document). The straddling act was a forced sabotage violation against me while being sexual with Selina. & it startled/worried her. - Mind-control was used on me to continue having a relationship with her after she intentionally offended/disrespected/insulted me multiple times which would've ended our relationship had I been conscious & able to react/communicate/process.  Our first time together was consensual but every time after that was forced upon me. Mind-control included forcing me to have sexual relations with her every time we would see each another while I was mind blank. During our sexual relations I was forced to sit there & not move for almost all but 2 of our shared sexual experiences. The time I was forced to have sex with her after being forced to give Aaron permission to watch & the sex I was forced to have with her on my 16th birthday were the only times I was allowed to move at all during our sex together. Mind-control was used on me to wreck us on a 4-wheeler (I explained in more detail earlier in this testimony). Mind-control was used on me to have a mental-health breakdown at Family Video with her, Aaron & Corey (described in more detail earlier in this testimony). Mind-control was used on me to force me to pull out a nail-care knife as a guy

kicked me out of Monmouth College while visiting her (described in more detail elsewhere in this testimony). Mind-control was used to sabotage my personality the entire time I shared with Selina. Mind control was used on me to force me to show a topless picture of her to guys I was working with at Trulson Construction (described further along in this testimony). Her face wasn't in the picture but I'm still pressing charges for the forced upon me violation. I'm pressing charges for Selina being subject to me as I was being violated/sabotaged/neglected. I'm pressing charges for being violated/neglected/sabotaged/ abused & the neglect that continually keeps me in these situations. - While with Selina I was being violated nonstop. As she was having sex with me she asked me to 'talk dirty to her' & when she did so my violator that uses mind-control technology on me instantly took over blatantly & sabotaged me as they were making it clear to me they were blanking my mind to force me to have sex with her.

**Michelle Goodlaxin**: While in high school I was dating Selina for a short time & her best friend was Michelle. For prom my freshman year, Selina took me with her & then out to our friend's house. He had a hot tub & all of us were in the hot tub (8 of us). Before we got in the hot tub, mind control was used on me to force me to dance with Michelle while I was in a concussion-coma-type state of mind from all of my severe head injuries. During that specific violation my violator/violators made me think they turned me into my mom. We all got in the hot tub soon after. While in the water Michelle approached me & began being sexual with me. Mind-control was used on me to go along with it & kiss/feel her back while I was mind-blanked (or she caught me while I was unable to function because of my disabilities). I didn't realize what was going on nor that the other 6 people, including Selina, were sitting next to us during that moment. Mind-control was then used on me to get out of the hot tub & start yelling at myself for faulting (a disabled/mental breakdown). I am pressing charges for all of the violations towards me & for being forced to expose the others to me as I was being violated/sabotaged & disabled. A week or so later, Michelle got into a car wreck that killed her younger sister. I'm pressing charges for everyone because of the negativity constantly caused by my mind-control violator/violators & the neglect I've been constantly debilitated with.

**Kalista Hedges**: Kalista & I were the same age in school. She went to Monmouth (my hometown's school that I never attended & that wasn't in our conference) & I had met her in junior high. In high school there were 2 separate incidents when mind-control was used on me to violate/sabotage me that involved Kalista. The 1st incident happened at the Champion's house. I was in a concussion-coma-type state of mind & had a bunch of people out to our farm. It was late at night when I was forced to drive Kalista, Justin Haase & I to the Champion's. The Champions were on a family vacation. Mind-control was used on me to take us there & for me, the entire night was an out-of-body-type-experience (I was severely hurt at the time). It felt as if I was a camera following the 3 of us from an overhead/behind view for the entire time we were around each other. When we got to the Champion's, Haase went into a bathroom & began to vomit. He stayed in the bathroom vomiting for the rest of the time we were there (alcohol induced). Kalista & I then went into Scott & Janice's room & attempted at starting a sexual experience together. Mind-control was used on me force me to take us there, force me to start the sexual experience with her, force me to be unable to function sexually & then end the sexual experience with her immediately. I don't have any recollection past that & I believe I was child/disabled/

humiliation/torture-rape-porned. I am pressing charges for myself. I'm pressing charges for the Champions & for anyone else who was violated. Mind-control was then used on me the following day while still in a concussion-coma-type state of mind to force me to tell the employees who Haase & I were helping work on my dad's house with that Haase & I went to have a threesome with her & that I had sex with her as my personality was being intentionally sabotaged by my violator/violators. I am pressing charges for being violated by my mind-control violator/violators & forced to run my mouth about it (personality/respectability sabotage). I'm pressing charges for Haase & Kalista.

Another incident involving Kalista was at her house. I was at Lake Warren with Corey Champion who had several people out there at his cabin. Kalista was out there & the cops showed up. There was underage drinking going on & Kalista nor I wanted to have involvement with the police at that time. We left the house & walked to the empty neighbor's house who I knew (the Long's owned it but nobody was home). Once the place cleared I drove Kalista back to her house. Mind-control was then used on me to force me to go into her house with her & again attempt at a sexual relationship that ended up not working as I was mind-blanked & having mind-control used on me. I would have never attempted at a relationship with her because of my knowledge of her relationship she was in with someone else from the area but I didn't get the option to not as I was getting controlled/violated. I am pressing charges for getting violated/sabotaged/neglected. I'm pressing charges for Kalista if she was violated & because of having to now be named in this testimony.

**Mary Johnston**: I went to grade school with Mary & an incident happened involving her during high-school when mind-control was used against me to blank my mind & force me to kiss/feel Mary. She had just informed me that she recently was in a sexual relationship with others when my mind was instantly blanked & I was forced to kiss her as a form of punishment/torture/disrespect (she had told me she just gave blowjobs to a half dozen different guys at once). I'm pressing charges for being violated/sabotaged/neglected. I'm pressing charges for Mary having to be a part of this testimony now.

**Hilary Leary**: Mind-control was used on me 1 night during high school to have a brief sexual experience with Hilary. I was in a concussion-coma-type state of mind & was forced into the incident by my mind-control violator/violators. Hilary was a girlfriend to a couple different friends of mine & had I been able to process/react/control I wouldn't have shared time with her. I was at my house when suddenly she showed up at my house & we began being sexual with each other. I don't know how she ended up at my house & didn't process anything that had happened until after she left. I have no recollection of ever communicating with her as an individual in my life & believe mind-control was used to force me to unexpectedly welcome her to my basement & begin being sexual with her. I'm pressing charges for getting violated/sabotaged & the neglect that led me into the situation. I once again think I was getting child/disabled/sabotaged while under illegal surveillance & this is another example of an incident occurring that wouldn't have without my head-injuries' permanently damaging effects or if I had been settled in court & living with my rights/medicines.

**Melissa Livermore**: I met Melissa when I was in high school while I was in a concussion-coma-type state of mind from my head injuries. Melissa & I had shared time together on a couple of occasions & talked on the phone a couple times. Mind-control was used against me to violate & sabotage me every time I attempted to communicate with her both over the phone & in person. Mind control was also used on me to not allow me to function sexually with her when we attempted to be sexual with one another. Mind-control was then used on me to take Brenna (her cousin who was my 1st girlfriend) to eat while I was dating Melissa. Brenna & Melissa were cousin's & I had planned to tell Brenna about me dating Melissa & gain some insight/help/support in doing so. I couldn't communicate with Brenna at the time because of being so hurt or because I was getting violated/blanked with mind-control & the cousins took it the wrong way. It ended my relationship with Melissa. I am pressing charges for being violated/sabotaged & the neglect that led to me being violated/neglected. I'm pressing charges for all of these innocent bystanders for having to be involved in my court evidence.

**Melissa Patterson**: Melissa & I met while I was in high school. Throughout our entire time together I was in a concussion-coma-type state of mind from my severe head injuries. The first night Melissa & I shared time together, we were out at my father's farm. Mind-control was used on me to force me to show her my penis in front of everyone there. When that happened (several people were around) everybody instantly left except her. Mind-control was then used on me to begin to have sex with her & then mind-control was used to end our very brief sexual experience together. Melissa & I continued to see each other for another few months & I was forced to share myself with her for all of it by my mind-control violator/violators. After we had sex a couple times she informed me that she had the std 'HPV' & that she had genital warts because of the disease. She also informed me that the disease was contagious & that I would probably had the disease now. As she was telling me this, mind-control was used on me to begin another sexual experience with her that was ended by mind-control. Mind-control sabotage & my disabilities weren't allowing me to communicate well enough at the time which made attempting to start & be in a relationship impossible. Mind-control techniques were continually used to disrupt & disrespect my attempts at a physical/sexual relationship despite the attempts being forced on me and nonconsensual on my part. I wouldn't have attempted at continuing a relationship with her if not for being mind-blanked & mind-control-violated because she almost instantly informed me about all of her healthy x-boyfriends in a disrespectful attitude but I didn't get the choice but to continue spending time with her while being forced to share myself with her as I was violated/sabotaged/tortured. Soon after she informed me she had relations with her x-boyfriend which finally ended our relationship. I then began going to Macomb to see friends & eventually living there for college. Melissa also lived in Macomb while attending WIU. While there, I had completely forgot about our past together (my injury symptoms) & had another couple of relations with her that were disrupted/disrespected/ sabotaged/forced-on-me with mind-control. I am pressing charges for all violations to me. I'm pressing charges for being sabotaged. I'm pressing charges for the neglect of my lifelong court case that continually keeps me in these situations. I'm pressing charges for being mind-blanked & forced to take insults by a woman as I was forced to share myself with her sexually. I'm pressing charges for her being exposed to me as I was getting violated/sabotaged & constantly faulting from my injuries/medical neglect. I'm

pressing charges for being given HPV as I was in a concussion stupor & getting violated/blanked with mind-control.

**Christine Patterson**: I met Christine Patterson while I was in high school. 1 day, my friend Ryan Condreay & I hung out with his now wife, Katie, & her cousin Christine. Mind-control was used on my concussed-mind to sabotage my personality in front of her. When we picked them up & drove wherever we went (I can't remember) I blared the same song from the radio on repeat the entire drive while in a mind-blank. I don't remember what all we did together but remember eventually being in my father's basement on the couch. The basement didn't have a bathroom & I remember I had been urinating & vomiting in the sink & the place probably smelled horrible (I wasn't able to smell anything at the time because of my head injuries). I remember Christine sitting on my lap while I had an erection for the entire time we were down there as we watched something on the tv. I couldn't communicate & felt as if I was being frozen, physically. I am pressing charges for being violated/humiliated/ sabotaged while attempting to share time with Christine. I'm pressing charges for the neglect that keeps stealing from my life. I'm pressing charges for them being subject to me while getting violated/neglected/sabotaged & for having to be around me while I was so disabled/debilitated.

**Casey Shepard**: Casey & I met in high school & I am pressing charges for several incidents involving her. I was first introduced to her when she was dating my cousin Aaron. Mind-control was used on me during our very first introduction from Aaron. I was forced to flirt with her during our introduction by my mind-control violator/sabotager. They made it seem as if I turned into my mother for the specific incident & forcing symptoms (including dissociative identity symptoms) is one of the techniques they constantly use against me. I'm pressing charges for getting violated.

The next incident was at my house when my friend Adam stopped by with his girlfriend & Casey. Casey & his girlfriend were friends. Mind-control was used to blank my mind for the entire incident & walk the 4 of us upstairs to my room where we all laid down. Casey laid down with me on my bed & Adam/Steph laid down on a pull-out couch I had on the floor. Mind-control was used on me to force me to allow her to give me oral sex & kiss her that day. Mind-control was also used to force me into verbally saying "fuck Aaron" as the incident was occurring. I'm pressing charges for being violated/sabotaged/abused/tortured/neglected.

The next incident was while a bunch of us were out on my father's farm. Mind-control was used on me to somehow place me in a separate shed from everyone else that had a bathroom. I don't know how or why but Casey was in there & began approaching/seducing me sexually. Mind control was used on me to force me into having very brief sexual intercourse with her that was ended by mind-control. I'm pressing charges on my mind-control violator/violators for violating/sabotaging/abusing me. I'm pressing charges on my elders along with the legal, law enforcement & medical systems for neglecting me. If Casey knowingly went along with raping me I'm pressing charges on her otherwise I'm pressing charges for her having to be named/involved in this testimony.

Casey also attended WIU in Macomb & on 1 occasion there, mind-control was used on me to force me to have another very brief sexual experience with her as I was being mind-blanked, mind-controlled & sabotaged. For this incident I remember suddenly waking up out of a mind blank enough to realize that Casey & I were on the floor of the apartment's hallway kissing one another as she was saying "no". I then don't remember anything until later on that night waking up from another mind-blank to realize that she was on top of me & beginning to have sex with me in my apartment. I don't remember anything after that. I'm pressing charges for being violated/sabotaged/ abused/neglected/tortured. If Casey knowingly went along with raping me I'm pressing charges on her otherwise I'm pressing charges for her having to be named/involved in this testimony.

Later on in life I ended up at her apartment while she was living in Galesburg while in a mind-blank & not getting the option to make decisions for myself. Mind-control was used on me that night to put me at her apartment & then attempt to lay with her. Luckily she had me go to sleep on the couch while I was in my concussion-coma-mind-controlled state of mind/stupor. Casey was Aaron's girlfriend & I am furious about each incident (Aaron is my cousin & I've always wanted to be a loyal best friend to him). I'm pressing charges for getting violated/sabotaged & forced into each incident. I'm pressing charges for the neglect that ultimately put me into these situations. I'm pressing charges for everyone else getting negatively affected by these forced violations to me & for now having to be part of this testimony evidence for court.

**CharliJo Haase**: I remember being at the Bijou Pub 1 night when I was unwell because of opiate withdrawal symptoms & while struggling to recover from my last head injury & the mental-torture I just endured. I was delirious because of how poor of health my feet were in at the time also. I crossed paths with a young lady who is now married to my friend Justin Haase named CharlieJo. I don't remember anything from that day & am unclear of when this happened but remember upon meeting her with whoever I was with (I can't remember) that they forced me to speak "Charlie is dead" while talking about the diseased dog I was given by Morgan & her sister. The statement is something I never would have said & is another example of how I'm constantly sabotaged by a mind-control using violator. Later that night I remember snapping out of a delirium suddenly to realize I was kissing Charlie @ a sorority house in Monmouth & us getting kicked out of the house for being sexual with each another.  We then went to my house & I then remember showering with her & kissing her & taking her home the next day. I was out of it & wasn't able to decision make. Mind-control was used to force me into the situation/incident. I remember when I woke up to take her home that I suddenly had a massive zit on my face that was disgusting (I'm poisoned with allergens & intentionally forced to always have disgusting acne by my violators & neglectors). I know I wouldn't have engaged in relations with her because of knowledge of her relationship with a school-mate of mine & I'm pressing charges for the neglect that keeps me getting sabotaged/violated.

**Kayla Clevenger**: While in Macomb 1 night mind-control was used on me in an incident involving Kayla Clevenger. Kayla & I began kissing as we were drinking. Later in the evening while I was in a mind-blank & getting violated with mind-control we attempted to have sex. Mind-control was used to force our attempt at a sexual experience together to fail. I am pressing

charges for being constantly violated/neglected/humiliated/sabotaged & for the damage it causes to my life. This is another example of getting violated to hurt my reputation/respectability/chance at a future with another potential relationship. This is another example of when I was raped by my mind-control technology using violators with an innocent bystander (at least I believe she innocent). I'm pressing charges for having to include this information & other similar information in my testimony because of being sabotaged/violated forcing me to put people into evidence that they shouldn't have had to be mentioned in. Kayla was a girlfriend of someone I was attempting to be friends with & this is another example of how my violators destroy my respectability.

**Tara Vanfleet:** Mind-control was used on me to have brief sexual intercourse with Tara while I was in a concussion-coma-type state of mind & getting mind-blanked/violated with mind-control technology. Tara is another one of my cousin Aaron's girlfriends that I was blanked & forced to share myself with (I noticed my violators have a fetish with raping me with my people's girlfriends when I planned to always be loyal non-betraying friends to them). To my knowledge she was still with my cousin, Aaron, at the time. I was tampered with to not be allowed to function, which has been a torture technique that's been used on me for my entire life. I believe I was date-rape-drugged & wasn't able to function cognitively for the incident. Aaron & I were staying the night at Tara's apartment. Aaron had fallen asleep & Tara ended up having sex with me while I was basically unconscious in the middle of the night. Once again mind-control was used to make the sex last less than 2 seconds. I was asleep & suddenly woke up by Tara or with mind-control technology. When I woke up, I was completely mind-blank & unable to process/function. Tara led me into her room while I couldn't do anything but observe. Our clothes went off & she got on top of me for a second then I don't remember anything afterwards & didn't remember anything that happened for months/years. I'm pressing charges for getting violated /sabotaged & for the neglect that keeps me without my rights/medical treatments. I'm pressing charges for anyone else who was violated.

**Whitney Harris**: While at WIU & living in Macomb mind-control was used on me to force me into a situation that I am pressing charges for involving Whitney Harris & Ryan Condreay. Whitney approached me & told me she wanted to have sex with me as we were in a group of people. Mind-control was used on my concussed-mind to communicate for me & force me into the following incident. I was then forced to tell her I didn't want to have sex with her unless Ryan was with us (which is something I wouldn't have wanted nor ever said). She told me she just wanted to have sex with just me & I again was forced to tell her only with him. Mind control was then used to force me to go into a bedroom with her & we began engaging in sexual relations when I wasn't willing. Ryan ended up in the room joining us & as he joined us I continued attempting to please Whitney for a brief moment before leaving the room. This incident is another example of mind-control getting used to blank my mind & illegally torture-porn me while under illegal surveillance (since they were using mind-control on me I know I was being spied on). I'm pressing charges for getting violated/sabotaged & for the neglect that forced me into the situation. I'm pressing charges for Ryan & Whitney for having to be a part of this evidence now.

**Jessica Brunswig**: Jessica & I met while I was in Macomb at WIU. I am pressing charges for an incident with Jessica because I was violated with mind-control technology. Mind-control forced my blank/concussed-mind to lay with Jessica 1 night & start sexual intercourse with her that was stopped instantly with mind-control. I am pressing charges for being raped with Jessica, violated/sabotaged/ & the neglect that ultimately led to another forced & sabotaged sexual experience. This happened after I was told she slept with someone I went to high school with & I was forced to cry in public about it by a violator using mind-control technology. I'm pressing charges for Jessica having to be a part of this evidence now.

**Morgan Ray**: Morgan & I met in Colorado when I went on a vacation with Tyson Rogers. He was close friends with her family & we were driving from Illinois to Texas to Yellowstone National Park. Morgan's family was in Colorado on vacation & going to a concert at Red Rocks. Mind control was used on me during that vacation while I was in a head-injury stupor & I am pressing charges for getting violated (details provided elsewhere in this testimony). A couple years later when Morgan turned 18 mind-control was used on me to send her a message on Facebook asking if she still was interested in dating me (I was told back then that she wanted to date me). She said she was & we began seeing 1 another. This was in September or October of 2008. I was in a concussion-coma-type state of mind at the time & getting violated with mind-control but continually forgetting everything because of my disabilities & getting violated. After a week or 2 of getting to know Morgan, who had been seeing several guys from Monmouth college & her home town, I decided it wasn't a good time for us to be dating because of her relationships with her other friends. She also had posted a picture of her with someone else on social media as we were together in that first couple weeks. I ended our relationship after a short week or 2 without having engaged in sexual relations with her. Mind-control was then used on my blank/brainwashed/concussed/being-violated-mind to force me into dating Morgan again & keep me mind-blanked & forgetful of her constant & intentional disrespect/abuse for the next 5 years. From then on mind-control was used on me to force me to share time with her all the way through 2013 & communicate with her several times after that. It's as if I would only wake-up-out of my mind-blank every 6 months or so & for only a brief moment before getting completely blanked again. I remember waking up on multiple occasions & realizing I was with Morgan who had disrespected/offended/abused me horribly nonstop. I would try to be civil/respectable about being out of it from my head injuries & that our relationship needed to end. Every time I attempted to talk about this with her my mind would go blank again & would end up sharing time/sexual experiences/my resources with her for another period of time. In that time, Morgan was horrible & mentally/physically/sexually abusive, nonstop. I was forced to engage in sexual relations with her from the years of 2008-2013 & I didn't want to (mind-control was used on me to force me to). Looking back on it I think that I was used to make a torture-porn-parody of the movie 50 first dates. In that movie Drew Barrymore continually goes blank while Adam Sandler attempts to make her life as good as possible. My mind would go blank nonstop but Morgan would be as disrespectful & abusive as possible while abortion/abusive/disabled/rape-porning me. I am pressing charges for being taken advantage of while disabled & for getting forced into a relationship with her that was detrimental to my life. I am pressing charges for my sex-life being tampered with & used against me the entire time. I'm pressing charges for getting violated/sabotaged/tortured/abused with mind-control for the entire time I spent with Morgan.

I'm pressing charges for being abused & taken-advantage-of by Morgan. I'm pressing charges for the neglect up-to, during & since being raped-with & abused by Morgan. - While with Morgan I was being violated nonstop. As she was having sex with me she asked me to 'talk dirty to her' & when she did so my violator that uses mind-control technology on me instantly took over blatantly & sabotaged me as they were making it clear to me they were blanking my mind to force me to have sex with her.

**Laura Anton**: Laura & I met after I finished with college. She had attended Monmouth College & was living in Monmouth after she graduated. I am pressing charges for an incident involving Laura because mind-control was used on me to force me into the actions. Laura & **Liz Kucharz** were out at Liz's 1 night & invited me to join them. There were a few more people out there with them. They had been drinking & were preparing for bed. They were both in a t-shirt & nothing else when mind-control was used on me to strip myself naked & join them in bed. Mind-control was then used on me to slap Liz in the face with my penis & then begin having brief sexual relations with Laura that included me kissing her & starting to give her oral sex. I am pressing charges for being forced into the incident with mind-control. I'm pressing charges for them having to be involved in my evidence now.

**Daphne Wilson**: Daphne Wilson & I met when I finished with college. I was living in Monmouth at my father's & forget how I was introduced to her. I am pressing charges for the 2 incidents when I spent time with Daphne. The first was at her house. Mind-control was used on me to take me to her house & force me to have sex with her while I was mind-blanked & as she was being mentally disrespectful towards me (speaking about her other relationships). The 2nd incident was at my father's & again mind-control forced me into a situation that I still have no idea how I ended up in. Daphne ended up at my house late 1 night & I believe we engaged in sexual relations before I fell asleep as I was in a mind-blank because of getting violated/controlled/neglected. While being forced to be sexual with her mind-control technology was used on me to force me to say "I bet you can't make me cum". I wasn't interested in Daphne romantically, sexually or otherwise. I didn't know her & still don't. I was nonconsensually forced to be with her I am pressing charges for being forced into both situations by a violator using mind-control. I'm pressing charges for being raped with Daphne. I'm pressing charges for being violated/sabotaged & the neglect that ultimately led me into these situations. I'm pressing charges for her because of having to involve her in this testimony evidence for court (I don't have knowledge that she was aware I was being violated with mind-control technology).

**Jennifer Coates**: Mind-control was used on me to force me into an incident that I am pressing charges for involving Jennifer Coates. I was at the bijou pub with several people I know. We all ended up back at my father's house after the bar closed when mind-control was used on me to force me to begin engaging in sexual relations with Jennifer. Mind-control also forced me to use the last of my pain medicine that I had before our sexual experience. I had 7 oxycodone pills & was forced to do them all at once (a technique they used on me often to steal my pain medicine from me (forced overuse)). I am pressing charges for being forced into a sexual experience with Jennifer & for being forced into using all of my pain medicine at once. My mind was blank & I was violated with mind-control technology & didn't get the option in anything that happened. I'm

pressing charges for being violated/sabotaged & the neglect that put me into the situation. I'm pressing charges for Jennifer having to be involved in this evidence.

**Ashley Norville**: I dated Ashley for a short time in 2012 or 2013 while I was unwell & attempting to recover from my lifetime of head injuries & abuse. While we were together mind-control was used on me to force me into having sexual intercourse with Morgan that ended our relationship. I'm pressing charges for being raped with Morgan. (I detailed the incident earlier in this testimony) On another occasion mind-control was used on me to call Ashley short & I'm pressing charges for being forced to verbally abusing her as my personality was being sabotaged by a mind-control violator. I'm pressing charges for being constantly violated/sabotaged & the neglect that keeps destroying my life. I'm pressing charges for her having to be involved in this evidence.

**Autumn Hughes**: I was at the Cactus (a bar) in Galesburg when I met a woman named Autumn Hughes. As soon as we met, mind-control was used on me to force me to hold this lady's hand as we were at the bar's concert & walking around. After leaving the bar, I was heading back home towards Monmouth. Mind-control was used on me to suddenly force me to make a U-turn & then drive me to Autumn's house (as she called & directed me). Mind-control was then used on me to take me up to her room & begin having sex with her. I didn't realize/process what was happening because of getting blanked with mind-control. Once I did realize what was going on, I stopped in the middle of our sexual relation & left. I had already been forced to ejaculate immediately when we started being sexual with each other with mind-control technology. Autumn is an overweight mother who I wouldn't be interested in having a sexual relationship with & I am pressing charges for being forced into the incident (I can't be with family-involved women because of my goals for myself, my religion & I'm unattracted to obesity). I'm pressing charges for being constantly violated/sabotaged & the legal/medical neglect that continually destroys my life. I'm pressing charges for Autumn for having to be a part of this evidence now (to my knowledge she was unaware I was being violated with mind-control).

**Molly Rose**: Molly & I went to high school together. She lived in Galesburg in 2017 when I agreed to go out with her to a bar & attempt to enjoy a night with her as friends. I took Molly home but then mind-control was used on my blanked-mind & forced me to begin kissing with Molly. I woke up & realized what was going & ended to our brief physical experience. I was only interested in Molly as a friend (part of me thinks we are probably relatives). I am pressing charges for being forced into the situation by a violator using mind-control & for the legal/medical neglect that continually destroys my life. I'm pressing charges for Molly having to be a part of this evidence now.

**Dorothy WIU:** Mind-control was used on me while in a concussion-coma-type state of mind & living in Macomb to have a brief physical encounter with a young woman named Dorothy while I was living at the trailer I was living in west of town. It was during a time when mind-control was being used on me & forcing me to jack-off my penis for pain relief & there was ejaculate all over the wall next to my bed because of me getting mind-blanked & continually forced to turn over in my bed & ejaculate on the wall instead of properly disposing of my waste (I didn't process that I had left a mess on the wall until years later). I think they forced me into ejaculating

all over the wall next to my bed because of the poor condition the trailer was rented to me in & the large amount of money they were charging me to live in the dump but that's only my guess (it was probably also an insult for my lifelong court case being unsettled & unsolved). I couldn't smell anything at the time because my sense of smell wasn't working (because of my head injuries) but I know that the place was filthy & the room had to smell terrible. Dorothy visited with her friend Steph who was dating my friend Adam. I laid down on my bed with her & started kissing her & was instantly forced to ejaculate by my mind-control violator/violators. I'm pressing charges for continually being violated & left to be embarrassed/punished from the outcome. I'm pressing charges for the neglect that led me into the incident. I'm pressing charges for Dorothy getting exposed to me in this environment as I was being violated/sabotaged/neglected & for having to be a part of this evidence now.

**Nikala Timmons:** I was out with people from Abingdon that I had never met including Dustin Timmons's sister, Nikala & 1 of the gentlemen from her life named Jake. I had met Jake through Dustin & knew he had a son with Nikala. While out that night I was in a concussion-coma-type state of mind & don't know if the kiss Nikala & I shared was forced by a violator using mind-control on me or if I kissed her in a mind-blank because of my disabilities. I believe I was forced to kiss her by a violator using mind-control but cannot remember for certain now. If I was violated or if she felt violated it should get settled now. The kiss happened at or near Jake's house & I am upset with the disrespect I was forced to show them. The nonstop violations to me while getting forced to live in & out of concussion-coma type mind-states as I've been getting neglected my protection & legal/medical rights while getting violated nonstop with mind-control technology has damaged my reputation & respectability nonstop. I'm pressing charges for having to include yet another example involving another innocent bystander to prove the points of my court case & properly defend myself.

**<u>Other Sexual Violations:</u>**

I've been forced to jack off 1000s of times throughout my life by a violator using mind-control technology to violate/abuse/torture/sabotage me. The following are specific examples of when I was forced to do so while in inappropriate situations.

I was using a tanning bed at 'Tropical Isle' in Monmouth to try to erase the acne I was being plagued/poisoned with. While in their stand-up tanning bed I suddenly was forced to ejaculate. I remember the incident catching me off guard & my mind going blank & instantly forgetting it happened until years later when I again forgot until writing this testimony. I don't know if it was a forced crime against me by a violator using mind-control or a result of my disabilities & the crimes against me going neglected. Regardless I'm seeking justice for myself & the tanning salon.

I was at the YMCA as I was in high school using their sauna. I remember getting an erection & flexing myself as I was in there. I'm pretty sure I was forced to ejaculate while in the sauna but I can't remember for certain. I don't know if it was a forced crime against me by a violator using mind-control or a result of my disabilities & the crimes against me going neglected. I also remember but don't remember a time while in the sauna when mind-control was

used to violate me & force me to urinate in the heater of the sauna. After both incidents my mind went blank instantly & I didn't remember anything about the memories until years later when I again forgot until writing this testimony. Regardless I'm pressing charges for myself & the YMCA.

I used to use Leo Ramer's strength training equipment that he had in his garage. He kept a stack of Playboy magazines in the garage & I can remember while in there lifting being mind-blank & jacking off on a couple of occasions. I would have never done that if not for being severely disabled from the murder attempting head injuries that I'm disabled from & getting neglected (both legally & medically). I stopped jacking off when I was probably 8 years old but was forgot about my morals after more head injuries & have been forced to jack off 1000s of times since (after being forced to jack off 1000s of times I'm now in a dilemma about its health benefits & the morality of the act as I'm continually investigating how my violators that use mind-control technology to violate me torture me with my sexual abilities/health/self-control). I don't know if those specific incidents were forced on me by a violator using mind-control technology or not but know it wouldn't have happened if my court case was settled & I had the medicines I need that I'm being unlawfully denied. I'm seeking justice for myself & the Ramer's if they had to see or know about me doing that.

While in high school I was driving my truck between Monmouth & Galesburg on the highway. I was in a severe-head injury concussion-stupor at the time & being violated with mind-control technology nonstop. While driving on the highway I was suddenly forced to start jacking off my penis as I was mind-blank. I was passed by a mother/daughter who I'm certain saw me. The mother smiled & the daughter looked surprised. I'm pressing charges for myself & them.

**Fire:**

While I was in high school, mind-control was being used on me to violate me on a daily basis while in a concussion-coma state of mind & had been for my entire life. Our house was being remodeled by a construction company from Galesburg named Bond Construction. At that point in my life, my parent's relationship seemed horrible from home. They fought, verbally screaming, often & had for my entire life (I don't have a single memory of my parents getting along). While the construction company was there, my parents separated & I was told my mom was supposedly sharing herself (sexually) with a couple of their employees. She had gawked to me about Derek Smith, the youngest employee at for them at that time. On my 18th birthday, I was sharing time with Caleb Bennet who was attending Monmouth College while mind-blanked in a concussion-coma-type state of mind. Suddenly, mind-control was used on me to force me to leave Caleb's house after receiving a phone call. The phone call told me that my father was in a fight with one of the construction workers (Derek Smith) at my house. Mind-control was used to drive me to my house expecting to find everyone there. I was planning on hurting Smith in self-defense if he was attempting to hurt my father. Nobody was there but his (Derek Smith's) motorcycle was in the driveway. Mind-control was then used on me to blank my mind, grab a

gas can, dump gas onto his motorcycle & light it on fire as I was being forced to dump gas on the bike. The flame instantly engulfed me & the bike & I luckily backed up before watching the bike catch fire & start burning. Drew Lozier was with me at the time of the incident. I remained out of it, cognitively & left my house & drove to the Hennenfent's in Cameron. When asked about if I did that, I told them no (that I did not) because of knowing mind-control was used on me to force the action & because of being unprepared to represent myself in court as the victim that I am (I had zero memories at that time in my life). I'm seeking justice for being forced into the situation & for being violated/sabotaged/neglected. I'm seeking justice for Lozier having to be a witness to these violations & get confused by my mind-control violator/violators.

I bought OxyContin for a couple years from a woman in Macomb (Robin Myers) who had a bad shoulder. I was/am aware that it's my right to be prescribed the only medicines that eliminate my symptoms but I continue to get violated/neglected & doctors have done nothing but disrespect me & waste my time (every time I've ever been to a doctor).  Eventually, she asked me to help her move some of her belongings & then light her house on fire in exchange for medicine. She asked me to do this after she had told me her house was under surveillance. She also had told me she worked for the legal system in McDonough County at the Jail. She also had charged me outrageous prices & went along with taking advantage of me & stealing all my money for medicine I'm rightfully entitled to. Robin Meyers is her name & she lived on North Edwards in Macomb. She planned the date to light the house on fire months ahead of time & made that known to me. I agreed to start her fire for 3 months' worth of OxyContin while being violated/sabotaged/abused/neglected/taken-advantage-of/stolen-from. To my knowledge it's not against the law for a homeowner to burn down their own house & she notified me that she wanted to burn it down so she could build new in its place. Mind-control was being used to violate me before/during/after the incident. She told me her house was under surveillance & I knew I was having mind-control used against me the entire time I was in contact with her (which proves I'm under surveillance while being violated/neglected/ stolen-from). I know the government/church (higher powers) are the only ones with access to be able to use mind-control (or organizations with clearance from them). I knew my local legal & law enforcement systems were intentionally neglecting me as I was/am being violated with mind-control & the nation's highest crimes. I assumed that since she told me she worked for the jail & that her house was under surveillance (& because WIU is known as a law enforcement education provider) that I was being asked to be involved with some sort of experiment for WIU's law enforcement education program. I agreed to light the fire for free medicine because I was having to give every dollar to my name, every time, for medicine & to hopefully get enough attention to me as an individual being violated/neglected/stolen-from that the federal government would give me my fair day in court (I was in a coma-type state of mind). Part of me thought she was probably in on a plan/experiment to teach investigators not to make assumptions. She had told me she'd ask me to do it on a specific night that she wouldn't tell me in advance & that she'd call me & it had to be that night. When she called me, mind-control was used on me to force me to drive to Macomb (I was considering not doing the favor for her). When I arrived in Macomb my mind was allowed to snap out of my mind-controlled-mind-blank for a brief moment while in her house just before lighting the fire. I was only given a second or 2 to respond before being blanked again & forced to light the fire & immediately leave (as I had decided I would). I was told to light a candle &

knock it over onto a stack of newspapers & did just that. By the time I walked out the door to leave & turned around the entire house was in flames. I drove back to Galesburg where I was being forced to stay with & share myself with Morgan Ray. I'm still without medicines I need & still without a fair day in court. I'm seeking justice for being violated/neglected/ abused/ tortured/sabotaged/stolen-from/taken-advantage-of. I'm seeking justice for anyone else who was violated or lost in the incident. 'Worst case scenario' my other outlook (& the other option of looking at this situation/my decision) is that I was making sure I had Robin officially 'set-up' for attempting to exploit/sabotage me if that was what she was doing. Regardless I wouldn't have been held accountable for my decision making during this time because of how head injured I was & because of how often I was getting violated/sabotaged/controlled with mind-control technology. Because I have been violated literally nonstop for my entire life & was being exploited throughout my entire time interacting with her it needs to be documented that Robin asked me to sneak her pain pills into a prison for her friend.

For both of these incidents mind-control was used on me almost the entire time. My technological violators blanked my mind repetitively throughout each incident & would wake me up for brief moments in between starting my actions & then blank my mind again without giving me time to process my surroundings nor the situation.


**<u>Hit & Run</u>**:

- While being forced to spend time with Selina Goddard as I was in a concussion-coma-type state of mind we went on a date to the movie theater in Galesburg. I was driving my truck while being tampered-with & violated nonstop by a mind-control technology using violator. I pulled into the parking lot & turned into a parking spot that appeared empty but wasn't. I hit a car that couldn't be seen the moment before because of how small it was compared to the large vehicles it was surrounded by. Instead of dealing with the situation as expected, I drove us home. I didn't want to deal with the police/courts with her there & while I was still in a stupor from head injuries. I wasn't prepared to present all this information to the court/police. I also knew I wasn't responsible, legally, because of being violated as I drive with mind-control nonstop & used as a brain injury driving experiment. They can't punish a disabled person as they violate me nonstop for a mistake that is bound to happen while illegally tampering with & torturing me. The car was a tiny 2-seater convertible. This happened in between 2000-2004 to a car parked in the row closest to the theater. It's my belief that they forced me to wreck by mind blanking me with mind-control technology. I believe the forced wreck was a joke about making a movie while unlawfully surveillancing me while using mind-control technology on me & forcing me to be a head-injury experiment (I think they were making a joke about making a 'Cops' movie with me). They might have taken a brief break from violating me as I drove & I might have made the mistake myself because of my disabilities but legally I'm still a victim in the case because of how often I'm violated as I drive/drove & because of my lifelong court case being unsettled/solved in court & the intentional neglect & violations I'm victim to. I'm seeking justice for being violated/neglected, for the owner of the car, for Selina & for my father who has always paid for insurance & to fix vehicles as I get violated nonstop with the nation's highest crimes.

- (2005 or 2006) While at 'Steamboat Days' in Burlington (Iowa), mind-control was used to force me to cause a vehicle collision. My mind blanked while at a concert after seeing Melissa dance with another man (the young lady I was being forced to share myself with while in a coma state of mind) & I decided to suddenly leave while in a concussion-coma & blackout-type state of mind. While leaving I backed into another vehicle & left without stopping. I didn't stop nor report the accident because of knowing I've been being violated my entire life (& that mind-control was used to cause the damage), because of knowing I'm victim to organized corruption/nonstop-torture & because I didn't have the cognitive abilities to prepare this evidence at the time. When asked about the accident, I lied & said I knew nothing of the incident because of not being prepared to represent myself in court for being violated with mind-control & for being violated/neglected my entire life up to the point. I believe mind-control was used against me to force the entire incident & I'm seeking justice.  I'm seeking justice for the other vehicles owner as well. I believe when I was arrested in 2013 that I was being punished because of this incident despite being a victim.

- In between 2012-2015 I was driving home from Galesburg late one night after a night on the town. I had consumed alcohol that evening, but don't believe I was above the legal limit. It was winter & mind control was used on me to force me to blackout & lose control for a moment while driving on the ice. My vehicle sideswiped a black SUV on the street west of Henderson Street in Galesburg. Once again, I drove home without reporting the accident while my mind wasn't working. I didn't want to be threatened/punished for being violated (as my local/state law-enforcement systems continue to do while ignoring that I'm being violated nonstop with mind-control technology & am victim to our nation's highest crimes being forced to live without justice nor my rights). I forgot about the incident happening almost instantly & didn't remember that it happened until I started writing this testimony evidence (in 2020). I have reported the incident twice since remembering that it happened. I am pressing charges for being tampered with while driving & forced to wreck. I'm pressing charges for being in my situation & continually being forced into new incidents without being given fair/proper representation for my lifelong court case. While disabled & without having all of this written down I was unprepared to represent myself in court & know I don't owe any of my rights/freedoms/resources for being violated & forced to fault & that is why I was unwilling to cooperate with corruption as the government would continue to steal from me/violate-me/sabotage-me & unlawfully punish me for not being ready to represent myself while they aren't providing me the fair nor proper representation that I'm lawfully entitled to as I was in a concussion-coma-type state of mind & have been violated while under surveillance for over 3 decades on a daily basis.


Employment:

***Armstrong Farms***:

    During my early childhood, I was at the farm with my father while I was already hurt/damaged from head injuries. I had been trying to think of ways to make our farm & family money. It was then & there that I thought of my design for adding septic systems to confined

animal spaces, including barns. We had cattle crossings at our cattle gates. Cattle crossings are heavy metal beams that horizontally stretch across a hole. They are stretched across the hole so that cattle don't get to cross the crossing. While crossing the cattle-crossing & being able to see our combine & cattle barn all at once, I began designing septic systems for animal confinements as the 3 or 4-year-old kid, dealing with severe head injuries that I was. It was rare for me back then to be able to verbally communicate what I was trying to say. I was walking around, following my dad, with the farm's bow&arrow (practicing my shot @ every opportunity, as I always did back then), when I first tried to tell him about my design/idea for adding septic systems to our farm's animal confinement spaces. I can't remember what all I got communicated to him, but it didn't include near the detail nor thought that I had already/instantly put into the design. He looked at me & told me it was a good idea & that I should take the idea to school to see if I could get the ball rolling with its production but I felt he had blown me off. At that moment, mind control was used on me to force me to shoot my next arrow straight up into the sky. I had been wondering if I could shoot an arrow high enough to hit the clouds as we were walking along but didn't plan to actually shoot it up there. As the arrow was up there, I planned to tackle anyone out of the way of its downward path, if needed (my dad & I were with a couple other people). The arrow landed 10-15 yards from us but I was scolded for putting us in danger, even though mind control was used on me to force the incident. I think I was forced to shoot the arrow up into the sky to intentionally create a traumatic event to improve the chances that we'd be able to remember that day but it could've been used to attempt to murder 1 of us because I just thought of a new billion-dollar company for the agriculture industry. I'm seeking justice for being violated/neglected/sabotaged. I'm seeking justice for everyone else who was violated or who was forced to watch me get violated.

One of the first few times that I was at my dad's farm I was violated with mind-control. My violator intentionally blanked my mind so that I couldn't move away from a cow that kicked me as I was herding cattle. My dad didn't know I was mind-blanked by my violator & wrongfully blamed me as I was to hurt to be able to verbally communicate. He stopped letting me go to the farm because of this & allowed my violator to steal my opportunity as a farmer as he wrongfully labeled me incompetent.

While working on my father's farm & driving a Jeep Wrangler my father had purchased for me, mind-control was used on me to blank my mind then take the top off of the jeep & leave it in a ditch somewhere unknown to me. I was blank at the time & being controlled with mind-control technology by a violator/violators. I instantly forgot about the incident/forgot about it as it was happening. I never remembered leaving the top off the Jeep & don't remember what happened to the Jeep. I'm seeking justice for being violated/ sabotaged/neglected/abused.

While in a concussion-coma-type state of mind & working on our farm, I was driving a backhoe. I drove through a gate with the doors of the backhoe open. Because of being violated with mind-control, being neglected my justice/rights/protection/medicine & my head injury symptoms I accidentally smashed the backhoe door that was open into the post of the gate (I was mind blank at the time & mind-control definitely was being used on me). The accidental wreck caused the door of the backhoe to break & very luckily nobody was hurt bad.

It was around the same time as wrecking the backhoe when mind-control was used on me to blank my mind & force me to accidentally put gasoline into a diesel-fuel-running-tractor. My dad was furious with me despite it not being my fault.

I can remember helping my father throughout one of the harvest-seasons & mind-control being used on me to violate me nonstop while attempting to focus on the work. One of the specific incidents I remember was when I told him to go home early & that I would take care of what maintenance the combine needed for the night. After I said that, my mind faulted because of my lifelong court case being unsettled & I didn't do any of the necessary maintenance. I was intentionally mind-blanked after telling him I'd complete the work by a mind-control using violator & completely forgot to maintenance the combine. I'm seeking justice for getting sabotaged/violated/neglected & seeking justice for my father/his farm.

While in a concussion-coma-type state of mind I had several small parties at the farm while I was walking around sleepwalking in a mind-blank. I was cleaning up after one of the parties & loading trash into the back of my truck. I had cleaned up the trash from the fire pit & everything appeared to be ready to be transported/smothered/not-burning. Suddenly, while driving back to the farm, the trash in my truck bed caught on fire. Once I noticed, I got in the back of the truck & dumped out the trash onto the road. I didn't ever clean up the trash I dumped out of the truck because of being out of it from my injuries & completely forgetting about the incident as it was happening (I'm just now remembering it happened 2 decades later while writing down this information). I'm seeking justice for being violated/neglected because I know my mind was being violated as the incident happened (I was violated with mind-control every day, still am & so far, it's only been used as a weapon to hurt/sabotage me).

After cleaning up from 1 of the parties that was at the farm, mind-control was used on my concussed-mind to force me to litter an entire truck bed worth of empty cans onto a gravel road west of the farm (a separate incident from the time that my truck bed caught fire). I'm pressing charges for being mind blanked intentionally & forced into the situation with mind control. I'm pressing charges for being violated/sabotaged & the neglect that keeps me getting violated. I'm pressing charges for the community.

While working on the farm in a concussion-coma-type mind state/stupor, I worked alongside Corey Champion, Justin Haase, Adam Hennenfent & Michael Long. My skin has been broken out/diseased since I was 9 years old because of being poisoned with allergens & rarely clears up. On multiple occasions I can remember being mind blank & forced to ask my coworkers (by a violator using mind-control technology to control/sabotage me) to squeeze & pop acne that I couldn't reach on my body (I'm seeking justice for them & me). The incidents were disgusting & dealing with my skin has been a gross experience. I don't understand how the people in 3rd world countries appear healthier than I do when I've been fed/drank/cleaned/rested nonstop & I'm pressing charges. Our water travels through contaminated pipes all the way to my faucets & I drink the same water as everyone. I know they have cures for my problem because of observing our population & I know they can cause acne wherever they want on someone's body because of my experience with getting violated (violators using mind-control & allergen-

poisoning) & I know they continue to force me to suffer from the skin disease. I'm seeking justice for being violated/neglected/abused/sabotaged. I'm seeking justice for all the others.

While I was being neglected my right to use/get/have pain medicine, there was a time in my life when I was being taken advantage of & stolen from to purchase pain medicine from civilians. 1 of the times I was out of money, I went to my father's farm & took all the metal to a scrapyard & sold it for scrap prices so I could buy medicine. Looking back on it I realize I sold quite a bit of good & usable metal/equipment while mind blank. This all happened as I was in a mind-blank & being controlled/sabotaged CONSTANTLY by a violator using mind-control technology as a weapon. I'm pressing charges for not being prescribed beneficial medicines. I'm pressing charges for being forced to scrap my father's metal as I was mind-blanked & being stolen from. I'm pressing charges for being overcharged & stolen from in attempts to obtain & use the only beneficial medicines made available to me. I'm seeking justice for myself & my father.

I was helping my father harvest when he decided to be an experiment for the farm equipment company called Kinze. The experiment made it so they could run tests on their new technology that drives a tractor pulling a grain cart autonomously. The technology is capable of driving the tractor pulling a grain-cart alongside the combine as the combine harvests & offloads the corn. It was an amazing experience & the grain cart's tractor only needed an operator to unload the grain into the semi after starting the equipment. I felt like I was working with NASA. Mind-control was used to violate me with different torture techniques (interrogation techniques, forced thought, sex-abuse, forced-symptoms, forced actions, etc.) the entire time I was a part of this harvest. I was forced by a violator using mind-control to watch porn on my smartphone & jack-off on multiple occasions while operating the tractor which was under surveillance. I was forced with mind-control to invite Morgan Ray & Brett McGill to join me while working on the farm as I was kept mind-blanked. I'm seeking justice for myself & anyone else who was violated/exposed-to.

There have been several incidents that force me to wonder if I have a spinal cord implant allowing me to use my lower body. 1 of the times I was attempting to move my parents 8-person outdoor jacuzzi. I was struggling getting it to budge with the help of my friend Jason when suddenly I picked the entire thing up by myself & rolled it into reach of our loader tractor. The other time I was pulling fence with Justin & Gary when I suddenly pulled out a post or tree that the backhoe continued to fail at pulling out. The backhoe didn't break or need serviced to continue pulling & working after that post it was failing with. I suddenly pulled it out by hand after Justin had failed with his attempt also. I out lifted both Haase & the backhoe (there I times I can't even support my own bodyweight because of my body-damage). Other times I believe the implant is used to debilitate me & not allow me to function by pinching my spinal cord at belly button height. When that happens, I can't put any weight on my legs/pelvis & have to lay down.

Injuries were forced upon me my entire life by a violator that uses mind-control & the technology is used to force me to injure myself while making it appear as an accident. I can think of many times where it seemed as if I was forced to step on a nail or hit my finger with a hammer

etc. while it was being blatantly used to violate me as I was attempting to work. Those torture techniques were used on me on a regular basis throughout my entire life.

While in high school my father owned a Honda Civic Hybrid. My coworkers & I were on the farm 1 day when my father told us we could go boating with him at Little Swan Lake. We drove the civic to the lake. I was in the passenger seat, not driving, & the driver accidentally missed a stop sign (Justin Haase). Blowing the stop sign sent the car airborne before landing back on the road, seemingly just fine at the time. The car going airborne caused the frame to bend & caused expensive damage to the car (It totaled the car's frame). My dad was furious & I wasn't allowed to communicate with him about the incident because my violator that controls me with mind-control technology wouldn't allow me to talk to him. My dad lost all trust in me at that point & it's another example of how my mind-control violator destroys my respectability/relationships with their sabotage.

When I was a child or teenager I was at the farm & thought of the new invention being used for hooking up trailers to trucks & tractors. My invention idea was to make an attachment for the truck or trailers tongue or ball (or other connection) so that you could park it close, extend the extendable (sleeve-engineering or hydraulic-cylinder extension-type engineering) connection from the truck or trailer (you will have the extendable invention attached to one or the other) to connect the two & then back the rest of the way up & lock it into place once connected. I voiced this invention to somebody who I was working around as I was very hurt from my brain injuries. They immediately questioned me about my invention's design & when they did my mind-control violator responded for me after watching what I was thinking through my own eyes & thoughts. I had thought of the extendable sleeve & immediately was forced to voice the idea before completing the design & when they asked how I'd get it connected my mind-control violator said "you back up & then lock the pin in". On 7/22/25 I remembered this detail from my past & I had just been shown a video on the internet of one of these being used & it showcasing a self-locking pin when it gets backed into place. When this happened I thought my mom or Mick's mom was getting to use mind-control on me.

While in college or shortly after I was in a mind-blank & unable to afford medicine as I was getting violated, controlled & sabotaged by a violator using mind-control technology against me 100% of the time. During a mind-blank & while getting controlled by my violator I loaded & sold a bunch of metal that should have been kept for money to buy pain medicine.


-- ***Bond Construction Co.***: While working on my father's farm he decided to hire a company called "Bond Construction" (from Galesburg) to remodel our house on Broadway in Monmouth. I was paid to help at the house with the remodeling project for the majority of 1 summer while mind-blanked from my injuries & being violated with mind-control. I can remember struggling to sleep & get up in the mornings. I'm missing a lot of my memory from this time-frame because of my head injuries & poor physical health at the time. My parents separated/divorced during this time. The owner of the construction company was an arrogant man who I'm told supposedly took

advantage of my mom's vulnerable mind-state/situation by being sexual with her & another employee of theirs did the same. Mind-control was used on me to call the owner & force me to leave him a threatening message on his answering machine for doing so. I'm seeking justice for being violated/neglected/ sabotaged & forced into the incident.

I can remember having a party at the farm & the night ending by being violated with mind-control & forced into another horrible situation. A violator using mind-control technology on me to force me to drive Justin Haase & Kalista Hedges to the Champion's empty house while they were gone on vacation as I was in a mind-blank & didn't get the option to control myself whatsoever. The entire incident felt like an 'out of body experience' for me (it felt as if I was a camera man watching all 3 of us from above). There, Haase began to vomit in one of the bathrooms immediately. I was then taken in a mind-blank with Kalista into Scott & Janice's bedroom & forced to begin sexual intercourse with her. I don't know if I penetrated Kalista or not before I was forced/ violated to be unable to function sexually & ejaculate immediately. The next day I was forced to talk braggadociously about the incident while being violated/sabotaged with mind-control & make it seem as if it was my intent/motive to be involved with that. Mind-control forced me into telling the entire crew that I was going to have a 3-some with Kalista & Justin. I'm a straight male with no desire nor motives to having anything to do with another male sexually & am unwilling to do so. 1 of the guys there told me he was going to write a sermon about me & that incident while he was being the pastor for his church (Tom Smith). I'm seeking justice for being forced into the incident, set-up as a deviant, violated/ neglected/sabotaged/abused/tortured/humiliated. I'm seeking justice for everyone else who was violated & who lost. I'm seeking justice for Kalista having to be a part of this evidence now. I'm seeking justice for the Champions.

One of the last times I helped my father harvest we were both working on the combine when a part somehow fell off the top of the combine & hit me. The falling part hit my left hand & sliced my middle finger open leaving a scar. Over 10 years later (4/5/25) I remembered being told that was going to happen 1-2.5 decades before it did by someone during a conversation that I don't remember.

***Bowling Construction & Lawn Care***: I helped John (the youngest son) work with his brother, Ryan, & father, Russ on several occasions in 2017 or 2018 (I went to school with John & Ryan at ICS). I helped them do construction & lawn care while I was attempting to recover from my life of injuries/abuse/neglect/torture, while still dealing with symptoms & while still being controlled/interrogated/tampered-with/sabotaged by a violator using mind-control technology. When I first started working with John, I helped him paint at his house to prepare a room for 1 of his children. As a kid, 1 of my design contributions I suggested in grade school was to create a tp-style-tent for kids to have in their bedrooms. The bedroom I helped paint had one of these when we finished painting the room. This didn't violate my rights but is an example of a reoccurring coincidence/harassment that I deal with constantly.

While being forced to spend my time with Morgan I can remember being in an argument with her & being forced to state that I'd rather jack off than have sex with her. While working with the Bowling's, the father, Russ, looked at me & said "I'd rather fuck my hand than fuck you" (which is what I was forced to say during my argument with Morgan). I'm seeking justice for constantly being violated/neglected/sabotaged & for the negativity I'm constantly burdened with because of being violated/neglected/sabotaged nonstop. Russ's comment is just one example of the constant harassment/violations I've dealt with every time I've left my house for my entire life.

While helping John care for the yard work at the Bridle Creek Apartment complex in Knox County, I weed wacked a beehive as I was trimming around a police officer's apartment causing me to get stung several times at once. I don't know if it was intentionally put there or not but if I was intentionally booby-trapped &or intentionally forced to hit the beehive with the weed-whacker because of being violated with mind-control (I believe I was), I am pressing charges for being neglected/violated/abused. The same type of incident happened while we were mowing their contract with Verizon/Kohl's/Buffalo Wild Wings/etc. I was weedwacking along the buildings & suddenly my mind was intentionally blanked by my mind-control violator. Seconds after my mind was blanked, I hit a huge pile of poop that was strategically placed along the building (it looked like human poop) with the weed-whacker. If I was violated, I'm seeking justice for being violated/abused/tortured/neglected (I believe I was because this is the same type of violations I've dealt with on a daily basis for my entire life). These incidents might have been another example of details that I was told would happen over a decade prior but I don't remember for certain (there are 100s of examples of these premeditated crimes against me in the 'Alexis' portion of this testimony).

The next incident I'm bringing to attention was while I was assisting John & Ryan while mowing. Mind-control was used on me & forced me into not noticing that I didn't have the mower deck set at the correct height. Ryan mentioned the mower deck being set to high once & then I once again was forced to mind-fault & continued to mow for another 20 minutes making the same mistake. I'm seeking justice for being neglected/violated/ sabotaged/abused/neglected. I'll be seeking justice for the Bowling's for that loss they had to take because of my forced mistake & for having to be involved with this investigation because my violator/violators don't stop violating me.

The next incident I'm pressing charges for was while I was being violated with mind-control as I was helping John drywall at a house by Little York. Mind-control was being used to violate me on a daily basis & I was struggling on a day-to-day basis with my disabilities/family/friends/victim-situation. Before I knew of a working bathroom on the jobsite, mind-control was used to blank my mind & allow me to pass my bowels behind the house in between a field & some pine trees. Had I been allowed to think at the time, I would have walked further away or dug a hole to put my waste in. Mind-control was also used to blank my mind as I was inside & urinate out 1 of the windows. Mind-control was used on me to not allow me to verbally communicate with John & to sabotage my personality when I was allowed to communicate with him.

Another example of the type of harassment I deal with was while John & I were on the same drywall job: I had asked him what he included in bidding his jobs (I was curious if he charged people for wear on his tools & was hoping he did for his sake (I was trying to share a tip from my education at WIU). The instant I suggested he should charge for ware on his tools 1 of his DeWalt hammer-drills stopped working/failed in my hands. This is something that I was told would happen decades ago by someone I've forgot.

I suddenly stopped working for the Bowling's because I checked myself into a psych ward because of being violated/harassed/sabotaged/tortured & neglected nonstop. When I returned home mind-control was used to violate me & force me into messaging him several times about paying me for the week of work I did before checking into the psych ward. The messages further sabotaged my personality & I would have only sent him 1 message if I wasn't getting sabotaged. I didn't give them notice that I was going to check into the psych ward but they are aware of my disabilities. Me being forced to message John about the payment is another example of something I was told would be happening 1-2 decades ago by someone I've forgotten the identity of.

***Cleary Building Co.*:** While working for Cleary mind-control was being used to violate/interrogate/control/sabotage me on a daily basis. 1 of the days mind-control was used to blank my mind & force me to toss a harness-hook off to the side without paying attention as I was walking the peak of a roof. When I was forced to toss the hook off, it hit my coworker in his helmet & knocked his helmet off of his head (John Stout). This happening is something I later remembered (over a decade later) being told would happen long ago during my past that I don't recall. The forced-accident could have hurt him & also could have caused him to fall off the roof of the building we were working on. I'm seeking justice for being violated constantly & for being neglected my protection from getting violated by violators using technology. I'm seeking justice for him as well.

Ever since the incident at Walmart when mind-control was used to violate me while shopping & ended in me being forced to steal a pack of supplements as an insult to those harassing/violating/neglecting/investigating/not-representing me, random people constantly harass me with Wal-Mart jokes that shouldn't even know about the incident. 1 example of this happening is when my foreman for Cleary continued to bring up Wal-Mart intentionally as we were working to intentionally harass me. Matt said 3 or 4 simultaneous comments relating to Wal-Mart that seemed to be a form of verbal harassment at the time. I think he meant it as a joke but I'm seeking for being neglected/violated my entire life & for being continually forced to take this type of disrespect despite being the victim.

While working for Cleary I worked alongside a guy named Nick Yoho. 1 of the mornings before work mind-control was used on me to force me to jack-off. When I arrived at work Yoho immediately commented on his morning relations with his woman at the time & his comment directly made reference to whatever I had pulled up on the internet at the time when I was forced to ejaculate that morning (this technique has been used by people throughout my entire life when I go in public & continually get reminded that the environments I go into get access to surveillance of me & or access to information the mind-control violator/violators record about

violations to me or information from the government surveillance). This technique was used to violate/harass me for the entire time I worked for Cleary sporadically. I'm seeking justice for being continually neglected/ violated/tortured/sabotaged.

I hadn't worked for Cleary long before they hired Nick Dirth (1 of Morgan's other known relationships) to work with us. I had to deal with mental harassment from him that I wouldn't have if wasn't being violated/neglected for the last 30 years.  Part of the reason I stopped working there because of not wanting to be around him/the other guys from their home town, Abingdon, because of the negativity dealing with Morgan in my court case. I believe they hired him on purpose to harass me. He made a comment to me about a specific sexual incident with Morgan that she must've told him about. I'm seeking justice for not having my court case settled by that time.

At 1 of the jobs my mind was blanked & I passed my bowels (pooped) 100 feet or so from the house & building we were constructing. I didn't think at all about how close I was to everything & believe mind-control forced the mistake. On the same job, mind-control was used to blank my mind & force me to throw a cigarette away in a pile of trash that I normally wouldn't have. The mistake caused the pile of trash to light on fire & we didn't want that to happen. These are just a couple of examples of the type of violations I've dealt with on a daily basis for the past 32+ years by my violators using mind-control technology as a weapon to sabotage/violate me. I'm seeking justice for being violated on a daily basis for over 3 decades now.

While working for Cleary I fell off of a ladder while on the exact jobsite that I was told that I'd fall off of it at 1-2+ decades before it happened. I didn't remember being told that this would happen back then until much later & when I did I remembered being told that it would matter for court if I got back up & continued working or not (I instantly got back up & continued working). Mind-control was blatantly used to violate, interrogate & test me the entire time that I worked for them.

My disabilities make it so that I cannot fall asleep at night sometimes & when I can't fall asleep, I struggle to wake up. This fact forced me to have to drive to the headquarters & sleep in my car several separate times so that I'd be there in the morning & wouldn't miss work. Me sleeping in my car is another exact detail that I later remembered being told would happen 1-2 decades prior by someone (I've forgotten who).

Mind control was used to constantly force me to hit my hands with my hammer & other similar mistakes. This abuse technique has been used to violate/abuse me for my entire life. Another example of mind-control technology being used to violate me was when I was screwing in metal to the building's side while I was on & operating a hydraulic-lift. There was a crewman working directly underneath me & I was constantly reminding myself not to drop anything on him. I would always try to pull out a specific number of screws out of my tool belt but never would pull out the exact number. As I was reminding myself to not drop my drill on my coworker, mind-control/communication technology communicated with my mind & asked me how many screws I wanted to pull out of my tool belt. My hand then reached in & pulled out the exact # of screws (it was 7 or more) that I communicated back about wanting. When I counted

the screws & realized I was forced to pull out the exact # with mind-control, I was forced to drop one of the screws. The screw landed in my coworker's tool belt without him knowing & my mind-control violator communicated "touchdown" to my mind.

***Dave Dixon Lawn Care***: I helped this lawn crew for several months in 2019. While working for Mr. David Dixon mind-control technology was used to violate/sabotage me nonstop. A couple examples are when mind-control was used to blank my mind to forget about an obstacle & hit it with the mower. Another time mind-control was used to blank my mind & not strap a mower onto the trailer before I left (I didn't leave town & don't believe any damage was caused but it was intentional mind-control sabotage that is a technique that's been used to violate/sabotage me for my entire life). This incident with the trailer is something that I later remembered being told would happen years if not decades before. When this happened, I wasn't allowed to consider anything that I could've been responsible for possibly causing damage & the thought didn't cross my mind until December of 2024. Me not being able to consider anything was another exact detail I was told would happen years if not decades before working here (& I didn't know nor plan on working here ever in my life prior to working here & only decided to work here briefly to get out of the house & get fresh air). A couple more examples of things that happened that I was told would happen long before were when I was chainsawing on a steep hill & lost my footing & had to slide down the hill with the chainsaw running. Another example was my skin being broken out & looking disgusting. The last example I remember is when my coworker & I were taking out a large tree using a log-chain, chainsaw & tractor. The guy operating the tractor started to yank on the large tree with the bucket raised to the point that if the chain would've broken it would've snapped back & hit him so I had to remind him to lower the bucket to protect his safety which was something I later remembered being told would happen years before by Morgan Ray. I was violated daily with mind-control while I was helping there but wasn't writing things down for my testimony at the time because of knowing I'm under constant surveillance & knowing it's not my job to provide testimony nor evidence as I'm being constantly violated while under surveillance (I didn't start preparing this document & documenting daily violations until a year after working here). 1 of the topics from my court case involving the Galesburg Doctor Val Flacco was brought up to me by a coworker (Ryan Bradford) as a form of harassment but I ignored him to avoid a confrontation while knowing how clueless he must be about my court case. This was another example of how I'm harassed every time I go in public by the public people because of my mind-control using violator/violators & the damage/sabotage they cause (& the loss I'm forced to suffer-from because of my violators). I'm seeking justice for being neglected/violated nonstop & for the repercussions/loss/misery the violations/neglect has caused me & my family. I'm seeking justice for my respectability constantly being destroyed in front of my eyes by mind-control-sabotage. I'm seeking justice for anyone else who was violated or who lost or who had to be exposed to me being violated.

***Lozier Lawn Care***: I helped Drew mow a few times during high school. While helping the Loziers I was violated with mind-control technology. Mind-control had been used to tamper-with/violate/sabotage/abuse/torture me nonstop for my entire life & while working there my mind was intentionally blanked so my violators/violator could intentionally cause a mistake. I was forced to make a poor maneuver & cause the lawn mower to get stuck in the grass at the

ShopKo in Monmouth while we were mowing. I needed help getting the mower unstuck from Lozier's father. I'm sure I was violated much more than this 1 specific incident while helping Drew mow but this is the only incident that I can remember at the moment.

***Market Alley***: I worked here sometime between 2011-2012. While working at the Market Alley, a bar in Monmouth, mind-control was being used to violate me on a daily basis. An example of this was when I was forced to kick a kid out of the bar for appearing to threaten to physically hurt another. The owner of the bar is an older gentleman & started to attempt to break the 2 up from fighting. When I saw this happen mind-control was used on me to force me to poke the guy causing the disturbance in his eyes. Mind-control was then used to have me put the guy in a headlock & walk him out the door. I can remember another time accidentally cutting myself several times while shaving before going in to help. I thought I had cleaned up but later realized I had blood everywhere on my face/neck & I know mind-control was used to force me to forget about it before going into the bar (it scared away the customers). Another incident happened when mind-control was being used to force my sexual involvement with Daphne Wilson without my consent while I was getting intentionally mind-blanked & controlled by a violator using mind-control. Mind-control was used to force me to share myself sexually with Daphne Wilson, a young woman I know nothing of who I had never met & who wasn't old enough to be in the bar. My mind wasn't able to process anything that was happening as it was happening (I was only able to observe). Mind-control was used on me to force me into introducing Daphne to the bar owner, Mary, as Daphne wasn't old enough to be at the bar (my personality/respectability was being sabotaged by my violator/ violators). I had mind-control force me into introducing Mary to Ashley Norville while I was mind-blanked also (I believe they were sabotaging my personality to the bar owner). I'm seeking justice for being continually violated/neglected/sabotaged/abused/tortured/raped. I'm seeking justice for anyone else who was violated & for the people who are probably innocent bystanders that have to be a part of my evidence now.

***Trout Construction***: I've worked for Mr. Trout on 2 or 3 separate occasions & each time was brief. While working for Mr. Trout at Trout Construction, mind-control was being used to violate me on a daily basis. I was helping him just to get out of the house & do something. I was in a concussion-coma-type state of mind & unwell because of my injuries & being violated/harassed/abused/neglected/sabotaged nonstop. A guy I was working with continued to complain about his back hurting. I knew of pain medicine (hydrocodone, which doesn't benefit me) in my father's medicine cabinet that he wasn't taking & mind-control was used to blank my mind & force me to take his medicine & give it to my coworker. This happening was another exact detail I remembered over a decade later being told would happen 1-2 decades before it did during a conversation that I don't remember. Another example of mind-control being used to violate me while working with them was when a coworker asked me to jump off the roof & mind-control blanked my mind & forced me to jump off the roof. The jump didn't bother me until later that night when I could hardly move. I'm seeking justice for being continually violated/neglected/sabotaged/abused. I'm seeking justice for everyone else who was violated or who lost.

**Trulson Construction**: I worked with this crew in 2010. Mind-control was used on me to force me approach Mr. Trulson for an internship/job after I finished college. I was in a concussion-coma-type state of mind at the time & I needed to do an apprenticeship for the final requirements of my degree at WIU (I believe mind-control was used on me to go along with that requirement despite not thinking that I finished my credits at WIU). I went to his house on separate occasions & asked if I could work for him & he told me I could help. The entire time working for Mr. Trulson mind-control was used to violate/tamper with me & caused the entire experience to be a humiliating embarrassment. I was being tortured for my continued use of pain medicine as my reputation was continually destroyed in front of everyone I was around with mind-control-sabotage by a violator using mind-control-technology. They'd alter my personality & force me to make mistakes (for example: they'd force me to smash my hand with a hammer). I was using OxyContin (a pain medicine) at the time that I was buying from whoever offered to sell it to me. I spent every dollar that I made on medicine. After being forced to ask for a job, the first incident I can remember was while working on building the Twomey Company facility by Little York. There, almost every time I went to use the porter-bathroom, mind-control was used on me & forced me to sniff pain medicine off dirty surfaces with a dirty sniffer. On several of those occasions I was mind-blanked & forced to jack-off & there was no way to wash my hands prior. On several of those incidents I was forced into watching smartphone-porn while mind-blanked while my phone was being blatantly tampered with (I believe I was being spied on through the smartphone-camera). I believe I nearly overdosed on one of those occasions. I was willing to use my pain medicine occasionally but one of the torture techniques regularly used on me was when they would blank my mind & force me to use it in times I wouldn't have wanted to (to deplete my stash of medicine I couldn't/can't afford while being stolen-from). I can remember being forced to forget to use a clean sniffer often & my health/skin suffering because of it.

Another time I remember mind-control being used on me was when I was applying tar to the concrete foundation of a grain-dryer. I had tar all over a pair of gloves I was wearing & suddenly my mind was blanked & I was forced to put tar all over one of Mr. Trulson's new work trucks. I then was asked to clean the truck off & to my knowledge I removed everything without causing harm other than the resources/time wasted into cleaning the truck.

Another time mind-control was used on me was during a drive home from Little York. I had driven separately because of having to leave early or show up late (probably because I was being unlawfully forced to be on probation as a victim). On the drive back to the Trulson headquarters, I raced my Jeep Wrangler against 1 of the work truck's. The speed limit was broken for the entire drive home & mind-control was used on me for the entire time while I was under unlawful surveillance.

Another example of mind-control being used on me was when I was told I should try putting tea tree oil in my nose to help relieve my stuffed/clogged nose. I was being violated with mind control & in a concussion-coma-type state of mind at the time. After going to Walmart to purchase & putting the tea tree oil in my nose, my nose felt as if it was super glued shut for over 80 hours (I couldn't pass any air through it). I somehow slept with my mouth open to breathe for the next 4 nights (a technique I didn't know I was capable of). I'm seeking justice for being given

this advice & forced to use it while I was basically walking around sleepwalking. This incident threatened my life & nearly caused me to die or get brain damage from being unable to breathe.

Another example of harassment was when I was instantly asked about if I was a snitch when I was hired. This is another example of how I'm constantly harassed/punished/ disrespected for the mistakes of my violators & neglectors.

I was intentionally mind-blanked & forced to softly punch another employee (Chad Condreay) in the stomach area with mind-control too. For this incident it felt as if I was turned into one of the Gavin brothers (Aaron or Patrick). I'm pressing charges for all violations/sabotage/neglect/torture/abuse to me.

I was intentionally mind-blanked & forced to call my coworker, Alex Corben, a coward while being personality sabotaged by my violator/violators using mind-control technology & I have no clue why they would force me to say that to Alex.

While working for Mark I received a picture from Selina Goddard that showed her breasts (her face wasn't in the picture) on my smartphone. I was violated with mind-control technology & forced to show several of the crew members the picture. I'm seeking justice for myself, Selina & the crew.

**Laborers' Local 231**: I worked with this union in between 2010-2012. The entire time I was working for the laborers' union mind-control was being used to mentally/physically/sexually violate/abuse/torture/sabotage me as I was being intentionally neglected while under illegal surveillance. I was being tortured with/by mind-control & by the girlfriend I was forced to have at the time (Morgan Ray) for the entire time while working. I was being punished with mind-control seemingly for continuing to choose to use pain medicine & for not having my court case settled (despite being a constant victim with no recollection of my past at the time). I knew I was being taken advantage of by the people while being neglected by the doctors/legal/justice system & would get my day in court sometime. Mind-control was used on me to force me to apply for the job in the first place. I have no clue why I started working there & never had intention to work for the union trades. My plans goals have always been with my designs/design-plans/other-contributions & our family farms. I started working with them in Macomb helping remodel the Walmart. I remember a couple incidents specifically when mind-control was used on me & forced me into being a worse coworker/employee/person than what I would have been if not being violated. 1 of the times I was helping a man demolish a wall with a sledgehammer & mind-control was used on me to force me into not providing him much help (personality/character sabotage). Mind-control was then used on me to force me to complain with the man about being forced to work overtime when we each had over an hour of a drive home. Another time I was responsible for driving a mechanical lift from one side of the store to another. I was tasked to maneuver the lift between the checkout aisles to work on the ceiling. I remember doing pain medicine on my breaks & feeling mind-control being used to punish/sabotage me by forcing small faults constantly. I was forced to bump one of the checkout aisles while operating the lift. I'm seeking justice for being constantly violated/sabotaged.

There are a couple examples of me getting violated while going through the apprenticeship training program & while going to union meetings. 1 of the times at the required training-week in Bloomington, mind-control was used on me to sleep in my vehicle instead of my hotel room. I had been using whatever opiate pain medicines I could find & would get blatantly punished for it by a mind-control using violator/violators. I had a lot of negative on my mind because of my unsolved court-case & spent all of the time by myself while at their training classes. While resting in my vehicle I remember being forced to watch smartphone porn & jack-off in a mind blank caused seemingly by mind-control. At the same training meeting, 1 of the other guys from there asked me what drugs I was using & mind-control forced me to answer him without thought that I was using heroin. While using the pain medicines I fell asleep nonstop at the training meetings & had my tire intentionally slashed. At the next union meeting in Pekin, mind-control was used on me to blank my mind while listening to the President & Vice President give a speech. During my forced mind blank I was able to observe what was going on but not be able to move/speak nor process the incident until later. While my mind was being blanked, the union vice-president gave the entire union meeting a speech that included him telling everyone about catching me watching "inter-racial porn in my vehicle while jacking-off". Mind-control was used on me to force me to leave the meeting after its conclusion & go home without being able to process what had happened yet. I don't remember the majority of the speech because of my blank-mind but just remember hearing the small bit including that. I doubt they were aware that I was an innocent disabled victim being violated. Regardless of what they knew I'm pressing charges (2011 or 2012).

The next job I worked on them with was in Tennessee IL helping install new septic tanks for the town. A lady showed up & drug tested me & I had been using opiates & marijuana. Instead of admitting my medicinal use I used bottled water that I held in my mouth to soak the mouth swab I was given instead of saliva. I damaged the first drug test intentionally with tobacco chew. I did this because of constantly being violated & neglected then threatened/punished for what is/should-be my protected rights as the specific victim I am. Soon after I remember mind-control being used to violate/punish me while attempting to operate a large truck capable of vacuuming away soil as it pressures washed holes in the ground. The setup made locating utility lines an easy task for the work crew. Mind-control blanked my mind after vacuuming a truckload of waste & wouldn't allow me to correctly fasten the lid of the dump tank. While blank I was forced to drive the truck from one side of town to the other with waste leaking from the unsealed truck. Mind-control-technology violations/sabotage made operating that truck correctly impossible for me at that point in time, a task that normally wouldn't be difficult for me.

I remember being violated another time while attending a training program in Mount Sterling. Mind-control violating me while attempting to deal with my disability symptoms & the torture I've been being put through my entire life made my mind blank & not function for the entire training program. My blank mind invited myself to stay with Adam Hennenfent in Macomb instead of staying in Mt Sterling. Driving back & forth from Macomb to Mt Sterling was unaffordable for me at the time. I remember mind-control forcing me to send Morgan Ray a video of me jacking-off after receiving a provocative video message from her while at Adams. I'm seeking justice for myself.

While working with them at BNSF's railroad in Galesburg, I can remember mind-control being used on me to violate me while using the bathroom. I was mind-blanked & forced to use pain medicine on multiple occasions when I wouldn't have (a constant torture technique used to waste my unaffordable & limited medicine stash that I was constantly tortured & stolen-from for).

While attending a required meeting for the union that was being held at the 'Elk's Lodge' in Macomb, IL, I was sabotaged by a violator/violators using mind-control technology to control my mind/body. I was intentionally forced to write the attractive bartender a message on a $1 bill while tipping her & then leave the meeting (sabotaging my personality/character). It was an attempt to make me look like a creep while being kept under unlawful surveillance.

While working with them on the West Main Street Bridge in Galesburg that goes over the railroad tracks, mind-control was used on me to violate me nonstop (I remember getting forced to look & focus on certain sights that I wouldn't (for example, I'd be forced to look at the male coworkers' butts as they bent over by a mind-control using violator). I was continually mind-blanked/ forced to fault when asked to complete tasks. I remember being stolen-from & forced to go through withdrawals & puking on the jobsite (I spent every dollar I made working on medicine or gas to get to work or gas to get medicine). I'm pressing charges for all the violations/ neglect to me & for being taken advantage of, humiliated & forced to fault/sabotaged.

These were just a few examples of the types of violations I've been violated with nonstop as attempting to be productive for employers/family.


Education

I have been knowingly neglected & violated while going through my entire education at ICS, Warren School/High School, United High School, Carl Sandburg College & Western Illinois University. Throughout my entire education I was constantly blanked with mind control technology & forced to be silent in between the moments when I was getting sabotaged & spoken for by violators controlling me with mind-control technology. The following testimony details the examples I remember:


**Immaculate Conception School**:

I went to Immaculate Conception School from 1st-8th grade. I was being violated/neglected/controlled/sabotaged/tampered-with by a violator using mind-control technology the entire time I was educated. I was also suffering from the symptoms of several severe head injuries the entire time. These are the examples that I remember of getting violated/sabotaged/neglected while at school:

This example is from my first-grade year. My mother became sick & was forced to stay in the hospital for over 6 months. I was on strike from praying & refused to pray once my mother

became sick because I thought they were reading my mind & punishing me & my mom. My mother had been being horrible to my father & I nonstop (verbally/mentally abusive). I had started praying that she would be removed from our lives nonstop & that's all I prayed for the entire time I prayed for 1-2 months straight prior to her getting sick. My mom suddenly became sick with toxic shock & was misdiagnosed by the doctor which almost ended her life. From then on, I didn't pray at all & would lie to my elders when they'd ask me to pray (I'd tell them I'd pray when I didn't/wouldn't). One of the days while in Mrs. Linden's first grade class, I remember mind-control being used on me to force me to cry to my teacher about my mom being sick in front of the entire class. I remember mind-control being used on me to force me to pray for her that day when asked to by my teacher or someone else at the school (after refusing to pray for over 6 months & still being unwilling to) & then later that day I was told she was going to live & would be home that day. This further proved to me that my mind was being read & that my mind-control-technology using violator/violators were in on controlling my reality. I believe my mother was intentionally murder-attempted or in on a scheme to attempt to trick my family & I that she was sick.

While in a concussion-coma-type state of mind & playing basketball in junior high, mind-control was used against me to blank my mind before every game & force me to play several games in a row throughout the season without wearing socks. My shoes were ruined after a few games & my health was negatively affected. I was hurt bad enough that I couldn't figure out why my shoes started smelling nor why wearing my shoes was making me feel worse. It took me several years to remember that they intentionally did that to me as I was playing. I'm pressing charges for attempted murder.

During 1 of my grade school classes I remember being spoke for by a mind-control violator who was sabotaging me. I was forced to speak that I'd give permission to being under surveillance & to be a mind-control experiment for head injuries for my entire life as I was in a mind-blank & basically unconscious. They also ran my mouth about being a head injury experiment & made it seem as if I was joking about it. I wasn't allowed to communicate for myself as it was happening/being said & could only observe because of how hurt I was & because of how they were violating me with mind-control technology. I remember it happening & knowing how sadistic it was/felt that they were sabotaging me in front of my fellow children as they had already used the same technology to murder-attempt me multiple times with head injuries. They also forced me to tell the kids that I wanted to be a pornstar when I didn't & wanted to be the family man my Catholic grandparents would be proud of. In second grade, the same techniques were used to sabotage me as I was being forced to share my invention & design ideas with my class. I had completely forgot about everything in my life because of head injuries & was put on the spot as I was being violated/sabotaged/controlled by a mind-control using violator. While in 2nd grade mind-control was used to remind me of my exact idea I had thought of for the Bowflex Revolution Home Gyms so that I could explain it to the class. The teacher asked me what I had in mind for designing home gyms (when I had never talked to her about it).

When she did that mind-control technology was used to remind me a picture of the inside of the Bowflex Revolutions spira-plates design that I had thought of years prior (but forgot about because of my head injuries). I then described the plate & the design for the Bowflex Revolution XP to the class & told them my idea to name the company 'Bowflex' (a name I thought of because I wanted to make a movie about strength-training my sister & developing trust in her to hunt with a bow&aarow). I had thought about the design for the original bowflex that uses the rods instead of the plates as a young child as well but had completely forgot about that design idea of mine. They must've used mind-control technology to understand my initial thoughts for the design & incorporated my design ideas for the frames despite me completely forgetting. The frames for all the bowflex's were my design suggestion (my favorite is the design style of the bowflex revolution xp). They had me talk about the idea for the original Bowflex home gyms in 2nd grade while I was basically unconscious & when I hadn't remembered that I had thought of that design (as they were using mind-control technology to do my talking for me as they were sabotaging me). I believe the name 'Bowflex Revolution' was suggested in my class by my mind-control violator & I believe it was their joke knowing that I had already thought of my idea/plan to design hydraulic & gear-tortion strength training equipment but had forgotten about those ideas knowing that I would remember later. It wasn't long before a company named Bowflex was selling my exact design. When I was forced to talk to the class about my ideas for designs & companies, I was sabotaged by the violator who was doing my speaking for me while using technology. My sabotager made me seem far less intelligent than what I am & made it seem as if I had put far less thought into everything that I had. I believe they did this so that the other kids/observers didn't feel bad about themselves for not thinking of new inventions already. I'm seeking justice for being violated, sabotaged, neglected & stolen from.

While in grade-school & getting controlled, spoken-for & sabotaged by my mind-control violator/violators I was forced to say the following that I would've never said: I was forced to say that I didn't want money nor credit for my contributions. I was forced to say that I didn't want pain medicine. I was forced to say that I am unwilling to take penicillin & antibiotics.  I was forced to say that I wanted to be bald with bad skin. I was forced to say that I wanted to be like all the worst characters from the movies (instead of the best characters). I was forced to say that specific people could use mind-control on me after being asked which people could use mind-control on me (I had to pick 5 separate people if I remember correct).

I came up with a design to add septic systems to animal confinements when I was between the ages of 3-5 while helping my father work on his farm. At the time, I was in a concussion-coma-type state of mind from a series of severe head injuries. I attempted to tell my father about my invention's design while we were at work but was unsuccessful because of my inability to communicate at that time. When attempting to tell my father about my design, he told me I should take my idea to school & see if I could get help with getting it produced (he immediately discredited the fact that I could design it by myself because I couldn't talk at the time). A couple years went by after thinking of this invention & I had forgotten about everything

in my life including the invention because of my head injuries. I didn't want to share my ideas in school because of wanting to complete their designs & plans beforehand so nobody could attempt to steal them from me nor take-advantage-of me. A couple years after thinking of my design & while in 2nd grade, mind-control was used on me to do my talking for me & begin to talk to my class about my invention ideas. They had me introduce the idea as if I had put far less thought into it than what I had (intentional & premeditated sabotage). I believe my violator/violators did so to try to give the kids a chance to design my invention themselves despite knowing that I'd put much more thought into than what it was forced to seem. During this conversation I was forced to attempt to talk about my invention designs while in a concussion-coma-type state of mind & with a blank-mind while a violator was sabotaging/controlling me with mind-control technology (I was able to observe/remember but not able to control anything that was happening nor being said at the time). I had my confined animal septic systems envisioned to the point described further in this evidence (in the design/invention section of this evidence) prior to second grade minus a couple of the details that I thought of the very next time I was able to put thought into it. While in second grade they had me tell the class to put a grate over a water-pit which sabotaged my respectability/intelligence/design completely. The company for this design will be worth over a billion dollars & for them to sabotage my original ideas publicly is a high crime that I'm seeking justice about. They forced me to share my ideas for the Bowflex, kitchen vents, hydroelectric-generators, websites, tv shows, & more in the same conversation & they are further described later in this testimony. When I shared my idea to fix the floods along the river in Davenport & Oquawka there was an excuse & lie told to me (in school by the responsible elders/teacher) saying that I couldn't fix what my designs absolutely will fix. I'm seeking justice for being violated/sabotaged/neglected. I had already shared my ideas about redesigning kitchen equipment & the plumbing systems with my mother. I had already shared my idea for insulated water-pipes to Chris Gavin. My point is that I can prove my points for court with witnesses.

While describing my design suggestion for society's new air-fryers I was intentionally mind-blanked/sabotaged & forced to leave out the design-particular that the insides of the air-fryers/stoves/microwaves & other similar cookware were supposed to be designed in pieces to be removable so they can be cleaned at the sink instead of having to reach/clean inside them (the most important part of my design improvement). This was another massive sabotage crime by my mind-control technology using violator/violators. I had already shared my idea & the details of my design with my mother & my improvement for the designs are a certain future for the industry.

While in 2nd grade & being forced to communicate my ideas for inventions/designs as I was being sabotaged by a violator or violators, I was told that they wanted me or us to design a device that meant to thread our needles for us as we sew.  Mind-control was used to violate me & immediately share an idea to complete the design. I believe mind-control was used on me to speak that idea instantly before I had put any thought into it whatsoever. I don't know if I thought

of the design off the top of my head or if they attempted to trap me into claiming designs that weren't mine as they used mind-control technology on me. The needle-threading device I suggested the design for is now on Amazon/Pinterest & is being sold on the internet (I have a picture of it on my phone). It's designed to appear similar to a lighter & had me laugh about how smokers would be able to thread needles now.

Before I ever began schooling my family gave me a bicycle as a gift. One of the first time's I was in the garage with my dad I was putting away my bicycle & he asked me what I would change about the design of the bike. I told him I'd switch the chain out with a PTO-shaft, change the seat to more chair-shaped seat instead of the annoying triangle seat it had & add the suspension systems mountain bikes now use. My initial design suggestion that I suggested in class is now on Pinterest. Soon after I actually had time to put thought into this design idea of mine & what I came up with is described further along in this testimony in the 'Design/inventions' section of this testimony. My design will be the future for bicycles. My violators forced me to share my idea for this with my 2nd grade class & while in class Jacob Gillen attempted to trick the class that it was his idea (I believe my dad must've told the other dads about my idea & then Jake tried taking credit for it in class in front of everyone while I couldn't verbally communicate well enough to stick up for myself).

I came up with the idea for using chopsticks to feed dogs treats as a child (so they learn not to attempt to nip at our hands) & shared the idea with my mom. I immediately suggested that we should have them made out of metal so that we could clean & reuse them.  Soon after I went to school & my cousin Jenna Thompson acted like the idea was hers (I'm positive my family told hers about my idea & then she tried to take credit for it). This same technique (a cousin & classmate of mine trying to take credit for my ideas) was used on me with my cousin Jake Gillen also but I can't remember what he tried to take credit for. Another incident with Jenna happened that violated/harassed me. I was at home & in a concussion-coma-type state of mind & had forgotten that I had stopped jacking off while attempting to be devout/mature & started to do so again to exercise/rejuvenate/ replenish my sex organ/system & for pain medicine (or I was being forced to (I was forced to a lot)). I was exploring the idea of being with different women & envisioned a woman/wife that looked like almost every female I've ever seen for my future partner throughout different times in my life. That specific time I was envisioning someone that looked similar to Jenna thinking I might end up with someone looking similar to her. I was considering her appearance-type not individuality (while being unable to think/remember that we were/could-be related). The next day I went to school & she walked up & reminded me that we are cousins like she was reading my mind the day prior. Mind control gets used on me nonstop so I'm wondering if someone she knows is in on using mind-control to violate me or if my mind-control violators used mind-control on her to violate me with that comment that day.

While in my 2nd grade class I was suddenly asked by my teacher if I had any invention designs for new strength training equipment & soon after I was asked if I had any other invention designs. I had already thought of my designs for the Bowflex Revolution XP, the new gear-

torsion strength training equipment & hydraulic strength training equipment but don't think that I had ever verbally spoken about this to anybody. My mind-control violators had made it clear to me for my entire life that I didn't have to communicate using my voice to be able to communicate with them & the government. They did this by allowing live broadcasted television commentators & broadcasters & news-anchors to literally communicate with me live while doing what they do. They did this by allowing people from my surroundings to say things to me that they would've only known if they could understand my thoughts. They did this by controlling my body & mind 100% of the time & reacting to my thoughts/motives/etc. with their control while doing so 100% of the time.

While in my 2nd grade class my surroundings attempted to steal my idea for self-cleaning smart water pipes that I had already thought of years prior. My idea from my mind was stolen & then after being forced to talk about several of my inventions somebody said "wait until you incorporate that into the water pipes" which I had already thought of & planned (6 months to 3 years before this conversation) & then forgot about (because of my brain injuries) but I didn't want to seem like a jackass (I would've had to argue with the kids) so I just kept my mouth shut at that time.

While in 2nd grade I suggested that motorcycles be custom designed & built to have the handlebars look like horns of a longhorn cow. A couple years later my father showed up at home with a motorcycle built this way.

While in grade school I suggested the new design for the new style of their boots & the new emblem for the boot company 'Timberland'.

While in class I thought of the idea/plan for 'Door Dash' but chose not to share this idea with the class because I didn't think more time needed wasted on common sense talk & then another kid spoke the idea almost immediately. In the moment I wrongfully considered it more harassment from my technological violators before realizing my assumption was only a potential.

While in my 2nd grade class & being forced to talk about some of my invention plans as I was getting sabotaged my violator forced me to say "why didn't I think of that" when one of my classmates made a good suggestion because I was noticing how childish they all were compared to me & how much they had not thought of. Another fact worth documenting about my violators who were sabotaging & controlling me with mind-control while in this class is that they impersonated Drew Robertson's personality as they were violating me.

While in grade school & severely injured from head injuries my mind-control violator/violators intentionally ran my mouth to attempt to trick me into thinking I invented the original water-bong for smoking marijuana & tobacco (or I did think of using a water bong & it was a coincidence that I thought of an invention that was already being used). As they did so I immediately thought of ways to redesign the bong so that it could be easily cleaned & later in life

was violated with mind-control about that. 1 of my ideas is now being sold online @ prismwaterpipes.com out of Pennsylvania. I further describe the design later in the design/invention portion of this evidence.

I suggested the following designs in my grade school class: The design makes it so a windmill spins itself once its spin is started by incorporating rubber resistance bands that continuously use the bands resistance to activate continuous motion. I cannot remember this memory for certain & will have to rely on witness testimony, the investigation associated with my case or video surveillance to know for certain. I also suggested that we use the oppositional forces of magnets to spin the wheel to produce a perpetual electrical generator & when I suggested this my classmate, Shane, sounded as if he almost had an orgasm. I also suggested we could use water bottles 2/3rds the way full of water & attach them to the spinning wheel & use the motion of the liquid & gravity to spin the wheel.

While in 2nd grade I was asked if I could design something so that hangers wouldn't blow off of the clothes line when the wind picks up. I remember being mind-blank at the time when they asked me & telling them yes, I could design you something & then my mind-control violator speaking the following through my voice: "We could design pieces of rubber with 2 holes in it that close the hanger". I also suggested that we design hangers with a hinge clip on the underside of the hanger's hook that fastens to an indention in the top of the hook when closed. I remember being told that if I ever get far enough in life that I own some of these that it would mean something for my court case & after I ordered some of these this month I remembered all of these details (5/23/25) (they show up next week).

I suggested the design for the new window blinds that are easy to clean while in 2nd grade. The new design is similar to a screen on a window that pulls down over the window. There is two layers to the design, one is transparent & the other tints the view. These layers are designed to overlap when needed so that you can tint the entire window or leave them spaced apart similar to when the old-style of blinds are down but open. When I was shown this design is already being produced without me, I was shown these being designed to automatically drop & collapse exactly as somebody in my class suggested for my idea. In class I said "I don't know about that" because I didn't think we'd have enough material to use to motorize our window blinds. Somebody in my class or within that 'time-frame' said that they "might have to steal" this design from me. Looking back on that specific moment I'm positive the design/concept plan was mine but I hadn't put any thought into it prior & am uncertain if the design that was showcased is what I thought of off the top of my head or if my mind-control violator finished my design-concept-plan & verbalized it during that class. To clarify I'm saying that I thought of & suggested the idea to design that improvement but I hadn't thought of how I would do it yet but within seconds my mouth verbalized that finalized idea to my class & I'm uncertain if I thought of that plan off the top of my head or if my mind-control violator did & spoke the details for me.

I was being violated by them so often (& still am in 2025) that it was impossible to tell the difference at times.

During 2nd grade I made several suggestions for our entertainment industry. I suggested the movie series' & plot focuses for 'Harry Potter', 'Pirates of Caribbean', 'Avatar' & 'Underworld'. I suggested the movie 'From Hell'. I suggested the scene in the movie 'Immortality' with Jude law where he starts drawing with both hands. I suggested a plot for a children's book that I believe inspired the 'Cars' movies. For the 'Cars' movie, I had just had a fight with my mom about a boxcar race she got me into. I was supposed to design a boxcar to enter into a boxcar race. My mom wouldn't let me use tools & did the designs I described to her by herself. I told her I wanted to carve the car to shape it as a lightning bolt & paint it black with the yellow/white lightning on the top. Instead, she shaped the car like a car & painted it black with a tiny (wimpy) lightning bolt on each side. I got into a fight with her about it & then 'Lightning McQueen' & the Cars movie came out. I also had just shared my idea for a children's book where the growing children are taught to care for their health/hearts as if they were doing maintenance on a car's engine (described further in this testimony). I suggested the plot for the series 'Game of Thrones' & while attempting to come up with name suggestions for children I suggested the name 'Arya' which is used as a name in the show.  I suggested the plot & writing style for the book by Elizabeth Kastova named 'The Historian'. I suggested a plot that I believe inspired the movie 'Ratitouie'. I made more suggestions that I believe were used by our entertainment industry & I will explain in more detail further in this document.  These examples further prove I'm being illegally surveillanced & stolen from while neglected/tortured/violated/sabotaged/abused.

While in my 2nd grade class & being forced to explain my designs/inventions/ideas to the class with mind-control (while being intentionally sabotaged), I was forced to tell the class that we were going to have a future President named Trump while joking about playing cards as we were contributing ideas for new card decks (& the ideas my class & I contributed for card decks are now being used by the United States Playing Card Company (detailed further along in this testimony). They had me say something else about President Trump but I don't remember. I definitely had no idea there was a politician from our country named Trump. We've obviously now had a US President named Donald Trump. This specific violation to me made me believe that it's a potential the secret service was involved with me getting violated & spoken for with mind-control technology or that one of my violators were attempting to trick me into thinking it was the secret service/Trump violating me.

While I was in grade school & being spoken for & sabotaged by a mind-control using violator the violator forced me to predict that the capital would get raided by ordinary people (the capital raid on January 6th 2021). They also had me predict the Boston Marathon bombing in 2013 & that there would be a President Trump. They also had me verbally predict the attacks on the Trade Center on 9/11/01 & the Russia/Ukraine War that began in 2022. I was also forced to predict the Coronavirus in 2019 while being forced to make fun of alcoholics who destroy their health willingly. I was also forced to predict that the Chicago Cubs would win the World Series

in 2016. I was in 2nd grade & dealing with severe head injury symptoms & could've/would've never predicted such things without being violated with mind-control. They had me say the capital raids would be a technique to stall the media & direct attention away from my individual court case that I know qualifies for the federal supreme court & national news headlines. I also remember the classroom leader asking a question about pen-names & someone suggesting the name 'Ryan Seacrest' as a pen-name & now there is a celebrity named Ryan Seacrest (I believe it was a coordinated effort by my teachers & classmates to (seemingly accidentally & coincidentally) mention another future successful celebrity. I remember in a conversation that occurred much earlier in my grade school education that I was forced with mind-control to say that my pen name could be Mark Zuckerburg when I had never heard of nor thought of the name Mark Zuckerburg. Mark Zuckerburg is now the supposed owner of several of the technology/internet-website-creating suggestions I made as a child. At some point in my education, I remember getting forced to communicate that I'd always use a pen name in public because of not being able to trust violators that are scattered throughout the general population. I now deal with harassment nonstop by people that I believe are using pen names because of this conversation (mostly actors, athletes, news broadcasters, etc.). My violators/controllers intentionally forced me to act arrogant & non-trusting during that conversation. The combination of getting violated/forced with mind-control technology to mention leaders of your own contributions with getting murder-attempted/raped/sabotaged/stolen-from/tortured/etc. while being unlawfully surveillanced is another example of intentional harassment/harm/threat/torture that I was forced to deal with by my forced-surroundings/elders.

11/17/24: I checked Pinterest & was shown another 2 designs that I believe I might have suggested or that my technological controllers/violators might have attempted to get me to describe, suggest & take credit for during my grade school class that I forgot about. The first design is a windmill that has cylinders (this design had water bottles attached to it) partially filled with water attached to the end of the spinning blades & once a person starts the motion for the windmill it doesn't stop spinning (because of the laws of physics) creating a constant source of electricity production. The second design makes it so a windmill spins itself once its spin is started by incorporating rubber resistance bands that continuously use the bands resistance to activate continuous motion. I'm uncertain if this idea was mine or my mind-control violators as they were introducing themselves to the kids I was in class with through while they were introducing me as a brain injury victim to them. I cannot remember this memory for certain & will have to rely on witness testimony, the investigation associated with my case or video surveillance to know for certain.

I suggested what is now 'Americorps' while I was in 2nd grade.

I came up with & suggested the majority of the names being used for major websites while in one of my grade school classes. I was getting controlled/sabotaged/exposed & spoken-for by a violator/violators using technology as I suggested all of these names so I am uncertain which names I should be able to take credit for contributing.

While in grade-school someone (I've forgotten who) told me that Lionel Messi was going to be one of the best soccer players in the world & that Alcaraz (who wasn't born yet) was going to be one of the best tennis players in the world.

While in 2nd grade & being verbally spoken for & sabotaged by a mind-control-technology using violator, I was mind-blanked forced to make a bad joke to the class about how the people of Galesburg were going to spend money & create a massive sign on a bridge welcoming the people of East Galesburg to Galesburg. In between 2010 & 2018 a bridge was built on the east side of Galesburg that has a massive sign that reads 'Welcome to Galesburg/ facing the oncoming traffic from the small village of East Galesburg. This specific incident proves that my mind-control violator/violators had knowledge of this future project 30 years ago & I'm writing a testimony about it because they are in on sabotaging/violating/neglecting/abusing/torturing me with mind-control technology while attempting to steal my designs/inventions/ideas. They've went along with stealing my ideas for over 30 years & now I'm finally going to be able to prove it & hold them accountable in court because I've finally remembered enough & written enough testimony to prove them the violators/neglectors that they are.

While in grade school I opened a map book of London, England. When I opened the book, I instantly looked down to see 'Armstrong' (my last name) labeling something on the map. I've now looked through maps of London & can't find anything but a small road labeled 'Armstrong'. I believe mind-control was used to have me open the book directly to that page & have me look instantly at that label. I had decided that one of my main goals was to get knighted by the royal family & secretly swore allegiance to them (the family).

While in 2nd grade & being sabotaged & spoken for by my violator that used mind-control technology to violate & control me I was forced to talk about my invention plans that I had thought of years prior but forgotten about & I had not remembered about any of them yet as I was being forced to talk about them.

While I was in my grade-school class (probably 2nd grade) I was thinking to myself about how I would pull a calf if necessary & attempting to think of a way to stand the heifer up vertically (like a standing human) so that gravity could help them deliver instead of them being forced to push it out horizontally. As I was doing this my mind-control violator was sabotaging me 100% of the time & I was having to keep my mental focus on remembering evidence, criminal-profile & self-defense argument while continuously thinking about my priority inventions & plans for the future. My brain damage & my violators made my mind go blank momentarily & then somebody told me that they wanted to lift up their cow with a fork on a tractor to make it happen. They said that I'd probably want to redesign the cattle chute to make this process simple & then they said "how do you like it when we do this to you" (making reference to thinking of inventions while they are busy doing other work) after literally stealing my ideas from my mind before I could share them. I don't remember who said this to me. This

completely disheartened me as I was being constantly sabotaged by my mind-control violators who wouldn't allow me to represent myself to my classmates without sabotaging me nor even think to myself without violating & stealing from me. They attempted to steal several of my ideas before I could verbalize my thoughts.

While getting sabotaged by a violator using mind-control I was forced to fault mentally nonstop while in class (sabotaged). Mind-control forced me to act as a psychological-bully, often, to many of my classmates. I would be in a mind-blank & saying things that I didn't realize I was saying, that I didn't mean to nor want to say & that I wouldn't remember saying until much later as I was constantly being violated with mind-control technology arrogantly & blatantly. I'm pressing charges for being sabotaged. I remember being forced to call Katie Cooper fat after watching the Ben Stiller fat kid camp movie & thinking I was in hell as I was forced to act that way. Another example of my violator/violators using mind-control to sabotage my personality/respectability/attempts-at-friendships was when I was eating lunch with Matt McGuire (a classmate of mine). Matt always had a well packed lunch & I was forced to tell him to give me his zebra cake. I'm pressing charges for being forced to act like an inconsiderate bully to Matt (for both him & I because he was tricked by my violators who sabotage me making him a not-credible witness of my respectability). I know there are more examples but I cannot think of more at the moment.

While in my 2nd grade class I verbalized the following complaint while I wasn't functioning & I don't know if I was forced to by my violators or if I wasn't functioning: We are paying black athletes outrageous amounts of money yet Africa is no further developed.

After hearing the racial slur 'beaner' being said at school I was upset. The next thing I knew (I was head injured severely at the time) my violator who sabotages me with mind-control technology forced me to call my best friend at the time (Jake Gillen) a 'beaner'. Jake is part Latin American & I'm pressing charges for both of us.

In 1st or 2nd grade our class was given a talk about pain medicine & it was made clear to us/me that heroin was made from the same thing as out prescribed pain medicines.  I instantly decided that I wasn't going to be willing to use illegal drugs because of not being able to trust the cleanliness of them but decided I definitely was planning on using available medicines to help me improve my quality of life & functionability after being hurt in all the ways I had/have. Of course, as I was introduced to pain medicine my mind was blanked & I was forced to use illegal pain medicines that I never wanted to put into my body by a mind-control using violator.  I now look worse than the people with aids, hepatitis & other diseases despite using a clean needle every time. I'm pressing charges for being violated, sabotaged, abused, neglected & tortured. Every time I used any supposed cocaine or heroin my mind was blanked by a violator using mind-control technology & I didn't get the option to not use the substances. I planned to be illegal-drug free so I could respectfully represent myself as a worldwide contributor. I had decided I'd be willing to experiment with marijuana, cocaine & opiate-pain medicines if

provided access to clean material free from threat/punishment since I'm a unique person with severe head injury (for research/entertainment purposes). I had decided that I would be an advocate for marijuana & fight for my/it's right (in court) regardless because of my contributions for its industry.

While at a track meet at Warren School mind-control was used against me to forcibly violate/sabotage me as I was running a 400. Drew Robertson was running the race also & during the last 75 meters of the race mind-control was used to force me to turn around & look at Drew who was 15-25 meters behind me in the race. He instantly made a large facial expression (a Jim Carrey type reaction) when I was forced to look back at him. Mind-control was then used to instantly shut my body down completely while I was turned around & forced to look at Drew. I was cheated & not allowed to finish the race at the pace I was going. Drew past me at the end of the race as I was sabotaged with mind-control. Drew's large facial expressions (a Jim Carry-type facial expression/Ace Ventura) that I mentioned in this incident happened every time I looked his way during sports practices & as we played football as a kid. His constant (massive) facial expressions made me think he was in on harassing me as I had been getting violated on a daily basis.

I went on a field trip to Washington D.C. during my 8th grade year while I was severely hurt. I remember very little & was in a 'blackout' for the majority of the time (my mind was blank & I don't remember anything nor do I believe I processed anything during the trip). I remember thinking mind-control was getting used on me to control my personality & force me to buy specific t-shirts that were arrogant. I remember our bus hit a guy in a wheelchair & wondering if he pulled out in front of the bus on purpose to attempt to get a lawsuit. I remember Corey Champion running around screaming 'jizell' & telling everyone he jacked off in another kid's hair gel & the kid put it in his hair. I remember almost nothing else from the trip. Several years later on 6/7/25 I remembered that while on this trip I was in the bathroom & my mind-control violators blatantly forced me to jack off using mind-control technology. I don't remember being forced to jack off into anybody's hair gel but it wouldn't surprise me if that happened. When I got dressed & went back amongst the other kids Corey Champion was running around telling everyone that he jacked off into Zach McGlaughlin's hair gel & repetitively saying 'jizell' as if he had teretes syndrome (as if they watched this happen to me using video surveillance). It's my belief that Corey was attempting to trick our surroundings into thinking he is disabled & damaged so that he doesn't have to take responsibility for intentionally murder-attempting me with his golf cart.

While in one of my grade school classes I was being forced to talk & spoken for by my violator/violators who use mind-control technology to control/sabotage me. I had an idea of opening a steakhouse in the area to provide a cheaper option for steak/beef dinners for my local community because of all of my contributions to the agriculture industry. Instead of letting me talk about my actual ideas my violators ran my mouth to sabotage my personality/respectability (as they did nonstop) & forced me to say I wanted to open a restaurant on the town square next to

the court house & further detailed ideas that were not mine. Now the Gavin's own a restaurant in that spot full of the ideas that I was forced to say but would've never agreed with using.

While in 2nd grade I was violated & harassed by my entire school for the following incident: I was thinking to myself & attempting to figure out why our ancestors called the Catholic Religion - Catholic. I was doing this as I had been getting it made perfectly clear to me by my violators that they were using mind-control technology on me to read my mind & control me at their will. After thinking about it for a while a came to this conclusion: Ca= the sound an ax makes when it hits wood, th= the record book, o=or, lic= lick your tongue against the roof of your mouth to explain yourself for your sins. Almost immediately after I came to this conclusion (& made the same connection for why Chicago is called Chicago: Ch=pshh, I (me/myself), ca=keep records, go= leave before you get hurt sinner) John Bowling (who was in a different classroom as I thought of this) started laughing to himself as he verbalized my thoughts as if the priest or someone had told them about my conclusion when I crossed him in the hallway. This is one of several examples (many I don't remember yet) of how my surroundings used the information from my mind without my permission & it harassed/violated/stole-from me severely.

While I was in class I was thinking to myself about how I'd successfully earn enough money to make a living as an inventor so that I could provide my family financial support & buy my own farm. The plan I came up with while thinking to myself was to start a designing company that would finish all of my detailed blueprints & then have that initial company start all of the separate companies for each invention that doesn't get contributed to an already existing company. I did all of this thinking to myself & within the next 10 minutes somebody else from the school (I think it was Hilary Leary but I don't remember for certain) said "you could call it Armstrong Designs & Inventions Inc.".

While playing basketball for my junior high I was told to clean my shoes. I was told to do this as I took a look around & noticed everybody from outside coming & sitting in the bleachers & the teams sitting in the bleachers before getting on the court to play so I momentarily ignored them. When I did this my violators broke my skin out with acne & made me extremely sick to the point that I had to go to the hospital & I believe that I was poisoned.

While at I.C.S. I was told my junior high basketball coach Steve Kemp had sex with a local teenage girl with the last name Fox. I don't know if that was true but believe it was another attempt by my surroundings to sabotage my respectability (I think they told me that hoping I'd spread rumors & act poorly).

While in 2nd grade & being forced to verbalize my invention plans as I was getting sabotaged by my violators who use mind-control I suggested the beginning to one of my plans involving water pipes that I had already thought of the complete plan long before. Almost immediately someone spoke up & said something along the lines of "wait until you finish that plan" when I already had but was being spoken for & sabotaged by my violators that control me with technology. My

violators were forcing me to allow my surroundings to feel as if they were assisting me when they were not.

**Warren (K, 9-10th grade):** I was in horrible mental/physical condition, medically, during high school because of my head/spine injuries. I shouldn't have been in school while dealing with my symptoms & while getting violated with mind-control nonstop. I shouldn't have been allowed to play football while I was that hurt from severe head injuries. I should have had access to the pain medication that improves my symptoms enough that I can be more normal & fault-less. I went to Warren School for kindergarten & then again for high school. These are the examples I remember of me getting violated at school:

One of the first days of high school I was called a child molester by a classmate (because of me getting sabotaged & set-up by a violator using technology & because the legal/law-enforcement systems continue to neglect me as I get violated with technology being used as a weapon).

Mind-control was used on my blank mind while in a concussion-coma-type mind state to nearly attack a couple of my teachers physically, Mrs. Dejong & my uncle Ben. I couldn't read because of my head injuries & when Mrs. Dejong attempted to talk to me 1 day about English Class I nearly pushed a desk into her while in a mind blank. I wasn't being allowed to function as the incident occurred (disability-symptoms & mind-control) but was able to stop myself & leave the situation before anything bad happened. The same exact thing happened one day in my uncle Ben's math class.

While driving with my head-injuries, mind-control was used to violate/tamper-with me the entire time. One of the winter mornings I remember hitting a car while turning into the high-school parking lot because of not scraping the ice off my windshield (another mistake I wouldn't have made if I wasn't being injured/murder-attempted/violated/controlled/tortured/sabotaged/neglected while my court case was going unsettled & I wasn't on the medicines I need to function). This happened as I was completely mind-blank & I don't remember anything from that day other than hitting the car. I don't think I ever processed that it happened & just parked my truck & went inside as if it didn't happen while instantly forgetting that it did happen. I remember being forced to respond to someone that day about the wreck while completely mind-blank & getting turned into an alter-personality of Chris Gavin I didn't remember that this incident happened for years, if not decades later. Looking back at the incident I'm guessing I was forced to get in that accident & immediately forget & act like nothing happened because of all of the neglect I was subject to from my surroundings after being murder-attempted multiple times while on that school property & while getting billions of dollars in contributions stolen-from me, raped, etc. while everyone continually acted like they were doing nothing wrong by neglecting me & continually acting like nothing happened.

I remember getting severely sick on multiple occasions while in high school. On 1 or 2 of occasions I was put in the hospital & believe I would have died without the medical treatment I

was given. I believe I was intentionally poisoned multiple times throughout my life & at least 1 of the times while I was in high school. Regardless, me being violated/neglected contributed to me getting sick.

I remember on multiple occasions getting erections that wouldn't go away while in high school. I remember having an erection that was almost hitting my chin & having to walk through the school with myself exposed through my clothes. I also (think I) remember (but am uncertain) mind-control forcing me to jack off at the school while in the bathroom.

I remember having several get-togethers (parties) for my schoolmates while in a concussion-coma-type mind state/stupor & while being violated/sabotaged with mind-control-technology. My Honda 250ex (4-wheeler) was stolen from the farm during one of these.

During shop class I was using a wood lathe.  Mind-control was used on me to force me to go from shaping a candlestick to making a wood penis-dildo. Mind-control was then used to violate me & force me into giving the dildo to Selina (the young woman I shared time with/was forced to share time with- briefly while in high school).

Mind-control was used on me when I suggested several new designs for water bongs that are now being used. I was mind-blanked & forced with mind-control technology to tell my friend that the new water bong company producing the exact design suggestion I made should be called 'Prism'.  The company in Pennsylvania that is now producing the exact design I suggested back then is called 'Prism' (prismwaterpipes.com).

After Selina began dating me mind-control was used to sabotage my personality & force me to brag about her deciding to date me for the brief time she did. I don't remember who they had me brag about her to but I know I was under surveillance when I was forced to. The incident was another example of how mind-control technology is used to violate me & sabotage my personality/respectability.

While with Adam Hennenfent my personality was sabotaged by a violator controlling me with mind-control technology. I was forced to talk about Adam & Selina's friend, Jay Boone's house (he lived in a trailer at the time). I was forced to say something horrible & pathetic about hooking up to his trailer & taking it away with my truck. I'm seeking justice for myself.

I was intentionally mind-blanked by a violator/violators using mind-control technology to sabotage my personality & forced to ask Corey Champion to leave a party I had at the farm after he drove out there & as I had no recollection of anything from my past.

Another example of how my personality was constantly sabotaged during high school was when I was forced by mind-control technology to cry in front of the Hennenfents on multiple occasions. It was a personality-sabotage torture technique being used against me as punishment/torture by a violator/violators using mind-control technology. For these specific incidents I believe my violators were sabotaging me for disability/social politics & not allowing me to function around the Hennenfents so that they had a clear view of how much more hurt I was than people with football head injury symptoms.

I went to a get together at Matt Kane's house & was forced to blackout mentally & act horribly while having my personality sabotaged by a mind-control using violator. I believe my cousin Jake Gillen was there & I was sabotaged intentionally to induce negative with the short-time I had around him. Ruining my attempts at friendships/relationships with intentional sabotage is a technique my violator/violator does repetitively while using mind-control technology & I'm pressing charges. For this specific incident it felt as if my violators let some young bratty know-it-all-schoolgirl use mind-control on me to intentionally destroy my personality in front of Jake (who I consider one of my best friends & who I had not seen nor communicated with in over a decade).

1 of the nights I was out at my dad's farm drinking with friends, a group of people showed up uninvited from Monmouth. Mind-control was used to violate me by forcing more personality sabotage. I was intentionally mind blanked by a violator & forced to kick the group of people off the property while being forced to hold onto tools as weapons for self-defense.

While in high school I went to watch a fight that one of my friends from school got into at Monmouth Park. While at the fight mind-control technology was used to violate me & sabotage my personality while forcing me to act like a maniac. I'm pressing charges for being violated/sabotaged/neglected.

At football practice my mind went blank & I cheapshot tackled Nick Stacker as we were running laps around the field. For this incident I'm uncertain if mind-control technology was used to force me into the action or if my mind went blank & I chose to complete the action but I know it never would've happened if I hadn't been getting violated & neglected for my entire life.

At some point in junior high or high school I babysat for Mrs. Sarah Cunningham-Twomey while severely hurt from head injuries. I watched 2 young boys for several hours 1 evening. When I started watching the kids my mind/vision went blurry & I have no recollection of anything that happened after that nor do I know if the kids are ok. I strongly believe that I went blurry/blank because of my violators using technology to control/violate/sabotage me & not because of my disabilities but regardless this wouldn't/shouldn't have happened & I'm seeking justice for me & their family/kids.

The Gunvilles were our neighbors while living at my father's house on Broadway in Monmouth in the late 90s to early 2000's. The family had 4 boys who would run around the yard with my sister's & I. The parents asked me to watch the kids while they were gone. I helped watch over all of them while I was in a mind blank because of my head injuries symptoms. I was forced to suggest their 2 youngest box for a round while not processing what was happening & while being sabotaged by my violator/violators using mind-control technology to tamper with me. The kids fought with boxing gloves until one of them turned bloody. I think my violators were attempting to make me feel like Tyler Durdin from fight club. On a separate occasion I was again in a concussion-coma-type state of mind & was having mind-control used on me to force my actions/words when I remember suddenly waking up out of a mind blank to myself drinking boxed wine out of their garage & then forced to walk around their house checking out their environment. I have a separate partial memory of going into their house while in a mind blank &

being forced to jack off but I'm uncertain if that happened or not. I am seeking justice for all violations to me & them.

1 of the times I was sitting around with some friends in high school smoking, while in a concussion-coma-mind state/stupor, I made a joke/statement. I stated that they should "roll me up & smoke me when I die" instead of spreading my ashes. The next time I went to 'Barnes & Noble', Willy Nelson had a book on the shelves called "Roll me up & smoke me when I die". This is another example of how I'm constantly being violated/neglected/harassed while under illegal surveillance.

While a teenager, a friend of mine was describing her night when she shared sexual experiences with multiple people. Mind-control technology was used on me to force me to begin kissing her as she was describing a scene from her recent history that would deter me from wanting to kiss her at the time. I am seeking justice for getting violated/sabotaged/ abused with mind-control technology & for getting intentionally neglected during.

While in high school, I drove my youngest sister to a movie. Mind-control caused me to be running late & I sped us to the movie while I was driving. On the way there I was pulled over by Officer Morath & given a speeding ticket or a warning. I am pressing charges for being violated that day & for being tampered with while driving. I wouldn't have been speeding with my sister in the car if I was able to use my brain. They violated me so often with mind-control that I am pressing charges not only for them violating me after intentionally turning me retarded with head injuries, but for their attempts to brainwash me into thinking I'm breaking the law as they were controlling/torturing/sabotaging/violating me. I'm supposed to get protected & served by the law-enforcement & legal system but instead I've only ever been harassed/violated/neglected/tortured.

While at the school before football practice I was violated with mind-control technology & my violator sabotaged my personality/character/reputation intentionally. I was forced to make an embarrassing comment about the physical attraction of one or multiple teachers from our school in front of other teammates. Them running my mouth, while setting me up by using mind-control technology to publicly sabotage me is one of my violators most common techniques.

While at football practice I was violated/sabotaged/tortured by my mind-control violator & forced to have a negative reaction while practicing 'king of the board'. I was up against Mick & wasn't in the mood to be & my violators used technology to force a negative & weak reaction. This is another one of their techniques to punish me for when I used to be able to make the kids scared to be on the football field with me if I wanted to & is a common torture technique my violators use to punish me.

During high school I was told to wear gloves when I lift weights but I noticed that nobody else wore gloves so I decided that I didn't need to. After ignoring this suggestion I immediately broke out with acne & became extremely sick to the point where I had to go get my life saved at the hospital & I believe that I was poisoned.

A group of us were at my farm & drove to Galesburg in separate vehicles. I had several airsoft guns at the farm & we had been shooting them at each other & continued shooting at each other as we drove to Galesburg. We were still shooting at each other when we pulled into Taco Bell & before we were able to order our food the Galesburg Police pulled into the parking lot with 2 separate cars & immediately drew their guns on us. We all cooperated & were let go but I believe they must've had us under surveillance while at the farm because we didn't drive past any cop cars on the way to Taco Bell & they showed up immediately as we pulled in the parking lot. I was in a concussion-coma type state of mind but once I processed what happened & tried to make sense of the memory, I started believing the Galesburg Police must've been making a joke about having me under surveillance. I've been being violated my entire life by a violator/violators using mind-control technology & by people within my surroundings so I'm pressing charges for being threatened & made into a joke instead of being treated with respects to my rights as a disabled victim who has never been allowed to live with rights nor justice. This is not the first time I think that a joke has been made out of me in Galesburg.

While in High School I was being poisoned & forced to have disgusting acne on a regular basis as the victim to intentional medical negligence & my violators timed up the symptoms with their mind-control crimes that they violate me with. As they did this Mick Kaywood (who mentally abuses & harasses me every time that he sees me) called me 'Rudolf' as I was being forced to live with a massive & bright red pimple on my nose. Mick always had perfectly clear skin & never had any symptoms on his skin ever until he said that then they put a massive one right on his forehead before erasing it & letting him live symptom free forever again. Every time that I have remembered this incident since I get another massive red pimple on my nose. Every time I remembered that Mick was the violator from my life that he is (I remembered two or 3 times throughout my life (in between my complete memory loss) until recently) while in high school I my mind was intentionally blanked almost instantly by my mind-control violator (causing me to forget everything again) & then Mick went along with violating me with my mind-control violators (this incident or when I was frozen at football practice & he broke my helmet into my chin or he mentally abused/harassed me). While watching Mick play football I realized that some of his best plays were near exact replays of some of my childhood plays. During my last high-school game I dropped an interception & it & my on-the-field reaction was an exact reenactment of an interception that he dropped while I was watching him play for the high school.

***United (11-12th grade)***: The summer before consolidating with Alexis I visited a group of kids in Alexis that were my age over at the Johnson's house. I remember struggling to drive while getting over there (& thinking mind-control was being used on me to make driving more difficult). While there I was forced to kick Laci Mckelvie's rear-end by a violator using mind-control technology to sabotage/violate me. It's nothing I would have done if not for being damaged from my injuries & getting violated by the violator/violators.

While in high-school mind-control was used on me to force me into stealing the scales from our chemistry class as I was completely blank-minded. Mind-control was then used on me to agree to return one of the scales while unable to think/process/control. Mind-control was being

used to force my involvement & alter my personality for everything to do with the scales at school. The second scale was taken by police or was stolen sometime after. Also in chemistry class, mind-control was used on me to force me to light Michael Long's hair on fire.

I was asked to play a pickup football game with Drew Johnson, Jimmy Lawson & Josh McDonald by Drew 1 day after a night of drinking while in a concussion-coma-type state of mind. During the game I suddenly went unconscious when I wasn't hit in my head. I believe someone date-rape drugged me or my violator/ violators that use mind-control on me forced me to go unconscious. I don't remember anything after going unconscious & woke up at home without remembering that I was ever there until several years later. I'm seeking justice for being violated, sabotaged & neglected.

Mind control was used on me the entire time I attempted to have anything to do with football, basketball, baseball & physical-training. My violator/violators that use mind-control against me do not want me to succeed in improving/maintaining physical health & violate/sabotage/distract me nonstop. They intentionally stress me out & depress me by constantly violating/controlling/sabotaging me as I'm attempting to do everything.

I played football all 4 years of high school while in a concussion-coma-type state of mind. I remember a total of 4-6 plays from games & only have a handful of memories from practices.

While in high-school I was forced to eat cat food by a mind-control violator while several people were accompanying me at my father's farm.

While in high school, I can remember driving to Galesburg late at night on several occasions to go through fast food or go to Wal-Mart. My mind was always blank & mind-control was used to force me to go on these errands. 1 of the times in Walmart, I can remember mind-control being used on me to spit out my tobacco chew onto the Walmart floor. I am pressing charges for myself & Wal-Mart.

I had a small gathering at my father's farm's shop. Soon after everyone arrived mind-control was used to force me to ask Kacey Lafferty if he wanted to box. I only had 2 boxing gloves so we each put on a glove & boxed for a short time while I was unable to control/react/process as my mind was getting blanked by the violator/violators using mind-control technology. The shop's floor was concrete so I believe that my violator/violators were attempting to get Kacey or I hurt because I didn't consider the concrete floor. Our boxing round ended quick because he put me in an unexpected arm-bar after I knocked him pretty good. Soon after, my violator/violators once again forced me to ask Kacey if he wanted to box with another guy (Adam Ray) & Adam knocked him out. When Kacey knocked out, he fell back & hit the back of his head on the concrete floor. When that happened mind-control was used to force me to tell everyone there to leave as I tended to Kacey. I stood over Kacey for a moment & was making sure he was still breathing when suddenly he woke up & then left.

I was attacked 4 separate times in high school by classmates. Bobby Clevenger unexpectedly attacked me by smacking me several times in my face when I've never done

anything to him. My mind was blank because of my disabilities/injuries but I started to charge him in self-defense because of his attack & he ran away. Jered Vanfleet attacked me on 2 separate occasions by sneak attacking me & tackling me. Both times Jared attacked me I didn't do anything back to him & he stopped attacking me after he tackled me. Corey Purlee & I ended up wrestling in the weight room but I don't remember what started the scuffle. I know I didn't pick a fight with him so he must've done something to start it.

While in a coma-type state of mind out I had several people out to the farm while nobody else was out there so we could be away from everybody else, have a couple drinks, play cards & whatever. My mind-control violator was blatantly violating me the entire time & had intentionally forced me to forget that I agreed to help roof the house of one of my teachers in Alexis the next day. While out at the farm my mind-control violator suddenly reminded me that I had to do this after they got me drunk & when they reminded me this they sabotaged my personality & had me seem to panic about it in front of the other kids. They then used mind-control to begin to drive me to Alexis & not allow me to realize what was going on until I was about half way to Alexis. They then allowed cognitively woke me up & allowed me to make decisions for myself again as I was driving to drunk to drive so I pulled my truck over into the ditch & slept in my truck in the ditch before waking up the next morning with the light, finishing my drive & helping roof the house. This was another exact example of when I think my mind-control violators were making a joke about letting "the dumbest kid in class" have access to mind-control to put on an exposition of how easy it is for them to trick all of the witnesses into being in denial about what happened because they used weaponized mind-control technology to trick them & stage evidence while sabotaging me. I was the smartest & best kid I grew up around yet they let these fools use mind-control technology to sabotage me in front of these unexperienced (with mind-control violators & being around people with brain damage) & less intelligent kids/people to make extremely obvious sabotage that is nowhere near to the character & person that I am their testimony & decision on my character.  They do this to make my very simple & obvious court case seem too complex for the court & law-enforcement to be able to handle & make the priority that it should be as they completely destroy my character to my surroundings & the witnesses.

**Carl Sandburg College:** I took an EMT-Basic certification training course during my last semester in high school. I remember getting violated, controlled & sabotaged with mind-control technology the entire time as I was dealing with the symptoms of severe head injuries & not functioning completely. I don't remember details to document at this time.

**Western Illinois University**: While attending Western Illinois University I was in a concussion-coma-type state of mind while getting violated with mind-control technology nonstop & while getting intentionally neglected. I am pressing charges for being violated/neglected & here is a list of some examples of why I am pressing charges:

My freshman year while living in the dorm, Selina visited 1 night. That night, I was forced with mind-control to engage in sexual intercourse with Selina in my dorm room as my mind was blank & not processing anything.

Melissa Patterson also attended Western & lived in Macomb. I saw her a couple different times & engaged in forced sexual activity with her while being mind-blanked/controlled.

While living in the trailer in Macomb I attempted to buy an English Bulldog puppy from the Maple City Classifieds website. I was asked to send money through Western Union to the seller & I did at the Macomb Wal-Mart. I was supposed to be shipped the puppy but never received anything & had the money stolen. I was under constant surveillance so this can be proven using the surveillance I'm constantly under, the Walmart surveillance, my bank statements, my internet history, etc.

While living in Macomb, my apartment was broken into & stolen from. I had a safe full of sentimental items that was stolen. There was an imprint outside of my window from when someone threw my safe out the window while stealing it.

While living in the trailer my dog Marley was stolen. She was a miniature Australian Sheppard. My roommate eventually found her & returned her.

While attending western I was asked to see their psychiatrist. I remember being in a concussion-coma-type state of mind & unable to communicate when I corresponded with him. Mind-control was used to force me to explain to him that I had a bad past with my mother (my violator/violators were doing my talking for me & sabotaging me while not allowing me to function).

I was in an agriculture class at Western & asked to keep a diary. My mind was blank at the time & I was in a concussion-coma-type state of mind. I can remember writing my agriculture diary on my anger with my mother from childhood while mind blanked then turning it in to the teacher. Mind-control was used to force me into the fault intentionally by my violator/violators using mind-control technology. I am pressing charges.

My disabilities (& the neglect/violations I'm victim to) wouldn't allow me to deliver a speech in Speech class. Every time I tried to speak in front of the class I'd instantly start to vomit & have an anxiety attack. The same thing would happen to me in high school if I attempted to speak in front of the class (in high school I was forced to start laughing & not be able to stop).

On my 21st birthday I went out for some drinks at one of the bars in Macomb's downtown area. While leaving the bar, mind-control was used on me to force me into stripping nude & doing a cannonball in the town fountain.

While living in the dorms I can remember a time when the fire alarm went off & I ignored the drill to sleep. The constant abuse/torture/violations/sabotage/neglect I've been forced to live with nonstop continues to negatively affect my health/life & this is another example of how my poor health/situation continues to affect me negatively.

Mind-control was used against me while I was attending WIU to force me into getting my tattoo while my mind was blanked. I had put thought into many tattoos prior to receiving this one & my tattoo is one that I intentionally wanted to avoid (it's color/type). I believe it was given to me intentionally as punishment/torture.

An example I can remember when my personality was sabotaged was when a friend of mine asked me if I rolled a joint by hand when I used a roller & my mind-control violator forced me to arrogantly lie to him & say that I rolled it by hand.

While attending Western, I began experimenting with using the pain medication named OxyContin. Mind-control was being used on me at the time to violate/sabotage me & I was being intentionally neglected by the legal/law-enforcement/medical systems. I can remember mind-control being used on me to force me into sniffing the medicine on many occasions during times I wouldn't, including while in class. The entire time I used OxyContin I was intentionally-mind blanked to never considered anything to do with the cleanliness of the straw I would use to sniff the medicine when that is something I had thought of prior to using & would've remembered to do if not for being violated/tortured/controlled.

While attending the university in Macomb mind-control was being used to violate/tamper-with me as I would drive. I drove from the Monmouth area to Macomb often & remember being forced to fall asleep while driving on several occasions. Every time I would fall asleep while driving, I would wake up & observe my sleeping body/hand steering the wheel in the safest direction to avoid a wreck (further proving to me that they drive me in my sleep with mind-control technology). It further taught me that mind-control was being used on me when I'm awake & when I'm asleep. I was pulled over on multiple occasions & ticketed several times but never given justice/fair nor proper representation despite being constantly violated/tortured/controlled/sabotaged/tampered-with/threatened/unlawfully set-up as the serial victim to our nation's highest crimes.

While living in Macomb I had a handicap sticker for my vehicle because of my disabilities & was given a ton of parking tickets as I was being violated/neglected. My handicap sticker expired but I was every bit as disabled as I was when I was given the sticker. My doctors were intentionally neglecting me & doing nothing but wasting my time. I was being violated with mind-control (proving I'm being unlawfully spied on) & neglected as victim to the nation's highest crimes so I continued to park in my rightful spot despite my sticker expiring.

While attending Western I stayed on Adam & Haase's couch often. Haase had a friend named Kelly Cruse who I was introduced to because of them. I attempted to communicate with her using online messenger a couple of times. When I attempted to communicate with Kelly, mind-control was used on me to alter my abilities & not allow me to communicate with her successfully. This was done to me every time I attempted to communicate with her. Kelly must've told Justin about my failed attempt at communicating with her because he yelled at me & kicked me out of his apartment the next time that I showed up at his apartment. Kelly was there when he kicked me out mind-control was used on me & forced me to jumping off Haase's 2.5 story balcony to exit his apartment. I was attempting to communicate with her as a potential

mutual friend but was sabotaged into saying things that still do not make any sense to me (as I was able to communicate normally to anyone else).

1 of the nights I went out drinking with some people I knew I was forced with mind-control to overdrink alcohol while in a concussion-coma-type state of mind & while getting violated/controlled/sabotaged with mind-control technology. I ended up at Mick Kaywood's apartment after the bar & began to vomit in his trash can. He escorted me to his front yard where I blacked-out & fell asleep in his yard next to the trash can. When I woke up the next day I was sleeping on Dustin Timmons' nude lower body's private area. I left the scene furious & completely forgot about the incident for years because of my disabilities & being violated/sabotaged/abused/tortured/neglected nonstop. I don't know if Dustin raped me in my sleep or not but I woke up on his junk & he was not out there when I went out there. I forgot about this happening for years & then continued to forget each time I remembered until I wrote this testimony (I still forget everything sometimes).

While living in Macomb mind-control was used on me to force me into a mental health breakdown. Mind-control had been used on me to force me into having & sabotaging sexual intercourse with a woman named Jessica Brunswig. I also was told that a guy I knew had slept with her already & mind-control was used on me to force me to cry about them sharing a sexual experience together while in front of several people (an intentional personality sabotage crime that made me seem mentally ill, a technique often used against me).

1 of the nights in Macomb some guys from Abingdon visited me & we went out for drinks. After a night of drinking at the bar we were leaving at closing time when Nolan was forced to defend himself physically. I don't know who else was involved in the fight (Tyson Rogers might have been) but my mind was blanked & I blacked out momentarily (I believe I was mind blanked intentionally to leave them without my help while being attacked which is something that's been done to me on multiple occasions (intentionally mind-blanked to let the people I'm around fight without my help)).

1 of the nights in Macomb I was out drinking at a bar with several of the guys I met down there. We were leaving the bar when 1 of the guys I was with was physically attacked by a stranger. The guy sucker-punched my friend, Ryan Winters, in the head & knocked him down. At that moment my mind went blank & I let the attacker escape because when my blank mind turned me towards the attacker, he was in a group of over a dozen guys who all appeared to want to hurt us. Afterwards, I was attempting to tell one of our mutual friends what had happened & my blank mind was forced to tell the guy that I used physical force on the attacker & made them regret it when I didn't (another personality sabotage crime against me to make me seem mentally ill). The guy who was with me corrected me & it was yet another example of forced embarrassment I'm put through nonstop by my violator/violators.

While living in an apartment mind-control was used to blank my mind & force me to strip nude/expose myself to a friend of mine named Dan Slivka & his girlfriend at the time.

1 of the nights while out at the bar I was violated & forced to disrespect a guy I had met & intended on being friends with named Alante. I was at the bar when someone told me I could

trade some of my money to him for supposed cocaine. Mind-control was used to violate me & force all of my involvement. I was intentionally mind-blanked & my violator/violators using technology to control me forced me into robbing Alante of a bag or pretend to rob Alante of his bag. I believe I gave him money while mind-blanked & simultaneously forced to act as if I was robbing him (it felt like I was being puppeted by my violator/controller in order to create false evidence). It seemed as if Alante was going along with doing this to me intentionally but I'm uncertain. My memory is unreliable but I can also remember telling people about the incident later that night & being set-up to sound as if I did it intentionally when I was in a mind blank & being talked for & intentionally sabotaged by my mind-control using violator/violators. I was forced to speak arrogantly to the people that I was forced to talk about this incident to as if I'm an ignorant & unintelligent racist towards black people despite being an antiracist (Alante is black). I think they were using unlawful surveillance on me & attempting to sabotage my respectability or showcasing the technology to the law-enforcement program at Western Illinois University.

I was violated with mind-control & forced to talk bad about my roommate to other kids while being violated/sabotaged by a violator using mind-control technology. I'm pressing charges for getting violated/sabotaged/abused/tortured while being intentionally neglected instead of being protected & served. I'm pressing charges for all who suffered or violated because of me getting violated/neglected.

While living at the house on Sherman Ave with my 5 roommates, mind-control was used on me to force me to steal from 3 of my roommates as I was intentionally mind-blanked by a violator using mind-control technology. Mind-control forced me into going into Nick, Pat, John & Brandon's rooms on separate occasions. While in Nick's room, I was forced to take $40 out of his wallet & spend it on pain medicine. He asked me about it later that day & I was forced to lie to him about taking it while in a mind-blank/concussion-coma-type state of mind & being talked for/controlled. When I went into Pat's room, I was forced to take $60 of his & purchase pain medicine. When I was forced to go into Brandon's room, they had me look into his dresser-drawers as I was being forced to snoop around without realizing Brandon was laying in his bed awake. He asked me what I was doing in his room & I remember responding to him that I was looking for food before exiting the situation awkwardly. I remember going into Jon's room but not taking anything. I believe my mind-control violator/violators were punishing me for having weed & pain medicine in the house but regardless I was forced into the situations with mind-control technology by my violator/violators who have been violating/sabotaging me for over 3 decades.

The trailer I moved into west of town wasn't move-in ready when we moved in & remained in the same condition for my entire stay there. There was a 5-foot x 5-foot hole within feet of my exterior-door that was at least 6 feet deep.  They never finished working on the place & left the hole exposed for the entire year. I can remember being violated with mind-control & forced to jack off many-multiple times while being mind blanked & living at that trailer. With a blank mind I can remember ejaculating against the wall next to my bed many-multiple times & never cleaning it (I think I was forced to do so with mind-control). I then moved out of the place & was forced to leave most of the stuff I had there because of getting controlled/violated by a

violator using mind-control. I believe being forced to jack off all over the wall & leave the place with all of my stuff in there was a way of insulting the owners of the place for renting it to me while in that condition. While living there I remember having a vivid dream (my only dream while living there) that the Federal Government placed me on surveillance & I think that dream was forced on me with mind-control.

Mind-control was used on me & forced me into breaking into Ryan Winter's apartment. Ryan was my friend down there in Macomb & is someone I would've wanted to respect instead of disrespect. Mind-control forced me into breaking into the house he was renting & stealing one of his smoking pipes & a jar. Eventually, I think someone took it back from my house & hopefully gave it back to him but I'm uncertain.

A friend of mine from WIU named Dan Slivka took me to his house & hometown. He took me to a party in his hometown where I was violated with mind-control & had my personality sabotaged embarrassingly. I was forced to incoherently rant to the mother of the person who had the party & make an ass out of myself because of my violator/violators using mind-control technology. I ended up vomiting a lot at their house after not drinking much at all. I'm pressing charges for the abuse/violations/sabotage/neglect that I'm constantly forced through.

When a friend of mine from college named 'Ryan Stone' visited me at my apartment 1 night while he was intoxicated from alcohol, mind-control was used to violate me & force me into giving him a cigar to smoke instead of marijuana (more personality sabotage that I was forced to be tortured with while ruining my respectability with my attempts at friendships). The cigar made him puke. I'm pressing charges for both of us.

While attending WIU mind-control technology was used to violate me & sabotage my character/personality to one of my professors. I was forced to email them & tell them I needed to skip class because of uncontrollable bowel movements.

I lived with roommates I didn't know 1 year. At Christmas break I was forced with mind-control to tell one of my roommates that I would clean the house during winter break. I remember mind control being used to force me to say that but then completely forgot about cleaning the place until after we got back & I had already forgot. This is another example of an intentional violation forced on me that sabotaged my respectability.

While living with one of my roommates named Nick my mind-control violator forced me to call him 'Nico' & this is an example how they always wreck my first impressions when meeting people.

While living in Macomb I smoked marijuana often attempting to be an advocate for the industry I've greatly contributed to as a designer/inventor. While there I was punished by a mind-control technology using violator for my marijuana use nonstop. I was intentionally mind blanked & forced to forget about the importance of smoking out of clean smoking pipes the entire time I lived in Macomb. I designed/invented the new waterbongs designed specifically to be cleaned while I was a child & was forced to forget to clean my smoking pipes the entire time I lived in Macomb (3.5 years). The forced-upon me violations very much damaged my health

compared to if I would've been living with my rights & not being neglected. They used these techniques to constantly sabotage my personality to people I was introduced to & they successfully destroyed my respectability intentionally.

While attending WIU I was violated/tampered-with/interrogated/controlled/ threatened while driving the entire time & drove from Monmouth to Macomb often. I was forced to fall asleep while driving (by a violator using mind-control) multiple times. I can remember multiple occasions when I woke up as I was almost wrecking the Jeep but my hand was already turning the wheel back onto the road before/as I woke. Mind-control would wake me up to watch my hand steer me back towards safety. I was doing an experiment with getting violated as I drove (by myself). I am pressing charges for many murder attempts/ threats on my life because of getting violated while driving. I'm pressing charges for all other drivers/people I drove past while being sabotaged/violated/tampered-with/controlled while driving.

 I lived in Macomb for 3.5 years (except for the summers) & don't remember cleaning nor doing laundry & only remember eating about a dozen times.

I was in a concussion-coma-type state of mind & getting violated with mind-control-technology for my entire experience with Macomb & Western Illinois University. I'm pressing charges for being violated nonstop & for not having my lifelong court case settled by that point in time. A settled court date, my rights, medicines, earnings & compensation would have made a world of difference for me while attempting to be educated & function in society respectably.


*Poker*: I taught myself how to play poker by playing online using the PokerStars & WSOP websites/apps. As a younger person, I had the games of Texas Holdem, Omaha & Omaha hi-low, mastered. After Corey wrecked his golf cart on me, I lost my cognitive abilities that allowed me to compete at these games at their highest level. When I had the games mastered it was a struggle for me to find competitive competition while playing for free online. I continue to care about & play poker even though my goal of being a professional player (as a side-hobby) has ended because of my disabilities. I use online poker as a way to check/calibrate the severity of my disability symptoms at the moment (how well I'm multi-tasking/processing/observing/etc.). I continue to play hoping my cognitive abilities recover to the point that I can once again play at a high level. After my first series of severe head injuries, I lost most of my cognitive abilities/personality but I recovered to the point that I was able to master poker. Soon after mastering these card games, I suffered more severe head injuries stole my abilities so I continually check on myself hoping that my recovery gets me back to being able.

An example of getting violated while attempting to play poker was when I went Peoria to play in a cash game as I'd been playing poker on my smartphone. I'd been playing a specific tournament on the WSOP app for a couple weeks & had been struggling with it & won it that day. When I sat the table in Peoria an older gentleman sat next to me. He kept intentionally hitting my leg with his leg throughout the night as we played & he was wearing a ring that looked the exact same as the ring I won that day on the poker app. I took this as harassment

about how the people of the public continue to make it clear that they have access to the information from the illegal surveillance I'm kept under.

      While playing at Jumers in the Quad Cities, mind-control technology was used to sabotage my personality publicly on multiple occasions while attempting to play poker. I've also been forced to fall asleep while playing at Jumers by violators using mind-control technology to punish me for my prescription medicine use (that I had bought from people instead of a doctor/pharmacy). These types of constant violations I'm victim to continually harm my recovery efforts while causing stress & stealing my enjoyment for life. I'm pressing charges.

      My vehicle was broken into & searched through on 2 separate occasions while at Jumers Casino in the Quad Cities as I was playing poker. I don't have proof other than noticing my items moved around when I let myself back into my unlocked vehicle that I had left locked before going in. I also nearly wrecked my ford ranger on 2 separate occasions on the same spot of the off-ramp while turning off the highway towards Jumers. I believe my vehicle was rigged with an oil-slicker device & caused me to spin out both times while turning towards Jumers. Both times I was on the off-ramp driving the speed limit & suddenly did a 360 on the dry pavement. Both of these separate incidents happening were more exact details that I later remembered being told would happen years if not decades before they did during a conversation that I don't remember. I believe they were harassing me & attempting to tell me that I shouldn't be playing poker until my court case is settled (but at the time I had very little memory of my past & was still left-foot-right-footing through my days mindlessly).

      While using the WSOP app I deal with harassment about my lifelong court case nonstop (people's user-names & chat).

      I'm just now remembering to record (7/12/2024) that the online poker apps that I've used throughout my life have arrogantly & blatantly illegally customized algorithms to negatively affect my experience & continuously steal my opportunity. They have done this for almost my entire experience with online poker. They use the algorithms to attempt to demoralize & break down the individual because of the much higher probability winning rate associated with poker opposed to other casino games for people who have mastered the game.

      For the past 20+ year while using online poker websites & apps I have been violated nonstop by a violator using mind-control technology. I'm often blatantly forced to hit the wrong button by a violator using mind-control technology to sabotage me. While playing the card games, I pass a lie detector inside my mind for mental stimulation/ calibration/exercise. It's common for my violator/violators that use mind-control technology to communicate with & control my mind to force invasive/intrusive thoughts/faults as a way to punish me for passing the lie detector about the card game (I play as if the other players & the dealer can read my mind & I pass a lie detector about my cards as I play but get violated/sabotaged as a reminder from my violator/violators-to-me that my mind is under surveillance & that I don't get privacy of my own thoughts/ways-of-thinking & that they (my violators/controllers) can control my thoughts throughout each level of thinking. One of their techniques to remind me of how much control they have over me is when I look at my cards but refuse to 'think' about my cards to hide what

cards I have from my mind-control violator/violators. They intrusively force me to 'think/communicate-within-my-mind' about my cards to expose my thoughts & defeat me as I'm passing my lie-detection exercise. They use this technique on me regularly & it proves to me that they have every level of thinking within my mind under surveillance/control/interrogation.

I'm forced to wonder if mind-control technology was used to force me to share my mind with someone else as I used to play online poker. It was always made clear/obvious to me that mind-control technology was being used to communicate with, control & interrogate my mind while playing poker. When I mastered poker, I was forced to wonder if I was individual at all or if I am alive only with/because of medical technology. Part of me thought different pros & famous 'smart' people were taking turns using the technology to control my mind & help teach me how to play poker. It'd be nice to know what my own abilities are/were & what thoughts/contributions of mine I deserve credit/opportunity/protection for.

**Vacations** *(These are examples of violations to me while vacationing)*

*Hawaii*: I went to Hawaii in 2008 or 2009 with my father, sisters & their boyfriends. I was being mind-blanked/violated/controlled & forced to date Morgan Ray at that time (she accompanied me on our vacation unfortunately). When we arrived in Hawaii, Morgan went ballistic on me & was furious that I had brought my pain medicine with me. She screamed at me in a mentally abusive & disrespectful/insulting manor nonstop throughout the vacation. She constantly threatened that she wanted to & planned to leave the vacation to go home. I was violated/controlled/sabotaged for the entire vacation (by both a violator/violators using mind-control technology & by Morgan) as I was being intentionally neglected my rights/protections. 1 of the nights Morgan was screaming at me mind-control was used on me & forced me to eat a handful of Valium as I had been using OxyContin. I believe the mind-control violator/violators forced me to eat the medicine as punishment for how terrible Morgan was acting & because of how loss I'm being forced to suffer from because of the neglect from the authorities/legal-system. The combination of being forced to overuse the medicine, Morgan's abuse, a lifetime of abuse/stress, getting violated/controlled by violators using weaponized technology & my disabilities caused me to black-out completely. I was told that I fell asleep in front of everyone at the Jimmy Buffet Restaurant in Hawaii. I am uncertain if I overdosed or not. I don't remember anything until the next day. I'm pressing charges for attempted-murder against my violators who forced me to overuse the medicine & I'm pressing charges on Morgan for her constant abuse/disrespect. I'm also seeking justice for the neglect that my legal, law enforcement & medical systems continually forces me to suffer from. This incident was another intentionally caused embarrassing & defaming scenario that damaged my respectability/relationships with my family.

Another violation that occurred was while we were on a visit to one of Hawaii's secluded islands. Morgan told me she is terrified of sharks & the potential scenario of being bitten by a shark. I talked her into getting into the ocean with me & attempting to go snorkeling. Once we were so far in the ocean, she had a panic attack & nearly drowned me. She attempted to climb

out of the water on top of me until I was able to get us both back to shore. Once we arrived back on shore, she was furious so I offered her some of my valium. She ate some of the medicine & then grabbed my hand & we went on a walk while I was in a mind-blank & getting controlled by a violator using technology. We walked to the top of the island's bluff & mind-control was used on me to force me to have brief sexual intercourse with her that was intentionally sabotaged. I'm seeking justice for being violated/neglected & for being raped with Morgan because of getting violated/controlled with mind-control. All the sexual intercourse I had on that vacation with Morgan was forced upon me with mind-control as I was in a concussion-coma-type state of mind & would be considered rape (the same as someone being date-raped). All of the sex occurred while I was unable to think/process/react/remember. I'm seeking justice for everyone else who was forced to be exposed to me getting violated.

*London*: In 2013 I visited London, England & mind-control was used to violate & control me for the entire trip. I had been corresponding with a person through email who was telling me they were going to give me money through a will because of someone in their family dying. I thought it was going to be the beginning of society paying me back for my contributions/designs/inventions & for murder-attempting-me/sabotaging-me/raping-me & stealing from me for my entire life while under surveillance. I corresponded with a bank from London before deciding to visit but found out I was lied to. My trip to London seemed as if it was premeditated/scripted & as if I was making a movie or tv show. Everyone seemed to know who I was everywhere I went. An example of this was when I was in my hotel lobby eating a pizza & a couple of women entered the lobby. I could hear them speaking to themselves about me being "over there eating pizza". People seemed to comment about me or talk to me awkwardly everywhere I went on that trip. Another example is when I shared a brief amount of time with a lady I met at one of my hotels. She was a young woman from Ireland & was in London presenting her artwork. She coincidentally & almost instantly brought up using OxyContin as if she knew about my court case. I attempted to go to her art show by using the public train system in London. When I tried to board the train, mind-control was used on me to force me into having a mind-stroke-type symptom & I was suddenly unable to understand anything on the train's map. I couldn't navigate myself well enough to get anywhere so that was the last I saw of her. These facts were all exact details that I much later (over a decade) remembered being told would happen 2-3 decades ago during a conversation that I don't remember that was under surveillance. Another detail that occurred that was another specific incident that I was told would happen 2-3 decades ago was while I was exploring downtown London & almost let myself into a building that appeared to be abandoned as my mind was blank. A guy walked out of the door as I was thinking about letting myself in because of my mind not functioning.

While in London I planned to go to a news building to confront the news source named "The Guardian" about an article I read by them on my smartphone. The article was about an "uncle Leo" who had committed a sex crime. The article seemed to be a fake article directed towards me personally & included references to my court case. I planned to go to their office & find out about & straighten-out the news story but never ended up getting there because of time/money constraints.

While in London & being controlled with mind-control I was forced to spend a lot of time checking Facebook when I would've preferred exploring. They were torturing me by forcing me to watch the people from my life continue living their lives with their rights/protections/freedom as I was getting controlled/violated/suppressed/sabotaged/tortured nonstop.

Another example of getting violated while in London was while I was outside of Buckingham Palace & a group of young kids from France approached me. The kids asked me how to say curse words in America & mind-control was used on me to tell them several of our cuss-words ("bitch, ass, cunt, fuck, shit").  This was another exact detail that I was told would happen 2-3 decades before it did during a conversation that I don't remember.

The Boston Marathon bombing happened while I was in London.  I later remembered that someone who from my childhood, who I have forgot the identity of, told me that there was going to be a bombing in Boston while I was in London.

When I arrived back to Chicago my vehicle had a parking ticket on its windshield. I'm pressing charges for being violated/neglected & for being sent on a goose chase while being violated/controlled/sabotaged/tortured/neglected/illegally-spied-on with weaponized mind-control technology.

Just before I was arrested for the chainsaw incident in 2013, I took a week trip to London using my tax return money. I went there because a guy had been contacting me through email telling me that I was being left an inheritance including millions of dollars. Knowing that I've lawfully earned millions/billions of dollars throughout my life & still have not been paid a cent, I thought that this might be one of the governments ways to start paying me back. I went to the bank in London & tried to retrieve the money that I was told was there waiting for me. It was supposed to be around $15 million. While over there, mind control was used on me the entire trip & my disabilities might have caused me to blank & urinate in public but I cannot remember. The person I was communicating with about giving me money had given me a phone #. The person (supposed Leslie McIntyre) hadn't called. After I returned home empty-handed mind-control was used on me to set me up for the actions leading to the "chainsaw arrest". The night mind control was used on me to send me to the chainsaw arrest & just moments before I got in my car that night, my phone was called by this man (Leslie McIntyre). I don't think it was a coincidence that mind control was being used on me to destroy my life at home & this foreign person who tricked me into thinking I was going to begin benefitting from my contributions, called as I was once again being kidnapped/violated/controlled/sabotaged/unlawfully-set-up & forced to interact with law enforcement in a negative way. The entire "chainsaw arrest" is another example of something I was told would happen by Morgan Ray long before it happened but I had forgot she told me until much later (further proving mind-control was used to violate me & force my involvement). This crime against me that I was unlawfully charged/punished for is yet another example of the severe crimes that are continually used to defame, sabotage & racketeer me while simultaneously destroying my life, health, relationships, resources & time. I'm seeking justice for myself, my family & the other people involved with my life.

*Walt Disney World Cruise:* While I was in high school my parents took my sisters & I on a cruise from Florida to the Caribbean. I was very hurt at the time & in a concussion-coma-type state of mind. I was also getting violated/controlled/sabotaged nonstop by a mind-control using violator or violators. While on the cruise a very attractive young lady around my age introduced herself to me. During our only conversation together mind-control was used to violate me & sabotage my personality. My violators forced me to act like an asshole to her & show her a picture of my hometown girlfriend that I was being forced to be with & raped with instead of letting me attempt to enjoy her company. As soon as I was forced to show her the picture of Selina, she left my company. I'm pressing charges for getting violated & sabotaged. My violator/violators destroy every day of my life, every effort towards a relationship/friendship & every opportunity to enjoy anything.

***Ozarks***: I vacationed at the 'Lake of The Ozarks' in Missouri several separate times throughout my life & was violated/controlled/sabotaged/interrogated/tortured by a violator using weaponized mind-control technology every time. The following are the few examples that I can remember despite getting violated with the technology the entire time (at this time my memory is nonexistent for the majority of the time spent there):

    I remember being at the Ozarks & being basically unconscious while getting my personality controlled by my mind-control violators & being forced to sniff 'Stacker' pills from the gas station without getting an option not to.

    I was violated with mind-control technology & forced to expose my pubes to everyone while boating with the Youngquists as my personality/respectability was getting intentionally sabotaged. The same day I was intentionally mind-blanked & forced to jump off of their 2nd story balcony onto their ground level. During that same trip I was arrogantly/blatantly controlled with mind-control technology while swimming & was forced to swim up close to the 2 elders on the trip & was bitten by something in the water or someone swam past me & harmed me while going unnoticed. I still have a scar from this incident within a couple inches of my belly button.

    (2002-2008) On a separate trip than mentioned previously I was unexpectedly controlled/violated with technology & forced to drive to 'the Ozarks' while in a mind-blank/stupor. Most of my memory is still missing from when I visited the Ozarks. My personality was getting intentionally & constantly sabotaged on each trip by my violator/violators but I don't remember enough of the details to further document & will have to rely on the surveillance I've been unlawfully kept under for the past 32+ years to prove forgotten facts/violations.


<u>Living Environments</u>:

This portion of my testimony details violations that occurred while living in the different environments that I've resided in:

*(Throughout this testimony I mention many examples of specific incidents that occurred after getting told that the specific details would happen 1-2 decades prior. It always takes me awhile to process information during everyday life because of my brain damage & it's a miracle for me to get to remember anything from my past. I continue to*

*remember that I was told these things would happen after they happen & it takes me time/effort to get it processed & recorded into my testimony. I was told these occurrences were going to happen in my future by people while I was intentionally mind-blanked by a violator using mind-control technology. As they did this, I was forced to listen to them tell me events for my future as I was not allowed to communicate, process nor react during the conversations (I was only allowed to listen as they spoke). I wasn't allowed to process any of the conversations when this information was passed to me until I was once again by myself.  I then completely forgot about all of the information I was talked to about (because of my disabilities/situation) until after each incident happened. I rarely remember who told me each incident was going to occur in my past but I wrote down what I remembered for each incident. 6 separate people told me these incidents were going to happen: Tyler Hennenfent, Alex Fox, Morgan Ray & 3 unknowns/forgotten. An investigation of the constant surveillance that I've been illegally kept under for my entire life will simply prove all of this information. Remembering these details repetitively serves as a constant reminder that I'm victim to organized & premeditated crime. It also reminds me that I'm getting intentionally neglected my rights/justice/earnings/compensations/medicines by my surroundings/authorities while under illegal surveillance. I didn't start writing testimony evidence until I began living in Alexis because of hoping I could have faith in the authorities who have had me under surveillance my entire life. The lack of representation I was provided as a serial victim who is getting intentionally neglected/sabotaged & as a massive contributor who is getting stolen-from made it necessary for me to draw a line & begin preparing to stick up for myself in court. I began writing this testimony when I moved to Alexis in 2019 & that is why this portion of my evidence is far more dense with information & everyday-type-violations compared to the rest of the testimony. Every detail included in this testimony I've had to remember/organize off the top-of-my-head from my faulting mind after forgetting ALL of my past/memories on multiple separate occasions & while still missing a massive amount of my memory. Had I been documenting my testimony every time I've been violated for my entire life this testimony would be thousands of pages longer.*

**Alexis (2019-present)** (the beginning of this isn't in chronological order for a reason)**:** I've been being interrogated/tortured/tampered-with/stolen-from/violated/abused/tortured, with mind-control technology, blatantly, the entire time I've been living in Alexis (& for my entire life). This section of my testimony will list examples of me being violated, unlawfully forced to suffer or forced to do the work of the legal/law-enforcement system that's supposed to be providing me fair/proper representation & protecting my rights as one of the most disabled people from head injuries & victim to our nation's highest crimes that I am. I didn't start preparing testimony evidence for the system until I started living here because of being in concussion-coma type mind states/stupors & knowing that since I'm violated nonstop with mind-control technology that I'm under illegal surveillance (further proving that all this evidence (& more forgotten evidence) should already be on record with those involved with violating/controlling/spying on me). As a severely disabled victim that's been being spied on 24 hours a day for my entire life (which I know because of being violated with technology my entire life) I am aware that I'm not & never have been responsible for reporting testimony evidence. As I've began to wake back up after my head injuries & the delirium I suffer from because of the poor condition my physical health was in, I've began preparing this testimony for court & have started taking note of the 'everyday-type-violations' I've been being violated with & have written down the rest of the violations from my past that I can remember. I've been doing this while living in Alexis, IL for the past 4 years. I started living in Alexis at 304 South Scott Street in June or July of 2019. The place was infested with insects & mice when I moved in. The place was filthy everywhere & the bathtub needed sealed & continues to mold because of not having a vent nor vent-fan.  The HVAC system pushes up stale/filthy air from the filthy basement because the furnace doesn't have a fresh-air induction system & it makes the air-quality here in the winter unlivable. The basement is not

completely sealed off from the outdoors & I found a dead bird in the basement the first 2 winter's I was living here after the furnace pushed up disgusting air for long enough for me & my brain damaged mind to notice it needed inspected (I was told 1-3 decades ago by someone I've forgotten the identity of that I'd find dead bird's in the basement & that they would be getting me sick but I didn't remember being told that until after I found them). The day I arrived here to sign the lease, the landlord. Butch Rose, treated me with disrespect. He continued to call me "Buddy" with an attitude that was belittling. He then told me not to get blood on his carpet (I believe making reference to me being suicidal because of being violated/neglected nonstop but don't know). The carpet was filthy & smelled horrible regardless (it took me over 18 months of cleaning the carpet every 3 days to start putting a dent in its filth). The walls & ceilings were filthy. The stove, basement, vents, garage & yard were filthy. For the next year, every time Mr. Rose stopped by, he was disrespectful & insulting towards me. On 1 occasion he stopped by being disrespectful & made a comment that he couldn't have known to make without being a part of the spy-crew violating my privacy. I don't remember the commentary because my memory is unreliable & I hadn't started writing testimony down yet (my mind would go blank because of my anger with him). I confronted him about his disrespect & told him that I'm suing him & the Warren County Housing Authority for giving me a filthy place while I'm a disabled victim (my skin is being forced to negatively react constantly & has been broken out the entire 4 years I've lived here) & for his harassment. I hope to get an order of protection. Also, when I moved in, I politely asked who is responsible for caring for the yard & he responded that it is my responsibility. I've been forced to do all the yardwork for this unlivable place I'm being held hostage in. In the warm months I have to mow the yard at least twice a week. The place has 6 massive trees on the property so in the fall I'm having to rake & burn leaves nonstop. -- I've written the landlord here & notified him that I'm here preparing for court & that I'm pressing charges for the condition of the house when I moved here & his harassment. I was violated with mind-control while complaining about the house to him & while notifying him that I'm taking him & the Warren County Housing Authority to court. I was mind-blanked while communicating my complaints & forced to threaten self-defense against him in a text message by a mind-control technology using violator sabotaging my respectability. They forced me to text "get over here pretty boy, I'm going to kill you" to the landlord. I'm pressing charges for being forced into the incident by my violators that use mind-control & for being violated by the landlord/Housing. This specific threat that I was forced to make by my violator using mind-control is another example of another premeditated crime I was told I was going to be forced through over a decade ago by someone I've forgot the identity of. -The house I've been being housed in isn't winter-ready. The basement isn't sealed & was/is filthy. The HVAC system is filthy & the basement isn't insulated nor sealed off. The furnace blows up disgusting air from the basement which ruins the air-quality of this house. I can't afford to fix it & it's the landlord & Housing Authorities jobs to provide me a clean/livable environment. The power-bill has been outrageous every winter that I've lived here. I had to pay almost $500 for the power bill this in January 22' & I didn't have the heat over 50 degrees. My Ameren bill during the winter was expensive (but affordable for me)

for the first 2 years I lived here but has been outrageous & unaffordable for the past 2 years. I'm pressing charges for being housed in this place without an adequate HVAC system. - My skin is constantly broken out because of being housed in this place as dirty/stale air is being pushed up through the ducts by the furnace. The first year I lived here my power bill was under $200/month in the winter. My bill for January 23 was almost $500. The price went up each year and for the 21/22 & 22/23 winters the price was outrageously unaffordable. I kept the furnace in between 45&55 degrees the entire winter & rarely had it above 50. This is another example of something I was told I'd be forced through 1-2 decades ago by someone I've forgotten the identity of. Whoever told me they were going to unaffordable up my power bill if I continued to use marijuana medicine. I'm pressing charges for not being provided a clean/livable environment as I've been forced to prepare for the Federal Supreme Court as a permanently & severely disabled citizen & serial-victim to our nation's highest crimes.  - The toilet at my rental house in Alexis works & doesn't work (splurging wastewater on the floor when it flushes (when it malfunctions)) simultaneously & seemingly timed-up with the mind-control communication/harassment/violations I deal with & this is a technique that has been shown to me throughout my life in other living environments. I'm pressing charges.  - In September of 22 my water bill started costing more than $20 more than usual without notice & is another example of something that I was told would happen years ago. I was told that I'd be forced to pay for my neighbor's water bill years ago by someone I've forgotten the identity of. - On 9/5/22 I reported to my landlord that the toilet wasn't working correctly & he refused to fix it. It still doesn't flush correctly & splashes toilet-water/waste on the floor when being flushed. - I wrote the housing authority asking them to rent me a carpet cleaner & they complained that I asked despite being given the house in disgusting condition. I eventually spent my own money while living on low income & dealing with my disability symptoms to rent a carpet cleaner from farm king & clean these disgusting carpets with a machine. - In October of 22' I stopped paying rent for a couple months because of knowing my rights are being violated by the landlord, Housing Authority & government. I then started paying rent again because of wanting to be as respectable as I can be for the federal supreme court & paid back the money I neglected to for those 2 months that I hadn't. I'm still pressing charges on the landlord & housing authority. - 12/7/22 I was being interrogated with mind-control technology & was talking to my violator/violators about my designs to improve HVAC systems when I was reminded & forced to talk about an incident where I went to a big sports event at U of I (Champaign) that had poor air quality. At the sporting event I went to (I forget which one) I noticed poor air-quality & then my mind was blanked to not be able to notice the poor air-quality until I left the game. Also on that day, the violators interrogating me with mind-control technology informed me they intentionally left cum stains in the toilet & forced me to forget to clean the toilet before having my landlord work on the broken toilet the last time he worked on the continually faulting toilet. I didn't realize it until after he was gone. This specific incident (involving the stained toilet) is another example of another premeditated crime I was told I'd be put through 1-2 decades ago (while I was in a concussion-blank) by someone I've forgotten the identity of.

- While being unlawfully interrogated by violators using mind-controlling technology & dealing with symptoms from my head injuries & abusive past, I have been forced to speak about almost all of my past (while in my privacy) including almost every thought from my entire past, nonstop, for the last 4 years while living in Alexis (while being under surveillance unlawfully & violated/interrogated with mind-control technology). I contributed some game-changing improvements to society as a small child which should have earned me enough money to be living well. Instead, I'm being interrogated about being murder-attempted & child-porned my entire life while living on low income without medicine nor privacy nor any of my rights/justice. I wanted/want to be a family man with my own family. I'm getting to the age that it's now or never & you all are still stealing all my earnings/rights/medicines while forcing me to live under much worse circumstances with far less resources than I've lawfully earned for myself. Once again, I've been forced to speak about being homicidal & suicidal because of being neglected by the legal/medical systems (I'm not homicidal nor suicidal but I deal with thoughts about both regularly & get forced to talk about the thoughts by my violator/violators who uses mind-control technology to control/force my verbal communication). -- Almost every encounter I've had with other humans while living in Alexis has been exactly as different people from my past told me the encounters would happen. These encounters involve all of my neighbors, my family, myself, my dogs, the police, the people at the bars/ restaurants, the people working for the tv stations & entertainment industry, etc. I'm pressing charges for being forced to live without my rights/earnings/compensation in this low-income house while being violated with all the mental/physical/ sexual abuse & being neglected from the legal/law-enforcement/medical systems (examples are constantly given through the following testimony). - While being interrogated & violated with mind-control technology I have been forced to talk about everything I never wanted to communicate about which has been a grand insult to my privacy, recovery-effort & character development. I'm also forced to deal with false symptoms that are forced on me as a torture technique by my violator/ violators using mind-control technology. It all damages me & my efforts towards recovery. I'm pressing charges.

 - The violations toward me have destroyed my life enough & I've now been forced to spend my time attempting to contact almost everyone from my life with explanations on why something negative from our past happened & apologize for different times as I was being violated with mind-control technology. It's been a time-consuming & depressing process that forced me to deal with extra negative symptoms & continues to keep a very negative vibe as the focus of my everyday life. I should have never had to be violated/ sabotaged & never had to spend time apologizing to people for things that happened as I was victim to a mind-control violator. Most of the situations have been the worst of memories that not only damaged my character but embarrassed me. I've also been forced to spend time writing several people/ organizations/ corporations/ etc. that I would never have to write if I wasn't living my life being neglected & violated nonstop. Pain associations, medicine companies, doctors, hospitals, government organizations, lawyers & advocacy groups are some of the examples. This is a time-consuming process that focuses on nothing but the negativity from my life. Writing them & dealing with

these parts of my life as one of the world's most disabled, violated, abused & neglected people is not my job nor should it have to be the constant focus of my life. Everything our government, lawyers, justice system, doctors & these types of organizations are supposed to represent is everything I need help with yet I'm still being violated forced to do myself. Everything & everyone's hypocrisy literally makes me physically & mentally sick nowadays. I've attempted to cooperate & providing this evidence is my best effort to stick up for myself since I'm no longer mentally able to represent myself off of the top of my head because of the losses I've suffered to my cognitive abilities. I've been typing evidence on a daily basis for years & all the evidence is evidence that there are witnesses to & are violations that are/ were forced on me while under surveillance (I'm being forced to do work that isn't mine & that I shouldn't have to be doing & I'm pressing charges for having to). - I've written all the news sources I could think of to update them about the reality of my court case. I continue to be violated/neglected/harassed by the news sources through today.

- While attempting communication with Illinois Congresswoman Bustos (I received a letter from her political team saying she would help me with my disability case) I was referred to Prairie State Legal Services. They turned me away when I gave them the small amount of information I had prepared at the time & I'm still going unrepresented as a many-time victim to our nation's highest crimes. I wrote the governor of Illinois & was turned away also. I believe my communication with Madam Bustos & my initial efforts to contact the Governor was in 2019 or 2020 but my memory is unreliable (its fact that my effort to communicate with them was between 2019-2021). - I've called the FBI & 911 multiple times since I've been living here in Alexis & attempted to inform them that I'm being violated & have been for over 30 years. I've been working on my court case every day that I've lived here (while being violated/neglected) & am still being treated as a criminal by the local legal & law enforcement system despite facts/evidence proving I'm victim to our nation's highest crimes & a major contributor of some of society's newer innovations. I've also mailed the FBI in Springfield & Washington DC a copy of this testimony evidence & shared copies with my close relatives. I've turned in the evidence as a 'work-in-progress to the Warren & Knox County State's Attorney's, circuit clerk's, sheriff's departments, the United Nations, Department of Justice, the Illinois Governor's contact information, Congressman Sorenson's contact information, Congresswoman Bustos, the White House, local news sources & some of the witnesses. - As Congresswoman Bustos communicated with me, I have continued to be neglected & violated. An example is that I'm being forced to live without my compensation/earnings/ medicines (including opiates)/rights (including privacy). My tv suddenly broadcasted her husband's anti-opiate commercial. Disability hasn't paid me back to the early 90s when I became disabled, they have only paid me to 2018 & the disability office has yet to accept the facts of reality involving me & my disability case. None of my lifelong court case is settled involving me being violated/neglected/stolen from/tortured & a high-crime-serial-abuse victim. This commercial was another example of something I was told I'd be put through earlier in my life when I was told a Congresswoman would attempt to communicate with me while being against the medicines I need to function. - I attempted to communicate with the

Illinois State Police about my court case in October of 2019. - 10/16/22 I filed a complaint with the Office of Inspector General of Illinois about being victim to our nation's highest crimes for the past 30 years. I did this as I've been being violated with mind-control technology (& under illegal surveillance by the government). They turned me down as victim to our nation's highest crimes with over 200 pages of testimony evidence that blatantly proves my case as a victim. - 11/14/22 I turned in another complaint to Warren & Knox County Courthouses & the Department of Justice about being victim to our nation's highest crimes. - 11/15 I contacted the IL State police & Knox County IL's state's attorney's office & victim advocate about being victim to our nation's highest crimes for the past 30 years & the victim advocate for Knox County made an insulting joke to me while on the phone about me complaining of being raped. - 12/5/22 I drove this testimony evidence to the FBI headquarters in Springfield IL. The evidence was less complete but still contained all this information (it was a less readable version because of my disabilities & having not been through it all to prepare it for a reader, I had 1st written it down enough that I knew I could read it & explain it to someone). - Sometime in December 22' mind-control was used against me to force me to email the Warren County State's Attorney (Tom Siegel) a message threatening him physically in self-defense because of being neglected intentionally as I've been being violated on a daily basis & with the nation's highest crimes for the past 30+years. On 1/1/23 I forced myself to write him an apology email because of being forced to threaten him by a violator using mind-control. This specific incident (being forced to threaten him) is another premeditated crime that I was told I'd be forced through 1-2 decades ago (while I was in a concussion stupor) by someone I've forgotten the identity of. I'm pressing charges for both of us. I had this specific incident wrote down & dated within this evidence but then someone (either broke in my house or hacked my computer) deleted it out of my evidence (tampered with my evidence) & I'm remembering now that that was/is another specific incident that someone (who I've forgotten the identity of) told me was going to happen years ago. - 1/11/23 I called the FBI in Springfield attempting to get in the whiteness/victim protection program for being violated for the last 30 years on a daily basis including being violated with our nation's highest crimes many many times & because of the intentional neglect my corrupt & incompetent local court continues to prove themselves as. I was hung up on by the person I spoke to. - 1/29/23 I wrote the AAPD (American Association of People with Disabilities), NORML, Senator Durbin & more about court evidence. - 2/24/23 I was responded to by State Representative Sorensen & referred to Prairie State Legal Services & Equip for Equality after reporting to him that I'm victim to our nation's highest crimes. He told me he couldn't assist me. - 2/27/23 After being referred to Prairie State Legal Services by Representative Sorenson they wasted my time & turned me down. The lady I spoke with said I'm not entitled to legal representation as a permanently disabled citizen who is victim to our nation's highest crimes that's been being violated for the last 30+ years nonstop. Home Alone (1 of my favorite movies) music was being played as I was put on hold. -2/28/23 I called Warren County Sheriff's Department & asked to file a complaint with internal affairs. I was forwarded to the dispatch for the Monmouth Police Department when I asked to file a complaint to internal affairs. The lady

asked my name & then pouted when I told her my name. I asked to be permitted to communicate with email instead of verbal communication because of my disabilities. I was emailed back by the Alexis Police Officer who illegally arrested me for when I was attacked by my neighbors & their dog. I emailed him back my complaint for internal affairs & the evidence I have prepared. - 3/1/23 I used the human-trafficking hotline to report the crimes against me & was referred to RAINN. I didn't use RAINN to re-report the crimes against me because they are a support group & I'm not looking for a support group. - 3/3/23 Disabled advocacy group 'Equip for Equality' called me back after I emailed them again (& then I was reminded by my memory that this specific call with this specific advocacy group is another specific incident I was told I'd be put through 1-2 decades ago by someone I've forgotten). -3/9/23 Equip for Equality, disabled advocacy group, turned me down legal representation. I wrote Public Defender Worby & Alexis Internal Affairs about getting me into the witness protection program. - 3/15 Turned in a less complete version of this evidence to Alexis Police Dept. & emailed Warren County Sheriff's Dept. again. - 3/16 I emailed this evidence/argument to & called the Warren County Assistant State's Attorney Kanzler. - 3/20/23 Emailed Inspector General's Office of Illinois & Alexis PD told me that my case was turned into the State's Attorney along with state & federal authorities. - 3/22/23 Wrote & called the Warren County State's Attorney's Office with evidence & asking to be put in the witness protection program. - 3/24/23 Spoke to Assistant State's Attorney Kanzler on the phone & was turned down as a disabled victim to our nation's highest crimes. I called the FBI to rereport crimes against me. I emailed Joshua Smith of the Warren County Sheriff's Department my evidence. - 3/25/23 Emailed Warren County's Assistant State's Attorney Kanzler & Bridgeway. - 3/27/23 emailed WCSD- Officer Joshua Smith my evidence & asked for a time estimate for when they'd begin pursuing justice for me.

- Despite being an inventor/designer of many world-improving inventions & designs, being child-porned & disabled-person porned my entire life, being turned permanently disabled from being intentionally violated with permanently damaging injuries & being constantly & unlawfully charged/punished for crimes I'm innocent of (all things that are supposed to provide me lawful earnings/contributions worth well into the millions if not billions of dollars) I am living off of less than $9,000/year (with bills costing all but $1-200/year) & can't afford to take my dogs to the vet (can't afford my own housing/vehicles/attempt at a relationship with a woman despite wanting to be a family man. I still don't have the medicines I need to function & am still being violated on a daily basis).

- Because of being violated nonstop while being neglected my rights/medicines I have accidently written my family members on several occasions communicating things that I didn't mean to. I believe mind-control was used on me to sabotage my efforts at improving my relationships & respectability with them as they have been under the impression that I'm guilty for crimes I'm innocent of for my entire life. I'm pressing charges for being sabotaged/violated/neglected. I'm pressing charges for my family. I want the best relationship possible with my sisters/father & could possibly allow my mother back in my life once able to settle in court & have my

rights/medicines. I'm pressing charges for my family being given false communication & extra negativity by my violators & for being exposed to false disability symptoms because of the neglect/violations I'm subject to. I'm pressing charges for being forced to deal with false symptoms as a torture technique. - All of the violations/neglect towards me has resulted in me not being allowed to share time with my family/friends & has sabotaged/ destroyed all of my relationships. I've been allowed to go to a couple of my nephew's games & every time I have been to one of his games I've dealt with being harassed & have had to whiteness Clayton be violated with mind-control to reenact exact memories from my childhood. I'm pressing charges for Clayton & I both (& anyone else violated). - At my Aunt Jeans Funeral, mind-control was used against me to force me into verbally communicating with my sister Brooke about the location of my family's gravestone's. They have forced me to say this same thing to Brooke every time we've had a family funeral (attempting to make me seem less intelligent/ respectable & more mentally-ill than what I am). I'm pressing charges for being sabotaged/violated/neglected. I'm pressing charges for Brooke too. - While living in Alexis & being mind-control violated I was forced into texting my sister Brooke about how I slept with a noose on several occasions (I slept with the noose tied from my feet to my neck as an experiment but Brooke doesn't know that). The next time I saw her at her house Carlie fell down their stairs & then a few days after my back pinched & I couldn't use my legs for a short time. This is another example of something I was told that I'd be forced through 1-2.5 decades ago by someone I've forgotten the identity of. I'm pressing charges for all of us being violated. I'm pressing charges for my sister. - I was planning on attending my younger cousins track meet at Monmouth High School when mind-control was used on me to change my mind & not allow me to go because of how much I have been serially violated in Monmouth & continually disrespected by its legal & law enforcement systems. - Being constantly violated with mind-control violations while being constantly harassed/neglected/ interrogated/tortured has led into me communicating the fact that I will use suicide as self-defense on several occasions to people I never hoped to communicate about the subject with (including my parents, sisters, uncles, aunts, cousins & schoolmates). - While visiting my sister Brooke & her kids, mind-control was used against me & forced me to talk to her about an argument my mother & I had involving what got me kicked out from living at my mom's in 2017. I was mind blanked, intentionally, by a violator using mind-control technology & forced to communicate to my mother that I should 'smack' her after she & her husband began speaking to me with racist rhetoric. I was forced with mind-control technology to voice this conversation to my sister when my nephew was around the house & I'm pressing charges for being violated/sabotaged. - I visited my cousin Corey at my aunt's house since living here in Alexis. Mind-control was used against me to sabotage my personality & ask him about a girl I dated a couple of times that he used to live close to. The entire incident was another specific incident that I was told would happen years prior by someone I've forgotten.

 - Mind-control has been being used to violate me my entire life & has always been used blatantly against me while I visit nursing homes & hospitals. While visiting my Aunt Jean just before Covid-19 struck (eventually led to her passing) I believe there was a murder attempt on

my great-aunt Jean Hopson. I took her a meal from a restaurant in Monmouth that included a soup & grilled cheese hoping to lift her spirits & give her a break from the food being served at "Courtyard Estates". She was enjoying the meal when I believe she was forced to begin choking (another example of something I was told was going to happen before it did by someone I've forgotten the identity of). I gave her a gentle version of the heimlich maneuver for around 30 seconds before she started breathing normally again. Once she was ok a nurse showed up & eventually took her to her regular dinner. On a separate visit I had been wondering if she appreciated my company or not as I was on my way to give her my company. When I arrived to see her, she told me she appreciated me visiting without me asking. I'm wondering if mind-control was used to violate her to force her to tell me that information. My Aunt Jean then died as I was checking sex offender statistics for my local area & I don't believe it was a coincidence.

- In 2019 or 2020 I visited my cousin Corey Sprout while he was living with my Aunt Ann & Uncle Ben McIntosh. While attempting to share respectable time with him my personality was constantly sabotaged by a violator using mind-control technology. I was forced to ask him if he has ever been with a girl from his home town that I had spent time with during high school. I'm pressing charges for both of us.

--Since living here my neighbor-kid named Leo has stopped by on several occasions. I noticed on multiple occasions him reenacting scenes from my childhood when I thought I was being violated with mind-control as I was hurt. I think mind-control was used on him to reenact these scenes. The scene I'm mentioning with him involved a time (when I was a young child) when I was playing with a dog with some of my friend's & I decided to just lay down & rest myself from my environment despite my surroundings. He was in my dogs' pen at the time & it was an exact reenactment of the scene from my childhood, including how I told him to get up because I didn't want him lying in dog's bowl waste (was the same way some1 else told me to get up when I was a kid). The same type of thing happened with my nephew, Clayton while I stopped by at the park as they were all there playing. A scene was reenacted from my childhood when I was hurt, with Clayton & whoever he was at the park with. It seemed to me that mind-control was used on both of them as they were tackling 1 another to make them seem homosexual for a moment. I remember playing tackle-tag with Drew Robertson in my childhood & it seeming if mind-control was used on me to do the same thing with me & him for a brief few seconds. I believe whoever uses mind-control on me did the same thing to Clayton & his friend that they did to me as a child. Also, while at the park that day I witnessed my niece Carlie get kicked in her head by the older girl who was playing with her. This is also an exact reenactment from when I was a child & was kicked in my head by someone I forgot. I reacted by telling the girl to be careful & what I said & how I reacted was exactly what whoever was with me the day I was kicked in my childhood scene that was being reenacted said & how they said it. I'm pressing charges for all of us. - While playing catch with Clayton for the 1st time, mind-control was used on us to make an exact reenactment of a memory from my childhood when I was playing catch with my father. I was too hurt at the time to be attempting to play catch & couldn't watch the ball fast enough to catch it. Mind-control seemed to be used on Clayton as we played catch to turn

him into the old version of me. Mind-control was used on me to turn me into an exact reenactment of how my father handled the incident with me that day.

- Because of not being settled in court I have no money; I can't work as I'm being violated/sabotaged because my violators use mind-control technology to destroy my life/respectability. Otherwise, I could work as much as my disabilities allow. I'm now permanently disabled & spend all my extra time doing physical therapy or preparing for court. I don't get to have a social nor personal life because of being violated/sabotaged nonstop, not being represented in court & not being awarded my earnings/compensations/ medicinal-rights. My parents continue to have to pay for everything when I've lawfully earned $millions/billions (I'm the original designer/inventor of the contributions I'm attempting to contribute & have already contributed to society which is further described later in this evidence). My Uncle Todd has brought me a new washer, refrigerator, air-fryer, mower & the truck I'm driving. When he brought me the washing machine mind-control was used to violate me & blank my mind to drop my head & poke my eyeball with my walking stick. When he brought me the washing machine I was using prior to my new one, mind-control was used on me to blank my mind to hit my head on the cabinet (gashing my head open with blood). Both of those injuries are more examples of exact situational incidents that I was told would happen to me 1-2 decades ago by someone I've forgot the identity of. Mind-control was used on me to blank my mind & forget to clean the air-fryer for months when I first started using it which ruined the air-fryer, caused my skin to break out & worsened whatever infection that I have (causing me to urinate often). The mower had a crack in the plastic hood when given to me & mind-control was used on me to force me to break the hood ($350 to order & fix myself). Breaking it was another example of something that I was told would happen decades ago by someone I've forgotten the identity of (I had forgotten about being told all these incidents would happen until they happened). I dealt with more harassment while we were buying the truck. We spent 2 separate days waiting in the lobby for over 8 hours each day just to buy a used truck. The truck had a Dallas Cowboys sticker on it that I had to ask to be removed & when I got the truck home there was a blue-cross-blue-shield trinket hidden under the seat of the truck (blue-cross was my insurance provider as a child & my court case (& medical/disability case) is still going neglected as I'm still being forced to suffer from both manageable & treatable symptoms). All 3 of these specific details were things I eventually remembered being told would be details for this incident 1-2 decades ago by someone I've forgotten the identity of. I should be able to afford whatever I want because of my inventions/designs/compensation I'm owed. Instead, I'm constantly embarrassed & forced to live under people I've earned far more than as I'm being violated/neglected/abused/harassed/tortured nonstop. I'm pressing charges for myself & my family. - The truck was bought for me & when I got it home, I realized the rear driver-side door wouldn't lock. I called up there immediately & they told me to drive up to an appointment to get the door fixed. Upon arrival I was told that they weren't going to fix the door for free & that I would have to pay thousands of dollars if I wanted it fixed. My wasted trip to Davenport to attempt to get the door fixed is another example of something I later remembered that I was told was going to happen 1-2 decades ago by someone

I've forgotten the identity of. I continue to be reminded that the people I'm surrounded by know about the details of my future years before I'm in the situations they spoke of & more examples will follow in this portion of my testimony. This proves that they are in on intentionally violating/neglecting me & are a part of the organized corruption/crime I'm constantly plagued/violated with.

- I've had to waste many multiple trips/resources/time while attempting to deal with Verizon Wireless & attempting to keep a phone going while dealing with my father that refuses to communicate with me as he's the only person allowed to be in charge of my phone's account. I'm pressing charges for being disrespected/insulted & for having my time continually wasted. With my rights I'd have my own compensation/earnings & be able to afford a life of my own instead of being held hostage on low-income & forced to rely on what I'm provided by others & our corrupt government. I'm pressing charges for myself & my family that continues to have to pay for me as I'm being stolen from. I dealt with harassment of some kind every time I've had to go to Verizon (the music at the store or nametags, etc.).

 - I have been being forced to talk my entire life by a violator using mind-control that seemingly does most of my speaking for me. I have been being forced to speak nonstop for the past 4 years on a daily basis (a torture/interrogation technique that has been used on me my entire life), while being violated/ neglected & being forced to live without my medicines/legal-representation/earnings/ compensation. The use of mind-control technology, while dealing with head-injury symptoms, makes differentiating between the 2 difficult & is greatly hurting my efforts at recovery/respectability. I'm being forced to appeal the court about my entire past up until now because of never being given fair/proper legal representation. I'm pressing charges for being violated/neglected/unlawfully interrogated/ unlawfully surveillanced as victim to our nation's highest crimes. - I was being forced to talk about the incident involving Whitney Harris in this testimony (mentioned earlier) while being interrogated & violated with mind-control technology while in my privacy at home in Alexis. The name Kari Painter was mentioned during this same forced-upon-me talk. Later on that day I received a phone call from OSF & a supposed Kari Harris was the woman speaking to me on the phone. This is 1 example of the nonstop harassment/violations I've dealt with constantly throughout my entire life.

- 11/21/22 I was forced to talk within my privacy as I was being interrogated/violated with mind-control technology about a guy named Jake Sottos who is from my hometown. I then received a call from the trash pickup service I had just signed up for & their woman that communicated with me was named Sadie (Jake's sister's name). This is a reoccurring technique that is used to continually remind me that my privacy is being violated & that people/government/the entertainment industry/hospital employees/etc. have access to what gets talked about as I'm interrogated with mind-control while in my privacy.

 - 2 different times I was forced to let my foot slip off of the clutch (by a violator using mind-control technology) while sitting in front of the garage of the Alexis house I'm renting, in the

Ford Ranger I was driving around. The first time it happened I was barely able to stop the truck before hitting the garage door. The second time it happened I drove the truck through the garage door & was able to stop the truck just before I would've caused damage to the garage instead of just the door. I know mind-control was used on me to cause the incident but I was forced to go to Menards & buy/install a new garage door because of having no legal protection/ representation as I've been being violated with our nation's highest crimes for the past 30 years. Both of these specific incidents were something I was told I was going to be going through over 1-2 decades ago by someone I've forgot.

- While driving my truck in Monmouth, mind-control technology was used to blank my mind & cause me to back my truck into a concrete post at the Ayerco gas station as an unknown young female gave me the middle finger from the parking spot next to me. This is another example of a premeditated crime I was told I'd be forced through 1-2 decades ago by someone I've forgot the identity of. I'm pressing charges for being violated & the neglect that continues to allow me to be violated with mind-control technology.

- Mind-control technology was used on me to blank my mind & start yelling while I was in the yard of the house I'm renting in Alexis. I wasn't yelling at anybody just yelling. I'm pressing charges for being violated/ sabotaged. I'm pressing charges for the neighborhood having to be exposed to me being violated. This is another example of something that I was told I'd be forced through over a decade ago by someone I've forgot the identity of. -I've been forced to get angry & or go mind-blank & yell while living here on several occasions because of my disabilities & being abused/harassed/interrogated /tortured/violated with mind-control technology. One of the time's I was forced to yell at the neighbors as I was walking outside for no reason at all (the Millers). I apologized to them with a text message but I didn't explain to them that a mind-control violator blanked my mind & forced me to yell at them because of not wanting to have to attempt to explain my entire case to them (I didn't have all of this written down/organized yet).

- While living in Alexis I experienced another specific incident that I was told would happen 1-3 decades ago by someone I've forgotten the identity of. I was chipping golf balls in my yard & accidentally hit the house I'm renting's window sill & it left a dent. I asked Barleaf Construction if I could buy a piece of metal from them to replace the window sill & gave them dimensions for the specific cuts over the phone. I drove to Lake Warren to buy the metal from them & then drove back here to realize they didn't cut the metal correctly. I then called McCune Construction (my neighbor a block from me) & asked if I could buy a piece of cut metal from them to replace it. He also cut the wrong dimensions before giving me the metal but I was able to alter the piece & make it work. The specific details of dealing with both Barleaf & McCune Construction were details I later remember being told would happen 1-3 decades ago by someone I've forgotten the identity of as I was in a concussion-coma type mindstate/stupor which makes me believe mind-control was used to violate me & force me to hit the ball into the window sill (10+ yards away from my target I was shooting at).

- On 9/21/22 mind-control was used on me as I was walking my dogs & altered my vision to make me step in dog poop. It was then used on me again that same day to purchase the wrong item at dollar general. This is a technique that's been used on me repetitively throughout my life to force me to fault. It's another specific incident that I was told I would be forced through during a conversation long ago while talking with someone I forgot the identity of.

- While living here in Alexis I would go have drinks at Jigg's Tavern occasionally until they kicked me out & told me I wasn't allowed back. At jigg's, I was violated with coincidental-type harassment every time I went there. I deal with harassment or being violated with mind-control every time I've done anything for my entire life. - Billy Johnson verbally harassed me 1 day while at Jiggs' Tavern about Wal-Mart (he must've heard gossip through the grape vine & decided to harass me despite being clueless to the facts of my court case).  The next time I saw him my mind was blanked & I was forced make a threatening comment towards him (by my mind-control violator) giving him hell back for harassing me. The next morning, I woke up & noticed someone had broken into my house & violated me in my sleep. When I woke up my wrist was swollen (someone bruised me in my sleep). I didn't call the cops because of knowing I'm being illegally spied on & my distrust for the cops as I've been being violated for the last 30 years with the nation's highest crimes. The next time I saw Billy he was an asshole (mentally harassing) intentionally & my mind was blanked intentionally by my mind-control violator & I was forced to spit on him. He then attacked me by punching/tackling me. While he attacked me, I was forced to use 1 of my hands to hold onto the pocket knife in my pocket. As I escaped him without harming him the people he was with kicked me while I was down & drug me out of the bar. The Warren County Police then treated me with threatening demeanor & acted like I was the problem when Billy verbally harassed/attacked me every time. Billy then put an unlawful protection order against me (he was the one that violated me with mental harassment & then attacked me for my disabled reaction to being harassed/intentionally-disrespected as an innocent & disabled citizen). This entire incident involving Billy & Jiggs' Tavern was another incident that occurred after I was told it was going to happen years ago by Morgan Ray (another premeditated crime). My lifelong list of head injuries makes the attack more severe to me & I need a protection order against Billy so he doesn't continue to verbally abuse/mentally harass me/instigate-me then attack me for my responses). I'm pressing charges for being verbally attacked then physically attacked then for being ganged up on by those fools.

- 1 of the nights I was in Jiggs' Tavern before being kicked out of there unlawfully. I was in there alone & minding my own business when Tara Vanfleet & her husband put on a song on the jukebox that I have been violated & forced to sing with mind-control while under surveillance & being intentionally sabotaged/embarrassed in my past. While this was happening I took a picture of the picture on the wall of the state championship football team & this entire set of details is another example of more details I was told would happen over a decade prior by someone that I've forgotten the identity of during a conversation that I don't remember. The incident is another

example of the type of nonstop harassment I deal with on a daily basis from the people I'm always forced into being around.

- Another example of being violated while going to the bar was at the Cactus (a bar near Galesburg). I had been watching a movie before I went to the bar & when I showed up at the bar the only person there (Paul Alvarado) said something to me that made reference to the movie I was watching. He wouldn't have known what movie I was watching unless he was in on violating my privacy. These details from this specific incident are something I was told would happen over a decade ago by someone I've forgotten the identity of which further proves it was premeditated harassment. - The next time I was at the Cactus I saw Paul again. When I saw him mind-control technology was used to violate me & force me to go tell Paul that he needed to download the app called Pinterest. - On a separate incident from the one previously mentioned I ran into Paul Alvarado again at the Cactus. Paul used to date Morgan's sister Amanda. The man with him harassed me by calling me Morgan. This is another example of how I constantly am dealing with harassment & other violations because of my court case being unsettled/unsolved. - Another time when I was at the Cactus my violator who violates me with mind-control technology forced me to approach Paul Alverado as he was sitting alone minding his own business & ask him if he had any cocaine. I don't even know Paul & this is another example of how I'm constantly violated/sabotaged/disrespected/forced-to-disrespect people I've never met & don't know personally. - While being mind-blanked with mind-control & forced to overconsume alcohol at the bar outside Galesburg called "The Cactus, I was forced to approach 1 of their bartenders & forced to kiss her (by a violator using mind-control technology) as we were outside. Me being forced to kiss this bartender was another exact detail that I'm now remembering being told would happen 1.5-3 decades before it did during a conversation that I don't remember. I'm pressing charges for being violated/neglected. I'm pressing charges for her also.

- While at the bar the Cactus in between 2019 &2022 mind-control was used on me to force me to touch Nathan Carnes on his chin. Nate had harassed me while we were in jail together about a separate incident I was forced to be a part of with mind-control years prior. I was then grabbed by 2 males & kicked out of the bar for being forced to do that by my mind-control violator/violators.

- While living in Alexis, mind-control was used on me to blank my mind & force me into driving to the bar on 150, Gympy's. While there a young man approached me & asked me if I wanted to do some of his supposed cocaine. My mind was then blanked again & I was forced to sniff the powder in his truck. The stuff didn't do anything but clog my nose & make me feel terrible. Mind-control was also used on me to do my talking for me & tell him that I am an 'Aryan' because my name is Ryan A. & if you spell it backwards it spells Aryan. The next morning, I woke up & my tire was slashed. This entire incident & every detail that I mentioned is another example of what someone told me would happen years ago (I forgot who told me these exact details of this exact situation were going to happen). I'm pressing charges for being violated/neglected/sabotaged/abused.

In 2020 I was unlawfully set-up, arrested & imprisoned for a D.U.I in Knox County IL. The entire incident was a premeditated crime that I later remembered being told would happen around a decade before it did by Morgan Ray as I was in a concussion-coma-type state of mind & while I was unable to process what was being said to me. Mind-control technology was used by a violator/violators to force all of my involvement. The following is my testimony about the events leading to my arrest & I later remembered being told every detail that happened would happen over a decade before it did: I was in my garage building a storage bench for my sister & had just started drinking a beer when I suddenly broke my hammer. After breaking my hammer my violator used mind-control technology to begin controlling me & forced me to get in my truck & drive to the bar 'Gimpy's' on Highway 150 for supper. I parked my truck in their parking lot & started to get out of my truck when unexpectedly around a half dozen unknown males approached me & told me I couldn't go into the bar (I have no idea why). I immediately left while confused about what had just happened & less than 10 seconds later the Knox County Sheriff's Department pulled me over with 2 separate cop cars & arrested me for D.U.I.. When they put me in jail, they kept me in their holding cells without providing me a mattress despite my disabilities. My mother ended up bailing me out of jail & I began going to the scheduled court dates by myself & unrepresented. The first 2 court appearances I was harassed by their assistant State's Attorney who kept calling me "buddy" disrespectfully while giving me belittling looks while addressing me. The following incident occurred in coordination with 1 of my first 2 court dates for this incident: While at home preparing for court in Knox County after being unlawfully set-up & arrested, mind-control technology was used against me to violate me & communicate a message to me with mind-control/communication technology by 1 of my violators, communicating "I'm about to vomit". When I went into court shortly after (during the same day), Judge Raymond Cavanaugh acted as if he almost vomited after calling me to the court's attention. I'm pressing charges for being violated & attempted to be coerced into believing that Judge Cavanaugh is my mind-control violator. - On my way to my court appearance on August 2nd I was harassed by the construction crew outside the courthouse. I was driving by & one of their crew members started pretending to jack-off as he was looking my way as I drove by. This specific detail is another example of something I later remembered that I was told I was going to be put through decades ago by someone I've forgotten the identity of. - During my 2nd or 3rd court appearance I was violated by my violator who uses mind-control technology to violate/control/sabotage me & was forced to have an unacceptable outburst in court while communicating with Judge Cavanaugh. The outburst was another exact detail I later remember being told would happen over a decade prior by Morgan Ray. I was forced to say "well I mine as well commit suicide" & then scream "FUCK MY ASS" in court by my mind-control technology using violators. This violation to me occurred in court on August 2nd of whatever year this happened in & I was once again unlawfully arrested as a victim (for contempt of court this time). As a reminder, I was once again unlawfully arrested as I was being unlawfully charged (after being illegally set-up) while going unrepresented as one of the most head injured people on the planet who also is probably one of the most violated people in the nation. While going to court for this & forced to be represented by public defender Colburn I experienced another exact detail that I was told would happen years before by Morgan Ray when I was talking to him & I was almost forced to kiss him by my mind-control violator. They kept me in

the Knox County jail for over 60 days before releasing me to live back at my house. I had just bought my puppy for $3,800 had over a thousand dollars' worth of medicinal marijuana & an entire garden of vegetables growing while I was in the process of beginning to prepare this evidence. At some point the Knox County legal system unlawfully found me 'unfit for trial' by using false information & staged evidence that they had provided to them by people guilty of violating & neglecting me for my entire life. They labeled me 'unfit' while ignoring all information I gave to them & while not providing me any fair/proper/lawful representation. They ended up releasing me back to my house & then unlawfully scheduled me to be committed to the criminal psychiatric ward in Springfield IL named McFarland Mental Health Center. I knew I was completely innocent & that this entire incident occurred while I was under surveillance (& while my thoughts are under surveillance) so I refused to willfully accept unlawful punishment & did not go turn myself into the jail to go to the psych ward. A month or so went by when suddenly 2 Warren County Sheriff's Officers showed up to my house. I had been turning in this evidence to them so I was expecting them to show up & say I was good to go free & that I'd be getting a court date in the pursuit of justice for me but instead they showed up & tazed my dogs & I. They arrested me & sent me to Knox County where I was sent to the criminal psych ward in Springfield & forced to stay there for over a month. The entire time I was in Knox County Jail & the psych ward I was violated by my violator who uses mind-control technology. The entire time I was in the psych ward I was harassed & violated by the other prisoners (more details are provided further along in this testimony). When I was finally released from the psych ward after proving my fitness, I was forced to go to video court from Knox County Jail where the judge, Andrew Doyle, made a comment to a "Mr. Swing" as he was talking to me on video (a violator of mine's relation (Morgan Ray) & an example of the harassment I deal with non-stop, even while in court). Mr. Doyle then released me from jail. The day he released me I got home & News 8 had a story going about an auto-tractor (which is 1 example, of many of harassment I deal with while watching the news (I was violated & forced to jack-off by a violator using mind-control technology while helping test out a new autonomous tractor driving technology (while under surveillance) while working with my father around a decade ago)). When I got home, I remembered that I had just been forced to communicate with Morgan's sister using Facebook messenger (on my birthday 9/16) & that I had just been told by Morgan that if I communicated with anybody from her family about that I'd be arrested. On my birthday, the incident with Billy Johnson at Jigg's Tavern happened (detailed elsewhere this testimony) & that is another example of something that Morgan told me was going to happen over a decade prior to it happening. While I was unlawfully imprisoned, I used my disability check to pay my bills at the house I'm renting. When I returned home Social Security made me pay them back for all of the money I was provided while I was (knowingly) unlawfully imprisoned because I was in an institution so in result the government charged me for unlawfully imprisoning me. I'm seeking justice for being violated, neglected, unlawfully arrested, unlawfully charged, unlawfully imprisoned, for slander, for sabotage, for intentionally causing me harm (emotional/physical/mental) & for crime in effort to assist in racketeering. I'm seeking compensation for my suffering & losses as well.

-- The following are more details about getting violated while dealing with this court case & being wrongfully imprisoned (these are just a few examples of what I was forced through nonstop): I was illegally held naked in a filthy 1-man cell for a week with another naked man

while in their jail after being forced to say I was suicidal while in court by a violator using mind-control technology. The room was a 1-person room that wasn't large enough for 2 so I had to sleep on the floor. The toilet was right next to where my legs were & I could feel the toilet water splash on me as he would urinate. The floor in the suicide cell was filthy with dirt/bugs. - I was being unlawfully held in the Knox County jail & was continuing to prepare this document for court (in the beginning of its creation when everything was hand-written notes). I suddenly remembered one of my childhood designs for dog waste (dog waste bags & outdoor dog septic tanks accessible using a lid in the ground). As I was writing it down the jail's tv was on the show I suggested in my childhood (to help introduce my designs/inventions) called 'Shark Tank' & a less quality design/invention for the same purpose was being advertised by the show. This specific detail/incident/ situation is another example of something I was told that I would be forced through 1-2.5 decades ago by someone I've forgotten the identity of. - While in the Knox County Jail the lady working as their mental health staff spoke with me & told me there isn't any medical marijuana allowed in jail. As she told me that, mind-control was used on me to make me feel as if I was suddenly medicated with marijuana. - While being held unlawfully in the Knox County Jail & being punished for being disabled while not being given fair representation as a disabled citizen, I was told by a lady with the last name of "Smith" (I believe it was specific harassment about when I was forced to burn Derek Smith's motorcycle), that they are planning on putting me in a psych ward until I cannot be disabled in court (have complete control over my uncontrollable/ proven-untreatable symptoms as they are refusing me the medicines that help me manage my symptoms & forcing me to take medicines that do nothing for me). Their threat was the same as saying they are going to punish a blind person until they can see or an invalid until they can walk. Our justice system is meant to protect against this type of treatment so I am seeking justice against Knox County, the State of Illinois & all others involved for this threat & attempt to take my freedom. - While being unlawfully imprisoned in the Knox County Jail I was forced (by a violator using mind-control technology) to suffer from another premeditated crime that I was told I 'd be put through over a decade before it happened by Morgan Ray. While on the top bunk of the jail cell I suddenly was forced to ejaculate. I managed to pinch myself off & let the fluid go inside the cup I was drinking water out of. Almost instantly afterwards I was forced to go mind blank & drink the cup full of water & my sperm. Morgan told me this specific detail was going to happen to me sometime between 2008-2013. I'm pressing charges for being violated/tortured/neglected. - While in the Knox County Jail, mind control was used on me to force me to not consider a guard might pass by as I urinated 1 time. That time, a female guard walked by & saw my penis. She was in a married to another guard at the jail. That male guard was working the following shift & my brand-new clothes I had just bought from the jail store went missing on his shift (my new-clothes were stolen). I believe mind-control was used on me to force me to show the lady my penis & then I was intentionally stolen from because of the incident. I'm pressing charges for them showing her my penis & then for my clothes being intentionally stolen. I'm pressing charges for being unlawfully imprisoned without being provided fair/proper representation nor being given the opportunity to represent myself. - While I was being forcibly kept in filthy jail cell meant for one person naked under a "suicide vest" with another naked man in a suicide vet a woman walked by who looked like a female from Galesburg who was in my grade named Carlie Mangeiri. Later on I remembered being told long

ago that Carlie Mangeiri (the daughter of Judge Mangeiri) would be walking by me in the cell & if I wasn't looking extremely healthy than she was going to make a wrongful decision about my court case in less than 30 seconds. When she walked by my skin looked disgusting because I'm being poisoned & criminally neglected medically. During that same unlawful imprisonment a woman who appeared to be Morgan Ray suddenly walked into the jail unit while we were all let out of our cells. When this happened I remembered Morgan telling me that she was going to come to the jail while I was there & it would matter for court on my reaction when I saw her. When I saw her I sat there & didn't provide a reaction as I further accepted that my life is hell on earth & that I'm being violated with the worst type of corruption (I didn't remember to add this to this part of the testimony until 5/30/25 so it is documented in this evidence here & on that day). - They did all of this to me as I've been spending all day of every day preparing for court as victim to our nation's most serious crimes.  - While being illegally held in the state's psych ward & not being provided fair nor proper legal representation after being unlawfully set-up for a crime I'm innocent of, I attempted to work with the disability advocate group named *Equip for Equality*. I sent them a less complete version of this document & was hoping they would represent me for my lifelong court case as well as the court case I was in the psych ward for the time. I was eventually contacted by the advocacy group & turned away from their services. - While going to pay the social security office back (despite not being able to afford to) I was intentionally violated with another premeditated crime that I was told would happen over a decade prior by Morgan Ray. I had been given a new Samsung Smartphone with earbuds & while taking my recycling to the recycling center 1 of my earbuds ended up in their dump-container exactly as they said it would decades before. I was violated with mind-control by a violator & intentionally blanked so that I forgot to take out my earbud. I searched for my earbud at their recycling center but was unable to locate it. My violator used mind-control technology to force me to lose my earbuds. I'm pressing charges for being violated/sabotaged/stolen-from & neglected.  - While in the Knox County jail I was violated by a violator using mind-control technology to sabotage my personality. I was forced to tell another inmate named Aaron Warrington that I was raped. I wouldn't have wanted to speak to him about either of the topics but was forced to. I'm pressing charges for being violated/sabotaged.

- I lost a garden full of potatoes, carrots, corn, zucchini & marijuana because of them setting me up for a DUI (with mind-control technology) in Knox County & then unlawfully putting me in jail & the psych-ward in Springfield without providing me fair nor proper representation & while not allowing me to represent myself & while using false evidence against me. The lost cost me thousands of dollars. It also stole my time with my 2 new puppies away from me. This arrest stole my driver's license from me unlawfully without allowing me a fair day in court, without allowing me to represent myself & without providing me fair nor proper representation in court. I'm pressing charges & seeking compensation.

- Because of being constantly violated/ tampered-with & threatened while driving, I was forced into going & asking the Warren County Sheriff's Office & the DMV how I'm supposed to know when/if I'm too disabled to drive. Soon after I was violated with mind-control technology & unlawfully set-up/arrested/punished for a DUI I'm an innocent victim in.

- I was forced into driving with mind-control technology by a violator after drinking at the bars in Monmouth & given a DUI a decade ago. I was driving a Nissan Xterra my father had just paid $15,000 for me to own. I was unprepared for court at the time & my disabilities didn't allow me to communicate well enough to get fair/proper court representation. My family & I once again took loss & punishment for me being violated & because of others mistakes/neglect & that's a fact I can prove in any law-abiding court. I sold the Nissan to the Galesburg Nissan dealership for around $6,000 after being nice to the vehicle & was forced to give the $ to Mr. Glasgow & David Reid Clark's Law Office for representation. After all was said & done, my vehicle was stolen along with a bunch more of my time/health/ life/ reputation for another crime I was unlawfully charged for as an innocent victim being neglected my rights. Since living in Alexis, I noticed the same Xterra delivering mail & this harassment is something I now remember being told that I would be put through 1-2 decades ago (long before the initial arrest). I'm pressing charges for government corruption/organized crime/ intentional-neglect & more.

- In July of 21' mind-control forced me to tip the canoe I was paddling in my Aunt's pond with several craft beers & a smartphone with me in the boat. The beer & phone were lost for good & the incident/situation is something they told me would be a commercial for Verizon/iPhone decades prior to it happening (I didn't remember them telling me that would happen till much after it happened). I was paddling along fine when mind-control was used to force me to lift my leg & intentionally flip the kayak I was in. The phone was brand new to me & was a huge loss since I'm living on low-income welfare/disability & being stolen-from. After losing my phone, mind-control was used against me to force me into driving to the bar Gympys 150 before going home (another detail I was told would happen long ago by someone I've forgotten the identity of). I'm pressing charges for being violated/tortured/abused/sabotaged/neglected.

- When I moved to Alexis in 2019, I realized my tv was broken somewhere between leaving my last living situation & getting to this one. My tv breaking is another example of something I was told would happen to me over a decade ago by someone I've forgot the identity of. Living with my disabilities has provided me enough hardship & being violated/stolen-from/ neglected & passed around from living situation to living situation has done nothing but waste my time & break/lose my personal items. Most of my items I cared about during life have been stolen or are now missing. I'm pressing charges for being neglected as victim to the nation's highest crimes for 3 decades & for the losses I've taken in my life because of being neglected.

- The house I'm renting in Alexis has been broken into & stolen from or tampered with on several different occasions other than the times previously mentioned. My laundry equipment has been tampered with & food continually gets stolen (a half dozen separate times). I've also had a water pipe, grinder & medical marijuana stolen. My grinder & pipe getting stolen while I was unlawfully arrested after being illegally set-up for a DUI was another example of something I was told would happen 1-2 decades ago by someone I've forgotten the identity of while I was in a concussion-coma type mind state/stupor.  I continue to write things down instead of calling the cops every time because I'm obviously under surveillance while being interrogated/violated with

mind-control technology. Also, I don't have time to be on the phone with the police nonstop for violations that are knowingly being done to me. These specific break-ins & robberies were incidents I was told I was going to be put through over a decade ago by someone I've forgot.  - 12/13/21 more of my food was stolen from the house in Alexis I'm renting. This was another example of a premeditated crime I was told I'd be violated with 1-2 decades ago by someone I've forgotten the identity of.

- At the beginning of 2021 my tools were stolen from a locked garage that my mother/uncle own near her house. I was preparing to transfer my tools from that spot to my rental in Alexis I'm in now when I received a call notifying me that the place had been broken into & I needed to file a police report about my missing tools. I was told the police captured the thieves & recovered my tools. I was asked to get with insurance instead of recovering my actual tools. After all was said & done, I lost out on several hand tools & my brand new, never used $650 wet-tile saw meant for cutting ceramic tile. I was able to replace some of the tools with the insurance money.

- I was given a small amount of disability back-pay that wrongfully dates back to me being disabled since 2018 instead of since the early 1990s as facts prove (I was permanently disabled as a small child because of being violated with murder-attempting head injuries). With the only part of the disability back pay money that I've spent I bought an English Bulldog puppy. While on the way to pick my puppy up I had to go through the MBWI bank drive-through (on Main Street) to retrieve the cash necessary for the breeder's payment. The lady at the bank shorted me over $2500 when I retrieved the necessary cash. I didn't realize she shorted me until getting to my next stop in Galesburg before leaving the state to pick up the dog. I had to go back to the bank where the lady argued with me & attempted to get me to believe that she gave me the correct amount of money before she finally admitted that she attempted to steal almost $3000 from me & sent me out the rest of my money through the drive-through. She told me she "just grabbed a handful from the safe" as I left the bank. This is another example of another premeditated crime I was told I was going to be put through (but forgot about) over a decade ago by someone I've forgotten the identity of. I'm pressing charges for her robbery attempt & for my time being wasted & for being disrespected/insulted. This type of pain continues to happen when dealing with the public & I'm constantly forced to accept the unlawful harassment without being able to react because of my brain damage symptoms. - Disability's back pay has been shorter than what it was even supposed to be back to 2018 by over $5000. I'm owed millions if not billions of dollars by our government & they continue to insult me with the lowest of disability & welfare payments. I was permanently disabled in the beginning of the 1990s & have been being violated/stolen from/ abused/harassed/neglected since.

- While at Dollar General here in Alexis I noticed a male that appeared similar to Morgan's now husband walking around the store. I was in the store longer than the unknown person & when I left the store my truck had been broken into & the rain guard had been broken off of the rear driver side window when I went back outside. I'm pressing charges for someone breaking into & damaging my property & for being violated nonstop.

-3/20/23 I noticed that my cleaning solution I purchased to help me clean my house was missing from my house. I was told years ago (by someone I've forgotten the identity of) that someone was going to break into my house & steal the cleaner out of my house so that I would have to buy more.

- 3/21/23 While in my privacy & being interrogated with mind-control technology as the innocent victim that I am I was being forced to speak about how angry I am with local law-enforcement & the local legal system. I was forced to say that I'd use self-defense against them if necessary. At the moment the only weapons I own are knives. I usually carry an everyday pocketknife when I leave the house. During my childhood I suggested a specific design for 'Buck' knives & they produced my exact suggestion. I bought the knife for my sisters' husbands', my Uncle, (possibly my father but I can't remember) & I. Just after I was forced to say that I was so angry from being violated that I went in the bathroom & took a shower. When I got out of the shower, I realized someone had stolen the sentimental knife out of my house while I was in the shower. The specific details of this entire incident (the interrogation about me using self-defense if necessary & my knife being stolen while I was in the shower) were details I was told I'd be forced through 1-2 decades ago by someone I've forgotten the identity of. I'm pressing charges for being violated/sabotaged/abused/ tortured/stolen-from/neglected. I reported the incident to the Alexis PD but he said I'd need to talk to the state's attorney to press charges.

- Since 2019 I ordered new lawn mower blades online & I was told I would be sent 3 new blades. They only sent me 1 blade. The website I was stolen from can be found by checking my bank statements.

- 10/24/22 I noticed some of my clothes were stolen from the house in Alexis I'm renting & this is another premeditated crime that I was told would happen by someone 1-3 decades ago (but forget who told me & forget the conversation except for that detail). On a separate occasion I noticed someone broke into my house & destroyed a certain pair of my boxers. I was specifically told 1-3 decades ago that someone was going to do this to me while living here in Alexis (I forget who told me this was going to happen).

- Ameren.com's billing history tab on their website shows different amounts than what I was charged. I was charged almost $500/month each month during this winter of 22/23' & on their website it says that they charged me far less. My bank account statements prove the amounts that I was forced to pay. This Ameren incident is another specific example of something that I was told would be happening to me to 1-2 decades ago by someone I've forgotten the identity of. They told me they were going to be trying to steal my $ as a professional scam.

- While living in Alexis I noticed that my fencing pliers are missing. After realizing that my pliers were missing, I suddenly remembered that someone in my past told me they were going to steal my fencing pliers & that I'd remember them telling me they were going to steal them when I went to use them & they were gone. I was working on my dogs' fence & needed them when I

realized they were missing exactly as the person who I forgot the identity of told me 1-2 decades ago.

 -  In November of 22 Ameren charged me twice for the same bill in the same month & then charged me another $70+ for a 3rd payment. This incident was another premeditated crime (I was told I'd be put through 1-2 decades ago by someone I've forgotten the identity of) & this crime to me once again overdrafted me (while I'm being stolen from in my lifelong court case that I've earned millions-billions of dollars lawfully during). My energy bill has been unaffordable during the winter months while living at this rental house in Alexis. - My power bill for March-April 23 was over $200 & I didn't have the furnace on at all ($100+ more than what it should have been).

- I pay over $150/month to DirecTV so that I can watch tv & our regional sports teams. Despite that they have taken Fox off the tv's channels & I've had to go without being able to watch the bears, world series, etc. This is another premeditated crime that I eventually remembered that I was told would happen 1-3 decades ago (while I was in a concussion-stupor) by someone I've forgotten the identity of. Since June of 23' DirecTV has now also cancelled CBS. - 1/21/23 I noticed my DirecTV bill had 2 movie packages added to it (without my permission) that I had been paying for monthly for over the past year without my knowledge. This is another premeditated crime I later remembered being told I'd be put through 1-2 decades ago (while in a concussion stupor) by someone I've forgotten the identity of.

- 12/28/22 Someone broke into my house while I was gone & stunk the place up with some unknown method that made it smell of a woman's sexual fluids. This is another premeditated crime I was told I'd be put through 1-2 decades ago (while I was in a concussion-stupor) by someone I've forgotten the identity of.

-On 5/28/22 @ 10am I noticed that someone stole a fentanyl pain patch from the house I'm renting in Alexis. This is something I was told would happen over a decade ago. My doctor then began refusing to prescribe me the medicines I need & I was forced to get sick while going through withdrawals. I'm pressing charges for being stolen from & this is another example of a premeditated crime I've been violated with since living in Alexis. - I've been going to doctors & attempting to get beneficial medicine every chance I've been given since being injured as a child. My time has been wasted as I've never been provided medical advice/ treatment/beneficial medication despite my permanent & severe disabilities/ constant symptoms. While living here in Alexis a doctor in Galesburg finally started prescribing me a beneficial version of medicine to me named fentanyl after wasting my time/health with several attempts at taking Vicodin-type medicine (I need OxyContin, Opana or fentanyl to benefit from taking opioid medicines). The less potent versions of the medicine don't provide me benefit & only make me sick. The stronger versions of opioid medications benefit me tremendously if given an effective dose. A tolerance has to be built to be able to use the stronger medicine without getting sick & after my doctor finally provided me a prescription for a version of the medicine I've been needing/wanting for

decades (fentanyl) he stopped being my doctor & assigned me to a new doctor. The new doctor refused to continue my pain treatment & I was forced to go through withdrawals after using the entire prescription I was given to build the necessary tolerance. I've been forced to go through withdrawals/harassment/abuse for my entire experience using pain medicine. I'm pressing charges for not being given my right to have/use the only medications that allow me to function similar to a non-disabled individual. The doctor Wagner from Knox County Health that turned me away doesn't have the right to deny me beneficial medication (forcing me to suffer from manageable symptoms) nor force me to go through withdrawals. Visiting the doctor nonstop to not be provided the medicines I need does nothing but waste my time/resources & disrespect me as an individual. The prescription I was given included 15 pain patches & it took 13 of them to build a strong enough tolerance to the medicine for it to start benefitting me. My 15th patch was stolen from my house & I was told decades ago that someone would steal that medicine by someone I forgot the identity of. - I dealt with harassment the entire time I was going to the Knox County Health Dept. from their staff. The harassment was intentionally made to seem that it was coincidental & unintentional despite it being intentional harassment. My time/resources were wasted & I benefited none from going there. I'm still being forced to live with all the symptoms I went in complaining about despite knowing all my symptoms can be treated. Every detail that occurred between me & the Health Department's staff were exact details that I was told would happen over a decade prior (conversations, actions, everything).  -My back has gone out several times since living here in Alexis. Something pinches my spinal cord at belly-button height & when it occurs, I can't put weight on nor use my lower body. Several times it's partially pinched & I am a crippled when that happens (movement limited/ slow & can only lift about 10 pounds). When my back has partially pinched it has taken 3 days to get better each time. It's taken a half day, full day, & 2 days to heal on the separate occasions it's fully pinched & completely immobilized me. This has been happening to me for most of my life sporadically. I'm always dealing with cerebral palsy & debilitating symptoms from damaged vertebrae-discs but this happens sporadically & regularly now. - When I was prescribed Fentanyl & had the patch stolen from the house I'm renting in Alexis, I wasn't charged more than a couple dollars for the prescription. I was then sent an unexpected bill later on trying to charge me much more for the medicine I had already paid for, used & had stolen from me.

- On 4/10/21 I was put through another incident that I was told I'd be put through 1-2 decades ago by someone I've forgotten the identity of. I went on a dog-walk & met my nephew, Cal, for the first & only time. On the way home I was walking my dogs & my smartphone fell out of my pocket several blocks away without me noticing losing it. I was told this was going to happen a decade or 2 ago & was threatened that if I didn't find the phone after losing it that I'd never have another smartphone again. After remembering that I was told this was going to happen years ago & I now know mind-control was used against me to force me into losing the phone & having to waste more of my time. I luckily realized the phone missing when I returned home & retraced my steps until I found the phone. I believe someone was attempting to force me to lose my phone

so I would have to purchase a new one while living on low-income (or they were planning on finding my forced phone after forcing me to lose it so they could keep it for themselves.

 - I've attempted to communicate with both OSF & Knox County Community Health systems about their neglect with my treatment, me not having medicines I need & that I'm going to be involving them in my court case because of not having medicines available to me & for never been given any medical information/advice about my severe injuries/ disabilities. They both terminated me as a patient. - I went to several of OSF's specialists within the last couple decades & I have always been disrespected/insulted & turned away without treatment/ medicines/medical advice. Dr. Willits, Dr. Jones/Marshall, Dr. Dechow, Dr. Livingston, Dr. Val, etc. I've written them explaining my situation/symptoms/ injuries on many occasions & continue to be turned away as one of the most disabled people that I know of. I'm pressing charges for their neglect & the extra suffering I'm forced to live with because of not being given medications. - I was sent to the Peoria OSF pain center on multiple occasions & was eventually given a series of injections in my back. The injections never stopped my suffering nor benefited me noticeably. Mind-control was being used on me for the entire time I was a patient. I had to spend my own resources to make the trips to & from the doctor appointments in Peoria on many occasions & never had anything positive happen. My time was wasted & I was forced to deal with harassment from their employees/doctors/staff. References to Creighton's death were in the doctor's office & I was forced with mind-control to take a letter opener from their office. I didn't steal the opener it was there on display for the taking. Both the harassment about Creighton & being forced to take the letter opener are examples of something they told me they would force me to do/go-through many years prior. I'm pressing charges for being constantly forced to suffer without beneficial medicines & treatments.

- I was sent to a Dr. Dong by Methodist or 1 of the other hospitals I've been in other than OSF. The Dr. saw me through my smartphone camera as he was in Peoria. The doctor lied to me & attempted to tell me I have no right for pain medication & that I have no neurological damage (when I have permanent, noticeable, debilitating symptoms on a daily basis & have for over 30 years). I'm pressing charges for being lied to & for them attempting to brainwash me. - I attempted to go to a pain clinic in Rock Island or Moline (I can't remember which) within the last 5 years but was declined treatment & disrespected/ insulted by their doctor.

- Every time I've dealt with Walgreens since the year 2008 or 2009, I've dealt with harassment of some kind. It's always extra unnecessary phone calls or employee name tags or the people I see in the store. I continued seeing Morgan's family or friends on the road to Walgreens or in the Walgreens store almost every time I've went there since 2013.

- On 1/2 of 2021 I noticed feeling as if someone had drugged me with my childhood medicine again (something I haven't felt in a long time.

- On 2//8/22 I was working on preparing this evidence & was writing about when Justin Creighton died. I was mind-blanked & violated with mind-control while in college & forced to get a tattoo with his initials on a cross. While working on that portion of the evidence body-controlling technology was used against me to cause a massive zit to form on my tattoo. This technique of forcing acne onto me in specific spots has been a torture technique used on me since I was a child & I'm pressing charges.

- Since living in Alexis I received a piece of mail from 1 of the health insurance providers that was responsible for covering me & they told me they stopped covering me because I wasn't allowed as a citizen in the United States. I'm a natural born citizen to Illinois & have been here my entire life while being violated/neglected & forced to live without medicines/rights I need.

- Since living in Alexis I started to soak my hands & feet again after forgetting to since I was a small child. I've been showering daily my entire life but stopped bathing as a child & forgot to soak my hands/feet for over 2.5 decades. I've been cutting out calluses/dead skin/toe-jam/ingrown nail-gunk & ingrown-nails nonstop for the last 2.5 years. In 2020 I finally cut out gunk from my toenails I know has been in there for decades. Somebody should have reminded me to soak my hands/feet while I was in a concussion-coma-type mind state/stupor for the last 3 decades. Not doing so kept me delirious more than I should have been.

- They have been seemingly forcing my back to go out simultaneously with the court punishments I continue to be violated with unlawfully (warren County Arrest, Knox County Jail, Alexis4times) & the harassment that's been violating me on a daily basis for my entire life. Threatening my lower body & life with being wheelchair-bound is something I don't overlook & am pressing charges for being continually forced to suffer from without beneficial medicines/treatments/rights & protection of my rights (I believe they have a device in my spinal column that controls when my spinal cord is pinched/partially-pinched/ not-pinching.

- I went golfing at Gibson Woods in 2020 or 2021 & walked 18 because of not being able to afford a cart there. Just before I began my round my back went out & I wasn't able to move for a while before starting my round. I was later reminded that my back going out was another specific detail I was told would happen to me 1-2 decades ago by someone I've forgotten the identity of (another premeditated violation forced on me). I believe medical technology is used against me to control when my back goes out & when it allows me more functionality. It was also used against me to cause the initial injuries that cause these ongoing symptoms/threats. On the way to golf I stopped @ Dairy Queen to eat. I had cash in my truck somehow disappear while I was eating & that is another something I was told would happen to me long ago by someone unknown to me because of my faulting memory (I think Tyler Hennenfent told me that was going to happen but I can't remember for certain). - I just remembered on 4/1/24 that another exact detail occurred when I went golfing at Gibson on the day I wrote about above that I was told would happen by whoever told me the rest of the details would happen when I golfed that day: someone hit their drive from another hole that whizzed by my head & almost hit me. I was

walking in the opposite direction but heard it & felt it go by my head & watched it land very close to me.

- 7/19/21 My back went out as I finished getting all this information written down so that I could represent myself in court (before I edited it for a reader). I believe mind/body-controlling technology was used to force my spine to go out. It went out exactly as I was told it would 1-3 decades prior.

 - I've nearly choked to death well over a dozen times throughout my life starting in my early childhood. I've choked 6-7 times since living in Alexis & have requested an oxygen tank on multiple occasions but am still living without (to use if I begin choking). I believe the chokes have been forced on me intentionally with mind-control because of them being timed up simultaneously to incidents. An example was on 10/6/22 there was a news story on channel 6 news stating something about Brad Pitt. I own the 'Fight Club' book & checked out the writer's name to find out that he was writing a new book called 'Choke'. As the news story showcased, I started choking & almost choked to death. I believe mind/body-control was used against me & forced me to choke (a technique that's been used on me to nearly choke to death over a dozen times throughout my life). That same day I was being interrogated with mind-control technology about my lifelong court case & talking about an incident when I was being blanked to take abuse from one of my x-girlfriends that I was being blanked & forced to be with. She made a comment to me about eating pineapple & drinking pineapple juice to make my cum taste better for her & this was the topic during part of my conversation as I was being interrogated that day. As the talk was going on I was watching 'Wheel of Fortune' & they showcased something about pineapple. The coincidences with live tv have been going on like this with me for my entire life & continues to reassure me that my privacy is being violated by our federal government. This is another example of something I was told would happen to me over a decade ago by someone I've forgotten the identity of. I believe there is a device in me that can control when my throat opens/closes & has been being used to violate me throughout my life. - I've choked & to near death on many occasions since living with my brain damage after being violated with head injuries as a child. Since living in Alexis, I've choked (almost to death) on a half dozen separate occasions. I've asked for an oxygen tank to be present in my house on multiple occasions & have yet to receive 1. This keeps my life in constant danger.

- The medical neglect towards me has caused me to constantly live with many debilitating symptoms that are manageable with medicine. I've been being forced to live with the skin disease, acne, for my entire life & it's continued to plague me while here in Alexis. I know an allergen is being used on me to cause my acne & always has been. I haven't been invited to be included in much at all with my family since living in Alexis (where my sister is raising her family blocks away) & haven't been able to attend most of the few events I was invited to because of being unlawfully covered in acne & because of the other ways I'm constantly violated. The people with AIDS, hepatitis & living in 3rd world countries look healthier than I do. I'm pressing charges (10/23xClayton's FlagGame&uncle AlfredBcuzOskin.10/24xSarah's

4pumpkin carving bcuz of skin, 11/7xInvite2carliesBday Wfamily@brookesBut faceWas DestroyedByAcne regardless).

- 1/30/23 I was drugged by an unknown source with a medicine similar to Seroquel & marijuana.

- 7/3/21' I was violated with mind-control & it was another example of something I was told I'd be put through 1-3 decades ago by someone I forgot the identity of. Mind-control was used to wake me up while I had just began urinating myself before I had soiled the sheets of my bed. I woke up pinching myself off & was able to get to the toilet before anything reached the bed (it only ruined my shorts for the night). This was something someone told me would happen a long time ago while I was in a concussion-coma-type mind state.

- In 2nd grade I decided I would make my own versions of the dictionary. I wanted to condense the oxford English dictionary for more specific purposes, such as disabled-person's English dictionary, music-lyric writing dictionary, rhyming dictionary, a writer's dictionary & a dictionary that has the nouns/verbs/adj./adv./etc. separated for ad-libbing writers. I completely forgot about my goal & ideas to do this for the last 27 years. A year ago, I started reading the oxford English dictionary to build my vocabulary. I ended up starting to take notes & began starting my exact goals for my new dictionaries, having forgotten I had those goals for these dictionaries back in childhood.

- I get violated or harassed every time I go to the library. An example of this type of public harassment was from the last time I was at the library & was searching the library database for books. I was researching witchcraft books on 1 of their computers. As soon as I typed the word witch, the library employees started a conversation & all I heard was "Morgan & Joey" (Morgan is 1 of my violators & her husband is named joey). I believe the librarians were in on harassing me (another example of dealing with harassment or suffering I wouldn't if given my rights/medicines/earnings/compensation. - In January of 23' mind-control technology was unlawfully used on me while I was in my privacy to interrogate me about my past. I was talking about my cousins Patrick Gavin & Ryan Doyle. I then went to the library to print off a form for the Illinois Senator Durbin so that I can try to get help getting my lifelong court case to the Supreme Court because I'm still being intentionally violated & neglected by my local legal, law enforcement & medical systems. While I was there the librarians talked about Patrick & Ryan & that same type of coincidence has happened every time I've been to the library for the past several years. I don't know if the general public is in on violating my privacy & rights or if mind-control gets used on them also but I'm pressing charges for harassment & privacy violations.

- Another example of harassment I deal with from News 6 was on 12/1 of 22' or 21'. There was a story about another head injury victim & the story included a 'Shreeves & Morgan'. Shreeves was one of the people Morgan had another relationship with & always talked about as I was being mind-blanked & forced to be with her while being forced to take her constant disrespect.

- I was being interrogated while at home in my privacy & was being forced to speak verbally when I cursed officer Matt Greenleaf of the Warren County Sheriff's Dept. for his treatment towards me thus far. Soon after I was forced to verbally speak my curse a commercial was broadcasted on my tv with a Greenleaf male as the highlight of the commercial. This is another example of the violations/harassment/abuse I've been constantly victim to.

- Officers from the Warren County Sheriff's Department showed up at my house 3 times uninvited & without giving me prior notice since I've been living at this rental house in Alexis. The first time, 2 officers knocked at my door in the mid-morning & when I answered the door my mind was intentionally blanked by my violators that use mind-control technology to violate/sabotage me. While blanked I yelled at them & told them to leave (& they did). I am furious about being violated/neglected/sabotaged every day of my life & believe the local law enforcers have been in on violating me & or neglecting me. I'm so furious because the violations have destroyed my life with murder attempts, rapes, stealing from me & more. I didn't intend to yell at them but it happened & I believe the lesson to be learned is that they need to show me more respect than what they do. The other 2 times they've showed up I've been unlawfully arrested each time. 1 of the times I was unlawfully tazed & the other time I was unlawfully searched & had my penis intentionally grabbed.

-The cops are always doing drive-by's on me as I'm being violated while driving & they creep me out & I've lost all respect for local/state law enforcement. I continue to be violated/tampered-with, intentionally wrecked & threatened while driving. While at home or out in public mind-control is continually used against me to forcibly put odd/off thoughts into my mind then have the cops drive by simultaneously as I'm continually being violated/tortured/sabotaged/neglected. I'm pressing charges. - My entire life cops have drove past my vision as violating-type thoughts are forced to go through my mind. The police drive-by's also are timed with forced actions while being violated with mind-control technology sometimes. Some of the examples since living in Alexis are how I was carrying 1 of my outdoor cannabis plants inside the house as a Warren County police SUV drove by & that's another specific detail someone told me would happen to me decades ago. Mind-control forced me to carry in the plant during the day instead of at night (I would've moved it inside at night). Other examples include the Alexis cop driving by as mind-control forced me to hang a noose for a potential suicide attempt in the garage before realizing what happened & taking it down (another specific incident I was told would happen). This is something that happens regularly. I'm pressing charges for being violated/sabotaged/abused/harassed/tortured/neglected.

- Since living in Alexis, the news told me that an officer for Knox County Sheriff's Dept. named Nick Weist died while on duty. Morgan Ray told me he was going to commit suicide & that they were going to lie about it on the news while saying he died while on duty over a decade prior to this news story being published.

- On 10/3/22 I was violated with another premeditated crime that I was told would happen 1-2 decades ago by someone I've forgotten the identity of (while I was in a concussion-coma stupor) after having to write the Warren County Housing Authority a notice that I'm taking them to court for having a violating landlord that gave me the place in disgusting condition despite me being a permanently & severely disabled citizen being forced to prepare for the Federal Supreme Court by myself: I called Farm King to see how long it would be to get an oil change for my truck & they told me if I brought it in it'd take 30 minutes. I drove my truck to Farm King & waited as they changed the oil. I then paid for the oil change & attempted to leave. When I was attempting to leave the parking lot, I noticed that my brakes no longer worked despite them being in perfect working condition when I gave the truck to Farm King to work on (someone cut the brake lines). I then had to park the truck because it wasn't drivable & go back into the store to complain about my brakes not working after they worked on my truck. They attempted to tell me they weren't responsible for the truck being broken as they were working on it & called the cops on me despite me being victim to them damaging my property. The cops showed up & kicked me out of the store unlawfully without providing me reimbursement & without forcing them to take responsibility for the damage they caused (I couldn't have driven the truck there in the condition they gave me my truck back in because the brake hit the floor when attempting to use it). Because of the cops insulting me yet again & for their prior violations to me I reminded them yet again that I need an order of protection against them & that I'm pressing charges on them. While communicating that to them my mind was blanked (by my mind-control violator) & my personality was sabotaged as I failed to communicate with the Sheriff. I then walked back to Alexis from Monmouth (15 miles). About halfway home to Alexis someone stopped & gave me a ride. The dog I had recently adopted chewed my slippers, shoes & other valuables because of them damaging my truck. The entire incident (including the damage to the truck, the conversation with the Farm King employees refusing to take their responsibility, the sabotage to my personality while communicating with the sheriff) was another premeditated crime that I was told would happen years before (including the details of the person that stopped to give me a ride home & the pair of slippers that were destroyed proving to me that they damaged my truck intentionally). - In March of 23' my mind-blanked (from being violated non-stop) while attempting to communicate with my Uncle Todd about having my truck intentionally sabotaged at Farm King. I yelled at him & said things I shouldn't have (I called him trash because I'm still being forced to be a victim without being provided justice nor allowed to live with my rights).

- 11/23/22 I called 911 for the 3rd or 4th time since living in Alexis about being violated with our nation's highest crimes for the past 30+ years & being continually violated on a daily basis. I also informed them of how my truck was illegally damaged intentionally & that I was without transportation nor any other way of getting around/retrieving necessary items.

- On 10/7/22 ameren.com raised the price of their bill on me over $50 overnight based on their bill projection I had checked days before that's usually almost exactly correct (they raised it over $150 in December of 22' & almost $200 in January of 23'). I called Farm king to get them to

reimburse me for the oil change I paid for despite them intentionally damaging my truck & wasn't refunded. The intentional mess I was put through cost me to overdraft my bank account & be charged for over drafting. I'm pressing charges.

- I've been picking up my groceries from Hy-v in Galesburg for the majority of the time that I've lived here in Alexis. Almost every time I've picked up groceries I've been harassed by their employees. Either it's some sort of harassment with their name tags or they use only their middle fingers while operating the credit card machine. On 1 of the occasions mind-control was used to force my mind to blank & yell at their employee. I was then approached by their manager who continued to harass me by continually calling me 'buddy'. I'm pressing charges for being violated & forced into the incident with mind-control. This is another example of something I was told that was going to happen over a decade ago by someone I've forgot the identity of.

- I was being harassed/violated with mind-control technology & continued seeing the Ray family (Morgan's) coincidentally every time I went in public in Galesburg while living in Alexis. I ended up texting Adam (I don't know if I was forced to or faulted because of my disabilities because I can't remember nor do I know the difference at times). When I texted him that I accidentally broke the glass out of the front door of the house that I'm renting in Alexis. This is another example of a premeditated crime I was told I would be forced through if I texted Adam (that I forgot about) 1-2 decades ago by someone I've forgotten the identity of. I ordered new glass for the door & dealt with more harassment from the glass shop in Galesburg on the square. I later remembered that someone told me 1-2 decades ago that I'd be dealing with harassment from that glass company. They ended up wasting my time & I had to cancel my order with them after being forced to waste a trip to their store & get the glass from 'Glass Specialty'. During the time when I was seeing them every time I went to Walgreens or the grocery store, I was being harassed about them while playing cards online on my smartphone. Soon after texting Adam my card partner using the 'Cribbage' app on my phone was Nancy666. Then TV suddenly had a show on called 'sewing with Nancy'. These are more examples of a type of harassment I've dealt with on a daily basis for my entire life. Almost every time I play poker online, I deal with the same type of harassment.

- The coronavirus was something I remember being forced to talk about while in a concussion-coma-type mind state/stupor in my 2nd grade class by a violator using mind-control technology. I forgot about the conversation from grade school involving the coronavirus until 2018 or 2019 when the coronavirus broke out (my talks as a kid involving the 'coronavirus' is another example that proves the government is involved with the violations involving mind-control-technology against me & are in on spying on me without my permission. I named the term 'coronavirus' while having my personality sabotaged & being forced to talk in a concussion-coma-type mind state during class. I also named a lot more of the company/technology names that are being used as I was being sabotaged (Facebook, Instagram, Pinterest, Pandora, etc. & I will explain further on in this testimony).

- The online phone company "backmarket.com attempted to sell me multiple phones that didn't work & wasted my time by continually forcing me to communicate & return materials to their store. I tried buying a used smartphone from them 3 times & was forced to return each phone when it didn't work. I couldn't afford a new phone after being forced to break mine after being forced to drop it in my toilet (another example of another premeditated crime I was told I'd be put through 1-2 decades ago by someone I've forgotten the identity of.

-I have been using my smartphone to stay connected with the world by checking the news & social media (Facebook, Instagram, Pinterest & dating apps). I've noticed that Instagram & Pinterest, both, have been completely full of my ideas & that governments, corporations & individuals are using my ideas (including the names of specifics websites that I suggested the names for & websites that I suggested the entire website & name for. I'll explain in more detail further in this testimony). I have a 2nd generation iPhone SE that is full of pictures proving this. I now have a new phone with several more examples saved in its pictures. - It seems the entire world knows of certain conversations & events from my past & makes it known to me in different ways. Every time I've attempted to communicate with anyone while using the dating apps or social media, I have been forced to fail at communicating by a violator using mind-control & simultaneously forced to deal with harassment about my past nonstop.

-Since living in Alexis I've had a dating profile on a couple of the dating applications available on the internet hoping to find a potential future for myself with someone once I get settled in court & have my privacy/rights/medicines & am not being sabotaged. I've dealt with harassment the entire time because of not having my court case settled & because of being violated/sabotaged in my past. Examples are when profiles called me a 'butthole licker' (an act I was forced into with Morgan while being forced to be with her) & once again had to hear about their sex with my x-girlfriends' other boyfriends who are healthy & living with their rights. 9/25 Facebook dating app profile "sex with Jay stresses me out the entire long time" (a harassing reference to an ex-girlfriend & her male friend named Jay). This specific incident is something I was told I'd be forced through 1-2 decades ago by someone I've forgotten the identity of. Tinder & Facebook Dating "butthole licker" comments 9/21/22. I also dealt with another incident that I was told would happen 1-2 decades ago by someone I've forgotten the identity of where a policewoman from Monmouth had a dating profile telling me she is a transsexual. I wouldn't be mentioning it if this wasn't another example of something I was told would happen long ago (by someone I've forgotten the identity of) & my interrogation at the time wasn't involving transsexual talk about my multiple personality disorder turning me into both males & females.

- While in my privacy & being unlawfully interrogated with mind-control technology I was unlawfully forced to speak about an incident that occurred while I was in college while being forced to check Facebook (while living in Alexis). The young woman I was forced to check on had a picture of me from college (that was a traumatic incident for me). As I was talking about the incident & being forced to check her Facebook the picture was suddenly taken off of her account's photo gallery. (Kelly Cruse).

- My old friend Keith Allen messaged me with the smartphone & my tape that I had covering my phone's camera fell off as his message sang the "all eyes on you" song. This is another example of something I was told I'd be put through (but forgot about until after the incident happened) 1-2 decades ago by someone I've forgotten the identity of.

- While being forced to talk within my privacy while being violated with mind-control-interrogation-technology I was forced to mention wondering about my cousin, his brother & their family. Almost instantly Facebook showed me a humorous picture of them that I later remembered someone told me would be their picture 1-2 decades ago (Jake & Jesse Gillen).

- My smartphone gets hacked/tampered-with in front of my eyes often as I'm harassed with its information non-stop on a daily basis. On my nephew Tucker's birthday, my phone was altered/tampered-with about Hy-Vee as my sister was texting me about Hy-Vee (another example of the harassment I deal with daily). I don't remember the specific details but remember my phone being tampered with blatantly. This is another example of how I'm harassed/violated/neglected as an innocent victim to our nation's highest crimes.

- While living in Alexis & using my Facebook app on my smartphone, porn videos have filled my Facebook news feed on multiple occasions. I'm pressing charges for being violated/harassed.

- While living in Alexis I've created an Instagram account. The website 'Instagram' was a childhood suggestion of mine & several of my suggestions have been on there. I've followed several models as I've been under illegal surveillance. Mind-control was used to violate me & sabotage my personality while being forced to talk about one of my favorite models & the entire incident was another specific detail that someone (who I've forgotten the identity of) told me would happen decades ago. During the conversation mind-control was used to sabotage me & force me to say something disrespectful/insulting about the model that I would've never said.

- The following are exact details that I later remembered being told would happen long ago by someone (I've forgotten who): After I was violated & forced to talk about the model (Kayla Simmons) she made a post that I was told she would make 1-2 decades ago by someone I've forgotten the identity of singing "oh mickey you're so fine" as I was being interrogated about Mick Kaywood & the violations I've been forced through because of him while in my privacy. The next time I thought about her I was thinking to myself that she could be the next Pam Anderson type sex symbol because of how physical attractive she is. As soon as I thought that she posted a picture of herself in a Baywatch swimsuit the same as Pamela Anderson wore for Baywatch. For these examples I don't know if she is going along with harassing me or if my violators that use mind-control technology to violate me are using the coincidences & their ability to force thoughts across my mind to harass me but these are more examples of the constant harassment/violations I'm forced to deal with as an innocent & disabled victim.

- In between 2019-2022 I was violated with mind-control while using Instagram & forced with mind-control to message actress- Angelina Jolie, athlete- Christen Press & model-Kayla

Simmons. Being forced to message these 3 individuals is another example of something I was told 1-2 decades ago (while I was in a concussion stupor) that would happen by someone I've forgotten the identity of. I'm pressing charges for being sabotaged & violated. I'm pressing charges for the individuals.

-After drinking at the town tavern one night I returned home & was once again violated with mind-blanking- mind-control-technology & forced to download a dating app specifically for having group-sex/3-somes. I deleted the app after that specific incident & on another separate occasion I woke up with the same app on my phone. Someone either tampered with my phone & put the app on it with hacking-technology or someone broke into my house while I was sleeping & put the app on my phone or my violators using mind-control on me forced me to download it while I was sleeping. Both incidents are more examples of specific details I was told I'd be put through years ago by someone I've forgotten the identity of. I took it as another threat/insult (having been mind-blanked/forced to be a part of 2 threesomes) & am pressing charges.

- While living in Alexis I checked on my cousin Jesse Gillen's Facebook. I watched a video of him pretending not to be able to nail a board to another board with a nail gun that I believe was making fun of me for when I was working on my house in high school while I was severely hurt. This video is another specific example of more specific details I was told would happen 1-2 decades ago by someone I've forgotten the identity of. I make jokes about my disabilities sometimes & believe he somehow had access to surveillance of me. He had several other posts that seemed to be intentional harassment towards me that I was told about 1-2 decades ago. 1 more example is his post about making a joke about transexuals. I had just been unlawfully interrogated about my multiple personality disorder & made a joke about being part transexual because of my personality turning into females also. It's possible Jesse had access to the surveillance I'm being illegally spied on with & it's possible Jesse is getting tampered with by violators just like me & that my violators violated him simultaneously to attempt to make it seem to me that he is in on violating me & intentionally harassing me.

-I've been mind-blanked & forced to jack-off my penis by a violator using mind-control technology many times while living here in Alexis (a sexual abuse violation that's been being done to me for my entire life while under surveillance).  - I've been forced to ejaculate hundreds of times while being violated with mind-control since moving into this rental house in Alexis.

- I vacuumed the ductwork at the house in Alexis I'm renting. Soon after I checked the ductwork & it was filthy again. I did this as I cleaned the entire house. I left the house after doing all this & when I returned from wherever I went the house made me have an allergy attack. I believe someone intentionally vandalized the house I'm renting with allergens/dirt/etc. I also continue to wake up with scabs in each nostril. I believe someone might be breaking in & cutting slits in my nostrils while I'm asleep. All of this specific testimony is something I was told would be in my future 1-3 decades ago by someone I've forgotten the identity of.

- The day my nephew, Tucker Grant, was born, I was forced to communicate with or about Dustin Timmons (I can't remember which) in a forced/intentional-mind-blank, & I woke up to my penis being forced to ejaculate. This is another example of something I was told I'd be forced to go through 1-2 decades ago by someone I've forgotten the identity of.

- I've been advocating for marijuana use-rights/ it's industry & smoking marijuana medicinally for the past 18 years. I've been being overcharged all my extra money to be able to smoke the entire time despite providing massive industry-improving designs to the industry (I designed the new growing-pots made of cloth, air filtration systems for greenhouses, indoor greenhouses, newly-designed water pipes, electric lighters & I named came up with a bunch of the names for strains of marijuana as a kid). Since living here I've been growing 2 plants at a time in the bedroom closet for personal use & to save me money from being overcharged by the dispensary (& I came up with the name for the dispensary 'Nature's Treatment). While working the soil for 1 of the plants mind-control was used on me to put a small amount of my dog's poop in the soil. This was something I was told over a decade ago they were going to force me into doing with mind-control technology by someone I've forgotten the identity of. I forget the conversation details & who the conversation was with but I have been continually reminded of how people in my past were telling me about incidents that are happening to me as I've been living here in Alexis. I'm pressing charges for being violated/sabotaged & the neglect that has continued to allow me to be violated/stolen-from/sabotaged & continually forced to be victim to premeditated crime.

. - In 2019 or 2020 Warren County Officer Rhoades showed up at the house in Alexis that I'm renting. He asked to search me & he grabbed my penis on purpose as he was searching me. He then illegally arrested me when I didn't do anything wrong & forced me to go to the psych ward named Streamwood or Hartgrove (I can't remember which). The psych ward I was sent to had an employee named Ryan who attempted to grab my penis as I was walking down the hallway (he missed & grabbed my leg) during my forced stay there. I'm seeking justice for not being given fair nor proper representation & for being violated/neglected/wrongfully imprisoned. Another incident involving Officer Roades was when mind-control was used on me to force me to speed as I was driving on Old 34 between Monmouth & Galesburg. I was intentionally trying not to speed in my Ford Ranger that didn't have cruise control when mind control was used to blank my mind & speed up just as I passed him. He arrested me & took me to the Warren County Jail despite me being sabotaged.

- I bought a dog in 2019 or 2020 from a lady in Iowa that I named Orwell. I have taken Orwell to all his vet appointments. Orwell is bothered non-stop & underneath his chin has been broken-out/disgusting for his entire life. As soon as his chin/face touches the floor he is itching-to-the-bone. I have been giving him allergy supplements, allergy dog-food-topper, medicated-calming treats & probiotic treats his entire life. I have brushed his teeth every day of his life that I've had him. I have taken him to the vet for everything I've been asked to. I know that he is being tortured with forced allergens by a violator the same way I am & I'm pressing charges & filing a

lawsuit for both of us. -While living in Alexis & being violated with mind-control nonstop I was intentionally mind-blanked/controlled & forced to punch my dog Orwell as punishment for running away. This is another example of another premeditated crime that I was told I'd be forced through 1-2 decades ago by someone I've forgotten the identity of. Soon afterwards, my mind-control violators communicated with me using unlawful mind-control/communication technology that they forced me to hit the dog so they could watch how much more difficult it would make raising my dog for me ("because they've never seen how a dog acts after being hit"). I'm pressing charges for both me & my dog, Orwell.

- My mind-control technology using violator/violators forced me to spill boiling hot soup on my English bulldog puppy's head 1 time & watch her fall off my 2.5-foot-high porch twice (all of these were exact details that I was told would happen over a decade prior while I was getting raped & tortured in a severe brain injury coma-type state of mind). - On 6/9/21 I was violated with another premeditated crime that I was told would happen 1-2 decades prior. I was driving in Galesburg with my dogs in the back seat of my truck because I was going to take them to the dog park after my errands so they could run free with other dogs. I had the windows cracked but rolled up enough that they couldn't jump out. Someone outside my truck had my truck rigged so they could roll down my truck window from the outside. They rolled down my window enough so that my English bulldog named Poe jumped out of the truck while I was going 30mph & smashed herself on the paved road. I'm pressing charges for attempted murder & cruel abuse to my puppy against the responsible violators/neglectors. - Within the first year of owning my female English bulldog named 'Poe' (a fine specimen of the breed that cost almost $4,000) I was forced to deal with 2 more premeditated crimes that I later remembered being told would happen 1-2 decades ago (while in a concussion stupor) by someone I've forgotten the identity of. The first is when I suddenly realized a cyst growing in between her toes on her front paw. I realized she had an infection on her paw pad & then remember being told that one of the people who have been breaking into my house & stealing food was going to break in & cut a slit into her paw-pad with a knife & infect it intentionally. After realizing I was broken into & stolen from my bulldog suddenly got a slit in her paw that continues to form a cyst between her toes because of it being infected. I've spent the past 12 months soaking her paws & cutting away at her infected paw with a razor since noticing the problem & remembering what I was told by whoever told me that. I have spent the last 3 years giving myself pedicures with a pocket knife attempting to rid an infection that I have between each of my pinky toes. I'm pressing charges. - I was also told that they were going to give her (Poe, my bulldog) a bath in my bathtub while I wasn't home & that they were going to attempt to drown her. Poe did excellent while bathing her for the first year of her life (& loved her baths) & then was suddenly terrified to take a bath & threw fits (it's been over 6 months now & she's finally calming back down & enjoying her baths). - Since Poe had her paw infected, she has also had an infection of some kind causing her to need to go to the bathroom constantly. Whoever told me that she was going to be abused when I wasn't home told me that they were going to give her this infection intentionally to make her & I's life more miserable. I'm pressing charges.

- My dog, Orwell, somehow escaped (I can't remember if a leash broke or if he escaped my fenced-in-area). I had sandals on & had to chase him down before he got hit by a car. I ended up catching him after flipping off my sandals (that broke while running) & running after him barefoot. I caught him by diving on him & tackling him while we were both running full speed in the backyard of somebody living a block away. I later remembered that I was told I'd be put through this exact situation 1-2 decades ago by someone I've forgotten the identity of. The person who told me knew the specific details including that I'd be shirtless, in my sandals that would break & that I'd catch them in the backyard of the house that I caught them at 1-2 decades ago.

- I bought 7 different retractable leashes to walk my dogs with (some of them 'extra-strength'). I walk my dogs on a daily basis (except for in the winter when it's below freezing & when it's above 85 in the summer) & all 7 of the leashes broke & snapped back hitting me & my dogs. I later remembered that this is another example of specific details I was told 1-2 decades ago that I'd be forced through by someone I've forgotten the identity of. I'm pressing charges for me & my dogs & filing a lawsuit. I could easily redesign the leashes so that this problem wouldn't happen. With the design they use they have the plastic hammer that you push down to stop the leash from retracting come in contact with a plastic stopper inside the leash. The pull of stronger dogs breaks that plastic-to-plastic connection & those 2 pieces need to be replaced with metal replacements. Since then, I've made different versions of my own leashes. On 3 occasions I was forced to drop my leashes with mind-control while walking (all 3 were more examples of specific violations I was told I'd be forced through with mind-control technology 1-2 decades ago by someone I've forgotten the identity of). 1 of the times I was forced to drop the leash my dog ran in front of an oncoming UTV & would've been hit if the man driving didn't slam his brakes. The entire incident was something I was told was going to be done to me & my dog a long time ago (premeditated crime). I'm pressing charges.

- 8/25/22 someone tossed a full-sized rat into my dog's fenced-in area & this is another example of something I was told would happen to me years ago by someone I've forgotten the identity of (I was being mind-blanked when I was talked to about this originally).

-- On 8/20/22 I bought dogfood off of Amazon.com that made my all 3 of my dog's sick & it's something I later remembered I was told would happen to me over 10 years ago in a conversation I've forgotten what else was said & who said the incident would happen.

- 8/28/22 I drove to Kansas City to purchase an English Bulldog that I named Orwoe. On the way there my navigation system on my smartphone gave me the wrong turn & I drove the wrong way on the highway for a short time before being pulled over by a Kansas or Missouri policeman. I was accused of drinking but hadn't been drinking & was released to continue on my journey. This entire incident was another incident that I was told would happen years ago by Morgan Ray. The only memory I have of the previous conversation telling me that this would happen was that they said if I had consumed any alcohol at all that day that I would be arrested &

never allowed to go to court for my lifelong court case. When I finally reached Kansas City, I was again misdirected by my navigation application on my phone & sent on a goose-chase around Kansas City making me late picking up the dog I bought (another violation I was told I'd be forced through years ago by someone I've forgotten). I'm pressing charges for being violated/sabotaged/neglected & threatened as a permanently/ severely disabled victim to our nation's highest crimes. - Orwoe was sold to me filthy & infected with poor health (a violation to my rights). I believe I was mind-controlled/blanked & forced to buy him. His name was 'Levi' when I purchased him & I later remembered that buying a dog with that name is another specific detail of something I was told I'd be doing 1-2 decades ago by someone I've forgotten the identity of.

- On 9/24/22 I was walking my dogs & violated with mind-control technology (with another premeditated crime I was told would happen 1-2 decades ago by someone I've forgotten the identity of). I was told many years ago that I'd be walking my dogs past a yard sale & be forced to drop my dog's leash while a kid was close by & that a lady would attempt to take my dog leash from me & steal my dog. That day I was walking my dogs by a yard sale & accidently (I was forced to drop it by a violator using mind-control) dropped my dog's leash for a second. When I dropped my dog leash my dog ran up to an approaching kid who was excited to see the dog. A lady then approached & attempted to take my leash from me once I had grabbed the leash. Mind-control was used against me to force me into dropping the leash & I'm pressing charges for the violations. On the same day either the AKC or my bank (MBWI of Monmouth, IL) stole $ from me while attempting to register my newest dog to the AKC under my name (they charged me 3 times for the same certificate). The money being stolen & dropping the leash at the yard sale next to the kid were both more examples of premeditated crimes I was told 1-2 decades ago that I'd be put through while I was in a concussion-coma-mind state/stupor by someone I've forgotten the identity of.

- 10/17/22 My AKC paperwork for the dog I had most recently adopted was stolen from the house I'm renting in Alexis & I eventually remembered that this is another example of a premeditated crime that I was told would happen many years ago by someone I've forgotten the identity of.

- Since living in Alexis I've bought 3 dogs. I've been being violated with mind-control & spoken for by my violator/violators using mind-control the entire time I've lived here & throughout my entire life. A reoccurring technique they've been using on me is to continually force me to act the same as & say the same things as people who mentally abused/mistreated me throughout my life while speaking to my dogs. I'm pressing charges for the abuse.

- 10/22/22 I was violated with mind-control to put me through another premeditated crime that I was told would happen 1-2 decades ago (while I was in a concussion-stupor) by someone I've forgotten the identity of. It was the middle of the night when I suddenly woke up & looked at my dog who was just then waking up to start urinating on the carpet. I was reminded that I had been

told this was going to happen years ago & that they would be testing me to see if I'd punish the dog with physical force. I believe they used mind-control to wake me up in middle of the night, used mind-control to have me look at my dog, used mind-control on my dog to wake him up & cause him to start peeing (he rarely urinates in the house). I'm pressing charges.

- 12/27/22 I went to sleep with a healthy dog & woke up to my dog's foot being swollen. I believe someone broke into my house & hurt my dog the same way they did to my wrist in my sleep in 2019 or 2020.

- While living in Alexis I bought 3 different dogs. Each time I bought a dog I suddenly came up with their name & each time I later remembered that these were all names that I thought of for my dogs when I was in grade school but had forgotten. I believe mind-control technology was used to remind me & name my dogs.

-  While sitting inside the rental house I'm in here in Alexis, I had the window open to blow my smoke out of & someone through a small toad inside as I was being forced to speak about my views of using the death penalty for justice/punishment against my violators in my court case. Whoever through the toad inside my window escaped without me noticing who was here (I was reminded by my faulting memory that this is another specific incident I was told would happen years ago by someone I've forgotten).

-2/26/20 I went to my younger cousin's high school basketball game in Orion. While there I dealt with harassment from the News 6 tv-crew. The guy there video-recording the game was wearing a coat making reference to Morgan's boyfriend that I was forced to call a nigger in a mind-blank. This is another example of how I deal with harassment nonstop while being violated/sabotaged. I've been dealing with harassment nonstop from my local news channels 6 & 8. Their entire news crew is named after Morgan & her people. Morgan is a violator/abuser in my court case.

- The show America's Got Talent was a suggestion of mine as a child & has been harassing me publicly seemingly while violating my privacy for its entire existence. Every episode I've watched has seem to include some type of involvement with my court case. If we go back through & watch each individual episode I can point out & make clear everything I'm talking about but I'm certain if we ask the show's producers/directors/cast that they can detail anybody in on the facts. - 2/27/23 America's Got Talent (a show that I've been harassed with every time I've watched it) did a reenactment of a conversation from my childhood when I was told that if I wanted to be an actor I had to wake up @ 5am every morning & be able to memorize more than what my damaged brain (from being murder-attempted) is capable of.

- 3/9/23 While I had the Ryan & Kelly Morning Show on, I was somehow reminded of another childhood idea of mine that I shared during class. I planned to write a children's book that was going to be about a surfer who was 'riding the waves of life' & making the best of everyday life's opportunities who becomes successful. I have noticed very coincidental inclusion almost every

time watching this show or other morning shows & this is a specific example. (surfing-through-life's opportunities-children's-book).

- Over the past several years I've been being harassed by our local news. I've been watching & being harassed the most by News 6 who has casters named Morgan, Joey, Evan & Eric. Morgan is a violator in my court case, her husband is named Joey & a person that Morgan would abuse me about was named Evan. Her step-father is named Eric. I was violated & forced to call that Evan a nigger with mind-control & believe this is some sort of blackmail attempt against me (I'm prepared to defend myself in court as an innocent victim). News 8 also has a Morgan & Joey. (Joey Diaz for News 8 & Morgan Ottier of News 6 are both people I was told would be reporting the news 1-2 decades ago by someone I've forgotten the identity of.) I'm pressing charges.

- In November of 22 I was violated with more mind-control simultaneously with another News 6 story. I was being interrogated with mind-control & forced to talk about how Morgan Ray intentionally got pregnant & had an abortion (supposedly with my kid) as I was being violated/blanked with mind-control & under illegal surveillance (abortion-porned). I said supposedly my child because at the time Morgan & I were not dating anymore because she started having sex with a Monmouth College football player from Aledo (making me know it was as much potential it was their kid instead of our kid. I was being forced to be with Morgan when I was with her while I was in a concussion-coma-type mind state & was raped for the incident by a violator using mind-control (I think Morgan is an accomplice to raping me knowingly). As I was being forced to talk about this in my privacy while being violated/interrogated by a mind-control using violator news 6 ran a story about Aledo gaining funds for their downtown. This entire incident was another premeditated crime from another conversation from years ago (Morgan told me this specific incident would happen (as I was being mind-blanked & forced to take her abuse) but I forget the other details of the conversation because of being continually murder-attempted with severe head injuries intentionally). I'm pressing charges for the incident back then & for this incident (being violated & forced to talk simultaneously as the news was used to harass/abuse me).

- As I've been being interrogated with mind-control I've noticed the football games (NCAA & NFL) on TV reenacting exact plays from my childhood games that I was interrogated about (by a violator/interrogator using mind-control technology. The NCAA bowl games & tournaments for 2023 included many specific details I was told would happen 1-3 decades ago by someone (I've forgotten who) about them reenacting my childhood football games. One specific detail is me getting to watch 1 specific player (a #7 from a smaller school) run how I used to run (he ran better in open field (just how I used to) than the rest of the players in college football that fall).

- I deal with harassment while in public nonstop & have for my entire life. 1 example of a type of harassment is when I went through the MBWI drive through in the Moline, there was a dancing Hawaii doll in the window. The incident was timed up with going to Natures Treatment in Milan & noticing most of their staff had names making reference to Aaron Gavin & his people. This

incident was also timed up with me being forced to explain what happened while I was in Hawaii with my family, their guests & Morgan, during my mind-control-violator-forced-interrogation that I was forced to speak about in my privacy as I am continually violated with mind-control technology (I was raped & murder-attempted in Hawaii).

- I bought my nephew Clayton a Playstation4 for his birthday in 2019. As we were attempting to play 1 of the games I bought him mind-control was being used on me blatantly. The game had been programmed to be impossible to keep up with & beat as we attempted to play it & we adjusted the "level of difficulty" to every setting. I believe it was a torture-technique used on my nephew to make him think he wasn't smart enough for the game & disrespect me (showing me that they wouldn't allow him to enjoy anything I tried to give him). I've played video games my entire life & the game was impossible on its easiest setting. I'm pressing charges for both of us.

- When I was forced into moving into this living arrangement in Alexis, my neighbors, the Miller's immediately asked me to help them rebuild their deck. While working on the deck a detail happened that I later remembered I was told would happen while I was in high school. I sat down my hammer next to their sliding glass door & something bumped something which flipped up my hammer & caused it to nearly hit their glass door. I was lectured in high-school about not setting anything metal near anything glass while doing construction work & then was told this specific detail would happen (I obviously didn't believe it would happen nor did I ever plan nor want to live in Alexis).

- I had my pocket knife on me while walking my dog in Alexis. Mind control was used on me to force me to pull out my knife & yell at Warren County Cops as I walked by their parked vehicles. I was forced to yell "Shame on Warren County", which is a line from a show I was watching at the time called 'Game of Thrones'. In the movie they are yelling shame on 1 of the queens. Game of Thrones was a suggestion of mine & several scenes from the show are coincidental to violations against me from my past. Once again, the cops just sat there & did nothing as I was sabotaged/violated/tortured with mind-control technology. I am pressing charges for being violated/sabotaged/neglected & for being forced into this incident.

- 3/17/22 I walked my dogs to the gas station in Alexis & tied them outside as I went inside to get milk. The customers & what they were doing while I was in the gas station (buying pizza, buying beer, etc.) were specific details that I was told would happen if I walked my dogs to the gas station 1-2 decades ago by someone I've forgotten the identity of.

- 3/28/22 The garbage disposal in the kitchen sink stopped working. I had to contact the landlord that I don't want to have contact with & ask him to repair his sink. I was told this specific incident would happen 1-2 decades ago by someone I've forgotten the identity of.

- 4/4/22 I met my neighbor 'Nico' while trimming the tree of the abandoned house next to me. I was told 1-2 decades ago that this was exactly how I was going to meet him by someone I've forgotten the identity of.

- 8/3/22 wrote DOJ. I called the Monmouth vet & a 'Morgan' answered the phone (I believe it was intentional harassment as I've been being interrogated about my time with a 'Morgan' often (also, every news channel now has a news lady named Morgan). I went to the marijuana dispensary & purchased some smoke for myself. I ordered a specific strain variety but was sold something different. I also went to the dog park while in Galesburg. Being sold the wrong marijuana & the details (that I've now forgotten) that happened at the dog park were all specific examples I later remembered I was told 1-2 decades ago that I'd be put through by someone I've forgotten the identity of.

- 8/5/22 I went to the car show in Monmouth & started by going into the 'Patton Block' to try 1 of their beers. They didn't use my design-improvements for brewing/serving & the beer was gross. I later remembered that me going to the car show, going to the 'Patton Block', the specific bartender & our specific conversation as I drank my beer were all specific details that I was told would happen over a decade prior by someone I've forgotten the identity of. I then walked around the car show & suddenly ran into Drew Robertson with his family. Running into him, the conversation we had & the clothes I was wearing & his wife & kids specific actions were all specific details I later remembered being told about over a decade prior by someone I've forgotten the identity of. When I returned home, I was forced to speak by my violator/violators who violate me with mind-control technology. When I was forced to speak, I was thinking about my conversation between Drew, his son's & I that went on while at the car show. I was forced to say "did that kid just talk down to me" which is the exact same thing I heard Drew's dad say about me during my childhood.

-8/9/22 wrote Knox State's Attorney Karlin about my court case & wrote my sisters/mom about being suicidal because of being violated nonstop. I believe I was forced to write my sisters & mom about dealing with thoughts of a self-defense suicide.

- 8/13/22 I went to Galesburg's dog park & marijuana dispensary. While at the dog park there was a guy from the social security office & another guy with a German Sheppard. I had my dog Orwell with me in a separate fenced in portion than the other dogs at the dog park but he crawled under the fence & started running with another dog in a separate fence. The other dog's owners acted frightened & panicky so I jumped the fence & picked up my dog & walked him out of the dog-park. The male at the dog park appeared to be Mick Kaywood & later I remembered being told that it was going to be him & if he could "make my dog crawl under the fence" that it meant something for my court case (or something along that line). The lady at the marijuana dispensary acted crude towards me while letting me into the purchasing area from the waiting line. I stopped by the bar 'The Cactus' & dealt with harassment from a stranger about something I was forced through over a decade ago while I was at a bar (I was forced to piss on a bar while being violated with mind-control). Every detail from this day was more examples of specific details I was told 1-2 decades ago that I'd be put through by someone I've forgotten the identity of.

- Another example of me being violated (with something that I was told would happen 1-2 decades ago) while living in Alexis was on 8/23/22. I was walking to my sister Brooke's to drop off a gift for them & walked past Alex Fox as he was roofing a house in between my rental & my sister's house. Fox had said something to me years ago while making a joke about 1 of the times I cleared a spot to grow marijuana outdoors with a machete-knife. His conversation back then included something about the neighbors on the corner by my sisters were going to be outside cutting their ditch's grass with machete-knives as a joke & they were there doing exactly that when I walked by. They couldn't have known I was going to be walking by unless they were in on violating my privacy or in on using mind-control against me. I'm pressing charges for being violated/neglected.

- 9/1/22 I went to Galesburg to pick up my groceries & their employees consistently used only their middle fingers while around me (I took it as an insult but it could be a reoccurring coincidence). I then went home & took my dogs for a walk. During the walk I was forced with mind-control technology to drop a dog leash as a golf cart was approaching. My dog ran across the street & would've been smashed by the golf cart if it hadn't slammed its brakes. This specific incident is another specific example of something I was told would happen to me 1-2 decades ago by someone I've forgotten the identity of. I also forgot to close my windows & the neighbors had a fire going that stunk my place. Me forgetting to close my windows & their fire was another specific example I later remembered that I was told would happen 1-2 decades ago by someone I've forgotten the identity of.

- 9/2/22 I emailed Illinois State Police my testimony evidence. I emailed the Warren County Housing Authority another complaint. I wrote the person I purchased my newest dog from a complaint about the dog's health when I bought him & informed him that I'd be going to court about being sold a dog in poor health.

- 9/13/22 As I was walking my dogs another lady was walking her dog with her kid. She suddenly got upset & started yelling at her kid. This is another specific detail that I was told would happen 1-2 decades ago by someone I've forgotten the identity of.

- 9/16/22-35th birthday- I bought another one of my own designs that is being produced without me receiving any credit/payment from prismwaterpipes.com. While walking my dogs another specific incident happened that I was told would happen 1-3 decades ago by someone I've forgotten the identity of (my dog's leash broke on my birthday as they said it would). I went to the bar named 'The Pump House' to eat. While eating I realized they forgot to put bacon on my cheeseburger & the lady next to me was eating a ribeye dinner. Both her eating the dinner & me not getting the bacon I ordered is another specific example of something I was told would happen 1-2 decades ago by someone I've forgotten the identity of. - On my birthday in 2022, 9/16, a group of kids rode their bicycles past my house & were yelling at me calling me a 'pervert'. This incident was another example of something I was told was going to happen

years ago by someone I've forgotten. It was on this day when I was forced to purchase another invention of mine that I'm going without credit/earnings for (prism water pipe).

- 9/20/22 I finished my first version of this testimony evidence (it took me a decade to get this information remembered & wrote down/organized). I immediately sent it to the Warren County Sheriff's Department.

- On 9/20/22 someone went around the house I'm renting at night with a flashlight & was flashing the lights into the windows. This is something I later remembered being told decades ago that they were going to do to me.

- The shooting involving Alec Baldwin that was on the news was something I was told was going to happen years/decades ago by someone I've forgot while I was in a concussion-stupor. 1 of 4 or 5 people spoke to me about living here in Alexis & predicted all of these incidents (Morgan Ray, Alex Fox, Tyler Hennenfent & 2 people I've forgot).

- I was taking my trash to Monmouth's dump as I've been living in Alexis because Alexis doesn't have a dump. They suddenly began charging me $5 to drop off the few bags of trash I was dropping off each month (most of my waste is recyclable & I recycle). I went there with 2 bags of trash one day & they suddenly told me I have to start paying them $10 every time even if I was only dropping 1 bag of trash. $5 was all the money I had to my name & they refused to take my 2 bags of trash. Because of them turning me away with 2 bags of trash I dropped my trash-loads off at their front gate 4 times to make them pick it up without me having to pay & I'm pressing charges for being turned away & overcharged. Me leaving the trash outside their gate those 4 times & all of the details that occurred during those specific incidents are all more exact details I later remembered being told would happen long ago in a forgotten conversation. I had each date & all of the details recorded in this testimony but someone deleted the information out of this document (unlawfully deleting/tampering with evidence) & I'm just realizing this over 2 years later (10/27/24) & have no memories of all of the details that were recorded. The City of Monmouth owes me more money than what the town is worth after me being murder-attempted at Monmouth Park & then neglecting me since (I've been violated on a daily basis for my entire life & was a citizen to Monmouth for the majority of my life while being violated with & neglected of the highest crimes on the planet). - Almost every time I've purchased food for myself at a restaurant in Monmouth or Galesburg since turning 16 my food has been intentionally sabotaged. The last day that I dropped my trash off at the dump I bought a meal from Arby's on my way & my Arby's meal that was $10 was disgustingly sabotaged. - 9/27/22 I was called about leaving my trash at the Monmouth dump despite reporting to the MPD that I've been victim to our nation's highest crimes for the past 30+ years. I'm pressing charges for the massive insult. I also filed a complaint to Hy-Vee for their employees continually insulting me by flipping me their middle fingers every time I pick up online groceries.

- Every time I've been to the dog park, grocery store, bar or marijuana dispensary in Galesburg I've been forcibly put into another situation that I was told would happen decades ago. This continues to prove to me that everyone is on violating/sabotaging/ stealing-from-me & neglecting me.

- 2/1/21 The following 2 incidents were more examples of specific details I was told would happen to me 1-2 decades ago by someone I've forgotten the identity of: I stopped at the gas station & my disabilities had been bugging me enough that I had been using a walking stick at home. An old elderly man whom I have no idea who was at the gas station & told me that he hadn't started using his walking cane yet. I wasn't using mine at the time & he couldn't have known I had been using mine unless he was in on violating my privacy. I then went to the dog park & Orwell (my dog) broke his leash as we were walking into the park in front of another old man. I believe my leash was intentionally sabotaged.

- 8/14/21' or 22' I stopped by the 1st Ave. Pub in Monmouth for a drink. My vision was altered with mind-control technology so that a person there appeared as someone I've never seen before then shifted into one of the lawyer's/ state's attorneys from Monmouth named Scott McClintock. I'm pressing charges for being violated with mind-control technology.

- In July of 22' my neighbor from across the street named Paul trespassed onto the property I'm renting & looked at the miniature marijuana plant I was growing. This is another example of something I was told would happen 1-2 decades ago by someone I've forgotten the identity of.

- 1/2023 I was forced to spill pizza on my new sweatshirt & stain it with tomato sauce & this is another specific example I was told that I would be forced through years ago by someone I've forgotten the identity of.

- While living in Alexis & being interrogated with mind-control technology I was put through another specific conversation that I was told I'd be put through 1-2 decades ago by someone I've forgotten the identity of (while I was in a concussion-stupor) about my design idea for Confined-Animal-Septic-Systems (C.A.S.S.) & the start-up company for completing the task.

- When I was a child & in a concussion-coma-type mind state I was forced to talk & say things I wouldn't with mind-control technology by a violator or violators. I was forced into speaking about how I become aggravated when people would call me 'buddy' or 'bud' & say that it was the same as calling me a 'little nigger' or 'nigger' (during grade school I read a book (tried to read a book (my head injuries)) called 'Bud not Buddy' & that is why I began to believe being called 'bud' or 'buddy' was a disrespectful way to address people because I think the character took it disrespectful. After this thought crossed my mind everyone in my grade school started calling me 'bud' or 'buddy' (including teachers) & it made me think they were reading my mind (I thought that the priest had access to them keeping my thoughts under surveillance & gave my school permission to harass me about my thought). Nowadays people call me 'buddy' nonstop & I know it's because they were granted access to this information while I was under unlawful surveillance

(& are harassing me about this specific incident when my personality was sabotaged by my mind-control violator/violators). The guy at the gas station in Alexis & the hygienist at the dentist office has called me 'buddy' every time I've been to both spots. The landlord called me buddy nonstop for the first year I lived here.

- 9/22/22 My friend from WIU named Ryan Stone contacted me after having no contact with me for over a decade. He sent me a t-shirt in the mail & informed me that he was raped. This entire incident is something I was told 1-2 decades ago that would happen by someone I've forgotten the identity of (I don't remember if whoever told me this was going to happen told me he was going to get raped or not but they told me he'd be sending me a t-shirt.

- 9/23/22 I wrote the United Nations an email about my lifelong court case & needing justice. I also informed them that I'm hoping to seek asylum. I continue to spend the low-income I'm unlawfully provided every month down to the last dollar to support me & my dogs. The amount I have left every month is always a coincidental # to whatever my unlawful interrogation's topic has been recently. On this specific example I was being interrogated about Dustin Timmons (who was born in '83) & I ended the month with $.83. All the specifics of this testimony for today were more examples of specific details I was told 1-2 decades ago that I'd be put through by someone I've forgotten the identity of.

- 9/24/22 I had to notify my Uncle Todd (my mother's brother) & my cousin Julie that I'm requesting a protection order against my mother until I get court settled.

- 9/27/22 I wrote Vice President Kamala Harris on Instagram about my lifelong court case & needing justice/protection.

- 9/28/22 My dog, Orwell escaped as the neighbors were working on the abandoned house next to me. I was told 1-2 decades ago that this would happen & that they were going to sneak up to my house & let Orwell escape out of his pen. I don't believe they let Orwell out but he did escape as they were over there & believe whoever told me this would happen was trying to get me to accuse my neighbors of letting Orwell out. I'm pressing charges.

- 9/29/22 I had to rent a carpet cleaning machine to clean the carpets in the house I'm renting in Alexis because I was turned down after asking the Housing Authority to rent me a carpet cleaner.

- 10/20/22 On this day I was violated with mind-control as I was walking my dogs. I was forced to get dog poop on my hands & the leash with mind-control technology because of a violator violating me. This specific incident is another example of something I was told I'd be forced through 1-2 decades ago by someone I've forgotten the identity of.

- 10/25/22 When my truck was vandalized by the oil changing crew at Farm King, I had a pocket knife on my key chain. While at Farm King I somehow lost my knife. After returning home my knife somehow showed up at my house. I later remembered being told 1-2 decades ago (by

someone I've forgotten the identity of) that the police were going to use mind-control to force me to lose my knife & then break into my house to give it back to me. As I was being interrogated about all of this while in my privacy with mind-control technology I was watching News Channel 6 & it seemed as if the news anchors were watching me & reacting to me as I was being forced to talk.

-11/3/22 I was walking my dog & mind-control technology was used by a violator to force me to drop my dog leash. I was forced to do this as a lady was driving by with a kid on her golf cart. I caught my bulldogs & gained control of them when she stopped & talked to me. She told me she had a bulldog before but ended up putting hers down. This entire incident, including dropping the leash & what the lady said to me was another specific detail (premeditated crime) I was told I'd be put through 1-2 decades ago by someone I've forgotten the identity of. I'm pressing charges for being violated.

- 11/6/22 I have lived in the rental house I'm in since July of 2019. 3 of my neighbors have dogs that regularly end up in my yard. I built a makeshift fenced-in area for my dogs out of a fence that was in my yard when I arrived so that I can let them out without having to go outside with them. My oldest dog figured out a way to escape without me noticing & escaped. He was running around the neighborhood when I went outside & realized he was over in 1 of the neighbor's yards who has a dog that has been over in my yard on at least a half dozen separate occasions. Their dog is a blue pit bull that has already bitten me (drawing blood) on a previous occasion closer to when I first moved in. When I went outside to realize my dog had escaped my neighbor started yelling at me rudely. My mind went blank because of my disabilities & I started yelling at him back for his hypocrisy knowing his dog has been over in my yard a half dozen times since I've lived here & knowing I've never disrespected him in my life. When I yelled at the man back, he attempted to attack me physically. When he attempted to attack me, I dodged him with a juke-move & lightly punched him as he fell from me dodging him when he charged me. His dog then attacked me & bit me for the 2nd time. His wife then attacked me & started spraying some sort of cleaning solution in my eyes several times as I was walking towards my dog to retrieve him. I took the spray bottle from her & sprayed her back in her face. She continued to not move out of my way & continued yelling at me so I walked forward until I knocked her over her fallen husband. I then retrieved my dog & went back to my house but my disabilities kept me yelling with anger at them for attacking me both verbally & physically for something they have done to me on over a half dozen occasions. The cops then showed up & I told the cops exactly what happened. I was the victim in the incident & retrieved my dog without him causing harm to anyone other than hitting the man lightly in self-defense. I didn't hit him more because he had fallen & by that time I realized he is a slow-moving out-of-shape non-threat to me without a weapon. I never touched their dog. I informed the cop that took my testimony, an officer Hilliard & a lady cop from Alexis that I am pressing charges for being verbally & physically attacked. When the entire incident was done for the night, I went back inside & turned on the Chicago Bulls game. Immediately announcer Stacey King said something about 'knuckle-

game'. When the people from my past told me this incident was going to happen, they told me they were going to have me under unlawful surveillance & that the public was going to watch me get sabotaged & attacked by my neighbor & that Stacey King would be saying something about 'knuckle-game' if I punched the neighbor for attacking me. I was then unlawfully arrested at the beginning of January 23' for the incident & I'm pressing charges. This entire incident is another example of another premeditated crime I was told I'd be put through over a decade ago by Morgan Ray or Alex Fox or both. Whoever talked to me about this years ago told me mind-control was going to be used to violate me & force me to yell back at my neighbor when he yelled at me ("we are going to embarrass/sabotage you as much as possible & trick everyone into thinking it was you. You are going to be on video surveillance for the entire incident including when the police woman shows up at your house on Sunday to talk about it".) I've now been forced to go to court a half dozen times & been evaluated by a psychiatrist to prove I'm fit to stand trial (as the victim in the case (which violates my rights)). I'm pressing charges & seeking compensation.  - 1/3/23 I was unlawfully arrested for the incident I was victim to when my neighbor, his wife & dog all attacked me for my dog getting out & I had to call my mom & have her bail me out for $537. I reported the exact happenings of the incident to the police the day of the incident & informed them that I was pressing charges for yet another violation to me as I've been being violated on a daily basis while living in Alexis. I'm pressing charges for the incident, for being unlawfully arrested & for being violated for the past 30+ years including being violated many times with our nation's highest crimes & for still being continually/intentionally neglected. Me being arrested on my sister's birthday & having to call my mom to bail me out was another specific detail I was told would happen years ago but had forgotten. I was in the jail for less than 30 minutes & was already poisoned with allergens. My entire back to broke-out in a rash & my skin broke out worse with acne. Being arrested on this specific day (my sister's birthday), everything that happened while I was being arrested (me asking the officer if I could lock up my dogs, brush my teeth, shut the garage & my conversation with the officer on the way to Monmouth) & everything that happened at the jail (calling my sister on her birthday for bail, my mom showing up & what happened when she showed up, my back instantly breaking out with an allergic reaction, my conversation with Tyree McCutcheon & how he acted while in jail with him, the jailer acting like he sniffed a substance, & more) all were specific details that I later remembered (2/14/24) being told were going to happen 1-2 decades prior by someone but I've forgotten who told me. I'm pressing charges. - 1/9/23 I called the Warren County Courthouse Victim Advocate & Sheriff's Department about being illegally arrested. - After the 1st time my neighbor's dog bit me, mind-control was used against me to force me into telling my mother about getting bit by the dog & that exact violation is another specific incident I was told would happen long ago. - I was appointed a public defender after being arrested (despite being the victim) for when my neighbor, his wife & dog attacked me. His name is Kyle Worby & I now remember being told decades ago that he was going to be appointed to represent me & that his name 'Worby' isn't his actual name. This is another specific example of something I was told I'd be put through 1-3 decades ago by someone I've forgotten the identity of (being assigned this

specific public defender) & another example of how I'm constantly being harassed/violated/ neglected. I am the victim to mental & physical attacks/abuse in the case & continue to be taken to court as a violator without being given fair nor proper legal representation as a severely & permanently disabled citizen. I'm pressing charges for being violated/neglected/disrespected & for having my time wasted.    - This neighbor's dog bit me a year or more ago. I recognized a guy I've met from Abingdon while he was over roofing their house so I offered to cook him & his crew some lunch. The details of the conversations between him, his crew & I were all more specific details that I was told would happen 1-2 decades prior by someone I've forgotten the identity of. Later on, I went over to their yard to tell them bye after cleaning up from cooking for them & the neighbor dog bit me when I walked into their yard. I went home & cleaned up my hand & then went back over there & asked to meet their dog hoping to familiarize myself with the dog to attempt to help prevent another bite in the future. After petting & talking to the dog for a moment the neighbor-man took himself & the dog back into their garage without saying anything so I left & hadn't interacted with them again until this happened. Later after this happened, I wrote them a letter while my mind was not functioning & attempted to tell them that pressing charges on them isn't a priority for me because I am going to court for a big case with priority violators. I mentioned that the incident will unfortunately be included in my testimony about being violated constantly. I wrote this while forgetting to consider that it might have been a coordinated & intentional premeditated effort to sabotage my respectability/sanity while I'm being kept under unlawful surveillance

- 11/10/22 I attempted to communicate with Illinois Legal-Help about my lifelong court case after being referred there by the IL Supreme Court Clerk (after calling the IL Supreme Court). I didn't get invited to my niece's birthday because of being sabotaged, violated & neglected for my entire life.

- 11/20/22 I was watching the Blackhawks game & was violated with another premeditated crime. When I was a kid, I had a souvenir hockey puck from a hockey game I had been to as a child that I cherished that is now missing. I was told sometime in my past that the Blackhawks hockey announcers would have a conversation about a puck that would make me think that they were talking about my missing hockey puck many years ago & the conversation I was told would happen occurred on this night during Hossa's Hall of Fame induction interview. I was then commentating on the game to myself because of my disabilities & being interrogated/forced to talk nonstop (causing me to talk to myself often) & the announcer Darling agreed with something I said as if he was in the room watching the game with me (another specific detail that I later remembered I was told would happen 1-2 decades ago). During the initial conversation with whoever told me this was going to happen I was told that whoever stole my hockey puck would be watching the game tonight as I was & would be talking about how he stole my hockey puck & that the Hockey announcers would be watching us both at the same time.

- 11/28/22 I emailed Congressman Sorenson about my lifelong court case being unsettled/ unsolved & being forced to live without justice & my rights.

- 12/1/22 My mother attempted to tell me that I'm going to be forced to live in an out-of-state psych ward for being violated/sabotaged/neglected my entire life without ever being provided justice nor a fair day in court.

- On Christmas of 22' I wrote Mick Kaywood a message with internet messenger on accident as I forgot what day it was. This was another specific incident I was told would happen years ago by Tyler or James Hennenfent & something I wouldn't have done on Christmas if not for being violated with mind-control.

- While living in Alexis a man I'm acquainted with from Abingdon named Dustin Timmons (who struggles with mental illness) told me in a text message that he was thinking about killing my aunt & uncle. I responded to him that I would skin him alive & told him to keep his distance (I don't know if mind-control forced me to respond that way or not). I've known I'm under surveillance for my entire life because of knowing I get violated/ tampered-with/experimented on with mind-control technology that can only be used by the government & knowing they can't use mind-control on someone without having them under surveillance. Soon after responding to him, I had the Olympics on my television & was forced with mind-control to look at my tv as I was doing something else to notice the US gymnast named 'Skinner' performing & her name 'Makayla Skinner' being shown in bold writing on the tv. This entire incident is another specific incident that I was told would happen long ago (by someone I've forgotten).

-1/6/23 I had to email Warren County Public Defender Worby about being unlawfully arrested 3 days prior & because of being violated/neglected for my entire life.

- 1/10/23 I emailed the Warren County Housing Authority to remind them they are violating my rights & that I'm pressing charges.

 - 1/23/23 The house I'm living in was inspected by the Warren County Housing Authority without a scheduled meeting. I had been in contact with them & told them they could inspect whenever but they responded saying they would schedule a week in advance. They showed up that morning without a scheduled meeting & this incident & details from the inspection was another specific incident I later remembered that I had been told would happen years prior by someone I've forgotten the identity of. My sink broke & I told them they needed to contact my landlord so that I don't have to communicate with him (because he violated me & I'm mentally unstable) but they refused & forced me to contact him about the problem despite me having reported to them & police about him violating me. That night while watching wheel of fortune I noticed they were repeating wheel of fortune games from my 2nd grade class when we played wheel of fortune as a class. I'm pressing charges for being stolen from & unlawfully put into this situation. I'm pressing charges for being forced to contact my landlord despite needing/wanting/ requesting a protection order against him. I'm pressing charges on the housing authority for not inspecting this house for over 3 years after it was given to me in disgusting condition. I notified

them of all the trouble with the house but they continue to lie to me & say it's up to code when it's causing my symptoms to worsen.

- I ran from the house I'm renting in Alexis to the end of the 8 mile on 2/12/23. At the stop sign on the highway I turned around & started running back towards Alexis. My knee went out about a mile from the stop sign while running back home. A man named Gary Carson saw me limping by his house & gave me a ride back to Alexis. I was told that my knee was going to go out while doing this many years ago in a conversation I've forgotten who was communicating to me. Whoever the person was told me that they were going to see me training & use mind-control to make my knee go out because whoever didn't believe I should be able to train because they thought I am/was a violator. This is another example of how my court case going unsettled has always & continues to destroy my life/reputation. I've been sabotaged/murder-attempted/raped/stolen-from my entire life as an innocent victim/contributor.

- On 2/14/23 my spinal cord pinched where it always does when my back goes out. This wouldn't be a violation to me if I wasn't specifically told years ago that it would go out while cleaning my dog's fenced-in outdoor area. That same conversation told me that my back is going to go out the next time I go to court while in court & coincidentally I have court in a week. I don't remember who told me this was going to happen nor any of the other details from the conversation.

- The entire time I've been living in Alexis I have had my privacy violated & been being interrogated with mind-control/reading technology. I'm forced to talk with the same technology & have been sexually abused & had my physical abilities tampered with while symptoms are forced upon me. I'm forced to fault physically (hit my head on things, make mistakes, forget to do things, etc. I've been forced to jack-off my penis & ejaculate or just forced to ejaculate without jacking off many multiple times. Almost every time I've attempted to exercise my penis, I've been forced to fantasize about details that torture me instead of what/who I'd want to fantasize about.

- 2/23/23 Warren County Court's 2nd appearance for being arrested as victim to my neighbors attacking me when I was told the premeditated incident would occur over a decade ago.

-2/24/23 I emailed disabled advocacy group 'Equip for Equality' about my lifelong court case being unsolved/unsettled in court & about me being forced to live without my rights nor justice as victim to 30+ years of crimes against me.

 - 3/8/23 I wrote Tara Vanfleet-Ales a notice that she is involved in my evidence that I'm preparing for court. I also called Alexis Police Department about my message to internal affairs by emailing with G. Toland (the arresting officer when I was victim from being attacked by my neighbors).

- 3/13/23 I emailed State's Attorney Siegel & Court Clerk Mrs. Denise Schreck about being victim to the case I'm being charged with now & about being victim in my lifelong court case.

- 3/14/23 called IL State Police Division of Internal Investigations about my lifelong court case.

-3/17/23 Emailed McDonough County Sheriff's Dept. & the federal Government Accountability Office.

. - 3/23/23 wrote IL-State policeman Rudy Godina (a friend of my sister) to provide him with my testimony evidence.

- 3/23/23 mind-control was used to violate me & communicate to me with mind-control/communication technology about a beer koozie that was on the ground on my dog walking path. I was reminded that 1 of the Johnson twins (either William or Brian) said they were going to throw a beer koozie down where I walk my dogs to show me that if I was going to drink beer with them that they'd make me pick a koozie up off the ground that they threw down (they told me they were going to do this as I was in a concussion-stupor years ago & had forgotten it until this happened). I was then raped with mind-control & communicated with by a violator using mind-control technology who told me that "I'm going to pick it up". The next day I realized that day that the beer koozie was picked up. I was reminded that this entire incident was another specific incident I was told would happen 1-2 decades ago by someone I've forgotten the identity of. Today I remembered my childhood design plan to redesign the whistle & I remember being told long ago that somebody told me that they didn't want me to get to redesign the whistle & that I wouldn't be able to remember my plan to do so unless I had made it this far & was documenting all of this evidence that occurred up through today.

- In late 22' or early 23' mind-control was used to violate me & force me into punching the tree in the yard of the rental house I'm living at in Alexis as I was taking a break from punching my punching bag. This happened as I learned Janae Robertson was in a relationship & is something that I later remembered I was told a long time ago would happen from somebody I've forgot. I'm pressing charges.

- As a kid, I was severely disabled but also was constantly having my personality/ respectability intentionally sabotaged by a mind-control violator. During school they had me complain about people putting up no trespassing signs as they live in town. 1-2 decades ago I was told by someone (who I've forgotten) that while I'd be forced to live in Alexis my neighbor was going to be making jokes about putting no trespassing signs up. I was also told they were going to tear down the abandoned house next door & put a dead tree where it was. On 3/12/23 they tore down the house next to the rental I'm being held hostage in with an excavator & put a dead tree where the house used to be. This wouldn't have been a big deal to me but is another example of how I'm constantly dealing with harassment as I'm victim to our nation's highest crimes & being violated/ neglected/ stolen-from on a daily basis.

- March 14 of 2023 Snap benefits stopped providing me enough food money to eat the suggested 2,000 calorie a day diet I'm supposed to eat. I am being stolen from as it is & can't afford to purchase food other than with the snap food card. I now will have to eat less than what prisoners eat on a daily basis despite having lawfully earned millions/billions of dollars & being born into

a 2 separate family farms (but being intentionally sabotaged away from my family). Them taking the money I need to be able to eat at least 2,000 calories a day is another specific violation I was told I'd be forced through long ago by someone I've forgotten the identity of. I'm pressing charges against the legal system & despise you for the intentional neglect/violations I'm still going through 30 years after being 1st degree murder attempted multiple times & raped many times since (while being violated on a daily basis since).

-3/16/23 As I was being interrogated about Drew Robertson, my mind-control violators tried to get me to believe they were Drew by impersonating his personality/speech-mannerisms while communicating with me using mind-control/communication technology.

- In February or March of 2023, I text messaged Dustin Timmons & shared my evidence with him as an explanation to him & his brother for the strange times we shared together as I was being forced to fault by a violator using mind-control. I also shared the evidence with them to explain my court case because mind-control was used to force me into breaking into their mother's old apartment & their old apartment in Galesburg. Mind control was used to force me to be around them the majority of the time I was around them. I was able to share all this information with them using my smartphone & text messaging (& was glad I didn't have to see him). As I was doing that mind-control was used to violate me & force me to tell him that he was welcome to stop by my current residence if he wanted to talk about it despite me not wanting to share time with him anymore. I'm pressing charges for being violated. I didn't want any contact with Dustin.

- While in grade school & being forced to share my ideas for designs/inventions/movie plot ideas/etc. I was asked what should the name of the agricultural improvement company I hoped that I would be able to start up should be called. My violator/violators using mind-control were doing my speaking (violating/sabotaging me with mind-control technology) for me at the time & suggested the company be named 'Diamond Ag'. There was a company that started recently in Alexis, as I've been living here since 2019, that is named 'Diamond Ag'.

- 3/28/23 State's Attorney Tom Siegel emailed me a response saying he "acknowledged that I emailed him" with my evidence & court argument. Just before I received his email response my mind-control violators that communicate with me using mind-control/ communication technology communicated with me that they were going to "acknowledge me". This was just after I was in my privacy & said something about acknowledging the 2 young men that walked past me while I was on a run. The 2 gentlemen who walked past me while I was on a run was another specific detail that I would told would happen to me 1-2 decades ago by someone I've forgotten the identity of. This entire incident as a whole is yet another example of the type of harassment/violations used against me to attempt to make my mental struggles/illnesses/disabilities worse (this technique has been being used to violate me for my entire life).

- 3/30/23 Noticed my evidence tampered with for the 2nd time. My testimony about being mind blanked & forced to threaten State's Attorney Tom Siegel for continuing to neglect me intentionally & help violate me along with the date I apologized to him for the incident occurring went missing from my testimony. As I noticed it gone from my testimony, I was reminded by my faulting memory that this incident was another specific example of something I was told was going to happen long ago by someone I have forgotten. The 1st time I noticed my evidence being tampered with was when I noticed the information involving Tara Vanfleet went missing & that incident was also another premeditated crime I was told would happen 1-2 decades ago by someone I've forgotten the identity of.

- 4/4/23 I drove to FBI in Springfield IL & was interviewed by them as I turned in my evidence. "Don't expect this in any kind of time, we are the Federal Government & work different than the locals". I also emailed IL Attorney General Raoul's Disability Bureau. I ate at Alexis' BB-Cafe & dealt with another specific harassing incident that I was told would happen 1-2 decades ago by someone I've forgotten. (Because of being violated/sabotaged nonstop while continually being forced to deal with my disability symptoms without medicines nor justice for my court case I often believe I'm being harassed while using social media (& can usually prove I am). That being said I have added & then unfriended people many times because of getting angry about being harassed. The people in the cafe gave me hell while not talking to me specifically about my Facebook unfriending. I enjoy having all the friends I've had on Facebook but have cut back to my family & a select few individuals who I've been around quite a bit until I get justice & am living with my rights.

- 4/5/23 I went to the Warren County Circuit Clerk's office to begin filing lawsuits. I was there for several hours using their computer doing work that is supposed to be done for me (& was supposed to be done for me a long time ago).

- 4/6/23 I filed my civil case about all this evidence in the Warren County Courthouse.

- 4/10/23 Wrote President Biden & Vice President Harris.

- 4/12/23 Public Defender Worby turned down my lifelong case as victim to the nation's highest crimes.

- 4/14/23 Called National Pain Advocacy Center & American Academy of Pain Medicine, emailed WCSD-Smith & asked if interview was necessary to turn in evidence so I can go to court for justice. I turned this evidence into him by email.

- 4/23/23 I emailed the Strom Center's Lynda Melvin about my court case, being violated, snap food shortage & not being given the medicines I need to function. 4/25 Lynda from the Strom Center turned me down for food assistance equivalent to 2,000 calories/ 3 meals per day, a doctor willing to prescribe medicine & as a lifelong victim to our nation's highest crimes & victim to being violated on a daily basis for my entire life.

- 4/24/23 Since living in Alexis I've been scam-attempted multiple times a week by someone claiming to be wanting money for a police & ambulance foundation. This is something I was told decades ago would happen. They continue to call at the most inconvenient times (as if they are watching me & calling me at times to make it as annoying as possible). I believe they know I'm waiting for the FBI or department of justice or some other responsible & law-abiding authority to call about my court case so that I have to pick up every time they call. They have attempted to scam me with this call at least 50-100 times.  I've continually blocked their number but they continue to call me from new numbers. I was told 1-2 decades ago it was going to be a man attempting to scam me to improve his retirement fund by someone who I've forgot.

- 4/28/23 Called FEMA about flood prevention system. Prairie State Legal turned me away as lifelong victim. I emailed Stone-Hayes in Galesburg after being turned down as lifelong victim & referred to them by Attorney General Raoul. I submitted testimony evidence to Knox County Sheriff's Department using their website.

- 4/29/23 I turned in this testimony evidence to the Federal Marshall's website.

- 5/1/23 The house I'm renting's garage was broken into & the garage door I had to replace was tampered with & vandalized so that I almost was hurt when opening it & had to work on it to fix it. This specific crime was another specific detail that I was told was going to happen over a decade ago by someone I forgot.

- 5/2/23 I called The White House & left a message for the President about my court case & inventions. I also wrote the Army Corps of Engineers to notify them about me designing a flood prevention system decades ago.

- 5/3/23 I called the Warren County Clerk's office & asked when to expect a court date for the lawsuit I filed against everyone for my lifelong court case.  Mrs. Schreck told me the "chief judge is trying to decide where to file the lawsuit since I won't be filing it in Warren County since I'm pressing charges against the courts & the state's attorneys & if they are wasting my time or theirs (which is something I was told over a decade ago that would be said to me by someone I've forgotten).

- 5/4/23 I called the Springfield FBI to check on the status of the investigation involving my lifelong court case & the evidence I was presented. I was told that the agent would call me back if he gets time (despite being victim to the nation's highest crimes & the designer/inventor of new systems that prevent national emergencies).

- 5/3&5/4/23 I was forced to talk about sexual abuse I endured as a child involving a life-size barbie doll on May 5th by a violator using mind-control technology.  On May 6th News Channel 8 ran a story about barbies. This is something that has happened with the news every time I've been forced to talk about that incident from my childhood (a reoccurring harassment violation).

- 5/4/23 I emailed Judge Andrew Doyle my evidence.

-5/6/23 I emailed Hilary Martin @ the Warren County Housing Authority about my lifelong court case & about filing charges against the housing authority & my landlord.

- At the beginning of 2023 my turn signal went out in my truck.  Suddenly my turn signal was fixed & this is another example of another specific incident that someone told me they were going to do to me over a decade ago. I forgot who told me & the details but remember someone telling me that was going to happen & it's another example of how I've been being violated & harassed nonstop while being intentionally neglected. In June my turn-signal stopped working again & whoever told me about this incident told me they were going to steal my turn-signal light for their truck & replace mine with their broken one.

 -5/7/23 I wrote a complaint to the Dept. of Justice civil rights division website.

- 5/8/23 I was woken up to my hand jacking me off (mind-control-forced) & this is another specific violation that someone told me would happen 1-2 decades ago while I was in a concussion-stupor. It's the 20th year anniversary of my friend Creighton dying the night after I was murder attempted with vodka & him & I were both raped by Tiffany Milizer.  Judge Andrew Doyle responded to my email by saying he isn't allowed to communicate with me despite being victim to our nation's highest crimes & being stolen-from, taken-advantage-of, violated non-stop, neglected & more.  I emailed him to provide him this evidence & clarify that I'm pressing charges for everything. I emailed him because he is a friend of my cousins (the Doyle's).

- 5/9/23 I emailed the Illinois State Police crime-tip email my testimony evidence.

- 5/11/23 DirecTV called & emailed me to tell me they were going to give me the Starz movie package for free for 3 months. They then charged me for 2 months in a row for what they told me they were giving me for free. This is the 2nd time they've done this exact thing to me & is something I was told years ago that they were going to do to me by someone I've forgot. Also, I emailed News Channel 8 Shelby Kluver & Nina Burns my testimony evidence update.

- 5/17/23 I went to court in Warren County for pre-trial for when I was arrested after my neighbors attacked me (despite being victim) @ 10 am as it was scheduled on my paperwork.  I went early to run errands (take my recycling & get an oil filter for my mower) & left my house before 8 am.  I was waiting in the empty court room about 10 minutes till 10 when the assistant state's attorney walked by & told me my court hearing must be on the 2nd floor. I walked down to the 2nd floor court room where Judge Baber was hearing a case from a lady about a contractor stealing her money. Judge Baber asked who I was & what I was doing there & informed me I didn't have court that morning. As I left the courtroom an officer from Warren County Sheriff's Dept. approached me & told me that I didn't have court until 1:30 that afternoon. This entire incident, me showing up early, the assistant state's attorney telling me court was on the 2nd floor, Judge Baber hearing the case he was on the 2nd floor including how he told the lady that their

calendars got mixed up & being approached by the officer to be told court wasn't until 1:30 is something that I was told would happen to me over a decade ago by someone I've forgot (I think it was Morgan Ray who told me this was going to happen but I can't remember for certain). Whoever told me it was going to happen told me that they were going to waste my time on purpose. I couldn't afford to go home & let my dogs out so I had to walk around town & go to the library while waiting the 3.5 hours for my court appearance. I couldn't afford lunch. At my court appearance my public defender was supposed to notify the court I was attacked & acted in self-defense as he told me he would do at my previous court date. Instead, he put in a motion for me to have to get examined by a psychiatrist to see if I'm fit for trial & listed false/untrue reasons on why it was necessary. Judge Baber acted unprofessional/petulant & told me to cooperate with the psychiatrist despite me being victim to this crime & a lifetime full of crimes against me. They scheduled my next court date for 7/19 (Morgan's birthday) & that is another form of harassment that I was told would happen over a decade ago. When I returned home, I emailed the Alexis Police Department & Warren County Sheriff's Department providing them an updated version of my testimony evidence involving my lifelong court case & complaining about being arrested as the victim in the case they are currently taking me to court for.

- 5/22/23 I wrote & mailed the US Federal Supreme Court a letter asking them to accept my court case & get me into protective custody. I sent Alexis Police Officer Fredrickson a copy of my testimony evidence with Facebook messenger. When Alexis Police Officer Fredrickson stopped at my house & talked to me, she made a comment about how the law enforcement agencies listen to people through their phones nowadays. She said as she listens to people through their phones, she asks them "Can you hear me now?". While living in Alexis & being violated with mind-control, sabotaged & unlawfully interrogated/spied on with mind-control technology, one of my mind-control violators communicated to my mind with mind-control/communication technology to ask me the same saying "Can you hear me now?". I'm pressing charges for being intentionally violated, harassed & neglected. I'm pressing charges for being put into this specific incident which made me feel as if I needed to take her out in self-defense.

- 5/24/23 I wrote Gordon Ramsay & the tv show "Food Stars" about my ideas/designs to improve the culinary world.

- During the 2023 NBA playoffs I watched the movie "White Men Can't Jump" for the first time (starring Woody Harrelson). While in my privacy I made a joke referencing a line from the movie the following day. The Heat were playing the Celtics & soon after I saw that Jimmy Butler said he guaranteed victory against the Celtics (which is another similarity from the movie). This is another incident that I was told would happen decades ago by someone I've forgot (both me making the joke & the ESPN interview with Butler making the same comment that was made in the movie). A couple days prior I wrote the Federal Supreme Court about my lifelong court case & used the word 'obliterated' in my letter. The following day I watched the Cubs game & announcer John Deshaies used the word 'obliterated' a few times with emphasis. Once again, this

is another incident I was told would happen decades ago by someone I've forgotten & I'm unaware if they were reminding me I'm being spied on, if they were going along with violating/harassing me in my privacy, if it was coincidence or if they were violated to make the coincidence.

- 5/26/23 I emailed Senator Anderson & Representative Swanson about my lifelong court case.

- 5/28/23 A building in Davenport Iowa collapsed & a guy named 'Ryan' (my name) went missing. This incident (including the missing person named 'Ryan') is something I was told would happen decades ago by someone I've forgot.

- 5/30/23 There was suddenly a dead bird in my dogs fenced-in area of the yard. I walked outside to notice my best of 3 dogs chewing on the dead bird & was forced with mind-control to say "I hate you Poe (my dog's name)". I was told over a decade ago (by someone I've forgot) that someone was going to be throwing a dead bird in my dog cage & that they were going to hate my dog if she started chewing on it. During this exact incident it felt as if someone was using mind-control on me to do my speaking & forced me to say that.

- 5/31/23 I emailed Clerk Schreck & received a response saying that Judge Nigel Graham has been assigned to my lifelong case & that he will be returning from his vacation on June 5th (& would respond to me soon after).

- 6/2/23 I wrote my landlord, Butch Rose, notifying him of my situation as a disabled victim preparing for the Supreme Court & the fact that I'm going to be involving the living conditions I've been forced to deal with here in my court case (filthy house, sickness-inducing-HVAC system, constant break-ins, & being violated in my sleep).

- 6/6/23 I emailed Judge Nigel Graham to provide him my evidence.

- 6/7/23 I emailed State's Attorney Siegel & called the Attorney General's office when Mr. Siegel referred me to them. The attorney general's office told me they can't act towards my behalf because I'm an individual.

- 6/8/23 I received an email from the public defender appointed to me named Kyle Worby, 2 days prior to the 8th to notify me that they changed my court date & that I had court @ 11 the morning of the 8th instead of the originally scheduled date (to schedule me to see a psychiatrist to make sure I'm fit for trial).  This is something I was told would happen decades ago by someone I've forgot. Back then I was told they were hoping I wouldn't check my email & would miss my court date so that they could further make my life worse.

- 6/9/23 I emailed my appointed Public Defender Kyle Worby & State's Attorney Tom Siegel to notify them that I need him to withdrawal from representing me & that I need to represent myself if the psychiatrist says I need treatment. - I had to call the police & explain why I need a no contact order against my mom because of her nonstop threats to my freedom/rights by suggesting

psych punishments & nonbeneficial medicines as I'm being neglected & violated nonstop as victim to the nation's highest crimes & contributor of over 200 designs/inventions.

-6/11/23 I couldn't go to Father Tom Mack's last mass at the Catholic Church because of my skin being broken out because of being poisoned/punished with acne. I emailed Public Defender Worby again to clarify that he needs to withdrawal from representing me if unwilling to accept that I'm the victim being taken advantage of by the legal system, my violators & that I'm unwilling to waste my time with more treatment if it's ordered.

- 6/20/23 I went to OSF Prompt Care to once again report all of my negative medical symptoms to medical authorities. I looked up on their website everything they treat & went there & reported all the symptoms they said they treat plus some. Once there they told me they don't help patients that don't have a primary care provider with them despite me telling them I'm in between primary care doctors & preparing for court. My skin has been broken out for the past 2.5 decades & nonstop for the past decade. I do all my laundry separate, wash my dishes every time & maintain my hygiene (along with using specific skincare products). I'm being poisoned with allergens & lied to/neglected by the medical professionals & legal authorities. The doctors there ignored most of what I told them. She gave me a urine test & said she will call with results in a couple days while looking for an infection that I'm certain I have. It so far & seemingly was another waste of time/effort/resources by attempting to go to our available medical professionals.

- 6/22/23 The incident in the news where the submarine full of people exploring the 'Titanic' wreck died underwater was another example of something that I was told would happen in my childhood while preparing for court.

- 6/24/23 The cubs game in London was on Fox today. Fox has been out on my DirecTV for over the past year. I have an antenna that I have hooked up that has worked to watch Fox on up until today. I turned on the antenna's tv today to watch the game & it didn't work as I was reminded that someone told me decades ago that they were going to intentionally knock out the antenna's tv for this game so I couldn't watch it. It was a childhood suggestion of mine that we send a MLB series to London every year. 6/24 I checked social media & viewed pictures of my sisters & their kids. My sister Brooke showcased that she bought a lot at 'Little Swan Lake' & a boat with her husband. She showed them going out on their boat with my nieces & nephews for the first time. 1-2 decades ago, someone (I forgot who) told me that if my sister had a boat before I had my court case settled that they were going to hate her. I remembered that someone told me that as I was viewing the pictures & mind-control was used to violate me & verbally speak for me that I hate my sisters when I don't. This is another example of the type of harassing/sabotaging-violations that I'm forced through on a daily basis by a mind-control technology using violator. I'm pressing charges for being violated serially while being neglected intentionally.

- 6/26/23 Alexis's water stopped working after the power went out the day before. On the night of the 26th I received a notification that there was a 'boil order' over 15 hours after the initial water problems. I was unaware of the boil order for those 15 hours & continued doing everything normally. The power going out on the 25th, the well pump going out on the 26th & the boil order that I was informed late about were all incidents I now remember somebody telling me were going to happen over a decade ago.

 - The entire time I've lived in Alexis I've been forced to talk to myself by a violator/violators using mind-control & it's been obvious I'm being interrogated about my past. The entire time I've lived here I've been being poisoned with allergens & my skin has stayed broken out the entire time bad enough that I can't go into public. A couple reoccurring examples of how I'm being harassed/violated as I'm being unlawfully interrogated: I was forced to comment about Alex Fox while in my privacy & then I'd go to Dollar General & see a person that looked exactly the same as him. This happened today 6/28/23. The same specific incident has happened 2 or 3 other times since living in Alexis.  I believe the small community is attempting to show me that they are in on interrogating me within my privacy & attempting to tell me I should attempt to hold myself responsible for what gets said as I'm being violated & unlawfully interrogated by my worst enemy. Another example is when the news ladies/sports anchor wore a sticker pretending to have a zit on their nose on social media then my nose would break out with a scab.

- 6/29/23 I called the United States Citizenship & Immigration Services hoping to seek asylum from the US until I get a fair day in court. I also called Illinois Adult Protective Services to report being constantly violated, sabotaged & neglected. Adult Protective Services referred me to 'Alternatives' of Moline IL. I emailed 'Alternatives' of Moline my evidence & a brief message about being violated for the past 3 decades as a disabled citizen.

- 7/1/23 I went to Galesburg to pick up my groceries from Hy-Vee. Before I left, I remembered another example of something I was told decades ago (I was told if I went to Galesburg to pick up groceries I was going to be arrested). I was also told that I would pull out in front of someone while leaving the Waste Management place after attempting to recycle. In Galesburg I went to Farm King to buy grass seed where I dealt with more harassment from that specific conversation from my past (I saw a couple at Farm King that acted exactly as I was told they would 1-3 decades ago). I then went to attempt to recycle a few bags of recycling at Waste Management. The internet told me it would be opened but when I pulled in to their lot it was closed. I noticed an oncoming car a few hundred yards away & pulled out thinking I had time. The oncoming car was suddenly right there & they had to slow down because of me backing out of the lot. I then picked up my groceries from HYV& started heading back to Alexis. Immediately after leaving HYV a GPD SUV was following me & they followed me out of town. My dog was with me & tried climbing on top of me & almost hit the gear-shifter as the cop pulled behind me so I pushed my dog off to the side (another detail I was told would happen over a decade ago by the person who told me all of this was going to happen). These specific details happening decades later after I was told they would happen not only prove harassment & intentional neglect but that my local

legal & law enforcement systems are in on violating me intentionally. The police followed me all the way out of town but didn't pull me over. I've sent my evidence & complaint to the Knox County Police & the Knox County State's Attorney but continue to get neglected my rights & justice. I'm pressing charges for being constantly neglected, violated & sabotaged.

- On 7/4/23 I was intentionally sexually abused/violated by a violator/ violators using mind control with a technique they've used on me 100s of times since living in Alexis & 1000s & 1000s of times throughout my life prior. I'm writing down this specific incident in my testimony report instead of using the general reference that I usually do (that I'm sexually abused/violated/raped & forced to jack off by a violator using mind-control) because I was told by someone else over a decade ago that this specific incident would happen on this specific night in the exact specific way it happened. I was on the floor doing core exercises while watching the movie 'Basic Instinct' on DirecTV. My sex organ became erect & I began an exercise/stretch routine with it for my health/stamina/self-control improvement effort. I was working with good & normal fantasies at the time when mind-control was used to violate me & force punishing/insulting/disrespectful thoughts into my mind. At the same time as I was violated with these disrespectful induced thoughts my mind was blanked & I was forced to stroke my sex organ with my own hand & forced to ejaculate almost immediately instead of being allowed to exercise/function. I was told this would happen while on the floor doing core exercises while watching 'Basic Instinct' over a decade ago by one of the people who told me all these violations & harassment efforts were going to happen to me over a decade ago while I was mind-blanked in a concussion-coma type mind state/stupor & being forced to listen to their coercive threats without being able to react nor respond. I've been being sexually abused this way the entire time I've lived in Alexis & for my entire life. I'm pressing charges for being raped/violated/neglected/ sabotaged & for being victim to organized crime & neglect while being illegally spied on & interrogated as the victim to our nation's highest crimes.

-7/2023 Alexis Water Department suddenly raised my water bill to $96 without prior notice. When I first moved here my water bill was between $30 & $40. They suddenly bumped it up to between $40 & $50 after 6 months or so without notice. This past year they bumped it to between $60 & $80 without notice. Now in July of 23' I was billed for almost $100. The Alexis water went out for over 2 days this month & we were on a boil order & I was forced to go to the store & buy/use bottled water for 3 or 4 days. The city's water pump runs nonstop regardless of if I turn on my water here or not. They treat their running water nonstop regardless of if I turn on my water here or not. I'm pressing charges for being taken-advantage of & stolen from. In the same argument, I was told I was going to be unknowingly & unwillingly forced to pay for my neighbor's water bill as I lived here by one of the people who predicted all these violations to me years ago. I also did an experiment with how often I used water & flushed the toilet to prove to myself that they were raising my bill regardless of if I used more or less water & they raised it when I used less water than the previous month. I haven't been able to afford to leave the house since I've lived here in 2019 & I should be a billionaire lawfully (I'm pressing charges).

- 7/9/23 I watch the news to keep up to date on local/national news & to see what they think is more important than informing the public about my personal court case (as victim & inventor/ designer). Today a news story was showcased headlining that they found cocaine at the White House. This news story is another example of something that I was told was going to happen 1-3 decades ago. Whoever told me this was going to happen told me they were going to be creating/using less priority news stories to stall/buy-time before making my news story national & local news.

-7/11/23 I created a gofundme.com fundraiser page to attempt at raising enough money to get me to Washington D.C. to present my case by myself to the Federal Supreme Court since my local legal & law enforcement systems have constantly proven themselves corrupt organized criminals who are intentionally neglecting/violating my individual rights.

 -7/14 I emailed the sharks from the show 'Shark Tank' (a show I suggested be created as a child). Specifically, I emailed Mark Cuban, Kevin O'Leary, Madam Greiner & Madam Cocoran about being a child inventor that's been being violated & stolen from for my entire life. I sent them a link to the gofundme.com fundraiser I started hoping I can move to Washington D.C. to personally approach responsible organizations (the FBI, Supreme Court & Americans with Disabilities Headquarters) & potentially protest for my right to get my lifelong court case accepted by the federal Supreme Court. I sent Governor JB Pritzker a message after making my gofundme.com page & he responded today asking for me to resend the fundraiser link to him so I resent it to him by Facebook messenger. He also asked me to send it to the 'media head' so I googled who the 'media head' of Illinois is & also sent it to her @ a cathi.***@***.gov. I also emailed Assistant State's Attorney Kanzler & Public Defender Worby (who both work in Warren County (my hometown courthouse)) about my court cases.

- 7/16/23 Governor Pritzker responded to my Facebook message to him & told me he is going to provide me a lawyer & that his office would personally see my case get a fair day in court with the justice system. I mowed my neighbor's abandoned house (& have been since they moved) & the belt on my mower deck fell off & started smoking. My mower's belt falling off when I mowed my neighbors is something I later remembered that I was told would happen 1-3 decades ago by someone I've forgotten the identity of as I was in a concussion-coma type mindstate/stupor.

- 7/18/23 Governor Pritzker referred me to an attorney named Michael D. Froelich & we corresponded by email today. The Facebook account I was messaging with Governor Pritzker went from being a verified account with a blue check mark (when we started messaging) to a non-verified account without a blue checkmark by the time we finished messaging one another. The attorney asked me to send him $250 that I don't have (I have $2 in my bank account) so that he can register my case with the Supreme Court. I asked my mother for money to send him & she said she believes I'm being scammed. She told me she is going to call the attorney's office to verify that he isn't scamming me. When I informed the Governor & attorney that my mother

needs to verify before allowing me to send them money, they both got upset. I'm now waiting to hear back from my mother. This entire incident involving messaging Governor Pritzker & the attorney he referred me to is another specific incident I was told would happen over a decade ago by someone I've forgot (I think Morgan Ray might be who talked to me about this specific incident but I'm uncertain).

- 7/17/23 I mowed the neighbor's yard & my mower belt & one of the mower blades fell off. I was told that if I mowed the neighbor's yard for free (the people moved away & the yard continues to go neglected) that this would happen over a decade ago by someone I've forgot. I believe someone vandalized my mower to make this coincidence happen & this specific incident was another premeditated crime against me.

- 7/19/23 I went to court today as the victim in the incident being charged as the violator unlawfully & it was a complete waste of my time. They didn't do anything to progress my case despite me providing them ample evidence & as they continued saying I have to see a psychiatrist to see if I'm fit for trial while being unlawfully charged as the violator instead of protected & served as the innocent victim I am. At court a guy in torn jeans & cowboy boots sat next to me & then another person sat between us. That specific detail (the cowboy hat wearing person) was another example that someone from my past told me (I can't remember who) was going to happen over a decade ago which further proves I'm victim to premeditated/organized crime. I called the attorney Governor Pritzker appointed me to make sure I'm not being scammed before sending him money to register my case with the supreme court. When I returned home from court, I accidentally knocked my grooming clippers into the toilet off the shelf above the toilet. This is another incident I was told was going to happen over a decade ago so mind-control was probably used to force me to make the mistake (ruining the clippers). I then went to Wal-Mart to buy a tv antenna so I can watch CBS & Fox. When I was walking into the store, I realized my fly was undone. I then checked out at a register & an older woman named Linda checked me out as a younger guy acted suspicious about the beer I bought. This is another specific incident that I was told would happen over a decade ago by Morgan Ray (she told me my fly was going to be undone going into the store, that her 'Aunt Linda' was going to check me out at the register with her cousin & what type of beer I was going to buy & when I got home from the store I realized all of that happened exactly as she said it would over a decade ago (more proof of neglect, me being violated & mind-control being used to violate me). I'm pressing charges for being violated/neglected/abused/ harassed/sabotaged. 7/19 I emailed Time Magazine, People Magazine, Attorney Scott McClintock, Attorneys Clark & Glasgow, Judge Graham & Judge Baber's wife's Facebook account my gofundme.com page.

- 7/20/23 I called & emailed the Brain Injury Association of America (Illinois) & was referred to the IL protection & advocacy services who I called. I spoke with the real Michael Froelich about being scam attempted by the Governor/attorney Froelich over the weekend. He is filing a police report & told me he is going to look at my case to see if he can help. I would've been willing to go along with spending the money I was being scammed out of to hopefully get my case

registered with the supreme court & or to further prove how the neglect of my legal & law-enforcement systems are destroying my life.

- 7/22/23 I emailed the Warren County Housing Authority & texted my landlord about the following fact: My skin has been broken out the entire time I've lived in Alexis. I can't afford to pay for bottled drinking water nor to hire Culligan water to bring me water. It's the law that I'm to be provided drinkable water. I use Brita water filter pitchers for every bit of water that I drink & have the entire time I've lived here. We recently had a boil order where I was forced to drink bottled water. While drinking the bottled water my skin began to clear up. Once the boil order was lifted, I started using the tap water (being filtered by a Brita filter/pitcher) again. Within the next 24 hours my skin broke out again with over 15 acne abscesses on my face/head & even more on my back. I also emailed the Village of Alexis about my complaint at the request of my landlord. I'm pressing charges for being violated/ neglected/sabotaged/abused. If the housing authority or landlord doesn't solve my problem I'm going to stop paying rent so that I'm able to afford water.

-7/23/23 I emailed the FBI an updated version of my evidence & once again asked them to put me in protective custody & get me a fair day in court.

-7/25 I emailed State's Attorney Tom Siegel, assistant State's Attorney Kevin Kanzler & my appointed Public Defender Kyle Worby reminding them they don't have the right to threaten my freedom with punishment (psych treatment/prison/jail) as a victim being forced to live without my rights/justice/medicine & that I'm pressing charges for being continually violated/neglected.

- Sometime in July I experienced another harassing situation I was told would happen 1-2 decades ago by someone I've forgotten the identity of. I was at my rental house in Alexis & in the garage lifting my weights when I suddenly heard the neighbors (who I have never met & don't know the identities of) begin to fight between themselves (husband & wife). While fighting the man of the house suddenly yelled my name 'Ryan' across the neighborhood as they were fighting. Them fighting & the man yelling my name is another specific detail I was told would happen long ago.

- 7/26/23 I was forced to go to a psychiatric evaluation to see if I'm fit to stand trial by the Warren County Court as victim to an attack as I'm being unlawfully charged. Being forced to do this was something that I was told over a decade that I would be forced to do in the future by someone I've forgot. During my interview I was forced with mind-control to tap the Doctor's foot under the table with my own foot on accident. That specific incident during my conversation with the doctor is something I was told was going to happen over a decade ago as well. Lindsey Horan's head-in goal against the Netherlands (group stage game) in the 2023 World Cup & the play prior to it when she was tripped was something I was told would happen 1-2 decades ago by someone I've forgot. Steph Curry's hole in 1 during the televised tournament in July of 23' was something I was told would happen over a decade ago by someone I've forgot. The hole in 1

during the PGA Championship in 2023 (by the golf pro from California) & him selling his golf-club for $50,000 was something I was told was going to happen over a decade ago by someone I've forgot. McCabe's curved-in goal she kicked in from the corner-sideline in Ireland's game against Canada during the 2023 World Cup (group stage game) was something I was told was going to happen 2-3 decades ago by someone I've forgot.  The US Women's National Soccer team's loss to Sweden in the 23' World Cup ended in a shootout & someone from my past told me that was how they would lose this world cup over a decade ago while I was in a concussion-stupor. The news that Aaron Carter committed suicide is another example of something I was told would happen 1-2 decades ago by someone I've forgotten the identity of. Drew Smyly almost pitched a perfect game for the Cubs this year. I was watching the game & remember being told 1-2 decades ago that a pitcher named Smyly was going to pitch a perfect game for the Cubs while I was living here. Whoever told me this was going to happen told me if I got up from watching the game & did anything other than stare at the tv for the 9th inning he wasn't going to complete his perfect game. As I was watching the game & wanting to focus on his 9th inning performance my mind went blank & I started to go into the kitchen to change the dog food or clean their bowls or something & instantly he failed to complete his perfect game. I then remember them telling me if that happened the catcher was going to buy him a bottle of tequila & the Cubs broadcast made it a point to show us that Gomes gifted Smyly a bottle of tequila.

- 7/27/23 I called the Housing Authority to complain about the water causing skin disease while living in Alexis. They told me they aren't responsible. I emailed the Warren County Circuit Clerk about the lawsuit I filed against everyone because of my lifelong court being unsolved/ unsettled & I was informed that they denied my lawsuit. I emailed her back to notify her that I'm appealing that decision. I drove to the courthouse & began printing the necessary paperwork for my appeal. I called the IL 4th District Appellate Court in Springfield & they emailed me the proper files. I called the court help line they referred me to & they helped me begin filling out the parts of the paperwork I didn't understand. I now have to refile my lawsuit that includes over 88 plaintiffs.

- 7/28/23 I walked up to the City Hall building so I could use their Wi-Fi to email the US Inspector General & Lauren from the disabled person advocacy group called 'Equip for Equality'. A cop pulled up as I was at the City Hall emailing. He was wearing street clothes (a Yorkwood high-school t-shirt) & asked me if there was anything he could do to help (he also asked if he could provide me with a water because of how hot it was). The specific details (his t-shirt, being offered water & who I was emailing) I just provided about this incident is another example of something somebody told me that would happen to me over a decade ago (I've forgotten the identity of the person who told me this was going to happen).

-8/1/23 I went to the Warren County Courthouse & began filing my 'Notice of Appeal' by filing a fee waiver application & order. Mrs. Denise Schreck responded to an email & notified that my initial lawsuit had been denied 3 weeks after the denial date (I only have 1 month to file the appeal). Mrs. Schreck had me create & print a lot of paperwork & summonses before doing this knowing that my case should be a Federal Supreme Court case & her doing this & wasting my

time & resources is something I later remembered being told she would do 1-3 decades ago during a conversation that I don't remember. While walking into the courthouse I saw Lisa Gavin with my cousin Aaron's 2 children. Seeing them while walking into the courthouse is another specific example of something I was told would happen 1-2 decades ago by someone I've forgotten the identity of.

-8/2/23 I'm filing the 'Notice of Appeal' at the Warren County Courthouse. I filed my testimony under the 'brief' section of the eFile website. While leaving I attempted to turn the printed version of my testimony evidence into the Warren County Sheriff's Department & was turned away by 1 of the officers who has tazed me while unlawfully arrested me. He told me "take it to a lawyer, we don't do that stuff here". I then put the printed-out version of my testimony in the Alexis Town Hall's drop box to be turned into the Alexis Police Department. I then emailed Circuit Clerk Mrs. Denise Schreck to notify her that I eFiled my 'Notice of Appeal' & my testimony evidence. When I made it home my tv stopped working. Afterwards I remembered that I was told 1-2 decades ago that my tv was going to go out just as it did & when it did. The problem fixes itself sometimes but my father replaced my tv for $491 (8/4/23) because I have no $ (because of my court case being unsettled). I bought the tv new in 2019.

- 8/8/23 I filed a 'Notice of Appeal' with the 4th District Appellate Court in Springfield using the Illinois eFile system. My appeal was unlawfully dismissed by them this morning so I had to drive to the courthouse in Monmouth & file a 'Motion to Reinstate', an 'Order' for the 'Motion to Reinstate', a "Fee Waiver Application' & a 'Order for the Fee Waiver Application'. I also printed the paperwork for filing my 'Docketing Statement' whenever I get a notice to do so (I had to print 100s of pages to be prepared to do so). While at the court house Judge Baber walked past me & said hi to me. Sir Scott McLintock also walked into the circuit clerk's office then immediately left the room. Those 2 details involving those 2 gentlemen were specific details I was told would happen 1-2 decades ago by someone I've forgotten the identity of.

- 8/14/23 I had to drive to the courthouse to file my 'petition for rehearing' with the appellate court. I drove home to Alexis instantly after eFiling the petition. When I returned home, I checked my email to see that they denied my petition. I researched 'Google' to see what I could do next. My research sent me back to the courthouse to file a 'petition for leave' to the Illinois Supreme Court. I had to also file a fee waiver because of not being able to afford the fee. While at the court house I saw Nick Vanskike. When I saw him, I remembered that I was told over a decade ago by Morgan Ray (a violator in my case) that I'd be at the court house for the second time & would see Nick Vanskike (someone she openly liked). This detail further proves that I'm being harassed & violated nonstop by people who are intentionally neglecting me. My 'petition for leave' was denied. Because of the Supreme Court Clerk's advice, I'm now going to file a motion for a supervisory order. My time & resources continue to be wasted nonstop because of not being allowed/ provided/protected my disabled-victim rights. It's unlawful that I'm not being provided a fair day in court nor justice despite having clear evidence proving I'm victim to the nation's highest crimes. I called the WIRC-CAA victim crisis hotline & spoke with a lady about

being a disabled victim living without my rights, pursuit of justice & being violated nonstop for the past 30 years. The lady I spoke with took down my information but said I'd have to talk with someone during the daytime to get help with legal representation & the pursuit of justice.

- 8/15/23 A man called me back from the victim crisis hotline but left a message saying they were unable to help me at the time because they were 'gone at a conference'. - My 'petition for leave' & 'motion by movant for a supervisory order' to the Supreme Court of Illinois was denied. The lady at the Illinois Supreme Court Clerk's office called me & told me that I need to file my case with the Federal Supreme Court since it involves federal matters. I'm getting ready to file my complaint with the federal US-Central District Court of Illinois. I'm also going to file a 'motion for rehearing' to the Warren County Circuit Court. I emailed Circuit Clerk Denise Schreck to notify her that I filed the motion.

- 8/16/23 After all of the following details happened, I remembered that each specific detail was something I was told would happen 1-2 decades ago by someone I've forgotten the identity of: I asked the landlord to borrow a pressure washer to clean out the garage & he brought it over & gave me a tomato to eat. I had never eaten a tomato in my life before today & I informed him it was my first time eating a tomato (both details were details I was told would happen 1-2 decades ago). While cleaning the garage I forgot about the outlets & electrical wiring not being waterproof & began pressure washing with the power in the garage on. I was told that I was going to be forced to forget to shut-off the power by whoever told me the details were going to happen today. I also went on a run & when I returned home from the run my 'motion by movant for a supervisory order' was accepted by the Warren County courthouse & I was told by the same person that they'd notify me that motion would be accepted back then. Whoever told me that said they'd finally accept my evidence into the court when they accepted the motion.

- 8/19/23 I emailed the Federal District Court of Central Illinois my (court case) complaint. I emailed them the fee waiver I had filled out (& saved) that I accessed from their website with the complaint. I forgot to email them my Social Security 'Benefit Verification Letter' & forgetting to include it is something I was told was going to happen 2-3 decades ago by someone I've forgotten the identity of. I emailed the same District Court's email my 'Benefit Verification Letter' in a second email to provide the same clarification the Circuit Clerk needed. As soon as I filed my complaint my smartphone's internet access has been shut down or extremely slow & I don't believe its coincidence considering my phone has been unlawfully tampered with for years & considering both the Federal Government, Samsung & Verizon Wireless are all involved in my federal complaint.

- 8/20/23 I didn't get invited to my nephew's birthday celebration because of being constantly violated/sabotaged/abused/neglected. My violators/neglectors have stolen/destroyed my entire relationship with my nephews, nieces, family & friends.

- 8/22/23 I called the US District Court of Central Illinois around noon today to verify if they received my complaint that I emailed to them over the weekend. The clerk told me she needed to check with the people/person responsible for checking the email account they had me send my complaint to & that she would call me back when she figured it out (I didn't receive a call back from her today).

- 8/23/23 I went to the Library in Alexis to spellcheck this document today. I called a couple days before going in & asked what their hours were. I was told on Monday & Tuesday they are open from 2-5 & on Wednesday & Thursday they are open from 3-6. I showed up at 3 & was kicked out at 5 about 20 minutes before completing my work. I was told 1-2 decades ago by someone I've forgotten the identity of that this would happen to me in my future as I was in a concussion-coma type mind state/stupor. This is another example of how I'm constantly being harassed from my past & another example of how my surroundings are proving themselves intentionally neglectful to the fact that I'm victim to our nation's highest crimes while being forced to live without justice, my rights, earnings/compensation & medicines.

- 8/24/23 I went to the Alexis Library to spell check this document & a lady came in & was talking about her pain medicines to the librarian. This specific detail of today is another example of more specific details I was told would happen 1-3 decades ago by someone I've forgotten the identity of while I was in a concussion-coma type mindstate/stupor (further proving intentionally-gang neglecting & violating me).

- 8/26/23 While watching the Little League World Series game a mother & daughter were interviewed. During their interview they told the audience how the daughter does the hair & skincare of the player who was playing. This detail is another example of something I was told would happen 1-3 decades ago by someone I've forgotten the identity of. It's also something very similar to what my mother did to me during my childhood to embarrass me. After watching the game, I gave my dogs a bath & lightly hit my dog Orwell in his side for constantly shaking water on me. Orwell fell despite me not hitting him hard & both me hitting him & him falling are more specific examples that I was told would happen 1-3 decades ago by someone I've forgotten the identity of while I was in a concussion-coma type mindstate/stupor (making me believe I was forced with mind-control technology (by a violator) to hit Orwell. - During the evening of the 26th I was forced to talk to myself as I have been attempting to not talk to myself while being violated with mind-control technology & unlawfully interrogated as a disabled victim. I looked up my options to purchase a sword from the internet & was forced to speak that I want to use it in self-defense against my violators. The sword I was shown is a replica sword from the movie Braveheart & the entire incident from this evening (looking up swords, being shown the Braveheart sword & being forced to speak my desire to want to commit self-defense against my violators) were all specific details I was told I'd be forced through 1-2 decades ago by someone I've forgotten the identity of while I was in a concussion-coma type mind-state/stupor.

-8/27/23 My neighbors, Paul & Barbara, have a Doberman Pincher that escaped their fenced in area. I had my dogs outside & their dog ran over into my yard. I went outside to see what was going on because my dogs were going wild. Paul was in my yard attempting to talk his dog into going back home & almost instantly the dog ran into the road & was hit by his wife Barbara. This entire incident is another specific detail that I was told would happen over a decade ago by Morgan Ray. I then went to my nephew Clayton's JFL football game. He didn't play offense for the majority of the game & then towards the end of the game was put in at running back. While he was running the ball I was forced to start talking to myself by a violator using mind-control technology. This specific detail was something I was told was going to happen over a decade ago by Morgan Ray while I was in a concussion-coma type mind-state/stupor & not able to process/react but remembered being told it was going to happen after it did.

-8/28/23 I received an email from my appointed Public Defender who hasn't been providing me fair nor proper legal representation that I was found 'unfit for trial' & that I need to be in court on 8/31/23 instead of 9/20/23 as scheduled. Knowing Public Defender Worby hasn't been providing me fair/proper representation I fired him using email & notified both the State's Attorney & Assistant State's Attorney that I fired him using email. I called 911 & complained about being unlawfully violated by the court, public defender, state's attorneys & the doctor who found me 'unfit' as a disabled victim to an attack. 911 must've had Officer Toland from the Alexis Police Department call me because he called me & told me he couldn't help me because he doesn't have jurisdiction over the court. I messaged Alexis's Officer Fredrickson using Facebook to relay my complaint to her also. Officer Toland told me to complain to my Public Defender's "boss" so I called the Warren County Courthouse & asked who to complain to. They referred me to the ARDC. I called the ARDC & then used their website to file a complaint about both State's Attorney's Siegel & Kanzler & filed a complaint about my appointed Public Defender Kyle Worby. I then emailed Siegel, Kanzler & Worby copies of the complaint I filed & explained why Worby deserves filed & why I object to their doctor's unlawful suggestion to force me into treatment that will never benefit me without justice nor my rights nor the medicines I actually need. The treatment they want to give me doesn't prescribe the medicines I need & attempts to prescribe me medicines I don't need & that don't benefit me. My mother had to give me $75 for gas so that I can drive to court because I have less than $0.50 in my bank account & less than 20 miles worth of gas in my truck. I'm pressing charges for being constantly taken-advantage-of, neglected & violated.

- 8/29/23 I googled the Americans with Disabilities Act of Illinois for a phone # to reach their organization & was given 2 numbers. I called them both to report that I'm being unlawfully violated by my local legal & law-enforcement systems but was turned away by the Illinois Secretary of State's office that the number reached. The lady who I spoke with told me to call the (800) # that was listed & that is the 2nd # that I attempted to call. The (800) # didn't connect me to anything to do with the Americans with Disabilities Act or the efforts that supposedly exist for

us. This is another example of something that I was told would happen to me 1-2 decades ago by someone I've forgotten the identity of.

- 8/30/23 I was given a ham from my neighbors & ended up having diarrhea after eating my first portion of it. Later on in the night, after eating the ham, I remembered that I was told I'd be given a ham & having diarrhea the night before court 1-2 decades ago by someone I've forgotten the identity of. The person told me while I was in a concussion-coma type mind-state/stupor & I'm just now remembering (8/31/23) having been told that in my past.

- 8/31/2023 I went to another court date in Monmouth while being unlawfully charged as the victim to an attack. I was told the Dr. found me 'unfit' for trial. Despite firing Public Defender Worby before the court date (communicating by email) he spoke with me briefly before court & continued to represent me. He asked for a continuance so that he can have the psychiatrist ready to testify in court & set court for 9/12/23. Before going to court mind-control technology communication was used to communicate this message to my internal thoughts: "I see why you hate me." Being unlawfully found 'unfit' along with having to go to court on 4 days notice as well as me firing Public Defender Worby but him ignoring me & representing me during my time with the court, the emails I sent to my relatives while at court & the internal message that my brain received were all examples of specific details that I was told would happen 1-2 decades ago by someone I've forgotten the identity of. Whoever told me this was going to happen told me while I was in a concussion-coma type mind-state/stupor & I immediately forgot what I was told but am now remembering (further proving intentional neglect & abuse). When I returned home from court, I was finally able to remove old & disgusting ingrown toenail gunk from 3 of my toenails that I had been struggling removing for over 3 years. Doing so was another specific detail that I was told I'd be put through on this specific day 1-2 decades ago by someone I've forgotten the identity of while I was in a concussion-coma type mind-state/stupor. I didn't remember being told that detail would happen until after I finished.

-9/1/23 I drove to Galesburg to get a new ID card from the DMV. On the way there I drove past the sheriff who was pulled over on the side of the 8-mile road. When I showed up at the DMV, I was told that I wouldn't be able to use their services until the middle of the afternoon because I hadn't scheduled an appointment. As I was leaving, I checked their website & they fit me in at 11 instead of around 3 like they told me I'd have to wait for. I arrived at 9:30 & scheduled my appointment for 11 & waited in their waiting area until I was called up. While waiting a guy around my age entered the building & was having trouble with expired documents. While taking my picture for my new ID I suddenly was forced to smile big for the camera. When I finished, I went & picked up my order from Walmart & a lady there asked me if my last name was McDonald. All of these specific details that I've listed from today were details that I was told would occur over a decade ago by Morgan Ray while I was in a concussion-coma type mind-state/stupor & being forced to listen to her abuse without being allowed to react nor process my thoughts at the time (further proving intentional neglect/violations to me from my surroundings & responsible authorities).

- CampfireTalk.com was a childhood idea of mine for a podcast having people converse while experiencing the effects of smoking marijuana. My mouth started speaking about it by itself (without my permission) while living in Alexis after completely forgetting about my idea. My mouth being forced to verbally speak about my old childhood idea for this podcast by a violator using mind-control technology against me while living in Alexis is another specific detail & example of something I was told I'd be put through 1-2 decades ago by someone I've forgotten the identity of while I was in a concussion-coma type mind-state/stupor.

- 9/2/23 I received a letter from the Illinois Attorney Registration & Disciplinary Commission (IL-ARDC) denying my complaint about the Warren County State's Attorneys' & Public Defender (Siegel, Kanzler & Worby). By denying my rights as a severely disabled victim who is being intentionally neglected & violated by the Warren County Judicial System & it's employees, they are forcing me to add the IL-ARDC to my 'Federal Complaint' that I'm in the process of filing with the United States Federal District Court. SA's Siegel & Kanzler along with PD Worby have all continued to violate & neglect me as a severely disabled victim because they have yet to accept the facts the evidence involving my lifelong court case & the case I'm currently being forced to be a part of in Warren County. My testimony evidence is verified by the mind-control technology that's been used on me for my entire life to control, interrogate & communicate with me. My testimony evidence is verified by the constant surveillance I've been unlawfully forced to be spied on by. My case is completely proven by using my testimony, the provided witnesses, the records kept & the surveillance but I continue to be punished as a disabled victim because they haven't processed/accepted the existing evidence.

- 9/3/23 I went to my nephew's football game in Galesburg despite my skin being torn up because of getting constantly poisoned & forced to live without the medicines I need. During the game the ref had to yell at Clayton's father & the JFL's employee had a big outburst in front of the crowd. The game ended in a 0-0 tie. While watching Clayton play, I've noticed that he appears to be hurt. Both my father & his grandma Olson told me that he has been hurt but my sister tells me he isn't. All the details I just listed are more examples of specific details I was told would happen 1-2 decades ago by someone I've forgotten the identity of (including wondering if Clayton is playing hurt & wondering if he is permanently hurt). I went to Dollar General after the game & my link card somehow had an extra $120 available & I then remembered that also was something I was told was going to happen 1-2 decades ago by someone I've forgotten the identity of.

- While living at Alexis (in between August & September of 23') I was put through more specific situations I was told I would be put through 1-3 decades ago by someone I've forgotten the identity of: Several of my only friends have completely stopped responding to me & many of them have me blocked on Facebook messenger. Some of them (Daniel P.) have me blocked & then I'll suddenly be able to send them a message again before being blocked again. When this has happened it's been more exact & specific detailed incidents that I was told would happen 1-2 decades ago by someone I've forgotten the identity of.  I was suddenly messaged by a fake

account claiming to be my relative Jake Gillen. After our conversation Jake messaged me using a phone # & our entire conversation was full of more specific details I was told it would be 1-3 decades ago by someone I've forgotten the identity of. Also, when I emailed Patrick Gavin to give him access to this evidence & notify him that he is a part of my court case my laptop suddenly showed me 'MBWI' (Midwest Bank, his employer) Wi-Fi options on my laptop in Alexis. This is another specific detail I was told would happen 1-3 decades ago by someone I've forgotten the identity of. Also, Aaron Rogers of the 'New York Jets' hurt his achilles & went out for the season. Him hurting his achilles during his first game with the Jets & being taken out for the rest of the season is another specific detail I was told would happen 1-2 decades ago by someone I've forgotten the identity of (while I was in a concussion-coma type mind-state/stupor.

- 9/4/23 I called the ARDC to argue about having my complaint on Siegel, Kanzler & Worby away because they are not accepting the facts of the evidence involved with me & continue to unlawfully punish me despite being a/the victim. I also planned to ask them how to properly file a complaint against the entire ARDC for turning me away. While attempting to call the 2 separate #s they listed I was immediately disconnected & not allowed to attempt to call them. I later remembered that this is another specific detail & example of something I was told I'd be forced to deal with over 1-2 decades ago by someone I've forgotten the identity of. I'm going to add the ARDC to my federal complaint when given an opportunity.

- 9/8/23 I went for a 9-mile run today & when I arrived back at the house I'm renting it appeared as if the house was on fire. I noticed that the neighbors had started a fire in the empty lot next to my rental that they bought. I had all my windows open with fans blowing fresh air inside so the house was full of smoke when I got home. Once I processed the situation, I remembered being told 1-2 decades ago that my neighbors were going to do this to me on purpose in hopes that I would violate them while angry. I forgot who told me they were going to do this because I was in a concussion-coma type mind-state/stupor when I was told.  - I just remembered that within the last 2 weeks a couple more specific incidents occurred that I was told was going to happen 1-2 decades ago (by someone I've forgotten the identity of). My cousin Tony's 2 sons both broke bones & the director of the movie 'Mission Impossible' jumped off of a bridge to his death.

- 9/9/23 I wrote my neighbors Paul & Barbara a letter introducing myself & explaining my situation to them because they continue to act upset with me when they see me & I have never done anything wrong to them in my life. I've never met them before being forced to live here. Me writing them explaining how I'm a victim to our nation's highest crimes & that I'm preparing for federal court as a disabled victim is another specific example that I was told I'd be going through 1-2 decades ago by someone I've forgotten the identity of while I was in a concussion-coma type mind-state/stupor. Whoever told me this was going to happen back then also told me I'd be putting the letter into their mailbox after midnight while going on a run & that is exactly what happened.

- 9/10/23 I went to my nephews JFL football game in Galesburg & left early because it was a blowout. As I was leaving, I saw my nephew Cal with my sister Brooke & told him I liked his dance moves that were just shown on Facebook with a video. When I arrived at the game, I realized I forgot my glasses. I stopped at the marijuana dispensary to purchase a small amount of the medicine for myself because I just ran out. While there I was directed to a lady named Tania & the medicine I bought was mislabeled. All the details I just mentioned are more specific details I was told was going to happen 1-2 decades ago by someone I've forgotten the identity of while I was in a concussion-coma type mind-state/stupor (including what I said to my nephew).

- 9/12/23 I went to court today in Warren County as I'm being charged for defending myself when my neighbor attacked me. At court I was unlawfully found 'unfit for trial' & the psychiatrist who evaluated me testified using an internet video-chat. My public defender didn't stick up for me at all to the state nor judge but told me "you're good" & "I put in your self-defense". After court I went to get vaccinated from Walgreens & later remembered that doing so is another specific example of something I was told I'd be doing today over 1-2 decades ago by someone I've forgotten the identity of (while I was in a concussion-coma type mind-state/stupor). I went to 'Bridgeway' to schedule an appointment but was told the lady was at lunch & that she would call me. I waited until after lunch & called her. Linda told me that she couldn't schedule me until an order was given to her from the court. I then called & emailed Public Defender Worby to remind him to get me an order for Bridgeway so I can comply with the court's unlawful order for me. Public Defender Worby responded to me in the afternoon to tell me he would let me know when he's communicated with Bridgeway for me. I've filed a federal complaint for myself & the details from these court proceedings will certainly be included in my complaint that details for over 30 years' worth of violations against me. - I ordered my nieces a set of golf clubs for their birthdays this year. The clubs were supposed to be delivered to me over the weekend but I was notified they would be arriving late on the 12th. The clubs didn't show up on the 12th & them being delivered late is another specific detail I was told would happen 1-2 decades ago by someone I've forgotten the identity of while I was in a concussion-coma type mind-state/stupor.

- While living in Alexis I've been interrogated by a violator using mind-control technology every day. I've been interrogated about my entire past & every thought that has ever crossed my mind while being forced to speak without option in what gets said. The constant interrogation has forced me to write this noise complaint for my neighborhood/village on those responsible for violating/interrogating/sabotaging me with mind-control technology. I'm pressing charges.

- In September of 2023 my washing machine broke & isn't working correctly. I was told 1-2 decades ago that this was going to happen by someone I've forgotten the identity of. Whoever told me this knew that it was going to stop working as I was being forced to go to court & charged for being attacked by my neighbor.

- 9/17/23 I went to my nephew, Clayton's, JFL football game in Galesburg & more specific details I was told would happen 1-3 decades ago by someone I've forgotten the identity of

occurred (making me further believe mind-control technology is being used to violate my family as well as me). Clayton ran for a 60+ yard touchdown & didn't get touched. He spiked the ball after he scored (appearing angry) & a flag was thrown penalizing the team because of the action. My dad then made a loud comment from the bleachers about him spiking the football. Later in the game he scored a 2-point conversion while running the ball & was hit late by a kid on the opposing team when he wasn't expecting it. Later in the game, the kid he was running for (while Carter was hurt) ran a 60+ yard touchdown & broke 3 tackles while running it. When I got home from the game mind-control technology was used on me to force me to talk to myself as my speech/words were controlled by my violators/interrogators & I didn't get the option but to listen to what was being said with my own mouth. I was forced to say that my father was making a fool of himself when he wasn't & that my parents 'disgust' me when they don't. Every detail I listed in this section of my testimony is more examples of specific details I was told would happen 1-3 decades ago by someone I've forgotten the identity of while I was in a concussion-coma type mind-state/stupor & not processing what was going on. I'm proud of my parents but upset with my mother & despise how I'm continually getting my personality/character sabotaged by a violator using mind-control technology to force me to say things I wouldn't say & act less than myself. The plays from Clayton's football games seem to be exact reenactments from different football games I've played in throughout my past (childhood & high school football games). I now remember (10/11/23) that I was told that mind-control technology was going to be used on Clayton during his JFL games to sabotage is athletic ability to 'ruin his confidence' by one of these people who I've forgotten the identity of who told me all of these details were going to happen 1-3 decades ago. - I remember that while at one of these JFL games I watched a kid play tackle football on the sidelines with a sucker in his mouth & being told this would happen 1-2 decades prior by whoever told me all of these exact details would be happening in the future (during my childhood I was told to not play tackle football with a sucker in my mouth as a kid but I did anyway & made my sucker last the entire game without getting hurt while dominating that specific game).

- Sometime in September I communicated with one of my best childhood friends for the first time in 20+ years. I hadn't heard from Jake Gillen in a long time & suddenly received a Facebook message from a seemingly fake Facebook account. I communicated with Jake using Facebook messenger for the entire night until 5 in the morning. The next day he texted me from his actual phone & I communicated with him using that method. During our conversation I was intentionally mind-blanked & forced to tell him that he was one of my best friends & that he is one of the only people that I thought cared about me. Every detail that I just wrote about & every aspect of our conversation were more specific examples of details I was told would happen 1-2 decades ago by someone I've forgotten the identity of.

- 9/19/23 I returned home from a 11-mile run to realize that somebody broke into the house I'm renting & stole the can of beans that I had sitting out to cook for supper. I later remembered that

somebody told me that this was going to happen 1-2 decades ago. I don't remember who told me this was going to happen.

- I went to the Catholic church here in Alexis a couple times in 2023. Both times I went I dealt with more specific details I was told I'd be forced to witness 1-2 decades ago by someone I've forgotten the identity of. While sitting behind a young couple the young man turned around to look at me as specific thoughts were being forced across my mind just as I was told that would happen 1-3 decades ago by whoever told me. I also had to watch Billy Johnson grab his son by the arm just as I was told would happen 1-3 decades ago by someone I've forgotten the identity of. Billy grabbing his son's arm is an exact reenactment of something my father did with me while in church when I was a small kid about Billy's son's age. I'm done going to church because of their role in neglecting me & because of having to deal with constant harassment/violations/abuse/neglect.

- 9/20/23 I blocked the Public Defender (Worby) who was appointed to me in the Warren County Court from being able to email me because of his blatant violations to me during the court procedures & his complete disrespect to me as an individual. I had to email the State's Attorneys to notify them that I did so because he has been emailing me to notify me that the court continues to change the dates of my required court appearances with less than 3 days notice. I've made myself perfectly clear to Public Defender Worby & both State's Attorneys that he does not have my permission to represent me.

- 9/21/23 My mom had to give me $ for gas to get to Bridgeway after being unlawfully found 'unfit' for court & ordered to go through their 'treatment' that does nothing but insult me as an individual & that doesn't allow the medicines I need to function & that I am entitled to be able to use/have. She gave me $200 to use on gas to get to Bridgeway for court. I'm now remembering (the night of 9/21) that one of the people who told me 1-2 decades ago that all of these violations which continue happening to me as I live in Alexis told me that they were going to break into the house I'm renting a steal the gas $ my mom gave me (so far everything I can remember them saying has happened).

- 9/23/23 I sent Shane Creighton a Facebook message about how is brother Justin was raped with me the night before he died as a 15-year-old. I told him about how I'm preparing for federal court after being violated for my entire life & that I believe he might have been murdered. I sent the message & my Facebook app told me it sent but when I went to the messenger app the message wasn't there so I re-wrote the message & sent it again. I included my evidence in both messages to explain myself for why I haven't come forward prior. Once again, the message said it sent but didn't show up in my messages/outbox. I did this while watching the Bears game on tv & both me having to send it multiple times & it not being in my messages are more examples of specific details I later remembered I was told would happen 1-2 decades ago by someone I've forgotten the identity of.

- 1 of the first times I played pickup football at a high school game I took off running towards the game that was going on before I arrived. I suddenly wasn't able to stop myself from running nor control any of my body functions as I was running towards the game. Just before I was about to run full speed into one of the kids playing, I was suddenly able to control myself again & I attempted to dive out of the way but knocked the kid over into the grass. Twice since living in Alexis I momentarily couldn't stop running while out on runs. Me not being able to stop running on 2 separate occasions while living here is another example of specific incidents I was told I would be put through 1-2 decades ago by someone I've forgotten the identity of.

- 9/29/23 I sent my evidence to Chuck Grant & my cousin Clark Irey using Facebook messenger. When I sent the messages it told me they sent while I was using the 'files' app on my Samsung smartphone. When I checked the 'messenger' app on my phone the app didn't show that my messages went through. I didn't send it to them again attempting to not bother them more than I have to but this is another specific detail I was told I'd be forced through 1-2 decades ago by someone I've forgotten the identity of.

- 10/1/23 I went to Dollar General & dealt with more harassment. I bought over $300 worth of groceries & went through the self-checkout to save the young lady from having to check me out as she was busy stocking shelves & the only employee in the store. I rang everything up & tried to pay but had to pay with my EBT Snap card 1st because of not being able to afford to pay for everything with my bank card. The machine wouldn't take the $165 from my food card & then allow me to use my debit card for the rest. The lady had to take off everything back to $165 & then force me to use the food card & then re-ring everything up. I then remembered this same thing happened to me the last time I went to the store. The people at the store & their actions were all specific details I was told would happen as this happened 1-2 decades ago by someone I've forgotten the identity of. Every time I've went to the store for the past 15 years I've dealt with some kind of intentional harassment (they usually make me swipe my card a bunch of times before accepting it). - My dog Orwoe is suddenly acting as if he hurt his left eye. After noticing his eye, I remembered that 1 of the people who told me all of these violations/harassment were going to be happening to me 1-3 decades ago told me that somebody was going to break into my house while I was gone & hurt my dog's eye.

- I was planning to go watch my relative, Leo Mahoney, play football for Monmouth/Roseville High School on 10/6/23 but when I asked my sister about the game, she notified me that he just tore his ACL & other tendons in his knee & that he's out for the rest of the football & basketball season. I later remembered that somebody told me Leo was going to hurt his knee just before I was able to go watch him 1-2 decades ago but I don't remember who told me this was going to happen.

- 10/3/23 I emailed the local legal representatives, law-enforcement agencies & news sources my updated version of this evidence while reminding them that I should be the largest Federal Supreme Court case in the nation & headlining national/international news. I called State Police

Officer Blake Fox & left a message for him asking if I can turn in my evidence to him (I met him in childhood & he's the only police-man I've met in person other than Lane Mings). I called the Galesburg Police Department & asked for permission to email Police Officer Lane Mings. I emailed Lane my evidence & called the GPD to notify them that I emailed him so that my email didn't get lost to his 'spam' mail. I had the Chicago Blackhawks game on at night & dealt with more harassment because of watching TV. The lady announcer, Chelios, made a comment about chainsaws that seemed blatantly directed towards me & my court case. This was the 2nd or 3rd year in a row she made the same comment during their 'chainsaw giveaway'.

- 10/4/23 I emailed Illinois' NORML an updated version of my evidence. I also emailed Macomb Police Department's 'Hamer' my evidence. I was shown a news article by 'google news' that headlined a teacher who had raped her student & supposedly got pregnant. This article about the rapist is another specific detail I was told would happen over a decade ago by Morgan Ray.

- 10/5/23 I called the Illinois State Police in Macomb & asked to turn in my evidence. I was turned away by the man on the phone whose comment was "we don't police the police". The male I spoke to told me to call the mayor of the town I'm living. I then called Alexis's mayor, Rick Benson, who told me he couldn't do anything but tell the police about my complaint (I informed him that the police are already well aware of my complaint). I then called the Illinois State Police in East Moline & asked to be able to contact State Police-man Marvin Wagle who I met while being forced to spend my time with Morgan (he was dating her sister Amanda). I was hoping to be given permission to send my evidence to him. I attempted to file a complaint on the Illinois State Police's website for the 3rd or 4th time but it gave me the same error it has every time I've attempted to do so. I called the Macomb Police Department & left a message with them to notify them that I emailed the jhamer@macombpolice.com so the message didn't get lost to 'spam' but they acted as if it was too much to ask so I won't be attempting to communicate with them again. - Every time I've attempted to exercise my sexual organ, I've been forced to deal with more violations that I was told I'd be dealing with 1-2 decades ago by someone I've forgotten the identity of. While attempting to do this, thoughts cross my mind & almost every time I've done so while living in Alexis, I've dealt with thoughts I was told I'd be forced to deal with long ago. 1 example was today & I finally remembered to write this down for my testimony (it made me feel like I was being raped by my mind-control violator).

- 10/9/23 I went to the Warren County Courthouse to swear in my testimony evidence as an affidavit & get the testimony evidence notarized. When I arrived at the courthouse, I realized it is Columbus Day & nobody was working at the courthouse. I then remembered that me driving to the courthouse while I have no money & nobody being there is another detail I was told would happen 1-3 decades ago by someone I've forgotten the identity of.

- 10/10/23 I went to the Warren County Courthouse to swear in my testimony evidence after calling them last week & being told that all I had to do was bring in my testimony with a form of identification. I was turned away by the lady in the office & told that I needed to have an

attorney. I told her I was representing myself at the moment & she turned me away despite the fact. I asked her why they told me I could "bring it in anytime" & she said she "didn't know". - I was scrolling Instagram on my smartphone & was flashed a photoshopped picture of actor Kevin James & his penis which I later remembered was another specific detail that I was told would happen 1-3 decades ago by someone I've forgotten the identity of. - I had a conversation with my sister Brooke about my dog Poe & later remembered that all of the information that was communicated in the text was more specifically detailed information that I was told I'd be communicating to Brooke 1-2 decades ago by Morgan Ray (making me believe they used mind-control to force me to say what I said).

- 10/14/23 I went to my nephew, Clayton's JFL football Super Bowl. The entire night was full of more specific details that I was told would happen 1-2 decades ago by someone I've forgotten the identity of: the details of the game went exactly as whoever said long ago (clayton'sFumbles&4thDownAttempts&Clayton'sLongestRun/cardinalsLongPasses/ lionsLongPass/coach gettingFlag/safetyDoesn'tCountThenTheyScoreOn99yardPass), the details of my conversation with my sister before the game, the details of my conversation with my other sister at halftime, the details of the game going on between the kids on the sidelines (the kid with a sucker & the girl who was cheapshotted), the fact that I saw the Public Defender that's been violating me in court (Kyle Worby), the fact that an unknown male walked by me & said "thank you" & the details of the pictures of my family with Clayton after the game were all more exact details I remember being told would happen long ago. - Whoever told me all of these details were going to happen long ago told me they were going to attempt to use mind-control to turning my nephew into a homosexual (I've forgotten who told me this & wasn't able to process/react/remember while I was being told). I'm pressing charges for myself & everyone else violated.

- 10/17/23 I wrote the American Brain Foundation to notify them about my situation as a disabled citizen being forced to live without my rights, justice & medicines. I emailed Warren County Clerk Denise Schreck, Warren County State's Attorney Siegel, Warren County Assistant State's Attorney Kanzler & the McDonough County State's Attorney an updated version of this evidence.

- 10/22/23 I emailed the US District Court of Central Illinois my amended complaint after receiving their response requesting an 'amended complaint' on 10/19. I emailed them with this evidence as my complaint. - My mother visited my house because my washing machine is broken. While she was here my mind went blank & I started yelling at her because of being held hostage here without my rights nor justice as I'm violated nonstop & forced to live under her thumb despite her being a serially abusive neglector throughout my entire life. I was told 1-2 decades ago by someone I've forgotten the identity of that these details from today were going to happen. Remembering this makes me believe my violator/violators who violate me with mind-control technology intentionally blanked my mind & forced me to yell at my mother. My mother needs to be forced to accept the facts of my life/court-case & she needs to accept the fact that I'm

entitled to rights/protections as a human before she can have any contact with me again. The government isn't allowing me a fair day in court that would allow me to live with plenty of money to afford anything I need. Instead, I'm being held hostage below poverty level & can't afford to live. My father won't communicate with me because of his confusion about the facts of my court case & it tortures me to have to communicate with my abusive mother who refuses to accept the facts of reality while constantly treating me like I'm the problem despite me being the serial victim who has contributed positively in a massive way. My mother wrongly thinks she can prove me insane because I deal with symptoms from the brain damage I was forced to endure & because she can't tell the difference between me being sabotaged by a violator/violators using mind-control technology to sabotage/violate me. I later remembered that whoever told me I was going to be yelling at my mother 1-2 decades ago told me that if I yelled at her somebody was going to be standing outside & hurt my dog, Poe, because of me yelling at her. As soon as she left the house, I let Poe (my female english bulldog) back in the house & realized she suddenly is limping. They also told me whoever violates me with mind-control was going to force me to yell at my mother if I had smoked marijuana in between a certain time frame & that very much fits my profile of my pathetic/disgusting/desperate violator/violators. I'm filing charges & expect justice/compensation for being constantly violated & sabotaged. I smoke marijuana whenever I can afford to because of not being given access to the medicines I need & because I'm an advocate for its legalization/use.

- 10/25/23 Today another incident occurred that I was told would happen 1-2 decades ago by someone I've forgotten the identity of: I stand up & down, doing squats, while using my smartphone to play online poker, often, for physical/mental therapy. I was doing this when I won a big pot by calling a somebody's bluff & suddenly brushed my shoulder's off. I then looked at the tv as I had a poker tournament on the tv & Phil Hellmuth was on a commercial brushing off his shoulders. I thought my violator/violators that use mind-control technology to violate me were forcing me to act 'arrogant' when I brushed my shoulder off. I later remembered that somebody told me I was going to win that hand in that game the way I did & then brush my shoulders off the same as the man on the commercial a long time ago. This is another specific example of the constant reminders that I'm being controlled/violated/abused/ harassed -with while being intentionally neglected & stolen-from.

10/27/23 My mother & Uncle Todd Lefort had to buy me a new washer for $605 & then deliver it to me because of me being forced to live without the compensation, benefits & lawful earnings I should have.

10/28/23 The US District Court of Central Illinois unlawfully dismissed my 'Amended Complaint' as 'frivolous'. I sent this in as & with a complaint to the Department of Commerce while notifying them that I have trillions in positive economic impact to contribute.

10/30/23 I emailed & filed my 'Notice of Appeal' to the US District Court of Central Illinois for immediately dismissing my amended complaint. I emailed it to them with justified reasons of

why it's unlawful to deny me a fair day in court & had to copy&paste the email from Microsoft Word. When I copy&pasted the email my text was altered with & I sent the email before noticing that my message wasn't ready to be sent. This specific detail is another specific detail I later remembered that I was told would happen 1-2 decades ago by someone I've forgotten the identity of. When I arrived back at my residence after walking home from the library (to use their Microsoft Word & internet) the US District Court had already emailed me back saying that they filed my appeal.

10/31/23 I woke up to the news on my smartphone telling me that a man from Wataga who is my age fell asleep at the wheel in Taco Bell's parking lot in Galesburg. I also just read about actor Matthew Perry's death & that he died in his hot tub. I was told 1-3 decades ago by someone I've forgotten the identity of that both of these incidents were going to happen.

11/6/23 I called the clerk for the US Court of Appeals 7th Circuit to ask if I could email them my docketing statement & was told that I had to mail it in. I told them how I just received notice on the prior Thursday or Friday telling me that I needed to file my docketing statement by today (Monday) & they told me my appeal would be ok with them as long as I mailed it to today. I had to drive to Monmouth (spending every cent I have on gas) to be able to use a printer to print my 'docketing statement' for the 7th Circuit for the US Court of Appeals in Chicago. I first went to the courthouse's public computer room so that I could use the printer for free but the computer wasn't working so I had to go to the library & pay to print my documents (a specifically detailed example of something I was told was going to happen 1-2 decades ago by someone I've forgotten the identity of). After using the library, I mailed my documents to the US Court of Appeals 7th Circuit in Chicago.  I forgot to send them my 'transcript information sheet' with my 'docketing statement' so then went to the library in Alexis after letting my dogs out. There the librarian informed me that she could print for me after not being able to print for the past 5 years that I've lived in Alexis (another specific detail I later remembered that I was told would happen 1-2 decades ago by someone I've forgotten the identity of). After printing the document, I went to the Alexis Post Office & mailed my 'transcript information sheet' to the US Court of Appeals but asked the lady working at the post office to send my document tomorrow on 11/7/23 because that document isn't due until the 11/14 & I don't want the court to receive it before my 1st envelope.

11/10/23 Today was my niece's birthday & I once again wasn't included in the celebration/gathering with my family because of my court case being unsettled & because of being constantly violated/sabotaged/neglected. I was checking my Facebook & saw my sister's pictures that she posted of my niece & family celebrating her birthday. I was suddenly forced to speak about how I don't want to have anything to do with my parents nor sisters anymore because of their constant neglect & because they continue to outcast/isolate me while I'm being tortured/forced to live without my rights/earnings/compensation/medicines. The next picture she posted was as I was being forced to talk about (within my privacy) & was of my nephew Tucker who had a sad face in the picture. I then remembered that every detail I just listed were more specific details I was told would happen over a decade ago by someone I've forgotten the identity

of (including the picture of my nephew looking sad as I was saying that I plan to move on from my family).

11/13/23 The Department of Commerce emailed me today to notify me that they are unwilling to assist me as a victim. I also went to the library to type my 'Appellant's Brief' for the US Court of Appeals.  Within the past week (I can't remember the specific day) I was violated with mind-control technology & forced to eat (crackers) with my hands without washing them off immediately prior as my mind was intentionally blanked (a common technique used by my violator/violators). Of course, my skin is broken out now.

11/14/23 I received a letter in the mail from the 'Social Security Administration' stating that they overpaid me $70 in June of 2023 & that they expect paid back. I did not get overpaid in June. I currently receive $161 from 'SSI' each month & they are claiming they paid me $231 in June. They paid me $161 in June of 2023 not the $231 that they are claiming & my bank statement proves it. I had to call the office today (11/15/23) & notify them of their mistake. The lady is sending me paperwork to fill out instead of correcting their error herself so I will have to fill out paperwork & send it back to them when it gets here. This entire incident is another specific detail I was told would happen 1-2 decades ago by someone I've forgotten the identity of. I just remembered being told this was going to happen after calling the ssa office. I'm pressing charges for them harassing me, torturing me, causing extra stress for me & for them wasting my time.

11/16/23 My case was unlawfully dismissed as frivolous by the US Court of Appeals for the 7th Circuit. I emailed my updated evidence to disability coordinator Denise Schreck for the Warren County Circuit Court & the FBI in Springfield, IL.

- Since living in Alexis I have had my vision altered on 2 occasions while going in public. I'm now remembering (11/17/23) that I was told that both of these specific incidents were going to happen over a decade ago by Morgan Bower Ray. The first incident occurred while I was grocery shopping. I parked next to an unknown vehicle & looked next to me to see a lady who looked unfamiliar to me. She continued to look unfamiliar to me until suddenly her appearance completely changed & I noticed that it was a grade school classmate of mine, Katie Cooper. I was forced to bully Katie in grade school 1 time because of her obesity by calling her 'fat', either by a violator using mind-control to sabotage me or because of my disabilities. The next example was when I went to 1st Ave Pub in Monmouth for 1 drink (owned by legal representative, Andrew Doyle). While in the bar I was one of only 3 or 4 people. There was a man in there who first appeared to be an old man who looked unfamiliar to me. I left the bar after only 5 minutes or so & I was leaving his appearance completely changed to reveal his true identity & it was legal representative Scott McClintock or someone who appeared identical to him. The exact details of both of these incidents happened exactly as I was told they would 1-2 decades ago. The fact that my vision is being altered further proves to me that I'm being experimented on with mind-control for the protection of legal representatives with absolutely no respect to me nor my rights. I'm pressing charges on all involved & seeking justice/compensation. I'm not a toy for

corruption. I'm an innocent victim who has been constantly violated for my entire life & forced to attempt to stick up for myself as one of the worst head-injured people on the planet.

-11/22/23 While in my non-existent privacy at 304 S Scott St in Alexis I was attempting to exercise my sexual organ. I was attempting to fantasize about a potential female for my future but my mind wasn't working & instead constantly forced me to remember different body types from women of my past. The thought of a woman's body & appearance similar to stuck in my mind for this incident & during the moment an outside source communicated with my mind "should I call (the woman's name whose appearance was stuck in my head)?" using mind-control technology. Moments later I remembered that this entire incident is another specifically detailed situation (& specific thoughts) I was told I'd be put through 1-2 decades ago by someone I've forgotten the identity of.

-11/24/23 While watching a movie on tv I was communicated with by a violator using mind-control technology. I was watching 'The Girl with the Dragon Tattoo' & my violator made it sound as if Daniel Craig spoke to me using mind-control technology during the movie.

- Derek Chauvin, the murderer of George Floyd was stabbed in federal prison this week. Someone who I forgot the identity of told me that he was going to kill George Floyd & that he'd be stabbed in federal prison 1-2 decades ago. Whoever told me this was going to happen said he would survive the first time he is stabbed but wouldn't survive the attacks he's going to suffer from in the future. I'm just remembering being told this was going to happen on 11/27/23.

- I ate 2 steaks that I bought from Hy-Vee this past week. They didn't taste like beef. Instead, they tasted similar to rubber & they were greasy (beef steaks don't create grease). They were gross compared to the beef I expected when I bought them. I now remember (11/27/23) that I was told 1-3 decades ago that I was going to be sold false beef by someone I've forgotten the identity of. I've been sold this type of false beef every time I've bought a ribeye or strip since 2012. The sirloins & roasts they sell me have been good.

- 11/27/23 I received an email from the *Village of Alexis* telling me that the water is contaminated with lead & that they've known about it for over a month prior to sending me this email.

- 11/29/23 I called the Seventh Circuit for the Court of Appeals in Chicago today to request a copy of their unlawful judgment to dismiss my case so that I can send my 'Writ of Certiorari' to the Federal Supreme Court. They said they didn't have to send it to me until 1/8/24 & that I'd be getting a copy in the mail around then. My time being wasted by the legal/justice system is unacceptable & I'm going to be raising the amount they owe me in my lawsuit because of this type of constant treatment/neglect.

-11/30/23 I emailed the most updated version of this evidence to all local/federal authorities, the local news sources at WQAD 8 & my family. I have yet to hear that a 'pursuit of justice' has begun for my court case. – I was violated with mind-control technology while shaving my head

& forced to cut myself behind my ear. Being forced to cut myself with my razor on this specific night is something I later remembered that I was told was going to happen to me over a decade ago by Morgan Ray.

-12/2/23 I was attempting to watch the Georgia v. Alabama football game when I was suddenly interrogated with mind-control technology about being told that my mother attempted to have sex with one of the kids I went to grade school with while I was in high school. It upset me & I went outside to smoke some cigarettes. I missed the game & later remembered that I was told over a decade ago by someone I've forgotten the identity of that I'd miss the game because I'd be outside smoking because of being interrogated about this topic. I'm pressing charges for being harassed & violated nonstop.

-12/5/23 I submitted the fact that I've redesigned ovens, grills, toasters, microwaves, air-fryers, etc. so that their insides can be easily removed in sections & cleaned at the sink to *The Food Network.* My designs will set the new standard for the designs of cooking appliances & will make a massive positive difference for life on earth. *The Food Network* emailed me back later today & said they aren't interested in the improved designs despite me knowing they will be demanding my redesigns for their cooking appliances after I get a fair day in court & the new appliances are finished products.

-12/6/23 I've been using my smartphone to keep track of when I'm forced to ejaculate/jack-off or when I notice myself being violated/tampered-with when I exercise my penis. I write the date down & how long it's been since the last time my violators did it to me. I keep it under a note nicknamed 'DU' (down under). I didn't start keeping track of this until sometime in 2019 or 2020 despite this being something I've been forcibly put through for my entire life. It's been almost an everyday thing for as long as I've been keeping track & hasn't ever gone for more than 2 weeks. Today I just remembered that Morgan Ray said something about me keeping track of this on my phone under a note called 'DU' over a decade ago as I was being forced to listen to her about all of these things that continue to happen that she told me was going to happen over a decade ago. I'm pressing charges for being controlled/violated/harassed/raped/tortured.

-12/8/23 I ordered a pizza from the bar in town called 'The Pump House' & went up there to use their Wi-Fi to update my phone while I waited for the pizza to cook. While signing onto their Wi-Fi I noticed one of the Wi-Fi options was named "I stole your shit again". I instantly remembered being told (over a decade ago by someone I've forgotten the identity of) that someone was going to name their Wi-Fi that to harass me about being stolen from dozens of times since living in Alexis. I also am dealing with harassment with the Wi-Fi options at the house I'm renting & its name is "nocho" & am now remembering being told that they were going to name their Wi-Fi that because they initially thought I was a child molester. On the way to get the pizza a jacked up (white) truck almost hit me in my truck as they were driving down the middle of the road & that is also something I was told was going to happen over a decade ago by someone I've forgotten the identity of. When I paid for the pizza, the lady overcharged me $5. This was the 2nd or 3rd

time I've ordered pizza from the place & they overcharged me the first time also. I wasn't in the mood to argue with the lady (who gave me a poor attitude the entire time I was there) so I paid for the pizza & left. I sent the bar a Facebook message to notify them that their staff was stealing from me. – Later on that night I sent this evidence to Paula Sands for KWQC News 6. I sent her this file using Facebook messenger & I sent it to her email that's advertised on KWQC's website. Like every other message I've sent to News 6, I instantly received an email saying that I am blocked from messaging them.

- 12/9/23 My mother brought me a new vacuum worth over $200 because mine needed replaced despite me telling her I was planning on buying my own cordless vacuum. The vacuum she brought me, a 'Shark', is corded & needs redesigned because it has a couple of major faults in the design. After she gave it to me, I remembered being told by Morgan Ray over a decade ago that she would be bringing me a vacuum that needs redesigned & that she bought for somebody else.

- 12/10/23 I emailed 'Alternatives' in the Quad Cities an updated version of this evidence.

-12/12/23 I had to go to the library to use the Wi-Fi so that I could cancel my free-trial subscription to *Microsoft Word* that I've used for the past month. I decided to go to the grocery store while out of the house so I drove. I sent the most up-to-date version of this evidence to Warren County State's Attorney Siegel & their Assistant State's Attorney Kanzler while using the Wi-Fi. After backing out of the library's parking space I realized that there was suddenly a black Chevy truck right behind me. I don't remember if I looked behind me before backing out nor do I know if I backed out in front of the truck or if it coincidentally drove up behind me in that moment but I then instantly remembered that somebody I've forgotten the identity of told me 1-2 decades ago that mind-control technology was going to be used on me to force me to back out in front of a black Chevrolet truck while leaving the library after canceling my subscription & emailing the State's Attorney. – After returning home from the grocery store, I realized I forgot to purchase an item & suddenly remembered that I was told 1-2 decades ago by someone I've forgotten the identity of that I would be forced to forget the item with mind-control. When I returned home, I also forgot that I left a topic out of my email that I sent to the Warren County State's Attorneys & emailed them from my phone as I wasn't functioning well because of my anger about being disabled nonstop. At the end of the email, I reminded them that I am FURIOUS, LIVID & IRATE. I then instantly remembered that I was told 1-2 decades ago by someone I've forgotten the identity of that I'd be sending them an email ending in FURIOUS LIVID & IRATE which further proves that I'm being constantly violated with mind-control technology. I'm pressing charges & expecting justice/compensation. I'm attempting to be a billionaire, the owner of companies, a farmer & hoping to be a father & husband so having my personality & respectability sabotaged by a John Wayne Gacy-type violator nonstop is not tolerable for me whatsoever.

12/14/23 I experienced another incident that I was told was going to happen 1-2 decades ago by someone I've forgotten the identity of. I sat down on the toilet to pass my bowels & was forced to urinate on myself, my clothes & the floor. Because I was told this was going to happen to me 1-2 decades ago on this specific day as specific thoughts were crossing my mind that I was told I'd be thinking about (by the same person long ago) I believe I was forced to suffer from this incident by my violator/violators who use mind-control technology.

-12/15/23 I sent Mick Kaywood a message on Facebook giving him access to this evidence because I owe his uncle an explanation for my behavior while working for him & because Mick is involved in a couple parts of this evidence. Mick is who called me 'Rudolf' in high school & as soon as I sent him the message my nose grew a massive bright red pimple on it. This same torture technique was used on me in high school & again in college when my memory reminded me of why I have anger involving Mick. Me getting this zit when I sent him this message is another specific detail I was told I'd be put through 1-2 decades ago by someone I've forgotten the identity of. I'm pressing charges.

-12/16/23 Amazon sent me the wrong item when I had to order new boxers because someone broke into my house & destroyed several pairs of my boxers & long johns. Amazon sending me the wrong item is another specific detail I was told they were going to do on purpose 1-2 decades ago by someone I've forgotten the identity of. I'm pressing charges.

-12/18/23 I went for a short run at night & while I was gone 1 of my dogs chewed up my house slipper. I had just finished exercising in the garage & needed to urinate but went ahead & ran a mile before going inside. When I arrived back at home & realized my slipper had been chewed up, I suddenly remembered being told 1-2 decades ago by someone that I've forgotten the identity of that if I didn't go inside & urinate before going on the run that they were going to make my dog chew up my slipper using mind-control technology.

-12/19/23 At 9am in the morning a man showed up banging on my door without prior notice being given to me. He claimed he was working for Porter Hayes Insurance & that he needed to take a picture of the roof. Once he left, I suddenly remembered that someone told me he would be showing up 1-2 decades ago on this specific day (while I had court scheduled in Warren County). Later in the day I was checking my Instagram account & looking at who follows one of my younger cousins. I clicked on a young lady I went to high school with named Katie Kaywood Risley & instantly shit myself with diarrhea. Me getting diarrhea while looking at Katie's setup on Instagram was another specific detail that I was told I'd be put through 1-2 decades ago by someone I've forgotten the identity of.

-12/20/23 My dog Orwell escaped today & him doing so was another specific detail I was told that was going to happen over 1-2 decades ago by someone I've forgotten the identity of. Whoever told me this was going to happen told me the neighbor's tar-paper was going to blow off their roof into my yard & that I'd have to pick it up & put it into the garage they are building

which happened a day or 2 prior to this. After Orwell escaped, I remembered them telling me they were going to make him escape while the neighbors were outside because of having to pick up their tar-paper.

-12/21/23 I submitted this evidence & my news story idea to CNN.

- This entire week I've noticed someone tampering with my water heater so that I cannot take hot/warm baths. This is the 2nd or 3rd place I've lived at that has had a water heater that gets controlled by someone on the outside using technology to not allow me to comfortably bathe.

-12/24/23 I took a picture of my face because it had over 30 scabs from acne on it despite me living clean. I took a picture of my destroyed face & sent it to my mother who responded that it looked as if I was attacked by bugs. The day before I was forced to talk to my interrogators who use mind-control technology to interrogate me about how when I was attacked by separate attackers when I was a kid. 2 separate kids attacked me by punching me several times while I was attempting to play football but I was told I'd go to prison if I fought so I took their punches without a reaction & waited for them to stop punching me while ignoring them. While being interrogated I said I "they were like little mosquitos & I just shoed them away like the pests they were" because that is what I did. My mom's response is 1 of her techniques that she continually uses that makes me think she has access to the surveillance of me getting spied on. My face being broken out & me taking a picture of it on my smartphone on Christmas Eve of 23' is another specific detail I was told would happen 1-2 decades ago by someone I've forgotten the identity of.

-12/25/23 Late at night I sent an internet message to Brenna Kessinger Potash & Caroline Prince giving them fair warning that I listed them with the respondents that I'm petitioning the Federal Supreme Court with. I sent them this evidence as an explanation. When I sent the message, I forgot that it was Christmas & sent a 2nd message apologizing for sending them that message on Christmas. Today (12/26/23) I remembered that sending them this message on Christmas is another specific detail that I was told would happen 1-2 decades ago by someone I've forgotten the identity of.

-12/28/23 I read a news headline on 'Google News' saying that Illinois' point guard, Terrance Shannon, was charged with rape & kicked off the team. This specific incident is another example of something I was forced to listen to Morgan Ray tell me was going to happen over a decade ago & then instantly forgot until just remembering after reading the article. - Today I suddenly got a zit on my earlobe & later remembered that this is another specific detail I was told I'd be forced through 1-2 decades ago by someone I've forgotten the identity of.

-1/1/24 Just after midnight I let my dogs out for a couple of minutes. I was in the middle of my workout using my Bowflex Revolution XP (an invention that I specifically designed as a small child) when suddenly one of the rubber pieces broke. The distraction caused me to stop paying attention to my dogs for a moment & my dog Orwell escaped the fenced in area. Just after

Orwell showed back up to the house, I remembered being told 1-2 decades ago by someone I've forgotten the identity of that my Bowflex would break & Orwell would run away just after midnight on New Year's 24. – I drove to Hy-Vee in Galesburg to pick up my groceries in the morning. When I arrived there the store had several police vehicles outside but I was able to pick up my groceries from the aisles online department & leave. When I returned home, I read on the news that there was a bomb threat & then instantly remembered that Morgan Ray told me that there was going to be a bomb threat at Hy-Vee on New Years Day of 2024 over a decade ago.

-1/2/24 I reordered another set of boxers online using Wal-Mart's website after being sent the wrong item from Amazon & then remembering that I was told I'd be intentionally sent the wrong item over a decade prior. I received the exact same wrong item from Wal-Mart today & was once again forced to waste my time contacting their customer service to return their mistake. After receiving the wrong item, I remember being told 1-2 decades ago by someone I've forgotten the identity of that I was going to reorder the same boxers (which I did) & be intentionally sent the wrong item again. After I repackaged the boxers, I remembered that I was asked how I would design boxers & that the boxers I've ordered twice now & been sent the wrong item are the exact design suggestion I made during my childhood. I also remembered being told that I would order them multiple times using internet shopping websites & be sent the wrong item intentionally & that if I wanted those boxers that I suggested the design of that I'd have to order them from JC Penny's website. I remember when I suggested the designs & the color (blue) that my personality was sabotaged by my violator who uses mind-control technology to violate me & forced to say I wanted them designed in blue to match my eye color. – I received a letter from the Warren County Courthouse today saying I owe them $70 for a dog tag that costs less than $3 so that I have proof my dog has been vaccinated with rabies (while me & my dogs are under constant unlawful surveillance). I told them I have my own dog tag but they said since I took her to the vet for that vaccine that I have to pay the $70 for her dog tag. I've been constantly violated with the nation's highest crimes for over 3 decades & am having millions if not billions of dollars stolen from me while being unlawfully punished & held hostage on a low-income disability check without my rights, compensation, earnings, medicine & justice but they continue to threaten my freedom/rights & unlawfully charge me with money & punishment for petty topics that I would destroy them in court about. I'm pressing charges against them & suing them for their constant hypocritical disrespect & neglect.

-1/3/24 I went to Dollar General to buy my groceries for the month this morning. While checking out I found an envelope full of cash next to the register. I didn't count it but it appeared to be full of big bills & looked like it fell out of somebody's pocket. I gave it to the lady working behind the register & told her I found it. After I turned it in somebody I went to high school with walked through the door & I suddenly remembered being told 1-2 decades ago (by someone I've forgotten the identity of) that I was going to find money & see that specific kid from the high school at Dollar General on my sister's birthday (today). These incidents continue to prove to me that my surroundings/local authorities/etc. are all in on neglecting me as I'm being violated,

tortured, poisoned & stolen-from. – I sent the Mercer County Illinois State's Attorney & Sherriff's Department an email with this evidence & an explanation to them about how they unlawfully put a protection order against me for William Johnson after he attacked me. I also informed their Sherriff's Department that I've been being violated nonstop while living in Alexis & continue to go neglected by my local authorities.

- 1/5/24 I was looking at my neighbor's garage they are in the process of constructing through my window today & was violated with mind-control technology & forced to speak exactly what I was told I'd be forced to speak about 1-2 decades ago by someone I've forgotten the identity of. The roof was being put on their house & I was forced to talk about the roofing process & suggest that 'drip-edge' be renamed to 'wind-edge' so that people don't forget to put the drip-edge on after the tar paper. After/while talking to myself about it I remembered being told I'd be saying every detail that I was forced to talk about 1-2 decades ago. I'm pressing charges for being constantly violated/neglected. – I watched the news today & saw a news story about a man named Joshua Peters who stole a car & drove it into the river with the 70-year-old victim in the car. The wreck killed the victim & I remembered being told over a decade ago by Morgan Ray that this was going to happen. - During the Blackhawks game tonight Conor Bedard fractured his jaw. On 1/4, while in my privacy, I was being interrogated with mind-control technology about when Patrick Gavin violated my anus by attacking it with his hands behind my back during a game of basketball. When Patrick did that to me, I reacted to it (while in a coma state of mind) by very lightly kicking him in his groin region (with no force at all). While being unlawfully interrogated I stated that if I wanted to hurt him that I would have broken his jaw or nose or eye sockets or knocked his teeth out but I didn't hurt him & he ran off & made up a false story to his mother about his innocence & me being guilty so I got in trouble instead of him (I was so hurt that I couldn't talk & in shock so I took punishment from his mother despite being an innocent victim). Me being interrogated & Bedard fracturing his jaw during the next game is something I later remembered that I was told would happen 1-2 decades ago by someone but I've forgotten who told me.

- 1/9/24 I emailed this evidence & a brief explanation of my court case to Monmouth Illinois' Mayor Davies.

-1/11/24 I spent most of today sewing the quilt I have laid down on the carpet in the rental house I'm in. While sewing I noticed a wine-colored Dodge Ram drive by a couple times & it stopped in front of my house for a moment. After this happened, I remember being told 1-3 decades ago (by someone I've forgotten the identity of) that I'd be sewing this quilt (which was one of my idea suggestions for dog owners (it's cut up & sewn together denim from jeans on 1 side & a fabric on the underside) & this truck would be driving by. Now that it's in the evening & I'm having time to update this evidence with what new information I remembered today. I was updating the fact that Drew Robertson used to pick his boogers out of his nose with his tongue & my dog, Poe, started puking instantly when I began writing that Drew used to do that. As she was puking, I remember being told 1-3 decades ago (by someone I've forgotten the identity of) that

my dog would start puking when I wrote down this fact about Drew on the same day as I was sewing my quilt (it was a technique of his to torment me by being disgusting & acting like he enjoyed it).

-1/14/24 I was lying in bed thinking about a model who Instagram showed me when suddenly my mind was violated with an intrusive thought of one of my rapists & I was instantly forced to ejaculate. This incident is another specific detail I was told would happen 1-2 decades ago by someone I've forgotten the identity of & a technique that has been used on me repetitively & often for over 2 decades.

-1/15/24 My dog's (Orwell) ear became infected suddenly. I called the vet to see if they'd be willing to prescribe me an antibiotic for it without me having to take him in (I can't afford to take him to the vet) & they turned me away. After I called the vet, I suddenly remembered that both, my dog's ear becoming infected on MLK day & the vet turning me away are more specific details I was told I'd be put through 1-3 decades ago by someone I've forgotten the identity of. I remember being told that my violators would give Orwell an infection every time he escapes from his fenced in area. I'm a major contributor to the pet/dog industry but am being held hostage & stolen-from so that I can't afford a vet bill & that fact isn't tolerable.

-1/16/24 I wrote President Donald J. Trump on his website to provide him with a brief description about my court case & designs in hopes that I will get a fair day in court & possibly the opportunity to improve on his designs for his investments/assets.

-1/17/24 I filed a complaint with the Illinois Guardianship & Advocacy Commission about being violated & neglected for my entire life.

-1/19/24 I drove to the courthouse in Monmouth so that I could print my 'Writ of Certiorari' for the Federal Supreme Court. While there I remembered that the music that was being played in the office was music I was told would be being played in there over a decade ago by Morgan Ray. When I left the courthouse to take my 'writ' to the post office to mail to the Supreme Court in Washington D.C. my truck's battery drained because of the cold weather & wouldn't start. I had to walk to the post office to mail my writ & having to do so is another specific example that I later remembered I was told would happen over a decade ago by someone (I've forgotten who). I showed up to the post office just before it closed & started to mail my box of over 500 pages to D.C. when I realized I needed to staple the stacks of papers again & that is another specific example of something I was told would happen over a decade ago by someone (I've forgotten who). As I was stapling the stacks of papers back together just after closing time at the post office the ladies working let Lisa Gavin in the office so that she could mail something despite it being just after closing time & seeing her is there just after closing time is another specific example that I was told would happen over a decade ago by someone (I've forgotten who). I then had to call my uncle to drive to town to jump start my vehicle to get it out of the courthouse parking lot & so that I could get home & that is another specific detail I later remembered that I

was told would be happening over a decade ago. When he showed up there was a truck on each side of me so we attempted to hook my jumper cables to his jumper cables but the effort didn't provide enough current to my truck to start it. After 20+ minutes of attempting to jump my truck using that method 2 ladies left the restaurant next to the courthouse & drove off in the truck next to me & those 2 ladies leaving in that specific truck's make/model was another specific detail I was told would happen over a decade ago by Morgan Ray. Once he could pull beside me & use just 1 pair of jumper cables my truck started & I drove to 'Dollar General' before leaving town to purchase a few groceries. While at 'Dollar General' I saw 2 specific customers buying 2 specific items & seeing them buying what they were was another specific set of details I was told I'd be witnessing over a decade ago by someone (I've forgotten who). - All of these details continuing to happen further proves my surroundings guilty of organized crime/neglect in my lifelong court case.

- 1/20/24 I went to my nephew's wrestling tournament at Rockridge today with my sister's family. Several of the details from today were more specific details that I was told would happen over a decade ago by someone (I've forgotten who) (i.e. who he won & lost to, how he lost, him letting a kid get up who he eventually lost to, people in the crowd & their actions, how much I spent at the concession stand, the girl who got hurt in her match & seeing her in the stands, my niece dropping her hair band on the floor then putting it in her mouth after I watched a mother drop her babies pacifier on the ground & then the baby having it in its mouth the next time I saw them at the concession stand, & having to use my smartphone to chat with Walmart about a refund they owe me for the 2nd time after having to return an online order to them because of them shipping the wrong item (& them shipping me the wrong item was another specific detail I later remembered being told would happen over a decade ago by someone (I've forgotten who). Another detail from the day that was another detail I was told would happen over a decade ago by someone (I've forgotten who) was when I was talking to my nephew: Because of being violated, neglected, sabotaged, set-up & poisoned nonstop I don't get to be around my family much. I'd been thinking about getting ahold of my nephew (who lives blocks from me) & telling him that he can always call or text me if he wants to talk or have my company (go for a run, play catch, exercise, etc.). I decided against saying this to him because of the fact that I'm considering suicide in self-defense if I'm not given a fair day in court this year. I made this decision to not make this offer to him while verbally communicating 'out-loud' at home while being blatantly interrogated by those who use mind-control technology to violate me. While at the meet & talking to him I was forced to tell him that he could always call me by my violators who use mind-control technology to violate me. - When I returned home from the tournament, I noticed that my sewing needles had been moved from where I left them before leaving for the day & later remembered that someone (I've forgotten who) told me that they were going to come into my house while I was gone & move my needles over 1-2 decades ago.

- 1/22/24 After finding a 'criminal complaint' form meant to turn into the Federal District Court on the us.gov website I called the District Court of Rock Island & asked them if I could schedule

a time to swear in my complaint in front of a judge or magistrate judge but the lady that I spoke with told me I wasn't allowed to do that & that criminal complaints have to be turned in by the US Attorney. I emailed the US Attorney's office to provide them with my complaint/evidence & a brief explanation of my case/situation. I then called their office in Rock Island to confirm that they received my email. The lady I spoke with directed me to the office in Springfield because it's the office associated with the email so I called the office in Springfield & the lady (named 'Sarah') told me she needed to confirm with her coworkers so she took down my information & said she would be calling me back. - I emailed Warren County Circuit Court Clerk & Disability Coordinator Denise Schreck asking to schedule me a date/time to swear in my criminal complaint. I then called her to confirm she received my email & asked her to coordinate with the State's Attorney to let him know that I need to swear in my criminal complaint to get my case before a judge. She said she would. - My awning over the front porch of the rental house I'm in collapsed today & this detail is another specific detail I was told would happen over a decade ago by someone I've forgotten the identity of. - My mother had to pay for my vet bill when my dog, Orwell, got an ear infection. This is the 4th or 5th time she's had to pay the vet bills for me since moving to Alexis.

- I recently watched a television show called 'No Gamble No Future'. The show watched professional poker players play No-Limit Texas Holdem's largest televised game. I'm nearly positive that all of the hands were an exact reenactment of a game of online poker I played years ago. It was a 6-show series over a 3-day period of them playing for over $1 million per person. When I recorded the last show, it didn't show their last hour of play as advertised but instead showed another game of poker with other players. I later remembered being told that they were going to not show me the last show & that they were going to be reenacting an online game from my past to prove to someone that I had poker mastered at a higher level when I was a child than the professionals do who play professionally today. The show saw the largest pot of televised poker history & I remember them telling me over a decade ago (I don't remember who told me) which 2 players would be involved in the pot.

- 1/24/24 I called the Warren County State's Attorney's office to notify them that I'm attempting to file a criminal complaint & that I once again emailed them my complaint. I asked them to schedule me a date/time to swear in my complaint but wasn't responded to. The lady told me she would notify the State's Attorney that I called & emailed but when I asked if I could schedule a meeting to swear in my complaint, she said that they weren't willing to schedule a meeting with me. - The Federal Supreme Court emailed me to notify me that they filed my case in their system. - I noticed my bathroom sink had seemingly began to leak today. I ran the water to see where the leak came from & watched the pipes/fittings but saw no water leaking & none of the pipes/fittings were wet. I let the landlord know & he came to fix it the next day but I'm writing this down because I later remembered being told 1-2 decades ago by someone (I've forgotten who) that this was going to happen & that it was going to be caused by someone breaking into the house & vandalizing. - Just before the sink started leaking, I dropped a needle down the drain

& later remembered that I was told I'd be dropping the needle down the drain 1-2 decades ago by whoever told me someone was going to be breaking into the house to vandalize.

- 1/25/24 I called The Office of the Governor J.B. Pritzker today to ask if I could file a complaint with their office after being directed there by the Illinois State Police website. I asked the lady I spoke with for an email so that I can send this complaint to them & I sent it to them after our call ended. After sending the email I remembered being told that I would be sending my complaint to the email address they gave me 1-2 decades ago by someone (I don't remember when). - In the afternoon I decided to go to OSF Prompt Care in Galesburg because a rash developed on my skin & I'm dealing with pain near the rash. A doctor saw me with the last name 'Poofbeetle' (or something similar). She told me I have shingles & prescribed me a medication to pick up from the pharmacy. Before I went to the doctor, I found over a dozen beetles in my house & later remembered that someone told me 1-2 decades ago that I'd be going to Prompt Care for shingles & that my doctor would be named something-'beetle' after finding beetles in my house. I also remembered them telling me that I'd be turned away at Walgreens because they don't accept my insurance 'Aetna'. I was turned away at Walgreens Pharmacy & had to go to Hy-Vee's Pharmacy where they told me I'd have to drive back to Galesburg the next day to pick up my medicine. The people that were behind me in line at both Walgreens & Hy-Vee were the exact people I was told would be there over a decade prior by Morgan Ray (a husband & wife with a wrap around the man's wrist/hand (Walgreens), a guy wearing St. Louis Cardinals apparel (Hy-Vee) & while walking into Walgreens there was a guy with a massive lump on his neck (I was told he would be there with a lump on his neck also)).

- 1/26/24 I had to drive back to Galesburg to get the prescription I was prescribed yesterday. On the way there I accidently blew a stop sign because of not being able to see the stop sign in the fog & later remembered being told that was going to happen to me 1-2 decades ago by someone (I've forgotten who). When I picked up the prescription, I was told it would be given to me for free but I was charged $13.20 out of my last $14 that I was planning to use to go watch my nephew wrestle & remember someone telling me (I've forgotten who) 1-2 decades ago that they would be taking all of my money so I couldn't go to watch him. - I emailed 'California Forever' a list of my improvement suggestions/designs/design-plans because I read they are going to design build a new city for California soon. - I was forced to send this file/evidence to old grade school classmates because of still being neglected/denied my rights/justice to raise awareness about being violated nonstop (Shane Andrews, Matt McGuire, Clinton Schreck, Renee Ischer, Chelsie Young & Emily Elliot).

- 1/27/24 I sent this file in an email to Warren County Sheriff Martin Edwards from my phone with a brief description of why I need a fair day in court & then called the sheriff's department to leave a message for him to expect my email. - I sent this to fellow local community members to hopefully raise enough awareness to get a fair day in court: A.J. Cox, Matt Greenleaf, Adam Robinson, Gina Sandburg (Long), Jake Sottos & Eric Hull. - I never received a response in the

mail from the Federal District Court & am now remembering that I was told over a decade ago by someone (I've forgotten who) that it wouldn't be reaching my mailbox.

- 1/29/24 I walked to the library to print out my response to the Federal Supreme Court after receiving mail notifying me that I need to serve all of the respondents. I had to remind the court that I'm waiting on permission from the court (I'm going to be charging the respondents for the fee to serve them) & a completed investigation before being able to serve the respondents because I cannot afford to do so while being violated/neglected/held-hostage without my rights. When I went to the post office to mail my response there were 2 gentlemen in there & one of them was feeding the lady working at the post office candy (the details I just shared about the candy & the 2 gentlemen that were in there was another specific detail I later remembered being told would happen over a decade ago by someone (I've forgotten who)). - I realized (on 1/31) that I forgot to sign the response that I mailed into the Federal Supreme Court & remembered that I was told over 1-2 decades ago that I would forget to sign it by someone but I've forgotten who. - My razor's head fell off the razor's shaft while I was shaving today & went into the bathroom drain. I later remembered (on 1/31) when I retrieved the head from the pipe that I was told 1-2 decades ago that I'd be losing the razor's head down the drain a couple days after losing the needle & that I'd figure out how to properly fix the drain pipe while retrieving the razor. I figured out how to put the drain pipe back on while doing so, just as they said I would.

- 1/30/24 I went to the OSF clinic in Monmouth to establish with a new primary care doctor, Dr. Kusler. After describing my symptoms to me he immediately told me he wasn't willing to prescribe me the medicines I need to eliminate my symptoms. & that I "wasn't a good fit" for him as a patient. He also went along with misdiagnosing me as a paranoid schizophrenic when I do not have paranoid schizophrenia & am a victim who has been constantly violated for over 30 years who has been forced to live my entire life without the justice, rights & protection I'm entitled to who also has permanent damage from head injuries. Just before going to the doctor & while in my nonexistent privacy, I was forced to talk to myself (& with those who have me under illegal surveillance) about how I forget to tuck in my shirt because I'm not used to having clothes that don't fit. I was also forced to talk about how when I was a kid I lied to my mother & told her that I was sick so that I could skip school a couple of times. When I did, I'd heat up the thermometer when she would take my temperature by causing friction with my hands. When I went to the doctor's office today the lady who put the device on my finger to check my pulse oxygen level said the device wasn't working & that I'd have to rub my hands together to warm them up enough to get it checked. Then the doctor told me I could go to my nephew's junior high wrestling match if I tucked in my shirt. I don't know for fact that I was violated/harassed at the doctor by him & his nurse but this is the type of harassment I deal with nonstop while being constantly misdiagnosed/sabotaged/violated & harassed while under constant illegal surveillance as a disabled victim/contributor. If they were in on spying on me within my privacy I am pressing charges against them. If they are innocent, I am pressing charges on those who violate my privacy by interrogating me with mind-control technology & by spying on me in my

nonexistent privacy that I'm supposed to have to myself. While in the doctor's appointment Dr. Kusler attempted to tell me it's not my right to have access to the only medicines that eliminate my symptoms. He also said he doesn't agree that I need medicine for my skin that has broken out with acne every day for over 2.5 decades (instantly proving to me that he would rather me suffer from treatable symptoms than give me the medicines that treat my symptoms). His exact words were "I don't agree that you need antibiotics for your skin" when I never said the word antibiotics throughout our entire conversation. When I reminded him it is my right to have access to the medicines that eliminate my symptoms, he accused me of calling him a "horrible person" & I never commented on him as an individual throughout our entire conversation (he must be mentally disabled). I went to him with only complaints about medical symptoms & not mental health symptoms but he attempted to tell me I don't have the right to medical treatment & that I need mental health treatment. I agree with what he said that "we aren't a good fit" & don't believe he should be allowed to be my doctor after how he refused to respect my rights as a suffering patient but I don't have the time nor resources to be passed around from primary care doctor to primary care doctor to never be given the medicines I'm lawfully entitled to as a patient suffering with treatable symptoms who is being denied the only medicines that treat the symptoms. At some point during our conversation the doctor told me if I "want medical treatment then I need to move". The constant trash/waste I deal with while attempting to be honest with doctors who make me listen to their excuses & refusals to respect my rights is no longer tolerable & I will be pressing charges & suing in court for the medicines I need to function, not suffer & be presentable. - My mother had to pay for my gas to get to OSF & to be able to go watch my nephew wrestle in Aledo.

- 1/31/24 I had to go to the OSF lab to get my blood drawn & to give a urine sample for tests that Dr. Kusler ordered yesterday. While in there I saw a Mr. Whitman & remembered that 1-2 decades ago someone (I've forgotten who) told me I'd be in the lab getting tested & see that specific man. My mother had to pay for my gas to get home from OSF.

- 2/2/24 I called Warren County's Animal Control to ask if there was any help available for me since I cannot afford to pay for a vet while being held hostage on a low-income disability check without my rights/earnings/justice (& while still being violated) & all 3 of my dogs are dealing with infection (2 of them have an ear infection, 1 of them with an ear infection also has a yeast infection & the other 1 has a urinary tract infection). They didn't offer me any help & instead interrogated me about who gave my dog's their shots. I'm pressing charges & suing for my dogs & I. - Today I remembered that I was told the news headline involving the 3 Kansas City Chiefs fans who died was going to happen over a decade ago by Morgan Ray. - I called the Federal Supreme Court Clerk to get confirmation that they received my response that I sent them about serving the opposing parties. When you call them, they have you leave a message & then return your call. They returned my call while I was at 'Dollar General' & I later remembered being told over a decade by someone (I've forgotten who) that they would be calling me back while I was at 'Dollar General'. During my conversation with them I had to remind them that it's my right to

know the facts of a completed investigation before serving the parties & that I'm being neglected by the legal & law enforcement systems as a victim. I also had to remind them that it's my right & plan to get the court's permission to charge the opposing parties for the costs to serve them prior to me having to serve them because I cannot afford to serve them while being held hostage without my rights, earnings, compensation, justice, equal protection & equal opportunity. The lady attempted to lie to me & tell me that the court doesn't allow the victim to charge the violators with the costs before telling me the court would review my response & send correspondence back. She then promptly hung up the phone without giving me confirmation that they received my response when that is what I asked for in my conversation with her & in the initial voice message I left with the office. I'm pressing charges for continually being mistreated & disrespected as a disabled victim who is going neglected while being forced to live without the rights, justice, representation etc. that I'm entitled to. I struggle to communicate & all of this is high-stress for me under these circumstances (which makes being forced to live without the medicines I need worse on me both mentally & physically). I later remembered that the 1st time I had to call the Federal Supreme Court's office & leave a message for them to call back also included details I was told would happen over a decade ago by someone (I've forgotten who). I had my dogs in the bathtub & was sitting on the toilet passing my bowels when they called back & I remember someone telling me that's what I'd be doing the first time they called me back.

- 2/3/24 I sent the 'ARC of the Quad Cities' an email (including this file) with an explanation about my lifelong court case & the fact that I'm getting neglected by the legal, law-enforcement & medical systems. - I watched the woman's Iowa Hawkeye's play Maryland on Fox tonight. Yesterday or the day before I was talking to myself while my mind wasn't working (or was being forced to talk with mind-control technology by my violator/violators/interrogator/interrogators) & mentioned that I used to have a t-shirt from ESPN that had a bunch of phrases on it that their broadcasters used to say. I mentioned remembering the phrase "cooler than the other side of the pillow". The commentator said the same phrase, "cooler than the other side of the pillow" during the Iowa game tonight & I don't believe it was a coincidence. I believe the commentator was reminding me that I'm under constant surveillance & I've dealt with this exact same type of interaction while watching tv & using the internet (constantly) for my entire life. - Another example of something like this that happened within the last 2 days was while I was attempting to think of the lady who used to work at Bridgeway when I was forced to go there named Amanda. She was working as the mental health professional at the Knox County Jail when I was wrongfully forced to live there too. I was hoping I could find her last name on the internet so that I could email her this document thinking she might be able to get me a fair day in court. While I was trying to think of her last name, I remembered something from my past that I thought I needed to document in this file (but later realized I had already written my testimony about it). I thought I needed to write down how I was forced to burn my face with my pocket knife before going to my probation meeting at the Warren County Courthouse with Mr. Bockleman. I realized I already wrote it down so I switched back to attempting to locate Amanda on the internet & tried finding her on Facebook. When I tried looking her up the first person I was shown Mr.

Bockleman's wife (named Amanda). Once again, I don't believe this was coincidence & believe I was being controlled/violated with mind-control technology simultaneously while Facebook was being tampered with to coincide with me & my internet use. I'm writing about this incident because it's the type of scenario I've dealt with while using the internet & watching tv on a near daily basis for my entire life. I'm not a schizophrenic nor a paranoid schizophrenic despite having been misdiagnosed as both (I have brain damage & have been constantly abused/neglected for my entire life while constantly being plagued with scenarios similar to this, intentionally, by my surroundings). I function far better & seem a lot more normal when I have the medicines I need.

- 2/4/24 I watched the rodeo that was on CBS this morning for a few minutes. They ran a brief introduction to one of the rodeo cowboys. The introduction to him was filmed at his house & showcased him & his young family (wife & son). While watching the introduction to him I suddenly almost cried. I later remembered being told over a decade ago by someone (I've forgotten who) that I'd be watching the rodeo's introduction to this guy & suddenly almost start crying. - I went to 1 doctor's appointment within the last week & he scheduled me a blood/urine test & an ultra sound because I have an infection. For those 3 appointments I've been texted over 7 times & sent over 7 emails. I believe the constant contact was intentional harassment.

- 2/5/24 I emailed this document in a 'Disability Rights Complaint' to IL Attorney General Raoul. I had to go to the library to use their spell-check & wi-fi. While there the ladies within the general public started talking about Sheri Creighton (Justin Creighton's mother (Justin is who was raped with me & who died the next day because of neglect). I then went to get an ultrasound at the hospital & afterwards went to the grocery store on the way home. At the grocery store I ran into my cousin Katie Mahoney & briefly spoke with her. While talking with her she informed me her sister Megan had to buy a new car after her car was totaled. The ladies in the library talking about Mrs. Creighton, me going to get an ultrasound & seeing Katie at the grocery store & her telling me Megan had to buy a new car after her car was totaled all were details that I later remembered being told would happen 1-2 decades ago by someone (I've forgotten who told me). - I sent this document to the Warren County Victim advocate using her email & called her to confirm that she received my email.

- Within the past week I was forced to talk to myself within my privacy & what I said was another example of something I was told I'd be saying 1-2 decades ago by someone (I've forgotten who). "If X date rapes a victim but doesn't have sex with the victim & Y has sex with the victim while knowing the victim is date raped it means that the victim is the victim to both X & Y". That is the situation I've been put into multiple times as a victim now.

- I'm now remembering that sometime since I've been living in Alexis I was forced (with mind-control technology) to message Drew Robertson using internet messenger & say "you should bring your kids to play with my nephew".

-2/6 I went to the dentist today & another specific example occurred that I was told would happen 1-2 decades ago by someone (I've forgotten who). The lady that has been cleaning my teeth for the past few years continues to remind me of my mother when she was at her worst & was nothing but abusive in my childhood. I used to wonder if my mother was being violated with mind-control technology & forced to abuse me & the rest of my family & believe the lady at the dentist is a potential suspect because she reminded me exactly of my mom when my mom was acting horrible. - I went to my nephew's junior high wrestling match & the night was full of more details I was told would happen over a decade ago including the details from the matches of my nephew's 0-2 night & the exact details of riding to & from the match with my sister & her family. I found out my dad (who hasn't communicated with me in around a decade) has cancer by listening to someone else's conversation & that is another specific detail I later remembered being told would happen over a decade ago by someone (I've forgotten who). After Clayton's 2nd loss I was violated with mind-control technology & forced to tell my sister that I was the best & strongest athlete as a kid & that she should let me work with him. Me being forced to tell her this & her response were more specific (& exact) details I was told would happen 1-2 decades ago by someone (I've forgotten who). I later remembered that whoever told me all of these details were going to happen also told me that my youngest nephew, Cal, was going to bump his head after the game while playing with Carlie & he did. After Cal hit his head, I was violated with mind-control technology & forced to tell my sister that he hit his head (when he didn't hit his head hard but was crying). Me being forced to tell her & her exact response are more specific details I was told would happen 1-2 decades ago. When I returned home from the incident I was violated with mind-control technology & my violator used the technology to control my brain & force me to talk & have another conversation with myself & my spies/interrogators/audience as my violators controlled every word I said. The details of the conversation were more exact details that I was told I'd be saying 1-2 decades ago by someone (I think Morgan Ray told me but I'm not positive). I was forced to complain about Logan Weir, Bobby Downs & others getting to be healthy as I continue to get poisoned/violated nonstop. I was forced to say that they "walk around like they are God's 'green earth' " when I don't think they do because I've never been around them before. Being forced to say that exact phrase is what someone told me I'd be saying but I can't remember the conversation nor who said that because of my damage from my head injuries. This is another example of many that prove my violators constantly sabotage my personality/respectability.

- 2/7/24 I sent a complaint to the email their OSF's website directed me to. The complaint included this document & my complaint to them about being neglected as a patient by their healthcare staff (Dr. Val, Dr. Kusler & the rest of the staff I've been seen by).

- 2/8/24 I called OSF in Monmouth to let them know that my insurance changed because they asked me to notify them when it changed. The lady who answered my call was extremely difficult (seemingly intentionally, as if she was attempting to get me to snap on the phone) & acted offended that I called. While on the phone she called me Kent, my father's name. I later

remembered being told over a decade ago that she would be difficult with me on the phone during this call & that she'd call me by my father's name by someone (I've forgotten who).

- 2/9/24 I purchased an anti-choking device from the internet & remember being told that I might be buying one of these over a decade ago by someone (I've forgotten who). I've choked my entire life & not having one of these for the past 28 years was a neglect crime that I'm pressing charges for. I might have suggested this device's design & that it begin being produced but I cannot remember for certain. - Late at night I was watching the movie 'Wanted' & remembered more testimony I'm being forced to write down & remembering it while watching this specific movie is an example of another detail that I was told would happen 1-2 decades ago by someone (I've forgotten who). I remembered that sometime within the last couple years that I threw a rock at my dog Orwoe (a male) while I was out in the garage because he kept licking my dog Poe. When I through the rock the rock curved over a yard to hit Orwoe & I'm now remembering that incident was another specific detail I was told would happen 1-2 decades ago by Morgan Ray (in the movie 'Wanted' they curve bullets while shooting handguns & know that remembering this while watching it wasn't a coincidence). I then remembered that I started watching this same movie last week for a brief moment before shutting it off to go to the bathroom just as Madam Angelina Jolie was naked. When I shut the movie off, I was forced to say "that was my favorite part of the movie" by a violator using mind-control technology & remembered being told 1-2 decades ago that I'd be forced to shut it off to go to the bathroom & then say that by someone (I've forgotten who). I also remembered 2 more incidents that happened while shooting since living in Alexis that I was told would happen 1-2 decades ago by someone (I've forgotten who). I believe I chose to make both of these shots that I'm getting ready to write about & someone who watched me shoot as a child knew about my accuracy & predicted these incidents knowing the situation I'm in to aggravate me by forcing me to write unnecessary testimony about how they violated me by predicting my future (proving them known neglectors) instead of only being forced to write testimony about when I get violated with technology. The first shot I was told would happen was while I was in my kitchen getting ready to leave out of my back door & I shot my dog who was 10 yards away in the other room with a rubber band & it hit my dog between his eyes. The 2nd shot I was told would happen was while I was punishing my dogs for pissing in the house & chose to shoot each of them with my sling-shot & tape balls (I have metal balls wrapped in painters tape that I use to shoot them with as punishment occasionally). I shot my dog with a precise shot that grazed her nose & hit her ear. There efforts to further disturb me by forcing me (as a disabled victim being constantly violated) to write testimony about my own actions that they predicted were a success. They might have used mind-control technology to force me to make the actions of shooting them each time but those are actions I would've done myself & I make those type of accurate shots regularly so their efforts to confuse me about my own free will & individuality are more violations to me & I'm pressing charges. - Tonight I remembered another violation to me that happened since living in Alexis that I forgot to write down. I check 'Instagram' regularly (because it was a suggestion of mine for the website that continues to showcase ideas/suggestions of mine). I follow several female models & stay hopeful

that I might find my future wife or partner or girlfriend. One of the models I follow is named Kayla Simmons & she is one of the most physically attractive young ladies that I've been shown. My violators who violate me with mind-control technology forced me to say "she looks like a tranny" while I was in my nonexistent privacy & under illegal surveillance. I later remembered that this is another specific example of something I was told I'd be put through over a decade ago by someone (I've forgotten who). Also, while checking Simmons's profile I pulled up a picture of her & was forced to ejaculate instantly one time. This is another example of something I was told I'd be forced through 1-2 decades ago by someone (I've forgotten who). - I received my ingrown toenail clippers in the mail today & cut out my big toe's ingrown nail that has been ingrown for over 2 decades. Someone should have reminded me & I'm pressing charges for neglect.

- 2/10/24 I sent this evidence & my 'story' into the 'Drew Barrymore Show' hoping to get chosen to be on her show so I can better get my story out about being a major contributor who has been getting violated & tortured on a daily basis for over 30 years without being given justice, a 'pursuit of justice' nor a fair day in court. - Later in the day I was being forced to talk about how if any of the other kids would've came up with over 200 inventions/improvements/designs/contributions & had done the right thing by not hurting kids who have murder-attempted him on separate occasions the community would've given them the top of respects & put them in the newspaper & on the news but my community & the Gavin's treated me like I was a 'problem child' & treated me like Annie gets treated in the movie 'Annie' & like Cinderella gets treated in the movie 'Cinderella'. After being forced to speak about how the Gavin's & my community treated me like Annie & Cinderella, I remembered being told 1-2 decades ago by someone (I've forgotten who) that I'd be saying this while preparing for court. - I emailed the most recent version of this document to all authorities, news sources & my family.

- 2/11/24 I found out that my nephew broke his hand during his wrestling match last week. I later remembered that this is another specific detail that I was told would happen 1-2 decades ago by someone (I've forgotten who).

- 2/12/24 I received an email from the Alexis Police Department that told me that the State's Attorney's office has this document & that they are reviewing it & will press charges if they think I'm victim to a crime. I reminded them & the state's attorney that I've been violated nonstop & that it is a crime to not press charges for me. When I emailed the state's attorney, I asked to be put into a protection program. I emailed this document to CBS News investigates & told them how I've been getting violated constantly for over 30 years. I emailed this document to Casey Sheppard to provide her an explanation since I had to write testimony about her. I ordered a new turn signal bulb for my truck so I prepared myself to change the bulb when it arrives. One of the screws that is necessary to be removed was stripped (slowing down the process) & I later remembered being told 1-2 decades ago that this screw was going to be stripped & that somebody put in the stripped screw in my truck intentionally (I forgot who told me).

- 2/13/24 The state's attorney emailed me back & said "that's beyond the scope of this office's authority". I don't know if he was responding to me telling him I've been getting violated & need to press charges or if he was responding to me asking to be put into a protection program but regardless my rights as a victim are being violated. The constant crimes I've been victim to are federal crimes so he might have meant that he doesn't have the authority to represent me & that the Federal US Attorney needs to represent me instead so I once again emailed this document to the US Attorney of Central Illinois with a brief description of how I've been getting violated nonstop for 30 years & intentionally neglected by all authorities. - My mother bought me around $230 worth of clothes because I go broke every month paying my bills & am almost out of clothes that are presentable for public. - While I was being forced to speak to myself as my personality was being sabotaged by a violator using mind-control technology I was forced through more specific details that I was told would happen 1-2 decades ago (I can't remember who told me this would happen). I was forced to talk to myself & to my spies/violators about how I forgot that Sara Kaywood, my sisters, my grandparents, my cousins, my friends & more, existed after some of my head injuries. I had to remind them that I forgot everything. I had to remind them that I forgot I lived on a golf course for over a decade as I was living on a golf course & had to remind them of more examples of what I forgot.

- 2/14/24 Today I was sewing a quilt that needed patched up & suddenly remembered that all of the details that occurred when I was unlawfully arrested on my sister's birthday last year (1/3/23) were more specific details that I was told would happen 1-2 decades ago by Morgan Ray (me asking the officer if I could lock up my dogs, brush my teeth, shut the garage & my conversation with the officer on the way to Monmouth) & everything that happened at the jail (calling my sister on her birthday for bail, my mom showing up & what happened when she showed up, my back instantly breaking out with an allergic reaction, my conversation with Tyree McCutcheon & how he acted while in jail with him, the jailer acting like he sniffed a substance, & more). I then remembered being told by her or someone else that they'd let me remember to write this fact down after I finished sewing a certain amount of my quilt (which just happened).

- 2/15/24 When I woke up this morning I was violated with mind-control technology & forced to take a drink of water from the night before (something I won't do consciously) & then remembered soon after that this violation was another specific detail that I was told would be happening 1-3 decades ago by someone (I've forgotten who). I then went outside to bring the trash bin in from the curb & to clean my dogs fenced in area. While outside I noticed 2 pieces of litter/trash & stabbed one with my poop scooping stick so I didn't have to touch it. When I stabbed the piece of trash my stick broke (that I had taped wrapped around to make a clean surfaced handle). All of these details were more specific details I was told would happen 1-2 decades ago by someone (I've forgotten who). After remembering that I'd been told I'd find these specific littered items (a bubble gum wrapper & a used paper towel) I remembered the last time I found a specific littered piece of trash (a Twix wrapper) that I found in my dog pen was another specific detail I was told would happen long ago. I then cut the tape off my old stick & put it on

my new stick for assisting me in poop scooping (another detail I later remembered being talked to me about from long ago). After I got back into my house a man from the 'Village of Alexis' & our conversation went exactly as I later remembered being told it would 1-2 decades ago ("I'm out doing a couple right now & will have to go back & get my paper then I'll call you & be by to check the water meter"). That phrase is exactly what someone told me he was going to say 1-2 decades ago. Later on, I was sitting on the toilet passing my bowels when I decided to replenish & relieve myself by ejaculating & I dealt with precisely specific thoughts that I was told I'd be thinking about long ago (brunette bathtub) (I continue to be tortured with forced thoughts whenever I attempt to experiment with self-control or attempt to provide myself relief by ejaculating). I then texted my mom because she gave me $ almost a year ago so that I could afford to drive to Bridgeway because court was unlawfully telling me that I had to go to Bridgeway's treatment program, despite me being the victim & as they are unlawfully charging & attempting to unlawfully punish me. I asked her if I could go buy some marijuana & beer with it & while looking online at the dispensary's website, I noticed that they had a specific strain on sale 'Northern Lights'. I then remembered that me texting my mom asking her if I could use the money & the specific strain that is for sale is another specific detail that I was told would be happening 1-3 decades ago by someone (I've forgotten who). All of these incidents continue to prove that I'm victim to organized corruption & crime. It continues to prove that my entire environment, surroundings & every authority is in on intentionally neglecting, intentionally violating me & intentionally forcing me to live without the justice I'm entitled to & deserve, without my rights, without the compensation I'm owed, without my lawful earnings/opportunity, without equal protection & without the medicines I need to be able to function. - Tonight around 5 o'clock I received an unexpected phone call from a lady claiming she was from Peoria & that she was calling about me being found 'unfit for trial'. She claimed that I'm being ordered to go to see her for one year. I told her that I'm not willing to comply because of being unlawfully charged as the victim & then being unlawfully found 'unfit for trial' while my public defender was lying to both me & the judge & not providing me fair nor proper representation. Neither the public defender nor the police nor the state's attorney's office has been willing to accept the evidence of my case that proves me the victim in this case & my lifelong case. I've turned in this evidence to all authorities but they continue to go along with neglecting & violating me which continues to prove them organized criminals guilty of organized corruption who are guilty of violating & taking advantage of me as a disabled victim. I'm attempting to be a massive contributor & they continue to sabotage & violate me. I informed the lady that I'll be fighting their unlawful decision in court & then our conversation ended. I then remembered that receiving this phone call was another specific detail that I was told I'd be forced to deal with 1-2 decades ago by someone (I've forgotten who). - During the early evening I drove to Galesburg's marijuana dispensary & then to McDonald's. I bought 2 different strains from the dispensary & then parked at McDonald's to use their Wi-Fi to update my phone. I later remembered being told by Morgan Ray that I was told 1-2 decades ago that I'd be buying the exact 2 strains I bought tonight & that I'd be updating my phone at McDonald's. I fell asleep in my chair on this night &

woke up falling as I was tipping the recliner over in my sleep. I later remember being told that this was going to happen 1-2 decades ago by someone (I've forgotten who). - I received an email from 'Kohls' telling me that they had to lock my account because someone was attempting to break into my online account by guessing the password. I later remembered that I was told someone would be attempting to guess my passwords using my 'Kohls' account 1-3 decades ago by someone (I've forgotten who).

- My brain's ability to process & my constantly faulting memory are the two main reasons that I don't get every time I'm violated nor every new topic/response/argument-point (that I need to write about & organize (because of my cognitive/communication disabilities) to be able to defend myself in court) written down. I've had to remember everything in this document after forgetting everything in this document multiple times. This is the 3rd or 4th time I've completely forgotten & then remembered every piece of information in this document & that is why I've taken the time to write everything down so I can read/remember the important parts of my past that I continue to forget about. While remembering all these points/topics I often forget my thoughts & what happens almost instantly. - Since living in Alexis I've kept to myself & have only had about a half hour of company since moving here in 2019. I've had to work on remembering/writing/organizing this evidence/testimony/argument every day since I've moved here. Throughout the entire time that I've lived here (in my nonexistent privacy) I've been getting interrogated & forced to speak by a violator/violators using mind-control technology to violate/sabotage me. Every day I'm forced to speak to myself/the spies/interrogators & after every time I'm forced to speak I was told 1-2 decades prior that I'd be forced to say what I just said. I have several of these examples written throughout this testimony but I forget to write down every example & forgetting to write each example down while knowing I'm being kept under illegal surveillance & that it's the legal system's jobs to protect/serve me doesn't give anybody nor any authority the right to threaten/take/punish my freedom nor rights. If I had a kid or disabled victim under surveillance it'd be my job to take note of all the violations that they get forced through so I don't understand why I'm having to recollect, write & organize all of the violations to me why I'm under surveillance & being controlled/interrogated. My freedom & rights continue to get stolen from me as I'm constantly harassed/threatened & wrongfully punished by the justice/legal/medical systems.

- 2/16/24 A week or so ago I was forced to notify my mother that I'm planning to commit suicide in self-defense if I don't get a fair day in court as a victim & contributor (I was forced to send her this by my violator/violators who violate/control me with mind-control technology). Today I had to spend a big chunk of time texting my mom to inform her that I'm not suicidal & that my violator who is controlling me is exposing my thoughts & anger by forcing me to communicate my thoughts. I also had to explain that those are non-threatening forced thoughts that I/m forced to deal with but that I ignore & plan to move forward from. I ended up asking her to forward my messages to my dad so I don't have to tell him the same information/argument because it took me almost 2 hours to text her all the information I needed to communicate to prove my sanity while

giving her/them an opportunity to have the information written down so they can better process it. The point is that I'm having to spend all my time doing things that should've been taken care of & done for me while I'm being tortured with forced symptoms & then/while having to defend my sanity/rights while being constantly harassed/violated. I thought this document was complete several times prior to today & then today I remembered over 20 more topics/points/violations that needed to be written throughout this document (totaling over a page worth of new information) which took me a couple hours to get written down in my phone so that I could transfer the information to this document. Constantly needing to prepare & work on this document continues to keep a negative focus for my every day. The negative focus wouldn't be the focus if I was provided the fair/proper/full legal representation I'm entitled to as the disabled victim/contributor that I am. - This document needs edited from start to finish one last time but I continue to have to add more to it each day. My argument about not editing the entire document yet is that my court case is over 30 years old & my entire case should be done in the court within the next 30 days. I don't want the main focus of my every day to be on having to argue for myself, stick up for myself, write testimony about getting constantly violated, etc. when I am entitled to fair/proper/full legal representation who would be doing all of this for me or hiring/appointing-me someone who is willing to complete the responsibilities associated with their job of providing me legal representation. 'The First 48' is a tv show that showcases most of their cases getting solved within the first 48 hours of the incident. My case is over 30 years old & I've been under surveillance the entire time & I'm still being neglected so hopefully the court/justice process will go smooth. I have to clean my living environment nonstop. I need to do physical therapy (strength training) daily, stamina exercises, yard/vehicle maintenance, pet-care (I have 3 dogs), time to put thought into my family/relationships/friendships, time to put thought into my/our future & future goals/progress. It takes time to prepare for 3 meals per day & it takes time to clean up after myself. I need time to rest & attempt to recover from my stress/injuries/disabilities/exercise/etc. I'm going to need time to get used to taking the medicines I need. It's going to take time to complete all my designs, design plans, goals etc. I can't continue to get violated/sabotaged/neglected & my time intentionally wasted while I have so much to accomplish in my future that needs time. - Me spending all day texting my mother, what I had to text her about & writing down more information to add to this file is another specific example of something I later remembered that I was told I'd be doing today 1-3 decades ago by someone (I've forgotten who).

- Since living in Alexis (&throughout my life) I've been repetitively interrogated about the childhood football games I participated in & my past & anger with my unknown violators, Drew Robertson, Patrick Gavin, Aaron Gavin, Morgan Ray, my mother & more. I'm not only being interrogated about all of my anger that I attempt to keep within me but I'm being punished for it by a violator using mind-control technology to sabotage & expose me (while using forced symptoms (both mental symptoms & physical symptoms) as punishment.

- 2/17/24 I just remembered that the shooting that just happened at the Kansas City Chiefs celebration parade is another specific example of something someone (I've forgotten who) told me would happen this year 1-3 decades ago. - I smoked half of the marijuana that I bought at the dispensary & it did not provide me the medical 'benefit/feeling' it is supposed to. I believe I was intentionally sold 'old/stale' marijuana for unaffordable/outrageous prices as some type of political stunt (for the 63rd separate time since 2019). - I noticed that a box of my cookies (coconut/chocolate/caramel) were stolen & then remembered that this is another specific example of something I was told would happen 1-3 decades ago by someone (I've forgotten who).

- I just found a drawing (2/19/24) that I saved from 2022 that reminded me of more specific incidents I was forced to claim as my past after being told the specific incidents would happen 1-3 decades prior (but forgetting the conversations involving the incidents until after they occurred). I've forgotten who told me this following in incident was going to happen but it will be easy to pinpoint when looking through the constant surveillance of me (1 of 6 people predicted incidents that have all occurred since living in Alexis (2019-present)). The drawing was drawn on a piece of paper that I printed for my introduction to the Doctor at the Knox County Health Dept. I printed a list of my disabilities, symptoms, injuries & 'lawsuits' that I'd be involved with (if given a fair day in court) to be able to mention to the doctor. I put a picture of a utility (atv) 4-wheeler & a metal marry-go-round on the piece of paper to be able to show him 3 of my worst head injuries. After my doctor's appointment I took the paper home & took notes on it for another month or so before putting the paper back into my records. My violator/violators who uses technology on me to control/interrogate/sabotage me forced my hand to draw a stick figure getting their head banged off the marry-go-round. My hand being forced to draw this on the paper is another specific incident that I was told would happen 1-2 decades ago by someone (I've forgotten who). I still have the drawing/paper in my records. Piece at a time it drew itself accidentally & then I was violated/forced to complete the drawing around Morgan's name. Me remembering this incident & typing this testimony on this specific day as I was completing these specific tasks (paperwork-filing, sewing, laundry, etc.) is another specific example of something I forgot that I was told would happen 1-3 decades ago. Me being forced to draw something by a violator using mind-control happened during another incident (I'm just remembering) while I was living at Dayton/West Street Apartments in Galesburg. There, I was forced to draw a tribal penis & with "nMiCabeza" drawn on it then take a picture of it & text the picture to my sisters. - 2/19/24 Adam Sandler made the news with something on 'world's sexiest man' soon after I was forced to mention that I believe I could have won that with the 'Man of the Year' had I not been violated my entire childhood & turned permanently disabled. The news' statement/headline after this specific award after me being forced to mention that thought from my childhood is another specific example of something I was told was going witness while living in Alexis by someone (I've forgotten who).

- I just remembered that sometime within the last year I was violated with & communicated to by my violator who uses mind control technology to control/violate/sabotage/communicate-with me & what was communicated was another exact example of something I was told would happen 1-2 decades ago by someone (I've forgotten who). My violator used technology to communicate to me "if you ever attempt to hurt me or my family, I will hurt you worse than you have ever been hurt".

- 2/20/24 I emailed Warren County Public Defender Kyle Worby the updated version of this document & a description of my situation & what I expect from court. I had to walk up to the 'Town Hall' to send my email because I don't have the internet & my phone's internet isn't fast enough to share the internet with my laptop. The email I sent with the document ended up being lengthy & my mind went blank while sending the first email so I had to continue sending it in a second email. I later remembered that needing to send him 2 separate emails is another specific example I was told was going to happen 1-2 decades ago by someone (but I've forgotten who told me). While at the 'Town Hall' sending the email the neighbor who verbally & then physically attacked me pulled into the driveway to pay his bill & this detail is another specific detail that I later remembered being told would happen 1-2 decades ago.

- While living in Alexis I've been forced to talk nonstop by a violator who uses mind-control technology to sabotage/control/interrogate/expose me. Almost everything I've been forced to talk about were topics I was told that I'd be forced to talk about 1-3 decades prior from different people from my past (except I've forgotten most of my past because of my head injuries). I was told I'd be forced to talk about the females I've had crushes on throughout my life & I was forced to talk about my childhood crushes this past week. I was told 1-2 decades ago that I'd be saying I should be in the race with the wealthiest "Musk, Bezos, Gates, etc." & just the other day I was forced to speak about how I think I would be a multiple billionaire if I was given fair/proper/full legal representation.

- 2/21/24 I continue to get turned away by the Warren County State's Attorney & told to work through my appointed public defender despite informing them on multiple occasions that I had to fire the public defender for lying to me & for lying to the judge about me. I emailed the public defender today 8 separate times to get everything I needed to say to him said. I sent him the updated version of this document. I then sent a picture of the quilt that I've spent over 30 hours sewing on this winter to my Aunt Melinda (who sews professionally) using my smartphone with the caption "Long Live the Quilt". I then emailed 'Nature's Treatment' to complain about the old/stale/dry marijuana I continue to get sold at outrageous prices. I later remember that every detail from today (me emailing the public defender all day, me texting my Aunt with that specific caption & emailing the dispensary all were more specific examples of things I was told would be happening 1-3 decades ago by someone (I've forgotten who).

- 2/22/24 I had to email the Warren County Public Defender for the 9th time in the past 72 hours in attempts to get my points across clear enough to eliminate any confusion. While emailing him

I remembered my idea for a children's book about working being like a porcupine (an analogy for the risks of getting splinters, getting dirty, dealing with other potential risks/dangers at work). I then remembered later on that both emailing him & remembering my old idea for that kids book are more specific examples of information I was told would happen 1-3 decades ago by someone (I've forgotten who but I'm always under surveillance so it will be easy to prove). - I received a scam phone call again today & the same scammer has called me over 100 times since 2020/2021. The scammer pretends to be a "police, firefighters & 1st responders organization & the man on the phone asks me to make a donation. They call me often & it seems as if they have access to video surveillance of me & continue to call when it is most inconvenient/awkward. Within the past 3 years I had mind-control used to control me & do my talking for me when I started answering my calls throughout the day. When they used mind-control on me I was forced to answer my cell phone by saying "Hello this is Ryan Armstrong speaking". I have been answering the phone that way ever since. I receive 3-5 calls per week & whenever I answer the phone that way the unknown callers immediately hang up. I later remembered that my father told me to answer the phone with that exact phrase when I was a young child. I remember being told 1-3 decades ago that they were going to be attempting to scam me & attempting to get me to answer the phone to strangers with anger by attempting to scam me with scam phone calls nonstop. Whoever told me this was going to happen said the scam would switch between the police organization & a tax scam. The tax scam started calling me a week or so ago & has called multiple times since. - I've soaked my feet & hands multiple times per week for over the past 3 years now & just conquered an infection on my pinky toe that I've been battling with that I believe has been on my pinky toe (I just realized/processed that it was there this past year) for over 20 years. I'm just getting splinters/infection off my hands that has probably been there for almost 2 decades. After I got hurt, I forgot to continue to soak my feet/hands & my feet were filthy for over 2.5 decades until I started soaking them continuously in 2019-2020 (I only showered so my feet didn't soak for decades).

- 2/23/24 I received an email from the Warren County Public Defender notifying me that I have to go to court next week on 2/27 @ 10 am. I had to email him 10 times within the last 2 days describing my entire situation/argument & providing him this evidence (to properly defend myself). A deputy for the Warren County Sheriff's Department then showed up unscheduled by knocking at my door unexpectedly just after dark. When I realized he was outside I put up the dogs & then went outside to see why he was here. While outside he handed me a paper & left. I didn't get to see his face nor process anything because my mind went blank as it often does when forced to unexpectedly interact with legal authorities. Later in the night, when I started to work on this document's updates that I remembered today I remembered that I was told 1-2 decades ago that the deputy would be showing up with the court summons & the public defender would be emailing me telling me court was days away. - I remembered 7 separate updates that were necessary to add to this document today. 1 of the incidents was me remembering when I was a kid & I was forced to say that Drew's mother, Chrissy, reminded me of one of the evil characters from a Walt Disney cartoon. I believe my violator was forcing me to 'pout' about not getting to

live with my rights/justice/equal opportunity/equal protection/etc. while controlling me/sabotaging my personality. Me remembering that specific detail, today, as specific details were happening today was another very specific detail that I was told would happen 1-2 decades ago by someone (I've forgotten who). - I have a quilt that was made for me by my aunt that I use as a rug in my main room at the rental house I'm in. The quilt is the exact design suggestion that I made while I was severely hurt & in class being forced to talk about several of my design/invention ideas. It's pieces of denim jeans cut up & sewn together to make a denim quilt on the main side that has a flannel patterned fabric sewn on its underside. I didn't remember/realize that sewing it as it began to need patched up was an option until months had gone by & it needed around 2 dozen separate patches sewn on it. I've spent over 30 hours in January & February sewing patches on the quilt. I didn't realize that the sewing kit I bought had a needle threader nor did I think to knot each stitch until sewing on the quilt for over 12 hours. Now each time I have to wash the quilt it needs several more hours of sewing (I need to replace it). Me sewing this quilt has been full of more specific details that I was told would happen 1-2 decades ago.

- This winter a commercial aired continuously on 'DirecTV' that showcased a man watching TV with 2 other people. He then reached into his box & pulled out 3 sets of noise-cancelling ear muffs & when he handed the items to the other 2, he said "it's ok I stole them from an airplane" or something similar to that. I'm just remembering (2/23/24) that I was told this commercial was going to air over a decade ago but I don't remember who told me. Whoever it was told me this specific commercial was going to air after mind-control technology was used to say the same thing he says in that commercial about my noise cancelling ear protection (that looks almost identical to the ones in the commercial) to whoever was with me. When I was forced to say that to whoever was with me, they responded that what I just had said was going to be on a commercial someday. Whoever I was with didn't know that mind-control was used to force me to say everything I said that day. That specific example is another example of countless examples where my violator/violators use technology to sabotage my personality & make my situations as awkward & ugly as possible. - My violator that communicates me using mind-control technology used the technology to say this to me "I would pay to have sex with you" & them doing so & my response to it were more exact details that I was told would happen 1-3 decades ago by someone (I've forgotten who).

- There was a commercial for the NFL's 'Pro Bowl' this year that aired as I was being interrogated & forced to talk (within my privacy) by a violator using mind-control technology. The commercial showcased a player knocking another player flat without pads on & I was forced to explain how I used to be able to knock the other kids flat exactly like that effortlessly before I was murder-attempted several times & forced to live with cerebral palsy & brain damage.

- 2/24/24 Today I was forced to talk about how English Bulldogs remind me of people with brain damage from head injuries & I later remembered that me giving this talk while in my privacy & being violated/spied on is another exact detail I was told would happen 1-3 ago by someone (I've

forgotten who). - Today I was once again forced to wonder/contemplate on how disabled my mother is since nobody from my life talks to me nor tells me factual information about anything. - Today I was forced to talk about my ideas for books/movies/scripts (I have several ideas that aren't included in this document). The point of my talk was that I've completely forgotten 2-4 movie ideas that I very much liked & was excited about & I don't think I'll remember them. When I was attempting to remember them as a kid I remember thinking that maybe I'd remember them if I completed all of this that I have written down in this evidence. Within the past week I was attempting to remember my ideas & my violator who communicates with me using mind-control technology told me they loved the ideas that I've forgotten but they didn't remind me of what they are & I believe this is another specific detail I was told would happen 1-3 decades ago by someone (I've forgotten who).

- 2/25/24 I was forced to talk to myself while within my privacy today about being honored by getting to contribute to the positive impact our generation is making. I later remembered that the exact conversation that I had with myself was something someone (I've forgotten who) told me I'd be saying 1-3 decades ago as I was preparing for court (that I just found out I have in a couple days). - I'm just getting to remember/write down that within this past month I was forced to talk about the other kids that were good looking from my childhood. I was forced to talk about how my younger relative, Jacob Gavin, was a good-looking kid but that if he thought he would've won against me in a modeling contest that he was unreliable. I was forced to say this within a week after remembering that I watched 'Zoolander' (the movie) with his brother Patrick (which reflected old thoughts of my past as I was making jokes to myself about being in a Zoolander themed- modeling contest against them/others). Every detail from this conversation that I was forced to have with myself is more exact details I was told would be happening today over 1-3 decades ago. Shortly after the forced conversation with myself my violator that uses mind-control technology to communicate with me communicated "then I'm unreliable" to me & that specific detail is another example of something someone told me would happen 1-3 decades ago by someone (I've forgotten who). - I remembered today that as I've been running the route I've ran over the past 3 years heading SW out of Alexis that I noticed that the 2nd bridge's crick that you cross needs the dead & fallen trees cleared out of the crick. I was thinking to myself that a crane would make quick work of cleaning that crick out & getting the water flowing again because there are several huge dead trees down stopping the flow. I remembered that this thought is something I was told I'd be thinking by someone 1-3 decades ago but I've forgotten who told me. - While in my privacy I was forced to have a conversation with myself about how my personality changes into many separate 'alter-personalities' & how my voice changes into many separate 'alter-voices' & the conversation was another exactly detailed occurrence that I later remembered being told was going to happen 1-2 decades ago by someone (I've forgotten who). - I was forced to have another couple of separate conversations with myself, while under unlawful/wrongful surveillance, that I was told would happen 1-3 decades ago by someone (I've forgotten who). I was forced with mind-control technology by a violator who controls me & turns my personality into other people's personalities as they do impersonations of the people

from my past (with my memory) to talk to myself & my interrogators/spies about how I like Janae Robertson's 1st name. I was also forced to remind them/myself for my court argument that they were telling me by 2nd grade that some of the most famous Presidents of the United States used to smoke cannabis. I always figured they told me that because of all of my invention/designs/ideas.

- 2/26/24 I went to my sister's house to put together a new squat rack for my nephew because my sister & her husband are always so busy. While there Eric (her husband) told me that my nephew's shoes were stolen when he went to his Wrestling team's Regional Tournament. Before I finished putting together his squat rack my sister notified me that the school found his shoes & that nobody stole them. I then remembered that someone (I've forgotten who) told me 1-2 decades ago that I'd be putting together a squat rack for him & find out that his new shoes were stolen. The squat rack had 1 bolt that was a pain to get fastened & while putting it together I thought of a way to redesign the equipment to be easier assembled. Later on, I remembered that this 1 bolt being a pain & me coming up with a redesign was another exact set of details that I was told would be happening 1-2 decades ago by someone (I've forgotten who). When I returned home, I wrote & sent this document to Wendy Twomey & Alex Fox. I also sent another email about getting broken into & constantly violated to the Alexis Police Department & their 'Officer Fredrickson'. While writing all of these people I was forced to have another talk with myself debating on if my sister, Brooke, is disabled, if her daughter, Carlie, is disabled & how severely my mother is disabled. This is another specific detail I was told I'd be forced through 1-2 decades ago by someone (I've forgotten who). I then had another forced talk with myself/my interrogators contemplating on if I should send this to Judge Baber using Facebook messenger to send it to his wife since he's one of the only legal representatives that I've been introduced to from my hometown. It doesn't make sense to me that I live in a small town & have been violated as much as I have but haven't been given justice, my earnings, my compensation, my medicines, my rights (citizen rights, disabled citizen rights, victim rights), privacy, etc. despite being violated like clockwork on a daily basis. The only conclusions I come to that make sense are that they don't know about the existing evidence or they wrongfully claimed me brain dead or they wrongfully declared me as an enemy when I was a child. I'm victim to the most severe crimes on ample separate incidents as a severely disabled kid who went in public on a daily basis for 20 years while my entire life & thoughts are under illegal surveillance so there is no excuse for me still being neglected & denied my rights.

- 2/27/24 I went to court today at 10 am at the Warren County Courthouse despite only being given 4 days' notice. My dog, Orwell is sick & I didn't have time to clean him up before going to court this morning so I had to leave him in the kennel in puddles of his vomit while going to court. At court, Judge Cavanaugh acted completely unaware of my actual court case as I was given my 1st opportunity to speak. Just before court I dropped my phone outside the court room & the security guard came out there asking about the noise it caused. During Court I was forced to give a speech that included me reminding the judge that I have 'brain damage'. When I

returned home from court, I had a Facebook message from a high school classmate named Lindsey Anderson. After responding to her message, I was forced to have a talk with myself (by my violator/violators using technology to violate me) about how vision is an internal thought (because we 'see' in our dreams while our eyes are shut) but we have eyeballs to help deceive us & let us believe that our lives are anything but a dream/illusion). After that forced talk, I thought of an idea for a company to produce/manufacture smartphones using only recycled materials. Every detail I have listed for today including my dog being sick, the details from court, the details of my conversation with Lindsey (invited me to watch 'the chosen'), my conversations with myself & the company idea were more exact details I was told would be happening 1-3 decades ago by someone (I've forgotten who but it can easily be proven by investigating my surveillance & the witnesses throughout this document).

- I sent this document to Lindsey Anderson & Sara Hawk while living in Alexis. Both of these young ladies are people I do not know well & sending this document to them is another set of exact details that I was told would happen long ago by someone (I've forgotten who).

- I remembered another exact detail that happened since living here in Alexis that I was told would happen 1-3 decades ago by someone (I've forgotten who). I was driving either to or from Alexis & passed a sprayer while it was travelling full speed. I remember thinking that if it started running my way I could wreck into the field on the other side of the road. I believe my mind went blank while approaching the sprayer & that I was intentionally blanked & forced to pass it by a violator using mind-control technology but I'm uncertain at times when I'm faulting & when I'm being controlled/violated/sabotaged. I would have wanted to give it a chance to pull over before doing so but didn't get to wait to pass it. The details of the incident, including my thoughts about it (wrecking if necessary & more) were all exact details that had been mentioned to me years prior. The people I'm surrounded by continue to get confused with false information/evidence because of my violator who uses technology as a weapon to control/violate-me. The violator continues to attempt to destroy my individuality & rights as an individual to ruin my chances as a contributing designer/inventor/owner/respectable-member-of-society by sabotaging/violating/forcing/controlling me nonstop & intentionally confusing the people I interact with. The confusion they intentionally create continues to ruin my relationships/friendships/reputation & they do that (violate/sabotage/force/control-me) nonstop. My competence/respectability/ability-to-process/ability-to-react/politeness, all continue to get tested/questioned/debated/wrongfully-taken/represented because of not being allowed to have a fair day in court nor live with my rights. I don't get allowed to be myself because I'm constantly being controlled & interrogated.

-2/28/24 I spent over an hour in the morning & a couple hours at night needling 36 splinters out of my fingernails & knuckles. I worked on my toenails & finally got an infection cut out of my pinky toe/toenail that had been there for who knows how long (15-28 years). The quantity of splinters I had in my fingers & cutting the infection off my toe/toenail today were more exact details that I later remembered that I was told would happen 1-3 decades ago by someone (I've

forgotten who). I was forced (by a violator using mind-control technology) to get those splinters on several separate occasions (spanning from 3 months ago-20+ years ago). While head injured, I completely forgot to soak my hands/feet/body/face & just took showers. I didn't realize I had splinters nor infections. After over 4 years of regularly soaking my hands/feet I am finally catching up on getting cleaned up. - I emailed Warren County Public Defender Kyle Worby & notified him that I need accommodated as a disabled victim being forced to interact with the court. In my email I had to remind him that I'm suffering everyday & losing millions of dollars because of not getting fair representation/opportunity in court. I later remembered that the details of my email message & this document were more exact details that I was told would happen 1-3 decades ago by Morgan Ray. - Later on, today I was once again forced to consider the security/law-enforcement checks that are necessary for game shows nowadays with people getting brain/technology implants. I've had to consider this for my entire life because of the risks someone will use technology & get away with cheating at competitions. - I remembered to write down this fact that my mother has made it apparent & obvious to me on multiple separate occasions that she has been spying on me with surveillance. An example was when another exact detail happened during Christmas of 23. I suddenly had over 30 scabs on my face/head because of my skin breaking out for an unknown reason (I'm not being given the correct medicines & am getting intentionally neglected & believe I'm getting poisoned with irritants/allergens). I sent her a picture of my face/head & she replied that it appeared as if I had bug bites (they were not bug bites they were the same skin breakouts I've been getting since I have been 8 or 9 years old that my mother has always been aware of). I realized that the scabs on my face made a giant 'M' on my forehead. The night before I was forced to give a talk about how 1 of the kids who attacked me with punches when I was a kid was like a bug I had to swat away & she has done this same technique to me multiple times throughout my life (making jokes about using information from my conversations that I'm forced to have within my privacy). Me breaking out for Christmas of 23 & sending my mom a picture text message with my face/head broken out & the detail that the 'M' was on my forehead were more exact details that I was told would be happening 1-3 decades ago by someone (I've forgotten who). I forget most of the examples of her doing this to me but another example of her making it obvious to me that she is guilty of spying on me is when there was a Facebook post several years ago of her watching surveillance video of me visiting my grandma & I was not aware she had access to surveillance video evidence. I'm still processing these facts about my mother's technique & I'll have to get to confronting her about it 'when I get around do it'.

- 2/29/24 I sent this document to Billy Johnson & Aaron Gavin with messages to them online & then remembered that doing so & the details of the messages (" u might get made 2 testify") were more exact details I was told would happen 1-3 decades ago by someone (I've forgotten who).

- 3/1/24 I woke up this morning & placed an order for my dogs using 'Chewy.com' because I had a promotional code that was supposed to instantly save me $15 that they emailed me. When I placed my order, the website wouldn't allow me to use the promotional code so I had to call them

after I placed the order to get the $15 off. I then checked on Orwell (who was still sleeping in the bathtub because he was sick/puking & then went to Dollar General for the month's groceries & household/cleaning supplies. When I got home from the dollar store, I checked on Orwell, who seemed the same & then unloaded the groceries & made lunch. As I made lunch, my female English Bulldog, Poe, puked. I then went to the bathroom & noticed Orwell suddenly died. I then called my mom to report that I think Orwell was murdered (I'll get to my point in a moment). My mom put me on hold & called the vet who told her to have me bring in Orwell & he'd check over him & possibly send him to University of Illinois for a toxicology report. I called 911 to report that I believe Orwell was murdered & the lady told me they would call after they were finished at an auto accident. I then drove Orwell to the vet & while unloading him out of the back of my truck I had to jump because my tailgate is broken at the moment. At the vet the lady asked me if I wanted her to call me with information about Orwell & I wasn't able to correctly process/respond & said no. I then called them back while I was driving home & asked them to call me with the information as a Warren County Deputy drove past me going the opposite direction. My mom then called me & told me Orwell's kidney failed & that he had fluid around his heart so I looked up what poisons cause those symptoms & found out that antifreeze & rat poisoning cause both of them. I am now going to go email this document to the vet with an explanatory message since all authorities continue to neglect me. After I sent my email to the vet at the 'Monmouth Small Animal Hospital' I called 911. Every single detail that I have listed for today were more exact details that I later remembered being told would happen today 1-2 decades ago by Morgan Ray (including the details of the conversation I had with the 'Deputy Hall or Hull' when he called me back.

- 3/2/24 Today included more exact details that I was told would happen 1-3 decades ago by someone (I've forgotten who) & I'm taking note of it because it continues to prove my surroundings guilty of both intentionally neglecting & violating me. While walking my 2 dogs around noon I received a phone call from 'Molina Healthcare' (my new insurance provider) that I was scheduled to receive @ 5pm to speak with their representative about my healthcare needs. During our call the lady asked me a ? & I couldn't correctly respond because the answer contained to much information that I don't remember off the top of my head. I asked if I could email her my response & she agreed that would be best & told me she would text message me her email when we finished our conversation (she never did). The details of our conversation, including her saying she'd text me her email & then not were more exact details I was told would happen long ago. - I emailed the 'Warren County Housing Authority' & 2 of their employees (Hilary Martin & Hank Shimmin) this document & a complaint about my dog getting murdered & me getting both violated/neglected nonstop. - Later in the day I watched the 'Inter Miami vs. Orlando' MLS soccer game & while watching I was forced to have a conversation with myself that included more details that I later remembered I was told would be happening long ago. - Tonight, one of my violators who use mind-control technology to violate & communicate with me notified me that "she puked" & this is another exact detail from long ago. Whoever had one of these conversations with me telling me about violations/events in my future told me

something about if somebody pukes it means something & if they don't puke it means something else but I cannot remember their conversation with me nor who told me. - The entire time I've lived in Alexis (& for my entire life) it seems as if the news & sports broadcasters try to make me feel as if I'm in their studio & like they are watching me within my privacy. They communicate with my thoughts & have since I was a kid (answer ?s I wonder about as soon as I wonder them, etc.).

- 3/4/24 I had to email Warren County's Public Defender Worby to notify him that there is a conflict with Cavanaugh being my judge because he is my relative. I also had to inform him that I plan to file slander charges on him, the psychiatrist who testified in the case involving my neighbor & Judge Cavanaugh. Both Worby & the psychiatrist told a Judge Graham that I have a drug problem when I don't. Judge Cavanaugh said I "need help" in open court when I don't "need help", I need justice, my rights, the medicines that eliminate my symptoms, the compensation I'm owed, the earnings I've earned, equal protection & equal opportunity. - The following details are all exact details that I later remembered being told would happen to me 1-3 decades ago by someone (I've forgotten who): Later today I used a needle to get over 15 splinters out of my thumb that I have no idea when/how got into my thumb. I took them out of my thumb while I was on the toilet passing my bowels & then had to get up & walk naked through my house when my violator who uses mind-control technology to communicate with me said "he bawled his eyes out" (I don't know who nor what they were attempting to communicate to me about). I then walked outside to go on a run & the FedEx truck pulled up & delivered my order from Chewy.com. I went on a 10-mile run & my knee went out on mile 7. On mile 9 I was suddenly forced to start talking to myself & simultaneously my violator who uses mind-control technology to communicate with me said "it's the worst day of her life". When I got home from the run & was cooking myself supper my violator who uses mind-control technology to communicate with me said "I did need this... in a bad way for me." - I remembered to write down this fact today: During my childhood someone asked me what I wanted to look like when I grew up. When they asked that mind-control technology was used on me to force me to answer that I wanted to be bald & have a beard that doesn't grow in fully (I was being sabotaged by my violator who uses technology on me). I now am almost bald & have facial hair that grows in very thin because I was tortured & neglected for my entire life.

- 3/5/24 I called the F.B.I. headquarters in Washington D.C. to report my court case but the man I spoke with was hard to communicate with & hung up on me after not taking much information & seeming to intentionally make our conversation impossible. - I used Facebook Messenger to send this document to several people hoping to get a stop put to me/mine getting violated & hoping to get a fair day in court (Judge Baber's spouse, my relative Kathy Elliott, John Goddard, Scott Haase, Ryan Stewart, Mike Trout, Nick Ischer, Devin Clevenger, Chris Almaguer, Laurie Painter, Drew Johnson, Drew Lozier, Jean Stewart-Burgland, Chris Ayers, John Ayers, Roger Lipes, Haley Lipes-Champion, Brianne Mahoney, Justin McGuire, Jacob Gavin, Alex Gavin, Cathi

Watson, Josh McDonald, & Nikki Haley (the woman who was running for President of the U.S.)). I'm pressing charges for being forced into going public in self-defense.

- 3/6/24 I emailed this document to Elon Musk hoping he might help me get a fair day in court since I'm victim to the technology he is involved with. I also emailed this to Andrew Doyle & Blake Hughes from Monmouth. Emailing this to these three specific people were all more exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember. - I emailed this to WQAD news anchorman Jon Diaz. As I emailed it to him, I was watching him on the news & as soon as I sent it to his Facebook messenger, he put his hands together making a praying gesture & then I remembered that him doing so as I sent this to him was another exact detail I was told would happen 1-3 decades ago by someone (I've forgotten who).

- 3/8/24 I called one of my old probation officers from the Warren County courthouse (Brian McGrath) & told him about how I've been getting violated nonstop & intentionally neglected by our legal system but he said "there is nothing I can do". - I emailed this document to Michele Kaywood & Kate Elliott Johnson hoping to get the word out enough that I'll get a fair day in court with the legal representation I'm entitled to & because I had to write testimony about their son & husband.

- 3/11/24 I sent this document to Eric Olson (Morgan Ray's stepdad) because I believe she is going to get a life sentence for raping me, abusing me, murder attempting me & more. I sent this file to more individuals from my life hoping to get my truth out so that I can get a fair day in court.

- 3/12/24 The following details that occurred today were all exact details I was told would happen today over a decade ago by Morgan Ray & I didn't remember being told they would happen until after they happened: I went outside to go on a run & as soon as I got outside, I witnessed my neighbor, Paul, back his new vehicle into his boat/boat trailer. I then went on a run & on my run I twisted my ankle & fell because of stepping in a pot hole as I was running backwards down a hill. While on my way home after twisting my ankle I ran past 2 separate women, 1 of who had a dog with her. Whoever told me this would happen said it meant something if the lady with the dog found me laying on the ground or if she saw me run past her with a scraped-up elbow (I had scrapes on my elbow from falling on the pavement). When I got home, I was scrolling through Instagram & was shown a video of a kid who used a metal baseball bat to hit a basketball hoop's pole. The baseball bat hit the pole & bounced back & hit the kid in the face which is something I think I did on accident when I was a kid in a concussion-coma type mindstate. - I was forced to send this document to several more people hoping to get my truth out enough that I get a fair day in court instead of continuing to get neglected, violated, sabotaged, slandered, stolen-from, taken-advantage-of & tortured. - My male bulldog, Orwoe, is suddenly limping & I later remembered that someone (I've forgotten who) told me (1-2 decades

ago) that somebody was going to hurt his leg if they thought it was possible he could damage my female bulldog.

- 3/14/24 The following details are more exact details I later remembered that I was told would happen 1-2 decades ago by someone (I've forgotten who): My mother ordered me a pair of Adidas running shoes from online that I recently found out aren't designed to be ran in. The shoes don't have a tongue so you have to jam your feet into them & then there seems to be a metal frame that wraps around the back 3/4 of the ankles & when I attempted to run in them it caused me to bleed all over each shoe & left big cuts on each ankle. I got in contact with Amazon.com to attempt to refund the shoes but they needed my mom to make the return since she is who purchased them & my mom refused to make the return & is making me keep the shoes that I don't want. Because of this I ordered a different pair of shoes to run in from 'Foot Locker' & their email told me they would be shipped today & they were not shipped today. Within the past couple months my mother purchased me a pair of 'Merrell' 'All Out Blaze Aero' shoes in the 'slate' color which is a sentimental pair of shoes for me because it was my exact design suggestion I made during my childhood. I didn't realize that I ordered the pair of shoes a half size big & by the time I realized this the return policy had ended. Both of these pairs of new shoes being ordered so they don't fit me are more exact details that I late remember being told would happen long ago by someone (I've forgotten who).  - I sent this document to more people from my life & community hoping to get my truth out enough that I'll stop getting neglected & be granted a fair day in court.

- 3/15/24 The following is another example of something I later remembered that I was told would happen 1-3 decades ago: I sent Drew Robertson an updated version of this document with a message on Facebook & as soon as I sent it, I turned on the Cubs & they interviewed a guy named Drew.

- 3/16/24 I went to my cousin's high school track meet at Monmouth College's Huff Center (an indoor facility). While there I was forced to experience the following exact details (that I remembered after they happened) that I was told would happen over a decade ago by Morgan Ray: There was no room to stand along the balcony to be able to see the track meet & I luckily found a spot after about 30 minutes of waiting. The spot I found was next to a guy with a diabetes alert dog. There was a high school girl standing there who suddenly apologized to me & I don't know why. After standing there for about an hour & listening to people complain about not being able to see around the load bearing pillars the thought crossed my mind to redesign the Huff Center to eliminate the pillars out of the view of the audience & as soon as that thought crossed my mind several of the males I was surrounded by all touched their ears as if they were saying "I'm all ears" (I thought of several solutions to their problem as soon as I put thought into it). Before my cousin started her race, I suddenly had to spit a mouthful of saliva & urinate. After using the restroom, I went to check on my spot but it was already taken so I went to the concession stand & bought some nachos & a hot dog. When I bought the nachos the young lady serving spilled the nacho cheese on me. After that I had to walk around to try to find the best spot

to attempt to see from & ran into 3 of my cousins & how/where I ran into them along with the details of our conversations were more exact details that I was told would happen long ago. Before the track meet, I had to pick up my dog's ashes despite telling them that I didn't want his ashes at the vet when I took him there & again when they called a day or 2 later. - When I got home, I finally remembered to rephrase & further explain a part of this evidence that I hadn't fully explained & then I sent a message to my cousin, Mary, explaining myself in case she read it & took offense because I have been sending this evidence to them. Doing so was another exact detail that I later remembered being told would happen 1-2 decades ago by someone (I've forgotten who).

- Every time I've ate at a restaurant or fast-food restaurant in the past decade+ my food has been either horrible or sabotaged or I've dealt with harassment from people at the restaurant (except for at the 'Iron Spike' in Galesburg who gave me good food each time I've been there).

- I just remembered to put this on record: Since living in Alexis another exact detail occurred that I was told would happen 1-3 decades ago by someone (I've forgotten who): Mind-control technology was suddenly used to control me & force me to unexpectedly walk out my back door with my flashlight & instantly shine it to the North where I immediately caught my neighbor kid trespassing towards my dog's fenced in area (he immediately turned around & walked back towards his house).

- 3/18/24 The Federal Supreme Court unlawfully denied me a fair day in court today. - I sent the Lisa Gavin a message notifying her that her oldest 2 sons (Aaron & Patrick) are no longer welcome with me & notifying her & her family to keep their distance from me until my entire court case is completely settled.

- 3/19/24 I was once again forced to go to court & violated by the Public Defender 'Worby' (who is supposed to be defending me) while being unlawfully charged. At my last court date, he told me he would find closer treatment options & I never received communication from anyone. Today I showed up to court & he asked if I had called the lady from Peoria & I was forced to remind him that I'm unwilling to cooperate with corruption. The judge threatened me with jail time for not being willing to go to treatment as the victim being wrongfully punished. I was wrongfully found unfit as I'm being wrongfully charged. The Warren County Judicial system & court employees continue to prove themselves a disgrace & pathetic example of a legal system. Before court started the Assistant State's Attorney was talking about 'catch & release'. Then another man showed up to represent someone who wasn't in court & had a conversation with the lady taking notes for court. After that the assistant state's attorney & Worby went into the judge's chambers with the judge. Every detail I have listed in this segment were exact details that I later remembered being told would happen 1-2 decades ago by Morgan Ray including my conversation with the judge as I refused to cooperate with the corruption I'm continually forced to deal with & threatened by. After court I left & the radio played a commercial with 'Patrick' (a name of one of my violators) from 'Nature's Treatment of Illinois'. I then drove out to my father's

farm considering committing suicide to realize that his shed was about to collapse on his combine's heads. On the drive out there, I saw an Elliott on her front porch & all of these details I just listed are also exact details I later remembered that I was told would happen 1-2 decades ago by someone (I've forgotten who). - I sent an updated version of this evidence to the F.B.I. in Springfield, IL.

- 3/20/24 I sent another complaint into the Attorney General's office & then called to confirm that they received my complaint. They responded with the exact same useless response they gave me a year ago referring me to 'Stone & Hayes Independent Living' in Galesburg IL who told me they couldn't do anything to help me last year. When I called to confirm they received my complaint everybody in the background was laughing & this is another exact detail I later remembered being told I'd be put through over a decade ago by someone (I've forgotten who). I emailed an updated version of this complaint/evidence to the Governor's office despite not hearing anything back from them since the first time I sent it to them. I emailed the State's Attorney, his assistant, the disability coordinator & the public defender from Warren County complaining about being wrongfully found unfit & wrongfully charged.

- 3/24/24 Today I emailed this evidence to the Illinois State Police again. I also submitted it to the Knox County Sheriff's Department using their website. - Another specific incident occurred that I later remembered that I was told would happen 1-3 decades ago by someone (I've forgotten who): I was checking Instagram when I was showed a picture of Elon Musk & the caption said 'Let's talk spaceship actuators & rockets'. I had to look up what the actuator he was talking about was & redesigned it to make it a much more durable/reliable/lasting piece of equipment after putting about 10 minutes of thought into the design. My redesign included using the same technique I used to redesign bicycle's to be able to use pto-shafts instead of chains when I was a young kid. The design redesigns the gears so there is a groove/track in the gears that are surrounded by a housing unit that has a roller attached to it that goes into the grooves to provide the gears support so that they don't fall apart. The grooves in the gears needed to be deeper as well. The housing unit needs to be designed to be easily accessible/maintenanced/cleaned (I can design that but it is a simple/easy task that I don't need to describe) - Within the last week my female English Bulldog snuck a couple drinks out of a puddle when I wasn't looking & her face instantly broke out (this happening & her face breaking out is another exact detail that I was told would happen 1-2 decades ago by someone (I've forgotten who)).

- 3/25/24 I went to the urologist in Galesburg named Dr. Patterson because the doctor at OSF in Monmouth referred me to him. While in that appointment several more exact details occurred that I later remembered were exact details I was told would happen over a decade ago by Morgan Ray. I was violated/harassed while in the doctor's appointment: The Doctor's name is Tom Patterson & he introduced himself as Roger. While in the appointment the doctor verbally interrogated me (in a disrespectful demeanor while seeming in disbelief) about how frequent I urinate, my head injuries & my pain/discomfort. He asked me if I was in pain & then when I described my pain/discomfort he said "there is nothing I can do for you with that, I'm a

plumber". He then asked me "do you sit down or stand up to pee?". He then asked me to lay down on his bed & pull my pants down so he could do some type of scan with his machine & he didn't need my pants down (he only scanned my belly-button area). He then suddenly said "let me give you some advice" & lifted my penis & pressed on my urine-passage that runs the length of my penis & basically told me I should be squeezing out my urine after urinating (all without my permission). He then said let me examine your prostate & fingered my anus before I processed what had happened. He then said there is nothing he can do for me & that he'd need to refer me to a Doctor in Canton. He then said "I'll walk you to the door". He also attempted to lie to me & tell me that if the hospital operated on my skull/brain as a child that I'd have a huge scar on my head (despite the fact that the medical industry has had the ability to hide scars since before I was born (boob-implants)). While in the office there was suddenly cop lights flashing through the window & when I saw this I remembered being told over a decade ago that while I was in this doctor's appointment that a cop was going to unlawfully search my vehicle & if it hadn't just been cleaned (which I had just cleaned it) & if he found any drugs (I don't do drugs) that he was going to come in the doctor's office & arrest me. All of these details were exact details I remembered being told would happen after they happened over a decade ago by Morgan Ray. I'm pressing charges for being lied to & violated. From now on the medical field needs to use its imaging devices/technology to examine prostates instead of using their fingers to penetrate people who don't know what to expect.

- 3/26/24 Today more exact details occurred that I later remember being told would happen 1-3 decades ago by someone (I've forgotten who): I scheduled an oil change for my truck in Monmouth in the time frame while I'm scheduled to go to court on 4/2/24. I will have to walk several miles to go to court once I drop it off. I emailed a complaint about Dr. Patterson to Graham Medical Group & OSF. I sent an updated version of this evidence to Alexis Police Department's Officer Fredrickson-Overstreet. - Today I was shown the Baltimore Maryland bridge collapse on the news. It's my suggestion that we use my design-suggestion to build bridge-piling protection structures that surround the pilings of bridges so that the pilings don't get damaged by passing boats. It's also my suggestion that bridges don't just sit on top of the pilings but that they have structural support systems underneath the bridges that connect to the pilings at various heights.

- 3/27/24 I was asked to urinate in a measuring device for the 48 hours since getting home from the urologist. I had to urinate 67 separate times in between 6pm on Monday & 6pm today. Today the water was shut off as I was being forced to record this for the doctor & this is another exact detail that I later remembered being told I'd be forced through 1-3 decades ago by someone (I've forgotten who). - Today Dr. Kusler from Monmouth's OSF clinic called me & told me that if I want the healthcare I need I'll have to move somewhere else & this is another exact detail I later remembered that I was told would happen over a decade ago by someone (I've forgotten who but I think it was Morgan Ray who told me this).

- 3/28/24 The following details are more exact details that I was told would happen 1-3 decades ago by someone (I've forgotten who) but I didn't remember being told about the following incidents until after they happened: Today the supposed President & CEO of Graham Medical called me about the complaint I filed on their Dr. Patterson. When he first called, I was in the shower & he left a voicemail asking me to call him back. I called him back as soon as I received the message & he told me that he was getting ready to walk into a meeting but he wanted to call me back in a half hour to "talk to me about the complaint". I immediately informed him of my cognitive/communication disabilities & that if he wanted to further communicate with me that he needed to accommodate me by emailing me instead of having a verbal conversation with me so that I have time to process & think about my response. He responded that he was unwilling to email me & that there was nothing to talk about & that he is considering the matter closed. I responded that I will be pressing charges & then filed a complaint on him for ignoring my complaint & not being willing to accommodate my disabilities. - The following detail is another exact detail that I later remembered being told would happen 1-3 decades ago by someone (I've forgotten who): I checked my bank account statement to realize that the gas station in Galesburg, Thorton's, charged me twice for something I only purchased once while driving home from the urologist appointment I was forced to go to in Galesburg on Monday, 3/25. The extra charge overdrafted my bank account so I was forced to call the bank, then call Thortons, then call Thortons service number, then call the bank again to settle the wrongful charge. - The following is another exact detail that I later remembered being told would happen 1-3 decades ago by someone (I've forgotten who): OSF called me attempting to make me drive to Bloomington or Peoria so that I can get medicine to prevent me from having to urinate so often. I informed them for the 4th or 5th time within the past month that I'm unwilling to travel hours away to get access to medicines for common & treatable symptoms. The lady on the phone said " so you want me to tell them (Monmouth) to just go ahead & treat you" after reminding me twice that our call was being recorded (exact details I was told would happen long ago). OSF has neglected me for 21+ years & their neglect has forced me to suffer from symptoms that medicines treat the entire time. For the past 17 years they've passed me from doctor to doctor & forced me to appointment after appointment to never give me access to the medicines that I need to function & be presentable. I'm pressing charges & filing lawsuits against OSF & the legal/law-enforcement systems who have had me under unlawful surveillance the entire time as I've been forced to suffer & live without.

- 3/30/24 I'm just remembering another exact detail that I was told would happen over a decade ago by Morgan Ray that occurred when I went to my cousin's track meet on 3/16 this year: My skin (face, head, back, chest) has been broken out every single day for longer than I can remember because I'm getting poisoned with irritants/allergens &or not given the medicines I need to be presentable. On that exact day my skin on my face & head cleared up for once so I didn't look disgusting. This is something Morgan told me would happen over a decade ago. It then instantly started to break out again the next day as she said it would. I'm pressing charges for being violated & for being poisoned & for being neglected nonstop. - I'm also remembering

that another exact occurred within the last week that I was told would happen 1-3 decades ago by someone (I've forgotten who): I bought a cordless & rechargeable dog nail grinder from amazon.com. The nail grinder's grinding wheels doesn't last when grinding down the dog's nails but I realized that I could fit my sand paper for my Dremel tool over the grinding stones for the nail grinder & it did a much better job with the sandpaper. The second time I used the nail grinder it quit working completely just as someone said it would once I realized that my Dremel's sandpaper fit on the grinding stones. - I sliced my foot while using a callus removing razor tool this past week & just remembered that this was another exact detail that I was told would happen over a decade ago by Morgan Ray.

- 3/31/24 Another exact detail that I later remembered being told would happen 1-3 decades ago by someone (I've forgotten who) occurred today: I recently switched my health insurance to Molina & they provided me an OTC Flex Benefit card that gives me $60/ 3-month period to spend on Band-Aids & other health supplies. I looked up on the internet where I could use it & was told that I could use it at Dollar General so I went to Dollar General & shopped $60 worth of supplies but was turned away at the cash register who said they couldn't accept the card. I then looked up again & shopped on Walmart.com to realize when checking out that they no longer ship their products. I ended up purchasing my items from Walgreens.com & all of these exact details were more exact details that I was told would happen long ago.

- 4/1/24 Today another exact detail occurred that I was told would happen 1-3 decades ago by someone (I've forgotten who): I have my truck an oil change scheduled for tomorrow & suddenly DirecTV scheduled my bill to be due on the 2nd instead of the 4th-7th like it usually is. My SSDI check didn't appear on my account today & said it's not going to be available until the 3rd so I won't be able to be able to afford to pay my DirecTV bill on time & this is another exact detail I was told would be happening long ago as I'm being forced to go to court while being wrongfully charged & neglected of my actual lifelong court case. - Later in the day 3 more exact details occurred that I later remember being told would happen 1-3 decades ago by someone (I've forgotten who): I went to Dollar General & the case of water bottles I attempted to was leaking all over everything without my knowledge until the lady behind me told me. Then as I was loading my groceries into my truck some unknown male said to me "that's pretty good" & I don't know what he was talking about but remember being told that it was a potential that it would happen. When I got home mind-control technology was used on me to communicate this message to me "you can go (to court)" & I remember being told that my violators would tell me if they were going to let me go to court or not because they were considering not allowing me to go to my court date. The communication technology has been used on me, constantly, every day that I can remember to attempt to drive me insane, to make me appear insane & to ruin my life. I'm constantly being communicated to about things I remember being talked to about but have no recollection of what was said to me while having no clue what they are communicating to me about & it completely destroys my life & recovery efforts & keeps me absolutely miserable all day every single day.

- 4/2/24 The following are more exact details I later remembered being told would happen 1-3 decades ago by someone (I've forgotten who) after the details happened: I was once again forced to go to court while being wrongfully charged as a disabled victim. I scheduled an oil change for while I was in court & for Warren County Public Transportation to give me a ride from my oil change to court since it was raining. Warren County Public Transportation didn't show up to pick me up as scheduled so I had to walk to court with my laptop in the rain. At court my public Defender (who I've fired over a half dozen times for not providing me fair/proper representation & for continually urging me to willfully accept wrongful punishment as I'm being wrongfully charged) said "I understand your position" to me & that is an exact quote I was told he would be saying to me over a decade ago by someone (I've forgotten who but I think it was Morgan Ray). After court he handed me a sticky note instead of a signed court paper to give me my next court date (this is another exact detail I was told about long ago). They scheduled my next court date for May 7th, the anniversary of Creighton & I getting raped & when I was murder-attempted & he died (& this is another exact detail I was told about long ago). I then went to leave the courthouse but it was still raining so I asked a lady who was working if I could leave my laptop there since I had to walk over a mile in the rain to get to my truck. The lady gave me a massive trash bag to put my laptop & phone in & that is another exact detail I later remember being told would happen over a decade ago. I saw Lisa Gavin at the courthouse & that is another exact detail I later remembered that I was told would happen over a decade ago & I had just emailed her & her family asking them to keep their distance from me. I then went home to find a cigarette but in my yard & that is another exact detail. My order that I placed with Walgreens using my new OTC Molina benefit card showed up & one of my items was destroyed. I had to call to get a refund & that is another exact detail I was told would happen long ago. The FedEx driver didn't notice me outside waiting for him when he delivered the package & he said "you scared me" & that is another exact detail I was told would happen long ago.

- Within the last couple weeks, a couple more exact details occurred that I later remembered being told would happen 1-3 decades ago by someone (I've forgotten who): Mind-control technology was used to communicate the following message to me "Over my dead body". This is something Drew Robertson said to me as a kid when I think he assumed that I had him presumed guilty for attacking me, tormenting me & hitting me head-to-head when I played football while severely brain/spine-injured & while I knew I was innocent for being forced to pinch his dick & when I was forced to attack him with the same anus-attack that Patrick Gavin did to me. That or he was in denial that I used to take it easy on him while playing football. Me being forced to get this phrase communicated to me is something Morgan Ray told me would or might happen while living here. - While watching the Bulls game the new Chicago White Sox announcer was helping Stacy King announce the Bulls game & said something along the lines of "murderers' row". This happening is another exact detail I was told would happen long ago by someone (I've forgotten who) & whoever told me this said him saying this meant something about them or my violators or my court case or something, I forget.

- 4/3/24 I emailed an updated version of this evidence to the F.B.I. in Springfield IL, officer Lane Mings of the Galesburg Police Department & deputy Joshua Smith of the Warren County Sheriff's Department. After doing so I realized that my evidence was tampered with & a section of my testimony had been deleted & I believe this is another exact detail I was told would happen long ago by someone (I've forgotten who). I then called the Illinois State Police in Moline IL & the lady I spoke with said I couldn't file a criminal complaint there & that I needed to hire an attorney. When I told the lady I can't afford an attorney she responded that they couldn't help (I'm pressing charges).

- 4/4/24 While watching the news I saw that someone stole $30 million in cash from a place in L.A. & that lightning struck the Statue of Liberty. I then remembered that both of these details were more exact details that I was told would/might happen 1-3 decades ago by someone (I've forgotten who).

- 4/5/24 I texted my landlord informing him that he should start taking responsibility for mowing his own yard since he now lives in the backyard & because of the fact that I'm disabled & being violated while living here nonstop but he turned it down so I will be adding his yardwork to my court case against him (for violating/harassing me & for renting me this house in filthy condition with my disabilities & while I'm getting violated/neglected nonstop). - Several more exact details occurred today that I later remembered being told would happen over 1-2 decades ago by someone (I've forgotten who): I use a micro-needle roller to roll on my scalp & face. Mind control technology was used as a weapon & forced me to roll the roller over/into my eyeball today. Later on, while watching the NCAA women's tournament Kate Martin introduced Iowa's starting lineup & then they kept showing one of the old ladies who used to play eating popcorn. These were all details I was told would happen long ago.

- 4/6/24 Today more exact details occurred that I remembered being told would/might happen over 1-2 decades ago by someone (I've forgotten who): I ordered allergy, incontinence & calming treats for my dogs as well with new water filters & razors from amazon.com. I then went to Dollar General & was behind the Alexis Police Department Officer Fredrickson & in front of my old neighbor lady Miller & the details of each of their conversations were more exact details that I was told would be happening 1-2 decades ago by someone (I've forgotten who). Mrs. Miller said "I'm sorry to hear about Orwell (my dog who was murdered), I'm sure it was just some kids". I then went to the gas station & bought a 6 pack of beer with a few gallons of gas & it somehow overdrafted my bank account despite me having just done all the math before going to the store so I had to cancel part of my amazon order. I later remembered that this is also another exact detail I was told I'd be dealing with 1-3 decades ago by someone (I've forgotten who).

- 4/8/24 Today more exact details occurred that I later remembered being told would happen 1-3 decades ago by someone (I've forgotten who): Today I had to re-caulk the bathtub in the rental house I'm being held hostage in & doing so reminded me that I suggested that caulking-tape (the

construction material) be invented/produced/manufactured/sold. I remember someone telling me that if I woke up today & finished caulking the tub before lunch after doing all of my regular morning chores that they would "allow me remember & include my caulking-tape in this evidence". I then remember them telling me that there would be an 'eclipse' special in place of the 12 o'clock news & that I'd choose to watch college softball as I ate my beans/crackers for lunch. I'm pressing charges. - This detail is another exact detail I was told would happen 1-3 decades ago by someone (I've forgotten who & I didn't remember this detail was another detail I was told would happen until after it happened): While watching the NCAA Men's National Title game I finally was able to put thought of how I'd design the 'Animal House Fitness- Monkey Feet' that I suggested as a design as a kid. When I suggested the idea as a kid, I suggested the idea & when asked how I'd design it I told whoever asked me that I'd think of something sometime because I had so much on my mind with all my other designs/violators/sabotagers/neglectors & because of how hurt I was. I instantly forgot about my suggestion because of how hurt I was & very soon after some other kid showed up in my life & acted like the design idea was his (another pathetic violator). I thought of 2 separate ways to design the dumbbell-to-foot attachment within 30 seconds of thinking about it & while thinking of my designs or it my mind-control violator communicated to me "did you lock it in" as I was thinking of a design to lock in the pieces that grip the dumbbell (my design for that similar piece is similar to a sliding-bolt lock). When I thought of this my mind-control violator forced me to say "game over". Me thinking of these ways to design this & being communicated these exact messages by my mind-control violator are more exact details I was told would happen long ago.

- I'm just remembering to write this down: It was my idea to design a water-vaporizer/chillum when I was in high school. I forgot of my idea to do so because of my head injuries & because of getting violated nonstop & someone went ahead & designed it. The finished product was just shown to me in 2023 on 'Pinterest' & me being shown this while living in Alexis is another exact detail I was told would be happening long ago by someone (I've forgotten who). I believe my mind was intentionally blanked by my violator that uses mind-control technology to violate/control/sabotage me so that I couldn't complete that simple design instantly.

- 4/9/24 Lottie Woad winning the Women's Amateur Augusta National Championship is another exact detail I was told would happen long ago by someone (I've forgotten who) & I was watching my recording of the final round today when the Housing Authority called & them calling while I was watching are more exact details I was told would happen long ago. The Housing Authority calling to ask to have me sign more paperwork as I've continually reported to them that I've been getting criminally violated every day that I've lived here & am being intentionally neglected by all authorities is another example that proves complete & blatant neglect by the responsible local authorities. I'm pressing charges.

- 4/10/24 Today I remembered that I was told (by someone I've forgotten) that Tiger Woods was going to wreck his SUV over a decade before he wrecked. - I also remembered to write the following incident down (that I later remembered that I was told would happen 1-2 decades

before it happened by someone (I've forgotten who)): Within the first year or 2 of me living in Alexis (I moved here in 2019) I had an air-fryer that I forgot to clean the inside out of for over 6 months. Within that time my sister visited 1 time with her kids & we ate a pizza that I cooked in the filthy air-fryer. I later remembered being told that they (my violator/violators that use mind-control technology to violate me) were going to blank my mind & make me eat out of the filthy air-fryer for several months & that my sister would be stopping by & I'd be forced into feeding her & her kids' unclean food. This happened & I'm pressing charges. She has only visited me 2 or 3 times in 5 years since moving blocks away from her house. - Several more incidents happened today that I later remembered being told would happen 1-3 decades ago by someone (I've forgotten who): I was delivered my amazon.com order & the razor-heads I ordered gave me 4 less than the 12 I ordered so I had to get on amazon.com & have a chat with their customer service who gave me a $10 gift certificate (all details I was told would happen long ago). I was forced to give a speech (while in my privacy) about how it's felt as if I had the bird flu or some type of disease for over the past decade (I can't get hydrated despite drinking water nonstop, I urinate nonstop, my hands/skin is always cracking/dry, my skin is always broken out, my brain feels as if it's not getting oxygen. I was told over a decade ago I'd be saying it feels as if I have the 'bird flu'. I was also forced to give a speech (while by myself & being violated with mind-control technology) comparing Morgan Ray to Gypsy Blanchard because Morgan murder-attempted me multiple times, raped me over 2 dozen times & mentally abused me for years while seemingly attempting to prove me incompetent/abusive with my mind-control violators & I believe she was/is attempting to get famous for her criminal efforts. I also just watched 'Skyfall' (James Bond) & realized how the criminal complains of being tortured by being held for months in a room without good air which is one of my complaints about the living environment I am being held hostage in. I can barely breathe in here without the windows open & fans blowing fresh air in. - I received a message from OSF & they once again violated my rights & then turned me down medical care (another exact detail I was told I'd be forced to deal with over a decade ago (I've forgotten who told me this detail would happen)). - I filed a complaint with OSF for the 2nd time using their ethics-point website. - I watched the CONACAF Champions Cup game between Inter Miami & Monterrey & after I watched it, I remembered that I was told the exact details of the game would be happening 1-3 decades ago by someone (I've forgotten who but I'm always under surveillance so it can be easily proven by investigating the surveillance). Miami's goalie made a mistake letting Monterrey score, the red card that was given & Messi's assist were all exact details that I was told would happen long ago. - I just remembered that the video my sister posted on Instagram on 4/6 of her walking her dog with her children & my niece doing a cartwheel on the blacktop road is another exact detail I was told would happen 1-3 decades ago (I want my violators investigated for possibly using mind-control on Carlie to force her to cartwheel on the blacktop road (them blanking my mind to force me to get my hands dirty, grab my penis to urinate with dirty hands, eat with dirty hands, etc. are all common techniques I'm tortured with regularly). - I just remembered the following incident was another exact detail/violation I was told would happen 1-3 decades ago by someone (I've forgotten who): On

4/7 I was researching the upcoming Solar Eclipse on the internet & it told me that the Eclipse was going to be on 4/9 (I was looking forward to watching). The eclipse was on 4/8 & I missed it because of being told it was on 4/9. I was outside during the eclipse cleaning flower pots but didn't realize the eclipse was going on (I thought a cloud must be passing over) & that is another exact detail I was told would happen long ago.

- 4/12/24 I called Illinois' Adult Protective Services today & they said they couldn't take on my complaint so they transferred me to the Office of the Inspector General. When I was transferred to them, they said the same thing & then transferred me to the Public Health Complaint Hotline which provided me an email address to turn my complaint to. I sent them my complaint by email & they almost immediately responded by saying that they can't do anything about my complaint because they don't have the jurisdiction for it. I'm pressing charges for being continually neglected while I'm getting constantly violated & forced to live without my rights as victim to our nation's most severe crimes.

- I'm just remembering to write the following incident down that was another exact detail that I was told would happen long ago by someone (I've forgotten who): I was being interrogated about Drew Robertson within the past couple weeks & spoke about how he always seemed to be putting on his own fantasy land soap opera with his facial expressions & hypocrisy. Me saying how he was a soap opera from hell on the football field is the exact detail I remember being told would happen long ago by someone.

- 4/13/24 Today I was once again violated by a violator using mind-control technology to communicate to me & the exact details of every detail involved were more details I later remembered that I was told would happen 1-3 decades ago by someone (I've forgotten who): I was in the garage doing strength building physical therapy while considering the fact that I probably should put each of my parents in prison & cease their assets for the sake of justice because of their constant neglect/abuse throughout my life. While considering this as a potential future for when I go to court my violator communicated to me "you just made me work backwards" & then later on I my violator impersonated my father while communicating with me & communicated "not a chance". I remember being told that whoever communicated "you just made me work backwards" was supposedly a lawyer. Regardless, I'm pressing charges for being violated/neglected/harassed/abused/tortured/ disrespected. - The following is another exact detail I later remembered that I was told would happen 1-3 decades ago by someone (I've forgotten who): I watched the Chicago Red Stars play Los Angeles & we scored on ourselves by accident. - I checked Facebook to realize another set of exact details I was told would happen long ago by someone (I've forgotten who): Austin McGill is a young man from Cameron (my hometown) who is around a decade older than me & who used to work for my father on my dad's farm as a hired hand. I checked his Facebook profile to realize that the first 5 sets of pictures on his profile were all exact details I was told about from long ago & 1 of the sets would be considered harassment. This is the type of harassment I've dealt with on Facebook nonstop so I deactivated my account once again. He had a picture of his young son (nearly naked) holding a TV remote

control, he had pictures of his wife wearing a Snoop Dogg sweatshirt, he had a picture of his son & him putting together furniture & a picture of him with people at the bar taking a shot. He had pictures of him at a Marine Corps. gathering. I remember multiple times as a kid/teenager being on my couch or chair in my house & both stretching out/ working on self-control with my penis & being forced to where I would use the remote control to measure the size of myself because I vary in size (by a lot) at different times. I remember someone telling me this picture was going to be posted on Austin's account & that it was proof that someone who used to spy on me was in on spying on them or something along those lines (I can't remember what was said to me back then) but I'm positive the conversation when whoever told me all of this was while I was under surveillance & can be proven.

- 4/15/24 The following are more exact details that I later remembered being told would happen 1-3 decades ago by someone (I've forgotten who): I sent an updated version of this document to Warren & Knox County authorities (as well as Galesburg Police Officer Lane Mings). Soon after I received an email from Mings actively attempting to get me committed to a mental institution involuntarily (which is a threat that violates my rights as a disabled victim that I will be pressing charges for). I later remembered that him threatening this (for me asking for justice/'a fair day in court' & for providing evidence proving me victim to our nation's most severe crimes) is another exact detail that I was told would happen 1-3 decades ago by someone (I've forgotten who). His response reminded me that he supposedly hit on Morgan while I was being forced into being with her & getting violated on a daily basis within his jurisdiction as a serial disabled victim. It also reminded me about how he searched me when my jeep was vandalized & wrecked while I was in Target in Galesburg & how he never investigated who vandalized my jeep & instead attempted to incriminate me. It also reminded me how my jeep went into reverse by itself while I left it running at my fathers after the incident at Target (I had to run after it & open the door & jump in to save it from wrecking into our trees/creek (I believe someone tampered with my jeep so that they could force it to fault). Being reminded these facts & supposed facts after Ming's illegal threat are more exact details I was told would happen long ago. I then texted my Aunt from Roseville (Ming's hometown) & informed her of Ming's threat & asked her to have someone straighten him out since he threatened me for providing evidence proving me victim to our nation's highest crimes. My Aunt's family & Ming's family know each other well enough & me asking her to straighten him out is another exact detail I was told would happen long ago. - Later in the night I was violated & forcibly communicated to by a violator using mind-control technology who communicated this message "I will accept/or swallow (I can't remember which of those phrases for sure) that one now" & this is another exact detail I later remembered being told would happen 1-3 decades ago by someone (I've forgotten who).

- 4/16/24 The following details from today are more exact details that I later remember being told would happen 1-3 decades ago by someone (I've forgotten who): I cleaned the house & as I was cleaning the closet I received an email from the OSF complaint I filed asking me another repetitive question & I later remember being told they would email me if I cleaned out my closet.

- Bowflex, the company that is unlawfully using my designs & design suggestions as their main products, sold to a company called 'Johnson Health Tech'. I received an email from Bowflex asking me to fill out a claim form for court. All of these details are more details I later remembered being told would happen 1-3 decades ago. - The following are more exact details I later remember being told would happen 1-3 decades ago by someone (I've forgotten who): Today I checked my grade school's website to see if there was anybody with contact information that I could potentially contact about still getting violated every day of my life as a serial victim (& child victim) to our nation's most severe crimes. I noticed that my 2nd grade teacher, Mrs. McVey, was listed as an active teacher with an email address. I was told Mrs. McVey died over 2 decades ago. How I was told she died is more important details for my court case. I was in a coma-type mindstate & thinking to myself about how I was going to prove my case in court. I had been thinking about all the information that I have included in the education/I.C.S. section of this testimony & thought to myself (without verbally speaking to anyone) that I'd bring all these facts up in court & have Mrs. McVey testify in court about the information the court needs to accept. As I thought of this plan to defend myself in court somebody walked up to me & told me "Mrs. McVey died". Later in life someone told me I'd be checking the website (as I was today) & see Mrs. McVey on the website (I am confused on if she is alive or dead but this is another example of how people from my community communicate with me about my thoughts without me verbally communicating with them). As I was writing this testimony a Subway commercial aired on T.V. showcasing Steph Curry as he was getting his thoughts spied on by his surroundings & he says "you all know my thoughts, that's a problem". I later remembered that this commercial being aired as I was writing this testimony is another exact detail I was told would happen long ago by someone (I've forgotten who).

- 4/17/24 I'm filling out & turning in the Bowflex claim form I was emailed yesterday. I'm also attempting to file an online complaint with the Office of Inspector General but continue to get errors when submitting the complaint. I also emailed the Knox County State's Attorney & Public Defender requesting a protection order on Galesburg Police Department's Officer Lane Mings. I had to clean the bench at Alexis's city hall while using their Wi-Fi & I'm now remembering that these are more exact details I was told would be happening long ago. - I had to call the OEIG to see if they received my complaint but they did not & are calling me tomorrow to provide me an alternative method to turn in my complaint.

- 4/18/24 I called the Office of Executive Inspector General to file my complaint with them because their online complaint submission process continues to fault. The lady, who I spoke with yesterday, told me she needs to talk with her supervisor because they usually don't let people submit complaints using email & that she didn't have an answer for me yet. She said she would call me back but she didn't call me back.

- 4/19/24 I emailed the Attorney General of IL my complaint directing it towards their organized corruption & consumer fraud sectors instead of their disability rights sector because their disability rights sector has now unlawfully turned me away 3 times now.

- 4/20/24 I sent in this evidence to the Burlington Iowa Police Department with an explanation about the accident I was in at Burlington's Steamboat days almost 2 decades ago & with an explanation about getting forced to drive to the road block in 2013 on the Burlington Bridge when I was wrongfully charged & punished again. - I remembered that the following incident occurred while at my nephew's JFL football game (in the fall of 2023) & that it was another exact set of details that I was told would happen 1-2 decades prior to it happening: I was sitting on the bleachers when my 2 nieces & my nephew walked up & talked to me. My niece had on yoga pants & sat down next to me with her legs wide open when I was violated with mind-control technology by a violator who forced the following thought to cross my mind "what do you think I am, your gynecologist?" I then remembered that this thought crossing my mind as my niece sat next to me as she did was another EXACT detail I was told would be happening long ago by someone (but I've forgotten who).

- 4/21/24 I filed this complaint with The Department of Housing & Urban Development & I wrote Bill Gates telling him about getting violated with technology & asked him if he was interested in helping me get a fair day in court since I'm completely surrounded by corruption & because I'm who suggested the design being used for the Microsoft Surface.

- 4/22/24 The following is another exact detail I later remembered being told would happen 1-3 decades prior by someone (I've forgotten who): I walked my dogs & let them each eat as much grass as they wanted. When we returned home one of them vomited several times because of eating the grass. My violator that uses mind-control technology to communicate with me then communicated to me "get used to eating grass" & them communicating that to me after her vomiting is the exact detail I remember being told would happen.

- 4/24/24 The following are more exact details I was told would happen 1-3 decades ago by someone (I've forgotten who): The dream I had while sleeping was the first set of exact details I was told would happen today: I had a dream that Lisa Gavin sat me down across a table from her to interrogate me about my court case as she was video recording me. In the dream I suddenly snapped & flipped her out of her chair for violating & attempting to take advantage of me. Scott McClintock was somehow in the dream as well but I don't remember his part in it. In a separate dream within my same sleep, I dreamt about being sexually intimate with Kelly Clarkson (the singer). I was woken up out of my dream as I was being forced to grab onto my slong & notice that I had the smallest erection I've ever had & I'm now remembering on (10/14/24) to document that this & that this & all of these details were exact details I was told would happen long ago. After waking up I decided to take a picture of the 4+ inches of dirt/filth that rest on top of the false ceilings in this house & while taking the picture I noticed that this house isn't insulated. I emailed the pictures to the Warren County Housing Authority with an updated version of this document/complaint & asked them for information about the other available housing in the area. Both taking the pictures & emailing them were more exact details I was told would happen long ago. I then turned on the Kelly Clarkson show to watch her sing & a couple of people were on the show representing a business from New York that remodels houses for disabled people & this

is another exact detail I was told would happen long ago with all of these other seemingly coincidental details from today.

- 4/27/24 Today I sent this evidence to Susan Twomey on the Monmouth, Illinois website with an explanation about my situation & a description of the corruption I've been dealing with from our local & state authorities. Madam Twomey is a respected member of my community & works for the city of Monmouth. After I sent the message to her I was violated with mind-control technology & my violator communicated the following message to me "I'm going to regret choosing to neglect you". After this message was communicated to me, I remembered being told long ago by someone (I've forgotten who) that this would get communicated to me after sending Madam Twomey this message.

- 5/2/24 While checking the news I was shown an article about the death of a young male in Oklahoma named Noah Presgrove. He was found dead on the side of the highway in only his shoes. I was told over a decade ago by Morgan Ray that this was going to happen but wasn't processing anything at the time & am just now remembering that she told me. - This year I started running a new route & it includes running a gravel road that is 1 mile just south-west of Alexis. Running the road reminded me that I almost wrecked my truck on this road when I was in Alexis. The road has an intersection without any stop nor yield signs & when you traverse from the prior road to this road there is a very steep & sudden drop off & then less than 75 yards from the drop-off there is a large crick with a bridge/guard-rails. In high school I was driving around here & was unaware of the surroundings when I drove across that intersection at 30-40 mph. My truck went airborne & when I landed, I almost skidded head on into the guard rail. Someone from my past (I don't remember who) told me I'd be running on this road one day (they probably said something else harassing about running on this road but I don't remember).

- 5/6/24 The following incident is another exact detail that I later remember being told would happen 1-3 decades ago by someone (I've forgotten who): I was violated with mind-control technology & forced to comprehend the following message that was sent to my brain "I just helped in attempting grand larceny against you". I was violated with the technology & forced to listen to myself speak to myself in other people's voices by a violator using mind-control technology to control/violate/sabotage me all day & this is a technique that is used on me nonstop.

- 5/7/24 The following incident is another exact detail that I later remember being told would happen 1-3 decades ago by someone (I've forgotten who): I went to start my truck today so that I could drive to my court date & my truck didn't start/needed its battery jumped. I later remembered they told me I'd have to jump my truck to get to court because they (the people I'm surrounded by) do not want me to be able to go to court. At court more exact details I later remember being told would happen long ago occurred: Before the judge began judging he was having a conversation that included him mentioning President Trump's trial & the fact that earlier in the day he had someone's kid acting up in court. He said the kid quieted down when they sat

on his lap & that they offered him a graham cracker. When it was my turn to go in front of the judge, they all continued to attempt to coerce/extort/exploit me out of my rights & when I continued to stick up for myself they sent me out in the hallway to give the public defender, Worby, more time to attempt to threaten me out of my rights. While refusing to willingly accept their wrongful punishment as the victim that I am I said "let's go" (go ahead & unlawfully sentence me to wrongful punishment & put me in jail & the psych ward as the victim to more crime who is cooperating with sticking up for my rights to the court). As soon as I went back into the court room with Worby the State's Attorney, Kanzler, told the judge he was unprepared to present evidence against me so they once again scheduled me for another court date in late June. Every detail I listed is another exact detail I later remembered being told would happen long ago by someone (I've forgotten who for certain but I think Morgan Ray told me). - I remembered today that the professional baseball player, Ohtani, headlining the news because of his translator defrauding him of millions of dollars is another exact detail I was told would happen long ago by someone (I've forgotten who).

- 5/8/24 I sent an email to President George W. Bush & President Obama informing them of my situation (being a serial victim who is surrounded by corruption) & asking them if they will help me get a fair day in court. While attempting to proof-read my message to President Bush my mind either faulted or was violated & intentionally blanked so that I didn't get to make the necessary grammatical corrections before sending my email to him. This is another set of exact details I was told would happen long ago by someone (I've forgotten who).

- 5/13/24 I sent this document into the Department of Justice's Criminal Division with a brief explanation of my court case in an email & received verbal communication that they received it when I called them.

- 5/14/24 The following is another exact detail that I later remembered being told would happen long ago by someone (I've forgotten who): I received an order from amazon that included a couple pocket knives that I ordered to give my nephew for Christmas & a set of tamper-proof screwdriver bits so that I could attempt to take apart the bottom of my shark vacuum that my mother gave me so that I can clean the portion of it that rolls on the ground & sucks in the filth because it's beginning to smell & appear dirty. The vacuum wasn't designed to be able to clean that part (the part that gets the dirtiest) despite the rest of the vacuum being designed to be cleaned. I had to return the knives to amazon because they were far too large to carry in his pocket comfortably so I was returning the knives using amazon.com's chat with their customer service while attempting to take apart the vacuum. It's my suggestion (& was my suggestion back in 2nd grade) to design the vacuum to be able to be easily cleaned/maintenanced from top to bottom (including the tube/passage that the filth travels through between the suction point & filth bin. The tube/passage should be able to be locked into a sturdy position so that an included snake/pipe-cleaner can be shoved through with a piece of paper towel soaked in cleaning solution). Everything detail I included were exact details I was told would happen long ago. I remember being told by whoever said this would happen or by someone in grade school that if

what happened during this portion of the testimony ever happened that the vacuum company should be mine by right. - I was using my deck of cards to play solitaire today (the Bicycle 'Architectural Wonders of the World' deck that I suggested be designed during 2nd grade) when I finally remembered to verbalize the following suggestion to my interrogators/spies: The deck be grouped together so that when playing solitaire the suits group the architectural wonders into regions (for example: the wonders from the Americas are in one suit, the wonders from Europe are in one suit, etc.)

- 5/16/24 I watched the final table of a World Poker Tour event on TV between a Jay & Jeb (both from Texas). Jay was wearing a shirt that said Caroline (a female I've been forced to be with) & I then remembered that I was told I'd be watching them play poker while he was wearing that shirt a long time ago by someone (I've forgotten who told me).

- 5/17/24 I noticed today for the 3rd time that more of this evidence has been erased/tampered with. I am once again going to add what I remember to the appropriate sections.

- 5/22/24 I emailed 'Activating Change, End Abuse of People with Disabilities' & the 'American Association of People with Disabilities' advocacy groups about my case & included this evidence.

- 5/25/24 I was watching the Cubs play the Cardinals when I remembered someone (I've forgotten who) telling me a long time ago that I would be watching the Cubs lose by a Matt Carpenter R.B.I. as I was playing poker on my phone & that is exactly what happened. I remember also being told that this would happen after informing my family that I don't want them in my future because of how they have continually neglected/violated/abandoned me & I told my sister in a text message today that I don't want them in my future now. - Within the past week I was violated with mind-control technology nonstop & the following examples are exact details I later remembered being told would happen long ago by someone (I've forgotten who): Mind-control technology was used to direct message my brain the following messages: "then you are your own lawyer". "you owe me $300 million". "I'm going to regret cheating on your dad & starting this fight with you". "you don't have to pay rent or water". "I do want you now but I don't want you in my life". "I probably am one of the worst people on the planet". "It's your mom (who is violating/communicating/controlling you with mind-control)". "I'm going to send you a picture... I'm probably going to be naked". "I owe you 3 surgeries". I remember someone saying that if they or someone else didn't get away with stealing the credit for one of my contributions that they would attempt to get away with trying to exploit me for $300 million because that is what they would've made if they would've gotten away with their efforts to steal from me. I also remember someone telling me long ago that I shouldn't have ever had to pay rent or water while living here because the house is unhabitable & the water isn't drinkable (I'm attempting to move, press charges & file a lawsuit but continue to get neglected). These are just a few of the examples of the types of violations I deal with nonstop on a daily basis.

- 5/26/24 I emailed the United Cerebral Palsy Association on cerebralpalsyguidance.com to tell them about my court case & the negligence/malpractice that I'm victim to. The owner of their Association, Chris Richmond, emailed me back & told me he was going to pass my information & this evidence to their lawyers who help people/victims like me.

- 5/27/24 I was violated with mind control technology & forced to understand the following communication from my violator & this is another exact example of something I was told I might be finding out a long time ago by someone (I've forgotten who): "then you get a protection order against all of us". As soon as I remembered to write the message down that I wrote in the information under 5/25/24 about someone saying they do want me now but don't want me in their life I was communicated the following message with mind-control technology & it being communicated to me as I remembered to write this information down is another set of exact details I was told would happen long ago by someone (I've forgotten who): "I don't need your help anymore". I remember being told that someone was going to say they needed my help unless I wrote down all of this information in my evidence to attempt to steal more time from me & my own goals for my future.

- 5/28/24 I started editing this document again for grammatical/writing errors & topics I needed to further/better clarify. I finished editing the table of contents & the 1st section of this about my injuries when I was violated with mind-control technology (again) & forced to understand more messages that were sent directly to my brain. The following messages were more exact examples of something I later remember being told would happen a long time ago by someone (I've forgotten who but the investigation on the 24/7-365 surveillance I've been under for the past 30 years will easily prove everything): "that's much better". "it's the worst day of their life". "they are going to prison, I promise".

- 5/29/24 Soon after waking up today I was once again violated with mind-control technology & forced to understand another message that was sent directly to my brain & the message is another exact example of something I was told would happen long ago by someone (I've forgotten who but the investigation on the 24/7-365 surveillance I've been under for the past 30 years will easily prove everything): "then I completely failed you". - Today I noticed that someone had severely tampered with this document full of evidence & as soon as I noticed I remember being told by someone (I've forgotten who) long ago that they were going to continually tamper with my evidence to make me seem uncredible for court. This time I noticed them tampering with my testimony about my arrest in Knox County when Mr. Colburn was appointed as my public defender. They switched testimony about what Mr. Worby (my public defender in Warren County) & Mr. Colburn under the Court section in the beginning of this document.

- 6/3/24 I went to an informal hearing with the Warren County Housing Authority about my complaint to them about this house & because they unlawfully denied my application to move into their apartment building in Monmouth. There more exact details that I later remembered being told would happen over a decade ago occurred including when Mr. Ravel attempted to lie

to me about the filthy/unhealthy conditions of this house being able to pass the code for being safe/habitable. I made myself clear that I want to challenge their lies & violations to my rights in court. On the way to the meeting, I had to buy a new battery for my truck & bought it at Farm King. Buying the battery, buying the battery at Farm King & the details that occurred at Farm King with their employee who used his tool to change my battery were all more exact details that I was told would happen long ago.

- 6/6/24 Today I was once again violated with more exact details that I later remembered being told would happen over a decade ago by someone (I've forgotten who): I needed to withdrawal cash from my bank account to give to my sister so that she could get the kids their Christmas & Birthday presents for me so I decided to drive to Galesburg & go to the marijuana dispensary while there. Before I left for town (around 7 pm) I looked on the internet to see what time the dispensary closed & it said it closed at 9:45 pm. I then didn't go to Galesburg until about 9 because of being told it was still open but when I arrived the dispensary was locked & the sign on the door said it closed at 8 & that was the only reason I went to Galesburg. On the way there I drove past a Warren County police vehicle & on the way back he had a speed trap set up attempting to catch speeders. I remember being told by whoever told me all of these details were going to happen that they were going to waste my trip to Galesburg by intentionally lying to me about the closing time on google as an intentionally caused breech of accurate information & then try to arrest me while I was on the way back home. When I returned home, I checked the closing time on google again to notice they switched it back to say 8pm. I drove back the following day (6/7) while it was open & seeing the 2 other customers (Logan Leese & Miguel Arteaga) along with the details of their conversations & the name of the strain I/they purchased were more exact details that I later remember being told would happen 1-2 decades ago by someone (I've forgotten who). Wasting my gas/time is something the authorities (doctors, courts, law-enforcers, navigators, etc.) in my life seem to make jokes about doing. - During the night mind-control technology was used to force the following communication directly to my brain by a violator & this specific message is another exact detail I was told that I'd be unlawfully communicated 1-3 decades ago by someone (I've forgotten who): "Then I just tried to get away with stealing to much from you".

- 6/7/24 I was in my bathroom before the Cubs game was about to start when suddenly I started wondering about David Bote (a player for the cubs who hasn't been on the roster for over a year). Soon after I proceeded to turn on the Cubs game to see that David Bote was suddenly in the starting lineup. This is an example of how my violators using mind-control technology continue to harass/violate/control me & I believe they do this while making an effort to erase my sense of 'individuality' as they are attempting to justify stealing my contributions (& the opportunity/credit/respect/earnings for them). They might be showcasing to me the type of inclusion & the potential benefits that exist while using technology to communicate. - I'm just remembering to write down that there have been 4-5 separate times since adopting my male english bulldog named 'Orwoe' when I was violated with mind-control technology & forced to

shoot my dogs in their head's harder than I should've with my slingshot. With my disabilities/brain-damage I can't always tell the difference between when I'm not functioning correctly (faulting from the combination of getting violated nonstop & my disabilities) & when I'm getting sabotaged by a violator using mind-control technology because of how often I'm violated/controlled & because of how covert the violators are while using the technology but this is another example of a mistake I made (or was forced to make) that wouldn't have happened if I was living with my rights/protections. I don't believe I caused him serious damage but know the incidents caused him unnecessary pain as I was attempting to establish/show dominance for training purposes. (I'm now remembering on 10/21/24 that me shooting my dogs with a sling shot harder than what I wanted to is another exact set of details I was told would happen long ago in a conversation I've forgotten. Whoever told me this was going to happen told me that my violators that use weaponized mind-control technology to control me were going to let some kid force me to shoot my dogs much harder than what I would ever be willing to shoot them & that they were going to do so intentionally. They told me they knew exactly who was guilty of doing this to me & my dog. (1/3/25- After further getting to know my dog, I have noticed that he does suffer from damage as a result of these incidents. He was in such rough shape when I first got him that I couldn't tell at first but now that I've constantly worked on cleaning him up & further attempting to make him comfortable, I've noticed that he has brain damage from when this happened. His back right leg slips out now). - While living in Alexis (& throughout my entire life) I've been getting interrogated NONSTOP by violators using mind-control technology to expose/control/sabotage/research me. One of their interrogation techniques they use routinely is when they force me to speak about every thought that has crossed my mind throughout my past as they are sabotaging my personality to make me seem mentally ill/incompetent/threatening. I then have to spend a massive amount of my time explaining/straightening-out my interrogators & those who have me under surveillance for the sake of my reputation/respectability/opportunity. I especially have to do this because they continually force me to speak about the thoughts of suicide & hurting people while defending myself from getting violated/sabotaged because my violators would intentionally make me seem like a threat if I didn't spend all my time/effort proving that I'm not a threat (despite being a serial victim who has never consciously attempted to hurt anybody). - I watched this season of 'PokerStars Big Game' & every detail of the show (including the conversations between the contestants & the specific winning/losing hands throughout the game) were more exact details I later remembered being told would happen 1-2 decades ago by someone (I've forgotten who).

- 6/8/24 I received an email from 'Bowflex Inc.' notifying me that they are holding a court procedure for the people they are in debt to as their company is transitioning to new ownership. I filed a claim with them because of designing/suggesting the designs of their equipment & because I came up with the name 'Bowflex' for those designs' company. I had to fill out legal paperwork & mail it back to them a couple weeks ago. Yesterday I received their response & it directed me to be at court in New Jersey on the 17th or to email a lady representing the court hearing for the US-Court to schedule an internet-video-'Zoom' meeting with the court. I spent

part of today preparing a word document full of the requested & necessary information for the court so they can grant me permission to attend the court procedures using the internet-video-'zoom' option. The email address they had me send my document to was a US-court email but my email would not go through to it & I am being told the email address doesn't exist. I am wondering if someone is attempting to scam me? I think someone told me this was going to happen 1-2 decades ago as well but I don't remember for certain (I forgot who potentially told me but my entire life is under surveillance so investigating my past/records will be simple).

- 6/10/24 While reading the headlines from the news today I noticed another article that I was told over a decade ago that I'd be reading around now. The article was informing the people that OSF Healthcare's President died. Whoever told me about this article said I'd be getting the medication's I need following their death.

- 6/12/24 I had to take my dogs to the vet because of Orya's negative symptoms. I cannot afford to go to the vet because my court case is still unsettled. My mother had to pay $368 to get her treated for a bacterial infection & Orwoe checked over. The vet sent us home with some medicine for her & flea/tick medicine for both of them (neither had fleas). - Recently I noticed puncture wounds on the underside of each of my pinky toes. Each spot has an infection in the wound that has probably been there a long time. Each of my pinky toes seem dead & have felt that way since my injuries at Monmouth Park. My wounds make me think that someone injected me with infection while I was asleep & that their injection caused my pinky toes to die with the rest of my cerebral palsy-type symptoms. I remember noticing the wounds a decade or so ago but had forgotten until yesterday. - I forgot to brush my teeth before going to the vet & I'm unaware if I'm responsible for faulting or if I was forced to forget. This specific fault is something that has continued to happen throughout my past & I am constantly forced to be uncertain. Being forced to fault is something I get forced to deal with on a daily basis so I cannot safely nor efficiently progress without the completion of a lawful investigation. My sabotagers boastfully violate me while making jokes about doing so. Without the protection I'm entitled to I'm helpless as would be anybody stuck within these circumstances. From my individual situation self-defense is necessary but so is keeping/protecting a peaceful future. Getting all of this written & able to be processed is a miracle thanks to the help of technology's advancement. - I remembered today that my dogs pulling me around area as I mountainboarded in 2021-2022, the details of my rides & then giving my nephew the mountainboard for his birthday were more exact details that I was told would happen over a decade prior by someone but I've forgotten who.

- 6/15/24 I bought a supposed marijuana joint from the gas station in Alexis & it was garbage. It provided no medicinal benefit/effect whatsoever & this is another example of how I'm constantly stolen-from & taken-advantage-of by my surroundings. - This year I've been constantly forced to remove toads from my dog's fenced in area. I remember someone from my past saying they were going to find a bunch of toads & put them in my dog pen while living here but I don't remember who said they were going to.

- 6/17/24 While in my nonexistent privacy & getting communicated with/interrogated by my mind-control technology using violators I was arguing & practicing sticking up for myself about my entitlement/rights to the medicines I need. In this specific argument I was sticking up for my rights to have stress-free access to the medication Oxycontin. I was describing how I need much higher doses than what the doctors are willing to prescribe in order for the medicine to be effective & how I plan to win my right to the medicine in court so that I don't have to ever deal with doctors unlawfully denying me my rights again (because I do not sufficiently function without the medicines I need). Suddenly I was violated with technology & was forced to understand the following message as it was sent directly to my brain "alright here is 30 mg". This was after just saying that doctors only prescribe 30 mg per day when I need 30 mg 10 times per day. This entire incident is another exact detail I later remembered being told would happen 1-2 decades ago by someone (I've forgotten who). This is as I'm getting forcibly communicated with & spoken-for by my violators using technology to control/sabotage/torture me.

- 6/18/24 Today I remembered that all of the following incidents which occurred within the past week are more exact details that I was told would happen 1-3 decades ago by someone (I've forgotten who): I took my English bulldog to the vet because she suddenly lost her hair from a couple spots by her tail. The vet there appeared very similar to Morgan Ray (one of my violators) & she told me Orya-Poe has a bacterial infection. The next day I had a voicemail from someone representing the vet who said her name was Morgan. I later remembered that I was told over a decade ago by Morgan that someone was going to poison my dog on purpose while knowing I'm still working on preparing this document & because I have a house inspection & court next week. I remember being told she would & today I took my eye off of her for a brief moment & she filled my kitchen with waste (I don't have a dog door). They told me all of the details that occurred while at the vet were going to happen: the female vet's hair loss, my dog's struggling to breathe & making a mess of the water bowl/floor, the vet assistant holding the leash for Poe, them checking their temperatures at different times, the details of my conversation with the vet, my window breaking & Poe jumping out of the truck, & probably more forgotten details. - Gordon Ramsey wrecking his bicycle & it being in the news is another exact detail I was told would happen long ago. - Justin Timberlake getting arrested for drunk driving is another exact detail I was told would happen long ago. - The half court shots during the NBA finals being made by that specific player (Payton Pritchard) & their other player, Derrick White needing dental work after the finals are more exact details I remember being told would happen long ago.

- 6/20/24 Mind-control technology was used to forcibly communicate with me all day again today. These are some of the forced communications & they were all exact details I was told would happen long ago by someone (I've forgotten who): "I never want to see you again". "those are good points (my court argument)". "that is the best conspiracy theory I've ever heard".

- 6/21/24 I received an unlawful response about my complaint I filed with the Department of Housing & Urban Development against my landlord & local housing authority.

- 6/24/24 Today I was forced to experience another incident that was another set of exact details that I was told would happen 1-3 decades ago by someone (I've forgotten who): I was in & out of my house when I forgot to change from my outside sandals (that I also use to clean my dog's fenced in area) to my inside slippers. Forgetting to do so forced me to clean the floors of the entire house as I was attempting to complete other tasks. I later remembered (6/25/24) I was told that my violator would be doing this to me on the day before my court date.

- 6/25/24 Today I went to court in Warren County & the entire experience was once again filled with exact details that I later remembered being told would happen long ago (By Morgan Ray) as I was blatantly violated by the court's representatives. While I was waiting to go into the court room, I saw a local lawyer walking around the court house in his gym shorts & running shoes & it reminded me that I needed to add him to my list of people that I have to once again send this document/evidence to when I get finished editing it. My public defender was being asked his advice about whether or not his client should sign something as he was taking calls & thanking the people on the phone for calling him. When I went into the room, I was the only person in the court room other than the judge, the public defender, the assistant state's attorney & the witness. In court they called up the lady who I refused to cooperate with to find me 'fit' for court & had her clarify that I was unwilling to drive to Peoria for a year to prove that I understand the definitions of the following: judge, state's attorney, trial, jury, guilty, not guilty & insane. While the witness was on the stand the judge acted overly personable with the old lady whose resources & time they just wasted. I then asked to speak to the judge & was granted permission. The judge was stuck on his delusions about my court case & claimed to be 'bound' to his false evidence despite me making it very clear that I could prove him wrong with my correspondence with the 2 men in the room (Assistant State's Attorney Kanzler & Public Defender Worby). He once again unlawfully threatened me with wrongful imprisonment while completely disrespecting my rights/individuality. He then once again scheduled an unlawful continuance of my court case as I'm being unlawfully charged despite being the victim. They didn't have a court date for me & my public defender said "I'll get ahold of you". I once again reminded all of them that I do not have to cooperate with their corruption & left. While leaving I once again made it clear to the court's law-enforcement representative (Mr. Munson) that they were arrogantly & blatantly violating me in court & that I deserve protection from them. When I returned to Alexis, I went to Dollar General to see a donation jar for Alexis Police Officer Fredrickson because she was in a car wreck. This reminded me that someone told me she would be getting in a car wreck 1-2.5 decades ago (I've forgotten who). ALL of these details that I just described were exact details I was told would happen long ago.

- I've been getting intentionally sabotaged while corresponding with authorities about this document constantly. Every time I attempt to email an authority about this evidence from my smartphone, I type out the email on my phone & then look it over before sending it. Every time I look it over, I fix all of the typing mistakes & wrongful auto-corrections made because of needing to use my smartphone instead of my computer because of not having the internet. Every

time I send the message after making my corrections & then read the message to find mistakes that weren't there before sending the message. I am now remembering 6/26/24) that someone (I've forgotten who) told me long ago that my messages would be getting intentionally sabotaged by a violator to make me seem less credible.

- 6/26/24 I sent this evidence to ABC News as a 'story suggestion'. I was violated & forced to understand communication that was forced on me by a violator using mind-control technology all day today as I have been every day for longer than I can remember & the following examples are more exact examples that I later remembered being told would happen 1-2 decades ago by someone (I've forgotten who): "I have no respect for him anymore". "I will swallow that now (this message was forced on me repetitively)". "I'm never going to speak to him again". I do not know who my violator was referring to as they were forcing me to understand their communication.

- 6/27/24 I was being violated/controlled/interrogated today & said something about Selina Goddard while in my privacy. Less than 5 minutes later I received an email from ancestry.com showcasing my relation to the Goddard's. This is probably the 4th or 5th time this exact thing has happened since living in Alexis. I was forced to understand communication from my violator/violators who use mind-control technology on me all day again today & the following details (I only remembered to write down some of the many examples) were more exact details that I was told would happen long ago: "& I'm about done paying rent (someone said my court case & evidence wouldn't get accepted until one of the violators from my life was completely done paying rent for their housing)". "& they are going to need help (referring to people from my life who are going to be forced to accept the truths about my court case & who have refused to accept that I've been getting sabotaged/violated with mind-control technology). "then she did rape you".

- 6/28/24 I sent Drew Robertson a message on the internet clarifying to him that he has lost his welcome in my future. Moments later I received a phone call from Georgia from somebody attempting to scam me. This has happened every time I've sent Drew a message in the past 3-4 years (I was forced to send him several messages & then it was necessary for me to clarify myself after being forced to send him messages that didn't properly represent me). - Within the past week there was a news article saying that an entire Hell's Angels chapter was arrested in California & I later remembered that this is another exact detail that someone from my past told me was going to happen (whoever said that if it didn't happen told me that I wouldn't be allowed to go to court).

- 7/1/24 I went to Walgreens to pick up my online order after attempting to spend my quarterly allowance that's provided to me by my health insurance. Every time I've attempted to use the card something goes wrong. It only covers specific items sold in specific quantities but it doesn't inform me what gets covered until after I pay so each time I attempt to spend the $60 at Walgreens it ends up covering $30-40 & I have to cover the rest & then spend my leftover on the

insurance's website. When I picked up my order it was $33.30 or 33.53 but the Walgreens in Monmouth charged my card twice for the same order. I waited several days to call the Walgreens & the insurance company in attempts to get refunded the money I was wrongfully charged. This sort of time-consuming error has happened to me every time I've used a debit/credit/gift-card within the past 15+ years. Usually I'm asked to swipe my card 2 or 3 times before it starts working or something else goes wrong. Dollar General's system isn't updated enough for customers paying with ebt simultaneously while charging the remaining amount to debit or credit or gift cards to efficiently check out hassle free. When the EBT balance doesn't cover the entire food order their system struggles to allow the customer to pay for specific lesser amounts with the EBT Card before charging the remaining to their other card. Every issue that I deal with in public like struggling to use welfare benefit cards hassle free is an issue I would never have to deal with if I was settled in court & living with the rights/protections/justice/medicine that I'm supposed to be guaranteed.

- 7/2/24 I began to choke 3 separate times today & this was another set of exact details that I later remembered being told would happen long ago by someone (I've forgotten who). I was swishing around mouthwash while riding the lawn mower & began choking on it when my mind briefly went unconscious. This happening was another set of exact details they told me would occur.

- I just (7/11/24) thought of 3 more memories from my distant past when I was told the following incidents would occur while living in this rental house on 304 South Scott Street that ended up happening. 1) The first exact detail that happened was within the first months of moving here. I had an army cot set up in my living room as my couch & was using a broken golf club as a walking cane. I set up the walking cane in the army cot's corner slot so it was sticking up & angling over the army cot similar to a flag on a golf hole. I had a Chicago Bulls blanket set up as the bedding for the cot. I then practiced shooting my lob wedge onto the cot & shot until I nicked the corner of the walking cane's hand grip (knocking over the walking cane) & the ball landed (& stopped) on the bull's eye on the Bull's blanket. I landed the shot after around an hour of shooting. When I finally landed the shot my response was "gravity experiments" (thinking they are doing gravity experiments on humans using mind-control technology (calibrating the ability to control our bodies using technology to accomplish technical movements i.e. playing golf & other sports)). My response & the details of the shot are more exact details I later remembered being told would happen long ago by someone (I've forgotten who). This happened in 2019 or 2020 2) The next incident occurred exactly as I was told it would also. I was drying a small marijuana harvest in my living room & had given each of my dog's a bone when I captured a picture of them with their bones. The picture of them looks like it belongs with the painting with the dog's playing poker. I put the picture of my dogs on social media & sent it to others. All of these details I listed involving the picture are details I later remembered being told would happen 1-2.8 decades prior. 3) My sister contacted me within the past week to notify me that I'm going to be moving to a different house in Alexis that my parent's recently purchased & I'm now remembering that this is also something that I was told would be happening long ago by

someone (I've forgotten who). My sister calling me while I was still getting out of bed was another exact detail I later remembered being told would happen long ago as well. - My personality often gets sabotaged by my violators that use technology to control my body & mind. One of the techniques that the regularly showcase is when they control what I say & in what personality I say it in. They've forced me to rant about the obesity's physical unattractiveness at least a half dozen separate times throughout my life & did so again today. Their constant sabotage is demoralizing while they are forcing me to express negative & false communication that could potentially harm so many (including the people I care about most). The past 2 times they have forced me to verbally justify my aunts' middle & late age 'women's' obesity as they've sabotaged me while I'm getting unlawfully kept under surveillance.

- 7/12/24 Within the past few days I texted my mother showing her the dog gates that I plan to buy from Amazon.com for the doorways at the house I'm moving to. The dog gates are a design I'm just now remembering that I suggested long ago & are 1 of several invention designs of mine that are being sold on Amazon.com that I now own. The dog gates are retractable & made out of mesh. I hadn't completed the detailed design (because of my head injuries & lost memory) but remember suggesting the design plan. - I'm just now remembering to document that the fire that happened in Maui, Hawaii in 2023 was another exact detail that I was told would be happening 1.5-3 decades ago by someone (I don't remember who told me nor the details from the conversation because of my head injury symptoms & the stress caused from getting constantly violated). - Within the past month I was forced to verbalize the fact that I enjoy the name 'Sydney' for females as I was getting interrogated & controlled with technology in my nonexistent privacy. The next day I had a new Instagram model named 'Sydney'. This is the type of inclusion & harassment that I've grown used to from my entertainment, news & internet industries.

- 7/13/24 The assassination attempt on former President Donald J. Trump that happened today was another exact detail I am now remembering (hours after processing the news) being told would happen 1-3 decades ago by Morgan Bower Ray(-Swing of Abingdon, IL). She told me this as I was so injured that I wasn't processing nor remembering the conversation. She told me that the F.B.I. director knew well that the kid might attempt to shoot the former president but thought it was a joke & didn't believe he had the cognitive ability to do so. She told me the authorities were going to leave the shooter a 'window of opportunity' that would allow him to hit the president's ear if he acted as fast as he could & got off the best shot he could possibly shoot. She told me the director of the F.B.I. would be fired or forced to resign. - I had scabs all over my face today & had to put 10 separate Band-Aids on my face. Doing so was another exact detail that I was told would happen today long ago by someone I've forgotten during a conversation I've forgotten the details of. I get intentionally mind-blanked by my violators that use weaponized mind-control technology as people converse with me & then I'm allowed to process the information later on but it's rare I remember & if I do it's rare that I remember for long. - I emailed the F.B.I. in Springfield, IL & the Warren County State's Attorney (Siegel), Assistant

State's Attorney (Kanzler), Public Defender (Worby) & Disability Coordinator (Schreck) with an updated version of this evidence & an explanation because of the testimony that I recorded for this date about President Trump's assassination attempt.

- 7/15/24 I received a call from Walgreens informing me that they refunded me the money for when they wrongfully charged my benefit card but that they couldn't refund it to the card & needed to go to the store to get the cash refund. While driving to Walgreens I had just entered Monmouth at the intersection by McDonalds when I changed lanes from the lane on the left to the lane on the right. I looked in my mirrors twice before changing lanes & nobody was behind me but as I was changing lanes it suddenly appeared as if I 'cut off' a brand-new truck. I believe mind-control technology might have been used to alter my vision & force this near accident but I am uncertain. I later remembered being told that this accident that I luckily avoided is another exact detail that I was told would happen long ago by someone (I've forgotten who).

- 7/22/24 Today I'm remembering to document more unwanted communication that I'm forced to deal with from my violators that are exact comments I was told I'd be getting forced to deal with long ago by people (I've forgotten details). Also, I sent my evidence to a high school classmate of mine & had to send it to him 3 times because of my faulting technology & this detail & his exact response to my message are more exact details I was told would occur long ago (I don't think my technology faulted I believe it was forced to fault). The following are the examples of the communication that was sent directly to my brain without my permission: "I'm going to write that down." "Then we are going to move." "Then I don't like you." "She does like you." "I will never do that to you again." "I do want you now." "I don't want you now." - Today I woke up with over 100 scabs on my face & head from acne & I remembered a couple days later that this is another exact detail I was told would happen long ago by someone (I've forgotten who).

- 7/24/24 I sent this document & a brief explanation to Vice President Kamala Harris with the phone number listed on her 'Instagram' profile. - I sent this document & an explanation via email to the 'Western Illinois Regional Council's' victim services email. - I sent a message & complaint to 'Nature's Treatment of Illinois' because they once again sold me another useless & nonbeneficial batch of marijuana that was outrageously & unlawfully overpriced. I also reminded them that they are using the name that I suggested in my 2nd grade class as their company name & that I have yet to receive payment for it. - Sonya Massey getting murdered by the police officer Sean Grayson is something that I just remembered being told would happen over a decade ago by Morgan Ray as I wasn't processing nor reacting to information.

- 7/25/24 I received a phone call from the director of victim services for the 'Western Illinois Regional Council' (representing the victim advocates in the Warren County, IL Court system). She informed me that there is nothing she can do to help me get my victim rights nor could she help me get the 'due process' that I'm supposed to be guaranteed. Later in the day I was mowing the neighbor's abandoned yard & a golf cart drove by at the same as the Alexis police's SUV & this is another exact detail that I was told would happen long ago by someone (I've forgotten

who). Whoever told me this was going to happen said that it would prove something about my court case if I shut off the mower to eliminate any risk of flying projectiles as they drove by & that it would prove something else about my case if I didn't. I shut off the mower as they drove by.

- 7/27/24 I emailed Bowflex about my court case with them & included some of my improvement suggestions for their equipment. I also sent them my complaint about my revolution's plates continuously breaking & their unaffordable pricing. - My violator forced the following communication directly to my brain while using mind-control technology & it was another exact detail that I was told would happen long ago: "I am 40 (years old)".

- 7/29/24 I was told I'd be moving into a different house tomorrow but was unexpectedly surprised with a change of plans & told in the morning that I'd be moving today. This happening was another exact detail I then remembered being told would happen over a decade ago by someone (I've forgotten who). My sister's husband, Eric Grant, then showed up to help me move & every time we verbally communicated the details of our conversation were more exact details that I was told would happen long ago. While we moved my stuff, I trapped 1 of my dogs in the kennel & after cleaning the floors he puked just before moving him to the new location. Him vomiting & the details associated with it were more exact details that I was told would happen long ago. While unloading my last load of the night from the garage at the new house I was suddenly & unexpectedly approached by a couple of guys who work for the gas station at the end of the block. They asked about their gas station getting broken into that night but I had nothing to do with it & was unaware of anyone who had anything to do with it but later remembered that Morgan Ray told me this was going to happen as I would be moving over a decade ago.

- 7/30/24 My mom dropped me off some supplies & informed me that one of our closest family friends passed away. She told me she died of sudden sepsis after getting bitten by several bugs. I then remembered that someone told me over a decade ago (I think Morgan Ray but I'm uncertain) that she (I was unaware of who she was speaking about at the time) told me she was going to commit suicide & then say she died from bug bites because of something to do with my court case.

- 7/31/24 A 19-year-old stabbed someone in Rock Island & the details of the incident including where the incident took place were more details I later remembered being told would happen over a decade ago by Moran Ray.

- 8/1/24 Alvin Rose Jr. refused to pay me back my deposit after I moved out of the (unlivable) house on Scott Street despite me leaving it cleaner than what it was rented to me. I sent him this evidence so he could be aware of the facts if he wants. I went to the post office to get my new P.O. Box & change my mailing address but the lady told me she couldn't find something & that I needed to come back the next day. While there my old neighbor that attacked me verbally then physically (I am being unlawfully charged & currently going to court about this case) showed up

at the post office to check his post office box. While he was leaving, I lost my temper thinking about how he probably was intentionally going along with attempting to sabotage me (since this incident is another exact incident that I was told would happen long ago) & whistled at him (he was outside & couldn't hear me). All of the details I just mentioned are more exact details that I later remembered being told would happen long ago by someone (I've forgotten who) while I was unable to process/react-to/remember conversation. - I gave my sister's husband, Eric Olson, 2 separate pairs of new shoes because of accidentally ordering the 2 pairs of shoes a size larger than I need & doing so was another exact detail that later remember being told would happen over a decade ago by someone (I've forgotten who). I couldn't return the shoes after ordering them from the internet & not realizing my mistake until the refund date had expired.

- 8/2/24 I started my day by going to the Post Office to change my address & get my new P.O. Box & all of the details that occurred while there were more details that I was told would happen over a decade ago (the sheriff at the diner, the guy who picked up the package, the 'Pipco' truck at the diner). I then drove to Galesburg to run errands. While pulling into Galesburg 2 cars pulled out in front of me & they almost caused me to wreck into a motorcycle. The cars pulled out in front of me while I was driving on a 4 lane. I was going into Galesburg on the road going past Farm King with a motorcycle trailing me in the left lane just behind me as the cars pulled out in front of me & almost caused me to swerve into the motorcycle in the left lane. This happening was another exact detail I later remembered being told would happen over a decade prior to this happening. I went on to the Post Office to get my identity verified for my address change & the details of everything that happened there were more exact details I remember being told would happen while there long ago (a lady with her 3 sons (1 of them autistic & 1 of them making a mess playing with the greeting cards). I then went to the recycling drop off location on South Henderson & remembered the details of being there were more exact details I was told would happen long ago by Morgan Ray (a guy parking his loader tractor & getting out of it vaping while I was unloading). Next, I went to the Bank to change my address. After leaving the bank I was heading to the grocery store & received a call from the lady at the bank who was working on changing my address claiming she needed more information from me & her calling me while I was driving was another exact detail I later remembered being told would happen long ago. I then went to the gas station & a guy kept waving me down acting like he wanted to give me a credit card & this is another detail I was told would happen long ago. Also, while there I paid for my gas & asked for $5 cash back & when leaving the lady didn't give me my cash & I almost forgot. Her not giving it to me immediately & me almost forgetting is another exact detail I was told would be happening long ago. I finally made my way to the grocery store (Hy-Vee) & all of the details of my shopping experience were more exact details that I was told would be happening over a decade ago by Morgan Ray (seeing Frank Baker & Nikala Timmons. The stocker flying by me & attempting to 'squeeze through' a small opening in the aisle with a pallet fork full of food). - At night I attempted to locate a razor to shave my face & head. My razor was suddenly missing. I then thought I remembered somebody saying they were going to break into my house & steal a razor. Just after thinking that I found the razor I was looking for &

remembered being told someone was going to attempt to trick me into thinking my razor was stolen while intentionally using mind-control on me to force me to lose & then find the razor.

- 8/3/24 I went to the 'Celebration of Life' for my close friends' mother who past & I later remembered that all of the following details from today were exact details that I was told would be happening over a decade ago by Morgan Ray: I was told early in the day that my sister, Sarah recently started suffering from anxiety. I went from a walk from the open-house to the closest gas station so that I could use a bathroom & the details of my time at the gas station (including the customers & what they drove/bought) were more exact details that I was told would be happening over a decade prior. On the way to the celebration my sister & I stopped at my sister's house to kill some time & while there I pet my sister's dog. I forgot I pet the dog when I went to eat at the celebration & forgetting to wash my hands & then eating with my hands was another exact detail that I was told I'd be forced through long ago by someone (I've forgotten who). The details of the speeches at the celebration & the conversation from my mother while at the celebration (her asking my dad about his class reunion) were more exact details I later remember being told about long ago. At the celebration I saw one of their cousins who I forgot the name of. When I attempted to communicate with him & ask him his name my personality faulted & I turned into a kid-version of my personality (a symptom of dissociative personality disorder) & these are more exact details I later remembered being told. While with Morgan Ray & not functioning she told me that my Aunt DD (Marlene Painter), the woman who passed away, was going to commit suicide & tell certain people that she died from bug (chigger) bites because of something to do with my court case. Morgan didn't tell me it would be my Aunt DD but she told me that it'd be someone I care about. When my mother told me she passed away she told me she died from sepsis because of getting bitten several times by chigger bugs. While at the celebration Drew (Robertson, a kid who is in this testimony for violating me during my childhood) attempted to hug me & I turned him away. Later in the day his mother & sister gave me a hug. After the celebration Drew's mother called me 'buddy' (what people in my surroundings continue to call me constantly in a disrespectful manor). While Janae gave me a hug, she stuck her rear-end far away from me. At the open house I went on a walk because I had to use the bathroom & the customers at the gas station, what they bought & the vehicles they drove were all more exact details I'm then remembered being told would happen. At the celebration I went up for 2 plates of food & was forced with mind-control technology to ask the Painter's cousin what his name was & remind him that I watched him play football as a kid. Craig Robertson was the last person in line before I went up for seconds & when I walked by him I held his hand for a couple seconds & this is another detail. While standing next to my mother a man approached her & then she sat down next to my dad & asked him if he had his high school reunion. While the Painters & Clarks all gave their speeches, I had to take more notes on my phone while sitting next to Chris Ischer who I noticed checking out my phone as I was taking notes & remembered Morgan saying that if I wasn't watching porn on my phone when she looked at my phone then I just proved them wrong in court about something. The speeches from the celebration were all exact details I then remembered being told would happen long ago. My dad looking at the pictures on

his phone during the speeches are more exact details I was told would happen long ago. Derek Robertson walking into the building in tears is another exact detail she told me would happen. All of the details from the conversation between Drew's mother & sister were more exact details Morgan told me would happen long ago & when I turned Drew down as he attempted to hug me my personality turned into Morgan's personality/speech/mannerisms. On the way home I was describing what it's like living with my dog to my sister Brooke & accidentally said that he drips "cum" nonstop instead of 'seamen' or 'sperm' as I would have preferred to & this is another exact detail I later remembered being told would happen long ago by someone (I've forgotten who). – On 12/28/24 I remembered to document that the night before I went to this celebration of life that more of the following exact details occurred that I'm now remembering being told would happen over a decade prior during a conversation that I don't remember: I soaked myself in the bathtub the night before & before I entered the tub I got on my knees & said a prayer while I was naked & whoever told me this was going to happen told me that I was going to be getting spied on with video surveillance as I did this. At some point within the time between my soak & the next morning I got my first healthy-feeling erection that I've had in quite a while & this is another exact detail I was told would happen in that same forgotten conversation.

- 8/4/24 My mother sent me a picture that was taken of me while at the celebration of life the day prior to my smartphone. I edited the picture so I didn't have to see 5 of the people from the photo & after doing so my violator who uses mind-control on me forced the following communication directly to my brain & doing so after being sent this specific picture was another set of exact details that I later remembered being told would happen long ago by someone (I've forgotten who): "then I can't hug you anymore". Later in the day I drove to Wal-Mart in Galesburg & my trip to Galesburg was once again full of details I was told would be happening long ago: at Wal-Mart I asked a lady where something in the store was & the details of our conversation were the same details I was told would be happening long ago (she answered with a comment about using her work 'smartphone' to look up where in the store the item was. We then walked past a guy who said that he just saw ' an entire closet full of sex toys' & this is another exact detail I then remembered being told would happen long ago by Morgan Ray.

- 8/5/24 I trimmed the trees at the new rental house I moved into & found a rifle case under one of the trees & this is another exact detail I later remembered being told would happen long ago. - Kevin Durant's perfect half at the Olympics, Trinity Rodman's goal in extra time that she scored against Japan & Pax Jolie getting into an e-bike accident are all more exact details that I was told would happen long ago. Snoop Dogg running a 200-meter dash was a suggestion that I made during my childhood grade school class as I was attempting to stick up for the marijuana industry but I don't know if I made that suggestion from my own free will or if I was forced to by my violators who control me with technology (I cannot remember).

- 8/7/24 I moved into my new address on the 1st of this month & Ameren sent me an unexpected power bill on the 5th that I didn't have the money to pay. My father had to send me money to pay the bill.

- 8/12/24 Today when I filled up the lawn mower with gas, I forgot to screw the gas cap back on & mowed the entire yard before realizing what I had done. I searched the yard & ended up finding the gas cap on the mower deck. These exact details were more exact details that I later remembered being told would happen long ago by someone (I've forgotten who) while I was unable to process/react-to/remember conversation.

- 8/13/24 Today my niece & nephew dropped me off some of their garden tomatoes. My nephew's skin was broken out with acne so I know that he is being poisoned the same way that I am. Later in the day I went over to the abandoned neighbor's house that is across from Alexis's only gas station to clean up a bunch of beer cans & other trash that was in their front yard & creating a massive eye-sore for everyone. When I finished cleaning up their trash I walked back home & my female bulldog greeted me at the back door. She then fell down the 5 stairs that are at the backdoor. All of the details that I just wrote testimony about are more exact details that I later remembered being told would happen long ago by someone (I've forgotten who) while I was unable to process/react-to/remember conversation.

- 8/16/24 Today while I was mowing the neighbor's abandoned yard an 'El Camino' drove by me & suddenly the throttle lever broke on my lawn mower. This is another set of exact details that I later remembered being told would happen long ago by someone (I've forgotten who) while I was unable to process/react-to/remember conversation.

- 8/17/24 All of the following details that occurred today are all exact details I remembered being told would happen 1-3 decades ago by someone (I've forgotten who) as I was unable to process/react-to/remember my conversation & who I was conversing with: As soon as I got out of bed my sister's husband called me & dropped me off a surprise batch of homegrown vegetables with my niece & nephews. On their way to my house their electric golf cart died & they had to drive a truck over. When he called me (for the 2nd time) to tell me that their golf cart died I forgot that I had my phone on the wall charging & ripped it out of the wall when I attempted to answer the phone. While here my nephew went through my semi-closed garage door to get into the dog's fenced in area so he could pet my bulldogs & on his way out he hit himself on the garage door as he was limbo-ing under it. As they were leaving, I told my baby nephew to make sure he took good care of his grandma when he visited her later in the day & he responded "good" (almost seeming angry with me (me & my mom have been in a fight my entire life)). Later on, I was scrolling through Tinder & accidentally swiped no on a lady I was considering saying yes to. She was from Hawaii & the details of her profile & her pictures were all details I later remembered being told about long ago (including that I'd be forced to swipe no on her). Further on in the day I had the Cubs game on & it went into 2 separate rain delays. I checked Google.com for the weather & attempted to type in the exact weather for Wrigley Field in Chicago instead of the weather in Chicago & it pulled up the weather for that exact address (which is something that it wasn't allowing me to do every time I've attempted to check the weather of MLB rain delays). Them allowing me to check the weather at Wrigley specifically as

they went into 2 rain delays were more exact details that they told me would happen long ago (including the 2nd rain delay lasting less than 5 minutes).

- 8/18/24 I searched the internet for an internet virtual doctor who accepts my insurance & found my Medicaid insurance's website 'Molina Healthcare'. On their website it told me I'm covered to use a specific website/app named 'Teladoc'. When I attempted to sign up for the service, I was told that my insurance member id number didn't match their records so I called the Teladoc phone number & had them attempt to sign me up over the phone. The lady ended up telling me that she couldn't get my insurance member id # to work & that I should call my health insurance & get it straightened out (but it was Sunday so I had to wait to the following day to call). I was calling because I'm hoping to find someone who will prescribe me the medicines I need to get rid of the 'uti' & skin disease symptoms that I've been unlawfully forced to deal with for the last 2.5+ decades. I'm also hoping to find a doctor to prescribe me the other medicines that I need (Oxycontin, Opana, Valium, etc.) These are details I later remember being told would happen long ago by someone (I've forgotten who).

- 8/19/24 I called my health insurance & told them about 'Teladoc' saying my member id# isn't matching their system's records. My health insurance said my insurance is active & there is nothing they can do to help me with 'Teladoc' because it is not their service despite their website directly sending me to that service & telling me I'm covered to use it. I described my situation to the lady as I was conversing with her & she decided it'd be best to file a grievance for me with their insurance company because of the fact that I'm being forced to live without my rights & medical treatments that I'm entitled to. All of the details of this conversation are more exact details that I later remembered being told would happen long ago by someone (I've forgotten who). - The garage door at the house I just moved into sags in the middle. I took a look at it & noticed that it needs redesigned. The outside 2 tracks are supported but the track in the middle is not. The piece that slides on the middle track needs a slot in the top so that supports can attach the track to the trusses throughout the garage. I then remembered that someone from my past (up to 2.5 decades ago) told me that if I could think of how to redesign that garage door system while looking at it in the amount of time that I did that it would prove something about my court case. - Despite moving to my new address I'm still getting criminally violated/interrogated/sabotaged NONSTOP by a violator using weaponized technology.

- 8/21/24 I was thinking & talking to myself (probably being forced to talk to myself with mind-control technology) about my dislike for one of the kids from Alexis that I went to high school with when I was violated with mind-control technology & forced to understand the following communication that was sent directly to my brain "I was forced to say that to you" & this is 1 example of many that I am violated & forced to deal with every single day. - I hosed off my dogs while outside & took my shirt off as I did. Later in the day I had a huge zit on my back & remembered being told 1-3 decades ago by someone (I've forgotten who) that if I hosed off my dog without my shirt that my violators would put a big zit on my back.

- 8/24/24 Today I happened to notice that my initial 'GoFundMe.com' fundraiser that I started for myself a couple years ago was deleted so I had to start another. As I was doing this I remembered that somebody from my past told me this was going to happen as well.

- 8/26/24 I had to drive to Monmouth to go to the dentist & once again was harassed while at the appointment. The lady scheduled me for my next 2 appointments on 9/25 (Drew Robertson's birthday) & 10/9 (Aaron Gavin's birthday). The appointments are for 2 fillings & as I was leaving, I remembered being told by someone from my past that they were going to schedule me for 2 separate appointments on these days for something they could do in 1 appointment hoping that I'd get in a car wreck while driving to the appointments. I also remembered that whoever told me this told me they would be once again intentionally harassing me in the exact way that they just did. My conversation & time with the dentist were more exact details I was told about over a decade ago as well (but I don't remember who told me this). I went to 'Taco Bell' on the way home for lunch & they messed my order up. I then remembered that them doing this was another exact detail I was told would happen long ago also. I order my fast-food meals plain (no condiments nor vegetables, just meat & cheese) & fast-food places have messed up my order almost every time I have ever ordered fast food & I no longer believe it happens by accident. On the way to the dentist, I took my recycling to the recycling center & while there a truck completely dusted the entire gravel parking lot as I was unloading my recycling & this is another exact detail I later remember being told would happen long ago (including that I attempted to wash myself off when I arrived at the dentist's office with their paper towels that left tiny pieces of paper towel all over my head/clothes). When I returned home, I checked my phone & saw a news article about a high school kid that just got turned paralyzed at his football practice & it showed a picture of him holding a sledge hammer (another exact detail I later remembered being told would happen long ago by Morgan Ray).

- 8/27/24 I emailed the Warren County Housing Authority's representatives a notice that I'm filing charges & a lawsuit against them while requesting they do not contact me because of their blatant corruption, neglect & lies that they continue to provide me. Later in the day I read a news article about the grade school here in Alexis having to shut down because one of the neighbors was suicidal & I later remembered being told this was going to happen long ago by Morgan Ray as well. Morgan told me that my court case would not be getting acknowledged until that kid was back home safe. - I remembered to document the following 2 pieces of testimony today: Within the past couple of years I called the Warren County Health Department & told them about my symptoms that I am completely aware are treatable with medicines. The health department representative that I spoke with told me they wouldn't accept me as a patient & they "don't do that here".

- 8/28/24 The following is another exact detail that I was harassed with today that I later remembered being told would happen over a decade ago by Morgan Ray: I took my trash bin out to the curb in front of my house & saw my new neighbor for the first time so I waved. When I waved, he shook his head at me & didn't wave back.

- 8/29/24 The following are more exact details that I was forced to suffer with today that I later remembered being told would happen 1-3 decades ago by someone (I've forgotten who): 1) While checking 'Instagram' I was shown a new website selling another one of my invention suggestions that I made during my childhood called 'weeday'. The website sells smoking pipes & water bongs designed to be easily taken apart & cleaned. Getting shown this as I was working on building my new 'solar system' walking cane & watching the Paralympics is another exact set of details that went along with this. 2) I posted on twitter/x last night asking '@Elon Musk' if I am actually surviving all of the violent crimes by myself or if I'm being kept alive with medical technology & my post was completely erased when I checked my account today. I made a post on twitter about how 'the spirit of Rosa Parks must enjoy my company tremendously' & accidentally posted it with the picture I meant to put with the 'musk-survival' post. I also made a post about the catholic religion & Chicago. 3) My mother texted me several times asking me the same ?s about purchasing me replacement parts for my Bowflex home gym (I believe intentionally to harass me) & after having to text her several times & send her several of the same links she canceled her agreement just as I later remembered being told she would. She also told me she would have me a weedwhacker to use over a month ago & never has brought me what she said she would (whoever told me this was going to happen told me she was going to continue to bother me about the weedwhacker & never give me a weedwhacker). I had to tell her that she is no longer welcome to contact nor be around me.

- 8/30/24 The following are more exact details I later remembered being told would happen 1-3 decades ago by someone (I've forgotten who): Around midnight I walked to the post office to check retrieve my mail & there was a Warren County Sheriff's Officer posted up at the gas station. While I was walking to the post office, he started following me in his SUV until he saw me go into the Post Office. I retrieved my mail & noticed that I received a letter from 'Molina Healthcare' about the grievance I filed for never receiving access to the medicines & medical treatments I'm entitled to by law because I've been forced to live with treatable symptoms for my entire life. When I left the Post Office & walked home the police SUV once again tailed me while I walked home & they didn't have their lights on despite it being dark out. When I made it home, I emailed this evidence to Molina Healthcare's civil rights email. - I went to Dollar General earlier in the day & attempted to buy electrical tape but they were out. While asking the lady if she had any there she stopped & talked with a lady who had a French Bulldog. I remember when whoever told me this was going to happen that they told me that someone was going to go buy all of the electrical tape from the store so I couldn't buy any knowing that I needed some for the woodworking project that I was working on. I then had to go to the gas station & buy some tape from the gas station.

- 8/31/24 The following are more exact details I later remembered being told would happen 1-3 decades ago by someone (I've forgotten who): I woke up today remembering that I needed to add shop vac bags to my amazon.com purchase for this month. Later on, I went outside & jumped rope for a while & a lady walked her dog in the yard next door. I had to spend time figuring out

how to reset my laptop to its factory settings & adjust my phone's configuration to allow me to use 'USB tethering' so that I can send my emails from my computer instead of my phone. While I was walking to the library to use the wifi to adjust the settings on my computer it appeared as if Billy Johnson drove by & while waiting the half hour for my computer to load the man who lives across from the library stood outside on his phone the entire time. I was forced to talk to myself all day today by my interrogators that use mind-control technology to interrogate, exploit, expose, sabotage & torture me & all of the details from me talking while in my non-existent privacy all day were more exact details I've been told would happen today long ago. I got a scab in the dead center of the top of my forehead. I had a talk to myself about the 'hawk-tuah' girl & connections my life has with her.

- 9/1/24 The following details from today were more exact details that I later remembered being told would happen long ago by Morgan Ray & others: I drove to Galesburg to run errands & started by going to the dispensary, Nature's Treatment. The amount of flower I purchased & the strain names along with the employee telling me " I like your walking stick, cane" were all exact details. I then went to Lowe's & 1) the employee telling me he 'loved my walking stick' & that it was the 'most unique' walking stick 2) Me seeing Karen & Ron Grant there 3) Me going to the bathroom while there (& where I rested my walking cane) & the hallway near the bathroom being closed off 4) The lady who walked by me in the 'nuts & bolts' aisle & her reaction as she walked by were all details I remembered being told would happen from long ago. I then went to 'Tractor Supply' to purchase a dog vaccine & the guy checking out just ahead of me handing the employee a wad of crinkled up cash was another exact detail. I then went to Hy-Vee to pick up my groceries & found out that they didn't add an item to my order that they were supposed to & as I attempted to pay the kid handling the purchase struggled getting the 'EBT card' to work. After waiting some time he was able to get the card to work & after purchasing my groceries I went into the store to buy the item they neglected to add. While I was in the store I saw a man from my court case 'Derek Smith'. On the way home from Galesburg I passed a guy who was mowing his yard on the 8 mile who had his mower blades set perfectly (mine need adjustments made & seeing him while mine need adjusted are more exact details that they told me would happen long ago). - After getting home I had a talk with myself & my interrogators/violators/spies & the details of my conversation included the following focus & this conversation was another exact detail that I later remembered being told about long ago: the exploitation crimes (economic & social) against society as an entity throughout the stereotypical spectrums of individuals & companies/organizations & all of the potentials/conspiracies for them are causing innocent people to get wrongfully punished at a much higher rate than what is forgivable/acceptable. - Later on in the day I remembered to document that the other day when I was forced to run my mouth about Aaron Gavin, Chris Gavin, Hilary Leary, Bobby Downs, Drew Robertson, Chris Robertson, Derek Robertson, Jake Gillen, Morgan Ray, Alex Fox, Mick Kaywood, Gordon Ramsy (they had me say "I'd fight you butt naked" to him while watching tv & getting spied on & that is another detail they told me would happen long ago) & the Instagram models & other people from my life/past that all of the details from the conversation I was forced

to have with myself & my violators were all exact details that I later remembered being told would happen long ago by someone (I've forgotten who). - Out of all of this information that I have documented when I was told everything that I'd be forced to endure in my present time a long time ago: some of this information was told to me by people from my life as my mind was getting intentionally blanked with only the ability to observe (not process/react) & not remember until much later or now but some of this information might have been communicated to me by my violators who intentionally induced the information/thoughts directly into my brain. - I am just now remembering to document that every internet message that I've sent to Mick Kaywood within the past few years (probably 3 or 4 separate messages) were all more exact details that I later remembered being told would happen long ago by someone (I've forgotten who). - I also remembered to document that not long ago I was forced to verbalize the following thought of mine from long ago: (speaking about Angelina Jolie) "I want to hear her sing". Within a week of me being forced to verbalize this thought my smartphone showed me that she just starred in a movie as an Opera singer called 'Maria'. - Later in the day I finished taping the new 'solar system' walking cane that I made & remembered my mother telling me up to 3 decades ago that she gave me permission to purchase 2 rolls of tape for it (I had to purchase a second roll of the black duct tape being sold at the gas station to be able to tape the entire cane so that it can be easily wiped clean. I also had just got into a fight with my mom the night before & the details of the terrible things that I said to her were more details I later remembered being told would happen long ago. Me seeing Derek Smith when I go to Galesburg after getting into fights with my mom is something that has happened 3 or 4 times now & I don't believe it's coincidence (he is the person who supposedly had sex with my mom while he was working on our house while she was married to my dad who physically fought my father & then I was forced with mind-control to burn his motorcycle on my 18th birthday. - Today I remembered my childhood ideas to design/produce self-cleaning HVAC ductwork & make major improvements to the skyscrapers being designed/built throughout our cities worldwide. Remembering these design contributions from my past today was another exact detail I later remembered being told would happen long ago.

- 9/2/24 The following communication was sent directly to my brain by my violator/violators who u0se mind-control technology to communicate with me & this message being forced upon me this way was another exact detail that I was told would happen long ago by someone (I've forgotten who): "I'm retiring in 2 weeks". At night I was playing 'WSOP' online poker with a user named 'Nico' & the user asked for music suggestions. These details were also more exact details that I was told would happen long ago.

- 9/4/24 Today as I was cleaning my floors my mind went blank & I walked on the clean floors with my slippers before I cleaned them again. I firmly believe that my violators blanked my mind with technology & forced the mistake (a reoccurring torture technique they use to sabotage me). The mistake forced me to clean the floors for a second time & doing so is another detail I remember being told would happen long ago. After cleaning the floors, I drank a beer while

checking social media from my smartphone. When I saw a picture of a couple of the United States Women's Soccer Team's players, I dropped my beer but caught it with the same hand & doing so was another exact detail I later remembered being told would happen long ago. - I remembered to document the following 2 incidents today: 1) Within the past few days I sent Melissa a message on the internet telling her that I'm preparing for court & she's in the boat with my violators & doing so was another exact detail I remember being told would happen long ago by someone (I've forgotten who). 2) While living on Scott Street I walked to the bar one day & was violated/sabotaged by a violator using mind-control technology. At the bar I was controlled by the violator & forced to eat a piece of pizza from a guy when I wouldn't have wanted to in that specific situation (Brian Bertelsen). The entire incident was another exact detail that I later remembered being told would happen long ago.

- 9/5/24 The following is another exact detail that happened & then afterwards I remembered being told it was something that was going to happen a long time ago (between 1-3 decades ago) by someone (I've forgotten who) while I wasn't processing/reacting/remembering & only able to observe: I made a post on twitter/x as I was watching the Paralympics because watching it (today) reminded me of the first time I watched the Paralympics in my childhood when I redesigned their racing wheelchairs in my mind so that a gear shaft is used instead of a chain. I had to make my post & delete it 3 times to get it to say what I was trying to say & that is another exact detail I remember being told would happen. My post states that I redesigned the bicycle & paralympic wheelchairs almost 3 decades ago to replace the chain with a gear shaft. It also states that almost 2 decades ago a chain took off my left foot as I'm going public as the victim to our nation's most severe crimes who has been getting tortured with mind-control technology for my entire life.

- 9/6/24 After waking up I was scrolling social media on my smartphone & was on a post about Alex Morgan retiring. I suddenly had to get out of bed & go pass my ejaculate into the toilet & this was another exact detail that I later remember being told would happen long ago. - I remembered to document that sometime within this past month my sister Brooke told me about a sharpei getting killed in town & I am now remembering someone told me this would happen long ago as well. I remember something being told to me about my dog, Orwell's murder & this talk with her coming from the same conversation in my past.

- 9/7/24 I noticed that my most useful ingrown toenail removing tool was exchanged by someone for a less quality instrument. This happening today is another exact detail I was told would happen long ago by someone (I've forgotten who). - I'm remembering to document that while living on Scott Street another exact set of details occurred that I was told would happen long ago: while watching the Cubs game I got mad at announcer 'Rick Sutcliff' for an unknown reason & ranted about whatever I was mad about then fell asleep. - I'm remembering to document that recently my sister dropped me off food. When the food was dropped off, I saw a white Honda minivan stop at the house as I was walking my dogs. When I returned home my phone had a text on it from her saying she dropped off food & left it in my garage. I asked who she brought it over

with & she told me she dropped it off in her SUV (she drives a white VW). Food being dropped off & the confusion about who dropped it off is another set of exact details I was told would happen long ago.

- 9/9/24 I took a phone call today from someone working with 'Molina Healthcare' & the details of our conversation including how she told me "you are the only one suffering" were more exact details I was told would happen long ago by someone (I've forgotten who). - I remembered to document the following details today: Since my sister began living with her husband, he asked me to help him complete a couple tasks at his house. When I went there 1 time, he greeted me with the comment 'I like big boobs' (my sister has almost no boobs). I ignored him because of how clueless he is about my overall anger that I'm forced to live with to avoid something horrible happening. While living at the house on Scott Street that I was renting I was being interrogated/exploited/exposed with mind-control technology & forced to speak the thoughts that crossed my mind as he said that & that happening at Scott St. was another exact detail that I'm now remembering being told would happen long ago.

- 9/11/24 Today several exact details that I later remember being told would happen long ago occurred: I took the trash to the curb & found a toy car in my driveway that I ended up cleaning with rubbing alcohol & leaving at the post office next to the sidewalk chalk in case one of the residents recognized the toy car. As I was doing that, I was walking my dogs & a man on a motorcycle was at the nearby gas station & it seemed as if he yelled at me & my dogs like he was a wrestler calling me out on 'WWF' wrestling. This happened right after I was inside talking to myself & my interrogators about a kid from my childhood who stomped my head & making a joke to myself about calling him out (the joke I made to myself (calling him my 'paperweight') was another exact detail I was told would happen long ago).

- 9/12/24 While walking to the post office a man from this community (last name Bertelsen) drove by while I was walking to the post office & I'm remembering that when I looked out the window the other day, I saw someone appearing to be him running & remembered today that both of these are more details I was told would happen long ago. Whoever told me about these details told me more about the detail's relevance to my case but I cannot remember. - Today I'm remembering that within the past week another harassing incident occurred that was another set of exact details that I was told would happen long ago by someone (I've forgotten who): I looked at Facebook & Instagram back-to-back. When I looked at Facebook, I ended up looking at Marvin Kaywood's profile & his most recent post was 23 hours ago showing a sunset on the river. I then looked at Instagram & the model's profile I looked at had a set of pictures posted 23 hours prior as well & all of the details (the times, his picture, her pictures) were exact details I was told would happen long ago. I've been harassed with this model (Kayla Simmons) about Marvin's son, Mick in the past (as she is claiming she works for 'revolve' modeling agency & 'behave' which are both suggestions I made while getting sabotaged & spoken for in my grade school class (those 2 suggestions might have been from my violators but I cannot remember)).

- 9/13/24 Today the following details occurred & then I later remembered that I was told every one of these exact details were going to happen long ago by someone (I've forgotten who): I went to Galesburg to run errands & was planning to go on a run around 'Lake Story' but forgot my shoes & accidentally wore my yard sandals. I went to Galesburg because I thought I needed to replace my debit card that expires this month but when I arrived there the lady told me they would send me one in the mail within the next couple weeks & the specific lady working at the bank (I think her maiden name is Murry (from Cameron) was another exact detail. Before getting to the bank, I went to the bank's branch location on the other side of town as I was attempting to save gas & realized they shut it down (another exact detail I later remember being told would happen). On the way to Galesburg as soon as I turned on my radio it was a broadcaster saying '& we have Aaron right here'. In between banks I had to stop at the gas station to urinate & air up my tires. I then went to the dispensary & the strain I purchased along with the conversation I had with the lady working (she said "these are big buds" (as she handed me small buds) after I had just been forced to complain (while in my privacy) about not getting big buds despite spending thousands of dollars with the dispensary) were more exact details I was told would occur during my past. I ended up missing a turn & going to the gas station next to the new library before leaving town & saying "at least I get to see the new library". I put the gas in my truck & had to go inside to urinate again. After prepaying I had to go back into the gas station because the pump wasn't working & what the lady who came outside & checked on the pump said to me was another exact detail. The conversations between the people amongst the general public while in the gas station prepaying were more exact details. While leaving town a white SUV pulled out in front of me to the point that I had to maneuver to miss them (another exact detail). When I arrived back home I had to chat with amazon.com about my debit card expiring because they sent me an email threatening to cancel my order & the details during that (including one of their representatives stopping responding to me during my 1st attempt to do so) were more exact details. During that chat I ended an 'Amazon Prime' order that I was wrongfully charged for after signing up for a free trial & as soon as I finished the chat it showed me that the 'Chicago Red Stars' game was on Amazon Prime & that was another exact detail. - I'm remembering to document that my phone has supposed to have unlimited data & 5g internet for the past 4 or 5 years but that it hasn't had more than 1 bar of 4g internet & has been messing with me about data use the entire time (more exact details I later remembered being told would happen long ago) as I've been using it to email & prepare this evidence every day.

- 9/14/24 I sent my old friend/classmate Tara Farley-Davis a couple messages using the internet & the details/mistakes from my messages were more exact details I was told would happen long ago. - I'm remembering to document that within the past week I reminded my sister that I could watch my nieces & nephews anytime & she responded "the kids are better off with the other kids" & this is another exact detail I later remembered being told would happen long ago. - I'm remembering to document that within the past month I broke my water pipe's downstem & bowl & both were more exact details that I was told would happen long ago (including exactly when they happened (I was told I'd be doing what I was doing when they each broke (on separate

incidents a couple weeks apart)). I'm also remembering to document that within the past month I made a walking stick with solar system marbles (another idea of mine from childhood). While working on the walking stick I realized that my drill press was broken in the move but I managed to get it working for the time being. I then sent my sisters & Instagram a picture of my walking cane & all of these details I documented were more exact details that I was told would happen long ago.

- 9/15/24 Today the following details occurred & they were all exact details that I later remember being told would happen long ago: I shut the windows because of the heat & turned on the air conditioner but forgot to close 2 of the windows for several hours before noticing my mistake. I attempted to start watching a movie using a feature on my phone that mirrors my phone's screen onto my tv & the function wouldn't work for about half of an hour before I finally got it started @ around 11am (then later remember being told in my past that whoever told me this would happen said "you will not be watching that movie until the Catholic church that started @ 10am is over). I watched 'The Killers of the Flower Moon' after purchasing it on 'Prime Video' (amazon.com) & my criticism about the movie is another exact detail from my past. Later in the day I watched some of the Chicago Cubs game & Busch's 2 home runs & my reactions to them (I knuckled my fist's knuckles together both times) are more exact details I was told from long ago. Later I went to 'Dollar General' & the details from there including the man who was there & his conversation with the woman outside "what did he do go to a Chicago game" were more exact details that I was told would happen long ago. - I remembered to document the following today: I have a scar on my arm that was put there by my violators who use mind-control on me when they forced me to burn my arm as they were making a joke & punishing me for making a joke when I was a kid about how I thought I was going to get in trouble with the A-List celebrities/media for attempting to 'steal the show' (the focus of attention from the general public). I was forced to burn my arm in a time that I had completely forgotten my plan for that specific tattoo about the joke to myself about the general public attempting to cut my arm off for attempting to steal the show.

- 9/16/24 Today I was interrogated as my thoughts were being communicated with, controlled & examined with mind-control technology & the focus of the interrogation was another exact detail that I then remembered being told would happen long ago by someone (I've forgotten who): As my thoughts were under surveillance & my speech/words were being controlled by a violator using weaponized technology & was interrogated about using pictures I've seen on the internet as inspiration for my imagination as I exercise my reproductive organ & rejuvenate it's system. Specifically, today I was interrogated about using Facebook & porn on my smartphone during my college years. My answer was & is simple: I was in a near unconscious state after being forced to jack off 100s of times throughout my childhood (with mind-control tech) as I was being sabotaged. It's what I'm used to. I deal with aphantasia at times & do use inspiration but I was being sabotaged & that's probably the 10000th time that I've been forced to jack off by a violator using technology as my mind was blank. My mind goes blank as I have my phone pulled up &

most of the time I'm not thinking about what's on the screen of my phone at all. My mind goes blank respectively every day. My violators attempt to sabotage me while using mind-control as I'm under unlawful video surveillance in attempts to prove me unfit for society/technology/media/social-media/relationships/etc.. I can't always provide reaction nor am I always willing to interact to/with negative as I'm being intentionally arrogantly & blatantly shown that I'm being controlled/violated/sabotaged/communicated-with/communicated-for/etc. by violators who don't respect my individual rights/life whatsoever & after that has been clearly & consistently shown to me on an "all-day everyday" basis. My surroundings falsely find me 'unfit' & 'insane' as I'm getting violently tortured & sabotaged by violators using weaponized technology to control me. Getting tortured while under surveillance is something I'm used to & continuously make jokes to myself about. My surroundings seem to continuously attempt to unlawfully use that to justify labeling me insane/guilty as well. - Today the following details occurred & then I remembered later on that I was told they would happen long ago by someone (I've forgotten who): I was being interrogated within my privacy & verbalized that when my back goes out that I'm probably paraplegic in the same spot as my Aunt Velma was & it probably was done that way to me on purpose. I then went on to state that I should plant snap dragons here at this house (a plant my Aunt Velma always had). I decided today to raise my lawsuit to $10 billion. While I was being interrogated & talking to myself, I talked about the time I lied in court as I was being violated, neglected, sabotaged & slandered by the court & it's legal representatives intentionally. I had to remind them that I'm unwilling to cooperate with their efforts to destroy my life as I was unprepared to present all of this evidence. I also had a talk about how I should be getting protection equivalent to the protection the Secret Service provides the Presidents because of being a major contributor & the victim in what should be the highest priority individual court case in the nation.

- 9/17/24 Today the following details occurred & afterwards I remembered being told they would happen long ago by someone (I've forgotten who): I went to the post office to purchase stamps & my sister's mother-in-law was there. Later in the night I went to 'Dollar General' & the details from my time at the store were more exact details I was told would happen long ago (the man running the cash register & the boy buying deodorant spray with his mom).  A Dr. Marchand liked my Twitter Post as I've been going public for myself by posting on social media about my circumstances. Later in the night I went to Dollar General & on the way home I turned down the wrong alley & when I reached the end of the alley my previous landlord was at the stop sign facing me head on. I received my new sauce pan in the mail from Amazon.com & it came with an American Flag screwdriver. I then realized that the pot I just purchased & put together for my stove was designed exactly how I suggested it be designed during my grade school class (so that the piece the handle attaches to is built out so that the handle is attached to the pot without any screws going through the inside of the pot's surface. - I'm remembering to document that the 2nd assassination attempt on Former President Trump was another detail I was told would happen long ago by Morgan Ray.

- 9/18/24 The following details from today are more exact details I later remembered being told would happen long ago by someone (I've forgotten who): I was shown a news article on my smartphone by KWQC News 6 that showcased an 11-year-old boy who suffered a brain injury after a tree limb fell on him as he was camping. The kid was playing baseball & could hardly stand up nor walk. As I was shown this, I started talking to my interrogators about the times I played tackle football when I was as hurt as the kid they showed in the news story. I then was forced to talk about how I played a football game with a girl on my team & how the other kids kept hitting her hard enough that I thought they should be in trouble so I hit them hard enough that they stopped playing rough with her immediately & me talking about this as I was shown this article is another detail I was told would happen long ago. I was also interrogated about how I wandered out to play football when I was as hurt as the kid from the news article & all of the kids I ended up playing with attempted to hurt me intentionally (with head-to-head collisions). Then my new battery powered weedwhacker showed up & while I was weedwacking my neighbor drove by on his smartphone. I had just made another post on Twitter about my court case & situation that is getting intentionally neglected by authorities. I remember being told long ago that if I was out weedwacking he was going to drive by very slow on his golf cart as he was checking my Twitter posts. Later on, I texted my mother about how I don't like certain people from our past & how my family not accepting the facts of my court case is negatively affecting my nieces & nephews & me doing so & the details of my messages I sent to my mother are all more exact details I later remember being told would happen long ago. I then received a postcard in the mail from 'Try Your Own Case.com' attempting to sell me a self-help book on how to represent myself in court & doing so is another detail I was told would happen long ago.

- 9/19/24 This morning as I was eating, I accidentally pooped myself & it was another exact detail I later remembered being told would happen long ago. I also received a trumpet case that I ordered to store some of my breakables in & didn't realize it was the wrong size until after I started modifying it (another exact detail I was told would happen long ago).

- 9/20/24 The following details are all exact details that occurred today & I remembered afterwards that they are all details I was told would happen long ago: I took my dogs for a walk at 8am & picked up all the loose trash from around the neighborhood (my neighbor's house is abandoned & had trash everywhere when I moved here). I had to go to the post office to pick up a package that they didn't deliver here for some unknown reason & it was my new running shoes (I later remembered being told they were going to make me pick up my shoes at the post office). While at the post office I forgot to ask if I could get my packages forwarded to my house (another detail I was told would happen long ago). After I went to Dollar General & bought a plate to put my butter on in the fridge. When I returned home, I accidentally hit the plate on a hard surface & it put a chip in the new ceramic plate. I then cleaned my glass downstem for my water pipe & it almost broke (both of these were details I later remember being told would happen long ago). I then mowed the yard & while mowing the ditch next to the neighbors my mower kicked up a large piece of metal just as I slowed down the engine & had I not slown

down the engine the mower would have flung the metal into my neighbor's truck/house (another amazing detail I was told would happen long ago). After mowing I applied a covering to my back stairs so that my dogs aren't at risk to get splinters from the wood steps as they go out into their fenced in area from the dog door & I worked on that until about 10 pm before going inside to make supper. When I went inside to make supper my violators communicated the following message directly to my brain with technology "he bawled his eyes out" & all of this was more details I was told would happen long ago.

- 9/21/24 The Illinois football game was shown at midnight tonight on FS1 instead of @ 7 as it was scheduled & this happening is another exact detail I'm now remembering being told would happen. - I'm remembering to document that within this past month I saw Puck Corben (a man from this town) mowing the neighbor's yard & while close to my house he said "about the trees" & I believe he was referring to how far my voice travels when the windows are open & I believe I was told this was going to happen to but I'm uncertain.

- 9/22/24 Today was full of more incidents that I later remembered being told would happen long ago: My mother brought me food for my birthday. Before she was supposed to arrive, I was cleaning the house & was about to blow off the back door's stairs when my mind went blank & I splattered my face with the toilet brush I had just cleaned the toilet with. After doing this I forgot to blow off the stairs & my mother had to walk up the puddled stairs (it had been raining). All of the details from my conversation with my mother were more exact details I was told would be happening long ago as well including her telling me she bought her new battery powered weedwhacker from the Amish.

- 9/23/24 Today was full of more incidents that I later remembered being told would happen long ago: I went to the post office to retrieve my mail & a package & the lady working put the package in the wrong box. While out I also took my mom's dishes that she brought her food in to my sister's house so she can give them back & then on to 'Dollar General' to purchase a few items (including a couple clothes hanging racks (another exact detail I remember being told long ago)). While I was putting together the clothes racks, I dropped a couple pieces of the tubing on the floor & had to check to make sure I didn't damage the floor. My exercise bike that I ordered showed up a day early & the guy who shipped it for UPS picked it up & carried it without hassle by himself. I saw him but didn't have time to put my shoes on to help him before he brought it up. While he was delivering the bike I was being interrogated about the time I played football with a girl on my team during my childhood at Warren High School. During that game 2 kids on the other team kept hitting her hard so I hit them each once hard enough that they stopped hitting the girl completely. As I was being interrogated about this, I saw a news story on twitter about a kid from around here who suffered a brain injury from a tree falling on him & used the news story to make a post on my twitter profile & all of these details were more exact details that I was told would happen long ago. Later in the night I sent another message to my old friend Tara Farley-Davis & the details of each time I've messaged her & the fact that I completely failed at

communicating how & what I attempted to communicate to her were more exact details I was told would happen long ago by someone (I've forgotten who).

- 9/24/24 Today more exact details occurred that I later remembered being told would happen long ago by someone (I've forgotten who): I registered the exercise bike that I ordered from 'Circuit Fitness' & I ordered this specific bike because it wasn't from the brand named 'Marcy Fitness'. When I registered it, I had to register it to the 'Marcy Fitness' website after thinking that I ordered a different brand. I then remember that someone told me that if I ordered an exercise bike as I was working on this document that they would be making me register it to 'Marcy Fitness'.

- 9/25/24 Today was full of more exact details that I later remembered being told would happen 1-3 decades ago by someone (I've forgotten who): Me waking up today & my violators that use mind-control technology to communicate with me forced this message directly to my brain "I cannot accept that as an answer". I had to drive to Monmouth to go to the dentist. While at the dentist the young lady who works there had a horrible looking skin infection & told me she was from Aledo & our conversation was exactly as I was told it would be. While going from the lobby to the dentist chair I showcased my disabilities without attempting to (me limping & hardly being able to stand) & this is another exact detail I was told would happen as was the 'limp show' note I had to write myself to remember what to document. After the dentist I went to the doctor's office (McDonough Clinic in Monmouth) that my insurance '"Molina Healthcare' just sent me to after I filed this complaint with them about never getting access to the medicines & treatments that I need. Every detail that occurred at the clinic between the nurse & the doctors were more very exact details that I was told would happen forever ago. There they turned me away saying that there is nothing they can do for me there & while I was waiting I called 'Bowflex' to see why they hadn't shipped my order from them. I ordered new plates for my Bowflex Revolution XP last week & in the email they told me they would send me a second email when it shipped in 4-5 days but I hadn't received an email. I had just checked my front porch & nothing was there. When I called them, I sounded frustrated because in that moment I was remembering that someone told me over a decade ago that either Bowflex wasn't going to send me my order & say that they did or that someone was going to steal the package from me off my front step & that I'd be at the doctor's office once again being unlawfully denied medicine & calling Bowflex. I was forced to say "it's not there" multiple times while on the phone with the Bowflex employee by my violators using mind-control technology to go along with sabotaging me & doing so was another exact detail I later remember being told would happen long ago. The package was at my house when I arrived. They did this to me because I'm going to be involved in a lawsuit with Bowflex as soon as I get my human rights & they are attempting to make me seem unable to work with. In between the dentist & doctor's office I had to go to Walgreens to get vaccine shots & everyone I saw at the store (Brian Huston, Jane Morgan & Mrs. Long) were more exact details & my conversation with Madam Morgan was the exact conversation I was told it would be (my english bulldogs & her not wanting to have to leave her house). I also think

I might have saw my relative Jake Gillen at the store him being in the store asking for a 'chewable' version of the tablet he was looking for being another exact detail. The lady who works at the courthouse driving through the drive-through window & the shirt I was wearing were also exact details that I'm now remembering being told would happen too. I then went to visit my Aunt on my way out of town & everything that happened there including the exact details of our conversation & the texts I sent to them after getting home were more exact details I was told would happen long ago (me texting them a picture of my new walking stick). When I returned home I received an email about someone signing me up for the notary association of America or something similar to that & that is another exact detail I was told would happen. I texted my sister about how to wash & wear socks (advice for her kids) & that is another exact detail. - Brett Farve being diagnosed with Parkinson's on this exact day as all of these details were happening is another exact detail from long ago. - After returning home for the day I remembered my idea to replace the cardboard being used to package food with reusable material. People could then send in their old packages to be reused instead of constantly creating waste. The goal would have to be that the reusable packages would have a removable & replaceable inner layer that then gets filled with the plastic that the food is kept in inside of it.

- 9/26/24 New York City Mayor Eric Adams was put on the news today for corruption & this happening is another exact detail I later remembered being told would happen by Morgan Ray as I was near unconscious. - I remembered to document the following incident that happened at the house I used to live in at 304 S Scott St. in Alexis & it is another exact detail that I was told would happen long ago: I had been drinking beer & was falling asleep when I matched with someone on Tinder who I didn't recognize at first. The next day I realized that it was my relative.

- 9/27/24 Today the following 2 incidents occurred that I later remembered being told would happen long ago by someone (I've forgotten who):  When I woke up, I sent a message to the Warren County Sheriff's Dept. using internet messenger reminding them that I'm being constantly violated & that they are no longer welcome to have any contact with me. I also informed them that I will be pressing charges & filing lawsuits against them in Federal court because of their criminal violations & neglect against me. -Sometime within the past 72 hours I was violated with mind-control technology & forced to understand the following message & it is another exact detail that I was told would happen long ago: "you are one of the only people he would sell those shoes to". They were making reference to my blue suede Nike Skateboarding shoes that are no longer being sold that were an exact design suggestion I made during my childhood. I've been being violated & communicated with NONSTOP by violators using mind-control technology & almost everything I'm forced to understand is more information I was told would happen long ago by people (but I don't remember who).

- 9/28/24 Today the following incidents happened & I later remembered being told all of them would happen long ago by someone (I've forgotten who): I noticed I left the fan blowing air into my garage on for the past 24 hours for the second time since moving here. While being interrogated with mind-control technology I said the Illinois quarterback reminds me of Harry

Potter. I emailed the Illinois Secretary of State informing him about my situation & court case (I also sent him this evidence & made it clear that my license was unlawfully taken & that I'm being forced to drive without a license & insurance). - Within the past couple months I noticed that the house that I'm currently living in needs new insulation in its attic. They put in loose insulation above the drywall ceiling without putting a layer of plastic down first so the filthy insulation just seeps through the porous drywall & damages the breathing quality & cleanliness of this house. My allergies immediately stuff up because of their mistake & then I remembered being told that this was going to happen long ago by someone (I've forgotten who). Whoever told me this was going to happen told me that the person responsible for remodeling this house made that mistake on purpose & was making a joke about the people who bought it having 'dirty heads/minds' & that they didn't think they deserved this house with that improvement being made first (or something along those lines). - After reading about another house fire in Galesburg yesterday where a man & a 6-year-old died I'm remembering that every house fire that has been talked about in the news over the past 4 years in Galesburg & Monmouth were more exact details Morgan Bower Ray told me would happen over a decade ago as I was basically unconscious.

- 9/29/24 The ingrown toenail tool that I just documented about getting switched out by someone who broke into my house last month was put switched back into my possession without my knowledge & I'm now remembering that this is another exact detail I was told would happen long ago.

- 9/30/24 I'm remembering to document that someone (I've forgotten who) told me long ago that my violators would be controlling when I remember what & when I'd be allowed to write each piece of information down as I've been preparing this evidence. Constantly I'm remembering things as I'm doing specific things & remembering being told that I'd be doing whatever as I remembered whatever. - I'm just now remembering to document that within the past month I was forced to say the following as my violators were controlling & sabotaging my personality & me doing so is another exact detail I was told would happen long ago: "they are telling me that if I wanted to have sex with her (VP Harris) that I'd have to have a threesome with her".

- 10/1/24 Today was full of more of the following exact details that I later remembered being told would happen long ago: I woke up to realize that smoke had invaded my south-facing windows for the second time & stunk up my curtains to the point that I needed to wash them again (after just washing them yesterday). I then realized my dog's bed had been torn in the night & needed a sewing repair so fixing the repair is how my day began. I then had to clean myself up & drive to Galesburg to pick up my groceries from Hy-Vee. As I was getting dressed, I suddenly realized that my new shoes unexpectedly match with my new pants & my nicest hooded sweatshirt that I regularly wear during the cold season. This happened after I had just been forced to complain (to my violators/neglectors/spies & myself) with mind-control technology about being poor & not having any clothes nor furniture nor anything that matches & this is also more details that I was told would happen long ago (when I was forced to complain about not having matching materials my personality was being sabotaged for social-

interaction/disability/class/culture/neglect/abuse/smoking politics). While in the shower before leaving my violators sabotaged my personality & forced me to complain about the celebrity Sydney Sweeney & this happening is another detail I remember being told would happen long ago. When I arrived in Galesburg I realized that I forgot my walking cane at home (they told me I would be forgetting it years ago). I went to the bank to get some cash for the dispensary & the 2 vehicles ahead of me had to get out of their vehicles to be able to operate the drive-up atm. After the dispensary I went to Pizza Hut to realize it was closed for a remodeling project so I went to La Gondola to eat instead. While in my truck at Pizza Hut my rubber band that was holding my phone's stylus fell off my phone & into the crack between my seat belt. While at La Gondola the other customers were the exact customers I later remembered being told would be there forever ago (a mother/daughter representing 'Iowa State University'. After eating I went to Hy-Vee & picked up my groceries & while there I encountered a green 'Ford Bronco' as I entered an intersection at Hy-Vee only meant for 1-way traffic just as they told me I would over a decade ago & the employee who brought me my online delivery told me "you are the only person to ever ask me that" (just as I remember being told he would say long ago) when I asked if he wanted help loading my groceries. When I returned home from the grocery store, I had to call Molina Healthcare because the website wasn't working as I was attempting to order my supplies that the insurance company allows me to order every 3 months. When I called the insurance company & began conversing with the lady the website suddenly started working just as they told me it would long ago. Next, I started cleaning the floors & suddenly decided to shut the windows across the room where I had already cleaned without cleaning my shoes before walking on the clean floor & me soiling the floor as my personality was turning into my old friend Daniel was another exact detail I was told would be happening today. I then ended up going to the gas station after mowing the abandoned neighbor's house's yard while I wasn't in nice clothes & the lady at the gas station in the yoga pants driving the van with a handicap license plate was set of exact details I remember being told would happen long ago. I took the mower home & went back to the gas station in my truck because its gas tank was almost empty also & the guy in front of me writing a check & the details of his conversation with the gas station clerk were more exact details I was told would be happening long ago. After getting home I attempted to text my sister but accidentally texted my mother instead & later remembered being told that would happen as well. Today I wrongfully disposed of leftover food I should've given to my dogs for the 2nd time since moving here & doing this for the 2nd time is another exact detail I was told would be happening today long ago. When I returned home I considered texting my relatives to inform them of my plan to build them all new houses with my earnings/compensation after I get to settle with court & thinking about doing so while I was attempting to document all of these details from today is another exact detail I was told would happen long ago. The next thing that happened was that I remembered to document that all of my internet passwords are exactly as I later remembered being told they would be over a decade ago by Morgan Ray. Towards the end of the night I received an email from 'Prism Waterpipes' asking me to provide them a review so I suggested that they create custom decals so that I can put my football helmet's decals onto my

bong & doing so was another detail I was told would happen long ago. At the end of the night I checked the online dating apps & more of the profiles were full of more exact details I later remembered being told would happen long ago. - I purchased AZO Urinary Tract Health tablets from the grocery store hoping they'd help me not need to urinate so frequently & me purchasing these instead of the 'AZO Urinary Tract Defense' was another mistake I was told I'd be forced to deal with long ago. While I was smoking my pipe a white SUV parked on the wrong side of the road outside my house & I thought it might be a cop or the news so I went out to check to see if they were there for me & this is another exact detail I was told would happen long ago. - I then had a talk with my spies/interrogators/self about the following topics & they were all details I was told would be happening long ago: 1) my fellow humans' focus passionately soap operaing with poker-face-type facial expression battles. 2) how me dealing with symptoms, faulting, being forced to fault & experience negative reaction are all expected from my situation/circumstances & how the same is not acceptable from the majority of you. 3) how I'm being sabotaged for the politics of social classes & moving up/down between them. 4) talking about how my energy's longevity is constantly depleted because of the negativity & argument that I deal with nonstop as I have to battle to be able to stay prepared to represent myself in court as I'm getting violated without break (as I was taking a note on my phone so that I could remember to document this I was eating a pb&j between cleaning the floors & doing laundry & lost my train of thought as my dog was eating his bowl of food & annoying me because he had eaten 6 times since my female had touched any food & these details are more details I was told would happen long ago. I had to talk about how me being forced to accept my disabilities & that I don't have the energy nor health that I used to as part of my life & reality now & doing so is another exact detail I later remembered being told would happen long ago. 5) I talked about how my violators make jokes about sabotaging my personality based on my intentions/thoughts/motive & how they make jokes about doing so while controlling my mind so that they can justify doing so for those reasons (to show me they have the power to & to get me to consider the potentials benefits of their technology. 6) I had a talk about & while remembering to document that I was forced to say that I think Morgan Ray is "trailer trash" as I was getting my personality sabotaged while under unlawful surveillance & this is another exact detail I was told would be happening today long ago. 7) Having a talk about how I thought I turned into one of Brad Pitt's kids as I was forced to verbalize 'Inglorious Bastards (the movie) sucked" (despite the fact that I didn't think it sucked (as my personality was getting sabotaged with weaponized technology) & this is another exact set of details I was told long ago would be happening today. 8) I had a talk with myself & my interrogators/spies about being in love with my celebrities & how amazing they are for how they have always included me with mainstream entertainment & media. 9) I gave a talk while under surveillance about being able to prove that I'm victim to organized corruption on the local, state & federal level & doing so is another exact detail I later remembered being told long ago would happen today. 10) I talked about the nation/planet considering taking a break from allowing professional & college sports so we can save on gas (non-renewable resources) for a time & finish all of the work that needs completed involved with my court case which will allow the

planet to function at a much more efficient rate & talking about all of this was another exact detail I was told would be happening long ago. 11) While getting my personality controlled & sabotaged by my violators I was forced to say "I'll go join the Taliban & whip all of your asses & whip this country's ass with all of you in it" & saying this is another exact detail I was told would happen long ago.  - Within the past week there was a news story saying DirecTV bought Dish for $1 & this is another exact detail I was told would happen long ago. - I forgot to document at least 4 more details from today that happened & I later remembered being told they would happen long ago.

- 10/2/24 Today I had to call the trash pickup service because of my online account not allowing me to transfer my online service to my new address & as I was on the phone with them their website suddenly started functioning properly just as I later remember being told it would long ago. Later on in the night my mother texted me as I was on the toilet informing me that my nephew won his football game by over 40 in a shutout victory just as they told me would be happening long ago. While eating my supper I was sitting on my living room chair & I accidentally let the juice of a fried mushroom squirt onto my sweatshirt & this is another exact detail I was told would be happening long ago. I ended the night weedwacking a small area of my neighbor's house & cutting down a couple of weeds off of their property because I noticed they don't have a weedwhacker & saw their child struggling while attempting to rid the area of the weeds & I later remembered that me doing so is another exact detail I was told would happen long ago. - If it's not already documented I'm just now remembering to document that me redesigning the retractable dog leashes while living at 304 S Scott Street is another exact detail I was told would be in my future long ago.

- 10/3/24 Today the following details occurred & they are all exact details that I was told would be happening long ago: When I woke up I had to call my trash pickup service so that my online account could adopt my new address's account & I was given a $74 credit from my last address onto this address's 1st bill. After receiving the credit I had enough money to be able to afford to purchase new scissors with my Amazon.com order for the month. I then went to Dollar General & the details of the conversation between the customer & the employee (about his seizures) were more details I remember being told would happen long ago. After returning home I worked on getting rid of a large wood pile my neighbor lady had in her back yard because she doesn't have a vehicle equipped to get rid of her landscaping waste & I had a drink of whisky/sprite (my 1st drink in over 3 years) as I did that. Before taking the truckload to the town's dump site I had to climb on top of my truck's cab to strap down the wood. When I went inside, I realized that my skin had broken out & I put 12 Band-Aids on my forehead to attempt to help the sores heal. I walked to the post office & found my mail in ballot so I filled it out immediately & took it back to the mailbox. As I was leaving my house I dropped & caught the ballot off of the floor then I ran most of the way to the post office in my sandals. - The following were examples of topics I verbalized to myself today while under unlawful surveillance & me verbalizing these topics today were more exact details I was told would happen long ago: 1) I considered designing a

roll-out floor covering to cover asphalt/concrete with under basketball hoops. The idea for this is to provide the area that basketball is being played on with a covering that is easy to clean & maintain the cleanliness of. 2) I spoke about how my violators using weaponized mind-control technology make jokes about attempting to control my diet by punishing me with skin disease. 3) I talked about what my violators did to me the first time I remembered my idea for putting football helmet decals on the water bongs of smokers. The first time I remembered that idea my violators who control me used mind-control on me to speak for me & attempted to trick me into thinking that they were giving me that idea despite the fact that I had thought of the idea during my childhood (but had forgotten about my own idea until then). - I'm just now remembering to document that the following information/communication was forced directly to my brain within this past week by violators using mind-control technology & this communication is more exact details I was told would happen long ago: 1) "He decided he would give you medicines & never take them away from you". 2) "He decided he would visit you regularly".

- 10/4/24 I received a voicemail today from WIRC saying I needed to call them because of a mix-up about appointment times. When I called the 1st 2 times the lady hung up immediately & I had to call her back. During our call I noticed that the paperwork I had to sign & mail back to them (around 2 weeks ago) didn't end up in their possession. This reminded me that I was told over a decade ago that the lady working at the post office here in Alexis wasn't going to be willing to send my mail to the Western Illinois Regional Council & that she was going to intentionally lose the mail. The lady confirmed that they did not receive my mail so we agreed that I can go to the library on Monday & email/fax them the documents & paperwork they need for this interview. These details are more exact details I was told would be happening long ago. - I saw on the news that Garth Brooks was accused of raping someone. This entire alleged incident is another set of exact details I was told would be happening over a decade ago by someone (I've forgotten who but probably Morgan Ray). - Because my skin continues to break out, I ran to Dollar General & purchased some 'Benadryl' for the 1st time in my life & doing so (including the specific customer who was at the store (healthy looking farmer) was another exact detail I later remember being told would happen long ago. - Today I was forced to say the following while in my privacy & under unlawful surveillance (& it is another exact detail I was told would happen long ago by someone (I've forgotten who)): (while talking about the models on Instagram) "the vibes of your pictures are throbbing the blues & rock&roll". I was also forced to talk about my childhood crushes & more things were said that I would've never wanted said.

- 10/5/24 Today the following incidents occurred & they were all exact details that I later remembered being told would happen long ago by someone (I've forgotten who): I messaged Lisa Gavin on the internet & informed her that I will be pressing charges on her husband Chris & 2 of her sons, Aaron & Patrick. Almost immediately after messaging her my spinal cord pinched & I have been struggling to walk/move since (it's 10/8 now). After that I went outside to clean the dog's fenced in area & unexpectedly started patching a hole on the covering of the wooden steps & while doing so mind-control technology was used to communicate the following

message to me without my permission "they are very embarrassed now". While cleaning the dog pen I found a 'Jimmy John's' wrapper inside the dog pen. Later in the day I gave a talk to my spies about how the authorities that are using mind-control technology on me have my diabetes completely figured out from the medical/medication perspective (I believe they medicate me (without my permission) to make sure my diet is working with my body but I don't know how the medicine gets administered to me (just as I don't know how the other medicines I notice myself experiencing get administered to me). -At the end of the night I ate some caramel candy until the candy made my teeth sensitive & doing so was another exact detail I remember being told would happen long ago. - Vanderbilt upsetting Alabama while playing College Football is another detail from today that I later remember being told would happen long ago by someone (I've forgotten who). - I'm remembering to document that I recently had a talk with myself & my unlawful interrogators/violators & was making "The Field of Dreams" jokes. "If you build it, they will come" is a famous line from that movie & I was making jokes about how my people will enjoy my contributions when they are complete & the great benefit the rest of the world will receive because of these improvements & making this joke on this specific day while doing exactly what I have been doing is another exact detail I'm now remembering being told would happen long ago in an unknown conversation from my forgotten past.

-10/7/24 Today was full of the following details that I later remembered being told were exact details I was told would happen long ago by people but I don't remember who: I went to the library to print out the paperwork the 'Western Illinois Regional Council' needs for my phone interview tomorrow (the paperwork I mailed to them over 2 weeks ago but they claimed to not receive (the paperwork I was told over a decade ago that the employees at the post office weren't going to be willing to send through the mail)) & found out that they do not have a fax machine. I then checked at the post office & the bank but neither permitted me to use their machines. After calling WIRC & being told they don't accept documents sent by email I had to drive to Monmouth's library to use their fax machine. At the library the employee strongly resembled my childhood neighbor (Caroline). I then went to the grocery store while leaving Monmouth & am now remembering that the exact groceries I bought (hot dogs & apple cider donuts) were more exact details I was told would happen long ago. When I returned to Alexis from the library the Alexis Police had their officer out on the road checking for speeders & I remember being told he was going to be wondering if I entered town in front of or behind the semi that was in front of me (I didn't pass the semi). Once I was back at home I remembered that Jesse (Hennenfent) getting hurt while at my dad's house is something I think that I was told would happen several years before it did. I then remembered that Jesse Gillen & Eric Hanson's motorcycle wrecks were also more details that I was told would happen back then too. Me remembering to document this information amongst this testimony on this specific day as all of these details were occurring & talking to myself about it prior to documenting it is another exact detail I was told would be happening. Later on, I remembered that earlier today I was forced to talk about 'dealing with the devil' while battling with my everyday symptoms I suffer with because of my head injuries & the extra hell from regularly smoking marijuana & remember this talk is another exact detail I was

told would happen long ago. The talk also entailed marijuana's legal stance compared to alcohols despite alcohol being much more of a dangerous effect & marijuana's similarity to the medicine I've been regularly & unknowingly administered throughout my life (medicine for my head injuries I believe). At some point throughout the day my violators that are using mind-control technology to control/interrogate/expose/exploit/sabotage/oppress/etc. forced me to listen to them talk to me through my voice (in their separate personalities) & said "that's funny" (this happening is another detail I was told would happen (my violators believe it's funny that I'm pursuing justice as the serial victim & major contributor that I am). The next talk I must've been forced to give was about how my violators along with the rest of my surroundings (authorities & respected adults from my community) are attempting to justify benign neglect to a case that was simple to prove/solve because of the massive amount of money my contributions are going to be worth & their repetitive attempts to prove me incompetent as I've been severely disabled & getting intentionally harassed & abused. I've decided their motive behind this constant illegal effort must be to erase any profits I could earn for myself as a contributor. - I'm remembering to document the fact that during my childhood head injury at Monmouth Park my head getting pinched by the merry-go-round & bringing the merry-go-round full of kids to a complete stop after it getting hit multiple times & bounced off the ground. While reminding me about it I was forced to speak about it today while under unlawful surveillance & getting regularly communicated to/for by violators & this happening today is another exact detail I was told would be happening long ago by someone (I've forgotten who). -I'm remembering to document that within the past week I was forced to talk about my childhood crushes & thoughts that crossed my mind about them. I'm also remembering that this talk happening was another exact detail I was told would happen long ago. The details of that talk were all exact details from long ago as well ("dick to the sky" "drumbeater" "lightning rod" & my tattoo idea (along with the talk about getting a tattooed penis exposed to me on the internet while playing online poker). At the end of the night, I wrote the Sherriff's Department another message apologizing for my 1st message & clarifying along with requesting that my evidence get turned into the US Attorney's office. I'm remembering that sending the first message & this message were more exact details I was told would be happening long ago simultaneously with the talk I was forced to give about this situation being a "super troopers"-type movie joke as I was being forced to talk about how I need constant 'Secret Service'-type protection from the Federal Government. I'm regularly getting cartooned by my violators with weaponized technological violations that I'm defenseless against & within the message I had to inform the Sherriff's Department that I get forced to express negativity because of the benign neglect I'm constantly being violated with. I'm also remembering to document that my talk a few days ago about how the legal & law enforcement systems are acting as if they were/are unaware of my innocence & my massive contributions for society. As they intentionally falsely assume the facts of my court case & consistently punish me illegally the fact that I didn't get a choice to act nor change anything that was happening during those situations must not matter to them. I was forced to verbally compare my court case as being punished as a date raped hostage victim who escaped hostage by hopping a fence onto a

'no trespassing' zone to escape & who is getting charged for trespassing & this talk is another detail I was told would be happening long ago. - I finally began to notice damage that I accidentally caused to my right foot's thumb nail after my skin broke out all over my head & back. I'm now remembering that me causing this damage & this skin breakout occurring is another exact detail I was told would happen long ago. It was also another detail from long ago that I ordered a canister of freeze so that I could attempt to freeze away the exposed & infected parts of the damaged nail from amazon.com & that I hit the wrong button & purchased it prior to paying my ameren.com bill instead of after it as I had intended (because budgeting my money gets down to the $1 each month while living on disability benefits). I also ordered myself some silicone toe-covers to help treat my infected nails on my toes & remembered that these toe covering were another childhood invention idea that I suggested. I'm now remembering to document that both the current damage on my fingernail & the damage on my toenail are more exact details that I was told would be happening long ago. I'm now remembering being told that when whoever said this to me, they told me that they or someone would be using mind-control technology on me & intentionally damaging my nail while controlling my actions & mind. I'm just now remembering to document (10/10/24) that I noticed my toe-cover suggestion being sold on amazon.com & the fact that I purchased some freeze to freeze off some of the infected parts on my toe nails on the specific day. Me remembering to remember but not being able to remember what I had recently written during this testimonies preparation & having a difficult time locating this specific segment while using the 'find' function of my Microsoft WordPad processor was more exact details I am now remembering being told would happen long ago in a conversation unknown.

- 10/8/24 I was forced to talk to my interrogators about how one of my head injuries at Monmouth Park felt like it caused my skull/brain to almost explode & doing so was another exact detail I was told would be happening on this exact day long ago by someone but I've forgotten who. -I'm constantly forgetting small details to document for this evidence because of the constant rate I'm violated & harassed at but regardless of all of the forgotten information my evidence is more than enough to prove my case. It's also a fact that I'm constantly shown by my surroundings & mind-control technology using violators that my every thought is getting documented & that I'm under constant surveillance. - I had a phone interview with the 'Western Illinois Regional Council' today for assistance with their LIHEAP program that helps pay the power bill during the winter. The details of my conversation with the lady & the fact that a scammer called my phone minutes prior to my phone interview were all exact details I later remembered being told would happen over a decade ago by someone (I've forgotten who). Later in the day I emailed 'Levoit' about the design of my air purifier I own because the time it takes to clean it would drastically benefit from a slight redesign. I had just received my replacement air filter order from amazon.com & noticed they only sent me 1 filter instead of the 2 that I ordered. When I looked at the website, they changed the website from the order I placed to show only 1 filter instead of the 2 I ordered & them doing this is another exact detail I was told would happen long ago. I'm not going to argue with amazon.com about it now but will when I get to court.

Sending Levoit this email about my redesign suggestion is another exact detail I later remembered being told would happen long ago. - I'm remembering to document that I duct taped the cover for the floor's air vent down to the floor in my new kitchen & doing so was another exact detail I was told would happen long ago by someone (I've forgotten who).

- 10/9/24 The following details are all more exact details that happened today & I later remember being told all of these details would occur over a decade ago but I've forgotten who/which person/people told me: I suddenly got 2 sores on the exact top of my head. Just after midnight I checked pornhub.com for the 1st time in 5 years attempting to find out if a couple women are pornstars. While on the website I checked to see if they are still showing videos of someone who is dead & while looking at the website I was forced to ejaculate. I drove to the dentist in Monmouth & passed a truck pulling a trailer full of hay bales. At the dentist the lady held my arm as they gave me a shot in my mouth & after the dentist, they told me I was done with treatment & only have to do the routine cleanings. After the dentist I walked over to 'People's' & bought a lid for my 5-gallon bucket that I use for dog waste & while there the customer's conversation & my conversation with the employee were exactly as I remember being told they would be: "what project are you working on" "midwestern pet foods" "I'm glad because I make money selling their dog food" "which food is the food from midwestern" etc. I then went to the library & for a walk before remembering to take my recycling to the dump before it closed barely in time. 2 Warren County Sheriff's officers drove by with their lights & sirens on while I was in the parking lot at the library. At the library I read the newspapers & a section about bulldogs from a book from the 'American Kennel Club'. While reading about bulldogs I was suddenly violated with mind-control technology & forced to speak the following words "he just puked" & doing so was another exact detail I'm now remembering being told would happen long ago during a forgotten conversation. I then took my recycling to the dump & drove by my dad's new neighborhood to notice that his front door doesn't match & the neighbor lady was in the yard gardening & this is another exact set of details I'm now remembering being told would happen long ago during an unknown conversation. I then went to 'Dairy Queen' & the details of my conversation with the employee about my sweatshirt & the sheriff driving by & the reactions of the people driving through the drive-through as I sat outside were all details. While I was eating my food I was violated by a violator using mind-control technology & forced to understand the following message "just remember you could be going to the game all coked up". I then went to the park & waited the next hour before my nephew's football game & passed trash on the ground that they told me would be there as a lady was there with 2 boys & all of their actions & words at the park were more details I later remember being told would happen. I then went to the game & the following were more exact details that I was told would happen long ago: My conversation with the lady at the front gate was an exact conversation I was told would happen. My dad had his combine filter in the back of his truck airing out. A kid walked by me & the people he talked to while next to me were asking him if he remembered something & he was saying he didn't. A lady looked at me like she was about to cry. Drew Johnson then stood next to me & was checking his phone just as they said he would be. I walked by the Condreay family as I was

leaving. The first quarter of the football game went exactly as they said it would & I left in anger about my court case & the constant harassment/neglect I'm violated with & the lady at the gate as I was leaving blatantly checked her watch as I walked by just as I was told she would. I remember them saying she me leaving early was a reflection of how quickly their arguments about my court case would've gotten dismissed or something (I can't remember for certain). When I got home & looked at my phone to see how long to microwave a hot dog it lied to me initially & caused me to undercook the dogs on my first attempt & then my phone changed what it showed me & this happening was another detail. After that I talked to myself about how I am going to go ahead & start isolating myself from situations like that until I settle in court because of not being able to trust my violators that use weaponized technology while in public with the people who have been neglecting me as I've been getting tortured & exploited for over 30 years. I then talked to myself for another half hour about several more topics while getting blatantly violated & spoken for by my violators & everything was exact details I was told would happen long ago. I then remembered to document that the 5 or 6 pictures of paintings/artwork that I have on my phone are all exact artwork that I remember being told I'd have on my phone long ago & the majority of them if not all of them were suggestions of mine that I remember making during my childhood. I remember thinking that when I suggested these specific pieces of art get created that it seemed as if I was getting spoken for by my violators using weaponized mind-control technology to control/violate & sabotage me. Remembering to document this segment of testimony about the artwork on my phone on this specific day is another exact detail I'm now remembering being told would happen long ago by someone (I've forgotten who). - I'm remembering to document that I recently had a talk with my interrogators about how when I'm healthy I can grow my penis at will & that when I'm fully erect or loose past my knees my size grows past 27" & having this talk on this specific day was another exact detail I was told would be happening long ago. I then had to clarify that I didn't think I could get the world record but possibly the world record for my size & then having a thought that I might have the world record as the person who is the most head injured who is still alive are more exact details that I later remembered being told would happen on this specific day during a conversation unknown. - I had a talk (probably a forced talk) about how my court case needs to go to the highest level of internation court because of the outreach my contributions demand for the sake of the efficiency of worldwide resource use & this is another exact detail I later remember being told would be happening today long ago in a forgotten conversation. - I then had a talk about being forced to repetitively deal with & prepare to settle over the worst insults & disrespects on the planet & & this is another exact detail I later remember being told would be happening today long ago during another forgotten memory.  - I recently had a talk with my interrogators about auctioning off my Microsoft Surface Pro 7 & Samsung S22 Smartphone that I've used to prepare this document to start off the donating on my gofundme.com fundraiser & considering this is another exact detail I later remember being told would happen long ago during times when I couldn't possibly remember what was happening in my surroundings because of the suffering my brain & body were going through & attempting to recover from. - I recently had a talk with my

interrogators about making jokes as I sing along to the music I listen to & was forced to defend my fitness for society & the freedoms I'm entitled to because I make jokes to myself as I'm getting intentionally tortured & neglected. I was recently forced to verbalize my thoughts about changing the words to a song I was shown on the internet that includes the lyrics "he's going for distance, he's going for speed" & my new lyrics included the words "bleed the need of the creed for greed" just as I remember being told I would say long ago & I'm now remembering that me attempting to think of new lyrics to this song & these exact lyrics are another forgotten memory of mine from up to 2.5 decades ago that they are purposefully repeating from my childhood as they are controlling me with mind-control technology. - I recently was forced to talk to my interrogators & was sabotaged as I was having the thoughts that I get regularly forced to deal with exposed. As I was sabotaged I was forced to complain about certain blondes from my life not reproducing with other blondes thus lowering the population of blondes instead of helping it & this is another exact detail I was told would be happening long ago during a conversation I've forgotten. - I recently was forced to verbalize old thoughts of mine that I was forced to deal with about suicide & experienced the following & experiencing the following occurrence at this specific moment while dealing with these precise circumstances during my life are more exact details I was told would be happening long ago during a forgotten conversation:  my mind-control violators make jokes about them being the movie director & script writer & I have to make the best of the situations/scripts/scenarios/circumstances that they give me as they are controlling exploiting, abusing, torturing & sabotaging me forcing me to have to spend my time of recovery preparing myself for court. They use mind-control technology to verbalize thoughts that I regularly ignore while sabotaging my personality & character by intentionally & consistently attaching me to the negatives & potential negatives involved with my unsolved court case. They make jokes about exploiting & exposing me while verbalizing the joke I made to myself about having to kill of certain individual self-respects to survive as an individual in my current situation (being forced to live without justice, my rights, my earnings, my medicines, my compensation, a female relationship, $ to live at the lifestyle I was raised in, etc.).- Another specific detail that I was told would happen long ago happened today when I remembered to add the following segment to this testimony about being uncertain if I documented the fact that mind-control technology was being used as a weapon to sabotage me as I was suggesting names for websites during my grade school class (all of the names I suggested are being used by the most famous websites in existence). - I'm remembering to document that I recently repotted my house plant while smoking bongs & while doing so I accidentally brushed my clean clothes against filthy surfaces while outside & doing so along with the specific surfaces I accidentally bumped into were more exact details that I was told would happen long ago. - I remembered to document that I believe I was told that Jesse getting hurt with the swing during a conversation that I don't remember from my past & doing so today & remembering to note that documenting it today & checking if I already documented it in enough detail on (10/13/24) are more exact details I'm remembering being told would happen long ago. - While in my privacy but getting violated by weaponized technology I was recently forced to talk about how doctors have hormone control

figured out to help people who don't get to exercise enough boost their sex drive but that they are criminally violating people with their powers worldwide & how it's a problem that is getting rapidly fixed because of the improvements  to technology that have occurred during my lifetime (& how this is a crime I've been getting violated with on a near daily basis for my entire life). - While in my privacy & while getting violated with weaponized technology I was forced to verbalize a rumor that someone told me about guys I grew up around having group sex with women as my personality & character were being blatantly & arrogantly sabotaged by my violator/s & me being forced to verbalize this as the memory crossed my mind & I was processing my thoughts is another exact detail I was told would be happening long ago & another example of me getting forced to talk about things I never wanted to speak about. Me being forced to speak about it & thinking it was my violators way (the violators that control me with technology) of saying they'd pick a fight for me with someone while persistently & blatantly attempting to make them want to hurt me despite me being an innocent victim & massive contributor & all of these documented facts are all more exact details I was told were potentials for my future long ago in a conversation forgotten & me remembering to add this specific portion of this testimony at the very end of typing down everything on 10/10/24 is another exact detail from long ago. - I had a talk with myself & my interrogators about how there is no individual nor entity on the planet that can change the facts of my court case nor the rights I'm supposed to expect for myself as a citizen of this country.  I was also forced to talk about how slander is a crime & how the general public continuously proves themselves guilty of attempting to benefit from the benign neglect of the sabotage that I'm being intentionally violated with & how attempting to explain this entire court case while dealing with symptoms of severe brain damage & serial sabotage has proven itself much too complicated & frustrating to achieve while conversing with those who are in denial or without patience. These talks were more exact details I'm now remembering being told would happen long ago. - I recently was forced to speak a practice speech to myself as if I was a coach for the Catholic grade school & junior high that I attended. Me not saying what I meant to say & just getting some of the words I meant to say spoken amongst other clutter that shouldn't have been said & all of this happening on the specific day that it did while I was doing the specific things that I was doing were all exact details that I later remembered being told would happen long ago during a conversation unknown & I'm just now remembering to document this segment on 10/10/24. The speech included the words 'might of your souls/spirits' & 'diminished & extinguished' & these are all more exact details I later remember being told would happen long ago.

- 10/10/24 Today I cleaned the outside unit of my central air's system & doing so today along with the following details were all more exact details I later remembered being told would happen long ago by someone (I've forgotten who): While cleaning the machine I had to search through the shop-vac to find a plug that was accidentally sucked up & while searching the shop-vac I found an acorn that appeared to be something I needed to save. I realized for the first time that to clean an outside air conditioner's unit of that size that it's necessary to order 2 cans of coil cleaner & then I remember being told I'd need 2 cans as I was completing this task. I put the shop

vac away twice because of not thinking ahead & locked myself out from using a specific door that was allowing me access to an extension cord & both of these mistakes were more details I was told would happen long ago. The order I did everything & the tools/methods I used were all details along with all the talks I had with myself while being interrogated & forced to listen to myself get talked by violators who control when I say what & can/do control what I say at their will. When I finished cleaning the air conditioners outside unit my violators used mind-control technology to communicate the following message directly to my brain without permission & this happening at this specific moment is another detail I'm now remembering being told would happen long ago in a conversation unknown: "then she is going home" (I still don't remember who the comment is supposed to be referring to when they say "she" in "she is going home"). One of the talks was about how I remember being told that I wouldn't be allowed to heal from the infections in my toenails until I purchased & regularly started wearing closed-toe slippers while in the dog's fenced in area instead of the open-toed sandals I have at the moment. I had to write down a note to remember to purchase closed toe slippers to wear out there & lost my train of thought between writing it down & cleaning the air conditioner & remembering to note to do so when I started to work on the air-conditioner again after letting the cleaning solution settle is another detail I'm now remembering being told would happen long ago. I must've been forced to talk about how I think the people who remodeled this home chose the insulation work for this house to make a joke about how the allergies might help grow a bald person's hair back. The remodeler didn't put a layer of plastic between the ceiling & the loose/filthy insulation that covers the entire ceiling so its filth is blatantly noticeable 100% of the time regardless of how much you clean the interior & me joking to myself about it on this specific day is another exact detail I'm remembering being told would happen long ago by someone (I've forgotten who).  I had a talk with my interrogators about how while playing childhood football there was a play where I intentionally chose to slide in an effort to expose the kid I was playing with as a cheapshotter incapable of stopping themselves from cheapshotting & how it seemed as if that was the neighbor's effort when he attacked me & I was arrested & this entire talk was another detail I'm now remembering being told would happen long ago. - While taking notes on my smartphone throughout the days I have to document different reminders throughout different folders/documents & my phone started automatically shutting down a document that I regularly use & keep open without my permission intentionally as an 'Obsessive Compulsive Disorder' joke & this happening & how I've worded this portion of my testimony & the exact editing changes that needed to be made as I've typed this on this specific day as I've completed the specific chores I've completed down to the stains on my sweatshirts & the specific white sock that I'm currently missing were all exact details I was told would be happening long ago by someone (I've forgotten who). I had a talk about regularly needing new clothes & money for them as I go broke each month just getting me & my dogs by & how money would never be an issue if I was living with my rights as the victim & contributor that I am & this talk was another exact detail I'm now remembering being told would happen long ago during a conversation with an unknown. My violators used mind-control technology to communicate with my brain directly

about the potential of Mick attempting to steal & benefit from my identity & this is another detail I'm now remembering being told would happen long ago during a conversation with an unknown. I then had a talk with my interrogators (probably a forced talk) about how they need to sell half loaves of bread at the grocery store for individuals to reduce on waste & overeating & me talking about this repetitive thought of my mine from my past is another exact detail I'm now remembering being told would be happening today long ago. I then had a talk with my interrogators (probably another forced talk) about how it's a conclusion of mine that I'm regularly on certain nerve blocking medicines that I'm unaware of how nor who administers to me & that these medicines have blocked my sensitivity to pain during other severe injuries (almost all were or were seeming intentionally caused) since whenever I was put under at the hospital during my childhood. This thought of mine along with the fact that I remembered to record this in this testimony today & the talk I had with my interrogators who are using mind-control technology as a weapon against me were all more details from a forgotten past that I remember little of & am still working towards completely processing (mentally/cognitively) because of the congestion & confusion that was intentionally caused by my violators & neglectors. Between cleaning the air-conditioner & all of these talks (while having to take notes on what needed documented about all of these details to the criminal violations I'm experiencing today (& have experienced every day of my entire life) I remembered to document that all of the messages I sent on the internet to Demi Moore, Angelina Jolie, Drew Barrymore, Tony Hawk, Presidential nominee Nikki Haley, Vice-President Harris, President Trump, President Bush, President Obama & more throughout the past few years were all more exact details that I'm now remembering being told would happen long ago by separate people during conversation's I don't remember & remembering to document this evidence within this document on this specific day after completing that specific task is another exact detail I'm now remembering being told would be happening long ago. - Dropping my stylus that I use for my smartphone while typing all of this information today & needing to get up to clean it is another exact detail I'm remembering being told would happen long ago. - It took me around 2 hours to type everything from the notes I took on my smartphone over the past 16-24 hours & as soon as I finished typing everything & shut down my computer, I remembered another long list of information that just took me another hour to type. This happening is another exact detail I'm now remembering being told would happen long ago during a forgotten conversation. I decided to eat, take the dogs for a walk, blow out the garage with the blower, change the laundry & ended up making myself replenish my sexual system hoping to provide myself relief from the constant misery I'm being forced to suffer with & all of these documented details including how I just worded this segment of this testimony are all exact details that I'm now remembering being told would happen long ago during a conversation from my forgotten past. - I was forced to have a talk with myself & my violators who are violating me with weaponized technology & unlawful surveillance about how I'm repetitively being forced to suffer because of my court case going unsettled (illegally) & a reoccurring example of this is when I'm constantly forced to verbally stick up for myself & further spend time/effort/thought preparing myself as the victim to more crime who is going without the legal representation I'm

lawfully entitled to & certainly should have & should have had over 30 years ago all while being forced to deal with a general public that continuously exploit & unlawfully benefit from my contributions & disabilities as a victim who is completely defenseless to weaponized technology & gang/group/organized crime & corruption & as an individual who is getting unlawfully attached in negative ways to crimes & a constant negative focus despite being completely innocent of all wrongdoing & a major contributor. This entire talk has been a talk that I've given on repeat for as long as I can remember as my mind cycles through memories while attempting to prepare myself for the highest courts. - Sometime within the past 48 hours my smartphone showed me the new Nike 'Air Max' shoes that I've been planning on purchasing for what seems like decade & this happening on this specific day as all of these other occurrences were happening simultaneously is another exact detail I'm now remembering being told would happen long ago. - I remembered to write down several clothing items & other household goods today & the details of everything I wrote down were more details I'm now remembering being told would happen long ago within a conversation from my forgotten past. - After shutting my laptop off around midnight after typing for over an hour for the second time today I instantly remembered another lengthy list of information that needed documented within this document & this is another exact detail I'm now remembering being told would happen long ago. - While typing this portion of my testimony today I was forced to fault & not remember to type everything that my note on my smartphone detailed when I transferring the information from my notes on my phone to this document & then I suddenly remembered that I needed to further detail the specific topic. Me suddenly remembering to further detail the segment of testimony as I was typing today & then as I was adding it my violators using weaponized technology to forcibly communicate the following message to me was another exact detail I'm remembering being told would happen long ago: "I see how that happens now". As I'm typing this segment now my computer accidentally erased several sentences that are in my view in my computer as I'm typing this now by accident (something that regularly happens with the touchscreen technology) & the details of how it disappeared & the steps I had to take with the 'undo' function of this word processing program while typing this exact segment of testimony are all more exact details I'm now remembering being told would happen sometime in my past during a conversation I don't remember. - I recently considered posting the following message on Twitter.com/X.com & me considering to do so is another exact detail I'm now remembering being told would happen long ago: "If I can't get access to the opiates I need as one of the most disabled & suffering people on the planet who is a major contributor then females should be denied access to opiate medications... they do not need to keep their dicks hard to be providers during sexual intercourse." - I recently posted several posts on twitter that I ended up taking down & they were all more exact details I was told would be happening long ago. One of the posts included #whiteWalkerProblems (a 'Game of Thrones' (the tv show/book) reference) & another included me mentioning that the spirit of Rosa Parks must enjoy my company. Parks is also the last name of the kid who had sex with the Morgan Ray when I was abortion-rape-porned with her & me noticing this while posting that specific post is another exact detail I was told would be

happening long ago. -While typing this exact testimony my computer suddenly closed the word program that I use to type without me getting to save the last half hour of information I've spent wording & typing & this happening on this specific day while typing this exact information is another set of precise details that I'm now remembering being told would happen long ago during a conversation that I don't remember. - While in my privacy & getting violated with weaponized technology I was recently forced to complain about when I was living with my aunt & uncle & couldn't function cognitively well enough to think to clean a spot of their house that I repetitively found filthy (despite them keeping a perfectly clean house & because of the severe delirium I was in because of my injuries & decades of constant abuse) & this happening back then & now were more exact details I'm now remembering being told would happen long ago during a conversation I don't remember. Me remembering to document this on the specific day I did as I was putting thought into my nephew's junior high football team is another exact detail I was told would be happening long ago. - I recently posted this document on my social media accounts hoping to get the public aware enough that I'm provided the 'fair day in court' that I deserve. I ended up posting a link to the document on my social media website but initially I was considering building a website & purchasing the rights to name it 'mytestimony.com' but I couldn't afford to make the purchase. Considering purchasing the rights to this website domain (name) & not being able to afford to purchase it is another exact detail I was told would be happening decades ago in a conversation from my past that I don't remember when I suggested mytestimony.com during my childhood/grade school years. - Recently I was shown a post on the internet that showcased a water filter for shower heads & sink faucets. The post showed how filthy the insides of water pipes are & attempted to justify selling the filter for the end despite knowing that we all need medicine regardless because of the risks that exist in our water. Them showing me this new invention & me being forced to describe how useless it is without my invention improvements & how the water needs treated with chemicals instead of being ran through a filter are all more exact details that I'm now remembering being told would happen long ago. - I'm remembering to document that I've been constantly berated with abuse & disrespect constantly throughout my entire life for maintaining hope that I'll get to have & enjoy a respectable sex life at some point in my life. I'm remembering to document how I was sabotaged by violators using weaponized technology & forced to rudely fake orgasms while being forced to engage in the sex from my past. My sex life has been nothing but intentionally caused torture from a violator who insists on power-tripping about the politics of health, religion & law (but who enjoys the nature vs. nurture focus) while forcibly & blatantly controlling my functionability sexually while torturing me intentionally with constant sabotage & attachment past thoughts that I'd never pursue. Every exact detail of this testimony is the exact wording I'm now remembering would be getting typed at this specific time during a conversation from my childhood or teenage years that I don't remember. - I'm remembering to document that every detail that I've seen headlining the news involving Angelina Jolie & Brad Pitt are all more exact details that I'm now remembering being told would happen long ago during forgotten conversations. - The order that I transferred my unorganized notes from my smartphone to this

document of organized information/testimony are more exact details that I later remember being told I should document after being told this order would happen long ago during an unknown conversation. - I'm remembering to document the following today & remembering to document this at this specific time as I've been documenting these exact details is another exact detail I was told would be happening long ago during a conversation that I don't recall: I attempt to play at least 1 game of Solitaire (Vegas rules) once a day if I'm spending my time alone (which I have been for over a decade now). It's normal that me winning a game of solitaire as specific life events are happening (for example: as I've been completing specific tasks or as I just finished or started putting thought into certain memories from my life that I have to prepare myself for court about) was a prediction from my past that someone made or that lines up exactly with the stories I tell to myself as I 'cartomance' (read the cards as they flip as I play them (I attach specific meanings to each card & suit number & then make everything make sense to myself as I play (for example my sister's name is Sarah & s=19 + a=1 + r=18 + a=1 + h=8 =47 so anytime I see the 4 & 7 together I can continue with my thoughts about what I'm thinking about & incorporate Sarah's individuality into that thought & so on & I end up having a lengthy meditation session during each game of solitaire). I sometimes take pictures of the final board of the games I win & cartomance myself stories with the end board on how I won for evidence & my smartphone now has several pictures of solitaire wins where the final board tells a perfect story & the win was a prediction that I was told would happen long ago as I was working towards completing the exact tasks that I was working on completing during that exact stage of my life while being forced to live in that exact situation illegally. - I'm remembering to document that it was a childhood suggestion of mine to be able to control the following functions of your home or commercial property from your smartphone or computer: lighting, HVAC-controls, fans, locks, security-video, etc. & remembering to document this information on this specific day is another exact detail from long ago.

- 10/11/24 I woke up this morning after falling asleep in my chair last night as I was preparing more notes to document for this testimony & went to the post office because I've been receiving an email every day for the past 3 days telling me I will have a package there for me today. When I walked up to the post office a man was leaving in his truck & pulled out despite the oncoming traffic that happened to turn at that intersection without using their turn signal. I then went inside & asked for my package but was told it wouldn't be ready until the afternoon & then I remembered that all of these details are more exact details that I was told would be happening long ago. I then went back home & prepared a bucket of water, soap & Epsom salt to soak my feet in & while getting ready to begin soaking my feet as I type all of the notes I prepared over my past 8 hours (that will take me over 90 minutes to type) I accidentally dropped my dirty sock into my clean bucket of water for my feet & this is another exact detail I'm now remembering being told would happen long ago. Me needing to get up to pass my bowels as soon as I started soaking my feet on this specific day is another exact detail I was told would be happening long ago & whoever told me these details were all going to happen told me documenting this segment about needing to pass my bowels is some sort of joke between my violators & the legal

representatives who have to process my evidence. - After shutting my computer off for the 2nd time I instantly started remembering another long list of information that I had to take notes about & transfer to this document & I'm now spending another hour typing the following along with other pieces of information that I had to organize throughout this document: Throughout the rest of the day more details continued to occur that were more exact details I'm now remembering being told would happen long ago in a conversation I don't remember & the following are the examples I was able to get documented: I had a conversation with myself & my interrogators that I have had repetitively throughout my life about how my life is similar to a bunch of my favorite movies being mixed together & this conversation happening today was another exact detail I'm now remembering being told would happen long ago. I received a spam phone call from a scammer representing themselves as someone who was willing to provide financial assistance to a potential victim who had tax debt & this is probably the 100th call I've received from this same scammer while continuously blocking every phone number that calls me & these details along with when I'm called & what I've been doing each time I've been called & what I say & sound like when I answer the phone have all been more exact details that I'm now remembering being told would happen long ago by someone during a forgotten memory. The fact that as I was constantly having to take notes on new memories as I've recalled them because of needing to document them for court & I had to take a break to eat lunch with my hands. Forgetting what notes I needed to document while on my lunch break & being uncertain if I will ever remember those memories again along with the specific chips & chili lunch that I was eating were all exact details that I'm now remembering being told would happen long ago during a time of my life that I can't remember. Me sitting down to eat my nachos & turning on my tv to the movie 'Seven' playing at a specific point in that script so that it seemed as if Sir Pitt was communicating with me about my thoughts on the entertainment industries collaborative effort to include me as an individual while in my privacy but getting mind-control technology used to control me throughout most of the movie, sports, news & radio broadcast productions throughout my entire life & all of these details are more exact details I'm now remembering being told would happen long ago in a forgotten past. The joke that they are going along with neglecting me as I'm being sabotaged seemed to be a political joke about how the media goes along with sabotaging anyone who is worth a certain amount of money & going unprotected by law & this is another forgotten detail I was told would happen long ago. After sitting down & eating lunch then taking time to take notes on my smartphone that led to this portion of testimony before realizing that I left the stove on after heating my chili (& this being something that has happened 3 times since moving to Alexis) was another set of exact details that I'm just now remembering being told would happen long ago during a past I don't remember (& the fact that I remembered to document this specific segment today amongst these documented details). I had a talk with my interrogators about how I'm celebrating the sexual feelings that exist on earth & doing so was another exact detail I'm just now remembering from my past after the memory became part of my reality as I wasn't functioning nor being allowed to function while being controlled. I then went to the post office & retrieved the package from my post office box containing a medical

freeze spray that I'm using to freeze infections on my toe nails away with. The box barely fitting into the post office box along with seeing the specific person who parked & walked into the building as I was leaving & listening to their vehicle honk as it locked & dropping 3 pieces of popcorn stuffing that was in the box onto the ground & having to pick them up were all more details that I'm now remembering getting told would happen. I brought it home & started freezing my toes just as I've been taking notes & documenting this just as I'm remembering they said I'd be doing long ago. I had a talk with my interrogators about my dog Orwoe being a 'doofus & a spaz but a good natured & cool dog" & the details of that conversation & the details of having to defend myself after the abuse I caused him as I wasn't functioning & don't know which of my violators or neglectors are responsible for & the details of this talk are more details that I was told would happen long ago but don't during a conversation I have no recollection of also. I then had to document that I had another talk with my interrogators about how I think I should get a 'Purple Heart' award since my violators that violate me with weaponized technology clearly are authorities or operating under the permission of authorities despite not being an active member of the military & this specifically detailed conversation was another set of exact details I'm now remembering being told would happen long ago in a forgotten past. I had a talk with my interrogators about how the government & many organizations have all the knowledge possible about prisoner-torture & interrogation because of the centuries of war that have yet to cease. I was forced to verbalize how my violators making it clear that they use mind-control technology to violate, expose, investigate, exploit, abuse, torture & worse & that they could potentially use it as probably the safest & surest option to protect an individual or individual entity as well as our entire entity were all details that I'm remembering being told would get spoken about on this specific day long ago during a forgotten memory. - I'm remembering to document the following information today & remembering to document this specific information on this specific day is another set of exact details that I'm now remembering being told would happen sometime within my forgotten past: when I was forced to describe my injury when the 4-wheeler landed on my head to myself the 1st 3 or 4 times I thought about & attempted to process the incident I said it felt like the impact 'hurricaned' through my body but & remembering to change it to 'earthquaked' is something I had to do much later on. I once again remembered to check this same mistake I made forgetting if I remembered to update it & these details happening today were more details I'm remembering being told would happen long ago when I can't remember details. - Today I'm remembering to document the fact that I had a talk with my interrogators about my childhood plans to potentially get a tattoo of the 'Da Vinci Spinner' that showcases the man's body spread out to represent a kart-wheel (the gymnastics maneuver) because of my contributions towards the strength training industry as an inventor & designer. This was a childhood idea that I thought of after thinking of my idea to design, invent & produce this invention is something that I forgot about in my early childhood & then was later forced to verbalize about during my grade school years after not remembering my idea until the moment I was forced to talk about it & then forgetting about it again until the latter half of preparing this document (2019-present on a daily basis) & remembering to record that I was forced to talk

about it a few months ago while watching the Olympics & being forced to say that "Simone Biles could get my tattoo too because I'm a fan of her" were more exact details I later remember being told would happen long ago by someone in my unrecollected past & remembering to document this today is another exact detail I was told would happen long ago in that same lost conversation. - Today I had to remind myself & my interrogators/violators/spies that I still have an entire lengthy list of information on another document that needs processed & potentially added to this document for court & me doing so was another exact detail I'm now remembering being told would happen long ago. I believe that I might need to end up adding some plans I have for children's books & movie scripts to this document but I'm still in the process of making an effort to getting around to deciding while completing all of the tasks that needed done since moving into this house a couple months ago & keeping up with the mowing/laundry/hygiene/cleaning/dog-care/documenting/exercising that I have to do regularly. Detailing this segment of this testimony exactly how it was just detailed is another exact detail I am now remembering being told could potentially happen on this exact day. - I'm remembering to document that I didn't remember to spell check this document while at the library on either of the separate recent trips I made there & this mistake is another exact detail I later remember being told would happen today long ago during a forgotten past. - Today I'm remembering to document that I when I was a young child my initial reaction to all of this forced criminal victimization was that my violators that use mind-control technology to control me were violating me at such a high rate making a joke about them beginning a new approach in treatment, research, education & the development of psychology because of the exponentially rapid improvements for mankind that have been made with the advancement of medicine, technology, agriculture & industry since the industrial revolution. I just documented this information after shutting off my computer's word processing program that takes around 10 minutes to load & then typing for hours for the fourth time today& this set of facts is another exact detail I'm now remembering being told would happen long ago during a memory that I can't remember. - While documenting all of this information for the fourth & final time today I had to save a candle from leaking & catch the laptop's charger to keep it from falling on the ground & both of these details are more details are more details that I'm now remembering being told would happen long ago during a past forgotten & this entire unique type of situation I'm constantly stuck in as a sabotage victim who is dealing with organized criminal attacks on a constant basis is a routine focus of the attacks that I'm regularly violated with by violators using weaponized technology & remembering to document this today is another specific detail I remember being told would happen sometime throughout my lost memories of my past & wording this document exactly as I just did is another precise detail that I am now remembering being told would occur today because of a conversation in my past that I do not remember. - Today I remembered to document the following information to this document & doing so & needing to add it to the 'Criminal Profile' section & joke portion of that section on this specific day & the specific things that were said as I was preparing are all details I'm now remembering being told would happen sometime in my forgotten past while I wasn't processing nor

remembering: 1) My violators that use mind-control technology to control me & sabotage my personality/character continuously while making jokes about initiating me as a human worthy of claiming a large amount of resources. 2) They make jokes about helping create & steal the desire for continuous sexual experiences & about continuously punishing me for using the desire to motivate me towards an effort for improvement. 3) They make jokes about how they want to go to prison & get the death sentence so they aren't responsible for work & the emotion that comes with the loss one witnesses throughout life as they arrogantly & blatantly violate me while justifying the torture show that is my life as entertainment for those who have access to the surveillance I've been constantly under for the past 37+years that I've been alive & getting violated with weaponized mind-control technology. 4) My violators make jokes about celebrating the protection that mind-control can help provide by ritualistically violating me with our nation's highest crimes while violating me nonstop with less severe crimes & tricking the public into believing & wanting to hold me accountable for involvement to crime that I'm a 100% victim in but sabotage was created about. -After I shut off the computer for what I thought was the 4th & final time for the day I then instantly began remembering more & more information to document that are more exact details that I was told would be happening long ago during my forgotten past & I had to once again move my laptop's stand, retrieve my hidden usb drive & spend 10 minutes waiting for this document to load before I could begin editing it for the 5th time today after thinking I completely finished typing everything necessary for the time being each time: As soon as I shut off my computer I remembered that I needed to document that I recently remembered my idea to design a face shield for people who are operating weedwhackers. I have to use a weedwhacker in my dog's fenced in area where they constantly dispose of their fecal materials & when I cut the grass with the whip I get hit in the face with flying fresh-cut material & if I don't immediately wash myself off my skin breaks out as if I'm an allergic reaction show. Me remembering my plan from childhood to design & develop a face shield for the 2nd time in my life after forgetting each time I thought of it or remembered my thought is another exact detail I'm now remembering being told would happen long ago during a conversation unknown. Me remembering to document this after just remembering my old childhood plan to purchase closed toe slippers that are designed to be easily cleaned with cleaning supplies regularly as on this specific day while living amongst these extremely unique circumstances & completing these exact tasks are more details I'm now remembering being told would happen long ago. The fact that I found my closed-toe slippers I designed within my thoughts on amazon.com & doing so in this moment is another exact detail I'm now remembering being told would happen long ago within my forgotten past. Next, I updated my tinder profile to include another detail that I was told would happen long ago in my forgotten past about how living amongst me is like living in a haunted house because of my head injury symptoms so enjoy the spooky season. I'm remembering to document that I remembered this segment of my testimony involving the closed toe slippers while remembering being told that my toes would never heal until I purchased & regularly wear closed toe slippers while walking around my dog pen to clean & hose off the dogs. I'm remembering being told that during my

childhood. This recent incident & talk I was forced to give by violators using weaponized mind-control technology while I was in my supposed privacy happened & I instantly texted my sister to remind her to remind herself & her kids to wear 2 pairs of socks & wash socks that get sweat in separately from the socks that regularly do not get sweat in & doing so while looking up my new closed-toe slippers on amazon.com are more exact details I'm now remembering being told would happen long ago amongst my lost memories. I'm also remembering that the dog walk I took my dogs on before giving them a bath tonight & the fact that Orwoe took a dump on the front sidewalk as a golf cart was driving by are more exact details I'm now remembering being told would happen long ago during a forgotten conversation. After the dog walk, I showered the dogs off with the hose, their specially made shampoo & their brush while having to spit the entire time & this is another exact detail I remembered being told I'd be documenting long ago. When I returned inside after showering off the dogs, I realized that I left my flashlight that I use as a lamp on in my dining room as I've been searching for its specific replacement bulbs on amazon.com & these details are more exact details that I'm now remembering being told would happen long ago in a conversation I don't remember. Afterwards I vacuumed & cleaned some of the filthy & unfinished basement after installing my new shop vac bag that just arrived & doing so is another exact detail I later remember being told would happen long ago amongst my lost memories & documenting this portion of my testimony in these exactly detailed words & phrases are more specific details I was told would be happening long ago in conversations I've forgotten. The next thing I did was shower & as I was doing so I cleaned my house clogs & ended up replenishing my reproductive system while exact thoughts crossed my mind that I'm now remembering being told would cross my mind long ago during a forgotten past. Having to replenish my reproductive system as often as I do in attempts to provide me relief from my constant misery is because I don't get provided access nor permission to the medicines that I need. I then went to the gas station & purchased a 6 pack of pumpkin beer & a short shot of 'Canadian Club' with some 'Squirt' & doing so is another set of exact details I'm now remembering being told would happen long ago. I then remember having a talk with myself & my interrogators/violators/spies about practicing my act as a rodeo clown & doing so is another exact detail I later remember being told would happen long ago in my lost memory. - I recently saw the neighbor's lights flashing while looking out my window & this happening while realizing my kitchen's motion light strobes before it dies & that the neighbors have probably been annoyed by this several times by now & remembering to document this happening today after now remembering it was another exact detail I was told would be happening long ago. Me leaving this past sentence of my document unedited so you can all witness with me how I constantly watch my brain malfunction while attempting to communicate & learn & doing so while documenting this today is another exact detail I'm now remembering being told would happen long ago. Finishing typing this testimony after midnight & still needing to cook my 'chicken & rice' soup for supper tonight is another exact detail I'm now remembering from long ago that I had forgotten.

- 10/12/24 The following details are more exact details that I'm now remembering being told would happen long ago during my forgotten past: I ended up finishing my supper around 3am & almost falling asleep on my kitchen table before moving to my recliner & falling asleep. This happened as I had just shut off my laptop after typing evidence that I should never have had to type for another several hours today (thinking I finished the job each time) & I once again immediately remembered another lengthy list of information that needed documented. As I was cooking my soup I opened & ate from a specific pack of cookies that I'm now remembering being told I'd be eating. I was struggling to finish smoking my last bong of the night & ended up deciding to not & throw my last bowl's worth of herb in the garbage & this is another exact detail I was told would happen back then as well. I'm just now remembering to document that within the past 48 hours I had a talk with my interrogators about how the University of Florida & Miami fans don't want the football helmet decals on the bongs because of how much more rad the Florida State fans' bongs will be & this is another thought of mine from my past & another talk that I was told would be happening today long ago. I had a talk about how I don't think most craft beer is actually beer & how I believe its gin mixed with different ingredients & this talk is another exact detail I'm now remembering being told would happen long ago. I'm once again documenting that recently I was once again forced to overeat junk food to the point that it made me feel unwell & documenting this again today is another exact detail I'm now remembering being told would happen long ago in my forgotten past. I woke up this morning & had an email from twitter/x.com saying someone else logged into my 'Twitter/X' account & this detail from this morning is another exact detail I'm now remembering being told would happen long ago during a conversation I don't remember. I'm also remembering to document & consider the option of making real life comic-book-like/type pornos as a director to help improve the sex industry. This thought of mine was a childhood idea that I had forgot about. - I went to my nephew's junior high football game at United High School & the entire day was full of more exact details I then remembered being told would happen long ago sometime during my forgotten past: At the intersection before entering the school I think I saw my uncle (Ben) drive by & am remembering being told this would happen & remember other details were included with him driving by but I don't remember anything else about the conversation for certain. While walking up to the game I briefly spoke with my nephew's grandmother & she informed me the kids were going to play 8 on 8 instead of 11 on 11 (they ended up playing 11 on 11). The details of the game down to the exact plays that occurred were exact details I was told would happen. I had to get up to go urinate twice & the first time I went my water bottle spilled onto my leg as I was using the urinal & this was another detail. The second time I went to the bathroom the guy who was leaving the bathroom as I was in there is another exact detail. I sat down & talked my high school coach named Steve & all of the details & the exact words that were spoken from our talk including the fact that my sister's husband called him from the sidelines as he was coaching just as I was telling Steve that my nephew seemed hurt & as he was telling me Jesse & Molly (his relatives that are my nephew's age) have knee & foot injuries are more exact details I remembered being told would happen long ago after they happened. My personality was getting

sabotaged by my technological violators while I talked with Steve & this happening & me documenting it now are more exact details I'm now remembering being told would happen long ago. In between going to the bathroom I noticed & was able to briefly talk to my nieces & nephew Tucker & them being out there by themselves with nobody else around & our conversations were more details I'm now remembering being told would happen long ago. When I sat back down, I realized that I was sitting behind a guy wearing a backwards hat & upside-down sunglasses with a new 'go-pro' type camera & this is another detail I'm remembering being told would exist today. The next detail was that one of the youngest Kaywood/Kaywood-born children was running around on the bleachers by himself & Katie was attempting to retrieve him & my vision was sent directly to her butt & this is another detail I'm remembering being told would happen. Seeing Katie's mother walk by with a massive camera & then noticing somebody had their feet hanging out the front of the press box above the bleachers are both more details I'm remembered being told long ago. The clock malfunctioning at the end of the game just before my nephew & his teammate made the game saving tackle as the other team attempted their extra point after scoring as time ran out & seeing my dad leaving before everyone else were all details I remembered being told long ago as I witnessed them happening. At some point during or after the game my violators used weaponized mind-control technology to communicate "that's how I roll & that's still how I roll" directly to my brain & this is another exact detail I'm remembering being told would happen long ago during a lost memory. While all of these details were occurring that I was remembering being told would happen forever ago I remembered being told that Sara Kaywood-Bockelman's son & some of his friends were going to bully my nephew during that game & that something would be depending on my nephew's reaction & play for the rest of the game. After the game I went to Dollar General & bought my niece & nephew some cookies for their birthday & leaving with a box of crackers for myself & then seeing Russ Bowling at the gas station (& remember seeing him at the gas station on the way to Dollar General) (I was told more details about him being at the gas station that aren't pertinent to anything that matters but I do not recall the other details & I'm documenting this because me not being able to remember these details are more details I remember being spoken about long ago) & then seeing a guy on an electric bicycle as I was going to the bank's atm were all exact details I'm remembering being told would occur during a forgotten conversation. After getting back to Alexis I dropped the kids the cookies I bought for them & when I texted my sister the text I sent them & the response to it about sitting next to them on the bleachers were more exact details I'm now remembering being told would happen long ago in the past I've lost the memories to. When I returned home I spent the rest of the day being forced to verbally communicate about more exact topics while saying exact words & phrases that I was told I'd be talking about long ago in a conversation I don't remember: I had a talk with my spies/interrogators & self (while in my privacy but getting blatantly & constantly violated with technology) about how I've been forced to verbalize being suicidal on several different occasions including a time very recently & each separate time that I've been forced to verbalize it it's been a repeat of a memory when I remember being forced to say the same thing or saying it while nearly comatosed from severe

head injuries as my mind wasn't functioning & couldn't tell the difference between being violated & my disabilities (because of being violated literally nonstop) & still have only remembered it for a brief second on 2 separate occasions throughout my life after completely forgetting & while having all of this other priority information on my mind. The talk that I've been regularly forced (by my violators who control my personality, acting & words) to give included the fact that while being controlled I've been forced to be a joke about acting like a serial killer or other evil representative from a movie. I've made jokes back to my violators & self several times now about pretending to be different villains & I make jokes about thinking of new movie scenes at times as well. Documenting these most recent facts on this specific day were more exact details I'm now remembering being told would happen on this specific day. I had a talk with myself about 2 of the people from my past both telling me the marijuana strain 'King Louie' was the best they've smoked. I bought some of this from the dispensary in Monmouth today & was forced to tell the story about how the guy I was in the psych ward with named Louie & the guy from my local area called 'Lewie' both told me this was the best & me documenting this today is another exact detail I'm remembering being told would happen long ago. At some point today my communicated the following message directly to my brain "you will never need those pills again" & them doing so & me not knowing if they were talking about the OTC urinary tract defense pills I just took for the first time (that are helping an extreme amount) or the Benadryl that I just took for the first time or the opiates I've been talking about needing that I'm preparing for court about are the pills they were making reference to & me documenting it in the exact words & phrases that I have are more details I'm now remembering being told would happen long ago. I had a talk about all of the reactions that I witnessed that either displayed a fault or weakness or that I was angry or negative about in any way was then again repeated back to me while I was getting sabotaged & forced to be the victim again throughout different times in my life & the anger I keep about people that have violated me throughout my life is noticeably being forced negatively onto the children of my sister Brooke. Examples include from when I made kids scared while playing football & from when I thought people were over-reacting. I was then constantly forced throughout times during my life to experience these same reactions & feelings by a violator who was controlling, sabotaging & torturing me with weaponized technology. It seems to me as if they are now torturing my nephew because of my just anger with violators despite me being 100% innocent of every bit of negative involved with my life after watching my childhood plays being replayed with the people on the field (assumingly they are using mind-control technology to control the kids & have them reenact plays from my childhood) for 2 separate seasons now. His exact reactions to plays were even replays of my past & he seems hurt. Recently I also had a talk with my interrogators/spies/self about my dog Poe probably has std's from the other male bulldog I adopted & this is another exact conversation I'm remembering being told would happen long ago in a conversation unknown. Recently I had a talk with my violators about how I was told everything that I've witnessed on 'Twitter.com/x.com' involving 'Elon Musk' & 'Tesla' & the specific headlines in the news about him & his companies are all exact details I was told would happen long ago in my forgotten past & me talking about this

recently is another exact detail I'm now remembering being told I'd be talking about & needing to document. - I use Facebook, Instagram, Twitter, Pinterest, the Chive, the news, online shopping & online poker while using the internet & every detail I've been shown over the past 5 years down to the times of the posts & the specific advertisements & the video clips they show me & when specific inventions of mine are showcased (it seems as if the internet showcases my inventions & designs nonstop).

- 10/13/24 I'm remembering to document the following details that are/were all exact details that occurred & then I remembered being told these details would happen long ago amongst my forgotten past: I was forced to have a talk with my interrogators, spies & myself about how someone from my past told me that one of the neighbor women wants to be shared sexually by hers & me. While getting interrogated about being told that information I was forced to say that some women just want gangbanged & everything I said was more exact details I'm now remembering someone saying would happen long ago. I was then forced to have a talk about how them telling me that information was some sort of joke or joke about an effort to trap me or an effort to trap me into negativity I'm uninterested in. Within the past month I went to the post office & while there I saw my niece & nephews' grandma & she asked for horse stamps & me remembering to add this detail & adding this detail to the document now is another exact detail I'm remembering being told would happen long ago. - I was interrogated & forced to talk & ended up talking to myself all day yesterday & all day today (& all day every day for the past 5 years) & every talk were more exact details, topics, words & phrases I'm now remembering being told would happen long ago in a conversation from my forgotten past. I'm also remembering now that every time I've forgotten a detail to document in this evidence it's been an exact detail I'm now remembering being told I'd forget to document 1-3 decades ago during a conversation I don't remember & forgetting to document them at the specific times throughout preparing this document that I forgot to document them are more exact details I'm now remembering being told would happen long ago. - I'm remembering to document that since living in Alexis my high school classmate Michael Long posted a picture of a teeter totter & him doing so is more harassment about my court case that I'm now remembering being told would happen long ago. - I'm remembering to document that almost every time that I've dropped something or knocked something over since moving to Alexis (& I drop & knock things over multiple times every day) its been another exact detail I later remember being told would happen long ago within my forgotten past. - I was recently forced to give a talk about how I believe I have the disease 'Malaria' or some sort of deadly disease from when I woke up with over 100 bug bites on me during my childhood & how I believe I have medical technology keeping me alive that continues to be turned off & on with a remote control device to threaten me & my life & giving this talk is another exact detail I think I was told would happen long ago.

- 10/14/24 The following were talks I had with my interrogators today as I was being violated in my privacy & these facts from today's never-ending interrogation are more exact details I later remember being told would happen long ago in my forgotten past on this exact day: I watched an

episode of 'High Stakes Poker' & talked about how I just witnessed an exact hand that I was told would happen long ago. During the hand Nik Airball had trips against a flush draw & it seemed to me as if Airball was making poker-movie script writing jokes with his character while attempting to trap the audience as if he was a devious villain & this happening today & me remembering that I tricked a kid during my childhood just like that (into continuing to believe their own impulsive & false assumptions) were all more exact details I'm now remembering being told would happen long ago during a forgotten conversation. I then was interrogated about a memory that I'm just now remembering for the 2nd time after initially forgetting instantly when it happened & then again the first time I remembered it happened involving Aaron Gavin. I remembered being blank-minded & suddenly realizing I had pulled down Aaron's shorts several separate times. I remember feeling as if I was being controlled & punished for my anger with him but how I knew I wasn't guilty regardless. I remember feeling forced to watch his facial expressions as I was forced to pull down his pants & thinking that my violators were trapping him for looking at my dong when I was forced to expose myself around him or making a joke about it. It was probably a trap towards him because those Gavin kids always seemed overly suspicious about me in a negative way as they were the ones who violated me & because I was planning on greatly improving their lives with my contributions. I believe I was being forced to take punishment as the 'best in class' because of the constant mistakes & assumptions from the Gavin's (Aaron's family) & other people from my surroundings. My violators exposed the Gavin's to show me that they are in fact not people worth being friends with nor people worth improving the lives of for me as an individual & me talking about this is another exact detail I'm now remembering being told would happen long ago in a conversation I've forgotten. I also was forced to talk about how I despise my surroundings for slowing down the progress of my court case & pretending as if they have the right to interrogate & investigate me as I'm being violated, controlled, sabotaged & forced to not function & this talk is also another detail I'm now remembering being told would happen long ago in a forgotten conversation as well as the fact that this talk I gave tonight as I was being interrogated with weaponized technology was an exact replay of the first time I was interrogated about this incident when I remembered that it happened the first time (but then instantly forgot again). Me documenting the fact that I believe this was my violators way of telling me the Gavin's would be in support of violating & sabotaging me for social politics is another detail I think I remember being told would happen long ago.

- 10/15/24 All my forced talks that I had today with my interrogators/spies/violators & myself were more exact details I'm now remembering being told would happen long ago & or followed exact tendencies/patterns of my violators who have been violating me on a daily basis for longer than what I can remember & these are examples: I had a talk about being furious with the legal & medical representatives from my area because of my court case being unsettled. I had a talk about making the rodeo movie that I've envisioned collaboratively with live rodeo.

- 10/16/24 Today I experienced another day completely full of more exact details that I then remembered being told would happen long ago in my forgotten past & these are a few of the

examples: I looked up the synonyms for pinky toe & found auricular toe/finger after finding an infection in the webbing of my auricular toe. Me noticing my niece & nephew's hair started turning blonde (they are brunettes) (& the fact that I recently asked my sister if they died their hair) along with the fact that my other nephew's hair turned from blonde to brown & his eyes from blue to brown & documenting all of these predictions that occurred today are details. Me remembering to write down that I need more urinary tract 'defense' medicine & more 'Benadryl' are more details. I texted my sister a picture of me wrapping one of my books in plastic & reminded her that normalizing plastic wrapping books is something that should be happening nowadays. I'm remembering to document that I thought of an easier & longevity improving way to redesign the connections between the plates on the Bowflex Revolution home gym equipment that I planned the design of decades ago (using locking pins to interlock the plates that are attached to & can dangle off of the plates instead of the interlocking process that is being used now. The new design will make installing & interlocking the plates easier for everyone especially the disabled, children, women & elderly. I remembered to document that when designing, building & remodeling houses that it would be a smarter approach to wrap the framing of the interior of the house in plastic after installing the insulation to improve on air quality & cleanliness. I took my dogs for a walk & the guy pulling out of the gas station looking the opposite direction is another exact detail I remembered being told would happen as it did & at this point I remember whoever telling me this was going to happen was attempting to disrespect/insult me for something & their argument was including the fact that this information would make my testimony. I cannot allow people to criminally violate me nor harass me & get away with it as I'm attempting to accomplish what I am & my case wouldn't get proven if I wasn't documenting my details & argument. These details & the fact that I'm still being violated & neglected prove the benign neglect of my surroundings & their other criminal violations detailed throughout the rest of my testimony. - All the talks from the rest of the night were more exact words & phrases that I am now remembering being told would happen long ago in a lost memory & I wasn't able to manage the great mass of multi-tasking I would've had to been able to achieve to be able to take notes on everything I was saying to be able to document the details I just vaguely mentioned. - I found out that my nephew's football team lost 8-0 to Annawan & then remembered being told that this would happen long ago by Morgan Ray while I was basically unconscious.

- 10/17/24 I talked with my interrogators/violators & myself all day today & everything I said I then remembered being told would happen long ago throughout my forgotten past but I took a break from writing down notes & remember zero details. As I have these talks with myself (& whenever I attempt to interact with other humans) my personality & character get constantly sabotaged & controlled by violators using weaponized technology who force me to speak & control what I say as they are interrogating, controlling, violating, exposing, exploiting, slandering, sabotaging, stealing from- me & more. My violators have done this to me so much throughout my life that I don't hold myself accountable for what gets said out of my mouth anymore & am lucky to be able to straighten the facts out if I get a chance before my mind goes

blank & I forget again. - Today I'm remembering to document the following pattern that I've noticed (remember when processing the following that I don't get to spend much time with my nephew): It seems to me that my nephew is getting violated by violators using weaponized technology almost every time that I've been around him. When I notice that he's being violated something always happens that reminds me of some part of my past & court case that involves Drew Robertson (the incident at the park, the incident at my dads with Jesse & the swing (all detailed elsewhere in this testimony). While around my nephew it has seemed as if Patrick Gavin, Jake Gavin, Drew Robertson & Matthew Painter have been taking turns using mind-control technology to violate & control him.

- 10/18/24 I noticed more of the unlawful surveillance they stole of me playing childhood football was being replayed through the players of the Duke vs. Florida St. football game. My replays being shown through the college & professional football games is something that's been going on for my entire life.

- 10/19/24 I received an unlawful dog ticket from the Warren County judicial system stating that I have to go to court for my dog's not being vaccinated for Rabies despite turning in all the information to the courthouse last year that proves they are vaccinated for 3 years until December of 2026. This happening & my furious reaction about it are more exact details I'm now remembering being told would happen long ago. I watched the Blackhawks game & Connor Bedard hitting the guy with the puck in the face & then soon after the 2 Blackhawks players both punching the 1 Sabers player during a fight as I was remembering & being forced to verbalize (by violators using mind-control technology) about the following similar scene from my childhood are more exact details I'm now remembering being told would happen long ago during a forgotten conversation: I was playing hockey with Drew Robertson in his driveway & the thought crossed my mind to shoot him in his face with the puck. I decided against shooting him & less than 3 seconds later he shot me in my face with the puck. I then remembered that Connor Bedard's famous goal from his rookie season when he picked up the puck with his stick & flung the puck into the net from above waist high was an exact replay of something I did one of the first times I played hockey with Drew. - This weekend I watched the Chicago Red Stars soccer game & the gal hitting her head on the goal post is another exact detail I'm now remembering being told would happen sometime in my forgotten past & I believe it's probably another replay from sometime during my childhood.

- 10/20/24 Today the following details occurred & I then remembered them all being more exact details I was told would happen long ago during a forgotten conversation with an unknown person: I played in my first 'World Poker Tour' online tournament that could've won me a seat to one of the big tournaments in Florida. The exact hands from the tournament were all details I then remembered being told would happen long ago. I accidentally ran my air fryer for 14 minutes after forgetting to the food in it. I attempted to rent a movie from DirecTV after being sent a free movie rental. The tv told me I could rent it online, by text or by phone. I went online & it didn't work so I tried by text & it didn't work then I was finally able to order it by phone. My

tv then suddenly showed me that I rented the movie twice so I had to contact DirecTV the following day to ensure I didn't get charged & this is another exact detail I was told would happen long ago. The following segment of testimony is evidence that I attempted to type the several notes that I had taken over the past 24 hours to this testimony evidence & must've not read one of my notes thoroughly enough to remember to add it & me forgetting to add it the first time I typed on this document today & then remembering to check again later tonight & noticing that it didn't get documented after I emailed the courthouse about the animal control court case they just unlawfully sent me is another exact detail I'm now remembering being told would happen long ago during my forgotten past: I'm now remembering that me shooting my dog with my slingshot harder than what I wanted to is another exact detail I'm now remembering being told would happen long ago by someone during my forgotten past. I remember being told that they (my violators that use mind-control technology as a weapon) were going to let some kid use mind-control on me & force me to shoot my dog much harder than intended. - I'm also remembering to document today that Warren County State's Attorney Kevin Kanzler's response to me was "I don't believe in mind-control" during the previous court proceedings involving me being unlawfully arrested as a victim who acted in self-defense & his response immediately proves him incompetent or insane or a criminal.

- 10/21/24 All verbal communication that I spoke today while being controlled, violated & interrogated were more exact details I'm now remembering being told would happen long ago during my forgotten past. I checked my Pinterest app & was shown a design of a windmill that constantly spins itself that I remember being brought up during my 2nd class but I can't remember who it was that mentioned it (& it might have been me that suggested the design). The windmill has cylinders (this design had water bottles attached to it) partially filled with water attached to the end of the spinning blades & once a person starts the motion for the windmill it doesn't stop spinning (because of the laws of physics) creating a constant source of electricity production.

- 10/22/24 Today I remembered another detail to add to my testimony for 8/3/24 and noticed that someone deleted information out of my testimony & am now remembering being told this is another exact detail I was told would happen years ago by Morgan Ray. I had to email the Warren County State's Attorney & sheriff about once again being unlawfully ordered to court because they suddenly decided to fine me for vaccinated my own dogs for rabies last year. I also emailed the Illinois State Police an updated version of this testimony who once again responded by saying that I had to work with local law-enforcement despite me just reminding them that I'm being blatantly violated & intentionally neglected by the local authorities. I emailed the F.B.I. in Springfield the up-to-date version of this as well. While typing all the testimony that I needed to type I accidentally typed 'uiowa' into the 'find' function of my word processing program on my computer & this happening is another exact detail I'm now remembering being told would happen long ago during my forgotten past. The Benadryl that I just started taking completely erased my acne that the doctors nor dermatologists could erase after going to dozens of doctors

& dermatologist appointments over the years. The Urinary Tract Defense over-the-counter medicine I just started taking completely eliminated me having to urinate 50+times a day & I'm instantly down to going 10 times per day. This further completely proves the intentional neglect & blatant criminal violations of all of my authorities & surroundings without doubt.

- 10/23/24 Today more details occurred that I later remembered being told would happen long ago during my forgotten past in a conversation I still don't remember: I went outside to take my trash bin to the street & while doing so the UPS truck showed up & 2 kids were walking by. I waved at the kids & the UPS driver said several things about her driving & the kids that were all exact details but I can't recall what she said. I checked my instagram.com account & was told the news that a Wal-Mart employee was found dead in a walk-in oven. I was also told former President Trump was accused of ranting to himself about how it doesn't cost $60,000 to bury a Mexican soldier. I was then shown a video of his daughter Ivanka Trump lifting weights. - I'm just now remembering to document that within this past month I sent an email to the Illinois Secretary of State about getting my license unlawfully stolen & being forced to drive without while being neglected as victim to our nation's highest crimes & the exact details of my email were all more exact details I'm now remembering being told would happen long ago (including me saying that because of how much my court case is worth "the sharks can't/won't stop themselves from attempting to exploit me"). - I'm also remembering to document that I sent a text message to Vice President Harris about my court case that included an exact typing mistake that I'm now remembering being told would happen long ago.

- 10/24/24 This morning I called the US Attorney's Office in Moline & spoke with their employee attempting to get them to allow me to turn in my evidence & put me into a protection program until I get settled with court but the lady told me they don't allow themselves to have any involvement with individuals & hung up the phone on me. Later in the day I turned on the news & the News 6 Crimestoppers policeman 'couldn't make it today' & this (along with my call to the attorney's office in the Quad Cities) were more exact details I'm now remembering being told would happen long ago within my lost memories in a conversation that I don't remember.

- 10/25/24 The following details occurred today that I later remembered being told would happen long ago during a forgotten conversation: I checked instagram.com this morning to see a video clip of my nephew appearing to be hurt (he couldn't stand up). I texted my sister asking her about it but was ignored. I then remembered that from my past told me that my sister was going to let someone else watch him during the parade & whoever was supposed to watch him was going to hurt him or get him drunk (he is only 2 years old) but I can't remember. Later in the day I moved some garbage from the abandoned neighbor's yard while in my sandals & dropped a board on the blister that just formed out of my ingrown toe that I'm still working on removing. Whoever told me this was going to happen told me they were going to drop the board on my toe intentionally. Game 1 of the World Series broadcasted tonight & the fan reaching over the fence & catching the ball along with the walk off grand slam are both details I remembered being told would happen long ago in a conversation I can't remember. After the World Series I watched Vice President

Harris on the Colbert Show & they had a beer during their talk & this is another exact detail I'm now remembering being told would happen long ago.

- 10/26/24 The Illinois Oregon football game was full of more replays from when I was a child playing football with a fractured skull & brain damage. I was unaware that I was under surveillance & never gave anyone permission to remake my childhood replays yet every time I've watched football on tv in the past decade I've seen my replays on every game.

- 10/27/24 The Bears Commanders football game was full of more replays from when I was a child playing football with a fractured skull & brain damage. I was unaware that I was under surveillance & never gave anyone permission to remake my childhood replays yet every time I've watched football on tv in the past decade I've seen my replays on every game.

- 10/28/24 Today I received an email from Warren County Court Services Disability Coordinator Denise Schreck telling me that the courthouse is closed on 11/5/24 (the day that the paperwork I was mailed told me to be in court & the day that I requested accommodations for speaking with the court). I then remembered being told over a decade ago that the court was going to purposely schedule me for a court date on a day the courthouse is closed but I don't remember who told me this was going to happen. I then called the dispensary in Monmouth & had my days mixed up when I spoke with the lady & me thinking the day to vote was on the 1st & not the 5th & the lady's exact response to me is another exact detail I later remembered being told would happen today long ago by someone I don't remember in a conversation I've forgotten.

- 10/30/24 After midnight this morning I was once again being forced to verbalize my anger about Mick Kaywood by my violators that control me with mind-control technology & immediately after I started playing online poker. On my poker table was someone with the name 'Sasha' & Mick had a girlfriend named Sasha & this was definitely more intentional harassment. This is the 3rd or 4th time this exact thing has happened (me being forced to curse Mick & then play with 'Sasha' on the WSOP app) & is just one of the constant examples of harassment/criminal-violations I have dealt with every time I've played online poker since I've been in grade school. Freeman setting the consecutive home runs during a World Series record is another exact detail I am now remembering being told would happen sometime during a forgotten conversation in my past that I don't remember.  - I was forced to speak constantly all day today & everything I was forced to say was more exact details I'm now remembering being told would happen long ago in a forgotten conversation. Tonight, I watched the USA Women's Soccer team play & later remembered that I was told 1-3 decades ago that Lavelle would assist Girma on two goals scored by headers that bounced off of Argentina's players each time & that Girma would get a third header in the second half. As I was watching the game they showed Lavelle's bulldog & I was forced to talk about how her bulldog looks healthier than when I saw it on her Instagram account & this is another exact detail I'm now remembering being told would happen long ago. I also was forced to talk about how it was another exact detail that I was told would happen long ago that the internet just showed me how the US Postal Service is now able

to ship marijuana through the mail & how my Girma went on a walk with me in my imagination one time that led me to my mailbox & that this is one of the ways my violators make jokes about giving me clues to predicting the future.

- 10/31/24 Today my washing machine stopped working & this is another exact detail I'm now remembering being told would happen today long ago during a forgotten conversation. - Within the past few days my imagination suddenly imagined a Kelly Clarkson look-a-like joining me in my shower & when this happened I started stretching my penis as I remembered being told this would happen exactly as it just happened long ago during a forgotten conversation.

- 11/1/24 I had to drive to Monmouth today & needed to get gas before I left town but the town's only gas station wasn't accepting debit or credit cards because the internet was down. I ended up driving to town a different route than I had planned because of needing to get to a gas station right away & it messed up my order I had planned to run my errands in just as I remember them saying it would long ago. I made the trip to Monmouth from Alexis on a 'Low-fuel' warning light not knowing if I'd make it there & all of these details along with all of the exact details that occurred while in Monmouth are more exact details I later remember being told would happen long ago. While in Monmouth I went to the recycling center, the grocery store & the dispensary. While at the dispensary my exact conversation with the employee, the details of how myself & another vehicle were parked & the other customer who was there were all more exact details I was told would happen over a decade ago. I then went to the grocery store & while pulling in a young woman brushed her ash out of the window of her vehicle as I pulled in. The details with the conversation of the store's meat counter representative, attempting to use the restroom at the same time as a middle-aged woman whom I held the door open for & forgetting toothpicks were all more exact details I'm now remembering being told would happen long ago during a forgotten conversation. I then drove to Galesburg to pick up my online grocery order from Hy-Vee & their employee telling me my card was invalid & then that it had insufficient funds before finally telling me that I only owed 3 cents because of the balance difference between my food benefit card & my total cost & the details of the conversation & it's confusion were all more exact details I'm now remembering being told would happen long ago during conversation that is lost in my memory. Every time I've went to the store over the past decade it's as if I get 'shook down' & psychoanalyzed & something has gone wrong with the card & required customer service assistance every single time for almost 2 decades. When I returned home from Galesburg, I made my internet orders for the month while recognizing that the price of decaffeinated chai tea just doubled & this happening today as I was considering ordering some but can't afford this month now because of the price hike is another set of exact details I was told would happen today long ago during my forgotten past. Soon after I was forced to repeat another childhood memory while getting controlled with weaponized mind-control technology that put me through the same torture-joke that I remember getting forced through during my childhood. As a small kid I was severely hurt & had forgot about the set of dumbbells that I owned (that were capable of adjusting the weights). When they sabotaged me the first time during my childhood they had me

say that 'I invented adjustable dumbbells' despite having a set of adjustable dumbbells at my house that I forgot about when I was forced to say that the first time. I was intentionally reminded of my set of dumbbells as I said it the first time & the same conversation & same reminder just repeated itself as I was getting controlled by my violators as an exposition showcasing their methods of joking about reminding me of my own thoughts & memories after completely forgetting the incident ever happened for nearly 3 decades. Them doing this to me during my childhood & again now are more examples of when I caught my violators attempting to sabotage me. They have attempted to sabotage me every day of my life but I have caught them every time & have done my best to continuously prepare myself for court because of their mistakes & the misfortunate situation my violators/neglectors forced upon me. This talk & incident occurring today amongst all of these other details is another precise detail I was told would happen today sometime during my forgotten past.

 I then had a talk about how I believe that it's a constant focus of my violators/controllers to expose my anger to justify keeping a negative focus attached to me as I'm being spied on & getting sabotaged in my privacy (& getting sabotaged while amongst the general public regularly) & that them forcing me to explain myself after getting sabotaged each time is their 'family is family & comes first & community is community & we are only so fortunate to have each other'-lecture-type jokes from my surroundings as a collective whole while I was & am still getting brutally, ruthlessly & serially violated with abuse. Me giving this talk today because I was forced to verbalize anger with some of my immediate family as I was in my privacy & forced to explain my forced faults while getting spied on/sabotaged/exploited today is another exact detail I'm now remembering being told would happen long ago during my past that I don't remember. By doing this they are attaching to negative I shouldn't have to be attached to & wasting my time while they intentionally use the time they wasted as another justification attempt towards the court & public. This persistent effort from my opposers is a crime that I've been violated with nonstop for my entire life. The authorities that use mind-control technology on me regularly made it a focused effort to make it perfectly clear to me that the authorities were & are aware that mind-control technology was & is getting used on the general population & that it was certainly getting used on me. My opposers amongst the court & general public then used the false evidence that constantly gets created by my merciless & maniac violators to attempt justifying the opposition's forces against me as I am getting intentionally kept defenseless. As an individual & commoner I have no way to protect myself against weaponized technology that my local & federal law enforcement & legal/justice/medical systems can't/won't/don't provide me themselves. I have done all I can do for myself in self-defense peacefully. I am completely unwilling to take loss because violators continue to neglect me & the legal/justice systems continue to fail & intentionally neglect me so preparing this evidence for court became necessary for my legal defense as settling with the courts continuously maintains itself as my most vital priority. I can no longer afford to pursue a professional nor social life without my rights & protection from my violators because they intentionally damage every potential. I get exploited then the public gets exploited by my surroundings then the legal authorities side with the public

& exploiters & then they did it to me again on repeat every time I've interacted with the public from my early childhood up until now.

The next talk that I had with my unlawful investigators was another exact memory of mine from childhood that was just reenacted using me & my voice as a violator controlled me & reminded me of my own thoughts/memories seemingly for a 'brain-control technology' exposition. During this talk I was reminded that someone from my past said the following to me & it was after I had thought of this idea but never verbalized it to anyone which proved that the people from my surroundings would talk to me about my thoughts that they are aware of because of the surveillance my thoughts are constantly under illegally. During this talk today & the talk in my past someone said  & reminded me that someone said "when you are charging the battery with your heal-clickin drum pedal' so-on-&-so-forth (I forget the rest of what they said but remembered my childhood idea to design 2 separate attachments for electric vehicles so that someone could charge their vehicle's battery while pedaling a set of bicycle pedals that are mounted in their vehicle or by clicking a drum pedal up & down (including the additional option for the design to be a heal-clicking drum pedal instead of a toe-clicking pedal). I remembered my idea to create this design & the exact options I immediately envisioned for the invention back then. The design options include a hydraulic or spring-loaded resistant shock similar to what's on most vehicles & motorcycles that connects to the drum pedal with a connection similar to the design concept that connects the wheels of a train together. Getting this reminder on this specific day amongst all of these other details that I had to take note of & then document later was another exact detail I'm now remembering being told would happen long ago.

I then had a talk with my spies & interrogators/controllers about how I'm looking forward to getting less of my time wasted in the future after gaining the rights & protections I'm supposed to have & being forced to give this talk today while in my privacy & while reminding the spies/investigators that I sometimes focus my daily podcast seeming talk on brain injury symptom awareness & education instead of solely on entertainment are more exact details I'm now remembering being told would happen today during a conversation my memory doesn't remember.

Another talk that happened today that was another precise detail I'm now remembering getting told would happen long ago was when I was forced to have a talk about my violators attempting to make a cartoon about me being a genius child inventor who was intentionally violated, tortured, abused, sabotaged & held hostage while the famous inventors who run our planet's powerhouse companies are the 'pinky' in this 'pinky & the brain' cartoon as I'm getting puppetted & controlled/exposed/exploited/stolen-from/sabotaged/tortured/abused with brain-control technology. My talk included my anger about the massive amounts of resources that could've been saved had I not gone legally neglected for the past 3 decades along with the massive amount of wealth I would have always had access to along with the credit, success & fame I would've been granted early in my life had my surroundings seen justice through. They had me name Musk & Gates because I've always planned, inspired & wanted to be a major company

owner just as they are (& because of their known affiliation with brain-control technology & designs/inventions that I suggested during my childhood.

My next talk I ended up having with my investigators/violators included the fact that it's an everyday debate if I am brain dead & being kept alive with technology or if I'm surviving by myself & only getting violated with brain-controlling technology. My talk today about this debate was another occurrence where my violators forcibly reenacted a past memory of mine as they exposed my thoughts from my forgotten memories that reminded me of that scene from my past & giving this talk & getting reminded of this today amongst all of these other details were both more exact details I'm now remembering being told would happen today long ago.

I had to take notes on all of this as it happened on my smartphone to then transfer to my laptop so I could get it typed & all of the typos & detailed notes & the snacks I ate throughout the day were all more exact details I'm now remembering getting told would happen long ago by people during separate conversations throughout my lost memories. Having to talk about how my sleep schedule is impossible to maintain with any regularity while annunciating the fact that I'm better off without stressing about staying on the same schedule with an employer or other responsibility as I'm attempting to prepare myself for court after getting neglected throughout all of this abuse & how getting constantly violated raises the risk of my mind getting distracted & overwhelmed as I'm constantly getting forced to further prepare myself for court with a mind that isn't functioning & that with these constant stressors mixed with my unreliable sleep schedule raises the risk that I don't get vital evidence processed & documented while being unable to trust the authorities around me that have continuously attempted to wrongfully incriminate, wrongfully punish, slander, sabotage, abuse, expose, extort, coerce & exploit me to get it documented themselves because it's 30 years past the time I've been owed over a life sentence in justice.

- 11/2/24 Today I had the following talk while in my privacy & getting controlled/violated/interrogated by violators using weaponized mind-control technology & having this talk today was another exact detail I'm now remembering being told would happen long ago: The magnitude of importance & financial worth that my individual court case carries amongst the other precedent setting court cases for the politics of the law-creating & education involving crimes committed using weaponized mind-control technology on the state, federal & international level is something that I recognized in my early childhood despite my brain damage. My worth & value as an individual has been completely slandered & destroyed by the unjust & I'm seeking justice, my rights, earnings, medicines & compensations but am getting continuously denied illegally. My court case would be the' Armstrong vs. so-and-so' of the brain injury victims to mind-control precedent cases involving weaponized mind-control technology & court & I am probably the most expert witness for court in this area. Instead of my properly respecting my value & worth I continue to get neglected & unlawfully held hostage on one of the lowest of low-incomes without my medicines as I'm constantly abused, sabotaged, tortured & violated leaving me unable to get around the corruption getting away with preventing the beginning to my court case's procedures & my pursuit of justice. This talk from today was

another exact repeat of a scene from my childhood as I was getting interrogated about this same topic of conversation over 30 years ago while severely brain injured & not functioning & my conversation's details from today were my thoughts from childhood getting exposed again (the thoughts that I still completely forgot existed). My violators & controllers that control me with technology are showing their audience that they can control my mind while reminding me of my own memories that I still don't remember to progress for court proceedings involved with the brain injured who remain memoryless & the politics of the relations between the family of the victims (including mine) & the legal representatives. I then talked about how back during my childhood all the way through today my surroundings continue to only involve people in my life who are openly attempting to exploit me making it necessary for me to gain justice & my rights before moving forward with my life.

My next talk from today while by myself was another precise conversation I remember being told would happen long ago during a forgotten conversation & it's details that I'm documenting in the following segment are more evidence that can be used to make proving my case in court against all opposers an easier accomplishment: I spoke about how the court's representatives & the general public have stayed constantly unwilling to accept the totality of the reality involved with my court case's evidence that proves me an innocent victim & contributor. Their delusions about the potentials of the realities that weren't real have been constantly chosen to justify the court, the public's & the opposer's unlawful & invalid arguments against me in court that have been wasting my time while forcing me to suffer financially & socially while completely debilitating me medically from vital cognitive & physical abilities. The court continues to unlawfully allow my opposers to justify me getting to live with my rights by completely ignoring the very obvious & well-known about evidence involved with my court case. I come from of a hometown of less than 1,000 people & the other town I associated with had less than 10,000 people so as a child who has been severely injured several multiple times throughout life I could & still can expect word to travel fast enough through our community that I am aware that our law-enforcement systems are aware that I was injured in violent attacks & that severely disabled kids experience symptoms. I then continued on to talk to myself all day while getting forced to talk to myself & interrogated & investigated by the authorities that use mind-control technology on me & all of the exact details from my conversations were all more exact details I remember someone making reference to in my past during a forgotten conversation.

- 11/3/24 Today I had the following talk while in my privacy & getting controlled/violated/interrogated by violators using weaponized mind-control technology & having this talk today was another exact detail I'm now remembering being told would happen long ago: "it's the furious day of his life" as I was meaning to say "it's the worst day of his life" as I was attempting to say "he's furious" as someone was attempting to talk for me while reading my mind. This happening today as I was pointing out that my violators can cause speech faults despite the cognitive abilities that are actually disabled at the moment for the person faulting with their weaponized technology & that part of the time when my speech is faulting it's not in

accordance with which one of my cognitive functions are currently malfunctioning. I was pointing this out as the mass broadcast media has been intentionally shifting a psychological focus to the politics of when to expose disability to the public eye & the fact that they alter mine towards their individual fantasies of controlling the general public for & towards their delusional minds. This conversation is another forced reenactment of a conversation between me & my technological violators during my early childhood. My speech getting forced to fault is a common technique that my violators use regularly while controlling how I function amongst the people for their domination, machoistic & anti-sexist fetishes & or egocentric focuses.

- Today while in my privacy my technological violators or my multiple-person disorder turned me into my father & said something to me with my own voice that is one of my dad's signature phrases ('forever & always no matter what) & turning into him while being forced to say his phrase while getting interrogated about a specific topic from my court case on this specific day was another exact detail I remember would happen today during a forgotten conversation from long ago. Me being challenged throughout this harassment & neglect to make sense of this process, argument & mindstate of mine from the moments in question that were gained by them as I was getting unlawfully surveillanced while getting sabotaged by controllers using weaponized technology to control my mind & getting it documented for this court case today is another exact detail I'm now remembering being told would happen today long ago. My conversation included the detail that I turn into the people from my surroundings & the people that I watch on tv constantly & it's been an experience that I've been forced to suffer & live with since noticing the damage caused by my first severe brain injuries. I made it clear to all spying & communicating with me that my rights & freedoms can't be threatened nor taken because I deal with an expected symptom of the injuries that I was violated with nor can anyone violate my freedom nor rights because I'm willing to defend myself with force against violators attempting to cause loss or damage past a point because my surroundings continue to exploit the situation I'm trapped with. During this talk I agreed that both life & the assistance mind-control technology has the capabilities to provide are fascinating & outstandingly remarkable but unfortunately my priority violators are using my individuality to showcase its potential dangers.

-11/5/24 Today the following incident occurred & it is another forced reenactment from my early childhood that I had completely forgotten about until now & remembering this today & reenacting this past memory today are more exact details I'm now remembering being told would happen on this specific day long ago during a separate conversation that I don't remember from my past: I suddenly remembered for the 2nd time in my life a scene from my childhood when I played full contact football without pads after my most severe brain injuries. During this memory I was in 'squirming around' -type excruciating pain before mindlessly wandering onto a football field & then attempted to play football as I could hardly stand up nor see as my spinal cord felt completely dead & my head was pounding from a skull fracturing brain injury. During this game the kids hit me with head-to-head collisions (seemingly intentionally) several separate times & I remember 'squirming' a couple of times because of my misery & because my swollen brain was

fully exposed by my skull that was already fractured like an egg shell. In the moment my reactions didn't bother me because all of my reactions were uncontrollable & the stiffening & contracting of those parts of my body was natural reaction that I'm not ashamed of. This happened as I had & was taking it easy on the other kids (extremely easy on them the majority of the time) during every football game I had ever played in & this happening with me today happened as my childhood sports replays have been getting reenacted in every professional, college & local sporting event that I've witnessed as I've been interrogated & controlled with mind-control technology as I watch on tv. So there is no confusion know that I'm pressing charges & filing a lawsuit against all involved. - Today I checked Instagram to notice that another two of my childhood inventions started getting sold on the internet. My rolling perfect pushups & gear-created-resistant home gyms & pully systems for strength training were advertised to me directly on social media. These were inventions of mine that I was very proud of but have been completely stolen from out underneath me as I was murdered, tortured, held hostage, intentionally neglected & exploited for the past 3 decades. - The local court sent me paperwork saying that I was supposed to appear in court today as they once again are attempting to unlawfully charge me as my priority court case continues to get neglected & this happening being another exact detail that I was told would happen over a decade ago by one of my violators as I've been getting gang violated & neglected as I spent my past 48 hours taking notes on another 4 hours of typing information that needed documented for my court case preparations to get my court case's paperwork caught up to the point that it should've been done for me & had turned into the court around 30 years ago by the legal system's employees. Instead of this information & evidence getting handed to me & the court about 29 years ago as it should've been since I had been kept under constant mind reading & controlling surveillance & been constantly interacted with via the technology & me getting to proceed with court as the victim & contributor & disabled-child-contributor-victim that I should have been I've been getting exploited, violated, sabotaged & tortured ever since & am just now getting this information that includes my evidence, arguments & thoughts from the very few moments of consciousness that I had throughout my life 30 years later & I had to spend every day for over 5 years of my life doing work that was supposed to be done to me as I've still been getting violated, tortured, neglected & interacted with by my technological violators simultaneously alongside broadcast television, radio & the entertainment industry's representatives. Me once again pointing out this fact & finally getting this documented for my court case today is another set of exact details that I was told would happen on this specific day long ago (proving premeditated crime & intentional neglect).

- 11/6/24 I continued my talk from recently about how I was a child exposition showcasing brain damage to an elite athlete & remembered to point out the fact that it took time for my muscles to disappear after getting turned into a crippled so my mind could still move my body at certain speeds that my body couldn't keep up with because I hadn't grown accustomed to living with my disabilities yet. My talk included how all of my time continues to get wasted & that when this continuously happens it not only depresses me psychologically but it erases the time I need for

exercising my cardiovascular health & that this has been a constant & known motive that my violators & neglectors have intentionally used against me for the past 3 decades. The talk included the detail that I think I've only exercised enough to get my heart to beat 3 times since I was 6 years old & this is another exact detail I'm now remembering being told would happen long ago.  I plan to shape myself up physically once I'm able to live with my human & civil rights & eliminate the capability of my surroundings have to waste my time. - I'm remembering to document that within the last few months my violators forced me to verbalize the following about our Vice President Kamala Harris & this exact detail is another exact detail someone from my past told me I'd be forced to deal with long ago: "they told me that if I had sex with Kamala Harris that I'd have to have a threesome with her". This is another example of when technology was used to sabotage me by forcing me to say a thought they forced across my mind while attempting to make it seem as if they are exposing me & my individual thoughts & motives as they unlawfully created & staged their video & audio surveillance evidence. This is a technique that I've witnessed my violators & surroundings use against me regularly while attempting to get away with sabotaging & exploiting me. - Over the last couple days I was forced to talk about how Dr. Suess was some of my inspiration in the development of my character & while doing so I was forced to reenact memories from my past as I was showing examples of his inspiration in my plans for writing. The examples included times throughout my past as I was preparing myself for this court case & saying rhymes like "you don't function when you can't function" & "you don't remember what you can't remember" as I was preparing myself for self-defense oral arguments. I always wanted to remember all of the phrases I said to myself for some of my plans for the kids books I'm going to write including a kids version of my autobiography but I lost all of my memories & then after being forced to reenact & say all of the memories that my violators remember but I do not I instantly forgot all of my phrases that I had thought of again & this is another exact detail I'm now remembering being told would happen long ago. - Within the past month I chose to send my fellow local named Jay Boone an explanation about my court case because of our past amongst one another & the people from our past who are involved with my court case. Sending the message to him & the details of the message to & from him were all more exact details I later remembered being told would happen long ago during a conversation I can't remember.

- 11/7/24 I remembered to document several more facts that I had yet to remember for my court today while getting forced to talk amongst myself & my spies/violators & the exact details were all more exact details I later remembered being told would happen long ago including the fact that I remembered that I thought of a design to invent a rubberized-or rubber/silicone-type foot-wrap that allows someone to stuff the webbing of their feet with paper towels & healing creams/ointments. This invention would eliminate a lot of people's need to use tape & Band-Aids while attempting to heal from their wounds on their feet & toes. The design is similar to the top of a sock that has individual spaces for each toe but has open toes. I haven't been able to experiment with the design so I don't know if it's necessary to span the entire foot or if the wrap can stop extending a couple inches below the area of the toes' webbings. I forgot to remember to

take notes of this invention on my phone as I was doing my daily chores & didn't remember to document it until later in the day & then remember being told by someone that if I didn't get it documented today (despite this entire incident being a reenactment from my early childhood) that someone else from my area was going to attempt to get away with stealing the claim & credit for this contribution suggestion of mine from my childhood & all of the details from this happening today are another set of exact details I'm now remembering being told long ago in a forgotten conversation for the 1st time.  - Within the last couple of days I was forced to reenact another memory from my early childhood when I processed the potentials for the reasons that the company 'Microsoft' was named 'Microsoft' & the potentials that arised when considering it was named that for a famous old conversation between smack-talking competitive & hardnosed American football players & this happening today is another exact detail I'm now remembering being told would happen long ago during my forgotten past.

- 11/8/24 I took a short break today while completing my daily chores & sporadically sat down with some crackers for a moment & turned on the tv. Within the few minutes that I had the tv on ESPN was showing a college football game with Memphis & more of my exact childhood football game replays were being reenacted & I still don't know if they are reenacting them by choice or getting controlled with mind-control technology for my court case. I talked to myself & my interrogators/violators & was forced to talk to myself & with them with mind-control technology all day again today (every day for the past 5+ years). I didn't remember or get a chance to take notes & document most of the evidence but remembered the following details that will continue to prove my points for the court: I was being spoken for by a violator using mind-control technology & the following phrase was said just as I then remembered being told it would get said 1-3 decades ago: "it's the first worst day of his life". I was forced to say this by my violators as I was attempting to say something else with my own voice but was cut-off & forced to listen to their statement get said as they were intentionally making a joke to me about forcing speech faults as they can communicate & understand me perfectly with their mind-control technology but as they are also tricking the audience that has access to the video & audio surveillance of me to showcase the fact that I'm still living with permanent brain damage. I also remember getting interrogated about when I believe I was forced to knee my old friend Michael in the back & I was forced to remind them that I do believe they forced me to knee him in the back but that it didn't bother me at the time nor does it now that Michael took the blow to his back because he deserved it & that I am furious for getting sabotaged. Getting interrogated about this today & saying exactly what I said is another exact detail I then remembered being told would happen long ago.

- 11/9/24 The following incident occurred this evening & it was another set of exact details that I later remembered getting told would happen long ago during a forgotten conversation: My water bong's downstem suctioned itself stuck shut. I had to fish a rope up through it & tie a knot on it so I could pull it straight out while tapping on it with a channel lock pliers handle. As I did this I was forced to say I'd put a hole in the bottom part of the beaker with an earth marble that has a

secure way to be locked in that position with an invented piece of silicone that can be put into the glasses melted in lock so I could push it out with my finger when this happens. As this happened I remember someone speaking for me while I was blank minded sometime during my childhood & saying that I would install that improvement up to 3 decades ago. In between getting this tool & that tool I nailed some cardboard to the ground to cover mud where my dog's frequent because with all of this on my mind & being broke I didn't remember nor could afford to plant grass & this is another set of exact details I remembered being told would happen as it happened. The channel lock tapping & me saying I'd design the earth marble bong today on this specific day as all of these precise details were occurring were both more exact details from long ago & this all continues to happen as my violators intentionally showcase how little they care about my individuality as an inventor nor human. While fixing the bong I thought I was down to one backup downstem but realized I still had 2. The thought then immediately entered my mind that someone broke into my house & gave me an extra downstem & I later remembered that this thought entering my mind was another exact detail I remember getting told & these exact types of occurrences have occurred with me all day every single day for my entire life.

- 11/10/24 Today the following occurred & it is another exact detail that I later remember being told would happen long ago during a past I don't remember: I was getting interrogated in my privacy with mind-control technology about a certain play during one of my childhood football games that I played in after my worst head injury. As they were interrogating me I remembered that during the play I had been practicing my acting capabilities while taking it easy on the kids & was making a joke about losing my consciousness while playing while saying 'bring it on' as I was in an argument with my technological violators that had already murder attempted me. While getting interrogated I explained it to my violators that I was making a 'Zoolander' (the movie with Ben Stiller & Owen Wilson) joke to my violators & neglectors involved who were clearly spying on me. I had to remind them that in the 'hard-fought' game they thought they watched me (while unlawfully surveillancing me without my permission) give it my all in was me going about 20% while attempting to build the kids I played with's self-esteem & while not allowing myself to demoralize them. Me describing this to them in this way while so angry that I can't control what I say & the exact typing mistakes that I've made while typing this a day later still going to the drum-beat of the speech studders that are still stuttering because of my response from yesterday's anger (a detail that now needs added to the criminal profile of this document) are more exact details that I was told would happen long ago in my lost memory.

- 11/11/24 Today I thought that I noticed that more information from this testimony has been completely erased. I believe I had previously recorded my testimony about how the tornado that took my family's grain facility was created intentionally just after I was released from prison. Me believing I had that part of my testimony documented & now not being certain if I did or was just interrogated about it or not is another exact detail I would told would be happening on this specific day long ago & forcing this to happen is a common technique used by my mind-controlling violators & is something they did to me intentionally probably over 2 dozen times

during my childhood as I was losing my plans that I created to help save the world. Each time I was forced to completely forget my entire past I had to start over preparing myself as an inventor, businessman & victim again. I am just now remembering all of my childhood invention ideas that I thought of before I was 5 years old for the 3rd or 4th time after going through hell fighting for each memory of each idea that I had. I have to argue & progress through my life to remember or I remember nothing & the argument that I've been in is terrific. This has been done continuously throughout my life in an effort to prove me incompetent for court as my violators make jokes about how simply they trick my surroundings into completely abandoning their best leader.

- 11/11/24 Today I was forcibly interrogated with mind-control technology & while sticking up for myself I was forced to say the following & this along with all of the talks from today & tomorrow (it is tomorrow today) all have been more exact details that I later remembered getting told would happen long ago during a memory that I don't have.

- 11/12/24 I used my warranty with my washing machine & Lowes sent a guy to my house today to check what was needed to get it fixed. When he showed up I had the door locked but somehow in between my mind blanking the door ended up locked again & despite telling him the door was unlocked he had to call me to let him in. While here he told me he had to order 2 parts & then go to another house here in town. Later in the night I smoked a bong & for the first time in my life I almost went unconscious while smoking. I later remembered that each of these details were more exact details that I was told would occur sometime during my forgotten past 1-3 decades ago.

- 11/13/24 This morning I woke up & while checking either Google News or Instagram I experienced a 'Harry Potter'-type visual when I was shown a picture of Madam Angelina Jolie & her eyes suddenly looked at me when they were initially looking away & I laughed as I called her 'Dorian'. Later in the day I went to Dollar General to buy a few groceries & while checking out the lady at the cash register was talking to another lady about their washing machines the entire time I was checking out. I then remembered that each of these details were more exact details that I was told would occur sometime during my forgotten past 1-3 decades ago. - I'm remembering to document that the following fact is another exact detail I'm now remembering being told would happen long ago during my forgotten past: The only porn I've watched in the past half decade was one of Angelina Jolie's sex scenes & I was forced to nut while watching it.

- 11/14/24 Today the following details occurred & I later remembered that each of these details were more exact details that I was told would occur sometime during my forgotten past 1-3 decades ago: I received a text message from an unknown number & it was someone looking for a Kelly to invite to their barbecue. This happened in between the washing machine's warranty maintenance man showing up & breaking a part that he attempted to install. When he showed up the first time, I was outside walking the dogs & he explained that he didn't get to bring his truck because it was in the shop so he had to bring the car. He had to leave & come back later in the

afternoon to finish fixing the machine. - I'm remembering that in one of these past 5 or 6 conversations when people told me all of this was going to happen that they told me they were going to intentionally wreck me in my truck when I go to court. Whoever also told me that someone was going to break into my house & talk to me as I get frozen with mind-control & forced to listen. I also remember getting told that someone (I believe they were referring to Jacob Gavin) was going to stop by my house & attempt to exploit me. - I'm remembering getting told long ago during a forgotten conversation that one of the models on Instagram that seemed to intentionally grab my attention would hurt her knee & she now has a hurt knee so I'm documenting this in case it proves my violators hurt her intentionally.

- 11/16/24 Today the following occurred & all of these details are more exact details that I then or later remembered being told would happen on this specific day up to 3 decades ago throughout separate lost conversations that took place during a past that I cannot recall with certainty: Recently I checked Pinterest & was shown another design that I believe I might have suggested or that my technological controllers/violators might have attempted to get me to describe, suggest & take credit for during my grade school class that I forgot about. The design makes it so a windmill spins itself once its spin is started by incorporating rubber resistance bands that continuously use the bands resistance to activate continuous motion. I'm uncertain if this idea was mine or my mind-control violators as they were introducing themselves to the kids I was in class with through while they were introducing me as a brain injury victim to them. I cannot remember this memory for certain & will have to rely on witness testimony, the investigation associated with my case or video surveillance to know for certain.

My violators reminded me, my spies, technological controllers & those investigating me throughout my interrogation during my childhood & again today that I caught my mind's controllers making motorcycle engine revving jokes while forcing my speech to fault.

While joking about making a podcast as a disabled being forced to act & be terrific (compared to if I was getting to live with my health & rights) next I reminded whoever interacts with me using technology that I chose to surrender my conquest to dominate as an individual during my early childhood when I realized that conquering certain accomplishments is considered selfish but that I still have to fight to be our best (as all of us do) . I've been making these jokes as I'm introducing myself as someone who will forever be grateful for our civilization, community & families positive group efforts who loves our entertainment industry while doing character impersonations from & for our movie industry since I seem to be a famous child & adult victim as well as someone who is potentially one of my age groups famous contributors.

Throughout the last 24 hours I had to take notes on my smartphone as I did my chores for my house, hygiene & pets in order to be able to remember what all needed added to this document because I don't keep my computer on all of the time so that I can preserve its longevity. At one point during the day I counted that I had to add 53 separate notes for individual testimony topics that I will have to & am now typing. I counted these as I could remember forgetting & losing my opportunity to add 5 others that my memory lost while attempting to multitask & 58 is my name (Ryan) when you add (R=18)+(y=25)+(a=1)+(n=14)=58 which was the jersey # given me to me

my senior year & when I realized they gave me my name's number during high school someone told me this exact future would occur today if I was the person that I'm getting proven in court. I then remembered several more notes to add that put me around 66 which is my sister's name & I remember being told that if I made it this far that I would be 'good-to-go' for court. While taking these notes I once again made a joke to myself & my controllers & those interacting with me that it's a good thing me & my mind are under surveillance because of how much I forget as I'm attempting to thoroughly prepare myself for court & it was a joke because of how often I'm murder attempted & forced to live without a functionable mind by this same authority that I can no longer trust to not criminally violate me. I went on to talk about how it's my belief they murdered me because I was probably the top of my class & because I willfully showed my audience that I could be a dominant physical athlete during my childhood games but chose to take it easy on the kids & not hurt them & took a beating while doing so. I then went on to explain how I believe my violators murdered me intentionally using mind-control or organized corruption when I was in my childhood atv wreck with Brian Parkins because they thought that as kids we played with each other to rough during that or those football games that I don't remember & this was a ritualistic sacrifice of me for being smart enough to not hurt the kids when so many other kids didn't make that correct choice within that same opportunity. I was provided the opportunity to explain these thoughts, evidence & arguments for court today while under surveillance & getting controlled, interrogated & interviewed with mind-control technology & getting to do so on this specific day was another detail someone told me would be happening today long ago if I wasn't guilty of crime & or some of the negative reactions I'm associated with (when they were showing me that they believed that I was guilty). During this interaction I reminded them that throughout this document there might be several 'doubles' documented & this was another detail whoever told me all of this would happen said would happen. While constantly overwhelming me with evidence to prepare myself for court about it seems my violators are constantly making a joke about stealing one of the best spots to be born into in America (only son of 2 of the best-established farmers in my area in Illinois in the late 1980s-present) from me & me talking about this today as all of this happened was another exact detail I remember being told would happen as well.

This afternoon I gave a talk about one of my ideas from childhood that I thought of as a teaching method to help people understand the potentials for certain organized crime & why our systems do what they do. The lecture goes stick out your hand & imagine these 5 fingers: 1) Religions 2) The top of ours (Democracy) 3) The top of theirs (communism) 4) The Royals 5) criminals. While imagining the potentials for corruption while keeping our church & state matters separate watch what happens to the rest of the fingers when you eliminate one of the fingers & you immediately understand why we continue to stick with what we do & who we recognize as authority or royal. I thought of this diagram while in 1st or 2nd grade & me talking about it on this specific day while getting interrogated, exposed & sabotaged is another exact detail I'm now remembering being told would happen long ago. When I thought of this educational concept, I was unsure if my brain functioned for a moment & it was my idea or if the church or CIA or some other authority (possibly Batman) might have been introducing themselves using mind-control technology. I seemed to get sabotaged, interrogated & forced to suffer loss because of

being uncertain which of my ideas I'm able to claim for myself as an individual when I'd be proven incompetent, insane or a criminal violator if I did.

I then had a talk about how my violators are making jokes about exploiting me as they are the ones providing me access to resources & the time & technology to work towards preparing myself for court as there is a population of 8 billion people that need resources & time in court while children, disabled & elderly all need attention to survive. My violators made this point clear to me during my early childhood while seeming to pretend to be 'talking smack' to me as if we were playing each other in football as they established their authority & while I believe they were punishing me for playing too rough with the kids. During this same argument they made it clear to me that they could prove every individual worthless without the group effort during this same internal argument with my technological controllers & that every individual is able to be broken down with torture techniques & injury. A couple of the times during my childhood I thought my violators injured me intentionally as a 'badge of honor'-type occurrence to put on my permanent individual record because I chose to take it easy on the kids instead of hurt & demoralize them every time I played childhood football or was physically attacked & this internal argument of mine from early childhood that was  exposed today was after I thought this might have been a potential motive of my violator/s. I went on to tell them how they seemed to attempt to dominate me in this fantasy football game as they used mind-control technology to control, interrogate, interview, expose, exploit, sabotage & torture me while making jokes about destroying my character & attempting to persuade me away from & steal my farms during the best time in existence to be a farmer because of our modern advancements & technologies. They continued to make it a focus for me that farmers don't get to stay as clean as the people who live & work in town as they would force me to get dirty or forget to wash my hands or this that or the other. It seemed that they didn't trust I had an understanding for the importance of community but they were dead wrong because I love the people & our positive efforts. They did this to me as they were forcing me to fault & sabotaging my personality while I believe they were keeping me under unlawful video & audio surveillance attempting to create evidence that they could use against my argument for myself in court. As they were doing this to me it seemed that their motive was to humble my individuality amongst the population because of all of the damaged victims of war & crime as well as the less fortunate. All of these points were made to me as I was in a brain injury coma-type state of mind & relearning to walk & talk as a kid under 5 years old & my exact talk from today was an exact replay of these exact thoughts & arguments of mine from back then. I continued to stick up for myself back then despite the fact that I was defenseless against their abuse & not being allowed to communicate with my own family nor surroundings. I'm now 37 & it's as if they gave me a 30+ year prison sentence for sticking up for playing football with the kids & for sticking up for myself against my technological violators to the best of my abilities.

I was forced to once again explain to my technological interrogators that I decided as a young child that I would defend myself with lethal force under certain circumstances because of how much loss & violent crime I'm getting constantly violated with. I further explained how I noticed my (technological) violators punishing me for deciding that I'd defend myself with this force if necessary.

My violators & I then had a talk about how they are intentionally being & forcing me to appear as untrustworthy as possible because we are only humans that fault, get injured, get sick & eventually die while educating me that it is foolish to ignore the benefits of community for isolation & privacy.

During the Sunday Night Football game, they once again turned me into a coo-coos-nest-type character while sabotaging me & had me rant about how our country's laws & politics are heavily focused around densely populated areas. The rant included how there are no beef farms in 'tower-town' (which seemed to be a joke because I designed/envisioned skyscrapers that are green energy efficient & self-sustaining livestock confinements with septic systems as a young child) yet they all can buy beef cheaper than any of our other resources compared to what it takes to get the finished product the consumer. During this rant & while they had me in one of my characters that I make jokes about pretending to be I said that all of the tower towns in America are going to get blown up & this happening along with all of the other details from all of my other talks today are all more exact details that somebody from my past told me would happen long ago during a conversation I don't recall.

- 11/17/24 Today I checked the news on my smartphone to see that a law-enforcement officer was just arrested for killing 7 dogs. I then found a flower pot for my indoor plant on amazon.com while remembering to document that I was forced to shoot my dog Orya with my slingshot while living at 304 S Scott St. & all of these details were more exact details I'm now remembering being told would happen long ago. I remember somebody telling me over 2 decades ago that if I ever ended up looking for a flower pot on the internet 'then I like you'. When I was forced to shoot Orya it happened during a mind-blank as I was getting controlled, interrogated, sabotaged & tortured. I didn't shoot her anywhere near as hard as possible but it was still harder than what I would have ever wanted her to get hit. I remembered that they told me this was going to happen long ago during one of these forgotten conversations. I had a talk with them about how I chose to name her Orya-Poe during my childhood as a joke about the confusion my violators caused amongst my people & surroundings. O-ry-a (o-ryan-armstrong) is one way to pronounce her name & or-ya (or are you) is the other so when I say O-ry-a Or-ya Poe it's a joke about my multiple personalities saying are you Ryan or are you his dark side & me telling them that this was a childhood idea of mine that I had completely forgot about & how I named Poe this before remembering that it was my idea from childhood as mind-control was & is controlling me nonstop is another exact detail I'm remembering being told would happen on this specific day long ago. When I shot Poe, it was with a tape-ball (a metal ball covered in tape to make it soft) but I've turned completely heartless since being forced to shoot her harder than what I ever would've (for the millionth separate time because of constant torture, abuse & sabotage). My plan with the slingshot was to provide the dogs a knock to their heads similar to knocking your knuckles on your hands against your skull lightly. I remember being told that my violators would blank my mind & have me shoot my dogs much harder than what I wanted to & that is exactly what happened. Now I'm worried my dogs are suffering because of my violators crimes & this is another negative that I'm now being forced to prepare myself & my dogs for court about. I'm pressing charges on my violators for animal cruelty, damage to property & for controlling & sabotaging me.

- 11/18/24 When I woke up this morning I checked the news & was shown a boat that Bill Gates owns that uses hydrogen created from the water the boat floats on to fuel itself. I then went on to research how much water this type of engine consumes during its electrolysis process & while doing this I remembered this is another exact replay from a conversation topic during my grade school class. I once again decided that these engines should be banned from the planet before all of our water disappears just as I did during grade school. After stating this I remembered being told that if I could give the same response that I did during grade school when they showed me this news article on this specific day around 30 years later that it would prove something about my court case. Also, today I was finally able to tell my mother about her drinking my chew spit around 2 decades ago after forgetting completely & finally being allowed to do so on this specific day was another exact detail I'm remembering being told would happen long ago during a conversation I don't remember that I was unable to process nor react to at the time. - Today I remembered to add the following design improvement for washing machines to this evidence & doing so on this specific day is another exact detail I'm now remembering being told would happen long ago: washing machine's water inlet valves should be designed to be easily accessed so that they can be regularly cleaned without having to take apart the machine. - While watching the news today a police officer was getting interviewed & I made a comment that they must be making motorcycle revving jokes with their voices while forcing studders with mind-control technology as well just as I then remembered being told would happen decades ago during a forgotten conversation in my past.

- 11/20/24 Tonight I was working on further preparing this document for court & the following details were more exact details I then remembered being told would be happening who knows how long ago: While making myself supper I thought of 2 additional segments of information to add to the profile & argument sections of this document but forgot them both because of my mind not being able to keep up with its multi-tasking efforts. I then started watching the 'Space X' launch video that showcased the largest spacecraft yet. As I began to watch the video I remembered one of the segments I had just forgot just as they told me I would long ago. Almost everything I've forgotten to document throughout the past 5 years of preparing this has been spoken about by me while under the constant surveillance that I am.

- 11/21/24 I unexpectedly watched the movie 'State of Consciousness' & the details of it were more exact details being told would happen as I would be watching it on this day over a decade ago by Morgan Ray. The movie seemed to be a joke response about the movie being made as I'm under constant surveillance & preparing this evidence for court. It seems the entertainment industry has been making director jokes about scatter brains & selective audience throughout the past couple decades. I checked the news & was shown an article about a man attempting to steal a security system from Menards then remembered being told this would happen during my past that I still don't recollect. Sometime today I lit the leaves I had in my back yard on fire for a short time before realizing the majority of them were too wet to burn. I had to go outside & put out the fire once it started to smolder with that less-tolerable smoke & doing so is another exact detail I

then remembered being told would happen long ago.  Furthermore, all of my talks from today were thoughts of mine from decades ago that I'm still getting interrogated about & exposed/exploited because of (many of them just forced thoughts that I had to ignore). All of the details from today's interrogation along with the testimony I wrote about 'The Man in the Iron Mask' & the fact that my violators that control me had me say that we are making 'Tasmanian devil' jokes about cartooning me as I'm getting spied on while my thoughts are getting exposed as an innocent victim under investigation were more exact details I then remembered being told would happen long ago during my lost memory of my past.

- 11/22/24 My violators that control me with technology attempt to stage (false) evidence against me while intentionally running my mouth as my mind is blank as they make jokes about showing a select audience that I used to trap the surveillance that spied on me with speech, facial expressions & body language. I was often damaged enough that saying what I attempted to was a rare miracle so I am used to moving forward regardless of what gets said. I caught them doing this to me today while talking about my classmate Alex Fox. They do this to me repetitively after they attempt to interrogate my mind with weaponized mind-control technology. I believe all of my conversations for as long as I can remember were all more exact details I was told would be happening long ago amongst my lost memory. I watched a movie for the second time (Dark Tower) & didn't realize I had already watched it until it was over & doing so today is another detail I'm now recalling being told would happen back when I wasn't processing. - I watched a commercial on tv today that I believe was created to intentionally harass me about my time with & court case's evidence involving Morgan Ray. The commercial showcased a lady selling full body deodorant & putting it on the backside of her knee. After watching the commercial I had a flashback of when I was in a mind-blank while around Morgan & using her folded leg in an effort to please my wong. I then had to explain to my interrogators that I believe that is another exact memory where my violators turned me into someone from my past (one of the Gavin brothers) with mind-control technology & sabotaged me. This happened after I watched a 'Space X' video on x.com (twitter) that had a 'it's bananas' theme & this reminded me of the time I was forced to tell Morgan to 'go fuck a banana' as my mind-controller attempted to make it seem as if I was making a racist comment when I wasn't. My violators were making it clear to me that they remembered all of my past interactions with & about her & her family after I was told about her brother's banana dong man-thong that he wore for someone & I once again had to spend my time preparing for court about & explaining myself for the crimes of somebody else. - I'm remembering to document that the signature that I have uploaded to the end of this document has specific 'shaky' details that look like lightning bolts & this is another exact detail I'm now remembering being told would happen long ago during my past that I can't recall with certainty. - I'm remembering to document that my failed attempt to respectably communicate to Mr. Al McGuire when I messaged him this evidence using online messenger was another exactly worded set of details that I'm now remembering being told would happen long ago during my forgotten past.

- 11/25/24 Today I emailed the Warren County Court Services Disability Coordinator Denise Schreck, the Department of Justice's Criminal Division & the Illinois Governor's Office updating them with the updated version of this evidence & asking when I will receive a court date as the serial victim to our nation's most severe crimes. Mrs. Schreck responded to me & told me she doesn't have a court date for me because the State's Attorney hasn't filed a criminal complaint yet & I responded to her that my rights are getting criminally violated because of their unlawful choice to deny me a fair day in court as victim & contributor.

- 11/27/24 Today as I was being forced to talk to myself I finally remembered to tell my interrogators that I'm charging them a motor for my heart (pacemaker) with my court settlement simultaneously while making a joke about introducing my kids book that I thought of as a young child & doing so on this specific day was another exact detail I'm now remembering getting told would happen long ago my past that I don't yet recall. - Within the last 48 hours mind-control technology was used to notify me about an email I received from Warren County Disability Coordinator Denise Schreck & this is the 4th or 5th time this has been done to me while corresponding with her.

- 11/29/24 Today the following details occurred & they were all more exact details I then remembered being told would happen long ago during my forgotten past: I noticed that I suddenly have a white sock & gold bed sheet missing. I had a talk with my interrogators about how I have the heart of 'Davey Jones' from 'the Pirates of the Caribbean' because of how little I've been able to get in cardiovascular exercise with my violators controlling my mind. For the past several days my violators have been running my mouth about more of my anger with my violators & neglectors while exposing old thoughts that I've been forced to deal with during my past.

- 12/1/24 Today I checked the news on my smartphone & was shown an article about a young man who died because of a football injury. I then started to soak some laundry in a bucket that I intentionally never use to soak laundry because I use it to soak my face & head in. I then remembered being told that both of these exact details would be happening today long ago during my forgotten past. Within the past few years I've been stuck with a truck that doesn't start once it gets so cold outside. I had to walk to the grocery store multiple times while it was freezing & am now remembering being told that this would happen decades ago during a conversation that I don't remember.

- 12/4/24 This evening I was once again criminally violated with the following exact crime that I then remembered being told would happen sometime during my forgotten past: The wind blew ferociously tonight & I have some sheets & cardboard nailed down to cover mud spots in my dogs fenced in area so that they don't track inside the house so often. While cleaning my house I noticed that some of the cardboard needed nailed back down because the wind blew it up. At that point one of my violators that control & violate me with mind-control technology complained to me through my own voice saying "now I have to go nail down cardboard" exactly as I was told

they would long. These exact same things have been happening to me nonstop for the past decade on a daily basis.

- 12/5/24 Today I checked the news to notice that a United Healthcare CEO in New York was shot dead & then I remembered being told this was going to happen long ago during my forgotten past. Whoever told me this was going to happen as I wasn't processing nor remembering conversation told me this man was going to commit suicide & the news was going to lie about it & say he was shot by a murderer. The murder suspect was caught at McDonalds & I then remembered that was another exact detail I was told would happen long ago.

- 12/6/24 I made a post on X.com (twitter) today reminding the public that over 30 years ago I suggested a design that automatically charges the batteries of electric cars by designing a small windmill inside of a hood scoop & then remembered that doing so today is another exact detail I'm remembering being told would happen decades ago.

- 12/7/24 Today I noticed my evidence was once again tampered with & had parts of it erased. I instantly became furious & everything that was said as I was furious & what my mind-control violators said to me with my own voice "that's him bitching out" & "that's the one he wants (making reference to the forever spinning water windmills)" & as I was furiously ranting my evidence was then replaced back onto this document. I also just had to start a twitter.com account notifying the public of my inventions & all of this was more exact details I'm now remembering being told would happen today long ago by someone during my forgotten past. I watched some college football today & noticed they were once again making exact replays of several of my childhood football plays during the Texas vs Georgia game & the Iowa St. vs Arizona St. games.

- 12/10/24 Today I called the Warren County Circuit Clerk's Office & asked them to find out when my court date is for this evidence's case that I filed electronically with them over a year ago. The lady on the phone told me she agreed with me that I'm entitled to court procedures free from unreasonable delay as the serial victim to our nation's most severe crimes & she told me "I'll do some digging for you". After getting off the phone I remembered that this is another exact set of details that I was told would be happening long ago during my past that I don't remember. I believe that whoever told me this was going to happen said she would say that & then make no effort whatsoever in my behalf.

- 12/11/24 Today the following details occurred & afterwards I remembered that they were all more exact details that I was told would happen long ago during my forgotten past as I wasn't processing nor remembering anything: I ordered an oxygen concentrating machine hoping that by providing myself some oxygen once in a while that my chances of recovery will improve. The website initially told me it was going to be delivered to me yesterday & it required a signature from me so I had to leave my front door open all day because there is a front porch in between my actual front door & the front door outside so I had a chance to hear the FedEx driver when they arrive. The package didn't get delivered yesterday & when I checked my email this morning

it initially said it would get delivered today then told me that it wouldn't be here until tomorrow again & then once again told me it would be here today so I once again had to leave the front porch door open all day. The website notified me that the delivery driver's name was 'Christopher' (my middle name) & this is another exact detail. While I was waiting for the package, I turned on one of the morning shows & was shown a guy named Eric LeGrand who was turned paralyzed playing college football & selling his own brand of bourbon. After watching this show I received an email saying that my DirecTV bill went up $60 despite the representative that I spoke with at the end of July promising my bill would not go up this December when the promotional deal ran up. I told that representative that I wanted to cancel the service if my bill was going to go up & she told me it wouldn't so I had to spend a bunch of time on the internet & phone chatting with DirecTV representatives that didn't get my raised bill down to what I was promised until the next bill in January. After all was said & done I took out my trash & my oxygen machine was delivered without the extra filters that I ordered with it exactly as I then remembered being told would happen forever ago. As I spoke to the driver I was forced with mind-control technology to ask the driver if I was supposed to sign his screen with my finger just as I then remembered being told I would long ago. - I was provided 2 free months of HBO from DirecTV & decided to start recording their new series 'Dune Prophecies' & as I did so my violator that controls, tortures & interrogates me with mind-control technology said 'I'm going to finish watching this show' to me using my own voice (as they have been doing to me all day every day for the past 10 years NONSTOP) & this happening is another exact detail I'm now remembering being told would happen long ago during my forgotten past.

- 12/13/24 Today I called 911 again to complain about getting violated & tortured nonstop with mind-control technology & the lady said "I'm not sure who is in control of that" & "what do you want me to do about it". I made it clear to them that I expect protection from my violators, put in a protection program if necessary & a court date for getting violated & intentionally neglected. Me calling & their exact responses to me were more exact details I later remembered (on 12/21/24) being told would happen long ago during a forgotten conversation & remembering to add that this was something I was told would happen long ago on that specific day is another exact detail I'm now remembering being told would happen long ago. - A few days ago while getting interrogated with mind-control technology I once again spoke about my childhood plan to design skyscrapers/multi-level animal (beef/pork/bird) confinements with septic systems. Tonight I checked the news & saw that someone wrote an article in the New York Times similar to the plans I shared & then I remembered that this article being in the news today is another exact detail I'm now remembering being told would happen long ago during my forgotten past. - Today I remembered to document the following 2 segments of testimony & remembering to document them today are more exact details I'm now remembering being told would happen long ago: My twitter account should be going viral but I've only received 1 like from a Dr. Greg Marchand. Him liking my post & being the only person that has liked any of my posts & the fact that Elon Musk was following him when he liked my post but is no longer following him when I looked up his name to document this in my testimony are all more exact details that I'm now

remembering being told would happen long ago during my forgotten past. Tonight I remembered to document that when I blank mindedly did my grandma's roommate in the nursing home a favor she asked me to do & brought her a small bottle of whisky that it was another exact set of details that I'm now remembering being told would happen long before it did & remembering to document that this was another set of details I was told would happen long before it did. - I remembered to document that one of the Instagram models that I was following, Kayla Simmons, hurting her knee is another exact detail I was told would happen long ago during my forgotten past. Also, Alex Foxen won one of the Poker tournaments in the Bahamas & there was a picture of him in the news with his feet up on the table & this along with the fact that the news said that they just caught high stakes poker players cheating were more exact details I'm now remembering being told would happen long ago during my forgotten past.

- 12/15/24 The following are more exact details that occurred today & then I remembered being told these details would happen 1-3 decades ago during a conversation I don't remember: My amazon.com order showed up 3 days early without me getting notified & I didn't realize it until over 8 hours of my package sitting outside in the rain & this happened as I had plans to reuse the cardboard for something that I then couldn't just as they told me would happen over 1-2 decades ago & I am now remembering that I ordered exactly what they told me I would as well. Instagram showed me a video of supposedly 'Jason Kelce' wrecking a golf cart. Instagram also showed me a video of a kid dunking on a basketball hoop that fell over on top of him & this is another exact injury that I then remembered happening to me during my childhood while I was severely injured.

- 12/16/24 On the morning news there was a segment about electric bicycles catching on fire & as I was watching it my mind-control violators told me "that is his way of firing them (the electric bicycle designers)" & this is another exact detail I then remembered being told would happen 2-3 decades ago during a conversation that I don't remember. - Today I remembered to document the following incident that happened while living at 304 South Scott Street in Alexis & this was another exact detail I'm then remembered (but didn't get it documented at the time because of my poor health & my mind was on getting all of this documented & attempting to recover/enjoy) being told would happen 1-3 decades before it happened: while watching News 8's Denise Hynitka & her blonde partner I was suddenly forced to ejaculate. Soon after she stopped being a news broadcaster & I saw a news article about her being an 'arsonist' for 'mindfire' communications. I'm also remembering to document that while living there my uncle Todd bought me a fridge or washer or dryer & helped me move it into my house. While he was helping me my mind-control violator forced me to hit my head on something that gave me a 3+ inch gash on my head & this happening is another exact detail I'm now being told would happen long ago during a conversation I don't remember.  - This afternoon while updating this document with more testimony evidence the following details occurred & they are all more exact details I'm remembering being told would happen long ago: I remembered to update my testimony about Morgan Ottier & Shelby Kluver (local news broadcasters) & noticed typing error along

with a mistake I made while typing the testimony the 1st time & more information to add to that testimony after emailing both of them yesterday or the day before to let them know that they both made my evidence. As I was typing all of the new testimony that I remembered needing to add within the past 24 hours my computer froze & I had to shut it down & restart it not knowing what information I had added or if it was saved (I delete my notes that I take on my phone as I add them to this document). I said something about my old friend Ryan Condreay as I was doing this & moments later my (forced) multiple personality disease symptoms turned me into his late brother Chad & this happening is another exact detail I was told would happen long ago. This all happened as I had the 'Drew Barrymore Show' on the television with Jimmy Fallon as her guest & when she showed her meal being cooked out of her air fryer that is designed extremely poorly I was forced to speak about how my design needs incorporated throughout all air-fryers & as I did this she started to pretend to throw a tantrum as if they were watching me in my privacy & all of this is another set of exact details I then remembered being told would happen long ago during a conversation I don't remember.

- 12/17/24 Today the following details occurred & all of them are more exact details I later remembered being told would happen long ago during a forgotten conversation: I woke up & paid my 'Ameren' bill online. My bill was $45.37 because of the credit I received but the website attempted to charge me $455.37 two separate times before I was able to pay the actual amount. Later in the afternoon I went to the library to use their wi-fi so I could purchase 'Microsoft Office' allowing me to have at-home-access to spell-checking while preparing this evidence. When I purchased this my bank had to call & text me for verification that this wasn't a fraudulent purchase & I remember being told this was some sort of joke with the people at the bank but it was nothing but harassment to me. While my computer was using the wi-fi attempting to download & install the updates it needed to allow me access to 'Microsoft Word' & keep itself up-to-date I hid my computer outside the library as I went to the store to do some grocery shopping. While at the store I tossed some items into my cart & missed the cart as a lady was staring at me from down the aisle & this happening is another exact detail that I was told would happen forever ago. As soon as I left that aisle mind-control technology was used to violate me & force me to speak "in a bad way for her (the lady who watched me miss the cart)" & this is another exact detail that I was told would happen forever ago. While I was out, I decided to drive to Galesburg to get my sisters a gift card for Christmas & I went to eat at the 'Iron Spike'. There I was sat next to 2 blonde ladies around my age & this is another exact detail I then remembered being told would happen forever ago. Once I was home I complained to myself & my spies/violators/interrogators about the beer at Iron Spike being terrible & the food extremely overpriced for food that I would've preferred 'Taco Bell' over & the next morning my violators said the following through my own voice as they told me "he said it was gross" (referring to someone else who they had try the same menu items I ordered (another detail they told me was going to happen long ago) & this was another exact detail I was told would happen long ago "on the house". – When I finally returned home & started adding this evidence to this document, I began attempting to document my word count for this document as I document

because a criminal violator continues to delete & tamper with this/my evidence but the program continues to change the word count every couple seconds not allowing me to do so. I then remembered being told forever ago that they were going to tamper with my word count so that I wouldn't be able to know when they erased information from this document. – I turned on the tv as I began documenting this evidence & the crypto.com golf challenge was on & several details throughout the match along with the name (crypto), location (Vegas) & 'night golf' were all more exact details I then remember being told would happen long ago during a forgotten conversation.

- 12/18/24 Today the following details occurred & they are more exact details I remember being told would happen long ago during a conversation that I don't remember: I looked up on my phone if I am able to take 'AZO Urinary Tract Defense' & 'AZO Urinary Pain Relief' medicine at the same time & then ran to the store to purchase some hoping to alleviate some of my symptoms. At the store I almost walked into the lady working as my head was turned. – The details of the college football bowl games & the interviews afterwards were more exact details I'm now remembering being told would happen long ago during a conversation that I don't remember (Gronk's interview about his coach should throw him some dough & the game before when the kid said he would get to go back to college years later & see themselves on the wall). – Later tonight as I was working on this document my violators said the following through my own voice & this is another exact detail I later remembered being told would happen forever ago during a forgotten conversation "he loves you now & is reading this (this document) word for word off of your computer", – I'm remembering to document the following that happened a few days ago & all of the details I'm documenting are more exact details I later remembered being told would happen long ago during a forgotten conversation: I texted my Uncle Todd & asked him if I could have a couple bales of straw for my dogs fenced in area because they have turned it to mud because winter has come. On the way there the radio played exact songs I then remembered being told would get played. My uncle gave me some bales of straw plus some ground beef. While at my uncle's our conversation went exactly as whoever told me this was going to happen said it would including how he told me he was going to have to butcher another one of his cows. I remember that when I was told this was going to happen forever ago that whoever told me this said other people were going to be spying on me & that they were going to cry when this was happening. When I returned home my mind-control violators spoke to me through my own voice & told me "he cried".

- 12/19/24 There was a news story that I saw today about a lady from France who was drugged & raped by & with her husband by over 50 men & this story/case is another exact detail I'm now remembering being told would happen long ago during a conversation I don't remember. The volleyball player named Lexi from Sterling, IL broke the digs record for Nebraska during the NCAA Tournament tonight & I then remembered that they told me this was going to happen over a decade ago & that I wouldn't get to go to court until she was on the news for doing so by someone I don't remember the identity of.

- 12/20/24 This morning I watched the news & the story they showed about a kid getting falsely charged with drug charges is another exact detail I then remembered getting told would happen over a decade ago during a conversation that I don't remember. All day today I was once again violated, controlled, insulted & interrogated with mind-control technology & the following are more exact details that I then remembered being told would happen long ago during a conversation that I don't remember: I turned on the Notre Dame vs. Indiana college football playoff game & the pre-game show when the kid could've made a field goal for a ton of money & him slipping/missing & getting a second chance that he wasn't supposed to get was another exact detail. I then had to finish cleaning my house & when I sat down to watch the game while working on this document, I had started to soak my feet but needed to pull an acrobatic move to be able to reach my charger for my laptop & remembered that this is also another detail they told me would happen forever ago.

- 12/21/24 Last night I sent the updated version of this evidence to all authorities, advocacy groups & news sources that I have been sending it to. I attempted to send it to the Sheriff of Warren County via email. This morning when I checked my email & it told me my message to him didn't contain the attachment that I attached & that it didn't send despite attaching it & sending it & this is another exact detail I then remembered being told that I'd be violated with long ago during a forgotten conversation.

- 12/22/24 Today the following details occurred & I later remembered being told that each of these exact details would happen long ago during a forgotten conversation: I woke up & while checking my Instagram account I sent a compliment using the direct messaging to one of the models that I occasionally view the profile of & my message was worded exactly how I later remember being told it would be long ago by someone. Later in the day I watched the NCAA Women's College Volleyball Championship & the Louisville player named Debeer being hurt was another exact detail I am now remembering being told would happen long ago. At night I soaked myself in the bathtub while getting out the last of an ingrown toenail splice that had been digging into my foot for over 3 decades. As a child with severe brain injury I remember attempting to cut my toenails as I was so hurt that my hands were shaking like I had Parkinson's. When I did that, I accidentally cut each side of each of my big toenails far to close to the middle & ripped the nails down to the base but decided to attempt to let them grow out instead of ripping my toenails out with pliers. My brain damage caused me to forget about these & they grew into the sides of my toes & my toes wrapped them in skin & they were there for the entire past 3 decades before I just now finally was able to remove them completely after soaking & cutting away at my ingrown for the past 4 years. When I finished doing this, I turned on my tv & saw the end of a concert that President Biden & Vice President Harris were at & me seeing them on tv after I finished what I had just finished doing was another exact detail I'm now remembering being told would happen long ago during a conversation that I don't remember.

- 12/23/24 The following details that occurred today were more exact details I later remembered being told would happen long ago during a conversation that I don't remember: I woke up to

realize I received another unacceptable & unlawful email from my local court so I called the court & was forced to talk with Disability Coordinator Schreck (who has been intentionally & unlawfully neglecting me for years now) about the court & law-enforcement's neglect about my court case. As I talked to her on the phone I couldn't not raise my voice & was basically yelling my points because of her unlawful & pathetic answers that I'm pressing charges about for being torture-techniques/harassment. She tried telling me that since I don't now all of my violators that I can't expect justice as victim to our nation's highest crimes who has been getting serially violated on a daily basis for over 30 years. I had to remind her that I don't work for the law-enforcement nor justice system & that I don't have the right to investigate criminals past which is something I shouldn't have to remind her. She told me that she would show my evidence to Judge Standard for the first time despite the fact that I've been turning in evidence in that could've proven my case for over 3 years now. She eventually hung up on me after saying "bye" & I remember being told by whoever told me this was going to happen that it could've been a good conversation where I didn't raise my voice & she would've said "goodbye" but my life is hell & I'm surrounded by violators & neglectors who have exploited me out of the last 30 years of my life, all of my health, all of my relationships, all of my rights, the medicines I need & over a billion dollars as I can't remember going 20 seconds without getting criminally violated by my technological mind-control violators that have been murder-attempting, raping, sabotaging & torturing me for longer than I can remember. Later in the day I watched some of the Northern Illinois football bowl game & the game included several replays from my childhood games (as every game that I've watched on tv has for years) & the game ended exactly how somebody said it would by both teams missing field goals & then going into overtime & Northern winning with the quarterback catching a touchdown. After that I wrote amazon.com about my new Bluetooth keyboard that I use with my smartphone malfunctioning & its exact malfunction is something I was told would happen long ago (it's right shift key only works once in a while). I then had to chat with amazon twice because the first associate told me that I could ignore any email I received about a return label but the email asked me to return the malfunctioning keyboard (that needs the label) so I had to chat with them again to clarify that I need to send this one back when I receive the new one. At the end of the night I remembered that me getting violated with mind-control & forced to steal the penis supplement from Wal-Mart was another exact detail I am now remembering being told would happen long before it did & remembering this tonight on this specific night as all of this was happening was another exact detail that I am now remembering being told would happen long ago during a conversation that I don't remember. – I started following the patient for Neuralink who is getting mind-control used on him named 'Noland' & am now remembering being told 2-3 decades ago that he was going to get in a diving accident that paralyzed him & that he was going to be 'Neuralink's' first patient & that he was going to change his name to 'Noland' because he didn't want me to get to live on my own land.

- 12/24/24 Tonight the following details occurred that were all more exact details that I later remembered being told would happen long ago during a conversation that I don't remember: I had $4 left in my bank account so I walked to the gas station & bought myself a pack of

'Twinkies' & a sucker. As I was walking out of the store I dropped the wrapped twinkies on the ground & then picked them up as I remembered being told that would happen which made my mind go blank with anger & then I instantly opened them, accidentally touched one of them with my finger that just came in contact with the germ-ridden ground/package (another exact detail that whoever told me would happen) & then ate them on the way home. When I returned home I received a spam email from a 'Morgan' asking me if I'm ready for a casual encounter. Next, I almost sent Aaron Gavin a message to his work's website to notify him of my disgust & disappointment with him & that I'm pressing charges & filing a lawsuit on them but instead I sent Patrick Gavin an email that included an updated version of this evidence & a notice that I'm pressing charges & filing a lawsuit against him, his brother & his father for their crimes & neglect involved with my court case & the exact details of the message as well as the fact that I almost sent Aaron a message to Galesburg's website were more exact details I then remembered being told would happen long ago.

- 12/25/24 Today was Wednesday & I wrongfully thought it was Thursday & took my trash out a day early & this is another exact detail I then remembered being told would happen long ago during a conversation that I don't remember. I also cooked a Johnsonville Polish Kielbasa for the recommended time that the package directed & it was undercooked by 30 degrees, caused my skin to breakout & my bowels to turn green. I then had to experiment with cooking it to figure out how long to cook it & sent a notice to their company of their mistake. Their email response was from a lady with the last name of 'Crozier' & I then remembered that this entire incident & getting responded to by a lady named 'Crozier' was another set of exact details I was told would happen forever ago during a conversation that I don't remember. – Later at night while I had one of the bowl games on the tv I noticed that the camera zoomed in on a guy that looked just like Patrick Gavin (the person I sent an email to yesterday) & he appeared to be crying. While watching I was forced to say "there's Patrick" & this entire set of details is another exact set of details I later remembered being told would happen long ago during a conversation that I don't remember.

- 12/26/24 The Blake Lively & Jay-z sex cases are more news headlines that I'm now remembering being told would happen over a decade ago by Morgan Ray. I watched the bowl games today as I could & noticed several more exact replays from my childhood being reenacted by the college football teams. Today I experienced a feeling that I have experienced many times throughout my life where it feels as if my body almost shuts completely down & dies from sepsis that is being stopped by my mind-control violator's remote-control technology. I have been threatened with this exact threat/feeling around a dozen separate times throughout my life & I believe that they have me poisoned dead & are controlling it with medical technology so they can threaten & kill me with it whenever they want.

- 12/27/24 Tonight after watching the college bowl games I watched a movie starring Reese Witherspoon about a traveling zoo titled 'Water for Elephants' & while watching the movie I thought of a new invention design for protecting bulldog paws (they have spots on their paws

that regularly get infected) & thinking of this invention design while watching this movie on this specific night is another set of exact details I'm now remembering being told would happen long ago. When I woke up this morning I exercised my sex organ briefly before I was suddenly forced to ejaculate while specific thoughts crossed my mind that I was told would be crossing my mind forever ago & this entire incident was another exact set of details I was told would happen long ago during a conversation that I don't remember. As I started my day I started a roast in my crock pot & didn't plug in the crock pot nor realize that I didn't have it plugged in for another couple hours & this was another exact detail I'm now remembering being told would happen forever ago during a conversation that I don't remember. I had just typed all the information into this document from the last few days & had to start up the computer, document & resave everything after realizing this & this was another fact I was told would be happening long ago. – The following details are more exact details that I later remembered being told would happen long ago: At 2:11 pm I received an email notifying me that the Warren County Circuit Clerk (unlawfully) dismissed my case that I've had electronically filed in their system for the past couple years without ever receiving a response. A couple days ago I called there to find out when my court date was & she told me that she was going to show it to Judge Standard for the first time. After reading this email I called the clerk's office & the first lady I spoke with said she didn't see anything about my case being dismissed (another exact detail) before transferring me to Clerk (& Disability Coordinator) Schreck. When I asked why my case was dismissed & reminded them that they don't have the right to dismiss my case as victim to our nation's highest crimes she responded that it was dismissed in the beginning of 2023. I reminded her that they just had accepted more filings into my case that she just told me days prior that she would show it to the judge & that I was never made aware that my case was dismissed. Her response was that I couldn't keep filing into the same case despite the fact that every update I've provided being more important evidence that the case needed updated with. She then said that she couldn't help me with the case & reminded me that I just requested protection orders against all of them at the court house & I had to remind her that she just criminally violated me & criminally harassed me by telling me that I couldn't get an investigation as victim to our nation's highest crimes because I don't know the identity nor level of guilt of all of my violators. She then said goodbye & hung up on me. I then called 911 to inform them that I'm still getting violated all day every day & that the court house just unlawfully dismissed my case as victim to the nation's highest crimes as they have been criminally violating & neglecting me for my entire life. The lady transferred me to a deputy for the sheriff's department & I ended up sending him an email with a brief explanation of my situation & this evidence document. While on the phone he said "I've never talked to you before" & this was another exact detail I then remembered being told would happen long ago during my forgotten past. Once I let some time pass I called the department back to get confirmation that he received my email & they transferred me to the Monmouth Police Department because they said he had just left & they would have to transfer my call to him. While on the phone with them their dispatcher's exact response "is the confirmation all you need?" was another exact detail I then remembered being told would happen long ago. They told

me to call him back tomorrow. I then received an email from the Executive Office of the Inspector General about filing this complaint with them & they said they are referring my complaint to the Attorney General's Office for the Executive Office of the Inspector General & this is another exact detail I then remembered being told would happen long ago. – I'm remembering to document two more details that occurred within the past few days as my technological violators were running my mouth just as they have been nonstop for the past 5 years & what they had me say were more exact details I later remembered being told would happen decades ago during a conversation that I don't remember (& almost everything my mouth has said as it has been running nonstop for the past 5 years are all exact details I was told would get said decades ago): A few days prior I was talking about my childhood football games & how I used to be able to make the other kids trip over their own feet while running towards them & then my violator said "he is swallowing that you did do that to him" through my own voice & this entire set of details are more exact details I was told would happen long ago by someone I don't remember. A thought crossed my mind about a female from my childhood & then my violators talked to me through my own voice & asked me if I would marry them.

- 12/28/24 Today my violator that controls & communicates with me using weaponized technology said the following to me & it was another exact detail that I'm now remembering being told would happen long ago during a conversation that I don't remember: "I would hire McGraw". – I'm remembering to document that within the past couple months the following incident occurred & it is another set of exact details I later remembered being told would happen long ago during a conversation that I don't remember: while getting controlled, interrogated & tortured by my mind-control technology using violator they communicated the following message to me "you are a bitch". A few days or a week or month or so later the same violator communicated the following message to me about their previous statement "I'm sorry you had to hear me say that".

- 12/29/24 Tonight I sent a message to the Neuralink patient named 'Noland Arbaugh' on x.com(twitter) informing him that I was told about his paralyzing injury & that he'd be the first brain implant patient long ago because I just remembered being told this would be in the future within the past week. – I'm remembering to document that someone from my past told me that my local legal, justice & law-enforcement system was going to be intentionally neglecting & violating me to eliminate my sex-life & success as a contributor.

- 12/30/24 The following was another set of exact details that I'm now remembering being told would happen long ago during a conversation that I don't remember: I had to work on adding-to &organizing my writ for the Federal Supreme Court today & was doing so while I had the Iowa vs. Missouri college football bowl game on & while doing so my mind-control violator said the following message to me "she crawled" (I believe they were referring to my friend's (Matthew Painter) daughter). – I remembered to document the following testimony that were all more exact details that I was told would happen long before it did during a conversation that I don't remember: 1) Within the last couple weeks I updated my profile on Instagram & twitter with the

updated version of this evidence & posted a joke about having to go public for myself with a picture of my bulldog. When I posted the post about the bulldog I had a typing mistake in the post & didn't realize it for several days & had to repost it & this is another exact detail I was told my violators would be forcing me through. 2) While living on Scott Street in Alexis I'm remembering a few more times that I was violated at the bar called 'The Cactus' in Galesburg. The first time I was there after work while I was helping a mowing crew & ended up going up to a strip club in the cities with some guys from the bar. They took me up there while I wasn't functioning cognitively & while I didn't realize that I was in work clothes smelling from sweating all day & me going up there filthy without realizing it is another exact detail I was told would happen long ago. The next time I was violated at The Cactus I gave a guy a ride home after he puked at the bar & mind-control was used to sabotage my personality & force me to offer him the ride awkwardly. When I went to his house I was forced to show him pictures on my smartphone of my family & I went inside his house briefly he showed me a stuffed animal on his wall that reminded me of the horns on Malificent in the movie 'Malificent'. When I noticed this similarity, I laughed & this happening was another exact detail I was told would happen long ago. Another time while at The Cactus mind-control technology was used to violate me & control me & my personality forcing me to act mentally ill & keep sitting by & looking out the window & this was another exact detail I later remembered being told would happen forever ago.

- 12/31/24 I watched the Illinois bowl game today & then remembered that the following details were more exact details someone told me would be happening 1-3 decades ago during a conversation that I don't remember: McCray (Illini's running back) scored the game winning touchdown & the South Carolina coach had to be restrained because of his anger.

- 1/1/25 Today the following details occurred & they were all exact details that I later remembered being told would happen 1-3 decades ago during a conversation that I don't remember: I realized somebody broke into my house & put a t-shirt that doesn't belong to me in my closet. I checked the news & was told that somebody drove a truck into a crowd of people in New Orleans & killed 15 people. I picked up my online grocery order from Hy-Vee & they only gave me 1 banana & 1 tomato despite me ordering 5 bananas & 3 or 4 tomatoes. I had 2 scabs on my forehead, one of them in the middle. I've still been getting violated all day every day (without rest) by my violators that violate, sabotage, torture, interrogate, expose, exploit & control me.

- 1/2/25 Today the following details occurred & they were all exact details that I later remembered being told would happen 1-3 decades ago during a conversation that I don't remember: Today I woke up early so I could drive to Rock Island IL & go to the ARC of the Quad Cities (Disability Advocates) & the Federal Circuit Clerk's Office. As I was eating breakfast I was looking at different clutch types to use on my electrical bicycle design that makes it so the pedaling of the bicycle charges the battery. While doing this I found out that I could incorporate an electromagnetic clutch (a new clutch that I just learned about), a hydraulic clutch or a mechanical clutch (for example a jaw-type clutch). I was aware that I could use a hydraulic

or mechanical clutch but believe I would want to use an electromagnetic & I remember whoever told me this said if I could find that clutch on the internet that it would prove something about my court case or something along those lines. I then turned into one of my multiple personality disorder alters of my mother & started to sing the song 'Easy on me' by Adele. After I did this my mind-control violator communicated the following message to me, "I quit" which was another detail I was told would happen long ago. I drove up to the Quad Cities & when I got up there I realized my back passenger tire was very low & then remembered being told long ago that somebody was going to tamper with my tire hoping it would burst. I went to the ARC & asked them to help me get my evidence to the US Attorney's office & help get me into a protection program because I have been getting violated nonstop for longer than what I can remember. I showed the lady who was talking to me for them who I had been emailing & she told me that I had been emailing the CEO. When she told me this, I remembered being told that it would matter in my court case if I was given the CEO's email or somebody else's. The lady there gave me a new email to send my correspondence to but said the lady wasn't working today. I then drove to the courthouse that google.com sent me to & the doors were locked. As I was attempting to go inside a couple guys walked by & were talking about how "it's something a woman would drink" & I remember being told this would happen as well. I then had to call the federal courthouse & get directions to a different building that I then went to. While at the Federal Circuit Clerk's Office I asked to speak to the clerk & had to wait. While waiting the guys were talking to a Tyson & about an Eric (the names of two people involved in my case) & the electronic key cards the guards were using wouldn't work & these were all more details I then remembered being told would happen long ago during this same conversation that I don't remember. On the drive home I was on the 2 lane highway that goes through Matherville heading towards Alexis from Rock Island & I suddenly inched towards the center line exactly at the same time as I passed a police SUV driving the opposite direction & suddenly remembered that this was another exact detail I was told would happen during that same forgotten conversation that I was told all of this would happen long ago. – I checked the news & saw the headline that someone who was a 'Rambo-type' that loves President Trump blew up a Tesla Cyber-truck in a populated public area & then remembered being told that this would happen long ago during a conversation that I don't remember.

- 1/3/25 Today the following details occurred & then I remembered that they were all more exact details that I then remembered being told would happen long ago during a conversation that I don't remember: I called the Knox County State's Attorney's Office because I sent an email to the Knox County Courthouse that didn't get an acceptable response. When I called, I asked for an email because of my cognitive & communication disabilities. They told me to email Ashley Worby at her email address so I did & she responded by telling me that she just left her duties in the middle of December for maternity leave (an exact detail that I then remembered Morgan Ray told me would happen long ago). I then had to respond to her asking her for the other people's email addresses & call the office back asking for the others' email addresses since she isn't working there at the moment. I then called the lady at the ARC of the Quad Cities who they told

me to email yesterday when I went up there to confirm that she received my email & she told me that they could not advocate for me & to try the ARC of Illinois. I then emailed the ARC of Illinois & they responded that they couldn't have anything to do with advocating for disabled people involving legal matters & they told me to try Equip for Equality (which I have already attempted at multiple times & did again today). After that I had to take my recycling to Monmouth & while there I took my sister & nephew some money for their birthdays. While in Monmouth I passed a McDonough County Police SUV on Broadway & then again as I was turning into my sisters & this was another detail I then remembered being told would happen during one of those forgotten conversations. Later at night I was cleaning the walls & ceilings of the house that I'm currently stuck in & I accidentally hit my elbow on the spinning fan. I then ate some cereal for a moment in between cleaning & remembered my idea from childhood to create a never-ending windmill that generates its own electricity by turning a turbine that spins the alternator for the charger that keeps the battery for the windmill spinning. This idea is something I could've designed myself in 2nd grade & once it's plugged in & starts spinning it can then be unplugged & stay spinning until the motor or other pieces need replaced. I remember whoever told me this was going to happen said if I couldn't sit down & tell them about another massive improvement after hitting my elbow on the fan that they would hate me more than what I could understand. This happened after I was redesigning the perpetual windmill that I saw last night on Pinterest where the spinning wheel spins by using a magnet & a metal ball on the inside of a spinning wheel that I don't believe would work & believe was a computer-generated video. I thought about it today & thought of a couple ways we could use magnets to create a windmill like this & it would involve using the opposing forces of magnets instead of the attraction for one of the designs & the other design I imagined using attracting forces would need to incorporate non-metal teeth, a metal gear or gears & a non-metal spinning wheel. – Last week I signed up for Matthew McConaughey's email newsletter that he recently began sending out for free & tonight I listened to it. During his talk he seemed to describe a scene about me that somebody must've told him about or that he witnessed by viewing the surveillance of me. I then remembered being told that I was going to listen to this & think he was talking about me 1-3 decades ago during a conversation that I don't remember. – While typing this testimony tonight my violators communicated the following message to me using mind-control technology & this was another exact detail that I then remembered being told would happen long ago during a conversation that I don't remember: "1st place". – I'm remembering to document that within the last 72 hours or so my violator that uses mind-control technology to violate me communicated the following message to me & it is another exact detail I later remembered being told would happen long ago during a conversation that I don't remember: "I needed that a lot more than I thought" (& I believe I was told this message would be making reference to the violator that communicated 'you are a bitch' & 'I'm sorry you had to hear me say that' but I don't remember for certain.

- 1/4/25 Today the following details occurred & they were all more exact details that I'm now remembering being told would happen long ago during a conversation that I don't remember: While documenting more information into this evidence my violators that communicate with me

using mind-control technology communicated the following message & it was another exact detail I'm now remembering being told would happen long ago during a forgotten past: "I'm now 100% positive that was my idea (making reference to my invention plan that I documented yesterday involving the forever spinning windmill). Whoever told me this was going to happen told me somebody from my life was going to take the opportunity to attempt to get away with exploiting me as I've been getting sabotaged, held hostage & tortured for my entire life in hopes to profit & gain fame/credit for my contributions. My nose is still scabbing & healing over 14 years after mind-control was used on me to force me to injure my nose while sniffing pain medicine. During the incident I had pain medicine crushed into a powder & was using a straw to sniff it because it provides me a more efficient & effective medicinal benefit. My mind-control violators then used mind-control to jam my head down on the table with the straw in my nose so that the straw injured my nose. Someone then told me that they didn't know if they'd ever let me heal from this injury & that it would still be healing as I was finishing preparing this document (& I'm just now remembering this happened). While watching WQAD News 8 at 10pm I was shown a news story about them hosting a BMX bike riding event 'on concrete' & this is another exact detail I was told would happen long ago. After watching the news, I turned the tv to a movie channel & scrolled through Instagram & a couple of guys profiles that I went to high-school with when I then remembered being told that I'd be doing this with the exact movie that I had on (300) long ago during a conversation that I don't remember. I was violated, sabotaged & tortured with mind-control technology all day again today.

- 1/5/25 Tonight the following details occurred & I then remembered being told they would happen 1-3 decades ago during a conversation that I don't remember: I watched the Division III championship football game that North Central (Naperville, IL) won & on one of their possessions they scored in less than 60 seconds which is something somebody told me needed to happen for my court case or something. Demi Moore winning a Golden Globe & the exact speech she gave was also something I was told would happen back then during my forgotten past. – While recently watching 'High Stakes Poker' or 'No Gamble No Future' Phil Hellmuth quit during the middle of the game & threw his microphone across the poker table when 'Humbolt Mike' taunted him after winning a hand by getting extremely lucky & I then remembered being told that this would happen long ago during a conversation that I don't remember. – I regularly play solitaire (Vegas rules) while being held hostage by myself & am remembering to document the following about my experiences playing solitaire over the past few years that were all more exact details that I was told would happen 1-3 decades ago during a conversation that I don't remember: While living on Scott Street I was playing solitaire when I remembered my redesign that I thought of as a kid for the 'Shark' vacuums & won that game of solitaire as I was remembering the design. I later remembered being told long ago that if I couldn't win a game of solitaire while remembering the design that it would prove something about my court case. Also on Scott Street, I was explaining to my spies/violators/interrogators how I cartomance while playing cards & was showing them how playing cards works/goes with me. At the time I was using the 'Presidents' deck of cards & was showing them how I can win

when I cartomance certain ways or shift my focus towards specific types of efforts. I switch decks of cards every time I win a game in solitaire (I have 8 or 9 decks) & told them that if I started attempting to memorize the presidents as I played that game of solitaire that I would win. I sat down, dealt the cards & started to attempt to learn/memorize the presidents as I played & won the game just as I told them I would & that was another exact detail I later remembered being told would happen 1-3 decades ago during a conversation that I don't remember. On 1/4/25 I won with my 'Alice in Wonderland' deck & somebody told me I couldn't win with that deck again or I was going to win every game afterwards until something happened with my court case. I won my first game with my Presidents deck on 1/5 & then my first game with my 'Archangels' deck on 1/6 just as they said would happen forever ago.

- 1/6/25 Tonight I was shown a highlight from the Bears vs. Packers football game on Sunday that was another exact reenactment of one of my plays from one of my childhood football games. The play showed one of the times I tackled Drew Robertson as he was the quarterback & had been tormenting me with his facial expressions & hypocrisy. This happened after he had always tried to hit me his hardest as I was playing severely injured, after he had stood around & watched as I was held down & had my head stomped & after he used to always be intentionally gross around me when the parents weren't looking. My hit was a legal & fair hit & afterwards was when he used the metal teeter totter as a weapon to injure me. – Tonight I watched the FCS DI Championship game & while watching the game my personality was sabotaged by my violator that uses mind-control to sabotage, control & torture me. They forced me to yell & scream things I would never be willing to say & this was another exact detail I'm now remembering being told would happen long ago during a conversation that I don't remember.

- 1/7/25 Today the following occurred & they were all exact details I later remembered being told would happen long ago during a conversation that I don't remember: I went to Galesburg to return my Bluetooth keyboard that stopped working properly to amazon.com at the UPS store. On the way there I went to the DMV to update my state ID to my new address. While at the intersection of Henderson & Losey (the road the DMV is on) I saw a man that looked like someone I sent this evidence to driving a truck & checking his phone. When I was walking into the DMV there was a very strong odor of marijuana. In the DMV the lady who waited on me made it clear that she didn't make me wait in line. At the UPS store a lady from the boutique store across the hallway walked in with her dog & the lady in front of me said "sorry". As I was being helped at the UPS store the lady said "were you able to send the email?" Every detail listed is an exact detail I then remembered being told would happen during my forgotten past which further proves intentional neglect, harassment & organized crime. My violators have still been using mind-control technology to violate & sabotage me all day every day & another recent example of something they told me would be happening long ago was when they communicated the following messages to me within the last couple days: "her loss, on camera" & "their loss, they should've kept their mouths shut". – Tonight was my nephew's first wrestling match of the year because his cast just was taken off of his wrist. I didn't go to the match because of getting

violated, harassed & neglected nonstop & because my family has isolated me & every time I'm around my nieces or nephews I see them get violated & because everyone is still acting like nothing has happened as I've been violated with our nation's most severe crimes for 32+ years straight. I checked my sisters Instagram to see that Clayton got a black eye during his wrestling match & then remembered being told long ago during a conversation with Morgan Ray while I wasn't functioning nor processing nor remembering that they were going to let him win the wrestling match & give him a black eye.

- 1/8/25 Today the following occurred & they were all exact details I later remembered being told would happen long ago during a conversation that I don't remember: I went to Dollar General today to buy a folder to take up to Rock Island to file this civil case & while at the store an old lady was crying to the 2 employees & I heard them respond to her "we are trying to keep you alive". When I was checking out they told the lady that somebody else paid for the majority of her groceries. I then went home & waited for the library to open so I could print my complaint & cover sheet for the district court. While waiting UPS delivered some of my amazon.com order & the lady driving pulled up with a specific song they told me about long ago turned up loud. I then went to the library & attempted to print my complaint & the printer was out of ink so I drove to Monmouth to print it at the courthouse. While at the courthouse the circuit clerk & disability coordinator that I just requested a protection order against, Mrs. Schreck came up to me & told me I couldn't print there without paying anymore. I then went to the computer lab & she followed me in there & accused me of attempting to print in there & I said the following to her before I left which is another exact detail I was told would be happening long ago "if anybody here would do their job, I wouldn't have to be printing anything". While leaving the courthouse's computer lab I realized I forgot my usb-stick in the computer & had to go back to retrieve it & this was another exact detail I was told would happen long ago by Morgan Ray. I then went to the bank to get cash so that I could print at the library & while about to pull out of the bank drive through a truck drove through the lane next to me without stopping & pulled in front of me (another exact detail). I then went to the library & printed my complaint & a specific kid's job resume was saved on the computer I was allowed to use just as I was told it would be long ago. I then left towards home & stopped at the gas station & bought a piece of pizza for supper with the last of my $4 & a guy pulled up next to me in at the gas pump, looked at me & then left without putting any gas in his vehicle (another exact detail). Sometime during all of this my violator that violates me with mind-control technology communicated the following message to me & it was another exact detail from long ago "you are trash to me, kid". When I finally returned home, I realized I left the stove's burner on low for the last 5 hours & this was another exact detail. I remember whoever told me all of this was going to happen said "I bet you can't do it without leaving the burner on the stove" or something very similar to that.

- 1/9/25 I drove up to Rock Island today to file my case at the Federal District Circuit Clerk's Office & the following details all occurred & I then remembered being told that each exact detail would happen long ago during a forgotten conversation: On the way to the office I stopped at

Hy-Vee because I needed to use the restroom. When I went into the bathroom there was a guy in there talking about his upcoming back surgery & how he can't sit for long. I then went to the clerk's office & it was closed for the funeral of late President Carter. On the way home I threw the last couple donut holes that I bought out the window for the wildlife & when I got back home there was a half-eaten cinnamon roll by my back door. While driving home I remembered to document that one of the times that I drove up to the cities within the past 5 years that I almost wrecked my old Ford Ranger as I was driving by the Army National Guard & that happening was another exact detail that I later remembered being told would happen long before it did during a conversation that I don't remember. – I received an email from the Moline disability advocates called 'Equip for Equality' telling me that they cannot help me get my human nor victim rights nor help me get to a fair day in court as I'm getting criminally violated serially.

- 1/10/25 Today the following details occurred & they were all more exact details that I then remembered being told would happen long ago during a conversation that I don't remember: I drove up to Rock Island again today to file this as a civil case with Federal Court & on the way up there my violators used mind-control on me to communicate the following message just as someone (I believe Alex Fox) said they would over a decade ago: "are you sure that is your answer?" & as that happened, I realized I missed another spam call just as they said I would back then as well. Before I went in the Clerk's office I had to use the restroom so I went to the closest gas station & the conversation between the man who was in line in front of me & the employee along with the exact items he was purchasing were all more exact details. When I went into the clerk's I had to wait for the Clerk to come downstairs & there was a man waiting to see his probation officer who had an ankle bracelet on & asked them to hurry up because he was 'on the clock'. Once he left another guy came into the building for his probation officer & had to tell them about how he was arrested after getting released from prison & that he had to file a 'habeous corpus'. The man who eventually came down & accepted my case that I filed told me that he loved how organized I was & all of these details that I just listed are all more exact details I then remembered being told would happen long ago during a conversation that I don't remember. – I'm remembering to document that 2 or 3 nights ago I had the tv on & ended up watching the second half of the movie 'American Renegades'. While watching it I remembered being told long ago that I'd be watching it on this specific night & that the amount of money they received at the end of the movie was how much money a certain unknown group of people had made from stealing from me. After watching the movie & remembering this was said to me my violators used technology to communicate "that is how much money they've made stealing from you". – Elon Musk posted a video of a guy explaining how the wildfires could've been prevented & it reminded me that I was told 1-3 decades ago that this specific video would be posted by him & that the wildfires in Los Angeles would be happening.

- 1/13/25 Today I called the Warren County Sheriff's Department & asked for a way to contact their internal affairs division because of their constant neglect. The lady gave me the number to

the Springfield IL Police Department's internal affairs & the email to the sheriff's department's email. I sent them an email & called the internal affairs in Springfield & sent them an email.

- 1/14/25 I called the Warren County Sheriff's Department for confirmation that they received my email that I sent to them last night & asked when warrants will be filed for the arrests of all of my violators & neglectors & the man on the phone said "I don't have those answers & nobody is here that can do that". Those exact responses are more exact responses I'm now remembering being told would happen over a decade ago during a conversation that I don't remember.

- 1/16/25 Today I checked the news on my phone & was shown two more news stories that I then remembered being told would happen long ago during a conversation that I don't remember (I believe this conversation was with Morgan Ray): a lady was scammed out of over $800,000 by someone pretending to be Brad Pitt with artificial intelligence. A 4-year-old girl from Rock Island went missing. – Tonight I watched the news & they told me the girl from Rock Island was found after issuing an Amber Alert. This detail was another exact detail that I'm now remembering being told would happen long ago during that same conversation with Morgan.

- 1/18/25 Tonight my violators that use mind-control technology to violate me communicated the following message to me & it was another exact detail I'm now remembering being told would happen long ago during a conversation that I don't remember: "he wants you dead". "someone who has tried to hurt you". "so he doesn't have to be remembered in the worst ways & so you don't get remembered in the best ways". – Within the last week I emailed Russia to see if they would fly me there to seek asylum & I turned my evidence into the *Human Trafficking Hotline*'s website & sending both emails were more exact details I'm now remembering being told would happen long ago during a conversation that I don't remember. – I'm still getting violated, controlled & tortured by violators using mind-control all day every day in efforts to damage me, sabotage me, torment me, torture me, exploit me, extort me, traffic me, racketeer me & attempt to brainwash me & most of the communication I deal with all day is more exact details that I was told would happen long ago during conversations that I don't remember but I do not get anywhere near everything documented. – I emailed an old friend of mine giving him access to this evidence because his family is a part of this testimony & while I was telling him what they did with me at his grandma's house crossed my line my violators that use mind-control technology to violate me communicated "we know it did" to my brain.

- 1/19/25 Tonight my mother visited me & all of the details that occurred while she was here were more exact details that I then remembered being told would happen long ago during a forgotten conversation: she informed me my sister was no longer working for the school district & that my other sister is sick. Our entire conversation was exactly as whoever told me all of this said it was going to be including how she said "she could be a Western bulldog", "I see why you use chopsticks", "why is there straw everywhere" & more. When my mom & I were eating the meal that I made she didn't want to listen to me about keeping the dog down while we were eating until I told her that my dog sneezes constantly as he breathes & that it would get all over

her food without her noticing it. Once I told her this she didn't eat the last 3 bites of her steak because he just made his way into the region that he probably sneezed on her food. As soon as she got up from the table my mind-control violator forced me to eat those three bites of steak & that was another exact detail that I'm now remembering being told would happen long ago. Whoever told me this was going to happen said that somebody would be using mind-control on my mom to interrogate me with those exact details while hoping that I 'snapped' on her for asking me about why I put straw in the dog pen.

- 1/20/25 I checked the news today & saw that a man from Lombard, IL shot & killed his wife while she was in bed & then remembered being told this would happen over a decade ago by Morgan Ray. – I watched the college football championship game between Ohio State & Notre Dame & the game was full of more childhood replays of a game that I played at Warren High School with other kids as I was recovering from severe brain injuries & still having to take it easy on them & let them break my tackles & tackle me to not demoralize nor embarrass them. I was unaware that we were under unlawful video surveillance but knew that my violators had been using mind-control surveillance on me since I was a tiny child & that they had my thoughts & motives under surveillance as they had been violating/controlling/sabotaging me nonstop for my entire life up until then & still through today. – I'm remembering to document the following details that occurred within the last year that were all more exact details that I later remembered being told would happen 1-3 decades ago during a conversation that I don't remember: I attempted to send a message to Neuralink's brain-implant patient Noland to notify him that I was told he was going to be a Neuralink patient decades before he was & to inform him about my own situation & my direct-private message was deleted off of X/twitter & I am unaware if it sent. The rest of these details involved Instagram model Kayla Simmons: I was shown her account by Instagram & when I viewed her account her profile said she worked for Revolve Modeling Agency & Behave Agency which are 2 companies I suggested get started as a 7-year-old kid during my 2nd grade class. After I started a twitter/x account she posted a picture of herself with the Musk biography almost immediately. Soon after I was talking to myself & my spies/violators/interrogators about how my disabilities are being portrayed accurately by Walt Disney's Captain Jack Sparrow & how I suggested those movies (Pirates of the Caribbean) get created & she almost immediately posted a picture of herself in Disney shirt. I then checked her onlyfans account & she had a picture showing somebody named 'Jay B' giving her a positive review. Jay Boone was Selina's boyfriend before I gave her a chance to be with me so I took this as intentional disrespect. There is more testimony involving this same model earlier in this testimony & when you combine it all I am without doubt being singled out by this young lady that I have never met in my life but I'm undecided if she is intentionally being negative to me or not. Several more of her pictures are exact pictures I was told she would post long ago during a conversation that I don't remember.

- 1/21/25 Today the following details occurred & they were all more exact details I later remembered being told would happen today over a decade ago during a conversation that I don't

remember: My washing machine broke again & I had to schedule another warranty meeting for Lowes to fix the machine. My space heater that I just bought & began using in December lost a lot of it's heating power & I had to file a warranty claim for it & the lady who responded to my email asked me if she could give me $20 instead of replacing it. I had to chat with amazon.com because they unexpectedly declined my payment for the order I placed a couple days ago with a Visa Gift Card that I was given as a Christmas gift by my mother. – I remembered that Carrie Underwood being forced to sing a cappella at the Presidential inauguration because the music stopped working was another exact detail that I was told would happen long ago during a conversation that I don't remember.

- 1/22/25 Today my water shut off & a boil order was issued & I then remembered that this is another exact detail I believe I was told would happen over a decade ago during a conversation that I don't remember. This morning, just after midnight I sent some text messages to my mother & scheduled them to be delivered to her at a more reasonable time in the morning. When the messages were delivered to her they were delivered to her in reverse order & this was another exact detail I later remembered being told would happen long ago during a conversation that I don't remember.

- 1/23/25 I was violated with mind-control technology all day as I always am but this example from tonight is another example that was worthwhile for me to document: I was violated with mind-control technology & forced to say "I'm worried about my payment getting declined again (by Amazon & Bowflex)" despite not being worried about them declining my Visa Gift Card. Immediately after I was forced to say this Amazon.com emailed me for the second time saying they once again declined my payment so I had to chat with them for the second time about them declining my Visa Gift Card & they once again told me they were going to accept the payment for my order & at the end of the conversation the associate said "don't worry, you will receive your items".

- 1/24/25 I called OSF to see if I could go to the podiatrist because my infected ingrown toenails continue to cause pain & my skin to breakout but OSF told me that I need a Primary Care Provider & that they could not establish me with one (I'm guessing because I'm suing OSF for their constant criminal neglect towards me). – I watched the college football bowl game between Nebraska & Boston College & more of my childhood replays were being reenacted by the players. One play specifically was when a Nebraska player named 'Banks' caught a pass that had to be reviewed & it was an exact catch of mind from childhood. When I was forced to be with Morgan Ray she had a boyfriend named 'Banks' & this seeing this replay tonight was another exact detail I'm now remembering being told would happen long ago during a forgotten conversation. – After watching the bowl game I turned my tv to HGTV briefly & watched an episode of 'House Hunters' when 2 sisters from Maryland bought a "princess castle" & me watching this show tonight with these exact details was another exact detail that I'm now remembering being told would happen long ago during a conversation that I don't remember.

- 1/26/25 Today I remembered to document the testimony involving being forced by my mind-control violators to have anal sex with Morgan Ray. After preparing this portion of my testimony I checked on a model from the internet that seems to be attempting to communicate at me or harass me (Kayla Simmons) & she just posted a picture of her rear & this happening is another exact detail I later remembered being told would happen long ago during a conversation that I don't remember. Her pictures are often timed up with a conversation or something from my privacy. – I'm remembering to document that I was forced to understand the following messages that were sent directly to my brain with mind-control technology by my violators & all of these messages were more exact details that I'm now remembering being told would happen long ago during a conversation that I don't remember: "I'm going to farm & I'm going to shave my head", "then go die somewhere", "As far as I can tell you deserve a life sentence" & "I didn't drink from the crick either". I don't know what the first two were in reference to but the third & fourth were making reference to when I told Corey Champion that as far as I can tell he deserves a life sentence & when we were kids he attempted to trick me into drinking out of the crick at his house (but I did not & pretended to & thought that might have been why my skin has been getting poisoned for the past 29 years).

- 1/27/25 Today I called the Warren County Health Department & asked for a doctor because OSF is denying me medical. The health department said they don't have a healthcare provider & referred me to 'Eagle View' in Monmouth. Eagle view told me they don't have anyone there who has the credentials for Medicaid nor Medicare & that I'd have to sign a "promise to pay" form in case my insurance doesn't cover it (that I cannot afford to sign) & this is another exact detail that I then remembered being told would happen over a decade ago by someone during a conversation that I don't remember. – I'm remembering to document that within the last year mind-control technology was used to violate me & force me to understand the following message: "I now know that your legs were still trying to run" (making reference to one of the kids who wrongfully thought that I intentionally humped them when I played football with severe brain injury & couldn't stop my body from attempting to move after a couple of the tackles when my body humped the kids as I was briefly unconscious & me being violated with this message is another exact detail I'm now remembering being told would happen long ago during a conversation that I don't remember.

- 1/28/25 Today my violators communicated the following message to me using mind-control technology & it is another exact detail that I'm now remembering being told would happen long ago during a conversation that I don't remember as whoever was telling me about this was attempting to involve me with knowledge about people who I have nothing to do with using information that I don't know to be true: "they are fucking now". Whoever told me this told me that I wouldn't be allowed to turn in my complaint as a victim until 2 people (I'm uncertain who they were talking about & if they told me, I don't remember) were "fucking". I believe it was Morgan Ray who said this to me but I don't remember for certain. – Tonight, I attempted to turn in my complaint through the domestic violence hotline's chat. They referred me to

VictimConnect.org's chat. VictimConnect reffered me to lawhelp.org & I had to send them a message. Me attempting to turn in my complaint through all of these websites tonight was another exact set of details I'm now remembering being told would happen long ago during a conversation that I don't remember. – Tonight I watched my recording of the LSU vs. Baylor college bowl game & the game was filled with more replays of my childhood backyard football games.

- 1/29/25 Today I drove to Galesburg to go to the OSF Urgent Care Doctor because of my ingrown toenail infections causing my skin to break out on a daily basis & because it causes me to have to urinate nonstop. The following details are all exact details I later remembered being told would happen over a decade ago during a conversation that I don't remember: After signing in & being told that I would have to wait a couple hours in line I drove to the car wash but didn't have enough money to rinse my filthy truck. I drove to the Thorton's gas station & bought a donut on my way back to the doctor's office & while in line I dropped my phone & caught it with my leg as I was having to pay partially with change & partially on my debit card because I couldn't afford to pay with one or the other. I then went to the urgent care doctor & all of my conversations between the doctor & receptionists were exactly as I was told they would be over a decade ago (including the doctor telling me to talk to my podiatrist about getting the cyst on my back removed). After leaving the doctor I drove to the State's Attorney's Office at the courthouse to see if they have begun the 'due process' for me as a serial victim & the State's Attorney told me I had to turn it into the Sheriff's Department. I informed him that I have turned it into them & emailed it to all of the Knox County State's Attorney's & our conversation went exactly as I was told it would over a decade ago during a conversation that I don't remember. I then went to the Knox County Sheriff's Department after submitting my evidence to them online to verify that they received my evidence & message. There two of their law-enforcement representatives took me into a room & questioned me about attempting to turn in my evidence. During our conversation I informed them that I drove there & they arrested me for driving on a suspended license despite me telling them that Knox County took my license unlawfully a couple years ago & have not given it back to me & despite me informing them that my evidence proves this fact without doubt. Them arresting me & my exact conversation with the representatives were more exact details that I was told would happen over a decade ago during a conversation that I don't remember. While in the jail I was handcuffed on the bench next to a guy who was talking to someone on the phone & his exact conversation referring to whoever he was talking to as 'rockstar' & telling them he was taken advantage of & getting transferred to Warren County were more exact details that I was told would happen long ago during a conversation that I don't remember. The lady working in the jail named Gomez who fingerprinted me was another specific detail I later remembered being told would happen today. I then had to call my mom to pick me up & she was at home from work because of getting a root canal done & this was another exact detail I was told would be fact for today long ago during a conversation that I don't remember as well. I waited for her to pick me up at the new Knox County Library & while waiting I walked around the new library to observe the new building & set-up. While walking around I was forced

to look directly at a book or movie titled 'Go to Hell' & this was another exact detail I remember Morgan Ray telling me would happen over a decade ago. The medicine I was prescribed was in my truck & me being forced to go without the medicine tonight was another exact detail. I lost my rubber band off of my phone case that holds my stylus while in Galesburg & while at Walgreens the loudspeaker called a 'Shepard' to the pharmacy over the loudspeaker & these were more exact details that I was told would happen by Morgan long ago. Now I have to get my truck picked up for hundreds of dollars & go to court again because the legal system hasn't processed extremely blatant evidence as I am still being neglected in what should be one of the most important criminal court cases for the Federal Supreme Court in history.

- 1/30/25 I watched the news & was informed that an Army helicopter crashed into a plane & killed over 60 people & then remembered being told this would happen over a decade ago during a conversation that I don't remember. My sisters husband had to pick me up & take me to the jail to retrieve paperwork allowing my truck to be able to be retrieved from the towing place that they had toe it. During the trip to & from Galesburg my conversation with him was full of more exact details I then remembered being told would happen over a decade ago during a conversation that I don't remember. When I returned home I realized that an animal somehow made its way into the house above the ceiling in my bathroom & then I remembered being told that this would happen today as well.

- 1/31/25 Today the Detective that I was told to turn this evidence into from the Knox County Sheriff's Department (Brandie Catton) responded to me by telling me that I was given the wrong contact information & asked me to forward the evidence to Detective Shawn Keith so I did. Tonight I read about a fatal vehicle crash on i74 that killed 2 & after reading the news article I remembered being told by Morgan Ray during a conversation that I don't remember as I wasn't processing nor remembering anything that this crash was going to happen & that people I know were going to die. The article informed me that the Youngquist's parents died in the crash & the Youngquists were some of our closest family friends.

- 2/1/25 Today I had to ride to Galesburg to pick up my online grocery order with my sister's husband, Eric Grant because of my vehicle getting unlawfully seized yesterday.  On the way there Eric drove in the middle of the road while going up hills that we couldn't see over & I then remembered that this was another exact detail that I was told would happen long ago during a forgotten conversation. I don't know if he was getting mind-control used on him or if he was faulting or if he was doing it on purpose. All of the details from this trip to Galesburg including his errands & our conversation were more exact details. - I was violated with mind-control technology & forced to listen to my violators talk to me through my own voice all day again today & tonight they sent the following message directly to my brain & it is another exact detail that I then remembered being told would happen 1-3 decades ago during a conversation that I don't remember: "Dude, we will just let law-enforcement do their jobs then".

- 2/3/25 The following details are more exact details that I'm now remembering being told would occur over a decade ago by Morgan Ray: Tonight, my online order from Walmart.com was delivered & I ended up being given an extra bag of Roma tomatoes, Flaming hot Doritos & 3 boxes of corn muffins that I didn't order. After unpacking my order, I had the tv on HGTV Celebrity IOU & while watching it I made a comment about donating the hardware from houses that are being remodeled & making this comment was another exact detail I then remembered being told that I'd make while watching this specific episode long ago during a conversation that I don't remember. – I'm remembering to document that within the last few months my violator that communicates to me using mind-control technology communicated the following message & it was another exact detail I'm now remembering being told would happen long ago during a conversation that I don't remember: "they don't get anything to do with it even if you kill yourself".

- 2/4/25 Today the following details occurred & they were all more exact details that I later remembered being told would happen long ago during a conversation that I don't remember: This morning I remembered my further detailed re-design of the toaster (kitchen-toaster) that I thought of during my childhood that includes being able to unhinge the inside of the toaster that will be designed to be removed so that each section of the inside of the toaster unfolds down the middle & can be easily cleaned. While remembering this simple addition to my original concept for my design I said that this is a simple design implication that I would've easily thought of in less than 5 minutes of completing this concept that I thought of as a 4 or 5 year old & that I would've thought of it when I went to actually design it or expected my employees (drafter/engineer) to be able to complete this simple application to my concept & my violator that violates me with technology communicated the following message to me "that is what you told them in you 2nd grade class". Later in the day Walgreens called me because they needed to update my card information so that they could deliver the prescription antibiotic they prescribed me for my infection when I went to 'Urgent Care' last week. While checking the news I noticed that a Church leader from Galesburg was sentenced in a sex case by Judge Andrew Doyle & the documented response from Judge Doyle to the victim " I hope this provides you closure" is another exact detail I was told would happen in this specific case that was unknown to me long ago during a conversation that I don't remember. Also, while checking the news I saw that Michael Jordan's son was arrested & then remembered the details of his arrest were something that I was told would happen long ago as well. When the news told me what he said when he was arrested my memory attempted to remind me of a scene from my childhood that I don't remember when my violator was sabotaging me & forced me to say the following (or something similar): "I could get anybody out of a DUI if I was a lawyer. If I was Michael Jordan's son I would just say "I'm Michael Jordan's son, you can't give me a DUI". Tonight I went to Dollar General specifically to get cash back for the ride I have to take to Monmouth using Public Transportation next week & after purchasing my goods I wasn't offered the option to get cash back despite being offered cash back every time I've went there on a monthly basis for the past 5 years & not being offered it tonight was another exact detail. When I returned home from Dollar

General I received an email notifying me that I can ride Warren County's Public Transportation for free as a person living on a section 8 voucher & remembered being told that I'd receive this email back then too. I then took my laundry dryer apart so that I could spray the pulley with WD-40 because it has been squealing. While I had it apart the door fell from how I had it propped up & one of the wires came unplugged (another exact detail). When I put it back together, I accidentally left the 2 wires sticking out of the frame & had to take it apart & put it back together again to get the wires back in place (another exact detail). Whoever told me this was going to part of my day long ago told me a story about how they had someone do this for them & how they had sex with whoever did this for them & I was once again dealing with harassment/violating-intrusive-thoughts about being told this long ago. While out for Dollar General I had to go to the post office to retrieve my mail & received a letter from the federal court disability coordinator requesting proof of my disability so I had to send her my response via email because I am being denied health care & this was another exact detail. I had to stop watching the Bulls at halftime to go get all of this done & their rookie named Buzelis went 10-10 & I later remembered being told this would be another exact detail for tonight back then as well.

- 2/5/25 Today the following details occurred & they were all more exact details that I was told would happen 1-3 decades ago during a conversation that I don't remember: I checked Instagram & one of the models I check out posted a video of her in the ocean with sting rays & the kid in her video put the sting ray tail in his mouth. I was also shown a video of two young children playing catch with a football telling the audience that they were going to be D-1 football players. I then thought of a redesign idea for dog kennels implementing slot engineering so that the panels can be pulled out individually so that the owner doesn't have to climb in the kennel to clean the inside of it. While watching the news it told me that the USA is going to take over Gaza & own it. Whoever told me that Gaza was going to be taken over by America when Trump was president told me that if I had my court case in the federal court system when this happened that I would get invited to the White House. Also while watching the news they showed more information about NFL quarterback Joe Burrow's house being broken into & I then remembered being told long ago that his house was going to get broke into while that specific model was at his house. My mind-control violator/s forcibly communicated with me all day again today & all of the communication from today was probably more exact details but the following details from tonight were exact details I remember being told would happen 1-3 decades ago: "you just became my favorite person". "& he snapped". I don't remember what either comment was making reference to but they are driving me insane all day every day with sabotage & unwanted communication as I am clueless to what they are communicating about but then they blank my mind again. – Tonight I watched the Illinois vs. Rutgers men's college basketball game & while watching it I remembered being told that #7, Riley, who plays for Illinois was going to have broken out skin long ago during a conversation that I don't remember. My younger cousin is dating one of the centers for the Rutgers & it seemed like he was reenacting exact replays from my childhood while playing basketball with severe disabilities. He seemed to be me some of the time & another kid from my class some of the time. His profile on ESPN.com was more exact

information that I then remembered being told would be the information on his profile long ago as well. – After receiving a piece of mail from the Federal Court asking me to verify my disabilities last night I emailed the disability coordinator & then called her today to verify that she received my email. Marleen Cooke was her name & she told me that she received my email & that it is with the judge.

- 2/6/25 The following details are more exact details that I then remembered being told would happen on this specific day long ago during a conversation that I don't remember: After midnight this morning I attempted to use the app 'Pawp' to get my bulldog a medicine prescribed for her since I cannot afford the vet & because my vehicle was just unlawfully seized. I was supposed to get free vet services for signing up for Walmart+ but they told me Illinois requires in-state vet visits to get our animals prescribed medicines. This morning I was woke up by a phone call from my health insurance provider Molina Healthcare & had to explain that I'm being denied primary care & the medical treatments that I need & have been for decades. After hanging up the phone my violators used mind-control to communicate "she called the cops" (another exact detail they told me would happen back then). – Tonight I watched my recording of the Oklahoma vs Navy college football bowl game & it had several more exact replays from my childhood backyard football games. – Within the last few days my violator communicated the following message to me while making reference to people watching my childhood backyard football games that I was unaware were under unlawful surveillance & this message was another exact detail I then remembered being told would happen 1-3 decades ago during a conversation that I don't remember: "they watched it on repeat & it broke their heart". – Sometime within the past 48 hours my violators communicated the following message to me & it was another exact detail that I'm now remembering being told would happen long ago during a conversation that I don't remember: "I love you but you're a coward".

- 2/7/25 Today I attempted to call my Uncle John after looking up his potential phone numbers on the internet. When I called the number the answering machine said it was Tara Lindsey & then I remembered being told this would be an exact detail long ago during a conversation that I don't remember. Tonight I decided to do a puzzle on the back of the cereal box that I just opened. The puzzle ended up with me having to look a word up in the dictionary 'amabe' which translates from Japanese to 'by the sea' (the title of one of Angelina Jolie's movies). I had just seen a news article about Jolie now claiming Cambodia as her home & had to note to my interrogators that I decided I'd have kids & adopt then she did & that I'd probably move to Asia & now she did. I mixed the b with the z accidentally & later figured that the puzzle spelled amaze instead of amabe & this mistake along with the following details involving this mistake were more exact details that I later remembered being told would happen forever ago during a conversation that I don't remember. Details that occurred while doing the puzzle & my violators communicating the following messages while doing the puzzle were all exact details I then remembered being told would happen long ago: "fuck her then" & "I don't want you anymore, I want Annie". After finishing the puzzle, I turned my tv back on & the ESPN broadcaster said

"good luck with that Saquon (the Eagles running back who I recently noticed is running pretty good but not quite as good as what I used to based on the very little that I've seen him so far), I'm all in" & that was another exact detail that I then remembered being told would happen long ago during a conversation that I don't remember as well.

- 2/8/25 Today the following details occurred & they were all more exact details that I'm now remembering being told would happen on this specific day long ago during a conversation that I don't remember: I remembered to write the company who makes the space heater that I purchased last fall & am using for my dogs to ask if I could purchase a new heating element for it instead of returning the entire machine for a warranty refund replacement. I also remembered that I think I suggested that we design these machines so that it is easy to replace the heating element during my childhood while talking with somebody but I don't remember. After emailing this company I received an offer via email to try a free sample of marijuana flower from a website that has been advertised to me repetitively so I decided I'd pay the shipping & try the free sample & doing so tonight was another exact detail I then remembered being told would happen long ago. Later in the night I was reminded & felt interrogated about one of the first times that I drove drunk when I was a teenager. My response was the same as it always was: I was so hurt that I can't testify about if it was my decision to drive home or if my mind-control violators forced me to but regardless it would have been like them attempting to charge a date raped victim for a dui for attempting to drive home while they weren't functioning because of how hurt I was & because of how often I get violated with technology. – While eating supper tonight my violators communicated the following message to me as I sat down "the Blues just scored" (as they were playing the Blackhawks). They then said "her almost cried" & this was more exact details that I then remembered somebody saying to me about tonight during a conversation that I don't remember. – I checked the news & was shown a headline saying that a Monmouth Police Department gun went missing & later remembered being told this would happen over a decade ago during a conversation that I don't remember. – Today I was violated with mind-control & forced to text my mother that I hope to never see her nor communicate with her again & doing so was another exact detail that I later remembered being told would happen long ago during a conversation that I don't remember.

- 2/9/25 Today I wrote the White House about being a serial victim who is getting violated nonstop, intentionally neglected & because I was told President Trump's assassination attempt would happen a decade before it did & later remembered that writing them today, on Super Bowl Sunday, was another exact detail that somebody told me would happen long ago during a conversation that I don't remember.

- 2/10/25 While watching the news on KWQC 6 today at noon I was shown a story about a couple who had to move out of the home they purchased because it was filled with mold & later remembered that this was another exact detail that somebody told me would happen long ago during a conversation that I don't remember. Later in the day I received a call from my dentist about my dentist appointment today potentially being canceled because of the expected snow

storm & remembered that this call & expected storm is another exact detail that I later remembered being told would happen long ago during a conversation that I don't remember.

- 2/11/25 Today my violators tortured & sabotaged me all day again by running my mouth & forcing me to say more things that I wouldn't want to say that were all more exact details that I later remembered being told would happen long ago during a conversation that I don't remember when I was also told the following other details from today would happen: I was forced to say that I'm going to name my dog that has brain damage Mick. After forcing me to say that my violator then said "& no, I'm not going to be naming my dog Mick" because they told me they might be. During the afternoon I had my tv on channel 6 when 'Quad Cities Live' was on as they were talking about red flags in domestic abuse situations & I was forced to talk about how my violators have sabotaged me as I was being abused to make it seem like I was attempting to be an emotional abuser when I was actually being abused & sabotaged & that some of those people make mistakes with people like me by thinking things are red flags when they are just the outputs of a faulting mind & this was another exact detail I was told would happen. I went for a run tonight & found specific trash at my house from the neighbors amazon.com order that I then remembered being told that I'd find long ago. While watching the news later on at night I saw a news article about the missing gun from the Monmouth Police Department & was told to send in a tip to the crime stoppers tip website so I did. While sending the tip they showed me a picture of a guy who broke into the bakery by the "1st Ave. Pub" after attempting to break into the pub & remembered being told this would happen back during that same conversation as well.

- 2/12/25 I attempted to use 'Google Gemini' for the first time tonight & did so by introducing my design for soft grinding rails to the system so that it could generate an image of my idea. Google Gemini advertises itself as being able to generate images from text but after deciding it liked my idea it stopped being willing to generate me images & told me that it only generates images for a small amount of limited testers despite it advertising to the general public that it generates images from text. While this was happening, my violator communicated the following message to me: "you're my enemy" & all of these details are more exact details that I'm now remembering being told would happen 1.5-3 decades ago during a conversation that I don't remember. – While watching the news tonight on channel 6, 2 more stories were more exact details that I'm now remembering being told would happen long ago by Morgan Ray: the man arrested for trafficking pounds of cannabis gummies & the younger male who wrecked his car into traffic signs & a pole. – I'm remembering to document that within the last 6 months my violator communicated the following message to me while making reference to the breathable pair of Merrell shoes that I own that I suggested the design of as a kid: "they bought 1,000 pairs". Whoever said something about this to me long ago said that if somebody didn't buy 1,000 pairs of these shoes that something to do with my court case or future (I don't remember).

- 2/13/25 While watching News 6 at noon today I was shown another story about drug addicts in the cities having their own gym & this was another exact detail that I'm just now remembering Morgan Ray told me would happen long ago while I wasn't processing nor remembering

conversation. Today my mind-control violators communicated the following messages to me that were both more exact communication that I later remembered being told would happen 1-3 decades ago during a conversation that I don't remember: "I'm not interested in partnering with you" & "I'm going to hire employees (making reference to the fact that they are planning on hiring employees to do work completing my inventions/designs/contributions)". This communication was forced upon me after I was forced to say "I should be able to smoke like a rockstar" & me saying that while I was getting sabotaged & spoken for by my violator is another exact detail I was told would happen. – While watching the Jeopardy tournament today & earlier this week several exact details happened that I then remembered being told would happen long ago during a conversation that I don't remember including the following: One of the contestants said they were the worst Starbucks barista on the planet & that they forgot to grind the coffee beans before making their customer coffee. The other male contestant said he wanted a couch on the Jeopardy studio so that he could play from the couch. The lady contestant who was a college professor said exact quotes that her students said to her about being on Jeopardy that they told me would happen long ago. – While watching the news on channel 6 tonight they said the prices of chocolate are going up & this is another exact detail I'm now remembering being told would happen tonight long ago during a conversation that I don't remember. – Tonight I watched my recording of the North Carolina vs. UCONN college football bowl game & witnessed more exact replays being reenacted from my childhood. – I attempted to use the virtual care option that I'm supposed to be entitled to use free of charge on my health insurance's website (Molina Healthcare) for the third time but was turned down once again. – I'm remembering to document that the following communication was forced into my brain by my mind-control violators within the last few days & months & that it was all more exact details that they told me would happen long ago during a conversation that I don't remember as I was under surveillance: "I see why you hate us". "No garage (making reference to the fact that they wouldn't allow me to lift free weights anymore if it was up to them)". "then don't get on the floor (telling me I shouldn't do body-weight exercises anymore)". "looks like I'm going to be getting out the cards (they told me somebody was either going to get drunk, smoke bongs, lift weights or play cards depending on what happened with the progression of me preparing this evidence & getting interrogated)". "It's in Des Moines (I believe making reference to a company that is hoping to get away with stealing my opportunity for my contributions)".  "I look forward to trying the 'Blue Dream' (someone said if I progressed my court preparations to this point & could still make sense when verbally communicating that they would look forward to trying smoking marijuana for the first time & my anti-racist ideology associated with the strain name that I suggested as a kid called 'Blue Dream' ".  "I deserve my ass kicked".

- 2/14/25 Today I received a letter from Chief Judge Sara Darrow for the Federal District Court of Central Illinois stating that I am being denied accommodations as a disabled plaintiff because I don't have a healthcare provider who can verify my disabilities for me despite me clearly explaining to the disability coordinators Angelia Joos & Marlene Cooke that I am being unlawfully denied healthcare & have been for decades & that being willfully deprived &

intentionally neglected as a medical patient is a major part of my complaint. I also clearly explained to them in writing that my evidence blatantly proves my disabilities & that I'm being denied medical care intentionally. Receiving this letter today & the letter that I received yesterday from them (which was a copy of the letter that I received in January) while there was several inches of snow on the ground & as I had to walk to the post office were more exact details I later remembered being told would happen today long ago during a conversation that I don't remember. After getting home from the post office & emailing the disability coordinators for the Federal District court my violator communicated the following message to me & it was another exact detail I'm now remembering being told would happen long ago during a conversation that I don't remember: "We win". Later in the evening while watching the news about the helicopter that crashed into the plane in D.C. I remembered that the time I was forced to get drunk & drive home from Galesburg when I was with Alex Fox & when I was forced to run the red light on the intersection of Main & Henderson streets as I was vomiting out of my window that all of the details that occurred during that incident were more exact details that I was told would happen over a decade prior during a conversation that I don't remember. – The New York City Mayor Eric Adams case getting dropped & the prosecutors resigning were more exact details I remember Morgan Ray telling me would happen over a decade ago during a conversation that I don't remember. – I remembered to document that me responding with anger to a post on my twitter account in the exact phrase that I did, "your delusional desperation is unwelcome with me" that stated that I'd have to "get in line behind" the person who posted on my account & then blocking them was another set of exact details that I'm now remembering being told would happen long ago during a conversation that I don't remember (this happened within the last few months). – I'm remembering to document that all of the details on the show 'Shifting Gears' & Matthew McConaughey's newsletter podcast have been more exact details that I was told would happen long ago during a conversation that I don't remember. – Tonight my Dremel tool stopped working. While I was beginning to take it apart to fix it my violator that communicates to me using mind-control said "I'm not going to take mine apart". I ended up throwing it away & then digging it out of the trash & fixing it & all of these details are more exact details I was told would happen long ago when I don't remember.

- 2/15/25 The following details occurred recently & they were all more exact details that I'm now remembering being told would happen 1-3 decades ago during a conversation that I don't remember: Within the last week I watched an episode of 'No Gamble No Future' & was violated with mind-control technology while watching the show & forced to say "she just got shark bit". I rearranged the furniture in my kitchen back to the most sensible positioning for everything & remembered being told that my technological violator was going to blank my mind & make me put it into the less sensible position that I had it in for the winter. A couple months ago I was working on treating my dog's paw infection & my face was splattered with gunk when I popped her blister. I rearranged my posts on twitter to be more organized & while doing so 5 people liked my posts immediately as I was posting them as if it was a robot liking my posts. – My mind-control violator communicated the following message to me & it was another exact detail I

was told would happen long ago during a conversation that I don't remember & this message was meant to try to motivate me to do something but I don't remember what nor who they were referring to "& I would come over & have sex with you". – Tonight my brain attempted to remind me of another incident from my childhood involving a sexual mishap as I was severely brain injured & brain dead & getting violated with mind-control technology but I cannot remember if it happened or not. This incident involved my other sister, Sarah & was almost the same thing that happened with my sister Brooke when I was forced to hump her for a couple seconds as we were fully clothed except with Sarah I don't remember what put a stop to the incident nor how it started & remembering it on this specific night as I was doing exactly what I was doing was another exact detail I then remembered being told would happen long ago during a conversation that I don't remember. I was only allowed to put thought into this incident one time during my past & thought that my violators might have been attempting to traumatize me in an effort to get my brain to snap out of it's severely injured state but I couldn't remember if it happened or not & instantly forgot about everything after putting the brief thought that I put into it. – Tonight I watched the poker television broadcast called 'No Gamble No Future' & the details that occurred in tonight's game & all of the details from the prior episodes that I've watched over the past year or so have all been more exact details that I was told would occur long ago during a conversation that I don't remember (the players conversations, the game details, everything).

- 2/17/25 Today the following details occurred & they were all more exact details that I'm now remembering being told would happen long ago during a conversation that I don't remember: I noticed this testimony had been unlawfully tampered with again as I was proofreading & editing this document & found exact mistakes in my initial documentation of specific evidence involving my mother kicking me out of her house back in 2017 or 2018. The University of Illinois' freshman basketball player Morez Johnson Jr. broke his wrist. The following messages were forced directly into my brain with telecommunication: "I would kill you". "They are watching you".

- 2/18/25 I woke up today with 2 text messages from an unknown numbers & both were notifications that they deleted me from their group chats. This is something I then remembered being told would happen long ago during a conversation that I don't remember when I was told that if they sent me these messages it meant that they no longer consider me somebody that they would talk to but I don't remember who they said they were speaking about. – I'm remembering to document that within the past month or so I was intentionally mind-blanked/controlled & forced to send Patrick Gavin an email & the city of Galesburg's website an email about Aaron Gavin becoming the new Public Work's Director as he is guilty of accessory to attempted murder against me & notification that I've been serially violated in Galesburg & that I was serially raped with Morgan & all of this was another exact set of details I then remembered being told would happen long ago during a conversation that I don't remember as I was under unlawful surveillance. – Within the past several months I sent Robin Meyers this evidence but believe I

sent it to the wrong person on Facebook who had the same name from the same small area & this was another exact detail I'm now remembering being told would happen long ago during a conversation that I don't remember. – Tonight my memory reminded me of everything that I had forgotten to get noted over the past several days so that I could document the testimony into this document. I then decided to accept the $20 offer instead of refunding my space heater & after doing so was shown an offer for Walmart Plus Assist that saved me $50 on the annual subscription & all of these details from tonight that I just documented within this paragraph are all more exact details that I then remembered being told would happen on this specific day decades ago during a conversation that I don't remember. – I noticed myself making a joke while being forced to awkwardly & selfishly introduce myself as a victim to the public using social media about being like Happy Gilmore with my brain damage. I followed all the A-list celebrity actors & then only followed Drew Barrymore of the actresses. As this happened it seemed to me to be a joke about the movies 'Happy Gilmore' & '50 first dates'. This was another exact set of details that I was told would happen long ago during a conversation that I don't remember & whoever told me this was going to happen said that this was their joke & that they certainly were doing it to & through me intentionally.

- 2/19/25 Tonight while I was working on proofreading & editing this testimony I reached a specific point in doing so that somebody from my past didn't think I would reach & my mind-control violator said the following message to me & it was another exact detail that I'm now remembering being told would happen long ago during a conversation that I don't remember. "Then you were meant for me". They also said "& I am going to go outside for some fresh air" (another detail from that same conversation long ago).

- 2/20/25 Today I was shown a news story about a farmer from Annawan, IL who lost several of his farm's facilities to a tornado, a story on X.com about Elon Musk wielding a chainsaw at a political event & an Instagram video of a specific model named 'Xandra' who realized her shirt was on backwards in public & both were more exact details I later remembered being told would happen long ago during a conversation that I don't remember. Tonight the following communication was forced into my brain & it was another detail making reference to one of these forgotten conversations from long ago "I got implants". I remember being told that if my sister got implants (which I believe she might have) & a bought a boat at Little Swan Lake then it means something about my court case. – I'm remembering to document that within the last week I listened to a podcast from the media source 'The Guardian' talk to Neuralink's brain-computer patient 'Noland Arbaugh' & they confirmed that the technology has been around since the 70s. Listening to this was another exact detail I then remembered being told would happen long ago during a conversation that I don't remember. – Within the last week I gave my dogs a bath & forgot to move my bar of soap out of the vicinity so that the water they shake off themselves wouldn't contaminate it. When I noticed that I had forgot to move it my mind-control violator said "I forgot to move it" (attempting to get me to think they blanked my mind & forced

me to forget the task) & this was another exact detail that I then remembered being told would happen 1-3 decades ago during a conversation that I don't remember.

- 2/21/25 Pope Francis becoming critically ill & the pitcher for the Dodgers who was hit in his temple by a line drive during the spring-training opener between the Cubs & Dodgers were both more details that I realized were more exact details that I was told would happen when they did long (1.5-3 decades) ago during a conversation that I don't remember that was under surveillance.

- 2/22/25 Today I went to my nephew's regional wrestling tournament in Knoxville & the entire day was filled with more of the following exact details that I then remembered being told would happen long (1-3 decades) ago during a conversation that I don't remember (I believe with Morgan Ray) that occurred while I was under surveillance: The details from all of the wrestling matches for all of the kids were exact details including 4 of the kids in Clayton's weight class moving to different weight classes & his first match being against a girl. My niece wore a Friends (the tv show) t-shirt. My niece, Carlie, told me she wanted to come to my house if she had her own car. Carlie was telling Harper how she earned her own money by doing chores. I threw some sanitizing wipes to Eric (Brooke's husband) & Carlie said "good throw". Carlie & Harper did a bunch of cartwheels by the school's front door. Harper's cousin, Charlie was there & I had to chase her down & take her to our cousin, Julie, when she ran off by herself. Taylor Peoples (a police officer involved in this testimony who has a kid on Clayton's wrestling team) motioned his elbow towards me (probably unknowingly) as he was leaving the building. Eric (Sarah's husband) bought the kids McDonalds. I ate the leftover fries from Carlie's meal & almost choked on them. While at the table after the kids ate their food I accidentally farted & immediately after doing so a specific lady from Knoxville walked out & said something about it smelling better out here than it does in there (the gym). I had a conversation with that lady's husband & it was exact details I was told would happen. All of the conversations within my family & that I overheard between people passing by were exact details. I was standing next to the bleachers watching & the t-shirt table was moved to where I was standing & that conversation & detail was more exact details. I then sat behind my dad for the final match & he was playing cards on his phone. Just before my nephew's last match a lady stood in front of my sister & her husband & bent over just as somebody said she would. On the way home my youngest nephew, Cal, spilled his milkshake on himself as Brooke was having an exactly detailed conversation with Clayton that I was told would happen. When I returned home I cleaned the house until 2 in the morning & Duke dominated Illinois in the college basketball game. While talking to myself & my interrogators as I was cleaning I had a conversation about seeing a man from my childhood at the wrestling tournament & this conversation was another exact detail. While at the tournament mind-control was used to force the following communication to me & the communication was another exact detail I then remembered being told would happen when I was told the rest of this was going to happen: "He cried, in the best ways… in a bad way".

- 2/24/25 The following were all more exact details that occurred recently & each detail was something I later remembered being told would happen long ago during a conversation that I don't remember as I was under surveillance: I was forced to understand the following communication because of a violator using mind-control technology to communicate with me: "She gave him head & had sex with him. It made her moan".

- 2/25/25 Today the following details occurred & they were all more exact details that I later remembered being told would happen long ago during a conversation that I don't remember while under unlawful surveillance (I believe with Morgan Ray but am uncertain): I scheduled a ride with Warren County Public Transportation a couple weeks ago so that I could get to my first doctor's appointment at Eagle View in Monmouth this morning & then on to my dentist this afternoon. My ride showed up over 30 minutes late & didn't pick me up until my doctor's appointment was supposed to be starting. I went to the doctor's appointment late & while standing in line there was a kid who had just had his tooth pulled. The kid's conversation with his mom & the fact that he opened the entrance door to spit during the conversation was an exact reenactment from my childhood scene between my mother & I while I was severely hurt. Once the doctor saw me our entire conversation was exactly as I was told it would long ago. After my dentist appointment a Warren County Transportation bus showed up to the dentist & told me I wasn't supposed to get in that bus & that I needed to wait for the next bus. While I was waiting for the other bus that bus noticed that it had a flat tire. Whoever told me this was going to happen told me it would matter to the court if I attempted to argue with that driver or not but I didn't remember being told this until later in the day. They also told me it would matter to the court if I told him he had a flat tire or if he noticed himself. When I returned home my mind-control violator communicated the following messages "I want to please you " & "that is how she would want to please you". Later in the night I ran to the post office & opened my letter from the District Court of Rock Island who once again unlawfully dismissed my case as frivolous. Their response seemed to be making a joke about how their arguments against me are illegal & unacceptable for court. They once again dismissed my case without confirmation of due process nor a pursuit of justice. When the *rule of law* is respected I will proceed to court as a serial victim & major contributor. The post office has been sending me e-mail notices every time I receive mail at my post office box since I started using it 7 months ago. Suddenly the system stopped sending me my notice & it caused me to get the letter 2 weeks late. The response denied me court & gave me a 30 day appeal deadline so my response time was immediately cut in half. The Post Office's messages stopping along with me receiving their dismissal over 2 weeks late were both exact details that I was told happen long ago during my forgotten past also. After reading the dismissal I wrote the response's motion for *relief of judgement* (my only available response to the court) while watching the Illini vs Iowa men's basketball game & responded to them word-for-word exactly as I then remembered being told that I would back in my unrecollected memory. While emailing it to the court I had to send two of the same emails because I didn't include my name, phone number & address in the subject line with the court case number. Since getting home I've been constantly spoken for & communicated with by violators using mind-

control technology to control me & my entire 13+ hour conversation with myself & my interrogators & controllers was exactly as they said it would be long ago. They told me I'd be struggling to use the words sufficient & circumstances while attempting to prepare my court argument amongst this file & that if I could figure out how to properly utilize those words during this conversation that it'd prove something within my court case. The conversation included the following specific statement: While under my unique circumstances as a victim turned severely disabled from multiple, separate & intentionally caused severe brain injuries, my effort for the court is sufficient. Saying otherwise wrongfully discriminates against me as a disabled victim who lost the ability to verbally communicate & remember. I've been working towards progressing this document from its creation until now for over 2,550 days straight. I've documented into it on a near daily basis the entire time & have had to proofread it constantly. It's taken me months to read & edit this document each of the dozen times that its been necessary to proofread & writing testimony as a disabled victim being unlawfully surveillanced isn't my job. Somebody getting spied on who gets date raped isn't responsible for their actions nor testimony while unconscious & under surveillance. Attempting to hold me responsible for doing so would be the comparable to the previous analogy if I wasn't getting sabotaged while attempting to represent myself as a top contributor also. The sabotage on top of the privacy violating & rape-type-controlling makes it so these crimes against me deserve enhanced to the max & potentially capital punishment against multiple violators instead of the certain. I must proceed towards progress regardless of when I'm forced to represent myself, legally, to authorities. My court efficiency & communications will improve with the legal representation that I am supposed to be provided. I cannot afford to help exploit myself by not getting my criminal case prosecuted for me as the serial victim that I am. My civil case cannot proceed without my criminal case's lawful investigation & judgement finalized. While representing myself *pro se* I'm better off typing through a communicator than speaking for myself freely. The court needs to know that I'm available for internet-video court to save resources when my physical presence isn't necessary. My other documentation notes that I recorded amongst the other sections of this testimony today (that weren't included in this dated section (the argument & invention sections) were more specific details I then remembered being told would happen today as well. While typing this previous sentence I checked the notes on my phone that I used for today's testimony & accidentally took a picture of the notes that I am about to put in the inventions & argument sections as proof (I have an entire gallery full of evidence on my smartphone that goes along with this court case). Accidentally taking this picture was another exact detail I then remembered being told would occur 1-3 decades ago.

- 2/26/25 Today I sent a text message to my sisters about Captain Jack Sparrow from the movie series 'Pirates of the Caribbean' & it was another exact detail I'm now remembering being told would happen long ago during a conversation that I don't remember.

- 2/27/25 The famous actor, Gene Hackman, his wife & his dog dying today were something I was told was going to happen over a decade ago during a conversation that I don't remember (I believe with Morgan Ray but am uncertain).

- 2/28/25 After 2 hours of sleep I was woke up by the Warren County Sheriff's Department's Officer Chillon Stacker banging on my door to serve me a summons to court on 3/11 involving the case when my old neighbor attacked me in 2022. Later in the day I found out that my sister's husband's grandmother died as I was putting together a new elevated dog bed that was sent to me for free by chewy.com & all of these facts were more exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember. The next part of my day included me remembering my childhood design-plan to create a continuous flow water system for our houses & workplaces to eliminate water stagnating in our pipes (to reduce on contamination). Remembering this design-plan today was another exact detail for today that I'm now remembering being told would happen long ago as well.

- At the end of February 2025 I took the lawyers off of the list of known defendants within this evidence. I originally had them listed because of the fact that they were potential defendants who potentially intentionally neglected me but after further processing my evidence & situation I realized that they are only potential defendants & have amended that mistake. I had to erase Sirs David Reid Clark, Greg Baber, Steve Glasgow & Chris Colburn off of the list of known defendants. While doing so I realized that it is necessary for me to add former State's Attorney Scott McClintock to the list of known defendants because he has wrongfully charged & imprisoned me in the past while representing Henderson County. False & staged evidence was used to wrongfully convict me as an innocent victim & this wrongful decision proves collusion with organized corruption along with the unlawful use of weaponized mind-control technology to exploit & sabotage an innocent & disabled victim.

- 3/1/25 The following details were all more exact details that happened today that I then remembered being told would happen long ago during a conversation that I don't remember: I woke up this morning & checked my social media accounts & realized Instagram stopped showing me pictures that I click on in the feed. I then remembered somebody telling me that they would take my ability to look at them back when I don't remember. This morning my sister picked me up so that I could go watch my nephew's sectional wrestling meets with them. On the way to the meet mind-control was used to communicate "that's where they wanted to put you" directly to my brain as we drove by the prison outside of Canton. At the meet my nephew started crying towards the end of both of his matches that he lost & whoever told me this was going to happen said that if this happened it was because violators have been violating him. I believe that him crying was another forced & exact reenactment of a scene from my childhood when I was severely hurt that I don't remember yet. It's a factual potential that my nephew is getting violated & sabotaged with weaponized technology publicly the same way that I have been for my entire life. During his match a guy from Abingdon talked to me & said "is that your nephew on top or bottom" after I asked him about his son getting hurt in his first match. I then rode home with my

mom & sister's husband. My mother informed me about the son of one of our childhood friends being involved in a news story on USA Today because of getting bullied about his peanut allergies at his high school. She said he had to move to a new high school because of the issue & that his new team beat his old team & won the championship. Whoever told me this was going to happen said I wouldn't be allowed to go to court as a victim nor contributor if he doesn't make the NFL & that didn't happen. Her & Eric both took phone calls on the trip home & all of their conversations were exactly as I then remembered being told they would be. Every conversation I had & action I witnessed amongst the other people at the tournament were details that I was told would happen long ago. Where I sat in the bleachers, who walked by when, specific people's clothing, every detail was called out back then.

- 3/2/25 Today I remembered more details to add to the continuous flow water pipe design that I documented into this evidence a couple days ago & this happening today was another exact detail that I'm now remembering being told would happen long ago. When I first documented the design I forgot to add the return pipes between the main & individual faucets. This 2-3 days was probably the exact amount of time it took me to clarify that this detail needed to be added to this design when I was a kid after already implying this design plan to my mind-controllers when sharing this idea. My interrogators/controllers are very precise about details. – Today I accidentally shrunk a jacket that I was given for Christmas in the laundry (& the jacket was an exact design suggestion of mine from my childhood while injured) & shrinking it was another exact detail that I then remembered being told would happen long ago also.

- 3/3/25 The following details are all details that I later remembered being told would happen over a decade ago during a conversation that I don't remember: Tonight my Walmart order showed up with almost half it's items missing. The driver told me he was going to send another driver because it wouldn't all fit in his car & had a lady sleeping in his back seat. I then had to chat with Walmart.com to attempt to find out when the rest of my order was going to show up. They said it wasn't going to & that they would refund my order. My order was missing a specific new cordless Dremel (rotary) tool. I ordered it specifically because it is cordless & they attempted to swap it with a corded one just as I was told they would. A different driver then showed up with the rest of my order accept for the exact items it said it would be missing: a mouthwash, a box of coffee cakes, two boxes of twinkies & a bag of ruffles. I then had to chat with Walmart.com again to notify them about this happening & my chat with the associate included exactly worded phrases that I was told it would long ago ("I'd be delighted to refund"). – My cousins Julie & Jane bought me a jacket for Christmas & I accidentally shrunk it in the laundry just as I was told I would long ago during a conversation that I don't remember.

- 3/4/25 The following details that happened today were more exact details that I then remembered being told would happen long ago during a conversation that I don't remember: The 20 year old female with the last name 'Vance' who died of dehydration was a detail I was told would happen long ago. The President's speech included him notifying a young man that he had been accepted to West Point & me being forced to almost start crying simultaneously were both

details that I was told would happen long ago. I believe Morgan Ray told me all of these details were going to occur but I don't remember for certain.

- 3/5/25 The following details that happened today were more exact details that I then remembered being told would happen long ago during a conversation that I don't remember: I went to the dentist & he didn't fill my root cavities. His breath smelled like he had been drinking some of his beer that he makes. I then walked to the courthouse to print a transcript information sheet for the Court of Appeals. While walking to the courthouse my technological violator forced the following communication directly to my brain: "she called the cops on them". "he puked". "he almost puked". "he bawled his eyes out". – I'm remembering to document that while checking Facebook within the past few years I saw a video of Chad Robertson explaining his family's situation regarding his wife's cancer diagnosis & I was told this exact video would be in the future over a decade before it was by Morgan Ray. - While watching the show 'Shifting Gears' this winter I have had to record the episodes & my recording of every episode has been intentionally cut short just as I then remembered being told it would be over a decade ago by someone during a conversation that I don't remember. – I'm remembering to document that Alex Ovechkin breaking his leg this year as he was on pace to break the NHL career goals record was another exact detail that I'm now remembering being told would happen long ago during a conversation that I don't remember. – I'm remembering to document that one of the people who told me all of this information that I've been documenting was going to happen long ago told me that I would die before I'd get to move out of Alexis. – My technological mind-control violator/s have been forcing me to speak as they've sabotaged my personality, exposed my thoughts, tortured & interrogated me literally nonstop for longer than what I can remember.

- 3/7/25 I called the United State's Court of Appeals for the 7th Circuit today because I just filed my 'Notice of Appeal' to them & needed to communicate with their disability coordinator but they informed me that they do not have a disability nor access coordinator. Throughout the day I was violated all day by my violators that use mind-control to destroy my life & the following communication was more exact details that I'm now remembering being told would happen long ago during a conversation that I don't remember: I remembered being told by somebody that they are going to give me a self-driving Tesla & my response to my violators & interrogators were that I am not going to be willing to accept anything from anybody that I don't win in court. My violator then responded exactly as I remembered being told that they would by saying "I cannot accept that". Later in the day my violator communicated this to me "then you are nobody he would give those samples to". – The news told me that David Hasselhoff's ex-wife was found dead & this is another exact detail that I'm now remembering being told would happen over a decade ago by Morgan Ray. After seeing this news article my mind-control violator communicated the following message directly to my brain "he shot her". – I went to the doctor a couple weeks ago & was supposed to be referred to a pain clinic & podiatrist but have not received calls from either.

- 3/9/25 Within the last 72 hours my violators used mind-control technology to force the following communication directly to my brain & all of the communication was more exact details that I then remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: "They are swallowing that you aren't going to include them". "They are swallowing that you are not going to have to hire him (a specific lawyer from here that they are hoping that I hire so he can help exploit me)". "I cannot process that (evidence)". " & HBO" (making reference to somebody telling me Drew Robertson was going to attempt to get my dad or mom to pay for him to have the internet &  HBO included in his tv package). – My clothes dryer stopped working tonight & this was another exact detail I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember. – Within the last month my mom told me that she was no longer willing to 'help' me & this was another exact detail that I then remembered being told would happen on that specific day 1.5-3 decades ago.

- 3/10/25 Today my sister told me Clayton was home sick & my violator that uses mind-control to violate me communicated the following message directly to my brain & both were more exact details I'm now remembering being told would happen long ago during a conversation that I don't remember: "she stopped watching for her own sake" & "she almost puked (making reference to Tara Vanfleet)".

- 3/11/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: I woke up to a construction company fixing the exterior of the house that I'm living in around 8am (I didn't get to sleep until around 5am). I checked my phone to realize that I had a charge to my bank account from Walmart.com that I didn't make. I called Walmart's customer service & the lady I spoke with about the issue told me she would double check on her end then call me back in 10 minutes but she never called back. About an hour later I called back again & spoke with a different associate who told me that the charge doesn't exist in their system & he directed me to call my bank. I then called my bank to get the wrongful charge handled. When the bank emailed me the paperwork that needed signed to handle the dispute the paperwork had the wrong date. In the evening I found a hunt's pizza box in my front yard.  Also, there were a couple fire trucks had to go to a house a block down the street & several of my neighbors were outside observing the emergency response. I was violated all day with mind-control technology & the following exact communication was forced directly to my brain just as I then remembered being told it would be forever ago: "he almost cried". "He cried". "she's fired then". "He loved it". "I didn't get to eat". "Good call" (they regularly say that to me as if we are playing a game of poker (the card game). "They agree that they deserve criminally charged".

- 3/12/25 The following details that occurred today are all more exact details that I then remembered being told would happen around 15 years ago by Morgan Ray: I had court today in Knox County for when they unlawfully arrested me as I was turning this evidence in to them at the Sheriff's Department. I appeared at court using the 'Zoom' app from my smartphone & was granted permission to work through their disability coordinator as I represent myself. After court

I had the news on while I was eating lunch & my mind-control violator turned me into my cousin Aaron Gavin & made it seem as if he was talking to me through me as my voiced & speech profile suddenly sounded like him. When this happened the news broadcasters name was Aaron. I then wrote the disability coordinator an email from my smartphone & noticed that the Court of Appeals once again unlawfully dismissed my case as frivolous. Later in the afternoon I walked to the post office & a specific member from this community drove by me on his golf cart & as he was passing me, he received a phone call. Morgan told me that if he didn't receive a phone call as he was driving by me that it meant something but I don't remember what she said. Later in the day I checked Instagram & the following posts that I viewed were all more details she said would happen: a 21-year-old girl living south of Paris, France was found dead. A lady in Florida captured a video of a tornado passing over her as she was trapped in her vehicle. Women's basketball player Hayley Van Lith posted about fashion & her love for doing puzzles. Later in the evening I took the trash out & realized that I needed to fix a rut in the front yard & fix my clothesline. After doing this I remembered my childhood design plan for water wells that adds tracks into the walls of the wells. The tracks are designed into the well so that a machine specifically designed to clean the well can move up & down the walls of the well. The cleaning machine will probably incorporate arms that scrub & or squeegee the surface as cleaning solution is dispensed. - All throughout today I was once again violated with mind-control technology the entire day by my violators who sent the following communication directly to my brain & all of the following communication were more exact details Morgan Ray said would happen back then or making reference to that same forgotten conversation: "That is the best email she has ever been sent". "She is swallowing that is the only reason you are posting on social media (attempting to get my message to law-abiding authorities as a hostage victim)". "I will be emailing you soon". "They were trying to damage you & exploit you & they did". "He (the public defender) would've never been willing to send that email for you (representing myself to the court". "They made themselves perfectly clear". "He is openly admitting it now". "She is swallowing that you are the absolute last person that needed to hear about any of that from them".

- 3/13/25 Today I was once again violated & interrogated with mind-control technology the entire day & the following was another exact detail that I'm now remembering being told would happen 1-3 decades ago during a conversation that I don't remember: Using telekinesis my violator communicated to me all day. They also communicated to me by talking to me through my own voice & did my talking for me, at their will, while showcasing how they can change my personality into different people & their individual personalities That technique has been used to violate me consistently throughout every day since my worst cognitive damage set in since my worst injuries. While thinking about the future of the company for my childhood water well redesign (that my memory reminded me of just yesterday for the first time in 3 decades) my violator took control of me & used my voice to say the following message to me while my personality was turned into them & this happening is another exact detail that I'm now remembering being told would happen long ago during a conversation that I don't remember: "I

want to own that company". - I'm remembering to document that I unacceptably attacked the Warren County State's Attorney, Tom Siegel, once again (for the third time since he has been a Warren County legal representative). I believe this is another exact detail that I was told would happen long ago during a conversation that I don't remember but am certain. I sent him an email complaining about not getting due process nor a pursuit of justice as a serial victim & told him he needed a new job while not functioning enough to be better than that. This is another example of how my character is taking punishment as I'm attempting to be a major contributor because of not being provided the due process & legal representation that I'm entitled to & deserve. However, I'm unwilling to be punished for my faults as I'm being constantly violated, tortured, sabotaged & neglected while living with brain damage. I was told he is responsible for pressing charges for us victims living within Warren County & momentarily lost my ability to maintain professionally respectable because I have been turning this evidence into him regularly for over three years without an acceptable response. – I'm just now remembering that during a couple of my first childhood football games I played to rough while I wasn't conscious enough to recognize the risk of injury to myself nor others. In those moments I was conscious of my own movements but that was the extent of cognitive awareness at the time. I was just starting to become conscious as a kid & believe that I was already hurt from the 4-wheeler wreck at the farm I might be incorrect about the chronological order of that injury. In those moments I acted in self-defense without empathy & believe those games might have been the motive behind my violators intentionally giving me severe brain injuries. – The last couple days I started getting my first somewhat healthy erections in decades.

- 3/14/25 While working on my ingrown toenails I accidentally broke the bathroom countertop that is an all-in-one with the sink & doing so very early this morning was another exact detail that I later remembered being told would happen on this specific day long ago during a conversation that I don't remember. – Within the last 48 hours I decided to exercise my sexual muscle as I had an erection & after doing so my mind-control violator communicated the following message directly to my brain & this happening along with this exact message are details that I was told would happen on this specific day 1.5-3 decades go during a conversation that I don't remember: "I never want to see you do that again". – I'm remembering to document that within the last several months I checked Zack Youngquist's Instagram & saw a specifically detailed post that I was told would be posted over a decade prior. During the post he was looking at his phone while with his daughter & received the following message: "lil dicky". -Within the last few days I had a conversation with my interrogators & violators about how I think I won a 3-peat in the 'man of the year' contest in the middle of the 1990s as a young child & this conversation was a response I gave my mind-controllers during childhood & me talking about it today was another exact detail that I was told would happen on this specific day decades ago during a conversation that I don't remember.

- 3/15/25 I sent my sisters another reminder to use chopsticks while feeding their pets using text messaging & doing so on this specific day as my youngest sister is on her way to Disney World was another exact detail that I was told would happen around 15 years ago by Morgan Ray.

- 3/17/25 Today I had to go to the post office & library. Every detail that occurred while getting my mail & speaking to the librarian were more exact details that I then remembered being told would happen over a decade ago during a conversation that I don't remember. She said "what do you need" while seemingly acting like she was making a joke about needing to be a provider. At the post office I saw a specific male there who had his shoes smashed half on with his bare feet. – While watching the news tonight I saw that Harvard University is starting to give away free tuition to families that make less than $200,000 per year. 1-3 decades ago somebody told me that if Harvard didn't start giving away this free tuition that I wouldn't be allowed to go to court as the serial victim & major contributor that I am. – My mind-control violator forced the following communication directly to my brain & this was more exact detail that I then remembered being told would happen 1.5-3 decades ago: "I thought I would come check on you" & "& I need 2 bags". Whoever told me this was going to happen made reference to somebody from our area (I don't know who) who moved away & is going to be traveling back home needing either 1 or 2 bags to travel home with. They said more about this statement but my memory doesn't recall it.

- 3/18/25 The following details from today were more exact details that I later remembered being told would happen 1-3 decades ago during a conversation that I don't remember: I checked my email this morning to realize Walmart.com issued me a refund for around $330 that I didn't deserve. My bank & I had just issued Walmart a dispute for around $72 dollars that I was overcharged towards the beginning of March but instead of refunding the correct amount they refunded me all of the money from an order I received in early February. I then called Walmart to notify them of the mistake but then had to call my bank to make sure there was no confusion on our end. The bank then had me call back Walmart to remind them of the $72 dispute that is still pending & then call them back afterwards to verify that I attempted to settle the dispute with Walmart again. When I finished on the phone with them I called the Warren County Courthouse to ask what type of printer ink to purchase for them since I printed over 1,000 pages there since beginning to prepare this court evidence but they said I don't owe them anything & that I have a "fresh start from now forward" (which is exactly what I was told they would say). The next thing I did was call the Knox County Disability Coordinator Kari Marshall to confirm that she received my email that I sent her on the 12th & she confirmed that she received my email. I have called her every day since the 13th hoping to confirm the receipt of my email & whoever told me all of this was going to happen told me that she wouldn't be answering my call nor confirming the receipt of my email until I had all of this settled with Walmart & the bank. Later turned on the news as I ate to see that there were arson fires at a Tesla collision center. While I was cleaning my house I noticed the Warren County Sheriff driving by & as soon as I looked in his direction he swerved & almost went off the road. When I processed that seeing him do this was another exact detail that I was told would happen long ago my mind-control violator sent the

following exact message directly to my brain: "he bawled his eyes out". When they said this to me they were making reference to something Morgan told me about Drew Robertson's son believing that I wouldn't get to go to court unless all of this happened today (which I do not know to be fact).

- 3/20/25 Today I was violated with mind-control technology all day again & the following messages were more exact messages sent directly to my brain that I was told would be communicated to me on this specific day 1-3 decades ago during a conversation that I don't remember: "& I plan to give them millions of dollars". When this was said my violator was making reference to sharing money that they gain from exploiting me with other people. "then they didn't give you enough time" was the next message & I don't remember what they said this was referring to. Later in the day they communicated "I took out a couple of grams" to me. When they said this they were making reference to another conversation that had nothing to do with me & during that conversation they told me that one of my violators stole a couple of grams from his friends marijuana stash & that they would be making him admit it through me today.

- 3/21/25 The following details from today were more exact details that I later remembered being told would happen today long ago during a conversation that I don't remember: Today I flushed this house's water heater & took apart it's blower to make sure it was clean. While draining it into the floor drain in the basement I pulled on the hose & accidentally knocked a pipe loose that dumped water on my head that I believe came from the toilet. - The dog I adopted (Orwoe) while mind-control was being used on me to control my decision making exasperates & leaks sperm constantly & he regurgitates every time he eats a treat so cleaning up after him is a full-time job itself. 1-3 decades before I adopted him I was told that he was going to do this but I didn't remember getting told this until now that I own him. I firmly believe I was given this dog on purpose to make my life worse & slow down my court preparations & recovery. Using the words 'exasperate' & 'regurgitate' while typing this testimony is another set of exact details that I was told might happen forever ago during my childhood after being very impressed with our human race for creating those words. I don't think Orwoe made it one night without going to the bathroom in the house when I lived on Scott Street. It was very time & resource consuming to clean up after him every day. Since moving to this house on Blayney with the dog door he hasn't went inside the house at all.

- 3/24/25 I saw a news story about the Galesburg Police Department's Chief of Police Russ Idle getting charged for sex crime & this is another exact detail that I'm now remembering being told would happen over a decade & a half ago by Morgan Ray. – I'm remembering to document that throughout several of the times that I've played poker online using the WSOP app over the past 5 years the exact sequence of the hands has been details I later remembered being told would happen 1.5-3 decades prior during a conversation that I don't remember. – I'm remembering to document that the following is another exact detail that I'm now remembering being told would happen 1.5-3 decades ago during a conversation that I don't remember: I used to allow my female English bulldog to sleep in bed with me & every single night before bed she would make

an effort to do a seductive-type striptease while getting into bed. I'm documenting this because of the potential that my violators are using mind-control on my dogs & because that them telling me & forcing me to debate is psychological distress that I shouldn't have had to deal with.

- 3/25/25 I recently received a phone call from OSF in Galesburg to schedule an appointment with the podiatrist. During the phone call I struggled to communicate & my exact wording throughout the conversation were more exact details that I'm now remembering being told would happen 1.5-3 decades ago during a conversation that I don't remember. My wording went "brain injuries, brain injuries, I cut my toenail to close to the center then left it thinking I would get it when it grew out, forgot about it, the ripped nail grew into the sides of my toes & I'm just now getting to it 3 decades later. – I read in the news today that the tv show 'Shark Tank' (one of my childhood suggestions for a tv show) turned down an offer to purchase the new smart video doorbell (which I believe was another one of my childhood invention plans) & then the person that they turned down sold the invention to 'Amazon' for $1 billion. This is another exact detail that I'm now remembering being told would happen 1.5-3 decades ago during a conversation that I don't remember. – I had my tv on the news while working on this document tonight & the following details were all more exact details that I then remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: There was a headlining story about a group chat involving our Secretary of Defense Pete Hegseth. I didn't catch what the story entailed but his response to a journalist that they showed was another series of exact details that I was told would happen. The Jimmy Kimmel show then turned on & Adam Devine was his guest. Devine's story about how his dog found his condom after having sex with his high school girlfriend & his mom finding the dog with the condom was another detail I was told would happen back then also. I detail these specific unrelated incidents because they prove that they knew what I was going to be doing & what they were going to be doing decades ago. Them knowing all of this while knowing who I am & telling me about it proves intentional neglect & deprivation of rights repetitively.

- 3/26/25 Today I finished a large section of proofreading this document that I've been working on for a few weeks & remembered that I was told the following details were going to be exact details that might occur as I was proofreading this exact 'court argument' section of this document over 1.5-3 decades ago during a conversation that I don't remember: I had sporadically typed out over 200 separate statements that needed reorganized into a logical order so I used separate keywords as bookmarks as I was rearranging them. I used 'blamb' as a keyword as I was scrolling through all of the points to keep my place as I was scrolling through them. I used 'zam' as a keyword to take me between the first & second section of my argument. I used the keyword 'sword-' to take me to the beginning of my argument. This made it so I could keep the find function open & scroll through my argument copy & pasting the statements into a logical order just by typing the keywords into the computer. Me using these specific keywords is a set of exact details that I was told would happen forever ago. Me using keywords to jump around while editing using the Microsoft Word & Wordpad word-processing programs is a trick I taught

myself while using the computer software during grade-school. This evidence document is now over 406,000 words & I remember somebody saying that it needed to be over 400,000 to make the cut otherwise they would've proven me incompetent. – Today my mind-control violator forcibly communicated the following message directly to my brain & the following exact details were all details that I then remembered being told would happen back then in my forgotten past: "& he is openly admitting it now". After that was communicated to me I thought & talked to myself for a while about that type of violation just happening to me again. I couldn't remember what the statement was supposed to be making reference to but had to consider the following potentials & each specific potential was another exact detail that I was told would happen long ago as well: 1) The mind-control technology violator is openly admitting to being guilty of forcing me to shoot my dog with the sling shot harder than I wanted to. 2) The authorities & elders guilty of intentionally neglecting me as I've been getting violated with mind-control technology are openly admitting their guilt. 3) The mind-control technology violator guilty of intentionally sabotaging me for the last 3 decades is now openly admitting their guilt. 4) The mind-control technology violator guilty of intentionally causing me physical injury & sicknesses is now openly admitting doing so. 5) The doctors are now openly admitting to unlawfully denying me the medicines that I need to function & be presentable. 6) Government leaders & representatives are openly admitting to corruption involved with my court case. 7) Somebody also told me that this potential was something that was going to happen in reality during a separate conversation with somebody else that I have forgotten also: The kids who all took turns kicking my head as I was held down both separate times at Warren High School are now openly admitting to attempting to murder me with mob action. I had to consider more potentials but my point is that they waste my time with harassment & the unrelated by forcing the necessity to stay prepared to properly represent myself in court. They regularly exploit me using my short & long-term memory loss & my loss of ability to cognitively multi-task against me.

- 3/27/25 I watched the Chicago Cubs season opener & after Ian Happ hit a homer & then caught one at the top of the fence I remembered being told that those details were going to happen 1.5-3 decades ago during a conversation that I don't remember. I was told Texas Tech was going to come back to beat Arkansas in the men's college basketball tournament in that same conversation & that's what happened as I watched it on split-screen just as they said. This happened as I thought of a dozen more statements that needed documented into the 'court-argument' & 'criminal-profile' sections of this evidence just as they said it would back in the same conversation as aforementioned. Using the word 'aforementioned' just now was another exact detail I'm just now remembering being told would happen as well. This happened after my mind-control violator communicated the following message directly to my brain & the exact message happening on this specific day with the rest of these details were more exact details they predicted would happen in those same conversations that my memory has lost: "I did need this". Whoever told me this was going to happen told me it would matter if one of the associated violators thought they "needed" to accept the reality associated with my court case & their involvement. – Within the last few days I texted my sisters & informed them that my skin cleared

up enough to be around the kids. The next day I woke up to my skin being broken out again & this happening is another exact detail I'm now remembering being told would happen long ago during a conversation that I don't remember.

- 3/28/25 My character was sabotaged all day today by a violator using mind-control technology to control my thoughts, actions & words & this happening today was another exact detail I'm now remembering being told would happen long ago during a conversation that I don't remember. Later in the night I had the men's NCAA basketball tournament on the tv & Huston beating Purdue on a last second inbounds play was another exact detail I later remembered being told would happen back then also. – Within the last couple of days my violator used mind-control technology to communicate the following message directly to my brain & this exact message was another exact detail that I'm now remembering being told would happen long ago during a conversation that I don't remember: "then I would want to hurt them". This statement made reference to a conversation from my past when I was told that specific unknown people made decisions that finalized the decision to willfully deprive me of justice & my rights for the past decade.

- 3/29/25 Today the following messages were sent directly to my brain by my mind-control technology violators & all of the messages were exact messages I was told would be in my future long ago during a conversation that I don't remember: "& I want nothing to do with you" (I don't remember what this was supposed to be making reference to). "it blew her away". I believe making reference to a lady working with the legal system being impressed with how much my document has been updated & grammatically corrected since first turning it in. Next was "They are going to get what they want" & this made reference to them mentioning to me that I had local people organized towards opposing my efforts as an inventor & attempting to get away with stripping my earned opportunities in an effort to gain individual popularity while benefitting themselves financially.  When I processed & took note that this detail actually happened & then remembered being told that it was going to happen over (I believe it was Morgan Ray who told me that if every single detail that they predicted that I have documented in this 'Alexis' section of the evidence didn't happen that I wouldn't be going to the Federal Supreme Court & if all of these details did happen that I would be going during a time that I didn't remember that I had a court case as a victim nor contributor) my violator communicated "in a bad way for them" & "it's the worst day of their lives" while making reference to whatever they told me about this supposed local coalition created in opposition of me. They then continued to force me to understand more of the following information unrelated to my life that they told me about in this same conversation that I don't remember long ago. "I see why you hate us… they get more than you". In this statement I believe they were making reference into a time during my forgotten past when I was forced to verbalize that somebody who has been forced to suffer far less damage, sickness & crime who has lost far less & who has contributed far less & who is a guilty criminal violator is getting more money to live on from the government that I do as the known victim & contributor that I always have been to the involved authorities who have had my mind under

surveillance since my early childhood. "I have nothing to do with Drew" is the next message they sent to my brain & I don't remember which Drew they were making reference to nor what they were talking about. I thought they were attempting to communicate something to me about Drew Johnson in that moment & that was another exact detail that I then remembered being told would happen also. "Then she is going to move away" is the next predicted message I was forced to understand & I don't remember who they were talking about when they said this. Their next message "she puked" was making reference to somebody accepting the facts of my court case & having to document evidence every day for almost an entire decade to fully prepare myself enough to provide the court a fair representation of me & my court case. The next message that was communicated directly to my brain was "then they are going to have to tell me that". This made reference to my mind-control technology violator claiming that they need an authority to tell them that it's illegal to violate innocent natural born United States citizens with brutal, ruthless & intentional physical, mental & sexual abuse & sabotage with the technology. Once I spent the time to note that fact had occurred onto my smartphone so that I could later document it into this evidence the next message to my brain stated "then I am going to commit suicide". After taking note to remember to document that fact my violator communicated "good call" just as I was told they would. The "good call" was said as if we were playing a game of poker. That conversation long ago told me that somebody would be considering committing suicide if my evidence progressed to this point. I believe Morgan told me a specific person might get suicidal but I don't remember for certain if it was her nor who was mentioned. These predicted events that I've continuously documented for years were predicted throughout several separate conversations with separate people & I don't remember any of the conversations & only some of the people. The continuous argument that I had to create in self-defense for myself fluctuates between these forgotten conversations & I don't remember what was said with what nor who said what nor do I remember anything until after it happens & I forget it quick while having to focus to process cognitively because of the loss of ability to multitask.

- 3/30/25 All of the following details were more exact details that I was told would happen 1.5-3 decades ago during a conversation that I don't remember: From the moment I woke up this morning I was getting violated by my violators that use technology to control my mind. While they had me under surveillance they intentionally sabotaged my character & personality by forcing me to rant about my anger with the local legal representatives & the Sheriff for neglecting me as I've been getting criminally violated for my entire life & wrongfully charging & punishing me. They forced me to say that I want to kill the Warren County Sheriff & State's Attorneys Siegel & McClintock for wrongfully charging me as I've been getting tortured & violated by one of our nation's worst criminals. This is something that they did to me the exact same way within the last few years that they are now further interrogating & making me clarify about. I had to spend the next several hours straightening out my spies & violators exactly as I did the first time. I had to straighten out the fact that I would only want to kill them & to go to war against their entire family if evidence proves them guilty of specific crimes that they are potentially guilty of & that otherwise I hope they get arrested & put in prison for their neglect &

obstruction of justice (if they are guilty). My talk with my interrogators included the fact that them getting to sabotage & damage me with their sabotage is their argument for court. Their argument is that it's cheaper for them to sabotage & wrongfully punish me than to respect me as the contributor & victim that I am. They do this while forcing me to be dependent on the justice system for justice & protection to make me be a less desirable male & potential husband/boyfriend. My violators did this to me as they were impersonating other kids from my childhood hoping to make me accuse specific people around my age of violating & controlling me with mind-control technology & this technique has been used against me on a regular basis for my entire life. – Later in the day I was cleaning my house with nitrile gloves on & had just rinsed the outside of the gloves clean when I made a couple of actions that I would have wanted to take the gloves off for & instead use my hands. My violators forced me to forget about the option to take my glove off for a brief moment & instead touch my tip of my glove to what I touched it with (they had me touch a bud & put it back into my clean stash & eat an oatmeal cookie with a napkin (but I touched the fridge & container when I wouldn't have wanted to)). I spent the next half hour debating if I had just rinsed the glove off with water prior to touching what I had & this entire incident is another set of exact details that I then remembered being told would happen 1.5-3 decades ago.

- 3/31/25 I was violated & tortured with mind-control technology all day again today & somebody probably told me the majority of the details associated with my torture would happen long ago but I don't remember. The following detail was another exact detail from today that I later remembered being told would happen today long ago during a conversation that I don't remember: The Chicago Cubs had a player hit for the cycle & demolished the A's.

- 4/1/25 I was violated & tortured with mind-control technology all day again today & somebody probably told me the majority of the details would happen long ago but I don't remember.

- 4/2/25 The following were more exact details that I'm now remembering being told would happen today long ago during a conversation that I don't remember: I received an email from the Illinois Attorney General telling me that they aren't accepting my case because they do not have the jurisdiction & I received no confirmation of 'due process' nor a 'pursuit of justice'. Val Kilmer died very recently & him dying as all of these details have been occurring & after I had been forced with mind-control technology to make a joke to myself about pretending to be his character in the movie 'The Salton Sea'. Throughout my past I've been forced to say "he or she was/is one of my best friends" quite often as my mind-control violator sabotages my personality. I finally realized today that my violator was making a joke about humans acting like bulldogs when we get severe enough brain injuries & about how they used to force me to act like a dog as they sabotaged me while making it appear as if I was suffering from the symptoms of brain injury. Me realizing this was the joke that was being made of me today was a detail I then remembered being told would happen long ago. My sister & mom just returned home from Florida's 'Walt Disney World'. All of the pictures my sister posted from the trip were more exact details that I was told would happen long ago. I had a talk with my interrogators about how my

mind-control violators made jokes about attempting to trick me into thinking we were making a tribute to the movie 'Fight Club' with they psychological battle I have been in for myself against them.

- 4/3/25 The following details were all more exact details that occurred today & after each happened I remembered being told each detail would happen 1.5-3 decades ago during a conversation that I don't remember: I placed & received my monthly order from Walmart.com. They gave me the wrong cookies & charged me for three bags of chocolate that I didn't receive. While using their website to inform one of their representatives about this mistake the chat associate stopped responding during my first attempt so I had to restart the chat. During my second attempt to use the chat I accidentally exited out of the chat & believe mind-control was used to force me to so more of my time was wasted because they told me that was going to happen back then. I was finally able to successfully communicate the information to them on the third attempt. – I'm remembering to document that within the last few months my personality suddenly changed to the crazy guy from the movie 'Braveheart' & I did his exact laugh just as somebody told me was going to happen 1.5-3 decades ago. I made a joke to myself about that happening today & realized that I didn't document it the first time & that all happening today was another set of exact details.

- 4/4/25 The following details were all more exact details that occurred today & after they happened I remembered being told each detail would happen 1.5-3 decades ago during a conversation that I don't remember: I was cleaning my house before needing to take off the deck on my lawn mower when Alex Ovechkin scored twice & tied Wayne Gretzky's career goals record against the Blackhawk's while Gretzky was in the audience. I checked Instagram & was shown a picture of a news lady who captioned her photo "The Yankees hitting 9 home runs on Saturday was my idea btw. I suggested that" just as I remembered being would happen. – The following communication was forced directly to my brain today with mind-control technology & each was another exact detail I later remembered being told would happen 1.5 decades ago by Morgan Ray: "she is very unwell now". "he is very unwell now". "she is very very very very unwell now". "he is very very very very unwell now". "That was the biggest mistake of their life". – I'm remembering to document that the following two incidents occurred while living at 304 South Scott Street here in Alexis: 1) I watched a movie called 'halflight' & then went to the bar called 'the cactus'. A person there (Paul Alverado) instantly made a comment to me about meeting him at the lighthouse. The lighthouse was the main focus for the movie & further proves to me that people get access to knowing what goes on in my privacy & what entertainment/education/ technological options I choose to view/use. This entire incident was another exact detail I was told would happen long ago by someone (I've forgotten who). 2) Some of my close friends are fans of Saturday Night Live & always have been. Throughout my life I never watched the show & the first time I tuned into watching it Halsey was on there & sang a song about being glad she had an abortion. I believe mind-control was used on me to force me to tune into watching it & to be disrespected (I was abortion porned while in a concussion-coma-

type mind state/stupor with Morgan Ray). This happening is something that I later remembered being told would happen long ago during a conversation that I don't remember.

- 4/5/25 My nephew, Cal, was supposed to have his birthday party tomorrow but my sister canceled because she is sick & this is another exact detail that I later remembered being told would happen around 15 years ago by Morgan Ray. I called 911 again today to report still getting criminally violated 100% of the time & was told a deputy would call me but I didn't receive a call. The following details from today were more exact details that I was told would happen long ago during a conversation that I don't remember (I believe with someone other than Morgan): Duke played Houston in the Final Four & blew their game-long lead at the end. Alex Ovechkin passed up an open-net opportunity to break the NHL record for most career goals. Paris Hilton Produced a true-crime podcast about the murder of 19-year old Daisy De La O & her friends using social media to track down her killer (I was told this was going to happen at least a decade before the murder occurred). – My violator communicated the following messages directly to my brain & they were more exact details that I was told would happen long ago: "that is more than they would have ever prepared for you". They said this making reference to preparing this evidence & they were reminding me that nobody within the justice system would've ever put this much work in on my court case. "that is more than they ever could have asked for from you" was the next message they sent to my brain but I don't know what they were referring to. "Then you have me proven insane". My violator said this because I have them proven criminals & because they wish that I had them proven insane instead. "It's the very worst day of his life" & "in the worst way" were making reference to someone (unknown) from my life who always has made false assumptions about my court case & is now proven wrong with my evidence. I know they were making reference to this because I remember that much of the forgotten conversation but don't remember enough of the details to be certain who they were talking about. "& he can have her". They said this making reference to one of the available women (I don't know who) from the area who they (unknowns) were considering introducing me to as a potential partner but who is in or going to be in relations with somebody else. A while ago my mind-control violator communicated "& I didn't know that you were planning on giving my family that much money" & "I will pick up your mower blades".

- 4/6/25 I read a news headline one the internet telling me that a young lady & her partner were out hiking having the best day of her life when a rock fell that landed on her head & killed her. I then went outside to see a truck that I've never seen before filling up my neighbor's trash dumpster & both details that I just documented were more exact details that I then remembered being told would happen long ago during a conversation that I don't remember. Whoever told me this was going to happen said it would make a difference to someone if they filled up the dumpster or only partially filled it. – My mind-control violator unlawfully communicated with & for me all day again today & the following were more exact details that I'm now remembering being told would happen long ago during a conversation that I don't remember:  They forced me to say something about somebody else smoking meth when I don't know that they do. They also

forced me to say "then you get to press charges on me" as they were talking to me with my own voice.

- 4/7/25 The following details were more exact details that occurred today & that I'm now remembering being told would happen 1.5-3 decades ago during a conversation that I don't remember: I went to the library to print my 'Writ of Certiorari' for the Federal Supreme Court. I bought a new ink cartridge for the library's printer & 800 pieces of paper to be able to do so. After printing close to half of my 600+ pages I realized that the lady did not replace the printer's ink with the new ink but I luckily caught it in time before wasting. My conversation with the librarian & her actions were all more exact details. I was there at around 3:30 & as I did everything I used their internet to update my laptop. The updates to my computer took around 5 hours & I had to leave my computer outside the building to finish updating because the library closed at 5. I then had to walk back to get my laptop later in the evening & ended up missing the first half of the NCAA basketball championship because of needing to wait for it to finish. I remember that whoever told me this was going to happen told me they were going to waste my time & make me miss the basketball game. I walked my dogs to the library to retrieve my laptop in the evening & the thoughts that crossed my mind while I was walking them around waiting for the download to finish along with the specific vehicles that drove by were more exact details that I was told would happen long ago. When I returned home I sent Google a suggestion to make it possible to be able to send an email to a text message recipient (so that you can send family members online shopping receipts) & doing so was another detail. At the end of my night I sent emails with the updated version of this evidence to all of the authorities again.

- 4/8/25 The following details that occurred today were all more exact details that I then remembered being told would happen long ago during a conversation that I don't remember: My sister told me that my nephew pulled his quad so he couldn't run for his track team. I thought I saw her drive by earlier in the day & called her. That happening & her exact response were more exact details. Tonight I watched the US Women's National Soccer Team play Brazil & while watching it I realized several of the details from the game & broadcast were all more exact details that I'm now remembering being told would happen long ago: They showed a guy in the stands who looked like the Sheriff of my county & he was smiling. Whoever told me this was going to happen told me that it would matter if he was smiling or looked upset or something along those lines. There was a replay of a play from my childhood during the game when one of our players pushed the opposing team's player away from her as they were tangled on the ground after a whistle. The play where our player had her head bumped fairly lightly but had to go through concussion protocol was another detail I remember being told would happen. During the game they showed the stadiums taco truck & whoever told me that this was going to happen said that if they showed me the taco truck that it meant that they would've let me eat or that they would only allow me to eat concession-type food & not restaurant-type or home-cooking. During the game my mind-control violator communicated the following messages directly to my brain without my permission & the information was all making reference to another one of these

conversations that they had with me from my past but I don't remember: "he called the cops" & "she called the cops". They communicated with me all day & night as they always do. – I'm remembering to document that the deaths of actors Chadwick Boseman & Michael Kenneth Williams were both details that I remembered being told would happen 1-3 decades before they did during a conversation that I don't remember & I didn't remember being told this until years after their deaths.

- 4/9/25 Today I went to update this evidence on my social media account on Instagram.com & noticed that when clicking on any of my posts that the website intentionally blacks the information out. While doing this I was shown an advertisement for a new hair trimmer & the person in the advertisement showed me their ball-sack. Both of these details occurring were more exact details that I'm now remembering being told would happen long ago during a conversation that I don't remember. – I'm remembering to document that me sending a text to my sister about one of the incidents in this testimony involving her while she was on her Walt Disney World vacation last month was another exact detail that I later remembered being told would happen 1.5-3 decades ago.

- 4/10/25 The following details from today are all more exact details that I was told would happen long ago during a conversation that I don't remember: I saw a news video of an autistic teenage male who was shot by police. I had an appointment with the podiatrist in Galesburg & Warren County Transportation took me to & from. I was told that my ride would be here at 10 am so I was outside waiting for my ride shortly before 10. I didn't have time to brush my teeth & was only able to use mouthwash before going outside to wait for the bus but the bus didn't end up showing up until just before 11. When I got to the office the secretary asked me to come back 3 hours later so the doctor could go to lunch but when I told them I was there on public transportation & that I couldn't get a ride home they told me he attempt to make time to see me. My conversation & interactions with the nurse were word-for-word & exactly as I was told it would be. When I saw the doctor, he seemed to have completely ignored everything that I told the nurse & said he said he didn't see ingrown nails nor infection despite my toenails being ingrown & infected. He also said that he didn't recommend removing my toe nails & that my skin breaking out has nothing to do with my toenails regardless of the fact that every time I don't trim my toenails my skin breaks out. Initially I didn't argue & left the office but public transportation informed me that they wouldn't be there to pick me up for 2.5 more hours so I asked if he would remove my pinky nail that had a hole in it & infection growing out of it. Luckily for me he did remove it. I remember being told that they were going to force me to do this while reminding me with mind-control that they only wanted me to remove one infected nail at a time (instead of all 3 at once) so the healing process was better. On the bus ride home I drove past a certain person from Alexis (Ryan Bertelsen) working & we dropped of a high school classmate of mine's father. Also on the ride home we dropped off a guy around my age who was on his phone using a video chat. Whoever told me this was going to happen said that he was going to be on his phone for protection because of some fear involving me (I don't remember

details). I had to ride from Galesburg to Monmouth then on to Alexis. Whoever told me this was going to happen was attempting to tell me that the man we dropped off was in on a plot to exploit or steal from me.

- 4/11/25 I saw a news article about a helicopter in New York crashing & killing a family of 5. I believe this is another detail that I was told would happen long ago during a conversation that I don't remember but I'm uncertain. Also, today I listened to Ian Happ's (Chicago Cubs baseball player) podcast & him not getting invited to his podcast partner's wedding & the same partner not going to his party were both more exact details I then remembered being told that I would hear on today's podcast long ago during one of these forgotten conversations. Later in the evening my violator told me "& I would kill you" & this also was something I then remembered being told would happen long ago.

- 4/12/25 Today I went to my nephew's belated birthday party & the following details were all exact details that I then remembered being told would happen 1.5-3 decades ago during a forgotten conversation: When I first entered the house we attempted to get 'The Masters' on the television but couldn't because the cable was recently canceled. Our conversation about that was exactly as they said it would be & it ended with me telling Eric about the antennas newest design being sold cheap at Wal-Mart (Dave is a Walton) as I was being sabotaged & controlled with technology. During that time my niece asked me why I use a smartphone stylus & when I told her I used it because its cleaner she responded that is genius exactly as I was told she would back then. The next conversation was with my niece & she told me that she made a "friend with the wall because the wall is nice". My other niece turned frustrated with my youngest nephew for going into her room. Soon after I caught my youngest nephew half way down the stairs to the concrete basement carrying two separate toys that were each almost half the size of him. Downstairs I attempted to keep my eye on the 4 youngest kids. Me helping Tucker on his pullup & the girls conversation including "juicy butt-cheeks" before I played them in ping pong & forgot about Cal until he rode a train down a ramp nearly into the ping-pong table as we were playing & then catching him as he was half way back up the stairs were more details that occurred as said whoever said would long ago. I then played catch with my nephew & all of the details from our time together went exactly as they said it would including the t-shirt he was wearing about being "all-in", me saying "we connected", me speaking to him in a tone that I wouldn't have if able to not as I was talking to him about exercising, my mind-control violator communicating the following message directly to my brain as we were playing catch "she puked", "like it was nothing", me throwing a ball that he caught that almost lead him into the garage & another into the tree & the fact that he still seems hurt were all more details that I remembered being told would happen back then also. After he caught the ball just before the rock-bed surrounding the garage we went around front to see what the kids were up to & he transformed Cal's remote-control transformer exactly as I remembered being told he would. At some point before we left my mom informed us that one of her cousins lives in Augusta, Georgia & her telling us this was another exact detail I then remembered being told would happen long

ago. While typing this I had to remind my interrogators that I knew that Cal was on a padded portion of the concrete & with his older cousin Tucker (who had just turned 5) while I was playing ping-pong just as they said I would. Other than further proving benign neglect from my surroundings I'm documenting these details to prove that mind-control is still being used to violate us. I'm uncertain when they are being violated or exploited but the potential for both is always certain so enough preparedness to prove the case is necessary.

- 4/15/25 Today I was once again interrogated with mind-control technology all day about times throughout my past when I was being intentionally sabotaged with the technology. After my injuries knocked me near mindless, I instinctively began assuming that everyone was completely aware that the weapon was being used to violate me 100% of the time. The day was exact detail after exact detail that I remembered being told would happen 1.5-3 decades ago during conversation that I still don't remember. I planted grass as the wind was blowing enough to make it a fight. While outside I did some strength training in my garage & thought of a potential title for one of my kids books "Start Your Engines". I had to have a talk with my interrogators about how I am waiting to settle with court before starting on the book or as a contributor to eliminate my violators opportunity to sabotage my efforts. While having this talk I remembered my childhood idea to invest in the creation of a computer program that allows the user to simply design vehicles, planes, helicopters, ambulances, fire-response, trains, ag & construction equipment, boats, ocean-vessels, submarines, recreational vehicles, production machines or organize the restoration, modification & maintenance to any vehicle that has already been designed or produced. My talk with my interrogators included the fact that as I thought of the plan for this computer software I immediately realized that I probably wouldn't get to claim this design myself because computer diagnostics tests already existed for vehicles. My mind-control violator communicated the following messages to my brain throughout the day & they were all details I was told would happen back then: "she ignored you". "& I got everything wrote down". "she pressed charges for you". "they are going to prison". I don't remember what or who these messages were supposed to be making reference to & was forced to spend time imagining potentials for the sake of my sanity.

- 4/16/25 Today I checked my phone to see a news story about my relative, Aaron Gavin (the Aaron involved in this evidence) going to Washington D.C. with the city of Galesburg & then I was violated with mind-control & forced to rant about being continuously violated, sabotaged, slandered, wrongfully charged & imprisoned, etc. as the violators from my surroundings are all living better lives despite the fact that I should've earned much better for myself. This happening was another exact detail that I was told would happen 1.5-3 decades ago & my entire day was once again destroyed because of my criminal violators. – I watched the Chicago Bulls playoff game & during the broadcast a lady was interviewed who almost started crying. This happened as I was being forced to talk to my interrogators in self-defense & these details were more exact details that I then remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember. – I'm remembering to document that the news article I recently read about

with the woman killing her partner & then molesting his body was another exact detail I was told would happen around 15 years ago by Morgan Ray. I believe she told me if that didn't happen that I wouldn't be getting to go to court. I'm also remembering to document that when I received my online cannabis order that my mind-control violator communicated the following message to me & it was another exact detail that I later remembered being told would happen long ago during a conversation that I don't remember "I took a couple grams out".

- 4/17/25 The following details occurred today & afterwards I remembered being told each would happen 1.5-3 decades ago during a conversation that I don't remember: I texted my sister asking her to possibly remind my niece to be kind to my youngest nephew because of the brief frustration I witnessed her show towards him. Hayley Joel Osment was arrested at a ski resort. The last time I proofread this document I caught a mistake that I had mistyped in my statement involving the correlations between my life, Mick Kaywood & the Dicaprio movies that I've been shown. Today I remembered being told that I'd correct this exact statement from this evidence when I did back then & remembering & documenting this today was another exact detail I was told would happen back then as well. Almost every one of the many corrections that I've made to this document throughout its development through the extra proofreading stages that my brain damage creates has been more exact details that I'm now remembering being told would happen long ago during one of the forgotten conversations of my past. I was once again violated, controlled, sabotaged & interrogated with mind-control technology for every waking moment. The following communication was forced directly to my brain & each message was another exact detail that I was told would happen in my past: "I strongly dislike you". "I will take you to that airport". "I 100% agree with you now". "He is unwell now". "She is unwell now". "They are unwell now". I have regularly missed my opportunity to document more evidence but constantly attempt to note enough to remain prepared for court. – Throughout the past couple weeks every time that I've turned on the tv it's been some sort of reference to my court case or to what was just said in my privacy or other unexpected inclusion or harassment that I was told about 1.5-3 decades ago during my forgotten past (CNN, Kelly Clarkson, the news, poker, sports, the movie channels). – A news article on my phone reminded me that they are considering putting an underwater tunnel for a train to travel between the United States & London. I was told this around 20 years ago & tonight I was reminded of my suggestion for their plan would be to build a floating bridge across the Atlantic. We could build however many floating structures that it takes & connect them with the bridge's materials. I am wondering if he (Musk) said this in an effort to direct me towards thinking of this design-concept attempting to include me in being able to assist in redesigning the future.

- 4/18/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: Before I got out of bed this morning a series of actions took place that led to me testing an erection that resulted in me needing to get up to use the toilet in a matter of seconds. Immediately afterwards my mind-control violator communicated the following message directly

to my brain "that was the worst insult they could give you". The Chicago Cubs played a game where the wind was blowing out & over 20 runs were scored (they told me the wind would be blowing out & that a bunch of runs should get scored). Later in the day a man walked his two dogs by the house without leashes on them. When I attempted to watch the Chicago Stars soccer game Marquee Sports Network told me to download their app to watch it on my phone because it wasn't on tv & when I downloaded the app it wasn't on the app either. Tonight I made a joke to myself about how I'm almost raised from the dead like Jesus after Good Friday now that I have my evidence completed to this point after being murder-attempted several times. My mind-control violator communicated the following messages directly to my brain "& I never want to see you again" & "she read it & it broke her heart & it did not damage her". Mind-control technology was used to violate me every waking moment of today as well.

- 4/20/25 I experienced the same thing this morning that I did in my previous statement. I gave myself an erection & immediately forced to ejaculate. As this happened my mind-control violator said "that proves it, more than you know" directly to my brain. My violator also communicated the following messages to me & all of these details collectively are more exact details that I was told would happen long ago during a conversation that I don't remember that was under surveillance: "then you have them proven insane", "he is the worst person they have ever met", "then I am never aloud to contact you again", "& I would way rather be with him", "then I very, very, very, very, very much deserve my ass kicked", & "they are swallowing now". "can I come over & smoke?" I don't remember what these messages were supposed to be making reference to.

- 4/21/25 The pope died today & I noticed that two of my washcloths went missing. Both of these were more exact details that I'm now remembering being told would happen today 1.5-3 decades ago during a conversation that I don't remember. I was interrogated & violated with mind-control all day again today & the following directly communicated messages were more exact details (& there were many more details that I didn't get documented) "that was the worst mistake of his life", "& I walked in & called you a bitch" (I don't remember what either of these were supposed to be making reference to. I checked my sister's Facebook post to realize that Morgan Ray (the woman in this evidence) posted on my sister's account. I blocked her & shut off my Facebook & then the following message was communicated directly to my brain "then I am in trouble now". After this happened I remember being told by whoever told me this was going to happen that one of the violators associated with my case (I don't remember who) wasn't going to get in trouble until I blocked her without looking at her account. – I'm remembering to document that somebody (who I have forgotten the identity of) other than Brian Johnson (the twin brother to the Billy Johnson involved in this evidence) told me that he was considering murdering me with a gun while I was out on a run in Alexis. Whoever told me this said if he thought I was considering pursuing adultery with any women from this town that he was going to kill me & that if I found a bullet while on a run after seeing his wife on a run that it was supposed to mean something for the threat to my life. I found the bullet on the run &

remembered being told this as I found it. – I'm remembering to document that me initially having my testimony involving my mom & her new husband kicking me out of the house & making me homeless documented incorrectly for the first few years of this evidence's creation & then me correcting it when I did was another exact detail that I'm now remembering being told would happen long ago during a conversation that I don't remember.

- 4/22/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: I received the 'Writ of Certiorari' that I sent the Federal Supreme Court back in the mail because I didn't ask it a question & told them I deserve my court date as a *matter of right*. I then called the court & attempted to tell them that they do owe me a fair day in court as the serial victim of our nation's highest crimes but the lady told me that I have to present a question to the court for them to consider. After this call it started storming & thundering. I then called 911 once again to report being violated & intentionally neglected. The lady I spoke to sounded exactly like the lady who answers the phone for McClintock Law in Monmouth & she told me a deputy would be calling me but nobody called just like the last time I called. The Chicago Cubs played the Dodgers & won a slugfest in extra innings with people dressed as the "Blues Brothers" in the front row behind the plate. Several of the details from this game were all details that I was told would happen during this game: the cubs gave up 3 runs in the first & topped their effort in the bottom of the first with 5 of their own. Pete Crow-Armstrong had a blooping double & a home run. Happ had the game winning hit & after the game Swanson jumped on his back. The following messages were all exact messages that were communicated directly to my brain that I was told would happen back then also: "This one is going on the internet". This message was supposedly supposed to be about somebody spying on me & putting the video surveillance on the internet. "That's all he needed to hear". This message was supposedly supposed to be about somebody listening to the 911 call that I made & their personal affirmation. "They are going to proudly send it back". This message was making reference to the Federal Supreme Court is supposedly going to send my case back to the Court of Appeals or District Court. Tonight I checked Facebook & saw a post from the Knox County Sheriff's Department showing a 13-year-old with terminal cancer getting his dream of becoming a police officer. As I viewed the post I suddenly received a message asking how the department could help me. – The Chicago Cubs pitcher Justin Steel had a season ending injury & this is another detail that I then remembered being told would happen. - I was violated, interrogated, sabotaged & belittled with mind-control technology all day again today.

- 4/23/25 I checked my Facebook today & saw a post of a guy showing his "dope" new baseball card while wearing a Chicago Bulls championship hat from the early 90s & this is another exact detail that I was told would be happening long ago during a conversation that I don't remember. – Within the last week or so I saw a news story on CNN about people getting shot at Florida State University & they were interviewing a young blonde lady that looked just like I used to appear when I was a kid & this was another exact detail that I later remembered being told would

happen long ago during a conversation that I don't remember. – I recently bought a new set of mower blades for my riding lawn mower & the blades not being sharp enough is another detail that I was told would happen long ago. – I recently balled up some paper towel & taped it to my toilet so that I couldn't accidentally slam my toilet seat open. I then remembered that this was something that I did during my childhood & that somebody told me that if I didn't have this done to my toilet by "the next time they were back in my house (with mind-control)" that it would mean something for my court case. During my childhood, when I did this, somebody then came to me & said "that was my idea (to do that to the toilet)". – Within the last week or so I experienced another incident that I was told would happen long ago: When I first move in to this home last August my dog pen was littered with these 3-8" worms with black dots that are about as thick as an adult human's finger. I had to spend hours removing every worm out of the dogs' fenced in area so that they wouldn't eat them & get sick. I suddenly started worrying that they would be up & out in the dog pen again because of the weather shift & the next day there was one of them sticking on my kitchen window. I went outside & searched but didn't find any & then remembered somebody saying that they were going to stick one on my window.

- 4/24/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: My bank called me claiming they needed to ask me about the dispute going on with my account & Walmart overcharging me & then refunding me the wrong amount. The question they asked me had nothing to do with my dispute & during the call my mind-control violator forced me to say "then they are brainless" to myself but so that they could've heard it. Immediately after the call my personality turned into Patrick Gavin (who is involved in this evidence & who works at the bank). I then went outside & found a marijuana plant growing that I didn't plant. While I was outside I went & weed-wacked my neighbors because they don't have a weed-wacker & because they live right across from the only gas station in town. While walking over to complete the work three guys started arguing at the gas station. As they were arguing I found a $20 bill in the grass & it appeared as if my nephew hoverboarded there to pick up a pizza (my vision is so poor that I couldn't tell if it was him or not). I checked my Facebook & was shown a video of a guy from the south who sells crawfish & the details of the video were all more exact details that I was told I'd be witnessing today. I had an onlyfans.com account to check to see what one of the Instagram models who seemed to be attempting to communicate towards me was doing with only-fans & decided to delete the account. As I was logged on to delete the account that model had a message on her page saying "I hope you enjoyed my account" & this being put on there before & as I was deleting my account was another exact detail. I recorded & watched a movie called 'American Psycho 2' because I thought that I had never seen it before but at the very end of the movie I realized that I watched it a few years ago. Me not remembering if I had watched it before was another exact detail that I then remembered being told would happen.

- 4/25/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: I usually don't fall asleep until between 3-6 a.m. & I woke up at a time so that I needed to hustle to be able to make it to the post office before it closed at 3 to mail my writ back to the Supreme Court. When I woke up I realized that one of my dogs had vomited all over so I had to clean everything up beforehand. At the post office a guy walked in attempting to mail his checks & the envelopes that he wanted were sold out & the employee asked me if the address that was computer typed was what it said just as I then remembered being told would happen back then. Afterwards I walked home & went in the gas station for a moment. The gas station employee gave me 50 cents to use the air pump a couple weeks ago so I left a dollar where only one of their employees would find it because I didn't want to have to talk or explain or argue because of how mentally unwell I currently am & because my violators have sabotaged me every time that I've attempted to communicate for longer than what I can remember. When I returned home my mind-control violator communicated the following message to me exactly as I then remembered being told they would back then: "he agrees that they should be arrested today." – I was violated & interrogated with mind-control all day again today. My violator repetitively attempts to convince me that they are my father. – I watched the movie 'Air' & the line in the movie when Jordan's agent tells Damon that he is going to kill him & fuck his eyeball socket & the line when "everyone has herpes" gets said are more exact details I then remembered being told would happen long ago.

- 4/26/25 I was violated with mind-control every waking moment of today. I checked Facebook & noticed that my sister posted a video of my nieces & nephew being kept outside in a cardboard box which was another exact detail I then remembered being told would happen today long ago during a conversation that I don't remember. Later in the night I checked social media & was provided a website to buy the medicines that I need to function without a prescription & could hear my neighbor singing just as I then remembered being told would happen back in one of those forgotten conversations. – I'm remembering to document that the Chicago Cubs third basemen Gage Workmen making an error last week & then getting traded the next day was another exact detail that I was told would happen 1.5-3 decades ago during a conversation that I don't remember. – I'm remembering to document that within the last week the following details occurred & they were all more exact details that I was told would happen 1.5-3 decades ago: I was forced to ejaculate a tiny drop of sperm while being reminded of a time when I was forced to witness somebody being sexual with somebody else & then my mind-control violator communicated the following message to me through my own voice "& that does further prove your point to me". – I'm remembering to document that while living on Scott Street here in Alexis there was two separate times when I bought frozen chicken & attempted to cook it in the stove. Both times I attempted to bake the chicken it smoked up the entire house & I had to spend hours airing out the house & cleaning everything to rid the place of the smoke & smell. Each time I bought the chicken I thought I was getting a deal. The second time I bought it I forgot that it smoked the house out the first time & this happening was another exact detail that I'm now

remembering being told would happen long ago during one of those forgotten conversations. – Morgan Ray told me that if Alex Ovechkin didn't need a new phone that I wouldn't be allowed to go to court & within the last few days I saw a Verizon commercial showing Ovechkin breaking a phone & saying that now he needs a new phone.

- 4/27/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: I woke up to my mind-control violator telling me that they started working on designing one of my inventions. I looked out the window while eating breakfast & saw a guy walking by with yellow knee-high socks. The neighbors were outside working in their yard today. A lady walked by with a pink tank-top on. Whoever told me this was going to happen said something about if the lady walked by in a pink tank top that it was supposed to mean something. Later in the night another guy walked by with his 2 dogs not on a leash & I remember being told that if he couldn't walk his dogs past my house without them on a leash that it was supposed to mean something. At the end of the night I was shown a news story saying the Supreme Court is not going to hear my case & another selfish segment by one of the anchorwomen that I'm being harassed with regularly named Morgan Ottier. After seeing this my personality was sabotaged & I was forced to say "yuk, yuk, yuk" because of how I continue to get treated by authorities & media just as I then remembered being told that I would be. I was tortured with mind-control all day again today. – While living in Alexis I finally remembered to tell my mother about her drinking the chew spit that she drank a couple decades ago & me not being allowed to remember & tell her until I did was another exact detail that I'm now remembering being told would happen long ago.

- 4/28/25 I called my bank to verify that they received my email about their wrong decision involving my Walmart purchases that I was told they would make long ago & my request to turn my evidence into their fraud department. The lady confirmed that she turned this evidence into the bank's fraud department. Later in the night I noticed that more of this evidence was deleted by a criminal. They deleted the my statement about being forced to kiss the bartender at Market Alley just as I'm now remembering being told that they would. The following details from today were more exact details that I was told would happen 1.5-3 decades ago: I called Clark Law in Monmouth to verify that they received my email about being the serial victim to our nation's highest crimes & the exact response I was provided was the exact response that I then remembered being told would happen 1.5-3 decades ago "We received it 2 weeks ago, you're doing good". They didn't speak one word about a pursuit of justice nor due process for me. I was shown a news article on the internet about a father who slit a mother's throat who was fought off the mother by his 10-year-old daughter who also got her siblings to safety while doing so. This news article is something Morgan Ray told me would have to happen if I was going to get a fair day in court. At the end of the night I decided to add the United States Code involving slavery to the list of crimes I've been violated with since I'm being forced to prepare myself for court while getting intentionally violated & intentionally neglected under blatant surveillance & because I'm

being forced to do work that I should be able to afford to not have to do. Me adding this tonight was another detail I remember being told would happen today.

- 4/29/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: I emailed the Illinois Attorney General back because their response proved to me that they never processed my complaint. I saw a news article about four kids dying in Chatham, IL because somebody drove their vehicle into the building & this is something I was told would happen long ago (I think by Morgan Ray but I'm uncertain). I also noticed that the last message I sent to Drew Robertson (violator in this evidence) was a message where I forgot about the majority of the evidence involved. Me forgetting the majority of the evidence then messaging him with my blank mind then realizing it today & sending him the correct message was a set of details I was told would happen long ago as well. In the message I told him that he was a chump & then remember someone saying "ya, I'd call him a chump too" 1.5-3 decades ago. While watching the Cubs game they showed a kid who was born during the Cubs sweep of the Dodgers & they said the only way Drew would be accepting the facts of this evidence was if I sent the message to him as this newborn was being shown on tv after the Cubs swept the Dodgers. I watched the show 'Castle Impossible' on HGTV & the entire script was exact details that I was told would happen long ago by Morgan Ray. The Yankees hitting 3 home runs back-to-back-to-back to start the game & then Bellinger hitting a 'belly bomb' was another set of exact details. The NHL playoff game going into overtime & the offsides call at the end of the 3rd period was another set of details including the man fan that they showed dancing while showing the highlights of the game. While watching Sportscenter I saw that after the Pacers vs. Bucks playoff game one of the Pacers player's father went onto the court & harassed the Bucks player named Gianis. When this happened a blonde cheerleader jumped up & down next to him & in his interview he said 'snitches get stiches'. Whoever told me that was going to happen told me that this was something they agreed to let happen beforehand & the Bucks player only agreed to let it happen if the blonde would jump up & down next to him after he recorded a triple double. Throughout the day I was violated with mind-control all day again today & the following messages that were sent directly to my brain were the details that I remembered being told would happen long ago: "you're dead to me" & "they've watched it a couple times now". Whoever said these were going to happen said that if I was dead to them then they wouldn't be allowing something to happen with my court case & the other message was making reference to people watching my childhood football replays when I was gang violated. At the very end of the night I had the tv on to the movie called 'Minority Report' (which was seemingly made to harass me about how I was murdered with the merry-go-round while introducing mind-control to the public) & experienced the 2nd healthier-feeling erection that I've had in over 2 decades & this was another exact detail that I then remembered being told would happen back then as well. – I'm remembering to document that sometime since living in Alexis I was forced to go to my bank to get a new debit card because fraud was supposedly detected & the fraud that was detected was another exact detail that I was told would happen 1.5-3 decades prior. When I went

to the bank I took my knife with me in case I was attacked by one of the violators working at the bank & Jay Grant walked by me & both of these details were more details that I was told would happen. – I'm remembering to document that within the last year Jason Alderson (involved in this evidence) messaged me & I sent him this evidence as an explanation & these details were more details that I'm now remembering being told would happen back in one of these forgotten conversations also. – I'm remembering to document that a trespasser causing a ruckus outside my house after I found out about the death of the Youngquist parents was another exact detail that I'm now remembering being told would happen long ago.

- 4/30/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: The Monmouth Police Officer named J Kramer was arrested for domestic violence. The Chicago Cubs TV Broadcaster nicknamed 'Boog' was sick & whoever told me that this was going to happen told me that he was going to be sick if I expected anything better than the treatment that I am receiving. While watching the Cubs game a man fell out of the bleachers onto the field hurt. I was violated, tortured, controlled & interrogated with mind-control technology every waking moment of the day again today & the following messages were more exact details that I then remembered being told would happen long ago: "you don't deserve medicine", "she's sticking up for you now" & "I am Candis". – I'm remembering to document Morgan Ray told me that if all of these documented details that I was told would happen long ago didn't happen as I was preparing this document that I would not get to go to court as the victim that I am.

- 5/1/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: I had to pause my DirecTV account because of needing to save some money for priorities & while doing so the chat I was having with the DirecTV agent closed automatically. When our chat ended the agent put a couple of hearts with her message. The specific granola bars that I am attempting to buy for this month from Walmart being out of stock is another exact detail that I'm now remembering being told would happen today. While getting out of bed this morning I was flexing myself for exercise when suddenly I specific image of a specific person's appearance crossed my mind & I was forced to stroke myself & ejaculate just as I was told would happen & immediately afterwards my violator said the following to me with my own voice "let's get to work" just as they said they would. A couple days ago I stabbed a cyst that is on my back with my pocket knife & today I squeezed what appeared to be a worm out of it that was disgusting. Whoever told me this was going to happen said something about if they just made me do something that I didn't want to do that was disgusting that it supposedly meant something for my court case or something along those lines. I sent in an application to the Guiness Book of World Records for the following records: most head injured, victim being exploited out of the most, most intentionally neglected victim, person alive who has contributed the most inventions, person alive with brain damage that has contributed the most inventions. While turning in the application it wouldn't accept my payment & then it wouldn't process my

payment & finally processed it when I started to email them just as I then remembered being told that it would. While I was doing all of this my violator was sabotaging me with mind-control & made me say the following just as I then remembered being told that they would: "I'm going to drink a 6-pack to celebrate my records, mom". On my walk to the gas station to buy the 6 pack my violator used mind control to force me to sing a song to myself that somebody who annoyed me in my childhood sang just as I then remembered being told they would "little bunny foo foo". Before I did that my violator reminded me that "I told them to keep the beer" just as I remembered being told they would tell me back then. I then came home & cleaned my house while listening to my violator run my mouth nonstop just as they have been doing for over 8 years now & all of the details from this were more exact details that I then remembered being told would happen back then including me being forced to talk about my anger with Galesburg Police officer Lane Mings & how I'm seeking life & death sentences for the local authorities who have went along with intentionally violating & neglecting me. The conversation ended with how I could stack these corrupt authorities ten feet tall & have a 'slam dunk contest' just as they (I can't remember who) said it would end back then.

- 5/2/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: I started my day by placing my monthly Walmart.com order so that I can have food & cleaning supplies for the month & forgot to buy donuts & milk. When the order arrived I didn't receive my socks, my Tyson chicken patties were replaced with no-good ones, the steaks that I ordered (that I was just forced to complain about how they were the first good steaks that I've had in decades that reminded me of the steaks I used to eat during my childhood exactly as I was told that I'd be forced to complain about today) were sold out, the entire order was altered to only provide me one pack of toilet paper instead of the ten that I actually ordered & a lady delivered the items & only scanned a barcode instead of taking a picture like the rest of the delivery drivers did (all exact details). I received a spam email from a 'Chris Fredrickson' attempting to converse with me while pretending to be the Alexis Police Officer named Chris Fredrickson so I sent her a Facebook message to confirm that it wasn't her & was spam. I checked my phone's 'Pinterest' app & was shown something from 'Davis Agricultural Engineering' or something similar & this was another exact detail that I was told would happen today (I emailed my old classmate/friend Tara Farley now Tara Davis about my situation & my ideas that could help her & her husband improve their company within the last couple years & that was another detail that I was told would happen long ago (they have a successful company in Kansas City (Cicada Co. & have been on tv). The same app had another detailed post that I was told would happen back then in the same conversation & it showed me some turning gears & said "cry about it". After seeing this my mind-control violator said "he would hire you" & this was another detail. While weedwacking my dogs go insane & attempting to train one of them I whipped their snout for a second with the sting-eater & this was another detail. After this my mind-control violator said "& I'd never give you a beer again" just as I then remembered being told would happen along with all of these details. When I finished weedwacking my yard I went

into my garage & lifted my weights in there & punched my punching bag. While in there a bird flew in & I couldn't get it out with my broom so I went inside & got my slingshot & shot it until I got it out. I didn't kill the bird & my violator said the following to me just as I then remembered being told that they would long ago "you should have shot it harder". After getting done in the garage I went to the post office & retrieved my mail around 7 pm. When I returned home I opened the letter from the Knox County Court & it told me that I have to be at my court date on Monday at 9am in person when they previously told me that I could appear using zoom from my smartphone at home & this is another exact detail that I then remembered being told would happen back then. When they unlawfully stole my license & vehicle it forces me to use Warren County's Public Transportation as my ride that needs 24 hour notice to schedule a ride to Galesburg & they are not open until 8am on Monday so I will not be able to get to court. I then had to send three separate emails to the Disability Coordinator & State's Attorneys to represent myself properly just as I was told that I would (the first to tell them about not being able to get there because of the insufficient notice they just sent me, the second to further explain about my court case & situation & the third because I noticed the conflicts of interest with the representatives they are attempting to involve with my case). I have regularly been using an app on my phone to listen to the Chicago Cubs broadcasts on am radio's 670 'the score'. When I attempted to listen to tonight's game my radio suddenly told me that I'm outside the broadcast area & cannot listen to the game (another detail told would happen back then) so I had to send their website an email asking how to regain my ability to listen because I just had to pause my TV provider subscription because of not being able to afford to get my nieces & nephews gifts for their birthdays & Christmas otherwise. I was violated with mind-control technology all day again today & the following was another one of the messages that I then remembered being told would get communicated to me long ago: "then pay to fuel it yourself". I don't know what this was supposed to be making reference to.

- 5/3/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: After waking up I checked the news on my phone & saw a news article about the city of Galesburg naming Nick Morrisey the their 'firefighter of the year' for saving a person's life in 2024. This is somebody who Morgan Ray was having sex with as I was getting raped with her & somebody told me that he was going to get an award for doing this around 11-13 years prior. I also read a news article about poker pro Tom Dwan going to a psych ward & making specific posts on social media from his imprisonment that I was told would happen long ago. I then had to walk to the gas station to buy a gallon of milk & the milk tasted sour immediately (another exact detail that I was told would happen). Whoever told me that they were going to make me forget to buy the milk from Walmart's delivery told me that they thought that I could start buying my milk from there instead. My sister Brooke texted me & asked how I am doing & after my response to her not being positive my mind-control violator communicated the following message to me & it was another exact detail: "& that is going to hurt that little girl". I turned on the tv during the Kentucky Derby & the following details were all more exact details that I was

told would happen while I'd be watching this: the blonde & the lady they showed after her would make an L with her finger (for loser). A man would stand there and smoke a cigar as the tv announcer was talking. The two broadcasters would pick "the same horse" to win. My mind-control violator would communicate the following messages to me: "you just proved him corrupt", "get fucked, in a bad way", "then I deserve hurt", "then I'd be seeking the death sentence", "I don't like either one of you anymore" & "you would have to get your dick hard like that to make me moan". They also told me that I'd be talking to myself & interrogators about being upset with not being able to respectfully communicate with somebody who married one of the women from this evidence before they married. – I'm remembering to document that within the last week or so my violator communicated the following message to me & it was another exact detail that I was told would happen long ago: "I'd be cutting your tongue out".

- 5/4/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: The news told me a 'Boosie Badazz' concert in Moline, IL had gunshots fired at it. I was shown a news article about a Lamborghini yacht full of influencers wrecking in the ocean & 32 people had to be rescued. While mowing the neighbors abandoned yard my lawn mower blade fell off. I watched American Idol & saw somebody who supposedly won the show & is going back on tour who doesn't have a good voice. The Chicago Cubs players Kyle Tucker & Shota Iminaga got hurt.  I was shown a news article about an inventor designing a boat & airplane combo. I posted on twitter/x.com that I applied for some records with the Guiness Book of World Records. I checked Instagram & was shown Brenna Kessinger Potash (a person in this evidence) as a suggestion for a profile to look at so I clicked on it & all of the pictures that I witnessed were more details I then remembered being told that I'd be looking at long ago.  I was violated, tortured & interrogated with mind-control all day again today & the following messages were sent directly to my brain & they were all exact details I then remembered being told would happen long ago: "I would never let you function like that again". "& I am unwell man". "you shouldn't have cursed us". "you are under surveillance". "that is what their testimony says now". "her loss". "I made a deal with them". "I can do that".

- 5/5/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: I had court in Knox County & appeared using 'Zoom' from my smartphone. I called on Friday to ask for my zoom meeting id# & was provided the wrong number but didn't remember that this was a detail that I was told would happen until this morning when the judge on the first floor told me that I was in the wrong room. I then had to call their clerk's office to get another id. I thought that I typed in the id that she gave me & it was the wrong id so I had to call back & be told that I had the last two digits flipped just as I then remembered being told would happen long ago. I then appeared in the court room that I was supposed to but 'Zoom' meeting continuously cut out & put me on mute exactly as I was told would happen back then. I was asked to call the Disability Coordinator (so I did) & told they would get back to me. My phone

suddenly started downloading two unknown files & I had the movie 'From Hell' playing as I was in court. Before court started I realized that my Rolling Stones flag needed one of its corners taped back up. I was violated, controlled & interrogated with mind-control technology all day again today & my violator communicated the following message directly to my brain & it was another exact detail that I'm now remembering being told would happen long ago: "that helped them". When I fell asleep tonight I had the first dream that I've had in a long time & my exact dreams were the exact following details that I'm now remembering being told would happen long ago: Billy Johnson broke into my house & wouldn't listen to me when I told him to get the fuck out before a swat team for a psych ward broke into my house & started to abduct me for the psych ward with my cousin Tony who turned into somebody else when I looked at him. – I'm remembering to document that within the week my mind-control violator communicated the following message to me & it was another exact detail that I'm now remembering being told would happen long ago: "He's swallowing that that wasn't you, in a big way for him". – I'm remembering to document that my sister posting a picture on Instagram that blatantly showed her camel toe while she was with her kids is another detail that I'm now remembering being told would happen long ago during a conversation that I don't remember.

- 5/6/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: I was reminded & interrogated about a specific memory while I was at Western Illinois University when mind-control was used to suddenly & unexpectedly take me to Melissa Patterson's sorority room & I was forced to have 1-second sex with her while her roommate was in the room & how it very much was made obvious to me that Melissa was aware mind-control was used to force me into her company because she was expecting me. As this was happening my mind-control violator communicated the following message directly to my brain: "I don't want you to write that one down" & this getting said to me was another exact detail I'm now remembering somebody telling me would happen long ago. I believe that me getting forced to have this sex with her in Macomb with mind-control was another exact detail that I was told would happen also but I can't remember for certain. I had the tv on channel 6 during 'Quad Cities Live' & them interviewing a computer guy with bed hair was an exact detail & then during Jeopardy the guy getting the question wrong about one nation "under God" & saying "in God" instead along with him saying "insane in the membrane" instead of "insane in the brain" were more exact details. My violator communicated the following message to me & it was another exact message I was told would happen long ago: "he is swallowing that they should already be in prison". Later in the evening I was reminded about Austin Lockwood getting me punched & then his wife who I have never met before in my life calling me a bitch & my mouth said the following & it was another set of exact details that I'm now remembering being told would happen long ago: "Aaron could keep up with Lockwood no problem… Lockwood is a female compared to me… I threw him out with a fractured skull & dead spine & they didn't throw me out (when he attempted to steal during our childhood baseball game)". After I took note of this being another set of exact details that I was told would happen long ago my mind-control

violator communicated the following message to me: "that's my loss to you". At the end of the night I listened to the Chicago Cubs play on the radio & they made a 9th inning comeback but then got blown out in extras & this was another exact detail that I am remembering being told might happen. Tonight I was reminded that somebody from my past told me that my niece, Carlie, would be making the exact pose that she is making in their last Christmas card. Whoever told me this was going to happen said "I bet you that I can make your niece look like she's embarrassed about her sexual feelings (or something similar)" during a conversation while I wasn't being allowed to process the conversation nor remember. I then had the tv on to Jimmy Fallon's show & the following details were all more exact details that I'm now remembering being told would happen back then also: He was fed "the best biscotti he's ever had" by his first guest. His second guest suddenly did this thing with his hands on Kimmel's desk that somebody did to me when I was a young child & severely brain injured & I remembered how when this happened I was forced to have a weird reaction. I made a joke about getting Austin Powered (the movie) while watching Shakira dance. I then watched the movie Secret Window & documented all of the inclusion/harassment associated with me & this court case that is involved in that movie & during the movie my mind-control violator used my own voice to ask me to smoke a 'doobwa' when I was considering beginning to smoke again. While doing this I realized that I have found myself watching this movie several years in a row on this exact day of the year (the anniversary of when Creighton died after we were raped by the same female) & I noticed that this movie came out the same year that happened. The following were news stories that I witnessed today that were all exact details that I was told would happen back then: A civilian died after getting hit by a train in Leclaire, Iowa (Morgan Ray told me this one was going to happen & she said it was a suicide). Jennifer Aniston's house had somebody drive through her front gate. Shark Tank's Kevin O'Leary had a post saying he wears two watches to be more attractive & Madam Corcoran sold her dream penthouse. I was shown a news article about a new 'futuristic' electric motorcycle. Smokey Robinson had a lawsuit filed against him as a rapist. – I'm remembering to document that me suddenly having a hole in the middle of my forehead that won't heal is another exact detail that somebody told me they were going to do to me long ago. – I'm remembering to document that all of the exact media coverage of Olivia Dunne (including her Kentucky Derby response (that I didn't read but witnessed in the headlines) & the fact that Patrick Mahomes & Travis Kelce opened a steakhouse & Mahomes news article about his nappy hair were all exact details that I'm now remembering being told would happen long ago. – I'm remembering to document that within the past few weeks my mind-control violator communicated the following messages directly to my brain & they were all exact details that I'm now remembering being told would happen long ago during conversations that I don't remember: "I am ugly". "Then they wasted the last 30 years". "Then think of Selina".

- 5/7/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: While watching News Chanel 8 I was shown a story involving Quad Cities Steamwheelers players helping with donation boxes. After watching this I prayed the first rosary

that I've prayed in decades & was forced to fault & violated with intrusive thoughts & interrogated & sabotaged by my mind-control violators while doing so. These facts forced me to fault & not say the rosary perfectly & whoever told me this would happen said "the day you can say the rosary perfectly is the day that I'll respect you enough to.. something something yadayada (I don't remember)". I then listened to the Cubs game on the radio & the announcer telling us his name is Virgil & Roengartner coming out of left field & singing the 7th inning stretch & my radio from my phone constantly cutting out were all more exact details. I emailed Attorney General Pam Bondi about my court case & remembered that her being elected AG, Hegseth being elected the leader of the Pentagon & Kash being elected the leader of the F.B.I. were all more exact details that I was told would happen long ago. During the 4 o'clock news I was once again harassed about my privacy being spied on by the meteorologist, Eric Maitland, on channel 6 news. He made an 'Austin Powers' (the movie) joke about me getting my privacy spied on because of my testimony from last night (exactly how I then remembered being told he would) & after doing this my mind-control violators blanked my mind & sabotaged my personality while exposing my anger exactly, word-for-word, how they told me they would long ago with the following: "He should have just got sniped through the window for harassing me just like enemies of war get sniped. I should blow up this radio station. Disgusting bitches on my local news, etc.". After this was said as I was mind-blank furious I was forced to rant about getting harassed by the Instagram model & said the following which was another exact detail I then remembered that I was told would get said long ago: "her & Mick's white trash coalition". Immediately after that was said my mind-control violator communicated the following to me & it was another exact detail: "that broke his heart" & when I was told this would get said to me I was told that was a lie & that it didn't break his heart. When I remembered being told that these facts would happen long ago & continued to stick up for myself as a sabotage victim to a violator using weaponized mind-control my violator communicated the following to me: "& he is caught". During the news 6 at 6 a news headline was shown about the live music in Geneseo & the band being called the Catholic Dragons (something Morgan Ray said would happen). I was told they'd change their name to the Catholic Dragons for the news article & while I was praying the rosary earlier in the day I imagined the 'Game of Thrones' "mother of dragons" when I read the mystery about Mary being the mother of everything that she is the mother of. I then watched Wheel of Fortune & all of the following details were more exact details Morgan Ray told me would happen: there was an older white woman, a black lady from Alabama & a mixed race young man with a bearded dragon named Sebastian who finished the game somewhat close together. Morgan told me if that the white woman didn't completely blow them out & win the money at the end that she wouldn't agree to let me go to court or something similar to that & after it was a close game & he lost the puzzle at the end she looked at the camera & said "no". Towards the end of the night I turned the tv onto the Jimmy Fallon show & all of the following details from it were more exact details that I was told would happen long ago: ASAP Rockey was on & told us how his grandma stayed up till 8am at his afterparty (whoever said this was going to happen said that if she couldn't stay up till 8am then I couldn't go to court or something similar)

& he started singing a song associated with Morgan & I's time together ("my baby love"). I then explained the following to my interrogators exactly what I was told that I would long ago: when that happened with Morgan (us singing that song in Chicago after watching a play) my mind was completely blank, I didn't have any of my memory, my multiple personality disorder was turning me into other victims involved in this court case & my violator that controls me with technology was making a joke about showing how I'd attempt to be enjoyable company while exposing my brain damage & inability to recognize the situation & environment. After this my mind-control violator communicated the following message to me: "he 100% agrees with you now" & I was told it would matter if they agreed or disagreed. After this happened I attempted to check if Walmart overcharged me as they have the first three times that I placed an online monthly order from them & my bank's phone app kept blocking me from using it unless I uninstalled it & reinstalled it (which I had to do 3 times to be able to double-check the numbers) & this is another exact set of details. I was violated with mind-control every waking moment of today as well & the following were all exact messages that were communicated directly to me that I was told would happen long ago during my forgotten past: "Then he is sad for you". "I tried to say that in the best way possible". "They weren't supposed to tell you that". "I got all of that documented". I was shown the following news articles & they were all exact details that I was told would happen back then as well: The first one was about the 6-year-old girl who was labeled the most beautiful girl in the world 14 years ago & there were two comments from a Chris & Maggie. Whoever told me this was going to happen said something about this making reference to Chris Gavin & Maggie Gear (Aaron's (from this evidence) father & cousin).  I was also shown a news article about a lady named Lisa at the 'Met Gala' who had 'Rosa Parks' face on her 'panties'. This was more harassment about my court case when my violators used to force me to search through the underwear drawers of the houses that they forced me to go into while my mind was blank & jack-off. The second one was about a kid ordering 70,000 lollipops from amazon using his mom's phone. The third one was about John Elway's agent dying in a golf cart wreck. The fourth one was about Michael Pitt getting a lawsuit filed against him for sexual abuse. The next one was about the Federal Government making their largest illegal Fentanyl bust. The next one was about a Russian leading authorities on a high-speed boat chase. The next one was a local story about a prosecutor saying a woman admitted in a video to killing a couple but her defense saying that she had a gun pointed at her (this one is something I remember Morgan Ray telling me would happen). The next one was about the viral picture of President Trump dressed as the pope. – Within the last week or so another exact detail occurred that I then remembered being told would happen long ago during a conversation that I don't remember: It seemed as if mind-control was used to suddenly voice the following idea that I thought of long ago: my dog's training collar should be programmed to shock the male dog if he attempts to lick the female & this could be done by programming the shock collar to a sensor that could be pinned, pierced or otherwise attached onto the female's back-side with shock radius of less than 12".

- 5/8/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't

remember: On the news early this morning I was shown a news story about two kids getting arrested for attempting to smuggle test tubes full of ants into another country. The new pope was selected as soon as I woke up this morning & he is from Chicago. I remember being told that he might get selected & whoever told me this said that he might get selected as they were talking about my twitter 'ca-th-o-lic' post that I thought of during 2nd grade. For a moment I had a show on tv that attempted to lie to me about smart self-cleaning oil pipelines being designed in the 1960s & I then remembered being told they were going to lie to me about this a long time ago. I read a news article about a man with the last name 'Tucker' from Alexis dying one year after he retired & this was another exact detail that I was told would happen. I also read a news headline about model Sydney Thomas graduating in 3 years & this was another detail that I was told that if it didn't happen I couldn't go to court. I watched the news on channel 6 at 6 pm & the following details were both more exact details that I then remembered being told would happen long ago during my forgotten past: I was shown a news story about a small shop in Geneseo & during the interview I the lady shook her head no at the camera. I also was shown a news story about a Latin American woman who was happy that the new pope speaks Spanish for people who speak Spanish. I briefly turned on the Jimmy Kimmel show & instantly was shown Charlize Theron kissing Jimmy Kimmel's co-host & then remembered being told something about this going to happen also. I was violated with mind-control technology every waking moment of today as well & the following messages were more exact messages that I was told would be getting communicated directly to me: "this is a big one". "He bawled his eyes out dude… they don't get to erase it". "She sold you cheap". – I'm remembering to document the following details that were all more exact details that happened within the recent past that I later remembered being told would happen 1.5-3 decades ago: The other day I had to send a response to the Federal Supreme Court & I printed off the address & taped it to the envelope & my cut-out address looked like a baseball home plate. The following were all exact messages that were sent to me with mind-control: The following was said in reference to when I move out of my current location somebody is going to buy it "& they are going to buy it right away". "On Lake Norman" was making reference to somebody telling Aaron Gavin or Corey Champion something about the facts of my court case while they were vacationing on Lake Norman. "I'd work & I'd join the military" was said by one of my violators who is attempting to brainwash me out of the fact that I should be a billionaire. "I'd vote for A.J." was said to me attempting to get me to vote for A.J. Cox for the Warren County Sheriff despite the fact that I don't believe any of them should be able to hold badges because of the disgusting negligence I'm being violated with by my local authorities. "They just stole $72 from you" was said to me after the dispute about my second online order from Walmart & this happening & getting said were more exact details from long ago. "They had a kid together & he is massive". – I'm documenting another set of exact details that I was told would happen long ago associated with the fan who fell out of the outfield bleachers at the Cubs vs Pirates game recently: it went on record that the fan drank 2 beers & lost his balance while cheering for a pirates hit. The kid who fell had two stripes cut into his eyebrow

for his picture for the media & his name was similar to Mick's exactly as I was told that it would be.

- 5/9/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: I realized that I confused what day it was & took my trash out a day late. Whoever said this was going to happen said they would never let me go to court nor claim my contributions if this happened unless I'd been getting tortured for decades & forced to write testimony nonstop for almost a decade (or something along those lines). I was shown a commercial for a couple quart pot that is electric & that you can set on a counter while it cooks the food. Somebody told me during my early childhood that if they couldn't buy a pot that cooks the food itself that I wouldn't get to go to court. After finishing cleaning my house I turned on the tv for a moment & witnessed a lineman making a one-handed catch to score during a UFL game. Whoever told me this was going to happen said I couldn't go to court unless I watched an offensive lineman make a one-handed catch to score during a professional football game. I had on the Jimmy Kimmel show as I was documenting all of these details that I am being forced to document from today & remembered that Morgan Ray told me back then that they would be having the kids come on the show & tell jokes & lie to Kimmel about making the joke up themselves & that Jelly Roll would tell him that he has lost almost an entire "Jimmy Kimmel". – I was violated with mind-control technology all day again today & the following are all exact details that I then remembered being told would happen long ago: I was being controlled, interrogated & sabotaged & forced to express my anger by saying something about my evidence & surroundings proving that the white trash soap operas from my local community & surrounding areas are taking precedent over my case despite it being the most important & highest priority individual court case of my lifetime for the entire nation. The following messages were all sent directly to my brain or I was forced to verbalize as my violator was talking to me through my own voice: "You're not going to get to go to court". "He is swallowing that you are smarter than him". "I'm not going to be alive much longer". "He is never allowed around you again." "They are never allowed around you again". "You have no idea how much I don't lie them now." "I have no respect for any of them anymore." "There is going to be a blondesonly.com". "I don't love you anymore." At the end of the night when I laid down in bed I had the tv on & somebody said "you are selfish" through the tv so I had to argue & prove them wrong with all of the reasons why I am not selfish & why all of my violators are probably some of the most selfish people to have existed within the last few hundred years. - The following were news headlines & stories that I was shown today that were all more exact details that I'm now remembering being told would happen back then also: A lacrosse player died after a brain injury despite receiving surgery. I was shown a person who has flown 24 million miles. The next example was when they showed a piece of the 'Karen Read' murder trial & the lead investigator was on the stand stating that the investigation was done with integrity. Morgan Ray said if this didn't get said on the news it meant something but I don't remember what. I was shown an article about the 'Sycamore Gap Tree' getting cut down near Hexham in England & this is

another thing that they said would need to happen for me to get to go to court. I was shown a headline about a Morgan County Alabama police officer who is being accused of murder who accused the judge of gross abuse of discretion & realized that the legal authorities who have made decisions about me & who are neglecting me still to the day are guilty of the exact crime just as I was told that I would long ago.  I was shown a news article about the youngest royal prince mocking his older brother. I was shown an article about the tv station considering replacing Kelly Clarkson because she missed a day of work.  All of the media coverage about the new pope were more details I then remembered being told would happen (him being a sox fan, his house being for sale, him reposting a Taylor Swift post on twitter & him saying something negative about Vice President Vance). All of the details on News Channel 6 at 6pm involving Geneseo were more exact details that I was told would happen. The exact quotes of the Black Hawk softball players on News 8 at 10:30 & the fact that the left fielder missed a catch during the baseball game that was shown were more exact details Morgan told me would happen. I'm including this in my testimony because me being told this & me not being on the news further proves disgustingly gross negligence. It also might prove others the victim to weaponized mind-control technology. I was shown a commercial of Martha Stewart saying to "grow a garden" & then remembered being told that if she said this it was because she wouldn't be willing to sell me anymore fruit nor vegetables (or something along that line). – I'm just now remembering to document the following details that occurred within the recent past that I was told would happen back then that I didn't remember to get documented during that specific day: While watching news 8 at 11am a couple days ago the male news anchor said the following "this is why I don't like you". The following were more exact messages sent directly to my brain by my violators using mind-control: "show some skin". "I now see them all exactly as you did from the start." "I'd shake your hand." "They (unknown to me) are still married." "I have zero respect for them now."

- 5/10/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: When I woke up I checked the news on my phone & was shown an article about a recent Monmouth College Graduate making over a million dollars in the last four years because he bought a dump truck & started a trash hauling company. After reading this & realizing that he probably made more than my uncle who farms over 200 acres & has over 2 dozen cattle at a time while working full time for Monsanto my mind-control violator unlawfully communicated the following messages to me: "they lose very bad now" & "& she bought DirecTV". Soon after I watched the Chicago Stars game & the following were exact details I was told would happen during this game: Our player accidentally scored on our own team. One of our goals was scored because their goalie made an error on a simple play. The only blonde on the field was named 'Morgan'. We had a new head coach. After remembering that these were details that I was told would happen back then my violator communicated the following message exactly as I was told they would: "He is irate now". During this game I was forced to argue with my interrogators/violators the entire time & the following was said to me exactly as whoever said it

would be back then: "you don't deserve your own land". I then walked outside to hang out some laundry & Billy Johnson (a violator from this evidence) drove by on his lawn mower exactly as I then remembered being told that he would be. I watched the Cubs play on tv & the following were details that I was told would happen long ago also: Pete Alonso signed a young girls jersey before the game started. Swanson starred in a commercial where he proposed a trade. Bush slid into first & was tagged on his head then I was forced to explain that when I did that during my high school baseball game it was because my coach told me to tag the kids hard & when that happened my violator told me "they almost puked" exactly as I then remembered being told that they would. I then looked out the window & realized a trash bag outside in my yard that wasn't from me. The Cubs pitcher named Horton made his first appearance for the Cubs. I was ranting about my violent violators who are racist & my anger forced me to say that he is a 'nigger' (a word that I don't allow myself to use & never have) & that if it was up to me they would have to go be the janitor for the NAACP & eat their leftovers while sleeping in their janitor closet for the rest of their lives. A Cubs player took his rosary out of his pocket during the game. They showed a commercial where a lady said "even if it means that I can't afford a house". After the game I called 911 & was ignored but then an officer from the Warren County Sheriff's Department called me & told me they would turn in the report & that I needed to go to the courthouse & fill out F.O.I.A. paperwork on Monday. Right before I called them I was suddenly mind-blanked with mind-control & forced to google search the 2 porn stars that I was forced to watch repetitively while being violated. After this my violator somehow made me believe that one of my violators will be on the Warren County Transportation bus when I have to go to fill out the paperwork associated with my police report. I told them that I'll be taking my knife in case I get attacked & then they said "then leave it (your knife) at the front door (of the courthouse)." At the end of the night I let myself lose my mind & yell a bunch because of getting violated nonstop with mind-control & the anger it causes while being intentionally neglected. Whoever told me that this was going to happen said that if it didn't happen it proved something for my opposition's argument in court & if it did they still lose to me about something. I was violated with mind-control all day again today & the following were more exact messages that I was plagued with that I was told would be getting forced on me long ago during one of these conversations that I don't remember: "I will write that one down now". "They aren't getting that one back". "His loss." – The following were news stories that I was shown today that were all more exact details that I am now remembering being told would happen long ago during conversations that I don't remember: KWQC News 6 showed a man arrested on child porn charges. India & Pakistan had a ceasefire & are accusing each other of breaking the treaty. Rock Island 'apprehended' a criminal using a drone. A windmill in the ocean wrecked a boat. There was a news article about a real-life 'Michael Scott'-type boss (the character from the TV show 'The Office'). I was shown an article by KWQC informing me that a man beat his girlfriend's dog to death with a hammer. – I'm remembering to document that within the last couple days my violators communicated the following exact messages that I then remembered being told that they would long ago during a conversation that I don't remember: "Then move to Oklahoma."

"You have her proven insane." "& you didn't budge… & you will be glad you didn't." "They said to just shower (before going to the courthouse to sign the F.O.I.A. paperwork)." "I'll clean up his slobber (my dog Orwoe's)." "I see why you hate me." "They can't top that" & "They will have to copy that". They were making reference to my campfire story about me, my last name & family legacy, & how I had to rename the Kaywood's, the Youngquist's & Elliott's so that it would forever be remembered that hey had to ask me why we 'ka' wood & that the Elliott's lost to me in double over-time (in football & the football game of life) because I wanted to put on a show for the crowd & not demoralize them as my neighbors. They had to go Spanish-way with the el-i-double OT & L while changing their name to it. The Youngquist's had to change their names because they were only on the Q's when I was done with the dictionary & because I was a dominant football player compared to their son. As an individual contributor for the history books, I dominated their entire families combined. Furthermore, I was better than all of them at football before getting intentionally turned permanently disabled with a fractured skull, brain & spinal cord damage. Exactly as I remembered being told back then I was also forced to have a talk with my interrogators about how I have put myself in all of my separate violators shoes before & thought about my court case as if I were them. Nothing about my stance nor the facts changed while doing so & they are all still selfish violators to me unless they get proven innocent victims who were getting sabotaged & controlled with weaponized mind-control technology.

- 5/11/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: I woke up & watched an hour of a high stakes poker game on my phone & saw Jason Koon win around a $2 million pot wearing a DogFishHead beer hat. I then was shown an article on the news about a guy who has worked for the railroad for 67 years & who is still working full time & one of my violators used mind-control to force me to say that he has exploited the people for 67 years straight now while another one of my mind-control violators forced me to say "trash". I remember being told that when this got said if the second violator couldn't help themselves from saying "trash" that it meant something for my court case. I then said exactly as I remember being told what I would say & reminded them that my grandma worked full time on the farm for longer than that while playing piano at the church & while I (the best contributor born since 1987) has been tortured nonstop & that she got violated & put down like a dog at the nursing home without me nor her getting to be in the news in a positive way while I was being raped, tortured, sabotaged & neglected & how the media just once again put a trash news article to appease the elderly about how the working class is still working & ignored my court case that should be the highest priority court case in the nation then one of my mind-control violators said the following to me exactly as they said they would "then you just beat us bad". I was also shown an article saying we accepted a new luxury 'Air Force One' plane from the Qatar Royal Family & then remembered that this was another detail that I was told would happen long ago. I then went outside to mow my yard & there was a guy sitting on the neighbor's tractor tire that they have sitting in their back yard for a while by himself & then my violator said to me "he cried" (exactly as they said would happen if I was this prepared for court). After mowing &

washing my dogs a golf cart went by my house that was being pushed by a girl as a lady was in the cart steering & I remembered being told more details about this long ago that I forget. When I went inside I checked twitter & looked at the profile of the director of the F.B.I. Patel's profile thinking about sending him a message & saw that he had all sorts of sports & Liverpool posts & remembered being told this would be the case long ago as well. I was shown news articles from KWQC that Morgan Ray told me would happen over a decade ago about a fire captain dying & a person who was found on 'airport road' dying. I was shown an article about the United States finding a $1.5 trillion lithium deposit & back then I was told that they always knew it was there. I was shown an article about a father saying he felt punished paying $1,400 to Disney for his day trip with his five kids. My violator ran my mouth about my childhood suggestion to pour a slab of concrete under the basement foundation's slab of concrete ((2 separate slabs one on top of another that are poured & cured separately with a layer of separation material (like plywood or plastic) in-between using the concrete that would've been used on the basement walls that are no longer needed because of the drainage system for the sub-slab) with drainage systems so that water is diverted away from the foundation so that when the ground gives the slab underneath provides the foundation a more solid base so that the foundation's longevity survives longer. At the end of the night when I typed all of this testimony I had to shut off then turn back on my laptop probably a half dozen times because I kept remembering more details to add & this was another exact detail. My violators communicated the following messages directly to my brain & they were more exact details that I'm now remembering being told would happen back in my forgotten past: "Her loss." "Brooke is unwell now." "(Later on in the evening) still her loss." "That's a full swing (while hitting a couple golf balls around the yard at the end of the night)." "Then you're about out of here." "You just made yourself 100% clear again." "She (unknown to me) is unwelcome with me now." "I want nothing to do with her (unknown to me) anymore." "You won't miss us." "I have that all documented now." "He ripped her". Whoever told me something about 'he ripped her' said something to me about a woman getting her crotch ripped during sex.

- 5/12/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: While waiting for my ride to the courthouse to fill out the F.O.I.A. paperwork that the cop told me I needed to fill out when I called 9-1-1 Saturday night I checked my phone & was shown a ramp for a 4-wheeler (atv) to drive over cattle fences so that they don't have to open the gate & remembered being told that until they could have one of these & show it to me on Pinterest that I couldn't go to court (or something along those lines). While waiting for public transportation to pick me up I had to fart so I pulled down my pants & farted so that it didn't stink up my clothes & whoever told me this was going to happen told me that this is what they had to do while making reference to the fact that it was going to happen to me today. When I got on the bus the following details were all exact details that I was told would happen on this bus ride 1.5-3 decades ago: A kid had a scooter & PlayStation 5. An old lady's stink blew back into me. The other lady talked on her phone & I saw a deer on the side of the 8-mile & my violator

communicated "in a bad way" to me exactly as I then remembered being told that they would if I saw a deer. I saw a sign saying that 'Starlink' was now connected somewhere locally. My mind-control violator communicated the following message to me "you are white trash to me". As the bus pulled up to the first stop light on the highway in Monmouth a kid pulled up in a newer GMC or Chevy truck & flipped his hair when I looked at him in his truck & then this same truck was driving past the courthouse as I was being dropped off. While walking into the court house there were two ladies who were leaving the courthouse & one of them said hi to me but I didn't process it in time to respond to her. When I went up to the State's Attorney's office the lady informed me that the cop told me wrong & that I had to go to the police station to fill out the F.O.I.A. paperwork so I did. While there the conversation that I heard in the background between the police officers saying "kill the whole world" was another exact detail. Also while filling out the paperwork I received an email from Walmart asking me to authorize me paying them back $263 that they over-refunded me. When I finished filling out the paper I walked to the library & called public transportation to get a ride back home. On the way to the library a guy walked past me holding a file in his hand with sunglasses on & looked at me (whoever told me this was going to happen said he would never look my way if I didn't get this all documented before our paths crossed). At the library there was a specific guy on the computer bent over looking at the computer & taking notes very attentively exactly as I then remembered being told that there would be. The lady informed me that they just took lunch break & that it'd be a while before I could get a ride home so I told them that I would wait at the library. My mind-control violator then said the exact message to me through my own voice that I then remembered being told that they would long ago: "That's my point to them, you can't read." I then received a call from public transportation almost immediately & was told that they were on their way to pick me up at the courthouse instead of the library (another exact detail). When I got on the bus my violator communicated the following messages directly to my brain & both were making reference to the same conversation that I don't remember when I was told all of this: "he is never allowed around you again" & "he never wants to see her again". All of the songs on the radio that played on the bus ride home were more exact details along with the facts that a kid from high school named Nirav Patel driving by the bus & my violator communicating "they are growing" to my brain as we drove past the Condreay's on the 8-mile were both more exact details. When I returned home I had to chat with Walmart on the internet because the email I responded to them with was immediately responded to with a message saying that the email address wasn't being monitored. Despite them telling me last night that they would charge my card & take back the $263 that they overcharged me they told me that they were no longer going to do that & that they wanted me to keep the money as a gift. While I was chatting with them my mind-control violator communicated the following message to me: "this is where they "made a mistake"". When they said this I remembered that whoever told me all of this was going to happen with Walmart told me that they did what they've done to me with all of these missing items & wrongful charges & over-refund to other people in the past & that some of them never noticed the mistakes, some of them attempted to get away with stealing & some of them attempted to cooperate until a point &

then gave up & lied about "making a mistake" themselves & attempted to get away with defrauding them out of their money. I told them that I want to return the money & they said to keep it or donate it. The exact details of our chat & emails were more exact details & I took pictures & saved the email for evidence. I then remembered being told that if I "made it this far" & they told me to keep the money that they wouldn't want to have to hear about all of these crimes I was violated with involving Walmart over these past few months in court (a bribe or extortion & trap attempt). While eating lunch & taking notes on all of this for this document I turned on the news & the Iowa Governor not running for re-election & the person replacing her being the prosecutor of the largest lottery scheme were more exact details that I was told would happen. I attempted to watch Kelly Clarkson sing on her show & somebody else singing & Jimmy Fallon being on the show with his kids book & his grandpa's Warplane ejection watch were more exact details that I then remembered being told would happen. I then walked to the post office & my neighbor driving by & going to the post office at the same time & then there being free vegetable seeds at the post office were more exact details. When I returned home from the post office I had a letter from my insurance company saying something about me getting an mri on my back & then I received a call attempting to get me to a physical therapist. I then had to call the doctor & remind them that I don't need a physical therapist because I've done physical therapy almost every day of my life & that the majority of my discomfort that I complained to her about is because of my fractured skull, spinal cord damage & other body damage & that my lower back wasn't the priority problem. They then sent me a link to set up a 'my chart' account so that I can communicate with them using the internet's messaging service & all of these details with the doctor were more exact details. I then turned on the tv again as I typed all of this testimony for today & the following details were all more exact details that I then remembered being told would happen back then: KWQC's Quad Cities Live's entire show was details that I then remembered being told would happen by Morgan Ray: they started the show showcasing a Mexican restaurant. They then showcased a man advertising stem cell therapy who used specific dimensions that I was told he would "3/16s" & "80cc's". They then interviewed their new employee named 'Aaron Thompson' & every specifically worded detail of that interview were more details. The show ended with Morgan Ottier showing her kid being "cute". Aaron Thompson, the name, is more harassment towards me & every news station has broadcasters whose names harass me about people involved in my court case & this has been going on for as long as I can remember & this happening is another exact detail I was told would continue sometime in my forgotten past. The news at 6 on channel 6 showcased a piece about ankle monitors & another on the smell of raw marijuana not giving law-enforcement the right to search. While checking the news on my phone I saw an article about President Trump claiming that he invented the word "equalize" which is a word that I used in my first or second grade class & they told me he was going to do this long ago. I watched 'Wheel of Fortune' as I ate supper & the lady saying there was a union hall watch party going on for her & the guy saying "I like that" & me getting 'lush rainforest' before all of them & then my mind-control violator saying "that hurt her feelings" & the guy saying that the final puzzle is one that he wouldn't have ever been

able to get were all exact details. My tv antenna finally allowed me to turn it to CBS & when it started allowing me my violator said "& he sided with you" (they said I couldn't watch CBS until he (an unknown) decided if they were siding with me (justice) or my opposers & violators corruption). When CBS turned back on 'Price is Right at Night' was on & a lady winning $75,000 & then a young gal with tattoos winning a 4-wheeler & a trip to Fiji in the brief time that I had the tv on were more details that I then remembered being told would have to happen if I was going to get to go to court & they happened. I checked the news & saw that KWQC showed a headline about a family of four dying in an apparent murder-suicide & this was another exact detail that I remember Morgan Ray mentioning would happen. All of the 'Combs trial' details that have been showcased in the media are more exact details that I'm now remembering being told would happen long ago also. While watching the Jimmy Kimmel show I noticed that every detail of the show & interview with the actor from Illinois were more details that Morgan Ray told me would happen. While this was happening my mind-control violator communicated "I'm Adam" to me & this happening & the following details were all exact details that occurred a few years ago while I was living on Scott Street & they were also all details that I then remembered being told would happen long ago: After they said "I'm Adam" I verbalized all of the Adam's that I know of & reminded them that 'Adam' is one of the most common first names in the English language. As this was happening I was scrolling on twitter & Adam Levine was the next article & then another Adam was the next article. At the end of the night I played some poker on my phone & one of my college friends joined my game & this happening & the exact hands that I was dealt were more exact details that I then remembered being told would happen long ago. The following are exact messages that were communicated to me throughout the day that were all more details that I was told would happen in these conversations that I were forced upon me in my past as I wasn't functioning nor processing: "I want to take credit for it." "They can't erase it now." "She's embarrassed now." "My brain shut off." "He cried." "He puked." "He's having to swallow now." "& they left you dead."

- 5/13/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: I couldn't sleep last night & ended up walking to the gas station around 5:30 this morning to buy a 7up & while there a guy pulled up with two zero turn 'bad boy' mowers. When I returned home I had the news on the tv until I fell asleep & noticed that Trump going to Saudi Arabia, Kim Kardashian's testifying about being robbed & Instagram showing me a post quoting Kelly Clarkson saying that she wants everybody to be attracted to her were all more exact details that I then remembered being told would happen today. I received an unlawful email response from the Warren County F.O.I.A. officer that included the police report that was falsified & absolutely no information that I requested. I had Quad Cities Live on for a moment & they showed a band named 'Grainne Hunt'. I had Jeopardy on for a moment & of course there was an Aaron & an Andrew as contestants (I'm violated with harassment nonstop on tv & one of their most used techniques is to use people from my court case's names (Aaron Gavin & his cousin Andrew)). My Uncle Todd then picked me up & gave me a ride to Tractor Supply in Galesburg

so that I could buy my dog's vaccines & the following details were all more exact details that I was told would happen during my forgotten past: While waiting for him to pick me up a woman who appeared to be Melissa Patterson (from this evidence) pulled up to the neighbor's house. Also while waiting my mind-control violator communicated the following message to me & it was another exact detail I remembered being told would happen back in the conversation when I was told all of this would happen: "he is swallowing that you had to get a ride to Galesburg." Whoever told me this would get said told me that people from my life willfully decided to isolate & hold me hostage here in Alexis & that they didn't think that I would ever have to get a ride to anywhere & that if I did that they wouldn't be able to get their dick hard again or something similarly pathetic. When my uncle picked me up his truck was filthy & whoever told me this was going to happen said if his truck was filthy it meant something & if it was clean it meant something else (I don't remember what they said). He told me how his air conditioner wasn't working & how he had to take his tail gate off his GMC truck that he bought brand new because it rusted out. He told me how he needed to buy 'powder' for his bucket calf & whoever said this was going to happen said something along the lines of "if you don't start slobbering when he says "powder" (thinking about cocaine) then it proved something about my court case or something along those lines. While driving past a farm he pointed out what he thinks is a 'solar powered sprayer' that is being used to spray the fields with fertilizer. He informed me that he had some dog bones that my dogs could have. At 'Tractor Supply' I had to help a lady load her cart with dog food, the guy behind me in line stood with his bag of dog food balancing on his head/neck & my mind-control violator said the following to me "he is impressed with you". I remember whoever said all of this to me told me that somebody unknown to me was either going to be unimpressed with me or impressed & that they didn't think that they would be impressed. On the way home my uncle told me a story about how he had to pull calves because he was scammed by someone claiming that they had a bull that would produce smaller calves but the bull produced large ones & how it was a 'rodeo' pulling the calves. He took home my old mower blades to sharpen them & I forgot my bottle of water in his truck. Whoever said all of this to me said they were going to make me forget my water based on their decision about something as they were surveillancing us in the truck. When I returned home I listened to the Cubs on the radio & the following were more exact details that I'm now remembering being told would happen long ago: Crow-Armstrong hit the longest home run of his career off of an outfield structure. The opposing team had a player named Norby. The announcers said the 'Wrigley Field Effect' might get the cubs the win in the final inning & it did. Nico Horner was interviewed after the game because of his game tying hit in the 9th & him going to a steakhouse was mentioned. Ian Happ was sent to the injured list & they debuted the new prospect who is supposed to be a 'hitter'. At the end of the night my mind-control violator was running my mouth & while looking at a picture of some of the swim suit models they forced me to say "that's Grok's wife (instead of Gronk's)" & "she's a cutie". As this was happening a guy walked by outside & checked his phone & I then remembered being told this would happen & when I was told this would happen whoever said this to me said "if you make it that far I would let you see me walk by & check my

phone (or something similar)." They also forced me to say & communicated the following to me (which were all details I was told would happen long ago): "Go for a run." "They made it clear that they don't care, in a bad way." "That was their mistake." "That was the biggest mistake they have ever made." "Then I would want those two down." I was violated all day again today with the technological weapon & it was torture to me. –KWQC showed me an article about a pregnant woman dying on a motorcycle & an officer involved shooting & both were news stories that I believe that I was told would happen long ago but I don't remember for certain with these specific stories.

- 5/14/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: The Menedez brothers were granted parole before I have been provided due process & a pursuit of justice. I had a memory of a guy from this evidence named Chad & I started laughing to myself & said "I like Chad… I like his spirit anyway." While watching News 6 at 4 they showed a story with a bunch of naval officers with their shirts off & whoever told me this said that looking at a bunch of men with their shirts off is all they would need for something. They also showed a news story about overdoses being down over 25% & whoever said something about this was attempting to justify exploiting me out of my rights & continuing to force me to suffer miserably & not function. I thought of several more details to document last night (my testimony about what I was forced to say about Marci to Tyson (detailed further along in this document) & my testimony about being forced to arrogantly lie to my college friend about rolling a joint & a couple more) & remembering all of these details was another exact detail. While detailing these details this afternoon my computer suddenly changed the font to a different font & size & this was another exact detail that I then remembered being told would happen also. While watching the news at 5 on Channel 6 Madam DeRycke said "we won't miss you" & this is something one of these people who told me all of this made reference to but I don't remember if she was supposedly saying it to me or somebody else. I had the tv on throughout the evening & the following were all details that I then remembered being told would happen long ago: Wheel of Fortune (on ABC) had a puzzle that read 'cavier & pinot noir' & one that was 'surfing the internet'. When 'Ellie' got 'surfing the internet' it zoomed in on her & whoever said this was going to happen to me was pretending to be my friend's sister Ellie & said if she could get that puzzle & the camera zoomed in on her looking me in the eyes that it supposedly meant something & that is what happened. Afterwards I watched Jeopardy Masters & the master named Neilish had a 'supportive' person there watching him who was his high school librarian & the man's skin looked disgusting & infected like mine is always forced to look & I remembered being told that he was going to do this on purpose because of something to do with my court case. While watching the news at 10 I was shown a Galesburg high school girl who set her personal record during track & field & remember being told that she would have to be able to do so on the news for me to get to go to court. I was denied my right to buy the steaks that I wanted to this month from Walmart & was forced to buy thin sliced steaks. At the end of the night I went out in the garage & lifted the weights that I have out there. While out there my mind-control

violator sabotaged my personality/character while running my mouth exactly as they said they would long ago & the following were the details: I was forced to talk about how I noticed the following about our politicians names & my court case: On Jimmy Kimmel JB Pritzker shared one of his nicknames 'JB-Back-Ribs & JB was Selina's boyfriend's initials when they tricked me into sharing myself with her & JB is Baby Swapped in the name & that was the insult to me. Joe Biden = J (Selina's boyfriend when they tricked me into being with her) O'biden (enough to get to function while I'm not being allowed to function). Kamala Harris instead of Pamela (Pam Anderson is someone I've been forced to fantasize about plenty during my childhood while under unlawful surveillance) & Harris was the name of the female that I was forced to briefly share myself with amongst another male while in Chicago. I was then forced to say how Mick is my enemy & so is his Bockleman since the Warren County Probation officer Bockleman went along with the corruption that has been constantly violating me to get me unlawfully charged & imprisoned & how I want to fracture their skulls. The conversation ended in me saying that I'd fracture their skulls & put stickers on my bong like getting stickers for a football helmet exactly as I was told it would. After I was forced to say this my violator exposed some more of my childhood thoughts & internal conversation & them exposing my thoughts after forcing me to say something that I'd never want to say is a common technique they use. They forced me to say that Princess Diana probably saw me play football & knew about my inventions & had 'love at first sight' with me & couldn't live without me after they murdered me with head injuries. They forced me to say how I then went on to become the best contributor on the planet born since 1980 despite the brain damage that was intentionally inflected upon me. My violator then forced me to say that me & my sister's kids are better off without their dad & that I should kill him, cut my sisters hair off & bury her face in the dirt to make her breathe that exactly as I then remembered being told that they would. My violator was insulting me by attempting to make me & the spies believe that I had to 'pump myself up' with anger to have the will to lift weights. While sticking up for myself as all of this was happening I had to remind them that we can keep digging through my old internal conversations/thoughts & we will keep proving the same truths & that I am still 'in the clear & good to go' for court. I remember being told that they were going to let the guy who was at the library the other day when I filled out the F.O.I.A. report sabotage me for this specific incident while they unlawfully listened to audio surveillance. The following news articles were headlines that I read tonight that were all more exact details that I was told would happen forever ago during my forgotten past: I read an article on Google news about Galesburg High School saying "it's a math problem" after a week or so ago they said poker (the card game) "isn't a math problem". I read an article about 'disgraced' California Police Officer who cost their police department millions by criminally violating people. I read an article about Gold's Gym going bankrupt & whoever told me this was going to happen told me if I didn't let them steal all of my strength training inventions that they were going to go bankrupt. I was shown the article about 11 kids going to the hospital after eating marijuana edibles at school. Instagram continues to show me a bodybuilder from Africa & I remember being told that they were going to show some of my violators beautiful models while showing me a male

African bodybuilder & unattractive models. I had to email the Attorney General after not being provided a lawful response to my F.O.I.A. request to the Warren County Sheriff's Department (& this was another exact detail from back then). I also had to email the Warren County Housing Authority about the dead animal not being removed from this house & me still getting criminally violated all day every day. The following messages were forced upon me by my mind-control violators & they were all exact details that I then remembered being told would happen back then as well: "They cried." "He is swallowing that he is a piece of shit." "He is going to go to prison." "I don't consider them good people anymore." "I didn't ask (a repetitive comment my violator makes as they are exposing my thoughts & I'm being forced to stick up for myself & stay prepared to represent myself for court)". "They are going to need proof." "He is swallowing that you do have a fractured skull & dead spine." "They said keep doing what you're doing or go to the psych ward." "& I don't want you in my life." "I didn't know that." "The (courtroom) floor is yours." "They already started… in a good way." "He's swallowing that the inmates did eat more than you." "He is swallowing that does prove that you were violated all day." "He can't talk to you now." – I'm remembering to document the following that I was told would be the case while living in Alexis 1.5-3 decades ago & it has been: Somebody told me that I wouldn't be able to keep my dick hard past a flex or two except for the exact handful of moments that they said. They also told me they wouldn't let me wake up nor get out of bed until a specific somebody (I don't remember who) already finished their workout & was at work. I was told that if I bought my bulldog named 'Orya' (my very impressive & intelligent female who is champion show-dog caliber) that I'd be forced to buy my other bulldog male named Orwoe from Kansas who is a extremely disgusting & seemingly retarded male who has been a nonstop pain & mess. I was told that I'd be forced to shoot him with a slingshot & that if he was hurt (which they told me they were going to force me to hurt him with mind-control) when somebody checked on us that they would label me an animal abuser & never allow me to have dogs again unless I cleaned up his piss, shit, sperm & exasperant for several years straight every single day (which I did) then they would label me disgusting & not want anything to do with me. They also told me that I wouldn't be getting the medicines that I need nor getting to go to court until all of the fat girls from around here have taken the weight loss medicines & lost all of their weight & until all of the males from around here that never exercise & drink/smoke constantly all have been given hormone therapy & can function despite not deserving to be able to. They told me that every message & email that I send from my smartphone (my only internet source because the internet here is too slow to hotspot to my laptop) while in Alexis would having typing errors & that they put me in Alexis intentionally so that I couldn't have the internet while preparing for my court case that should be the most important court case in the nation. I was also told that every time that I attempt to get my dick hard that I'd be forced to imagine being the 2nd in a 3some with another woman & male & this vision (that I want nothing to do with) is something that I've been tortured with repetitively by my violator that controls my mind at their will. - I'm also just now processing something that happened within the last month that was another exact detail that I'm now remembering being told would happen 1.5-3 decades ago: My mind-control violator exposed my

anger by forcing me to say the following exactly worded statement that they said I would back then: "I'd line up every cop in on violating & neglecting me & chop off all of their heads with my chain saw. (& I would use deadly force against them in self-defense if they opposed me seeking their life & death sentences)."

- 5/15/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: After waking up I was forced to stoke myself until I ejaculated while faces (that I don't want to imagine) appeared in my imagination after I was just forced to say that I don't imagine faces when I fantasize about the female body yesterday. I had to email the Housing Authority a complaint about the dead animal in the attic not being removed (the roof needs tore off to access the spot of the attic where the animal got stuck & died in & I cannot afford the materials to do it myself). I had to once again tell the Housing Authority that I am still being criminally violated & abused every single day & the response they provided me was unlawful & grossly negligent while threatening to remove my voucher. When I responded to their unlawful response my mind-control violator communicated the following message to me exactly as I then remembered being told that they would forever ago: "They just bitched out." My thoughts that people everywhere are unlawfully exploiting people as they develop real estate across the country by lying about & hiding plans for the future were then exposed as I was forced to verbalize this while being interrogated, violated & controlled with mind-control. I then thought the Cubs were playing the White Sox so I turned on the radio & the broadcaster said something about arm wrestling with Tyson. I had just been forced to say something about how arm wrestling with Mick was the only time that I've arm wrestled & this reminded me of the time that I humored Tyson by arm wrestling with him & how it wasn't me that said that about arm wrestling with Mick (it was my mind-control violator) & all of these were more exact details. I turned on NBC news at 1 & the lady broadcaster saying "we will help" was another exact detail making reference to them helping people from my area who are intentionally holding me hostage & neglecting me until they get help with what they want help with. In the afternoon I washed mowed the dog's fenced in area, weedwacked around the house & gave my dogs a bath outside & while doing so I realized that I chose to wear my shorts that I made out of jail pants that I stole from the jail & this was another exact detail. Whoever said this was going to happen said that it would matter if I wore them intentionally or if I realized that I was wearing them when I got outside. While doing this I ran over a cigarette box that I then remembered being told would be littered in my yard intentionally & the neighbor kid kept circling our 15-yard boundary between our properties on his side-by-side UTV while staring at me & then my violator communicated the following message to me "Alexis now owes you more than what it's worth now too" exactly as I remember being told would happen back then. I then went inside & cleaned up & suddenly remembered to go back out front & pick up the torn up cigarette box that I ran over with my mower & while doing so my neighbor was outside talking to a guy exactly as I was told they would be. Whoever told me this was going to happen said if I started talking to myself while doing this & they heard me that they would beat me in court & if I didn't then I still had them

beat in court. My mind-control violator then communicated the following message to me exactly as I then remembered being said that they would: "In the very worst ways to him." Later in the night I suddenly decided to go to Dollar General just before it closed & had to jog part of the way there. When I walked up there was a blonde lady looking at her phone & while I was looking at paint a blonde kid with a mullet came into the same aisle as me to get something. I then dropped my stack of toilet paper while processing that all of this was more details that I was told would happen. I had the tv on throughout the night & realized that all of the details from the next level chef finale were more exact details that somebody told me would happen while I was nearly unconscious & not processing as well as the Jimmy Kimmel interview with the lady who plays 'Wordle' with her friend & the man who was interviewed by Jimmy Fallon who is the CEO of the new flying car company. The following were all exact messages from today that I was told that I'd b7 e violated with by my mind-control violator 1.5-3 decades ago: "You are a punk." "You can sue us now." "I'm not going to be responsible for rent (whoever said this was going to get said mentioned that if somebody couldn't move somewhere & live for free then I wouldn't get to go to court)." "They are swallowing that you are dead." "They are swallowing that you don't get to do your own talking." "He is swallowing that they don't deserve their jobs." "I'll watch the cooking shows." "I'm not agreeing." "I do agree & that's my point." "Well fought". – The following news articles from today were more exact details that I'm now remembering being told would happen long ago as well: The 'Streeter' arrest in Rock Island who was stealing money from the government was something Morgan Ray told me would happen. The fatal car crash on Highway 67 by Monmouth was something that I was told would happen on this exact day.

- 5/16/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: When I woke up my bedroom's air purifier was off & the kitchen's appliances all were locked into a 'power outage' mode. I walked to the post office & on the way home a lady driving a jeep with a cooler in the back & a license plate reading 'Duckweiler' (or something similar) drove by me. Channel 6 canceling their usual schedule to show a Cardinals v. Royals baseball game was another detail I'm now remembering being told would happen back then. This evening my uncle dropped off the mower blades that he sharpened on his way to Galesburg & him having a trailer on the back of his truck & forgetting the meat he told me that he would give me were more exact details. I remembered that using the oppositional forces of magnets to design a perpetually spinning electricity generator was my idea during childhood & me not being allowed to remember this until recently was another exact detail that I'm now remembering being told would happen long ago. While remembering more details & examining this evidence I found more evidence that I know that I had documented was erased. The testimony that I realized that was erased was the following & it was another exact detail that I was told would happen long before it did: While living on Scott Street here in Alexis I had several ropes that I used to stretch & while watching a movie my mind-control violator basically tied me in a knot with all of my separate ropes. - The following news articles that I was shown today were all more exact details that I then remembered being told would happen long ago during my forgotten past:

Galesburg's Ice Cream Shop was robbed by somebody who led their cops on a chase. Galesburg's pool shed caught on fire. A doctor from Decatur was caught stealing 1000s of pills. A 'Harry Potter' cast member started an 'Only Fans' account. A new surgery clinic opened for people who don't have insurance. The Justin Bieber media coverage about him selling his music collection for $200 million was another detail that I remember getting made reference to & all of the media coverage about him & his wife over the past 6 months were more exact details (including people being 'worried' about him for smoking bongs). The media coverage over the past few days about Kelly Clarkson & her quotes about being fat were all more details. I was shown an article about $60,000 worth of cigarettes getting confiscated from a California cruise ship & this was another detail one of the people who told me all of this was going to happen said would happen. I was shown a picture of Howard Stern saying that he "is a front row kind of person." I was shown nude pictures of Brittney Spears on Instagram. I was violated, interrogated, tested & sabotaged with mind-control technology all day again today & a lot of thoughts that aren't mine but have been forced to cross my mind were exposed as I was only allowed to defend myself part of the time (a regular technique used by my violator). The following were more exact details that I'm now remembering being told would happen back then: "He has zero sympathy for them now." "I mean it to them." "She is swallowing now." "Then get away from me." "& his brain did shut off." "She is considering suicide now." "& they aren't going to pick you up (for one of my future court dates)." "He is having to swallow now." "They have done absolutely nothing." – I'm remembering to document that earlier this month I was forced by my mind-control violator to complain about not getting the donuts that I ordered from Walmart when they forced me to say "you can't get those donuts here in Alexis". Last night I realized that they started selling those donuts at Dollar General here & this entire set of details is another exact detail that I remember being told would happen long ago while I was basically unconscious.

- 5/17/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: While attempting to think of how I'd pull a calf if & when I start to farm I re-remembered my childhood plan to stand the cow up vertically to let gravity assist the process. I also remembered my invention design to produce cattle chutes so that a hydraulic lift inside the chute lifts up the front end of the cow while in the chute to make this happen. I also remembered my idea to design a harness that can attach to a tractor so that somebody can do this with the cow out in the open. I remember being told that if I could think of all of these inventions today then they would respect the fact that they were my childhood ideas/plans & that if I didn't then they wouldn't. After I explained this while getting interrogated & controlled with mind-control my violator communicated the following to me & they were all exact messages that I remembered being told would get said back then as well: "He's swallowing that was your idea". "I've been kicked 100s of times." "They are trying to claim it (my invention plan)." After processing that the Kelly Clarkson media over the last couple days were more exact details I remembered being told that her & Blake Shelton were going to attempt to extort/coerce me out of my agricultural designs by one of the fools that violate me. After I remembered this my violator communicated

the following exact messages that I was told that they would back then: "& she tried to hide it (I remember being told that they were going to be having an affair together & that they were going to attempt to get me to believe that this getting said to me was about that when it was actually said to me about another female attempting to hide something else)". "He is unwell now, man." "They are unwell now, man." "He is embarrassed now." I then looked out my window to realize that somebody drove their vehicle into my yard & left mud tracks exactly as I then remembered being told that they would. While looking out the window I also witnessed the neighbor kid mow his yard making the exact mistakes that I did the first time that I mowed mine (blowing the grass towards the building & not mowing in straight lines (my vision was blurry & my hands wouldn't make the movements that I told them to because of how brain injured I was at the time)) while his dad watched & hat tipped him exactly as I remembered being told would happen. I then was shown another post attempting to take-advantage of me stating how white people stole the country from Native Americans. I then explained how I could beat the Native Americans in court in less than 30 seconds exactly as I did as a kid & then remembered being told that I would have to again today if I were going to be able to prove that I truly am myself in court. After doing so my violator communicated the following to me "That did take less than 30 seconds". After this happened my violator communicated "that did completely dishearten me" to me & I remember being told that it would matter if it disheartened them or didn't. While cleaning the house I looked out my front window & a black car drove past the house & stopped for a couple minutes on the side of the road by my house before driving off exactly as I was told they would. While eating supper I had the tv on for a moment to the NHL playoff game & when I started to shut off the tv because I was getting an erection (while thinking about women not the tv) the announcer asked the other announcer "are you ok" & this was another exact detail. More exact facts that I was told would happen were when I shut off the tv to exercise my erection I was suddenly forced to imagine being the back-up sex-partner in a 3-some with women that I despise & another male (& this has been a regular torture technique being used on me for over a decade) as I was forced to ejaculate almost instantly (this happened twice today just as they said it would back then). After doing so my violator communicated the following messages to me: "Would you watch me?" "Would you do that with me (share them sexually)?" "I just watched that happen again." Once I took note of this so I could remember it for my testimony they communicated the following to me: "You're a nigger to me." & "I'd commit suicide too." While finishing typing the two hours' worth of information that I had to add to this document tonight my violator communicated the following message to me & it was another exact detail that I then remembered being told might happen: "I can't erase that (information out of your testimony) now." & "they had never thought of that one (invention) either." & "they didn't think of that one either (factual statements that I added to the evidence tonight)." At some point in the night I was forced to verbalize my anger about how Corey Champion has murder-attempted me & then intentionally left me dead after I was murder attempted & how he then married my cousin & they are living the good life on a lake mansion while I'm getting held hostage & tortured & I said (while being forced to speak by my sabotaging violator using mind-control) that I would kill him & should

kill her too just as I remembered being told that I would long ago. I also was forced through the same thing earlier in the day by my sabotaging violator who forced me to say that my sister's husband must be a chump compared to me exactly as they said would happen long ago. Whoever told me this one was going to happen said that it was going to be my nephew using mind-control on me to force me to say that. - The following news articles that I was shown today were all more exact details that I then remembered being told would happen long ago during my forgotten past: The largest plantation antebellum burnt to the ground. A fleet of Tesla vehicles were returned. All the Mark Zuckerburg media coverage over the past 6 months have been exact details I was told about long ago. A baby was 'gene edited'. 'Inventwood' created a method to make wood stronger than steel.

- 5/18/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: When I woke up this morning & was looking at the Instagram models I suddenly sang to myself "she's got style she's got grace" & this was another detail that I was told would happen long ago (& it seemed as if my mind-control violator said that instead of me). Later on my violator put a memory in my mind about Chad Robertson (in this evidence) & it sparked the following reaction from me exactly as I remember being told it would: "they are exploiting my life to the point that they are putting Chad Robertson over my entire life & court case despite me mopping the fucking floor with him." The memory was of me being told that I couldn't go to court until Chad had all of his moles removed & over $100,000 in his bank account. Whoever said this to me told me that if that ever happened than it meant something but I don't remember what was said. I do strongly believe that the Robertsons, the Champions, the Gavins & more families & authorities from my surroundings have intentionally went along with extremely exploiting my situation as a contributor & victim to benefit their own while intentionally destructing & disrespecting me & my family. - The following were exact messages that I was told would happen back then that my mind-control violator sent directly to my brain or said to me through my own voice: "They called the cops & that was their last chance." "She is going to move." "He is going to move." "He wants to move." "They are going to move." "He cried." "He called & they cried. (I remember being told that one of my violators was going to make a phone call to a specific set of people once he knew something about being caught & the people he called were going to understand his guilt at that point & cry (or something along those lines)." "& I want hurt them." "That woke her up." "Then they are never coming back." "He would send the S.W.A.T. team for you now." "It's spickin clean & theirs is filthy." "That was him (that just violated me with mind-control)." - The following news articles that I was shown today were all more exact details that I then remembered being told would happen 1.5-3 decades ago during my forgotten past: Inmates escaped from a New Orleans jail & left a sign saying 'too easy'. A fertility clinic was blown up by a bomb & the F.B,I. agent who reported on the news said "Good guys 1 bad guys 0" exactly as I was told that he would. Caitlin Clark fouled Angel Reese with a regular foul & Reese blew up on her. I was shown an article about a billionaire man divorcing his 32-year-old husband with the last name Armstrong without a prenup & this is another detail I

was told would affect my court-case by one of these scumbags who told me about all of this while I was basically unconscious. I watched a couple hours of High Stakes Poker's Season 14 & all of the hands & conversation were exact details that I was told would happen long ago. While watching this I remembered that I saw something saying JRB (from the poker show) owned a race horse that died & this was another detail I was told would happen back then also.

- 5/19/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: I woke up to a message from my mother who is attempting to get me to tear the roof & walls off of this house to remove the dead animal that was intentionally trapped in here & that is now contaminating the entire inside of this house just as I was told they would be doing long ago. I was told that if I didn't happily do all of the work to this house that they intentionally caused (as I should be the most important court case in the nation & starting a company worth multiple $billions & attempting to start a family & farm & do work that I want to be doing) that I'd never be able to get my dick hard again. After texting her my answer & cleaning the stove & air fryer I remembered how my mind-control violators & the people from my surroundings while I was in my grade-school class attempted to steal my idea for smart water pipes that self-clean years after I had already thought of them while I was getting sabotaged in front of my classmates. As soon as I remembered this & explained it to my interrogators using mind-control to violate me they said "I do remember that now" exactly as I remembered being told that they would if I cleaned the stove. They then communicated the following exact messages that I was told would happen forever ago that all made reference to these conversations that I don't remember: "Then she has to leave today". "& that all did just add up (my evidence)". "& I want her to die." "I would give them the death sentence now." "In the worst ways that they could think of." "In the worst ways that they could think of to her." "They would take everything you have & never let you go on a date." - While watching News 8 @ 6 I saw two more news stories that I then remembered being told would happen 1.5-3 decades ago: A bald eagle landed on a lady's porch who caught it & her dog's reaction to it on video. A Rock Island Police officer was drug by a vehicle in the apprehension of a criminal. While listening to the Cubs game Miguel Amaya's homerun almost getting robbed by a guy who 'got his glove' on the home run ball but didn't catch it & the announcer saying 'rats' were both more details. While watching Wheel of Fortune as I was typing this I noticed that the details of tonight's show were all more exact details that I was told would happen as well (the guy guessing 'practicing yoga on the beach' wrong when he guessed the letter 'M' (for Morgan) & 'Ceiling Fan/ Your Biggest Fan & Baseball Fan' were the details that I then remembered. – I'm remembering to document that every single one of my sister's social media posts were exact details that I was told would happen 1.5-3 decades ago during conversations that I don't remember while I wasn't processing nor remembering information. – I'm remembering that the other day another exact detail occurred that I was told would happen long ago while I wasn't processing nor remembering information: My anger about my situation as a serial victim who is being both intentionally violate & intentionally neglected by my local law-enforcement forced me to say that I want to

walk to the sheriff's house & kill him. When I did my mind-control violator said "you wouldn't make it off of that land" & this was another exact detail that I then remembered being told would happen.

- 5/20/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember: While eating my lunch I had Quad Cities Live on the tv & remembered being told long ago that they would be showing the details that they did including the lady displaying how mulch should be put around a tree 'like a donut'. Then on Jeopardy the contestant introducing himself as a 'stay at home son' was another detail I then remembered being told would happen. I was violated with mind-control all day again today. – Within the last couple weeks the following exact details occurred that I'm now remembering being told would happen long ago: I was in an argument for myself with my violators & interrogators & said the following exactly detailed comment that I then remembered being told would get said long ago: "I am a good driver. I could race 4-wheelers on x-games. I can drive as good as the cops. They have no right to take my license because they don't stop violating me." I was forced to go on an anger rant about my family being white trash because of all of their gross negligence & crimes against me. While doing this my personality turned into one of my childhood classmates. My personality has turned into an exact replication of her on multiple separate occasions within the last few weeks & after I explained that to my interrogators they violated me with mind-control & said "& that was an exact impersonation of that memory." I then remembered being told that they were going to do this to me long ago & that if it wasn't an exact impersonation of her & if I didn't remember or did remember at specific times throughout my interrogation that it supposedly proved details of my investigation. My point is that they are grossly violating me to do this & that the facts of my case have always been known & obvious but criminals unlawfully employed as authorities continue to allow other criminals to use mind-control technology to violate me in an attempt to unlawfully prove the known facts of my case untrue & me 'unfit' as a contributor, for court & for society despite the fact that I completely dominated the entire competition as a contributor & being the serial victim to torture for my last 33 years straight of my 37 year life. Whoever told me this was going to happen told me my classmate Shane Andrews was going to be in on this unlawful investigation of me & that his Facebook picture was going to be of him sitting in a church pew with his watch on & that is what his Facebook picture is. After I explained this & the situation about the classmate that I turned into being somebody who supposedly had a psychotic breakdown & chasing another one of our classmates with a knife & being called a 'psychopath' in class my violator said "I didn't know that" to me with mind-control to me. Soon after this my mind-control violator communicated "I'm going to write it down now, man" to me & this was another something that I was told would get said that made reference to another one of these conversations from the past when I was told all of this was going to happen that I still don't remember. While grooming my bulldogs my violator said "& you've taken better care of yours than he ever did of his" & I then remembered being told (by my desperately delusional & clueless violators/neglectors) that if I took better care of my bulldogs than somebody else did of

theirs that it meant something for court. At some point during the day my violator communicated "& this is his last day" to me & I remembered being told that if the sheriff didn't pursue justice for me by the time it was his last day than he doesn't want me to ever get justice nor does he believe that I deserve justice (or something along those lines). While being interrogated & in an argument about how I get poisoned & forced to walk around looking like a disease my violator communicated "& they just watched you be cleaner than all of them" & this was another exact detail I then remembered being told would happen. After saying this they said "& they don't get it back" & I remembered them saying that once I get the due process that I'm supposed to get I get whatever medicine or shot that clears my skin up instantly & somebody else is going to lose theirs permanently. At the end of the night I emailed Monmouth's Mayor Rod Davies about the organized corruption that is violating me associated with Monmouth (The Warren County Court System & Sheriff's Department) & provided him with the updated version of this evidence. I was immediately responded to with an email saying that he has a new email address & then immediately responded to again saying that that his new email doesn't exist before finally being able to turn it into the city of Monmouth's website exactly as I was told that would happen long ago. I had the tv on as I did this & all of the following details were more exact details that I'm now remembering being told would happen back then: A Russian General was killed with a car bomb & President Trump was told about it on camera while being questioned by a reporter. Martha Stewart was on the Late Night show with Seth Meyers & talked about people eating raccoons. I read an article about a landlocked Texas town starting an artificial surfing resort. The Quad Cities news showed a man being interviewed about the new Amazon expansion to the Quad Cities.

- 5/21/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing conversation: I was shown a news story about the second 'officer involved shooting' within the last week & this is another detail that Morgan Ray said would happen. Eagle View of Monmouth chose to continue to deny me the medicines that I need to function & be presentable. They had me set up an online portal account so that I don't have to talk to them & could instead message them but then when I messaged them they called & wanted to talk. My violator communicated the following exact messages to me that I was told would be getting said to me forever ago & they all made reference to these conversations that I don't remember: "You are going to email it (my evidence) to him (a cop). You are going to get to go to court & she is going to puke." "He stood there & did nothing." "She would never even look his way now." Receiving a call around 9:30 tonight while I was cleaning the floor & the person hanging up as soon as I answered the phone was another exact. My new 4-gallon trash bags not fitting my 3.5-gallon bucket that I use to get rid of my dog's waste in was another. At the end of the night I played poker on the WSOP app & all of the details from the game & the chat that went on during the game including the specific hands & the specific names of the other people playing were all exact details that I was told would happen long ago. It was also a detail that when I folded what ended up turning a straight on the river that I said "wouldn't it be great if fate

turned an 8" or a similar rhyme that was something I planned for my future in poker or my poker movie that I'm going to write back when I was a kid but had forgotten until now. Reading about the young police officer who committed suicide because of complications with his Lasik eye surgery was another exact detail I was told would happen by Morgan Ray. Being shown a news article about Mark Ray (who I was told stole millions from my father & whose land a mind-control violator forced me to wreck my black jeep head on into a concrete bunk & whose son attempted to drown me & who is an associate to Morgan Ray) being arrested in a $650 million scam & the details of the article ('victim a & victim b) were more exact details that I was told would happen today long ago during one of these forgotten conversations. The supposed South African 'white farmer' genocide that the news showed President Trump dealing with was another detail I was told would happen while the government intentionally stalls about my court case. The news showing me a lady who was saved by Chicago first responders while dealing with cardiac arrest & the first responder saying "it was emotional, in a good way" was another exact detail. – Within the last few weeks the following details occurred & they were more exact details that I am now remembering being told would happen back then: A 'Sarah' called & attempted to scam me.  My mind-control violator communicated the following to me "I do kind of want to kill your entire family now" & "I just made you decide to commit suicide without even trying."

- 5/22/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing conversation: I was woken up this morning by another call from Eagle View Community Health after I requested that they communicate with me using the messenger service on their online portal. They once again called me telling me to sign up for physical therapy despite me telling them that I do physical therapy every single day by myself & that I'm unwilling to waste my time & resources & unable to afford to go get instructions on less quality physical therapy than what I give myself as they once again completely ignored the fact that I need medicine that I'm being unlawfully denied. I checked my Facebook to see that my sister posted about my niece's first softball game that I wasn't invited to (because of the criminal neglect I'm victim to by our legal, justice & medical systems) & the exact details of her post including how she dropped her phone during the video she took of Carlie's at-bat & Marci Bertelsen (Melissa Patterson's sister) commenting on the pictures saying that they played her team on Friday were all exact details. My mind-control violator violated, controlled, sabotaged & interrogated me all day again with mind-control technology & every detail from them running my mouth & communicating to & for me today were more exact details that I later remembered being told would happen long ago including the following exact details: They said "I'd rather be having sex with you" & this made reference to when they told me they would be having sex with someone else but telling me they would rather have sex with me while reminding me that they would rather be having sex with them unless my court case was getting settled & I was on the medicines that I need with the earnings that I deserve. "They aren't getting that one back" was what they said while making reference to the fact that they are caught violating me & going to get charged now (despite the fact that I'm not being provided due process). Everything that they

had me say involving my anger with Mick Kaywood, Aaron Gavin & Corey Champion were more exact details as well including the fact that I was sabotaged because of my just anger while being forced to verbalize. - The following were all news stories that I was shown today that I then remembered being told would happen long ago:  The Quad Cities news that a man pled guilty to 2nd degree murder after stabbing his victim & this is something that I then remembered Morgan Ray telling me would have to happen if I was going to get to go to court. There was an article about a police officer getting caught claiming over $600,000 in disability for a false injury as she was out partying. The two Israel embassy staff members getting shot by a man from Chicago & him yelling "Free Palestine" as they arrested him & the F.B.I. agent walking up to the crime scene doing a dance-type walk were all more exact details. After watching this on the news my violator said "He's piping her down, man" & "he was their best runner" & I then remembered being told that if the FBI agent walked up with his dancing moves that it's because he was getting to have sex with some sought after woman. Them showing me a "viral" news article about how Tom Cruise ate his popcorn while watching the premier of the new Mission Impossible movie was another exact detail. While I had the tv on I remembered being told that the following exact details would happen on these live shows: While Quad Cities Live was on they showed a man selling "quality" flooring material & a house painting company. While watching Jeopardy they asked a question where the answer was obviously 'The Roman Coliseum' & the contestants answered 'The Staples Center' & 'The Rose Bowl'. While the Jimmy Fallon show was on Shaq was on there being interviewed about how he had to use the restroom during the middle of one of his NBA broadcasts "number 1 & number 2 walk". – Within the last few weeks the following incident occurred & I later remembered being told that it was another set of exact details that I'm now remembering being told would happen long ago: I was describing how I have been murder attempted at Monmouth Park multiple times & my violator suddenly forced me to say "Parks, Parks". A kid with the last name 'Parks' is who Morgan had sex with just before I was mind-blanked & forced to have sex with her after him when she had the abortion.

- 5/23/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing conversation: I was woke up by my mind-control violator telling me "I don't like you anymore". I then turned on the news & them showing a restaurant in the Quad Cities called 'Mercado on 5th's 9th year opening anniversary & them saying that they sell 'California' burritos & other 'California' food were more exact details. I then received a scam email from an 'Allison' asking me to print a return label for Amazon.com & after I remembered & documented this detail my mind-control violator said 'hypocrite' & these both were more exact simultaneous details. While giving my dogs a bath outside one of my dogs broke the Tupperware tub that I use to soak them in & then my mind-control violator said 'they are officially trash to me now' because I can't afford new exactly as I was told would happen back then. While documenting this evidence today I made an analogy in my court argument section about how if celebrity Hayley Erbert would've been attacked with violent brain injuries

when her head was damaged to the point that she needed to wear a helmet for her own protection that her attackers would've been given a life sentence. Because of all of this collective harassment & exploitation I also decided to document that Britney Spears showing herself naked on Instagram was another detail I remembered being told would happen long ago & after documenting both a news story came out about Hayley Erbert needing prayers for her family & Britney Spears smoking on the plane & both articles coming out immediately afterwards were more exact details that I then remembered being told would happen back then. I was violated with mind-control all day again today. While documenting this information I documented the following & then my mind-control violator said "that is the worst insult of all time" & I remember being told long ago that if they let my violators give me the worst insult of all time than they would have no choice but to pursue justice for me: While being forced to share myself & my time with Morgan Ray by my mind-control violators who was constantly blanking my mind & sabotaging/controlling/torturing me my violator used to make it seem as if Mick Kaywood was using mind-control on me & that him & Morgan were communicating to each other & having sex with each other through my body. - Within the last couple days I emailed the police officer Zachary Arthur who unlawfully responded to me for the Warren County Sheriff's Department back & reminded him that they don't have the right to close my case as the serial victim to our nation's worst crimes when my evidence proves my case simply & blatantly but of course am being criminally ignored & neglected.

- 5/24/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing conversation: After being intentionally & criminally neglected by the doctors for the past 30 years I did some research that lead me to believe that I have a yeast infection within my body causing the oral thrush on my tongue & my skin to breakout so I bought a supplement that is supposedly going to eliminate this problem for me from Amazon.com. While doing so I remembered somebody telling me that I'd be doing this for myself if I finished documenting this evidence & that if I ordered it then it proved that I should've always been provided the medicine that I needed from the doctor despite them all (my surrounding people) thinking that I didn't deserve the medicine. The review on amazon about a lady getting sick from eating more of these pills than suggested was another exact detail that I then remembered being told would happen.            I noticed that the HGTV Smart-home stole one of my invention plans for their basketball court in the 2025 Smart Home & then remembered being told that they were going to attempt to get away with stealing this invention from me back when I was a kid. Whoever told me this told me that if I let them get away with stealing this from me that they would attempt to steal more from me. What they did was take my ideas for the drainage systems for the baseball/football/soccer fields & my plan to design something so that the basketball court could be easily cleaned 'squaky clean' (that go on the blacktop or concrete) & combined the two ideas so that the court could be pressure washered clean. This is something that I would have got to when able to focus on my company for these ideas but instead I've been getting tortured, violated, sabotaged, neglected & forced to focus all of my limited cognitive

ability on my self-defense for court, more priority inventions, recovery & plans for the future.

During the day my mind-control violator got me furious while attempting to tell me that two people that I grew up around who are both married to other people & one of who owes me years in prison for his crimes against me are having sex with one another & I said "I don't give a fuck if he fucks her, he is not welcome with me" & then the camera angle changed during the Chicago Stars soccer game that I was watching to a fan that looked very similar to the female they were making reference to & then I remembered being told this was another exact detail that I was told would happen.      Just before bed I turned on a channel for about 30 seconds & watched a guy sell some lights made from propellers or anchors or some parts of an old antique ocean vessel & negotiate about selling his wooden desks out of his antique shop & all of the exact details that I witnessed were more exact details that I was told would happen back then also.      I emailed this document to & called the Chicago lawyer/investigator that is in this evidence named Ernie Burden. I emailed this document to the man named Rob Sand who is running for the Governor of Iowa because the commercials they showed me of him told me he exposes big corruption & sending both of these emails are details I then remembered being told might happen. Whoever told me that I was going to send these emails to these two people told me that they would be attempting to eliminate me getting a fair day in court but I don't believe my violators about anything & am attempting to remain hopeful.    I was violated with mind-control all day again today & my mouth was ran by my violators the entire day & almost every detail (including the following) were more exact details that I was told would happen back then: "I stuck up for those kids." Whoever said this to me was making reference to the fact that they chose to stick up for the kids in my childhood who are guilty of crimes instead of me as the innocent victim. "That's a splinter." This was said to me by my violator after I noticed a new splinter that made its way deep into my middle finger & whoever told me that this was going to happen & get said to me told me that they were going to give me a splinter & say this & that later on they were going to stab & or shoot me & then say "that's an actual injury (or something similar)". Whoever told me this was going to happen told me they were going to force me to get a splinter & they said they would be back in August to give me another splinter. "I keep one (porn video) on my phone." Whoever said something about this in my past told me that somebody they know keeps a porno on their phone at all times so that they always have one & whoever told me this also told me that one of the guilty violator kids from my childhood keeps a picture of Sara Kaywood in his wallet. "Creep" was said to me & I remember being told that if I checked any of the Instagram models accounts out more than once that they were going to call me a creep. "Then you can't be a leader" was said to me by my coercing & sabotaging violators who are desperate to not allow me to be the successful person that I should be. "They are saying that they would falsify evidence" was said to me by my violators who are reminding me that all authorities, leaders & religious representatives are only individual humans & that everyone, including the government would prefer to falsify evidence & hold me hostage instead of respect that I'm an inventor/contributor/designer whose contributions will produce $trillions in positive economic impact & that I should be a billionaire. "I'd figure something else out" was said to me

by my violators while they were torturing me with mind-control & they were attempting to tell me that they would surrender my rights as the victim & contributor that I am for the safety of myself & my family while actually & threatening to make my life worse. "Then go be a janitor somewhere" & "then go live in a city" were said to me by my jealous violators who don't want me to get to retire to living in the country on my own land with a wife & a sex life.          I was shown the following news articles & they were all more exact details that I then remembered being told would happen long ago during my forgotten past: Jennifer Tilly was the "only winner" during the season opener of 'The Big Game on Tour'. A woman had 13 of her organs removed because of her cancer. A lady from Galesburg had an article about her being a shoe lady & giving over 20,000 pairs of shoes away to people in need. The young actor with the last name Keoghan told the public/media that he is an addict & about losing his mom to heroin. Brett Farve's media coverage involving Netflix & his wife's confession & him saying Netflix is out to get him because of supporting Trump were all more exact details. I watched some of season 13 of 'Poker After Dark' & the interviews & all the conversations/action (including the clothes that were being worn & the older man winning a hand & unlawfully exposing the mucked losing hand & forfeiting that hands winnings to the player he disrespected) were more exact details that I was told would happen 1.5-2.5 decades ago while I was basically unconscious.

- 5/25/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing conversation: I had to walk to Dollar General to buy different trash bags for my dogs' waste bucket & while walking past the house closest to the store on the way home (the house that has had a teeter-totter sitting outside of it for the entire time that I've lived in Alexis & I was told this teeter totter was out there making reference to the part of my court case where Drew Robertson intentionally violated me with a teeter totter) a lady pulled into their driveway in a new Jeep Wrangler & two girls were out in the yard playing wiffleball exactly as I then remembered being told that they would be. The two girls outside were reenacting an exact memory from my childhood that probably happened while I was with Drew when she hit a ball & repetitively said "that's a homer". When I returned home I was so angry from getting violated all day again today that I allowed myself to attempt relieve myself by making myself release sperm & while doing so two specific female appearances crossed my mind. When this happened my mind-control violator immediately asked me "was that for me or J.C. (the initials of the appearance that crossed my mind that they actually said the name of)?" to establish dominance in violating me & torturing me by not allowing me privacy nor freedom of thought & after this happened I remembered this was another exact detail that I was told would happen long ago. Whoever told me this was going to happen told me that it was the lady who pulled into the driveway checking to see if I was fantasizing about her young girls. After I reminded my mind-control violators & interrogators & spies that I just remembered being told all of this they said "& that is as bad as it gets from them" & then "They are swallowing that did just get documented" & then "they are swallowing that they did just waste more of your time & money" & these were all more exact details that I was told would happen long ago.          I had

to document something I remembered today in a different section of this document & include the date while doing so (my testimony about the struggling priest movie plot idea of mine from childhood) & while doing so I accidentally wrote the wrong date down & didn't realize it until afterwards but realizing it afterwards & having to fix this mistake was another exact detail that I then remembered being told would happen today long ago.   Me calling my mind-control violators psychopaths for how they've treated me involving the mentioned testimony that I had to document & then my mind-control violator saying "oh yeah, you got him then" was another exact detail that I'm now remembering.        I was violated all day again today with mind-control & the following were more exact messages that I then remembered being told would happen long ago: "& he went back to the game." Whoever said this was going to get said told me that one of my violators was going to find out about them being caught with their crimes or conspiracies to commit crimes against me while at a junior high or high school sporting event & it was going to prove something about him if he went back to the game or left & did something else. "They ate" was said making reference to this same conversation about the previous message & the people involved with him or investigating him. "Then they should've kept their mouths shut" was said making refence to people who have made false assumptions & ran their mouths about me, my family & my court case. "That's not even enough to pay for your medicine" was said making reference to the amount my exploiters are planning to offer me before planning to attempt to further coerce me out of my lawful rights, compensation & earnings. "They don't have the right now" was said making reference to how these exploitation criminals have lost the right to argue against me in court because I have spent every waking moment of my life & last 10 years preparing myself for court despite & while getting violated, tortured & sabotaged 100% of the time. "I'm done" was said to me by my mind-control violator but I don't remember what it was supposed to be making reference to. "No contest" was said & my violator was telling me that the charged are going to plead no contest but I am demanding that they are proven & labeled "guilty as charged" instead so they don't get to attempt to exploit the public into thinking they are respectable in any way. None of my violators deserve to be able to appeal anything because they are all willfully guilty. "That was another good point you made" was said to me at the end of the night & whoever said this in my past said it would matter for court if I was still proving good points or not.              I was shown the following news articles & they were all more exact details that I then remembered being told would happen long ago during my forgotten past: A person was kidnapped & their violators attempted to get them to surrender their crypto money password. A Penske truck exploded in a Chicago suburb. The George Floyd media coverage showing the man saying "The knee on George Floyd was the knee on black America" was another exact detail. Tom Brady getting booed by the crowd at a race car track was something Morgan Ray said would happen. Me being shown a little blonde kid working concrete while forcing to verbalize my anger with Mick Kaywood (who comes from a concrete family) was another exact detail.

- 5/26/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't

remember while I wasn't processing conversation: I was violated with mind-control technology all day again today. When I mowed the yard the following set of exact details occurred that I didn't remember being told until they happened: While checking the yard my violator said "& I'm going to weedwack". While mowing the neighbors abandoned lot my violator said "she cried". While weedwacking my violator said "there you go". When I weedwacked past a point my violator said "her loss" & I remembered being told that she or he only made it so far while weedwacking & that if I completed the job that it is their loss (but I don't know what they are talking about). At the end of the night I realized that I didn't document the fact that when I was a kid I suggested that shoe covers get produced so that people can cover their shoes with a disposable cover when going inside somebody's house. I remember being told that I would remember to add this portion of my testimony to my evidence after sending it to the Chicago lawyer 'Ernie Burden' who I just sent this to over the weekend on Saturday because Ernie's office had one of these shoe covering machines in his office. My court argument includes an important point about this specific incident.        The following messages that were communicated to me by my mind-control violator were all more exact messages making  that I'm now remembering being told would happen long ago & they all made reference to these conversations that I don't remember from back then: I woke up to my violator telling me "I would let you do that to me in front of my husband" as I was being forced to imagine myself having sex with a woman in front of her partner despite that not being anything that I want in my life.  "& they are going to pay for you" was said to me & I don't remember what they were talking about when they said this but believe they meant that they are going to pay my way for court. "& they are lucky that I don't come & hurt them" was said to me & I then remembered being told that it would matter if they wanted to come hurt me or them. "What's for breakfast?" & I remember that they told me that they would be saying this sarcastically because oatmeal is my only option for breakfast.        The following news articles & details from television today were all more exact details that I was told would happen today long ago: An Arkansas couple was on the news for forcing a girl to live on one poptart a week as they raped her for years & I believe this is something Morgan Ray told me about over 15 years ago. I was an article about the Russian Orthodox church in Texas & whoever told me this was going to happen said it was going to matter for court if I was claiming to be a member of it or something along those lines. A 13 year old boy fell off of a parade float & died. Ashton Kutcher & Mila Kunis were on social media saying that they are going to donate their fortune to charity & not leave anything to their kids. ABC News at 6 suddenly had a broadcaster named 'Selina Wang' (Selina is a person involved in this evidence & I remember being told that when I got my evidence to this point that this is when they would start investigating Selina or something along those lines). News 8 at 630 had a detail where Zahara said "then here you go (or something similar)" & whoever told me this was going to happen said if he said this he was going to be giving somebody who doesn't deserve something what they wanted before I've even been provided due process. I was shown a headline about 'summer penis' on google news & remember being harassed about this long ago & whoever said something about it said that if I clicked on the article that I would get 'summer

penis' or something along that line. I watched the first episode of the new 'PokerStars Big Game on Tour" & the loose cannon & all of the details from the conversations were all more exact details that I then remembered being told would happen long ago. While on Facebook I was shown a picture of a guy & a bulldog & the guy looked similar to a guy from Alexis & whoever told me this was going to happen made the comment to me that the guy from this town would insult me for thinking anybody would want a bulldog (or something similar) & they also said something else horrible but I don't remember.

- 5/27/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing conversation: I walked to the post office to check if I received anything from the Supreme Court or my windproof hanger attachments for the clothes lines. On the way to the post office the following exact details occurred that I was told would happen back then: A neighbor kid rode by on his bike. I had to spit out the rest of my mouthwash on the base of the backside of the fire hydrant as I was walking past it then my mind-control violator said "then that is exactly where she would've wanted it spit". A guy drove by in his truck & waved at me. My package that was supposed to be delivered today was not there. When I returned home I checked my Facebook because I was just forced to list my dogs up for adoption & was it suggested that I become friends with two of the guys from my high school. Both of their profiles were more of the following exact details that I was told would happen long ago: The first profile picture showed a cow having sex with another cow. The second had a post that said "oh Katie Kaywood" & I then remembered that I was told that I'd see this post & be reminded about how my violator forced me to say "oh Katie Kaywood" around the same time as this post happened in 2012 while I was being unlawfully spied on, controlled & sabotaged in my privacy by violators using mind-control technology. After spending over an hour typing the evidence that I had to add to this document tonight I accidentally spilled water on my laptop's cover & this was another exact detail I remembered being told would happen.        The following messages that were communicated to me by my mind-control violator were all more exact messages making that I'm now remembering being told would happen long ago & they all made reference to these conversations that I don't remember from back then: "I didn't know you wanted to give me action like that" was said to me by my violator while making assumptions that I wanted somebody sexually. "& she is going to be sick" & "& she is not going to make it" was said to me about somebody planning to not go to a future court date.        The following news articles & details from television today were all more exact details that I was told would happen today long ago: I was shown a news story about people of England racing down a hill for a wheel of cheese & said it probably symbolizes that they would have to compete for the digestion medicines (exactly as I then remembered being said that I would long ago). I was shown media coverage of the 'Streeter' from the Quad Cities who stole almost $1 million getting to be out on bail & she appeared to be wandering aimlessly exactly as they told me she would be. I was shown a news story about a person getting charged with attempted murder of a police officer in the Quad Cities & this is another detail I believe Morgan Ray said would happen but I'm

uncertain. I was shown an article about Nike coming out with new 'Lego' shoes that you can attach Legos to & whoever said something to me about this said that they wouldn't let me go to court until they could put Legos on their shoes. A high school tennis player named Nick Patrick was interviewed & he had a Notre Dame hat on & this is another exact detail that I was told would happen.

- 5/28/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing conversation: I was woke up by my mind-control violator saying "& I disagree". They were saying that they disagree that I'm one of the top contributors & that I deserve crime & injury settlements. Eagle View of Monmouth called me referring me to Stronghurst's psychiatric services despite me needing medical treatment & not psychiatric treatment.  I called the Warren County Sheriff's Department to find out why I'm not being provided 'due process' & they once again responded "we don't have anybody here right now" to me. I had to list my bulldogs for adoption because I'm going to seek asylum & the exact people that responded to me were people that I was told would respond long ago while I wasn't processing information. Later in the night I called Springfield's F.B.I. to find out why I'm not being provided 'due process' & the man on the phone said "I don't know why its taking that long" before he transferred me to a complaint line where the operator told me to get a lawyer then hung up on me.   I was violated with mind-control technology all day again today & the following messages were more exact messages that made reference to these same conversations from my forgotten past: "& he is the worst person I've ever met" was said to me & I remember being told that if somebody wasn't the worst person they've ever met then I wouldn't be getting a fair day in court. "& that is the best gift he has ever been given" was another exact message but I don't remember what this was supposedly making reference to so the surveillance will have to be investigated to figure it out. "she is choosing to be delusional" was said to me about somebody involved with decision making about my court case is choosing to be delusional instead of accepting the facts of reality. "& you are going to be homeless" was said to me by my violator who believes that I'm going to be homeless instead of getting to go to court as the crime victim & major contributor that I am. I read a news article about President Trump pardoning a sheriff & reality tv couple for fraud. I also read an article about him banning Steph Curry from the White House & all of these details were more exact details that I then remembered being told would happen back then.

- 5/29/25 I called the Warren County Sheriff's Department again to find out why I'm not being provided 'due process' & I was told that the sheriff is in a meeting & the investigator is gone to a training program until Tuesday & both of these were more exact details that I then remembered being told would happen long ago during a conversation that I don't remember.  The Baldwin/Bieber $1 billion deal for the make-up industry was another exact detail that I was told would happen & afterwards my violator said the following exactly as I remembered being told that they would despite my/this racketeering case being worth much more "& that is the biggest

racketeering case right now". – I'm remembering to document that since living in Alexis I looked up one of my violators named Dooey Lane (I believe that he is one of the kids who took turns kicking my head as I was already severely brain injured) on Facebook & him racing a school bus at the Knox County Fair was another exact detail that somebody told me would happen long ago.

- 5/30/25 Today I remembered that while in grade school at I.C.S. I was told that I would be in the car wreck that I was in during high school when I had to swerve to not hit the school bus head on.          The following were details that occurred today that I later remembered being told would happen long ago during a conversation that I don't remember while I wasn't processing nor remembering information: Tonight I noticed more evidence missing from this document about when I was forced to threaten my dad with a souvenir baseball bat while I was a very young child. I received an email from the Federal Supreme Court saying they waived either my or their right to respond to my case but wasn't able to open the document so that I could view it on my phone & will have to wait to read it in the mail exactly as I then remembered being told would happen long ago. While mowing the yard my neighbor & his friends were outside playing bags & I heard one of the people talk about being thankful for getting paid $30/hour for something & this is something that I was told would have to happen for me to be able to get to go to court. A dog running around their yard & pooping next to my dog's fence & me talking to myself about my court case with my hand holding my phone up to my mouth while I was punching my punching bag were both more exact details that happened before I went back inside. I suddenly got to pimples on the top of my head where 'devil horns' would be after saying that my mom is the devil in disguise & my forehead broke out looking like an 'allergy test strip' & both of these details were more exact details that I'm now remembering being told would happen. While typing all of this testimony my mind-control violator said "I don't like them anymore" & this is another detail I was told would happen if I got this prepared for court. Whoever told me this was going to get said told me that one of the kids from my childhood would be using mind-control on me & deciding that he doesn't like the kids anymore that gave him comradery & lifted his spirits about playing football with me as I took it easy on him (& he didn't know any better) & as he thought I was responsible for humping whoever instead of realizing that my body didn't stop moving because of my severe brain injuries.          I witnessed the following on the news & every one of these details were more exact details that I then remembered being told would happen 1.5-3 decades ago:  KWQC News 6 showed that a man from Kewanee with a rose tattoo went missing & a man from Moline with dementia went missing. The winner of the famous spelling be won on a French word meaning 'enlighten me' & News 6's Jenna Jackson said "enlighten me" twice throughout the morning news. She also said "no longer a threat to the public" after one of her segments & this is another specific detail that I was told would have to happen for me to get to go to court. There were people arrested for stealing over $66 million from the SNAP food program. I was shown an invention where gas is created out of thin air & water & remember being told this would happen before I got to go to court when I was in grade-school.      - I'm remembering to document that the following detail occurred while I was being unlawfully charged & imprisoned in the Knox County Jail & it is

something that I later remembered being told would happen long ago: While I was being forcibly kept in filthy jail cell meant for one person naked under a "suicide vest" with another naked man in a suicide vet a woman walked by who looked like a female from Galesburg who was in my grade named Carlie Mangeiri. Later on I remembered being told long ago that Carlie Mangeiri (the daughter of Judge Mangeiri) would be walking by me in the cell & if I wasn't looking extremely healthy than she was going to make a wrongful decision about my court case in less than 30 seconds. When she walked by my skin looked disgusting because I'm being poisoned & criminally neglected medically. During that same unlawful imprisonment a woman who appeared to be Morgan Ray suddenly walked into the jail unit while we were all let out of our cells. When this happened I remembered Morgan telling me that she was going to come to the jail while I was there & it would matter for court on my reaction when I saw her. When I saw her I sat there & didn't provide a reaction as I further accepted that my life is hell on earth & that I'm being violated with the worst type of corruption.

- 5/31/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: My sister informed me that my father no longer has my passport & when I asked my mother if she has it she responded "no, not yet". Somebody is supposedly going to adopt my dog, Orwoe, on Monday morning & Orwoe suddenly vomiting twice today was another set of exact details. Tonight I added more argument to my testimony & the exact information that I added (my argument for myself as the best football player from around further along in my court argument section), the fact that I stayed up 24 hours today so that I could go to church tomorrow (when I would be asleep if I didn't stay up) & the fact that while I was on a run in the late hours my mind-control violator said "he drives" when I was wondering if the priest drives to church or gets driven were all exact details that I was told would happen long ago if I was still working on this. I was violated with mind-control all day again today & the following were exact messages that I'm now remembering being told would happen long ago: "& they are ignoring all of those facts (the facts in this document & of my court case that are getting unlawfully ignored by the justice system while my violators are exploiting the court, law-enforcement/medical systems & public). "& I do agree with you now (about my self-defense, evidence, criminal-profile & experience with my medical symptoms/medicines & criminal violators)".          I witnessed the following on the news & every one of these details were more exact details that I then remembered being told would happen 1.5-3 decades ago: There was an article from People magazine on Instagram about a lady who wore jean shorts going half way down her thighs getting complained about that her shorts were too short. A 7-year-old had an accident that ended with a 3-inch nail going through his face & into his brain. On an airplane a marine thought somebody was going to pull the emergency exit so he slammed the passenger & zip-tied them. The quad cities news reported that a 9-year-old girl & her father were found shot dead in their vehicle in an apparent murder-suicide & this is something Morgan Ray told me would probably happen. I watched Daniel Negreanu's 2025 WSOP poker vlog on YouTube & all of the details were more exact details that I then

remembered being told would happen (including his online chess board, the golf contraption he showed him & his wife using, the pasta shop he went to buy them lunch, him saying something about Jennifer Aniston while giving a tour of his gym, his wine room tour having beer boxes hidden in the corner, the landscaping people planting poisonous plants that could harm his dogs him breaking down a hand for his viewers while his Tesla was driving him & saying "that was fun", him telling us about his sunglasses & his wife saying she didn't touch his sunglasses, the specialized wine that the guy from California was selling while at the table & him advertising the probiotics to take before drinking alcohol (whoever told me all of this was going to happen said something about not drinking again until they could get pre-alcohol probiotics). While watching PokerStars 'The Big Game on Tour' episode 2 the soccer professional made a call with ace high & the 'loose cannon' talked to her dog saying the dog should've known the poker hands outcome & I remember being told these details would happen long ago as well.        – Within the last week or so my violator communicated the following exact messages to me & it was another exact detail that I then remembered being told would happen long ago but I didn't get a chance to document it: "I like Drew & I like the Robertsons".

- 6/1/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: On the early morning Quad Cities KWQC 6 News I was shown a story about a kid starting an internet app for cooking measurements & cooking questions & I believe this was another childhood suggestion of mine during 2nd grade. When I watched this morning I remembered being told that this was going to happen but didn't remember until tonight that I believe this was another suggestion of mine from childhood. I went to church & every single detail that occurred while I was at church were more details that I was told back then: When I was walking up to the church a lady walked in at the same time as me & said good morning to me as I continued to walk on the grass instead of the sidewalk to give her space. The church was packed & there was a line to get in so I followed the lady who works at Dollar General up the stairs to see if there was any seating up there but there wasn't. I then walked back down & while walking into the church I was asked to sign the guest book first before going in. I sat in a pew & soon a family walked in so I had to scoot over next to a blonde lady & sit directly behind Tara Vanfleet's mother (a girl I was raped with in this evidence). The lady that I had to scoot next to in the pew had her purse sprawled out in the middle of the pew & whoever told me this was going to happen told me that it would matter for court if I went through her person or not (I of course didn't & would never go through a strangers purse unless being forced to with mind-control). Soon after my sister & her family walked in & I didn't get to wave at my niece until I saw her looking over towards me later in the service. Jake & Chris Gavin walked in after me & sat a couple rows in front of me. The priest's homily was nothing but the following exact details that I then remembered being told would be getting said long ago during one of these forgotten conversations: He said that he was doing his best & that he loved every one of the members of the church. He said that everyone knew who Jesus was when he went in public. He said that the community had lost its togetherness & that he hoped

that it would come back together. My sister had to leave the church during the middle of the service because it appeared she was having hot flashes with her pregnancy. Soon after she left the church another lady (named Courtney Young) left the church momentarily as well. While I was remembering these details to document I thought to myself "6-1 (the date) = 6+1=7 /25=2+5=7 while attempting to avoid the number 6 because of it being associated with the devil)" & all of this were more very exact details that somebody told me would happen long ago while I wasn't functioning nor remembering. When I returned home my mind-control violators communicated the following messages that were all more exact messages that I was told would happen today long ago & they all made reference to these conversations that I don't remember: "He cried". "He has to respect your rights now & he wasn't going to". "You get to go around them (opposition wanting me to not get to go to court as the victim & contributor that I am)". "She never gets to see you again". "& I am disgusted with them now".

- 6/2/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: A person from the Facebook 'Rehoming English Bulldogs' group who was supposedly from Milwaukee, WI was supposed to pick up my male at 9am. The person didn't show up at 9 & when I texted them around 9:15 they told me they would be here in 49 minutes. I went outside with my dog shortly before 10 & while outside I saw the 'Rainy Days Gutter" trailer from Cameron, IL exactly as I then remembered being told that I would. After about 75 minutes had passed since I received the text saying they were 49 minutes out I texted them again & they said that they were pulling up in a black Chevy Malibu. When I received that message a black Malibu (from IL not WI) pulled up to my neighbors house & then the person blocked me on Facebook & deleted their account exactly as I then remembered being told would happen long ago. At some point during the day my mind-control violator communicated the following exact messages to me exactly as I then remembered being told that they would: "There is no confusion with us anymore & there is no confusion with the FBI". When they said this to me they were confirming that the authorities know that I'm being violated & intentionally neglected as the serial victim & massive contributor that I am. While waiting for the person to pick up my dog they said "they are swallowing that he is not going to be here" but I can't remember if they were supposedly making reference to my dog, the person who was supposed to pick up my dog or somebody who was supposed to get the dead animal out of the attic.                I witnessed the following on the news & every one of these details were more exact details that I then remembered being told would happen 1.5-3 decades ago: I was shown an article about a Georgia nurse quitting her job to become an auto mechanic. A person in Colorado attacked the public with Molotov cocktails & yelled "Free Palestine". KWQC showed a story about a 'boating incident' where someone died in the river near Savannah, IL. Facebook 'reels' showed me a reel of a lady who was a "rich addict" who wouldn't let her friend 'crash on her couch' for more than a couple days. They showed me a reel of a redhead laborer making breakfast & sitting on his roof listening to music & they showed me a reel from a 'Matt' that said "you should probably just go to bed, you have had a long day" & I

remembered being told that they were going to show me this telling me not to waste my time staying up waiting for the person to pick up my dog. While waiting for the guy who was supposed to pick up my dog I had the Morning show on NBC & the band 'Mt. Joy' performed the song 'Lucy' & the new night anchor was shown & the bar 'Duffy's' in Miami was having a watch party for his debut exactly as I then remembered being told would happen long ago. I'm remembering to document that the Karen Read trial going on in the news is more exact details that Morgan Ray told me was going to happen in between 2008-2012.        - I'm remembering to document that the following messages were communicated to me by my mind-control violator within the last couple weeks & they were all more exact details that I'm now remembering being told would happen long ago during these forgotten conversations: "They can't afford to pay you" was said to me & whoever told me this was going to get said told me that there were a group of people from my community who thought they would be able to afford to pay me my entire court settlement as a victim & contributor. They also told me that if I didn't spend every day of my last 10 years preparing this document that they would've been able to afford to pay me. "& he is embarrassed now" was said to me & whoever told me this was going to get said told me that if somebody wasn't embarrassed about his assumptions about me & my court case then I wasn't worth letting go to court (or something along that line). "& he would hire you immediately" was said to me & whoever said this to me said that if I let my community exploit me out of my inventions & crime/injury settlements that they knew somebody who would "hire me immediately". "& I am still in love with you" was said to me & whoever told me this was going to get said told me that they would be lying to me as they want to be with someone else. "& you were just thinking about a body" was said to me & whoever told me this was going to get said told me my mind-control investigators were going to go public about me fantasizing about women who are my criminal violators when I wasn't & just was imagining the female body. "& I would have sex with you whenever you want" & "& I would give you head once a week" were said to me & whoever told me this was going to get said told me these people were attempting to bribe me into giving up my rights as a victim & contributor.

- 6/3/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: My Walmart.com order showed up today & it was missing a pizza & my chicken patties (that I was charged for). One of my packs of steaks was exchanged for a pack that I was almost $10 more expensive & it had a flimsy couple steaks. A pack of pretzel rods & one of the steaks that I ordered were unavailable. The delivery driver said "you order groceries the right way" & told me about having to take some people multiple orders a day (delivering them beer in the morning then beer & a frozen pizza at night). During the conversation mind-control was used to force me to ask him if they delivered to Monmouth & all of these were exact details that somebody told me would happen long ago. Paramount plus started showing a movie called Novocain just like somebody told me would happen.  I was violated with mind-control all day again today.

- 6/4/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: A couple of my ceiling fans have begun to wobble so I emailed the company that makes them asking them to provide me instructions specific to fix the wobble in these fans & while emailing them & copy & pasting the model # from their website my font size within the email changed on my smartphone & I couldn't find an option to fix the font size afterwards so I had to start another new email exactly as I then remembered being told that would happen long ago. While checking my email I received a specific 'spam' message from a Celeste that said "let's skip the small talk". I watched Ryan Bambrick beat Daniel Negreanu in the WSOP Omaha Hi-Lo Championship & while watching it my phone replayed the same 5 minutes twice in a row (& I noticed that I watched the same hands (they told me it would matter for court if I noticed seeing the same hands or not)) & I ate a few potato chips that were the "best bag of chips that I've had yet (of this specific Wal-Mart brand)" exactly as I then remembered being told would happen. As I had the news on I saw that it is Angelina Jolie's 50th birthday as they were showing me a storm blowing rain sideways & people waiting outside to buy the new 'Nintendo Switch 2'. When I had 'The View' on momentarily their guest said that he has "murdered for his child" & all of these were exact details I was told would happen as well. The news at noon showing Assumption's girls soccer team winning & Bettendorf's losing & the interviews from both teams including the Bettendorf girl crying were more exact details I was told would happen back then. I was also shown a news article about juvenile inmates being allowed to fight as the correction offers did nothing & Galesburg hired its new police chief, Kevin Legate & these are more details that Morgan Ray said would be on the news today. After I took note of this to document it my mind-control violator said "& they swallowed immediately" & "& she is going to admit everything" exactly as I then remembered Morgan Ray telling me that they would if these things happened. While getting ready to write the next sentences in this specific portion of my testimony I forgot the third exact message that I needed to document & forgetting this was another exact detail. When I went outside to mow my yard I was once again making my stance within my court case clear to my mind-control violators & they said "done" to me through my own voice (attempting to make me think that all of this evidence that I was told would happen long ago was finished) exactly as I then remembered being told that they would. While mowing I had to drive to the gas station & fill the mower with gas. While at the gas station there was a blonde woman in a white Subaru with the license plate 'Azer' filling her SUV up with gas & she also had to air up her tire. After leaving the gas station I remembered that whoever told me she was going to be there told me it would matter for court if I attempted to talk to her or went in & bought alcohol or cigarettes while she was there (or something along those lines) but her being there, filling up her tire & then waiting in the parking lot for a couple minutes before leaving (I was told she would need to write information down for her own evidence) were all more exact details that one of these people told me would happen as they were violating me back then. After I documented this information my mind-control violator said "& I could smell it" exactly as I remember being told

that they would but I can't remember what they were supposedly making reference to. I was violated with mind-control technology all day again today.  - Within the last couple weeks my violator communicated the following messages to me using mind-control technology & they were all exact details that I'm now remembering being told would happen long ago: "Then stay away from me". "& he quit". "& he is swallowing that you should be able to afford whatever you want".

- 6/5/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: This morning I went for a run before light & passed a couple ladies walking a dog while running across the street by the gas station & there were over 25 fire trucks parked behind the gas station exactly as I was told there would be. My skin has been breaking out every day for years despite me drinking water nonstop, cleaning & doing dishes with top shelf cleaning supplies, paper towels & toilet paper (instead of cloths) since 2018. My mind-control violator said "I would go to the emergency room" despite me being intentionally lied to & neglected every time I have been to the hospital or doctor about my symptoms for my entire life so I believe I'm going to get a ride to the hospital later this morning. While watching the news this morning I saw that a tornado went through our area & a tree fell onto & destroyed somebody's home but nobody was hurt. I remember being told that if anybody was hurt during this that I wouldn't be allowed to go to court & the news lady said nobody was hurt with annunciation. The morning news also showed that Dr. Anthony Carbone was charged with sexually violating young girls, a clip of mother nature blowing high winds & a tornado at the South Park mall in the Quad cities & a lady arguing for the right to have adult 'Drag Queen' shows in the Quad Cities area were all more exact details that I'm now remembering being told would happen today.  The morning show showing Novac Djokovic winning a 41-shot rally to advance in the tennis tournament & the Guthrie lady shaking her head no while looking at the camera were more exact details as well. After I finished typing this I called Warren County Transportation to get a ride to the hospital & on the bus to the hospital the driver played specific music (Tool) & while emailing the police chief of Monmouth I was asked to send the email to his new email exactly as then remembered being told would happen long ago. While at the emergency room the nurse said "sounds like your really trying" (after I explained my cleaning routine for her) exactly as I was told that she would long ago. While I was in the triage room & waiting for the doctor I checked the news on my phone & saw that an arrest was made in a Galesburg homicide case & that was something Morgan Ray told me would have to happen over a decade ago for me to be able to go to court. I also was shown a video of a farmer pulling their cow out of a sink hole by wrapping a chain around the cows neck (instead of its body) & yanking it out with a truck & this was another exact mistake that I was told would happen. I noticed that the oxygen dispersion devices that were installed into the wall of the triage room need redesigned so that they can be cleaned exactly as I later remembered being told that I would have to do if I was still going to be able to prove my case. For the first time in my life the doctor prescribed me medicine to clear up my disgusting

skin. I walked from the hospital to Walgreens & while walking the back road (A street or avenue (I don't remember which one it is for certain) the transportation bus that took me to the hospital drove by & I walked past a sign that showed Kendra Hughes & Carissa Doyle advertising themselves as 'the new generation' exactly as I then remembered being told that they would back then. At Walgreens the following details occurred & they were all more exact details that I then remembered being told would happen during my forgotten past 1.5-3 decades ago: Karen Grant (Drew Robertson's aunt) appeared behind me as I was waiting in line to talk to the pharmacy representative & I asked her to go in front of me because I decided to get a booster shot while I was there. While I was around her my mind-control violator made me seem mentally unstable & had me step on exact squares on the floor tiles. When she left she said "it was good to see you". While in line talking to the person behind the counter I turned around to see an old man tying his shoe (somebody said "alright, then I'll let you see me tie my shoe or something" (or something along that line) during this conversation from my past) & I received a spam call that I answered in case it was the FBI or an authority about my court case. My aunt Judy was the next person in line and our conversation was nothing but exact details that I was told would happen (including her suddenly noticing that she needed to buy Flonase & asking me if I used it & her grandson "loves it" (going to U of Illinois) & her asking me if she could buy me lunch but me not being able to because of not knowing if I'd still be able to get a ride home with public transportation). While leaving Walgreens I saw my cousin Linda Doyle but wasn't able to talk to her because she was speaking with somebody else. I then walked to Dairy Queen & the following exact details occurred just as I then remembered being told that they would: I bought a small milk shake but not food because of how poor I'm being unlawfully forced to be. My high school janitor was there eating with somebody who took off in his truck fast when he left. As I was sitting outside I saw State's Attorney Siegel drive by in a convertible. While waiting on the sidewalk for the bus an old lady who looked similar to Brenna Kessinger (from this evidence) walked past me with a blonde boy. On the bus ride home the driver said "it looks like its going to rain" & I informed him that it was the wildfire smoke haze & that it's not supposed to rain until this weekend. When I returned home I realized that my shaved head had 4 red stripes from when I shaved & remembered that this was another detail. I then had to walk to Dollar General & when I went outside the Warren County & Alexis cops were at the gas station with the roads blocked off handling a situation. A car pulled up & the officer asked them to back up but they continued forward & did a U-turn instead & all of these were exact details that one of the people told me would happen back then. On the walk to DG I saw a lady outside with her great dane & this was another detail I then remembered being told would happen. Whoever told me this was going to happen said the court or unlawful bystanders would be comparing who had a cleaner house/body/life between me or that lady & if I was cleaner then she would have to let me see her with her dog (or something along those lines). At dollar general there was a dog Flea & tick repellent (that I was considering purchasing a couple days ago with my online order) on clearance, Shaq gummy bears being sold, Styrofoam swords were being sold, I bought a Starburst sucker, the lady at the cash register saying "we aren't getting that one back" & the lady

who was in front of me in line had to come back in to purchase something she forgot & all of these were more exact details. While walking home I walked past the house closest to the store & the man was push-mowing his yard exactly as I then remembered being told that he would be & later on the walk home I received a call from Ameren telling me that my power went out & 7 houses in the area were out of power because of damage caused by a vehicle & then I received 3-5 more calls about the same information exactly as I was told would happen. While the power was out I took a look at my wobbling ceiling fan to figure out how I need to disassemble it & fix it & thought of a redesign for the housing unit that would cut the process (that they suggest being done twice a year) to a 10–20-minute process instead of an hour-long process & this was another exact detail that was made reference to back then. I turned on the news for a moment & the following information that was broadcasted was more exact details that Morgan Ray told me would happen back then (& she said they had to happen for me to get to go to court): News 6 showed a person dancing on a surveillance camera as they broke into a school & stole some laptops & a projector. A female won the 100-meter hurdle championship after tripping over the last hurdle & double summersaulting over the finish line without crossing the other lane lines. A story showed a deer trapped in a house & attempting to jump out of the window & the cameraman saying "then stop, bro." My phone's news showed me a headline about Emilie Kiser attempting to seal evidence & file a lawsuit about the court case involving her 3-year-old son drowning. I received spam calls the rest of the day & the majority of them hung up as soon as I answered (exactly as I was told would happen & whoever told me this was going to happen said they would be hanging up only if I was prepared enough for court).          Today my mind-control violator communicated the following messages to me & I then remembered being told that they were more exact details that I was told would happen long ago: "They were going to try to erase all of your evidence (permanently)". "& they were going to try to get away with stealing your inventions" & "& they were going to have no problem putting you in the psych ward for the rest of your life". I was told that the local cops were going to attempt erase my evidence while allowing other people from my community to steal credit & opportunity for my inventions while putting me in the psych ward as the innocent victim & contributor for expecting justice & my rights. "They don't get to argue now" was said to me & then I remembered being told that if my opposition was allowed any argument whatsoever that I wouldn't have a chance in court despite being the serial victim & original planner for my inventions that I am. "& they can access the mind-control surveillance for court & investigative purposes". "Then have a kid with her".

- 6/6/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up I ejaculated while flexing myself & my mind-control violator said "that made her happy". Soon after they said "& I'm not going to forget that today" & whoever said this was going to happen told me that if so-&-so forgets something I would be allowed to function (sexually) again & if they didn't that I wouldn't. When they told me this they told me that they would be using mind-control to not allow me to function while making certain that all of the kids from my area

functioned better than me so that none of the women from around would be interested in me whatsoever. Soon after they said "& they are swallowing that they do owe you that (due process, protection & the medicines that I need) today". While watching the news they showed me wheelchairs with tracks so that they can navigate on the beech, Russia retaliating against Ukraine & the morning show letting a man named Andy say that he is going to throw the 'Musk Trump reunion party' exactly like I then remembered being told would happen over 15 years ago. I was violated with mind-control all day again today & at some point in the day my mind-control violator said "& it's the worst day of her life". When this was said to me I remembered being told that if it wasn't the worst day of somebody's life every day until I get to go to court that I wouldn't be allowed to go to court (I don't know who they were talking about but they have been saying that to me on a regular basis). During the news at 6pm they showed an old man who makes crafts out of horseshoes, cattle horns & deer antlers exactly as they told me they would. Whoever told me about this long ago said something disrespectful to me about if they were showing this guy it meant that certain people would never allow me to get to go to court as the contributor that I would be if I was getting to live with my rights. At some point during the day today I was shown another adjustable dumbbell design (that wasn't my design) being sold on sale on the internet. This design adjusts the dumbbell's weight by twisting the handle of the dumbbell & I made a comment about how that is a poorly thought-out design because as the user lifts the dumbbells the handle probably twists & risks dropping the weights on their feet. A couple of hours later I was shown a headline about the Bowflex dumbbells (my design) being recalled because those that were produced between a certain date malfunction & drop the weights while being used & have hurt several people. A couple days later I remembered being told that this specific set of details would happen 1.5-3 decades ago. Also at some point during the day my mind-control violators attempted to brainwash me & I had to argue for my self-defense & sanity when they said "you need help & you all need help (because I still expect due process despite living decades without my memories & without the ability to approach the court nor law enforcement because of not being prepared because of my memory loss). Afterwards my violator said "you win that argument & you win all your arguments (for court)" & this was another exact detail that I was told would happen back then.          - Within the last week or so the following occurrences were more exact details that I was told would happen long ago:  All of the Musk & Trump media is more exact details that I was told would happen back then. While using my smartphone to mirror onto my tv the Bluetooth connection asked me if I wanted to mirror my phone onto my tv or a couple of the neighbors & when this happened my mind-control violator attempted to suggest that I attempt to put porn on the neighbor's tv & this is something that one of these punk violators made reference to back then while harassing me about all of this that continues to happen in the present.

- 6/7/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: As soon as I woke up this morning my mouth started running about the same arguments & complaints that I've been forced

to constantly argue with my mind-control violators about for the past decade (since starting to recollect my memories again). My mind-control violators said "your loss" (they are desperately delusional & pathetically criminal 100% of the time) & then "then you get protection from all of us" exactly as I was told would happen long ago. This morning while documenting my second design that I thought of as a 2nd grader for the windproof clothes line clips (so that clothes hangers don't blow off the clothes lines in the wind) my mind-control violator said "then he hates her". When they said this I remembered being told that they were going to initially force me to forget to document my second design that I thought of back then (which they did) & attempt to steal my design plan while attempting to prove me incompetent as a design contributor. I had to rewrite the portion of my testimony describing my design plan for self-filling/draining/cleaning livestock water basins exactly as I remembered being told that I would. Initially I had written down my first idea that I had for the invention as a 3- or 4-year-old. Because of my head injuries I completely forgot about the plan until I was put on the spot & forced to speak about it by my mind-control violators during my 2nd grade class. What I updated it to is the design improvement that I thought of in the 30 seconds worth of thought that I was allowed to put into it during 2nd grade & it is good enough to concept the design when starting the company.  As I did this my mind-control violator said "& he agrees" & I remember being told that it would matter if he agreed or disagreed. I also was reminded about my 8th grade trip to Washington D.C. this morning exactly as I'm now remembering being told that I would be. As I was reminded this I remembered being told that my evidence wouldn't be accepted until it included testimony about being forced to jack off in Zach McGlaughlin's hair gel on the trip. I still don't remember that but I am starting to remember being blatantly forced to jack off in the hotel bathroom by my mind-control violator except I don't remember if it actually happened or not. I believe that it probably happened because I do remember when I went back into the public with the kids that Corey Champion was running around screaming 'jizell' & telling people he jacked off in Zach's hair gel while acting as if he had brain damage (when he doesn't) probably to attempt to trick people into thinking that he is disabled in an effort to trick our surroundings into thinking that he shouldn't have to take responsibility for murder-attempting me with his golf cart (Corey isn't disabled from head injuries & doesn't have teretes syndrome). After I finished typing this I remembered to put extra thought into the livestock water bin's track design that will allow the water lines to rotate on a track around the system & me remembering to do this after I shut the computer off & needing to turn the computer back on to add this portion of my description to the evidence was another exact detail that I then remembered being told would happen back then & whoever said this to me said that if this happened it would completely eliminate the unlawful opposing competition out of the debate to be included with this invention plan of mine. As I was typing the last sentence I remembered that while I was being reminded & attempting to remember the details of my testimony involved with the Washington D.C. trip my memory reminded me of a woman from my class that I was attracted to who was on the trip. When my memory of her crossed my mind my mind-control violator said "more bust" (attempting to annunciate the fact that they would want me to have a partner with more bust) &

this was another exact detail that I later remembered being told would happen. While typing this I had the news on & saw that a kids bounce house floated away & dropped two kids out of the sky making them fall over 15 feet onto the ground & this is another exact detail that I then remembered being told would happen 1.5-3 decades ago. After shutting off my computer the following exact details (that I was told would happen long ago) occurred that needed documented exactly as I then remembered being told that they would: I was riding my exercise bike for a brief time & the details of the game I played were all exact details (the hands I lost & my comeback). While playing I was exercising my sexual muscle by flexing & was forced to ejaculate as the specific woman's appearance type crossed my mind & it made it feel as if my hair was attempting to grow back. Moments after this happened my mind-control violator said "I tried" & "that's embarrassing" & all of these were more exact details that I was told would happen back then. I then was in an argument with my mind-control violator (I forget about what) & after my response they said "& that was the best possible response". After this was said I remember being told that if I didn't give them the best possible response that they wouldn't consider giving me due process. Soon after my violator said "& those are some big updates" & I then remembered being told that if I didn't make some big updates to my evidence by today that they wouldn't consider allowing me due process. I watched Daniel Negreanu's vlog of his Day 11 at the 2025 WSOP tournament & all of the details were more exact details that I then remembered being told would happen back then (him picking up his dog's birthday cake that it was chewing with his bare hand & a Tom Ford book being on his coffee table, Sean Deeb telling him that he has a medical condition proving him unable to enjoy music as he was playing his legend song about himself to him & him having a 'good day'). I also watched some of the WSOP 2025 $1,500 shootout & Michael Lavin being the chip leader while wearing a Taylor Swift shirt, a backwards hat & a nose ring & starting off the broadcast by winning with trip 9s against A's & the man with the last name Davenport leading the Holdem No Limit 6-person tournament were more exact details that I then remembered being told would happen. As I was documenting this I remembered to document that my high school classmate naming his name 'Calvin' & my memory of being forced to say "who would name their kid Calvin" when I wasn't functioning in one of my grade-school classes & the fact that I believe that I might be blind & getting to see with a technology similar to Neuralink's 'Blindsight' & me remembering to document these details as I was watching this broadcast of the poker tournament while exercising was another set of exact details. In between all of this I was getting violated by my mind-control violators who are attempting to coerce me into surrendering my intellectual property rights to them so that they can make a fool out of me publicly while taking credit for massively benefiting the public & themselves & their own family. After I said that I'd be wealthy enough to go to the games, concerts, Olympics, WSOP tournaments, restaurants, etc. they said "I would take you to the game & I would serve you" (exactly as I then remembered being told that they would). I responded that they would do that but not get my name in the history books nor give me enough to live on nor provide for my family nor own anything that I would own as the wealthy person that I should be & they agreed that they wouldn't. I then compared my mind-control violators to

the officers who imprisoned & murdered the jews at Holocaust camps & as I made this argument they said "we are going to put you in the oven (kill you) anyways". I responded that I would rather die sticking up for my rights than surrender to a pathetic & desperate criminal. Soon after I was forced to speak that I am proud of Travis Kelce for breaking records but he was in the right place at the right time & state that I'm not a fan of him personally because he doesn't move well & he has the best o-line, running quarterback & has been surrounded by super-fast receivers & a good running back for his entire time with the Chiefs. Soon after this my mind-control violator said "& he wants to be dead now" exactly as I then remembered being told would happen but I don't know who they were making reference to. When I went out in my garage to lift some weights I remembered my childhood idea involved with my fish farm fences that utilizes hydraulics to extend the fence outer structure & a winch system to retract it. I remembered this as I was getting my personality & character sabotaged exactly as I later remembered being told that I would by my mind-control violators who were forcing me to speak specific lines (one example: "she turned into a swap/flop quicker than a hat drops the moment I even put thought into defending myself to her") that I later remembered being told would happen long ago. Afterwards I had the news on while I was checking the news on my phone & an FBI agent stating that the terrorist attacker said that he would do it again & me being shown an article about a soccer player choosing to stay with his common girlfriend instead of beginning a relationship with one of the princesses were both more exact details that I was told back then. At the end of my night I had the Chicago Stars game on while I tweeted responses to the US Attorney General & FBI Director about people having the right to self defense against criminal attackers hiding behind badges & California's team came back against Chicago with the following exact details: their blonde had a cramp & had to leave the game & Christen Press got a shot on goal & my mind-control violator saying "tickla" when she almost scored on her corner kick was another exact detail.

- 6/8/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: After waking up I shut the power off & disassembled my ceiling fan to fix its wobble. Whoever told me that this might be happening today told me that they were sexual with whoever they had fix their fans wobble & made it clear to me that they didn't believe that I'd be able to fix it nor figure out the reset button after reconnecting the wires (I didn't remember being told about the reset button until after I figured it out myself). While fixing the fan I had to use the breaker box in the basement & noticed & took note of (on my list of tasks that need done to complete the remodel of this house) the fact that the breaker box's labels are labeled incorrectly & need experimented with & changed to the correct labels. Another exact detail involving the breaker box is that the dining room was labeled "dinning room" & this was an argument I got into with somebody when I was a kid about how to spell dining room as I had severe brain damage & another exact detail that I'm now remembering being told would happen. Afterwards I attempted to get ready for church but noticed my skin was bubbling on my face & then realized that I forgot to clean out my spit

cup I have on the bath tub last night. When I realized this & cleaned it I remembered being told forever ago that if I ever forgot to clean out my spit cup that my skin would be bubbling with disgust. I then walked to church but the doors were shut & nobody was there just as I then remembered being told would happen. When I returned home I turned on the news & Governor Pritzker speaking at the Knox College (Galesburg, IL) graduation was another exact detail. As I was eating lunch I briefly turned on the television & had 'Modern Family' on the tv & Vergara handing the guy bubble wrap, the other main character's back going out & the other lady character knocking or dropping something onto the floor were more exact details that I then remembered being told would have to happen if I expected to get to go to court. While checking my phone I was shown that President Trump tripped on his way into the plane & then remembered being told that this was going to happen & that it will probably happen again & that if it happens again he is going to get impeached. While I ate supper I had on the soccer game between Portugal & Spain & the following were more exact details that occurred that I was told would have to happen in order for me to get to go to court: Ronaldo scored & then left the game hurt. The Blonde on one of the teams spit multiple times while in the huddle next to everybody. There was a shoving incident where one of the players got a yellow card & Portugal's forward pushed him down. Spain lost in the overtime goal kicks because their player with 'mental health struggles' missed his shot. Me remembering to document several more details that I initially forgot to detail over the last few days, today, & the exact details that I remembered to document was another specific set of details that I was told would happen today by somebody who made reference to it while attempting to say that it happened in their life instead of mine while proving to me that they were telling me that it was going to happen in my future. An example from today that showcases how I get harassed & violated with mind-control (that happens constantly & always has) was I suddenly thought about US soccer player Ali Krieger & the next time I checked my phone there she was on my Instagram reel.        I was violated & sabotaged with mind-control technology all day again today & the following messages that were communicated to me were more exact messages that I then remembered being told would get said, today, long ago: "& he's not going to make the cut, man" (I don't know who my violator was talking about nor what cut they are making reference to). "he is doing his best" (once again I don't remember who nor what they were talking about). "& he gets to go" (once again I don't remember who nor what they were talking about).            - I'm remembering to document that the following messages were communicated to me within the last week & they were all more exact messages that the people who told me all of this was going to happen back then made reference to: "& they just ignored all of that evidence". "& they thought of a lot more (evidence) that further proves your case".

- 6/9/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I was violated with mind-control since waking up. After having to spend over an hour typing all of the information necessary to add to this document that I had to take notes on using my phone over the last 24

hours I decided to fix the second of the two ceiling fans that started to wobble since I moved in. When I disassembled the fan the fan was missing it's easy wire connections exactly as I then remembered being told that it would be. I had to make some wedges out of recycled plastic to eliminate the wobble because tightening the screws didn't do the trick. After doing that my mind-control violator said "you fixed it & they didn't (they were simultaneously comparing me being able to fix this fans wobble & the confusion about my court case to somebody who wasn't able to fix a similar fans wobble nor the confusion about their legal situation)" & "then you are a lot smarter than him" exactly as I then remembered whoever told me this might be in my future made reference to (but I don't remember who nor what else they were talking about). As I finished the fan it had 3 tiny screws that I had to get fastened with one hand while using my other hand to hold up the 10+ pound part that needed screwed in with my other hand as my hands were shaking like a person with Parkinson's (as they do occasionally) exactly as I then remembered being told that they would be. When I finished fixing the fan my violator said "& Haase just said that he ran like a bitch" but I don't remember what this was supposedly making reference to but remember being told that this might be getting said if I made it this far & that if it got said it meant something about my case to somebody. After I fixed the fan I called the Galesburg & Monmouth Police Departments to confirm that their police chiefs received my emails (that included this evidence) about needing due process & the local authorities & courts criminally violating me. While on the phone with Galesburg the lady on the phone gave me the run around saying that they have nothing to do with the Knox County Court nor Sheriff's department (located within Galesburg) when they break the law exactly as I was told would happen. As she was telling me this she asked if I wanted her to transfer me to the courthouse & the person in the background started laughing. Both police departments told me they would inform the chiefs that I called & expect a response. When I finished on the phone my violator said "she swallowed instantly", "& he tried to talk to her (I don't remember who they were talking about but they told me if somebody (married) attempted to talk to another female than it proved something about my case)" & "& they've tried to exploit every situation" exactly as I then remembered being told that they would but I don't remember who they were supposedly making reference to. They then told me "then eat your medicine" & I responded that they need to mind their own business & whenever I get my medicine I'll sniff it when I want & eat it when I want & then they said "& that's what I said" & this argument was another exact set of details. I then turned on the tv to channel 6 for less than 5 seconds & Quad Cities Live was showing something about chick pea oats & the news lady said "whatever" exactly as I was told that they would. I then watched Daniel Negreanu's vlog of the WSOP for the day while I did some exercises & him not showering & the cork in his wine bottle that he shared with Ben Lamb breaking were more exact details somebody told me would happen back then. The following details all occurred while I had the tv on finishing my exercises & they were all more exact details that I was told would happen back then as well: I had on Jeopardy & Jennings saying "it doesn't matter, you are all caught up" & then one of the answers being 'roustabout' (something somebody called me when I was a kid) were details that were made reference to back in the day. Whoever said this told me

that if I wasn't caught up preparing this document & with my house chores that somebody would get to continue to exploit me & that if I was caught up he would be telling me this. During the news there was a story about a homicide that involved a person from Minnesota & them interviewing somebody from that neighborhood & him saying "I'm never worried about trouble around here… I'm never worried about anybody bringing trouble around here" was another exact detail that somebody told me would happen. They then showed a story about a mom (with a specific tattoo on her neck that I was told that she would have) with a daughter who has a rare form of pediatric cancer getting duped by an accountant from the Quad Cities & them starting a gofundme.com account for her costs was something somebody told me would happen & whoever told me this was going to happen said it was in a "bad way" if she was allowed to say how the accountant 'duped' her during the same news story. As this was happening I scrolled the news on my phone & them telling me about the Chicago Police officer who was shot by friendly fire while in pursuit of a criminal & a teen named 'Heacock' committing suicide after he was blackmailed with an ai generated nude picture of him both were more exact details that I was told would happen 1.5-3 decades ago while I wasn't processing information. At the end of the night I walked to the post office & on the way there a kid walked by saying "hilarious, go for a run, hilarious" & this was another exact detail that I was told would happen.          - Within the last 24 hours I remembered & prepared to document & present to the court the following crime that I was victim to during high school & me remembering it today was an exact detail that I am now remembering being told wouldn't happen if I didn't spend every single day since 2018 preparing this evidence while getting tortured, sabotaged & violated with mind-control & attend all of my court dates as I'm being unlawfully charged & violated by authorities: While in a coma-type state of mind out I had several people out to the farm while nobody else was out there so we could be away from everybody else, have a couple drinks, play cards & whatever. My mind-control violator was blatantly violating me the entire time & had intentionally forced me to forget that I agreed to help roof the house of one of my teachers in Alexis the next day. While out at the farm my mind-control violator suddenly reminded me that I had to do this after they got me drunk & when they reminded me this they sabotaged my personality & had me seem to panic about it in front of the other kids. They then used mind-control to begin to drive me to Alexis & not allow me to realize what was going on until I was about half way to Alexis. They then allowed cognitively woke me up & allowed me to make decisions for myself again as I was driving to drunk to drive so I pulled my truck over into the ditch & slept in my truck in the ditch before waking up the next morning with the light, finishing my drive & helping roof the house. This was another exact example of when I think my mind-control violators were making a joke about letting "the dumbest kid in class" have access to mind-control to put on an exposition of how easy it is for them to trick all of the witnesses into being in denial about what happened because they used weaponized mind-control technology to trick them & stage evidence while sabotaging me. I was the smartest & best kid I grew up around yet they let these fools use mind-control technology to sabotage me in front of these unexperienced (with mind-control violators & being around people with brain damage) & less intelligent kids/people to make extremely

obvious sabotage that is nowhere near to the character & person that I am their testimony & decision on my character.  They do this to make my very simple & obvious court case seem too complex for the court & law-enforcement to be able to handle & make the priority that it should be as they completely destroy my character to my surroundings & the witnesses. After making my arguments about this for myself to my mind-control violators they communicated the following message to me & this is another exact detail that I was told would have to happen & get documented in order for me to get to go to court: "& she swallowed immediately". While documenting this I struggled to word everything clearly enough to be understood & me having to delete, edit & reorganize my wording with specific edit cuts were more exact details that I was told would happen as I did this long ago.

- 6/10/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up I checked my phone & saw an article from People about how a mom found her son with part of his brain on the ground & that he is now recovering enough that they hope he will be able to go back to school. This was another exact detail that I'm now remembering would have to happen if I expected to get to go to court. I'm now going to walk to the Alexis Village Hall to attempt to find out why I'm not getting due process nor protection nor a pursuit of justice. The following details that occurred while out to the Village Hall & they were all more exact details that I then remembered being told would happen 1.5-3 decades ago: When I walked outside my dogs had two of the floor tiles that I have on the wooden back steps (to protect them from splinters) torn up. At the Village Hall there was a lady with paperwork spread out all over the table in the front room & Mrs. Fredrickson was sitting behind the counter accompanied by another man. When I asked for a way to getting written confirmation & scheduling a meeting with their police force about being neglected & denied due process as the serial victim to our nation's highest crimes who has been getting violated on a daily basis since moving to Alexis in 2019 the lady had to go scuffle through paperwork to hand me a notepad to write them a note. A lady then walked in & talked about the farmers market vendors, her face oils & had the lady call to give her permission to drive at the park while promising that she wouldn't leave ruts nor grooves in the grass. The same lady said she had a board meeting tonight. When I asked for the village's email so that I could send in my message to them along with the cops so they are all on the same page I had to email them my email 3 separate times & wait for 10 minutes or so to get it to send. Fredrickson asked me if I knew how many pages my evidence is now. She also asked how I like my house & I when I informed her that I didn't she said something along the lines of "get a small place in the country for you & the dogs" exactly as I then remembered being told that she would. On the walk home I passed the flower shop as the owner was leaving & she pulled up to ask me if she could help me with anything. I asked her if she had any grass seed she could sell me but she didn't. When I returned home I replaced the torn up step's floor tiles & made an incorrect cut that wasted my last extra tile & whoever said this was going to happen said they wouldn't have made that mistake (& my argument is that they have never been violated in their life as I've been

violated every day of my life & they've never lost anything in their life as I'm getting over $1 billion dollars per year stolen from me & every relationship & day of my life sabotaged as I have severe brain damage from getting repetitively violated with violent crime & denied due process as they've never been violated in their life & are still violating me free of justice with the support of the community & my surroundings). When I returned inside my mind-control violator said "& they just watched that with their own eyes" exactly as I then remembered being told that they would. While eating lunch the news told me something about a medicine alert taking effect immediately, the Walmart in Silvis having a natural gas leak that forced them to evacuate, a college soccer player accused her coach of sexual assault, the Chinese national getting arrested for smuggling deadly fungus into America, the story about how young girls are facing more mental health concerns than ever before & the exact news about the 'Combs trial' were all exact details that I was told would happen back then. After lunch I attempted to call the police departments, the Warren County Sheriff's Department, the Warren County State's Attorney, the Warren County Circuit Clerk, the FBI, the US Attorney & the Attorney General & was provided unlawful responses stating that it's the court's job (the Warren County Sheriff's Office told me "we are busy, we will get to your email when we can" & when I informed them that they owe me due process immediately & don't have the right to go close my case when my evidence proves my case they transferred me to the Monmouth Police Station who told me "why would I transfer your case up the chain" before hanging up on me despite me making it clear that I'm the serial victim to our nation's worst crimes. A Warren County Deputy then called & told me that I couldn't go to court & if I had a lawyer I'd know why & when I told him I am my lawyer then he said "then you should know why you can't go to court" & then he said "then file a motion & present your evidence to the judge. I called him worthless exactly as I then remembered being told that I would as he hung up. I was also told to call the Victim Advocate for Warren County so I did & left a message with her & when I called the state's attorney to inform them that they unlawfully closed my case the lady told me the state's attorney is unwilling to schedule a meeting with me & then hung up on me. When I called the Criminal Division of the clerk's office at the court house they told me that I don't have the authority to present my criminal case to the court without going through the state's attorney. They transferred me to the disability coordinator who sided with her delusions & attempted to tell me that I'm not seeking any money in my lawsuit so I had to remind her that my lawsuit is worth over $10 billion. Every one of these local authorities provided me an unlawful response, said there is nothing they can do for me & then hung up on me. When I finished making these calls my mind-control violator said the following exact messages to me that I then remembered being told that they would long ago during a conversation that I don't remember: "then they just violated you again" & "& he gave a cool response". When I called the FBI the person on the phone said that I needed the agents last name who I turned in my complaint to (despite him not providing me his last name) for him to be able to do anything, he said that I was being "very vague" despite me making it clear to him that I have 750 pages of specifically detailed evidence that is too much to explain over the phone & then he hung up on me. The US Attorney told me that they cannot take reports from me despite

me making it clear that I've been turning my evidence into all authorities & am still being unlawfully neglected & then hung up on me. The Attorney General's office told me to leave a message with the civil rights division after informing them that the local authorities & state's attorney are denying me due process & a pursuit of justice as the serial victim to our nation's highest crimes so I did. After I finished on the phone my mind-control violator said "then I'm never allowed around you again", "you will be glad you said that to all of them", "& they didn't know that you had that evidence", "she doesn't get an answer now", "Daniel is one of my best friends" & "Then they did just violate you again" exactly as I then remembered being told that they would.

- 6/11/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I started my day by calling Spears Law from Monmouth & asked if he would meet with me about this court case & the local authorities intentionally denying me due process. His following response was the exact response that I then remembered being told that he would give me 1.5-3 decades ago: "It's not my area of expertise. I don't want to waste your time nor mine. I wish you luck." While checking my phone I saw on Facebook that my cousin Linda Doyle found a John Deere key while she was at Burger King. Her post said that she found the key & that it was in Burger King's safe & whoever told me this was going to happen said that somebody was going to leave the key there on purpose & if it wasn't in the safe when they returned home then I couldn't go to court. I checked the e-file website for the Warren County Court & they have blocked my ability to file for myself electronically. I looked on the Illinois Bar Association's website for a recommended lawyer & was shown two lawyers & they were both the exact lawyers that I am now remembering being told that I'd be shown long ago (Michael Kawi & Betty Tsamis). I was violated with mind-control all day (my violator regularly talked to me while using my own voice to communicate to me) & at some point they said "he swallowed immediately", "he is going to move, in a bad way for him" & "she wants to move" exactly as I was told would happen. Whoever said these were going to happen were making reference to an Alexis cop who they attempted to give it as good as possible to (so that he might be willing to handle my police report) as I've been getting held hostage & tortured but I don't remember who the woman they were making reference to supposedly was. I ended up mowing my yard & part of the neighbor's abandoned yard & while checking the neighbor's yard I found $1 in the yard after I watched a guy from the gas station there yesterday & whoever told me this was going to happen told me that he was going to put the $1 that I left in the gas station there for me to pick up if I wanted to. I added details to my invention section of this evidence about waterproof track enclosures for the self-cleaning HVAC & water pipes exactly as I was told that I would be. During lunch I turned on the tv & the following were more exact details that I was told would happen long ago: The ICE protests going on in Los Angeles & California Governor Newsom's media coverage saying that arresting the illegals is an attack on democracy was something that I then remembered being told would happen (proving the media is focusing on everyday American tasks & the unlawful broadcast of

slander & public exploitation instead of my court case that should be the highest priority media & court case in the nation) (& while typing this specific sentence into this evidence on 6/12/25 my violator said "& hers doesn't say that" exactly as I then remembered being told that they would be saying). A lady saying she "likes a story where a girl overcomes all odds" on the Kelly Clarkson show is another detail that I was told would happen & whoever said this was going to happen said if she wanted that story that they were once again going to not allow my story to be covered by the media because people would rather have a story that they can relate to where they don't have to hear about a disabled kid beating them as a contributor. I then watched the 2025 WSOP coverage of the $25,000 NL Holdem tournament from PokerGo on YouTube & the following details were all more exact details that I then remembered being told would happen: Ausmus asked the floor if they get 20 or 30 seconds between specific bets & then adjusted his apple watch accordingly. The conversation between the commentators were all exact details. The conversations between the players were all specific details including the guy talking about moving to Bend, Oregon. Them switching to coverage of the 7-card stud final table & Negreanu saying Chino is good people, him reaching for his cigarettes, the video briefly cutting out & saying 'bad link', then 'good link' & the two final players cussing nonstop & saying "on God" & "we should fuck each other" were all more exact details that somebody from my past told me was going to happen & made reference to. When they said this they said if they couldn't watch me watch this at the same time as they were watching this & the same thing happens on their tv as mine then it supposedly meant something for court.

- 6/12/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I was violated with mind-control all day again today & my violator communicated to me using my own voice for almost every waking moment as they always do. As I was being interrogated, exposed, exploited & arguing with my violator I stated how my local legal & law-enforcement authorities continue to exploit me as a severely brain damaged serial victim who has been getting tormented & tortured on a daily basis by putting me on the spot as I'm not functioning & then using my failed attempts to communicate to exploit me, the court, other authorities & the public despite knowing the situation. After I said this my violator said "& that's another good point" & then I remembered being told that if I was still over here making good points then it would mean something for my court case. My violator then communicated the following exact messages to me that I then remembered being told that they would: "They agree that they should never be allowed around you again". "Then he is going to cry, in a bad way for them". "He does like you now". "He highly underestimated how hurt you are". After this I emailed Vice President Vance & the lawyer named Michael Kawi (that the Illinois Bar association's 'lawyer finder' referred me to). I emailed the Vice President to give him fair notice about my court case & asked the lawyer if he is interested in representing me. I turned on the tv to the Kelly Clarkson show briefly & her being asked & saying that she would like to be in the woods with Jason out of all of her bandmates was another exact detail I remembered being told would happen. I then walked to the

library & filled out the Attorney General's civil rights complaint form because I received a call from them telling me that I have to send that in by mail instead of online. At the library the following exact details occurred that I then remembered being told would happen long ago: I filled it out on the guest computer but when I attempted to save & email the form to the librarian's computer so that it could get printed it wouldn't work so I had to use her computer & fill it out again. While filling it out on her computer her phone rang while it was in her purse & I had to hand her both of her purses so that she could answer her phone. While I was in there the librarian had music playing & the specific songs that played were more exact details. When I returned home my nephew was across the street at his babysitters playing outside so I went on the front porch & watched him play for awhile. While doing so he climbed up on their kids slide & ran around & lifted his shirt up while he was running & I then remembered being told that these details would happen. When I realized all of these were details that I was told would happen & that they might be using mind-control on my nephew my violator said "& I don't care" exactly as I then remembered being told that they would. My violator then said "she called the cops… in a bad way to them" just like I then remembered being told that they would. In the evening I took a couple shots with my golf club & my mind-control violator said "hole in one" exactly as I then remembered being told that they would. Later in the night I attempted to listen to the Cubs game on my am radio app on my phone & it once again wouldn't allow me to do so by saying that I'm not in the area permitted for the radio station despite me being an Illinois resident that gets 670 on the radio (if I had a radio). I attempted to download other am radio apps but none of them let me listen to the game exactly as I then remembered being told would be the case. As I took a shower I had my curtain in my bathroom partially opened as the neighbor was walking around outside (I had the light off) & my mind-control violator said "he didn't see you" exactly as I then remembered being told would happen long ago & whoever told me this was going to happen told me that I would be kicked out of the neighborhood if he saw me (or something along that line). While checking Instagram I have been repetitively shown a picture of an 18-year-old jacked black male without his shirt & remember being told that this would be in the future long ago as well.

- 6/13/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Today was Friday the 13th & I received a text message from the Village of Alexis saying the water & sewer rates went up. After this happened my mind-control violator said "they swallowed immediately" exactly as I was told would happen if the rates went up today. Today was also the town's 'clean-up trash day' so I walked my old weedwacker to where I thought the drop-off location was but found out that it was somewhere else. I then walked back home & loaded it onto my mower & drove to the drop off spot. While on my mower I passed the gas station as a blonde was filling up her rogue then pulled behind a golf cart with a man & his child that had a trailer pulling an old hood exactly as I then remembered being told that I would. On the way home I had the option to pull in front of or wait for a red truck while at the intersection by the gas station & this was another exact detail. I

then walked to the post office & a UPS driver pulled up & called me 'boss' while asking if 101 (the address) was the post office & if the lady he was supposed to be delivering the package to worked there & on the walk my mind-control violator said "& they are swallowing that they should have been selling you the moon-rocks (the more potent marijuana medicine)" exactly as I then remembered being told would happen forever ago. When I returned home I checked the news on my phone & the following were all more exact details that I was told would happen long ago during these forgotten conversations: Prince Williams friend died because a bee flew into his mouth during a polo game. NFL player Anthony Brown was accused of attempted murder. A 9-year-old almost ate an opioid after being given the wrong person's prescription by the pharmacy. A man put a raccoon in the bar after getting kicked out. A picture of Sofia Vergara nude in a bathtub was released. An article involving Clarkson Farms was released about people in rural communities getting lonely without village pubs. I was violated with mind-control technology all day again today & my violator talked to me through my own voice while sabotaging, interrogating, exposing & exploiting me while making it seem as if I have multiple personality disorder as they always do.

- 6/14/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: This morning I mowed my yard & the neighbors abandoned yard. While mowing the neighbors my mower sucked up an old automotive belt that was hidden in the grass & it caused my mower to stop functioning. I had to drive the mower back to my garage & take off its deck to remove the belt that was wrapped up in the blades. While doing this another exact part of the mower disassembled & needed work & as this happened the guy who mows the neighbors drove by on his mower exactly as I was told would happen. Whoever said this was going to happen said that if I didn't have the mower back running by the time that he drove by blablabla unless that part came off & then if I didn't have it running by the time he went to the gas station then something else. When I finally fixed it & went back to the neighbors to finish their yard he was at the gas station. As I was finishing mowing my own yard there was a Gibbs Construction truck at the gas station & my mind-control violator said "he loves you now" exactly as I later remembered being told would happen. Within a couple minutes of that happening the neighbors loading their trash for trash day & the neighbor lady having a negative reaction as she got out of their vehicle was another exact detail that I was told would happen & whoever told me this was going to happen said she was going to be pouting about me still being able to fix my mower. Later in the night I dropped the 2/3s of my frozen pizza that I hadn't cooked onto the floor & when I remembered being told that they were going to make me do this I remembered being told that if it was up to "them" (unknown to me) that this would've been the first & only thing that I remembered to document in this evidence & that I wouldn't be able to remember anything else & that I'd be put into a psych ward for the rest of my life. As I was cleaning my house (& drenched in sweat exactly as I was told that I would be) I finally thought to inform the Chicago Police about being told about their recent fallen officers death being something that I was told would happen over 1.5 decades ago in case my evidence &

violators prove that it was a murder instead of an accidental friendly fire death. When I looked up how to contact them I noticed their email was exactly what I was told it would be forever ago (clearpath@chicagopolice.org). I watched part of the Chicago Stars game at Soldier Field & Ludmilla leaving the game after the ball hit the top of her head & them losing their lead at the end of the game was another exact detail. At some point during the day my mind-control violator said "you win, even if you commit suicide" & this was another exact detail that I was told would happen long ago. I read an article headline about 'The Property Brothers' saying they were brainwashed about kitchen appliances exactly as I then remembered being told that I would. At the end of the night I saw a news story about two politicians from Minnesota getting murdered by someone disguised as a cop & then remembered that this was another exact detail that I was told would happen over a decade ago by Morgan Ray I was violated with mind-control technology all day again today & my violator talked to me through my own voice while sabotaging, interrogating, exposing & exploiting me while making it seem as if I have multiple personality disorder as they always do.

- 6/15/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning I attempted to look at the Catholic pregnancy prayers that I have saved on my phone because my sister is pregnant & they were erased from the website that I had saved. Around noon I went for a run & the following details that occurred while I was out for the run were all more exact details that I'm now remembering being told would happen: I went by a house that was redoing their dog fence & a lady was on her hands & knees (whoever said this was going to happen said something very disrespectful to me about seeing the lady in that position but I can't remember the details). When I went past the house next to Dollar General the man of the house was outside in the garage & waved at me but I didn't react in time to wave back. While running the backroads I found a 6"+ Buck knife on the road & whoever told me this was going to happen told me that if I could make it that far then they would give me a knife to defend myself against them despite them thinking that I wouldn't need it. I continued on my run & at the end of the next back road there were several cigarette packs littered on the bridge exactly as I then remembered being told would be the case. On the run back home I realized there was other specific litter exactly where I was told it would be (a Gatorade bottle & whoever told me this was going to be there told me that it would matter if I attempted to drink the Gatorade). When I went back past the house by Dollar General the man was still outside & waved at me as his son said something to him while calling him "Dad" as I walked by. When I returned home the neighbor was outside & when I told her she had quite the garden she said "I'd rather sweep it than weed it" exactly as I then remembered being told that she would. I then realized that there was suddenly a fishing line coming out of my gutter. I climbed the fence to attempt to get it out because it didn't just pull right out. When I got up there I realized that the gutter was clogged & these were all more exact details that I then remembered being told would happen back then. Afterwards I took a look at some of my neighbors overgrown thorns & weeds to see if I thought

that my Sawzall would be able to remove them & as I did this my mind-control violator instantly communicated the following message directly to my brain: "I would love to use one of your saws to remove those, man". After going inside I turned on the US Open & within the half hour or so that I watched the following details occurred & they were all more exact details that I then remembered being told would happen long ago: Burns made a divot as he was pouting about a bad shot. Hatton childishly grabbed a towel from his caddy while pouting about a bad shot. Mcintyre was in the run for potentially being the first Scottish player to win the open since Tommy Armor did in the 70s. Spaun won the open. During the day I checked Facebook & my aunt Judy posting a picture of the high school girls playing basketball & it not showing her granddaughter nor being a good picture (whoever told me this was going to happen told me she was going to accidentally post it because of her poor health (or something along that line)) & Facebook showing me a video clip of a guy putting from over 100 yards out on the fairway of the US Open course & getting it close were more exact details.        Throughout the day the following exact messages were communicated to me by my mind-control violator exactly as I then remembered being told that they would be: "You get to turn it into him" was said to me & they were telling me that I get to turn in this evidence to one of the authorities (either the state's attorney or the person that is going to be the new sheriff). Whoever told me this back then gave me a bunch of stipulations that would determine if I was allowed to turn this into "him" but I don't remember what was said. "They are as well as it gets" was said to me about people who are either my violators or who are hoping to get to benefit from my inventions/contributions as I'm being exploited. "They are on one of the nicest lakes in America" was said to me making reference to those same people. "They are saying 0% chance (that I will be allowed to go to court as the victim & contributor that I am & should be). "As you know, they have 0% chance against you (in court)". "Zack agrees that he wasn't competition" was said to me but I can't remember who nor what they were making reference to. "He cried, they both cried" was said to me but I can't remember who nor what they were making reference to. "They lose, your family loses & you win (about attempting to isolate me & deny me 'due process' & get away with benefiting from my contributions)".        While watching the news the following were more exact details that I was told would happen 1.5-3 decades ago: KWQC News 6 showed a story about somebody getting hit by a bus & turned paralyzed. I was also shown a story about a man getting in a fight with his girlfriend & shooting at her while she was in a minivan with 5 kids (& one of the kids died). I was violated with mind-control technology all day again today & my violator talked to me through my own voice while sabotaging, interrogating, exposing & exploiting me while making it seem as if I have multiple personality disorder as they always do.

- 6/16/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I called & scheduled a pedicure hoping to get my infected toenail cuticle pocket infections properly removed & when I scheduled my ride with public transportation I scheduled it to the place next door instead of the nail place exactly as I then remembered being told that I would. I watched the news at noon &

the Anderson family from Galesburg starting a website for cancer research & the news reporting about one person being killed in a hostage situation in Polo, IL were more exact details somebody told me would happen. I had the Kelly Clarkson show on while I typed the couple hours' worth of information that occurred within the last 24 hours necessary for me to add to this document & the guest painting a picture of her while talking to her, her shaking leg while impersonating an earthquake, them selling swim trunks on the show & the little girl crying about having to work at her lemonade stand were all more exact details. Another exact detail that I was told would happen long ago was on Quad Cities Live when they showed an all-female construction remodeling company & the owner saying that the company started out of necessity. The news showing somebody in the Quad Cities dying because of being hit by a train, somebody breaking a chair made out of crystal & a child protective case at a summer camp were all more exact details. Jeopardy showing a lady who had Obama visit her at work & the cast of 'How to Train Your Dragon" being on the show were both more details. The news during the evening showed the detail that the assassin who murdered the politicians in Minnesota took off his cowboy hat before murdering them. I remember when Morgan Ray told me this was going to happen she said if he took his cowboy hat off it supposedly meant something for my court case & if he left it on it meant something bad for me & my case. After watching this I walked to the Post Office & 2 more exact details occurred that I then remembered being told would: The Alexis cop turned the corner intersection at the post office just as I was walking up & a 62" tv is being sold by someone who put a sign on the post office window. When I returned home I turned the tv back on & the following were more exact details that I then remembered being told would happen: The news showed that raw milk is becoming legal in Iowa & that Purdue Pharma is being sued for producing the medicine that I need. NBC news showing a commercial about their anchor being from an 'NBC family' who grew up watching the news every night was another exact detail. I turned on the NBA finals & the Pacers star being someone who looks like my cousin & him not leaving his feet when he shoots were more exact details. As I had the tv on I sent my evidence & a notice to the Minnesota police departments to inform them that the assassinations were a premeditated crime that I was told would happen over a decade ago & my message not sending until I realized that my phone made a typing error & I fixed it was another exact detail.          My mind-control violator saying "she wanted to start the company (of my invention/design/contribution (I'm not sure which one they were making reference to)) in their name while knowing that he is guilty (of violating me) & while knowing it was your plan", then "& she just puked" as I took note of this to document it, then "theirs (court document) is going in the trash now", "she is going to turn herself in", "& they prefer that you drive yourself (to federal court & the doctor)" & "& you have ate a vitamin every day (they told me one of my opposers was going to eat a vitamin if something happened & realize that I've ate a vitamin every day)" were more exact details that I'm now remembering being told would happen.          - I'm remembering to document that while living in Alexis the following occurred that I was told would happen long ago: My mind-control violator suddenly turned me basically brain dead & this happening while I was doing whatever I was doing was an exact detail. I'm also

remembering that Kelly Clarkson saying that her son exploded her microwave was another detail. I'm also remembering that a replay of me at a track meet when I was so hurt that I could hardly stand up being shown on tv while somebody else was impersonating me or as hurt as me occurred as all of my replays were being reenacted on tv by the NFL & college football games.

- 6/17/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When the bus picked me up to go to Monmouth I asked if I could load my recycling but as the driver looked at his tablet he told me that I had to schedule that prior to being picked up. Before dropping me off over 30 minutes before the time I requested he told me "for future reference schedule that before hand… I couldn't allow it because there is somebody scheduled to be picked up after you" (I believe it was Morgan Ray who told me these exact details would happen). While letting the lady work on my ingrown nails she told me I needed to go to the podiatrist in Aledo & not the one for OSF because the one in Aledo would remove the problem (another exact detail I believe Morgan told me would happen). Also while there an old lady walked in to schedule an appointment & I remember Morgan saying something about this detail also. I walked to the bank after leaving there & as I was walking up there my sister drove past me, a guy was on his front porch smoking a joint & the house on Broadway with all the Horner for Sheriff signs had a filter in their trash. At the bank a guy stood next to me & said that something was 'paid in full' exactly as I was told would need to be the case. I stopped at Dairy Queen on my walk to Walgreens & Russ Bowling being there & calling the cashier 'trouble' as well as a guy in a Raritan Fire shirt were both more details. While walking to Dairy Queen a Monmouth Police SUV drove into Family Video & parked exactly as I then remembered being told that they would. When the driver drove me home him saying "looks like I should've went the other way" when a semi pulled in front of us, "where abouts in Alexis is Blayney Street" & "I used to work for Kitchen Cooked chips & deliver to that gas station, the Indians who own it have been robbed several times haven't they" & him passing a truck pulling agricultural chemicals with a trailer as they were getting ready to turn were all more exact details that I then remembered being told would happen. I then soaked my feet that had just been trimmed on & had the Kelly Clarkson show on as I did & all of the details that occurred during that show & Quad Cities Live advertising how they are going to show Galena's hot air balloon race were more exact details that I was told would happen long. I called Knox County's Disability Coordinator & Sheriff's to see if my evidence has been processed but I didn't get a response other than the coordinator didn't have any response from the judge. While in town I took out all of my money in my bank account so that I can give it to my nieces & nephews for their birthdays & Christmas or seek asylum to Canada in August & when I returned home I hid the cash in a specific spot until I remembered being told that is where I was going to hide it by my violators. While looking for other spots to hide the money I remembered being told that they were going to check those spots for the money when they broke in to steal it also so I'm resorting to a new spot. When I was out in my garage lifting weights I finally processed my conversation with the Disability Coordinator & that she wanted me to call the circuit clerk's

office. When I processed this I remembered another vital court argument about my case for Knox County & then my violator communicated the following exact message to me that I then remembered being told would happen if I thought of this: "& he swallowed immediately, in a bad way for her". At the end of the night I emailed Knox County's Disability Coordinator & the email's subject line saying 'Call (6/17/25)' was an exact detail that I later remembered being told would happen. After I sent this my mind-control violator said "then you shouldn't have to hear from me again" & then "& I disagree (which is something they say to me regularly anytime I make a statement about my factual evidence or lawful self-defense (they always side with delusional false realities & perceptions of what they wish my evidence & science & the laws would say for their unlawful opposition against me if they were allowed to ignore science, facts & the laws)". At the end of the night I had the tv on for light & they showed media coverage of Brad Pitt & him saying its not about the hunt as much anymore & more about evolution & them saying he made an insane comment were more exact details that I then remembered being told would happen.

- 6/18/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I woke up this morning with an email from Bowflex saying that they are recalling the dumbbells that I bought as a gift for my sister. I then called my insurance to see if they will get me a ride to a doctor in Aledo & them saying they needed to update my address from my old address & then saying that they had my new address but them having the house number wrong were more exact details. As I did this the news on channel 6 showed how a California town has Peacocks roaming everywhere exactly as I then remembered being told that they would. While typing this I had the tv on & Quad Cities Live showing a burlesque representative & the news lady having a negative reaction as she was doing her dance were more exact details. After I finished with that I walked to the post office to check my mail & there was a guy there who shook his head in a negative way & I received a piece of mail saying McDonough Power was writing me a check for $64 that I overpaid in 2013 & both were more exact details. Whoever told me this was going to happen told me he would be shaking his head if he didn't just receive a massive amount of the money that I'm owed for his retirement (or something along that line). Tonight as I was cleaning my house my mind-control violator ran my mouth & forced me to say that a female from around here is a 'scag bitch'. They also communicated "& he watched shark tank, in the worst ways to himself" & both of these were more exact details that I was told would happen or that somebody made reference to long ago. Almost every word that my voice has spoken over the past decade is something that I was told that I'd be getting forced to say long ago & my violator does this to me while sabotaging my personality as I'm under unlawful surveillance. They attempt to make me seem as 'white trash' as they possibly can so I'm constantly having to defend myself. I watched more of the 2025 WSOP that is going on & more exact details occurred that I then remembered being told would happen long ago: Alex Foxen was on the $250,000 final table with another guy & the details of that final matchup were more exact details including the announcer saying that he is a "real

sicko". In the $100,000 final table there was a guy with a flower shirt on, an Indiana Pacers fan & a guy with a graffiti hoodie. The details of the conversation between the two final competitors of that tournament were more exact details & so was my violator communicating "she doesn't like him now" to me about the guy in the graffiti. Me pointing out that I used to play on a much higher level, that we could prove that with solvers & the surveillance of my childhood online play & that it seemed as if the players that I witnessed tonight were all attempting to be dominatrix machoists hoping to win in dramatic fashion were all more exact details that I then remembered being told would happen back then.      - Within the last week my mind-control violator communicated the following messages to me & they were all exact messages that I was told would happen back during these forgotten conversations or making reference to those conversations: "& I am going to get it published" was said to me about my violator claiming that they are going to get this evidence published. "I need you now" was said to me & then I remembered Morgan Ray telling me that she was going to "need me" if I prepared myself for court (assumingly because she doesn't want to get charged for her crimes against me)(I believe she is in on attempting to prove me mentally ill & incompetent with my mind-control violators who do things like this to make me seem insane, delusional, incompetent & hypocritical while under surveillance (they were trying to trap me into seeming to want her in my life or basically into attempting to pathetically exploit her as a violator as her victim who is charging my physically, mentally & sexually abusive rapist with crime ). "& they were going to have concussion sex", "I've had sex with multiple people" & "I want you to wake up, eat me out, fuck me & love me all day" were all said to me by my violator exactly as I then remembered being told would happen. "This dog drinks the clean water, this dog drinks the first water he sees".

- 6/19/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: After waking up I started working on getting one of the fangs out of the side of the base of my ingrown toenail on my big toe because my podiatrist ignored me & didn't remove it for me. After about a half hour of painful work (that I have spent 100s of hours on over the past 4 years) I managed to get out the large & bothersome piece but while doing so oh so carefully I managed to accidentally put a small tear in the side of the nail. I grabbed the nails with my tweezers & attempted to rip it off without causing damage but by doing so I ripped off almost the entire bottom left side of the nail towards the base where infection is a high risk. After doing this my mind-control violator said "I would go to the hospital" to me exactly as I then remembered being told that they would. I then called Warren County Transportation for the second time today to schedule a ride to the hospital (the first time I called to see if they would pick me up to take my recycling to the dump but they told me to wait until I needed to go to town for something else). When the transportation bus picked me up the following details occurred that I then remembered being told would happen back then: While turning onto the highway from the 8-mile a Jeep Wrangler with its top off was passing another vehicle (in our lane) as we were about to turn onto the highway. While passing a house close to the dump a man was out in his yard operating a fast remote-control car. The driver

of the bus told me about how they are still waiting to get radios installed in the new bus. When I was dropped off at the hospital the following details occurred that I then remembered being told would happen back then: A SUV was parked in the parking lot & it had its front tires pulled over the parking lot barrier & onto the grass almost hitting the light pole. While in the waiting room the tv was on to the J Hudson show & they were showing a man who started a company that is getting released prisoners turned into firefighters & him saying that he thought he was going to be a basketball player was another exact detail. A young lady was brought into the waiting room in a wheel chair & the man who rolled her in telling her that he was going to put both brakes on her wheel chair & then the nurse calling my name to go into the triage room were more details. As soon as I got into the room my phone received a call & after talking to the nurse I called it back & it said the number was out of service. While talking to the Doctor he asked what other medicines I was on & I told him that I was on the last day of the last antibiotics he prescribed me & I knew what they were called (whoever told me these exact details were going to happen told me it would matter to the doctor & court if I could remember what the medicine was called). While waiting outside on the bench for my uncle to pick me up my mind-control violator said "& you do not look fit (physically)" & whoever made reference to this getting said in my past said if I didn't look fit by today then my violators have truly gotten away with destroying my life (or something along that line). While sitting on the bench a lady walked into the hospital with a tight United High School shirt & yoga pants on. As this was happening my mind-control violator said "he called the cops & its his loss" exactly as I was told might be the case but I don't know who they were talking about nor what they were supposedly calling about. While my uncle gave me a ride home he gave me a big bag of ground beef, beef hot dogs & a t-bone steak & asked me if I liked beef liver. He also told me that his coworker has had 3 litters with their German Shepherds & whoever told me this would be getting said told me that I wouldn't be able to afford to take my dogs to the vet (& more disrespectful trash that I don't remember) until they had 3 litters. When I returned home my mind-control violator said "he does like you more than them now" & whoever told me this might get said told me that I wouldn't be getting to go to court nor getting medicine until this was the case but I don't know who they are talking about (I think they said the sheriff but don't remember). My uncle gave me several pounds of meat while giving me a ride home. While checking the news I saw that a lawsuit has been filed for an Illinois high school track athlete who tripped in the sand pit while doing the triple jump & hit his head into a wall & the injury paralyzed him from the waist down & that the golfer Wyndam Clark destroyed a locker at the US Open & these was more exact details that I then remembered being told would happen. At the end of the night I added all of the evidence that I had to take notes on to add over the last 12 hours & while doing so my mind control violator communicated the following information to me & it was more exact details that I then remembered being made reference to in these forgotten conversations long ago: "He agrees that he couldn't have worded that better than that" & "& he swallowed immediately". Whoever said this might be in my future said that people from my life were going to be spying on me & if I was still having to document evidence then they would be swallowing that they are criminals & if I wasn't that they wouldn't be. They

said it would be the first time one of these people would be considering that any of the facts of my court case could actually be a possibility & that if they swallowed immediately that it meant that he was hoping to get away with stealing from me as I'm being neglected & violated (or something along that line).

- 6/20/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: While making lunch I was putting my toaster away & almost knocked my frying pan that was in the process of cooking my steak onto the floor & I caught it barely in time to avoid wasting my meal. Whoever told me this was going to happen told me that if I caught the frying pan in time to stop it from falling on the floor that "you would be stealing the show" & if I didn't that I could've but failed. After catching it my mind-control violator said "you just stole the show". They then said "& you have no idea how much I don't like them now" & this was another detail that was made reference to but I don't know who was communicating to me nor who they were communicating to me about. I watched Daniel Negreanu's vlog of the 2025 WSOP & his response to hearing the song about how they can burn his house & steal his car but don't touch my blue suede shoes was the same response that came out of my mouth as I wasn't functioning & while I was probably being sabotaged sometime in my childhood or teenage years. Me saying that we must be in a 'fight club' tribute was another exact detail that I remembered being told would happen after I said it. I checked who the home run leader is in the MLB & it's a man with the same first name as my youngest nephew. I saw a news headline saying that watching porn regularly negatively effects the male brain. While I had the TV on throughout the rest of the night the following were all more details that I was told would happen long ago: News 6's Sharon Deryck delivered the nightly news with a negative attitude & whoever told me this was going to happen said she was going to be doing this if they didn't have my case proven completely false or have it completely settled by the time she started working again after her break. Somebody poisoned a victim by breaking into their car & putting cyanide into their water bottle. The consistent reactions from the lady on Jeopardy were another detail that I was told would happen & whoever told me this said something along the line of her doing this was her showing them how much reaction she would give them if they continued to deny me due process & allow criminals to get away with stealing my credit & profits for my contributions. The Cardinals played the Reds on channel 6 & I had it on for less than 30 seconds & watched a foul ball knock a beer out of a fans hand & this was another exact detail that somebody told me they would be able to 'make happen'. The details of the conversation between Arnold Schwarzenegger & Jimmy Kimmel on his show were more exact details. After the Kimmel show ended I was typing this & 'Nightline' was on & them showing a lady who is caught lying about saying she was kidnapped & abused was another exact detail that I was told would happen along with the fact that my mind-control violator said "& that (the lady who lied about being kidnapped) is who they just compared them to" almost immediately after I witnessed that. I saw on the internet that retired NFL player Adrian Peterson got into a fight at a poker room. I was shown an article about a married man who cried after

proposing to his a.i. chatbot girlfriend & getting a "yes" response. I was shown a picture of Cubs players Pete Crow Armstrong & Sammy Sosa & PCA was wearing a 'step brothers' shirt. I also saw a picture of Instagram model Kayla Simmons wearing a swimsuit based off of my childhood design (the crochet swimsuit) & another set of pictures from her saying she was 'playing mermaids' & all of these pictures were more exact details from long ago. I was violated with mind-control all day & night again & at the end of the night my violator forced me to say "he is a punk bitch just like the kids I grew up around" & more & afterwards my violator responded "then I will just throw it away" & then I remembered being told that if I didn't say this (despite being forced to say it) that somebody was going to give me something & that if I did they were going to throw it away.

- 6/21/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: My sister posted pictures of my niece & nephews & the pictures were exactly as I later remembered being told that they would be by one of my violators over a decade ago. While watching the 2025 WSOP $25k Omaha final table they asked the audience to submit their poker story's to the 'true classic' website so I did & then remembered this was something that I was told would happen today. The two final competitors in this tournament were each wearing specific clothing items that I later m being told that they would be wearing 1.5-3 decades ago (one had a ocean ship's steering wheel as his necklace & the other had a hat on that said 'papa'). I read an article headline about a female artist who had 9 orgasms while performing becoming a prostitute for 6 hours. President Trump posting on social media about us bombing 3 of Iran's nuclear facilities was another detail that I was told would have to be able to happen for me to get to go to court (or something along that line) & he did today. My mind-control violator communicated the following exact messages to me were all more details that I was told would happen long ago during these forgotten conversations: "& your not going to be here, I promise" was said & whoever said this to me said that if I'm here when one of the cops attempt to come talk to me that they are going to continue to deny me due process (or something along that line). "Then you are not going to miss us" was said to me about whenever I seek asylum or get into a protection program. "& they are going to snap for you" was said to me & whoever told me this was going to happen told me the guys that are my age from Alexis are going to snap for me towards the legal & law-enforcement system & I was told that once they do I will "never be able to get my dick hard again". "& she called the cops exactly as I said she would long ago" was said about somebody who is getting to benefit from me getting exploited & held hostage.

- 6/22/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I woke up remembering more thought that I had put into my plan for hydraulic strength training equipment around 3 decades ago & my mind-control violator saying "& you didn't get to put any thought into this

(evidence/profile/argument/inventions) that you hadn't already (long ago)" & I still haven't been able to put any more thought into anything that I hadn't thought of long ago. They also said "& there is a disgusting difference between theirs (evidence & argument about my case) & yours". Whoever made reference to this in my past said if there wasn't a big difference between our evidence that I wouldn't be allowed to go to court (or something along that line). At some point during the day my violator said "& Michelle was watching you" & this is another exact detail that I'm now remembering being told would happen but I'm not sure which Michelle they were making reference to. I noticed that every time I catch my male bulldog licking my female my skin breaks out in a rash & noticing this coincidence that might be getting intentionally caused by my mind-control violators today was an exact detail that I was told would happen long ago. I saw a news headline about our State's Attorney being against the gun ban for Warren County. Throughout the day I had the tv on & the following details that occurred were all details that I then remembered being told would happen long ago: Two kids playing for one of the College World Series teams were on the camera & one of them acted like he was giving a line or bump of cocaine to the other. The news showed that two people went to the hospital in Florida because of lightning striking a beach & they also thought it struck & hurt somebody at a nearby golf course. American Ninja Warrior had a guy claiming that he was the 'king' fall on the first obstacle. The Indiana Pacers best player, Haliburton, was injured his achilleas & left the game in the first half. There was a news headline about Olivia Dunne making a guy 'explode' after he dropped his drink while interacting with her. An Iowa woman was arrested burning stolen American flags nude from the waist down. Facebook has continually shown me a young man named Mikki Mase who represents himself as a professional gambler & all of the short videos that they have shown to me of him are more exact details that I was told would happen 1.5-3 decades ago.

- 6/23/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up I had to spend 2 hours on the phone between my healthcare insurance (Molina) & Teladoc because Teladoc continues to claim that when they run my insurance that it says that I'm not an active member. The phone call ended in a 3-way call between the two & Teladoc asked the lady from Molina for her name, email & phone number so that she could resolve the issue with her. Whoever told me this was going to happen told me it would make a difference in something or to someone depending on if they asked me for my information or the insurance lady (Alejandra B.) for her's. My spinal cord partially pinched today (making it difficult to move) exactly as I then remembered being told that it would. My mind-control violator communicated the following exact messages to me that I was told they would long ago: "He's going to take it out" was said to me about when somebody told me that somebody has money that they shouldn't & they are going to take it out of their bank account so that it can't be seized. "He's swallowing that you are going to spend that money moving" was said to me about how I'm going to spend that same money moving to somewhere that respects my human, victim & intellectual property rights. "He is swallowing that you would be a multi-millionaire from your crime & injury settlements & a

billionaire from your inventions (if my rights were being respected)". "They are embarrassed now". "& I am not your friend". "I do have to swallow that one now". I read a news article about a man named Whitman holding a meeting in Warren County attempting to get Warren County to leave the state so that Chicago's Cook County isn't included with our state funding. I had the tv on momentarily while American Ninja Warrior was on in the 60 seconds that I had it on I watched them show a guy who is a college professor & called 'The Cajun Cowboy' & those details were more exact details that I was told would happen. I watched the WSOP 2025 $50k PLO final table between Chidwick & Linde & those two being the final competitors of that tournament & Linde wearing a 'Jamison' (whiskey) t-shirt were more exact details that I was told would happen long ago.

- 6/24/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: The details of ABC's 'World News' at 2 or 230 this morning were all exact details that I was told would happen long ago & so was WQAD's morning news when their news lady said "if so&so wanted anything more than 3 windows & 3 meals a day then that's just rude". My mom had to take me & my female bulldog to the vet because I am being unlawfully denied my compensation, earnings, rights & had my drivers license & vehicle unlawfully stolen. My conversation with my mom, the vet & the vet tech were all exact details that I was told would happen back then. The vet charged my mom $270 to prescribe my dog an antibiotic & allergy medicine. When I returned home my mind-control violator communicated the following exact messages to my brain exactly as I later remembered being told that they would: "I don't care about your points (my court argument)" & "I fucked her that night too" (I don't know who they are nor who they are talking about). The news tonight showed somebody buying the shirt from the movie 'Ferris Bueler's Day Out' for over $100,000 & this is something that I then remembered being told would have to happen for me to get to be able to go to court. – I'm remembering to add that while living in Alexis I saw a Facebook post by Drew Robertson (a violator in this evidence) where he made himself a cup of coffee on a mountain & his hand was shaking & this is something that somebody told me would happen long before it did.

- 6/25/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: The ABC evening news showed that President Trump was called 'daddy' at the NATO meeting. They showed the NYC democratic primary winner for the mayoral race responding to President Trump calling him a lunatic of some kind. They showed that a food processing plant's roof collapsed that had solar panels next to their parking lot. KWQC News 6 had a story about a man who had Caitlin Clark chainsaw carved into his front yard's tree stump & the details of that interview were exact details that I then remembered being told would happen long ago. A Mercer County policeman was arrested for DUI.  I was shown that 'Door Dash' executives died when their boat capsized on

Lake Tahoe & I believe this was another exact detail but I don't remember for certain. Wheel of Fortune ended in the puzzle 'they have a bright future' & the winner did yoyo tricks for the show. There was a commercial that showed a couple exercising & the man of the couple was named Kyle & whoever made reference to this commercial in my past said something about Sara & Kyle Bockleman & that it would matter if they both were exercising together (in the commercial) or not when they made reference to it. Whoever said this also said if they showed the commercial it was in the worst way to them & immediately after I was shown this commercial my mind-control violator said "& I mean it to her in the worst possible ways". Throughout the day my mind-control violator communicated the following exact messages to me that I then remembered being told would happen 1.5-3 decades ago during these conversations that I don't remember & each statement made reference to something that was said while I was under surveillance during these conversations: "They openly admitted it, in a bad way for them". "They like you more than both of them now". "They do like your dogs now". "Then never speak to me again".

- 6/26/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: A week or so ago I saw a flyer saying that the farmer's market was going to be in town today so I walked up there around 4:30 hoping I could go there & then to the library to type & print all of the motion's for my court case in Knox County. While walking around looking for the farmer's market & noticing that it wasn't in town I saw a lady set out a container of tea to brew in the sun & remembered being told this would happen & that they were going to lie to me & tell me that the market was today instead of Tuesday just as they did. Once I printed & mailed my motion's (not-guilty, permission to e-file my evidence, motion proving conflict, motion to change venue, motion for disability accommodations, motion to proceed in pauperis & an affidavit) my mind-control violator said "& that took you over an hour", "then she is never going to speak again" & "& we do agree with you now" & all of these were exact details that I then remembered being told would get said if I was able to get these printed before the library closed & get my house cleaned before going to sleep. I turned on the tv briefly after going to the post office & the Country Music show was on & I noticed the following details during it that I was told would happen 1.5-3 decades ago: The first act I saw had a man with 'cowboy' tattooed on his forearm. A healthy-looking Texas guy performed who didn't have a good song nor voice. A guy performed with a co-singer named 'The Plug'. One of the four acts that I saw was worth listening to & the others were not & I said something about how they should be arrested for wasting all of earth's fuel & resources that it took to watch those poor performances & after I said this my mind-control violator said "& she cried". I am documenting the fact that I believe that I've been one of the better expositions that exist showcasing the effects of marijuana & somebody with brain damage as I've been under surveillance & preparing this evidence. Attempting to remember, take notes & word statements as I type has very evidently showcased both my brain damage & the effects of marijuana & the difference between my symptoms when I've smoked & when I haven't.

- 6/27/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: The Knox County Disability Coordinator told me that she was going to contact me this week but I didn't receive contact from her. I emailed her an electronic copy of all of the motions that I mailed to the Circuit Clerk early this morning. Judge Doyle told me to email her anything that I needed to tell him & the court & I have emailed her on a regular basis since my first court date but have not received a law-abiding response from her nor any of the court's nor law-enforcement's representatives. When I woke up I spent over an hour deep-cleaning my dog's bowls. As I was doing this my mind-control violator said "he's swallowing that you are still in there cleaning the dog bowls" & then I remembered that this happening was another set of details that were made reference to during these forgotten conversations back then. Next I went outside & mowed the yard & as I was mowing I saw my sister's husband at the gas station & a guy drove by on his golf cart wearing a tie-die t-shirt & both of these were more details that I was told would happen today. While checking the news today I was shown that two kids died while jumping off of a waterfall attempting to help their third friend, that Knox County Sheriff's Department had an active shooter training event, that Brad Pitt's house was ransacked & that his burglars claimed that they didn't know it was his house but thought it was just another rich person's house (an exact detail that I was told would happen), a man went on a "dream" poker run winning $1.2 million in a series of 3 cash games & that President Trump was nominated for a 'Peace Prize' & then his nomination was withdrawn & all of these details were exact details that I was told would happen back then also. I recently watched the $1,500 millionaire maker event of the 2025 WSOP & the final table seemed to be a replay of an old home game between me & Corey Champion (involved in this evidence). Yaganuma was getting destroyed by Carroll at first but in no time Yaganuma came back & won the tournament after some poor play by Carroll. Me believing this might have been a replay of some of my old play & then poker player Doug Polk making a Youtube video accusing them of cheating are both more exact details that I'm now remembering being told would happen. My mind-control violator communicated the following messages to me & both were more exact details that I'm now remembering being told would happen long ago: '& you will be very glad that you wrote all of that (testimony evidence) down" & "& she swallowed immediately, in a bad way for them." While typing this testimony tonight I realized that one of my statements that I wrote when I first started typing this testimony was incorrect because my memory about that incident hadn't yet come back to me so I had to fix it because now I have that memory (about being forced to kiss my cousin, Corey) & me noticing it & correcting it tonight was another exact detail that I was told would happen today. While writing the following sentences included in today's testimony my mind-control violator said "then they despise them" & this was another exact detail: I'm just now remembering to document that I was told Madeline Gavin & the rest of Aaron Gavin's immediate family (Aaron, Patrick, Chris & Madeline are all associated with this evidence) are attempting to exploit my situation as a victim being intentionally sabotaged & neglected for their own financial benefit. I was told that she was hoping to get away with

stripping me of my intellectual property rights for enough financial benefit to financially support their restaurant in Monmouth called 'The Patton Block'.  Opening 'The Patton Block' was a plan of mine as a child & I was going to financially support it with my $billions that I planned to make as an inventor who should have been able to make the best contributions to the agricultural & cooking industries of my lifetime. It was my plan to have a fine dining restaurant that offered very affordable prices to my locals because of my success. Back when I considered Aaron somewhat respectable I was planning to name the restaurant 'The Patton Block' making a joke about tricking Patrick about not getting to be able to claim my intellectual property rights because of this court case & his criminal involvement in my life. I planned to do this while including them in my enterprise & helping benefit their family & farm with my massive success as an invention contributor & company starter.

- 6/28/25 I was violated, interrogated, sabotaged & tortured with mind-control technology all day again today as my violator regularly communicated to me using my own voice & with telepathy. When I hung my clothes out tonight there was a band playing up town & I remembered being told this would happen on this specific night long ago. The day was probably filled with more exact details that I was told would happen long ago but I can't remember anywhere close to everything.

- 6/29/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Early this morning sometime after midnight I scrolled the Facebook pages of the two taverns that are in town to see where the band was playing. Each bar's page was filled with exact pictures & posts that I then remembered being told would be on there long ago. While scrolling past one of the pictures my mind-control violator communicated "& they were going to try to stop you from getting to go to court" & when this happened I remembered being told that if I went to that bar the locals were going to attempt to trick me into continuously going to the bar & somehow trick me into trouble that would have eliminated my rights to go to court as a victim & contributor. Also while scrolling on social media I was shown 'Klan Fighting' which is bareknuckle fighting & I then remembered being told that they were going to show me these long ago also. While scrolling the social media I was shown an advertisement for the new Motorola Razr smartphone & I remembered being told that I wouldn't get to go to court until somebody could buy a new Motorola Razr smartphone & afford one 2-3 decades ago. The news this morning showed a lady advertising a basketball shot return system & said the money is going to help the Special Olympics exactly as I then remembered being told that it would (I believe that this was an invention that I mentioned being in my plans to design as a child but I don't remember for certain). Also on the news I was shown that a man in Rock Island attempted to escape the police by jumping off the bridge into the Mississippi River & that another person in Rock Island recklessly drove into several mailboxes before driving into a lake & dying as the passenger escaped the vehicle & survived & these were more exact details. I had the X-Games on the tv for

a couple minutes & witnessed BMX biker Ryan Williams take the chain off his bike before attempting his trick & the guy who won the event doing a trick that had never been done before & both of these were more details that I remember being told would happen long ago. I watched day 4b of the 2025 WSOP Player's Championship & the guy going by the name 'Grinder' having his hair styled how it was was another exact detail from back then as well. Later in the night I remembered that the news story that I witnessed today about Idaho firefighters getting ambushed & killed by a gunman while responding to a brush fire was another exact detail that I was told would happen long ago (I believe by Morgan Ray). Before falling asleep this morning I watched Neuralink's update on their new progress & while watching it I suggested that they make it so the patients can control a Tesla robot with their brain implant & then suddenly Musk introduced this improvement to his fellow people at the meeting & this is another exact detail that was made reference to back then. When I woke up this afternoon my mind-control violator communicated "cute" to me & then "& that was the best answer you could've got from them" exactly as I remembered being told that they would. Tonight I made a call to the online doctor service 'Teladoc' that my insurance is supposed to cover because they are claiming that they can't verify my insurance. While on the phone the lady continuously checked in on me as she had me on hold to see if it was ok that she continued to keep me on hold & these were more exact details. My sister posted onto social media showing my nephew playing baseball & her post was worded & the pictures were exactly as I then remembered being told that they would be.

- 6/30/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Tonight I remembered to document that the original Bowflex that uses plastic rods that flex like a bow was one of my first design plan ideas for strength training equipment. After I took note of this fact my mind-control violator said "& that would've made a difference to me" exactly as I then remembered being told that they would say long ago. I received a phone call from Molina Healthcare as I was waking up so that they could ask me if I have any questions about my healthcare coverage. While making lunch I was talking with my violators/interrogators about how if my rights were respected I would've been much wealthier than the Jenks family farms & been able to buy farmland & manage farming that they were able to. I talked about how I completely dominated the Jenks brothers at contributing & at who should be more wealthy & famous yet I'm still getting intentionally neglected & intentionally violated by our community as people like them are getting to benefit from me getting exploited & this entire conversation was another exact detail that I was told would happen on this exact day long ago. While having this conversation I remembered being told that one of the women from the area is getting to control who from our community gets to function sexually & who doesn't & I remember this same person telling me that she would never let me function better than any of the farmers despite me completely dominating all of them at contributing & producing self-wealth & who should be more famous. I walked to the gas station to buy orange juice & because they didn't have any I bought a half gallon of chocolate milk. While buying the milk I remembered being told that I'd be buying the

milk with one day to drink it & that there would be a juice-type drink called 'liquid death' being sold just above it & both were facts. WQAD News 8 showed a story this morning about a guy with a boat shaped & painted to look like a hot dog on a bun & the details of that conversation were more exact details that I was told would happen long ago. My phone showed me a news article about a man who set the record for running 465 half marathons in one year & as I read this my violator sabotaged my personality & forced me to say that he must not be doing his own cooking, laundry, cleaning, etc. I also was shown an automatic cow milking machine that I immediately noticed several improvements needing made to the design & remember being told decades ago that if I could think of any improvements to make to this design that it meant something for my court case (or something along that line). The articles showing that an autistic boy died "by accident" while his father had him in the bathtub & that President Trump pardoned a guy who illegally set 19 sharks free into the ocean that were being researched were both more exact details that I was told would happen long ago. While scrolling x.com I saw that one of the politicians posted a picture of hamburgers that were just put on the grill & the caption read "are they ready for cheese yet" (or something along that line) & this is another exact detail that I was told would happen & something that I asked my dad the first time I watched him grill cheeseburgers. I watched the ladies event of the 2025 WSOP & Okamoto winning her second title in a row was another exact detail that I was told would happen forever ago. Within the last 96 hours my mind-control violator has communicated the following messages to me & they were all more exact messages that I was told would get communicated to me long ago: "They have that all recorded now" was said & I remember being told that I wouldn't get to go to court nor function nor look presentable until they had everything recorded. "They aren't accepting reality" was said to me about my opposers who continue to be in denial about the facts associated with my court case. "They don't care that you are living without & they made that clear" was said about the same opposers & neglectors within my community about how they don't care that I'm not getting to live with my rights, medicines that I need, nor my earnings nor the compensation that I'm owed. "& he agrees that they deserve life sentences" was said about somebody agreeing that specific violators associated with my court case deserving life sentences. "I've decided that you're my best option" was said to me about one of my violators realizing that I'm their best option for something. "Then I would never play again" was said to me by my mind-control violator who was telling me that they would never play cards or basketball again if they were me.

- 7/1/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Before the sun came up I went on a run & while transferring from the neighbor's sidewalk to the road I twisted my ankle on a hidden culvert. I continued on my run & was wearing a pair of the boxers that somebody broke into my house & intentionally destroyed (exactly as I was told they would long ago) & they kept falling down as I was on my run. When I returned home I shaved my face & head & my razor broke but I managed to fix it. Whoever told me this was going to happen to me didn't say that it was going to happen to me but instead said it happened to them but when they said it

they said "when I twisted my ankle I didn't quit & turn around like a bitch I finished my run" & "when my boxers fell down I pulled them back up" & "when my razor broke I fixed it instead of using a new one". When I finished all of this I had the news on as I ate breakfast & the following were all exact details that I believe that I was told would happen long ago: A lady in the Quad Cities broke into somebody's house & was arrested while intentionally hurting somebody else's infant child. The next story showed that there was a shooting at a Hy-Vee in Iowa because of a domestic dispute between somebody & a female named 'Kalista' (an individual's name involved in my evidence) & I believe whoever told me this was going to happen told me that this was going to be the name of the female involved back then. While watching the news I received a message about a vendor selling ribeye's & other meat at Farm King 40 for $20 in the next couple days & remember being told that this was going to happen long ago as well. The news told me about how Orlando Bloom kissed Kardashian at the Bezos wedding & this was another exact detail that I was told would happen long ago also. I ordered a face mask to use as I weedwack my dog's fenced in area because my skin on my face continues to break out every time that I weedwack (despite nothing hitting my face) & then afterwards I remembered being told that one of the local doctors wouldn't allow me to have clear skin until I did this. I received an email notifying me that the Federal Supreme Court once again unlawfully dismissed my court case. While I was typing this I had 'Americas Got Talent' on the television & the lady attempting to sing with her parrot & her parrot not singing was another exact detail that I remember being told would happen long ago. I walked to Dollar General to see if they sold any bags suitable for lugging my shoes in if I bus to Canada to seek asylum at the beginning of next month & on the walk to & from DG the following details occurred that I then remembered being told would happen long ago: My mother texted me asking if I was friends with somebody from my high school, if he was older or younger than me, telling me he was in Jake Murdocks class & that his father had passed away. I saw a motorcycle fly past a vehicle as another vehicle was approaching. While leaving the store my old neighbor pulled up in her jeep & when I was walking back to my house I had to pass a young couple who was on a walk & when I walked by them the male said "sorry". When I returned home I made supper & my mind-control violator said "& he's swallowing that you will be here" & "& I'm not going to be in the country" & when this was said to me I remember these statements were making reference to more of this forgotten conversation that was said to me while I wasn't processing nor remembering. Whoever said these said something about if I'm here at home while somebody is back in town & they don't stop to talk to me then they won't be able to get their dick hard again if they are in the country when authorities finally accept that they have to process the evidence associated with my court case. While checking the news tonight I saw the following details that I was told would happen long ago: The Warren County Sheriff's Department are seeking the public's help locating information on two separate hit & runs. A windmill blade fell off it's carrier on the highway & an FBI Supervisor was caught hiring prostitutes while on an assignment. As I was typing this I had the Jimmy Kimmel Show on the tv & the details of the conversation he had with his guest about him

playing a navy seal & getting drunk with Demi Moore were more exact details that I was told would happen long ago.

- 7/2/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I emailed the Center for Torture Victims in Minnesota, Whistleblower Center & multiple investigative journalism organizations about my court case. My sister posted a picture of my niece's softball picture & her having crosses in her 'eye black' was another exact detail that I was told would happen back then. My clothes dryer stopped working (on the exact day that I'm now remembering being told that it would) & the parts that it needs aren't being sold on the internet (exactly as I was told would be the case). I was had a talk with my interrogators about how my mind-control violators have always made it perfectly clear to me that they can without doubt easily tell the difference between the following while inducing thought & instigating action: They are perfectly aware when they fully control my thoughts & actions/reactions. They are fully aware when they instigate action/thought that causes a reaction that I'm not responsible for whatsoever (i.e. a natural response or a response that happens because of my brain damage). They are fully aware when they instigate an action/thought that causes me to react & that I'm cognitively responsible for but am victim to because of their instigation & my 33+ years of being violated with the same technology by the same violators. They are fully aware when I'm fully responsible for my actions & reactions. When I verbalized this my mind-control violator said "I'm going to write that down, in a good way for you" & I then remembered being told that if I said anything that they would write down that it proved something for my case (or something along that line). While watching the news I was shown that President Trump "didn't know" that there were cuts to Medicaid in his new bill & this was another exact detail that then remembered being told would happen long ago.          Over the previous 72 hours or so the following messages were communicated to me by my mind-control violator & they were all exact messages that I'm now remembering being told would happen long ago in these same conversations that I don't remember: "He's swallowing that he will never have those rights" was said to me about somebody who is attempting to get away with exploiting me out of my justice, intellectual property, freedom, medicinal rights & health. "& you won't regret sending it to him" was said to me about somebody that I'm going to be given the option to turn in this evidence to in the future & whoever told me this would get said told me that if I progressed my evidence to this point & had done nothing but work on this evidence for over 7 years that I wouldn't regret sending it to whoever but if I hadn't then I very much would. "Then never talk to me again" was said to me about somebody from my life (unknown to me) who has willfully chosen to go along with isolating & holding me hostage. "& you missed the ball" was said to me while interrogating me about one of my old childhood football games. The game was my first game at Warren High School after getting into my childhood four-wheeler wreck. During the game I was realizing my new disability symptoms & the fact that I lost the ability to multi-task because when I'd focus on running my brain would forget to hold on to the ball. I fumbled a couple of times before

collecting myself but still had to take it easy on the other kids to not bully & hurt them because I was a faster, stronger & harder hitter than all of the other kids. The kids I played with acted terrible always. They always complained & pouted so I'd do things to attempt to not demoralize them & I'd also do things to check to see if they would act better. One of the plays I intentionally fumbled the ball after my elbow hit the ground to see if they would say that I fumbled & they did. After I fumbled on accident & on purpose I caused a fumble on the next play & got the ball back. During this game my mind-control violator told me to "hit the ball (to cause a fumble)" but when I tried I missed because of my new brain damage. After I explained all of this tonight my mind-control violator said "& I am swallowing that one now" (more exact details that I then remembered being told would happen on this exact day 1.5-3 decades ago). "& that was a good move" was said to me about when I printed & mailed in my 'motions' to the Knox County Circuit Clerk about them unlawfully charging me again. "& he had never thought of it that way" was said to me about either the judge or the state's attorney hadn't thought of my court case in the factual ways that I experienced it & have produced argument/profile/evidence about & had made wrongful decisions about prior to. Whoever told me that this could be a potential in the future told me that if he had never thought of my evidence/argument/profile in the way that I had that I would be going to the Federal Supreme Court. "& its going to be the worst day of her life" was said to me & whoever told me about this statement said that I couldn't go to court unless it was the worst day of a female's (unknown to me) life. "I'm going to sell Poe (my dog Orya-Poe) for $500" was said to me by one of my violators who thinks that they are going to be able to seize & sell my dog. "Then she's never allowed to talk to you again" was said to me about someone unknown to me. "I didn't tell you that" was said to me by my violator who is reminding me that they will lie to the investigators & court about my/the evidence (they probably weren't reminding me but intentionally harassing me). "I'd keep to myself" was said to me about once my court case is provided due process that they would keep to myself instead of going out in public. "I'd move to Canada" was said to me by my violators who don't want me to get to pursue justice against my violators & corruption that have been violating me & would prefer I seek asylum & disappear from the United States responsibility. "& your house is way cleaner than theirs" was said to me & whoever told me this was going to get said told me that if my house was cleaner than one of my opposers then it meant something to somebody. "& she is the worst person that I've ever met" was said to me & whoever said this might get said told me that if "she isn't the worst person we've ever met than you are the worst person that we've ever heard of". "Then put me in charge" was said to me by my violator who was speaking for one of my other violators who wants to get away with exploiting me out of my rights & life. "I don't even know if that's true" was said to me as my mind-control violator was lying to me & pretending as if they don't have all the evidence & telepathy conversation between us processed & documented while constantly showing me that they do. They said that to me pretending to speak for bystander representatives of the court & law-enforcement systems. "Then watch him" was said to me about either watching my nephew sometime in the future or about watching the poker professionals on YouTube. I remember being told that if I watched the poker on YouTube that I have been that

"you'll never get your dick hard again". "I am going to read that now" was said to me by one of my mind-control violators who is going to read my evidence now that I've documented all of this after not reading it for the past several years while I was turning it in even though it proved my case as serial victim & contributor years ago. "Theirs is going in the trash" was said about some of my neglectors/exploiters evidence is now going in the trash because I have progressed mine to this point. "& they are going to have a little more for you than that" was said to me about either my mom or dad who are supposedly going to show up to my residence with a new dryer & some financial gifts (money to care for my dogs & potentially more (I cannot remember) in the future. "& they weren't going to give you anything" was said to me about people who were hoping to get away with stealing my intellectual property rights & profit from my contribution plans. "I gave him a reaction" was said to me about a potential woman in my future giving another person a reaction about something exactly as I remembered being told would get said. "I have to try" was said to me by my violator who was reminding me that somebody is going to attempt to get away with stealing my intellectual property rights as I'm being denied due process despite me being prepared for court & going public. "They bought it" was said to me about somebody thinking that they are going to get to buy the rights to one of my inventions or somebody buying a house or land or company or something (I can't remember what I was told about this one). "My dad knows people" was said to me by my violator who thinks they deserve to be able to violate me & go along with exploiting me because their dad has connections. "& he is swallowing that you were getting raped" was said to me by my violator who was claiming that somebody wasn't aware that I was being raped one of the times they had me under surveillance. "I do want you now" was said to me after the media showed Brad Pitt talking about alcohol anonymous & whoever told me about this said if he said this they would 'want me' & if he didn't that they wouldn't.

- 7/3/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I emailed Western Illinois University's LEJA (law enforcement & justice administration) program & I had to email them twice because I forgot to inform them of an important detail in my first email. I also emailed the Idaho State Police with this evidence & to inform them that the Idaho college students & firefighters getting murdered were premeditated crimes that I was told would happen long ago. I was informed that my first cousin, Elissa (Armstrong) Johnsen died by suicide at age 46. The news this morning showed that a girl fell off of a Walt Disney World cruise ship & her father jumped off to save her. It also showed a high school amputee athlete playing golf at the John Deere Classic. It showed a fire in Rock Island & 2 male college students were interviewed while they were shirtless exactly as whoever told me this was going to happen said they would be. It showed that 14 people were shot by a 'Dunkin Donuts' in Chicago & that 4 of them died & the lady who the news showed reporting this typing on her phone & sniffling through her nose were more exact details that I was told would happen back then. My phone's news showing me that Charlize Theron having 'an amazing' hookup with a 26-year-old was another detail that I was

told would happen back then. The news on my phone telling me that boxer Chavez Jr. getting arrested by ICE for overstaying his tourist visa, that an ex-NBA player was convicted of rape & that deafness is now curable with an implant were more exact details that I was told would happen long ago. Whoever said that to me about deafness getting cured said I couldn't go to court until it was curable with an implant. My phone's pinterest app showed me an automatic egg fryer that needs redesigned so that it's interior parts can be cleaned exactly as I then remembered being told it would. The news telling me that Brad Pitt has only been starstruck by two actresses & that Olivia Dunne was showing off her 'bananas' were more exact details. The recent healthcare fraud bust was another exact detail that I was told would happen long ago. I watched some of the 2025 WSOP Main Event & the following were all exact details that I witnessed that I then remembered being told would happen long ago: During Day 1a there was a player who busted & then retrieved his mucked cards & a news article about him regretting it. There was man named Martin Kabrhel who was showcased & his conversations & him winning the mini-main were exact details that I was told would happen over a decade ago. During the Main Day 1b Adam Rude being interviewed about his heart attack & him winning with trip 9s over pocket Kings & pocket Queens was another exact detail as well as Negraneu getting upset on the feature table & leaving & Hellmuth's rockstar intro& the twitter debate on if he was going to play the main event after saying he wasn't going to.    My mind-control violator communicating the following exact messages to me today were more exact details from long ago: "That's my point to him, you do have me beat" was said to me about the fact that I have my opposition & exploiters beat in court. "& I don't like them anymore" was said to me about how one of my mind-control violators no longer like some of the people that they are unlawfully allowing to exploit & oppose me.  - I remembered to add the following information to my testimony that I believe I had documented in the past several years but noticed was missing or I noticed that I didn't remember to document it initially (all of this information is details that I was told would happen 1.5-3 decades ago): Princess Katherine getting cancer & all of the media coverage about her cancer were details that I was told would happen long ago. The college students getting murdered in Idaho & the murderer taking a selfie & pleading guilty to get out of the death sentence were details that I was told would happen long ago. The media coverage & the details about Gypsy Rose Blanchard are details that I was told would happen long ago (I believe by Morgan Ray but am uncertain).

- 7/4/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I walked to the post office & gas station today & me forgetting my phone/wallet as I left & having to turn around & put a bag over my shoe so I didn't track in the house was an exact detail. At the gas station I almost walked into a young girl when I turned into an aisle, a young guy who showed up in a newer red dodge diesel truck bought a pack of Budweiser & a guy stared at me as he picked out his candy. Whoever told me these details were going to happen said that if I didn't try to take that girl home with me & if I wasn't still staring at the guy who was buying candy & if he had enough money to

buy himself m&ms & if the guy had enough money to buy Budweiser then I would be allowed to go to court (or something along that line). While I was cleaning my house tonight my mind-control violator said "then I am never allowed around you again" & I remember being told that this would get said if I was still cleaning the next time they checked in on me. My mind-control violator also communicated the following exact messages to me today that I then remembered being told would or might (if I was still passing the mind-control lie-detector & making progress on my evidence) happen long ago: "That's what I said to her… "we'll see how court goes"… & they have 0% chance against you in court" was said to me about how somebody who is going along with neglecting & exploiting me is allowing other people to believe that they have a chance to benefit from me being stolen-from & denied my rights, justice & due process. "They are swallowing that you want the mind-control surveillance (used as evidence) in court" was said about the fact that I do want access to all of my lifetime's mind-control surveillance records (that is being made perfectly clear to me that exists) to use in court for evidence to prove my case & supposedly somebody else involved or one of my opposers who are in denial want it to be apart of the court evidence as well. "He likes you now" was said to me about somebody supposedly liking me now when they didn't before. "You are one of his favorite people now" was said to me but I don't remember who this was supposedly making reference to. While watching the news I was shown a lady from Georgia who is a multiple-stroke survivor who is going to lose her healthcare because of the 'Big Beautiful Bill' that was just signed into law & this was another exact detail that I was told would happen long ago as well as the following two headlines that I read on my phone's news: President Trump scheduled a UFC fight to be held on July 4th, 2026 at the White House & an ex-prisoner is now a multimillionaire actor because his mugshot went viral.

- 7/5/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning I checked social media & was shown a short video of a junior high girl wrestler around my nephew's age. When I thought about sending the video to my sister to show to him my mind-control violator said "I said we'll find him one". When I saw this I decided to look up which local junior high wrestlers went to state & ended up on Knoxville Junior High's Facebook page because I remembered being told that one of their kids made it who wasn't on the list. While on that page I was shown a guy who used to work for the same construction company that I worked at briefly. I checked his page out of curiosity & it led me to another construction companies page that I checked out. While scrolling this page I was shown a picture of the owner of Conley Construction & this guy working on Sunday & I remember being told that if they had to work on Sunday that it meant something but I forget what. While thinking to myself about Conley's connection to Morgan's family & what I've been repetitively told about Conley my mind-control violator/interrogator forced me to say something about drug use while sabotaging my personality exactly as I then remembered being told that they would. Whoever told me all of this was going to be in my future said something about how they thought I'd be struggling to witness the young

girl wrestling or something similarly disrespectful. I was violated with mind-control all day again today & my violator saying "we agree that we owe you that while we are holding you here" was another exact detail that I then remember being told would happen long ago. While checking the news on my phone I was shown the following details & they were all more exact details that I was told would happen long ago: Knox County TN police had an officer injured with a head injury exactly as I then remembered being told that they would. Elon Musk is starting a new political party called the 'America Party'. Being told Sydney Sweeny & Tom Brady are rumored to be dating now & Trinity Rodman & Ben Shelton's media coverage about the way she looked at him at Wimbledon & his shout out to her were all details. Ben Lamb (the poker pro) tweeting that he introduced himself to the main event while listening to Eminem's 'Lose Yourself' song under his headphones while telling himself 'don't bluff it all off on day 1' was another exact detail. Later in the night I watched the 2025 WSOP Main Event day 1d & the following were more exact details that I then remembered being told would happen long ago: Jared Bleznick opened a pack of cards that cost over $1,000 each while playing on the table & ended up losing with pocket Aces to pocket 9s that turned into quads. PokerGo owner Cary Katz was on a final table & another final table had 5 guys, including Shawn Deeb, who are battling for player of the year. – I remembered to document that I was told that one of my young cousins, Reid Johnsen, would have autism before he was born.

- 7/6/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: While being interrogated with mind-control today I was forced to talk about how I accidentally kicked Justin Haase in the mouth when we were tubing behind a boat & how I felt bad about it but that it wasn't full force because I kicked the tube & my foot slipped off & kicked him. Soon after I played a game of solitaire (Vegas rules) & won with Haase's football number & my football number in the aces' slots up top & this is another exact detail that I then remembered being told would happen long ago along with the fact that soon after I finished this game of solitaire my mind-control violator said "we did just watch that magic trick" after I asked my violators/spies/interrogators if they just saw that magic trick. When this happened I was reminding them that I have seen this same type of card trick with the coincidences from my life & interrogation collaborating simultaneously around 100 times (which I said sarcastically but it happens with me on a regular basis). I told my interrogators the same thing that I told them the first time it happened back in my childhood "that God & or my mind-control violator has it 'that down' to the point where they can access my vision & memorize the cards even while I'm shuffling & that they can work through the cards because they are made from (plant) life & this idea is a movie-scene idea that I planned to incorporate into my scripts that made it's way into the 'Fantastic Beasts' movie (or that my vision gets altered to see whatever card values they want me to see on whatever card they want me to see it on). I emailed the Washington D.C., Omaha NE, Denver CO & Las Vegas housing authorities asking them if I could move there until I get due process & my court case settled & the details of my emails to them were exact details that I later remembered being told would

happen long ago. Almost instantly I received a response from the lady I emailed in Denver & her response told me that she was out of the office for 10 days during July & this was another exact detail that I then remembered being told would happen back then as well. While rummaging about in my kitchen I pulled my phone stylus out of its rubber band that keeps it attached to my smartphone & my action caused the tip to fly off the stylus so I had to spend time searching for it & reattaching it & whoever told me this was going to happen said this is where they lost theirs. While shaving I had music playing on my phone & the Led Zeppelin song 'Ramble On' played & my mind-control violator forced me to say "they wrote this song about me (because of my brain damage)" & this was another exact detail that I then remembered being told would happen long ago & it's an exact repeat of what they did to me the last 1 or 2 times (over the last couple years) that I listened to this song. Early this morning I had ABC on my tv & there was a construction show on that showed people cutting down a tree to make a family who has a daughter with immune system trouble a new backyard playground because a tornado destroyed theirs. A high school baseball team from Mississippi who won back-to-back 3a state championships who also had their facilities destroyed by a tornado helped on this tv show & all of the details of the conversations & these listed details were more exact details that somebody told me would happen long ago. Once news 8 turned on & their broadcaster was named Morgan I changed it to channel 6 & the following details were all more exact details: There was an interview with the actress from the movie 'Bridget Jones 2' & every detail of this conversation was more details. There was a man who was arrested for ramming his vehicle into 8 police officers on a police chase who was smiling in his mug shot in Savanna. There was a man who went to the hospital in Davenport with a gunshot wound that is now under investigation. There was a fire in Monmouth that led to a person going to the hospital & whoever told me that this was going to happen told me that Trevor Davies was going to be the firefighter to rescue the person & that if I didn't spend my last 8 years typing this & continuously proving my court case while getting interrogated with mind-control that he was going to leave the person to die. A golfer was interviewed for the John Deere Classic & he said "golf is boring & I look forward to seeing the butterflies in the morning" exactly as I was told that they would. The winner of this year's John Deere Classic had the first name Brian & the winner of last year's last name was Thompson & after noticing this I was forced to speak for a moment about my thoughts on the Brian Thompson I'm related to & this happening is another exact detail that I was told would happen. I was shown a man on Instagram who is a father & who lifted over 200 lbs. over his head & did a circle & stood on one leg with it before dropping it exactly as I remembered somebody being told that he would. I read an article headline about a lady asking her brother to take off his embarrassing hat while at her son's little league game. I watched part of the 2025 WSOP Day2abc & Negraneu playing a feature table with another guy who was wearing the same jacket as him & telling the exact stories that he did were more exact details that I then remembered being told would happen.                    Within the recent past my mind-control violators communicated the following exact messages to me that I then remembered being told that they would or might communicate to me long ago: "she does know that you mean that now"

& "& she agrees that they owe you with interest".    I'm remembering to document that the following that happened recently were also more exact details: I had the news on one morning & a man from London, England was shown teaching etiquette. WNBA Sophie Cunningham took seductive pictures for social media. The river flooding in Texas & killing people is another exact detail that I'm now remembering being told would happen long ago. The family who owns the Kansas City Chiefs lost their 9-year-old relative & this is a detail that was made reference to when I was told this would happen.

- 7/7/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: My clothes line broke this morning while there was a lady parking her newer oversized SUV at the neighbor babysitter's house exactly as I was told would happen. Whoever told me this was going to happen said it happened to them & that they went out to fix the clothes line but lost his girlfriend where the other person that it happened to "went back to fucking her" (or something along that line) & when this happened my mind-control violator said "& I went back to fucking her". Today I had a smartphone video call with my healthcare insurance (Molina Healthcare) & having this call along with the fact that their representative was 10 minutes late to the video chat, that she called me while I was waiting in the chat to tell me that I had to click on a new link & join a new chat, her saying "I see you now" & that she said they will send a doctor to my house were all exact details that I was told would happen long ago. I walked to the post office to retrieve my correspondence from the Federal Supreme Court & on the way there my neighbor who I haven't met yet was outside but I wasn't dressed well enough to introduce myself so I walked around her house & on the way to there the Alexis Police SUV pulled out of it's hiding spot in between here & there & left (exactly as I remembered being told they would do if I didn't talk to & scare the neighbor lady (or something along that line)). I received an email from a scammer attempting to blackmail me as they told me that they have video & audio surveillance of me masturbating to controversial adult films & this was another exact detail that I was told would happen today. After finishing typing today's evidence I'm going to send this to the Nevada Gaming Commission & the WSOP (World Series of Poker) because of all of the details that are occurring at this year's WSOP that I was told would happen 1.5-3 decades ago in case people are being cheated with weaponized mind-control technology & me emailing them today is another exact detail that was made reference to long ago. All of the amazon.com orders that I have had shipped to me over the last 6 years have been covered in dust & this is another exact detail that I'm now remembering being told would happen long ago.    While checking & watching the news today the following details occurred that I'm now remembering being told would happen long ago: Nebraska opened the largest time capsule that was buried 50 years ago (& I was told they would do this after I sent my email to the Omaha Housing Authority that I sent last night). Travis Decker, the father accused of murdering his 3 young daughters, was spotted in an Idaho forest. Kelly Clarkson canceled her first show in Vegas. Lil Wayne was gifted a Lamborghini SUV & $25,000 by Saudi Arabia after being stopped by their customs. Jared Bleznick's twitter posts over

the last 24 hours & a news article about Hellmuth hitting quads were exact details that were made reference to long ago. When Bleznick posted asking if people wanted him to commentate my first thought was to reply "Bleznick for president" & since reading his posts I've thought my multiple personality disease/mind-controllers (they force these symptoms on me with the technology) have turned me into Bleznick twice & these are more exact details. While watching the WSOP main event a guy was interviewed & the conversation detailed that he was playing for his friend who he lost to mental illness who started a podcast called 'Coop's Advice' & this was another exact detail that I was told would happen long before it did. I was shown an article about a podcast lady who sang the Chicago Cubs 7th inning stretch getting booed. I read an article headline about a mother's son filming her onlyfans.com content. I read an article headline about a 5'7" 135lb blonde male getting arrested in the Quad Cities for armed robbery.   My mind-control violator communicated the following messages to me that were all exact details that I remembered being told would happen long ago: "& she bawled" was said to me about somebody hoping to get away with denying me justice or my intellectual property rights for their or theirs' own benefit. "& that fits their profile perfectly" was said to me about how the potential suspects have been profiled by others & that my profile of them fits the others profile of them. "& they swallowed immediately" was said to me about how the responsible authorities are being forced to swallow that all of my evidence & profile & argument adds up & that they are guilty of intentionally neglecting me while that much evidence exists. "I'm not going to miss you" was said to me & whoever told me this was going to get said told me that they wouldn't miss me unless they were going to get away with exploiting me out of a lot (financially & socially). "& I'm going to go for her own sake" was said to me about how somebody is going to go to a meeting or something to do with my inventions while knowing that they shouldn't get to have anything to do with it & while knowing that I am me & am being intentionally held hostage. "& I'm going to write the whole thing" was said to me about how somebody is going to write something involved with my court case or inventions or the scripts/books that I have always planned to write & I remember being told that if they didn't write the entire thing that it would determine something (or something along that line). Soon after they said this they said "& its all going to collaborate" just after I had verbalized & reminded my interrogators that I had planned to write my books/scripts so that when I write a movie a PG version collaborates with a PG-13 version, a R rated version & an X rated version. "Then see you never" was said to me after I read a news headline about a soldier who jumped on a grenade to save his friend & I said that he was expected to do that & if he didn't it would've been a crime. I was also forced to say that the soldier next to him must be a piece of shit to make the blonde jump on the grenade as my mind-control violator was sabotaging me & this is another exact detail that I was told would happen. "I was thinking we could take the condom off, so then you could be mine" was said to me by my violator who was informing me about how there is a woman with an std who wants to partner with me out of respect for herself & without respect for me. "You are his favorite person now" was said to me & whoever told me this would get said told me that I wouldn't get to go to court unless I was somebody's (unknown to me) favorite person.   "I hate you" was said to me by my

violator who was informing me that the person that continues to sabotage & unlawfully oppose me in a racketeering & exploitation effort hates me because I continue to prove my case & win my self-defense arguments while under surveillance. "& they are going to send him" was said to me about somebody getting sent to duty for the military or one of the cops or justice system representatives who are intentionally violating & neglecting me are going to be sent to represent my situation to other authorities.      I'm remembering to add the following details from the last month or so that were more exact details that I was told would happen long ago: Elon Musk had a black eye at the White House that supposedly his son gave him. After being prescribed Keflex I went for a run & it was the first time since childhood that I went on a run without having to spit & urinate.

- 7/8/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I emailed the Governor of Texas & the Texas State Police's Crime Stoppers about the flood being something that I was told would happen long ago. I have received calls nonstop over the last 6 years & as soon as I answer the phone the callers hang up & this is something that I was told would happen long ago. This morning it happened just before I called Western Illinois University's LEJA program to confirm that they received the email that I sent them exactly as I remembered being told it would & after I made the call my mind-control violator communicated "he puked" to me exactly as I was told would happen. When I called them I left a voice message & accidentally said LEGA instead of LEJA & that mistake was another detail that I was told would happen. I changed my HVAC unit's air filter & while doing so I hit my head on the duct next to the unit & when this happened my violator said "& he swallowed instantly & I'm not going to miss him & he's going to move" & all of these were exact details that I was told would happen forever ago. I called the local appliance parts store & the following exact details occurred that I was told would happen long ago: The first 5 times I called my phone call didn't go through. On the sixth call my call went through & I gave her the model number of my dryer's heating element instead of the dryer's (a mistake I made (because I had the element's number saved in my phone & thought it was the dryer's number) when looking up the parts I was looking for a couple days ago just like I then remembered being told would happen). I had to call the lady back after I went to look up the correct model # & while I was on hold my phone died just like I was told it would. I ended up ordering the part from the internet & when I ordered it the first option I chose wouldn't have delivered the part to me for a month so I had to cancel that option & choose the part that could get delivered to me within the week. After doing all of this & documenting these notes that I was told would happen forever ago my mind-control violator said "& I found my model #" exactly as I was told they would back then. Whoever told me this was going to happen said that whoever was going to lie about her situation to get a new dryer unless & I was going to be punished because of it unless I went through & documented all of this information. They also said "& that's my answer (about using mind-control on me to violate/sabotage/exploit me because they didn't earn themselves fame nor wealth)."    The following news stories were all more exact

details that I witnessed today after being told they would happen 15-30 years ago: While watching News 8 this morning at some point the news lady said "we're good" & almost immediately afterwards said "good call (like a call in the card game, poker)". Whoever told me this was going to happen said if she didn't say "good call" almost immediately afterwards that it meant something for my court case & if she did it meant something else. The news showed me a story about a Quad Cities Scott County Attorney who was the first person to use DNA evidence at that courthouse who had a tree branch fall on him at Duck Creek Park & unbelievably this is another exact detail that I was told would happen long ago. When I took note of this my mind-control violator said "& them telling you that is under surveillance" & I remember being told that if I documented this that them telling me this better be under surveillance. Whoever told me this was going to happen said something along the lines of this being something he was willfully going through to get prescribed opiates. While debating on how this could possibly happen I verbalized the fact that the tree could have been damaged prior or a remote detonation device could've been used to cause the tree to fall at that moment & my violator then said "& that's a better answer than what they (somebody else asked about the same incident) gave" & these were more exact details that were made reference to potentially happening 15-30 years ago. While documenting some of these notes on my phone I had my television on the Jimmy Fallon Show & him frisbee golfing with Brad Pitt & the details of that skit along with the next guest singing "traded Lebron for LeBooBoo" were all exact details that I was told would happen for me to get to be able to go to court. I read an exact article about Elon Musk & Bill Gates opinions of alcohol & that Gates invested in Heineken just like I then remembered being told about back then. I spent a brief moment watching the WSOP main event & a man introducing himself to his table wearing an extravagant boxing champion outfit & boxing gloves that said "King Ryan" on his cape & Daniel Negreanu tweeting about how he wants to normalize calling the clock were both more exact details that I was told would happen long ago.        My mind-control violator communicated the following exact messages to me that I then remembered being told would happen long ago during these forgotten conversations: "He is swallowing that is what you need" was said to me about a judge or doctor or cop or lawyer realizing that the medicines, justice & my rights that I'm saying that I need are all exactly what I actually do need. " He's swallowing that you do have that beat in court & that they are responsible" was said to me about how somebody (a judge or doctor or cop or lawyer) is realizing that I have the case beat with my evidence & argument that I was just unlawfully violated with mind-control & set-up as a completely innocent victim for & this happening & getting said to me are exact details. "& she's done, in a bad way for her" was said to me exactly as I was told that it would be but I don't remember what this supposedly was making reference to. "I do see it your way now" was said to me about how one of my opposers or neglectors or violators do see my court case & argument for the facts & with the laws now instead of otherwise. "It's their loss & they are going to take their loss publicly" was said to me about how my neglectors & violators are going to take their legal loss to me & my court case facts publicly. Whoever told me this was going to happen said that they would have to take it publicly for something to be able to happen for me. "He's

swallowing that it's going to be in his possession" was said to me about how something (either money or medicine that should be mine or this evidence) is going to be in somebody's (either a judge or my sister's husband or one of the male Robertsons or Gavins involved with this case) possession. "He is seeking the death sentence for us now" was said about how one of the state or federal prosecutors is going to be seeking the death sentence for me now & whoever told me this might happen told me that they wouldn't be if I didn't spend every day of my last 8 years preparing this evidence while getting interrogated with mind-control & passing the lie-detector.

- 7/9/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I received a response from the person I emailed at the Las Vegas Housing Authority & they said that they read this evidence & that they are "sorry to hear about my accidents" & that their thoughts are with me. While getting interrogated I made it clear that none of these were accidents & that they were all coordinated violent crimes & my mind-control violator said "& they are going to be swallowing that it court" & all of these details are more exact details that I'm now remembering being told would happen long ago. The Texas flood media on the news early this morning on ABC were all exact details that I was told would happen long ago: A man was interviewed for saving a young family who had a daughter that was saved by a son who grabbed her by her hair as she was floating away. Governor Abbott & the other leader's media responses were all exact details from back then. The news story about Marco Rubio being impersonated to other high-level officials & President Trump's exact response to be questioned about Jeffery Epstein were more exact details along with local Judge Andrew Doyle swearing in the new ROE Superintendent #33, ABC News anchorman saying something along the line of "Daniel designed this" (& me saying "which Daniel?"), Mercer County educators not having a contract, Head Start's funding is getting cut in the Quad Cities, 3 kayakers getting lost in Henderson County, Iowa harvesting more pheasants than usual, it being extra foggy this morning & news 8's weatherman named Andrew saying something about a fog machine, the story about women's hormones, the Galesburg Political threats news story involving P. Harlan, Joe Burrow not buying the bat-mobile & that there was a parallel parking competition that the ABC news covered were all exact details that I was told would happen long ago. When I finished documenting these I thought I needed to reorganize part of the invention/design section to include the vertical hydroponic growing systems & put them next to the greenhouses but I already had done this & this happening was another exact detail. After getting this done I walked to Dollar General & when I walked outside the neighbor lady had her radio playing a station that was talking about identifying bugs & other creatures & at Dollar General I purchased a strawberry milk for the first time in my life & both of these were more exact details somebody told me would happen 15-30+ years ago. When I returned home I weedwacked & mowed my yard & while doing so I remembered being told that the lady from Galesburg named Jenny Howe McGruder who was shot at the Seminary Street Pub & the bar closing down for over a year after it happened were more exact details that somebody told me would happen over a decade before it did (I believe Morgan Ray told me this but don't

remember). Remembering being told this on this exact day after getting done doing exactly what I had done along with the fact that my mind-control violator communicated "& they have her telling you that on surveillance" were more exact details that I was told would happen back then as well. I called the Knox County Circuit Clerk's Office to confirm that they received & filed the motions that I mailed into them & they confirmed that they had but still didn't confirm 'due process' for me as the serial victim to our nation's worst crimes. While in my garage doing physical therapy I received a message from my health insurance provider who just had me visit with their medical representative through my smartphone. Their message included an after visit summary that was unacceptable & included a misdiagnosis that we didn't discuss & that she claimed she knew that I had because of my medications despite the fact that I'm not taking any medicine. Her summary also ignored the priority symptoms that I told her about & the fact that I told her I don't function & am miserable without specific medicines that I'm being unlawfully denied. I took note of this so I can write my self-defense argument about this misdiagnosis that proves that I am not what they are saying that I am & this is another exact detail that was made reference to back then. When I went inside I continued sticking up for myself for court comparing myself to specific football players from my high school & the details of this conversation with my interrogators were all exact details as well. When this conversation occurred my memory reminded me that I believe Corey & Tyler Rundle's mother getting cancer or dying (I can't remember which I heard happened) was something that I think (but don't remember for certain) that I was told was going to happen long before it did. Later in the day my penis suddenly grew to it's original & normal size that it used to be before I turned into the unhealthy version of myself that I now am & this happening today as an exact series of thoughts went through my mind is an exact detail that I then remembered being told would happen long ago.     Throughout the day my mind-control violators communicated the following exact messages to me that I then remembered being told would happen long ago: "& they are not welcome with me" was said to me but I don't remember who this was supposedly making reference to but the conversation is somewhere in the surveillance. "She's going to cooperate & he hates her now" was said to me about either Morgan Ray or the Galesburg woman involved with the recent political threat news story or one of the judges or state's attorneys from the area or about one of the witnesses to evidence from my past. "& she's swallowing that its all on record & it's the worst day of her life" was said to me exactly as I was told it would be about whichever female they were making reference to in the previous statement. This supposed female in this supposed situation is acting like she's doing a positive by cooperating about an investigation that had to be created because of her corruption/crime-involvement. "Then take a dive" was said to me by my violator who wants me to accept punishment for crimes that I'm innocent of & was illegally set-up for with some of the worst corruption in history & they want me to willfully sign away my rights to my designs/inventions to people who didn't design nor invent my improvements. "& your house is clean" was said to me & whoever made reference to this in my past said that I wouldn't be able to keep up with preparing this evidence, feeding myself, caring for my dogs & keeping my house/clothes clean & that they wouldn't be allowing

me to go to court until I could. "I do have a problem with her now" was said to me after I made myself clear to my interrogators about how I've repetitively made myself clear to healthcare representatives about my symptoms & medicines that I need yet I'm still being intentionally neglected & misdiagnosed despite having perfectly clear evidence that proves my situation & statements & proves that their misdiagnoses are in fact misdiagnoses.         I watched some of the 2025 WSOP Main Event & Jared Bleznick commentating & saying he'd 'match' & Platt saying he'd give $10 to whoever knocked out the other commentator in an online poker game along with the fact that Bleznick talked about his friend's clothing company called 'Dirty Hands Clean Money' & his brother Chad being interviewed as he was competing in the main & saying "it's a soft field" were all details that I was told would happen long ago. I believe Hellmuth losing how he lost might have been another exact detail that I was told would happen as well but I don't remember for certain. Doug Polk having a youtube video about the poker scandal from this years WSOP tournaments & a video about poker being under attack because of the 'Big Beautiful Bill' were exact details that I was told would happen long ago also.         I'm remembering to document the following details that occurred prior to today that I didn't get documented: A couple days ago my mind-control violator said "I will say something to him if I see him outside" & this is something that I was told would happen. Whoever told me this was going to happen said all that would have to happen for me to go to court is for somebody from my local community needed to be willing to tell somebody else from our community something. When they told me this they said if they couldn't just tell them about this in passing when they see each other outside as neighbors that it would never happen. Jeffery Epstein dying by suicide is another exact detail that I was told would happen 1-3 decades before it did. I'm also remembering to document that one of the last times that I went to the Quad Cities (probably when going to the federal court house) & a bunch of details occurred that I was told would happen long ago I saw a man running his two dogs without leashes in the grass by the highway/main-road & this was another exact detail that I was told would happen over a decade before it did.

- 7/10/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I had to send Texas law-enforcement a second email with the updated version of this evidence that included the details about the Texas flood because the first version didn't detail the details that I added in the 24 hours after first emailing them. My mind-control violator said "& you don't have a crush on anybody" is something that was made reference to long ago by somebody who claimed this would mean something for my court case but I don't remember the details from that forgotten conversation. While getting interrogated I was forced to state that my opposers argument for court would be similar to somebody arguing that when the law-enforcement system watches a guilty violator who is not being unlawfully set-up with mind-control serially violate a victim with the nation's highest crimes under surveillance that they don't have the right to arrest them nor provide the evidence to court  nor label the victim a victim until the court case is settled & that court doesn't have the right to provide the victim their rights until the court case that they are

unlawfully denying due process intentionally is settled. When I finished making this argument my mind-control violator said "I will swallow that now" exactly as I then remembered being told that they would. While checking the news on my phone I saw an article showcasing Shark Tank's Kevin O'Leary wearing a watch on each one of his wrists & remember somebody making reference to this long ago as well as remembering a scene from my childhood while I wasn't functioning when I said something about wearing a watch on both one of my wrists. I had on the 'Today Show' on NBC this morning while typing the evidence that needed added to this document from my notes that I took over the last 24 hours & the following were all exact details that I then remembered being told would happen long ago: A tunnel collapsed. Hugh Grant was shown sleeping at Wimbledon & when I was shown this my mind-control violator said "& I will swallow that one now" & this is something that I was told would have to happen for somebody involved in this evidence to accept reality. After this was said to me my mind-control violator said "& they don't respect them now" & "& I don't respect them now" exactly as I then remembered being told would happen if this happened. The details of the Barry Sanders interview, a man named Springfield being gifted a 'Today' onesie (baby clothing) for his infant & Dwayne Wade going on a father-daughter date to the American Girl Store being on the show were all exact details. At some point during this show a man appeared on the show & said "& you're correct" & this is another exact detail that I was told would be happening & I was told that he was communicating to me about my case evidence, argument & profile. While I was taking notes on all of this information so that I could get it typed my mind-control violator said "I might have some free time this afternoon" & I then remembered being told that I wouldn't be getting due process until somebody had free time to process information & prepare themselves to inform the proper authorities despite me informing authorities on a near daily basis for the last several years & despite the fact that I've been getting violated with our nation's highest crimes under surveillance on a daily basis for over 3 decades. I looked at my phone for a moment while typing all of this & saw that LPGA golfer Charlie Hull collapsed on a course & this happening was another exact detail that I believe that I was told would happen long ago. I turned it to channel 8 news at 11 & the news lady saying that you no longer need to feel guilty about eating chocolate at midnight & the broadcaster named Andrew saying that he didn't hear that last part & that he has selective hearing are details that I was told would happen long ago & they told me this would be happening as somebody who is a violator in my court case would be saying something horrible about me or my family while under surveillance & that would be that news man's reaction to him. After this happened my mind-control violator said "he wants to smack him now" exactly as I then remembered being told would happen. At noon I turned it to news at noon on channel 6 & the dinosaur fossil being found in a museum parking lot & the flood in New Mexico happening were both more exact details that I then remembered being told would happen back then. In the mix of all of witnessing all of this my mind-control violator said "then I will document that". As all of this was happening I verbalized that I don't remember most of these conversations from my past & that I sometimes wonder if they told me about some of this in my dreams or told me about it using mind-control but that I do know that other people told me

about all of it & me verbalizing this exact statement was another exact detail that I was told would happen. The news suddenly had a breaking story about skydivers dying at the Illinois skydiving place & this happening was another detail that I then remembered being told would happen. I watched Negreanu's vlog of the WSOP tournament today & him forgetting his wallet, hotel & break room keys in the locked break room along with the fact that he was wearing a sweatshirt that I suggested be designed while I was not functioning as a kid & that it is being sold for $27 on amazon & that there was almost nobody at the beginning of his $50,000 tournament today were all exact details that I was told would happen long ago. While checking on what I had written down about my flood prevention system design I realized that I made a typo that said 'under-water' wells instead of 'underground wells' like it was supposed to say & as I noticed this my mind-control violator said "he's swallowing that is what its supposed to say & these were exact details that I was told would happen back then as well. When I was told this would happen they said that if my mind-control violator couldn't read my mind & tell them what it was supposed to say using my voice & passing the mind-control lie detector simultaneously that I wouldn't get to claim my design-plan because it would prove that it wasn't mine but it was mine & that is what happened today. At some point during the day I verbalized my childhood design for hydroponic vertical grow pots that use pumps & electricity & my design that doesn't. When I did this my mind-control violator said "& I could understand that" & afterwards I remembered being told that if they couldn't understand me describe my childhood design after forgetting about it for 3 decades then I couldn't claim it as my intellectual property & that if I could that I'd be able to & that they were hoping to damage me enough with all of these crimes against me over the past 3 decades that I wouldn't be able to so they could steal it. During the news at 6pm on ABC anchorwoman Shelby Kluver said "who's laughing now" after reporting about the Chicago Cubs & this along with me being shown a headline about a professional soccer player quitting to be a poker player & that Tom Brady & Sofia Vergara spend time with each other romantically were more details from back then also. Tonight my mind-control violator said "then I would never speak to her again" & this is another detail that was made reference to back then but I don't remember who it was supposedly making reference to (I think they were talking about my mom or sister). At some point during the day I had a talk with my interrogators about the potential (because I have been violated/sabotaged 24 hours a day for over 33 years) that Epstein & all of these other major criminals were completely innocent & being set-up & sabotaged with mind-control & that it's a potential that this was fact & that they forced him to commit suicide with mind-control while setting up the American Government for never considering nor investing these potentials (proving them pathetically incompetent criminals attempting to act in-charge). When I did this I pointed out the fact that sex-involved crime/prostitution/etc. is some of the main focus for criminal organizations & that famous & wealthy people were involved with this Epstein so it would be of absolutely no surprise & extremely strong potential that this was an innocent man being controlled with mind-control by organized crime. I said the same for all of the major murderers of recent but am in no way saying that they are innocent nor advocating for them just stating that the strong potential exists. At

some point my mind-control violator said "then you are the boss" & this is another exact detail that I was told would happen long ago & it infuriates me that I should be a billionaire & they are holding me hostage, torturing me & disrespectfully attempting to brainwash me as they are forcing me to live in isolation on low-income & telling me I'm the boss when I should actually be the boss of my own companies & farm.            I'm remembering to document the following details that occurred in the past & that I didn't get processed nor documented on the specific days that they happened that were all exact details that I am now remembering being told would happen long ago during these forgotten conversations: My mind-control violator communicated "& he works at Deere & she's a nurse" to me & whoever made reference to this in my past was attempting to say that I should never have more money than this couple unless they were all agreeing that I should have more than $1 billion dollars in my bank account than them. Today (7/10) my violator said "& they agree that you should have more than a $billion more than them". "& he gave a cool answer" was said to me after I made a call to the Warren County Courthouse & was provided an unlawful answer about being denied due process by the disability coordinator who said "there is nobody in this courthouse that can help you other than the state's attorney". Whoever told me this was going to get said told me that specific call that I made was going to be under surveillance so that all of the legal representatives (judges, state's attorney, attorneys, clerks, etc.) could listen to my call while watching me make the call in my house under video surveillance. They told me attorney Scott McClintock was in on denying me due process while hoping to get to exploit my situation as a victim being denied due process & unlawfully set-up as an 'unfit for court' person who is being unlawfully misdiagnosed by intentional corruption with mental illnesses that I don't have. They said if he gave a "cool answer" it would supposedly mean something for my court case or his future. As I typed the previous couple sentences my mind-control violator said "he bawled his eyes out" exactly like I was told would happen if I was able to get this documented. The next documentation is that while this mind-control gets used on me as often as it does it often makes me wonder if I'm even a living individual anymore or if I'm literally 'the walking dead' who is being controlled 100% of the time with technology. I wondered this today & was reminded about how the last time I asked myself & my mind-control interrogators this I then went to the DMV in Galesburg & the lady working there had a 'The Walking Dead' (the tv show) lanyard on & this was another exact detail that I was told would happen long ago. I had to include the fact that this type of occurrence between my privacy & the general public has happened every time I've went into town or done anything throughout my entire life. At some point in the last few months I was shown a news article on my phone about a Galesburg Police Officer being on the roof of the new Dunkin Donuts.

- 7/11/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I'm getting ready to email the Warren Achievement Center in Monmouth with this evidence & the brief about my victim-neglect situation & me emailing them today is an exact detail that was made reference to back

then. I had to send the email to them twice to get it to send & call them & leave them a voicemail to notify them about my 'legitimate' email that I sent them & these were exact details that I was told would happen back then. I had the news on while typing this information early this morning & them telling me that amazon.com is selling over 100% more appliances was another detail that I was told would have to happen for me to be able to get to go to court. At some point in the news broadcast NBC's Guthrie said "we'll see" & when was said I remembered one of these conversations from my past telling me that she would be telling the people attempting to get away with exploiting me that there is hope that they will get away with doing so. It also was reported that an American woman was the youngest American to advance that far at Wimbledon for over 20 years & that she took time off for charity (& the internet told me the male, Shelton, is also the youngest American in 20 years to advance that far) & all of these were details that I was told would happen 1.5-3 decades ago. While typing this I talked to my mind-control violators about some design improvements that should be made to my Whirlpool dryer & while doing so my mind-control violator said "& he swallowed" & these were all exact details that I was told might happen long ago. My mind-control violator said "& they are swallowing that has been on record for that long (this evidence)" exactly as I was told would happen today. As I was in between typing this & starting to eat my lunch the tv had the 'Kelly & Mark' show on & I witnessed & experienced the following exact details that I was told would happen long ago: The tv had on the 'Kelly & Mark' show & it was a "big show today" with a "MVP of the show" & a bald guy from Utah dancing. While attempting to locate my phone as I was eating so that I could steam something else on the tv to watch I dropped my pizza that I had only taken one bite out of onto the carpet (& I only cook one piece of pizza at a time per meal & make each pizza last 3 days because I'm poor). When I did this my mind-control violator said "& they are swallowing that is exactly what they just did & "& he swallowed instantly". I had to make my last piece of pizza to replace what had been ruined by this forced upon me accident & I streamed the WSOP main event highlights from the day from YouTube onto the tv. The highlights showcasing a guy from England who doesn't have to pay taxes if he wins the money because of being from there, him making a MASSIVE deal about getting pocket aces against somebody who raised him & another guy humping his chair in celebration after he won a hand were exact details that I was told would happen long ago. I ended up calling Warren County's Public Transportation to get a ride to Monmouth so that I could take my recycling to the dump & go to the bank & the following exact details occurred that I then remembered being told would happen long ago: I set my alarm to notify me to get ready in time to for being picked up & my alarm didn't go off because I accidentally set it to pm instead of am. The bus driver told me that he didn't think that I'd be able to get a ride to turn in my recycling anymore despite the transportation service saying that I could. My driver missed his turn & by doing so he had to drive by my sister's house & I wanted to drop an envelope off to my sister's mailbox & notified the driver of this but he said he couldn't stop because he was on GPS & because he had another person to pick up in 30 minutes. There was a new 'Cleary Building' (the construction company I worked for briefly) built at a specific intersection that I was told it would be built at with a big pile of trash next to it exactly

like I was told it would be. While on the bus my mind-control violators communicated the following exact messages that were made reference to in these same forgotten conversations: "& they wanted to snap". "& they are swallowing that is all they have done". "& they quit". These messages were supposedly making reference to law-enforcement or city employees but I can't remember what the other details were about. At the bank I took out money to give my sisters for birthday & Christmas gifts for my nieces & nephews. A lady was in my sister's husband's office at the bank talking to him & I snuck in & handed him the envelope quickly before I left. I remembered being told that if I was drunk or had been smoking or arguing with the bus driver that Eric (my sister's husband) wouldn't accept the money nor give it to Sarah nor tell me anything about Sarah's pregnancy & when I gave him the money he said "I'll give this & tell Sarah". Because the lady was in his office I didn't say anything before leaving so I texted him & told him it was money for the kids gifts & he responded that Sarah is going to be induced on the 17th if she hasn't given birth by then. At around the exact time as I received this message my sister posted her pregnancy pictures on Facebook just like I was told she would if I was still a respectable human & whoever told me this was going to happen said she wasn't going to post the pictures if I wasn't acting up to their standards. When I left the bank my mind-control violator communicated "he swallowed instantly" & this was another detail that I was told would happen as somebody at the bank (potentially Patrick Gavin (my violator in this evidence) or his boss or friend (his dad (my relative) was the president at the bank & that is where Patrick & some of his friends work)) or for the law-enforcement system was spying on me while carrying out this task at the bank. Soon after my mind-control violator communicated "& he is swallowing that all of that (information in my evidence) is fact" & I believe that they were referring to the state's attorney or assistant state's attorney or sheriff's department's investigator or the fraud department at the bank that I turned my evidence into but I don't remember who they told me they would be making reference to specifically. I was done with my errands after going to the bank so I walked the rest of the way into town while I waited for a ride from Public Transportation to get home. Initially I walked towards the town square so I could witness the new construction & said to myself "so I can check it out" & along with a specific lady in a specific black SUV stopping to let me cross the street at the intersection by the Sheriff's Department & south main were both more exact details. The transportation informed me that it'd be around an hour before I could get a ride home so I walked to Dairy Queen & purchased a small blizzard that cost $6 & I remembered being told that they would be charging unaffordable & unfair prices if my case wasn't settled yet & while taking note of this my violator said "& that's their loss". I then went to the library to wait for my ride & all of the following exact details that I was told would happen occurred: I waited outside for the majority of the time but went inside for a moment to use the restroom & a lady who looked similar to soccer star Christen Press walked out of the library's office while the same guy that I was told would be at the library the last time I was there was there again today just like they said. While waiting outside the Amazon delivery driver dropped packages, a construction employee sat in a running truck for over 30 minutes, two girls rode bicycles by, a guy walked by shaking his head & said something to me, an older lady took the

young male from the library to the art center, a lady with an Iowa license plate parked her car & took a phone call exactly as she got out of her car in front of me & stood outside of the art center on the phone for several minutes, an old couple walked by & the lady waved at me (whoever told me this was going to happen said "if you're not watching porn when I walk by then I will still be able to wave at you" or something along that line) the lady who works for Clark Law walked across the square & a firetruck & ambulance drove by with their sirens blaring. When the lady from Clark Law walked by my violator said "& they called, in the best way for you" & I remembered being told that if somebody didn't call Clark's Law office as this was all happening today that it meant something to somebody. Soon after my technological violator said "& they didn't" & I believe they were making reference to the fact that somebody didn't document this evidence or that whoever didn't mention me during the phone call or that that supposed phone call never happened. Within this same time frame my violator said "they swallowed that you have already petitioned (the Federal Supreme Court) twice" exactly as I then remembered being told would happen & almost immediately afterwards they said "he swallowed" & "& those are the highest crimes on the planet". When I got onto the bus the following were exact details that I was informed would happen long ago: The driver told me about how a lady just wrecked with her two kids & that the other vehicle involved was an elderly couple. When I was told this I remembered being told that if that wreck didn't happen that I should've been able to go to court or get 'due process' today. My driver picked up an old lady at the laundry mat who had clothes & groceries that she couldn't carry herself. The driver told the lady that the couldn't help her because he got in trouble the last time he got out of the vehicle & that one of the other drivers might see him so I helped her. I informed him that he could take her home first because she had groceries that should be in the fridge so he had to pull over to call to get permission to do so. While leaving town I saw a female walking by the old candy store who appeared to be Liz Twomey (now married with a different last name). Whoever told me about seeing Liz (or somebody that appeared to be her) told me that this is where she would be admitted into my court evidence (in a bad way) for supposed involvement in me getting violated, neglected & exploited but to my knowledge this isn't true & she is an innocent bystander & a person belonging to a local family that I care about. When we got to her house we helped her get her belongings into her house & the driver informed me that she had dementia, nobody to help her & that her 3 sheds/barns that were destroyed & scattered in her yard was recently taken by a storm that didn't touch her house that was within 30 yards of her house (more unbelievable exact details that I was told would happen long ago). When I returned home I walked to my other sister's house & post office & on the way there my niece, nephew & their grandma pulled up next to me on her golf cart & talked to me briefly. The details of what was said were all more exact details that I was told would happen back then including my niece doing well playing softball & her grandma telling them about the fire trucks being worth a lot of money along with the fact that my mind-control violator sabotaged me as I was talking to my niece & made me seem 'girly'. While leaving the post office I walked behind the guy who works at the gas station & I followed him all the way to the gas station. At the gas station the lady around my age that

works there was at the entrance & I said 'hi' to her & then said 'hi' to whoever else said hi in the background (one of their employees) in the same tone & whoever told me this was going to happen said that if I didn't respond to the second 'hi' in the same tone that it supposedly meant something. When I came back home I replaced the thermal fuse on my dryer hoping to get it to work because that is what google told me the problem most likely was. While doing so I briefly lost one of the screws to the heating element in the wires connecting it to the other components & noticed that the wire to the old fuse that was fried was ruined so I had to attempt to rig it back together after cutting the damage away. When this didn't fix the solution I walked to the gas station & onto dollar general to see if they had any crimp wire connectors because the I damaged the one that I had to rig back together. Before leaving the house I put on my new Bluetooth earbuds that just showed up in the mail & before putting them on I cleaned them & my mind-control violator said "& they did not" exactly as I then remembered being told would be a potential for my future long ago. On my walk to the gas station a gust of wind blew a bunch of dust down the road so I had to run out of the way to attempt to avoid it & the gas station employees were outside taking phone videos of the storm just like I then remembered being told that they would be. When they didn't have any wire connectors I walked to Dollar General to see if they did but they didn't. While there 2 young boys were running around giggling, a guy was there with his partner, I bought electrical tape & on the walk home an unopened 'Target' (the retail store) box had blown out of a vehicle's possession & was on the side of the road exactly as I then remembered being told would happen. Whoever told me this was going to happen said something about if I attempted to be rude or 'hit on' the man's partner at Dollar General or if the cop (who drove by immediately after I passed the target box) caught me walking down the road then it would mean something for my court case (or something similarly disrespectful). When I returned home I had the cubs game on the radio & Bellinger hitting 3 home runs for the Yankees was another exact detail that I was told would have to happen for me to get to go to court. During that time I was forced to tell my interrogators that my roll of electrical tape was my favorite belonging as a kid because it was my hockey puck (after buying electrical tape at DG) & this happening was another exact detail that I was told would happen back then. While typing this on the following morning I remembered being told that I would lose in court if this wasn't one of the longest one day testimony documents that I had to type after being told the day prior that what they told me would happen & that I needed to document "was finished/ended/over/complete".        Throughout the day my mind-control violator communicated the following exact messages that I then remembered being said would potentially get communicated to me long ago: "& you beat me" was said to me supposedly by one of the locals who was permitted access to use mind-control on me momentarily about how I beat him with either who made more progress over the last few years or about my court case or about who is more of the contributor. "& they are swallowing that is what you said" was said to me by my spies/violators about how I was recently forced to repeat something I said out of anger (about how I'd torture some of my violent & fraudulent criminals from my local community) & while being tortured within the last few years. When this was said I remembered being told long

ago that I'd be forced to say this the last time & that I'd be forced to say it while specific people were unlawfully surveillancing me & that they were going to use me saying that to deny me due process, my rights & justice for as long as they could (& that this all was a premeditated crime). "& she had to move" was said to me about somebody (I don't remember who) who had to move out of the area. After they said that to me they said "& you can live here" & "& you get to build new". "& she made it clear that is too much to charge" was said to me about how somebody made it clear that they are charging to much for vet care or fast food or for victims like me to be entitled to due process (by forcing me to go through all of this & prepare all of this evidence myself while being unlawfully tortured, interrogated & spied on with mind-control). "They like yours better" was said to me about how someone supposedly likes my invention designs or responses or suggestions or plans for something else or reasonings/justifications better than my unlawful opposers who are attempting to get away with knowingly stealing my intellectual property & justice as a victim as I'm being unlawfully exploited. While pointing out the fact that I'm having to use the restroom nonstop while never being able to get hydrated (despite drinking water nonstop) & that other smokers who smoke far more than me are still holding weight easily & that it just took me 3 months of no smoking (through a perfectly clean water bong) to put some weight back into my face & that I lose my face after about a week of smoking I made it clear that I'm being poisoned with anti-medicines/irritants as others are getting the medicines us American citizens are entitled to & that a walk through the nursing home proves this extremely evidently without doubt        & this argument with my interrogators today was another exact detail. "& they changed it" was said to me about how somebody changed something (I'm assuming my evidence or their plans associated with my court caseor something). - A few days ago my mind-control violator said "& you call (poker-type call) all of those" & when this was said I remembered being told would happen long ago by a violator who is delusional about me & the facts associated with my case & who is completely clueless & new to being involved with me & my case. They also said "it's $500" about how my local government's first offer to me is $500 for all of the crime/injury/inventions & evidence entire settlement for my case that I just petitioned the Federal Supreme court for over $10 billion about & this is another exact detail that I was told would happen back then (15-30+ years ago).

- 7/12/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning I remembered to add the specific design particular to my vertical hydroponic gardening towers allowing its insides to be easily accessed & cleaned & remembering this today was another exact detail that I'm now remembering being told would happen long ago (after I said this is how I'd want all of my designs designed as a kid in grade-school class). When I remembered & took note of this for my evidence my mind-control violator said "& they couldn't lose to you worse now" exactly as I then remembered being told that they would & as I was typing this the 'as' that I typed after "worse now" previously stated in this sentence accidentally was initially typed as 'ass' before I had to correct it exactly as I then remembered being told

would happen. Before getting out of bed this morning my mind-control violator said "that is why I don't love you" & "I have to go to work" exactly as I then remembered being told that they would. When I turned on the news this morning I remembered being warned about the news lady for channel 8 long ago. Whoever warned me about her told me she would be attempting to exploit my victim-neglect situation somehow but I don't remember what they told me. It took me over 4 hours to document the information noted over the previous 20 hours that I had to add to this testimony this morning & while doing so my mind-control violators communicated the following exact messages that I then remembered being told that they would: "he's swallowing that you did order amazon (water-pitcher filters, a new space heaters for my dogs for the upcoming winter, parts for my dryer & new boxing gloves (all exact details that I was told might happen yesterday long ago))". "I'm writing all of this down too" & then my mind-control violator saying "& there is a MASSIVE difference between their version of this evidence & yours" & me responding that "yea they are blatantly attempting to get away with exploiting me out of my character, justice, my rights & over a $billion". "he's swallowing that they (my niece & nephews) live across town". I'm just now processing & remembering to document that the man who was just arrested for chopping his father's head off & saying that he did it because "he knew that it would go viral" was another exact detail that I was told would happen long ago. When I finished typing this information for the day I turned on the tv & was instantly shown a commercial with a guy in a robe & then remembered being told that if I finished typing this by lunch that he mine as well show me himself in a robe instead of one of the females that he wanted to show himself in a robe to or something similarly disrespectful. After shutting off my computer I attempted to send this evidence to Senator Halpin & was immediately responded to by an email saying that he has a new email address. I attempted to send it to his new email & Governor Pritzker's Office's email that they provided me to turn this evidence into & my emails not going through as I was still remembering more information to add to this & then me remembering that they wouldn't allow my emails to go through until I caught this evidence up-to-date were more exact details that I was told would happen long ago. While this was happening my mind-control violator said "& he agrees that's smart of you" & "& that hurt" were more exact details that I then remembered being told would happen. While I ate lunch I turned on the tv briefly and WNBA legend Lisa Leslie being introduced to the camera, my memory reminding me of a time during childhood when I first heard her name & wasn't functioning because of my brain damage & saying something ignorant about "Leslie lesbian" & then me switching the tv to the WSOP main event coverage on YouTube & the guy who made my evidence yesterday who made a big deal about getting aces on the button was interviewed as he was entering 'fashionably late' were more exact details that I was told would happen back then. While noting all of this my violator said "& he agrees that they should never be allowed around you again" exactly as I then remembered being told would happen.  I contacted Samsung & suggested that they make it an option to be able to mirror a specific 'window' from the phone to the tv so that I could put on a video on my phone & still work on my phone while watching the video on my tv & this along with my mind-control violator saying "she puked" after I successfully recommended the

improvement to Samsung were more exact details I was told would happen back then (except they said that I wouldn't be able to successfully make the suggestion). After doing this I checked Facebook to see if the bar in town was serving food again & while doing so my mind-control violator said "you can go eat there on Thursday" (which is the day my sister is going to be induced for her new baby) exactly as I remembered being told would happen. While checking Facebook I had the Celebrity Golf game on NBC on the tv & in the 60 seconds of having this on the tv the following exact details that I then remembered being told would happen back then occurred: Jason Kelce hit an approach shot onto the green close to the pin but missed both his putts & picked up his ball. Travis Kelce made a long putt immediately afterwards. Steph Curry hit an approach shot close to the pin. Aaron Rogers hit a low lining drive onto the fairway & Mahomes celebrated. While watching this my personality turned into Roger or Adam Hennenfent & my mind-control violator made me seem as if I was pretending to be Cheech or Chong or somebody making 'stoner' jokes. After realizing this was another exact detail that I was told would happen I mentioned it to my interrogators & my violator said "I don't like you" & then they said "they (others besides them) said "I don't like you (about you (me))"". Soon after my violator said "& they do see it your way now" exactly as I was told they would long ago. The Channel 6 news then came on & one of their reporters being named Madeline & this happening after I wrote the testimony involving Madeline in the following paragraph & them reporting about a flood in Davenport & interviewing a guy in a Metallica t-shirt while showing another guy wading around in the flood holding his pet were all more exact details that I then remembered being told would happen forever ago. I then went outside & mowed my yard & the neighbors being outside with their friends playing music & 'bags' & one of the guys yelling "run it up, let's go" & them playing 'Man in a Box' by 'Alice In Chains' were more exact details somebody told me would happen. When I got back inside my mind-control violator said "& she gets to move, in a good way" & this is another exact detail that I don't remember what or who was supposedly being made reference to. I then noticed that the WSOP interviewed Jared Bleznick's brother & him having a twitter account about he bet $1,000 on the Pacers to win the NBA Championship early in the year for 125:1 & them losing their best player in the championship & losing the game were all exact details that I then remembered being told would happen over 15 years ago.            - Over the last few days the following messages were communicated to me by my tech violators & they were more exact details that I remember being told would happen long ago but I didn't get them processed & noted in time to get them properly documented on their specific days: "I don't care if you live there" was said to me about how somebody doesn't care if I live somewhere in our local community but I don't know where they are talking about. "I have a problem with that" was said to me about how one of my violators/unlawful-opposers has a problem with me getting due process, justice, medicines, my rights, the earnings/respect I deserve as a contributor & the compensation that I should be entitled to because it damages their plans to exploit me & my situation for their children (I believe I was told it would be Lisa Gavin hoping to get away with exploiting me to benefit her five kids who I collectively dominated at contributing but don't remember with complete

certainty) & how they don't want me getting the medicines allowing me to have clear skin nor my physical health. "She is starting a podcast" was said to me & then I remembered being told that Madeline Gavin (sister to Aaron & Patrick Gavin & daughter to Chris Gavin (all involved in this evidence) was going to start a podcast hoping to be able to financially support herself & their restaurant "The Patton Block" & that if she could do so that she was going to attempt to get away with stealing my contributions for the cooking/kitchen/food-processing/agriculture industry & that whoever told me this thought she would be able to if this reality occurred.

- 7/13/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I broke the silicone 'band-aid' (it's a silicone toe wrap that I put on after putting rubbing alcohol & Neosporin on my ingrown toenail wounds as I've been treating them) for the first time after using it for more than 6 months. Whoever told me about this in my past told me that if I couldn't make one band-aid last more than 6 months then I couldn't go to court or claim it as my invention (even though it was my invention suggestion). When I broke it I used my scissors to cut it into pieces & turned it into a windproof contraption for my hangers that I hang my clothes out to dry on the clothes line with. I did this as I was watching the WSOP Main event coverage that was showing 'The Grinder' (Michael Mizrachi) & when I did this with this very exact scene playing on my tv my mind-control violator said "& that is the best gift he has ever been given" exactly as I then remembered being told would happen long ago. Also while watching the WSOP coverage I noticed that Kassouf getting banned after winning around $300,000, Ariat folding a full-house, Schulze going out in 23rd place exactly how he did & me looking up Leo Margets Instagram (the woman who placed in the top 30) & her having exact pictures that I remembered being told that she would were all more exact details. After noting these facts I went outside for a couple minutes to clean my dog's fenced in area. While outside the neighbor kid was driving his UTV to different spots of his small yard with his weedwacker so he didn't have to carry the weedwacker around the yard to the different spots that needed trimmed. Him doing this & me remembering that one of the last times I saw him in his yard fighting with doing yardwork & noticing that it was a reenactment from my childhood while I was severely hurt with fresh skull fracturing brain & spinal cord injuries were both exact details that I am now remembering being told would happen long ago. I had the tv on to the Celebrity Golf game as I was eating & Pavelski winning by 9 stokes was something that I then remembered being told would have to happen for me to get to go to court. As I scrolled my Facebook I was shown a video of Aaron Rogers not signing somebody's autograph & this was another detail that I was told would happen. I received an email that asked me if I wanted to sign up for a signed jersey from soccer teams in England & this is another something that I then remembered being told would happen. I watched the men's finals at Wimbledon & Sinner tapping Alcaraz on the heart after he won was another exact detail that somebody told me would happen back then. When this ended I switched it to channel 6 news & them interviewing a guy who started crying about people giving away bicycles on Christmas & showing that artisan bread was being recalled were both exact details. This same news channel

showing a commercial about the Bix Brady Street Hill Sprints with a healthy-looking brunette male crossing the finish line 1st & my mind-control violator saying "& she swallowed immediately" were more exact details that I was told would happen long ago. Later in the day I noticed my personality turning into one of Ryan Isher's (an old friend of mine (his dad lived at & worked on my dad's farm)) personalities & me pointing this out & attempting to figure out why I was getting turned into one of his personalities was another exact detail that I remember being told would happen. While checking my phone I saw that an onlyfans.com model stabbed her boyfriend to death while "attempting to scare him", there was an article about the champions of Wimbledon dancing together & an article about Sinner (the male champion) not knowing about something to do with Princess Kate exactly as I then remembered being told would happen. I watched the highlights of the WSOP Main Event coverage & saw that Mizrachi made a comeback from less than 3 million in chips to being back above 40 million for the final table & him laying on the ground during one of his all-in hands & both of these were exact details that I was told would happen back then.         Throughout the day my mind-control violator communicated the following exact messages to me that I was told would get communicated to me long ago: "& that changed her mind". "I thought I told you I didn't want that documented" was said to me but I didn't remember what my violators supposedly didn't want documented & whoever told me this told me it would matter if I could remember what they told me that they didn't want documented or not. "& they are swallowing that was your very first answer". "& they swallowed immediately, in a bad way for them". "& I will write that down". "& they agree that they deserve charged for torturing you". "They aren't getting that one back". "& it was the best day of their life & it's the worst day of their life (today)". "You have no idea how glad you will be that you bought those (water filters & parts for my (clothes) dryer". "& he's swallowing that they don't deserve" was said to me & I remembered being told that after somebody willfully gave somebody else the benefits that I should have been getting this entire time that I've been preparing this evidence (since 2019) while they were knowingly allowing me to get violated, tortured & deprived of my rights, due process & justice that they would be realizing that the other people don't deserve the benefits they chose to give them instead of me. "& he's swallowing that you've been turning it (my evidence) into the FBI the entire time" was said to me about one of the local cops who supposedly thought they were going to get away with holding me hostage here & denying me my rights & justice. "& I'm going to move, in the best ways for you" was said to me & then almost immediately afterwards "& he's probably going to kill himself" was said next. They then said "& I would (commit suicide)" to me attempting to brainwash me into doing so. "Good call & good bet". "Then he's going to puke" was said to me after being forced to say that I'm going to have to start killing my violators (in self-defense to get due process) exactly as I then remembered being told would happen. "I will swallow that one now" was said to me after I was suddenly forced to ejaculate after a specific set of thoughts crossed my mind while I was exercising an erection & whoever told me this was going to happen said they wouldn't be swallowing (accepting a fact of reality) until this happened on this specific day after noting all of this evidence.         – I'm just now remembering to document the following

details that I was told by these same people who told me all of this premeditated/predicted information long ago: I was told the Kelce brothers from the NFL were hoping to get away with claiming my strength training invention designs & the future & profits for them. I was told the poker professional couple 'The Foxens' were hoping to get away with exploiting me somehow. I was told that specific authorities don't want me to get to go to court until Cooper Flagg has been in the NBA for a long period of time & that they were hoping to let him get away with stealing my inventions. I was told that Caitlin Clark & her teammates were going to attempt to get away with stealing my inventions. I was told that channel 6 news's Morgan Ottier was hoping to get away with denying me due process until she retires (or something similar to that). I was told that the channel 8's morning news lady was a criminal threat of some kind to me or that she was hoping to be. Something about OSF Healthcare's (in Monmouth) Katie Hook was made reference to in my past about me being denied medicine & medical treatment. I was told that the Alexis police chief was in on attempting to exploit me (or some type of criminal activity associated with my case). I was told something about Galesburg Police officer Lane Mings being aware & involved with my neglect as a victim. I was told something similar to the following: My childhood classmate who is within this evidence named Lydia, along with others involved, Daniel Gillen & Patrick Gavin, are involved with me no longer getting to live with my healthy penis & that she wouldn't "let me" have it back until those two are taken care of & successful to a point & then they wouldn't let me have it back because they got away with taking it for that long. I was told Chad Robertson was going to attempt to exploit me & my surroundings out of my rights to my inventions & their companies using artificial intelligence like Google's 'Gemini'.

- 7/14/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: This morning I had a conversation with my interrogators about how the last time I saw my youngest nephew (the other day while he was on the golf cart with his grandma & my niece) that it was another exact reenactment from my childhood. He said "its hot" & this conversation today was another exact detail that I was told would happen & it entailed the fact that when I was a kid & said that I was being violated with mind-control & that my violator was just showing my surroundings that I would attempt to communicate with them still (after their abuse & neglect) & that my violator was attempting to make me seem weak & blend in because my mother always complained about & attempted to brainwash me into thinking that it was too hot for me to be outside. It also entailed that I knew I was being spoken for by my mind-control violator but that I just kept to myself about the sabotage & continued on with life. Whoever made reference to this happening in my past told me that if I didn't know that mind-control was being used on me back when this happened that I wouldn't be able to go to court (or something similar). After I had this conversation that included these exact details that were made reference to long ago my mind-control violator said "I did need that". The conversation went on to include how the Sottos brothers are Mick's cousin & how I was forced to be with Selina after her telling me about her

being with Luke & how Jake dated Brenna (my first 'girlfriend') & how they walk around like they are the top of the community while I completely dominated all 3 of them combined as a contributor. It included that I was probably sabotaged around Janae Robertson because of something to do with Mick & that Jake pouted after I beat him in a chipping contest & when I dribbled between his legs. While this was getting said I said how I would've dominated him on a football field & how easy it is to make a basketball shot when you are his height & don't have brain damage & while saying this "swish, swish, swish" was said & it reminded me that this entire conversation is another exact conversation that I was told would happen forever ago. After this conversation my violator communicated the following exact messages to me that were all exact details that were made reference to or that I was told would happen back then during these forgotten conversations (& I was told much more details about these statements back then that I don't remember now): "He is swallowing that you were better than them at poker". "He is swallowing that you did try to be good to him (Patrick Gavin or Drew Robertson)". "& I am turning it into the FBI". "& I'm still proving my points". "& I'm going to move, in a good way for you". "& I even told you (& them) that I left you (& them) enough money for a 6 pack of beer & a month of pokergo (the poker streaming service that provides the soul poker coverage)". "& I am writing that down too, in a bad way for her". "They called the cops & I don't like them anymore". "& that is more than I wanted to write down". "I can go without the beer". "Then no (you can't have due process, your rights, justice nor go to court)". "They are swallowing that you are going to get gas & mow their yard". "& he is swallowing that you would pick that kid over him". I ended up saying that I thought the woman who made the WSOP final table is sexy & that I maybe would marry her & this was another exact detail that was made reference to back then. I was suddenly reminded that suddenly my father seems crippled & my mind-control violator put a thought in my head that he was attacked by a violator or somebody exploiting our family & my victim/neglect/sabotage situation & I suddenly voiced "I want to kill him (the attacker), I want to eat him & spit him out" & this was another exact detail that was made reference to back then. I had to go to the gas station to fill up my lawn mower with gas & there was an unmarked police officer filling up his SUV. Him saying "a little bit of beer (I didn't listen to the rest of the conversation)" to the other guy at the gas station along with the facts that my card didn't work until I went inside, I witnessed a lady drop a coin then dropped my phone stylus when that man walked in the gas station & then my mind-control violator saying "I did need that" were all exact details that I was told would happen forever ago. While mowing the yard my mind control violator said "he's swallowing that you looked homeless & are covered in acne", "he would have already arrested her", "& she is that bad-guy", "& that is over $1 million worth of intellectual property" & "her loss" exactly as I was told might happen long ago. While typing this my mind-control violator said "& that one is going to hurt him for a long time" & my phone told me the MLB All-Star game was being aired on Fox tonight when it isn't until tomorrow exactly as I then remembered being told would happen back then. Throughout the day my mind-control violator communicated the following exact messages to me that was made reference to or that I was told would happen long ago during these forgotten conversations & all of the statements included

more details with each statement but I don't remember the details involved: "& they almost cried…. & they cried" was said to me after going to the gas station. "& they are swallowing that I would pick that kid over him too". "& I will never take that from you again". "& she would let you move in". "I am responding to your message". "She's guilty". "She openly admitted it". "That's my point to her, you have me beat (in court)". "& I was the best looking (female)". "that is what he eats now, because of you". "I would love to have sex with you". "& he's swallowing that you should function way better than them" & whoever told me this was going to get said told me that the local priest wasn't going to allow me to function better than old men he knows who don't exercise & who have drank & smoked their entire lives. While checking the news on my phone, while watching it on tv & scrolling social media I witnessed the following exact details that I'm now remembering being told would happen back then: I saw an individual make an epoxy ring for their finger after sanding down their bank card to the 'chip' & implanting the chip into their ring so that they could pay for their items with the ring on their finger. I saw a completely transparent phone made by Samsung. I saw the NFL tight-end named Kittle kick somebody in their face while at the celebrity golf tournament. The news at noon showed 3 Scottish brothers attempting to break the record of rowing across the ocean in a boat smaller than a school bus & actor Mark Wahlberg telling him he could be a legend if he portrayed them in a movie. The news 6 at 6 showed a story of a lady crying & saying that somebody always made sure to put a roof over their head as well as Mercer County policeman getting a dui while driving the wrong way down a road & not getting a 'eluding' charge. I was shown an article about somebody making a teddy bear that appeared to be made from patches of human skin sewn together & leaving it a gas station with a note. I was shown that a California agent's son who is accused of murder committed suicide in jail. I was shown some 'reels' (short videos) on Facebook that were exact details: the first reel was a series of videos of drunk people & whoever told me this was going to happen told me "I was the person who fell down the stairs, that was so-&-so & the one on the railing was you (& it was a reenactment of me from my early childhood when I wasn't drunk & when my mom wouldn't help me). I was also shown several specific reels of a set of Russian males making senseless short videos, a series of reels of a Russian kid who always eats massive feasts while getting drunk & a series of reels showing a guy called 'Stale Cracker' from Louisiana who makes feasts also while getting drunk. I watched the YouTube coverage of the WSOP Main Event & a guy taking a picture of the cards after him losing with ace queen to ace king after a queen flopped was another exact detail.       - I'm remembering to document that a month or so ago I asked Google's Gemini if the color of sperm & the women's ejaculation schedule changes the appearance of the children that blonde's produce & was lied to by Gemini & me asking this & Gemini lying to me was another exact detail that I'm now remembering being told would happen long ago. Also within the recent past I was in an argument about when my mind-control violators forced me to shoot my dog, Orwoe, in his head with my slingshot much harder than I ever would've been willing & I was talking to them while looking at the tv as if I was in a video conference through my tv & said "it was supposed to be like this (a light knock to the skull with my knuckles) but instead they damaged

him as they blanked my mind & forced me to shoot him hard" & this exact detail is something that I'm now remembering being told would happen long ago as well.

- 7/15/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I realized that my outgoing emails are now being controlled by an outside source. I've sent an email almost every day (& sometimes multiple emails per day) for the past 3 years about being the serial victim to our nations' worst crimes who is being denied justice & have turned the updated version of this evidence on a regular basis to all authorities, my cousin who is a lawyer, a friend of mine from my hometown & my family. Suddenly my outgoing messages are getting blocked. When I woke up this morning I checked my phone & saw that my sister posted another exact picture of my youngest nephew dressed up as a police officer that I'm now remembering being told would happen long ago. My mind-control violator said "then I am going to eat lunch" & I remember being told that they were only going to eat lunch if I wasn't smoking nor drinking & had this evidence completely caught up to this point (which has taken my full cognitive effort throughout all of my waking moments for the past 8 years). I suddenly remembered to add information to my evidence about being unlawfully forced to live in the criminal psychiatric prison in Springfield & noticing that the entire existence of the psych-prison seemed to be an experiment (both the system itself was being experimented on for it's purpose & how it handled housing specific criminals under their specific symptoms & their employees were being experimented with on handling certain situations & their patients were being experimented with to check on their symptoms & social fitness (& mind-control was being used to run these experiments unlawfully). While typing this my mind-control violator said "& that's by far a better answer than what they gave". While adding this information into my notes on my phone yesterday I noted how there was a kid in there (who I was regularly around & was the only person to play cards with for me) who murdered somebody & thought he was going to be released because his defense is that he murdered the person after smoking marijuana (& I made it clear that they must just be attempting to keep him from committing suicide by letting him stay there instead of in prison as he processes the reality of his new situation after what he chose to do) & then my mind-control violator said "then I see why you fucking despise me" exactly as I was told that they would. After adding this to my notes my mind-control violator said "& they like you now" & "& they couldn't lose worse". While eating lunch I was shown a news story on tv & a police officer from Iowa said "then don't bring a gun, if you want peace then don't bring a gun" & this is another exact detail that I was told would happen & whoever told me this was going to happen said that somebody from my local community is attempting to go to some political event to represent & take credit for all of the respect & profits associated with my contributions as I am being held hostage, tortured & isolated while continuously acting as if I'm not ever going to be entitled to my rights & justice. After watching this & taking note of this my mind-control violator said "& he is going to go & he's not going to take one". The Kelly Clarkson show turned on briefly & her interviewing a guy who showed a picture of his wife's bikini on the floor & her

saying "sexy" were more exact details that were made reference to back then. While making lunch I missed a call from Molina Healthcare & the call was from Long Beach, California. The voicemail they left me told me to call a number back so I did & when I did it led me to Molina Healthcare of Texas so I knew it was the wrong number & hung up. They also sent me an option to my text message so that I could chat with them online & that message was from Molina in Illinois so I attempted that but after chatting with their automated replies for several minutes they informed me that my coverage didn't allow me to chat with them & I was disconnected. I ended up calling the number on my card & was told that somebody would call me back later today. After noting all of this evidence I decided to go outside in my garage & get in some exercise & while doing so my mind-control violator said "& he is swallowing that you are going to go outside" exactly as I remembered being told that would be the case. I went outside & exercised between these calls & Molina called me back as I was drenched in sweat, itchy & attempting to take a shower (exactly as I was told that he would long ago) so I took his call instead of getting in the shower & while doing so I had to bend over naked (while keeping my rear up in the air so my dog didn't lick it) to clean up some of my dog's period blood off the floor & this was another exact detail that I was told would happen. Whoever told me the detail about me bending over naked (while under surveillance) told me it would matter to somebody if I was imagining somebody attempting to rape me as I was bending over & having imagining having to defend myself against the attacker but I definitely wasn't but did remember them saying this to me when it happened. The phone call was a complete waste of time & the man sent me a list of doctors who are denying me medical treatment after I made it clear to Molina that my local area's healthcare facilities are denying me treatment. He told me that he was going to file a grievance after I further explained my situation to him despite me making it clear to them in the initial message & video-chat & initial grievance that I filed. While typing this (on 7/16/25) my mind-control violator said "I will swallow that one now & I am going to move" exactly as I was told they would.    Throughout the day my mind-control violator communicated the following exact messages that I was told would happen or that were made reference to in these forgotten conversations from my past & all of them included more details that I have forgotten but that are clearly on record under surveillance: "They agree that you deserve over $50-100 million for that one" was said to me about my hydroponic vertical grow pot that doesn't need electricity should be worth that much from the start. "Then you should be the Attorney General" was said to me after I reminded them about how I came up with an argument for court to beat the Native Americans & Democrats with in less than 30 seconds during 2nd or 3rd grade (both are included towards the end of my criminal-profile). "Then this is the end (of me getting tortured, violated, exploited, stolen-from, spied on & exploited with mind-control surveillance while being unlawfully tied to some of the worst corruption in American history). "I missed a couple" was said to me about how somebody else from my court case who was provided the opportunity to document the corruption associated with my court case & this evidence but they chose to only write down one or two facts instead of the thousands that have been made perfectly clear (for their own selfish motives & thoughts about what they wish justice could be instead of what it

should be). "& I have no respect for them now" was said to me about how somebody from my life or somebody working for the authorities who are intentionally neglecting & violating me now has no respect for people who they thought they had more respect for than me. "& he's swallowing that all they do is brag about their health" was said to me but I don't remember who this was supposedly going to get said about nor how it was supposed to pertain to my case. "& you get to sue them for over a $million for that one (Warren County unlawfully tazing & arresting me after I turned in evidence to them proving that Knox County had used mind-control to set-me-up & charge me for a crime that I'm completely innocent of & that it was a premeditated crime that I was told would happen over a decade prior while I wasn't functioning nor being allowed to function/remember/process). "They are trying to keep him from committing suicide" was said to me about how people are attempting to stop somebody from committing suicide despite their mistakes. "He's swallowing that sheriff did receive that email" was said to me about how a local criminal (possibly one of our law-enforcement or legal representatives) is swallowing that I'm emailing my evidence to other law-enforcement representatives who aren't committed to their criminal motives. "& he's never done that before in his life" was said to me about one of my unlawful opposers or violators has never done something that I do in their life. While attempting to put the new dryer replacement parts that I ordered onto my dryer my mind-control violator said "good call" exactly as I was told that they would & the new parts didn't match my dryer despite me ordering specific part numbers exactly as I was told would happen. There were a few more exact messages that I didn't get processed in time to take note of & I forgot what they were but they very much proved more abuse, harassment, organized crime, corruption, collusion, extortion, exploitation, etc. & me forgetting these exact details was another exact detail that I was told would happen.  I watched the YouTube coverage of the WSOP Main Event that was supposedly being shown because 'PokerGo' was "under attack" by something but it cut out after a couple minutes exactly as I was told that it would. It ended up beginning to broadcast again so I watched it & Michael Mizrachi getting unbelievably lucky repetitively to obtain the chip lead is another exact detail that somebody made reference to during these forgotten conversations when I was told all of these details would happen. I've been checking the Daniel Negreanu daily vlogs of the WSOP tournament this year & today is one of the last days of the tournament & he just won money to put him around $200,000 profit for the 50 days tournaments & whoever told me this was going to happen told me that if he didn't win around $200,000 that I wouldn't be allowed to go to court.

- 7/16/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning I saw a crib attachment so that the owner can attach a crib to their mattress so that the baby can sleep in bed but have protection from the adults rolling onto them on Pinterest so I sent pictures of it & a link to my sister who is about to have a baby exactly as I then remembered being told that I would. While checking my phone at the same time I was shown a short video of a guy who dribbled the basketball off of the defender's face & was reminded about the following

details that occurred during my childhood exactly as I then remembered being told would happen back then: I was playing basketball with somebody on a blacktop asphalt & was attempting to stay clean when somebody did this to me. Whoever did this to me took off running from me. I think Patrick Gavin did this to me & then the next time I went to Drew Robertson's he did it to me & also proudly took off running from me but I can't remember. These partial memories reminded me that I firmly believe that my mind-control violator forced me to do this to somebody after this was done to me (either one of those two or my youngest sister) but I don't remember well enough to document more details. I sent emails to Maui, Los Angeles & Tennessee's law-enforcement to notify them about my evidence that is associated with their jurisdiction & while sending my email to Maui my mind-control violator said "& he's swallowing that you did get murder attempted & raped there" exactly as I then remembered being told would have to happen for me to get to go to court. I then walked to the Post Office to retrieve my mail & on the way home a truck passed me then after it drove on for about 30 yards it stopped, drove in reverse until it was next to me, waited for a moment & then drove off. Whoever told me that this was going to happen told me that they were going to do this & if they couldn't pull up my social media accounts & see me actively attempting to get due process with this evidence than they were going to do something & if they could than they were going to do something else but I forget the details (or something along that line). I received a letter at the post office from Molina Healthcare's 'Silver & Fit' program telling me that I'm eligible for it & to log onto their website to sign up but when I did the website told me that they can't verify that I'm eligible exactly as I then remembered being told would happen. After I cleaned my house I soaked in my tub for a few hours because I was working on my ingrown toenails in there & while in the tub my mind-control violator communicated the following messages to me exactly as I then remembered being told that they would as I did this: "Mick's stiff". "& they were watching (spying on me in my privacy)". "& its your loss". "she swallowed that does say @fbi (my social media post)". "she almost cried". Before I went to bed I ate a hostess coffee cake & said "heat it up (in the microwave) & put syrup on it" & then my violator said "& that is what I said" & I then remembered being told that if I couldn't say what somebody else said when they did this same exact thing decades ago that I wouldn't get to go to court.    I was violated with mind-control all day again today & the following messages were all exact messages that I was told would be getting said to me long ago: "Then I see why you fucking despise me" was said to me by my mind-control violators exactly as I was said it would be when I was still documenting more evidence through today that I was told would happen long ago. "Then I deserve put in prison for a long time" was said to me supposedly by my violator who was in denial that they deserve put in prison for how they have violated & neglected me. "& you are not going to have one" was said to me about how I'm not going to have a dryer to dry clothes in when I'm unexpectedly called to court in the future (& my dryer is broken & I won't be able to afford a new one until September or October but am planning to pack my bags & move somewhere else to wait for due process instead of buying a new dryer). "& he's swallowing that is in the evidence now" was said to me about how one of my violators is realizing that the true evidence

is now documented. "He had no trouble swallowing" was said to me about somebody having to swallow (accept) certain realities associated with me & my evidence/case & I remember being told that if they couldn't swallow or had trouble swallowing then I wouldn't be able to go to court or get my "dick hard" (or something along that line). "Then I am going to prison, in a good way". "& she made that perfectly clear". "& he is going to try to make lite work of it (processing my evidence)". "& they have an education on severe head injuries" was said to me about the people that my evidence is about to get turned into. "He flopped" was said to me but I don't remember what this was supposedly making reference to. "He bought some" was said to me about somebody buying either beef or the opiate medicines that I need to function.     My phone's news feed showed me that the Galesburg Police Chief who was fired because of criminal allegations was suing to receive money that he wasn't paid & this being covered by the news before my case has been provided due process was another exact detail that I was told would have to happen for me to get to go to court.  I was also shown a news story about how College Sandburg College just received a grant for over a $million for people who "actually" want to turn agriculture improvements into reality & this is another detail that I was told that I'd be harassed with as a very specific individual. I was shown a mansion on Instagram on Chris Road (or something similar) in Colorado exactly as I was told that I would be. I was shown an article headline that stated "why does Trump's MAGA followers care so much about the Epstein files?" & remembered being told that this would be an article & that it was an article headline that somebody from my local area thought of (or something along that line). I watched the tv show 'Dexter, New Blood' over the last few days & one of the main characters looking similar to the News 8 morning news lady that I was warned about is another exact detail that I'm now remembering being told would happen forever ago.    – I'm remembering to document that when I wrote the Drew Barrymore show about my court case & situation as a serial victim being intentionally neglected that it felt as if I was suddenly hypnotized & I was forced to tell her "I love you". Also I was shown a short video of her cleaning her carpet on Instagram & saying "just tap it" like Happy says in Happy Gilmore & all of these details that I just documented involving her are all more exact details that I'm now remembering being told would happen forever ago while I wasn't functioning.

- 7/17/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning I received an email from the Illinois Attorney General responding to my civil rights complaint saying that they aren't going to investigate my case & telling me to try the Northwestern Pritzker School of Law's Innocent & Wrongful Conviction Organization so I am going to send them a letter this afternoon. I also received a call from Molina Healthcare's case manager & requested that I be able to email her instead of using the phone. I emailed her several times with the exact same messages that I have communicated to Molina every time that I have communicated with them since becoming a member of their insurance. She must've completely ignored my messages & responded to me with the same responses that they always do. I made it

clear that the local healthcare providers are denying me medical treatment but she continued to provide me with their contact information as potential providers. I then sent emails to several out-of-state housing authorities asking if I could seek protection from Illinois & move there while I wait for due process as the serial victim to our nation's highest crimes that I am. After typing my letter to the Pritzker School of Law my violator said "I agree, he owes you" & this is another exact detail that was made reference to long ago. I went to the post office & printed the letter that I had to mail to the Pritzker School of Law's Wrongful Conviction Center. When I took the envelope to the post office the lady who works there had the door locked as it had just closed but I could hear her talking on her phone saying "so who you golfing with today" & I then remembered being told that I would hear her say this exact sentence long ago. Whoever told me that I was going to hear this told me she was going to be on the phone with somebody she is having or thinking about having an affair with & they told me if the man on the phone didn't "swallow immediately" that I wouldn't get to go to court until their affair was over (& that their affair would probably never end). Moments later my mind-control violator communicated "he swallowed immediately" to me. When I returned home I played a game of solitaire & my violator said "& you just won" exactly as I then remembered being told would happen. Later in the night Corey Champion's (a person in this evidence) wife (who is named Hayley) crossed my mind & almost immediately afterwards I received a spam email message from somebody claiming to be a Hayley. This is something that has happened several times within the last few years & is another exact detail that I was told would happen.       While checking the news I witnessed the following details that I then remembered being told would happen long ago: Judge Andrew Doyle of our local circuit courts sentenced a man to 35 years in prison for breaking into a juvenile girl's house, zip-tying her to a pole in the basement, sexually assaulting her, lighting her house on fire & leaving her there & the news report said State's Attorney Ashley Worby read the victim impact statement & all of these details are all exact details that I was told would happen 13-20 years ago (I believe by Morgan Ray but am uncertain). Social media & the news showed a man who is the CEO of the company called 'The Astronomers' was caught having an affair by the kiss camera at the Coldplay concert & this is another exact detail that I was told would happen 1.5-3 decades ago. All of the recent media about the government potentially releasing the Epstein files are more exact details that I was told would happen forever ago. Being informed that the 'Late Show with Colbert' is being discontinued in 2026 is another exact detail that I'm now remembering being told would happen & I believe whoever told me this was going to happen said that they are going to decide to keep it going when that time comes.      I've been violated with mind-control all day again today & the following exact messages were all exact messages that I then remembered being told would get communicated to me long ago but I don't remember the details about what each message was supposed to be making reference to: "& you are 100% correct about that". "& you beat me". "& it's the worst day of their life". "her loss". "& I did need that, in a big way". "& that is going to bug him for a long time". "& he golfs everyday".  – My sister is going to give birth today & her being induced as all of these exact details happened today was another exact detail that I'm now remembering being told would

happen today 12+ years ago. I'm also remembering to document that I strongly believe (95% certain) that I was told 5-25 years prior to it happening that Lindsey Murdock would be turned permanently disabled while giving birth to her son & that her son's father, Aaron Hull, would die doing what he was doing when he died soon after. This can & needs to be proven by examining the surveillance of me or by questioning the people from my past.

- 7/18/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: After waking up I reminded my interrogators that it's completely illogical to believe that I would lie in my testimony about incidents that I would have been found completely innocent of regardless (because of my repetitive severe brain injuries) as mind-control technology & surveillance is being used on me & as I have over a billion dollars on the line with my court case in court. After saying this my mind-control violator said "& he swallowed immediately" & "& he does know that now (that I am innocent of the incident when I was forced to do to Aaron what his brother did to me)". Soon after my violator said "& I get to listen to music" & I then remembered being told that I wouldn't be able to get my dick hard (or something similarly disrespectful along that line) if somebody didn't get to listen to music at some point in the future of my court case getting accepted for *due process*. I gave my dogs a bath & mowed the yard while listening to the Cubs game on my Bluetooth ear-pods today & doing this while my sister is in the hospital about to give birth is another exact set of details that I then remembered being told would happen today. I wrote the Joe Rogan Podcast introducing myself & suggesting that I be on his show. I also wrote the Pat McAfee Show on ESPN & when I wrote them I copy & pasted the wrong email to them so I had to email them a second email exactly as I then remembered being told that would happen long ago. When I finished emailing them I realized that my email to the Knox County Disability Coordinator didn't go through & when I realized this my mind-control violator said "you already told them that you are pressing charges" so I rewrote my email to her & erased the part when I repeated to them that I'm pressing charges & it sent this time & when it did the icon for that email in my gmail app's inbox winked at me exactly as I then remembered being told would happen when this series of exact details occurred. I checked my Facebook & saw pictures of my nieces softball championship & K Ischer saying that she is a '"great little ball player", my mom having her shirt spilled on in her picture with my niece, my dad having her autograph a softball for him & him bringing her roses along with the fact that I wasn't invited to go to any of her games were all exact details that I then remembered being told would happen forever ago by one of these same people who told me all of these other details were going to happen.    While witnessing the news for today the following reports were all exact details that I then remembered being told would happen 1.5-3 decades ago: A man was caught on camera attempting to kidnap a woman in St. Augustine, Florida. Somebody died & over a dozen were injured because of lightning striking at an archery range in New Jersey. A skydiving professional died paragliding. We traded Venezuela over 200 illegal immigrants for 10 American prisoners. I also witnessed the news story about the explosion at the Los Angeles Sheriff's Department that killed 3 of their

officers & whoever made reference to this told me that they weren't going to tell me about this one but that a tragedy was going to happen that would cause the greatest loss of life since 1850-something for them & that is what their Sheriff Department's representative reported on the news tonight. As I finished typing this my violator said "I do want the death sentence now (for my violators)" & this is another detail that was made reference to long ago. Also while typing this I had the tv on & Celebrity Jeopardy was broadcasted with a lady from Davenport Iowa named Robin & her saying "I hate whoever wrote this" is another exact detail that somebody made reference to while telling me this was going to happen long ago. During the evening news on Channel 8 Zahara making a hand signal as if he was calling somebody out in a baseball game & them showing a story about Moline's little league baseball team & the exact details of the little league coach's conversation with the news were all exact details from back then. The news on my phone showed me a woman who took her first bite of real food after being shot in the face decades ago & this is something that was either made reference to or that I was told would have to happen for me to get to go to court. I was shown a headline about people dying & getting sick in Florida from a seawater flesh-eating bacteria exactly as I was told would happen. At some point in the night I had the tv on momentarily & a guy was negotiating with the show host about investment or advertisement opportunity for his contribution & him saying "you want a piece of this, you want a piece of this" & the host responding "then I'm your guy" were more exact details that somebody told me would happen & or made reference to long ago (while intwining these details with their conversation to me about my court case & me getting stolen-from/exploited/neglected.        Throughout the day I was violated with mind-control all day & the following were more exact messages that I was told would get communicated to me 1.5-3 decades ago or that made reference to these same forgotten conversations: "& I don't mind sending it (my evidence) to him". "& they loved it". "That's my point to them, they are destroying your life". "& you dominated him".        – I'm remembering to document the following details that occurred over the recent past that were all exact details that I was told would happen long ago & that I didn't process & take note of in time to get documented on the exact day that they occurred: I saw *Wheel of Fortunes* Maggie Sajak spread a *Wheel* umbrella & I thought she was making a 'peacock' joke for me. I'm remembering to document that there have been numerous more exact details that have occurred as I've listened to the Cubs that I was told would happen long ago. I didn't get them all documented but off the top of my head I remembered being told that PCA would need to get a double or home run at his first at-bat in the all-star game for me to get to go to court & that Nico Horner would need to hit a home run when he did. Whoever said this would need to happen said it would be better if he hit 3 & he hit his first 3 homers of the season that week. Today while listening to the game Swanson & Happ both had homers that didn't go out because of the wind blowing in & somebody made reference to these also. There have been several more exact details similar to these that I was told would happen or that would need to happen for me to get to go to court both details about the game & the radio broadcasters' conversations.

- 7/19/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I wrote ESPN a message about the fact that I could be on their 30 for 30 documentary & when I sent the message my mind-control violator said "he bawled" exactly as I then remembered being told would happen when I did this but I don't remember who was supposedly being made reference to. While watching the Cubs game Jon Lester was interviewed & the exact details of his interview were details that I was told would happen forever ago. Also during the game Shota Imanaga threw 7 shutout innings against the Res Sox for his second straight start (the previous shutout against the Yankees & a highlight was shown of a guy throwing out a guy tagging from second to third from around 300 feet away in the corner of right field & all of these details that I just listed were details that I was told (1.5-3 decades ago) would have to happen in order for me to be able to go to court.       While witnessing the news on tv & my phone today I witnessed the following details that were all exact details that I'm now remembering being told would happen 1.5-3 decades ago: President Trump sued the Wall Street Journal for $10 billion because of specific details relating to Epstein that the person who told me this was going to happen knew about (I believe it was Morgan Ray who told me this but I don't remember for certain). The suspect who murdered the paddleboarder in Maine was arrested for doing so. There was a headline that read that the paranormal investigator who died didn't have a possessed Annabelle doll in the room when he died & I was told that I couldn't go to court if it was possessed. The Saudi prince who has been in a coma for decades because of a car accident head injury died. Josh Lucas got married at the Vatican & had the "best day of his life" & I was told this would have to be able to happen for me to be allowed to go to court. I was shown a short video of a woman taking a full hot dog out of her mouth at a sports game & then putting it back on a bun & giving it to somebody else who ate it, a YMCA that was turned into a residence being rented out in Chicago for less than $2,000/month & a sports motorcycle that shot fireworks while doing a wheelie. The car that drove into the crowd in LA & injured dozens of people & the driver getting pulled out of the car & shot was another exact set of details that I was told would happen forever ago.       Throughout the day I was violated with mind-control all day again today & the following messages that were communicated to me were all exact messages that I was told would happen long ago or they were messages that made reference to these forgotten conversations from my past that occurred while under surveillance: "& I'm not going to fold" was said to me by my violator who is speaking for my unlawful opposers & exploiters. Whoever told me this was going to get said told me they are going to say this to me repetitively & then "fold" when it's time for court. "She has to now" & "they have to now" was said to me but I don't remember who or what this was supposed to be making reference to. "Then you are going to be going to court". "& she's not accepting reality". "& I'm on the way". "& he's swallowing that they are not going to be coming home". "That's my point to her, you should be worth more than all of those (PGA) golfers (who were playing 'The Open') combined". "& they did just waste more of your money". "& I will attach my evidence" was said to me about how somebody is going to 'attach' their evidence

associated with my case when they turn in their unlawful opposition to authorities. "& he ate the chicken, rice, beans, pizza, noodles & desert (& more I think)" was said to me about somebody who is regularly eating more than me who shouldn't be able to afford anywhere near as much as me. "100% proven on video surveillance". "Then turn around" was said to me about how somebody wants me to turn around when I finally get to leave my local community that is knowingly violating me with the nation's worst crimes & intentionally neglecting me as a serial victim who should be one of this nation's top contributors. "& he lives with her" was said to me but I don't know who the people that are being referred to are nor how they are supposedly associated with me. "& he's swallowing that did reek (smell)" was said to me when I punctured a cyst in my back & squeezed out a white material. Whoever said this to me told me that if I attempted to go to the doctor & was still dealing with any symptoms that I didn't want or had anything on my body that I wanted removed & that is stunk it would supposedly mean something for my court case or to somebody who is unlawfully getting to make decisions about my court case. "& he's swallowing that is about to get documented (the information in the following paragraph involving Ryan Stone that I just remembered to document)" & whoever told me this was going to get said told me that they wouldn't be accepting any of this evidence until this information gets documented. "I didn't know that you knew that you could do that for yourself" was said to me about me preparing this evidence & pursuing my rights, criminal charges against my violators & compensation. "Don't say I never did anything for you" was said to me exactly as I remembered being told that it would if I was still here working on this evidence. "& he's swallowing that you are open to moving out of the country". "your win, with an explanation point & she made that clear". "Don't say I never did anything for you" was said to me exactly as I remembered being told that it would if I was still here working on this evidence. "& he's swallowing that you are open to moving out of the country". "your win, with an explanation point & she made that clear".        – Within the last 5 or 6 a guy that I hung around in college named Ryan Stone sent me a naked picture of an unknown woman that I believe he was with after not having any communication with him for almost a decade. This happening along with the fact that a few years later he sent me a t-shirt in the mail & contacted me to tell me that he was raped were all exact details that I later remembered being told would happen around a decade prior. Whoever told me this was going to happen told me that if I was pursuing my rights or justice for myself that he was going to attempt to murder me & that he would've attempted to get away with murdering me at WIU if he would've known the incomplete details that he thought he was certain of back then.

- 7/20/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I woke up with an email response from ESPN that harassed me exactly as I then remembered being told that it would forever ago. The response was from a 'Nick' & every tv channel has a broadcaster named Morgan or one of her boyfriends (she had a couple named Nick). I sent a message to ESPN using their contact center that offered me a way to send a message directly to '30 for 30' for the

specific reason that I did but when I was responded to I was told that they don't accept the suggestions that they had a specific option for. While watching the news I was shown that an off duty border patrol agent was shot by a suspect who left the scene on a scooter with another guy who was hoping to rob him. I was shown this after being shown a short video on Facebook of a lady who threw her purse away when two kids in a Mercedes SUV stopped & attempted to rob her & she stole their SUV while going through their purse & being shown this video & then this news story are more exact details that I'm now remembering being told would happen long ago. I've been violated with mind-control all day again today & the following exact messages were all messages that I was told would get communicated to me or that made reference to these same conversations from my past: "& I disagree" was said to me by my delusional violator who opposes every fact of reality for their own criminal motives. "& they are swallowing that he is there" was said to me about how somebody who is either violating me or who is neglecting me or who they are investigating in association with my court case is somewhere that they thought that he would be. "& he's swallowing that you are going to go fill out the paperwork" was said to me about how one of my violators is realizing that I'm going to continue with the pursuit of my rights & justice despite their constant organized criminal efforts that they have violated me with for the past 34 years. "& she almost puked". "& you get to take everything he has (when I sue/charge somebody)". "& he is very glad that he bought you a phone". "& she is going to puke". "& she doesn't get to change your answer". Today I remembered to document that while being forced with Morgan she asked me if I was trying to get her to fuck my ass. I remembered being told that if I remembered this & planned to document it that I'd be forced to "jack-off" thinking about her. After taking note of this I briefly exercised myself for a moment while in between chores & her appearance type was forced across my mind multiple times. While doing so I remembered being told that if I was doing this while listening to the cubs on the radio then it meant something for my case & that a cubs broadcaster would be saying "then no" & then after I made my argument that he'd be saying "then alright" & both happened. Also while this was happening my mind-control violator said "& I do want that (my penis) to myself now" & this is another exact detail that was made reference to back when I was told this was going to happen. After this happened my violator said "& that is disgusting & you look disgusting" & then I remembered being told that it would matter to them if I was put through anything disgusting & if my skin still looked gross (they claimed that they were hoping that it would heal itself) because of their neglect. During the day I was doing laundry despite my dryer being broken down & my violator said "& he's swallowing that it will dry in here". When this was said to me I remember being told that somebody is planning on breaking into my house & having sex on my bed & leaving my bedding contaminated & smelling with their sex fluids. While it was getting dark I was outside pulling weeds & remembered people from my past telling me about how when they got into this same situation that I am in that is when they went outside & pulled a 'big pile of weeds'. I also remembered being told something about how my neighbor might be walking around outside & see me pulling this big pile of weeds & while I was out doing so my violator said "& that's a big pile of weeds" & my neighbor was walking outside & my violator said "&

her loss with me" & these were details that were talked about back then but I don't remember what was supposedly being made reference to involving these details.     Tonight while witnessing the news on tv & my smartphone I noticed the following details were all exact details that I was told would happen long ago while I wasn't functioning nor processing nor remembering & while I was being controlled with mind-control under surveillance: A lung cancer vaccine was released. A super low cost electric motorcycle is about to be released & whoever told me this was in the future said this had to happen for me to get to go to court (or something along that line). A headline stated that Asia is beating Musk & leading in brain technology. 'Dog the Bounty Hunter's' stepson 'accidentally' shot & killed his 13-year-old son. Lindsey Lohan was on a commercial asking Gemini about her makeup & this is another detail that was made reference to & whoever made reference to this commercial forever ago said it details involved with this commercial would determine if I would get to go to court or not (or something along that line). The following news headlines were all details that I believe I was told would happen but am uncertain: A 9-year-old that was reported as kidnapped was found dead in New York & they believe that her father murdered her. While David Becham's hair was being cut a mistake was made that ruined his haircut. An Ohio teacher was arrested for going to her ex-boyfriends work 33 separate times after he broke up with her. While watching the 7th episode of 'Mobland' the details that the lady called a meeting with her friend to talk about text messages that they found, that the main character, Brosman, broke a mirror & that a chainsaw was used to kill one of the characters were all details that were made reference in one of these forgotten conversations to me long ago. Whoever told me these details were going to happen said they were basing the script off of my court case & progress with my pursuit of justice, my rights & the completion this evidence.

- 7/21/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I went to the library to print the 'porting' paperwork to move out-of-state for protection from my violators because my emails didn't send exactly as I'm now remembering being told that they wouldn't. At the library there was a lady there talking to the librarian & their conversation was nothing but exact details that I was told would happen long ago. When I returned home from the library my mind-control violators communicated the following exact messages that I'm now remembering being told would get communicated to me long ago: "& we are not going to force you to take loss because of violators". "& she would give you $500 for that dog". "& they are swallowing that they should have accepted that by now". "& I do have that documented on record". I was also forced to mention my local named Chase Flatt to my interrogators because as a kid I noticed that he always was on the medicine that keeps people's skin clear & looking healthy. Whoever told me that I was going to be forced to mention him told me that it was their way of telling me that they would rather hang out with Chase than me (but I don't know who they are or are supposedly speaking for). During my childhood I made an argument for myself to my mind-control interrogators using Chase & a couple of others to prove how some of us are being kept on the

correct medicines & some of us are being neglected/poisoned & I believe that this was their way of telling me they processed that argument that I made & that they didn't like that I'd stick-up for myself against their criminal will. I ended up going outside & weedwacking the yard & while out there my weedwacker's string extension mechanism jammed & I was taking a quick look at it as the Alexis Police SUV drove by exactly as I then remembered being told would happen. Whoever told me this was going to happen told me it would matter if I was out there acting foolish while they drove by. This break-down happening & having to suddenly focus my mind on something unexpected forced me to lose my train of thought & forget about two facts/statements/points/arguments/etc. that I was about to take note of & document into this evidence exactly as I then remembered being told would happen & this is an everyday occurrence while living with my permanent brain damage. I then spent about a half hour fixing the problem afterwards & as I was I remembered being told that they didn't think I would fix it. While I was out there I said "& that's what it's like living with a broken compass when you are Captain Jack Sparrow" as I was being forced to talk & this is another exact detail that was made reference to 1.5-3 decades ago. Before getting in the bathtub I squeezed my nose trying to get some of the blackheads out of it & the entire first layer of skin on my nose came off & when this happened my violator said "& that one is going to hurt her" as I remembered that when I was told this was going to happen long ago whoever told me this was going to happen said "& that is when I would say "& how's that for a Rudolph joke?". I was violated with mind-control all day again today & the entire day I was forced to listen to my mind-control violator impersonating the arguments my violators & neglectors are making (& this is a torture technique that I'm violated with on a very regular basis). Throughout the day I had the following exact messages communicated to me by my mind-control violator that I was told would get communicated to me long ago & they were all making reference to these same forgotten conversations: "& she's swallowing that is your answer". "& his (testimony) doesn't say that". "& I don't want you in my life anymore". "& she didn't smell anything" was said to me & then I remembered being told that if Mick or Drew couldn't cheat on their wife then go home with their wanker smelling like the affair's cunt & their wife not be able to smell it then it meant something for my court case. While watching the evening news on channel 6 the broadcasters said "we'll take a look at it" & this happening was something that was made reference to in these forgotten conversations. Whoever said this was going to happen said if they were willing to take a look at something that it would affect my court case in some way. I also remembered to document that within the last 72 hours this same news channel showed that same broadcaster watching the surveillance of the Mercer County police officer getting a DUI with another lady working for the news in an advertisement or something & this was also another detail that was made reference to. Whoever told me this was going to happen said that if he or she couldn't say that they believed mind-control was being used (or something along that line) that it would affect my court case. Also while checking the news I was shown that Mark Zuckerberg expanded his Hawaii residence by 1,000 acres & this was another detail that was made reference to but I don't remember what was said about it (something similar to if he buys more land they aren't planning to compensate me

financially for my invention money lost nor allow me the opportunity in the future or they might have said the opposite I don't remember).

- 7/22/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I was a child or teenager I was at the farm & thought of the new invention being used for hooking up trailers to trucks & tractors. My invention idea was to make an attachment for the truck or trailers tongue or ball (or other connection) so that you could park it close, extend the extendable (sleeve-engineering or hydraulic-cylinder extension-type engineering) connection from the truck or trailer (you will have the extendable invention attached to one or the other) to connect the two & then back the rest of the way up & lock it into place once connected. I voiced this invention to somebody who I was working around as I was very hurt from my brain injuries. They immediately questioned me about my invention's design & when they did my mind-control violator responded for me after watching what I was thinking through my own eyes & thoughts. I had thought of the extendable sleeve & immediately was forced to voice the idea before completing the design & when they asked how I'd get it connected my mind-control violator said "you back up & then lock the pin in". I remembered this detail from my past today because of recently being shown a video on the internet of one of these being used & it showcasing a self-locking pin when it gets backed into place. When this happened I thought my mom or Mick's mom was getting to use mind-control on me & me remembering this after being shown this video clip were more exact details that I was told might happen today. This morning I received a response from the local housing authority about porting me out of the state so I can make progress towards protection, justice & living with my rights instead of willfully keeping myself surrounded by corruption that is both intentionally neglecting & violating me. While emailing with the lady for the housing authority she misread my email so I had to send the same email multiple times to ask the same question exactly as I then remembered being told that I would have to do. At the end of our email conversation she told me that I couldn't send paperwork to separate options to potentially move to & her exact response was exactly as I then remembered being told that it would be over a decade ago.  I went outside for something for less than 100 seconds & in that short time I witnessed a guy taking off his shirt while mowing the neighbor's yard exactly as I then remembered being told would happen. While listening to the Cubs the broadcaster reported that a guy dropped a ball & that some things on the big league level just can't be explained. This is a detail that I was told would have to happen for it to be proven that I was as hurt as I was at some specific point in my past & whoever said this might happen said that if the guy dropped the ball it proved something about my court case. I watched part of the women's soccer game with England & them showing a gal in her sports bra on the bench & then their black player scoring a game-tying goal at the very end of the game & then eventually winning in extra time were all exact details that I was told would happen long ago. While typing evidence I briefly had on the tv to 'America's Got Talent' & liked a singer's voice until she "whaled" (sang loud) & I said "easy beluga, we'll have to change the pitch or key when you

whale like that" & my mind-control violator said "she did cry" exactly as I was told would happen. Whoever told me this was going to happen said that somebody would be spying on me & if I said this that she might cry. After typing evidence for 4 hours tonight I went into my kitchen & caught a fly as I was preparing to eat some food & when this happened my mind-control violator said  "He's swallowing that you did just catch that fly" & then I remembered that both of these details were more exact details that I was told would happen 1-3 decades ago. While witnessing the news today I saw that President Trump had Coca Cola switch to Cane Sugar just like I was told would have to happen for me to get to court. I also was shown WSOP 2025 Main Event winner Michael Mizrachi play "3 hands of blackjack for $1,000" & hit a blackjack on his first hand & whoever told me this was going to happen told me that if he didn't get provided this money to do this & that if he didn't hit a blackjack within those first 3 hands that I wouldn't get to go to court. Ozzy Ozbourne died today & NBC reported that people started a 'whites only' community in Arkansas & both of these details for today were details that somebody made reference to in my long forgotten past.      Today my mind-control violator violated me all day & while doing so they communicated the following exact messages that I then remembered being told would get said to me forever ago: "& you don't have to be part of our life anymore". "& she's swallowing that you should be able to live wherever you want". "& that is exactly what happened & as you know it is documented".  "he does know that your spine is dead now" was said to me & I remembered being told that a doctor would be debating between giving the medicine that I need to me or somebody else who isn't hurt & he'd eventually realize that my spine is dead. "& they watched it" was said to me about somebody watching some of the surveillance of my childhood football. "& she's swallowing that was your (invention) idea too". "& that's exactly what happened". "& I can understand that". "I did need that". "& that one got him". "She's about to start getting paid to work on your court case". "& he does have a problem with her now". "& I meant it to her (or them, I can't remember which was said) in a bad way". "& she is never going to speak to them again". "& she is not single". "They bought it". "He's swallowing that you are due for an off day".  "Yours is better than hers now".     – I'm remembering to document that somebody told me that if Aaron (Gavin) was a city engineer for Galesburg & was being sent to Washington D.C. (which he was in the paper for) & I was still living here in Alexis without my license & without the medicines I need to look presentable & function (& I look disgusting & don't function without the medicines that I'm being unlawfully denied) that it meant that local corruption was planning to hold me hostage & never respect my rights while using my contributions to benefit the people who they wanted to benefit. They told me that they were actually planning to make me live on even less than what I have here (less than $10,000/year, $10,000 + in bills & upkeep/year, no medicines, no license (unlawfully taken), no vehicle, no protection from a violator that violates me nonstop, no justice, in complete isolation, etc.).

- 7/23/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I had the early morning

news on ABC sometime between 2 & 4 this morning & the news lady suddenly looking at me & saying "& you want to get with Angelina Jolie or Salma Hayek?" was an exact detail that I believe I was told would happen forever ago & another detail that they couldn't have remembered me saying (as a kid) without unlawful surveillance. While mowing the yard I forgot to mow a specific corner of my yard & had to mow it later on while I was in my garage using my latex gloves & while mowing the yard I ripped my glove exactly as I then remembered being told would happen. I texted my sister & mother about needing to inform my father that I need to go to Verizon (he pays for me to have a smartphone) to get my phone's battery replaced & when I did this my mind-control violator said "& he bawled his eyes out" exactly as I then remembered being told would happen. Whoever told me this was going to happen I believe (but can't remember) was making reference to one of the kids in the Robertson (Drew, Derek, Chad or Janae (all involved in this evidence)) family. As I was typing this my violator said "they bawled" exactly as I then remembered being told would happen if I got this documented.  I soaked myself in the tub tonight & a very specific series of thoughts crossed my mind (female bodies, appearances & sexual positions) & as that was happening my mind-control violator said "thanks for doing this with me" exactly as I then remembered being told would happen forever ago. Whoever told me this was going to happen said that they would be investigating me to make sure I didn't have any demented fantasies.  At some point in the last 24 hours I said "2-5 bongs wouldn't hurt" & this is something that I was told would get said 15-30 years ago if somebody was ok with me smoking more.        I was violated with mind-control all day again today & the following messages were all exact messages that I was told would get communicated to me or that made reference to all of these forgotten conversations from my past that were all under surveillance: "He's swallowing that did not benefit you at all". "He's swallowing all of that (this evidence) is fact". "& he bawled his eyes out". "& you get to press charges & sue". "& I want to be there (when you press charges & sue)". "& she can't protect him". "& he's swallowing they have been torturing you". "& they absolutely loved it". "& he's swallowing that you meant that & still mean that". "& she is going to be as unwell as it gets". "& he is swallowing that he is never going to be changing your mind & that you will gladly put them all in prison". "& they are going to be changing their mind". "& he's swallowing that they should be on their way". "You can't afford new clothes" was said to me & I remembered being told that if I couldn't afford new clothes that I wouldn't get to go to court or get invited somewhere. "& they told her that she should never expect to see you again". "& it broke their heart". "& I would write that down". "& that is a lot (of evidence to type)". "In a big way, she's as guilty as it gets (the lady who attempted to kill her child while they were sleeping in the news today)". "& that is the worst crime that they have with a surviving victim". "& you are the worst court case they have with a surviving victim". "& that is more than enough evidence". "& he is as guilty as it gets". "& they are going to arrest you". "& they are already unwell". "& he's going to, in a sad way for him". "& you have them proven insane now". "& you have her proven insane now". "then you are dead". "Noah" was said to me & when this was said I remembered being told that my cousin Noah would be getting to use mind-control to investigate me.  "& we would make beautiful

babies" was said to me within the last 72 hours exactly as I was told would happen but I don't remember for certain which day it was said on.        While witnessing the news & social media today the following details were all exact details that I was told would happen long ago: My sister posted pictures of her with my nephew & niece boating at the lake & all of her pictures were very exact pictures that I was told would happen over a decade ago. I had on Jeopardy briefly & them saying that lobotomy is no longer used to treat mental illness was an exact detail. A woman from Minnesota attempted to cut her child's throat in their sleep & then told the cops that "demons made her do it". Charges were dropped on over 100 people in Massachusetts because they couldn't get an attorney. Garret Adelstein returned to poker & he was check raised while he had a full-house & whoever mentioned this to me told me that I couldn't go to court unless this happened (they didn't tell me his name at the time but told me I'd be wishing I wrote his name down & that I'd figure it out if I was watching the news). A famous lady who wasn't wearing underwear was asked if she is a role model. A couple was married in a flooded church & ABC showed me that. Pat McAfee (for ESPN) admitted to being apart of a scandal & this is something that I then remembered being told would happen if I sent him the email that I sent him. The recent media about Chief Hegseth sending classified information to people he wasn't supposed to was another detail that I was told would happen forever ago in the saga series of details I was told would happen involving him & Trump. All of the 'reels' (short videos) that I've been shown on Facebook are all exact details that were mentioned forever ago (today specifically included Africans bragging about having bottled water, a woman cooking & eating a massive seafood feast by herself & a white guy dancing with several black guys at a gas station then a black lady saying that she wanted the white one. – I'm remembering to document the following facts that occurred within the recent past but I was unable to process, note & document them on the specific days that they occurred & they were all exact details that I was told would happen long ago during these forgotten conversations: Media informed me that Scotty Scheffler farted while golfing. Pete Crow Armstrong sat out a game with a bruised knee. I made the comment that my female bulldog, Poe, is more royal & class than the women that I have been with. I was forced to talk about a memory of childhood football & while doing so I coughed then stated somebody's name (exactly how I heard a kid from my childhood do while calling somebody out (& it annoyed me or I thought it was childish)) & this happening (as my personality was being controlled & sabotaged) was another very exact detail that I was told would happen (& while typing this my violator said "& he swallowed immediately". The following incident occurred either during last fall or winter but it was another exact set of details as well: I was talking to my interrogators about how I have considered getting 'KAKA' tattooed on my penis as the Penn State volleyball game was on & when I detailed that it was a Omaha (poker) hand & that my parent's initials are both 'KA' & that Ka (the noise made when an ax hits wood) is when we (Catholics) write things down on paper instead of 'Ca' them into stone (Ca= the noise made when a chisel hits stone, th= the record book, o=or, lic= lick your tongue against the roof of your mouth to explain yourself for your sins) (which is something I thought of as a kid while

attempting to figure out why its called Catholic) one of the Penn State volleyball players made a specific reaction that I was told would happen if this talk would have "turned her on".

- 7/24/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: While eating breakfast this morning I remembered to add the fact that when I was forced to break into Jason Alderson's house & steal his supposed 'cocaine' (that I don't believe was cocaine) that I didn't know that he had cocaine nor where he kept anything & my violators broke me into his house & walked me directly to his stash & then immediately leave. When I pointed this fact out to my mind-control interrogators they said "& that is all that I needed" & then "& they swallowed immediately" exactly as I then remembered being told would happen if I remembered to add this fact to my evidence today. Soon after my violator said "& she agrees that you could've been her first choice" & this is something Morgan said would have to get said for me to get to court (or something similar to that). I also remembered to document how Drew used to intentionally tap my genital area & say "cup check" & slap my butt & that it used to make me feel sick. While remembering this I was talking with my interrogators about it & how I think I might have lost my mind one of the times that he did it to me & 'cup checked' him back several times in an obnoxious way to show him how annoyed I was with his actions. I was forced to mention how I believe they turned me into my father to do this because he spanked me when my mom lied to him & I had done nothing wrong & that I was probably forced to do it with mind-control but regardless it happened while my mind was blank. When I said this my mind-control violator said "& he's swallowing that is all you did & how much of a piece of shit he is to you" exactly as I think that I remembered being told would get said forever ago. I walked to the post office to check to see if I had any mail when I wasn't planning to do so. I walked there with soap still on my face from washing my face & on the walk home I saw my sister Brooke's in-laws driving on their golf cart, a guy drove by me in a truck & waved then abruptly looked the other way & a couple young kids walking around who waved at me & all of those were exact details that I then remembered being told would happen. The guy who waved at me then looked the other way is something that I was forced to do with mind-control while I was in high school & when I was forced to do it in high school it was a forced reenactment of a time during my childhood where Patrick Gavin wouldn't look at me. Me remembering all of this & documenting it today was another exact set of details that was made reference to back then as well. When I returned home I ate some shrimp & some of it had shrimp poop exactly as I then remembered being told that it would. Tonight I was arguing with my mind-control violator/interrogator & made an argument about how I should get paid more than the majority of professional athletes make per year for the rest of my life just for my trailer-hook up invention that I just remembered was my idea & documented into this evidence within the past week. I explained my argument for court against the government about any opposition saying otherwise & my court argument wins. While making this argument I used Chicago Cubs player, Ian Happ as a reference & when I did I remembered that using him as a reference (& that he was just paid more than $200 million for

some deal outside of his contract) was another exact detail that I was told would happen forever ago.    Throughout the day my mind-control violator said "then I'll just start cleaning", "& it's the worst day of his life", "that's going to bug him", "& they told her to never expect to see you again", "& I completely agree", "& you beat her bad bad", "& he's swallowing that you cleaned the house this good every time", "& you cleaned better than she did", "& he absolutely despises her now", "yours (this evidence) is better than hers now", "then I do not like her" & "& he made a lot (using my plans)" exactly as I was told would happen forever ago. My violator also said "& you did not touch her" & when this was said today I remembered being told that they were going to force me to touch my niece using mind-control during a certain moment if I had ever thought about her sexually.    While checking the news I saw that Boozies (a bar in Davenport, IA) is currently closed, Kelly Clarkson cut off her hair, Hulk Hogan died, 'Glorilla' from Georgia was arrested for drugs after reporting a burglary, the Department of Justice is suing United Healthcare & Angelina Jolie & Salma Hayek ate fast food & flew on a coach flight home from Central America & all of these details were details that one of these people made reference to long ago. I was also told that Food Network's chef, Anne Burrell, who just committed suicide would do so if she couldn't claim all of the profit that my kitchen designs produced for her & her co-chefs. Facebook showed me a post from the South Africa Bulldog rescue making tribute to Ozzy Osbourne & the details of the post were exact details that I was told would happen back then. I was also shown a 'reel' where a guy caught an MLB foul ball with his bare hand that was about to hit a reporter in her head & this was another detail that I was told would have to happen for me to get to go to court. Vice President JD Vance's twitter post for Hulk Hogan was worded exactly as I then remembered being told that it would be over a 14-25 years ago. I was shown a video of LPGA's Charley Hull dancing on her birthday & this was another exact detail that was made reference to forever ago but I don't remember what was said about it.   – Within the last week or so the following exact details occurred that I'm now remembering being told would happen forever ago but I didn't get them processed & documented on the specific days that they occurred: I turned in my paperwork to Greenville, South Carolina hoping to move out of this area & to a safe environment with protection from the organized crime & corruption that I've been getting violated with for over 3 decades & I am now remembering being told that I would be turning in the paperwork to move to this exact location (even though it's not in my top 10 choices).  While I was filling out this paperwork & turning it in my mind-control violator said "then I'll move to South Carolina". At some point my violator said "& I did not let his head touch the floor" & this is another specific statement that was made reference to in one of these forgotten conversations. My violator said "then you could've been on team USA" exactly as I was told might get said.

- 7/25/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Today I remembered being told 15-30 years ago that I'd be documenting into this evidence while taking notes on my new smartphone until my phone needed it's battery replaced if I wanted to go to court & whoever told

me this said that my phone's battery would never need replaced. My phone stopped taking a charge today & I was documenting more information that I witnessed in connection with my forgotten past all the way through today. While cooking some bacon for supper I suddenly had a piece of bacon go missing out of the frying pan. I put in 6 pieces from the start & when I went to flip the bacon there were only 5 pieces in there (& I only left the room for less than 15 seconds with nobody else in the house) & this happening today for the second or third time in my life that this exact situation has repeated itself was another exact detail that I later remembered being told would happen in sometime during these forgotten conversations in my past under surveillance. While I was being communicated with by my mind-control violator I suddenly wondered if my childhood best friends who are brothers, Daniel (Daniel is a doctor) & Matthew Painter (Matthew's wife is a doctor) are in on using mind-control on me. My mind-control violator suddenly seemed as if it was a new stranger-violator that seemed to be a female & it crossing my mind wondering if it was Matthew's wife doing doctor research on me was another exact detail that I then remembered being told would happen long ago. When this happened "then I would want that written down for you" was communicated to me exactly as I then remembered being told would happen if I wasn't fantasizing about her. Earlier in the day my mind-control violator said "then don't cut her head off" & I didn't know what they were talking about until later in the night when they ran my mouth & forced me to say that I should cut some of my violators heads off. Them saying this earlier today & then forcing me to say this tonight are both more exact details that I was told would happen forever ago during one of these forgotten conversations that occurred under surveillance. Tonight I received a survey from Medicare & a flyer asking me to volunteer for the Alexis/North Henderson ambulance service exactly as I then remembered being told that I would on this exact night over a decade ago.          I was violated with mind-control all day again today & the following messages were all exact messages that I was told would get communicated to me or that made reference to all of these forgotten conversations from my past that were all under surveillance: "& your not going to miss uz (which is how my cousin says "us")". "& he swallowed again". "& she swallowed again". "& they do see why he annoyed you so much". "& she is going to need proof….. & this is their proof". "& that evidence (surveillance of my past (including mind-control surveillance)) does exist". "& I wouldn't have had to make excuses". "& they aren't going to move, in a good way". "& he has to swallow (accept) that now". "He had never thought of it that way before & it's the worst day of his life" was said to me about one of the people involved in this evidence supposedly believed they had thought of every possible option for the potential facts that they made false assumptions about & whoever told me this was going to happen said that it would be the worst day of his life if the truth was something he had never thought of before. "& that broke him". "& mine never got cleaned & it's their loss" was said to me about how whoever is making decisions about my legal rights & court case has made it so I'm completely isolated, without medicine, without my rights, without protection, unable to afford anything & that my dad's house didn't even get cleaned because of how much me & my family are being exploited for our criminal surroundings when I should be a billionaire & my dad should be one of the most respected members of our local community. Whoever told

me this would probably be the case because of whoever's selfishness told me it would be their loss if my dad's house didn't get cleaned. "& they do not care what they say anymore". "& I also do not care what they say anymore" was said to me about how the legal representatives no longer care what specific people have to say about their opposition against me. "Good loss" is something that repetitively gets said to me even though I'm the completely innocent victim & completely dominant contributor who is getting tortured & held hostage by some of the worst organized corruption against an individual in American history. "& I have a daughter". "& they now see him exactly as you did from the start". "& she is never going to be allowed around you again". "& she is having to swallow now". "& they are going to move into low income (when I cease their assets for violating me)". "& they agree that these (my violators crimes/disrespects along with their plans for violating me in the future) have been the worst insults of all time to you". "I think you are going to change your mind". When I typed the testimony about Daniel & Matthew earlier in today's evidence my violator said "then I deserve my ass beat then" & this is another exact detail that I'm now remembering being told would happen.        Within the past few days my violator communicated "I would rather give it to the kids" & "& I don't want you to use it" exactly as a conversation from my past (that was under surveillance) made reference to. Whoever told me about this communication told me that I'm going to be given a credit card to use until I go to court & that somebody from my family doesn't want me to spend any money using it.        The news on my phone showed me an article of a lady at the Cubs game dressed as the pope & this is another exact detail that was made reference to forever ago. Whoever said something about this said that is all she would have to do (dress up like the pope) to get the amount of respect that I will get for my entire court case & all of my inventions (or something similarly disrespectful). I checked the Instagram account of the 2025 WSOP champion after watching him play a cash game at the Venetian & him hitting a punching bag, Martin Kabrhel grabbing his arms during the game, him telling the table that he is going to Israel, him making a bet for $100,000 against somebody saying he wouldn't drink or smoke etc. & the fact that I noticed his name Ch-I-miz-ra is similar to a twitter post of mine & my initials (I miss RA (me) before his brain injuries) are all exact details that I now remember being told would happen forever ago.  When I turned on the tv for a second as I was eating lunch the NBC news lady said "sorry, we were talking" & this is another exact detail that I was told would happen & that supposedly was directed at me. Whoever told me this was going to get said told me that anytime certain people were talking when they should be providing peace & quiet that I'd be forced to talk (or something along that line). I had the news on channel 6 briefly between 3-4 pm & broadcaster Ottier saying "forget it" & soon afterwards a series of sexual thoughts crossing my mind about her appearance-type were more exact details that were made reference to in one of these forgotten conversations.

- 7/26/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning my mind-control violator said "her loss" & "it should only take a second" exactly as I

remembered being told would get said this morning. While typing this evidence this morning I had channel 6 on for a moment & they were broadcasting 'The Quad Cities Bix (7 mile running race)'. Them showing a guy standing in the middle of the race high-fiving everyone, the exact details of the interview with their daytime broadcaster Kyle Kiel along with the fact that my mind-control violator said "& they don't like him (unknown to me) now" & "& Leo is there (at the Bix) were all exact details that I then remembered being told would happen today. My mom picked me up to take my phone into Verizon wireless because its battery 'expanded' & stopped working unless its plugged in.  While on that trip to town the following details occurred that were all exact details that I'm now remembering being told would happen 1.5-3 decades ago during a conversation that I no longer remember while under surveillance: The conversations with the Verizon associates were detailed exactly as I was told they would be. The only details that I remember to document from the conversation were being told that there is a Military discount & me saying that "I'm not in the military, its just a t-shirt" but the entire conversation with both of them were word-for-word exactly as I was told they would be. I had to stretch & crack my spine & neck while talking to the Verizon associate who was shorter than me & I widened my stance & shortened myself while talking to the shorter Verizon associate & this was another exact detail that I was told would happen & whoever told me this was going to happen told me that somebody wouldn't like me if I did that (despite me doing it unintentionally). My mom then went to Target & didn't buy anything while she was in there, there was a homeless guy smoking under the bridge while it was raining, a shirtless & barefoot guy selling vegetables at the gas station, my mom left her truck running while I went into Verizon for the second time, Lockwood Excavating had piles of dirt & a sign up saying they are building a new office on Henderson Street, my mom's phone had a website opened to 'what gut-type are you?' when I attempted to get on the phone insurance website (& the website wouldn't let me on it), my mom asked if there were any more cheese curds in the bag after she told me to eat them, my mom told me that my sister asked her to take off work to help her a couple days this upcoming week because she just had her third child, we had to stop for a 'Slumberland' truck that was pulling into a driveway on the main road home, my mom stopped to see a 'Moving Sale sign, my mom telling me that my sister has a gravestone at the cemetery for the child she lost & that she saw Kasey Lafferty's (a high school classmate of mine) mom last night & that "it was nice to see her" & my mind-control violator said "they heard you loud & clear" & "then he is going to cry" to me all exactly as I then remembered being told would happen forever ago. Also, while with my mom I was forced to say "I can't get away from you people" & "I don't sleep at the same time as you people" by my mind-control violator exactly as I was told that I would. When I returned home & was typing this information I had the tv on & one of the broadcasters said "then you are sober" & I had to explain how it doesn't matter if I'm sober or not because I don't function regardless exactly as I then remembered being told would happen. In between typing this & the 6 pm news on channel 6 my mind-control violator communicated the following messages to me that were all exact messages I'm now remembering being told would get communicated to me today, long ago & each message made reference to specific (forgotten) details that I was told during these

conversations that I don't remember: "She can turn it into the FBI now"…. "but I'm not going to & they will be arrested if they don't (turn it (my court case) in)". "They do seem brainwashed to me". "& she never wants to see her again". "In a bad way, they aren't getting it back". "& that phone & computer are in perfect condition". "She is completely disgusted now". "Then she is pressing charges, in the very worst ways". "They are no longer interested in her company, in a good way for your family".        During the news between 5:30 & 6:30 I was shown the following details & they were all exact details that I was told would happen back then: An inmate at the jail in New Orleans was confused with another inmate (with the same last name) & released when he shouldn't have been. They interviewed a lady who "started crying" when she saw her husband & child after crossing the finish line at the Quad Cities Bix. They showed several adults at the Quad Cities Bix playing with bubbles. They showcased one of the news station's long-time for retiring & included the detail that he never had a college degree. A Galesburg Korean War vet who went missing in action was identified, brought home & provided a funeral with the 'Rolling Thunder' (a group of vets who escort funerals on motorcycles). A person stabbed almost a dozen people at a store & there was a story about a family who started a pineapple farm in Tennessee. I was shown an article about the Knox County Sheriff & the Galesburg Chief of Police working at the Hy-Vee in Galesburg & whoever told me this would be shown to me told me they wouldn't show it to me for around 24 hours after they left for a safety precaution (treating me disrespectfully as a threat).

- 7/27/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I woke up from an exact dream that I was told would happen long ago. The dream was of one of my high school classmates telling me that he is "a white Christian" & in the dream I was forced to watch him have sex with a female (but I don't remember visuals nor details just that was what was happening). My mom brought me my replacement phone along with some meat & sweetcorn, she left me lunch on the "blue" trashcan, she told me that my great uncle doesn't like living where he is at & I told her I want to smack whoever decided to move me here & that I am moving as soon as they get the paperwork arranged exactly as I then remembered being told that she would. I specifically asked to be able to keep my smartphone that needed it's battery replaced because I just spent the last several years taking notes on it nonstop while getting tortured, controlled & interrogated with mind-control technology while preparing for what should be one of the most important individual court cases in American history & because I believe that I could've auctioned that phone off for a lot of money or saved it for a museum but of course I wasn't allowed to keep the phone. When my mom was leaving one of my dogs jumped up & licked one of the packages of beef. I cleaned the outside of the package with rubbing alcohol & a piece of paper towel & then my mind-control violator said "& you cleaned it with alcohol" exactly as I then remembered being told might happen. Whoever told me this was going to happen told me they thought that I'd be drunk & get into a fight with my mom & be going to prison or a psych ward for the rest of my life when I could've been cleaning with

alcohol instead (or something similar). I checked my sisters social media & saw pictures from her vacation to Wisconsin & my nephew being in tiny short shorts looking unfit & my mind-control violator saying "he does like you now" & "then I should've listened to you the first time" were exact details that I'm now remembering being told would happen. My mind-control violator said "then I am going to move" to me through my own voice as I was typing this evidence the first time I documented into it earlier today. Later in the day I realized that my knife wasn't where I keep it & when I saw this I remembered being told that my mom was going to steal my knife. When this crossed my mind I was forced to say "I hate her" by my mind-control violator & immediately afterwards my mind-control violator said "I do too" exactly as I was told would happen. I then texted my mom about the knife & as I was doing so I found the knife & then remembered that they told me that "or you'll think she stole the knife" by whoever said this to me. They told me that when they seized my truck & specifically asked for my knife out of my truck that they wouldn't be giving it back to me & that when I got it back when she took me to the vet in that truck that she was going to take it again "or that I'd think she did". When they told me this, they told me if certain things happened that I'd find the knife & if certain other things happen that I wouldn't find the knife until I took off the sheets on my chair & the knife fell on the floor. When I texted my mom her response about how I would've rather lived with my grandma than went to college was exactly as I then remembered being told that it would be as well. I was shown a highlight of Chicago Cubs player Ian Happ running through a guy covering 3rd base who was in a run-down & this happening was another exact detail that I was told would have to get to happen for me to get to go to court. I was also shown a news story about a guy competing in the 'Warrior Games' with cancer & winning several medals exactly as I am now remembering being told that would happen. Throughout the rest of the day my mind-control violator tormented & violated me all day while communicating the following exact messages to me that I'm now remembering being told would happen back then: "Then I am going to say that to him". "Then he is going to be unwell". "& he is unwell". "& she's guilty". "She doesn't want his company now". "& they are not going to like the answer". "& she made that clear". – Within the recent past my mind-control violator communicated the following exact messages that I'm now remembering being told would get communicated to me forever ago if I proved my case & prepared this evidence but I don't remember which day they were communicated to me on: "Then I have nothing good to say about him now". "Then I have nothing good to say about her now". "Then I have nothing good to say about them now". "& you got almost all of them". "& I'm going to need at least a month".

- 7/28/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I woke up this morning with a missed call from an unknown number & when I called them back I left a voicemail. Soon after I received a text telling me that it was "Amanda & that she was just checking to see if her phone worked properly". This was another exact detail that was made reference to forever ago amongst these forgotten conversations. While making breakfast I was talking to my mind-control

interrogators about how much my agricultural improvements will improve the ease of operation at dog shelters & when doing so my mind-control violator said "& he is embarrassed now" exactly as I was told would happen. Soon after my mind-control violator said "she bawled her eyes out", "& she is already admitting it, in a bad way for them", "& they have to find you a safe place to live", "then you beat me",  "then I would find somebody else", "she swallowed immediately", "& that (the fact that I'm being stolen from & neglected so that others can profit from my rights not being respected (for example: Power companies are benefiting because my inventions have not been produced because otherwise people wouldn't have to pay monthly electricity bills anymore)) cannot be overlooked in the evidence now", "I am going to move & never want to talk to any of you again", "he's swallowing it would've been that easy for them (to prove my case with my evidence & establish due process for me)", "I am going to swallow (accept) that (the fact that the neglect & corruption I'm being violated with is a crime & that my violators & neglectors have done nothing but cause me damage & loss) right now", "& she's going to be swallowing that for the rest of her life", "then they are going to be unwell for the rest of their lives", & "then it's the worst day of all of our lives" just like I was told would be happening. The woman named Amanda who called me this morning texted me back saying that she is somebody who I gave my number to on a dating site a few years back & I'm remembering being told that this would happen too. Whoever told me this would happen said more details associated with this occurrence but I don't remember what I was told.  I checked social media & the news & was shown the following details that I then remembered being told would happen long ago: I was shown a woman appearing to be in a tribe of some kind (despite being a blonde) who was using her body's leverage to lift a weight for a strength-training page with her nipples showing through her tribe-looking clothing & a headline about somebody winning a celebrity poker tournament after watching a poker tutorial & both were more exact details that I was told would happen back then. Whoever told me about the guy winning after teaching himself how top lay by watching a poker tutorial told me that I wouldn't be able to go to court unless he won (or something similar). Ryne Sandburg (Chicago Cub hall-of-famer) died today & after hearing this I remembered being told that I wouldn't be considered for medicine or justice (I can't remember which) until he was dead. A man was arrested for stalking Caitlin Clark. I saw a headline saying that Jennifer Aniston stormed out of somewhere after Adam Sandler announced what he gave his costars as a gift. ABC showed a news story about a dog learning how to play cards & this is something that I was told would have to happen for me to get to go to court. A murderer killed people in NYC & then committed suicide with a 'suicide note' stating that he had CTE (the repetitive brain injury disease that I probably have). Whoever made reference to this shooting told me that there would be a "couple more" shootings before I would be allowed to go to court. I was shown a 'meme' with a riddle in it involving the name 'Drew'. I watched poker show 'Hellmuth's Home Game' & all of the details from this show were exact details that somebody told me would happen in my forgotten past: '3coin' (a man's name) had a 'Pirates of Caribbean'-looking beard. One of the players made a comment that somebody was 'Jesse James on a Poster' & Hellmuth's reaction was exactly as I was told it would be. 'Jungleman's (a man's name), DJ's

& Xuan's conversations were all exactly as I was told they would be. Hellmuth's son, Phillip, saying 'Broadway' when he turned over an ace-high straight & somebody saying "fuck ryan" during the game were all the exact details that I noticed that I was told would happen forever ago.

- 7/29/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I received a call from the housing authority asking me to get to their headquarters to sign paperwork that I'm turning in while attempting to move out of the state to a safe environment. My dryer suddenly started working after I replaced some of its parts a couple weeks ago (it must've had to reset itself or something)(It stopped heating up & I replaced some burnt wires, its thermostats & a fuse but it didn't work each time I tried it during the last two or three). Whoever made reference to this in my past told me that if my dryer didn't suddenly start working again that they didn't want anything to do with me & "couldn't trust me to do anything" (or something along that line). As I was remembering this I was talking to my interrogator (or being forced to talk (I can't tell the difference at times)) & when I mentioned that it felt like my violator was talking to me, through me (using my own voice) (a regular technique of theirs). When I noticed this I remembered being told that if I wasn't over here "high as hell" on cocaine & drinking alcohol heavily that "they couldn't trust me to do anything (because they are hoping to find ways to deny me my right to go to court)" (or something very similar to that but I cannot remember who said this to me (it was a female)).     I was violated with mind-control all day again today & was forced to understand the following communication that I then remembered was exact communication that I was told would be getting communicated to me long ago during these forgotten conversations that occurred while under surveillance: "he called the cops". "he wants justice". "& she is going to watch you". "& I'm going to go over there & make that very clear to them". "Then I'm probably going to find myself someone else". "& he did not prove you insane" was said to me & whoever made reference to this in my past said that somebody was going to be granted a specific amount of time to use mind-control on me & that if they couldn't prove me insane then it meant something for my court case. "& they are going to be getting talked to" was said to me about how my locals who are representing the government are going to be getting talked to about my circumstances as a victim & contributor.     While checking the news & social media I witnessed the following details that were all exact details that I was told would happen long ago: The news tonight on channel 6 showed a segment on the sprinkler requirements for 1- & 2-bedroom residential houses & the details of the interview were exact details that somebody made reference to forever ago. I was shown a headline about a sex offender getting arrested for sniffing somebody's butt at a public store. While checking Facebook I was suddenly shown several 'reels' (short videos) of a blonde dancing alongside her mom & then of a blonde on her pink ski boat. I saw an article about a couple businesses in Galesburg getting broken into & believe that this happening was another set of details that I was told would happen forever ago but I don't remember for certain.

- 7/30/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I woke up this morning to a message from Noah Ray (associated with this evidence). By the time I looked at the message its content was deleted & whoever told me this was going to happen told me that it was going to be deleted if there was a big difference in my evidence between when I first turned it in & now. I had to take a public transportation bus to Monmouth to sign a piece of paper & while waiting for the bus a 'Galesburg Rescue Mission' (homeless shelter) bus drove by & when this happened I remembered being told that people thought that I'd be getting kicked out of this house today & forced to go to that homeless shelter in that bus. When I returned home I noticed that my dryer (clothing) stopped working again exactly as I then remembered being told that it would (I bought replacement parts from the internet for it but not all of them fit so I replaced what I could). My mind-control violators violated me all day again today & them saying "he is swallowing that is very much something they (my mind-control violators) would do (sabotage me then neglect me intentionally)", "& he is swallowing that you should be worth more all of them combined" & "they are getting life sentences now" were more exact details I'm now remembering being told would happen long ago.        While checking the news I witnessed that a guy from the Quad Cities was arrested for animal cruelty after throwing kittens in a tree, a doctor who was just arrested for poisoning his wife & murdering her, a person was doused with fuel & lit on fire & Sydney Sweeny's 'American Eagle' ad was labeled 'Nazi & racist' exactly as one of these people told me would happen while they were violating me on surveillance as I wasn't functioning. I checked my sister's social media & all of her 'stories' on Instagram & the fact that I was shown 'The Switzerland of America' in Ouray, Colorado were exact details that I was told would happen long ago (I believe mind-control is being used to violate my sister & her children). I had on the tv briefly during 'Quad Cities Live' & them showing a segment showcasing a representative from 'Verizon' (the phone company) & my violator saying "& he bought it" to me as I was watching it were more exact details that I was told would happen. I also had the tv on during 'Who Wants to be a Millionaire' & 'Master Chef' & the details that occurred between Matt Damon, Ken Jennings & Jimmy Kimmel (including the fact that Damon & Jennings won $1 million for 'water.org') along with the exact details of the 'Master Chef' show (somebody told me specific 'dishes' were going to be intentionally sabotaged & the dishes they mentioned were the dishes that were complained about) were exact details that I then remembered being told would happen back then.        Within the recent past my mind-control violator said "I'd send them to the homeless shelter" but I don't remember who this was supposedly making reference to. They also said "& when you turn them down (their first offer for my court settlement), you are going to get more" exactly as I then remembered being told would be happening.

- 7/31/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: During the last couple days I had a phone number saved for the IL State Police that I was planning to call today to find out

why I'm not being provided 'due process' nor protection from my violators. The phone number suddenly disappeared off of my phone & instead I was provided with several contacts to email associated with the Illinois State Police Crimestoppers. I emailed every contact that they provided about my situation as a serial victim to our nation's worst crimes & one of them responded to me saying "how are we supposed to respond to this" exactly as I then remembered being told that they would. Whoever told me this was going to happen said "that is when I emailed every single one of those contacts". Not long after this my mind-control violator said "& they are going to say they aren't investigating it (my case/this evidence)" & when this was said I remembered being told that somebody told me details about this getting said (while I was under surveillance) but I don't remember them. I had the tv on momentarily while 'Quad Cities Live' was on & them showcasing a lady who showed different types of window blinds, including my childhood suggestion that I just remembered suggesting the design of in my 2nd grade class & the fact that the news lady said "hats off" were all exact details that I'm now remembering being told would happen. I'm just now remembering that when somebody told me this might happen they told me that people from my surroundings were planning to steal that invention/design from me. While in my grade school class they said "we might have to steal that one from you". Looking back on that specific moment I'm positive the design plan was mine but I hadn't put any thought into it prior & am uncertain if the design that was showcased is what I thought of off the top of my head or if my mind-control violator finished my design-concept-plan & verbalized it. This angered me & I wanted to put something else on the tv as I took notes to be able to document this evidence & did some exercise so I put on 'MTV Cribs' because I should be designing all of the celebrity cribs. I watched some of Season 16 & every episode that I watched contained exact details that I am now remembering being told would happen or that was made reference to long before the show was recorded. I checked the news & witnessed a headline saying that the Idaho man who is being accused of murdering his daughters is evading the law because somebody "within the law enforcement system must have sympathy for him" exactly as I was told would happen. I was shown that Justin Timberlake was diagnosed with Lyme disease, a 'funnel cloud' was spotted near Aledo & then people were arrested for "1000s of grams of drugs" & a woman from Louisiana was arrested for stealing from Medicaid & buying a Lamborghini with the benefits she stole exactly as I was told would happen. I was shown that somebody drove their car into a 'Portillos' & killed a 2-year-old while injuring over a dozen more & this is something that I was told would have to happen for me to get to go to court. I was shown that President Trump is renovating the White House with a new ballroom & this is something that I was told would have to happen for me to get to go to court. I was shown an add for 'Avery's Pub' in Monmouth & told that they are going to be serving $3 'walking tacos' & as I was processing that this is something somebody told me would happen decades ago my mind-control violator said "& I could get you coke" exactly as I was told might happen. I believe I was also told that the couple murdered in an Arkansas State Park (Devil's Den) was going to happen decades ago but I don't remember for certain. While eating supper I turned on the Lions preseason football game on momentarily & the details of Sterling Sharpe's interview (including him being "tickled pink")

were all exact details that I was told would happen back then. After eating supper I went out to mow my yard & my lawn mower needed jumped exactly as I'm now remembering being told that it would on this very specific day decades ago. Whoever told me this was going to happen told me my neighbor would be out in his yard playing bags by himself (& he was) & that if he heard me talking to myself that it would mean something for court (I was allowed to not say a word to myself nor my violator while I was outside tonight). After mowing the yard I walked to the library to see if I could use Microsoft Copilot to help me edit this evidence but it won't allow me without paying for an upgrade. The libraries Wi-Fi didn't allow me to connect so I had to walk to the Village Hall to sit outside on their bench to use theirs instead & while here a lady walked by & said hi & I suddenly had a cramp & had to pass my bowel so badly that I had to pull down my shorts & let it happen on their concrete driveway (it was night & nobody was around) exactly as I then remembered being told that she would. I then had to run to my house & get my bags meant for picking up my dogs' waste with & run back to dispose of my waste. Now that I've disposed of it I'm remembering being told that if I didn't that I would never be allowed to leave this town again or that I'd be getting sent to jail or a psych ward tomorrow (or something similar).        I've been violated with mind-control technology all day again today & said that they'd be picking up my violators in a body bag if they make their way into my presence while my violators were driving me insane. My mind-control violator immediately responded that "they are going to be in a body bag when they are picked up" exactly as I then remembered being told would happen. Whoever told me this was going to happen said that specific people were going to get picked up to go somewhere & if they couldn't do so under very specific circumstances (details that I don't remember) then I couldn't go to court (or something similar to that). Soon after my mind-control violator said "& he would take everything from you if we would let him" exactly as I was told would happen. Whoever told me this would get said told me that one of the local authorities would take everything from me & imprison me (regardless of knowing that I'm an innocent victim) instead of providing me 'due process' & protection. Later on my violator said "that's my point to them, that was your plan, not theirs" & "& he's swallowing that is exactly what you were (a child torture show/exposition with mind-control)" & these were more exact details that I was told would happen & that were made reference to long ago. While I was typing this testimony my violator said "& he is hurt" exactly as I'm now remembering being told that they would & they were telling me that my nephew is hurt but they won't tell me how he was hurt. They told me if he was hurt & I was still preparing this evidence in isolation in Alexis on low-income then it proved something about my case. At some point today my violator also said "& he is swallowing that is already wrote down" & whoever made reference to this to me decades ago said that somebody thought they were going to prove that I shouldn't get a fair day in court because of me attempting to hide/lie about evidence. While at the Village Hall updating my laptop my violator said "that's my point, they made it so that you couldn't (function physically nor sexually nor mentally nor go to court", "& it's the worst day of his life" & "that's good enough" exactly as I was told that they would. My violator says "no (you're not going to court)", "then no (as if they can use my right to go to court

as an ultimatum)" & "absolutely not (you can't live with your rights)" to me on a very regular basis. – Several more very specific evidence occurred within the last 72 hours as I was being sabotaged & tortured with mind-control technology but I didn't get notes taken on them in time & my memory lost the details to document. If I watched the surveillance of me I would be able to tell you what I was told would happen decades ago.   – I'm just now remembering to document that Kelly Cruse's (a gal from college who unfortunately was forced to be documented into this evidence) husband modeling my 'Monkey Feet' dumbbell invention is another exact detail that I'm now remembering being told would happen over a decade before it did.

- 8/1/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: This morning before falling asleep the following details of my conversation with my mind-control violator/interrogator were all exact details that were made reference to forever ago: I talked about how I noticed as a kid that me getting tortured & neglected was their (my violators & their audience) way of 'passing the torch' to my younger cousin who also has (& still has) bright blonde hair because I was a standout football player & inventor. During the conversation I said that 'Passing the Torch' should be the title of my autobiography. During this same conversation I mentioned how that as a child I noticed the crime shows (like 'Sons of Anarchy') never focus on how criminal organizations sacrificially commit crimes to 'tie-up', distract & stall the legal & law-enforcement systems & how they pay people with drug & sex trade resources to make these sacrifices for them. I told them how they never focus on the major 'exploiters' that exist in these circumstances & how I decided that they don't focus on this with their entertainment & educational productions because they don't want to help criminals figure out how to be better criminals. Also in this conversation I mentioned how I have a 'fight club' scene in my childhood football surveillance tapes & that my childhood football surveillance is probably the most romantic & hardcore football story of anybody alive (the focus about my love for the people & life). After this conversation my mind-control violator said "that is better than hers now" & "I do have to respect that now" exactly as I was told that they would. When I woke up later in the morning I had a knock at my door & as soon as I processed that I heard the door being knocked on I got out of bed but answered the door but nobody was there (I answered the door in less than 100 seconds) exactly as I then remembered being told would happen 1.5-3 decades ago. Soon after I began my conversation with my interrogator/violator & all of the following details were more exact details that I was told would happen back then: I talked about some of my cousins' cousin named Zack Ricketts & the fact that I had some Ricketts at my grade school after the cubs broadcasters mentioned the Ricketts family. I ordered my monthly order from Walmart & the fact that I didn't get the strawberries that I ordered & that they accidentally gave me a gallon of antifreeze were more exact details that I was told would happen over a decade ago. While placing my order the exact thoughts & debate I had about choosing which toothpaste to order were also more very exact details that were made reference to back then. I didn't get to start cleaning my house (it takes me 6-9 hours) until 9:30 pm tonight & while doing so I talked & was forced to talk to my

violators/interrogators the entire time & the entire 6 hour + long conversation was nothing but exact details that I then remembered being told would happen decades ago. I didn't get to document every detail but the following details were some of the examples: During the conversation I told them I don't take Advil or aspirin or similar medicine because I don't want my body becoming dependent & eventually weakening because of me regularly using medicines to thin my blood & that instead I was going to smoke a bong to remind my brain how good it has it when I'm not smoking. After I said this my mind-control violator said "then I like you" exactly as I was told that they would if I made that statement. I had a talk with them about how it seems as if the little girl from the movie "Interview with a Vampire" is the main character that my mind-control violators use to represent themselves to me (they make it seem as if its her that's violating me with their brain controlling weaponized technology). The talk included how I make jokes about being her character in real life because of my multiple personality disorder symptoms & how it seems as if I'm violated to force me to experience the same symptoms as child criminals that they keep in psychiatric care to experiment & compare are reactions & defense & how they do this while exposing my anger that I experience as a victim & the thoughts that I'm regularly forced to deal with associated with my anger. While they expose my anger & these thoughts that I ignore internally they sabotage my character to my surroundings (even in my privacy) (while under video surveillance) while showing me that they are capable of forcing these thoughts & then forcing the negative reactions so that they can pull that 'mind-control surveillance' & have me trapped despite the thoughts not being mine & the reactions being a sabotage crime. The next notable part of this conversation is when my mind-control violator suddenly changed their mind & said "then I don't like you" because I noticed when I was being sabotaged & don't take responsibility for my character as I'm getting sabotaged. I had to point out that I am defenseless against the mind-control criminals & have to call them out & do my best to defend/explain for myself as they are getting to violate, sabotage & trap me whenever they want. I had to point out how those who communicate with me using the mind-control & who continuously remind me that they don't like me make this wrongful decision about my character because they get upset that they can't compare nor understand the massive difference between normal peoples' everyday stress symptoms & the symptoms of being a survivor & victim of repetitive severe brain damaging injuries who has been getting tormented & violated for my entire life. They continue to hope that them violating me persistently will eventually prove that their people don't deserve charged for their crimes & that I don't deserve my rights as a victim nor contributor. In the early morning hours after arguing with my mind-controllers all night my mind went blank as I was cleaning my bong's glass downstem & I broke it exactly as I then remembered being told would happen.        - I was violated with mind-control all day again today & was forced to understand the following communication that I then remembered was exact communication that I was told would be getting communicated to me long ago during these forgotten conversations that occurred while under surveillance: "he bawled his eyes out". "he called the cops". "he quit". "then its attempted murder (for one of my violators I'm uncertain which one they were making reference to) & that's their answer now (to the court or higher-up

authorities)". "& they don't want anything to do with her now". "& they aren't going to be changing his mind". "that'll do (my effort)". "& that didn't slow you down a bit" was said to me & whoever made reference to this in my past told me that I'd be getting judged on if something slowed me down. "I am going to write that one down (document the evidence they just witnessed while spying on me), in a bad way for them" was said to me after I experienced what I did with the news & the ice cream in the following paragraph.        - While checking the news for the day I witnessed that a 15 year old died after swimming on a full stomach of pizza & fries, a 9-year-old died while swimming in Hersheyville, J-Lo was caught being sexual with two men in a public setting & the poker player named Eyring won an all-in hand for his 'entire net worth' against '3 coin' after telling him that if he picked a card & it was his ace that he was going to call & if 3 coin picked his 10 that he was going to fold exactly as I was told would happen 1.5-3 decades ago. The recent media coverage involving Supreme Court Justice Cavanaugh was also more exact details that I remembered being told would be happening & whoever told me about this coverage predicted the future coverage about the same topic associated with their coverage of him today.While typing this I had on News channel 6 & them showing a guy eating ice cream was something that I was told would happen long ago. Whoever told me this was going to happen told me that if I had to get up & go to the toilet to release myself (I briefly flexed my sudden erection that I got while I was typing this on my exercise bike) before that specific tv segment was over that the guy eating ice cream didn't want anything to do with something & they also told me he would have to go on the news eating ice cream if he didn't have my entire court case figured out without looking at this evidence (or they said something similar). As this was happening my violator said "he can do that at his work, he has his own office" exactly as I remember being made reference to forever ago. Immediately after the broadcaster on the news said "stay back", they showed me a segment with President Trump saying "incredible" & then the man interviewed on 'Wheel of Fortune' said something about Brittney Spears exactly as I then remembered being told would happen. Whoever told me about President Trump saying "incredible" said "& you could've made him just say incredible but instead you are going to throw away your opportunity getting drunk" (or something similar along that line). They made me think he would be saying "incredible" to me about my progress with my evidence & because of my contribution plans for the future while saying "incredible" to the media about something else. I was also shown a video clip of a drone that flies around protecting somebody's garden & the drone captured a raccoon (or similar sized animal) that was attempting to damage somebody's garden. Whoever made reference to this in my past told me that I couldn't go to court until a drone capable of doing this was available to purchase to the public. I was shown a headline from earlier this year where Denzel Washington had a verbal altercation with a photographer & am now remembering that this along with the fact that I'm just now remembering to document it today as they reminded me were both exact details that I was told would happen 1.5-3 decades ago.       – I'm remembering to document that within the past few days the following details occurred & they were more exact details that I was told would happen long ago: I watched the video that my sister posted introducing my new nephew & it included a

short clip of her telling her other children that she was pregnant. During that segment my niece said that she knew when she made the baby (probably because she heard them having sex) exactly as somebody told me would happen over 14 years ago. I asked Google Gemini some advice on how to communicate certain responses to people in specific situations & me doing so & the exact questions that I asked were more exact details that I was told would happen back then. My mind-control violator said "& you are going to be able to afford to (file my case in court)" & "& you would've been able to afford to hire Daniel (for my invention designing company) (I'm unsure which Daniel they meant)" exactly as somebody told me would get said decades ago if I prepared all of this evidence & I didn't remember being told this until recently & forward thinking requires my focus stuck with the present & priorities. My mind-control violator communicated the following messages & they were all exact messages that I was told would happen or that were made reference to during these forgotten conversations: "He's swallowing that you can cook better than them" was said to me & whoever made reference to this said that they wouldn't let me go to court unless I could cook better than somebody (or something similar along that line). "& I'm impressed". "& they made some pretty good ones". "I am sorry". "I kind of already did (begin the process of claiming my inventions)". "then you don't need it (justice & medicine)".

- 8/2/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I use my phone to note this evidence throughout the days & I spent almost 3 hours typing the notes out using my laptop's 'Microsoft Word' & this has been what I've been forced to do every day since purchasing it in 2019. While doing so I had the tv onto the nightly news & saw that a large 'brawl' broke out in Cincinnati that somebody caught on camera. While watching this I witnessed a guy take a couple punches & not fall then my memory suddenly reminded me that whoever told me this was going to happen 15-32 years ago said that if the guy fell it was going to affect the (or somebody's individual (I don't remember for certain)) judgement or opinion on my court case. I had more than a couple dozen separate statements within my notes that I had to word, organize & transfer into this document so it took over 7 hours & this is something that I've done 1-12 times per day since then so it's taken thousands of hours now despite being a complete victim or not legally responsible every time. Remembering each specific note the last several pages that I documented today, on this exact day, as all of this premeditated mayhem has been reoccurring on a daily basis for my entire life were more precise details that I am now remembering being told would happen long ago while I was blank & getting controlled by my priority violator. I don't keep a daily record so the surveillance that is being taken of me will prove what specific details I documented today. I added information into this daily section, my criminal-profile, my court argument & a several other specific sections so its time using the computer as I'd be better moving or getting fresh air & I don't spend much time outside because my violator sabotages me to everybody & without rest. I just spent an hour adding 150 words that was one note covering one statement with one topic & this document is now over 530,000 words long. This section on today alone is

over 500 words. I spend a lot of time searching through the document making sure the notes that I take on what happens & what I remember throughout each day isn't repetitive information that I already have documented because my memory can no longer remember all of this at once when it used to be capable. This is all time I wouldn't have had to spend if not for the violators so its been a massive & devastating loss that I am taking but shouldn't be. I had the women's soccer game that 'Ion' (tv channel) was broadcasting & the lady broadcasting suddenly said "then I like you" exactly as I then remembered being told might happen long ago & it seemed to be a joke about some of the sabotage that I was violated with in the recent past while in my privacy but under surveillance. The broadcast television & the people in my immediate surroundings regularly remind me that I'm under surveillance 100% of the time by making reference to what gets said while I'm alone. While I was being sabotaged I was forced to say that I'm probably getting sabotaged so often specifically so people don't "like me" nor enjoy nor respect my company.   While checking social media I saw that my cousin (Katie Mahoney) was selling her concert tickets & that Pamela Anderson is now dating Liam exactly as I am just remembering being told would happen.

- 8/3/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I was washing my dogs outside this evening & an out-of-town law-enforcement SUV drove by exactly as I'm now remembering being told would happen. I was under mind-control surveillance & getting communicated to regularly throughout the day & my mind-control violator saying "& that was a lot that you just typed" along with the fact that the news showed me that a woman from Georgia was paralyzed after getting 'wrinkle' treatment were both more exact details that I'm just now remembering being told would happen long ago. While keeping up with my chores I failed to note multiple segments of evidence that I remembered for the first time in decades because of my unreliable memory & conscious being unable to always keep up with my thoughts. I had to clarify to my interrogators that is why I expect my internal conversations with the mind-controllers to be accessible for me & the court since its constantly proven to me that my thoughts are always under surveillance.

- 8/4/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I received my delivery from chewy.com & the digestive supplement treats for my dog's package was ruined & the treats were scattered throughout the box so I had to notify chewy to have them send me more. I called the appliance parts depot in Galesburg & the part that my dryer needs is discontinued. I used OSF Healthcare's 'virtual visit' & they told me that I need to be seen in person despite them denying me in-person healthcare services. While out in my yard a blonde lady walked by & I remember them saying specific details about this happening but I don't remember them. My mind-control violator said "then I despise her", "& she bawled", "& she wants to try a joint" & "& they are

going to be contacting you" all exactly as I was told they would during these forgotten conversations. Each of these statements had more details that were mentioned with them but I don't remember any of them.

- 8/5/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I walked to the post office just before daylight this morning & I walked past a guy on his run exactly as I then remembered told would happen forever ago. Whoever said this to me made reference to it as they were basically telling me that they didn't trust me to document evidence for myself. I ended up calling OSF Healthcare in Monmouth attempting to schedule a meeting with their case coordinator because I continue to get moved from doctor to doctor who all seem unaware of my medical history & past as a victim (some of my past as a victim matters at the doctor's office (for example: I have several years of experience with different opiates & have been tortured (against my will) with those medicines by a violator using mind-control. My violators torture & test me psychologically & physically nonstop using the weapon)). The doctors have sent me home suffering from the same treatable symptoms every single time for the past 30 years so I'm hoping a case manager can accept all of the truths about me & get me set up with stress free access to the medicines & treatments that I need. I am currently filing a lawsuit against my local medical option (OSF Healthcare) & the government because I continue to be neglected medically because of my court case not getting settled so the lady at the office told me that she had to talk to her supervisor & call me back which was another exact detail that I later remembered being told would happen back then. I've called their office a few times within the last year or two hoping to get scheduled with a new doctor but they have denied me medical service despite them being the main provider in our area (& the other places denying me the same treatment). Their last doctor told me that if I wanted medical treatment than I need to move & then terminated me as a patient for going in & telling him what I had remembered to that point of my medical damage & experience with medicine to that point & not wanting to have to drive an hour away for medical care that I deserve here. He was wanting to send me an hour away to the pain place in Peoria that only gives shots that didn't do anything for me (I've already been there multiple times & not benefited to my knowledge). He was wanting to send me an hour away for a urologist for symptoms people deal with everyday here & without understanding anything about my past (history of sickness, infection & chew-spit consumption). I don't have the time to not get the everyday medicines that I need at the local hospital if they aren't being shipped to me.     – I saw my nephew being picked up from the babysitters across the street from his dad exactly as somebody made reference to. Whoever said this to me was telling me that they weren't going to let me be around the kids & they really haven't. The very few times that I was invited around them my skin looked disgusting because of the doctors & courts neglecting me so I couldn't. I went to the gas station & witnessed more exact information that the people from my past premeditated would happen. They made reference to the guys who were in their buying tallboys & they were in there doing so. My technological violators have murder attempted me several

times & all of the major crimes on the local & national news are now tied to my evidence & interrogation because of the people telling me all of this while I was not functioning & being neglected so I attempt to process & take note of all of the evidence that I notice. I never know what small detail might prove what.   – After cleaning until 6-8 in the morning I ate breakfast & then fell asleep soaking myself in the tub exactly as I then remembered being told would happen in my forgotten past.       - I was violated with mind-control all day again today & the following communication was all made reference to back then: "That's my point to him, you are about to move". "& she swallowed immediately". "& yours is cleaner than hers" was said to me & supposedly I am being falsely judged otherwise & then wrongfully punished (with negative medical symptoms & more) repetitively because of the false judgement. "In two years" was communicated to me sometime throughout the day & I believe they were telling me that I won't have my rights nor justice nor medicine nor protection from my violators for two more years. I believe this because whoever made reference to this from my past told me they would be giving me ridiculous & unlawful time continuances while stalling & stalling & then eventually deny me court permanently or let me go to court as an old man. They told me they planned to provide me continuances that would steal decades more of my life. "Then I'm glad I came over" (the only person who has been over in person has been my mother but I have no idea how many separate people have 'been over' using mind-control. Whoever made reference to this in my past told me somebody was going to be checking on me while using mind-control for their first experience with mind-control technology & made it a point that they didn't believe they would be glad that they did. "& I would come over every day" was then said to me after I took note of that last piece of evidence for this document & this fact was another exact detail. When they said they would come here 'every day' I thought they were meaning as a family member or friend (girlfriend) or service (cleaning service or medical service or mind-controller) but wasn't sure which & am now realizing that they set up the evidence to line up when & while knowing that I would already have forgotten about & moved on from the previous statement's notation on my phone. They were probably witnessing a usual 'mind-control' operator make the same mistakes or fit a profile (potentially as they were unaware that they were under surveillance).

- 8/6/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I spilled my grinder that was completely full of kief (the best part of the marijuana smoking experience that took me half of the year to save-up) onto the carpet & then onto the tv came a very specifically detailed interview between Seth Meyers & Pete Davidson that was spoken about to me over a decade ago exactly as I was told would happen back then.  I played my first round of online poker for actual money. I spent $20 to try it out & played the entire night before losing a couple that generally win. Doing so & my violator saying "& I do think you'd have a lot of money from online poker" were both more exact details that somebody spoke to me about. Whoever told me about this said it'd matter for court if they thought I could play online for profit or not & they said they did. The following were all details that were spoke about in my past 1.5-3 decades ago: I was up to $35

for the majority of the night & bought into a $5 tournament where I held my own for awhile until losing with queens to ace-king on the flop. The first tournament I played I placed second after not knowing it was Omaha Hi-Lo for the first 3/4s of the game (I thought I clicked on regular Omaha). At the end of the night I was down to my final $5 & put it in with top pair & king kicker against a favorable board but the guy won after calling with 5s & hitting his set on the flop. The person had seemed to be playing aggressive so I had to see after an hour of cold streak & running into the unexpected. If the cards would've sided with probability after the flop I would've won 6 or 7 different hands & would be up to $50 or more but the odds favored those gambling on draws & low-outs. After losing that hand my violator said "yeah, that's a tough break" exactly as I then remembered them saying might happen. Whoever told me this was going to happen said unless I turned it into thousands or more they never wanted to here about it nor have me waste my time on it. They said that how I did would affect their judgement on my character. Said something about 'unless you lose on a tough break' so-&-so. They said they'd be impressed if I didn't call the first top pair I folded to a 4-card flush draw after the flop for all my money & that if I did something Pete Davidson would give thumbs up in the interview (& he did). They said something about smoking the material that I spilled on the carpet but I threw it away.        - I was violated with mind-control all day again today & the following communication was all made reference to back then: "& he doesn't want your dog as a gift" was said to me because they must've known that I'd be considering giving away my dog as a gift since they are trapping me here without the resources to be able to afford the dog nor anything past the very basic. In the past they made reference to my dog getting given away but I don't remember the details I was told. The mind-control & video surveillance will prove everything as I have it documented. My family & I are being exploited because of insufficient legal representation up through the present. "& you're not going to be invited" was said to me about not being invited to do something. I believe they were making reference to my nephew's or nieces' upcoming or upcoming sporting events but they also told me they wouldn't be inviting me to some meetings (about my inventions/contributions), weddings & other important life events (baptisms, graduations, holidays, etc.) so I'm uncertain which if any are being referred to.        – I'm just now remembering to document that I was told the following facts were going to occur 1-3 decades before they did: The King of England was diagnosed with & is battling cancer. My dad was diagnosed with & battling the same cancer. My niece won the kids Princess pageant at the local fair.

- 8/7/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: While outside for a moment I unexpectedly started pulling weeds & then saw my neighbors outside talking (one was on top of her car cleaning) exactly as I then remembered being told would happen. I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "& he is going to turn himself in" was said to me

about one of my violators who is supposedly going to turn themselves in for their crimes while violating me but I don't know nor believe this to be true & believe they will continue to attempt to get away with doing whatever they want to me whenever they want. "Then they should owe you a lot" was said about how I should be worth a lot in court. I saw in the media that Kelly Clarkson's husband died & believe this is another exact detail that somebody told me would happen while under surveillance but I don't remember for certain. Part of me thinks somebody said that if certain things occurred with reality he wasn't going to survive. I gave the dogs a bath & my dog has now been bleeding for over 75 days on her menstrual cycle instead of the 2-4 weeks that I was told. It's been cleaning nonstop with a spray bottle & paper towels the entire time attempting to keep this place sanitary. Me being the first to document this for the record (that some bulldogs bleed for almost 3 months) & forgetting about the same thing happening last year for probably the same amount of time were both details that I'm now remembering being told would happen today long ago. I'm constantly being forced into battling for my own sanity, self-defense & individuality throughout my time with the mind-control violators (they are with me 100% of the time). They keep me as 'on-edge' & damaged as possible while attempting & letting others attempt to justify saying that I'm 'unfit' for public regardless of the fact that I'm completely innocent of all wrongdoing. They intentionally ruin all of my time to myself. They have done nothing but damage me & force loss while controlling & interrogating me. It just took me 6 hours to type 4 pages of evidence from about a dozen separate notations on separate facts that I remembered to add to this document over the last 24 hours & this has been something I've done 1-10 per day for several years now so time hasn't been spent cheap considering that I'm not only being sabotaged, tortured & violated by my mind's external controllers who don't allow me to function but I don't get to be around family nor the public as a completely innocent.

- 8/8/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Today I received a piece of mail for my father & witnessed a kid getting to be on tv as an umpire during the Cubs v Cardinals game that was on NBC. Whoever told me about the kid umpire said that he had to be able to do that for me to get to be able to go to court. I was told details about this piece of mail as well but don't remember them. The OSF case manager named Dusty Roberts called me & I'm pretty sure I was told that this specific person was going to be calling me & leaving me the exact message that he did decades ago. I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "then I did need this". Whoever told me this was going to get said told me that this was going to be Patrick Gavin saying this to me & that he wouldn't realize something until I had worked on this evidence every day for over 5 years while in isolation & unable to afford to leave the house. "Then yeah" was said to me after I played a couple rounds of Texas Holdem for the first time for real money online & didn't do a bunch of things that they did. My violator said "& you played better than him & smarter than him" after I finished playing. "& if they didn't accept

it immediately they will be going to a psych ward or prison" was said to me about how supposedly some of my violators are supposedly going to be getting a plea offer (far below what they deserve) for their crimes that they deserve life sentences for. "& they are demanding it now" was said to me about certain authorities demanding evidence associated with my case suddenly or now specific people (who don't need it like I do) are suddenly demanding that they get access to the stronger opiate medications that I need to function. "It is her fault" was said to me about how it is supposedly one female's fault that I don't have my rights, protection, justice, health, relationships, etc. & haven't for 3 decades. "Then they are the bad guys" was said to me as my violators were attempting to brainwash me into believing that other people are the "bad guys (criminals)". "Then I suggest you move" was said to me by my violator as I was doing absolutely nothing wrong & mowing the yard. "& she is going to be unwell for a long time". "& she is going to be unwell for the rest of her life". "& he looks better than you & she made that clear" was said to me & "& she made that clear" has been said to me repetitively over the last couple months about how supposedly some female has been making things clear to others yet I'm still being tortured nonstop & without justice & my rights.

- 8/9/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I went on a run this morning just before daylight & while doing so I suddenly imagined a future argument with one of my violators. I was making a specific gesture when I suddenly past a guy walking his dog with his shirt unbuttoned & seeing this specific guy as I was making this specific gesture were exact details that I then remembered being told would happen back then. In the evening I walked to the post office & while walking home I crossed a kid who was walking home with a bag of groceries from the gas station & seeing this kid with his bag was an exact detail as well. At night I wrote Jake Murdock on Facebook about being told that his sister was going to be turned disabled & that her husband was going to die over a decade before they did. While sending this message to him I checked his Facebook profile & every picture that I saw of his was another exact detail that I was told would happen back then as well (he was in a picture with Rachel McAdams, another picture with other famous, was wearing specific clothing in his picture & was on vacation in one of his pictures). Me sending him this message tonight was made reference to forever ago by one of the people who told me all of this. I randomly checked another profile while I was on Facebook & saw that Tyson (Rogers) took his daughter on a vacation & the pictures of them & his post about it were more exact details that somebody told me was going to happen as well. While taking care of my dogs my male bulldog had a big zit on his forehead suddenly that I had to pop & treat for him & this happening was another exact detail I'm now remembering being told would happen. Also while checking social media I was randomly shown a profile that was of a family (Sangster) from Monmouth. When I was shown this I remembered being told that if I started jacking off while seeing the female of the family in the picture that it would mean something for court. I was also told that Travis Sangster (the male that is my age from my little league) was going to be involved with the mind-control that I'm being violated with.      While

checking the news I was told that the Galesburg & Knox County Police are fully staffed & then I remembered being told that I wouldn't get to go to court until they were & that they would never be fully staffed. I check the news on social media as well & saw a picture that a model took in Hawaii of a guy driving a car for a church who was flipping somebody off & this was also something that I was told would need to happen for me to get to go to court. I was also shown a headline about Cubs player Michael Bush making a public statement about Wilson Contreras being his least favorite ex-Cub & this is something that I was told would happen back then too. I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "& she is swallowing now" was said to me about how some female (unknown to me) who has supposedly been a decision maker about my case is just now realizing & accepting the facts of reality associated with me. Whoever told me this told me this was going to happen told me that I wouldn't be going to court until this lady was "swallowing".  This has been said to me repetitively over the last couple years. "& they take it very seriously" was said to me & then I remembered being told back then that this upcoming fall my evidence is going to be given to an authority who takes child-abuse, sabotage, murder-attempts, rape, fraud, medical neglect, etc. seriously. "& he is the worst person that they have ever met" was said to me about how somebody (I believe they are talking about the local cop who was arrested for domestic abuse) is the worst person they've ever met. Whoever told me this was going to get said told me it would supposedly make a difference in my court case on if he was the worst person they've ever met or not. "& they are the worst people they have ever met" was said to me & whoever told me this might get said told me that if they weren't the worst person they've ever met than I was (& I'm a completely innocent victim & somebody who should be a major contributor). "& he loses to you about that now" was said to me about how supposedly somebody loses to me about the importance of my court case now that I've spent over 7 years preparing for court every day while getting tortured & interrogated. "& they aren't making the cut now" was said to me about how somebody (unknown to me) isn't going to get certain resources anymore because I am prepared for court. "& there is nothing we can say for them now" was said to me about how supposedly legal representatives can no longer "say" anything for certain individuals deserving certain rights or resources. "& I have nothing good to say about him" was said to me & when this was said I remembered being told that if somebody had anything good to say about somebody else (unknown to me) that I wouldn't be allowed to go to court.    – Within the recent past the following was said to me by my mind-control violators exactly as I then remembered being told that it would forever ago but I didn't get it processed nor documented at the time: "& they are trying to hold that over your head" was said to me about how unlawful opposers to me & my court case are attempting to say I'm incompetent, unfit, or undeserving because of times when I was getting intentionally controlled & sabotaged by my mind-control violator & getting intentionally neglected by the legal system. "& they had a kid" was said to me about how people (unknown to me) had a kid together.

- 8/10/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: After midnight this morning I walked my dogs to my sister's mailbox to deliver a piece of mail that I received for my dad. On the way there was a mini-excavator driving around town & my female started having a breathing attack & both of these were more exact details that were made reference to back then. Before I went to sleep this morning I was texting my mom about needing somebody to get me to a doctor because my skin is torn up & looks disgusting & she told me I could have my truck back but ignored all communication that I have sent her for the last 6 years while continuing to ignore all facts of reality & told me that "I'll be driving at my own risk" exactly as I then remembered being told would happen back then. I watched some of the Cubs game & the following were all exact details that I was told would happen long ago: Crow-Armstrong grabbed his junk while the pitcher was watching him & attempting to pick him off as he was on first. Moments after stealing second he was thrown out while leading off at second & then the coach was interviewed & said "we have to celebrate their emotions & let them be themselves (or something similar along that line)". A cubs player was called out stealing second despite being safe & us challenging with a video-challenge. Tucker hit a single & the bench jumped for joy & whoever told me about this specific detail said more details about this specific hit meaning something to certain people but I don't remember. While checking the news I saw that a woman umpired for the MLB for the first time, a military lady lieutenant from Galesburg High School made a statement to the public & two boxers from Tokyo died from head injuries during the same event but in different fights & all of these headlines were exact details that I was told would happen 1.5-3+ decades ago. I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "I hate you". "& I don't want to be around you". "We did need that" "I did need that (which is said to me nonstop)". "& you beat me a lot more than I thought". "Then we are pieces of shit". "Then they will not be there". "& they are my enemies". "& I would make you bend over". "& I got the picture". "& it is nowhere in the realm". I was told more of the exact unwanted communication that I was forced to be violated with today would happen also but I didn't get anywhere near everything documented. With access to the existing surveillance I will easily prove everything but my case for the day is already proven with what is documented.  – Within the recent past I was watching the Cubs game & suddenly sent a prayer up for the Swanson family & their baby that is on the way. When I did this Swanson hit a home run & I then remembered being told this would happen 12-30 years ago. A while after David Beckham was knighted I remembered being told that he would be knighted long ago. I recently was shown a picture of my nephew with his 4-H (agricultural club) project & later on remembered being told that he was going to build a toy skid steer almost 15 years ago or more.

- 8/11/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't

remember while I wasn't processing nor remembering conversation: My mom finally let me pick up my truck because I had to go to the doctor & didn't have a ride. I had to get a ride from public transportation to her house & on the bus the driver said "move him to the top of the list" & "she lives right by the shop" exactly as somebody from my past told me that he would. They told me more details about him saying this but I don't remember what they were. I then drove from her house into town & while driving through the square I saw David Reid Clark (a famous lawyer from town who is the uncle of my childhood best friends) attempting to park his Cadillac in front of his office but there wasn't an open parking spot & whoever told me this was going to happen said something would matter to him or somebody if he could park there or had to park somewhere else. After driving past his office I realized that I forgot to take my recycling to the drop-off & when I turned off on the next road I saw two ladies carrying their groceries who looked at me exactly as I then remembered being told would happen. I then had to air up my tires at the gas station (& it cost $6 (it used to be free or $.50) (I was told that it would probably cost $6 & that I probably wouldn't be able to afford it & would get arrested for driving)) & the car that pulled next to me had a couple that whoever told me this was going to happen detailed their actions/clothes/car. I then went to the car wash & washed the truck with the manual section of the car wash & the quarter machine stole $2 from me exactly as I then remembered being told would happen. I then drove to Galesburg to go to the urgent-care center & the vet & on the way there was a Galesburg police officer running a speed trap exactly where I then remembered being told that he would be. I went to the vet first & when I walked in the door a girl was told they had to reschedule. The lady at the vet then shook her head at me & then I talked to the other lady asking her if I could get refills on the medicines they gave my bulldog a couple months ago for her infected paw. She told me that it would cost around $300 so I decided to go to a different vet & left. While walking to my truck I realized that I could ask them about ordering the medicine from chewy.com so I went back in. While waiting in line to talk to them again a man walked in with a dog in a cast that appeared to be a 3-legged dog with a cast. My grandpa's dog accidentally ran into the lawn mower & was turned into a 3-legged dog & last night I made a comment to my dog that she might be better off if we just cut off her foot with the lawn mower (& I think my mind-control violator forced me to say that). When I talked to the lady again she told me that they hadn't received the money from our first vet visit & then she told me that balance was suddenly paid for. All of these details were more exact details that somebody told me would happen back then & whoever told me this said if that balance didn't suddenly get paid while I was at the vet that it meant something about my court case. I then went to the urgent care center & my conversations with the doctor & nurse went exactly as I then remembered being told that they would: The doctor said that the rash on my forehead (that very much looked like an allergic reaction/rash (& not acne) looked like acne so she didn't agree & that it "wouldn't be appropriate" to put me on the medicine that the Emergency Room doctor gave me that eliminated the same symptoms last time. They lied to me & said "some of us are just blessed" when they were telling me that there isn't medicine that would clear my skin (like a shot of penicillin or whatever the majority of the population is on that allows them to live with clear skin). The

nurse's exact wording & expressions were exactly as I then remembered being told that they would be also. At some point while in Galesburg I had to turn around to drive the opposite way because I changed my decision about something & I turned around at the Lake Story campsite. When I turned around a specific Jeep & RV were at the park exactly as I then remembered being told would be there. I then had to drive back to Monmouth to go to the Emergency Room for treatment because I don't want to die from an untreated infection & the following details occurred exactly as I then remembered being told that they would: When I went into the hospital there was an old man who was volunteering as the greeter & the guy in front of me in line was named 'Ryan Greenstreet'. While in the ER room the ER nurse suddenly psychologically attacked me by asking if I was 'homicidal or suicidal' when I went in there for my face being broken out in a rash. She asked if I smoke marijuana & I told her that I do "sometimes out of a perfectly clean water bong" & when I said this my mind-control violator said "& that is going to matter". The ER staff sent the medicines to Walgreens in Galesburg instead of Monmouth. I then went to Walgreens & the following details occurred between then & when I finally got to go home: While waiting in line I asked if I could get the HPV & HEP-B vaccines & they told me that I could come back in an hour & a half & pick up my medicines & get the vaccines because they were going to go to lunch. While waiting I walked to the library. On the walk I saw my cousin's picture in the art center's window with several of the other local senior pictures that were being displayed. I also saw a Range Rover with 'I OBJECT' as the license plate at the courthouse & whoever told me about that detail told me that somebody wouldn't be willing to accept the reality of my court case until they had that vehicle with that license plate (or something similar to that). In the library a lady walked by talking to who she was with & I heard her say "it's a lot" (exactly as I was told that she would). While there I emailed the 'Pinterest' app to notify them of a "big problem" with the app exactly as I was told that I would. I rented the exact 3 movies that I then remembered being told that I would be checking out & whoever told me about this told me that they wouldn't be letting me check out the movies unless I made decisions they were satisfied with. When I returned to Walgreens I was notified that the insurance wouldn't cover the Hep-B vaccine that I am past due for without a doctor's approval & the conversation with the pharmacy's employee asking me if I wanted them to call to attempt to get them to 'override' that decision was exactly (word-for-word) as I then remembered being told that it would be. While waiting for my vaccine & for my medicine the following details occurred that were all more exact details that I was told would happen back then: I walked behind one of their store employees as she was in the aisle & said "right behind you" & when I did she responded "good, I didn't want to have to hit you (or something similar)". I talked to my dentist on the phone about getting more oral thrush medicine & when I told them about being denied primary care medical services we had a conversation that was exact (word-for-word) details that I then remembered being told would happen back then & it ended with them saying that they are going to try to get me help getting my rights & public resources. I talked with two separate ladies from the dental clinic & both conversation were exactly as I was told they would be including the fact that the gal (that works there from Aledo) asked me if I had tried the doctor in Aledo &

then sounded upset when I told her that I called them months ago but never received a response. While waiting for them to fill the prescription that my dentist called in I sat by a pregnant lady in the waiting area & my relative, Greg Elliot came in to pick up his prescription. Whoever told me that I'd see that man there told me if he couldn't walk into the bathroom & sniff a line of coke or opiate medicine that was there waiting for him that it meant something for my court case. While leaving I went across the street & tried the new ice cream shop & my float got my hands covered in whatever strawberry ingredient they put in it exactly as I was told that would happen. While waiting for my float I realized the place was called 'Harper's Ice Cream' & that whoever told me these details told me I would wonder if it was named after my niece (Harper). When I returned home my male bulldog was outside panting with a breathing attack (the first time I have witnessed him struggle with a breathing attack) & when I went inside he had drank all of the water bowls dry except for the fourth one that he had filled with vomit exactly as I then remembered being told would happen.          I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: While laying in bed this morning I was thinking about how the political parties should be changed to a political party that represents owners & a party that represents the working & lower class. While considering this & the rest of my inventions my mind-control violator said "& that would be a better future" & then I remembered being told that would have to get said to me for me to get to go to court. Soon after I was forced to go on an anger rant & all of the details were exactly as I was told they would be & afterwards my violator said "then you aren't welcome with me". Whoever said this was going to happen said it would matter if I was welcome with whoever or not. "& she is swallowing that your idea is better" & whoever said this to me told me a bunch of details about a supposed person hoping to get away with benefitting massively from my designs/plans. "Then I am in trouble". "& he didn't make the cut". "& she is going to be swallowing that instantly" was said to me & whoever told me about this statement told me that somebody is going to be accepting facts of certain court arguments of mine associated with me driving & deserving medicine that she wouldn't accept until I could present all of this evidence myself. "Then move far away". "Then they aren't fit for public" was said after I went to the urgent-care center. "& that is one of his favorite neighborhoods in town" was said to me after I left the hospital & when this was said I remembered being told something about my mind-control violator driving me through one of their favorite neighborhoods. "& he is going to be charged" was said to me about how somebody (unknown to me) is about to be arrested & whoever told me this said if he doesn't get charged that I don't deserve anything good in my life (or something along that line). "Then they are fired". "& it would be the best day of my life". "& they were cruel to him". "They are pressing charges". "He's calling the cops". "It's the worst day of her life" was said to me & whoever told me this said I wouldn't get to go to court if it wasn't the worst day of somebody's life every day from a certain point until I went to court. "That is the end (of me crossing evidence that I was told would happen forever ago)". "They bought it". "& they could not lose worse". "& you did drive better than them". "They agree that they deserve a

life sentence & their asses beat".    – While checking the news on my phone the following were all details that I'm now remembering being told would happen back then: A guy from the quad cities who is permanently confined to a wheelchair had his disability check stripped unexpectedly because he earned a small amount over the limit during one month years ago while working at the dispensary. I saw a picture of Galesburg Police officer Lane Mings looking at the Galesburg football coach as they were at a public event. Whoever said this was going to happen told me that it would matter if he was willing to look at him or be in a picture with him (or something similar along that line). I was shown a short video of Aaron Rogers (NFL quarterback) throwing a ball in the opposite direction of a kid who through a football at him. I was shown that a house in Colorado was built attached to a big mountainous rock.  – I'm remembering to document that while going to Monmouth I saw a certain truck at Ryan Condreay's (an old friend who is in this evidence) house. I remember that they told me Eric Hanson owned that truck & that they would be there together on multiple specific days while I was living in Alexis. Whoever told me this told me that if they were there together on all of the specific days that I've witnessed that truck there that it meant something for my court case or life (or something similar along that line) but I don't remember the details & will have to rely on the surveillance.

- 8/12/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning my mind-control violator said "& I would give you a blowjob" & then I remembered being told that if somebody wouldn't give me a blowjob that I wouldn't get to go to court (or something similar along that line). I ended up forgetting & cleaning my washing machine before I washed the dog's towels just like I then remembered somebody making reference to. Whoever made reference to this was telling me that somebody would rather be with somebody else (as a wife/husband) because they wouldn't have made that mistake. My mom texted me wanting to know details about me paying the vet & I told her that I didn't want reimbursed by her & my mind-control violator said "then I did need this" & "then I don't like them" exactly as I was told would happen. The vet from Galesburg called me to tell me that they approved the medicine that I asked them to prescribe my dog again & during the call the lady said "um" a dozen or more times exactly as I then remembered being told that she would. I had to send some more emails to Pinterest to get them more information on my complaint & while doing so my violator said "& that was very easy". When I was told this would happen I was told that if whatever they had to do which is similar to what I just had to do wasn't easy then I wouldn't be allowed to go to court & they said that if it was very easy it would mean something better for me (or something similar).          I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "he is ok with that now" was said to me about how somebody (unknown) is now ok with me getting justice or medicine or driving myself. "& they can't buy it (one of my ideas or inventions) now".

"& they are unwell as it gets" was said to me & whoever told me this would get said told me it would matter for court if "they" were unwell or not. "it's the worst day of her life, I guarantee it". "& he is pressing charges now". While typing this my violator said "then I did need this" through my own voice as if they were sad & "then I'm going to prison & I deserve it" exactly as I was told that they would. "he is mad now" was said to me after I completed a few more tasks that I shouldn't have had to complete. "& she is going to swallow that for the rest of her life". "& this (evidence) does prove that. "He would buy you one now" was said to me after I cleaned my truck but I'm uncertain what they were talking to me. "He's going to call the cops immediately". While watching the news as I was typing the 3 hours' worth of evidence that I took notes on over the last 24 hours I saw that Mercer County made an agreement with their school contract dispute & that there was a news story about Annawan teachers & their 'work-life' balance & both of these were news stories that I was told would happen & whoever told me they were going to happen told me that these news stories were going to be different depending on my decisions over the past several years & where my progress is with preparing my evidence (I'm as caught up as possible). I was also shown that our Governor Pritzker went public saying President Trump doesn't have the right to send troops to Chicago. While checking my phone I was shown a kid from Indiana named 'itsAjacksonthing' & his videos were exactly as I was told that they would be before that kid was born. Within the last 48 hours I was shown a news story on the local news about a young girl or girls from the area dying after being hit by a car & the girls mom was crying. Whoever told me this was going to happen told me they didn't believe that she would be crying because of my court case (or something similar). – I'm remembering to document that while going to Monmouth I saw a certain truck at Ryan Condreay's (an old friend who is in this evidence) house. I remember that they told me Eric Hanson owned that truck & that they would be there together on multiple specific days while I was living in Alexis. Whoever told me this told me that if they were there together on all of the specific days that I've witnessed that truck there that it meant something for my court case or life (or something similar along that line) but I don't remember the details & will have to rely on the surveillance.

- 8/13/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3 decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I had to transfer my video file for my 'Pinterest' complaint using "wettransfer.com" after noticing last night that the thought crossed my mind about getting Angelina Jolie 'wet' & while doing so I had to be sent a 'verification code' to my email & whoever told me this was going to happen 2-3+ decades ago knew the exact verification code that was sent to me. While typing this I realized that it's called 'wetransfer.com' not wet-transfer exactly as I was told would happen. I had to call the 'administration' for OSF medical group to try setting up a meeting so that I can get medical treatment since the doctors & nurses continue to neglect & violate me. While on the phone with her she said she wrote the president's name down (because I asked to schedule a meeting with OSF's president) exactly as I then remembered being told would happen. Whoever told me this might be in the future said it would matter if she was willing to write her name down or not.

After hanging up the phone with their administration's representative my mind-control violator said "then they like you now" & "& that's the truth (that I've been getting exploited, tortured & neglected in hopes that my violators & neglectors could benefit from my $billions worth of inventions & family's farmland)". Later in the day I sent this file to my childhood little league teammate, Ryan Greenlief & while looking for him on the internet I noticed his pictures on his social profile were exactly what somebody told me that they would be.            I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "He's (unknown to me) swallowing that is what is going to happen (my case gets turned into a criminal case)". "He's (unknown to me) swallowing that you're not going to hang out with them (unknown)". "& he has none of those symptoms (somebody who is getting the medicines that I need)". "& that's why I don't like you". "Then find somebody else to turn it (this evidence) into". "He cried". "& she had sex with almost everybody, in a bad way for her". "& that (my female bulldog) is her dream dog". "She's a ho". "Can I be your doctor?".            While checking the news I saw that a side-by-side pulled out in front of an oncoming vehicle on local highway 150 resulting in the old man dying & this was another exact detail that I am now remembering being told would happen back then. I also was shown the Travis Kelce GQ photo shoot, media coverage about Kelly Clarkson's ex being in a relationship with her assistant before he died & that Angelina Jolie is going to move to the other side of the world these were all exact details I was told would happen back then as well.    – I'm remembering to document that during my childhood I was told that somebody wanted to make a movie about when people "swallow" (while accepting/realizing reality) & that seems to be the main theme throughout my dialogue with my mind-control violators.

- 8/14/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Today I wrote the World Intellectual Property Organization about my case (this evidence) & struggled to limit my message to 500 characters because it didn't have a character counter. I attempted to call them as well but the call didn't go through & all of these details were exact details that were referenced to back then. I sent the same message to the Department of State. I had a talk with my interrogators about Aaron seeming as if he was aware that I was going to be forced to do to him what his brother did to me & expecting it & the details of this talk were very exact details that I'm now remembering being told would happen forever ago.            I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "& they are swallowing that he is going to get the death sentence". "& she is 100% supportive of you". "& you've lived here a year" was said to me & whoever said something about this in my past said something about how it would matter if this house was clean, if anybody has visited me & if I've been arrested since living here (the house is clean, nobody has visited me & I haven't been arrested). "Then you are my best friend". "& she

swallowed". "& she doesn't get to say anything but that now". "& I've got nothing for her". "& they could have you doing a lot better". "& they will be swallowing that in court now". "He is pressing charges for you now". "& I have them proven delusional".            While witnessing the news I saw that Governor Pritzker bought the Illinois State Fair Grand Champion steer for $105,000. I also was shown a news story about the New Windsor Rodeo & they talked about the 'rodeo run' & told us to buy a cowboy hat. While doing this the news 8 lady, Ava Hedges said "then we'll go away" & all of these details that I witnessed with the news were exact details that I were referenced to long ago. I believe this "we'll go away" was making reference to one time my youngest sister had to witness me cry. During that moment I wasn't "awake" cognitively & was crying while not functioning & was suddenly woke up & then made an acting joke (Leonardo DiCaprio-type mental-fit) to myself as I was still crying. I was shown that Mercer County began implementing a drug court & had its first graduate. Whoever made reference to this news story in my forgotten past told me that I wouldn't be able to go to court until they allowed a 'drug court' & somebody successfully graduated from it & they told me that they didn't believe anybody would ever graduate from it. While typing this I witnessed a local news update about the 'Trudy Appleby' murder in Moline, IL & the details of this entire speech from the police were all exact details that I'm now remembering being told would happen over a decade ago. Whoever told me this was going to happen said that if I wasn't still working on this same evidence while watching them go live about finally arresting her murderer then it would mean something for my court case. They also said that if I didn't just received medicine for my female bulldog & that if both my dogs didn't come to me when I whistled at her for medicine then it would mean something for my court case & all of these happened today as I remembered being told this. I witnessed that President Trump is meeting President Putin in Alaska tomorrow & that Jack Nicholson's grandson is in the media for allegedly physically abusing his girlfriend & both of these details were more exact details that I'm now remembering being told would happen back then.  – Within the last few days my mind-control violator said "& I got exploited" & "& that's as bad as it gets" & I was told both of these would get said back then.

- 8/15/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I went on a run this morning & after dropping off the movie that I rented from the library in their drop box my violator said "your win" exactly as I then remembered being told would happen. On the run I ran past my old neighbor's house there was a 'Cox for Sheriff' sign in his yard exactly as I'm now remembering being told would happen. Whoever told me about this sign told me more details about it but I don't remember & I also just remembered being told that if A.J. won sheriff that I'd never be allowed to go to court. Ameren (my power company) suddenly raised my bill over $200 more than what it was this month last year & over $100 more than what it was throughout the rest of this summer. They raised it over $100 last month also. When I called Ameren & told them that they didn't give me fair notice for this unacceptable raise in rates they said its "been in the news a lot & that they sent letters out" & I didn't receive a letter & have watched the news every day

all day for the entire summer & nothing was said about it. Them raising this bill on me & me being forced to file a complaint with the Illinois Commerce Commission are both details that I'm now remembering being told would happen back then as well. I went to Dollar General & all of their freezers were out of service with a sign on them saying that they had ice cream if you asked the workers & this was another exact detail that I was told would have to happen for me to get to go to court. While watching the morning news I was talking with my violators & interrogators & said that I should ask broadcaster Guthrie (Morgan had a sexual partner with the same last name (which fits the harassment that I deal with on literally every news station)) if she wants to be my lawyer & when I did this she said 'thank you' seemingly to me. I called 911 about still getting violated & about my Ameren bill being raised to an unaffordable amount & the lady said she'd have a deputy call me but nobody called. I received a call from OSF from a lady who initially said her name was Jessica & our conversation (& my entire interaction with her) was word-for-word exactly as I'm now remembering being made reference to 13-30 years ago. Throughout the conversation she continuously told me she is going to help work towards a resolution but she did this as continuously making illegal excuses/responses in hopes to get away with continuing to unlawfully deny me medicines & treatments that I'm entitled to. Our conversation included her saying "then I need to investigate" & "we don't want you to deal with that (despite them constantly forcing me to deal with nothing but "that" (unlawfully denying me medicine & wasting my time))". She then sent me a link using their web portal & now her name is supposedly Rebecca. When I finished on the phone with her my mind-control violator said "& that changed their mind" exactly as was made reference to back then when I was told this might be happening. I sent this evidence into the Moline Police Department. Initially I sent it to the email link on their website that had me address the email to an 'A. Jackson' but when I called there they told me they don't have an 'A. Jackson' working for them & I had to call them back later because OSF called me as soon as I started talking with the lady. I then sent it to their Chief of Police & called & left the message with his office to ensure that he didn't lose my email to 'spam' & all of these interactions with them were more exact details I'm just now remembering being told would happen as well. When I hung up the phone with his office representative my mind-control violator said "That was as smooth as that's ever went" & whoever told me this might get said told me that I wouldn't get to go to court or wouldn't get medicine unless it was. They gave me the same ultimatum if "he didn't love it" but after I finished on the phone with both of them my mind-control violator said "& he loved it". OSF sent me a link to turn in this evidence into but the link wouldn't work on my smartphone so I had to walk to the library to attempt to use their Wi-Fi. On the walk to the library I witnessed a lady walking with two young kids & the young girl suddenly slammed down on the concrete somehow (nobody touched her). When I witnessed this I remembered being told that it was going to happen (1.5-3+ decades ago during these same forgotten conversations) & that it was another reenactment of something that happened to me as a child.          I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the

details: "& I did need that one" was said to me exactly as I was said it would be if I was typing the statement I made about Aaron & masonic-type rituals in my criminal-profile. "& she will be put in a psych ward if she says anything but". "& you'll be glad you wrote that down". "He called the cops, it's a good thing". "Game over". "She almost puked". "Your win (I don't know what win they are talking about) against her (unknown to me) & it's a big one (win)". "I could not lose to you worse". "It's the worst day of her life". "I do have to swallow that now". "& I don't care". "& you will never have to speak to one of them again". "& you do have amnesia". "You get to move". "& he is fucking his wife". "they agree that is what they were doing (attempting to torture me until I lost my temper so they could unlawfully justify imprisoning me or denying me my rights/earnings/opportunity)".          While watching the early morning ABC world news I was shown that a mechanic had his wallet returned to him after losing it over a decade prior & an NBA player's wife survived a shark bite & both of these were more exact details that somebody told me would happen in my past. Whoever told me about the shark bite told me that I couldn't go to court unless she got bit & survived. I was also shown a post on social media about Rachel Jenks-Kunkle's husband taking an I.C.S. student to school in his semi & that Galesburg is looking for volunteers to help them do work on their skate park & these are more exact details that I'm now remembering being told would happen.          – Within the last few days my mind-control violator said "& he's swallowing that was your idea too", "he's swallowing that you are going to go mow their yard" & "he's swallowing that you're going to pack your bags & leave" & all of these statements were made reference to back then alongside more forgotten details.

- 8/16/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I am remembering to document that I was told Ameren would be intentionally overcharging me to the point where they took back all the financial benefits the state energy assistance program has provided me over the past couple years plus some (basically they are charging me for using the winter assistance program for the low-income). I had a chat with 'Google Gemini' asking more questions about what specific crimes are called & found 4 more crimes to add to the list at the end of this evidence & at the end of our conversation Gemini sent me a picture of a gavel (which is the same picture I have on my social media accounts) & when I was told this might happen 1.5-3+ decades ago I was told that if they sent that picture it meant that they are ready to accept my evidence in court & press those charges. After this happened my mind-control violator said "& you don't have to know the (specific legal terms) terms". While working on this document this morning I had on ABC news & them talking about 'rap battles' & the rapper named Drake is an exact detail that I was told would be happening long ago. I saw a Facebook post from the Western Illinois Animal Shelter showing a young boy who donated money to them from his lemonade stand & whoever told me this was going to happen told me that if he donated that money to the lemonade stand that he would never get the medicine protecting him from having acne taken from him in his entire life. I was also shown an invention that tees the golf ball for people on the driving

range & when I saw this I remembered being told that I couldn't go to court until this invention was available. I was shown an article about a man spending the night before his brain surgery reading the kids book "the giving tree" (a kids book that I owned as a kid) with his friends & this was something that was made reference to during one of these forgotten conversations people had with me over a decade ago.        I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "you're never going to have anything to do with us again". "& they are swallowing that he is a punk".  "& they are going to the psych ward". "I hate you" was said to me as I was documenting the statement from yesterday when my violator told me somebody is fucking another man's wife & this happening as I typed this is an exact detail that I was told would happen also. "& that is how good it went for them (people attempting to get away with stealing & representing my inventions/contributions)". "They did need that" & "he called the cops" were said to me as I was texting my mother telling her that I'm planning to commit suicide in self-defense if I'm not provided due process, justice, the medicines I need, a safe environment & protection from my violators exactly as I was told would happen back then. "& I'm about to have nothing to do with any of you".

- 8/17/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: While eating breakfast this morning I had on the tv & Cadillac Williams (a football player) was being interviewed exactly as I was told would happen. Whoever told me this was going to happen told me that they were going to show this interview based on if somebody watched or released one of my childhood football tapes. They said more details about this but I don't remember & after eating my mind-control violator said "& I wouldn't have shown them that one (surveillance tape)" exactly as I was told would happen. I then went on a run & while returning to my house I went past the gas station (the only gas station is around 50 yards from my house) & a lady walked out of it. Whoever told me this was going to happen said it would matter for court if I went up to her & tried to talk to her while my shirt was off or not. I thought about going to church & washed my clothes as I ate my lunch but the clothes didn't dry in time. When I hung out my clothes to dry outside the neighbor was outside parked on my side of the road exactly as I was told that she would be. My clothes didn't dry in time & whoever told me this was going to happen said that was when they drove to church drying their clothes out the window as they drove (or something along that line). I then began talking with my mind-control violator & my talk was about how when I had sex with Selina in Macomb I didn't get the option to not. The talk included how she was supposedly seeing one of my first cousin's ex-boyfriends at the time & that she had an abortion around that same time. When I had this talk I remembered being told  (1.5-3+ decades ago) that if I wasn't having this talk today that I wouldn't be getting to go to court. As soon as I finished this talk my violator said "she bawled her eyes out" & "it's the worst day of their life". I was violated with mind-control all day again today & the following communication was all

made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "then they aren't going to be able to get their dicks hard" was said to me & whoever said this to me told me the local authorities wouldn't be able to get their dicks hard after neglecting me past a point & once they realized this that I would get to go to court & get my evidence processed & that it'd be a fast process because they would be in a hurry to be able to get their dicks hard again. "& she couldn't lose worse". "Then probably not" was said to me saying that I probably won't get to go to court or live with my rights or protection from my violators. "Then no (you don't get due process nor justice nor your rights nor medicine nor protection) because I have to clean my house". "Then I don't like them either". "I am not in love with you". "& I am going to & I mean it". "& she would be absolutely in love with you (if I was getting to live with my rights)". "They said come on down" when I said that I am waiting to hear back from South Carolina to see if I can move down there or not. "That is a massive difference (between my evidence when I first turned it in & now". "Its getting written down now (my court case for the head federal authorities)". "He lied". "In 3 years" was said to me by my violator who is attempting to tell me I won't get justice nor my rights for three more years & whoever told me this was going to get said told me that they would keep giving me dates years a part until I die.　　　　While checking the news I was shown that Mercer County didn't go to school because of mold in their building exactly as I was told would happen back then. I was shown a commercial with HGTV's 'Christina on the Coast' selling showers & somebody told me she thinks that if she did this she would get to claim my inventions/designs for the construction industry (or something along that line). I was shown more short videos & pictures on the internet that were exact details that these people from my past made reference to: I was shown a video of WNBA's Sophie Cunningham pretending to punch Caitlin Clark & whoever made reference to this in my past told me that if she did this she would get hurt & she hurt her knee tonight. Specific pictures involving different police organizations (Moline Police (picture by a school), Oregon IL Police, Monmouth College move-in day with a picture of a local police officer & his daughter,　Knox County Sheriff's boat, etc.) & videos of a guy who is making videos of himself buying people's groceries, himself a corvette & paying people in the grocery store to trim his toenails while calling everyone 'bub' & another guy who made a video of himself telling his partner that if she left him he would get back with his x who isn't trash & who he loves.　　　　– Within the last few days my mind-control violator said "if you show up at my house I will be calling the cops & telling them to pick up their trash", "& I am not impressed with them", "I am going to sell Poe (my top quality female English Bulldog)", "there is no more confusion", "he would buy you one now" & "I did need that (which gets said to me on a regular basis)" exactly as I was told would be getting said over a decade ago during one of these forgotten conversations.

- 8/18/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I woke up this morning to my mind-control violator talking to me through my own voice about more information that I

don't remember that was made reference to back in these same conversations & all of the information was making reference to their plans to get away with exploiting me. I woke up around 3 am after around 5 hours of sleep & when I decided to finish sleeping instead of getting up & going for a run my back went out & I'm almost certain this is another exact detail that I was told would happen back then. This morning I received another message from OSF unlawfully denying me primary care services exactly as I'm now remembering being told would happen. While typing this I had on the Trump & Zelensky interview & the man asking their president if he was going to keep sending his soldiers to die & the other man telling him that he looks good in his suit were more exact details that I was told would happen back then. I sent an internet message to all of my county's sheriff candidates about being the serial victim to our nation's highest crimes & included this evidence. I also sent the message to the Public Health Department, the YMCA & each political party's coalition for the county. Whoever told me that I'd be doing this today told me that I'd deal with the exact problems that I did while attempting to send the message to all of them. While doing this I was shown a series of pictures showcasing a guy who hit a hole-in-one at Gibson Woods (the public golf course in Monmouth) & then remembered being told that if he didn't hit that hole-in-one that I couldn't go to court. I've been violated with mind-control all day again today & my violator is attempting to tell me what I can think about now. Specifically, they said "I suggest you think about somebody else". I was shown a meme post on the internet of Jeff Bezos saying "Get Out While You Still Can" & this is another exact detail that somebody made reference to about my supposed future that is now my current situation long ago during these forgotten conversations. Throughout the day the following communication was said to me by my violators exactly as I was told it would & it all made reference to these same forgotten conversations & details that I don't remember: "That is exactly what theirs (testimony) says now" was said to me & I was told that if somebody else's testimony didn't say the same thing as mine that I couldn't go to court (or something along that line). "They are going to tow it (my truck)". "I'd be on the next bus". "They didn't read it (my evidence)". "& you would've won that (medicine & my intellectual property rights) in court".

  – I'm remembering to document that I was told Warren County Circuit Clerk Denise Schreck was in on a plot to deny me the due process that I should've had 3 decades ago because she saw me play football with the other kids on the concrete during one of my first days of school as a first grader (fresh after my very worst head injuries at Monmouth Park). I'm also remembering to document that my mom was hoping to get away with exploiting me because she has been paying my vet bills. Whoever told me she was going to do this told me that she was going to get it all paid for by one of the local organizations regardless.

- 8/19/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I woke up this morning to my mind-control violator talking to me through my own voice about more information that I don't remember that was made reference to back in these same conversations & all of the information was making reference to their plans to get away with exploiting me. As they were

forcing their conversation on me they said "that's laughable now (my opposition's plans/argument)", "she means it, their loss" & "I will be swallowing that for the rest of my life" exactly as I was told might be happening. I checked social media & saw that my sister posted pictures of her newborn & her post saying that "her heart needed him" was an exact detail that I was told would happen back then also. I had a conversation with Grok on x.com (twitter) & it suggested that I go to the Federal Public Defender's office in Peoria so that is what I'm going to do with my today. I have already called them & been turned away but I'm going to have them put it in writing for me as Grok suggested if they turn me down again today. Me doing this & telling my mom that I'm going to do this & her telling me that I'm going to get arrested & that she's not going to bail me out is all exact details that I was told would happen 1.5-3+ decades ago. On my trip to Peoria the following very specific details all occurred & when they did I remembered being told that they would happen over a decade ago: An IDOT (Illinois Department of Transportation) followed me from Alexis to Galesburg & there were several full trash bags on the side of the road by the bridge by Farm King in Galesburg. I stopped to get gas at the gas station in Knoxville & the other people filling up there vehicle were the exact people that I was told would be there (a person in a foot cast). While on the highway getting into Peoria my mouth suddenly ran & said something about a 'swap whore' as a specific lady in a brand new blue SUV drove past me. Also while on the drive there a kid passed me in a car & I remembered Morgan Ray (or somebody) telling me that her nephew would be passing me in a car on the way to Peoria. Google Maps was guiding me to my destination & as soon as I reached downtown Peoria it had me turn the wrong way down a one-way so I had to make an immediate U-turn in the middle of their downtown road 'Adams Street'. When I parked I locked my key in my truck exactly as I was told that I would. I went into a big building with several different occupants looking for the Federal Public Defender's office & while looking for their office I past a detective agency & a sign that said 'smile you are on camera'. I had to ask a deli worker in their cafeteria how to get to that office & she had a piece of carrot cake for sale. After she told me that I needed to go to the 15th floor. I got on the elevator at the same time as a lady carrying several boxes & she hit several extra buttons on the elevator while attempting to hit my button. My conversation with the Federal Public Defender went exactly as I was told that it might word-for-word (including him asking what it means when I said that I'm a serial victim to our nation's worst crimes). While talking to him he referred me to the supervisor of the US Attorney's office named Darilynn Knauss & as I was typing that note on my phone my autocorrect messed up my note so he had to respell the name for me. While walking to the US Attorney's office my phone texted me telling me I had to pay my truck's parking meter exactly as I was walking by an Illinois State Police truck & a yellow Rivian SUV. Whoever said something about this to me said that SUV was going to stay parked there until my court case was settled, that it was going to get towed & said more details that I don't remember (& this might have been what my violators were making reference to within the last few days when they said "it's going to get towed" to me & I documented it). A guy with an OSF lanyard on walked past me as I was walking around looking for the US Attorney's office & whoever told me he was going to be walking past me said

that if he couldn't prove me guilty of all of the crimes I have documented in this evidence & am innocent of while walking past me that it meant something for my court case (or something along that line). When I walked into the US Attorney's office there was a sign asking us to use the revolving door but I didn't see it until I had already pressed the button to open the other door. In the office I was asked to fill out a piece of paper that didn't leave me room to fill in the massive amount of information that I would've had to include so I was provided an email address so that I could turn in my complaint to them using email. I waited for them to confirm that they received my email before leaving the office & while walking back to my truck there was a homeless looking guy sitting on the sidewalk who said "are you coming from divorce court" & "help me out with some left overs" & my mind-control violator responded to him "I'm poor". When I walked past him my mind-control violator said "he is going to prison now". On the drive home an SUV flew past me with the license plate 'GOODGRL' exactly as I was told it would & whoever told me this was going to happen said whoever was driving that SUV is attempting to exploit me (& my victim/invention-contributor-neglect situation) in court without my knowledge. When I returned home I gave my dog's a bath & the Tupperware that I bathe them in broke because my back is out. When this happened my violator said "& he's swallowing that you have to buy a new one now". On my way to Dollar General I stopped at the post office & there was a suicide prevention sign in the window so I looked up there website & when I typed it in it sent my phone to a blank website that attempted to tell me to click on something because my phone now had a virus exactly as I then remembered being told that it would. While in Dollar General a young family walked through the small aisle that I was looking at the Tupperware in & the man had a 'Quality Roofing' t-shirt on so I removed myself from the aisle & waited for them to get done. While doing this my mind-control violator said "her loss" exactly as I was told they would.            I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "& they already turned me down". "& she is going to get arrested". "& that is all he needs to prove that but he doesn't want to". "& they have a lawsuit now, its sad" was said to me & whoever said this to me said that I couldn't go to court until somebody else has a lawsuit about my court case. "& she has no respect for them now". "it was nice to meet you". "& it's the last day of her job". "he called the cops". "then I would never speak to them again". "& they do know that was your idea". "& they would've fucked him up" was said to me & when this was said to me I remember being told that Patrick Gavin might be driving me to Peoria today & that if he did he was going to be attempting to get away with further exploiting me & that a couple of the people that I walked past in downtown Peoria would've jumped him.  It needs documented that I'm almost positive that I haven't remembered all of my inventions/designs/contributions/etc. yet & that the people from my surroundings are intentionally not reminding me while going along with exploiting me out of my life. "he's swallowing that they should have to compensate you". While checking the news I witnessed the following details that were all exact details that I was told would happen 1.5-3+ decades ago: I was shown a headline about the Mayor of Galesburg

'shining' in the national Scrabble tournament. Whoever told me this said I couldn't go to court if he didn't "shine" at that tournament & put heavy emphasis on the "shine" when they said it. I was shown a headline about a man who went to the hospital & they realized that he had a knife blade stuck in his chest for over 8 years. I was shown that a girl finished her trek of skateboarding across America & raised $50,00 for spinal cord injury for doing so. Whoever told me this was going to happen said if she made it across America on her skateboard before I got to go to court then I'd never be allowed to go to court (or something along that line). I was shown that Jennifer Tilly posed nude for some pictures & whoever said this was going to happen said that I could still go to court if she did this (or something along that line). I was shown an article about Tiffani Amber Thiessen eating carrot cake nude & whoever told me this was going to happen attempted to get me to believe that the carrot cake from the Federal Public Defender's building was in correlation to this article (or said something similar).        – I'm remembering to document that Tyson Cox's Instagram profile contains several exact details that I was told it would long ago (his specific jokes (he's attempting to be a stand-up comedian), his specific face painting, & his zit on his forehead (whoever told me about this told me he was going to put it on his forehead on purpose)). Whoever told me this attempted to get me to believe that one of the Cox twins (Tyson is a twin) & Sara Kaywood were in on using the weaponized mind-control on me. There were also details on his twin's Instagram account (he is a tattoo artist) that I was told would be happening as well (specific tattoos, him drawing & giving away a chainsaw drawing, his selfie, his family picture, etc.). I'm remembering to document that one of the first times that I went to court in Warren County for when I was unlawfully arrested (premeditatedly) for the premeditated crime when my neighbor attacked me a lady appearing similar to Sara Kaywood-Bockleman was in the court room with paperwork spread out all over the table & this was another exact detail that I was told would happen back then.

- 8/20/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I woke up this morning to my mind-control violator talking to me through my own voice about more information that I don't remember that was made reference to back in these same conversations & all of the information was making reference to their plans to get away with exploiting me. While typing the evidence that I had to document from my notes over the last 24 hours I the news showed a 'husband calling contest' at the Iowa State fair exactly as I was told they would. I think that the story about an Illinois teacher donating their kidney was another exact detail that I was told would happen as well but I don't remember for certain. I remember being told that if the Air Force still sent their planes to the Quad Cities Air Show that it meant that they didn't care that they ignored my flood prevention system & court case for this long (or something along that line) & they showed me that they sent the planes to their air show today. After spending a couple hours typing information into this evidence that I should've never had to waste one minute of my time with I received an email from OSF about the complaint they had me file asking me to summarize this document for them specifically. I then spent multiple hours doing so (exactly as I

was told that I might be doing decades ago) & this was yet another task & day of mine wasted completing a task that I shouldn't have to do because I'm surrounded by the corrupt & incompetent. While doing this I received a spam phone call from a supposed James Allen with the Publishers Clearance House (badge # 1905BCH, package confirmation # 9091556075US) telling me they were going to give me $950,000, a new Chevy Tahoe & $5,000/week for life. He called me from a Missouri # (314) 669-6017 & asked me to go purchase a Money Pak for $150 so they could load my money to my card. This entire call was more exact details that I am now remembering being told would happen long ago & I later remembered that whoever told me this was going to happen told me that if I wrote any of these details down or bought a money pak then I wouldn't be allowed to go to court. After I finished typing the summary I walked to the library to return a movie that I rented in Monmouth (Alexis's library is a side-branch of the main library in Monmouth) & the librarian said "I will take care of that for you" exactly as I was told she would back then. I went to the post office while I did this & the guy sitting outside the post office with his luggage was another exact detail somebody told me would happen back then. Today I decided that the amount of money that I'm going to be demanding whenever I get a fair day in federal court has just went up a lot from the $10 billion that I put in writing for them the last time I petitioned the Federal Supreme Court. Later in the night I received a Facebook message from an unknown person with the name 'The Smile of Snow White' exactly as I then remembered being told would happen.              I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "He's swallowing that they should already be in prison". "& he's swallowing her license plate does say 'GOODGRL' ". "& he bawled his eyes out". "Its not going to take me long to copy & paste" was said to me & whoever (unknown to me) said this to me told me until all whoever had to do was copy & paste for their court document then I couldn't go to court & that I couldn't go to court until they had their document prepared (or something along that line). "It's the worst day of his life, he agrees with you". "He did need that, that didn't even get mentioned" was said to me (exactly as I was told that it might be decades ago) after I wrote OSF a note in my complaint about how they misdiagnosed & almost killed my mom in the early 90s. "& you just proved them as wrong as it gets". "& they don't get an answer now". "& they aren't worth paying (the local lawyers)". "Then the price just went up, in a good way for us". "He would buy you whatever you want now". "& Morgan didn't ejaculate". "& that's my point to him, you can hardly stand up".              While checking the news I witnessed the following details that were all exact details that I was told would happen 1.5-3+ decades ago: The CEO for Target stepped down & I was told that I couldn't go to court until he did & whoever told me this needed to happen told me that they didn't believe he would (or something similar). While I was watching the news at 4 on KWQC News 6 I was shown that a man was charged for murder after arguing about money & an important pink diamond was recovered after being stolen in Dubai exactly as I was told would have to happen for me to get to go to court. The meteorologist, Eric Maitland saying that he might start his fire pit tonight was another exact detail that was made

reference to back then as well. I was shown a headline on social media about President Trump wanting to go to heaven & this was another exact detail that I was told would happen 1.4-3+ decades ago. Also on social media I was shown an advertisement for a hat that said 'snortin lines & bangin dimes' & I remembered being told that I couldn't go to court until somebody could wear this hat & show me an advertisement of it on Facebook. My Aunt Judy's comment on my sister's Facebook post for my nephew's birthday was word-for-word exactly as I was told it might be & his younger brother not being in the picture because he was sleeping was also another exact detail that I was told would happen back then. I was shown an article about a 27-year old crashing into a tree & dying & I believe this is something that I was told would happen also but I don't remember for certain.

- 8/21/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I woke up this morning to my mind-control violator talking to me through my own voice about more information that I don't remember that was made reference to back in these same conversations & all of the information was making reference to their plans to get away with exploiting me. They also were communicating to me while reading & controlling my thoughts & while pretending as if the thoughts they intentionally forced across my mind were mine & not the thoughts they just forced. I called OSF again to speak with their 'Dana' who I spoke with last week & who asked me to call her back yesterday & the lady I spoke with told me that there are two Danas working in their Administration department so I left a message & then called her back to see if I could leave a message with the other Dana in case it was her that I spoke with & the lady said "well the other Dana is no longer with us" & this was another exact detail that I'm now remembering being told would happen as well. I posted a post to twitter/x & while doing so I asked the separate artificial intelligence options (Gemini (Google) & Grok (x)) to generate a picture of my face carved onto Mount Rushmore & them failing at doing so & me asking them to do this were both more exact details that I was told might happen back then. While outside mowing my yard in my sandals a stranger stopped at the house in his maroon car (a young healthy white black-haired male) & asked me if I was the property owner. When I told him that I wasn't he told me "we are in the area helping some of the people". I then remembered being told that this was going to happen & whoever told me this was going to happen told me that it would matter if I was the property owner, if I was in sandals & that if I was the property owner he was going to attempt to exploit me in a big way with his "friends". After eating supper I suddenly broke out in itchy hives which I have never experienced before exactly as I later remembered being told would happen tonight back then. Not knowing what was happening to me I decided to drive to the Emergency Room in Monmouth. I soaked myself in water before going to the hospital because I had just mowed my dog's fenced in area & wanted to make sure I was clean for the hospital & while doing so I had a conversation about how several days ago Pinterest emailed me with a guy named Zack saying they were working towards a resolution (& how I'd never let the Zack from my life make any decisions about anything to do with me, my inventions, my future companies, my farm, my legal

case, my social life nor anything about me because of his oblivious neglect & unwillingness to process & respect reality & this conversation & email were more exact details that I later remembered being told would happen long ago. When I went to OSF the ER nurse's name was Lisa (Aaron & Patrick Gavin's mother's name) & I had just had a conversation with my violators about her because they made it seem to me as if she violated me with mind-control within the last 24 hours & this is the exact same type of harassment that I deal with every time I go in public or deal with OSF.          I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "I understand". "They owe you more than what they have". "He is unwell now, he puked". "Then leave". "& he has to now". "& I don't like you". "& he's going to move, in a good way". "& I never want to see them again either". "& they have it way better than you". "They did need that a lot more than what they thought". "They don't want you to get to be an inventor but your going to get to be" & then about 15 minutes later they said "& they do want you to get to be an inventor" to which I replied "maybe, but they don't want me to get to be a farmer nor have a sex life nor have an appearance fit for public nor my rights nor the earnings nor compensation, (etc.) that I should have". "that one got her". "we didn't know you could walk in & tell us that like that".          While checking the news I witnessed the following details that were all exact details that I was told would happen 1.5-3+ decades ago: While listening to the Cubs game on the radio one of the announcers talked about having a red glove as a kid & getting razzed for it as they were pointing out how several of the MLB players have turquois gloves & I had to take my headphones off for something so I missed 'take me out to the ball game' getting sang during the 7th inning stretch. I put my headphones back on in time to listen to the last two words of the song getting sung & it sounded as if RFK Jr. was singing it. All of these were exact details that I was told would happen forever ago & whoever told me this was going to happen told me that it would matter if I was allowed to here that last second of it or if I wasn't allowed to listen to any of it at all (or something similar). I was shown a Facebook post about an Officer Myers from Monmouth's law-enforcement team beginning to work for the school as it's police officer & when I saw this I remembered being told that this officer & the sheriff candidate from my hometown, A.J. Cox were going to attempt to exploit me in a massive way if certain circumstances were reality (I don't remember who told me this or what circumstances they mentioned). There was a national news story about Villanova University dealing with a potential active shooter. While watching this story I turned the channel because the broadcaster's name was 'Aaron' & the other news station's broadcaster was named Aaron also (after my talk involving him, his brother & Lisa earlier that I mentioned with the OSF nurse) & this was more premeditated harassment that I was told would happen forever ago. I was shown a headline about President Trump winning a case in the court of appeals for $500 million & this was another detail that I was told would happen (& I believe I was told this had to happen for me to get to go to court but I'm uncertain). I was shown an article about a man labeled the "Beef Bandit" getting arrested at a Wal-Mart exactly as I was told would or might happen. I think that somebody told

me that I couldn't go to court unless they were allowed to arrest him & label him the 'Beef Bandit' on the news but I don't remember what was said to me about it for certain.    – I'm remembering to document that within the last few days my mind-control violator said "& I'm going to post that (to social media)(something I said or one of my ideas)" exactly as I am now remembering being told would happen long ago.

- 8/22/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: This morning after waking up I drove to Monmouth to pick up the prescription that the doctor prescribed me last night & on that trip the following details occurred that were all exact details that I was told would happen back then: The Monmouth Fire Department was set up at the stop sign taking donations & the fire fighter said "I appreciate that" when I said "best to you". Whoever told me this was going to happen said if certain circumstances were different that he would be saying something negative to me or not responding. I went to the gas station because I had to put gas in my truck to get home & when I attempted to fill up my tank I had to go inside because the machine declined my card. When I went inside the lady told me to never pay with a debit card & to always run it as credit or it would automatically charge me over $100. I then realized that I forgot to go to the dump to drop off my recycling so I had to drive back into town to do so. At the dump their employee walked up & stood close to me while watching me so I waved at him & he didn't wave back exactly as I then remembered being told that he wouldn't. While leaving the dump I drove by Lincoln school & the lady who walked by on a walk was another exact detail. While typing the notes that I took over the last 24 hours into this testimony for the last couple hours I received another message from that same Facebook account that sent me a message within the last couple days. My response to it was exactly as was made reference to forever ago & when I sent my response my mind-control violator said "& he swallowed" exactly as I was told would happen. While typing this I turned on Quad Cities Live to be able to watch & listen to humans & while watching it my mind-control violator suddenly said "then I love you". When this was said to me I sent up a prayer for the male/female connection & then my mind-control violator said "then I don't like you" & then soon after "then I'm in love with you". I then had to explain to my interrogators that my violator attempts to trap me into mistakes & assumptions (for example: this happened while watching the news lady for this show regularly seems to react to my thoughts & what gets said in my privacy & is seemingly harassing me on her Instagram profile) & how they always make comments while attempting to trap me into incompetence & displays of mental illness. I had to explain how they were probably saying (actually attempting to get me to believe that they were saying) that they loved me as a "fan" who fits a certain range of stereotype for them. When I explained all of this my mind-control violator said "I did need that". All of this that happening while watching Quad Cities Live & this talk I had to give to my violators & their responses were all exact details that I was told would & might (they didn't think I'd be able to explain myself about this specific incident) happen long ago. Whoever told me all of this was going to happen said that if they said they loved me that they didn't & if they said they didn't

like me that they did but I can never believe anything from anybody, especially my mind-control violators, regardless. While typing this I received a call from Chase Bank saying that somebody set up an account with my phone number & that if I didn't set up the account that I should press 1, so I did & they hung up. Receiving this call was another exact detail that I'm now remembering being told would happen long ago & whoever told me all of these scams were going to be happening told me that if anybody scammed me that I wouldn't get to go to court. A few moments ago the nightly news came on & 2 of their news castors said "got it" seemingly towards me about the conversation that I was being forced to speak to my interrogators & whoever told me this was going to happen told me they were going to be responding to my conversation & it would matter for court or reality if one of them "got it" or both or neither. I spent 5 hours typing into this document & the other document that I had to prepare for OSF today & for the last hour I put on a live poker game on the tv that was streaming on Youtube. During the game the broadcaster said "we loved that talk" & then I remember being told long ago that I could've just given them a podcast-talk that they loved & stayed caught up on my evidence but they thought I was going to get trashed instead. Whoever told me this said that if I did give them a talk they loved that they'd be telling me about it while I was trying to watch the game.          I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "I disagree" was said to me by my mind-control violator who constantly disagrees with facts & pre-established common laws that protect victims about the worst crimes. "& that is crossing the line BAD (or something similar along that line)" was said to me about how bad the news & entertainment industries go along with violating me in collusion with my mind-control violators that are some of the worst violators in criminal history. While I was being interrogated about my thoughts on & experience with having sexual experience with multiple people at the same time I had to be honest that when I was forced into those situations that I definitely still experienced strong & enjoyable sexual feelings one of the times & was ready to go the other time. When I said this my mind-control violator said "& I was full of sexual feelings too" & this is another example of how my mind-control violator always attempts to force me to make assumptions & prove me mentally ill as they intentionally impersonate EVERYONE. "It's the worst day of his life" was said to me about how somebody who was hoping to get to benefit from me getting exploited is realizing how they aren't going to anymore & whoever said this might happen said it was going to prove more negative about their character.          While checking the news I witnessed the following details that were all exact details that I was told would happen 1.5-3+ decades ago: I was shown that there was another potential active shooter at a college in Tennessee. A man from Galesburg was arrested for having child porn on his devices. A man that was reported missing recently was found dead (I believe but am not certain) in Dixon, IL & when this was made reference to in my past somebody said that if he is found dead or "already found dead" that it supposedly meant something for court or reality. Hurricane Erin was made reference to back then & they thought it was going to be an extremely horrible storm that causes

massive damage & they made reference to the two houses on stilts in the ocean that the news showed & they said if those houses weren't already torn down (they were still undamaged) that they thought it meant something or that it meant something for their opinion. I was shown a headline about Northwestern's football coach winning a lawsuit for $130 million after being fired for hazing the kids & when I remembered that I was told this was going to happen forever ago my violator said "then you are owed over a billion dollars in lawsuits alone without including your inventions" exactly as I was told that it might get said.  – Within the last couple days I was shown pictures of my old high schools softball team on Facebook & this happening & the details of the pictures were more exact details. - I'm just now remembering to document that one of the people who had these forgotten conversations with me when this information was forced upon me told me that since moving to Alexis there was going to be 2 male law-enforcement officers, 1 female law enforcement officer, one of the Cox twins (a family from my local area whose brother, AJ, is about to run for sheriff) & Sara Kaywood-Bockleman (Mick's older sister) were going to be the people using mind-control to violate & interrogate me while attempting to prove me incompetent & unfit for court & society. Whoever told me this made reference to Sara Kaywood & the Cox twin but told me enough information that allowed me to figure out that is who they were talking about (by telling me about her having her court paperwork spread out at my court date, by details that occurred at her son & my nephew's football games & by the details on Tyson & Levi's Instagram accounts). While typing this my mind-control violator said "they bawled man". - I'm just now remembering to document that when somebody told me about the man who supposedly murdered his 3 daughters & is now hiding in the Idaho forest that I was told something along the following lines but am don't remember & can no longer differentiate between what was said to me & my thoughts at the time this was said to me: He might be innocent & getting set up with mind-control. He was going to lose his mind & commit the crime basically unconsciously & then have an opportunity to turn himself in & avoid the death penalty & the focus of the national news but if he didn't & hid in the woods he was going to get shot on sight. He was going to commit the crime knowingly & have an opportunity to turn himself in but if he fled to the woods he was going to get shot on sight. – I'm remembering to document that I've been to OSF's clinic & prompt care several times (other than what I have previously documented throughout this evidence) in the last decade & every interaction was filled with the same type of very specific premeditated harassment/torture/neglect. This occurred when I saw Dr. Dechow, Dr. Gorantala, Dr. Jones, Dr. Marshall, Ms. Livingston, Mr. Medrano & every time that I went to Prompt Care. When I went to the pain clinic in Peoria the conversations were word-for-word, they had a pamphlet or something with the number 80 as the focus (making reference to Justin Creighton), I took or didn't take a free magnet or pen or something that they had, I was neglected exactly as I was told that I would be & treated with nonbeneficial treatments exactly as I was told that I would be, the nurse & doctors conversations/interactions were exact word-for-word as I was told they would be etc. When I went to Dr. Dechow for primary care treatment she ended up dismissing me & I later found out that she wasn't a primary care doctor but a psych doctor or evaluator or nurse & I was

told that I'd be denied medical treatment while interacting with her. When I saw Dr. Gorantala every detail that happened while with him was exact details that I was told would happen 1-3 decades prior while I wasn't functioning. My conversation with Livingston was word-for-word as I was told it would be & our meetings were terminated or I ended them exactly as I was told might happen 1-3 decades prior. One of the times I went to OSF's prompt care the day was full of exact details & my conversation with the lady doctor was exactly as I was told it would be including me telling her I just finished with a 6-mile run in the sun so my skin looked better than what it had before that (as she was lying to me & intentionally neglecting my skin symptoms), she asked "can I feel it" before feeling my stomach area to see if she noticed anything with one of my organs & there was a guy sunbathing by his pool next to the hospital exactly as I was told would happen, etc.

- 8/23/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I was violated all day again today with mind-control. I asked my sister & was allowed to go to her house to meet my new nephew & while there the following details occurred that I was told would happen over a decade ago (& I didn't remember being told they would happen until they did): When I went inside my sister Brooke was there & asked me if it was my first time meeting Parker. Within a couple minutes she took him upstairs to Sarah so she could feed him. When they did this I went downstairs to see my other nieces & nephews that were there (Carlie, Harper, Cal & Tucker). When I went downstairs Cal was on the stairs (exactly where they said he would be (he's the youngest, only just turned 3) watching the other kids (where he could've fallen off the stairs over 5 feet to a hard floor & sharp wood corners) & the girls were attempting to decorate a surprise party for Tucker & didn't want him to see what they were doing until they were done. When Tucker didn't immediately leave the following exact reenactment scene from my childhood (while I was severely brain injured & being controlled by my mind-control violators) happened between Tucker & Carlie & I'm certain mind-control was used to sabotage Carlie (& possibly Tucker) to make this happen: Carlie attempted to pick up Tucker & drag him out of the room. Tucker resisted & Carlie ended up grabbing him around his face while dragging him. Tucker got fed up & started crying to show loud negative reaction & went upstairs. As soon as I asked Carlie to stop she said "why did you do that Cal?" blaming him for what had just happened as Cal was just standing there watching. Moments later she briefly did the same thing to Cal while she was upset & not functioning or being allowed to function. I once again asked her to stop & while doing so I told her she had to be careful grabbing at their faces because she could blind them. When I was a kid this same incident happened to me after several of my most severe brain injuries while I wasn't functioning. My mind-control violator forced me to grab at a kid around their face & whoever the adult in the room was asked me to stop & when I did my response was the same (I blamed somebody else who was standing around completely innocent) but my response was without my cognitive permission & just an impulsive response while I wasn't functioning or my mind-control violators forced me to say it. Moments later I was forced to do it

again to the second kid & was told the same thing, don't because you could blind the kids. I remember being furious for once again being treated as if I was doing something wrong as I was a victim to all of this violent crime & sabotage & for being told that I could've blinded the kids when I hardly put any pressure on them at all after all of the severe violence I had been violated with & all of the guilty kids were getting treated like little princes. Cal ended up going back upstairs also & the girls continued to decorate. While this was happening my mind-control violator made me growl/hiss at Carlie as if I was a vampire & she did it back to me as we smiled at each other exactly as I was told would happen. Cal ended up coming back downstairs & we all played catch for a couple minutes with a small ball (the girls played keep-away from Cal exactly as I was told they would). Harper asked me what my dogs' names are & when I told her she said "that's cute". I ended up going back upstairs & Eric was telling my sister how WIU hired a head football coach younger than me a few years ago & that they have been losing a lot. Whoever told me this was going to get said told me that it would matter for my court case if he was winning or losing. The girls ended up coming back upstairs & Harper ended up laying on the ground with her legs towards me so that I could've looked through her short pajama shorts at her private area & whoever told me this was going to happen said they thought they were going to catch me looking at her sexually & that it would matter for court. When she stood up she showed her underwear & Eric told her to keep her underwear put away exactly as I was told would happen. My sister & Eric then had a conversation about syncing their google calendars. I was forced to ask Eric if he was going to be the coach for the I.C.S. basketball team again (I think I've asked him this the last 3 or 4 times that I've seen him but forgot the first couple & this time was forced to while I was thinking about all of this). I held my nephew for the first time & he ended up needing his diaper changed. Eric took him & because he didn't have a clean changing thing available he changed him on the floor after laying down a small towel. Parker's head was on the dirty floor so I went into the kitchen & got a piece of wet paper towel & soap to wipe his head clean & noticed Harper was taking the exact medicine that I was told she'd be taking before she was even born. Eric & I had a conversation about his air purifier that went exactly as I was told it would. Harper said something about not liking how a specific type of feeling (I think she was talking about suddenly getting tired or dizzy) suddenly hits her & it was a reenactment of me from my childhood. I ended up taking Tucker outside & playing catch with a football & while running around I stepped in dog poop. As we were playing football my mind-control violator continuously forced me to react to his catches & throws in ways that I wouldn't have & that were embarrassing & unwelcome with me. He showed me his ninja course & while doing so his sunglasses fell off & he stepped on them. Harper ran outside & joined us for a moment & while she was outside the conversation & action was all very exact details (she asked Tucker to push her on the swing & he fell near some dog poop that Harper spotted that I didn't). We ended up going back inside & when I told my sister that I was leaving & going to church her response ("oh") was exactly as I was told it would be back then. I changed my clothes & when I was walking out to my truck leave a Monmouth Police SUV drove by exactly as I then remembered being told that it would. At church the following details occurred that were all exact details that I

remembered being told would happen: I sat in the very back pew & my relative Greg Elliot sat with his young family a couple pews ahead of me wearing gym shorts & a t-shirt. Melissa (Livermore) Byers & her husband Dan Byers walked in soon after. Wendy & Craig Twomey sat several pews in front of me & during the mass I saw Wendy suddenly do a dance while standing there. The priest's homily (talk that isn't scripture readings) & my thoughts about it were exactly as I was told it would be. I spent most of the mass thinking about how to design an efficient way to clean the cathedral ceiling & walls. My mind-control violator suddenly said "Sara Kaywood" to me as the church was happening so I sent up a prayer for her & her family & this happened while I acknowledged the Twomey's were in front of me & when I did that's when Wendy did her dance. Around this same time my memory reminded me of a visual that I had of Melissa Livermore during our brief time we shared together decades ago exactly as I was told would happen. While processing what was going on I remembered being told by whoever told me all of this was going to happen (probably Morgan Ray) that Dan Byers & Greg Elliot were in on a premeditated plot for over a decade hoping to get away with exploiting me out of my inventions & justice in a massive way. When leaving the church I said hi to the priest & during our brief conversation he informed me that he was recovering from a cough. While leaving the parking lot I drove past Danny's Tap & a guy was walking in off his motorcycle dressed in leathers & details were told to me about him also but I don't remember what they were. When I returned home I texted my sisters about what happened at Sarah's house with Carlie being violated with mind-control & made sure they understand the messages that I sent them. I then sent an internet message to Melissa (Livermore) & Dan Byers about my situation & this evidence because I had to include a statement in this testimony about getting violated during my brief time with Melissa exactly as was made reference to back then. After sending this message I noticed that my sister posted a short video on her social media of my niece, Carlie riding a scooter with a helmet on & Cal running around in the driveway exactly as I was told would happen. Whoever said this was going to happen said it would matter for court (or reality) if Carlie had her helmet on or not. I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "He doesn't need to swallow that now". "then she hates him". "if he doesn't swallow that he's going to prison". "& you get to proceed". "she quit". "& I did need that". "& I agree with you now".      While checking the news & scrolling social media investigating I saw that Ali (Burgland) Lantz commented on my sister's pictures of my new nephew with an exact word-for-word comment that I was told she would over a decade ago ("well that settles it, I need another one"). I was shown a picture of the lady named Marcia from the Warren County Courthouse bowling with the 'Warren County Falcons' & when I clicked on her name & scrolled her profile her posts were exact posts that somebody told me they would be over a decade prior. I think it told me that her son is Ryan McGlaughlin & I remember being asked if I remembered him during my past but I didn't. When I was asked this I was told he was on my little league baseball team but I didn't remember him at

the time & whoever said this to me said well maybe you will remember him when I show you a picture of him (which I just saw & remembered him).

- 8/24/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I was violated with mind-control all day again today & the following communication was all made reference to back then or I was told this exact communication would happen along with details about each statement but I don't remember the details: "she called the cops in a bad way". "He quit". "Its not going to go that well (my court procedures)". "& that is not the answer they gave them". "& she wants nothing to do with him now". "& I want absolutely nothing to do with him" was said to me & I was told that I couldn't go to court unless somebody (unknown to me) wanted absolutely nothing to do with somebody (unknown to me). "& he called the cops on them" was said to me & when this was said to me I remembered being told that somebody was going to be spying on me while at my sister's house on Saturday & it would mean something for court if they called the cops on me or "them (unknown to me)". "& she strongly dislikes them now". "I would cheat on you, I like having sex with multiple people". At the end of the night I was forced to reinforce my point to my interrogators about how I used to take it easy on the other kids because I was attempting to build their self-esteem & love for football & because I was embarrassed for them. After my spinal cord damage took over I had around 1-5% of my original strength & still had to go less than 50% on all of the other kids to not bully them while playing football (until Corey wrecked his golf cart on me & completely finished me off as an athlete). I had to inform them that I let them tackle me & break my tackles about 50-50 as I did it to them despite them being unable if I tried. After I said this my violator said "I couldn't agree with you more now" exactly as was made reference to in my past. My violator said "you will probably never speak to them (my childhood best friends, Daniel & Matthew Painter) again" exactly as I then remembered being told that they would say. At the end of the night my violator ran my mouth about a thought of mine from back when I was probably 8 or 9 years old: I was forced to say that Mick is a wannabe & would be a peckerwood & not make the cut for the Aryan brothers & that my name spells Aryan (when you put my last initial in front of my first name) & how there is zero confusion with me about who would've dominate who physically if I wasn't repetitively violated & how I completely dominated him as a contributor. As I was forced to say this childhood thought my mind-control interrogator said "see, I do know you" exactly as I was told they would forever ago while they were attempting to trick me into thinking that it was me intentionally saying these things when I was being forced to by them. I then had to make myself clear that I was well aware they were running my mouth while exposing my childhood thoughts & using the same torture/control/interrogation techniques that they have for my entire life (& I won the argument). I was forced to say how the Hennenfents aren't on my level either but are a step ahead of kids like Mick & Drew. In my family & I's self-defense I was forced to say that I believe it's a potential that the Hennenfents are potentially guilty of being in collusion with the mind-control that was used to hurt Jesse with the swing when he attempted to trick my nephew

into getting hurt. I was forced to speak that I have thought about killing the people who have violated me in self defense & that its actually my right at this point & that if I decided to I would win in court because of their habitual (repetitive) crimes & the organized neglect, corruption & crime that I have been being intentionally violated with for the last 33+ years. I was forced to say that if they wanted to pick war with me that I would be wanting to erase their entire family. I was forced to say that I would've tricked Mick's dad & Jimmy into extra loss for not holding their own accountable & after I said what I said my violator said "& that made me mad" exactly as I was told that they would. – Within the last couple days my mind-control violator said "he does admit that's how he acted" & "& I slowed down" exactly as I was told would get said to me.

- 8/25/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning I was forced to once again detail everything that happened during my childhood scene that my niece was just violated for & forced to reenact to my interrogators. I included how it seemed as if I was constantly violated with mind-control because of Janae Robertson's (Drew's sister), Derek Robertson's (Drew's brother), Chrissy Robertson's (Drew's mother), & my sisters delusions about reality as Drew constantly attempted to trick them into believing that he was a good & innocent kid despite being a disgusting & hypocritical violent violator. I had to remind them that I could've proven my points for court without the surveillance & how Drew must've been delusional because I used to let him tackle me & break my tackles about 50/50 despite him being unable to tackle me nor break my tackles whatsoever except for the games that I was so hurt that I could hardly stand nor see when he intentionally hit me head-to-head multiple times. When I finished my interrogation about this topic my violator said "& she swallowed immediately" & "she puked" exactly as I was told would probably be happening over a decade ago during one of these forgotten conversations when I was told all of this would happen as I wasn't functioning nor remembering (& I'm just now remembering being told I'd be interrogated about this again today). I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more details that the surveillance will prove that I don't remember): "then you get to go to court". "she's embarrassed now". "& she's going to be arrested". "& that further proved your point". "& that just wasted 10 years of your life". "her loss". "then that's the truth (my evidence, criminal-profile & court argument especially the fact that I'm being sabotaged because my surroundings don't want me to be wealthy like I should've been decades ago). "she agrees that they shouldn't even be allowed around you". "it's for you". "Austin turned into a backstreet boy". "then don't touch me". "I'd rather commit suicide". "Then he's going to wish he would've". "she is unwell for them now". "He doesn't have an answer now". "I did need this man". "I guarantee you commit suicide". "He's not arguing now". "He's going to keep his distance then". "He can't beat you in court now". "they know you mean it now". "He had never seen that movie & he has now & he had never seen that movie & he has now" was said to me about how delusional people from my surroundings who think they know

everything but are completely clueless had never seen some of the movies that are included in my evidence & my life & when I was told this was going to get said to me I was told that supposedly now they'd have a better grasp of my actual situation. "Then I'm never allowed to talk to you again". "& I got to typin' " was said to me & as it was said to me I remember being told that within the last couple days my mind-control violator complained to me about how "now I have a couple hours of typin' to do" & when I was told this would get said I was told it would matter for court if they "got to typin" or not. "They are pressing charges for you & themselves (the authorities who I've been turning this evidence into on a regular basis as I've been constantly forced to prepare it)". "I am going to swallow that one right now" was said to me & I was told that it would matter for somebody in court if they would accept reality now or have to accept it in court. "Then he is going to keep that one" was said to me about how somebody is going to keep their voice recording of me being forced to talk with mind-control tonight. "He's going to move" was said to me & I then remembered being told the following details: Either Drew or Derek Robertson was going to move & I wouldn't be allowed to function sexually until they were moved & settled into their new house that they shouldn't have been able to move to in the first place. The Village of Alexis (that I'm being held hostage in) was going to be giving benefits that I should've been receiving the entire time that I lived here to one of their local cops (who has criminally neglected & violated me the entire time that I've lived here) & then move so he doesn't have to turn in the evidence that I've already turned in over 100 times. I listed all of these options because they were all said to me at different times. My violator then said "& he's swallowing that you've had that turned into the Department of Justice the entire time". I ended up having to take a movie back the library & the same lady (from the last 1 or 2 times that I went there) was in there talking to the librarian & the librarian's response was the exact same as last time "I will take care of that for you" exactly as I was told would happen. While walking home I forgot to go to the post office so I had to turn around & walk back to check my mail & a truck stopped in the middle of the road attempting to let me cross & then while leaving the post office I almost opened the door into the truck driver exactly as I was told that I would. While typing the last several hours' worth of information that I had to notate on my phone since Saturday I turned on the news & witnessed the following details that are all more exact details that I was told would happen forever ago: A house exploded in the St. Louis area. There was a story about an MS-13 gang member who rejected a plea deal for getting caught smuggling people into America. There was a story about a Kewanee shop-class teacher who was starting a business to work on the school's automotive equipment but instead became a teacher. They showed that Iowa State University had a potential active shooter that was later proven false exactly as I was told would happen. The field goal kicker for Hawaii's football team was interviewed after kicking the winning points in an upset victory this weekend & the story telling us that he taught himself how to kick by watching YouTube was an exact detail that I was told would be happening as well. I was shown a story about a water 'pump station' project at one of the universities that is working on a worse design for flood prevention than what I suggested during my 2nd grade class & I remember being told that they would be attempting to get away with stealing credit & profit for

this project from me & that it would be on the news today if so. While watching this the news broadcaster said "we'll comp you" to me & when my response was that I'll be charging, suing & completely seizing my violator said "they are going to be swallowing that in court" & "I'm on your side". When 'Wheel of Fortune' turned on it was a rerun with a contestant named Missy (Melissa Livermore's (who I just messaged) nickname) & I then remembered being told that this rerun would be played tonight & that the last time I thought about her & sending her an explanation of this evidence was when this episode aired the first time as I was doing the same thing (typing testimony).  A few moments later as I was cooking my supper my violator said "& he (either Judge Baber or the Alexis Police Chief or my mom's new husband (I can't remember which)) is going to be strongly on your side" exactly as I was told would get said if I spent every single day of my last 8+ years preparing this evidence in isolation. Whoever told me this would get said told me that regardless of all of the facts being the same facts had I not prepared this evidence that they would've completely sided against me. I then checked social media & saw that my sister posted a picture with her holding my new nephew & this was another exact detail that I was told would happen today. My clothes washing machine stopped working so I had to text my uncle who is a full time farmer & works full time at Monsanto to fill out the warranty claim for me because he had to buy me my washer because I'm being held hostage without my rights, earnings & compensation & me having to do this today (& every time I've had to do it before now) was an exact detail that I was told would happen 1.5-3 decades ago on the exact day it has happened every time (I didn't remember being told this each time until it happened alongside all the other details that were happening each time that it did). While looking at my phone I was shown an invention that used robotics to control a person's golf swing to replicate Tiger Wood's swing & I was told I couldn't go to court until this invention was a reality. After waking up & getting around the next day I had to spend over an hour typing more information into the last three day's testimony after spending over 7 hours on it last night because I remembered more forgotten information. When I finished my 7 hours of typing & then cleaned the house until 3 in the morning I suddenly began getting sabotaged & tortured by my mind-control violators exactly as I was told that I would forever ago: My mind-control violator began exposing more of my actual anger & more of the thoughts that I am regularly forced to deal with but ignore. While being sabotaged my mind-control violator forced me to yell several times while I had the windows open. My conversation included how I the local cops & court authorities have truly made an actual enemy out of themselves for me & that I actually do want to kill them (which they really have & I really do (I actually don't but hope they get the death sentence & would in self-defense). It included how I want to skin their faces off before I kill them. It included me being forced to call Levi Cox (for his face tattoos & going along with neglecting me with his local cop brother (despite me having nothing against Levi to my knowledge) & President Trump a nigger (for being willing to lead our government as a convicted rapist) (& I'm unwilling to say nigger but it slips sometimes because of my surroundings, brain damage & violators) & our Governor a tranny (for how he exploits the public & represents us on social media). It included calling several of the kids from my community who were in my age

range & military or my violators out for being fake wannabes who collect more resources & respect than me despite me completely dominating them all combined & because they were all girly boy football players. It included being forced to say that I'd use mind-control on Levi & make him give Trump a face tattoo for their trash. – I'm remembering to document that within the last month my sister posted a short video on social media of my nephew, Clayton, doing a flip off of a diving board. Whoever told me this was going to happen 1-3 decades prior told me that if he didn't do a complete flip that it meant that he is hurt (with brain or spinal cord damage) & he didn't do a full flip. I'm remembering that within the last week my violator said "nice cock" to me & this was another detail that I was told would happen forever ago & more details were said about whoever was going to be saying this to me but I can't remember them. I'm remembering to document that one of the people who told me all of this was going to happen said that my surroundings were planning to use mind-control to set me up as a child sexual violator & put me in prison for a long time & then act like they were doing me a favor when they released me to a psych ward. They told me that when they did this they were going to ignore ALL of this evidence & not give me credit for any of my contributions. I'm also remembering to document that the media coverage about Bezos's mother's funeral & him crying while interacting with Musk is another exact detail that I was told would happen back then. Recently OSF sent me a letter after I filed my complaint & talked to their representative on the phone saying that they wouldn't allow me to receive primary care services because the doctor in Monmouth dismissed me after he treated me very unlawfully. They told me that I had to contact my insurance provider & find a new provider despite me already telling me that I already went to all the other available providers & was denied, lied-to, violated & neglected the same. A day or two later I received another letter telling me that they are going to take my complaint seriously & attempt to settle it within 30 days exactly as I then remembered being told would happen decades ago. I'm remembering to document that I was told that this fall I'd be finishing this evidence & somebody was going to attempt to trap me into losing my rights for justice, the compensation that I'm owed, the earnings I should have & my intellectual property by putting cocaine in my house. I believe I was told Alex Fox was in on this plot but I don't remember. I was told that Alexis was going to attempt to trick me into being a cocaine dealer for this town's people instead of pursuing my rights for myself. I'm remembering to document that I was told that this fall I'd be finishing this evidence & somebody was going to attempt to trap me into losing my rights for justice, the compensation that I'm owed, the earnings I should have & my intellectual property by putting cocaine in my house. I believe I was told Alex Fox was in on this plot but I don't remember. I was told that Alexis was going to attempt to trick me into being a cocaine dealer for this town's people instead of pursuing my rights for myself (& I don't remember who told me that).

- 8/26/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I woke up this morning with an email from the 'Levi' jeans company exactly as I then remembered being told would happen

after being forced to say what I said last night about Levi Cox (when I have nothing against Levi). During my argument with my violators as I was being sabotaged last night I was forced to vent anger about D-Rose hurting his knee & when I checked my phone this morning there was a post about him being compared to MJ & my response was exactly as I was told it would be to this exact post. My argument with my violator about last nights sabotage continued while I continued to make & prove the exact same points about the trash & corruption that I'm completely surrounded by & the argument included more exact information that I was told it would (including saying how I doubt Bruce Willis would be claiming dementia anymore if he spent some time with me). This afternoon I was typing the testimony from getting sabotaged & unlawfully exposed last night & my mind-control violator said "I'm going to keep that swallowed then" exactly as I was told they would if I documented it into my evidence.          I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "She has less than 24 hours". "He's gonna keep it". "He regrets it now". "then I'm going to turn around". "Then he is going to puke". "& they hate her". "& I've got nothing for her". "& she has nothing to say now". "& she is not impressed with them now". "& he has not seen that movie (that is a part of my evidence)". "& I don't respect her at all now & I mean it". "He's going to get a life sentence then". "I don't respect them at all now". "I couldn't mean it in a worse way, she is completely trash to me now". While typing this my mind-control violator spoke to me & told me they "forgot about that" as they forced me to say that I forgot about something else simultaneously exactly as I was told they would. "He's never going to speak to her again". "& he bawled his eyes out, I promise". "& she does not deal with that (being spoken to through my own voice while being forced to speak about something different simultaneously)". "& I am done with them now". "& I never want to see her again". "& I'm pressing charges in a good way man".          While typing this I had the local news on from 4-6 & then Wheel of Fortune turned on & the following details occurred & they were all exact details that I then remembered being told would happen 1.5-3+ decades ago: I started with the news on Channel 8 & for the second day in a row their broadcaster named Peter very obviously seemed to communicate to me directly during the broadcast publicly pouting, complaining & unlawfully opposing me pursuing my rights & justice while calling out the news for their organized public corruption & when I furiously responded (with the exact response that I was told that I would (I want this punk in court & on a football field in front of his wife) my mind-control to his pathetic display my mind-control violator said "& he's going to be swallowing that in court" & then "he didn't" exactly as I then remembered being told would happen. I was shown that Travis Kelce & Taylor Swift engaged & I remember being told they would be doing this on this exact day as I've been getting put through all of this exact hell. A Moline man with 20 outstanding warrants was arrested hiding under the insulation in his ceiling. Two people from Galesburg were arrested & one of them attacked somebody in Abingdon. I was in jail with this guy when Knox County unlawfully imprisoned me with a premeditated crime that I'm victim to & I remember being told that they

thought they would be arresting me instead of this guy that they told me would be getting arrested if I wasn't still over here proving my evidence. I remember being told that if it was up to them they would be arresting me with him no matter what regardless of all facts (or something along that line). While watching news 6 their broadcaster Theresa Bryant sneezed as I was typing an exact part of this testimony exactly as I was told would happen back then. There was a news story about how capital punishment is going to be inflicted on people who commit murder in Washington D.C. & a media post said President Trump is going public saying the majority of people are wanting the United States to have a dictator instead of an elected President exactly as I was told would happen. There was a story about how a teenager committed suicide after using artificial intelligence internet chatting & his parents are filing a lawsuit exactly as I was told would happen back then. There was a prisoner in Thomson prison who murdered another inmate & is getting a life sentence for the hate crime. Wheel of Fortune came on & there was a contestant named Peter (after the premeditated habitual harassment from news 8's Peter) exactly as I was told would happen. As I finished my last sentences of typing this 'America's Got Talent' came on & Sofia saying "we've never had a performer like you on stage before' to a woman who freestyle rapped & Howie saying "you are going places" & then pointing to me (the audience (through the camera)) & saying "& you are going places" in excitement were both exact details that I then remembered being told would happen. I shut the computer down after over 3 hours of typing & having to open, close, reopen & add forgotten information that I suddenly recollected to this document probably 5 separate times (which has been an everyday experience for 8 years). As soon as I shut it off I experienced the following details that were once again more exact details that I then remembered being told would happen decades ago: I made a reference about people like Aaron Gavin & Alex Fox (violators) that compared them to women who intentionally expose themselves to the public & then try to press charges when they get exploited or lose their respectability. I used a specific Instagram model's name as an example & I remember being told that if I made it this far in my argument that it should've been 'game over' for all of my opposition instantly. As soon as I said this to my violator they responded "& that is how I see them" & then I responded "& I see you all as no better because you sit back & watch, do nothing, act better while pointing the finger & exploiting as many resources/people as possible". I then went & made myself supper that included a t-bone that was given to me as a gift by my mother that was basically trash because of freezer burn but when I ate it anyway & had to get up to get my phone so that I could take the notes necessary for me to be able to produce this testimony my mind-control violator said "he called the cops" exactly as I then remembered being told that they would. My mind-control violator then said "he's not getting that back" exactly as I was told they would but I don't know what they were talking about. I then took care of my dogs (brushed their teeth, wiped their wrinkles, cleaned their paw crevices, wiped their asses & cleaned their ears) as I listened to the Cubs game before going outside into the garage to get in some exercise. When I went outside I noticed that my dogs fenced in area was suddenly littered with these 3-8 inch slug-type creatures exactly as I then remembered being told that they would be so I had to get my flashlight & search & dispose of all of these. When I first walked outside I

stepped on one of these things & it splattered on me so when I went back inside I wiped my leg off with a piece of wet paper towel & hand sanitizer & doing this & these creatures being all over the dog's space were both more exact details that were made reference to about today back then (& every time (of the 4 or 5 times) these creatures were in my dog's fenced in area it has been another exact detail that I was told would happen on each specific day so I believe one of the neighbors is throwing their fish bait in here hoping to poison my dogs). When I thought about taking Poe (my female bulldog) for a walk my violator said "take Poe for a walk" & this is something they always do in an effort to feel like they give me orders (& it makes me homicidal towards them). While in the garage & listening to the Cubs the announcer made a comment about one of the player's names (Butto) & said "Peanut Butto & Jelly" exactly as I was told that he would. While in the garage & walking the dog & showering my violator said the following exact messages that I then remembered being told that they would forever ago in my forgotten past: "& he doesn't have a problem with you". "I hope you don't mean that". "I was hoping we could be better than that". "Then he will never come around you again". "He's wishing he wasn't him now". While checking my phone before I fell asleep I was shown a picture that my cousin, Katie, posted of her dogs & this was another exact post that I remembered being told would happen back then if circumstances prevailed.

- 8/27/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I was woke up this morning by my violator saying "& that changed my mind" & then "& that is not what his says". I responded that I do not care what their delusional violators' testimonies say. They continue to compare me to guilty violators who have never contributed anything other than their time at school & work & who aren't good people who haven't done right nor made good choices in any situation as my evidence continues to prove the exact same truths for 34 years straight on a daily basis with mind-control surveillance. I had to hear an argument from my mind-control violators who were speaking for one of my violators who have violated me in person saying "& I have mind-control surveillance" & I had to remind them that we then have extra proof of their delusional trash & that I'm still being violated & plagued with arguments that I should NEVER have to hear about. I had to remind them that they pick delusional violators who should be in prison over an innocent victim who should be a trillionaire because they hide their true colors, kiss-ass to the elders & are anti-marijuana & anti-opiates & how truly pathetic all of you are for it. You all have violators who should be in prison for life living better than me & getting literally worshiped by their surroundings as I'm getting held hostage & tortured & completely dominated all of the violators & decision-making authorities combined at contributing to life on earth. My violator then said the following to me exactly as I then remembered being told that they would: "& he completely agrees now, its sad". "That was their last chance & it failed". "I would be completely ok with it" & I responded "& I definitely don't give a fuck what they are ok with". "& he should be in prison". "& that is 10 times more than what he does in a day". "Then he is never going to speak to him again". While checking my phone I saw that Cracker Barrel

remodeled their restaurants to make them much less of an attraction exactly as I was told would happen back then. The previous testimony was typed this morning & the rest of today's testimony was typed the following day after having to take notes on being violated throughout the rest of the day: I sent an email to the Warren County Housing Authority because I was supposed to hear from South Carolina about moving there for protection by now but have not. I have emailed the Housing Authority with legitimate evidence & a legitimate complaint over a dozen times since beginning to live under them in 2019 but have received nothing but unlawful & incompetent responses. – After washing my dog beds' bedding, I forgot that I hadn't bathed my dogs & I cleaned the washer before I washed their towels so I had to clean it twice (while being unlawfully held hostage on low-income I struggle to afford the materials to be able to clean) & this is another exact detail that I was told would happen today back then. – I walked to the post office & when I did I hid my house shoes in a place that would be nearly impossible for my dogs to get to & when I got home my house shoe somehow had slobber on it & when I noticed it my mind-control violator said "he cried" exactly as I then remembered being told would happen back then.  – I called the United States Attorney's Office in Peoria because I was told to do so when I took my evidence to them a week or so ago. When I called there the lady was extremely unprofessional to the point that I believe my call was hacked & redirected to a criminal not working for that office. Her responses were pathetic & unlawful based on the information that I have turned in. She told me she would send the email that I sent her to the FBI again & that if they believe that I have a case they will be getting in contact with me. - I'm remembering to document that this morning I was forced to speak about wanting to kill one of my violent violators who have habitually violated & harassed me throughout my life & when it happened I took note of it to keep in my other word document that I keep records in because I wasn't yet certain that I would put it into this document. I was forced to say my idea that I wouldn't carve him into a gravestone after I kill him because of his crimes & would instead write him down on paper (ka-wood (his name is kaywood) is the sound an ax makes when hitting wood instead of 'ca' being the sound stone makes when being chiseled). When I took note of it the exact note (ka-y-kaWood when iKill him trash) was another exact detail that I was told would happen decades ago so then I realized that I needed to add it to this document exactly as I then remembered being told that I would. - I sent Microsoft a suggestion for them to make it an option to be able to save these word files to multiple folders at once & this was another suggestion that I thought of during my early childhood but forgot. I remembered being told decades ago that I would be reminded to do this during these last few days as all of these exact details have been occurring. – I ordered from amazon this month & my when I ordered I didn't realize the shipping date for the socks I ordered wasn't until 2 months from now so I asked them to cancel the order & they gave me a free $15 exactly as I then remembered being told would happen back then. I went to Dollar General & while there I looked at their available socks & the prices of the different options for paper towels (whoever told me this was going to happen in my past said it would matter to them if I looked at the socks that are available at Dollar General). I grabbed paper towels that I thought were labeled $5.25 but I was charged over $8 for them exactly as I

then remembered being told would happen. On the way home I went to the gas station & bought some wings for supper & the following details occurred while at the gas station that I then remembered being told would happen back then (decades ago): While turning my truck around to park a yellow Mitsubishi Eclipse drove by. When I went inside a guy walked in & asked the cashier if he saw his new truck & his new truck was pulling a trailer hauling another truck with a confederate flag that said 'Midwest Mudslingers'. While waiting for my wings a bald guy filled up his black SUV & my mind-control violator said "he did cry". Whoever told me about this guy told me more details about him supposedly being a respectable member of our community who is having to accept that I should be worth a lot more than him. While taking note of all of this my mind-control violator said "He wants her in prison" & "he does not like her". I checked my banking app & was forced to change my password (after just being forced to say something about Aaron Gavin's parents (his dad was the bank president) within the previous 30 minutes) exactly as I was told would happen. While eating my wings I turned on my tv & NBC showing a story about a kid receiving gene therapy who has large calf muscles (my leg muscles disappeared after being murder attempted at Monmouth Park) was another exact detail that one of these people from my past told me they would be insulting me with. – Later in the night my mind-control violator forced me to talk about how after being told that I would have to be a porn director if I ever wanted to direct or contribute to our movie/entertainment industry during my childhood I used to imagine porning married couples when their wives would cross my mind sexually (to avoid being a selfish "master"-baiter) & how I ended up being forced to imagine porn directing for the royals (of England) a few times before deciding to stop using that technique out of fear that I'd be violated with another head injury because of it. This conversation occurring during my interrogation tonight is another exact detail that was made reference to forever ago & when it did my violator said "he bawled his eyes out" exactly as I then remembered being told would happen back then. – At the end of the night I soaked myself in the bathtub & while doing so I kept spitting out blood & my mind-control violator said "I'm going to swallow that right now" exactly as I then remembered being told would happen.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& I do agree with you now". "& he never wants to see her again". "& he does not feel bad for them now". "Goodbye" was said to me after I washed my dogs & then "then I am never allowed around you again" exactly as I was told would happen back then. "He agrees that she deserves the death sentence". "That made a big difference". "Then he doesn't get to speak to you & that's the truth". "There is 0% chance that they get anything to do with it (one of my invention companies), even when you die".        – While checking the news I witnessed the following details that were all more exact details that I was told would happen back then: A shooting occurred at a Catholic Church in Minneapolis & 2 were killed & 17 were injured. When I clicked on this headline there was another headline within the story that said the faculty reacted in seconds & when I read this I remembered being told decades ago that if "the faculty didn't react

within seconds" that it would mean something about the case (or something along that line). I saw that Monmouth College started a program for OSF's (the only hospital system within the area) nursing school. A kid took a bb gun to school in Macomb & the gun was confiscated form him. Princess Kate dyed her hair blonde. My cousin Katie posted to social media saying she was raising her prices at her hair salon & her exact post & the exact comments on it were more exact details that I was told would happen back then.     – I'm remembering to document that within the recent past my mind-control violator said "he's swallowing that she's (my dog) still bleeding" & I remembered being told that it would matter for something if my bulldog still bleeding out her menstrual cycle. I was told she would bleed for 21-28 days a year & she has been bleeding for over 90 now (she started bleeding in the third week of May & I've been cleaning blood up nonstop since & she bled for over 80 days last year).

- 8/28/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning I called the US Attorney's Office again because I didn't document the lady's name who I spoke with for my records. The same lady answered the phone & claimed her name was 'Sue' but wouldn't give me her last name. I also called the Monmouth Hospital System's OSF administrative representative named 'Dana' (who I spoke with 2 or 3 Wednesdays ago & who told me to call her back the following Wednesday (which I did for the last 2 or 3 Wednesdays since (& left messages)) if my issues weren't resolved but nobody answered the phone. I called her today because when I called her yesterday the lady who answered the phone told me that she wasn't there yesterday but would be there today. I didn't leave her a message because I've already left her multiple messages since speaking to her when I did & she has not returned my call. This morning I had an appointment scheduled to get my washing machine fixed by the warranty so I did some extra cleaning before the guy showed up. While doing all of this I took a picture of my dog sticking his head out the dog door for the English Bulldog group on Facebook that always shows 'Find the Bulldog' pictures. Me taking this exact picture, posting it as I was doing exactly what I was doing, all of the exact profiles that reacted to it & their exact pictures & comments were all more exact details that was made reference to about today back then. While posting it to the Facebook group I saw a post of a guy who posted a picture of himself on his couch without a bulldog in the picture & this was another exact detail that I was told would happen back then & whoever told me about this said this man would be posting this upset about my court case. The previous 2 or 3 times that this appliance depot came to fix my washer I received a call when the guy was on the way & when he showed up to my house. Today I was waiting for the call when I suddenly realized that I could hear somebody knocking on my front door (through my front separated front porch (there are 2 front doors separated by a front porch at this house)). When I answered the door the man was causing a scene whistling loudly & said "is this door ok or you wanted me at the back door?" exactly as I then remembered being told would happen. While he was here he attempted to talk to me at the very moment when I sat down to pass my bowels on the toilet & as my mind-control violator said "& that's as bad as it

gets" exactly as I was told would happen. When he left he said "I'll leave out this door (still pouting about me not answering the front door immediately)". Him reminding me of Mick Kaywood after being forced to talk about my anger with Mick over these last couple days & me saying how Mick & Lane Mings (Galesburg Police Officer who is in this evidence) remind me of each other were more exact details that I then remembered being told would happen. As I was explaining to my violators that every time I remembered Mick was one of my violators during high school mind-control was used to violate me as Mick physically & mentally abused me & then my mind-control was instantly used to blank my mind again. When I said this to my interrogators a voice inside my head sounding like Daniel Medrano said "sorry" in his accent that sounds like 'sore-ey' (he's Canadian & Argentinian) & this is another exact detail I'm now remembering being told would happen back then. When I typed this my mind-control violator said "then he's going to" & this was another detail that was made reference to but I don't remember what they said about it. – While typing (the notes that I took for this evidence over the last 20+ hours) for the last 7 hours I had to urinate over 30 times & this was another detail that I was told would make a difference to those surveillancing me. My toilet stopped functioning properly exactly as I then remembered being told that it would. I had the news on while typing this & News 8's Shelby Kluver held a beer during her broadcast & whoever told me all of these details said it would matter if she was willing to be seen with a beer or not (& that this would be dependent on me supposedly). I pointed out how the guy on News 6 looks like he could be Drew & Derek Robertsons twin. I was shown that an 8-year-old was saved form a fire & had to jump out of his second story window into the arms of the rescue team & whoever told me about this back then said it would prove something if he didn't get out of that house by himself. A navy seal medic was interviewed & said "I'm sorry" seemingly towards me & as he did this my mind-control violator said "& they are going to get laughed at" & as this happened I remembered being told that there are specific military personnel hoping to get away with exploiting my situation & falsifying the truths associated with all of these premeditated crimes that have been getting reported as otherwise over the last 6 years & that they are also hoping to get away with stealing my inventions. The Kelly Clarkson show came on & her show showcasing a movie called 'The Sinners', her saying she was serenaded by Jackie Chan & all of the very exact details of her interviews from the show were all exact details that were made reference to by the person who told me todays details decades ago. When my phone told me that the Cubs game was starting I looked for my headphones & couldn't find them exactly as I was told would happen & whoever told me this was going to happen said it would matter if I was over here blaming the guy who was here working on the washer for stealing them or not (or something similar to that). As soon as I turned on the radio to the Cubs game the announcers said "Happ didn't like that call" (or something along that line) & this was another exact detail that I was told would happen & whoever said this told me they were making reference to him not liking a decision being made about my court case & situation. Also while listening to the Cubs game broadcaster Ron's voice suddenly got angry & then he made a speech pattern that I've never heard him make that replicates Craig Robertson's voice & I pointed it out exactly as I was

told that I would. When the 4 o'clock news came on I was shown that they have 2 suspects for a robbery at 'Farm & Fleet' & this is another exact detail that I was told would happen on this exact day over a decade ago. When I was still typing this when the 5 o'clock news came on (I started typing at 10am) they explained how they are having technical difficulties & that a woman who was charged for arson & murder was sentenced to two separate life sentences & is still adamantly claiming that she is not guilty nor violent & these are more exact details that I was told would happen back then. After watching this the man on the news said "your sick" towards me unlawfully & wrongfully & while going along with intentionally misdiagnosing me exactly as I then remembered being told that they would forever ago. My furious & loud reaction & response (while my windows are open) included me yelling about how getting angry about being gang violated & neglected for 30+ years with severe brain damage that was intentionally forced upon me by my violators & the organized corruption that is violating me is not a sickness. They continue to tell me I'm sick & need psych meds when I need medical medicines, protection from my violators & justice, not psych medicines & it's not only illegal it's a form of torture (especially when its done to a serial victim who is completely innocent & being set up so that guilty violators get away with their crimes & so they can steal over a $billion from me). My response included "the only thing sick with me is me being sick of being violated" & "that punk trash comes & says that to my face it will be his last day with a face". After I ate I took a shower because I was sweating & realized my skin broke out in boils exactly as I then remembered being told that it would. Me feeling like I was about to faint & puke (which is something that happens to me on a regular basis) as I was getting out of the shower & as this was happening my violator saying "I would be in the hospital right now" were more exact details that I then remembered being told would happen. While eating my supper I turned on the tv briefly & Kelly Clarkson being on with her story show & telling us about a woman who won 9 Grammy awards after a severe spinal cord injury was another exact detail that I'm now remembering being told would happen tonight. At the end of the night I sent an email to the Minneapolis Police Department & the Minnesota State Police notifying them about the Catholic Church shooting being a premeditated crime that I was told would happen over 13 years prior & included a message about my victim/neglect situation & this evidence. I also sent messages to the Center for Disease Control about being the serial victim who is being unlawfully denied access to fair medical care exactly as was made reference to back then. My emails to & from the Warren County Housing Authority about moving for my own protection were detailed exactly as was made reference to forever ago (I want to live in the country, not Texas, California, New York, Iowa, Indiana, Florida nor the desert & her saying that she will call them everyday). At the end of the night I was talking to my interrogators about how much resources & time is being wasted making nurses go & drive to school for 10 trillion hours so that they can take somebody's blood pressure. My conversation included how we could have highly attractive nurses who are happy but instead you turn them all fat, fed-up & brainwashed. It included how nowadays there is a screen in every doctors office & there could be a computer program that could tell somebody who is literally almost brainless how to do everything a nurse does on the spot without nursing

schools existing. It included how this would save nearly a trillion dollars per year in fuel from nurses driving to school & whoever made reference to this detail occurring tonight decades ago said that if I couldn't save another trillion dollars per year tonight that I couldn't go to court (or something along that line) (I remember thinking they were completely insane).          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "They do want bulldogs now". "He agrees that they deserve charged today". "& he does not like her now". "& he wants it replaced". "He does know that now". "It's the worst day of their life now, I promise you that". "& I am pressing charges now". "& I don't like him". "& he is going to get arrested". "& she means it now too, she's not ok with that either (my true evidence getting processed)". "& she is going to have to swallow that literally immediately". "& he swallowed". "Is my point, they would not even be in business". "& he does agree with you now". "He called the cops". "& they are going to get laughed at". "I am never allowed around you again then". "& he couldn't agree more now". "She is sad now". "She is sick now". "Then he is going to get put to sleep now". "I am going to swallow that right now" was said to me over a dozen separate times today about different realities & arguments that occurred. "& he would take credit for it (one of my ideas/inventions) (& I think they were talking about one of my ideas that I still don't remember yet) if they'd let him". "& I'm not impressed".   – While checking my phone I saw that George Clooney was sick & didn't go to the film festival exactly as I was told would happen. The Cubs were swept by the Giants exactly as I was told would probably happen. Kyle Schwarber hit 4 home runs & I was told that I couldn't go to court unless he did or that I couldn't go to court if he did (unless more certain circumstances unveiled) (I don't remember which). The news tonight told me that a man paddled the entire Mississippi River & said "I'm sorry" (towards me) & then I remembered being told that I couldn't go to court until he did this & was sorry (or something similar). There was a gunshot victim in Galesburg who walked to the hospital & I was told this would happen decades ago & whoever told me this was going to happen said I couldn't go to court unless that kid walked himself to the hospital. At the end of the night I was still typing into this document when the Jimmy Fallon show came on & all of the exact details from his interviews were made reference to during my long ago forgotten past including the fact that within the last 48 hours I was talking to my interrogators about my chipped teeth that look like vampire fangs & then Machine Gun Kelly gave Fallon his own set of vampire fangs. I was shown that a woman was attacked by a bear & drug over 100 yards & survived. When I saw this I remembered being told that I couldn't go to court unless this happened & she survived. I also was shown very specific internet videos while scrolling on Facebook: Within the last couple days a guy named Joel randomly crossed my dialogue as I was getting interrogated & today they showed me a girl dancing that looks similar to the Joel that I was making reference to exactly as I'm now remembering being told would happen. The first was of a guy who trained each of his two dogs to skateboard on their one-wheeled electric skateboards next to him as he was doing the same thing. Whoever said this to me in my past told

me that I couldn't go to court unless he did this (or something along that line). I was then showed a video of a couple & the woman told him that she had no underwear on & then farted. I have been getting shown trash videos like that a lot & it's negative that I don't want in my life.    – I'm remembering to document that within the recent past the following details occurred (that I didn't get processed & notated in time to get documented on the day that the details occurred) & they were all exact details that I'm now remembering being told would happen back then: Several days ago I noticed that the neighbor had the 'Appliance Parts Depot' truck over at their house while I was walking home from the post office or somewhere & when I came back inside my washing machine was suddenly set on 'hot' instead of the 'warm' setting that I always have it on. This happened after I noticed that my washing machine started acting up but I was still waiting to see if it was going to be a continuous problem or was just malfunctioning momentarily. Whoever told me this was going to happen said somebody was going to come in my house & change that setting to show me that they were in my house while I wasn't there & that if I would've turned in the complaint when I realized the problem they could've come & fixed our appliances on the same day. I'm remembering to document that the last time I saw my sister she looked terrible (as if she suddenly has cancer or something) & this was an exact detail that I was told would happen also. I'm remembering to document that when I heard about Prince William's friend dying after being stung by a bee I was on the London Police's website & was considering sending them a message about being told this was going to happen decades ago when I accidentally sent the unfinished message that made me seem incompetent & this happening was another exact detail that I was told I would be forced through forever (decades) ago.

- 8/29/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: While submitting my complaint to OSF they had me create them a separate document from this one for them that I had to update & resubmit a handful of times within the last couple weeks. They emailed me today & told me that I'm no longer allowed to turn in any updates & that if I want medical treatment that I have to contact my insurance provider to find other medical providers despite me already telling them that I have already done that & been to all of the other available providers & have been intentionally violated, harassed & neglected by them the same as I have by OSF. My argument between my mind-control violators & I continued all day again today & I'm pretty sure that everything I said was all more exact details that I was told would happen forever ago & all of it was thoughts of mine being exposed from decades ago.    - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& they are going to go down as some of the worst people of all time". "she is never allowed around you again". "& that is proof". "Then you are never going to court". "& he can't beat you in court". "& theirs (house) was completely disgusting" & "& yours is completely clean" was said to me & I remember being

told that my skin is being poisoned (I'm being denied the medicine that literally almost everybody gets) because of somebody else who is getting the medicine that shouldn't be getting it. Whoever told me this was going to get said told me it would matter who had a cleaner house but I didn't remember getting told this until this was said. "& he agrees that wouldn't have just got said (if I had my rights, justice & medicine that I'm supposed to be guaranteed)". "He bought it". "He called the cops".     – While checking the news I witnessed the following details that were all more exact details that I was told would happen back then: Two people were charged in connection with the person who was just shot in Galesburg. Ther person who was found dead in Galesburg during 2018 now has a 5k run in Rochelle. The local news showed us that somebody had their 1,400-pound cow stolen. A mother from Texas was charged for murder after intentionally leaving her child in a hot car. All of the recent media coverage involving Attorney General Bondi's brother were more exact details that somebody told me would happen back then. President Trump canceling Vice President Harris's Secret Service protection & it being reported that he lost his temper & had an angry rant were more exact details from back then. OSF in Galesburg hired a new general surgeon. There was a news story about Mark Zuckerberg gifting his neighbors noise canceling headphones because of the construction he is having done at his house. The next season of the television series 'Dexter' was canceled. I scrolled past a news story that involved 2 teenagers being charged or something to do with somebody dying & believe that it was another exact detail that I was told would happen back then but I didn't remember for certain & my mind was overloaded so I missed the opportunity to document it & then couldn't find it the next time I looked for it.

- 8/30/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: The same furious argument that I've been in with my mind-control violators/interrogators continued through today. While notating & remembering to document that Mick Kaywood called me Rudolf (& while continually being forced to make arguments about him violating me & getting to live free of justice with public resources & rights/protections that I'm being denied) a massive red pimple surfaced on the tip of my nose (& this is something that has happened every time that I've remembered that memory (3-6 separate times (& possibly more times than that))). When I ate lunch I had on the Ohio State vs Texas football game & Texas didn't stop them on the goal line. Whoever made reference to this in my past told me that if they did stop them on the goal line that it wouldn't be good for my future (or something along that line). I turned in my complaint about being violated & harassed by all of the television & radio broadcasters & entertainment industry including how they have reported over 5 years' worth of crime as crimes that weren't premeditated & as crimes where organized corruption wasn't involved when they were. When I wrote the description of the complaints (I had to turn in one to their television department, one to their internet department, one to their radio department & one to their disability department) to the FCC I was permitted 1,000 characters for my message & my message entailed every available character down to 0 characters left (exactly like what happened when I sent the Vice

President a message). When this happened my mind-control violator said "that's impressive" exactly as I then remembered being told they would if my message used every character. At the end of the night I turned on a stream from YouTube of the largest heads up poker game in history & 'Jungleman' (the American) losing a hand to 'The Monarch' (the guy from a different country) where three 6's were on the flop & 'The Monarch' had a 6 & 'Jungleman' had an ace & a 10 & then an ace & a 10 were on the turn & the river was another exact detail that I was told would happen 1.5-3 decades ago. When the stream preview ended another game came on & poker professional Phil Laak introducing himself as somebody who flies planes, etc. instead of them showing me the game was another exact detail that was made reference to back then.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& we agree that we destroyed your entire life". "& he will be swallowing that". "& he does cheat". "& I have been surveillancing you & you do not cheat". "& he agrees that you deserve that more than any of them". "She's laughing now".  "& I am done playing dumb". "& I went back to the game". "& I expect the medicine to be there". "& he is not going to like the answer". "This is why I don't like you". "We could move there (to Wood County West Virginia)". "He is as unwell as it gets". "& he had never thought of it that way before & he 100% agrees with you now". "Now she knows & that's not a joke". "She's not confused now". "& they've tried to exploit EVERY situation". "& it's the very worst day of their lives".        – While witnessing the news & television broadcasts today on television & my smartphone the following details occurred & they were all more exact details that I was told would happen back then: After telling the housing authority that I want to move to Wood County, West Virginia when they told me I have to have a specific county to move to (because South Caroline didn't respond to me & because I remembered being told forever ago about the county I applied to in South Carolina being another premeditated detail from decades ago) a news story popped up on my phone about West Virginia getting high speed internet. When I saw this I remembered being told it would happen forever ago & then remembered that they told me that I might be planning to move there as well. Florida State upset Alabama & I remembered being told that I couldn't go to court unless they did. The media coverage of Chicago protesting President Trump's decision to send them our National Guard for assistance with their massive crime problem were very exact details (the mayor saying "President Trump has declared war on poverty" & the Governor telling President Trump that Chicago doesn't want him there) that I was told would happen back then. The Morning Show on NBC's S. Guthrie wearing dressed in an Eagles football helmet & pads was an exact detail that somebody told me would happen. The FBI director's girlfriend sued about whatever she sued about exactly as I was told would happen. Only Fans model Sofie Rain made over $80 million in a year. A man faked his own death & fled the country & was sentenced to 89 days in jail (the amount of time he fled the country for). A news headline saying that an English Bulldog hiding from his toddler "is such a mood" & the exact English bulldogs that became available on the bulldog rehoming group on Facebook were more exact details.        – I'm

remembering to document that within the recent past the following details occurred (that I didn't get processed & notated in time to get documented on the day that the details occurred) & they were all exact details that I'm now remembering being told would happen back then: My mind-control violator said "Can I have that one (invention company)?". They also said "& she would way, way, way rather be with you" & "& they are disagreeing with facts".

- 8/31/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: My furious argument between my mind-control violators & I continued through today. I fixed my toilet today by gluing a plastic extension onto an existing internal component of the toilet that was getting caught & when I did it I wrapped the glued plastic with duct tape. After doing that I said "if you can't duck it, fuck it, muck it" & then remembered being told this is another exact detail that I was told about forever ago.          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "she's going to be swallowing that one for a long time". "& they love it there". "he's swallowing that you didn't just hurt that dog" was said to me after I gave my dog a bath. My male dog kept making me mad while continuously attempting to escape the Tupperware tub that I bath him in so I dunked him a couple times. When this was said to me I remembered being told that somebody thought I was going to hurt the dog & that if I did I wasn't going to be allowed to go to court or get medicine but when I didn't hurt the dog they said this exactly as I was told they would if I didn't. "& he's never been without medicine". "& he is swallowing that they will never need that again". "I'm unwell now" was said to me after I made an analogy to my interrogators about how my authorities argument would basically be the same as if the legal & medical system were attempting to argue that the recent gunshot victim didn't get shot exactly as I was told would happen. "I have no more questions". "& they are disagreeing (with factual evidence & common law)". "& its her loss the moment she speaks". "he's going to be there, I promise". "& they don't need their permission now". "that fixed it".          – While witnessing the news & television broadcasts today on television & my smartphone the following details occurred & they were all more exact details that I was told would happen back then: The Notre Dame vs. Miami football game was tonight (on Sunday) & throughout the game there were several exact replays being reenacted by the players from my childhood football games with Drew Robertson. Whoever made reference to this game from my past told me that if Notre Dame couldn't play on Sunday night for this game that I couldn't go to court. During this game the broadcaster lady said "I trust you" exactly as I was told that she would if certain circumstances were reality. After the game I watched a movie called 'Ain't them Bodies Saints" & all of the details from this movie were exact details that somebody made reference to while talking to me decades ago long before it came out & when I watched it I remembered being told that I might be watching it tonight. After this movie I watched a couple episodes of MTV Cribs (season 16) & was intentionally harassed by more of their famous people who were showing

their houses (a musician made a scene with his fur rug & it was a recreation of something that happened to me as a kid & all of the details from each episode I watched were all details that I was told would happen back then). I was shown a headline about Jude Law from People Magazine about him playing Putin & saying "we weren't looking for controversy" & it was another exact detail that I was told would happen forever ago. Putin gifting an Alaskan a brand-new motorcycle was another exact detail that I was told would happen back then as well but I don't remember the details that I was told about this.

- 9/1/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: After I remembered that it was a childhood invention idea of mine to use technology's artificial intelligence to create a program capable of learning & recreating people's personalities so that when somebody (the King for example) dies their family can continue to enjoy their presence & learn from them using artificial intelligence's recreation of them. When I remembered this & took note of it for my evidence my mind-control violator said "& that's going to change society" & then I remembered being told that if I couldn't remember another one of my invention plans that would change society that I couldn't go to court. While typing the 3 hours of evidence that I had to add to this document today I listened to the Cubs game & the following details occurred that I'm now remembering being told would happen forever ago: The broadcasters said "that explains a lot (my evidence)" & "then it's going to be a problem (me claiming all of my inventions & seeking justice)". He also said "he had no chance of doubling up Nico" & then I remembered being told that if Nico got doubled up that somebody would get to put me into a psych ward or prison & get to claim the rights to all of my inventions (or something along that line). The other broadcaster said something about Donald Duck after the Mighty Ducks sang the 7th inning stretch exactly as I then remembered being told would happen as well. He also said "you can't be any better than that" & I remember being told that I couldn't go to court unless they believed or said this. While this was happening I remembered that Ron (one of the broadcasters) saying something about his credit card within the last few games & as I was talking to my interrogators about this being another detail that I was told would happen in my past my violator said "then he doesn't deserve a credit card" through my own voice about somebody from my life (I don't remember who) simultaneously while I was saying the same thing about the broadcaster because of their harassment/neglect & this happening is another exact detail that I was told would happen. While being forced to document what was happening with the Cubs game I suddenly received a text message addressed to a Dave attempting to scam me about auto insurance & remembered that this was another detail that I was told would happen & that this same message has been sent to me multiple times now.  Later in the night I went to dollar general & the gas station & the following exact details occurred that I then remembered being told would happen over a decade prior: There was a couple at the checkout counter of Dollar General talking about how they just sold their freezer & other belongings as the man was wearing American flag bib overalls. At the gas station there was a specific couple at the checkout counter when I walked in & when they left

in their golf cart they stopped & talked to somebody at the neighbors. After I ate I worked on the neighbors yard because she had a large overgrown patch of weeds that she had been piling landscape waste & other trash in & it was taking over the gravel road that all the neighbors share behind our houses & because she doesn't have a truck. While driving the first truckload of waste out to the dump the Alexis cop pulled into their garage as I was driving by exactly as I was told would happen. While out at the dump I walked around in the fresh air for a short time listening to music & when I said something about my loyalty for the King of England a super-fast shooting start flew by in the sky exactly as I was told that it would. I ended up listening to music & running some sprints out there & while I was out there a truck came out there then turned around & when I finally drove back home a truck was outside of its house in its driveway with its lights on until I drove by & then it shut its lights off exactly as I then remembered being told would happen. Whoever told me this was going to happen told me they would be waiting for me to go home to shut their lights off (& they told me more details but I forget them).          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& he is not going to write that one down because he does know it was your idea". "they bawled her eyes out". "they bawled his eyes out". "then I am never allowed around you again". "he's pressing charges for you now". "my dad is not worthless". "she's wishing she made different decisions now". "he wants to pay you a lot now". "& you made the good points". "he's swallowing that is what you look like". "I would adopt that dog (my male bulldog) now". "I would pay you for that dog (my male bulldog) now".          – I'm remembering to document that within the recent past the following details occurred (that I didn't get processed & notated in time to get documented on the day that the details occurred) & they were all exact details that I'm now remembering being told would happen back then: I was shown that Dr. Val's (the doctor from my evidence who sewed my face back together after the four wheeler landed on my head) doctor husband is about to retire as a doctor from Galesburg's OSF healthcare system & I remember being told details (that I forget) about this & his retirement party & supposedly something (involved with my court case getting to proceed) couldn't happen a specific something happens at his retirement party. While shopping on Amazon I saw a pair of wireless headphones on sale for less than $30 that were originally over $150 & I remembered being told that I couldn't go to court unless somebody could buy these headphones at this reduced price. My mind-control violator said "& he's swallowing that you want nothing to do with this house", "It's $20,000 (my local community's first offer to compensate me in court despite me deserving multiple-billion up front)" & "you already did live without (medicine/rights/protection/compensation/my earnings/etc.).

- 9/2/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I have been getting violated with mind-control since I woke up. This morning I emailed Wood County, West Virginia about

me sending my paperwork there to potentially move there for protection from the organized corrupt violators that I'm surrounded by while I wait for federal court to settle. I called their Sheriff's Department & left them a message about the email that I sent them so they didn't lose it to spam. When I did this my mind-control violator said "& he agrees now". I then made a comment about all of the kids who violated me during my childhood being violators & my mind-control violator said "& I disagree" until I reminded them how easy it will be for me to prove all of them guilty & then they suddenly said "& I agree now". Soon afterwards my mind-control violator said "& they get access to all of the evidence now", "& he is admitting it now", "& he would shoot on sight", "& they don't get to disagree now", "& you completely dominated him", "he's embarrassed now", "& I want to be naked with you" & "& I would dress up for you" exactly as I then remembered being told might happen forever ago. At the end of the night I got an erection & instantly ejaculated & as soon as that happened my mind-control violator said "then they are the worst people that I've ever met" exactly as I was told they would when I was told this would happen forever ago. While checking the news on social media I saw that a Kentucky cheerleader is getting charged for hiding a dead infant in her closet & that my cousin Katie's hair salon that my sister works at had to close because the power went out exactly as I then remembered being told would happen long ago.

- 9/3/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I've been getting violated with mind-control all day again today. After I woke up I did the same chores that I do every day as soon as I get up & when I did this my violator said "& she is swallowing that you did this every day". After mowing my yard I received a call from the Housing Authority telling me that I could go sign my paperwork to turn into Wood County, West Virginia & whoever told me this was going to happen told me they would be waiting for me to finish mowing the yard before telling me that I could. After doing so I burnt an hour in town so that I could try Alfano's pizza for the first time. While doing so I went to the art center & the library & the following detail occurred that were all exact details that I was told would happen back then: The guy who spoke to me at the Art Center said word-for-word exactly what I then remembered being told that he would (included how he was only partially done hanging the new exhibit & how there were post cards up front that I could take). There was a piece of art that was an edited picture of people standing in front of Mount Rushmore (after I just attempted to post a picture of me on Mount Rushmore to social media) & a piece of art called 'broken dreams' (or something similar) by a Michelle Ryan & me seeing this after being interrogated about the Kaywoods (Michelle, Marvin, Mick, Sara & Katie) the last few days was another exact detail that was made reference to back then. I then went to the library & Frank Doyle (Judge Doyle's father) was there with one of his grandkids. I read an article from the Register Mail about a Springfield man who was just arrested for murdering his wife & another man after initially getting away with it & being labeled a hero for killing the man that he told cops was attacking his wife with a hammer. Reading this article in today's paper was another exact detail that I was told would happen today along with the fact

that there was a blonde in the back magazine room & whoever told me she would be there said it would matter or not if they caught me staring at her. I scrolled Facebook for a minute & was shown the profiles of a guy from Galesburg named Mason who harassed me at the bar & a profile of a guy from Galesburg who punched me named Ramirez exactly as I then remembered being told would happen. I then went & ate at Alfano's pizzeria & while there everything that occurred was more exact details that I then remembered being told would happen back then: their customers, their conversations with their customers (a $50 gift card), a guy buying tacos, it started raining & a young lady claiming she is with the LPGA started following me on social media. I scrolled the news on my phone while eating & seeing that Chef Gordon Ramsay was diagnosed with skin cancer is another exact detail that I was told would happen back then.    - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& there will be no confusion when you get to court". "& they aren't agreeing". "& they disagreed with facts". "He literally cried, in the very best ways". "& she swallowed instantly". "& you get to put him in prison". "that one hurt Ryan". "Then they are horrible people". "that one made him sick". "she feels the same way about it now".    – Within the last few days the following details occurred & they were all more exact details that I was told would happen or that were made reference to back then: I saw a picture posted by Dannie's Tap (a bar in Monmouth) showing a high school classmate of mine giving a thumbs up. I remember being told that he'd be giving a thumbs up if he thought he could make a bunch of Southpark episodes out of my interrogation. In an angry rant with my mind-control violator I called one of the women that I've been raped with repetitively a cum-guzzler & then I remembered this being made reference to in my past as they said she was going to be a villain in a comic book called 'The Cum-guzzler'.  My mind-control violator said "& that was their only motive (to exploit me out of my inventions & justice)", "& you do have them proven oblivious", "he's not catching on", "& he's going to be remembered" & "then he can stay here" exactly as I then remembered being told would happen back then.

- 9/4/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I woke up today hearing somebody honking outside exactly as I then remembered being told that I would. When I checked my email the Knox County Disability Coordinator sent me an email saying that Knox County dismissed their case against me. When I emailed her back & said it is illegal to dismiss the case against me when my evidence proves Knox County guilty of organized corruption & neglect she emailed me & told me that I will have to talk to the state's attorneys office despite me making it clear to them that I'm going to be pressing charges against them. I should've been directed to a mediator who will be able to prosecute them for their intentional crimes that they violated me with instead of being forced to have to continue to deal with them personally. I also received an email from the Housing Authority because I asked her to notify me when she sent

my paperwork to West Virginia & asked her who to call for the energy assistance program. The number she gave me was to victim services & not the energy assistance program. Since she gave me that number I attempted to explain my situation to the lady representing them & she told me that there is a 'conflict of interest' with me & that I should go to the Attorney General's despite me telling them that the Attorney General has turned me down 3-5 times now over the past few years. I had to call the Housing Authority in West Virginia to verify that they received my paperwork because of being unable to rely on the local authorities who have been violating me with corruption & intentionally neglecting me for my entire life. When I called them the lady answered the phone calling me by my dad's name "Kent" & I'm sure this was intentional harassment. I then sent this evidence & an explanation about my situation to the local Patrick Harlan who is running for Senate & when I sent it to him on Facebook his profile pictures at Monmouth's 'Prime Beef Festival' parade were exact details that I then remembered being told would happen over a decade ago.         - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& that was exactly what you said" was said to me after getting interrogated about one of my inventions & when this was said I remember being told that if I couldn't say exactly what I said when I was a kid that I couldn't go to court (or something similar). "& you get to press charges on him immediately". "Then they are desperate". "& I will swallow that now". "Then he wishes he would've told you". "& you need oxycontin". "& he is unwell". "They did need that". "He called the cops for them, in a bad way". "She puked". "& they agree with you now".

- 9/5/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I've been getting violated with mind-control by violators who have been talking through me with my own voice all day long. I drove to the Illinois East Moline State Police Headquarters to swear in this complaint (because the website said that if my complaint involves official misconduct that I have to swear it in) & the following details all occurred exactly as I then remembered being told would happen back then (over a decade ago): Before I left I left my house I attempted to leave but realized that I forgot my phone & then attempted to leave again & then realized that I forgot my water. On the drive there a motorcycle drove past me tailing a car extremely closely (for a couple minutes at least) as we were all going over 50 mph in congested traffic & then a white car with 2 American flags hung out of their window drove by. I had to stop at the gas station closest to the headquarters & I forgot to flush the toilet before I left. I missed the turn to the state police headquarters exactly as they told me that I would also. While in the lobby I noticed that 'Michael Kucharz' has received two special medals for this State Trooper Division & it made me think that he is the brother to Liz Kucharz (in this evidence). I had to urinate while I was waiting in their lobby & their toilet seat was broken. The door in their lobby locks when you leave so I had to prop it open to go outside to get my computer to start typing this because it took some time for

their people to show up. I was typing this information into this word document when two local police officers walked in & started interrogating me. A few minutes later a state police officer showed up & began interrogating me with them. During my conversation with them the state police officer told me that he is a "silver" star, not a "gold" star & that my complaint needs filed with a higher ranking "gold" star. He asked me if I could name any of my violators & I named the first few that came to my head before telling him that there is a long list of them & that it is all perfectly explained in this document. I informed them that my mother is the only contact I have had for a decade & that I want a protection order on her but am being denied my rights. The topic came up about me getting all of my inventions stolen & that the new bridge in the Quad Cities is a replica of the design that I designed my bridge out of toothpicks in my grade-school class. After saying that the Moline cop said "but you designed yours out of toothpicks" & I had to say that the design concept was the exact same design as what I designed. The conversation included me informing them that I'd be a billionaire if my rights were being respected & when they acted as if that wasn't a legitimate motive I had to make it clear to them that that is probably the most obvious motive to ever exist. Their conversation with me disrespectful & nothing other than another unlawful interrogation. They almost instantly asked me if I had a license & I had to tell them how Knox County is guilty of corruption & unlawfully took my license & that they just dismissed a case for the same thing (me getting arrested with a premeditated & unlawful crime/arrest for driving to turn in this complaint to law-enforcement in January) yesterday. The state cop had to go outside to make calls during my time being interrogated. While this was going on one of the local cops who went outside momentarily stepped in & gave the other local cop a thumbs up. At some point one of the local cops said "they know who you are now". At some point the state cop said "then that's what I would be doing too (typing testimony every day)" & "I let you talk now let me talk". When I couldn't find a ride home they decided to tell me that they were going to leave & that they didn't suggest that I drive home but that the truck needed to be gone soon or it would get towed. While leaving I spoke up close with the state cop & we looked into each other's eyes momentarily. I took a walk for about a half hour because he didn't want to see me driving. On my walk I walked by a couple unloading their car into their home/apartment & the woman said "that's not a vibrator, it's a curling iron". While walking around my mom texted me attempting to exploit & brainwash me. She has been the only person that's communicated with me for the past 6 years & she constantly ignores ALL communication & facts of reality while continually going along with her delusional false assumptions. I walked past a dog that was trapped in its fenced in yard & the dog kept throwing his ball over his fence to me as I was walking by so I kept kicking it back over the fence to him. I ended up walking back to my truck & driving home & while leaving their parking lot there were 4 deer that ran along the driveway & crossed the road. On the ride home I had to pull over on the highway to take notes for this on my phone before I forgot what to note. As I did this the person tailing me wasn't able to get over & was driving fast enough that they would've needed to slam on their brakes so I immediately shouldered while going faster than what I would've wanted to so they didn't cause a wreck or damage their brake pads. While doing this my mind-control violator said

"he puked". Soon after 2 (sports) motorcycles past me & I remembered being told that if I didn't attempt to wreck them that I could go to court (or something along that line). I had to get gas when I returned home & just wasted another day of my life & more nonrenewable resources to get cluelessly interrogated by oblivious law-enforcement (despite being under unlawful surveillance 100% of my time for over 34 years & despite having turned in this evidence on a regular basis to ALL authorities for years now). They didn't accept my complaint & told me I needed to come back during business hours & not on a Friday (because they leave early on Friday). When I returned home I texted my mom & told her that if she continues to attempt to exploit & punish me that I'm going to fracture her skull.          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& she did not say that to him". "You win, for good". "You're 100% correct about that". "He very much knows that now" was said to me as I was walking around after being interrogated & turned away by the police & when it was said to me I remembered being told that if he (unknown to me) didn't "very much know" something (also unknown to me) now that I couldn't go to court. "They called the cops". "That one rang bell" was said to me by my mind-control violators after I told the cops that law-enforcement is being tested by my mind-control violators & that they are failing miserably. "That makes perfect sense to them now" was said to me also while walking around to be able to drive home & I remember being told that if my case didn't make perfect sense to them by the time I left that I wouldn't be able to go to court (or something along that line). "They are pressing charges now". "That one hurt them". "She called the cops & it mattered (that she did)". "& I do not want that (my violators arrested, justice prevailing & me getting to live with my rights (including my intellectual property rights))". "Then I despise them". "That's sickening". "& that (how I have it now: $10,000/year, no rights, no medicine & getting constantly violated) is the best I would've ever given it to you". "& probably less than that (my violators would make my life even worse than what it is & make me live with less than what I'm being forced to live on now)". "& probably only once (they would only let me have sex once for the rest of my life or they would only let me have medicine one time or something similar)". "& I think they did it (unknown to me) to him (unknown to me)". "& that's going to be a problem for me (unknown to me) for the rest of my life". "& they bawled her (unknown to me) eyes out".     – Neuralink's patient named Noland Arbaugh posted a video of himself walking (he was paralyzed within the last decade with an incident that I was told would happen when I was in grade school until he received this brain implant) & then I remembered this being made reference to long ago. I believe they said something about how if I was ready for court they weren't going to slow play the fact that they could provide the paralyzed the power to walk again with their medical technology.

- 9/6/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: While eating breakfast my

mom stopped by with my niece & nephew as they were on a walk. She told me my oldest nephew was at the baseball diamond watching a game & that Carlie won the chicken scramble. Whoever told me about this long ago included details about something depending upon if he was at the game or not. I called the vet to schedule an appointment for my dogs & the lady called my dog "Boe" instead of "Poe" & Beau is Morgan Ray's (from this evidence) cousins name who was recently arrested & sentenced to decades in prison for sexually violating a minor. After spending a couple hours typing the notes that I took for this evidence over the last 24 hours my mom texted me again & told me she was once again outside with the kids were bringing me some cherry tomatoes that they grew. I had to text my mom & remind her that I didn't want the kids seeing me while my skin looks as disgusting as it does at the moment. Of course she argued & sided with her delusions & told me my skin looks fine & it infuriated me because she NEVER accepts reality & instead ALWAYS argues for her own delusions & I told her that if she does that again that I'm going to have to talk myself out of beating her to death immediately because what she does to me is literally mentally abusive torture & criminal neglect & she has been doing it to me literally nonstop for my entire life. When I sent that message to her my mind-control violator said "Then I will swallow that right fucking now", "& he swallowed immediately" & "he is unwell now" & all of these were made reference to back then (decades ago). I filed another complaint for this evidence/my case to the email of the Illinois law-enforcement standards board @ ptb.complaints.illinois.gov & the Illinois Internal Investigations website highlighting the severe official misconduct involved with my case. It was a nice night so I had the windows open instead of having the air on & of course a horrible stinch of burning trash began entering the house as it does on a regular basis so I had to shut the windows & turn the air on & when I did this my violator said "then I (unknown to me) despise them (unknown to me)". Within the last couple of days I consciously chose to physically threaten my mother twice but each were more exact details that were made reference to forever ago. I chose to finally show my mom a severe negative response because she has abused me constantly for my entire life & never stopped showing complete disregard my life & my rights while constantly disrespecting me & my family. She has never been willing to accept reality & constantly tormented me as she sticks up for my rights being violated, me being held hostage without my rights & me being unlawfully denied medicine. She has never stopped siding with her false assumptions & delusions about reality despite me putting everything in writing so that there is zero room for confusion nor doubt & giving her the opportunity to read that on a regular basis for years. She did this my entire life regardless of the fact that the evidence was always extremely obvious for me. She does this to me intentionally because she doesn't want to be charged for her crimes when I was a child & doesn't want me to be famous nor wealthy (she struggles with not being in power).     - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "Then they (unknown to me) need help". "& they (unknown to me) are going to be remembered in the worst ways". "& she (unknown to me) does know you mean that now". "& I'm (unknown to me)

done putting it otherwise too". "Then he gets to go (one of my violators gets to go somewhere they shouldn't be able to afford nor allowed to go)". "She (unknown to me) puked, I promise". "& he (unknown to me) shut up". "& I (unknown to me) made it clear to him (unknown to me) that you mean it". "& I (unknown to me) told them that they (unknown to me) could have half of it (unknown to me)". "Do you want milk?" "& I (unknown to me) have to (unknown to me)". "& I (unknown to me) agree with you". "They (unknown to me) don't get an answer now". "& they (unknown to me) are on suicide watch". "& he (unknown to me) will never speak to you again". "& he (unknown to me) agrees with you & only you now" was said to me & then I remembered being told that I couldn't go to court until this was the case.        – While checking the news using social media on my phone I was shown a picture of women from the University of West Virginia (I just sent my paperwork to Wood County, West Virginia hoping to get to move their for protection from my violators & corrupt authorities & for a safe environment) under a sign that read 'Cooper's Rock' (Morgan Ray's (from this evidence) nephew's name is Cooper) & this was intentional harassment I then remembered being told would happen forever ago. I was scrolling twitter/x.com & came across the poker professional that goes by 'Jungleman' who recently made this evidence. He just posted a message saying that if anybody has any information on known cheating happening during the poker world that we are supposed to email him at his email so he can 'smite evil'. I remember somebody making reference to this exact post forever ago & whoever told me this said something about him attempting to exploit me if I messaged him (I can't remember for certain if they said he would or wouldn't but remember they said nothing good would come of me messaging him). I haven't messaged him yet but am considering doing so.

- 9/7/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: While I was still sleeping my mind-control violators said "& we (unknown to me) are going to have a talk with Selina" & as soon as I woke up I responded that she is going to be getting brought to court & charged for her involvement with me being repetitively raped with her (I'm uncertain if this is something that I was told would happen back then or not but regardless I was violated so it was necessary for me to document because the authorities that have me under surveillance are criminals who aren't trustworthy & my worst enemies. Today I took note of testimony that I had forgotten that I already documented (something that happens on a very regular basis) & this happening today with the specific piece of information that I notated (about Marcia from the courthouse & her son's picture) was another exact detail that I was told would happen today. While checking my social media I saw that A.J. Cox's wife twisted her ankle at the fair exactly as I then remembered being told would happen back then. I emailed the Brimfield, IL Police Department about Aaron Gavin being a criminal at large. I emailed the Mooresville, NC Police Department about Corey Champion being a criminal at large. I emailed the Orlando, FL Police Department about Selina being a criminal at large. I emailed the Chicago Police Department & Allianz Insurance about Mick Kaywood being a criminal at large. While adding a statement to my criminal-profile about

how all of the women who I was repetitively raped with seemingly did so in the worst ways to me (while thinking I was a guilty loser) & in the best ways to themselves & their other lovers that they all bragged about to me as I was being mind-blanked & forced to be with them my mind control violator said "you will be glad you added that (to this evidence)".    - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& I'm (unknown to me) going to write that down". "& it's the very worst day of their (unknown to me) lives". "& he (unknown to me) does agree with you now". "He (unknown to me) agrees that they (unknown to me) owe you more than what they are worth". "& she (unknown to me) looks disgusting now". "Then be ready to fight him (unknown to me)". "He (unknown to me) is going to move". "Then that was the worst mistake of her life". "Then he (unknown to me) is not going to get to keep that job". "I (unknown to me) quit". "Then it's the worst day of all of their (unknown to me) lives". "He's (unknown to me) never allowed to contact you ever now".     – Within the recent past my mind-control violator said "it ruined her (unknown to me) life" this was another statement that I was told would matter for court but I don't remember the details involved. My mind-control violator said "I'm (unknown to me) going to block you again". During a different argument with my interrogator I made the statement that said "I'm trying to figure out which one was my little runner-up (as the best football player), Mick or Jimmy" & me saying this was another exact detail that I remembered being told would happen back then. I was unable to process these details in time to get them documented on the specific days that they were communicated to me.

- 9/8/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning I noticed I received a spam email that's been sent to me repetitively despite me notifying them that its SPAM. The email is always showing me old men who are wanting to date me despite me being straight. For this specific email Gmail suddenly stopped allowing me to block this specific sender exactly as I'm now remembering being told would happen back then. I searched for a guy from my high school on Facebook because he works for the Chicago Police hoping that I could find a way to send him this evidence & while doing so several seemingly spam articles came up claiming that this individual was being exposed for police corruption & falsifying evidence exactly as I then remembered being told would happen. I called the Office of the Governor & left them a message asking them if I need to schedule an appointment to swear in my complaint that involves severe 'official misconduct'. I also sent them an assistance request form stating that I need assistance receiving 'due process' as the serial victim to our nation's worst crimes because of the severe corruption that I'm completely surrounded by. I had to take my dogs to the vet & my mother had to pay $90 for the visit because I'm still being denied my rights, compensation, earnings & justice. While at the vet the following details occurred that were all details that I then remembered being told would happen back then: My male bulldog mouthed at the vet & she reacted as if she was bit but when I asked her if he bit (nipped) her she

said she didn't know. The vet tech set a bowl of water down right by the vet's chair & the door so I had to move it to the other side of the room because Orya-Poe (my female) was having a breathing attack & makes a huge mess while trying to drink water under these circumstances. The vet took Orwoe (my male) into another room because he is protective of Orya & when she brought him back she informed me that he did "much better" alone & I'm now remembering being told that they weren't going to give him back to me unless this was the case. My mind-control violator said "then they (unknown to me) are in trouble", "you lost us (unknown to me) & you don't want us" & "you won (unknown to me) & they did not" while I was in the vet. While leaving Orya pooped in the middle of the parking lot so I had to clean it up. I was tailed home by a white SUV exactly as I then remembered being told that I would be. Earlier in the day I was talking to my interrogator/violator about how I don't plan to claim the design nor sue those involved with replicating my grade school toothpick bridge design to for the new bridge that was built in the Quad Cities but that I do want it to be known that they stole & replicated my design while going along with violating & intentionally neglecting me as the serial victim to our nation's worst crimes & when I said this my violator responded "you will be glad you said that". - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "They (unknown to me) know you mean it (unknown to me) & there is no confusion". "& he (unknown to me) strongly agrees with you now". "She (unknown to me) cried because you're not going to be paying a cent". "There is nothing he (unknown to me) would do for her (unknown to me) now". "They (unknown to me) didn't know that (unknown to me) & now they do know that". While typing this my violator repetitively said "the worst day of her (unknown to me) life". Also while typing this & adding the fact that Austin Lockwood's wife called me a 'bitch' because I didn't fight the complete stranger when he got me punched at the bar my mind-control violator said "I (unknown to me) don't like them then" & when adding the fact that Mick said he was going to steal my 'Monkey Feet' invention when we were kids to the section on him specifically my mind-control violator said "I (unknown to me) don't like him then". While checking social media & the news on my phone at the end of the night I was shown that the Monmouth Fire Department was showing the public their new 'Fire Safety Trailer', the Bears lost to the Vikings & the report came out that the Bears are moving their stadium to Arlington Heights & these were more exact details that somebody made reference to in my forgotten past while I wasn't functioning.

- 9/9/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I was woke up this morning by a phone call from the Illinois State Police Internal Investigations unit. I turned in a complaint to them over the weekend & my conversation with him included the following exact details that I then remembered being told would happen back then: He said "my supervisor would want to know about that". He also said that he would direct me to the local agencies that are violating &

intentionally neglecting me despite me telling him that they are both intentionally violating & intentionally neglecting me. After I did my best to give him a brief description of my situation (I can never say what I want to say while verbally communicating & always forget the most important information that I'm attempting to communicate) he said that he had "a couple of urgent matters come up" & that he had to get off the phone. I remember being told that if he said that his supervisor would want to know about my situation that was the best possible answer that I could've possibly received from them. I posted 4 tweets to twitter/x.com & they were all more exact details that I later remembered being made reference to back then.          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "Then no (you can't have your rights nor justice nor medicine)". "Then yes" was said to me shortly afterwards. "That does prove that (unknown to me)".  "& he (unknown to me) could not agree more now". "He (unknown to me) is literally crying now". "I'm (unknown to me) going to pretend that you didn't just say that to me". "& she (unknown to me) swallowed instantly". "& I (unknown to me) did need that (unknown to me) man, more than I thought". "& he (unknown to me) has nothing to say now". "He's (unknown to me) swallowing that you did just have to write that down". "Then I (unknown to me) do not deserve your company". "& she (unknown to me) did (unknown to me), in a bad way for her". "& I (unknown to me) did change my mind about them (unknown to me)". "& you're going to get to leave (unknown to me)". "& he (unknown to me) can read it perfectly easily". "& that (something I said about my case/situation) was better than what they (unknown to me) said". "& he (unknown to me) wrote it down for you, put it that way" was said to me when I added the fact that I want to redesign card shufflers so that their interior surfaces & components can be easily cleaned & was pondering that I believe this was the first thing I thought of when I saw a card shuffler for the first time. My violator was telling me that somebody from my surroundings heard me say that & took note of it.    – While checking the news & social media on my phone I saw that my relative, Jesse Gillen, was arrested after fleeing from a police officer on a motorcycle going 40+ over the speed limit, he destroyed evidence & when he wrecked the bike he took off on foot & was caught within a city block. All of these details are exact details that somebody in my past made reference to while telling me all of this information as I wasn't functioning nor remembering. I was also shown that a new movie starring Leonardo DiCaprio is coming out & its called 'One Battle After Another' & this is another exact detail somebody told me might be happening back then as well.

- 9/10/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I messaged Mick Kaywood's mom & uncle & told them about him being my criminal violator & my anger with him so they can't ever say I was sneaking behind their back. I did the same to Aaron Gavin & Drew Robertson's mom. I made it clear that I expect them all to turn themselves in. At the end of the night I was having a talk with my interrogator while I was soaking myself & the talk was

about how I think America has completely failed for the last 30+ years & that I believe we need to switch to a communist approach for resource dispersion & a complete overhaul of our economic system. I told them how I came up with the plan in second grade & that it includes dispersing around 55-60% of our food production equally across the population at no cost to the people.  The rest of the food will be for sale as it is now but fast food will be cheap if not free. Healthcare & medicine will be free. Goods will still be bought & sold. Farmers will be the highest paid producers & farming (country living) will be the top of the chain & American dream that people want the most. Industrial production company owners will be below them because they rely more on the 'amen' (group effort). Surgeons, politicians, astronauts, etc. will all be below the owners. Athletes & actors will make similar to what they make or less bur will be able to receive gifts from the people of the public & then on down. My prison system would involve punishing criminals that meet a specific criteria with torture that causes loss of health & ability & all prisoners will be forced to work or be punished worse & the death sentence will be given at a much higher rate. I'd rather feed our people in third world countries or livestock & zoo animals than the majority of our American criminals. When I finished saying this my violator said "he is unwell now" exactly as I then remembered being told that they would.            - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& that is my answer now too" was said after I made self-defense argument & pointed out reoccurring criminal tendencies of my local violators/neglectors to my interrogator/violator. "& they (unknown to me) did know that" was said to me about how somebody knew that I was set-up & forced to do what I was forced to do to Aaron & Drew. "& they (unknown to me) would've stolen your inventions & you get to know that now". "& she (unknown to me) called the cops". "Then I'd just be a farmer (not an inventor/company owner)" was said to me as my violator was attempting to brainwash me into not being a billionaire. "He (unknown to me) has proof of that (unknown to me) now". "Then they (unknown to me) are going to wish they would've (unknown to me) today". "That (unknown to me) is the best insult that they (unknown to me) have ever been given". "You have them (unknown to me) proven completely insane". "They (unknown to me) won't even let you wear rubber gloves" was said to me after I put on some reusable rubber gloves to clean my house & had several blisters on my hand when I took them off exactly as I then remembered being told would happen.            – While checking the news I saw that a man named Charlie Kirk was assassinated in Utah & this was something that I then remembered being told would happen 1.5-2.5 decades ago while I wasn't functioning & was being communicated to while under unlawful surveillance. Whoever told me this was going to happen told me that he was going to have somebody kill him so that he could be remembered or that the government was going to give somebody the opportunity to kill him hoping to prove that he wouldn't but I cannot remember which. Being shown a headline about Justin Bieber riding a motorized segway in his boxers was another exact detail that I was told would happen also.

- 9/11/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: While leaving town to go to the dentist a lady was mowing her yard at the last house going out of town & stopped mowing for a moment to allow me to go by exactly as I was told would happen. Every detail that occurred while at the dentist was another exact detail that I was told would happen back then (my legs were restless & the conversations between the hygienist & the dentist & I were all word-for-word exactly as I then remembered being told that they would be). After the dentist I went to the recycling center & saw a specific lady walking by that I remember being made reference to. I then went to the liquor store by Save-A-Lot to see if they sold the brewery's beer & the following exact details occurred: I walked behind a lady checking out to see what something was & the lady working seemed scared/cautious of me). When I left there was a man who looked like the man running for sheriff named Baskett getting in his truck & putting a can into his door's cup holder. I drove back to Alexis & had to put gas in my truck when I went home. When I pulled up there was a lady in a white SUV next to me & she looked at me for several seconds before pulling away. I bought a half gallon of chocolate milk. When I went home I poured myself a glass of the chocolate milk & it was super sour. I then noticed that the expiration date on the milk was 8/25 (almost 3 weeks ago) & then remembered that this was another exact detail that I was told would happen. I then walked the milk back to the gas station & the guy traded me a piece of pizza for it & I ate the piece of pizza before washing my hands because all of this infuriated me & I forgot exactly as I then remembered being told would happen. While leaving I held the door open for 2 kids exactly as I then remembered being told that I would. This happening made me furious again & when I returned home I took my mower back to the gas station to fill it up with gas (I live 2 houses down). My anger blanked my mind & while driving there I started pulling out in front of an oncoming SUV & had to swerve over to the side of the road to not pull out in front of her exactly as I then remembered being told would happen. While at the gas station there was a guy in a truck pulling a trailer with a couch on it just like I then remembered being told that there would be. When I returned home my mind-control violator said "& she has nothing good to say about anybody now, its sad" exactly as I then remembered being told that they would.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): Then you can beat us all in court". "You get to sue". "I (unknown to me) am going to write that one down (a detail of my interrogation today)". "He (unknown to me) is sad for them now". "He (unknown to me) is sad for her (unknown to me) now". "& that's why I (unknown to me) didn't want to live here" was said to me when I got into my truck to go to town & it was covered in soybean dust from the grain facility that is a block away next to the gas station. "He's (unknown to me) swallowing that you already did fill out that paperwork (either a criminal complaint or the paperwork to move away to safety out-of-state)". "He (unknown to me) called the cops". "He (unknown to me) bawled his eyes out". "Its

embarrassing, the difference between what they (the locals) have documented for you & what you have". "& Poe's paw will be healed". "& you passed (unknown to me)". "Then she (unknown to me) never has the right to speak to you again". "& they (unknown to me) don't even want them (unknown to me) to have to go to jail (for severely violating me)". "We (unknown to me) did need that". "Then we (unknown to me) could've been friends". "& that (unknown to me) is what they (the authorities) used you for" was said to me & I believe they were using me to show how victims with brain damage & amnesia take forever to process evidence that they could've had processed immediately. "& he (unknown to me) can't beat that (my overall production)".       – While witnessing the news & television broadcasts today on television & my smartphone the following details occurred & they were all more exact details that I was told would happen back then: I looked at pictures of one of the Instagram models as I was eating & my mind-control violator made me say "you are opening up valves in my cardiovascular system that haven't been opened in decades" exactly as I was told would happen. I saw a news article saying that they found the gun that was used to shoot Charlie Kirk in the woods & I remembered being told that if the killer left the gun in the woods they would capture him & if he didn't that they wouldn't (or vise versa or something similar). I saw an article saying the F.B.I. gave up hope in finding a suspect & then the local news this evening said they figured out more information. A train hit a fire truck in Moline, IL & somebody was injured while working around farm equipment in the Quad Cities area. A man retired his 'shoebox' invention that turned plastic waste into energy. People Magazine reported that a woman accused a celebrity facialist of intentionally scarring er face. Recently Vice President J.D. Vance posted a tweet to social media saying "Killing cartel members who poison our fellow citizens is the highest and best use of our military" & him doing this is another exact detail that I was told would happen back then. While watching 'Hellmuth's Home Game' 3coin getting good cards & Jungleman saying that he was considering making a tv show about exposing the poker professionals tendencies & secrets were both details that I then remembered being told would happen forever ago. While processing this reality for today I remembered that I believe that I also suggested making this same poker show during my childhood. I checked Jungleman's Instagram & his pictures were more details that I was told would happen back then as well.

- 9/12/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: As I was eating breakfast this morning a thought randomly crossed my mind about my old favorite pair of boots that were my dad's old pair of boots (they were Doc Martins). After eating I turned on MTV Cribs as I was doing some exercise & taking notes on evidence to add to this evidence & the episode I watched from season 18 had a lady who showed me her Doc Martins & then I remembered being told this would happen back then.         - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& you get to go around them (unknown to me)"

was said to me about how I won't have to have anything to do with the local court representatives nor local elders of my community (who have been neglecting & violating me for my entire life) when I get a fair day in a law-abiding court. "It's going to be the worst day of her (unknown to me) life". "& he's (unknown to me) going to be swallowing that before you walk in the door". "& she (unknown to me) is never allowed to speak to you again". "& you get to keep editing it" was said to me about how I'm going to be allowed to continue to add evidence to this document for the Federal authorities & court system as I continue to remember more & get violated more. "& she (unknown to me) is going to be getting a life sentence". "& you will be in court by then… & you will be the biggest court case in America". "It's disgusting how they (my violators & surroundings (including my family)) treat you". "You beat me (unknown to me)". "That one is going to hurt them (unknown to me)". "They (unknown to me) would prefer that you live there (unknown to me)". "I'm (unknown to me) embarrassed for them (unknown to me)". "Then we (unknown to me) are never allowed to speak to you". "Then you never have to see him (unknown to me) again".            – While witnessing the news & television broadcasts today on television & my smartphone the following details occurred & they were all more exact details that I was told would happen back then: My sister posted a picture of my nieces & nephews sitting around a fire exactly like I then remembered being told that she would. There was an article about the Mayor of Galesburg praising a person named Mangieri for community work. I was shown a video of a bear getting his head hit by a car driving by & getting knocked out & given a surgery exactly as I was told would happen & whoever told me this was going to happen told me they would be comparing this bear to me & my head injuries even though my head injuries were worse than that. I read an article about Patrick Mahomes & Travis Kelce's new steakhouse & it was written by 'Jenna Thompson' exactly as I then remembered someone making reference to back then. Jenna is my relative who I went to school with & who I believe is one of the kids who watched me get raped & left me dead the night Creighton died. The recent media coverage about Charlie Sheen spending a lot of money on prostitutes (including male prostitutes) was another exact detail from back then. While watching the little bit of the Kansas State vs. Arizona football game that I was able to watch I was violated & harassed by the commentators just like I am every time I watch or listen to a game & this has been going on almost every time I've tried to watch a game since I was 5 or 6 years old.      – Within the recent past the following details occurred but I didn't get them processed in time to document the information on the days that they occurred: My mind control violator said "& I (unknown to me) have absolutely no respect for her (unknown to me) now", "& I (unknown to me) liked Adam (unknown to me)", "& that (unknown to me) is the best insult that they (unknown to me) have ever been given", "& he (unknown to me) drank a whole case (of beer)", "I (unknown to me) have proof of that (evidence) now", "He's (unknown to me) swallowing that you can keep your dick hard for as long as you want on that medicine", "& that (my violators lying because of not wanting me to get to be a contributor nor get justice nor medicine) could not be more obvious now", "& I (unknown to me) was going to dump resources on you", "Probably Nebraska or Colorado (them telling me where I'm going to have to move to for protection)", "I'd (unknown

to me) spit in his (unknown to me) face", "I'd hurt him (unknown to me)", "& they (unknown to me) had a kid together" & "I (unknown to me) want him (unknown to me) unhealthy now". I had a conversation with my mind-control interrogators about how the movie 'Fight Club' seemed to use one of my childhood football scenes for inspiration to create one of the scenes in their movie exactly as I then remembered being made reference to back then. After seeing the Colorado school shooting in the news I remembered being told that there would be "a couple more" school shootings before I was allowed to go to court. When I sent this evidence to Mark Trulson (Mick Kaywood's uncle) I informed him how angry I am with Mick & sent this message to him. When I went to delete the message I looked at it & realized that I could no longer read what I wrote & this was another exact detail that I then remembered being told would happen decades ago. Recently I have been checking out an Instagram model named Ella Buffin & after processing her existence & profile I remembered being told about her a long time ago (15-20 years ago). She was born in 2002 so they told me about her when she was a very young child so I'm documenting this in case they are using mind-control on her or exploiting her. I had a conversation with my mind-control interrogators about how the movie 'Fight Club' seemed to use one of my childhood football scenes for inspiration to create one of the scenes in their movie exactly as I then remembered being made reference to back then.

- 9/13/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I noticed that my neighbors had a lemonade stand outside & when I saw this & realized that I don't have any cash my violator said "& they swallowed immediately" exactly as I then remembered being told would get said when I didn't have any cash to give them.  Me being shown that Georgia played Clemson today, then being shown that they play LSU & then them playing Tennessee was another exact detail that I was told would happen. I emailed Adairsville & Bartow County Georgia about Drew Robertson being one of my criminal violators who are at large. I did the same to Abingdon, IL about Brett McGill & Morgan Ray being the same. While sending emails to Georgia law-enforcement about Drew Robertson being a criminal at large I was sabotaged by my mind-control violator & forced to act as if I was a child actor making a joke as if I in a Hannibal Lecter-type movie exactly as I then remembered being told that I would be forever ago.
- I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& they (unknown to me) don't get to change (their clothes) now (when they get forced to talk to authorities or summonsed to court)". "& I (unknown to me) want you to get us (unknown to me) both pregnant" was said to me after I was forced to ejaculate without even touching myself while exercising an erection before I got out of bed this morning & 5 different women's appearance types crossed my mind as I was imagining an exact scene that I then remembered being told that I would be (sex at the church). As soon as this happened my violator said "it's the worst day of his (unknown to me) life" & "she (unknown to me) swallowed

immediately". Soon after my violator said "I (unknown to me) will make it perfectly clear to her (unknown to me) (that you don't want anything to do with her (unknown to me)". "He (unknown to me) does like you now". "I (unknown to me) regret it then". "You have no idea how much I (unknown to me) don't like them now". "& she'll (unknown to me) let you live there". "That's a good point, more than they (unknown to me) hoped" was said after I sent an email about the Robertsons to Georgia's law-enforcement & made a couple points about America's massive mistakes that they continue to make involving justifying the military instead of a unified worldwide legal system & our massively selfish resource consumption rate instead of implementing a more communist approach on resource consumption/dispersion. "& that (unknown to me) mattered". "I (unknown to me) will swallow that (unknown to me) now". "I (unknown to me) did need that (unknown to me)". "I (unknown to me) despise them (unknown to me) now". "& she's (unknown to me) pressing charges now". "& you get a protection order on all of us". "& you made that (unknown to me) clear to us (unknown to me) every time". "He's swallowing that you aren't going to contact him (unknown to me)". "& I (unknown to me) love Drew (unknown to me)". "What did you want him (unknown to me) to do, jump out of your way?". While I had on the Minnesota vs California game on momentarily the broadcaster said "that play is NOT reviewable… oh, that play is reviewable" & this is another exact detail that I was told would happen forever ago & they were making reference to a conversation when I was told that if I didn't prepare this evidence that something from my past would not be "reviewable" for court & my violators would get away with their crimes & that if I spent every single day of my last 8+ years preparing this evidence while getting tortured that I would be able to prove my point with evidence for court.      – I looked up a guy who was a year younger than me in high school who I believe is my relative, Nick Hanson, on twitter & the details I learned & witnessed were all details that were made reference to back then (he graduated from Harvard after serving 8 years in the military & now works for the House of Representatives on Communist China). While checking the news I was shown an article about our Governor going to a bakery shop exactly as I then remembered being told that would happen.

- 9/14/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning my mind-control violator said "then get out of here" to me through my own voice telling me to move out of the area because I expect justice & my rights. After explaining to them that my father has lost his welcome with me over these last 15 years they said "then he should've let you live somewhere you would've wanted to live" exactly as I then remembered being told that they would. I have been getting communicated towards by a couple of the Cubs radio broadcasters while listening to their games on a regular basis & today Coomer was once again voicing his denial & willingness to attempt to exploit me publicly while lying for his own corrupt motives & the corrupt motives of the people he hopes get to steal my contributions & rights. While cleaning at the end of the night my violator sabotaged & exposed me exactly as I later remembered being told that they would (they forced me to voice thoughts that I had quite a while

ago (months-years ago) while checking on my relative using Facebook).          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "That (my life story & the part involving how the Elliotts, Kaywoods & Youngquists had to change their names because of me & my ancestors complete domination of them) is the best story he's (unknown to me) ever heard now". "The worst day of her (unknown to me) life, you had a mask on". "I (unknown to me) see why you don't like me (unknown to me)". "& I (unknown to me) am going to write that one (fact of evidence) down too". While checking the news I saw that boxer Ricky Hatton was found dead (from my understanding, by suicide) & I then remembered that this is another exact detail that was made reference to back then.

- 9/15/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I got up this morning my mind-control violator said "you won". I had to take Orya (my female bulldog) to the vet for surgery & the following exact details occurred that I was told would happen back then: My truck windshield was suddenly covered in soybean dust from the grain facility that is a block away & my truck was out of windshield wiper fluid. While driving to the east it was difficult to see because of this & my truck went onto the road's shoulder for a moment exactly as I then remembered being told would happen. In the lobby there was a poodle with a lady that had our dogs "say hi" to each other. A big white dog then came in with a man who told me "I love bulldogs". A lady with a French bulldog then walked in & told me how she used to have 3 bulldogs as she commented "she (Orya) is still agile". I then was called back into a room & I used their restroom while they took a look at her. While in the bathroom my mind-control violator said "it's the worst day of her (unknown to me) life". When the vet tech came back into the room our conversation & her actions (she wiped at her eye as if she was wiping a tear) were exactly as I then remembered being told that they would be. When I finished, I went back to the room we were in but it was empty so I stood in the doorway & waited until a lady walked up to me & asked me what I was doing. When I returned home from the vet my mind-control violators said "& it changed her mind" & "& I was hoping you wouldn't say that". I attempted to send my relative, Jesse Gillen, a message on Facebook to notify him that the details that I just read about him getting arrested were all exact details that I was told would happen over a decade prior. When I sent the message somebody altered the message I sent & then it told me that it was 'unable to send'. I had to drive back to Galesburg to get my dog from the vet so when I went there I took back the antifreeze that I didn't order that Walmart delivered me by accident & the following exact details occurred that I then remembered being told would happen back then while doing so: While pulling into the parking lot a van pulled out in front of me. While in the store I saw Russ Bowling checking out, a taller brunette stood behind me in the customer service line, there were Jurassic Park lottery tickets being sold, & a lady started crying to the customer service lady. When I went to the vet the following exact details occurred: An Illinois Department

of Corrections officer named Skutt walked in & picked up his prescription. The vet tech said "uh" repeatedly & gave me an excuse on why they didn't remove the cysts on both of Poe's paws. They gave me Poe back with her entire underside soaked in her own urine. While leaving town an Illinois State Police SUV had a vehicle pulled over in the Hy-Vee parking lot. When I returned home I had to wash the dogs & clean the truck because of them. Afterwards I checked the mail & received paperwork that I had to fill out for West Virginia because I'm attempting to move there for protection. I listened to the Cubs game as I was filling out the paperwork & eating & one of their broadcasters (Hughes) asking the other (Coomer) when the last time he had been to a beer tent & him responding that was a personal question & the other responding that he'd escort him were all exact details that I was told would happen forever ago. While eating I verbalized how the Cubs player Pete Crow-Armstrong hadn't hit a home run in a while. I then drove to Monmouth to turn in the paperwork that I signed & Armstrong hit a home run as I was about to drive past Chase Flatt's house & I believe it was him that was pulling out of his driveway as I was driving by & this home run happening while driving past his house was another exact detail that I was told would have to happen for me to get to go to court. When this happened the broadcasters said "& he didn't over-pull it, which is a good sign for him" & "I think he's back (to hitting like an All-Star) exactly as I then remembered being told that they would. Soon afterwards my mind-control violator said "he bawled".           - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& he (unknown to me) does not get to keep that (unknown to me) job". "& he (unknown to me) will not be driving anywhere".  "He (unknown to me) puked". "He (unknown to me) bawled his eyes out & I (unknown to me) don't like him now". "He (unknown to me) is unwell now". "100% proven without doubt (unknown to me)". "& he (unknown to me) never wants to see them (unknown to me) again". "He (unknown to me) did cry man, just so you know". "They (unknown to me) are going to prison & she (unknown to me) cried". "& you will be glad you filled out the paperwork to move". "He's (unknown to me) the worst person that they've (unknown to me) ever met". "& they (the authorities) cannot ignore that evidence now". "He's (unknown to me) swallowing that ALL of those were your ideas". "He's (unknown to me) swallowing that they (my violators) did that to you for your entire life". "& not on those medicines" was said to me by my violators who are refusing to allow me to live with the medicines that I need to function. "& you get to move & you get to move out of the country if you want to". "& I (unknown to me) do not feel bad for her (unknown to me) now". "& I I (unknown to me) can read that perfectly". "Then you beat me (unknown to me)". "& you are going to be in court by then". "& all that they (unknown to me) can say is that he (unknown to me) is under arrest". "Then you are smarter than them (unknown to me)".    – While watching the news today I was shown that Ford is moving its headquarters & when I was shown this my violator said "& I (unknown to me) will swallow that now" exactly as I then remembered being told would happen 15-30 years ago.

- 9/16/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Today was my birthday & I decided to drive to the Governor's office today to attempt to swear in my complaint that involves official misconduct because they have never responded to any of my complaints exactly as I later remembered being told that I'd be doing over a decade ago. While getting ready I had to clean dog poop from the bottom of my shoes because of stepping in poop while playing football with my nephew at my sister's house a few weeks ago & while doing this I remembered being told that if I wasn't doing this that it meant something for court or the investigation (or something along that line). On my trip to & from his office in Springfield the following details occurred & they were all exact details that I then remembered being told would happen back then: While on the 8-mile between Alexis & Galesburg an all-black police SUV drove past me & while looking in the rearview I noticed he tapped his brakes as if he was going to turn around to pull me over but they didn't. While almost to Farm King in Galesburg I was going down a hill & crossing a bridge while tailing a newer white car. I was over 50 yards behind the car but it somehow slowed from 50+ mph to almost a stop for its right hand-turn at the upcoming intersection after only turning its turn signal on less than 20 yards before the turn. My brakes are in bad shape so I was hardly able to stop before rear-ending the car & because nobody was coming, I swerved into the other lane to avoid hitting her (I would've swerved into the ditch if somebody was coming). As soon as I got back into my lane & continued on my way a line of 3-5 police SUV's drove past me heading the opposite direction. When I entered Galesburg & was getting ready to turn onto the highway's on-ramp another all-black police SUV drove past me. I had to pull over on the on-ramp to take note of all of these details before I forgot them & while doing so my violator said something to me that I then remembered being told that they would but I forgot to notate it & don't remember what they said. While driving past East Galesburg there was a line of several semis & when I got around them all my mind-control violator said "he quit" & some other comments that I then remembered being told that they'd be saying. I ended up pulling over for gas around 30 miles before getting to Springfield at a 'Love's' gas station that was attached to a McDonalds. While at the gas station a guy who was super-dirty held the door open for me, there was an Amish couple who had their son walking around barefoot & a specific bald guy was in the bathroom at the same time as me. I remember being told that the bald guy was going to be investigating me for the government (or something along that line) & that he was going to "puke" if I wasn't arrested or on the news as a victim (or something along that line). While leaving the gas station my mind-control violator said "he puked". At one of the first stop lights in Springfield a State Police SUV pulled up in the lane next to me & stopped just before me as if he was writing down my license plate as I was stopped at the light but he didn't pull me over & continued on ahead of me when the light turned green. I then remembered being told that he couldn't pull me over unless I ran the stop light attempting to flee. When I arrived to downtown Springfield my Google Maps couldn't direct me towards the specific parking lot that I needed to get to & sent me around in a couple circles before I shut it off & found my own way. While it

was circling me around it drove me through the State Police Headquarters parking lot & there was a blonde guy working construction on the sidewalk exactly as I then remembered being made reference to. He seemed hurt & I remember that they made reference to the portion of my case involving opiates when they told me about this guy. When I finally found a spot to park by the capitol I initially just drove a couple blocks outside of the downtown area & parked on one of their residential streets. As I was walking towards the capitol I walked past a couple law firms that I then remembered being told that I might be walking past & then found a visitor's parking lot that I then turned around, retrieved my truck & parked in. When I went into the Stratton Building I had to ask a guard where the bathroom was & he wouldn't let me sit down my laptop at his guard station while I used the bathroom so I had to take it in with me. When I went up to the 7th floor & talked to the women at the front desk they had me wait in the lobby & had to go retrieve somebody from behind the locked doors. They brought out a blonde lady who appeared younger than me & after I told her everything about my situation she had to go back behind the locked doors to call one of her supervisors so I waited in the lobby as she did so. Our conversation was exactly as I then remembered being told that it would be & she told me that the email the same office gave me & that I've been regularly turning in my updated evidence to "doesn't really get checked anymore" just like I then remembered being told that she would. A different person named 'Lee' then came out & spoke with me instead of the young lady who I spoke with first. I then had to redescribe everything to him & inform him that I've already done everything he suggested & been violated & neglected by every authority & organization that he suggested. I remember being told that I'd wonder if he was General Lee's ancestor & I did. He told me that he was the person who read my initial complaint & that he would check the email & verify to me if they received it with a response within the next 24-48 hours. He told me if I didn't receive communication from him by them to submit another 'assistance request' to the website. My conversation with him included a detail where he said that the Governor doesn't have a 'magic wand' that he can wave & get me my rights & I responded that the Governor most certainly does have a 'magic wand' that he can wave & get an Illinois citizen who is the serial victim to our nation's worst crimes my victim rights exactly as I then remembered being told that would get said. While speaking to him the I saw the lady at the front desk (there were 2 of them) shaking her head (no) while looking at me. Also while talking to him all the people who walked by to use the elevators (that were in the same lobby) were exact people that fit the exact descriptions of who I was told would be walking by while having this conversation. One of them looked like Kris Ischer (my dad's main farm employee's wife), one was a guy with aviators, a tie & untucked shirt, & the other was a blonde lady in a skirt who backed up close to us (whoever made reference to her made a specific comment about her backing up or not backing up meaning something (but I don't remember) (their comment would've been considered sexual harassment towards me)). After I left I went to the capital building to see if I could swear in my complaint there but the guard directed me to the State Police Headquarters. While waiting in line at their entrance I was behind a bunch of disabled people & a couple who sounded as if they were from Europe exactly as I then remembered being told would happen. I had to take a different route

back to my parking spot & while walking on the sidewalk a guy walked by me who wasn't walking on the sidewalk to make room for me so before he walked past me I did the same so that he could walk by since I was walking towards oncoming traffic & could see (he was walking with his back turned to the passing traffic) & I then remembered that whoever made reference to this said more details about this (I think they told me this guy was an FBI agent investigating me). My parking spot was next to 'Boone's Restaurant' & I decided I'd try to eat there before driving home but it was closed for a private party exactly as I then remembered being told that it would be. I went to the Governor's office because the Illinois State Police website told me that I should swear in my complaint that involves severe 'official misconduct' there. After leaving there I drove to the Illinois State Police Headquarters & they literally locked the front door & didn't allow me in (exactly as I later remembered being told that they would). While standing outside their locked front door I watched a man go through their front door carrying a big box of paperwork just like I was told would happen. I then drove to the FBI Headquarters to ask them why I haven't received my victim rights & was turned away by their front guard who told me that he couldn't get one of their representatives to come to the entrance (the same guard who has been there every time I've been there (this is the third time I've went there)). I then decided I'd go across town to 'Portillos' to eat because I wanted one of their 'cake shakes' & I figured it'd be cheaper than if I went somewhere else. The cake shake was supposedly out of order & they gave me ticket # 80 (Creighton (the kid in this evidence who died & who I was raped with in 2003) wore number 80 (for sports) & I'm regularly harassed with this number while in public) when the person in front of me & behind me were #s in the 120s. The roast beef sandwich & lemonade cost almost $20 & every other detail that occurred while there were more exact details as well (Michael Long (a high school classmate) texted me telling me happy birthday (& whoever told me he was going to text told me more details about this & his involvement with my neglect but I don't remember the details), I had to wait for a guy to walk by while waiting for the pop machine, a manager walked by & gave me a specific gesture (I believe another reference was made to him regarding the opiate portion of my case), there were two employees eating in my close proximity, while walking by the other 2 customers in the restaurant the lady said "Thank you" to the man, a specific colored guy in gym clothes came in, ordered, then left & my mind-control violator said "he bawled" (whoever told me about this guy said he was hoping to get to benefit from me being exploited/extorted) & a lady left at around the same time as me & the thought that crossed my mind (that was not my thought that I thought of myself) as we were both walking into the parking lot was another exact detail (I was hoping that she didn't shoot me (I don't remember my exact thought but it was something similar) & my violator responded "well I didn't know that you'd have to worry about me shooting you" (or something similar). I then drove home & on highway 72 I passed two separate Tesla cars (one red & one black). While switching from highway 55 to 74 there is an on-ramp that merges the two & on ramp is a one lane ramp that merges onto the 3-lane highway 74. While merging there were cars in the closest lane & there were 2 cars pulled over on the on-ramp & the people were outside of their cars, on their phones literally standing several feet from their vehicles in on-ramp's road that could've

caused us cars on the on-ramp to wreck into the merging cars when we had to move over to not hit them. Whoever told me this was going to happen said other details about this as well but I don't remember them. While driving home on 74 I suddenly came up on a car that was pulled over on the shoulder so I switched lanes but as soon as I did so a black Peoria County Sheriff's SUV flew up behind me so I hurried up & switched back into the right lane as quickly as I could (after getting by the pulled over vehicle) & the police vehicle didn't have to slow down. Whoever told me this was going to happen said it would matter if they had to hit their brakes or not. Less than 60 seconds later a Jaguar flew past me exactly as I then remembered being told would happen as well. On the way home I turned the Cubs game on the radio & Busch leading off the game with a home run against Skenes & then hitting 2 more off the wall were more exact details that I then remembered being told could only happen if I made it this far in my court preparations & had just went to the Governor's office & all of these details happened. When I was almost to Galesburg I passed a semi that was hauling 3 Caterpillar skid steers. When I got to Galesburg I stopped to get gas & while at the gas station a group of kids pulled in behind me, 1 on a sports motorcycle & the other two in rice-burners (small sporty cars) all to the same gas pump. Whoever told me this was going to happen told me I'd be thinking to myself that I needed to be permitted to keep a gun so I could defend myself in case attacked by gangs or somebody else with a gun & that is definitely the thought that crossed my mind & my mind-control violator agreed that I should have a gun for protection. I then went to the Hy-Vee liquor store & bought myself a bottle of wine & when I got there a lady (older than me) pulled up on a bmx bike & when I returned to my truck there was a full cigarette laying on the ground by my driver door (that had its window open with my computer in there). Whoever told me this was going to happen said specific details about both the lady & the cigarette but I don't remember the details. While almost home to Alexis I noticed a massive fire at a farm before getting to town so I drove by to make sure the people there were aware that there was a fire. I remember being told that they (unknown to me) didn't want me to document that I was told about that fire forever ago. When I returned home my male bulldog was dead in the yard exactly as I then remembered being told would happen. I believe he was murdered (there was no slobber nor puke around him & he was stiffer than a board). Orwoe (my dog that died) had brain damage because of my mind-control violator's premeditated crimes that they violated him with. He was in terrible shape when I adopted him but had cleaned up a lot. He wasn't smart but was a good dog & I believe that if he wasn't murdered his brain damaged caused him to wait outside for me to get home & then he had a breathing attack because of the heat & died. I remember being told that somebody was going to murder him on this exact day as I was at the Governor's office. I looked up the rules about burying him & had to drive him to my uncle's house out in the country to find a legal place to bury him. While at my uncle's he just brought home his new semi to haul grain (he's never owned a semi) & he informed me that this was the second hole that he's had to dig this year (he had to bury my mom's cat) exactly as I then remembered being told would happen back then. I then responded to my classmate's text message & after sending the message I sent my mind-control violator said "& you'll be glad you said that to him" exactly as I then remembered being

told would happen.          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "Then they (unknown to me) should be hurt". "He's (unknown to me) swallowing how much you don't want to live there". "That (the fact that I'm being violated, neglected, sabotaged, extorted & exploited because organized crime & corruption is hoping to prevent me from becoming a top contributor, billionaire & somebody who can function sexually with a good appearance) is his (unknown to me) answer now". "& that (a specific piece of this evidence) is the best example he's (unknown to me) ever been given". "& you get to write that (the evidence that I took note on for yesterday, today & tomorrow) down". "& I (unknown to me) am pressing charges" was said to me when I came home & found my dog dead (exactly like I was told would get said if I came home & he was dead). "& he (unknown to me) bawled his fucking eyes out". "& it's the worst day of her (unknown to me) life". "& that is his (unknown to me) favorite idea". "& that (unknown to me) is the worst insult they (unknown to me) have ever been given". "It's the worst day of his (unknown to me) life".    While checking the news I was shown a headline about a 'well known state trooper making an emotional announcement' & saw a news story about Tesla's being reported regularly faulting at railroad tracks exactly as I then remembered being told would happen back then. Whoever told me about this Tesla story told me they would be airing it when they realized how simple my design improvement that makes electric cars charge themselves was to consider & processed the fact that the public now knows that they did not think of nor implement the improvement.

- 9/17/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I called the police this morning about my dog getting murdered with another premeditated crime. Initially I told them to come to my house but then called back to schedule an appointment for me to come to them so they feel safer exactly as I then remembered being told that would happen. They told me the Alexis police would call me to schedule with me but they did not & all of the cops have been ignoring me every time I've called them for years now. The washing machine's warranty guy came back to my house today to replace a part because of a recall. While he was here my phone's notes app deleted my 5 hours' worth of evidence that I had taken notes on over the last 48-72 hours & replaced it with a bunch of nonsense so I had to keep hitting the undo button until my notes luckily reappeared exactly as I then remembered being told would happen. I turned on the TV as I was eating lunch around 330 & channel 6 putting on Jeopardy instead of Quad Cities Live was another exact detail that I was told would happen. In the evening I received a response from Michael Long that was an exact response that I was told he'd be sending over a decade ago (I had to terminate our old friendship because of his regular disrespect & efforts to exploit me). While typing this testimony I had on Wheel of Fortune for a moment & the contestant saying she was invited to 2 weddings & a baby shower was something that I was told would have to happen

for me to be able to go to court. While eating supper I had on Master Chef & was looking up one of the judge's on google when Wikipedia asked me to donate to them & when I donated what they asked for Sir Bastianich said "absolutely" exactly as I then remembered being told would happen if I donated. I sent a message to the kid who was hit by a car while on his bike from Rock Island's go-fund-me website to inform them that this was another premeditated crime that I was told would happen over a decade ago. While arguing with my interrogators I informed them how there is a blatant celebration going on by a portion of our society because they are getting away with controlling & destroying the sex lives of whoever they want with mind-control technology (& getting to improve such for whoever they decide to) & after I said this my mind-control violator said "he wants to be dead now" exactly as I then remembered being made reference to forever ago.      - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& they (unknown to me) get to press charges on them (unknown to me) now". "& you get to press charges immediately". "& she (unknown to me) is going to prison". "& she (unknown to me) already verified that is what she told you". "& she (unknown to me) does not deserve that (a benefit or profit but I'm uncertain what they were talking about exactly)". "They almost cried". "& that broke her (unknown to me) heart". "& that's a good point" was said to me after texting Michael & informing him that he lost his welcome in my personal life. "& they (unknown to me) both swallowed dude". "& you were egregious" was said to me by my violator after I reminded Michael how egregious he was & I had to argue the difference between symptoms of repetitive severe brain injuries to a child & someone who shows symptoms of jealousy, denial, selfishness, greed & despair. When I finished my argument my violator said "you win" exactly as I then remembered being told would happen when this was made reference to forever ago.      – While witnessing the news & television broadcasts today on television & my smartphone the following details occurred & they were all more exact details that I was told would happen back then: President Trump went to London to meet with the Royals & there were protests in London because of it. Whoever told me this was going to happen told me that if I was going to get to go to court they were going to protest him & if I wasn't going to get to go to court that they would be celebrating him. There was a news story about a body being found dead in a Tesla. KWQC showed a story about a kid with the last name Richardson getting hit by a driver without a license who left the scene. The interview included the father saying that he was a toothpick breaking away from dying, that the kid was hoping the driver wouldn't get in trouble when he woke up & that the medical bills were not affordable for their family were all exact details that I was told would be happening back then. The news report about the death of a young woman in a head-on vehicle collision in Milan was another exact detail that I was told about back then. Someone shooting police officers in Pennsylvania is something that I believe that I might've been told about as well but I don't remember for certain.      – Within the recent past the following exact details occurred that I later remembered being told would happen back then (decades ago) but I didn't get each incident processed & notated in time to get them documented

on the days that they occurred: I was talking to my interrogator about how the person running for sheriff named Horner had signs up everywhere & pointed out how I had seen 1 sign for the Baskett & zero for AJ Cox. The next day I drove to Monmouth & there were signs for AJ everywhere. The next detail that occurred was over the last 72 hours & it was when my violator said "& he (unknown to me) cannot afford that (unknown to me but something that I will be able to afford when I settle with court)". Whoever made reference to this getting said in my past told me that somebody would spend their every effort to prevent me from getting my rights to my inventions & the medicines that I deserve because they couldn't afford to keep up with me nor my lifestyle once I do. The next detail that I'm now remembering to document involved how I told the cops to come to my house today. My calls to the cops happened in the middle of the day today & tonight I remembered being told that one of these days a cop is going to show up here & attempt to further exploit me. Whoever told me this told me that there is literally zero positive outcome that could possibly occur whenever this is supposedly going to happen & the only things that could happen are that I get into trouble for spitting on or hurting the cop or that nothing at all will happen towards the progress of justice & my rights.

- 9/18/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I drove to the Knox County Courthouse today hoping to be able to communicate to their State's Attorney's office with the Disability Coordinator, Kari Marshall, whom I've been emailing on a regular basis for the last 7 months. On the way to the courthouse the radio station told me that Jimi Hendrix died because he choked on his vomit (which is something that I almost died from when I was raped & murder attempted the night Justin Creighton died after being raped with me when Galesburg's Public Works Director, Aaron Gavin, left me dead willfully) & the brakes went out in my truck exactly as I then remembered being told would happen back then. At the stoplight on Main & Henderson I took a right to go over the railroad tracks so I could go the less traveled way to the courthouse & a Galesburg Police SUV was directly in front of me. When I parked & was walking into the courthouse a cop working for Galesburg or Knox County was walking out & he turned his back on me (more exact details that were made reference to). When I went to the Disability Coordinator's office I was informed that Disability Coordinator Marshall was no longer working there & the lady that took her place couldn't inform me if she passed my messages along to the State's Attorney's office & judges or not. I had a brief conversation with her that informed her that I am severely disabled with brain damage, that I cannot rely on myself to communicate & that I'm the serial victim to our nation's worst crimes who is being violated with corruption in Knox County's legal & law-enforcement system. I had to confirm to her that I've been regularly turning the same information in to the local police & court authorities but am still being violated & neglected. She gave me her email so that I can get her the messages that I need to relay to the State's Attorney's & Judges. I now have to spend a portion of time to forward her all of the messages that I sent to the new Disability Coordinator because I need to communicate to the court authorities through a disability coordinator because I'm being sabotaged & violated with

mind-control still to the day & my disabilities only allow me to communicate what I intend to less than 5% of the time. After leaving the courthouse I went to the liquor store on Henderson & bought myself a 6-pack of Boston Lager & when I returned home I noticed that it expired last month (exactly as I then remembered being told would happen). I started typing this when I returned home & while doing so I called the 'Land of Lincoln Legal Assistance' organization the the Governor's office suggested to me & was immediately turned away because they don't cover my area. As soon as they turned me away I receive my first response from the Governor's office's email. When I emailed the governor's office back I failed to get everything I was hoping to communicate to them in one email & had to email them 3 separate times (exactly like I remembered being made reference to back then). I had to clean my house until about 2 am & then had to stay up until 6am typing an email to the new Knox County Disability Coordinator Hanson to get her all of the communication that I had sent through the old coordinator.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "it's the worst day of his (unknown to me) life" to me for the second day in a row & I remember being told that if it was ever the worst day of this supposed person's life that it would mean something for my court case (or something along that line). "& I (unknown to me) will swallow that (the fact that I can prove myself an innocent serial victim to our nation's highest crimes & an individual who should be one of our nation's top contributors with my evidence in less than 1 hour in court regardless of an investigation (which is the post I made to social media's twitter/x today)) today". "& nobody wants anything to do with him (unknown to me) now" was said to me & I then remembered being told that I couldn't go to court unless NOBODY wanted anything to do with a supposed person. "& they (unknown to me) loved it" was said to me after I went to the courthouse & I remember being told something about Judge Doyle's chalk board that he had in his office & how when I went into the courthouse talking to myself (I was actually arguing with my interrogator/violator) that people were going to love something. "& he (unknown to me) is going to be unwell now". "& I (unknown to me) did send it (unknown to me) to them (unknown to me)".        – While witnessing the news & television broadcasts today on television & my smartphone the following details occurred & they were all more exact details that I was told would happen back then: KWQC News 6 showed me that a grandma is battling a brain injury after a "freak accident with groceries". Model Brooks Nader was reported dating both the top male tennis players at the same time (Alcaraz & Sinner). Jimmy Kimmel (tv host of the night show) was suspended for saying "disgusting" comments about the assassination of Charlie Kirk. Charlie Kirk's wife, Erica was appointed as the CEO of 'Turning Point'. I was shown a news segment about sunscreen flavored ice cream being released & remembered being told that I couldn't go to court unless this was put on the news.

- 9/19/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I had to call the Disability

Coordinator for Knox County to confirm that she received my email & she told me that I can expect a response next week. After sending the email to her this morning my violator said "& that (unknown to me) is way more than he (unknown to me) would have made you do". I had the news on ABC as I spent 4 hours typing the email that I had to send to her & the following exact details occurred while the news was on that I then remembered being told would happen or that was made reference to back then: The news lady said "& I'm going on a hay ride" & I remember being told something about not being allowed to have my skin look presentable or function sexually because of something to do with her & this comment. She said "think again" multiple times throughout her broadcasts this morning & details were made reference to about this as well but I don't remember them (I believe that I was told that she would be telling people that they were incorrect on their assumptions about me, my rights & my court case but she might have been expressing her denial about my victim situation & attempting to coerce me). The weatherman said "we still look pretty good" & I remember this statement being made reference to as somebody was telling me that I wouldn't be allowed to look presentable until certain realities were accepted. There was a segment with the Quad Cities YWCA that showed their representative saying that diapers for families with newborns are a luxury not a right. It was reported that China stopped buying soybeans from America. Later in the day I had a conversation with my interrogators about how the kids from my childhood & grade-school were & are being exploited by my mind-control violators who were proving them completely incompetent & oblivious as they were sabotaging me despite showing them that I should be a famous & wealthy inventor while they were making them believe that they should be more respected professionals & community members than me (despite the truth being the opposite) & I said "its sad". When I said this my mind-control violator said "good call" which is something they often say while attempting to appeal to my love for poker. While eating lunch I briefly turned on 'Hellmuth's Home Game' (a poker show) & Jungleman winning the biggest pot of the season & calling out the Xuan had the top set of Jacks as he called with the nut straight is another exact detail that somebody made reference to while telling me all of this forever ago. I typed the last 24 hours' worth of notes that I took on my phone for this evidence between 4-6:45 tonight & had the news onto WQAD. The news broadcaster, Shelby Kluver saying "I don't like that" & the sports lady broadcaster shaking her head yes throughout her entire segments were both more exact details that were made reference to back then. While searching the internet I realized that 'Grok' sent me to the wrong US Attorney's Office exactly as I am now remembering being told would happen (I live within the Rock Island Division & Grok sent me to Peoria a month ago). I had a talk with my interrogators about how the local authorities are unfit for duty because of their decision to not make my court case an immediate priority for the court. When I made my argument my mind-control violator said "& they are guilty of that". It needs documented that as I've been public on social media the 'followers' who have followed my account are all specific accounts that I am now remembering being told would be.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the

surveillance will prove that I don't remember): "they (unknown to me) would give you 2 (unknown to me)". "& they (unknown to me) already admitted that (unknown to me)". "& it (a tragedy; I'm uncertain if they were making reference to a tragedy from the news or something that I was forced through that I shouldn't have had to experience) could've been prevented". "They (unknown to me) lose, dude, those are facts (facts of this evidence)". "& he (unknown to me) is swallowing that (unknown to me) was your idea too". "They (unknown to me) agree now". "He (unknown to me) does agree (with my evidence/argument/profile) now".  "& that one (unknown to me) hurt them (unknown to me)". "you will be glad you did that (either went to the governor's office or to the Knox County Courthouse or spent over 8 hours updating my evidence over the last 24 hours)". "& that's her (unknown to me) answer now too (she suddenly changed her court argument to one of my court arguments after learning mine)". "& she (unknown to me) openly admitted it (unknown to me) to him". "& she (unknown to me) is going to surrender immediately" was said to me & I remember being told that one of the news ladies is intentionally assuming the role of a criminal so that my court case & news story about me & my court case can't proceed but once I have this evidence past a point she will have to surrender or get a much larger charge (or something similar was said to me). "& that is better than he (unknown to me) would've represented you".

- 9/20/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Today I was shown a new beekeeping invention on Pinterest that allows the honey to be extracted from the beehives with a tap (similar to a beer tap) without the collector having to disturb the bee hive. This design needs redesigned so that the interior components can be easily accessed & cleaned. While watching the Nebraska vs Michigan game I was shown a video of Heidi Klum being seductive while lying in bed as I was scrolling Instagram & then remembered this being made reference to forever ago. Whoever made reference to this made a disrespectful comment towards me while making reference to this. Today is the first day of the season that I was supposed to be able to watch Illini football on my antenna television but it wasn't on. I can stream what's available on the internet to my tv & the internet told me if I downloaded the NBC Sports app that I could watch it but when I did that it didn't show it to me either & this is another detail that I then remembered being told would happen forever ago. Suddenly the game came on at 7 instead of 6:30 so I had to get my computer back out to add that this was another detail that I then remembered being told would happen. I turned in an animal cruelty complaint for my dogs (2 out of 3 of my dogs have been murdered while living in Alexis & all 3 of them have been abused by my mind-control violators & organized criminals) to PETA. After turning in my complaint to PETA, I experienced a specific 'intrusive' thought that I then remembered being told that I'd be dealing with. Sara Kaywood-Bockleman (Mick's (a violator in this evidence) sister) suddenly crossed my mind & this has been the third time that she's been forced to cross my mind exactly as I was told would happen back then. While watching the USC vs Michigan State game a player had to leave the game injured & the entire team kneeled down & prayed as he was taken off the field exactly as I

then remembered being told would happen.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& they (unknown to me) are going to be swallowing that (facts of my evidence, profile & argument) soon" was said to me after I defended myself against the broadcasters of the Nebraska vs. Michigan football game who were attempting to extort, coerce & brainwash me while they were harassing me & exploiting the public as they were conversing with me & showing more replays from my childhood game with the college game. "& I'm (unknown to me) already successful" was said to me about how one of my violators is successful & I had to remind my interrogators/violators that they wouldn't be it if the legal & justice systems did their jobs. I had to remind them that if organized corruption didn't get brought to justice that organized corruption could've made Gacy-type violators (who my violators are similar to) successful too. I had to remind them that they are nowhere near as successful as what I would be if my rights were being respected & protected. "He (unknown to me) is backing you on that (my court argument) now". "Then I (unknown to me) do not like him (unknown to me)". "She (unknown to me) never gets to contact you ever now". "& he (unknown to me) is pressing charges now". "& they told him (unknown to me) that you've added several pages (of evidence to this document) since turning it into them (unknown to me)". "& he (unknown to me) agrees that does need reversed now". "& that got her (unknown to me) now". "Then that (unknown to me) was the biggest mistake of their (unknown to me) life". "& that (unknown to me) amazed them". "Then they (unknown to me) are going to miss them (unknown to me), in a sad way".   – While checking the news I saw a headline that Heidi Klum got drenched in beer suds after she started a beer barrel somewhere & this is another exact detail that was made reference to in my past. Whoever said something about this to me told me that I couldn't go to court unless she did get covered or unless she didn't get covered in the beer suds (I don't remember which). I was also shown a headline about Monmouth College's football team having a female kicker that successfully kicked one & I remember being told that I couldn't go to court unless she did this & the article was on the news.

- 9/21/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: While arguing with my violator/interrogator I was forced to inform them that if my rights were being respected that I would be known as FAR more of a contributor for this country & the future than Charlie Kirk (while my violator was sabotaging & exposing me after reading a bunch of headlines about him). While watching the Bears game & still being sabotaged my violator forced me to say that I'd snipe the play-by-play broadcaster from the Goodyear blimp for him speaking towards me negatively, publicly, while attempting to coerce & extort me as he was exploiting the public about me. The broadcasters always communicate towards me as I'm in my privacy & they are usually attempting to bring extra negative to me while acting as if they should out-rank me as an individual despite me completely dominating all of them at contributing for this country. They all

have amazing lives & are constantly attempting to exploit & extort me as a completely innocent serial victim to our nation's worst crimes who is disabled & its pathetic & not tolerable. After I ate supper I went to Dollar General & bought some brake fluid because my reservoir was close to the minimum. I had loaded several pieces of storm debris that made its way to my yard into the truck so while I was out I drove it out to the landscape dump. I drove past a UTV & the person driving it said "asshole" as I was driving by exactly as I then remembered being told that he would.    - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "Then yeah (you (I) can press charges & go to court)" was said to me despite me not asking. "You can date my (unknown to me) sister". "& they (unknown to me) have the mind-control surveillance". "Then tell her (unknown to me) to put it (unknown to me) in my truck".   – The morning news showed a story about the Quad Cities having kayak sprints on the Mississippi & I was shown that there was a group swim in the Chicago River for the first time in a long time & these are more exact details that was made reference to back then.

- 9/22/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I called the dentist & asked them what I'm supposed to do about my chronic oral thrush because the medicine that they prescribed me didn't work. They told me that I need to go to a doctor & I made it clear to them that I'm being denied primary care services. I told them that I went to are Department of Health & they turned me away so I asked them to talk to them for me & they said that they would. I called the Housing Authority to find out if they pay for my trip to the Quad Cities because I need to go to the US Attorney's office up there but the lady didn't know so I have to call them back tomorrow. While on the phone with her she called me 'Kent' (my father's name) & she has harassed me like this every time that I've called there. I had to call the Warren County Dispatch center again because neither the Alexis Police nor the Warren County Sheriff's Department contacted me after reporting that my dog was murdered & that I've been getting violated literally NONSTOP. The lady transferred me to the Sheriff's Department where a lady said I had to talk to the State's Attorney & told me there is nothing she could do then hung up on me. I then called back the dispatch center & spoke with Dispatch #C26 who told me "what do you want me to do" & that she would schedule me an appointment with the sheriff. I responded to her that I expect my victim rights today, all of my violators (including the corrupt authorities) arrested today, my human rights today, a pursuit of justice today & protection from my violators today. I made it clear to her that I can prove my case as a completely innocent serial victim to our nation's worst crimes who should be this nation's top contributor since 1980 in less than one hour in a law-abiding court & that my evidence proves my case without doubt. I made it clear to her that there are several violators within our jurisdiction that deserve a life sentence. While on the phone with them my mind-control violator said "& they lose", "& they are twats" & "he bawled his eyes out" exactly as I then remembered being told would get said. I then mowed my yard & while

mowing a little girl waved at me from a golf cart across the street & a lady in dress pants walked around with a kid exactly as I then remembered being made reference to back then. After mowing I walked to the post office & there was a Warren County Sheriff's Department SUV at the bar talking to a guy outside of the 'Pump House' exactly as I then remembered being made reference to back then. While typing this my mind-control violator said "& I mean it, I don't respect them now".        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "They (unknown to me) are going to be irate now". "& it (unknown to me) would have not been an option". "& they (unknown to me) owe you that (unknown to me) immediately". "This (unknown to me) is taking me (unknown to me) longer than what I thought". "Then that (unknown to me) was the biggest mistake of her (unknown to me) life". "& you don't want anything to do with us (unknown to me) anymore". "& that's (one of my court arguments) a good point". "& you get to refuse (the court's & medical systems unlawful extortion/coercion/exploitation attempts)".    – While checking the news I saw a headline stating that "The Wolf of West Virginia" was arrested & this was another exact detail that somebody made reference to me decades ago during my forgotten past.    -Within the recent past the following information was forcibly relayed to me by my mind-control violator & it was all more exact communication that was made reference to or that I was told would happen back then: "& they said you wish (that I'll get justice, my rights, the medicines I'm entitled to & my intellectual property rights)". "& he was hurt" was said to me by my mind-control violator who was attempting to justify why they murdered my dog, Orwoe, because he was hurt after they intentionally hurt him. "Probably in 3 weeks" was said to me by my violators who are attempting to tell me that I will get my rights & justice in 3 weeks. "Then we (unknown to me) better write this one down too" was said to me by my violators who are realizing that it is their job to document evidence as I'm being violated under surveillance. "& I would kill you" was said to me by my mind-control violators who want to kill me so they don't have to respect my rights as a victim nor contributor. "& I (unknown to me) would send you pictures". "& I (unknown to me) eat steak once a week". "& I'm (unknown to me) finally caught up". "& that (unknown to me) was the best gift they (unknown to me) have ever been given".

- 9/23/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Today I received a scam email from somebody claiming to be the United Nation's who was informing me that they were aware that I was a victim to the 'men of the underworld' & that I needed to contact somebody to claim my $4 million + in compensation & this was an exact email that I then remembered being told that I'd receive back then. I sent this evidence in an email to the Eau Claire, Wisconsin Police Department about Caroline Prince-Mather being a criminal who needs brought to justice. I sent Caroline a message that included a copy of the email that I sent to her police department & told her that I expect her to turn herself in & I sent the a copy of the same message to her older

sister so that she could be aware also. When I did this my mind-control violator said "then I (unknown to me but speaking to me as if they were Caroline) will" & then "My (unknown to me) name isn't Caroline (I copied the message I sent to Caroline to her older sister)".          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "I (unknown to me) will add that to the profile". "& they (unknown to me) are going to be remembered in the worst ways". "Then you created a genius". "He (unknown to me) quit & that's my (unknown to me) point about him". "& he (unknown to me) has it WAY better than you". "& they (unknown to me) know exactly who it was" was said to me about how somebody knows exactly who committed a crime that hasn't been brought to justice. "Then GET OUT" was said to me by my mind-control violator who was telling me to get out of this house (& I am very much looking forward to doing so). "& I'm (unknown to me) going to give it (unknown to me) to him (unknown to me)" was said to me about how somebody is going to give either money or medicine to somebody else when it should be given to me & then I remembered being told that when they do, they are going to lose their rights to ever have anything to do with me again. "Then I (unknown to me) will tell her that (unknown to me)". "& that day is coming" was said to me about how there will be a time in the future when the government doesn't allow criminals to get away with their crimes & the government will no longer be exploiting for actors, athletes, the military, the medical system, etc. "& you get to press charges". "He's (unknown to me) going to prison, in the best ways". "It's never going to get worked out" was said to me by my violator who is attempting to brainwash me into believing that my court case will never get settled in court. "& that's my (unknown to me) answer now too" was said to me by my violator who is attempting to distract, exploit, lie-to & overwhelm the court for their criminal motives. "& I (unknown to me) told them (the authorities) to take it from their" after they let my violators go free of justice, sabotaged me & set-me up to look like an incompetent & pathetic criminal. "& this is bye". "& that's a good note for you to get to take" was said to me after I pointed out the Caroline's uncle was supposedly a Supreme Court Judge in Florida. "Then tell him (unknown to me) to turn himself in". "& she (unknown to me) agrees with you".      – While checking the news I was shown that a man from Savanna, IL made the next class of potential astronauts for NASA & then I remembered being told that I couldn't go to court unless he did. I was also shown information stating that Trump's assassination attempter from the golf course in Florida tried to stab himself when the court confirmed his guilt & this is another exact detail that somebody made reference to me long ago during my forgotten past.

- 9/24/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I was woke up this morning by my mind-control violator saying "for himself" & I believe my violator was reminding me that somebody is attempting to get away with violating & or stealing from me to benefit from it as an individual. While taking my trash out to the road tonight a kid rode by on his bicycle without

using his hands & while checking his phone (it might have been my nephew, I couldn't tell because of my poor eyesight) & this is another exact detail that I was told would happen forever ago. Whoever told me this was going to happen said that something would be depending on if he fell down when I looked at him or not. The people getting murdered at the Dallas I.C.E. facility & the murderer writing 'ANTI-ICE' on the bullet was another exact detail that I then remembered being told would happen forever ago. I believe that the statue going up in Washington D.C. of Donald Trump & (sex trafficker) Epstein & the escalator going out for President Trump when him & the first lady attempted to use it were both details that I was told would happen as well but I don't remember for certain.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& he (unknown to me) was going to try to get away with as much as he could've from you" was said to me about how somebody was going to attempt to exploit me for as much as possible. "He (unknown to me) wanted to cry". "& I (unknown to me) don't want anything from you". "& she (unknown to me) looks disgusting". "& she (unknown to me) is doing better". "& she (unknown to me) was sexual with almost all of them (unknown to me)". "& that (unknown to me) was the biggest mistake of their (unknown to me) life". "Denied". "& he (unknown to me) had never thought of it (unknown to me) that way before". "& she (unknown to me) is heartbroken now". "& he (unknown to me) made it clear to them (unknown to me) that they (unknown to me) should be in prison". "& you will be glad you didn't chase after him" was said to me after I watched the kid drive by on his bicycle this evening.

- 9/25/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: The news reporting that gene therapy research found a breakthrough treatment for Huntington's disease was an exact detail that I'm now remembering being told would happen forever ago. I sent an email to the Texas Rangers & the Dallas Police informing them of my evidence because the murder at the I.C.E. facility was not reported as a premeditated crime but I was told it was going to happen back when I was told all of these crimes were going to happen. I had on the morning news to channel 6 & Broadcaster Jackson said "& I loved it" & Broadcaster Phelps said "you are going to the office" & both of these were more exact details that I then remembered being made reference to back then.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "I'm (unknown to me) going to write this one (unknown to me) down, in a big way". "& he's (unknown to me) swallowing that (unknown to me) should've taken him 30 seconds to think of". "& they (unknown to me) are going to lose their jobs". "& that's (unknown to me) a good point". "& he (unknown to me) is not (unknown to me)" was said to me & I believe they were telling me that somebody isn't ready to accept the facts of reality associated

with my court case or isn't willing to admit that something happened. "I'm (unknown to me) not willing to consider anything (unknown to me) but now & I mean it". "& you will be glad that you sent those messages" was said to me about the messages I sent to some of my family & the family of my violators & the police departments of some of my violators. "Then you are poor" was said to me about how I'm poor while being held hostage & denied justice, my earnings, the compensation I'm owed & the ability to work a job without being violated & sabotaged. "Then I (unknown to me) see why you don't like us (unknown to me)". "& they (unknown to me) are going to buy it (unknown to me)". "Then he (unknown to me) is going to move". "& I (unknown to me) don't want it (unknown to me) now". "& he (unknown to me) wants it (unknown to me) now". "Then no" was said to me because my violators believe they have the ability to forever deny me justice & my rights. "& it went away immediately" was said to me about how somebody's severe acne went away immediately when they removed their ingrown & infected toenails. "& you know from experience" was said to me about how I have experience with dealing with my own body, symptoms, medicines, & mind-control violators that the majority of other people (including medical & legal representatives) don't have experience with. "Then you are going to be the biggest lawsuit".          – Within the recent past my mind-control violators communicated the following to me & it was all exact communication that was made reference to or that I was told would be happening back then but I wasn't able to get it processed nor notated in time to document it on the specific day that it was communicated to me on: "& that was very much on camera" was said to me after I went to talk to the Knox County Disability Coordinator & the Governor's office. When this was said I remembered being told that if they didn't have me on camera attempting to pursue justice for myself that they were going to attempt to get away with saying that I didn't & claim that I was not diligent enough in my pursuit for myself (or something similar to that). "Then not until I (unknown to me) have kids" was said to me by my violator who thinks they get to deny me justice, my rights, my news story & medicine until they have kids. "Then we put you through too much" was said to me about how my violators stole too much from me & my life & when this was said I remembered being told that if this was said that they were going to continue to deny me justice, my rights & my news story because they don't want to be labeled for willfully destroying my life. "& they (unknown to me) agree, for a soap opera for himself (unknown to me)" was said to me after I pointed out to my interrogators how quite a few people intentionally steal & distract attention from me & my court case while going along with violating me so they can "soap opera" for themselves but I remember which individual they told me this comment was going to be making reference to when they told me it would be getting said 14+ years ago. "& your lucky I (unknown to me) didn't hurt you" was said to me by my mind-control violator. "He's (unknown to me) swallowing that you cleaned it (my bath tub or washing machine or dryer) every time". "& I'm (unknown to me) stiff (body is stiff)". "he's (unknown to me) stiff". "They (unknown to me) are going to prison for trying to steal that (unknown to me) from you". "& that's (unknown to me) better than they (unknown to me) did". "& they (unknown to me) didn't know how good they had it (life)" was said to me about how somebody said that to their representation sarcastically (& selfishly). "Then you did

help make the world better by yourself". "& that was a big wedgie" was said by my mind-control violators who was making reference to when one of the Gavin kids gave me a wedgie or when I was forced with mind-control to give them one back for giving me one. "& they (unknown to me) bought one (unknown to me but I believe they were talking about one of my inventions (the Prism water bong)) & they are glad that they did". "That's (unknown to me but I believe they were talking about how my inventions will save this country $trillions per year) concerning". "& I (unknown to me) do not need an expert to tell me that". "& you took better care of her too" was said to me about how I took better care of my bulldog than somebody else. While checking the news I saw that a man named Shane Tamura murdered people in New York's NFL Headquarters before committing suicide & this was another exact detail that somebody made reference to while talking to me 1.5-3 decades prior. While checking social media I saw that our local Sheriff candidate, AJ Cox, made a post about how George Washington said that good people don't want credit for their contributions & this is another exact detail that I was told would be happening forever ago. We all know inventors are supposed to take credit for their contributions & AJ is probably guilty of the severe official misconduct, extortion & negligence that my local police is guilty of so if he was aiming that post towards me it is more than just harassment.

 - 9/26/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Before going to bed this morning I was typing the notes I took for this document over the last 16 hours & I had on the tv to NBC. KWQC News not showing me the news & instead showing me a story about a military guy who used to take 16 pills per day & who had to get "help" because he got into a fight with his pregnant wife (or partner) over her not eating her green beans was another exact detail that I was told would happen. I switched the channel to WQAD News 8 & them showing me a story about a guy from Nebraska who is raising shrimp in a pool in his pole barn, a semi wrecked & rolled over near Galesburg on I-74 & a lady named Ginger (Ginger from the Warren County Housing Authority is the only person that has been responding to the 1000+ emails that I've sent to authorities about my court case over the past 5 years) reporting news (I'm always harassed with the names of news broadcasters) were all more exact details. After the day concluded I realized that I wasn't contacted by the Warren County Sheriff's Department nor the Knox County Disability Coordinator nor State's Attorney's office nor the Knox County Vet despite being told that I would be (I was supposed to schedule an appointment to get Poe's stitches removed with the vet today but they never returned my call/message that I left them earlier this week). I also contacted the Housing Authority in West Virginia that I applied for protection to multiple times & didn't hear back from them neither. I emailed the Knox County State's Attorney Ashley Worby because their Disability Coordinator didn't contact me. While typing into this document tonight two separate people came on the tv as the people on the tv were talking to & towards me & told me "I don't like you". One of the people told me it in Mick Kaywood's voice/mannerisms & both of them were more exact details that I was told would happen back then.        - I was violated with mind-control all day again today & the following was more exact communication

that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "Then you do need those medicines". "I (unknown to me) got a second to take a look at it". "& that (unknown to me) is all your going to have to say to him (unknown to me)". "& he (unknown to me) had help". "& they (unknown to me) don't get a say". "& they (unknown to me) would've said otherwise" was said to me about how people from my surroundings would've attempted to falsify evidence/ the truth. "Then we (unknown to me) will get you home". "Then she (unknown to me) is never allowed to speak to you again". "Then I (unknown to me) am never allowed to speak to you again". "& I (unknown to me) will give you whatever medicine you want". "& I am going to help you" was said to me by my mind-control violator who I want complete protection from & prosecuted with capital punishment. "Then I (unknown to me) am going to kill him (unknown to me)".    – While witnessing the news & television broadcasts today on television & my smartphone the following details occurred & they were all more exact details that I was told would happen back then: It was reported that there are no incentives being given to beef producers despite America needing to raise the beef production rate. I was shown news headlines about a 12-year-old inventor from Colorado who used drones to detect tornadoes quicker than the other methods.  A guy who was injured by a manufacturing robot in a Tesla factory & is suing for $52 million because of the suffering & the $7 million in medical expenses that it caused. I was shown a headline about NFL quarterback Brock Purdy teaming up with John Deere to give farmers in Iowa a surprise free lunch. I was also shown a headline about actor Tim Allen giving people up to get out of trouble after he was arrested with over a pound of cocaine & another about him forgiving his father's killer after watching Charlie Kirk's wife speak at his funeral. I was shown that Charles Tillman (retired Chicago Bear) quit his job at the F.B.I. & I was told more details about this but don't remember them (the surveillance will unveil these facts).

- 9/27/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: The Illinois vs. USC football game had several exact details that were made reference to back then: Before the game there were 2 guys interviewed who were wearing short sleeve polos & trucker hats & after they spoke my mind-control violator said "& they could not lose worse". The Illini quarterback, Altmeyer, ran for a touchdown, caught a touchdown & passed for a touchdown & when I witnessed this I remembered being told that I couldn't go to court unless he did all of this against USC. The Illini running back fumbled on the goal line & later in the game he caught a screen pass & ran for 54 yards down the sideline for a touchdown & the booth had to review the play to make sure he didn't step out of bounds. I then remembered being told that if he fumbled that I couldn't go to court unless he could score from over 50 yards out & get his run reviewed for being so close to the sideline. At the end of the game Illini's kicker from Naperville kicked the game winning field goal & this was also another detail that I was told would have to happen for me to get to go to court. After the game the news showed me a new Instagram model with "big

jugs" (as they put it) exactly as I then remembered being told would happen. I called the Emergency Room in Monmouth to see if they would remove my toenails that continue to cause me chronic symptoms & they told me no because they "don't have the tools. On social media I saw that my sister & her husband took my nephew to the Illinois football game today & this was another exact detail that I was told would happen.      - I ended up calling the Emergency Room nurse because my chat with Google Gemini informed me that they are bound by law to remove my toenails immediately to stabilize the symptoms that they continue to create. The nurse told me that they could do that but that she couldn't guarantee that they would but that she suggested that I come in to get seen. When I got off the phone my violator/interrogator reminded me that I have already been to all of the doctors but they all ignored ALL of my medical symptoms & attempted to force me into psych treatment. I ended up having to get ahold of my uncle (who works a full-time job & farms full time (& its harvest (the busiest) season)) to take me to the Emergency Room. While walking into the emergency room my mind-control violator said "he did, in a sad way" & this was a detail that I remember being talked about in my past but I don't remember who nor what they were talking about. While at the Emergency room the following details occurred that were all more exact details that I then remembered being told would happen 14-30 years ago: When I walked into the emergency room the front desk called a person named Evan to their attention. A young girl was in the waiting room because her male friend or partner physically abused her & her conversation with her people on the phone went exactly like I remembered being made reference to (that she was pressing charges & he abused her by punching her in the face 15 times & throwing her on the ground & hitting her with a wooden folding chair because he thought she stole his coat & she needed her computer charger) but she did not appear to be noticeably damaged (whoever told me this was going to happen told me it would matter if she was beaten badly or if she looked ok & she was not damaged badly but seemed shook). While in the waiting room my phone did a couple "big" updates that took it over an hour to update. When I described my symptoms & situation (my big toes both have "thorn"-like growths growing out of their bases on each side down in the nail folds (that I can't get to) that were caused by me damaging my nails as a child & when these grow into the side of my toe my skin breaks out & my pinky toe nail has a hole in it that constantly causes a rash & that I have to work my nails for 4-8 hours a week & that I'm being denied primary care services) to the nurse she said "that seems like a lot". She dismissed me from her room & had me wait back in the waiting room but after leaving I remembered that I needed to tell her that I have been given antibiotics & prednisone for these symptoms several times & the medicine erased the symptoms but when the medicine ran out the symptoms came back so I walked back into her office uninvited to tell her this. When I told her that my mind-control violator said "you will be glad you did (walk back in & tell her that)". I had to go to the bathroom & it is next to the front desk but it was occupied so I was standing there for a while & a guy came in because he was called & told that he had to come in immediately because his blood work was off. Also while standing there a couple walked by & the guy stared at me in my eyes as he walked by & said "sup buddy". While still waiting for the bathroom my mind-control violator said "I would've already wanted

that done" & I'm assuming they were talking about getting my toenails removed (which I responded "so did I") but I'm not certain. I ended up having to leave the ER waiting room & go to the main part of the hospital to use the bathroom & my violator said "they (unknown to me) will never speak to her (unknown to me) again now". When I sat back down in the waiting room my mind-control violator said "you did go there (unknown to me)" & I responded that it was my right to do so (because I've never went anywhere willfully that I didn't have the right to be at). After observing my surroundings again in the waiting room I realized that the couple sitting across from me & all of their conversations were more exact details (the female bought the male (whose mannerisms reminded me of Matthew Painter (one of my first best friends) & Derek Robertson (Drew's (from this evidence) brother)) several bags of chips at the vending machine & her grandma (who they were there watching over) a candy bar & the female was in a leg cast & had to walk out to the parking lot as the male stayed inside & their conversations about the text messages they received (about furniture & a tv stand) were all exact details). Soon after taking notes on all of this my mind-control violator said "& that's why they (unknown to me) don't like you" (this was said immediately after I was looking at my phone & scrolling social media & was shown a provocative picture or video of a female model that the guy next to me might've seen. After some time passed my brain-tech violator said "& they (unknown to me) called the cops, I promise". Soon after that my violator said "then probably 4" but I don't know what they were making reference to & don't remember if this was a detail that they made reference to in the past or not but the rest of the following details were. After sitting in waiting room for 3.5 hours I was finally called back to the doctor's office & as I was being walked into my individual room I asked the nurse if I could use the restroom & as soon as I did the lady in the room next to mine stepped out & asked to use the restroom as well. We both went to the bathroom & got out of the bathroom at the exact same time. While waiting to talk to the doctor my mind-control violator said "how long can you wait?" & "that is already longer than they (unknown to me) would've wanted you to have to wait". After about a half hour of waiting in that room the doctor came in & told me his name was Ryan. I showed him what I was dealing with (but he didn't look at it really) & I had to repeat my same explanation that I gave the first nurse to him & then he told me he would be back & left the room. After another 30-45 minutes of waiting he finally came back in the room. When he spoke to me he asked me if I was on psych meds & if I was seeing, feeling or hearing things that weren't there (assuming that I am mentally ill). He then told me that he didn't agree that my toenails are ingrown (despite them being ingrown & the problem (which I made clear to him & the nurse) being down in the nail folds where nobody can see) & that I'm cutting them too short (because if I don't they grow into my skin) & that he wasn't going to remove them because he doesn't believe that my symptoms are being caused by that problem (despite me knowing for fact & making it clear to him & the nurse that they are causing the symptoms from years of experience). His exact words were "I didn't see anything" when he didn't look in the nail folds & only looked at my nails for a split second from over a yard away. He said I needed to schedule an appointment with the Galesburg clinic so "they could further investigate" & then left me suffering with the same symptoms after a 5 hour wait (5:30-10:30pm)

& my uncles time & resources getting wasted because the legal system is neglecting & violating me as well. He left the room & told me a nurse would bring me my discharge papers. As soon as he left the room my mind-control violator said "then I'm (unknown to me) embarrassed for him (the doctor)" & then I remembered being told that if he didn't gladly remove them for me that somebody was going to be embarrassed for him. The nurse came in & asked to take my vitals as I was leaving & I remember being told details about this as well but I don't remember what I was told. When my uncle picked me up to take me home he told me that his co-worker came to this ER & ended up leaving before getting seen because it took so long & he informed me that he bought more cupcakes at Wal-Mart than what he wanted so I could have some exactly as I then remembered being told would happen. Several more details of my conversation with him were exact details as well but I didn't remember them in time to get them documented. When I got home my mind-control violator said "he (unknown to me) cried" & "I (unknown to me) hope she (unknown to me) dies". I then decided to walk to the post office to check my mail & on my walk there a big dog was on the loose & started charging & barking at me exactly as I then remembered being told would happen. When I got my mail home I had a piece of mail from the Knox County Courthouse's Judge's Chambers & the bank. The bank told me they are updating their system in November & the Judge's Chambers told me that I can't use the disability coordinator anymore because they dismissed my case despite it being my right to use her for when I need to communicate with the prosecutors so I had to email her & tell her that I will still need her if I have to verbally communicate to the State's Attorney's Office. Me receiving both of these exact letters was another exact detail that I then remembered being told might happen back then.            - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& you will be glad you said that" was said to me after I argued with the broadcasters before the Illini game & argued with my mind-control violators who were violating me simultaneously. "& he (unknown to me) is going to prison". "& I (unknown to me) don't care what he (unknown to me) says now, at all". "& I (unknown to me) did need this, dude". While typing the fact that I want protection from my mind-control violator & them prosecuted with capital punishment into yesterday's evidence my mind-control violator said "then that is what you will get". "& he (unknown to me) didn't make the cut" was said to me & I remember this being made reference to back then but don't remember what they were supposedly talking about. "& she (unknown to me) wanted it (unknown to me) & it broke their (unknown to me) hearts". "He (unknown to me) puked". "In a bad way for her (unknown to me), he got knocked out". "& they (unknown to me) will definitely do that (unknown to me) for you". "That's (unknown to me) funny". "& he (unknown to me) very much swallowed that (evidence & argument for my case)". "& I (unknown to me) did need that (unknown to me) dude". "He (unknown to me) is pressing charges now". "& she (unknown to me) is pressing charges now". "& you will get to go to court with all of your evidence". "Then he (unknown to me) is going to prison for the rest of his life". "He (unknown to me) bawled his eyes out". "She (unknown to me) bawled her eyes

out". "He (unknown to me) doesn't get to speak about it now, dude, that's the truth (that he doesn't get to speak about me nor my case nor the fact that it's the truth that my surroundings (including the legal & medical authorities) & mind-control violators are attempting to get away with stealing my inventions & putting me in either prison or a psych ward for the rest of my life despite me being a completely innocent victim & contributor)". – While checking the news I saw that 3 employees for the Mercer County Education system (in Aledo, IL) were arrested & the super-intendent was put on paid leave. I also saw that Federal authorities had to deploy weapons (tear gas & other non-fatal but damaging weapons) at a I.C.E. protest in Broadview, IL & both of these news segments were more exact details that I'm now remembering being told would happen or that were made reference to (I don't remember for certain) back then. While typing this I turned on the documentary "Here Comes the Irish" & the documentary was filled with more exact details that I was told would happen over a decade before it was filmed: When the coach talked to the old coach he was on his cell phone. When the quarterback was in class he attempted to toss the ball to a girl but failed & then said "run it back" & when she threw it back to him he threw it to somebody else. The team sang 'Sweet Caroline'. The show focused on one of their linebacker's from Indiana & his farm & he proposed to his girlfriend on the show. One of their player's said that he is a mommy's boy.

- 9/28/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: The Bears vs. Raiders game contained several more exact replay reenactments from my childhood games. One of the replays was of a catch that the Bears tight end made but they took from him & my argument about it was that he caught the ball in the split second before his entire body hit the ground & that once he hit the ground he was down by contact & entitled to completely fumble the ball if he wanted to (the exact same argument I made for myself against my mind-control violators when I was a kid). I was told that I would have to win this argument or make sense of this argument to get to go to court & when I made the argument my mind-control violator said "& you win that argument now". In between commercials I tried to eat one of my uncle's cupcakes & accidentally hit my finger on two more of the cupcakes so I had to eat all three & my dog took off into her fenced in area because one of the stray cats that have been coming around was in her space & both of these were more very exact details that I then remembered being made reference to long ago. While communicating towards me the Bears broadcaster said "that's a good start" exactly as I then remember being told that he would. During the Sunday Night game one of the broadcasters said "then you're a cowboy" & Tirico said something along the line of "I could give you a hug" & both of these were more exact details that I was told they would be saying towards me. - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& they (unknown to me) cheat". "& I (unknown to me) don't care what their (unknown to me) argument says now". "& she (unknown to me) puked, dude, knowing that's

exactly what they (unknown to me) did". "& that (all of the opposing arguments against me are either extortion, coercion, exploitation or an argument fighting for their right to violate, abuse, neglect & steal-from me as an innocent kid & now disabled adult) gets to be your answer now". "& I (unknown to me) forgot about that".   – While witnessing the news I saw that there was a shooting at a Morman church in Michigan & believe I might have been told this was going to happen back then but can't remember for certain.

- 9/29/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: After going to sleep at midnight I woke up at 4am exactly as I later remembered being told that I would. Before getting out of bed my mind-control violator said "& he (unknown to me) admitted that (unknown to me)" & "& he (unknown to me) never gets to speak to you again". I went for a run before cleaning up & going to town & on my way out the door my mind-control violator said "& he (unknown to me) does lose now". While showering my mind-control violator said "& she swallowed" & "& she (unknown to me) agrees". While eating breakfast before going to town my violator said "then I (unknown to me) miss you". I went to town hoping to find my dad (because my truck is broken down, I need a new dryer & I can't afford the vet despite the fact that I'd be a billionaire if I was living with my rights) but I'm not sure which house he lives at nowadays so I started at my old house on Broadway but he wasn't there & there was a "Lozier" sign in the yard (a kid in this evidence) & a trailer in the driveway. I then went to the other house I knew he might be living at & when I there was a bunch of concrete workers working on his driveway. I knocked on the door & his wife, Jen, answered & told me that she didn't know where he was & that she "didn't know what to say (to me)". While leaving I noticed Mick Kaywood (one of my violators) walking up to the concrete work from his brand new black Dodge Ram & when I stopped him & told him to turn himself into the police he attempted to lie to me & said the exact phrases that I later remembered being told that he would "to the police?", "I didn't hurt yuh" & "I have to help my dad". While leaving his dad yelled at me & told me not to mess with his truck just like I remembered being told that he would. I then went to the dump to drop off my recycling & while doing so I dropped my clean phone into the dirty truck bed. After leaving the dump I went to the Housing Authority to switch my port to Washington DC because West Virginia's law-enforcement didn't respond to my request for protection. While at the Housing Authority I was behind the line from a lady who was complaining & her complaint involved a man named Strange who "never comes out of his living space" & she thought "he might be in there dead". When I spoke with the lady with the Housing Authority she informed me that the internet was out & that she would have to call me back when the internet got back up. I then drove into town & parked next to the police station because I decided to go get my flu & covid shot while I was in town & with the brakes out in my truck I decided that would be the best place to park it figuring they will probably toe it regardless. The lady who parked behind me & her specific actions was another exact set of details mentioned back then. I had some time to kill while waiting for Walgreens Pharmacy to open so I went to the library for a moment & while

sitting outside a specific man walked by that I remembered being made reference to. I called OSF because the Emergency Room referred me there but they couldn't schedule me an appointment for over 2 months away & I am tired of getting violated & my time wasted by them. While walking to Walgreens a kid walked past me on the sidewalk & asked me for directions to get to one of the junior high schools in town. At Walgreens I saw Mr. Charlie Geer & Mr. Dave Giles & there was a specific couple ahead of me in line to get their shots. I went back to the Housing Authority after leaving Walgreens & signed the paperwork to attempt to move to DC & got permission to file a 'formal grievance' to their director because of nothing being done in pursuit of my protection nor justice despite me repetitive complaints about being violated nonstop regardless of the fact that I'm supposed to be provided a safe living environment. After leaving the Housing Authority I drove to my moms & left my truck there because the brakes are out & I can't afford new ones. While driving out there an exact truck was tailing me that I was told would be (with a "shimmering" piece hanging from their rear-view mirror). I then had to walk to Warren County Transportation's office to get a ride back home & while doing so a VW Bug drove by me exactly as I was told they would. While waiting for my ride in their office I overheard a conversation between their employees about the lady's bad knees & something about her vagina exactly as I was told that I would. The 'Animal Control' office is in the same building so I got their email so that I could turn my 'animal cruelty' complaint that I turned into PETA to them as well. While on the ride home I emailed the Housing Authority's Hank Shimmin my 'formal grievance' & when I did my mind-control violator said "he cried". When I got home I received an exact email from the Warren County State's Attorney that I then remembered being told that I would on this exact day 14+ years ago. His email was full of blatant coercion & lies & told me that he was unwilling to investigate & that I needed to file my case as a civil case despite knowing that my case can't proceed as a civil case without the criminal procedures & investigation being finalized first. I then received an email from the lady at the Housing Authority (Ginger) telling me that she would inform Mr. Shimmin about my complaint "that she wasn't doing her job appropriately" despite my complaint being about me not having a safe environment to live in & this was another exact detail that I then remembered being told would happen. While typing this I had the tv on to news channel 8 & when 'Extra' came on the broadcaster said "then shut up" towards me exactly as I then remembered being told would happen. When I responded my mind-control violator said "then their loss".          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "I (unknown to me) have nothing for them (unknown to me) now" was said to me while I was on my dad's property. "He's (unknown to me) swallowing that you will move there (unknown to me)". "& that's (unknown to me) the worst that has been said to him (unknown to me)". "It's the worst day of his (unknown to me) life now". "I (unknown to me) would kill them both (unknown to me)". "Your loss". "& don't make me (unknown to me) hurt your family". "& he (unknown to me) didn't have a weapon on him". "Then he (unknown to me) is going to call the cops". "Then

he (unknown to me) is going to move". "& I (unknown to me) don't like him now". "& it's been 30 years (since I was violated with one of the crimes that I'm victim to)". "& she (unknown to me) is going to move". "& she (unknown to me) is swallowing that the brakes on your truck are out" was said to me & then I remembered being told that if the brakes on my truck weren't out then somebody would have me proven unfit or unworthy for court (or something along that line). "& they (unknown to me) did rape you". "& that (unknown to me) is what his (unknown to me) says". "& I (unknown to me) wouldn't take her (my bulldog) to the vet". "& you'll get to take all of your stuff with you (when I move)". "No, you are never allowed around me (unknown to me) again". "& he (unknown to me) is swallowing that (unknown to me) is your plan". "& they (unknown to me) want to see her". "& you will be glad you get protection orders". "& they (unknown to me) are going to make it (unknown to me) a big deal to him (unknown to me)". "& he (unknown to me) did not turn himself in". "That (unknown to me) was the biggest mistake of his (unknown to me) life".   – While checking the news I was shown a headline about a man in Florida who killed & ate his peacocks & this was another exact detail that I was told would happen.

- 9/30/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning around 1 a.m. I remembered a piece of evidence that I decided should be added to this evidence involving the lady from Macomb, Robin, who used to sell me the medicine that I need. I remembered that I should document the fact that she asked me if I would sneak in some of the pills into her friend in prison for her & decided to document this because I get violated nonstop by everyone & it seemed as if she was hoping to exploit & sabotage me. When I took note of this my mind-control violator said "it's the worst day of her (unknown to me) life". While typing this I had the news on to NBC & them reporting that there was a "close call" at the LAX airport & that the government is about to shut down & that 100s of military leaders are about to meet were all exact details that I was told would be happening today long ago. They also reported that the "Yogurt Shop Murders" in Austin, Texas were solved today & that Nicole Kidman & Keith Urban separated & these were more exact details that I was told would happen on this specific day 14-30+ years ago also. While working throughout the day I was violated several times before getting to be around & document the notes on my phone & I forgot what I needed to write down. After telling my mind-control violator that I forgot what I needed to document they wrote down what I had forgot on my phone without me remembering it. This is something that has happened at least a half dozen times throughout my life. I walked to the post office around 10:30 to get my mail & saw a Warren County Sheriff's Dept. SUV driving by exactly as I then remembered being told that I would while doing so. When I returned home I asked Gemini (Google's a.i.) what the words for violators who create their own reality to be able to justify moving forward as guilty individuals & doing so was another exact detail that I then remembered being told would happen back then (the words were gaslighting & DARVO). When I laid down for bed I had to get up & urinate 3 times in the half hour before I fell asleep & this was another detail that was made

reference to back then as well.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "The best day of his (unknown to me) life". "Then I (unknown to me) did need this". "(They are violating you(/me)) in the worst ways". "& they (unknown to me) wanted to get away with stealing over 99% of it (my rights to compensation, earnings, companies & credit)". "& she (unknown to me) cannot disprove that". "& that (unknown to me) is what she (unknown to me) wants to do now". "Then you never have to see me (unknown to me) again". After I pointed out the fact that Mick's dad, Marvin, told me to not "mess with his truck" despite the fact that Mick has went along with fracturing my skull & giving me severe brain damage & is in on stealing my inventions from me (openly) & that I should literally be able to seize his truck & have him arrested on the spot my mind-control violator said "I will swallow that now" to me through my own voice. "Then I (unknown to me) don't get an answer, you win". "He (unknown to me) quit". "Then he (unknown to me) is sad". "& he (unknown to me) is swallowing that (unknown to me)". "& they (unknown to me) aren't arguing now (about me getting to go to court as a serial victim & contributor)". "& that (unknown to me) doesn't get to be their (unknown to me) answer now". "& she (unknown to me) swallowed". "& I didn't know yours (penis) grows that big". "I'm (unknown to me) unwell now". "They bawled, man". "She bawled, man". "Then you have no idea how glad you will be that you did all of that (filed complaints, documented evidence, went to authorities, took care of my dogs/house/yard, etc.) & stayed caught up". "& she (unknown to me) is swallowing that (unknown to me) is already documented". "& you lose". "You win". "& he (unknown to me) wouldn't". "They (unknown to me) know who you are now". "Then you get to turn it into the NFL".   – While checking the news on my phone I saw that Jay Cutler (retired Chicago Bear) had to report to jail for a D.U.I. & Notre Dame football coach Freeman "isn't having fun" & both of these are more exact details that I then remembered being told would happen back then. I also saw a headline from KWQC News 6 & it said that over $1 million in gold & silver coins was recovered from a shipwreck from 1715 & this is another detail that I was told needed to happen if I was going to get to go to court.

- 10/1/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning I looked at my phone & was shown a headline with Olivia Dunne saying to "get a quick workout in". While typing my notes that I took over the last 8 hours into this document I had the morning news on NBC & them showing "Coffee with a Cop" & the government shutdown were both details that I then remembered being told would happen today. I suddenly had to make 'developer' adjustments to my phone so that I can transfer this file from my computer to it exactly as I am now remembering being told would happen. Last week I scheduled a ride with Warren County Transportation so they would take me up to the US Attorney's Office today. My ride was scheduled to pick me up at 8 this morning but the bus didn't show up until 9:15 (I didn't

remember being told this was going to happen until it did). While waiting I walked to the gas station atm to retrieve the cash that I will owe the transportation service. While there a red Mercedes car was filling with gas & when I retrieved my $20 I asked the lady working if I could trade it for a $10, $5 & 5 $1s. The lady working the register asked me if I gave her a $10 or a $20 because she gave me a $10 & 2 $5s then got confused. While waiting one of the guys from the red car said we would change it for me to save them from having to give me their $1s that they needed for the rest of the day but I waited for the lady at the cash register to give me the change. While waiting for the bus to show up I called the transportation service at 8:15 & asked if they forgot about me & they told me they had me down for 9 but they would send the driver now so I sat out there waiting for the bus for another hour. While doing so I had a chat with Google Gemini about how I should go about emailing the NFL & NCAA about the fact that every one of their games is reenacting extremely exact plays of mine from when I was a child & getting violated by violent gang violence while playing football. I chatted with Gemini about this until I was picked up & almost to the Quad Cities & then sent the emails to the NFL & NCAA (who I am going to write & call tomorrow). While on the bus the radio for the driver communicated that somebody didn't get picked up who said they called about the ride yesterday & the lady responded "tell him to call me" & this was another very exact detail that I then remembered being told would happen back then. When I was dropped off at the 'Heritage Place' in Moline I went inside & stood there looking at the directory for the US Attorney's Office for a while but it wasn't listed. A guy was at the vending machine next to me & asked if I was looking for something & told me the office was on the 6th floor (exactly as I then remembered being told that he would). While looking at the directory I noticed that the FBI was located on the 3rd floor. When I went up to the US Attorney's Office the man at the entrance turned me away saying that they only take criminal complaints from law-enforcement. I then went to the FBI who didn't let me turn in my evidence to them & turned me away after they wrote down my complaint while talking to me through an intercom. While leaving the building my mind-control violator said "they are trash then" to me through my own voice. I then took a public transportation bus to the State Police Headquarters in East Moline & attempted to turn in my complaint & swear in a complaint involving official misconduct with an affidavit. I spoke with their "gold star" Officer Kasprak while there. I informed him of the same details I inform all of the authorities (I'm the serial victim to our nation's worst crimes who has been getting violated on a daily basis for the last 34 years & who is getting denied justice, my rights, protection, my earnings, compensation, etc.). I made it clear to him that I'm being violated by organized corruption from my local authorities. Our conversation went EXACTLY as I then remembered being told that it would & the details included the fact that he said "we are not doing anything today", "what do you want us to do?", "we can't just go arrest violators", "there's more to it than that (evidence proving violators guilty & then them being able to arrest them)", "we can't provide you protection more than we owe all citizens (despite me making it clear to him that I'm being violated NONSTOP & when I didn't ask for more protection than what every citizen is entitled to)", "we would just turn in your evidence back to Warren County (despite me making it clear (with examples) that they

are violating me with intentional & severe official misconduct & corruption)", "we can go around & around with this conversation but its going nowhere", "I suggest you see a counselor (instead of getting justice & my rights)" & then a lady cop opened a door & told him that they needed him for their training session that was about to start. The cop acted clueless that I wanted put into a protection program despite every message & talk I've given to authorities clearly stating that I want put into a protection program until I settle with court. When I left I forgot to get his name so I had to turn around & go back & get his name for my evidence/complaint exactly as I then remembered being told would happen. While leaving their headquarters my mind-control violator said "he's not getting that one back either" to me through my own voice. I then took the public transportation bus back towards Moline & on the bus the following exact details occurred that I then remembered being told would happen back then also: a lady was wearing a 'Beetlejuice' hoodie. The lady bus driver walked back to the back of the bus to talk to me about available restaurant options while at one of the bus stops. A very sweaty guy, a bald guy who was completely covered in tattoos all over his entire head, face & body got on the bus & so did a lady with 3 small kids & one of them was wearing a Disney princess dress. When I took note of the princess dress on my phone my mind-control violator said "thank you". I drove past a billboard that said "God saves the broken hearted (or something similar)" with pictures of a guy & this is details that whoever told me about all of these details made reference to but I don't remember them. I was forced to miss the stop that I was hoping to take & then suddenly decide to stop & get off at a McDonalds in Rock Island because I was on the bus for longer than I wanted to be & didn't know how much more time I had before the Warren County bus would be there to pick me up. When I got off the bus I called Warren County Public Transportation & she informed me that they are on a "loop" & told me my ride would be there in 20-25 minutes. I then walked into McDonalds, ordered & received my food in about 5 minutes. When I started eating there was a guy sitting close to me who was on his phone & talking to somebody about their new child & who the kid's "baby mamma" was & this was another exact detail that I then remembered being told would happen along with the fact that as soon as I started eating the bus pulled up to pick me up so I had to wrap my food up & leave. The bus drove about 6 blocks & picked up the guy from Aledo who was in a wheelchair that needed a ride back with me (Warren & Mercer Counties share public transportation busses for some routes) so I know they forced me to miss my stops & get off at that stop using weaponized mind-control out of convenience for them. On the ride home the lady over the radio talked to the driver & said "not even a little bit" & I remembered being told that if something "was even a little bit" that I couldn't go to court (or something similar). I scrolled my phone while on the drive home & was shown specific posts & models that I then remembered being told that I would & the driver asked me if I had a problem with his music because I put in my headphones & listened to the Cubs game exactly as I then remembered being told would happen.          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& I (unknown to me) don't care what he

(unknown to me) says now". "He (unknown to me) fucked her (unknown to me) to the point that she came repetitively, & nobody wants anything to do with her now". "& he's (unknown to me) not going to make it". "She (unknown to me) gave up, dude, in a sad way". "Then yeah". "& I (unknown to me) do not like them (unknown to me), in a bad way". "& she (unknown to me) puked" was said to me multiple times today. "Then I (unknown to me) see why you don't like me". "Then I (unknown to me) don't like him then". "& you have no idea how glad you will be that you sent those messages (to authorities & violators & their families)". "They (unknown to me) are pieces of shit then". "Then it's the worst day of her (unknown to me) life". "& don't forget that I (unknown to me) told you that". "Then its going to be the worst day of their (unknown to me) lives". "She (unknown to me) called the cops, on him (unknown to me)". "Then she (unknown to me) does like you". "His (unknown to me) loss". "He (unknown to me) did need that". "Then he (unknown to me but I believe they were referring to the State Police officer) is a bad guy (villain/criminal)". "They (unknown to me) don't have nice clothes & they are doing their best". "& they (unknown to me) loved it". "& I (unknown to me) do want to see him (unknown to me) naked". "Then go to Washington D.C.". "& they (unknown to me) are swallowing that you just had to do that for them (unknown to me) again". "& I (unknown to me) see why you never want to see us (unknown to me) again". "If you actually kill yourself (then you can get credit for your contributions & your violators will be forced to take responsibility for their crimes)". "& that (unknown to me) could not be more obvious now". "They (unknown to me) are trash then". "& that (unknown to me) broke his (unknown to me) heart".    – While checking the news I was shown the following articles that I then remembered being told would happen long ago: a medicine was found in Easter Island Soil worth over a $billion & there is a debate now about how to pay back the people of the land. There was a headline about Google Robotics being predicted overtake Tesla's Optimus robotics. I was shown a headline that reported actor Josh Hartnet getting into a crash with a police vehicle in Canada. I was shown a headline about FBI director Patel gifting authorities in New Zealand 3D-printed guns that are illegal to the local area. While watching the Cubs game Manny Machado slid & hurt himself attempting to catch a foul ball & then hit a home run in the next inning & after his home run he tripped in the dugout & all of these were details that one of these people made reference to 14-30 years ago.

- 10/2/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: This morning I spent a couple hours typing evidence into this document & when I added the fact that Mick said "to the police?" when I told him to turn himself in my mind-control violator said "that will make a difference to them (unknown to me but I'm assuming the authorities)". After I finished I took Warren County Public Transportation to town so that I could go to the library to fax LIHEAP (the energy assistance program) the information they need from me for the winter assistance program they provide to me & to type up affidavits to swear & turn in with my evidence to all of the authorities that I've been turning my evidence into (Warren County, Knox County, The

Illinois State Police, Governor Pritzker's Office, the F.B.I., the Criminal Division for the Department of Justice, the US Attorney's Office, etc.). On the way there I had them take me to the dump so that I could recycle what recycling that I needed to recycle. On the way from the dump to the library a Warren County Sheriff's Department SUV followed the bus & the man running for sheriff named Horner was on his front porch looking at his smartphone. While at the library there was a customer who said "when you want a book, you want a book" to the librarian. The librarian who helped me was wearing a shirt that said "Level up at the Warren County Library". There was a man sitting at a computer close to me who started talking to himself. While at the library I received an email from the Warren County Housing Authority about the formal grievance that I just filed & confirmed that I could be there at 2pm for the hearing. Immediately after I sent the email confirming that I could be there several Warren County & Monmouth Police Department officers showed up & unlawfully arrested me (while serving an unlawful protection order against me for my violent violator who has habitually violated me with mental abuse, harassment & openly told me he is in on stealing one of my inventions worth $millions & who I've been requesting a protection order against for years now) with a premeditated crime that I then remembered being told that they would to me over 14 years prior at this exact moment as all of these other details were occurring. When I was arrested the Warren County investigator named Jeremy was shaking (his hands were shaking) & he put on my handcuffs too tight. I was walked from the library to the Warren County Jail where my pockets were emptied & searched & AJ Cox touched near my heart (I then remembered being told that he'd be checking to see if my heart was pounding). I was told that I was being ordered to go get a mental health evaluation & then walked out into their transport van & taken to Trinity hospital in Rock Island. While being put in the van there was a big box of over 100 honey buns in the van & then I remembered being told details about these honey buns but I don't remember them (I think I was told that they were going to give me a pack of honey buns a day or going to eat a pack of honey buns a day depending on my progress with this evidence & ability to defend myself against their corruption that they continue to willfully violate me with). While this was happening my mind-control violator said "in the worst ways to himself". On the way to the hospital we drove past the gravel road that you have to turn on to get to my uncle's & he was at the intersection in his semi. The man who drove me up to the hospital had to wipe at his eye during the drive up there & I remembered being told that he was going to do this (I was told he would be crying to himself but I don't know if he did). While at Trinity this man small talked with one of their nurses who used to work for GHAS (the ambulance service around here). The first nurse that took my vitals nametag said 'Marie' (Caroline Prince's mother's name). The lady's name who interviewed me for Trinity was Caroline (I recently wrote Eua Claire, Wisconsin's Police Department about Caroline's involvement in my case as a violator). There was a patient who kept rapping to himself & said "I love it in the ass" during his rap. The staff member said that he is a "Quad Cities wannabe rapper". While talking to the nurse about the Cubs game she said "that was an amazing first game, two back-to-back home runs". All of these details were very exact details that I then remembered being made reference to or told would

happen over 14 years ago.            - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "They (unknown to me) get good weed" was said to me about how some people (they were making reference to the people in Mick's concrete crew) get good weed instead of the trash being sold at the dispensary's at unaffordable prices. "That  broke his (unknown to me) heart". "I'm (unknown to me) going to write that (unknown to me) down now". "I'm (unknown to me) not going to miss you, in a good way". "& that (a portion of my evidence) is the definition of rape". "It is the worst day of her (unknown to me) life". "Then there is nothing they (unknown to me) can do for you". "They (unknown to me) know that they don't have the right to hold you here". "I (unknown to me) despise them (unknown to me) now".– Within the last couple days I checked Facebook & looked up Knox County State's Attorney Ashley Worby to see what her public profile displays since I've been turning this evidence into her for a year now without a lawful response. The pictures on her profile, including the one with a blue Mustang were all exact details that I then remembered somebody making reference to over a decade ago.   – In my own self-defense the following arguments protect me in court about the unlawful crime that I was violated with today: It's against the law to punish a serial victim with brain damage who has been getting violated literally nonstop for over 34 years for a self-defense reaction. I have been requesting protection orders against Mick & my mother for over 5 years & instead of respecting my rights as their victim (& as a serial victim to our nation's highest crimes) they ignored 99.99999999999999% of the evidence & unlawfully arrested me publicly. I attempted to communicate to my mother respectfully for years before I had to show her negative reaction because of the constant severe distress she has been causing me (I was told that part of the reason that I was arrested because I had to do so in my own self-defense).

- 10/3/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: There was a patient at Trinity who kept talking about how she ate her two children & when I washed my hands next to her she used a bunch of paper towels. After the male nurse showed me where to take a shower & I walked back to my room he spoke into an iPhone-type voice/video recorder & said that he is "logging out". When I stuck up for my rights about not getting the opportunity to defend myself to the judge nor the person who made a decision about me for Trinity they instantly denied me my rights they instantly denied me the option to "voluntarily" commit myself & forced me to accept that they were involuntarily committing me despite me making myself perfectly clear to them about myself, my case & my evidence that I have turned into all authorities & that protects me (by law) against this type of treatment for everything that I have done & said. I was then unlawfully sent to Riveredge Psychiatric hospital in Forest Park, IL. The driver working for Trinity who took me there said "I'm not working till 4am again today" & "I'm over it" as we were leaving the emergency room. When I got to Riveredge the intake guy brought me snacks &

during our conversation he said "then we are good" & then I remembered that these details were made reference to (with more forgotten details) but I don't remember the majority of that conversation. When the intake guy took me up into the locked area that I was forced to live in with the other patients for the next 6 days I was immediately put into a room where I was questioned & searched. While in that room there was a woman patient who stood outside the door looking at me against the nurses' orders & eventually said "then we are all under investigation". The nurse who asked me the questions while in that room worked a 16–20-hour shift & I remembered being told details about this but I have forgotten them. The bathrooms were completely disgusting always because of patients not cleaning up after themselves & urinating everywhere. We weren't provided slippers & were forced to walk around in our socks. The room that I was put in had a book called 'Time Machine' in it & the first 5 pages were ripped out of it exactly as I then remembered being told that they would be.          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "He's (unknown to me) agreeing that they (unknown to me) should be in prison for the rest of their lives". "He (unknown to me) 100% agrees with you". "They (unknown to me) very much respect that now". "You win & they (unknown to me) will be swallowing that for the rest of their lives". "She (unknown to me) bawled her eyes out".

- 10/4/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning I looked outside the window in my room & saw 2 deer walking along the river just before sunrise. When I saw this I remembered being told that I couldn't get out of there until I saw deer outside of my window (or something along that line). There was a patient who complained of his hernia. The lady staff member who gave me my 'hygiene basket' (a basket with a toothbrush, toothpaste, deodorant, lotion, mouthwash & body/hair soap in it) scrubbed it clean as if she was upset. As I witnessed her doing this I remembered being told this detail long ago & my mind-control violator said "in a very very bad way for you" exactly as I then remembered being told that they would if she was doing this. There was a patient who seemed to have schizophrenia who kept talking about gas masks, warheads & tigers. There was a patient who always said he was feeling serene & blissful & enjoying "God's green Earth". This patient felt the screen on the window before he left & the patient with the hernia pointed out to him that there was hair in his food from across the table but he continued eating regardless after he plucked the hair out. There was a patient who said that what he was good at is "eating pussy" & the staff lady made him leave for "being rude". There was a patient who said "tetra colors make tetra colors" & that he "didn't have the crayons to bust it down for us like that" as we were attempting to play spades & the other guy was struggling maintaining focus enough to be able to do so.               - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as

well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "They (unknown to me) are going to be sticking up for you". "& you are going to be going back to Warren County" was said to me as I was wondering if they were going to unlawfully commit me to a long-term in-patient place or if I was going to be going home. "& that (unknown to me) is cleaner than when they (unknown to me) got it". "Then you never have to see me (unknown to me) again". "& I (unknown to me) don't care if somebody lives there (unknown to me) with you now". "& I (unknown to me) would have sex with you". "Then go to Washington DC". "They (unknown to me) are horrible people then" was said to me so I responded "Who?" & then they responded "then I (unknown to me) am in trouble".

- 10/5/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I was violated with mind-control all day & the following was the only communication that I then remembered being made reference to back then: ""& I (unknown to me) don't want that (me to get my news story, justice nor my intellectual property rights & opportunity)". "& that's a $500 billion difference (between my evidence now & a past version of it)". When this was said to me I remembered being told that if it wasn't that I couldn't go to court (or something along that line).

- 10/6/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I had a talk with the therapist & after doing so my mind-control violator said "that (conversation) made a difference to her (unknown to me)". I had a talk with psychiatrist Rayyan Sami & he seemed very upset while asking me repetitively asking me "who would do that (violate me while I was a child)?" & to harass me while asking me "are you a genius?". There was a patient who showed up today who said he gets compared to Benson Boone (the musician) because of their similar appearance). I remembered being told that he would have an ex-girlfriend going to Monmouth College, that he would have a 'Green Day' (the music band), that his girlfriend would hang up the phone on him & that he would be writing his girlfriend a letter a day & all of these were fact. There was a pregnant lady working on the staff for the hospital.              - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& they (unknown to me) are very much pressing charges now". "& she (unknown to me) is very much pressing charges for you now, I (unknown to me) promise" was said to me & then I remembered being told that if "she" wasn't that I wouldn't be allowed to go to court nor get out of the psych ward. "It's the worst day of his (unknown to me) life, you very very much win (unknown to me but I believe they were making reference to my court case & self-defense argument)". "& I (unknown to me) will never be putting it (unknown to me) to them (unknown to me) any other way". "& they (unknown to me) do know that (unknown to me) now". "& they (unknown to me) don't know that (unknown to

me)" was said immediately afterwards to keep me confused/torment/torture me & my mind. "& they (unknown to me) know you are innocent". "& he (unknown to me) agrees that they (unknown to me) should be in prison for the rest of their lives". "They (unknown to me) see why you don't want anything to do with her (unknown to me)".

- 10/7/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: My therapist spoke to me for the 2nd time today & despite me making it clear to him during our first conversation that I don't want anything to do with any of the psych medicines & after refusing the medicines every time he asked me how the 'hydroxyzine' was for my sleep & told me the psychiatrist prescribed me 'Abilify'. We had a patient who showed up today who told us that he just drank 1800 tequila. One of the patients had a tattoo through his eyebrow & told me he was from 'Cicero'.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& she (unknown to me) wants to move now". "& I (unknown to me) forgot about that (unknown to me) too". "& I (unknown to me) see what you mean (unknown to me) now". "In a good way to you". "& he (unknown to me) is going to talk to him (unknown to me)". "& you guys are watching the same movie as the ladies" was said to me while I was in the day-room (the common room where groups are held & the meals are eaten that had a television) & I then I remembered being told that if we weren't watching the same movie as them that I couldn't go to court or leave the psych ward (or something along that line). "& there were plenty of witnesses (to one of the crimes that I was victim to)". "& you never have to talk to them (unknown to me) again". "& he (unknown to me) does respect you". "& it's not up to them" was said to me about how my human rights, the justice & protection that I deserve & my intellectual property rights aren't an option that a bystander nor individual can take from me at their will as a completely innocent contributor. "& I (unknown to me) hooked up the alternator" was said to me about how somebody is stealing my idea for my kids' book about our body's being like a car engine for their personal & sex lives as I'm being held hostage, willfully deprived & tortured. "In the worst ways for him (unknown to me)".

- 10/8/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning at around 4am I spent a few hours reorganizing all of the notes that I had taken for this evidence before doing some body-weight exercises & getting in the shower. After doing so my mind-control violator said "you win again" & then I remembered being told that they would be saying this if I was progressing like this despite being unlawfully violated. After showering I put mouthwash on my infected toenails & when I did so my mind-control violator said "that's smart" & then I remembered being told that there was some sort of ultimatum if I didn't do something

that "was smart" while I was there. There was a woman patient with a huge lump on her Adam's apple who called me 'Michael Keaton'. She caused a huge scene while throwing fits & tied up the entire staff for the next 2 days. I remember being told that she would basically shut down the operations by herself & she basically did just by walking around spitting & throwing water while cursing the staff. We didn't have groups nor go to the cafeteria because of this. One of the ladies for the staff said she "is street" & threatened to beat the girls ass for acting out & disrespectful. One of the patients on our male side witnessed some of this & said "that is straight up racist & off the table" (despite them all being black & nothing racist getting said nor done) exactly as I then remembered being told would happen. When this happened they told all of us to go back to our rooms but that guy kept standing out near the front desk (that is shared by both the male & female sides of the unit). When I saw this my mind-control violator said "& he is still standing there" to me through my own voice & then I remembered being told that it would prove something if the person violating me in that moment couldn't stop themselves from saying that. - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& they (unknown to me) are all admitting it (unknown to me) now". "I (unknown to me) mean it, that's (unknown to me) the biggest loss he's ever been given". "& they (unknown to me) are agreeing that you would've won (America's Got Talent) first place". "& she (unknown to me) is irate". "& you are the most interesting". "& she (unknown to me) made it clear that you deserve" was said to me & then I remembered being told back then that if all of this came true that some lady would be making it clear to certain other people that I deserve more money, my rights & medicine. "& he (unknown to me) is pressing charges, it's your win". "& that (unknown to me) is exactly what his (unknown to me) says, it mattered".

- 10/9/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: This morning I got a new roommate who attempted to tell me that reptilians exist & are attempting to steal our souls, that there are patterns to everything ("like in the Drake songs" & that hospitals painted red are bad & blue are good) & that he used to go to the gym & take mirror pictures for the girls & that he received the souls of the Native Americans who are buried in his home town while doing so & that his dog was named after Napoleon's horse & he told me that he would take me to the World Series if the Cubs made it there this year & he told me to listen to Gucci (the rapper). Another detail about this patient was that when he introduced himself he wrote his name down on a piece of paper & told me to look him up on Facebook. His name was Kanehl & when he wrote it down he wrote KANE & then 4+ inches away he wrote down HL (which I'm assuming was intentional harassment about the Kane in my evidence (I get harassed about that a lot)) & this was another exact detail that I later remembered being told would happen long ago. This patient seemed to be presenting a Saturday Night Live-type comedy skit to me as his introduction to me while simultaneously while attempting to prove me mentally ill & or incompetent & while going along

with harassing me as I've been getting some of the worst insults of all time from my surroundings nonstop. His skit-intro seemed to attempt to appeal to my love for the Sherlock Holmes movies with Downey Jr. & Law. He ended up getting yelled at for pretending to play basketball with another patient in the hallway & complaining about staff members touching him during group exactly as I then remembered being told would happen. There was a patient who had a lawyer & doctor as his parents with two lake houses & he was talking about doing acid & another patient who threw his cookies towards me when he reminded me of a character from a movie & both of these details were more exact details that I was told would happen back then also. While watching the news there was a segment on about a kid who survived a traumatic brain injury after receiving surgery who said something about seeing the prayers that he received while he was in a coma build bridges that Jesus walked across. One of the staff members who I saw for the first time today told one of the other patients that he had smoked marijuana for 9 years straight but quit for 6 months to get a job. During my last group at the psych ward one of the patients got upset with the staff member who was leading the group & ended up saying "lets butt-fuck (rape) him". Before being released the psychiatrist talked to me & told me that he was filling in for the psychiatrist that I had at first & he received a call while talking to me where he had to tell the person that he called in their prescription & that he'd call them back at 4. On my ride home from the psych ward (I believe my insurance paid for my ride home) my mind-control violator said "then you don't have paranoid schizophrenia" & then I remembered being told that they would be deciding if I had it or not based on my actions/thoughts while getting a ride home & that the lady who was riding with the driver would be making this decision. On the ride home I read my discharge paperwork & realized that they lied. They documented that I said that I am the inventor of over 200 inventions "which could save the government & United States" & I never said that. I said that they will make a massive positive impact for the entire planet. They continued to go along with misdiagnosing me as a paranoid schizophrenic off of almost zero evidence despite me not being a schizophrenic of any type & offering them all of my evidence that blatantly proves otherwise. I also read the protection order paperwork that was given to me from the Sheriff's Department because of Mick getting to file an unlawful protection order against me. All of the details involved in that were exact details that I'm now remembering being told would happen forever ago (He got a protection order against me for his wife & tried to hide her name then changed his mind. He lied & said that I threatened his life when I didn't (I meant that I'd be back to arrest him & wasn't functioning). He lied & said that I threatened his family when I didn't (I simply told them that if they continued to obstruct my justice against Mick that they would be my enemy & that if I had to serve justice on him myself that he would have a small chance for survival). He said that I threatened his life when I contacted his employer & I didn't, I simply informed them that he is a violent & intellectual property theft criminal at large. He lied & said that he has "known me for my entire life" when I have never spent time with him personally & he has only ever been around me as I was severely brain injured (with brain damage that he helped cause) & he does not "know me" (I've only spoken to him twice in my life when I asked him his name & if he was going to get married (& my mind-control violator

spoke for me without my permission when they asked him about his plans for marriage)). He falsified evidence, exploited the legal system & slandered me by saying that I have severe mental psychosis, delusions & paranoia when I have none of the three). Mick violently assaulted me with a severe brain injury as my skull was fractured. He then openly told me that he was going to steal one of my inventions (the 'Animalhouse' 'MonkeyFeet') (an invention that allows the user to attach dumbbell weights to their feet for strength-training purposes) that is being stolen from me (by an unknown individual or group). He then has habitually violated me with mental abuse & harassment almost every time I've been around him since. While in high-school & college I forgot who he was from my past because of my brain damage. I went out with him one night in college & bought him drinks trying to be good to him & when I went back to his apartment afterwards I got sick & Mick put me in his yard & left me there where I was raped as he never even checked on me. I have never wronged Mick ever. Before going to sleep tonight I had to correct Google's Gemini about the legal system not accepting mind-control-type surveillance for court & Gemini seemed to be lying in an effort to help exploit the public so more people have to rely on paid attorneys.          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "you deserve better, goodbye" was said to me & when this was said I remembered being told that they would be telling me if they thought I deserved better than what I'm receiving & that my community planned to allow me (as they are gang exploiting me). They also told me it would matter if they said "goodbye" or just "bye". "& that's her (unknown to me) way of agreeing with you". "& they (unknown to me but I believe they were making reference to my local authorities & court representatives) owe you an apology". "then that (unknown to me) is going to help them (unknown to me)". "It would be impossible for them (unknown to me) to prove you paranoid schizophrenic now". "I (unknown to me) despise her then". "She (unknown to me) swallowed & I (unknown to me) have no respect for her now". "& that (unknown to me) could not be more obvious to them (unknown to me) now". "The worst day of his (unknown to me) life". "Then you are my (unknown to me) bitch" was said to me & then I remembered being told that if I was still preparing for court that somebody thought that I am 'their bitch'. "& that's his (unknown to me) end". "& she's (unknown to me) swallowing that you were better than him (unknown to me)". "& you get to email him (unknown to me)". "& he (unknown to me) keeps to himself".

- 10/10/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Today I ordered my monthly order from Walmart & didn't receive my Werther's caramels & the cheap toilet paper that I use for doing dishes, taking care of my dog & helping me stay clean while dribbling as I urinate & clean the toilet were suddenly was raised from $1 for 4-rolls to $4.40 per 4-rolls so I had to walk to Dollar General to by the cheap toilet paper there. On my walk to Dollar General I saw a truck drive by pulling a 'Kellen Racing' trailer & when they drove by me my mind-control

violator said "he puked". While walking home from Dollar General there was a free-lunch give-a-way at the church next to the store & my high school Coach K was out there helping with their service. While walking by he said "Do I put this donation in this basket or this box" (or something similar) & the lady there said "would you like a sandwich, we are really pushing these sandwiches" exactly as I then remembered being told that they would (I didn't stop to eat because my skin looked disgusting because of it breaking out while I was in the disgusting hospital without shoes for 8 days. When I returned home I started typing the testimony from 10/2-today (it took me around 8 hours to do this today) & while typing the evidence for 10/2 my mind-control violator said "& that's over a page… it's the worst day of their lives". When this was said I remembered being told (back then) that if they gave me over a page worth of evidence to type down for that day that it would mean something for court (or something along that line). Later in the day while checking the news I saw that somebody died in a 1-vehicle crash on the Cameron Blacktop & this happening & Craig Armstrong saying that it was probably a medical problem that caused the crash on the Facebook post about it were both exact details that I then remembered being told would happen back then. While watching the news as I was eating supper I saw that China raised its tariffs on us & President Trump said that he didn't know they were going to do this & both of these details are more exact details that one of these people told me would happen back then. At some point during the day my mind-control violator said "K" to me & made it sound as if they were Chad Robertson & this happening is something that was made reference to back then. Whoever made reference to this told me that it would matter if I could tell whose voice it sounded like & it was distinctively Chad's (I recently wrote the police department in Georgia about his nephew, Drew & brother, Craig because of them being criminals at large in my court case). While watching the news at the end of the night there was a highlight of a local football game that showed the news coverage's "hit of the night" & this specific hit was another exact replay from my life (it was a replay of when I hit a kid in my first game after my childhood 4-wheeler wreck with Brian Parkins. Then this play was reenacted when I was so hurt that I could hardly stand & played except I was the one getting hit. I believe this same play happened again when I was in high school & I took the hit then too as I was basically blacked out (cognitively) & only reacting to my vision (without my physical nor mental abilities)) & another exact detail that I'm now remembering being told would happen forever ago. While watching the United (my high school) highlights on the news I witnessed a kid running & while processing my thoughts about his running ability my mind-control violator said "& I (unknown to me) saw that just like you did" exactly as I then remembered being told would happen back then. The news also showed the Monmouth highlights (I went to the rural school surrounding the town of Monmouth & Monmouth is our town's high school) & their coach speaking after one of their kids broke the single game rushing record & the details of his interview were more exact details that were made reference to back then as well. I watched the news while waiting for my Walmart order that was supposed to show up between 7-9 but was delayed. While waiting my mind-control violator said "it will be here tonight" but then of course my order didn't show up.          -
I was violated with mind-control all day again today & the following was more exact

communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "They (unknown to me) bawled man, she's (unknown to me) guilty". "& you do deserve protection from that (having to deal with opposition, arguments & harassment for & about my violators)". "He (unknown to me) did need that said to him". "& I (unknown to me) would've been sticking up for them (unknown to me)". "& they (unknown to me) both swallowed dude". "He (unknown to me) has 0% chance & he bawled". "& Poe (my bulldog) is clean". "Then don't be a fool". "Then its going to be the worst day of his (unknown to me) life".

- 10/11/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning & was lying in bed I started to get an erection & instantly was forced to ejaculate. When this happened my mind-control violator said "then it's the worst day of her (unknown to me) life" exactly as I then remembered being told would happen. I had to 'chat' with Walmart about my order being delayed both last night & this morning in an effort to reschedule the delivery. I then also had to call the store because I didn't received confirmation. They issued me a $10 gift each time that I did exactly as I then remembered being told would happen long ago. When my Walmart delivery showed up the kid who was driving had his mom with him & told me about how she lived only a couple miles outside of town & him telling me this & then shaking my hand before he left were both more exact details that I then remembered being told would happen. I watched the Illinois vs. Ohio State game as I did some chores & Illinois breaking Ohio State's record they had going for the most stopped rushing attempts without a touchdown while running an option play when the running back pitched it to another running back after getting it handed off to him was another exact detail that I then remembered being made reference to back then. The running play they scored on was an exact play my team ran in one of my childhood football games. I checked the Facebook account of my roommate from the psych ward because he told me to & when I did I saw that he had just posted a bunch of information about what led him to be in the psych ward (a dispute at a park involving a kid) & all of these details were exact details that I then remembered being told would happen back then also. I sent him a message informing him of this fact & while documenting this into this evidence my mind-control violator said "he (unknown to me) puked". I emailed the Warren County Sheriff's Department the updated version of this evidence & informed them that the fatal crash on the Cameron blacktop yesterday was another detail that I was told would happen long ago. I also sent an email to the Sheffield, Alabama police & the mother of the victim of the story that I just witnessed where the high school kid fractured his skull in a 'freak accident' because this incident & all of its reported details were more exact details that I'm now remembering being told would happen over a decade ago. While getting into bed I turned on the tv for some light & as soon as I did one of the main characters for the show 'engine power' said "yep, that was Jimmy". Within the last 24 hours I was pondering to myself if the old man from the psych ward was turned into Jimmy (a person from my life) for a moment while we were in a 'group meeting' & this happening was

another exact detail that I then remembered being made reference to back then.    - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& I (unknown to me) am agreeing now (I'm assuming they meant with my evidence/argument/profile but am uncertain)". "& I (unknown to me) changed my mind".  "I (unknown to me) do have zero respect for them (unknown to me) now". "I (unknown to me) beg to differ (about facts associated with this evidence/my criminal-profile/court-case)". "& he (unknown to me but I believe they were making reference to a local police officer) was not willing to accept that (this evidence or specific facts within this evidence or laws associated with mind-control that are common laws that haven't been publicly established yet & "he" is attempting to exploit this situation)". "Then I (unknown to me) am never allowed around you again".    - While checking the news on my phone I saw the following details & they were more exact details that I'm now remembering being told would happen back then: Richwoods high school's (in Peoria) (a school that my cousins kid went to & she coaches at) football team's game in Urbana was cancelled because a fight broke out on the field. I also saw that Qatar (the country from the Middle East) is going to build an Air Force base in Idaho, USA (I was told that I couldn't go to court unless this happened). An Alabama teenager suffered a skull fracture from what their District Attorney labeled a "freak accident" but the family is still pursuing & seeking justice (exactly as I'm now remembering being told would get reported). A person crashed a truck into a Moline elementary school & during the interview on the news the lady witness said that she "has never been that close to death" just as I then remembered being told would get said. – Within the recent past my mind-control violators communicated the following to me & it was all exact communication that was made reference to or that I was told would be happening back then but I wasn't able to get it processed nor notated in time to document it on the specific day that it was communicated to me on: My mind-control violator said "& that (unknown to me) was the biggest mistake of his (unknown to me) life" (exactly as I then remembered being told would get said 1.5-3 decades ago). I was shown a news headline about a pastor or priest who is walking from the Pope's childhood home near Chicago to somewhere in New York exactly as I then remembered being told would happen. I was shown an article on Facebook covering the local high school kids & one of the Jenks kids was quoted saying something about being a fan of Illini quarterback Luke Altmeyer & this was another exact detail that was somebody made reference to me 14+ years ago.

- 10/12/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Today I had to take apart my dryer & use my smartphone to take a picture to send to the appliance parts depot in Galesburg. While typing into this evidence & creating my court responses for Warren County's unlawful arrest & Warren County State's Attorney Siegel's unlawful response & Knox County Judge Doyle's unlawful response my mind-control violator said "that is my (unknown to me)

answer to him (unknown to me) now" & then I remembered being told that if I was still typing into this evidence & typing these court documents that this would get said to me. I was told who would be saying this to me but I don't remember who was going to supposedly be saying this to me. I sent in my response about getting unlawfully arrested to the Warren County State's Attorney & Disability Coordinator using email.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& he (unknown to me) did it (unknown to me) to himself". "& I (unknown to me) would've been sticking up for Drew (Robertson) (in court)". "& they (unknown to me) didn't know all of that (evidence associated with my/this case)". "Proven now (the facts of my/this case) & cannot be proven otherwise". "& they (unknown to me) are as unimpressed as you are now (about unknown to me because I can't remember what they were talking about back then when they said this to me)". "& he (unknown to me) fucked me (unknown to me) literally nonstop". "& honestly, I (unknown to me) think I like you less".

- 10/13/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning I checked the news & saw that the hostages of the Hamas & Israel war were released & when I saw this I remembered being told that I couldn't go to court until they were & when I was told this I was told that they would probably never be released. While eating lunch I turned on the news & saw that a high school Iowa kid threw for almost 500 yards & ran for over 100 while recording 10 touchdowns in a single game & then remembered being told that this had to happen for me to get to go to court to (I was told both of these 14-30+ years ago). I went to the library & printed out a bunch of paperwork for court (affidavits to get notarized so my evidence is sworn in, a letter to Judge Doyle, a letter to the DOJ's OIG & my response to Warren County for unlawfully arresting me & unlawfully serving a protection order against me). While at the library & printing everything I was using their Wi-Fi to update my laptop & it was taking forever so I left my computer there as I went to the post office & mailed my letters. The updates didn't get downloaded in time before the library closed so I had to switch the internet to a hotspot from my smartphone & then I remembered this being made reference to long ago & I was told that it would matter if I was mentally capable of doing this. While I was waiting on my computer to update I started filling out the online form for my disability reconsideration hearing. When I returned home my mind-control violator said "that's (me creating all of the correspondence that I printed for the court & law-enforcement authorities) going to make a big difference to them (unknown to me)" & when I started my laundry they said "she (unknown to me) cried, she literally cried" exactly as I then remembered being told would get said if I got all of this done (including my laundry). Moments later they said "He bawled" exactly as I then remembered being made reference to as well. While eating supper I turned past WQAD News 8 & saw a segment about a Moline Housing Complex & $600 backpay associated with their residents &

during the interview for this the man said "it came to my attention" & this was an exact detail that I then remembered being told would happen forever ago. After hearing the man say that I turned it to the playoff baseball game on Fox & during the game the broadcaster suddenly had the camera focus on him so he could show us how to cut up a turkey & when this happened I remembered being told that I couldn't go to court unless this happened. I ended up documenting that there should be a podiatry tool that gets designed similar to the fine pick that is available to the market except the new tool should have a razor sharp curve at the end of its extremely fine point to help cut out damaged nail fragments down in the nail fold (a reoccurring problem that I have to deal with) & when I documented it I remembered being told that I would end up suggesting this design long ago but I believe it might have been my idea that I thought of while working my nails before this forgotten person said that to me but I'm uncertain because of my memory loss.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "He (unknown to me) doesn't want to be alive now" & then I remembered being told that this is something that would make a difference in my court case or the future. "& she (unknown to me) uses it (unknown to me)". "& they (unknown to me) regret it (unknown to me)". "Your smart". "& I (unknown to me) would give you a suit (to wear to court)".

- 10/14/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: This morning I called & scheduled a ride to Monmouth so that I could take my recycling in & go to the courthouse to get my affidavits notarized & my response to my recent unlawful arrest filed. While waiting for my ride I had to add a couple statements to the 'court argument' & 'criminal-profile' section of this evidence & when I added my statement involving my father being my legal guardian & responsible for getting me my medical rights & compensation for when I was hurt on the farm as a kid by his employee my mind-control violator said "& they (unknown to me) did need that (unknown to me but they were probably making reference to the statement that I just typed) made clear to them, in a sad way". On my ride to town the driver pulled onto the highway in front of an oncoming vehicle who luckily changed lanes & honked as they flew past us. When he was approaching the first stop light from the highway while entering the east side of Monmouth I could tell that he was about to miss the turn so I informed him that was our turn (& then remembered being told that it would matter for court (or maybe just to him (or something/somebody)) if I reminded him in enough time to make the turn or not). When I did he instantly switched lanes so that he could make the turn & informed me that he had already looked in the rearview mirror to make sure we weren't cutting anybody. His conversation with me (about how he doesn't recycle because its not convenient enough but his son recycles & that when he switched to "Quicks" from "LRS" (trash pickup service) it saved him $8/month & his brother used to live with my Uncle Steve & his little sister was in my dad's class) was more exact details that I was told would happen back then also. When I went to the County Recorders

office to get my affidavits (swearing in this evidence) notarized everything that happened in that office while I was in there were more exact details that I then remembered being told would happen (a guy in there called another guy "Markey-Mark". There was a conversation between their employees about controlling feral cats by getting them spayed & neutered. There was a conversation between them about how somebody had a home renovation with an attached garage that cost $30,001 & how they didn't believe the contractor who charged that price & that they probably charged over 4x that much for the home-owner. There was a conversation about how somebody ran into David Carr & the man complained about something & Mr. Carr told him "he didn't like that" because he sold his company to the person the complaint was about so he would "text him". There was a conversation about how Illinois is going to stop issuing FOID cards next year. A couple came in behind me asking about divorce papers.) I then went up to the Circuit Clerk's office & filed my response about getting unlawfully arrested on 10/2 for my court hearing next Monday on 10/20. While I was there I had to talk to Court Clerk Schreck & the lady in there named Marcia & Mrs. Schreck going to lunch & Marcia saying "your smart, you should (or could, I can't remember) be an attorney" & me responding that "I used to be (smart) before all of my brain injuries" were all more exact details. While leaving the court house the people who were in asking about divorce papers were leaving at the same time as me & the man said "that's a door" & "they don't need guards, they just need these doors (because the door was giving the woman trouble while attempting to open it)". I then walked to the Post Office & had to wait in line several minutes to buy stamps & the employee seemed to be getting hot flashes while waiting on her equipment to start working & the man who walked in asked me if I was the end of the line. When he said that I remember being told that my response to him would matter for court (or to the locals) (whoever told me about this specifically said "all you would've had to do is respond to him respectfully (they thought that I would give him a disrespectful response)). On the way home I witnessed a combine on the Alexis 8-mile having to wait on its grain cart to get turned around that was trapped between the rows & unable to get turned around. When I saw this I remembered being told that it would matter if the grain cart was trapped or not. I then received a call from the Western Illinois Regional Council about the winter energy assistance program they provide at 12:40 (while in the public transportation van getting a ride home) instead of the 1 pm scheduled time exactly as I then remembered being told would happen. After my call I started addressing the dozen envelopes to mail my affidavits in & realized that I somehow didn't turn in my affidavit to the Circuit Clerk like I attempted to do (exactly as I then remembered being told would happen). While attempting to figure out the address for the Governor's office that I went to in Springfield at the Stratton Building I had to call the building & an investigator answered the phone & told me "that's what I'd do too" exactly as I was told would happen. I had to pick a zip code because the internet showed me 3 separate zip codes for this same address. I ended up making a mistake on one of the envelopes that I had already put a stamp on & had to peel off the stamp & when I did my mind-control violator said "you'll be glad you did that" as I remembered my mom getting upset with me in my childhood for wasting a stamp. I then walked to the post office & mailed in my affidavits but I had to use their stapler

first & the lady employee said that it was a "kind of an icky stapler".          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "He (unknown to me) never wants to see them (unknown to me) again". "He (unknown to me) admitted it (unknown to me)". "& he's (unknown to me) going to prison, I (unknown to me) promise". "Then no (you can't have your rights nor justice nor medicine nor earnings/compensation)". "Then yes (you can go to court with your factual evidence)". "Then you will be glad that you did that (swore & mailed in my affidavits & filed my response to being unlawfully arrested at the courthouse)". "& that (unknown to me) is how its going to be put to them (unknown to me)". "They (my local authorities) aren't of high enough rank (to keep jurisdiction for my court case)". "& its (unknown to me) going to court now". "His (unknown to me) loss".

- 10/15/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Today I emailed the Forest Park, IL Police along with the Riveredge Psychiatric Hospital (in Forest Park) because of getting violated while I was forced to be there between 10/3-10/9 earlier this month. I'm going to send the same message that I sent to Riveredge Hospital to Trinity Hospital in Rock Island because I was violated there as well (Trinity did my intake interview & unlawfully sent me to Riveredge). I also emailed the New York State Police about all of the New York-involved evidence within this testimony. I sent messages to the Instagram models that I've been checking out for the last couple of years to compliment them & my messages were exact messages that I'm now remembering being told would get sent back then. I raked the leaves into a pile that were filling up my front ditch & decided to burn them since they were dry & before doing so I went to the neighbors to see if they wanted to close their windows first but nobody answered. While over there I noticed the old sewing machine & a glass bottle with a Chicago Cubs emblem on their front porch & then remembered being told those exact items would be on their porch while doing exactly what I was doing. When I finished burning the leaves I showered & then heard knocking at my door. It was my neighbor asking if I was at her house & if I needed anything. She told me that she was in a meeting & couldn't answer the door & I told her that I was just checking with them before I burnt the leaves & that I used my blower to blow the smoke from being able to get to their windows just like I later remembered being told would happen & whoever told me this (long ago) was going to happen said other details that would be considered sexual harassment but I don't remember them (accusing me of attempting to be intimate with the neighbor women). I received a form that I had to fill out for Warren County's court system to comply with the ADA standards (Americans with Disabilities Act) despite me creating a motion requesting disability accommodations & putting everything in writing to their Disability Coordinator via email. The nightly news on channel 6 showed a guy getting charged for murdering somebody & then burning his body to ash & this happening today as all of these other details occurred was another exact detail that I was told would happen 14-30 years ago. While witnessing the news I saw that

a man rode a wheelie on his bike for 93 miles & a poker player won $1.6 million after losing to a straight flush with a straight flush because of the 'bad beat jackpot' & when I saw these I remembered being told that I couldn't go to court unless these both happened. I also saw that the YWCA in the Quad Cities opened a homeless shelter for youth & during the interview the lady said that the 10 beds wasn't much "but it's a start" exactly as I then remembered being told would happen.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): When I woke up this morning my mind-control violator said "& that was my idea" & when I pointed out that they are literally attempting to steal my own ideas (I thought they were making reference to my plans for hydraulic strength training equipment) I was responded to with "he (unknown to me) swallowed". Soon after I remembered that the new design suggestion for the podiatry took that I just documented was a design somebody told me I'd be designing long ago & that they were probably making reference to that (even though I think it might've been my idea back then as well) (my mind-control violators are horrible criminals who attempt to steal, exploit, invade & conquer every chance they get). "She's (unknown to me) probably not even going to read it (this evidence)". "I (unknown to me) was hoping you had some (unknown to me)". "& that smoke (unknown to me) went over him (unknown to me)". "& I (unknown to me) agree". "& he (unknown to me) said no (that I can't have my human/legal/medical/intellectual-property rights)". "& she (unknown to me) is very much advocating for you now". "& you are going to get to press charges on him/them (the court authorities who are denying me a fair day in court as a victim & contributor)". "They (unknown to me) don't want to go now, it matters" was said to me & then I remembered being told that I was told this would get said to me long ago & that my violator would tell me they don't want to go, then they do want to go, then they don't want to go, back-&-forth to disrespect me & keep me documenting trash so I'm going to document it this one time & don't plan on documenting anything more about it & I don't remember what they were supposedly making reference to anyhow. "I'd (unknown to me) have to pick a spot". "& that's (unknown to me) the truth". "Then you shouldn't have to speak (in court)". "& they (unknown to me) would rather live here". "Then you can have it (unknown to me)".      – Within the recent past my mind-control violators communicated the following to me & it was all exact communication that was made reference to or that I was told would be happening back then but I wasn't able to get it processed nor notated in time to document it on the specific day that it was communicated to me on: "That (unknown to me) is the biggest insult & best gift they (unknown to me) have ever been given". "Then don't be a fool". "& you outsmarted them (unknown to me)". "He's (unknown to me) a beer drinker". "& my (unknown to me) dad drinks beer". "& that's (unknown to me) the end of him (unknown to me)". "& I (unknown to me) didn't know you could grow your dick that big". "Then you are gay". "& I will give you whatever medicine you want". "& I (unknown to me) was one of those kids (who violently violated me during my childhood)". "Then you have been up to no wrong" was said to me sometime after my neighbor stopped by to ask me if I was at their front door the

day I went to ask them if they wanted to close their windows when I was burning my leaves & when this was said I remembered that I was told they'd (unknown to me) be able to tell if I was up to anything just by my conversation with her. "Then I'm going to find a bar". My bulldog suddenly had another big cyst in between her toes & when I text my mom about it (because she has to take her to the vet & pay for it as I'm being held hostage here without my earnings nor compensation nor rights) the cyst suddenly burst & started to heal. When this happened I remembered being told that if the cyst didn't burst when I texted her then I couldn't go to court (or something along that line).

- 10/16/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I've been violated all day again today. Me remembering something to write down from a couple days ago then forgetting it before I got it notated & my mind-control violator saying "that was a couple days ago" was another exact detail that I then remembered being told would happen back then. While eating lunch I had the news on & the exact details of the interview of the new Doctor for Colona, IL & the news story about the airports' databases getting hacked, the peoples' addresses being accessed by the hackers & the loudspeaker at the Harrisburg Pennsylvania airport being forced to broadcast "Free Palestine" were all exact details that I then remembered being told would happen back then also. I wrote a letter to the NFL headquarters in NYC about the NFL games reenacting exact plays from all of my childhood games nonstop for the past 5 years & about the murder that occurred at their headquarters being another premeditated crime that I then remembered being told would happen. When I addressed the letter my violator said "he does lose to you about it now" exactly as I then remembered being told would happen if I wrote, addressed & mailed the letter before consuming any alcohol. I eFiled my court documents for my upcoming hearing next Monday after getting unlawfully arrested & unlawfully served a protection order at the beginning of this month.  At the end of the night I sent messages to a high school classmate, another guy that I hung around during high school & attempted to send one to Angelina Jolie on Instagram & all of the messages were exact messages that I then remembered being made reference to. I also walked to the bar to attempt to buy beer just before midnight (but it was closed) exactly as I later remembered being made reference to back then also. While checking the news throughout the afternoon & evening I witnessed the following details & they were all more exact details that I then remembered being told would happen: Governor Pritzker won over $1 million playing blackjack in Vegas (& I believe that I was told that I couldn't go to court unless he did but I don't remember for certain). There was a car wreck close to Alexis that injured 6. The media covered the fact that Virginia Giuffre made claims involving Prince Andrew before her suicide. The US Government attacked drug-hauling ocean vessels coming from Central or South America & the attacks killed at least 29. I received an email & text message from Walmart telling me to cancel my order because the item that I ordered (air conditioner coil cleaner) was out of stock so I did & reordered a different item exactly as I then remembered being told would happen.        - I was violated with mind-control all day again today & the following was more exact communication

that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& he is not going to let you get violated" was said to me but I don't remember who nor what this comment was supposedly supposed to be about for certain. "Then no" was said to me telling me that I can't have my victim rights nor human rights nor medicines that I need nor intellectual property rights nor protection from my violators nor get my evidence processed (which is something they do to me on a regular basis). "& that is my (unknown to me) answer to him (unknown to me) now". "& I (unknown to me) have no respect for him (unknown to me) now". "& he (unknown to me) cried, that's their (unknown to me) way of telling him (about my case)". "& they (unknown to me) aren't going to accept that (the facts of my case/evidence or this specific document)". "They (unknown to me) don't have a choice now (but to accept my/the evidence associated with my case)". During the night I was talking about being in the psych ward with my mind-control violator & they suddenly said "that one (conversation) won us (unknown to me)" & when they said this I was immediately sabotaged & forced to say "I could've won you while wiping my ass" exactly as I then remembered being told would happen back then. "Then I (unknown to me) don't like you" was said to me after I sent a couple messages that I accidentally left room for confusion about.

- 10/17/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up this morning I finished clarifying the internet messages that I sent last night & while doing so my mind-control violator said "Then I (unknown to me) do like you" after telling me last night that they didn't. The guy I messaged from my high school had a website for himself as an author & all of his books & the website name were titled exactly as I then remembered being told they would be back then. While watching the news I saw that the Village Clerk for here in Alexis was arrested for fraud & forgery & when I saw this I remembered being told back then that I couldn't go to court unless she got arrested & it was on the news. I also saw that somebody won $100,000 from the lottery & they picked their numbers using Chat GPT. When I saw this I remembered being told that I couldn't go to court unless this lady won & had enough to pay off her house & have some cash (which they reported that she did). I also saw that a brewery opened in Clinton Iowa in an old church & that they bought it off the 'demolition list' & I also remembered being told that I couldn't go to court unless they could do this. I also saw that a martial arts instructor from the Quad Cities "who donated $1,000s" died & then I remembered being told that if he died this soon that they (I can't remember who said it to me) didn't think that I would live very long. I saw that a 14-year-old girl kicked her teacher & the teacher died in Massachusetts exactly as I then remembered being made reference to back then also. While watching 'The Score' on News 8 they interviewed a coach & all of the details were more exact details that I then remembered being told would happen back then including him talking about 'Speed Golf'. Later in the evening I walked to the library to use their Wi-Fi so that I could attempt to send all of my important emails that I've sent & received over the past several years (involved with this

evidence & court case (530+ emails)) to a safe & external location. On my walk to the library there was a guy sitting outside of the building on his phone on the corner before the library & this was another exact detail that I then remembered being told would happen. I had to have a conversation with Google's Gemini to get help downloading a computer program allowing me to view all of my emails after they were turned into a specific file-type that my computer can't view without the program. While this was downloading I emailed the man running for Warren County Sheriff named Horner providing him this evidence & an introduction/explanation about myself & my situation. Before falling asleep I checked my phone again & was shown a headline about scientists figuring out how to make ice at room temperature & when I saw this I remembered being told that I couldn't go to court unless they did. I also saw that President Trump commuted the sentence of convicted Politician Santos so that he could get out of prison & said "good luck" to him & this was another exact detail that I was told would happen as well. A live stream of Hellmuth playing against 3coin, Tilly & Jungleman aired on YouTube & several of the details from the stream were more exact details that I then remembered being told would happen forever ago but I only remembered to document the fact that Pink told 'Texas Mike' that he needed to talk to him in the other room as a detail despite there being several more that I didn't get processed in time to document.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& he (unknown to me) watched that one (unknown to me)". "& there's another one (unknown to me)". "& I would've had ME (unknown to me) & Andy in the backfield" was said to me as I was talking about how Andy (the guy I messaged last night) & I would've been the running backs if I wasn't disabled in high school & my violator was speaking for one of the confused or delusional kid violators from my childhood or I was getting violated with mind-control by one of those kids. "& they (unknown to me) eat a lot more than you". "& Drew (unknown to me) made that (unknown to me) clear to them (unknown to me)". "& he's (unknown to me) swallowing that you want nothing to do with him (unknown to me)". "There is nothing he (unknown to me) will say now". "They (unknown to me) are going to give it (unknown to me) to you". "They (unknown to me) have no plans to (unknown to me)" was said to me & I believe my violator was telling me that my authorities have no plans to charge my violators nor grant me my rights. "She (unknown to me) is guilty" was said to me & I'm uncertain who they were making reference to but I believe they were talking about the Alexis Village Clerk who was just arrested. "& your house is way cleaner than theirs (unknown to me)". "Then you will get to be on your way". "& they (unknown to me) just gave you a lot more to write down".

- 10/18/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: When I woke up I checked my phone & saw a news segment from WQAD News 8 showing a video of a dog starting a fire with a lithium battery & when I saw this I remembered being told that I couldn't go to court

unless this happened on video. While washing my dog outside a lady came up & talked to the new neighbor dog that is always chained outside exactly as I then remembered being told would happen. I sent a few emails today, one to the Knox County Public Defender who was assigned to represent me a couple unlawful arrests ago, one to the Alexis Police about the wreck & clerk getting arrested both being details that I was told would happen over 14 years ago & one to the Midwest Bank President notifying him about Patrick Gavin (from this evidence who works at the bank) being a criminal at-large. After I sent these emails my smoke detector started going off exactly as I then remembered being told that it would if I sent these emails. I had college football on throughout the day & they were still showing replays from my childhood games (something they have been doing on every game that I've caught a glimpse of for over 5 years & on&off for my entire life. I saw an interview between WQAD News 8's Matt (the sports guy) & Monmouth High School's Nick Huston & all of the details of that conversation were more exact details that I then remembered being told would happen back then (specifically, him saying that he thought it was funny when they told him that he broke the record). I emailed the inter-American Commission on Human Rights & the UN Special Rapporteurs about my/this court case & evidence. Within the last 72 hours I wrote the podiatrist that I went to in April requesting another appointment on his online portal to rid me of the urgent symptoms that my damaged toenails continue to cause. I'm documenting this in case I get unlawfully neglected.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "I (unknown to me) never want to see them (unknown to me) again". "& they (unknown to me) have zero% chance". "& it will not be your job" was said to me about how whenever I get my rights as a human & victim I won't have to continue documenting information for the legal & law enforcement systems. "We (unknown to me) would've liked you to do that with less water" was said to me after I washed my dog & then realized that I left the 'deep water wash' setting on my washing machine for the last few days exactly as I then remembered being told would happen. I remember being told that they were going to force me to forget my washer setting for a specific reason that I don't remember. "& I (unknown to me) want another one (unknown to me but I believe they were saying they want another bulldog)". "& he's (unknown to me) not going to question you now". "That (unknown to me) is what I'm (unknown to me) going to do". "& you get to sue him (unknown to me)". "& he (unknown to me) is pressing charges now". "Have you ever actually been proven innocent?" was said to me & I had to remind them that I've always known that I'm innocent & that my evidence proves me innocent & that THE evidence (mind-control surveillance along with the facts of reality) proves me innocent & when I said that they said "& it (the evidence) does (prove me innocent)". "That was their (unknown to me) favorite answer" was said to me when I reminded them that the world will be a much better place when politicians refuse to speak negatively about other politicians & when they are literally fighting to be the most respectful to all (this was the answer that I gave them when I was extremely disappointed with the politicians as a kid & they are still horrible role models that are poor

examples for society). "Then keep fighting". "That is a nice t-shirt" was said to me about a t-shirt that I'm considering buying exactly as I then remembered being told would get said when I remembered being told that I'd be considering buying the shirt forever ago. "& I (unknown to me) wouldn't have said that (unknown to me)". "It is the worst day of their (unknown to me) life" was said to me after I sent an email to Midwest Bank about their employee, my cousin, Patrick Gavin, being a severe criminal at-large. My mind-control violator said "How about a blue one" through my own voice as I was shopping for a briefcase to take with me for when I go to court & as I had just thought to myself that I should buy a blue one so that when I wear black (if I ever own a suit in the future) I don't have a brown briefcase & when I wear khakis I don't have a black one. "He (unknown to me) bawled". At the end of the night I checked my phone & saw a short video that reminded me of one of my violators that I went to high school with & when I noticed this my mind-control violator said "In a bad way for them (unknown to me)" exactly as I then remembered being told would happen when I saw this video that reminded me of this specific person back then. Whoever told me this was going to happen told me that my violator would be attempting to prove me mentally ill & incompetent while forcing these specifics on me & that they plan to do this to me whenever they want for my entire life.

- 10/19/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: The Bears fumbled the ball & then got it right back & I remembered being told that if they didn't get the ball right back that I couldn't go to court (or something along that line). I was also told that if the other team (the Saints) gained more than 120 offensive yards in the first half that I couldn't go to court & the Bears held them under (I didn't remember being told this until they pointed this stat out just before the first half ended). The game showed more replays from my childhood. Later in the evening I went to the post office & the kid who was walking in as I was leaving was another exact detail that I'm now remembering being told would happen. The Sunday Night Football game between the Falcons & the Niners showed several more exact replays from my childhood games. Today was officially labeled 'National Running Back Day' & the niners players wore capes after the game as they were interviewed for the new holiday.     - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "He (unknown to me) lied". "& she (unknown to me) wants to press charges now" was said to me & then I remembered being told that I couldn't go to court until "she" did & that "she" probably never would. "Then you will be very glad that you did all of that". "It's about the worst day on the planet for him (unknown to me)". Within the last 72 hours they said "& you proved them (unknown to me) wrong (about unknown to me)". "& they (unknown to me) are attempting to exploit". "He's (unknown to me) swallowing that he should've turned himself in immediately". "Then you do deserve protection from them (unknown to me)…. & he (unknown to me) agrees". "It does not matter what he (unknown to me) says". "& he (unknown to me) is sad now". "Then it's the worst

day of their (unknown to me) life". "& you get to press charges on all involved". "& I (unknown to me) never want to hear his (unknown to me) voice again". "& that (unknown to me) is guaranteed". "Then you could've been holding it (unknown to me) down". "& you could've done that (unknown to me) to me (unknown to me) whenever you want". "& he (unknown to me) is one of the worst people they (unknown to me) have ever met now". "& I've (unknown to me) seen a couple men come out of that (unknown to me) house". "& they (unknown to me) did tell me (unknown to me) to eat shit".  Within the last 72 hours "They (unknown to me) are our (unknown to me) very best friends", "& I (unknown to me) haven't seen him (unknown to me) in a while", "& Melissa knew you were hurt", "Then they (unknown to me) just gave you a bunch more to write down" & "& they (unknown to me) hate her (unknown to me)" was said to me exactly as I then remembered being told it would get said as well.

- 10/20/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I had court today in Warren County for being unlawfully arrested & served an unlawful protection order. I appeared using the internet's 'zoom' & the following details were all exact details that I then remembered being told would happen long ago: I attempted to paste my message to the judge using the chat but I was 700 characters over the 1,000-character limit that I didn't know that existed. I switched to Microsoft Word message to attempt to edit the message down to 1,000 characters but when I did the judge said "What the hell just happened, the screen just went blank, Armstrong, can you hear me?" so I turned it back to it & responded. When I told him that I already have filed my response & evidence the judge said "that's not how evidence works, you present evidence in court at a trial". I asked him if I needed to serve my filings to the other party & he said "no, you don't need to serve it". The judge told me that he would get to the information that I filed during the next court date at the end of December & I remembered being told that he wasn't going to be willing to have anything to do with me or my case unless specific details occurred that I've forgotten. I was once again violated by the authorities & the court without being allowed an opportunity to defend myself despite my evidence getting regularly turned in for years now (that would protect me against this very arrest). Since I am constantly being violated by our court & authorities & because the internet is telling me that I have to serve the other party I am going to serve Mick the information that I filed to his email since he appeared to be representing himself. I remembered to document that I watched the surveillance of when Mick violently assaulted me as I had a fractured skull get reenacted while watching football on television (all of my childhood replays have been getting reenacted by the NCAA & NFL on an extremely regular basis) since living in Alexis but I don't think I got it documented on the day that I witnessed it. I definitely talked about it as I watched it & am under constant surveillance so it can be found that way & whoever is in charge of creating all of these reenactments of me definitely knows what they are doing & has access to the evidence. I also remembered that since living in Alexis (a few years ago) I saw a picture of Mick on the internet & he appeared to be bald but In court he had his hair & then I remembered being told that I'd see that photoshopped picture on the internet & I believe I was

told it was intentional harassment towards me but I don't remember that conversation nor its details. During the late evening I walked to Dollar General & when I did the lady who works their was talking to her son & he was saying how he wanted a raise & she said "not happening" exactly as I then remembered being told would happen. Molina Healthcare called & told me they are sending a nurse to my house to "help me get the medicines that I need" & as I was talking to her I remembered being told this would happen & that they wouldn't be getting me any medicine. There was a newborn baby that was found abandoned on a subway staircase & the media was reporting that it is now called "the miracle on 34th street" exactly as I then remembered being told would have to happen for me to get to go to court.    - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "We (unknown to me) disagree". "He (unknown to me) loses". "You are correct about that (unknown to me)". "It's the worst day of her (unknown to me) life". "That's (unknown to me) going to hurt them (unknown to me)". "& I (unknown to me) am never going to speak to them (unknown to me) again". "& you very much win with them (unknown to me)". "& you already did". "I (unknown to me) don't want you on those medicines (the medicines that erase my symptoms)". "Then after this court procedure (unknown to me)". "Then that was the biggest mistake of her (unknown to me) life". "Then you are going to be gone for good". "& I (unknown to me) wouldn't give her (unknown to me) a chance". "Then they (unknown to me) are going to arrest her (unknown to me)". "& he (unknown to me) wants to go now". "& that (unknown to me) was your first answer". "& that (unknown to me) was another good point…. (& then as I was debating what they were talking about they said) the point that you made (while arguing with my interrogators/violators (I don't remember what I said)". I was forced to deal with unwanted communication literally nonstop from my violators who are tormenting & torturing me every waking moment & who have been doing this to me for my entire life since my severe brain injuries that they intentionally caused at Monmouth Park.

- 10/21/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I was up late last night into early this morning & I had the ABC news on between 3-5 am as I was typing into this document. Just before doing so I scrolled Instagram on my phone & it suggested that I "follow" Casey Shepard (a female from this evidence that I've been raped with repetitively) & when it did I spent a moment attempting to collect my thoughts about getting raped with her. I thought of a few potential motives of my mind-control violators & a few for her if she was aware & willfully participated. Casey has a very distinct personality/speech pattern & it always irritated me to the max (because of my disabilities, because I was forcibly raped with her & she seemingly willfully participated as she had been dating my cousin, Aaron (from this evidence) & for more reasons that I haven't thought of & don't care to think of a way to get into words) & suddenly the news lady blatantly turned into Casey's exact (& very unique) personality/sound/speech-pattern in

between using her own. This is just one example of what the tv/internet/radio has done to me on a regular basis for my entire life. I then had a talk about how some people I go around seemingly get violated with mind-control while I'm around them (to harass/torture me) & others seem to be being & or making jokes about being psychological predators as if we are playing Vampires versus Werewolves in the movie 'Underworld'. When they do this they are seemingly reminding me & being reminded that I am now retarded & that I outsmarted them in a massive way long ago before I was turned retarded. During this talk I had to remind them that I could've been a psychological predator when I was a young child but I chose to not be exactly as I then remembered being told would happen. This evening I filed this evidence as a petition with the 'Inter-America Commission on Human Rights' & when I started filing it I was working from my phone but it suddenly went blank & erased all of my work after a half-hour or more worth of typing exactly as I then remembered being told would happen so I had to start over on my computer. I received a response from OSF after requesting an appointment with the Podiatrist online. In the initial online message that I sent I requested a specific time slot so that I could get there & back using public transportation. The lady who responded was named 'Angela' (which is more connection to my violator, Morgan Ray (all of the news broadcasters & Walgreens employees & almost everybody else that I cross has a name that is connected to Morgan or one of my other violators (Angela is the name of her nephew's mother)) & she scheduled me for a time that was outside the time parameters that I requested so I had to message her again & this happening was another exact set of details that I was told would happen back then.          - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "Then he (unknown to me) is unwell". "& it (unknown to me) sold, in the best ways". "You win (unknown to me)". "& she (unknown to me) clicked send". "& that (unknown to me) slowed you down a lot". "& that's (unknown to me) a lot, a lot a lot". "I (unknown to me) want you" was said to me & then moments later "& I (unknown to me) don't (want you=me)" was said to me just to torment, torture, disrespect & insult me. "& in a good way to him (unknown to me)" was said to me & when this was said I remembered being told that they (my authorities/surroundings/community) would be giving the medicines that I need to my violators while keeping me unable to function physically/sexually using intentional medical neglect "in a good way to "him"". "He (unknown to me) puked". "Then I (unknown to me) despise him (unknown to me)". "We (unknown to me) did need that (unknown to me)". "That's (unknown to me) the best insult that they (unknown to me) have ever been given". "That (unknown to me) broke his (unknown to me) heart". "That (unknown to me) ruined their life". "That's (unknown to me) good enough". "I (unknown to me) will swallow that (unknown to me) now". "I (unknown to me) don't like him (unknown to me) now either". "& you're going to get your SNAP (food assistance welfare payment)".      – Within the recent past my mind-control violators communicated the following to me & it was all exact communication that was made reference to or that I was told would be happening back then but I wasn't able to get it processed

nor notated in time to document it on the specific day that it was communicated to me on: "That (unknown to me) ruined her (unknown to me) life". "Then just commit suicide". "& I (unknown to me) didn't know that you could come in here (unknown to me) & tell us that (unknown to me) like that (unknown to me)". "That (unknown to me) was a mistake". "& I (unknown to me) am going to add that to my argument". "Then you did already think of that (unknown to me but I believe they were making reference to when one of my 2nd grade classmates suggested that I incorporate one of my design-suggestion into the manufacturing industry when I hadn't verbalized that to them yet but had already thought of that)". "& he (unknown to me) wants to keep his job". I received an email from the Housing Authority's Hank Shimmin in regards to the 'formal grievance' that I filed about not having a safe environment to live in & he stated that he didn't understand & that I didn't clarify any of the very understandable & perfectly clear messages that I have turned into him & the other representatives working for the Housing Authority over a dozen separate times now exactly as I then remembered being told that he would 14-30 years ago. Another detail that happened recently was when I was suddenly forced to start talking about my childhood idea (that I had forgotten about) to turn Australia's dry-land into fertile agricultural land by creating a mesh barrier & then spreading ample amounts of fertile soil (that gets transferred there from our northern country's (like northern Russia) where we don't use the soil for agricultural purposes) across the entire dry-land after creating man-made waterways that grid the entire continent. After saying this my mind-control violator said "& that's not a bad idea" exactly as I then remembered being told would get said long ago when they made reference to this part of my now present future. Another detail that I'm just now remembering to document is that I looked at my relative's Instagram & he had 1 single picture of an empty briefcase & when I saw this I remembered being told this would happen & whoever told me this was going to happen told me more details about it but I don't remember them (I believe he might be getting mind-control used on him or they (him & or his family) might be involved in or aware of my neglect/victim-situation somehow).

- 10/22/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I woke up after sleeping for around 5 hours & had a message from the Warren County Sheriff's Department telling me to call them back so I did & they told me that they needed to serve me a legal document. While on the phone the officer said "are you going to be home all night" & whoever made reference to this detail back then told me that something would be depending on if I was home or at a bar. I called the Knox County State's Attorney's Office & requested a status update on the prosecution of my violators. The lady who answered the phone told me State's Attorney Worby had "been in jury trial all day" & that she would notate my message for her. I ended up cleaning out my central air conditioning unit & misplacing & having to replace one of the cage's small bolts exactly as I remembered being made reference to & while working on the unit the cops showed up to serve me a paper stating the exact same thing that the judge told me in court (that he was 'extending' Mick's protection order on me (despite him being my severe & serial violator & me acting within

my rights)). When they showed up I was outside with a flashlight & shined it towards their vehicles to see if it was them & then remembered being told that it would matter if I shined my flashlight on them 1st or not (whoever told me this was harassing me with this information knowing that I'm having to document my evidence). As soon as they left I was wondering why they sent 2 separate SUVs & my mind-control violator said "for backup" to me. Later in the evening I emailed 'The Louvre' & the Indianapolis Police about the associated details in the following paragraph. I also emailed Disability Coordinator Schreck & the Detective for the Warren County Sheriff's Department named Joshua Smith & then sent carbon copies of these emails to all the authorities (local, state & federal). When I sent the email to Mrs. Schreck my mind-control violator said "she literally cried" to me.       - While witnessing the news today I remembered that the following details were all exact details that I was told would happen or that was made reference to back then: The museum in Paris named 'The Louvre' had over $100 million dollars' worth of artifacts stolen & while the media reported this they spoke of a "troubling coincidence" that attached the investigation to a nearby town called 'Louvre' exactly as I then remembered being told would happen. President Trump is seeking over $200 million in damages from the Dept. of Justice in relation to their investigation of him. Whoever mentioned this fact about our President to me told me it would matter for my court case if he was seeking any money at all or a lot of money (I think they told me if it was hundreds of millions that it was a good thing for me & my case). The media covered a story about Michael Jordon picking up a basketball for the first time in years to shoot a free throw for his family & he made it. I believe whoever told me about this long ago told me I couldn't go to court unless he made it (or something along that line). The rest of the details they showed in MJ's segment were more exact details I was told would happen back then as well. Retired NFL quarterback Mark Sanchez was stabbed & I remembered being told that this stabbing would involve a trucker & that I couldn't go to court unless he could be seen on the news walking after being stabbed (at least I think that's what I was told in regards to this). While typing this I had the Jimmy Kimmel show on & the guest talking about somebody being his understudy & his reaction as he was speaking were more exact details that I was told would have to happen for me to be able to live with my rights in the future & go to court about this case.       - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& she (unknown to me) definitely loved me (unknown to me) more". "& that (unknown to me but I believe they were talking about one of my invention's future companies) is going to be a billion-dollar company". "I (unknown to me) was hoping that you didn't have to say that (unknown to me)". "& she (unknown to me) doesn't get a say (in unknown to me)" was said to me & then I remembered being told if "she" got a say in something that I wouldn't be able to go to court nor live with my rights. "You win; there is nothing they (unknown to me) can do for them (unknown to me) now". "That's (unknown to me but they were probably talking about one of my ideas/plans) not a bad idea".

- 10/23/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: Around 3:30 this morning I attempted to schedule a text message that I was sending to several of my family members giving them access to the letter that I just had to send to the NFL about them reenacting all of my childhood replays & I somehow mind-blanked & failed to schedule it & sent it to them in the middle of the night.           - While witnessing the news today I remembered that the following details were all exact details that I was told would happen or that was made reference to back then: An Idaho Sheriff resigned after an off duty hit & run that she was involved in. There was a fatal semi crash in California that involved the driver being under the influence. ¼ of Americans didn't take a vacation day throughout this past year & I was told that I couldn't go to court unless this happened. A bar in Moline closed within 5 months of it opening (& I believe that I was told that I couldn't go to court unless this happened too but I don't remember for certain). IL Governor candidate Bailey had two family members die in a helicopter crash (& I believe that I was told that I couldn't go to court unless this happened as well but I don't remember this for certain either). Instagram model Sydney Thomas had a band-aid on her cleavage & somebody made reference to this while telling me all of this as well. It was reported that a murder suspect was arrested 40 times before allegedly killing a hotel guest. A NBA coach & players were criminally charged in a gambling scheme tied to organized crime. Retired NFL lineman Jason Kelse had "the best corned beef sandwich that he's ever had" while in Chicago & then I remembered being told that I couldn't go to court unless he did. I had the Jimmy Fallon show on while typing this & Dave Franco was a guest who talked about using cocaine, marijuana, alcohol & mushrooms while making a movie that he improvised in & then I remembered being told that I couldn't go to court unless he was able to "improvise" while consuming all of that. I was shown several 'reels' (short videos) of a young lady on Facebook who videos herself eating steak.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "He (unknown to me) will win (unknown to me)". "& she (unknown to me) doesn't get a say now". "& he (unknown to me) had no plans to (or something similar was said & I don't know for sure what they were talking about but believe I remember them making reference to this long ago & were saying that somebody is pressing charges for me who had no plans to or somebody was not planning to tell the known truths associated with my case evidence to an authority or a specific individual)". "Whenever you want (unknown to me)".

- 10/24/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I walked to the gas station this morning & the neighbor having a sign in their yard for "Xtreme Girls Softball" & there was a guy driving a 'Halcomb Oil' truck at the gas station as I spent my last dollar on a half-gallon of chocolate milk & one beer. Whoever made reference to this spoke specific details about him

having to watch me buy a single beer with my last dollar but I don't remember the details. When I returned home my mind-control violator said "you have less than $1 dollar now" & details were said to me about this as well but I don't remember them. I ended up texting my Mom attempting to get her to accept the reality associated with my court case as well as telling her that my bulldog needs to go back to the vet & asking how my nephew was turned disabled (my nephew Clayton is noticeably damaged as if he was hurt with a brain/spinal-cord injury) but my attempts were futile as always with her. While doing this my mind-control violator said "& we (unknown to me) disagree" as they always do when I make factual statements about my case that are backed by law. Within a couple of minutes my mind-control violator said "& I (unknown to me) do agree with you now". I then called the Police dispatch center in Monmouth again because of being violated literally nonstop with mind-control as I'm still being denied my rights, protection & justice & they transferred me to the Warren County Sheriff's Department so I spoke with the lady (Cathy) on the phone about my situation for a minute & while on the phone she said "There is nothing I can do for you today other than put a note on the sheriff's door for when he gets here Monday". She told me "I can't force their hand (to make appropriate action)", "I would kill myself if I was in your position (or a word similar to position (I can't remember the specific word that she used))" & she asked me if it was ok that she just put a note on his door. When she said this I said "no, I need you to hit the emergency button that gets me immediate protection but if that's the best you can do then that's what I'm stuck with" & she responded "that's the best I can do" & all of these details while on the phone with her were more exact details that I then remembered being told she would say to me 14-30 years ago while I wasn't functioning. Almost immediately afterwards my sister, Brooke, texted me & told me that my nephew didn't get hurt playing football (even though my Mom just told me that he was), that my Dad didn't tell me that he got hurt in the tractor with him (despite my Dad telling me that he did), that I was delusional & that my parents didn't tell me that, that he isn't damaged (even though it is obvious that he is hurt), that I needed to keep her & her kids' names "out of my mouth", that I needed to start "helping myself", that she was blocking me & that I wasn't allowed to communicate with her nor allowed to have anything to do with her family (all for attempting to demand to know how my nephew was hurt & get my mom to accept the reality associated with my court case) & all of these details are details that I then remembered being told would happen 14-30 years ago.     - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "He (unknown to me) loses, in a big way". "& they (unknown to me) didn't think of anything (evidence nor inventions nor improvements for society), none of them (people & authorities from my community) did". "& she (unknown to me) can't beat you in court". "& that's (unknown to me) the truth". "& they (unknown to me) don't get a say (in unknown to me)". "& they (unknown to me) win (unknown to me)". "& she (unknown to me) will be swallowing that (unknown to me)". "& I (unknown to me) don't respect him (unknown to me) now". "That's (unknown to me) going to break their (unknown to me) heart". "& you're going to

(unknown to me)". "& I (unknown to me) don't respect her (unknown to me) now, its sad". "Then you need to leave immediately". "& I (unknown to me) immediately dismissed that (unknown to me), in a bad way". "& they (unknown to me) get new clothes". "Then you don't have to have anything to do with us (unknown to me)". "She (unknown to me) is swallowing that is all you've done". "& it (unknown to me) would be healed & your skin would be clear (or the same message was stated with different but similar wording)". "& they (unknown to me) didn't tell me (unknown to me) that (unknown to me)".        – While scrolling social media today I was shown a short video of a guy with a 'Marv Training' (Mick Kaywood's (one of my habitual violators who I was just unlawfully arrested for) real name is Marvin) sign in his home-gym as he was doing "wall hits" that showed him pretending to hit his head against the wall & this was another exact detail that was mentioned to me forever ago. When I saw this I remembered that during my childhood my mind-control violator forced me to say that doing those "wall-hits" is how I would train for football as they were sabotaging me but I don't remember who I was forced to say that to. This seemed to be in support of sabotaging me while supporting Mick in his criminal efforts to get away with stealing my strength-training-related inventions that he told me that he was going to steal & that are now being stolen. While typing this I had the news on ABC & the local sports cast 'The Score' was on showing the local high school football highlights. While this was on the guy grilling said "no, nothing is burnt" & then I remembered being told that if he burnt any of his food that I couldn't go to court or they were going to accuse me of something I'm innocent of or something along those lines. While watching this I knocked the empty beer that I had just drank over & then I remembered being told this would happen & that it would matter to somebody how much beer spilled (none). The local news showed that a lady died in a car crash as her kid was with her & the child had to be life-flighted. It also showed that President Trump said something along the lines of "we are going to keep killing the drug smugglers, we are just going to kill them & they are going to be dead" & both of these were more exact details that I then remembered being made reference to back then also. The news on my phone showed me that a young actress who played in 911 Nashville died & when I saw this I remembered being told that I couldn't go to court unless she died.

- 10/25/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: While cooking myself bacon for lunch I dropped a piece on the floor & my mind-control violator said "& I wouldn't have dropped that piece of bacon on the floor". I had the NCAA football games on as I was typing this & witnessed more exact replays from my childhood being reenacted. Later in the evening I had the World Series on my tv as I was preparing motions to be heard about this evidence & the required documents that accompany it for the court & set up my book stand next to my recliner so that I could type while reclined. When I did this the broadcaster said "I love it & I'm jealous" exactly as I then remembered being told that he would 14-30 years ago. I still had the tv on when the Michigan vs. Michigan State game finished & the announcer pointing out that the Michigan quarterback was taking selfies after the game was another detail that I remembered

being made reference to back then. Whoever made reference to this detail named ultimatums about it but I don't remember the details (I believe they told me that I wouldn't be able to function if he was taking selfies after the game or that I wouldn't be able to function if he wasn't or something along those lines). I was typing legal documents & into this evidence until 4am (I typed for over 11 hours today & was busy taking notes on my phone nonstop in between). While typing one of my motions I had to ask Google's Gemini about using the word 'prodigal' in my document & me doing this is a detail that I later remembered being made reference to over 27 years ago.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): When I woke up this morning my mind-control violator said "I'm (unknown to me) sorry" & when I responded that their statement means nothing to me other than further proof that they will still violate me they said "then you won't be going to court". Once I got up I started with my morning chores & my violator said "she (unknown to me) cried". Throughout the rest of the next couple hours my violator said "& he's (unknown to me) going to prison", "& nobody told me (unknown to me) that (unknown to me)" & "then I (unknown to me) am going to take some time off to process it (this evidence)" & when these last two statements were communicated to me I remembered being told back then that my sister (Brooke) or mom was going to be making this excuse & taking time off to process it but that they probably wouldn't even read it. "You're 100% correct about that (unknown to me)" & "& he (unknown to me) loses (unknown to me)" was said to me as I was typing this in between 6-630. "& they (unknown to me) are going to be agreeing about that (unknown to me but I believe about a request that I made to the court in the motion that I was typing)". "That's the best insult that he's (unknown to me) ever been given". "He (unknown to me) bawled". "& I (unknown to me) don't want you collecting that much (money for my crime/injury settlements nor inventions nor social security-disability while I wait for both)" was said to me & when it was I remembered being told that a specific person (I don't remember who they made reference to) doesn't want me to have my health nor the resources nor credit that I deserve because they would be tempted to want my company.        – Within the recent past my mind-control violators communicated the following to me & it was all exact communication that was made reference to or that I was told would be happening back then but I wasn't able to get it processed nor notated in time to document it on the specific day that it was communicated to me on: "& I'm (unknown to me) going to need a new one (unknown to me)". "& I (unknown to me) almost fell over" was said to me & then I remembered being told that if a specific person didn't "almost fall over" that I couldn't go to court. "Who do you think they (unknown to me) are getting ready to charge?". "I (unknown to me) would rather have a generator (my generator design that produces free & limitless electricity, instead of solar panels)". "& he (unknown to me but somebody involved in my court case) will probably lie". "Are you going to leave me (unknown to me) alone on the internet?" "& that's (filing a 'motion to be heard' in court & getting protection orders against my violators) the sexiest thing you could do". While watching a live-stream of a poker cash game

that Phill Hellmuth & Jungleman were in Jungleman said "$500 per day" & this was another detail that somebody made reference to while talking to me forever ago but I don't remember any of the details that were said about it. I received some replacement wire's for my dryer's heating element that I ordered from Appliance Parts Depot in Galesburg & when I purchased the wires I made sure to tell them that they needed to crimp on the connectors to the end of the wires for me because I don't have crimpers & they responded to me that they would but when I received the wires the ends were not crimped on & then I remembered that this was another detail that I was told would happen back then.

- 10/26/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I was up until after 5am this morning typing into this evidence & creating 'motions' & other legal documents so that I can formally make a request to the court to be "heard" (after just now learning this is how to go about doing this a couple days ago) (I typed from 11-2 & then 8-530) & when I finished my violator said "it's the worst day of her (unknown to me) life". I had the ABC news on for a moment while eating lunch & there was a broadcaster named 'Selina Wang' & this is another exact detail that was made reference to while I wasn't processing after my severe injuries & getting told all of this forever ago but I don't remember any of the details they spoke about while making reference to this. Selina is the name of somebody involved in this evidence & I get harassed by the television industry about almost everybody involved in my case (nobody is involved in a good way). I watched the movie 'M3gan' while doing some physical therapy tonight & while watching it a couple more exact details occurred that were mentioned to me forever ago. The main character walked into he house & her a.i. informed her that she had 5 tinder notifications. When I saw this I remembered somebody telling me that if she didn't have multiple tinder notifications that I couldn't go to court. There were multiple other details within the movie that were referenced while telling me all of this back then as well. I ended up looking up what song is played on the piano towards the end of the movie & this was another exact detail that I was told would happen also.        - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "They (unknown to me) have to accept it (unknown to me), literally". "She (unknown to me) will keep her distance". "& they (unknown to me) are not your friends". "I (unknown to me) do not love you". "I (unknown to me) would consider it (unknown to me) (if I was you)". "Then they (unknown to me) did destroy your life". – While checking the news I saw that Russia tested its missel that is made to fire nuclear warfare & was reported that it is undetectable & can't be stopped with anti-ballistic defense systems. The missel flew for over 15 hours. While typing this I had the Sunday Night Football game on & Packers quarterback Jordan Love tied their record for the most consecutive completed passes while playing against Aaron Rogers (ex-packer). While witnessing the news after the game I was shown that a speeder was arrested for going almost 150 mph at the Knox County border & when

I saw this I remembered being told that I couldn't go to court unless this happened. I was told both of these had to happen for me to be able to get to go to court. I saw a headline saying boxer Tyson Fury has no reason to fight, "not even for $1 billion" & this is something that I then remembered being told would have to happen for me to get to go to court. I regularly scroll the Facebook app & each time I do they show me 5-10 'reels' (short videos) & almost every single one that I have witnessed over the last several years (I look at Facebook almost daily) were exact reels that were made reference to back then when I was told all of this (14-30+ year ago).

- 10/27/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I emailed another formal grievance to Molina Healthcare about being denied primary care & the medicines that I need. While shaving my face & head I suddenly decided to clean a Tupperware in my kitchen out that I put tea bags into & while doing so I spilled some of my Gatorade mix onto the floor. When this happened I remembered being told that if this didn't happen then I couldn't go to court (or something along that line). I had Game 3 of the World Series on & witnessed the Dodgers win in the 18th inning (one of the longest playoff games in history) when Freeman hit a game winning home run. When I saw this I remembered being told that if this didn't happen I couldn't go to court. While witnessing the news I saw a man get interviewed after successfully skiing down Mt. Everest's North Face & this happening is another exact detail that I then remembered being told would have to happen for me to get to go to court.      - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "That (unknown to me) ruined her (unknown to me) life". "That (unknown to me) rocked both (unknown to me) of their worlds". "Then I (unknown to me) could've been very in love with you but I'm not". "Not a word (unknown to me)". "& I (unknown to me) have a problem with that (unknown to me but seeming as if they have a problem with me presenting factual evidence & a legal argument defending myself against their attempts to exploit me after getting set-up & sabotaged with mind-control as they were intentionally neglecting me)". "No (you (I) can't go to court nor live with my rights)". "& you could not be more correct about that". "Then I (unknown to me) don't like you". "& I'm (unknown to me) Freddie Freeman". "& they (unknown to me) will be swallowing that when you go to court". "& I (unknown to me) don't care what he (unknown to me) says now". "& I (unknown to me) would way rather be with him (unknown to me) tonight". "& I (unknown to me) mean it to him (unknown to me), I agree with you (about unknown to me)". "& they (unknown to me) are guilty". "& you never have to see him (unknown to me) again". "& that's all I (unknown to me) needed to see". "In a bad way for them (unknown to me)". "& they (unknown to me) got away with it (unknown to me)". Within the last 72 hours they communicated "& she (unknown to me) has nothing to say now" exactly as I then remembered being told would get said if I progressed my evidence to this point.      – I'm remembering to document that since moving to this house on Blayney Street my mind-control violator said "he

(unknown to me) is swallowing that is what you did" to me while interrogating me about my childhood football game exactly as I then remembered being told would have to happen for me to get to go to court (or something along that line). They were making reference to my first football game after Parkins wrecked me on the four-wheeler. In that game I was just realizing the effects of my new disabilities for the first time (I couldn't multi-task (when I'd focus on running my hands would forget to hold onto the ball)). I fumbled a couple times because of not being used to this & was upset about suddenly being disabled. The kids were acting terrible (cocky, hypocritical & super-cheap (kept calling penalties that weren't as they kept committing penalties). Regardless of my disabilities I could still dominate them physically so I had to take it easy on them to not hurt nor demoralize them. "What I did" was intentionally fumble after I was already down by contact to see if the kids called me for a fumble, which they did. The next play I intentionally caused a fumble & got the ball back to prove to myself that I could. I might have done it again & again because the kids were being so bad but I don't remember.

- 10/28/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: A murder suspect was arrested & charged after the police found a woman dead while checking on her well-being on Soangetaha Road in Galesburg exactly as somebody made reference to me back then while telling me the rest of this. I had to work on my ingrown toenails because they were causing my skin to break out & I accidentally ripped off the corner of the base of my toenail again while attempting to get out the nail fragment that constantly grows out of the base (down in the nail fold) into my skin (something I did a few months ago & went to the emergency room for) & this happening on this exact day is another exact detail that somebody made reference to while telling me all of these other details from today were going to happen. I raked my leaves from 7-10 this morning & hadn't been to sleep yet (I've been up since yesterday). While raking the leaves my mind-control violator said "Then never threaten my (unknown to me) mom again", "Then thanks for doing that for my (unknown to me) mom", "& you dominated him (unknown to me)", "& she (unknown to me) was absolutely amazed with him (unknown to me)" & "she (unknown to me) sees what you mean (unknown to me) now". After raking I called the Circuit Clerk's office & my conversation with the court representative was exactly as I later remembered being told that it would be (included her calling me "buddy", me saying that the case I'm in court for now is .000001% of my actual court case & her saying "that (the legal work necessary to get me a court case) is a lot of work, do you have a private investigator?") (& calling her after I raked the leaves was another exact detail that somebody mentioned to me back then also. I called the Federal Court's clerk to gain permission to e-file my 'motion to be heard' there as well. I received an email from the IL Law Enforcement Training & Standards Board saying they closed my complaint because my evidence doesn't meet the standards for a formal complaint so I emailed them back telling them that if they don't change that answer that I will be pressing charges & filing a lawsuit against them. The person they emailed me with had the first name Patrick (who I just filed a public complaint against & this (harassment) is something the public regularly does to

me for pursing my own justice). I turned on the World Series & the Dodgers player, Ohtani (an outfielder) starting the game as their pitcher & leading off as the batter for them is another detail that I then remembered being told would have to happen (15-30 years ago) for me to get to go to court. The television announcer saying "that doesn't prove that" (I believe arguing with me about the email response that I sent to the IL Law Enforcement Training & Standards Board) & then saying "then you're fired" after I made my argument that would prove my points in any law-abiding court were more exact details that I then remembered being made reference to back then also. While typing this I had the Jimmy Kimmel Show on & the details of the interview with the actress were all very exact details that I'm now remembering being made reference to 15+ years ago.           - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "She (unknown to me) has (unknown to me), in a bad way for them". "& they (unknown to me) know exactly which ones (all of the premeditated evidence that I have reported) that they told you about". "& they (unknown to me) were planning to do nothing about your court case & that is proven". "& I (unknown to me) never want to see her (unknown to me) again". "& you will be glad you wrote that down" was said to me as I documented the fact that the email I received today included more harassment. While talking to my interrogators today I made it clear that Dustin Timmons wasn't on my 'Writ of Certiorari' because I'm not certain that I'll be suing him but that he is one of my defendants that I'm pressing charges against & when I said this my violator said "& he (I'm assuming they were making reference to Dustin) is unwell now". "& you would be the boss (of unknown to me), its proven". "& that (unknown to me) made a big difference".

- 10/29/25 The following details occurred today & they were all exact details that I later remembered being told would happen 1.5-3+ decades ago during a conversation that I don't remember while I wasn't processing nor remembering conversation: I had to type into this document & the other legal documents that I'm getting ready to email to the Federal Court in Rock Island for the last 8+ hours & I accidentally saved a different document over this one so I had to upload a version from my external hard drive that I luckily saved it to in order to recover it. Somebody made reference to this happening to me today long ago but when they did they told me that's when they accidentally made this same mistake & lost all of their years' worth of evidence (but they were definitely making reference to this happening to me & this is the same technique that was used to tell me quite a bit of this evidence was going to happen back then). I had the news on while watching this & them showing a 23-year-old who survived a shark attack that took her leg who is now running a marathon in New York City after winning multiple medals as a Paralympian is something that I was told would have to happen for me to get to go to court 15-30 years ago. I was also shown a story about a new supersonic jet that was designed by NASA that is very quiet compared to other sonic booming aircrafts & I was told that I couldn't go to court unless they produced this plane back then as well. While scrolling Facebook I passed a short video posted by my local community that showed a pageant girl doing something & while

scrolling past it the video showed me Chris Gavin's face for a brief second exactly as I then remembered being told would happen back then too.     - I was violated with mind-control all day again today & the following was more exact communication that I was told would happen or that was made reference to back then as well (& each statement contained more relevant details that the surveillance will prove that I don't remember): "& they (unknown to me) don't fuck around" was said to me about how supposedly my evidence is going to be turned into a specific group of local authorities who "don't fuck around" & will have my evidence processed in a timely manner. "That (unknown to me) was the biggest mistake of his life then". "& that (unknown to me) makes perfect sense to them (unknown to me) now, man" was said to me & then I remembered being told that I couldn't go to court until it did.


***Galesburg-West (2018-2019)***: I lived in a studio apartment in Galesburg for several months within the last decade. While living there I was violated & interrogated with mind-control technology for the entire time. I was forced to talk to myself by a violator using mind-control nonstop while the people above & next to me could probably hear me. I was being violated, sexually, with the same technology/torture-techniques & forced to ejaculate on a regular basis. I was forced to communicate with people I didn't want to communicate with & send correspondence I never would've sent because of being violated/neglected. I was being neglected all of my rights/protections & would never have lived there if I was living with my rights/earnings/compensation/justice. The place was a wreck & wasn't clean when I moved in. Windows were busted out & never replaced & the laundry equipment was broken. I was forced to live next door to a large man who was a sex offender. I was forced to move into & out of the place by myself while not doing well mentally nor physically because of my violators/sabotagers/neglectors ruining all of my friendships/relationships. I'm pressing charges for being violated/neglected. The following are the examples that I can remember of getting violated, harassed, sabotaged, neglected, etc.:

One night while I was living at the Bell Isle apartments in Galesburg mind-control was used on me to force me into driving. It was late at night or early morning when I didn't get the option to not drive to Dustin Timmons' driveway & rev my truck up in his driveway. While I was asleep in my apartment the following morning someone broke into my truck & revved the engine. I then remembered being told over a decade prior that I would be forced to do that & that my truck would get broken into. While attempting to represent yourself as a contributor & attempting to recover from getting constantly violated for over 3 decades it's demoralizing to get set up & then violated for a crime.

On a separate night I was once again forced with mind-control to drive my truck through Travis Norville's yard in Knoxville. I had probably had a couple drinks beforehand when my violators forcibly violated/sabotaged me.

While living in Galesburg, I believe I was forced into seeing a man named GS Bond whose construction company worked on our house during the break-up of my parents (& who supposedly was sexual with my mother while she was still married to my father as my family was being tortured as I was consistently violated). I ended up getting mind-control used on me to threaten his life in a voicemail to him for intruding/disrespecting my family while I was in high-school & in a concussion-coma-type mind state. I continue to believe my local community forces me to see him & members of his crew in public at specific times as a way to harass me. I want/deserve a protection order against him/his entire business/crew because of them taking advantage of my mother while I was getting violated/sabotaged/tortured & my family was going through terrible times. I was forced to light that motorcycle on fire, forced to send that voicemail & sabotaged the entire time I had anything to do with those people so I no longer want them to be allowed around me at least until I can settle with court.

I was constantly harassed/violated/included by the radio & broadcast tv while living in this apartment. I specifically remember it seeming as if the Chicago Cubs radio broadcasters were talking to/with me on multiple occasions. This is a technique that gets used on me often throughout my life.

While living in Galesburg I ordered a new "Sypder Co" pocketknife off the internet. The knife that was delivered to me wasn't the knife I ordered nor a "Spyder Co" brand pocketknife. This incident is something I later remember being told would happen to me over a decade prior by someone I forgot.

I asked my cousin Julie to join me at a Quad City Mallards game & she agreed to go with me. While at the game I was violated/harassed the entire time. There was a guy walking around with his face mutilated the same way mine was forced to be as I was on probation in Warren County (mind-control was used to blank my mind & burn my face with a knife several times before a probation meeting within a half-decade prior). It then appeared as if the hockey-player that got in a fight was 1 of Morgan's sex partners she harassed me about. It was cancer night at the game & I think they forced me to ask Julie to go there that specific night because it was Cancer night (Julie has cancer). I was so unwell at the time that I didn't think to pay for Julie after asking her to join me & didn't have enough for her entry fee so she paid for herself. I was violated with mind-control nonstop but only remembered to document these facts.

In 2018 I introduced different juices into my everyday diet. Apple juice, orange juice, cranberry juice, tomato juice etc. My head injury symptoms caused me to forget & not realize that juice goes bad after being opened. For 2.5 years, I made each juice container I bought last a month.  I bought an orange juice, apple juice, cranberry juice & a tomato juice each month. I would take a shot or so of each everyday throughout the month & then go to the store & restock my fridge every month. For those 2.5 years I drank bad juice for 1/2 to 2/3 of each month. My skin broke out for the entire 3 years because of me doing so & I didn't realize what I was doing wrong. I went to a urologist & they didn't figure it out. I ended up remembering that juice goes

bad after being opened for a week a couple years ago & since have been drinking juice only before it goes bad. I'm still dealing with an infection of some-kind & have to urinate far more than the average person. I deal with a burning feeling when I have to go to the bathroom now.

I was forced to draw a tribal penis while scribbling notes on a notecard by my violator/violators who use mind-control technology to control/violate/sabotage/interrogate me. I was then forced to take a picture of this & then sporadically send it to my sisters. This entire incident is another specific detail that I was told would happen 1-2 decades prior by someone (I've forgotten who).

**Aunt Ann McIntosh**: During 2018 I lived with my Aunt Ann & was violated with mind-control technology the entire time. I can remember being mind-blanked & forced to jack off on multiple occasions. I can remember mind-control being used on me to converse with my Aunt Ann & alter my personality for the worse almost every time we spoke. Mind-control caused me to mind-blank & argue with her which led to me getting kicked out of the house & turned homeless. Everything in my reality is a wreck & my life is miserable because of my lifelong court case being unsettled & because I'm not allowed to live with my rights (especially to my privacy & medicines). The following examples are what I can remember from being violated while living there:

Not long after moving in with them mind-control convinced me into checking back into the psych-ward because of my lifelong court case being unsettled & because of getting abused/neglected/violated nonstop. I went to a psych ward after visiting my sister & the visit including exact reenactments of my childhood through her & her son (I described the incident in more detail earlier in this testimony evidence). The psych-ward visit lasted a couple weeks & was a complete waste of my time & an insult to me. I was abused/harassed/violated/neglected/observed/misdiagnosed there & benefited none. My truck was broken into when I left it at the hospital & several hundred dollars was stolen from me while in the psych-ward. The money being stolen is another example of something I later remember being told would happen 1-2 decades ago by someone I've forgotten the identity of. When my Aunt Ann & Uncle Ben picked me up from the psych ward another vehicle hit us as we were driving along at over 40 mph. Luckily none of us were injured severely at the time & we were able to drive the vehicle home. I believe it's a potential we were intentionally wrecked because someone told me years earlier that this would happen too.

1 of the nights after going to the town bars I blacked out just before getting back into the house. It appeared that I tripped over my bicycle & fell on the bike's peg, which knocked me out & caused me to poop myself as I was unconscious. I woke up the next morning covered in my waste on top of my bike. I believe mind control & a date-rape type drug was used on me to violate me for this incident. Just before this happened I was at the Bijou Pub where mind-control was used to violate me & force me to verbally communicate with a man named Craig Anderson as my personality was being sabotaged intentionally by a mind-control using violator.  I didn't

overdrink & know I shouldn't have blacked out unless I was date-rape drugged or attacked by a violator using some unknown substance to black me out. If mind-control wasn't used on me I believe someone was at my uncle's house waiting for me when I returned home from the bar who attacked me & knocked me out, then set it up to look like I tripped on my bike & knocked myself out. Me getting knocked out & waking up the following morning on my bike is another example of something Morgan Ray told would happen to me while I was in a concussion stupor over a decade prior. I'm pressing charges for being neglected & violated.

1 night while getting out of the house I stopped at a bar for a drink. Mind-control blanked my mind & ended up forcibly driving me to another bar on the outskirts of Abingdon named Twisted Sisters while I was in a mind-blank caused by my violators. At that bar I was harassed/violated by a stranger who insisted on talking to me about 1 of Morgan's sex partners named Zack Shreeves that she consistently disrespected me for during our forced time together. I'm pressing charges for attempted murder (I was forced to drive there in a mind-blank without being able to control my actions/thoughts because of being violated with mind-control technology by a violator) & for serial mental abuse/harassment.

Another time while out of the house & stopping at the bar for a drink I ran into my old school-mate named Alex Fox. There, mind-control was used to blank my mind & force me to overdrink while I was completely blank minded. I had recently decided that because of my anger with Fox that I didn't want to be around him & that I wasn't going to talk to him if seeing him in public. While keeping to myself I was suddenly forced to interact with him by my violators controlling/sabotaging me with technology. During our drunk at the bar, mind-control was used on me to force me into deciding I'd drive us to go eat at Sidetrax (we were at the Cactus). On the way to & back from eating in town, I became sick from the alcohol (& probably from being poisoned as well) & began vomiting. I don't remember if I woke up in my truck or back at my aunts but know that I was forced to drive around intoxicated/vomiting. I remember getting forced to run a stop light while being drove as I was getting controlled with mind-control. The mind-control used on me to force me into driving while in that mind-state is another example of me being murder-attempted/sabotaged. This entire incident was more exact details that I later remembered (2/14/25) being told would happen over a decade before it did by someone during a conversation that I don't remember. I'm pressing charges for me, Fox & everyone who drove near us.

Another time while getting out of my house I stopped at the bar named the Cactus. There, mind-control was used on me to force me to drink much more than I wanted/planned/hoped to drink. Mind-control was then used to force me into driving out past my father's old farm in Cameron & intentionally cause me to get the truck I was driving stuck in the snow. It was late at night so I had to walk over a mile to a barn-shelter to fall asleep in because it was the middle of winter & there was several inches of snow. The next morning, I woke up wrapped in plastic as if someone was about to murder me on the tv show Dexter. My uncle Steve Armstrong picked me up from where I was & took me to his office where I waited for a ride home. At his office I vomited all over everything & had to clean it up. This entire incident is something I was told I'd be put through 1-2 decades ago while I was in a concussion-stupor by someone I've forgotten the

identity of. I had planned to have less than 3 drinks but was violated/sabotaged. I'm pressing charges for getting tortured. I didn't report any of these forced-driving crimes at the time because I was unprepared to explain all of this to the court & do not trust the legal/law-enforcement systems as I'm blatantly being forced to be a victim of organized corruption. I also knew that my mind & I are under constant surveillance so I'm still waiting for the authorities to do their jobs.

While living with my Aunt Ann I thought I noticed her getting violated with mind-control technology on multiple occasions. She wrecked her vehicle twice while I was living there (not counting the time we wrecked on the way home from the psych ward). I believe she/they deserve an investigation to prove that she was intentionally wrecked by violators using technology who don't want her to have her license anymore (she is old & has had a stroke). I believe this because this is the same thing they have constantly done to me throughout my life.

I visited my Aunt Jean in the nursing home & was forced to talk to her about my medicine situation (me not being given permission to have the medicines that benefit me which is 1 of the last things I wanted to speak to my dying aunt about in that time) by a violator using mind-control technology to sabotage my personality.


***Homeless&Hotels (2014-2016&2018):*** I've been kicked out of my living environments & forced to be homeless on multiple occasions because of not getting justice nor my lifelong court case settled (I'd be a millionaire/billionaire living on my own land if living with my rights). The stress & embarrassment of being a homeless person while struggling with disability, getting poisoned, sabotaged, harassed, tortured & violated destroyed most of my encounters with other humans during this time while keeping me miserable for the entire experience. I have also been kicked out of my living environments & forced to stay in hotels on multiple occasions. The following are what I currently remember from getting violated while getting this situation unlawfully forced upon me:

While I was staying at the Best Western in Galesburg, I was smoking out of a brand-new glass chillum I had just bought from the pipe shop. While doing so I remembered being told I would be in the exact situation a decade before. The conversation I remembered from my past reminded me that I was told that I would drop the new chillum & break it. Exactly as I remembered that part of the conversation, I dropped the glass chillum I was smoking & it shattered. The woman who sold me the glass chillum looked blatantly similar to Morgan's sister (a reoccurring technique used by my harassers/ violators). I think mind-control was used on me to remember the memory & was used to force me to drop the pipe. Mind-control has been used to continually do this type of torture-technique on me & only to violate/disrespect/steal from me. On the way to Planet Fitness after breaking my pipe, I was pulled over, searched & ticketed by an Illinois State Cop for a seatbelt ticket. The ticket he gave me was filled with ironic/coincidental information leading me to believe he was representing the violator from my life named Morgan Bower Ray-Swing & not the State of Illinois. The numbers on the ticket, date, etc. all were coincidental reminders pointing towards Morgan. It was at night & I had loose clothes on when he pulled me over. It would have been impossible for him to see that I wasn't

wearing a seat belt & me getting pulled over & punished while I'm still getting intentionally neglected violates my rights. I believe I was told I'd be getting this seatbelt ticket over a decade before I did also.

I've been constantly forced into situations that require me to apologize to people for things that happen but I am not responsible for/guilty of. By continually violating/neglecting/sabotaging me & destroying my living environment/relationships, these incidents continually are forced to be more awkward & less respectable than they should've/could've been because of me still being in a high-stress-victim situation as a permanently disabled individual still being violated with our nation's highest crimes.

Because of being constantly taken advantage-of & stolen-from in my home state, I decided to drive to Colorado to purchase a couple months' worth of my marijuana medicine as I was homeless. I was violated/harassed the entire time during my drive to/back/during Fort Morgan, Colorado & the medicine I bought was not worth the effort nor violations I had to endure for it. It was stale/old medicine that provided no medicinal benefit & a harsh smoke. I was ripped off of $1000. While there I was harassed as I drank at a bar & approached by a look-a-like-woman to Casey Sheppard (1 of the women I was raped with). I believe the woman approaching me was intentional harassment.

I've been forced to sleep in my vehicle on multiple occasions at places like Wal-Mart & different hotels parking lots because of not being able to afford other living arrangements. I'm pressing charges on my neglectors & violators.

While homeless I think I would get medicated without my knowledge. I remember while staying at the Best Western in Galesburg & buying my groceries from Hy-Vee, the peanut butter made me feel as if I was taking the medicine called Seroquel.

While homeless & attempting to notify authorities & the disability office of my homeless situation, I was constantly being violated/harassed. Every time I'd go to the Social Security office some type of harassment would happen: people would walk in wearing STIHL clothing (making reference to my chainsaw-arrest with Warren County in 2013), the most recent cop who unlawfully arrested me was on security duty, etc.

While sleeping outside in a field's waterway, I was forced to have a dream about how I have been living without my benefits/compensations/earnings/rights my entire life as I was supposedly covered by the best insurance company existing in Illinois, Blue Cross Blue Shield as a child who survived tons of physical trauma & multiple murder attempts. I suddenly woke up to beating heat & looked up into the sky at a cloud shaped exactly as the Blue Cross Blue Shield emblem. I had time to take a picture of the cloud as it began to fade but the outline is still noticeable. This is another exact detail I'm now remembering (12/15/24) being told would happen 1-3 decades ago during a conversation that I don't remember. This is another example of how they use mind-control on me even as I'm sleeping/ dreaming.

I decided to go to the bar with a guy I was introduced to from Galesburg named Doug Bradford to attempt playing pool & to watch those guys shoot pool. I can't shoot pool well

anymore because of my disabilities. I lost my pool game after Corey Champion wrecked his golf cart on my head. While at the bar named Harley's Pub in Galesburg, mind-control was continually used on me to force me to hit my head against the walls & fans that were set up in the bar (it was as if they were forcing me to be in the scene from the movie "Night at the Roxbury" when they banged their heads on the windows of their car. I bet they forced me to hit my head on the fan over 3 dozen times within a 15-minute period. Me being forced to hit my head on the fan constantly while at the bar with Doug is another specific detail someone from my past told me was going to happen 1-2 decades before it happened (I forget the identity of who told me this was going to happen). Whoever told me that it was going to happen told me that I'd be getting spied on with live-video surveillance as mind-control was used continuously hit my head into their walls/fans & that's exactly what happened. Mind-control was used to violate/sabotage me every time I was around Doug & destroyed my character in front of him.

On multiple occasions I have stopped at the Cactus for a drink & been forced to get drunk & drive home by a violator using mind-control technology to violate/control me. 1 of the times I was homeless & camping by Cameron. I woke up the next day & checked the news on my smartphone & there was a story about a black SUV that had wrecked on the road the Cactus is on. The black SUV looked like the same one as the SUV I was forced to wreck into during the winter years before. I have no recollection of driving back to Cameron that night. I'm wondering if they used mind-control on me to force a wreck while I was asleep & unaware. I've been forced to wonder if they use me to kill/wreck people while forcing me to drive in my sleep for my entire life. I am pressing charges for attempted murder on me & everyone I crossed on drive that night.

I asked my old friend James Hennenfent if him & his kids would enjoy going with me to the Oneida Sweetcorn festival. He agreed to let me pick them up & take them. The night before I stopped at the Cactus for 1 drink so that I could get out in public & mind-control was used on me to force me into getting drunk when I didn't want to. Mind-control also forced me to drive to my camp-site by Cameron after getting drunk that night. The following day I took them to the sweetcorn festival while hungover. Mind-control was used to suddenly blank my mind as I was driving us home & force me to nearly hit a passing vehicle on the highway. I was forced to make a lane change maneuver that I hadn't planned/expected to make & it nearly caused me to wreck the truck into an oncoming vehicle. I'm pressing charges for attempted murder on all of us (James, Molly, Jesse & me). I didn't report any of these forced-driving crimes at the time because I was unprepared to explain all of this to the court & do not trust the legal/law-enforcement systems as I'm blatantly being forced to be a victim of organized corruption. I also knew that my mind & I are under constant surveillance so I'm still waiting for the authorities to do their jobs.

As I was homeless, I decided to visit the state park in Kewanee. Mind-control technology was used to violate/control/sabotage me as I was there to force me to ejaculate on at least 1 occasion. I was forced to put it in a water bottle & then into the dumpster. I was also forced to message different people with my phone. I was wearing my favorite pair of shoes at the time, a new pair of Adidas trail shoes & was forced to forget them at the park. I'm now remembering (6/19/24) that these were all details that I was told would happen long before they happened by someone (I've forgotten who).

I asked my Aunt Judy if I could stay with her while I was being forced to be homeless. She denied me because of the confusion about my court case & put me in the Roseville Motel for a night or 2. I was unable to function nor sleep there because the room agitated my allergies.

While homeless, I was asked to stay at several hotels by my father. Almost every day I am forced into jacking-off my penis. All of my privacy/self-respect/self-worth/etc. are destroyed when I am violated & especially when I am violated with forced sexual acts & especially when I'm violated with sexual acts while under illegal surveillance for the sole purpose of disrespecting me & my family.

I'm pressing charges for not having my lawful earnings/compensation/rights/medicines/justice. I would have been living by myself in a housing environment of my choice for my entire life since turning 18 if I had been given/allowed to live with my lawful earnings/compensation/rights/medicines/ legal-representation/justice.

***Tyler's***: I lived with Tyler Hennenfent at his Grandma Magnison's house for a short time in 2017. There I was violated with mind-control technology the entire time while being neglected my rights/compensation/earnings/medicines/justice. I moved in with Tyler because I didn't want to continue living with my mother who had started to move her new boyfriend (now husband) in with us. If I wasn't being intentionally violated/neglected by my local legal & law enforcement systems, I'd be able to afford my own housing & I'm furious that I had to ask Tyler to live with him. I'm pressing charges for being violated/neglected. I'm pressing charges for the Hennenfents having to be continually exposed to me while living without my rights & getting violated with mind-control technology. (The incident mentioned earlier involving me being forced to miss my nephew's birthday & being forced to buying/sniffing false cocaine was while living with Tyler). Another example of getting violated while living with Tyler is that while I would play video games with him mind-control technology was used to have certain thoughts cross my mind exactly as scores/goals/kills/etc. were occurring. There are more examples of me getting violated that I will have to remember sometime when my mind can catch up & be allowed to function.

***Moms***: I lived with my mother for several months during 2017. I had been forced to live in psych wards in Peoria & then Decatur, Illinois, for half of the year & was released to live with my mother because I was homeless otherwise. I was getting violated interrogated & tortured with mind-control technology the entire time. I was being mentally/ physically/sexually abused with the technology simultaneously while getting violated with both human & internet harassment. I was also being harassed & violated as I worked with Cleary Building Co. as a crew-man. This all happened while I was being forced to take a medicine that I believed to be a placebo & that didn't benefit me as I was getting denied beneficial meds. I was being forced to correspond with & give my time to Bridgeway as they did nothing but neglect me, misdiagnose me & force me to take medicines that don't benefit me instead of helping me get justice & the medicines that I need. The following are the examples that I currently am able to remember from getting violated while living there:

While in the psych ward in Decatur I was doing some of my own police work & investigating how Morgan would mistreat me with more opportunities to communicate with me

after being forced with mind-control to communicate with her initially (I was also doing my own investigating on my violator/violators who use mind-control technology to violate/sabotage/torture me). She ended up continuing to talk to me for a short time & sending me several pictures during the conversation with smartphone technology. Mind-control was used on me to violate me & torture me about the pictures she sent. Mind-control was used on me to force me into sending her pictures of my nephew while continuously getting used to sabotage my personality/character & efforts in life. It made/makes me furious that I was forced to send her a picture of him while he was naked or nearly naked. It'd feel as if my mind-control violators would intentionally punish me for experimenting/investigating.

My mom would walk around the house naked & it would disrespect me because of her nonstop abuse from my childhood.

While being forced to live with my mother I decided to cook supper for my mother & her new boyfriend/now husband. When we ate, they immediately started mentally abusing me with brainwashing rhetoric about how they are racist. This was one of the first times I've sat down with anybody to eat in years & instantly when they started talking it was about disappointing garbage that insults my family. I am highly annoyed/aggravated by my mother because of our past & my disabilities & the incident upset me enough that I left. Part of me thinks she was attempting to force/trap me into giving her an anti-racism talk. The other part of me thinks she was intentionally harassing my 'comfort zone' & sabotaging my present 'vibe'. I ended up responding to her with a text response that included how I felt about what she told me & reminded her I should smack her for her behavior while I was mind-blank from being upset (without planning to smack her). The following day I was verbally attacked by her now husband, Dave Walton & kicked out of my own grandparents' house while living with my disabilities & getting violated/neglected & once again forced to be homeless. I left the house because of not wanting anything to do with them nor their abuse/disrespect. When I was verbally attacked by him, he got in my face screaming. I responded while I was in a mind-blank & told him I'd put a hammer through his skull (if he attempted to physically attack me). This entire incident & my exact response was another exact detail that I'm now remembering being told would happen 1-3 decades before it did during a conversation that I don't remember. I'm pressing charges for being violated/sabotaged/tortured/abused/neglected & for being unlawfully forced to live with my nothing-but abusive mother while I could've & should be a billionaire by now.

I built a small shed for my mother's farm while I was living with her. Throughout the entire time I was building the shed mind-control technology was being used to violate, sabotage & interrogate me. I wasn't allowed to put any thought of my own into building the shed as I built a less quality engineered shed than what I would've if I'd been allowed to put thought into anything during the build. I was in a mind-blank because of getting violated nonstop, because of my disabilities & because of how neglected I have been for the past 20+ years (self-care-neglect (hands/feet=delirium). An example of this was when they had me drive my uncle's tractor 25+ miles to lift something I could lift by hand by myself (I didn't think I'd be able to lift it when I initially put thought into the work). I believe I was forced to make the mistake by my violators but regardless wouldn't have made the mistake if I was getting violated & intentionally neglected

for my entire life. I believe mind-control was used on Brett McGill to force him to wreck the tractor we were using into the new building as we were building it. I think this because I later remember being told over a decade ago that this was going to happen (by someone I've forgotten the identity of).

***Galesburg- Brown Avenue***: I rented a house in Galesburg on Brown Avenue for several months in 2017-2018. I was being violated & interrogated with mind-control technology the entire time I lived there. The house was broken into on multiple occasions (at the time I didn't report the crimes because of being angry/disabled/unprepared & not trusting the judicial/law enforcement system in my area that's been going along with violating/neglecting me my entire life as I've been unlawfully kept under the surveillance necessary to control me with mind-control technology. The following is a list of what I remember about getting violated while there:

One day I noticed my new boots that hadn't been worn suddenly had a mark/tear on them after I noticed other items moved around. The boots were a specific design I suggested for 'Timberland' to produce during my grade school class so they are sentimental for me & cost me over $100. My boots getting vandalized is another specific example of something that I was told would happen to me 1-2 decades ago by someone I've forgotten the identity of. Whoever told me this was going to happen said someone was going to sneak into my house & intentionally mark my new boot.

For the next incident, I was broken into & violated in my sleep. I woke up to my sweatpants being down at my ankles & a huge rip in my long john pants (in my private-area) that I was wearing under my sweats that appeared to have been cut with a knife. When I woke up that day it felt as if my anus had been penetrated. I later remembered this entire incident was another crime I was told I'd be put through 1-2 decades ago by someone I've forgotten the identity of.

I remember not noticing that the washing machine was disgusting & needed cleaned when I moved in. I used the filthy machine almost the entire time I was renting at the house before noticing because of my disabilities & getting violated with mind-control technology nonstop.

1 of the times I was getting violated with mind-control, I remember becoming angry & loud for a short time. I was on the phone yelling about the incident in Macomb with Dustin & doing so was another specific detail that I was told I'd be forced through 1-2 decades ago by someone I've forgotten the identity of.

I remember going to the YMCA & sitting in the Sauna while I had just began taking a new medicine. On my walk from the sauna to the locker room I fainted & this is another exact detail I later remembered being told would happen long ago by someone (I've forgotten who).

Mind-control was used on me every time I attempted to read out of my bible while living here & the passages I would read would be timed up to incidents occurring at the time. For example, I remember buying a bottle of wine & then suddenly being forced to open up my bible & look directly at a passage about wine.

While working for Cleary Building Corp. I bought an older Chevy 1500. I had been keeping it at one of my father's spot's south of Cameron when I moved to Galesburg. I was driving the truck to Galesburg when the brakes went out as I was passing Swing's trailer park on 41 while heading into town. Swing is Morgan (Morgan Ray, a violator of mine's husband) I believe it was a planned & premeditated crime/violation. Someone rigged my brake system to fault at that specific moment but luckily I made it to where I was going safely. I rolled through every intersection between there & 928 Brown Ave. with a truckload of firewood. If it was a planned violation to me & my truck, I am pressing charges. I think I remember being told the truck's breaks going out at that specific point on the road is another exact detail I was told I'd be put through a long time ago too but I can't remember. I couldn't afford to fix the truck at the time & it was more affordable to give it away for nearly nothing. I had only driven it once before the truck broke down & it was another internet purchase where I was ripped-off & stolen from. I bought the truck off of Craigslist from someone in Colona Illinois. I think the person that sold it to me was the kid named Bobby that I went to Western with (I was violated with mind-control & forced to steal his marijuana pipe & small bag of marijuana). I didn't realize/process that it was him until years later because of my disabilities &or because of getting violated with mind-control. I'm pressing charges for the harassment/violations to me.

While living at Brown Ave. I somehow ended up at a couple's house in Knoxville. The man of the house is named Adam Martin & he had a bunch of deer antlers. I was forced with mind-control technology by my violators to ask Mr. Martin if I could have some of his deer antlers to make a knife handle. This is another example of my personality/respectability getting sabotaged by my violator/violators.

While living on Brown Ave in Galesburg, I was driving home 1 day. Mind control was used on me to cause me to not yield at a yield sign on Brown Ave a few blocks north of the house I was living in. I would have hit a car had they not stopped to avoid me at the intersection that I was forced to drive through. This is another example of something I was told would happen 1-2 decades before it happened by someone I've forgotten the identity of. I am pressing charges for attempted murder on me & the others in their car.

The entire time I live at this house on Brown Ave. I forgot to clean the clothes washing machine that was in the basement for me to use & I didn't realize my mistake until I was moving out. This is another exact detail I later remembered (on 1/3/25) being told would happen years if not decades before it did during a conversation that I don't remember. In that same conversation I was told that I would be forgetting all of my sweatpants & long johns there as well & that happened also.

I was invited to a Texas Holdem poker game while living in Galesburg. As I was there, I was harassed by the other people about my court case & accused of being an undercover law enforcement officer & this is another example of how I am harassed every time I do anything & continually forced to suffer/take-disrespect because of my case not being settled/solved. I'm pressing charges for myself & anyone else who was violated during my stay on Brown Ave.

***My father, Kent's (2012-2016)****:* After Morgan & I stopped living together I moved in with my dad. While there I was getting abused/tortured/violated with mind-control technology as I was getting intentionally neglected by the legal/justice systems. I was eventually kicked out of my living environment without notice & forced to be homeless as a severely disabled/abused citizen. My sex life was tampered with/controlled/sabotaged/violated & forced upon me (I was raped many separate times because of being violated/controlled with mind-control technology). I stopped using opiates in 2011 because of not being given lawful access to the medicines I need & because I was getting stolen-from/overcharged/ disrespected nonstop. It took some time for me to begin to recover from my opiate use. I laid in bed for the majority of a couple years as I was interrogated/tortured/violated with mind-control & sexually abused (forced to be sexual with others (Daphne/ Jen/ Kristen/ Morgan-all detailed earlier in the testimony) & constantly forced to jack-off). It was at my father's during this time period when Jesse Hennenfent got hurt (I provided a detailed testimony earlier within this testimony) & I was forced to watch my father's farm's new Dodge Ram truck burn. The following are the examples I remember as I was getting violated & neglected:

The Dodge truck lit on fire because of me getting violated with mind-control technology that was intentionally & premeditatedly. Mind-control was used on me to control my mind/body & force me to suddenly burn a sweatshirt that Morgan's step-father had given me & that I didn't want anymore because of her abuse/disrespect. I burnt the sweatshirt in the truck-bed & watched it burn gone. I then scooped out the left-overs of the fire onto the ground & was positive there was nothing left in the truck bed before eventually leaving. On the drive back home from the farm, the truck bed suddenly went up in flames & I believe my violators rigged the truck to burn. The brand-new Dodge Ram 3500 burnt to the ground after I parked it & got out of the truck. I walked home from Cameron. This entire incident is something I later remember Morgan Ray telling me would happen over a decade prior while I was in a concussion-stupor & being forced to listen to her abuse without being able to respond/ react.

While living with my father after I went to Macomb for school, I made several trips up to the Quad Cities to play poker with different friends. Several of the nights we ended up going to Daisy Dukes to enjoy the view provided by their young women. 1 of the nights while at Daisy Dukes my smartphone was stolen. Someone then went through my phone & attempted to contact my contacts for personal pleasure. I then received a call from a young lady in the Cities who claimed she was homeless & found the phone. She told me she would give the phone back to me & I planned on driving up there to retrieve the phone but forgot all about it while losing the number I could've called her back on. I believe mind-control was used on me to force me to forget about the conversation with her. My phones have been stolen a couple times & this is another example of how I'm constantly taken advantage of & stolen from. I had my personality/respectability sabotaged almost every time I played poker & every time I went to Daisy Dukes.

While at a bar that I helped at in Monmouth for a few months (Market Alley) a lady was there running the karaoke. Mind-control was used on me to force me to kiss the woman as we were standing outside the bar. I am pressing charges for both of us.

While at a bar in Monmouth, mind-control was used on me & forced me to kiss an unknown male who I was conversing with. He was a Monmouth College guy. I am pressing charges for both of us.

1 night while in a concussion-coma-type state of mind I drove to a bar in Farmington. After a drink, a young lady approached me & asked to talk. Mind-control was used on me to force me to kiss her before I left & drove home. I am pressing charges for being forced into this action.

I woke up from sleeping in my bed on multiple occasions with cuts/scratches on my stomach that weren't there when I fell asleep (I was violated & scratched intentionally in my sleep by an unknown violator). I believe this & all of the other violations to me that have occurred while I was sleeping were intentionally done to me because of the crimes I was set-up for during my childhood.

My father owned a Harley Davidson for some time. I was driving one evening at sundown wearing his green-tinted Harley Davidson brand goggles. I was driving into the sunset & was suddenly unable to see anything because of the sunset on the tinted goggles. If it wasn't for the 'honking' of a train then me slamming on the brakes & miraculously sliding/skidding to a halt, I would've drove into a train moving 50mph. I also bought a Harley Davidson off of eBay. I was told upon contract that the bike was in riding condition & not made aware of anything wrong with the bike. After purchasing & retrieving the bike, I realized the bike wasn't drivable. As I was buying the bike it started to rain so I didn't take it on a test-drive. It started fine so I purchased it. When I brought it home I tried to get on the motorcycle & it wouldn't move. I then tried to get the bike worked on & was told that the bike wasn't repairable. While purchasing the broken Harley motorcycle mind-control was used to violate me as I was inside the person's home. I was handing him the money for the motorcycle when mind-control technology was used to force me to look at his stack of DVD movies & look directly at 'Catch Me If You Can' (which is a movie I often think they are using me to make parody short-film jokes about while violating me with mind-control technology). I am pressing charges for being sold the junk Harley Davidson.

While living at my fathers in my mid-20s, mind control was used on me to force me into another situation that ended with my arrest & another murder attempt against me as I was an innocent victim. I was in my bedroom when mind-control was used on me to force me to suddenly take the remainder of the medicine I had been prescribed from the psych ward in Burlington, Iowa. The medicine didn't provide me with any benefit nor noticeable effects (I believe it was a placebo). After being forced to take the medicine, mind control was used on me to force me to get in my vehicle & drive towards Galesburg. I was almost to the intersection on Highway 41, driving from Cameron, when my mind was blanked intentionally by a violator using mind-control technology. I 'woke up' just before the stop sign at the intersection & slammed the brakes. I skidded through the stop sign to a halt on the other side of the road where a police SUV was parked. I skidded to the stop only a few yards away from the parked Knox County police vehicle, who immediately pulled me over & arrested me despite me being a victim in the incident. I had a small bag of marijuana & a pipe with me. I was unlawfully sent to the

Knox County jail & forced to sleep on a concrete bunkbed without a pad & then eventually released. I am pressing charges for being forced into the situation with mind control then unlawfully arrested as my lifelong court case as the victim continues to go neglected.

While living with my father mind-control was used against me to force me into selling my enduro dirt-bike that my father had given me. I was forced to give it away for next to nothing to Bobby Clevenger when I didn't want to sell my dirt bike. I'm pressing charges for being blanked & forced to sell the enduro motorcycle that I planned to keep.

On 11/5/16 I was living at my father's house in the most upstairs part of his house. I had been up there for quite some time dealing with disability symptoms & attempting to recover while minding my own business. My father unexpectedly yelled upstairs at me & told me to get downstairs. When I walked downstairs, my father was in the kitchen with Sheriff Edwards & another officer despite the fact that I had done nothing wrong. When I was greeted by the police, it seemed clear that they were there to arrest me. I mind blanked out of anger & shock knowing I didn't deserve to be arrested as an innocent & disabled victim, again. In my mind blank I was forced to spit on the officer closest to me. That officer & the sheriff then tackled me & tazed me. When I woke up from blacking out, I was being held on the ground getting tazed by the sheriff in the penis/balls. Then they once again arrested me as an innocent victim & took me to jail. When I got to jail, they had Taylor Peoples from the Monmouth police department escort me from the cop car to the jail. As I stated earlier Taylor Peoples supposedly attempted to get Morgan to have sex with him as I was getting arrested at Monmouth College as an innocent victim.

When the news told me that there was a tornado in Oklahoma City as I didn't have anything to do I decided I'd pack up & head down there to help them clean up. On the road there, I think I was poisoned while at a gas station's that had a Wendy's attached to it. I suddenly had heart attack symptoms & coughed/spit up almost a gallon of strange foam after eating from their restaurant. I spit up foam as I almost choked & eventually passed out in my car.  Mind-control was used on me as I was thinking I was going to die in my car to run/talk my mouth. What I said as I thought I was dying was another specific detail that I was told I'd be put through over a decade prior by someone I've forgotten the identity of. I then drove onto Oklahoma City & drove around looking for the damage & found it in perfect condition with no noticeable damage anywhere so I turned around & drove home. I'm pressing charges.

Mind-control was used to sabotage my personality & respectability. I was forced with mind-control to slander a person I've never met & say that I was molested by someone I've never met who was 1 of my grandmother's friend's that I always wanted to be introduced to (her card partner). I don't remember who I was forced to say that to but the incident never happened & I was forced to say it did. They forced me to do this while blatantly & creepily controlling/sabotaging my personality with mind-control technology. I'm pressing charges for being violated/sabotaged.

While living at my father's I went to Peoria 1 night to visit my cousin who was in the hospital. I was unwell (mentally) because of all the violations & abuse I'd been forced through up to the point & went to the strip club while in Peoria that night hoping to find a girlfriend. While

there, mind-control was used to violate/sabotage me & forced me to ask 1 of the strippers if she could get me pain medicine or heroin.  It took me a moment to process what had happened & I left once I realized what had just happened despite her telling me to wait there.

The following happened on a separate day from the testimony just mentioned: While my cousin Katie Mahoney was sick with a severe illness & being treated in a Peoria hospital, I decided to visit her. I was suffering from terrible head-injury symptoms along with symptoms from using medicines & being abused/tortured my entire life. I drove to Peoria to visit Katie & mind-control was used on me to 1st go to the strip club. While there, I had a gorgeous young woman dance on my lap & then left. After I left, mind-control was used on me to force me to jack-off my penis in my vehicle before going to visit my cousin in the hospital. I was parked in downtown Peoria & it was at night. I am pressing charges for being violated & neglected while on illegal surveillance (I was being intentionally sabotaged/violated).

I had the 8 ball from my Grandma's pool table in my room as 1 of my sentimental items that was 1 of the 2 items I was able to keep when she died back in the 90's. While living at my father's someone broke into my room & stole my 8 ball which was one of my only sentimental items. This is another example of a premeditated crime I was told I'd be forced through 1-2 decades ago by someone I've forgotten the identity of.

While living at my father's house Morgan Ray suddenly called me & asked if I'd take in a stray dog (pit bull) that hadn't been being cared for. I was in a concussion-coma type state of mind & my mental/physical health was poor because of being tortured/violated/sabotaged for the last 25 years & because of being abruptly cut off from pain medicines. I also was being controlled by a mind-control using violator/violators & didn't get the option to turn her down. I was forced to agree to take in the dog by a mind-control using violator. The dog was in horrible shape, diseased & was traumatized. I cared for him for a couple weeks as he puked/pissed all over the new carpets & tore up my father's nice furniture (without me being able to think to take him to the pound). The dog got hit by my neighbor's car within the first 2 weeks & needed hip surgery that cost more than $1000. I had to spend all my money on the dog (as I had no income) & then ask the 'Guardian Angel' place in Galesburg to help pay for the dog's vet bill. Once the dog recovered, he continued destroying my father's house. I left the house for less than 4 hours one day & came home to my room destroyed by the dog. My mind was then blanked by my mind-control violator/violators & kept intentionally blanked for the rest of this incident that ended with me taking the dog out into the country & putting it down with my .357 handgun. My senses (hearing) were controlled when I was forced to shoot the dog because it sounded like a computer shut-down when he "died". The dog laid there dead but I didn't see any blood anywhere after shooting him. I believe they were using mind-control on me & that the dog was a robot dog. I was forced to cry just like Travolta did in the movie 'Grease' about the dog as I was driving him out into the country. That movie highly irritated me as a child & Morgan claimed that was her favorite movie. I'm pressing charges for being violated, sabotaged & neglected. I would have never taken in the dog nor would I have shot the dog (I would have taken it to the pound).

While living at my father's mind-control was used on me to force me to say something about a porn star I have watched (& been forced to watch a lot) named Shyla Stylez. While in my privacy I was forced to say "just tell me she committed suicide (or died)". Within a week of being forced to say that the internet informed me that she died. I'm pressing charges for being violated/neglected/ harassed/tortured/controlled. Getting violated with mind-control technology seemingly simultaneously with the media/news/entertainment industries is something that's been done to me throughout my entire life so I'm hoping it was their way of telling me she retired.

While living at my father's I was being violated with mind-control as I was being unlawfully forced to be on probation. My violator that uses mind-control technology to violate me forced me to burn my face several times with a hot piece of metal. I was also forced to do this to my arm. I was so angry about them doing this to me & about me being violated nonstop for the last 3 decades that after I had been forced to do this several times I did it to myself 1 time.

While living at my dad's I was able to be around my nephew quite a bit. I was suddenly set-up with mind-control & unlawfully arrested, imprisoned & forced to live in psych wards as the innocent victim. When I returned home my nephew's eyes had switched from being blue to being brown. With how bad I've been getting violated for my entire life I'm forced to wonder if someone stole my nephew & replaced him with another child from somewhere else who appears similar to my nephew without my family noticing (my family hasn't caught on to the fact that I've been being violated/murder-attempted/raped/stolen-from/sabotaged/abused/tortured nonstop for 30 years right in front of their eyes so I don't think they'd notice if some lunatic stole my nephew Clayton & switched him with some other kid that's not our relation). I asked my sister Brooke, Clayton's mother, when his eyes changed color & she didn't know.

While living @ my dad's I walked his wife's dog, Holly, 1 day. We were walking up toward the road and there was an excavator working on the culvert on the northwest side of his property, where a crick goes under the road. The excavator didn't stop working despite seeing us. He caught the excavator bucket on the power line & stretched it to the point of threatening the dog & I's life. Mind-control technology was used to blank my mind & continue walking towards & past the excavator despite seeing the operator struggle with his work. I'm pressing charges for having my life put in danger intentionally with mind-control.

I was at the Bijou pub one night and mind control was used on me to force me to dump my full whisky drink onto an innocent young lady named 'Aly Herrera' for no reason. I'm pressing charges for both of us.

1 night in Monmouth, I was out at the bars drinking. Mind-control was used on me to force me to get intoxicated (I prefer to just catch a buzz opposed to getting wasted-drunk). I ended up at a young gentleman's apartment where I fell out of his chair & smashed my head into his wall, leaving a big dent in his wall. Mind-control was used on me to call my x-girlfriend, Morgan, that night & force me to cry to her (while at the kid's apartment). I'm pressing charges for Matthew Dutton. I am pressing charges for getting violated/sabotaged/neglected.

While living at my dad's during my mid-20s, I was unlawfully put on probation with Warren County. I was in a concussion-coma-type state of mind for the entire time & was

struggling with recovering from all the abuse I've constantly endured throughout my life. I had been & was using marijuana against their wrongful probation's conditions because of being unlawfully punished/charged, not provided fair nor proper representation & because I'm an advocate for marijuana legalization. At this point, I had woken up enough from my head injuries to know that I am an innocent victim being violated & punished but I wasn't prepared to represent myself with all these forgotten facts. Because of this, getting neglected by my doctors & being forced to live miserably without pain medications, I decided to continue to use marijuana. The probation officer would test me for drug use with a mouth swab. To pass the tests, I would have a small container of water in my pocket while at the probation meetings & slip the swab into the water before putting it into my mouth. I then wouldn't touch the swab to anything in my mouth. This allowed me to be certain I didn't fail any of the tests because instead of soaking it with my saliva the swab was soaked with clean water. 1 day before going to probation, my back felt a stabbing pain & I was no longer able to put weight on the lower half of my body. I laid on the ground for a while being unable to move. I didn't have a way to get to probation nor to contact probation. Suddenly & miraculously, my spine/legs began to work again & I walked up to the courthouse from my father's house on Broadway (a couple miles). When I walked into the probation room, they informed me that a test (which I know I passed) gave them a negative result. The probation officer (Brad Bockleman) violated me & had me arrested without notice. I am pressing charges for them lying about my false test & illegally punishing me as an innocent victim who is getting constantly violated. I believe they have a device in my back that controls when my spinal cord gets pinched & am pressing charges for having my health used against me illegally as a torture technique.

After being released from the Warren County Jail I blacked out for a short time & turned in a letter to State's Attorney Siegel speaking in favor for one of the inmates I was stuck in jail with (Tanner Johnson). I was in a blackout while writing & turning in the letter about the inmate that I know nothing about. I'm uncertain if my blackout was caused by my disabilities or from getting violated with mind-control technology.

While living at my father's, mind-control technology was used against me to force me to drive to Doug Bradford's house in Galesburg, uninvited, to purchase marijuana. When I showed up at his house my mind stayed blank & the technology was used to force me to go knock on his window. He let me in but I didn't get an option in anything leading to the incident. I'm pressing charges for being violated/sabotaged/neglected. I'm pressing charges for Doug having to be a part of the evidence now.

On my smartphone I usually have an app to play chess online against whoever I get paired with. I had just started playing chess again for the first time since childhood when almost instantly I was paired with a female who used the chatting portion of the app often. She was usually wanting to carry on sexual conversations as she played chess. I informed the person of my disabilities but they continued to attempt to persuade me into further conversation with 'sex' as the focus. I believe it was intentional harassment or a joke from someone. I remember mind-control being used to control me for most of the time I was corresponding with her. I'd be forced

to fault as I attempted to play chess & have a conversation with the person. I'm pressing charges for being continually violated & neglected as a disabled person.

In 2013 mind-control technology was used on me to set me up for a murder-attempt on Officer Greenleaf with my chainsaw. I was at home minding my own business when mind-control was used on me to control & set me up for everything involved with that arrest. I was forced to load my car with everything that was in it when I was arrested by a violator using mind-control (a marijuana smoking water-pipe, a small amount of marijuana, chainsaw, etc.). Just before I left the house, I had a call from the person who I was speaking with on the internet via email that was supposedly going to give me millions of dollars & who was the reason I went to London, England just prior to this arrest (somebody scammed me, a supposed Leslie McIntyre). I was forced with mind control to pack my car, text Liz Kucharz & ask her to call the cops for me & then forced to leave my house driving & ignore the police car lights that were flashing & the policeman attempting to pull me over immediately after leaving my driveway. I was forced with mind-control to continue to drive (with a blank mind) until reaching a roadblock set up by the Monmouth & Warren County police on the Burlington, Iowa bridge (obviously outside of their jurisdiction). I was obviously forced to drive to that road block considering the route I took is a route I would never drive (I have no familiarity with Burlington). I believe this entire incident was some type of joke because of a hit & run I was involved with at Burlington's Steam Boat Days in my high school years that I detail elsewhere in this testimony. 1 cop car followed me with their lights on as I was driven with mind-control to the Burlington, Iowa bridge. I didn't pass any cop cars & their entire police forces were there waiting for me when I was driven to the bridge (proving they were there waiting for me as mind-control was used to drive me there. Once I ran over a spike strip, I stopped the car & saw all of the police officers, around 20-30 of them, pointing guns at me. It infuriated me as I was mind blanked & I yelled at Greenleaf & chased him with my chainsaw in mind blank. During this incident my mind-control violators turned me into the bad guy sheriff from one of my favorite childhood movies 'Robin Hood Prince of Thieves' & had me yell "YOUUUU" when I saw Greenleaf & all of the other officers pointing guns at me as they were there waiting for me as mind-control was used to force me to drive there. I was then tazed several times by separate officers & then intentionally burnt with something on my forehead by Greenleaf. When I was arrested, I was chained to a pole for the entire night & couldn't move & forced to piss myself multiple times. Several more months of my freedom was stolen & I was violated/ harassed by everyone & everything as my grandmother was dying. I was unlawfully arrested as the victim to sabotage in efforts to racketeer, unlawfully held in jail as I was harassed/violated (by people & a violator/violator using mind-control technology), then unlawfully imprisoned (while being violated NONSTOP by my violators using technology) & then unlawfully put in psych wards as I was harassed/violated nonstop by both people & my technology using violator/violators. I was intentionally neglected by our legal system & not provided fair/proper legal representation once again for being forced to act in self-defense while in a mind-blank after over 30 years of torture on a daily basis. I was then unlawfully put on parole & again unlawfully violated for smoking marijuana. I was then sent back to jail then prison then another psych ward as victim to our nation's highest crimes. I'm seeking justice/compensation for all involvement. I'm pressing charges for defamation of character & them intentionally causing me emotional/physical harm. I'm pressing charges for

them falsifying evidence, using staged evidence, ignoring factual evidence, for sabotage, neglecting a disabled victim, racketeering, exploitation, extortion/coercion, wrongful imprisonment, wrongfully charging me, torturing me, sabotage & more.

I worked at the bar called "The Alley" in Monmouth, for a winter. I was up there 1 night playing pool with a friend of mine. I had coveralls on & was wearing a knife underneath because I had just taken off from working on the farm. Earlier that day I had been forced to jack off my penis while considering a sexual scene with a woman in a cowgirl/daisy duke outfit. The kid Morgan abusively bragged about having a 3-some with to me & that I was forced to call a 'nigger' showed up to the bar in daisy-duke shorts. Mind-control was then used on me to grab onto my knife & begin pulling it out before I realized what was happening & stopped myself. I'm pressing charges for being violated with mind-control & mentally abused by organized criminals using the ability to read & control my mind.

Ever since Facebook has been available mind-control gets used on me to force me to check on people & see how they appear to be doing. After my x-girlfriend (Morgan) & I had our last meetings, mind-control was used on me to continue checking on her Facebook some (I believe my violator was attempting to make me appear desperate &or creepy while I was being unlawfully spied on). 1 of the days when I pulled up her Facebook account, it showed her with her now husband. She had put a picture of them together congratulating him on graduating his armed forces training. Mind-control technology/violations had forced me to talk to her the previous day. Mind-control was used on me to violate me & force me to ejaculate as soon as I opened her Facebook page & saw that picture. I am pressing charges. This is another example of something that I later remembered that I was told would be happening (while in a concussion stupor) 1-2 decades before it happened by someone I've forgotten the identity of.

While being introduced to Greg Lewis, Rory Smith & Doug Bradford mind-control was used against me to sabotage my personality nonstop (causing me to seem as if I was being poor company intentionally). I was forced with mind-control to lie to Greg about living in my father's house when we first met (my mind-control violator that talks for me told Greg that the house was my uncles (for an unknown reason to me)).

I went to the tanning salon that my x-girlfriend (Morgan) had worked at while in a mind blank & getting controlled with mind-control technology. I was hoping the light exposure would help get rid of the acne on my skin. Mind-control was still being used on me to force me into having an on&off-relationship with Morgan. A young lady at the tanning salon approached me & informed me that Morgan had a relationship with another man that I wasn't aware of. Mind-control was then used on me to blank my mind & force me to cry once I got in my vehicle to leave. I believe I was forced to cry about being constantly subjected to negative while being under surveillance & unable to control my actions/reactions. I am pressing charges for being constantly violated/harassed/neglected while under illegal surveillance.

While driving through McDonald's drive-through in Monmouth, mind-control was used against me to force me into touching the young lady's hand awkwardly as we exchanged money/food. This violation was forced on me in between 2012-2015 & I'm pressing charges.

This is another example of something I was told I'd be forced through (while in a concussion stupor) 1-2 decades before it happened by someone I've forgotten the identity of.

During one of my visits to Chicago, I met a man supposedly named Ernie Burden while I was at a bar with my friend Michael Long. The man caught my attention as he was talking or pretending to talk on his phone about investigating a fire in Macomb. The conversation obviously caught my attention because of my relationship with Robin Meyers & her home on 'North Edwards' in Macomb, Illinois. After eating I ended up searching for him on Google. Google led me to his work place. I went there & attempted to talk to him but was informed that he was not going to be my lawyer. On the train ride home, mind-control was used on me to put me into a strange conversation with a man who seemed to be Sir Jude Law (the actor) but who informed me his name was Elwood. I ended up emailing with both Elwood & Burden afterwards. A book Elwood recommended to me did vision tricks with me as I attempted to read the book (my vision was altered with technology as I attempted to read the book). I'm pressing charges for being violated/neglected while under surveillance & forced to live without my rights/medicines/earnings/compensation/justice.

***Galesburg- Broad Street (2010-2011):*** I lived with Morgan Ray at her parents' house on Broad Street in Galesburg. We stayed in the guest-house that was situated by their backyard pool. While living there I was being violated with mind-control technology the entire time. I was abused/interrogated/sabotaged/tortured by a torture-technique-using mind-control violator. My mind was blank almost the entire time & my memory rarely worked while I was staying there. I wouldn't have been with Morgan if I wasn't getting blanked & forced to. I was tortured because of my use of pain medicine the entire time by both Morgan & my violators who violate/control me with technology. What few details I can remember at the moment are detailed within the following testimony:

While shopping @ Walmart late one night, I was forced to steal a supplement meant to help someone grow their penis. I was thinking about how big of dickheads everyone had been being to me for my entire life while I was shopping & my violators kept violating my thoughts with technology & continually attempted to persuade me to steal the supplement. I was forced to consider it as a joke (mind-control was being used on me to tempt me in the 1st place & I was/am tired of being messed/tampered-with/ violated). At first, I was being persuaded by my mind-control violators but I decided against taking it & continued to walk around shopping when mind-control was suddenly used to force me to make the decision/action. It was a joke to me because I used to be able to grow my penis to my feet or up-past my head before I got hurt & because Morgan constantly talked about the penis sizes of the other people she slept with in an abusive manner towards me as I was being forced to be with her & dealing with harassment/abuse from every person I communicate with as I should be a healthy billionaire who was one of our best looking humans before getting tortured.  At the time I couldn't process/react, I could only observe my surroundings & remember little of my past. I'm absolutely positive mind-control technology was used to control me & force me to steal the package of supplements. I remember taking the medicine out of its box & leaving the box there. I remember putting the medicine within something else that I checked out with. I then remember being forced to put the

medicine in Morgan's underwear drawer & leaving it there. I believe my mind-control violators were making a joke about telling her to go grow her penis because she is such a dickhead. Mind-control also gets used on me to violate/sabotage/torture me with my penis & its functionality. I firmly believe my violators using mind-control technology are 100% guilty of this entire incident (stealing & then staging the evidence) & were making a joke about hating Morgan with me. This was another exact incident/set of details that I was told would happen years if not decades before it did during a conversation that I don't remember while I wasn't processing nor remembering anything. I am pressing charges for constant mind-control violations/neglect/(constant) abuse/torture-techniques being used on me to cause this incident & the rest of the violations I've been forced through nonstop for my entire life.

While dating Morgan Ray, I spent some time with her brother Adam while I was in a concussion-coma-type state of mind. One of his hobbies is to search for & collect native American artifacts. I was living in Galesburg & occasionally went to the antique mall there to see their selection of artifacts. At the antique mall, mind-control was used to violate me again. I had noticed an exceptionally large arrowhead in perfect condition. It was labeled with a label reading "Rainbow Riders" & some other words that I forget. When I noticed that the label said 'Rainbow Riders' (which is a place in Monmouth & made me think of my mom's neighbor who was an undercover CIA agent whose wife worked at the Rainbow Riders in Monmouth) my mind went blank. While in my mind-blank I bought the arrowhead & then hid it from Adam at his archeology dig-site. The next time we went out there I was having mind-control used on me & I was forced to act as if I found the arrowhead buried in the ground. This same thing was done with me while I was being blanked/controlled on multiple occasions. 1 of the times I think I noticed my mind being blanked to buy arrowheads & I might have taken a cheap-small trinket from the antique store out of anger because of being violated/neglected but don't remember. I'm pressing charges for mind-control technology forcing me into these situations for both Adam & myself.

1 winter night while living in Galesburg, I drove my Jeep Wrangler to Target while it was frigid cold. My jeep was a soft-top & I didn't plan to be in Target for long. I parked my Jeep & left it running with the heat on while I ran into the store. After purchasing my items, I went back outside to leave. The Jeep had been put into reverse somehow while I was inside. The jeep managed to drive & wreck itself into another vehicle (I believe someone broke in & wrecked it intentionally or intentionally tampered with the vehicle & forced it to wreck). The Galesburg Police were outside with an officer who I recognized from growing up in Warren County, Lane Mings. He asked if they could search my Jeep with their dog for illegal possessions. I gave him permission & he searched the Jeep. Nobody investigated how my Jeep was forced to wreck into the other vehicle while I was inside as they attempted to once again incriminate me as an innocent victim. I without doubt put the jeep in park before exiting the vehicle. I am pressing charges for being searched when I was victim to intentional damage to my property & sabotage. Around that time Morgan told me that Officer Mings had 'hit on her' (sexually).

*Magnisons (2009):* I lived at the Magnison's house with Morgan for a short time. I don't remember how long we lived there together because of the concussion-coma-type state of mind I

was living in at the time. Morgan was intentionally abusive for our entire relationship. It was there when Morgan stole a bottle of over 60 OxyContin 80 mg pills that I had been forced to spend thousands of dollars on. My tolerance was using 1-2 of the 80 mg pills every time I used the medicine & her suddenly cutting me off put me through horrible withdrawals. She had to take me to the emergency room. The withdrawals caused my eardrum to re-rupture after a rupture happened during my scuba-diving class at WIU earlier during that time period. I remember being forced into saying several things I never would have said as we were arguing verbally while I was in a concussion-coma-type state of mind & getting sabotaged with mind-control technology. I remember being forced to have sex with her in a mind-blank. I'm pressing charges for being violated/raped/tortured/abused/sabotaged/neglected.

***My father, Kent's (2008-2009):*** I stayed at my dad's quite a bit during my last year of education at Western Illinois University. Morgan stayed there with me for the majority of the time while I was in a concussion-coma-type state of mind. While living there I was getting violated with mind-control technology the entire time. I was getting harassed/violated by the local law-enforcement while being neglected by them, the legal & the medical authorities. I was forced to overdose using opiates on multiple occasions by a violator using mind-control technology. I was forced to hold a gun to my head in front of my father & Morgan. My actions/speech were altered & forced nonstop. My sex life was sabotaged & forced upon me. My driving was being tampered-with/sabotaged by a violator using mind-control technology. I was being punished with mind-control technology for my marijuana/pain-medicine use. I was overwhelmed with disability symptoms/ violations/harassment/neglect/torture & couldn't put a fair effort in towards my education nor relationships. All of this happened while being unlawfully kept under surveillance with mind-control technology. The following are the examples that I can remember at this time:

While in a concussion-coma type mind state/stupor & purchasing a new phone from Verizon Wireless, an employee of theirs stole from me. She added & charged me for a pair of headphones & another accessory to my shopping bag that I didn't want/ask to purchase. I am pressing charges for being taken advantage of. She was the attractive brunette with curly hair that worked at the Verizon in Galesburg for several years.

Anytime I have clothes that fit or that I appreciate owning, they get stolen or ruined intentionally by my violator/violators. I noticed my favorite sweatshirt was stolen, a Wrigley Field sweatshirt I had bought at a Cubs game & this is another example of something that I was told would happen to me 1-2 decades prior by someone I've forgotten the identity of.

One of the times I was at my father's I parked my Jeep Wrangler in his driveway & left the jeep running. After getting out of the jeep it suddenly started taking off by itself in reverse heading towards the creek that runs through his yard. I had to take off running after the jeep & open the door & hop in to stop the jeep before it almost crashed into a tree & the crick-water. I believe my jeep was tampered-with & this was done to me intentionally. I believe the same thing might have happened when I left the same jeep running in Target's parking lot & I walked outside to it wrecked into someone else's vehicle.

***Sherman Avenue in Macomb*** *(2008-2009):* While attending Western Illinois University my final year, I rented a house with 5 other guys. I was in a concussion-coma-type state of mind & getting constantly violated with mind-control technology while living there. My memory is unreliable for the majority of my time there but I remember several of the violations to me & my people: I was living in a room with Adam Hennenfent & remember being forced to jack-off while attempting to fall asleep on at least one occasion as he was sharing a room with me & attempting to fall asleep at the same time. I think it was a forced reenactment of what I was forced to do while sharing a bunk-bed with my sister Sarah in my childhood. - I was forced to go into Brandon, Jon, Nick & Pat's rooms & steal a total of $100 from Nick & Pat for pain medicine. - I was forced to have sex with Morgan during one of her visits while in my room & everyone could hear us & it was while I was being mind-blanked & forced to be in a relationship with her despite her constant disrespect. - I remember being in a mind-blank & attempting to use pain medicine intravenously. I couldn't hit my vein & attempted over 30 times before getting it but remember having over 30 stab marks in my left arm afterwards. Mind-control was used on me to force me to attempt to get relief from the substance & to not allow me to be able to use the needle on my vein.

***Lotz Property Rental*** *(2007):* While living in Macomb for my 3rd year at Western, I had trouble locating a place to live & ended up living at a trailer park on the very west side of town. I was in a concussion-coma-type state of mind & getting violated with mind-control technology the entire time I was living there with Joe Battenburg. I remember being forced to jack-off while lying in bed & turn & ejaculate on the wall next to my bed on several occasions while living there. I was so hurt/unwell that I never thought to clean the mess & know the place had to smell terrible (my sense of smell rarely works & I never noticed/remembered). I don't remember much from classes/my education & don't believe I retained anything from the attempts to gain education. The apartment was given to me needing cleaned & with a giant hole by the entrance/exit door from them starting to work on the septic system. They never finished their work & the hole was left exposed for the entire time I lived there. Guys would stop out to the apartment & play cards with me often & a guy named Ryan fell into the hole. - While living there I bought an English bulldog using maplecity.net's classified adds. I was instructed to send the payment to someone using western union & did so at the Wal-Mart in Macomb. I sent the payment & was promised I'd be shipped a bulldog that never showed up. My disabilities caused me to forget about it for a while but now that I remember & I'm pressing charges. - While living at Lotz Properties, in Macomb, my laptop's external hard-drive was stolen while I was in a concussion-coma-type mind state. I also had marijuana stolen (worth $150). I was never able to report the theft because of not being able to function at the time.

***apartment- Macomb*** *(2007):* My 2nd year of living in Macomb I rented an apartment on the north east side of the campus that were situated by the dorms I lived in freshman year. I was in a concussion-coma-type state of mind & was getting violated with mind-control technology the entire time. While living there my apartment was broken into & the safe I had full of sentimental items was stolen. I didn't call in the incident to the police because of my disabilities/ being constantly violated/ my poor memory & being unable to trust the law enforcement & justice system that had/has been continually violating/neglecting me. I bought a puppy while in a mind-

blank even though I wasn't supposed to have pets in the apartment. I was eventually charged for ruining the carpet of the apartment because of having the dog despite the dog not soiling the already soiled carpet. I was jumped by 3 kids while living there late at night while I was drunk. When they took turned punching me I wasn't allowed to defend myself & was frozen by my violator who controls/violates me with technology. As I was describing the incident to someone I know I remember getting forced to use the word 'nigger' after getting jumped & while describing what happened to some people from home despite not being willing to use that word (by my violator using mind-control) (2 of the 3 kids who jumped me were black). I'm pressing charges for being violated/neglected/sabotaged/abused/tortured. I'm pressing charges for anyone else who was violated/neglected &or who lost because of the violations/neglect towards me while living in the apartment in Macomb.

***Dorm-Western Illinois University (2006):*** My freshman year at WIU I stayed in a dorm on the northeast side of campus. Most of the year I stayed on Adam (Hennenfent) & Justin's (Haase) couch at their apartment close-by.  I was in a concussion-coma-type state of mind for the entire time I stayed in that room. I was also being abused/violated/tortured/interrogated with mind-control technology while getting intentionally neglected. A few of the examples of me being violated while living in this dorm: I slept through a fire-drill & believe mind-control was used to not allow me to get up. - I had sex with Selina in a mind-blank & we made noise loud enough for part of my floor to hear us. I wouldn't have had sex with Selina if my mind was functioning & if I wasn't being violated with mind-control technology - I was forced to take a selfie-picture of myself smoking a pipe & post it on Facebook by a violator using mind-control technology while I was blank-minded. - I was constantly ticketed & pulled over by police as I was being mentally/physically/sexually-abused, violated, sabotaged & tortured with mind-control technology.

***Maplewood (2004-2005):*** After my parents split up during high school, my father moved out. He eventually bought a house on Maplewood Drive in Monmouth. I moved in with him while I was in a concussion-coma-type state of mind. I was being violated with mind-control technology for the entire time I lived there. I stayed in the basement most of the time & can remember using the sink down there often to urinate because of how hurt & unable to function that I was. I was forced to nearly break into a neighbor's house 1 night after drinking alcohol because of having mind-control used against me as I was intoxicated (I thought their house was my house). It was there where I shared most of my time with Melissa Patterson & had our sex-life violated/sabotaged/tortured/forced-on-me. - While living at my father's house I remember going to a guy's house who was attending Monmouth College named Caleb. A friend of mine named Drew Lozier had let me borrow his Xbox (video game system) & I had taken it over to Caleb's house. The Xbox was stolen from Caleb's house & I ended up giving him mine or buying him a new one despite being an innocent victim.

**Examples of more violations-**

*This evidence would be well over 1,000 pages if I had been writing down every violation I've been violated with for my entire life but because of the severity of my disabilities, knowing I'm under surveillance because of being violated with mind-control technology & because my exact ideas are being used nationwide, I wasn't always able-minded to be able to remember nor write testimony along with the fact that I didn't think it was necessary to be constantly writing about getting violated. My head injury symptoms caused me to forget my entire past multiple separate times after several different severe head injuries. An investigation, this testimony, the provided witnesses & or using the surveillance evidence that is constantly created as I'm getting violated with mind-control technology will provide sufficient evidence for the court & will prove that I've been violated much more than what I've been able to remember & provide testimony about. These are more specific examples of me getting violated that I couldn't fit into any of the other sections of this testimony & this is my best effort to get them organized chronologically.*

1)= childhood 2) = grade school 3) = high school 4) = college 5) = after college

5) I haven't been invited to any of my nieces' nor nephews' baptisms, birthdays, sporting events, etc. I haven't been invited to any of our family holidays except at my mom's where she goes along with using torture techniques on me every time while taking advantage of my high-stress situation to ridicule/torment me. All of my relationships/friendships & family-relationships have been damaged/destroyed because of getting neglected/violated as a permanently disabled citizen.

5) Judge Raymond Cavanaugh once again had me in court after I was unlawfully arrested while living in Alexis when my neighbor attacked me verbally then physically. During court I told him that I've been getting criminally violated on a daily basis nonstop for over 3 decades & his response was "I heard that".

5) The following is another exact detail I was told would happen long before it happened but forgot about being told that it would happen until long after it happened: While communicating with Doug Bradford I was violated/controlled/sabotaged with mind control technology & forced to send him a text message asking him if he could get me any "white girl". I was being forced to communicate with him about potentially finding me cocaine (that I wouldn't have wanted if consciously functioning) while my violators were attempting to trick him & the spies into thinking I was looking for a prostitute (I don't buy prostitutes).

5) 3 of the years while I was unlawfully/wrongfully locked up in jail & a prison & a psych ward I played solitaire often. On 3 out of 4-5 years while playing the game on my birthday I won with the exact same cards ending up in the exact same spots. Each game ended with me having a 10 of spades, a 9 of hearts, an 8 of clubs & a 7 of diamonds up top (1987 is my birth year). I have the specific details for the rest of the cards recorded in my hand-written notes.

5) Sometime between moving out of my dad's & being homeless & now, I stayed the night at my sister Sarah's. After Eric & Sarah went to bed my mind was violated & mind-blanked intentionally. While in a mind blank I was forced to watch porn on my smartphone & jackoff. I have been mind blanked & forced to jack-off thousands of times in my life now & I'd press charges for every single time if I could but this is a specific example I can remember upsetting

me. This specific example is something I later remember being told would happen 1-2 decades ago by someone (I've forgotten who).

5) Manufacturing & producing mountainboards was a childhood idea/suggestion of mine. Back then there were only skateboards & I suggested the design/use of the modern 'mountainboards'. Now the only mountainboards I can find to buy are labeled MBS (which is Morgan Bower Swing's initials (a violator in my court case) & I don't believe it is coincidence. I am pressing charges.

5) A guy I met at college sent me a t-shirt through the mail while I was living at 304 South Scott Street in Alexis & him doing so is something I remember being told would happen years prior during a conversation that I don't remember. During that conversation I remember whoever telling me this was going to happen telling me that the guy, Ryan Stone, would be telling me he was raped (which he did) & that he was actually plotting to murder me. I believe Stone is a good person & do not yet consider him a threat nor do I trust anything that people tell me usually but after remembering this (on 11/18/24) I decided it needed to be documented with the rest of this evidence.

5) After being dropped off in Galesburg by 1 of the psych wards in Chicago, I had to walk to Cameron to retrieve my vehicle. North of Cameron a dog began to follow me. I couldn't get the dog to stop following me & saw which house he was from so I kept walking. Once I got to my truck, which was south of Cameron at my dad's farm, I loaded the dog in the truck & drove him back to the house he was from. The man living there approached furious but I kicked the dog out & left without communicating with him. I wasn't in the mood to deal with him (Josh Painter).

5) When I was told of Gary Christian's death it felt like a tazer shocked my head. This same feeling has been intentionally forced upon me several times throughout my life by my mind-control technology using violators.

5) While being forced to date Morgan Ray, I was violated with mind-control technology & forced to message Liz Twomey using Facebook messenger. I was forced to tell her that I was thinking about beating up Evan Banks (Morgan's friend) when I had no problem with him whatsoever & only had a problem with Morgan. I hadn't communicated with Liz in over 2 decades prior to that & getting forced to message her that made me furious. The crime against me is another example of how my violators intentionally sabotage my respectability/personality.

5) Mind-control technology was used to force me to burn & scar my hand with a cigarette.

5) In between 2010 & 2011 I visited Corey Champion in Iowa City. While there Corey threw a frying pan & hit me in my head so I left because of my anger with him. On the way home I went to the strip club with a friend of mine as my head was still bleeding. I wasn't functioning well enough in that moment to think to clean my head up before going in. While there a stripper put her boobs in my face. Afterwards I ended up back at Morgan's & I don't remember what happened that night with her but my forehead has been broken out & looked like a disease since that next day & it's 2025 now. Him hitting me with the frying pan then me going to the strip club with my head bleeding & my forehead being broken out for the next 15 years are all exact details

that I'm now remembering (3/31/25) being told would happen 1.5-3 decades ago during a conversation that I don't remember. Someone poisoned me or Morgan gave me a disease.

5) While in my privacy I was forced to say that I'd hurt one of my mother's x-boyfriend's (Howard Mason) with a baseball bat if needing to defend her against him by a violator using mind-control technology to sabotage my personality. The next time I saw him he said something about it & I was forced to respond to him that I would. I'm pressing charges.

5) I was at 'Buddy's' (a bar/grill) in Galesburg one night in between 2010 & 2013 when mind-control was used to force me to kiss an unknown woman & doing so is another exact detail I was told would happen long before it did by someone I've forgotten the identity of during a conversation that I don't remember.

5) When I first got an Instagram account, mind control was being used on me to have me search for everything I could think of. When I researched to see if the magazine 'Penthouse' had an account, their account loaded up almost every picture from a penthouse that I can ever remember seeing (I think their account was made specifically to advertise-to/include/harass me). I think the 'Hustler' magazine's account provided me with a similar experience.

5) While at the YMCA in Galesburg I played a pickup game of basketball with 3 other guys. I believe mind-control technology was used on me during the game to have me make a half dozen 3-pointers in a row during the game. I'm an ok shooter but hadn't shot in a long time & it felt to me as if mind-control was being used on me. The same thing happened to me while playing basketball during gym class in high-school & I think mind-control was used on me then as well. During that game I beat the majority of our entire basketball team almost single-handedly without missing a shot throughout the 30+ minute game.

5) My mom was a part of a sorority at WIU in Macomb while she was in college. 1 of her friends from there asked me to do some work on their sorority house which included pulling nails from interior walls & re-blacktopping their parking lot. While there pulling nails, the empty room I was working in had a digital camera in it. I believe it was my digital camera from my childhood (that was taken from me after having mind-control used on me to force me to take naked pictures of my neighbor, Caroline) but was uncertain, so I left the camera where it was. After noticing the camera, I took a break from my work & walked around observing the house I was working in. Mind-control was then used on me & forced me to jack-off my penis while on my break. Soon after, a guy I know called & asked me if I jacked off at the job & I was forced to communicate with him & spoken for by my violator/violators that use mind-control technology. I don't have any recollection of what happened after I spoke with him & don't remember waking up out of my mind blank until days/weeks/months later. I am pressing charges.

5) While at a gas station in Galesburg mind-control was used to violate me. Derek Smith was at the gas station (the man who owned the motorcycle I was forced to light on fire) & so was a kid from my high school. When I noticed Smith there, mind-control was used on me to force me to avoid him by forcing me to talk to the kid from my high school. I was forced to tell the kid (Adam Condreay) from my high school that Smith was the person whose motorcycle I burnt (they neglected to have me tell him that I was mind blanked & forced to burn the motorcycle).

I'm pressing charges for being violated/sabotaged. I'm pressing charges for Adam Condreay for having to be involved in the incident.

5) Before my Aunt Jackie died, I drove to Missouri to visit her & my uncle (in between 2014-2017). I'm now remembering (6/19/2024) that every detail that happened while I was there were more exact details that I had been told would happen 1-2 decades prior: On the way there I stopped at a state park to sleep. I slept in my truck in one of their parking lots & a police officer showed up & forced me to go pay to park/sleep in the campground area. While at my aunts one of their horses accidentally stomped one of their baby goat's head & I suggested that we put the goat down. There were several more details that I remember being told would happen that occurred but I cannot remember them yet. My Aunt Jackie died soon after exactly as I was told would happen years prior.

5) At some point within the last decade (its 2023) I checked Pornhub for harassment because I'm constantly being harassed on the internet. The website's 'home page' features several video options always. While checking the website on this specific day all the home page's videos were the porn videos I watched in my childhood. I believe the government was reminding me that they have had me under surveillance for my entire life.

5) During a conversation that I can't remember I was told that people from my surroundings are lying to authorities about providing me the medicines that I need as they steal it.

5) During a conversation that I can't remember I was told that all of the kids who are involved in the surveillance of my childhood football games & all of their people are against me getting to have a sex life because of how easily the surveillance proves that I could dominate them physically.

5) Since creating internet accounts on the following applications/websites I've dealt with harassment nonstop: Instagram, Pinterest, tinder (all 3 websites were my ideas as a child). Instagram & Pinterest seem to showcase my childhood design/invention ideas nonstop & tinder accounts constantly harass me about my past.

5) At some point in my life I was violated with mind-control technology & forced to tell Casey Sheppard that her boobs looked bigger as she was bartending at the Bijou in Monmouth (another specific example of my personality getting sabotaged by a violator using mind-control technology).

5) I have a memory of me kissing a girl from Monmouth named 'Jalen' at 'the Bijou Pub' but I don't remember any details from the night. I believe mind-control technology was used to control me & force me to do this. I believe that someone from my past told me this was going to happen but I cannot remember for certain yet.

5) I was forced to kiss a lady hosting karaoke at Market Alley in Monmouth & this was another exact detail that I was told would happen 1.5-3 decades before it did.

5) I have a memory that included me kissing a bartender in the town of Abingdon while my mind was blank & as I was getting controlled, violated, sabotaged & tortured by a violator using mind-

control technology but I cannot remember details & believe my violators were making jokes about creating date-rape type drug effects on me using mind-control technology. I believe that someone from my past told me this was going to happen but I cannot remember for certain yet.

5) I have had 2 smartphones stolen. One was stolen on a public bus in Chicago out of my coat pocket & the other was stolen from the strip club in the Quad Cities. Another one of my phones was sold to me as indestructible & had its screen intentionally smashed with a stripper's heal (leaving a mark but not breaking the phone) & all of these incidents are exact details I later remembered being told would happen decades prior.

5) Jason Bishop wrecked my black Jeep Wrangler accidentally when a deer ran out in front of him as he was driving my jeep by himself & to my knowledge never paid for the damage.

5) I occasionally make script-writing & character-designing jokes to myself while I'm by myself without verbally explaining myself to the spies who unlawfully keep me under surveillance. I've noticed that every time that I do my surroundings/surveillance-team continually misdiagnose me as mentally-ill.

3&4&5) On many multiple separate occasions, while driving, mind-control has been used on me to blank my mind & blatantly force unwanted actions. On some of the occasions it's been used to force me to accelerate my vehicle unwantingly. 2-4 times when given a speeding ticket, mind-control/communication technology told my brain to make sure I was driving the speed limit. I'd be driving along with maintaining my speed as my main focus & then mind-control was used to force my foot to accelerate just as a policeman was driving by, ultimately setting me up for a speeding ticket. Other examples are when they force me to turn on my turn signal or move my arm/hand or force me to talk, etc. I am pressing charges.

3&5) On separate occasions, while in a concussion-coma-type-mind state/stupor & while mind-control was being used to violate/control me, I sent messages to young ladies who I wouldn't have messaged had I not been getting controlled & severely disabled/violated. Both of the young ladies were in relationships with different friends of mine. I don't remember the entire conversations with either one but am pressing charges because of mind control getting used on me to send messages to people I wouldn't send messages to & for being forced to say things I wouldn't say. My violators use mind-control to disrespect/sabotage friendships I attempt to have. Shelby Simpson (high school). Lydia Heirwagon (during college). Kelly Cruse (during college & in between 2019-2022).

1-5) If the local law enforcement is saying they were unaware that mind-control technology was being used on me to violate me, I'm disappointed with the communication between my elders & our justice system's employees (& believe they are organized criminals who are blatantly lying). If they were aware I have had mind control used on me to destroy my life since I've been 3 or 4 years old, several of our local law enforcement officers have crossed the line by violating me. Despite what they knew & didn't know, they are guilty of neglecting me as victim to the nation's highest crimes. I have been permanently disabled since I have been 4 years old since getting violated with intentional head injuries (murder-attempts). That alone entitles me to more respect & rights from our justice system than I have ever received. I've constantly been treated as if I am

a criminal despite being an innocent victim to our nation's highest crimes with goals only to improve & enjoy life on earth as much as possible, for as long as possible.

1-5) All my attempts at relationships/friendships have been intentionally sabotaged by my mind-control using violator/violators.

1-5) I am now remembering on 11/13/24 that somebody told me Drew Pearmen (a male from my local area that is around my age) would be getting charged & sentenced for murder up to years before the crime happened. I was told Tom Siegel (the Warren County State's Attorney) would be the man to prosecute them.

3-5) Throughout my sexual experiences I have been violated by my mind-control violator at least 3 separate times & forced to tell the women I was being sexual with to "swallow it" as they were providing me oral sex.

4&5) Since being caught writing my own prescriptions at Walgreens every time I have been there I have been victim to harassment of some kind. It's usually something small, for example, 1 of their employees' nametags is always a name of someone involved with my court case or the music they are playing harasses me in some way (& it always seems blatantly intentional). I am pressing charges for all involvement with the OxyContin scandal at OSF & Walgreens. I'm pressing charges for being forced to live without the medications I need.

4&5) I was violated with mind-control technology & forced to leave several of my past living environments behind scattered with my belongings & dirty. My mind was blanked multiple days at a time so that my violator/violators could achieve this sabotage against me. Several of the places were given to me unclean but I wouldn't have wanted to leave with extra work.

4&5) Throughout my time as a client of Midwest Bank of Western Illinois I've been violated with mind-control technology simultaneously as the online banking app alters/tampers-with my bank balance on several separate occasions. I always take it as a threat or a notice that they are stealing from people while using mind-control technology to alter with people so that they don't know that they are being stolen from. When they do it to me, they force me to miscalculate my calculations as I use my personal calculator as they tamper with my balance & violate me with mind-control technology. Every time I've noticed this getting done to/with me my numbers then are switched back to the correct numbers soon after so I know I'm being used as an exposition for the potential crimes that can be committed. This has happened to me 4-6 times that I can remember & I'm pressing charges.

4 or 5) While being forced to share myself & my time with Morgan Ray by my mind-control violators who was constantly blanking my mind & sabotaging/controlling/torturing me my violator used to make it seem as if Mick Kaywood was using mind-control on me & that him & Morgan were communicating to each other & having sex with each other through my body.

4 or 5) I might have been forced to urinate on a public bar while intoxicated. I don't remember if it happened or where it was if it happened but if it happened, I know for fact that I was forced to do so by a violator using mind-control technology. I remember being told about someone else that I know pissing on a bar. I think my violators force me to do acts I heard about during my

past that I thought were funny at the time. Another example was when I almost broke into someone else's house in my dad's neighborhood on Maplewood Drive in Monmouth because I thought it was my house as I was intoxicated. That incident was very similar to a story I heard about a guy who was arrested for accidentally breaking into someone's house while intoxicated & who was found sleeping on the kitchen floor attempting to feed the home owner's dog. They did this same thing to me at Morgan's pool-house that I lived with her in soon after I had moved out. For that incident mind-control was used to force me to drive to her house & let myself in while nobody was home. While there I remember falling asleep on the floor while attempting to feed my dog & take the trash out. I was without doubt controlled for that entire night & had that incident completely forced upon me.

4) I drove my father's Harley Davidson to Iowa City. While there, I gave a young lady named Aly (Corey Champion's wife's friend) a ride on the motorcycle. While doing so mind-control technology was used on me to force me to ramp a construction obstacle while giving her the ride. Later on, I realized my pain medicine was stolen out of my luggage while I was there. I had around $500 worth of pain medicine stolen from me while staying with Corey Champion (which was all of the money & medicine that I had). After realizing my medicine had been stolen mind-control was used to violate me & force me to drive me & the Harley back to Monmouth @ 80mph in a pouring down rain lightning storm. I am pressing charges for attempted murder because of being forced to drive in the rain storm & for being stolen-from.

4) At the very beginning of Morgan & I's relationship, I was arrested at Monmouth College for having pain medicine & marijuana as mind-control was being used on me to force me to spend my time with her. During the arrest, mind-control was used on me to throw a baby-like temper-tantrum in front of everyone as I was in a concussion-coma-type state of mind. I had a couple ounces of the marijuana taken that I planned to keep for myself along with a grinder & pipe. I also had all of the medicine I had at the time taken (pain medicine that I had given ALL of my money for so that I could function somewhat normally). I'm seeking justice for being violated & having my medicine taken as I was getting intentionally neglected & intentionally violated with mind-control while I was getting forced to be in a sexual relationship that I didn't want anything to do with. This all happened as I still am being forced to live without the medicines necessary for me to function unless I buy them from regular citizens at unaffordable prices. During that arrest Morgan told me afterwards that the Monmouth Police officer, Taylor Peoples, told her he would have sex while they were arresting me & searching her room. I'm pressing charges for getting violated, sabotaged (which exploits me for racketeering purposes) & unlawfully arrested.

4)  I was arrested by Matt Greenleaf & was asked to let the sheriff's office go through my phone & work with them on a marijuana case involving my cousin's boyfriend, Matt Kane, while I was in a concussion-coma-type state of mind & living with permanent disabilities, while my lifelong court case involving many murder attempts & rapes against me continues to go unsettled & not talked about. Mind-control technology was used to blank my mind, violate & control me (used to control my conversation) while the police unlawfully interrogated me. I was forced to agree to let them tap my phone as I knew they were violating me. I was completely unable to control/speak for myself as I was intentionally & forcibly kept mind-blank but in my mind, I was attempting to

set them up as violators of my rights that they are supposed to be protecting as they were taking advantage of me as I was already under constant surveillance. I believe the only reason they tapped my phone was to observe the communication between Morgan Ray & I as I was being forced to spend my time with her unwillingly with mind-control by my violator/violators. I firmly believe they were only watching to observe her sexual pictures she would share on my phone. I'm seeking justice for being arrested/violated as I was being neglected/violated as a permanently disabled citizen because I don't have contact with anyone regularly. I'm seeking justice for being asked to work with law enforcement as a disabled victim/citizen. I'm seeking justice for not receiving fair nor proper representation. I'm seeking justice for being further incriminated as an innocent & disabled victim.

4) I used to lift weights in Leo & Mrs. Ramers garage throughout my high school years. While dating Morgan the Monmouth Police unlawfully pulled me over, searched my jeep & arrested me in his driveway. They did this as I was being neglected of & violated with our nations high crimes & while I was being forced to be with Morgan (while under surveillance) despite not wanting to be with her because of her constant & intentional disrespect. I'm seeking justice for being punished for smoking & using medicine that I should be legally prescribed while being intentionally neglected of our nation's most severe crimes. While in his driveway they arrested me with an entire bag full of sex toys that I was forced to buy as I was blank minded & being controlled by my worst enemy/enemies. They unlawfully arrested me & unlawfully stole my foid card & handgun. Morgan intentionally would throw massive tantrums every time I would get pulled over or to make my living hell worse. I'm a disabled victim & they (the legal/law-enforcement systems) are supposed to attempt to help my situation & protect me instead of constantly making my life worse. I'm seeking justice & compensation for my respectability/reputation constantly being sabotaged & violated as I'm constantly threatened & unlawfully punished by the systems that are supposed to protect me.

4) While in a concussion-coma-type state of mind & purchasing prescription pain medicines from a citizen, I took a chainsaw from my dad's farm & pawned it at the pawn store in Macomb for money to be able to afford the pills (while being forced to do-so by a violator using mind-control technology). I received less than a half dozen pills for the saw when said & done which didn't last me a full day. I am pressing charges for mind-control being used on me to blank me, have me sell the saw & buy the pills. I am also pressing charges for not having a prescription of my own for the medicine & for being neglected by my doctors.

4) While living at my father's house & being forced to be with Morgan something happened one night (that I don't remember) that made her want to leave to go stay at her house in Abingdon. Before we left I remember mind-control forcing me to go outside & flip a kitchen bar-stool over while I was going outside. The next day while at her house mind-control was used on me to force me to tell her brother that my father punched me when he didn't. This entire incident is another exact set of details that I later remembered being told would happen 1-3 decades before it did during a conversation that I don't remember.

4) I was violated with mind-control & personality sabotaged every time I went to a strip-club & communicated with the strippers. I was remember getting sabotaged at Daisy Dukes, Big Al's &

Showgirls. I remember getting sabotaged every time I communicated with anyone I know about strip-clubs or strippers. I remember being forced to continually drop & break glass drinking glasses at Big Al's. I remember being forced to buy a private dance at Showgirls in front of James. For that incident the stripper was black & James intentionally doesn't willfully involve himself with people of color. I was forced to act like a proud anti-racist in an extremely weird/awkward way about buying that dance & it was another example of personality/respectability-sabotage that was forced upon me by my violator/violators.

4) While in public I was violated by a violator/violators using mind-control technology. The technology was used to blank my mind & control what I was forced to say. I was watching a NBA game at a bar when I was violated with technology & forced to say "Lebron James is a bitch". I do not think Lebron is a bitch & am well aware he is one of our supreme athletes. My violator/violators regularly sabotage my personality using that technique with their technology & I'm pressing charges.

4) While driving my black Jeep Wrangler I decided to get an oil change at the quick stop on Henderson Street in Galesburg. The jeep had been driving fine. After leaving the oil stop, I drove the jeep further down Henderson to the apartments behind Hy-Vee. The jeep's engine blew up while back in that area. I'm unaware why, but I'm thinking the employees must've forgot to fasten something onto the jeep correctly. The employee made it clear they were friends with Morgan's brother, Adam, as I was there. I'm pressing charges for my vehicle being intentionally sabotaged/destroyed.

4) Mind-control was used to violate me & sabotage my personality on separate occasions when I was around Austin Lockwood at different bars in Galesburg.

4) The new oil change place at the mall in Galesburg has worked on my Chevy truck several times & they always take 3 or 4 hours longer than what they tell me they are going to take. I believe my time has been wasted intentionally as harassment often throughout my life & I'm taking note of it because I'm pressing charges for getting violated every time I've been around another human throughout my life.

4) At some point in my life I was forced to communicate with another male human being & communicate something I never would've communicated if I wasn't being sabotaged by a violator using mind-control technology. I was forced to communicate "you owe me a blowjob" to someone I've forgotten the identity of as I was being sabotaged by my violator/violators using mind-control technology to do my communicating. I believe the human I was forced to communicate that to was Matt Kane but I'm uncertain.

4) I'm seeking justice against all involved with violating & neglecting me intentionally. I'm pressing charges against Monmouth College & Monmouth Police Department for treating me as a criminal as I have visited their campus while in a concussion-coma state of mind & while I was getting knowingly controlled/violated by my violator/violators who use mind-control technology on me (I was kicked off the campus while attempting & hoping to be nothing but supportive towards the college & it's people).

3 & 4) While using tanning beds I was so hurt that I didn't remember that I could get sun outside. Someone told me tanning helped with acne & my mind couldn't multitask past what I was told enough to think of how else I could get sun. I'm documenting this because it's an example of how cognitively unable I was during those specific times when I tanned.

3) During high school I had no memories of how I was turned disabled but knew that I was disabled. Throughout high school 2 or 3 separate times I remembered some of the attacks that I am victim to but instantly my mind went blank afterwards. I believe mind-control was being used to blank my mind so that the guilty violators could get to go to school & be athletes.

3) After receiving my 1st dui & while still not being prepared to communicate for nor represent myself I was asked to cooperate with an unlawful condition of the court by going to an alcohol class. I went to the class at the 'Bondi building' in Galesburg Illinois. It was being taught by a supposed x-alcoholic who spent our time by telling us about his mistakes he made while being intoxicated. Almost every mistake he mentioned, mind-control had already been used to force me into similar mistakes. I know mind-control was used to cause the incidents to me that I am talking about & believe the man teaching the class was acting as if he was talking for me. I was unlawfully charged for the DUI as I was being violated & controlled by a mind-control violator every time I drove. This was while I was getting intentionally neglected by the legal/law-enforcement systems as I was being violated with the nation's highest crimes. I am pressing charges for all violations to me & my rights including the harassment I was victim to. He might have been telling his story but if so, I was definitely intentionally violated specifically to make that moment extra harassing.

3) I used to lift weights at Leo Ramer's. One day Leo approached me & told me that my mother attempted to have sex with a kid I went to grade school with named Tommy Ayers. Soon after I was violated with mind-control technology & forced to say that I attacked Tommy (when I didn't) by a violator using mind-control technology. I don't remember if I was forced to say that I attacked him to someone else or to myself.

3) One night during my late teenage years my mother called me unexpectedly & had me pick her up in Burlington. On the drive home she suddenly grabbed my chew spit bottle & chugged it. As it happened, I realized what had just happened but my mind wasn't functioning because of my head injuries so I didn't think to take her to the hospital. I completely forgot about it almost instantly as I completely forgot about everything almost instantly while I was in that state of mind. Soon after I was with somebody (I believe it was one of the Hennenfent brothers) & my violators that control me with technology forced me to tell them what my mother did as they were reminding me for the first time after forgetting. As they forced me to say this, they had me laugh about it as they were sabotaging my personality & then I once again completely forgot about the memory & the fact that I had just been forced to tell somebody else about it while laughing. I believe they did this to me as they were intentionally staging (false but unknown by the viewers to be false) video & audio surveillance to use against me in court or they were intentionally sabotaging my character's respectability to whoever I was with. I didn't remember the thought again until after 2020 when I forgot about it again almost instantly. I now once again remembered in the middle of November in 2024 & finally remembering again on that exact day

& finally processing the incident enough to tell my mother about is something that I now remember being told would happen a long time ago during my forgotten past.

3) 1 of the nights Daniel Medrano stayed at my house during high school I remember being violated with mind-control technology & having my personality blatantly sabotaged by my violator/violators as I attempted to play an online video game with him & Noah Ray.

3) While in high school I was forced to buy & use some supplements for strength building from the store in Galesburg called GNC while I was in a state of mind similar to a coma & getting controlled with mind-control technology. I wanted & planned to only use a daily multivitamin & the 2,000+ calories a day diet that I have access to as a United States citizen who is the son of 2 family farmers as the soul supply for developing my body/athleticism. The majority of the kids I grew up around started using supplements & I believe I was forced to do the same because of my disappointment with their choices to do so. I was a proud son/grandson of beef farmers & wanted to keep the proper respects to my food consumption/availability.

3) While in high school several people showed up at my house while I was in a concussion-coma type state of mind. There were several of the girls from Monmouth's high school & a couple other guys from my high school (United). I wasn't functioning & was being violated/controlled with mind-control technology nonstop. I suggested we all get into my parent's hot tub & we all stripped down to nothing/near-nothing to get in. While getting in the hot tub I am positive my violator that uses mind-control to violate me forced me to look at one of the other guy's penises as I was attempting to avoid doing so. Them controlling what/when I look at something is a technique they use to violate me regularly.

3) I somehow ended up with my cousin, Aaron Gavin's t-shirt & boxers. I don't remember how I ended up with his clothes. I'm guessing mind-control technology was used to force me to steal them while I was basically unconscious & being set-up by a violator using technology who was forcing me to go through their house uninvited. I then remember being forced to wear his clothes around while not being able to function & realize they were his clothes. I believe the entire situation was a joke about them forcing me to be sexual with all of his childhood girlfriends & how they can set-me-up to sabotage & embarrass me. I'm pressing charges.

3) I was hanging out with Tyson & his friend Tommy Keith while I was in a concussion-coma type mindstate & suddenly Tommy pierced my ear without my permission. This wasn't a big deal to me but it's another example of how I get violated every day of my life by either people from my life or a violator that uses mind-control technology. Usually, I completely have forgotten about that memory but since then every time I'm reminded of the incident a zit forms on my earlobe where he pierced it. Acne has been used to punish/torture me for my entire life & it's been constantly made obvious to me that my violator/violators who violate me with mind-control technology are using acne to punish/torture/sabotage me.

3) I was so hurt throughout high school that I did not think to clean my football pads nor helmet one time & think that I was only reminded to one time.

3) I was unexpectedly forced to drive to the Hennenfent''s house in Cameron (from my house in Monmouth) uninvited on several separate occasions while in a coma-type state of mind during high school. I was always completely blank minded & never had any idea of why or how I arrived there.

3) I firmly believe that my Grandpa might have been wrecked in his truck intentionally by my violators that use mind-control technology. If not, I believe the excessive cruel & unusual punishment I've been getting violated with for my entire life & the constant slander of my name did the job for them.

3) An example that I can remember of my mind-control violators sabotaging my personality is when they forced me to tell Tyson Rogers that I had sex with Marci Patterson as they were blatantly (to me) controlling me & my mind was being kept blank. Later on they also made a joke about exposing me while sabotaging my personality & forced me to say "well I did have sex with her in my mind" as I was being kept under unlawful surveillance. I didn't have sex with her in my mind but I'm sure I've considered her appearance type while imagining women before.

3-5) I went 19 years since 2002 without eating a 2,000 calorie per day diet & prefer to eat at least that much but am kept unable to afford to.

3-5) When I mentioned that I was forced to be with the only girlfriends I've had, I'm being truthful. Each 1 of the 3 females that I've shared time with for more than one night were insulting & disrespectful. I wouldn't have been willing to be with any of them but was forced to by my violator/violators who use mind-control technology to violate me as I was kept under unlawful surveillance. Every 1 of them gawked over all their healthy boyfriends while intentionally disrespecting me & I was intentionally mind-blanked & forced to listen to then but not process the information until later when I was intentionally mind-blanked again & again & again repetitively. During my time with all 3 I was completely mind-blank without my memory but I knew I was being violated & sabotaged with mind-control & knew that I wasn't being provided the medicines that I need to function nor look presentable. I was forced to share myself & my time with each 1 of them & it was a massive insult to me that I'm pressing charges for (rape). Since mind-control was being used to violate/sabotage/control me I now know I was/am under illegal surveillance & that I was being rape/torture-porned.

3 or 4) I went to 'Little Swan Lake' with Melissa Patterson & some other people (I remember Eric Hanson being there) & believe that mind-control technology was used on me to help me balance as I was wakeboarding.

3 or 4) It was my idea to design a water-vaporizer/chillum when I was in high school. I forgot of my idea to do so because of my head injuries & because of getting violated nonstop & someone went ahead & designed it. The finished product was just shown to me in 2023 on 'Pinterest' & me being shown this while living in Alexis is another exact detail that I was told would be happening long ago by someone (I've forgotten who). I believe my mind was intentionally blanked by my violator that uses mind-control technology to violate/control/sabotage me so that I couldn't complete that simple design instantly.

2-5) Throughout my entire life mind-control has been used on me to violate, sabotage & obstruct/ distract me from everything I attempt to accomplish. 1 reoccurring example of this is when I attempt to exercise. Every time I have been at the YMCA or anywhere with a mirror while lifting weights, mind-control is used against me & forces me to stare at the mirror & force faults that further depress me & takes me out of the mood to exercise. The same type of abuse is used against me when I attempt to do everything. I'm seeking justice.

2-5) The sexual abuse/forced-sexual-faults that I've been enduring constantly throughout my entire life (on a near daily basis) has destroyed my life. I have been forced to jack-off & ejaculate thousands of times. As a kid I learned to function despite being violated but now am not allowed to function without medicines that I'm getting unlawfully denied. I openly want/need the medicines but am being denied my rights unlawfully by criminal doctors. I'm pressing charges for being a constant torture/rape-porno while under illegal surveillance & being violated/neglected intentionally.

2-5) When I was a young kid & thinking of ideas for new movies I thought of a comedy (funny not Shakespeare-type) plot about a priest struggling with celibacy & the women of the church teasing & intentionally turning him on at church & in confession. When I thought of the movie plot I imagined the character playing the priest regularly bursting & leaking because of the overwhelming feelings that he cannot control & ever since then my mind-control violators do this to me on a regular basis. I remembered to document this on 5/25/25 (7 years into preparing this document on a daily basis) & remembering to do so today as the specific details that I had to document in the 'Alexis' section of this evidence for today were all being documented is another exact detail that I was told would happen long ago during a conversation that I don't remember.

2 or 3) The following are more exact details I later remember being told would happen 1-3 decades ago by someone (I've forgotten who): Today (4/19/24) I checked my grade school's website to see if there was anybody with contact information that I could potentially contact about getting violated every day of my life & getting forced to live without my rights/justice as the serial victim to our nation's most serious crimes. I noticed that my 2nd grade teacher, Mrs. McVey, was listed as an active teacher with an email address. I was told Mrs. McVey died over 2 decades ago. How I was told she died is another important detail for my court case. I was in a coma-type state of mind & thinking to myself about how I was going to prove my case in court. I had been thinking about all the information that I have included in the education/I.C.S. section of this testimony & thought to myself (without verbally speaking to anyone) that I'd bring all these facts up in court & have Mrs. McVey/the other students testify about all of the information the court needs to accept. As I thought of this plan to defend myself in court somebody walked up to me & told me "Mrs. McVey died". Later in life someone told me I'd be checking the website (as I was today) & see Mrs. McVey on the website (I am confused on if she is alive or dead but this is another example of how people from my community communicate with me about my thoughts without me verbally communicating with them). My time as a 2nd grader is full of important

evidence for the court about getting sabotaged as a contributor & violated by a violator/violators using mind-control technology.

2) While in a concussion-coma-type-mind state/stupor I was running around with several of my grade school friends in Monmouth at night. I was in junior high & I don't remember what we were doing. I think we had gone to the Monmouth Country Club pool & climbed the fence to swim. I remember us running by Lincoln school when I suddenly had to pass a bowel movement. My disabilities or mind-control caused me to squat & drop on the Lincoln school property as I was running in between places. This definitely happened while I was unable to think. Regardless, I am the victim to this crime & am pressing charges for being violated/neglected nonstop.

1-5) Because of getting violated with mind-control for my entire life while being intentionally neglected, I continue to have to wonder if/when/which other people that communicate with me (in-person) are being violated with mind-control as well. I'm forced to debate this especially because of all of the examples from when people told me things would happen years/decades prior to when they occurred. I'm continually forced to wonder/think/believe/know the potential that my violators are communicating with me through the people I go around & that the people I go around are intentionally violating/neglecting me as well. I'm pressing charges for myself & all others who were violated or negatively affected.

1-5) Mind control technology has been used on me for my entire life to control/punish me as I watch live sports, television, movies & other entertainment. The technology is used to force me to look away or mind-blank & miss parts of the games/shows/movies nonstop. I'm constantly distracted intentionally as I'm communicated with by mind-control technology without my permission.

1-5) As a child I was told I could spit my built-up saliva anywhere outside. Almost immediately I decided I'd attempt to be polite about when & where I spit. Throughout my entire life I've been violated by a violator using mind-control technology & forced to spit in times/places I wouldn't. I'm constantly sabotaged/violated (while being controlled with technology) to seem less polite than what I am.

1-5) I've been forced to jack-off thousands of times throughout my life but also use the function to provide myself relief, build hormones & practice self-control. For the last 2+ decades I've been forced to deal with extremely insulting thoughts almost every time I do usually involving images of women that I was forced to be sexual with that I wanted nothing to do with after their intentional disrespect towards me & my life.

1-5) I've been forced to jack-off or ejaculate while being controlled & violated by a violator using mind-control technology on a near daily basis for as long as I can remember (& multiple times a day for many of the days). I began being forced to ejaculate without any touch nor intention to do so in 2010. When I first realized I could ejaculate as a child I beat-off for a couple years before deciding to stop jacking off completely as a 3rd or 4th grader. Since then, I have forgot about my decision to stop, been forced to forget or been violated with mind-control & forced to jack-off countless times (often, multiple times in the same day (I don't do that nor get forced to do that when prescribed the medicines I'm attempting to gain prescriptions to)). These

facts along with the fact that I have zero privacy contribute to the fact that I've been being humiliation/torture-porned for my entire life. The intentional abuse/neglect has been a focus of my violators constantly used torture techniques & a grand insult to my life. I've been forced to live without medicines that drastically improve my quality of life & that completely eliminate many of the debilitating symptoms that I'm forced to suffer from nonstop without the medicines. I have been treated like a criminal by the medical system's representatives for my attempts to get the only medicines that have benefited me & treated even worse while buying them from regular people (non-medical field affiliated people are the only people that have helped me gain access to any medicine worth taking for me). I was provided access to the medicines I need from these regular people but they charged me unaffordable prices & I was constantly tortured by my violator/violators for my use of the medicines that benefit me. I was also constantly harassed/violated by the law-enforcement system & the general public because of my use of the only medicines that eliminate my symptoms. The medicines (Oxycontin & Opana) that benefit me are the strongest types of opiate medicines & they work miracles for me & my symptoms like nothing I've ever been allowed to experience. The medicines completely eliminate my discomfort due to my cerebral palsy & spinal cord/vertebrae damage. They completely eliminate my mental-health symptoms & my sexual dysfunction symptoms. I'm pressing charges for not being given access to the medicines & for being violated/neglected.

1-5) Multiple times throughout my life mind-control technology has been used on me to force me to smack myself in the face. I remember being told by someone (I've forgotten who) that if I didn't smack myself in the face while getting violated/controlled/interrogated at the rental house I lived at in Alexis that it would prove something about my case & if I did get smacked (by my own hand) that it would prove something else about my case. I was forced to smack myself.

1-5) Several of our local law enforcement officers have crossed the line by violating me. I have been permanently disabled since I have been 4 years old. That alone entitles more respect towards me from our justice system's representatives than I have ever received. I've constantly been treated as if I am a circus clown, sexual offending, criminal. I've been getting sabotaged as an innocent victim my entire life while getting violated with our nation's highest crimes with goals only to improve & enjoy life on earth as much as possible. With my rights I'd be one of planet earth's best contributors born within the past 50 years. I'd be living happily instead of miserably. I'd be functioning on the medicines I need & much healthier than what I am. I'm pressing charges for the organized corruption/neglect I'm the serial victim of.

1-5) Mind-control technology has been used to violate/torture me by a violator/violators who force intentional symptoms upon me nonstop as a torture technique (I believe for political purposes since I'm under illegal surveillance & am probably the most head injured person on the planet. They do not want someone as head injured as me seeming able to function so reckless people don't lose fear/respect for head injuries (especially since I came up with billions of dollars' worth of contributions while disabled)).

1-5) My violator/violators who control & violate me with mind-control technology use the technology to control when it's necessary for me to urinate & pass my bowels. They also use the

technology to control when I burp, fart, ejaculate etc. & they use their ability to control me to torture me.

1-3) My mind-control violators have attempted to force me to give myself a blowjob on two separate occasions. I believe they were threatening me both times. Both times I had an erection up around my face & they blanked my mind & started the thought/movement then allowed me to wake up before.

1-3) My sense of smell disappeared with my childhood head injuries & since then my mind-control violator controls when & what I smell.

1) While playing a baseball game against the Quad City Hitmen I believe mind-control technology was used to force my vision to go blurry & force me to lose my ability to function. This has happened to me several more times throughout my life since & I believe there is a stint or some type of similar medical technological device planted within my brain that gets controlled by my violator/violators. I believe they can open & close the stint at their will & when they do so it shuts off specific functions. I cannot produce language that can be understood when this happens & this has happened multiple times during specific moments that I later remembered being told it would happen during over a decade prior while getting harassed/abused/informed as I wasn't processing.

1) During my childhood I told my class that I wanted to fight a gorilla. I now see that the media is saying that was Mike Tyson's quote & believe the coincidence is probably some kind of joke about how much more head injured I am than him.


**Contributions/Designs/Inventions:**

The following list is over 200 ideas/designs/design-plans/improvements/inventions that I developed as a disabled child. I've noticed several of these beginning to be used by our nation's various industries. I was taught about copyright, patent, trademark & other intellectual property laws & am aware people get paid lawful earnings for contributing as the designers of original inventions but I have yet to receive credit nor payment for anything. I shared several of my ideas in school or with family or close friends & have been in a conversation with my mind-control violators/interrogators about the rest of my ideas for my entire life. The only positive to having my privacy constantly violated has been being able to share the rest of my design/invention ideas to authorities. I need to settle with the courts if any of the following contributions I've created are my original contributions to claim. I noticed they began using ideas I shared while in grade-school by observing our broadcast television & internet. These contributions will create billions/trillions of dollars' worth of positive economic impact & will create multiple-million & multiple-billion dollar companies. With that being fact, I know that I've earned enough money to need to settle with the courts about to ensure that I'm able to live with the protection of our legal system. I've forgotten about all of these inventions/improvements many separate times because of suffering from the symptoms of severe head injuries but am now prepared to settle with the court. I believe that the fact that I'm an inventor was a potential motive for why I was violated &

damaged for my entire life. My list begins with ideas to improve some of society's laws/industries then shifts to construction/engineering/technology- improvements & invention designs. I end with ideas for the entertainment industry (movies/books). I have 2 smartphones full of pictures of more of my improvement-suggestions that I made as a child that are now on the internet & some of them still haven't been documented into this file. Once finished with getting these contributions manufactured, I hope to be able to put thought into the redesigns food-making/processing/manufacturing-machines, engines & fridge-systems.

My design plans for my contributions are as complete as I can get them without gaining legal rights & have been for the past 2-3 decades. With equal opportunity I would've been a child inventor/designer/contributor but instead I've been murder-attempted, sabotaged, exploited, raped, tortured & neglected. I am allowed to claim my contributions for my design improvements that already have existing companies producing the products despite their products & the efforts for them already existing. If contributing to these companies isn't going to compensate me fairly or is a problem for others I could've started companies to be their competitors & taken over their industries myself. With my plans as complete as they are & our resource development & education as far along as it is, it will be a stressless task to complete the goals involved with my contributions. I expect to help start several new companies & contribute to many existing companies while getting my name put in the history books as a designer/inventor/contributor. I'm going to start with my own company called 'Armstrong Designs & Inventions' & then branch out from there. When my exact design suggestion & company name was used to create the Bowflex home gyms I assumed that the government signed me as a designer/inventor (just like when professional athletes get signed). I didn't have to draw anything & described the design verbally. By doing so, I figured I was being told that I'd earned a job/position/career as a major contributor.

- It's an idea of mine to provide a union paid jobs/careers to education employees as traveling or remote teachers/educators for athletes & other constantly-traveling-people. I think organizations/teams/people who travel often should have the option to traveling teachers so their children can live with their parents. I have yet to peruse this because of my disabilities & being constantly violated & still not having my court case settled.

- It's always been an idea of mine to help create a union for farmers to be able to hire help from. The union would be an organization meant for people to sign up to be available drivers, laborers, operators, etc. for farmers if they decide to use the service. The union will also force the government aid that is necessary to keep the dispersion of resources fair compared to the rest of the employment industries that the government helps pay for (legal, medical, educational, production, etc.). Farming/agriculture is a necessary industry & it's unfair that the landowning farmers are forced to pay for equipment, help, taxes, etc. when the government helps pay for every other necessary industry.

- It was a childhood idea of mine to help create unions for rural areas' restaurants & their employees. By doing so, the restaurants of less populated areas will be able to stay afloat easier.

- Making it a law that all guns have trackers on them was one of my ideas as a child. With this, law enforcement can watch a computer screen that tells them where all the guns are in their jurisdiction. When a gun is headed towards a school or other place where we don't want guns, they will be able to see it on their computer screens & go stop the gun from going into the place where they don't want it. They can make it a law that you have to install a tracker on the guns & enforce penalties for not having trackers on guns to help stop gun violence (especially in more populated areas).

- Our childhood education teaches us that we, the USA, are the world superpower. I think it would be beneficial to better educate our youth on respecting developing countries & the development of the countries, government-types & their people. I've thought of several ways to do this but believe by making it a focus for specific, required, classes that our youth will be better cultured & more humble/willing to putting positive efforts toward the less fortunate.

- It's always been a goal of mine to help establish a government system/cooperation for people/restaurants/stores & food manufacturing facilities to have a better way to get rid of their leftover food that doesn't get eaten & that can be turned into food for pets/livestock/wildlife. The company would need to install dump sites specifically for itself & offer pickup services to make it efficient enough for some people to cooperate.

- It's a suggestion of mine to make it a law to use computer technology to record our law enforcement officers as they are doing surveillance work. By doing this, law-enforcement will be able to protect themselves from accusations of unlawful surveillance & privacy invasion. The court will always be able to prove that nothing illegal is going on when using surveillance evidence against people who feel violated by being under surveillance.

- The science of reading at different cognitive ability levels (including working towards disabilities such as dyslexia) has been on my mind since early childhood & is what I'm working towards by considering additional dictionary options. I plan to condense the oxford English dictionary to make it easier to keep/read & then further condense it into several different types of further condensed dictionaries. I then plan to create a dictionary of the nouns, adverbs, adjectives & verbs. I hope to then create a dictionary focusing on rhyming. My last dictionary version will be organized based on the syllables & will be meant to be used to assist in writing music. These dictionaries will be available as a computer program. - It was an idea/goal of mine to go through the Oxford English Dictionary & create a list of the vocabulary I plan on using throughout my life. There are several words/phrases/sounds that irritate me & my disabilities. I planned to eliminate all of those sounds, words & phrases from my vocabulary including the vocabulary I intend to use for my script/story writing. I plan to go through all the synonyms & other languages versions of the words & find my favorite ways to replace the words/phrases/sounds that irritate me. A couple examples are that I am annoyed with the word "like" because of its overuse throughout my life & "-ly" at the end of words is something that I intend to avoid. At this time, I'm considering this project of mine the "world language" project.

- A world agriculture program was a childhood idea of mine to make ag-production more efficient. The idea was to have the geographic areas capable of producing more necessary

resources for food/animal-food growth/production held more accountable for doing so & sharing their resources with the rest of the world that is less capable of producing the necessary resources.

- Food science has always been something I've kept in mind & hope to be able to help contribute towards (ground-meat/fruits/vegetables/other food turned into powders>smoothies=better digestive health). Smoothy diets were a suggestion of mine during childhood.

- I suggest the Federal Government establishes a Department of Designing & Engineering.

- I am a disabled individual & my disability symptoms made it hell going to school for me. I was continually forced by my disabilities into representing myself & my personality as someone I'm not (I was continually forced to mind-fault & act far worse than what I ever had or had thought of). I was forced to being a bully to kids when I was never a bully-type. My spinal cord injuries along with my head injuries made it difficult to sit on the school's seats for those 17 years. It was my idea back then to create internet education options for disabled people so we don't have to go to school &or don't have to go to school as often as the healthy, non-disabled kids. Desks designed/built to be able to be adjusted to be able to sit or stand at were a childhood design of mine that I believe will be helpful for everyone that has to use a desk but especially disabled kids similar to me.

- It was an idea of mine to design a Christian Church meant for people who are considering converting to Catholicism. The church will be sourced by the Catholic Church & focus on providing a consistent effort towards highlighting the benefits of the catholic church in our developing society & pushing towards it, while practicing the non-Catholic church & maintaining an open-mind toward the not-yet converted. My name for the church back in my childhood was called "The Crossing". This was an idea of mine from my 2nd grade classroom conversations (I think). I thought it more than coincidental that the new church in Monmouth is called "The Crossing".

- As a child I began thinking of different ways to design ocean vessels & boat/water vessel attachments to filter/clean trash from our water sources since I heard it was a problem. I now have noticed that they built/designed my invention idea & are using them in our oceans.

- I planned to help design furniture/treadmills/appliances/exercise equipment/etc. for all size ranges of people. I hoped to have it so people can order their size-range-specific materials from our suppliers with everyone's size differential needs in mind. I have yet to peruse these designs because of my disabilities & being violated. For example, a 4'10 person won't be ordering the same treadmill that a person who is 6'5 will be ordering.

- I thought of an invention for fixing small holes in residential siding. Most of our modern siding is made from a plastic-type material & I often see small holes in the siding from damage. I think it would be beneficial to produce a soldering-type gun meant for fixing this type of damage to siding. With this a person can simply cover the hole with a small piece of siding & solder it fixed. Otherwise, a person has to take down the entire wall of siding to replace a piece with a small hole.

- Building indoor & outdoor cages for pets has always been a hope of mine to incorporate into interior/exterior residential/commercial design/building. I imagined a screened-in cage that is built along the interior/exterior walls for cats/birds/etc.

-underground-heat-conductors connected to insulated-water pipes for colder climates & heated roads have been a design I've been hoping to help contribute to society since childhood. Insulated water pipes will improve our residential/commercial buildings efficiency also. - As a small child I redesigned pipes so that they can be insulated. Pipes can stay how they are but be covered with insulation & another clear-plastic-pipe. the clear-plastic-pipe will have all the same bends/connections as the pipe it covers so that if the first pipe ever breaks the leak can be gotten to. food-coloring or some similar material will line the insulation used between the pipes so that the leak & its origin are easily visible through the clear plastic pipe. Heat can be conducted & transferred throughout the pipeline in between the 2 layers of pipe so that the pipe can stay heated enough to not freeze.

-- It was a childhood idea of mine to design/build water pipes for drinking water out of a mixture of materials that potentially could include glass as it's inner-most material. The outer material would be made of be reinforced- clear-plastic, then there would be a layer of insulation/padding that would have some food-coloring (or other color changing material in case of pipe-bursts) & finally a glass-inner section. The pipe will be designed to have maintenance hatches that are easily accessible for when cleaning the pipes with a remote-controlled-train-type cleaning machine. The machine will operate on a single indented-track that is designed into the pipe on the anti-gravity side of the pipe (the top side if the pipe is on the ground/the opposite side of the pressure point when pipes are horizontally placed). The cleaning machine will be designed to clean the track in front of it as well as the pipe's interior as it progresses using a pressure washer-type rinse & then squeegeeing/wiping behind it. The machines designed to wipe the inside of the pipe clean will be designed to change the wipes to clean wipes as often as experiments prove necessary. The machine might also include a vacuum. The maintenance hatches will be designed so that the squeegee's towels or the squeegee itself (depending on what works best after experimenting) can be cleaned as it runs its course while cleaning the pipe interior. Further improvements/changes will be necessary when designing it to be surrounded by a heating source.
- It's my design plan to design track enclosure systems for the tracks within the self-cleaning water pipes, water-confinement systems, HVAC ductwork & other machines to ensure the interior parts of the track's system remain waterproof as it's exterior components can move within the system. These track enclosures will be designed to be accessible & easy to maintenance/replace. The tracks will extend past the endpoints of the ducts/pipes & have seals (made out of plastic, rubber, silicone or another weatherproof coating) that open & close mechanically (& that are designed to be accessible & maintained). When the seals open so that the tracks are allowed to move there will be a rubber or plastic or some similar material type (decided upon once experimented with) that still stays in contact with the track to help divert water/liquid through the pipes. These seals will have a drainage system & the pipes themselves will have a mechanical drainage option or be designed to be flushing as they are self-cleaning. The gear boxes/enclosures of the track system will be on the top of the pipes that are horizontal & on the side of the pipes that aren't. The track enclosures/gear system will be designed in

enclosures that will be meant to be easily accessible to be maintained/replaced. For the pipes that aren't insulated we will use sensors that notify a system when & where the pipe or duct breaks.

- It was my childhood plan to design a continuous flow water system for our houses & workplaces. The new water system will let water continuously flow through the pipes & back into the main (water-main or well) without resting to eliminate water stagnating inside the pipes while water faucets are shut off. An exit flow pipe will be added to the water pipe's system to make this possible. Lining it to the septic line instead of back into the main should be kept an option under certain circumstances. The design also adds return pipes between the faucets & building's main pipe so that there is a direct tap from the continuously flowing water at each faucet. Instead of one pipe leading to the faucet & stopping, there will be a pipe that leads up to the faucet tap & then back to the main pipe further along in the main's path. The faucet's will need to be designed so that they can easily be removed to clean the tap & the inside of the faucet's water-line with specially designed tools. It would be possible to have the faucet designed to unscrew from the tap & the tap to unscrew from the water pipe. This will eliminate water getting stagnant in the pipes as our faucets are shut off. The tankless water heater will have to be designed to be able to be switched on & off at switches in the kitchen, bathroom, laundry room, etc. or to automatically turn on when those appliances are used. The water-table might be effected so designing these new systems will have to be done with preparedness.

- It's my suggestion & plan to design water heaters to be smart water heaters that have a machine operated self-cleaning & draining process & or to design water heaters so that cleaning the insides of them is a simple & efficient process that anybody can complete.

- It's a childhood suggestion & plan of mine to design systems that regularly clean water wells. I envisioned tracks being designed into the walls of the wells so that a cleaning machine can move up & down the walls of the well. The cleaning machine will be designed with arms that scrub or squeegee the surface clean while releasing cleaning solution. These machines will be able to alternate between scrubbing/squeegeeing & vacuuming/filtering. While vacuuming & filtering it will be capable of releasing water treatment chemicals. The cleaning machine will be designed to clean the tracks as it goes as well. Some custom designs may require multiple cleaning machines on opposite sides of the well in separate tracks. Some of those designs may require designing a skeletal frame for the machine to be able to automatically loop to the other side of the well. The machines will be designed to automatically operate based on a timer or smart-device. Skeletal frames could be installed as an alternative option along the interior walls of the well after the interior walls of the wells are resurfaced. These frames will allow the same type of cleaning machine to regularly work the walls & floor of the well. I believe it would be best to also design an easily accessible filtration system in between the well & it's output pipe so that all water leaving the well is once again filtered before entering our potable water's pipe system. – This same design concept will need to be incorporate into the water treatment & storage facilities also.

- I suggested & agree that we have filters on all water spouts including bathtubs & showers.

- It was a childhood suggestion of mine that we design commercial & residential water-pipe enclosures to be easily accessed so that we can efficiently change them.

- It was a childhood idea of mine to redesign the water supply systems for communities so that the water inside the pipes is continuously flowing & getting re-purified (never is stagnant inside the pipes). The community water supply system & the water piping system of the buildings/homes will both need designed this way. The system will include the automatic-self-cleaning pipe design described elsewhere in this document & allow the water to continuously move throughout the piping system through a purifier. The purifiers will be designed to be easily accessible.

- It was a childhood idea of mine to redesign the water-pipes for urban areas so that they are insulated & have maintenance hatches spaced strategically apart. The hatches are there so that the pipe can be cleaned easier & more efficiently. The pipe will have a remote-control-car-type machine that can be sent through the pipe to clean the pipe. The maintenance hatches are there so that the cleaning-machine doesn't have to backtrack but can be lifted out of the maintenance-hatches at their strategic locations placed in the spots created to make the clean as efficient as possible.

- It was a childhood idea of mine to design the water dispersion systems for communities so that they all have multiple options for the water-piping system's initial source. The pipeline system will include strategically placed & easily accessible valves that allow the system to easily be changed from its primary route to alternative routes. The alternative routes will allow the system to be shut off at whatever section of the system is necessary to repair/change pipe while allowing the system to stay operating as the maintenance work is taking place. This was a suggestion that I made during grade school. It's almost 3 decades later in 2024 & the water dispersion system's design in Alexis, Illinois is not capable of continuously running while they replace the pipeline (& they have been working on the pipeline consistently for the past 5 years for this small community of less than 800 people. Each system will be custom but adapting a design for each custom system will be a simple task.

- When I was a child, I was asked how I would fix basements with water leaking into them. I gave several solutions to how I would fix the problem & have witnessed some of my suggestions being advertised on tv as new construction companies specializing in fixing the problem. I told them we could make drainage ditches along the interior or exterior of the walls designed to send all water away (Todd's mud jacking) from the building. I gave an option of fixing all the leaking areas with silicone. I gave another option of lining the exterior walls of our foundations with sheet-metal or other impermeable material & installing a grate/drain system around the exterior of our foundations designed to move groundwater away from our foundations. We would then put up another sheet metal wall within a yard of our drainage ditch & stabilize the wall with metal stabilizers attached to the basement walls. The drainage systems will lead water away from the construction. The drainage system will be designed to drain water away from the inside & outside the drainage walls. At the top of the drainage opening we will cover it with a grate & then cover the grate with a permeable cloth that we can put soil & grow grass on top of. - Once the basement's foundation is sealed & all of the water is draining away from it a basement

subfloor drainage system (with easily accessible drains) will be installed before all of the insulation & plastic.

- One of my childhood ideas was to design ways make building residential foundations a simpler & more efficient build. I had ideas of using the concrete footings but then using different building materials afterwards. Framing basement's out of wood instead of concrete while placing sheet-metal & other weather-sealing materials facing the exterior. I planned to use strategically placed anchors with cables attaching footings/foundation to strategically placed/designed pre-fabricated slabs (not connected to the new build) to make up for the lack of stability the concrete basements would provide.  These slabs could be flat or shaped like an upside-down U or an upside-down J or a jack (jacks the game with a bouncy ball). Drainage systems will be a part of the engineering designing approach with these basements to drain groundwater away from the structures. It was also my suggestion that we use the concrete that is saved from no longer needing basement walls to be concrete because of our drainage systems & retaining supports to pour sub-slabs under the basement foundation to improve the longevity of the foundation. I haven't been able to experiment with this idea because of my disabilities/being violated & being poor financially because of not being able to settle with court.

- It was a childhood plan of mine to design water recycling systems for pools & hot tubs so they can be regularly emptied out & cleaned then refilled with recycled/purified waters. The storage basins the water empties into will need to be designed to be accessible so that they can be cleaned.

- Partially walk-in shower's designed & built with seal-technology allowing the partial opening to be closed with a sliding section to turn the space into a bath-tub was another childhood idea of mine.

- It was a childhood idea of mine to design houses/gyms to have hooks built into the walls/floors so that strength training resistance bands can be used efficiently for more exercise types.

- Ground-watering-systems are a design of mine that I concepted during childhood for gardens/landscaping/trees/etc. The design is similar to a leaking hose or pipe that leaks in strategic locations meant to water the soil of an area.  The hoses will have holes every-so-often that can be filled with provided plugs so the customer can decide where the water leaks. They will be designed to blend in with different ground types (grass, mulch, landscaping rocks, etc.)

- Houses/Buildings with electric-moon roofs/windows & automatic window-cleaners have been a design suggestion of mine since childhood.

- Incorporating HVAC/Plumbing accessibility/maintenance hatch designing to make cleaning/maintenance more efficient are designs I've worked on for houses/buildings/confinement-spaces. I hope to make it a code to use hinge-engineering-designing to improve our walls/ceilings /ducts/pipes/ intakes/exhausts/etc. The hatches will be every-so-often on our ducts & pipes so that we can open them up & use a telescoping cleaning tool to easier keep our duct & pipework clean. I also hope to incorporate fresh-air intake & old-air-exhaust systems that go beyond what I have seen being used in my lifetime (capturing the

outdoor fresh air of the west) & using mechanically opening/closing technology & fans to push fresh air through our HVAC systems instead of the furnaces being forced to push stale/indoor air from our basements through our living environments. Switch-operated opening/closing HVAC fresh-air-induction/exhaust-mechanisms/vents with suction-seals & with easy-maintenance filters have been a design of mine for the closed living environments. The fixtures will include multiple-maintenancable (easily by design) reservoirs to cool/heat/filter the fresh air.  The design will expand to all sides of the building exterior to use the natural wind-direction to help induce the fresh air into the system. Experiments will need to be done to decide the most efficient way to heat/cool the ducts between the fresh-air intake systems & the air-conditioners/furnaces (hot water circulating heaters/electric heaters or gas heaters). The goal will be to use the most efficient method to warm the fresh air before entering the furnace to prevent the furnace from being overworked.      The ductwork will lead to vents placed on walls (instead of floors) so that dogs & other pets don't urinate in the vents. The vents will have filters in them so the air is purified before entering the living spaces. Some of these purifiers will include oxygen generators to help the air quality (potentially using electrolysis machines). - I hope to redesign air-conditioners (window units & residential/commercial machines) so that they are very simple to clean (& take apart & clean). - It was a childhood design suggestion/plan of mine to design HVAC ductwork with tracks within the ductwork's interior so that the tracks push a motor-powered self-cleaning squeegee system. The self-cleaning ductwork system will be designed with ample access points so that the self-cleaning system can be easily accessed/changed/filled/maintenanced. We will put enough effort into the design so the system is almost silent.   - It was my childhood design/idea/invention to create residential/commercial air-purifiers. I hope that we could install our air purifiers into our walls & make them nearly unnoticeable. While in our walls, the air-purifiers would be installed to be turned on/off & controlled by a switch on the wall next to the light switches. I noticed that this too recently became a televised commercial for a new company. I also hoped to install oxygen concentrators into our homes as well to pump our homes full of oxygen when windows are shut. I've also redesigned our HVAC duct systems to include more conveniently placed maintenance hatches that will make cleaning our ductwork much easier than how we do it now. The design focus will be to help make changing/cleaning filters within our HVAC systems/air-purifiers as conveniently & easy/efficient to clean/replace as possible. - It was a childhood idea of mine to design/produce/install small wind-generators capable of providing electricity to the house or capable of providing the electricity needed for 'appliance charging stations' within the house. The small wind-generators will be designed to be within the fresh-air ductwork between the fresh-air imports & the hvac systems. I was hoping to design houses with a design-specific focus on catching fresh air & directing them to these imports into the houses/buildings.      - This design should be incorporated so that the ducts between the air intakes & filters & the cabs air vents inside of vehicles & ag/construction equipment & other machinery can be easily accessed & cleaned. - It's my design plan to design track enclosure systems for the tracks within the self-cleaning, HVAC ductwork & other machines to ensure the interior parts of the track's system remain waterproof as it's exterior components can move within the system. These track enclosures will be designed to be accessible & easy to maintenance/replace. The tracks will extend past the endpoints of the ducts/pipes & have seals (made out of plastic, rubber, silicone or

another weatherproof coating) that open & close mechanically (& that are designed to be accessible & maintained). When the seals open so that the tracks are allowed to move there will be a rubber or plastic or some similar material type (decided upon once experimented with) that still stays in contact with the track to help divert water/liquid through the pipes. These seals will have a drainage system & the pipes themselves will have a mechanical drainage option or be designed to be flushing as they are self-cleaning. The track enclosures/gear system will be designed in enclosures that will be meant to be easily accessible to be maintained/replaced.

- Ventilated & filtered forced air-circulation cabinets that have timers able to control how often air is circulating through them was an idea of mine for the future of kitchen cabinet building. The idea should be incorporated into the designs for the pantries/closets/bathroom-cabinets/attic/storage-spaces/shoe-closets/herb-drying rooms/etc.

- It was a childhood idea of mine to design our plumbing systems' waste lines to include vacuums attached to them so that we can flip a switch to unclog our toilets & other 'out-lines'. The design includes making access hatches for & on our out pipes. It also includes an accessible maintenance hatch for where our vacuum system is connected. The vacuum will have an exhaust pipe that has a filter at the end of it that is designed to be easily accessible. There has to be a couple 'flaps' that are mechanically operated & designed to close off portions of the pipes when the vacuum system is in use. The flaps will also have maintenance hatches designed to be accessible efficiently. It might be a worthwhile idea to add filters/traps to the system that can be regularly cleaned. The filter/trap would be designed to be easily accessible & cleaned if incorporated. If I experiment & vacuums don't work effectively enough I could incorporate pumps (water or air) instead.

--Building cabinet-spaces that are ventilated/exhausted to keep plumbing tools (plungers & brushes) for inside our human-breathing-environments is a suggestion of mine. The vented cabinets can be built inside the walls of bathrooms or under bathroom windows built into our exterior walls.

- The exhaust vents used in kitchens were my suggestion as a young child. It was my 1st invention that I can remember & I suggested it to my grandparents before I was in kindergarten. When asked how I would design the exhaust fan's I described several ways & I noticed on Pinterest & HGTV that all of my exact suggestions are being used worldwide.

- I've designed a drainage system so that athletic events held on grass playing fields will be able to be played in the rain. the system involves a gutter system, a drainage grate, a level of cloth material, soil & grass. This way the playing field can drain away water as it's raining instead of the water puddling. The field will be on top off a massive drainage system. On top of the grate that provides a level surface will be a permeable cloth. The soil/sand will then be put on top of the cloth & then grass will grow on the soil. The water will enter the drainage system & drain-off instead of puddling once soaked through the soil/sand.

- I've thought of several ways to improve the designs of our nursing homes. Adding soft edges to everything with hard edges to help prevent injuries from falls is a main focus in my redesign.

Utilizing technology will be another focus. An example will be using the technology to be able to keep an eye on & communicate with the elderly more efficiently. I believe animals should be in nursing homes & people with jobs specifically designed for caring for the animals & socializing them with the elderly should be incorporated. I believe the elderly bedrooms should all have moon roofs capable of permitting each nursing home resident with the opportunity to stargaze (we could design/build these nursing homes outside of town in rural areas). I believe masseuses should be paid to give the elderly massages at the nursing homes. I believe pedicures/manicures should be given to our nursing home residents regularly. It was an idea of mine to hopefully be able to help redesign foster homes as well as nursing homes. Permitting access to amenities for all aspects of life would be a focus of mine (exercise, entertainment, education, etc.).

- My first concept design of a house that I shared with my 2nd grade class included a house being built over a running crick. The design's interior allows its residents to view the running water through its glass floor-section. The house includes moon roofs, insulated pipes, updated & easily cleaned/maintenanced HVAC systems, separate basements & more. The design I shared with the class is now a house that is built & I've viewed on Instagram (the exterior of the house on Instagram is the same I suggested as a child & was designed by Frank Lloyd Wright).

- I've thought of ways to improve our designs of grain bins. I hope to be able to create maintenance hatches so that cleaning/maintenance can be done more efficiently. I've also thought it would be good for the grain if there are multiple options for heights to convey the grain into the bins.

- It's been a hope of mine to help figure a way in designing/producing wood turning lathes capable of turning wood with larger diameters/lengths. My idea was to make a lathe of this size by using a rim of a vehicle as the attachment point & motor for the lathe. My goal in using a turning lathe of this size is to be able to turn bedposts so that building certain types of beds is an easier task.

- It was an idea of mine during childhood to incorporate block-by-block back-alley-parking with dog-walking & bicycle paths into new towns that are being designed/built.

- It's a hope/plan of mine to help building codes incorporate rainwater-collection-engineering into drought-prone areas building-codes of our earth.

- The internet showcased a woodworker that had his woodworking power saws built/designed uniquely compared to the rest of the standard saws that can be bought in the store. The saws were set up/designed exactly as I suggested they be when I was asked how I would design wood-cutting saws in high school (imagine a sideways-table saw-type saw & a sideways-plunging/sliding-miter). This is another example of how my designs are being used by society without being given credit/payment & as I am being surveillanced illegally while being violated with the highest crimes in the nation without being provided legal representation & being intentionally neglected.

- I've considered helping make it an option to purchase/install more choices of carpet materials. I think there are plenty of washable & comfortable materials that can be used as a soft option for

flooring that we do not utilize. I haven't pursued completing this because of being constantly violated while in a concussion-coma-type mind state & not having my lifelong court case settled. (the same materials as crocks/other flip-flop-type sandals/yoga-mats are what I had in mind.)

- It was a childhood idea of mine to begin building our houses/ residential spaces with insulation & other soundproofing materials within the walls of bedrooms & bathrooms. With soundproofing efforts within our bathrooms/bedrooms more sex & other personal noises can be created without disrupting the other parts of the house as much. It's also been an idea of mine that I've included in several of my designs for building new houses to build the bedrooms of a house underground in separately dug "basements". The separate basements will help to soundproof each individual bedroom. Underground tunnels have also been a focus of mine while designing houses (especially between garages/sheds/pool houses/outhouses & the main living spaces involved in the designs. I've also focused on designing houses that involve using several separate buildings for the 1 residence.

- One of the 1st times I was able to go to our farm I thought of my design for creating septic systems for confined animals. We had a cattle barn & a machine shed that were separate from our cattle feedlot. The cattle feedlot had a cattle-crossing under the gate to help prevent cattle from escaping. I had been in the cattle barn & the smell that lingered in there was enough to make a person nauseous. While crossing the cattle crossing (a grate that bridges a gap in front of the gate so cattle will fall into it & not be able to escape) I thought of my concept for creating the confined animal septic systems because I could see our cattle-barn & the combine at the same time as I was crossing. I attempted to talk to my father about my design immediately but failed because of my symptoms of my severe head injuries. I had a bow & arrow with me at the time (I carried it around shooting at random objects constantly) & mind-control was used to force me into shooting it into the air to see if I could get my arrow into the clouds or not immediately after attempting to communicate with my father. The arrow landed about 10 yards from us after not making it up to the clouds. My father was upset & thought I shot it on purpose when mind-control forced me into shooting it. Despite being forced into shooting it, I watched the arrow's path & planned to move out of the way & tackle anyone out of the way who it might harm. That moment from that day is one of my few memories from back then because of my head injuries. I believe I was forced to shoot it in hopes I'd remember the specific incident. He told me to take my idea to school & see if I could turn it into something. A couple years later, mind-control forced me into talking about my design to my 2nd grade class & teacher. When I was forced into talking about it, I had forgotten about it completely & the violator who forced me to talk that day made me seem to have not have put previous thought into it when I had the design near completion 2 years prior. They made me seem as if I was a crude bully during that conversation & I firmly believe it was mind-control used on me to sabotage my personality & seeming intellect in class. I have completely forgotten about all my designs/inventions on many occasions (for the majority of my life because of different head injuries, a lot of forgetting & then remembering & then forgetting & then remembering). I've thought of designs for most all animals & their environments, including horses & *The Kentucky Derby*. My design includes barns designed/built with energy efficiency & health in mind. My design for the confined animal septic system changes/customizes for every customer & their animals. I've designed/envisioned

the confinements & individual septic systems for cattle, pigs, horses, sheep, dogs, chickens, etc. My designs include projects with partial-underground buildings in mind. The floor & sloped system of the septic system is what makes it functionable. Some projects will include digging out a partial basement & some will involve building the flooring system in the barn up several feet from ground level & building sloped entryways to the confinement barns. The flooring system is built out of sections of grates. The grates are made of several pieces of material spaced apart both latitudinally & longitudinally making a waffle-like pattern with spaces sized specifically for what type of animals you're confining. The grate is made or coated with material that will be capable of withstanding the tough life of having an animal stomping on it while still maintaining its function of providing a soft floor for the animals to sleep on while being waterproof so that their wastewater & bowel movements can pass through the grates without their hooves/paws/feet falling through the grate. The flooring system will have spots meant for having younger animals with closer spaced grates & be designed with the advice of each individual farmer. Each 8x4' section of grate will be able to be lifted to make cleaning & maintenance possible underneath. Spaces within the confinement will have smaller pieces of grate that are able to be removed to allow for waste to be dropped/scooped into. I've designed/envisioned a machine meant for assisting with the cleaning of the floor since all of the waste won't be falling through the grate every time. Otherwise, options for hoses with spray nozzles will be made efficiently accessible from everywhere in the confinement. I've designed/envisioned a winch/pulley system to place amongst the confinement's structures that makes hoisting up the sections of floor easy/efficient for elderly/child farmers. The animals' water/feeding sources/systems will be insulated & capable of heating. The confinement spaces will be certain to include HVAC systems making it capable of fresh-air induction, exhaust fans & easy clean/maintenance ductwork. The water-lines will all be insulated. Underneath the confinement's flooring system is a partial-basement or similar structure that involves slopes that slope towards the center. The slopes can be made out of whatever materials the experiments/research suggests but I had sheet metal in mind. On the slopes will be conveyor systems with 'scooping flaps' on them designed to help scoop the solid wastes down to the opening at the bottom of the slope. The scoop flaps will be connected to the conveyor system using 'telescoping bolts' the same as I designed for the 'soft grind rails' (x-games). These telescoping bolts might need to have a small amount of rubber in them to help absorb impact while making contact with the scoops. They also might have to be designed to incorporate hydraulic suspension for these flaps. The scoops will be designed with 'joints' so they can bend around the conveyor's support beams. The conveyor will be supported by beams connected to the walls of the 'basement'. The top of the slopes will be lined with pipe/hose designed to cover the slopes with water to assist in 'flushing' the waste down the slope (it might be necessary to run multiple water lines in a pipe to be able to push water onto the slope in all the necessary spots). The conveyor systems will be designed to be easily accessible/maintenanced/cleaned (an entry from the underground area to the sloped system so that a person can access the scooping flaps/conveyor/etc.). If designing/building is possible we will design the entire slope to be a conveyor system that gets scraped off at the bottom into the waste pit but otherwise we will put the conveyor systems on top of the slopes.  The slopes slope towards a grating system that vibrates & separates the solid from the sludge & wastewater. The liquid wastewater then falls into a wastewater removal system & is capable of being flushed to a

wastewater treatment system or tank capable of being emptied. The solids are conveyed to an opening of the confinement's perimeter where the waste can be disposed of. It will be an option to send the solid waste to be treated with the rest of the wastewater without being separated. The entire conveyor system/septic system is designed to be easily/efficiently accessible & cleaned. I've envisioned this design using only pressure washers instead of conveyor systems to 'scoop/wash' the poop down the slopes & into the septic system (similar to a car wash or sprinkler system). I've also envisioned a conveyor system with built-in pressure washer valves that spray the slopes as they scoop the waste down into the septic system but I'm unsure if this design will be possible without being able to work-with & experiment with the design options in a hands-on environment. For this system I envision the pressure washers being between the floor & the sloped areas leading to the septic system. The pressure washers will be covered with a slope system so the animal waste will drain off of it onto the built-in slopes leading to the septic system. Some of the confinements will be designed to have a pressure washer system that is on a track that is attached to the ceiling & automatically cleans the ceilings, walls & grate flooring system similar to a car wash. The farmer will be able to lift up the grate to clean the slopes covering the pressure washer system. Some of the projects will include energy generators that are shaped similar to a sideways windmill. The animals will have to pass through these soft & waterproof "arms" that turn a turbine when moved & generate power for the system. Some of the roofs will be equipped with solar panels & some of the projects will have windmills built with the confinements. Some of the confinements will be able to connect to a pto shaft for its power & some of them will be able to use diesel fuel. Electricity will be at all of the confinements I've designed &or envisioned. Some of the confinement's areas & another farm invention I designed/envisioned will have a shock collar on the animals that is programmed with several spots within the location. The animal's shock collars will assist in getting them moved around easier/safer. It was also my plan to design all of the running water to spin turbines that create green energy for the confinement. I hope to help or start a company or companies get created with confined-animal septic-systems as the focus. The company's products/services will be available internationally. Animal shows will all have the options available to them. - I haven't had the time nor healthy state of mind to put much thought into creating a confinement septic system for chicken/poultry confinements but I have put thought into it. My limited thought for confined chicken/poultry septic systems includes the following plans: the floor will be a smaller grated system as described above but the grate will be made out of a plastic/rubber/elastic-type material covered padding & the spaces between the grate system will be small. The grated floor will be attached to a vibrator-system that can be turned on to help shake down the chicken waste. Below the grate system will be exactly as described above. The confinement structure will drain the waste into a reservoir that is angled down & away from the confinement to help eliminate the smell & the reservoir will drain itself well beneath the water table. The reservoir could be designed to filter out hazardous waste & the exhaust could have filters designed for it. The exhaust & reservoir could have a maintenance hatch designed to it so that it can be easily accessible for maintenance purposes. I've never seen commercial poultry confinements so I would appreciate being able to study a few of them before designing this in detail. It was my plan to design these into skyscrapers or multi-level confinements for certain spots on our map.

- Designing septic disposal & processing (for fertilizer) facilities for farms was a plan of mine as a young child. It was also my suggestion to have a company start-up that sends pick-up service to farms that want their manure disposed of for them.

- The moving animal confinements on Pinterest were my suggestion for animal confinements in the desert. I imagined it would be a good thing to have the animals waste be soaked up by the sand instead of constantly polluting our land that is useful for growing. The desert confinements will need to be designed to provide the animals with a sufficient climate & equipped with water/feed tanks that regularly provide the livestock with food & water. The confinements designed like this that I was shown on the internet were not in the desert.

- It was a childhood idea & plan of mine to design an improvement for farmers allowing them to load a conveyor system at their livestock feed source & letting the system convey the feed to their livestock feed bunks. I realized at that time, when I was probably 5 years old (& in a severe head injury coma/stupor-type mind state) that some farms don't want conveyor systems running all over the place. I also realized that some new farms & smaller farms that are being designed/built would definitely benefit from this improvement. A company could be created with this as its focus.

- It was a childhood suggestion/plan of mine to design conveyors that are used throughout our agricultural systems (& others that the design improvement could benefit) to be self-cleaning or have strategically placed hatches that make accessing the insides for cleaning & maintenance a simple & efficient process.

- It was an idea of mine as a child to manufacture flying drones meant to help farmers check on their animals that are in the pasture.

 - It was a childhood idea of mine to design farms capable of watering the animals from inside-controls/smartphones/computers/etc. I also hope to design/equip the water-bins with self-cleaning & self-draining technology. The self-cleaning & self-draining water bins will be capable of being set on a timer & equipped with sensors so that they know when its time to drain, clean & refill. Ideally the bins will hold 10-15 gallons of drinkable water for the cattle. The bins will have a metal or glass-type or ceramic interior that has a layer of insulation & an exterior that doesn't conduct heat nor retain the cold (probably plastic). The space between the interior & exterior will have an accessible housing unit for the motor & the exterior will be designed to be able to be easily removed to access the connections between the motor & the rest of the design if necessary. The sensor will tell the water basin to drain, clean itself & then refill after a cow has drank out of it. The basin's diameter will shrink as it approaches the drain & curve towards the drain at the bottom of the basin where the drain is. The cattle's opening to access the water bin will have a lid on the top of it that extends 2-4" (or more if necessary) into the opening. The underside of this lid will have either 1) several equally spaced pressure washer nozzles (probably designed with hydraulics so that they can spray from the top of the interior of the water basin to the base ) that can interchange to a rinsing option or accompanied by equally spaced nozzles meant for rinsing or 2) a track along the underside of the lid that has a pressure washer nozzle that circulates the lid & uses hydraulic engineering to pressure wash the inside of the bin clean,

then rinse with either a separate nozzle meant for rinsing or with a nozzle capable of interchanging between the tasks. Experiments will need done to decide if designing the bin with a squeegee that circulates the inside of the basin is ideal or not. If so, the squeegee will be attached at the top of the basin along the same track, in the middle of the basin along another track & along the circumference of the drain. If a squeegee is incorporated into the design it will be designed to be easily removed & replaced. If the track design is utilized there will need to be another track along the middle of the basin between the interior & exterior that rotates the water lines around the basin. The base connection of the water line will need to be connected to a swivel connection. If resources availability allows the basins will also be designed with a soap dispersion system that mixes the soap with the pressure washer. The pressure washer with soap will activate, then the pressure washer without soap will activate then the rinse will activate, then the drain will close & it will refill for the next cow. The water lines will be between the interior & exterior layers of the water basin & they will need to be designed to be easily accessible & designed to be cleaned. The lids of these will be either motion detection lids or the floating balls that are used in the others. An electric motor similar to a garage door opener will be programmed to move those tracks when the tank is drained. All the components of the track & it's chamber will be weatherproof. - If necessary, I was planning on taking apart a watch, garage door opener & tractor/combine for design inspiration so that I could have my farm "ticking' like a Rolex". - It was a childhood idea of mine to design water-circulating filtration systems for watering pets/livestock. This design would allow the water that gets drained to be filtered & reused.

- I suggested the design for the insulated water basins that are at both of my father's & mother's farms when I was a small child. The design utilizes an insulated plastic basin & the cattle have to push down a floating ball/bobber to get to the water. I suggested this design in one of my grade school classes or to one of my parents (I don't remember which). It is my suggestion that we design them to be able to be heated for the coldest weather.

- It's a suggestion & design-plan of mine to produce motion detection dog bowls (& other animal's food bowls) so that there is a lid that opens & closes for the animals when they attempt to eat from their bowl. It was a childhood idea of mine to have motion detection lids on livestock feeding bunks in an effort to preserve the food mixtures from moisture, rain & pests. I remember somebody from my grade school class suggesting this idea after I had already thought of it but I didn't want to bring negative into the classroom by arguing about it already being a plan of mine so I kept my mouth shut but knew they could prove my case with this mind-control technology surveillance that has been getting used on me for my entire life.

- It was a childhood suggestion of mine to design a cattle chute capable of lifting the front of a heifer with a hydraulic lift so that gravity can assist the cow while giving birth instead of her calf needing pulled out because she can't push it out horizontally. It was also my suggestion to design a harness that can be attached to a tractor so that they can be caught & lifted while out in the open. It's my design to design an enclosure a bit larger than a chute for the same purpose. The enclosure will have a 8-9' pole that the cow can be tied to. While the cow is tied the pole will have a winch system that so that a chain can be wrapped around the underside of the cattle's front legs & lifted up vertically so that gravity can assist in the calf birthing process.

- The new bridge in the Quad Cities was built nearly identical to a bridge I built/designed out of toothpicks in my 8th grade class while building bridges out of toothpicks. I made it clear during grade school & to my mind-control violators that I hate suspension bridges because of the risk that if one of the cables ever break & hit anybody that they will most likely die. My bridge was a structural bridge between the arcs & the roadway & the bridge in the Quad Cities is a suspension bridge between them & they did this intentionally to upset me (& I'm certain the primary reason they did it was to save on materials).

- I believe it should be an option/code for farmers to be able to put a water filtering system at the end of their property to help filter waste out of the bodies of water before leaving their property. For example, I think a person raising livestock on their land should be able to put a filter in their cricks at the end of their property line so that the water leaving their property is filtered somewhat before leaving. That way there is an effort into eliminating the waste created in the water by animals before the water moves on to another property.

- There is a commercial on tv around here that advertises a company specializing in a construction technique I suggested using as a child. I had never seen the pumping technique used before but was one of the options I thought of to fix existing problems I had witnessed. the idea was to create a concrete pumping company specializing in pumping concrete & other materials under sunken concrete/asphalt/pavement to fix the unevenness. This technique was one of my solutions that I provided to someone who asked me about construction problems as a child.

- I've designed a new system to prevent flooding that I shared with my class in the 2nd grade. The system involves using hydraulic powered culverts (with screens & hydraulic lids on them) that are put into our bodies of water that flood. The culverts are designed to extend out of the banks & extend to the height we want the water to begin draining at. They could also be designed to be built into the banks of the shoreline without extending into the body of water. If not hydraulic-powered telescoping culverts, we could design them to mechanically extend by attaching an engine to a system designed similar to a reverse bolt/nut-casing. The culverts are connected to & taper to smaller pipes that leads to different settling ponds/ wells/ underground-wells/ reservoirs/ water-table adjusters (pipes that leak the water out) that fill with the floodwater. The pipes will need to flow downhill so these settling ponds are built so that man-made water springs will raise up & fill the ponds with the excess water. Pumps can be used to spring up the water from the downward sloping pipes into the ponds. We can dig holes/stairways to the underground pumps & build maintenance areas to be able to easily access the pumps that are underground for maintenance. The settling ponds have a culvert overflow system that allows the water to overflow from the ponds to our natural crick water systems. The cricks are then designed to lead into other settling ponds if necessary. The hydraulic powered culverts are powered so that we can set their height & water will overflow into them at certain water-height-levels & then have their lids closed & retreat out of the bodies of water when floods aren't threatening. By using this system, we can stop flooding & make it so that we can help control where our grounds water table is. On coastal areas with the ocean I've come up with designs so

that our infrastructure won't be harmed from flooding. The designs include using the system I just described along with the design I'm about to describe. The cities will have to be rebuilt with a sloped/draining system underneath our 'ground level'. The sloped draining system will be designed to lead the water away the same way as the design I described above. Our 'ground level' will have a grate system that leads to the draining system. Our infrastructure will be built to go through the draining system & designed with slopes & other protection methods to be protected from the floodwater running through the system beneath. Our 'ground level' will be designed with ample grated draining areas to catch what water makes it past our draining culverts in the bodies of water. It would be wise of us to install generators that use the flowing water to produce electricity as well. - My flood prevention system for the river & coastal areas at risk will benefit wildlife, nature & our wildlife/livestock.

- There are several computer games out there that allow a person to build houses, neighborhoods, farms, cities, theme parks, golf courses, etc. (sim farm, sim city, the sims, rollercoaster tycoon, etc.). It's an idea of mine that there should be another game created that allows a person to attempt to redesign our world with a focus being preventing floods by using the hydraulic culverts & water pipes I designed & mentioned above. I think it would be an enjoyable challenge to attempt to manage all the floodwater & our water table systems.

- Underwater fences built to protect people from sharks & other threats on popular beaches was another childhood idea of mine to help improve the safety of the future for humans.

- I've been hoping the United States will start allowing companies/homeowners to design houses/buildings with moon roofs. I'm hoping the moon roofs will be able to have switches that can retract & wash them with the switch of a button. I'm hoping that it can be an option that the moon roofs can be designed so that it's possible to stargaze out of them even when they are closed (designed with the best visibility possible in mind).

- I thought of a construction fix that I believe should be a new construction code worldwide. Our garage door uses cables that are exposed to the garage's interior space. I think the garage door's tracks should have a box built around them to add a layer of protection in case either of the cables ever break. The boxes will need to be built with a maintenance in mind (I planned to use hinges for the 3rd side of the box to create a maintenance-hatch for the garage-rail & cables). I believe specific companies can be created focusing on fixing this problem & existing companies can add the work to their workload.

- In my 2nd grade class I was talking to the rest of my class about designing new buildings. I told them how I would incorporate/include a lot of plant life within the design. Our class then focused on the idea for several minutes of our conversation & our design ideas became impressive. The modern architecture of Singapore that's been built since our classroom talk in 1994 includes several of our designs from that talk. I follow a lot of the new construction being showcased on Instagram & a lot of it is similar to what we talked about back in 1994. The new Amazon headquarters 'H2' is similar to my suggestions.

- Another childhood design of mine is a tree-pulley-system that allows a person to vertically garden using a tree & it's branches as the structure. Attached to the pulley system would be several pots that can be raised & lowered to water/harvest. It was also a design of mine to vertically garden using a vertical pipe full of soil that I noticed being used on the internet nowadays (Pinterest). It's my suggestion that we design/produce these to be made out of cloth & design skeletal-frames to put the cloth vertical-pots into.            It was a childhood design of mine to get vertical greenhouses built. My design included using a tall structure/building as the greenhouse. The inside would include a pulley system similar to an elevator capable of rotating platforms for plants around its pulley system. The plants will be able to rotate around the pulley system so that they can be brought to ground level to work on, be watered & harvested. I've thought of how to design these with water-collection systems using regular & cloth pots for the soil. The ceiling of the 1st floor & floor of the second floor will be made of concrete & capable of breaking the fall of any potential falls before landing on ground level. The ceiling/floor will have an opening in it for the plants to pass through as they are rotating with the pulley system. I believe it could save land space in some areas to incorporate vertical greenhouses as opposed to using the designs we use today. It was also my idea to design outdoor vertical greenhouses as well. I've began imagining designing rainwater collection/distribution systems & stationary harvesters for the vertical greenhouses.

- Another childhood idea of mine was to create conveyor-belt style greenhouses with stationary harvesters that can be electrically powered for our specific grows/harvests.

- Partially-underground greenhouses are something I've envisioned as being a potential worthwhile design-concept for the future of agriculture.

- Cloth grow pots were a design suggestion of mine as a child. I also suggested greenhouse & groundwater watering systems that can be set to a timer & controlled by a smartphone or computer. There is a ring-shaped watering system that is being used to water the cloth grow pots on Pinterest & I suggested both the watering system & the grow pots designs in my childhood. It was a childhood suggestion of mine to make vertical cloth grow pot systems also. The vertical systems will include a skeleton-like frame (designed similar to scaffolding) that surrounds the cloth grow pot & keeps it from moving/breaking-out. It was also my childhood suggestion to design these vertical grow systems to incorporate hydroponics by using a similar design concept but by incorporating a central reservoir, sectional reservoirs, drippers, seals, water filtration systems & pumps. It's my plan to design these so that the insides of the vertical grow systems can be easily accessed & cleaned by using hinges/seals/lock-engineering/etc. I plan to design a version of this vertical hydroponic growing tower that doesn't need electricity & instead uses 'bulbs', nipples, hand-pumps (squeeze hand pumps), screens & spiral-overlapping-opposing-sloping engineering (for the design of the interior reservoirs separation from the separate sections for each individual plant) to make this possible.

- It was a childhood idea of mine to create fish farms for commercial fishing. The farms would be made by connecting 3 or more ocean ships with fences capable of telescoping down under the water to strategically set depths. The telescoping fences will be able to raise up all the way to make unloading fish easy & travelling shallow waters possible. The ships will be equipped with

backhoe-type arms for grabbing & unloading fish. Keeping counterweight engineering in mind will be necessary (telescoping counterweights/ wakeboard-boat-type counterweights/air-bag system type capsize prevention options). I've considered designing the ships to be enclosed so that they can't capsize (barge-like enclosed ship designs). The exterior of the boats/ships will have slots for where the fences connect to the boats. The slots will extend the full potential height of the side of the boat/ship & those will provide the initial-forgiveness system for the connection between the boats & the fences (my drawings will make it easier to understand). It would be a beneficial option to create the fish farms using submarines for certain ocean bottom seafood farming. Using manless-autonomous ships will be beneficial to the safety/efficiency of mankind. Creating/using hatcheries along the shorelines to stock the fish-farms with full grown fish will be necessary. The telescoping fence systems will be attached to the ships with forgiveness sections meant to withstand the full movement potential the waving water puts the ships through.  The sections can be designed with hydraulic telescoping components & or chains etc. (we could also incorporate design-engineering used for oil drilling into the fences designing). I'm hoping we can design hydraulic telescoping fences but if it's not feasible at first we can use winch systems to telescope the telescoping fences. It's an option to design the telescoping fences with slot twisting & locking mechanics to extend & retract using hydraulics & a winch system. It's an option to have the telescoping cylinders extend as the frame of a net or fence material. The lid of the fence can be made from a net or another less material-consuming resource. The boats/ships will be equipped with counterweight technology (booms/water-reservoirs/inflating-tip-over-savers. I've began to put thought into the design of the hydraulic/mechanical-sealing encasement for the telescoping/booming underwater fence. The designs will be based on submarine designing technology with efficient maintenance access a focus for the design. We can start out by designing the farms to stay in deep water & boat out to the farm to man/feed/retrieve when necessary if necessary. - Hydraulic opening/closing underwater hatches & their encasements & tracks for the encasement of telescoping fences for the fish farming boats have been a design I've began putting thought into & would be willing to pursue. Easy maintenance will be a focus of the design.

- It was a childhood idea of mine to create a company that resurfaces used kitchen pots/ pans/cooking-sheets/etc. for every local community.

- It's my idea to make a theme-park-ride based off of my design of the Bowflex revolution & the Spiderman/Tarzan movies. I hoped to use elastics/rubber/pulleys/cables/harnesses & the concepts of the Bowflex revolution's plate design to make a person be able to Spiderman/Tarzan up/about/around the duration of the ride that would carry through wooded areas with adult trees. I have yet to complete my design because of my disabilities, being constantly violated & neglected.

- It was a childhood idea of mine to make telescopic ceiling, duct & wall cleaning tools that allow us to attach cleaning cloths to a 'Swiffer-type' tool that can be used to wipe our walls, ducts & ceilings clean.

- 1 of my childhood ideas was to better utilize our deserts for agricultural purposes. Building a partially-opaque canopy system to reduce the heat/sun's impact within the spaces will be

necessary. Then using different types of permeable materials to cover areas of land in the sand deserts to grow pastures on-top-of which will be suitable for plant life/livestock/pets. Doing this would provide a natural drain for the urine. we will need to design to able to remove the solid wastes as we do everywhere else. The spaces will be designed to be able to move around to different areas of the desert (rotating areas to distribute the animal waste.) The spaces for plant life will need humidifiers & watering systems.

- Another childhood idea was to use railroad transportation to help create energy/power sources. It could be an option to turn a windmill on its side & use the passing train's force to generate the "spin" of the turbine to create more energy. I can/have designed turbines capable of capturing the passing train's energy to be used as a power source & think it could be helpful in areas. The turbines will obviously be made of the lightest weight material we can create & covered with a soft & impact absorbing material making them easy to spin a non-damaging to our trains.

- Making our residential/commercial power supplies able to be able to be backed up/powered by generators that are powered by stationary bicycles was an idea of mine as a child. This invention will be designed to be able to charge batteries that can be used to supply power to our appliances. To do this I planned to design ways to connect the spinning gears of the stationary bikes to the gears that need spun on our electrical generator designs. The connections could be made with chains, gear shafts & gear boxes or with belts but I haven't been able to work on my detailed design yet because of all of these crimes against me. Our appliances (refrigerators/microwaves/etc.) should be able to be powered by the same type of batteries. The batteries should be made to be able to be charged by electricity or the bicycle powered electric generators. The batteries & generator that the bicycle is capable of charging will be designed to be able to power your household's electronics (lights, TVs, appliances, etc.). The batteries will be designed to be able to be plugged into with the devices' electrical cords. It was also an idea of mine to manufacture washing/drying machines for washing clothes powered by a stationary bicycle or rowing machine. - A 'plug-in' box that the batteries attach to & that are designed to run off of the batteries until they go dead & then run off of the electricity from the wall the box gets plugged into after the batteries die will be a necessary addition for this invention. The invention will also need to be designed to easily be incorporated into breaker boxes (& possibly breaker boxes will need redesigned) so that the lighting throughout is capable of being charged/powered by the bicycles.

- 1 of my plans for a new invention-design was to make stationary bikes capable of generating electricity. I hoped to use the bikes to power themselves (which they eventually designed & use - True Fitness). I also hoped to use the bikes to generate electricity as an option for houses/gyms/ other buildings. I can also see that the tv show the Flintstones was created with using these in mind to put inside electric vehicles to generate their power. To design these, I planned to take apart different types of generators to see what part of the generators each of their power sources spun. I planned to design ways to connect the stationary bike to the pieces of the generators that needed to spin so that the bicycle's pedal spinning would produce the power for the generators instead of the generators fuel source. For these stationary bicycles the pto-shaft that connects the bike to the generator/charger can be designed under the floor/ through the walls/ ceilings/etc. For

electric bicycles I'd like to make it so we connect the battery charger's alternator to the gear that the bicycle's pedals spin so pedaling recharges the electric bike's battery. The bike battery will be separate from the charger but plugged into the charger when engaged to the bicycle. The bicycle will be able to be plugged in & charged when at an electricity source but when the battery is on the bike & the bike is being used spinning the pedals will charge the battery of the electric bike. My design to make this happen includes adding a connection between the gear on the pedals to an alternator that can be spun by the connection (probably using a miniature pto-shaft & that engages to the alternator/charger with a clutch (electromagnetic or hydraulic or mechanical (potentially a jaw-type) that can be switched on & off depending on when the operator wants to charge the battery & when they don't.

- pedal powered-battery recharging vehicles (& hybrid fuel-powered vehicles/machinery (ag/construction equipment)) have been a design that I have imagined since childhood. Using manpower to pedal a stationary bicycle to create the electricity needed for the machines will make our resource use more efficient. The vehicles will have to be equipped so that the brake pad & accelerator are hand controls on the steering wheels so that your feet are capable of making this happen. The vehicles should be designed so they can still be charged at plug-in stations but charging them by pedaling will be an additional option to charge on the go. My design for this will end up being similar to my design for the pto-shafts that are going to replace the chains on bicycles. The vehicles will also have an option to use a drum pedal that hydraulically responds to its downward pressure to power the generator. The drum pedal will have an option so that you can press it up & down with the heal of your foot or the front of your foot because it will be designed to spin around. The connection between the gear of the drum pedal & the gear that needs spun on the generator can be made using the engineering connection process similar to what connects the wheels of a train. The resistance between the pedal can be created using hydraulic or shock resistance or spring-loaded assistance or whatever resistance-creating design I/we want to apply but this could make it so that you could beat a drum pedal to the music to charge your vehicle's battery while driving. Another option would be to design a 'fidget spinner'-type that could be spun by a driver or passenger in the vehicle to charge the battery. We also could install tiny windmills on the electric vehicles that turn the gears that spin the alternator that charges the battery so that the movement of the vehicle charges the battery automatically & autonomously. The windmills could be designed inside of hood scoops. The hood scoops could be designed to be able to be raised/activated when the operator wants to charge the battery & put down/away when they do not want to be charging the battery. I also have a design plan that uses the motion from the axels or belt system or other moving parts of the vehicles to spin a small pto-shaft or belt system that allows the battery to be charged from the motion created throughout the vehicle so the electric vehicles car battery charges itself at the click of a button. If necessary, this spinning could be connected to power a battery charger in between it & the battery. This design is described further along in this document in the perpetual windmill section & mixes those designs with the design I envisioned for the pto-shaft & chain change-out that I created for the bicycle.

- It was a childhood plan of mine to design a forever spinning electrically powered windmill-type spinning wheel that charges its own battery by having the windmill's turn a turbine that spins the

alternator-type-specially designed part that I could've designed myself in 2nd grade that charges the battery for the motor that spins the windmill. The machine will need plugged in to start but once it starts it can be unplugged & the battery will continue to be charged by the machines ability to provide power to the battery charger of the machine. I'm 100% positive that I could design this to be incorporated into electric vehicles so that at a push of the button the vehicles battery will get charged by the movement created by the other parts-in-motion within the vehicle.

- I suggested the following in my second grade class while I was getting violated with mind-control technology & I believe they were my original ideas but I cannot remember for certain because of how hurt I was at the time: The design makes it so a windmill spins itself once its spin is started by incorporating cylinders (this design had water bottles attached to it) partially filled with water attached to the end of the spinning blades & once a person starts the motion for the windmill it doesn't stop spinning (because of the laws of physics) creating a constant source of electricity production. Another design for this incorporates rubber resistance bands or springs that continuously use the bands resistance to activate continuous motion. It's now my suggestion that we could combine the 2 designs to eliminate stress on the rubber with the perpetual motion created from the gravity shifting of the water cylinder windmill generator. I cannot remember this memory for certain & will have to rely on witness testimony, the investigation associated with my case or video surveillance to know for certain. I'm uncertain if this idea was mine or my mind-control violators as they were introducing themselves to the kids I was in class with through while they were introducing me as a brain injury victim to them. Another idea that I suggested during my 2nd grade class was to use the opposing forces of magnets to spin the wheel & using the wheel to power the generator.

- It was a childhood design/idea/invention of mine to build free-spinning turbines capable of generating energy from water movement (water currents or waterfalls). The generators will be used to capture the energy from water currents/waterfalls & be strategically placed all over earth to help us capture energy.  I've noticed my exact design suggestions being used on Pinterest. I've thought of designs to be used both on the surface of water & underwater. Windmill farms were also a suggestion of mine during childhood. I'm uncertain if this idea was mine or my mind-control violators as they were introducing themselves to the kids I was in class with through while they were introducing me as a brain injury victim to them.

- Designing stationary bikes so that their resistance capabilities can be changed & upgraded for people of different sizes & fitness levels was a childhood suggestion of mine.

- It was a childhood idea & suggestion of mine in grade school to start using my plans for the forever spinning windmill-type generator to power ski lifts at snow skiing resorts.

- It's my idea to improve upon our air conditioners designs. Most specifically the window units because that is what I'm used to being around. The air conditioners designed to fit in windows are designed so that a filter can be pulled out of them to be cleaned. I believe they should also be designed so that the entire front part of the air conditioner can be easily removed making it much easier & more efficient to clean the entire housing unit for the filter.

- I've imagined redesigning beachside cities to be more flood resistant by making the entire cities base level a flood/rain-water drain system with drainage pipes leading to settling ponds with man-made springs & then building the building/living/walking surface above the drainage system's surface using structural engineering.

- The computer game sim-city allows the operator to design a city. I am thinking it will be beneficial to have a program so that you can redesign a country. I've always wanted our nation & world's builders of new living environments to consider building around/amongst nature. I believe towns/cities should be built around national park type settings getting rid of the least amount of nature as possible & preserving as much of the natural setting as possible. For example, the town will be amongst full-grown nature & include dog-walking/ walking trails that walk amongst & through nature. There will be spots secluded along long trails that can be walked at any time meant to be stopped at to practice singing. The singing-spots will be far enough away from everything not to be a disturbance to anyone who isn't close-by. The natural water sources will be designed to prevent all flooding with the techniques I described earlier. This will help control the water table, have all the rivers/cricks/ponds/unnatural-springs connected & to have all the most population dense areas such as living environments, schools, hospitals, etc. thriving off of our densest/freshest water supply. I also believe the new towns/cities should be built with escalator roads so that the towns/cities don't need vehicles to be transported around. The people will be able to get on/in moving roads similar to escalators that move all around the town/city with parking available around the outside. the roads will be able to be parked on by our vehicles & moved around enough to get through & around town if necessary. There will be gondola-like facilities to ride on the moving roads in.

- I've designed a woodworking tong/vice-grips meant for handling wood while power sawing. The tongs grip & the human's force while using the tongs will prevent the power saws from backlashing as often while making the more difficult power sawing cuts.

- It was a childhood idea/suggestion of mine to begin building/manufacturing electric motorcycles. It was also my suggestion that they include speaker systems capable of making the bike sound as if it has a gas motor (especially the motorcycles resembling Harley-type motorcycles). This will help people/animals hear the motorcycles which makes riding them less of a risk.

- I've redesigned the bodies of our everyday vehicles entirely & I've designed ways to incorporate this new design/invention capable of adding trax to our vehicles to travel on top of snow so that we eventually can stop using snow plows. I hope the vehicles will be designed with these improvements in mind where snowfalls on our roads because snow plows are horrible for our roads & we waste a lot of salt during the winter maintaining our roadways. I designed an apparatus that is capable of being driven on by our vehicles today. each 4 tires drive onto 4 separate snow-shoe-type devices that our rims/tires lock into. the spinning tires turn gears that turn a track similar to what's on a snowmobile or tank. I also had a design plan to create a track that the back axle spins & a track that the front axle spins. I noticed a guy on the internet actually built my design & showcased it on Instagram. The front tires can connect to ski-like shoes

similar to the front skis of a snowmobile. We can light our roadways & ride on top of the snow with ease when we put our minds/materials to it.

- It was an idea of mine for banks to start issuing/using debit cards during my childhood when they weren't available & only checks were being used. Online banking was my idea to create also. I shared the idea with my class in 2nd grade.

- Online grocery shopping & grocery delivery services were a childhood suggestion of mine.

- Netflix was an idea of mine for making use of the internet.  I named the company while in a classroom full of kids during my 2nd grade year & while suggesting the names/websites/ applications for YouTube, Pandora, amazon, puppies.com, twitter, Pinterest, Tick-Tock, Facebook & Instagram (potentially more but my memory is unreliable because of my head injuries). I am apart of several Facebook groups that were suggestions of mine 'Illinois Storm Community', 'English Bulldog Groups', etc.

- Online dating was a childhood idea/suggestion of mine as a way to use/improve technology. Specifically, I thought of & named the app called "Tinder" while I was talking to my classmates during a 2nd grade class.

- The websites for Lowes & Menards were an idea of mine from when I was in my 2nd grade class in 1994. More specifically, being able to order building materials to be delivered or picked up.

- Google Arts & Culture & Indeed.com were childhood of mine for creating a way to use the internet while I was being forced with mind-control into giving a speech in the 2nd grade with mind-control about my ideas for designs/inventions.

- The new apps/website that allow people to visit their doctors by video calls was an idea of mine from my 2nd grade class in 1994. I've had video visits with several of my doctors using my smartphone from home & suggest it because of it benefiting society & the medical field (my doctor visit cost no fuel, less time & less congestion at the doctor's office. - It was also an idea of mine to create a computer database that knows what prescriptions to prescribe when symptoms are typed into it for the medical field. By doing so the doctors will need to spend less time to care for exponentially more patients.

- It's my idea to create an internet app meant for people who live in small towns & surrounding rural areas. The app will let small towns such as Galesburg, Monmouth, Macomb, Moline, etc. that are a supplier of resources to the people who live in the smaller surrounding towns & rural areas have an option for their town/city on the app. The idea is that a person that lives outside of town but goes to town to gain resources or services to be able to pick-up/schedule their errands/goods/services to be available/picked-up/ready as efficiently as possible. For example, I could get on the app & schedule the first available oil-change out of the several oil-change options in Galesburg. I could also schedule my order from the grocery store, Lowes & the pet store to be delivered to a pick-up spot at a certain time. I believe this type of app will benefit society.

- During my 2nd grade class it was an idea of mine to create the website ancestry.com.

- It's my suggestion that NASA creates a website for stargazers showcasing the forecasted highlights of what to watch for/locate in the sky while being able to use your location for specific forecasts.

- I can remember being in a concussion-coma-type mind state during my 2nd grade class & having a conversation about creating the website called the chive for charity but don't remember details. It is an actual website/charity now & I feel as if I deal with communication & harassment-type insults from the website on the times I've checked it. I remember mind-control being used against me during my talk in 2nd grade to use this suggestion to make a joke about trapping crooked police spying on phone users.

- Onlyfans.com was a childhood suggestion of mine.

- I believe it was my suggestion during my 2nd grade class to create an app for cooking measurements & cooking questions & I saw a kid on the quad cities news getting to take credit for this effort today (6/1/25). If it wasn't my suggestion it was a suggestion of one of my classmates.

- I suggested what is now 'Americorps' while I was in 2nd grade.

- I've redesigned how our vehicles frames are attached to their bodies. I redesigned them with suspension devices between an exterior&interior frame so that more of the impact is absorbed better by the exterior & bodies frame to better protect the main-frame & machined parts within the vehicle.

- It was my idea as a kid to change our vehicles seatbelt systems. I believe our seatbelts should be different. I think a vest-like apparatus should be sewn in & already attached to the seat similar to the back of a life-jacket being sewn to the seat. We would then buckle ourselves into the vest once seated. I noticed Nascar began using these seatbelts I designed when I was a kid. I also think everyday drivers/passengers should wear helmets as they drive.

- Another design/idea/invention of mine is to install automatic car jacks under our vehicles. The goal is to be able to hit a button the same as a person hits to roll up/down their windows or lock their vehicles doors to be able to jack up the vehicle to make it easier/quicker to change any of the tires. Implementing this plan towards construction & farming equipment is an option worth considering. For some of my contributions I have only imagined design-plans & have not begun to progress towards every separate final-design. Simple thought is all that is needed to turn my design-plans into complete designs when given access to the resources I'm surrounded by. Settling with court is necessary for me to progress towards any future that I've planned/earned. I cannot benefit from my contributions without the legal system's involvement & the resulting protection/opportunities I deserve.

- It was a childhood plan of mine to redesign truck beds of work trucks so that the floor of the truck bed rolls out the back of the truck bed & turns into a work bench/platform when the legs are attached or unfold.

- I've designed/envisioned different ways to make it so that our passengers survive airplane wrecks. I am uncertain but believe our airplanes are equipped to provide every passenger & crew-member with parachutes. This is a great option to have as long as they are equipped with floatation devices. My designs for saving our flying humans & airplane materials are different. I envisioned airplanes with capabilities similar to fighter jets with ejecting capabilities. The airplane that begins to go down will be able to make sure everyone is secure before ejecting. The ejection process will be designed to eject out of the back of the plane or the top. Upon the pilot crew deciding to eject, everyone will secure themselves to their seats in the plane. The plane will eject & release the entire base platform of the plane with all the seating from the rest of the plane. The base platform will be designed to escape the planes materials without harm & the platform will release into the atmosphere while deploying a giant parachute. Once out of the main part of the plane & the platform is floating down by itself, each individual seat section will be able to eject from the platform & deploy a parachute of its own or they will eject from the plane in sections that are ejected on a timer to keep their deployments safer. Every individual seat section will have a device that inflates & is capable of bracing them for impact on earth's surfaces & will be able to keep the people afloat if they land in water. The plane materials will also be programmed to deploy parachutes & inflatable devices as well to help protect our finished materials from damage & hopefully making restoration of the materials less of a task. I also think it would be worth considering to design the entire releasing platform to become a giant parachuting floatation device that keeps the entire passenger cabin together instead of then deploying them individually.

- If you have ever seen the movie "Silence of the Lambs" it would help you envision my design/idea for this invention. My design/idea is to create a device for a firefighter or couple firefighters to be able to drive through a burning building without stairs or other obstacles being a problem. The design is of a vehicle that can man 2 people operating on trax instead of wheels. The trax are capable of climbing inclines & descending declines including stairs. The body/trax & everything on the vehicle is designed to be fire/heat proof with an air conditioning system meant to help keep the interior cabin of the vehicle cool/ oxygenated. The vehicle will pull a mat meant to help smother/put-out fires. The front of the vehicle will have a loader-bucket-type design similar to what's on the front of a skid-loader meant to help move debris out of the way of the vehicle. Other mechanical attachments including mechanical arms have been kept in mind for this invention to help move debris from out of its path. The cabin will be able to view out window-type materials meant to be looked out of. The vehicle will be equipped with technology to help the firefighters see through the dark/fire/smoke. The vehicle will be able to be operated from outside the building by another firefighter crew. The crew outside the building will be able to see through the technology cameras that help the firefighters inside the vehicle know where they are going. The vehicle has a small enough width to fit through door jams. There will be enough room to fit a couple rescue victims in the cabin.

- I've put thought into designing vehicles specifically meant to fight wildfires. The vehicles will use tracks similar to a military-tank & snowmobile. The material will need to be made of fireproof material. I plan to have the vehicle equipped with tanks filled with water & other extinguishing materials. The vehicle will need to be able to pull fire/land-smothering material

weighted down to help smother the fire as the vehicle drives around. The vehicle will have a fire/heat-proof base that exposes the minimum amount of the trax as necessary. The vehicle is meant to be able to drive around as a fleet of vehicles capable of smothering fires spreading on land. The vehicles could be equipped with arms similar to the arm of an excavator so that the vehicle is able to attempt smothering fires out that are burning in trees. They would basically be fireproof bulldozers with oxygenated cabs so the fleet operators could push all the burning materials into a pile to stop the fire from spreading. I think we could equip helicopters with the ability to release fire retardants from above once the fires are pushed into a pile. I've considered/designed the vehicles with different body styles in mind from the size of a motorcycle to the size of a tank/tractor. To help with wildfires I've also considered redesigning/building/digging our crick/pond/lake/river systems so that there is a water-break strategically placed in intervals distanced close enough apart to benefit our attempts to better assist in fighting/preventing wildfires. These grids would also help us irrigate the coastal drylands that are constantly a risk for wildfire by implementing green-efficient ground-watering systems from these manmade grids.

-- I believe tire-goop that is sold in pressurized cans to close tire punctures allowing them to continue holding air was a suggestion of mine for an invention to produce from my early childhood.

-- Manufacturing battery & gas-powered blowers (air-blowers for yard/construction cleanup) were a suggestion of mine in early childhood.

- It was a childhood idea of mine to re-design light bulbs so that we are able to continually re-use light bulbs while changing the filaments that "burn-out". My light bulb re-design is designed so that the light bulb is 2 separate sections. The bottom section (with the piece screwing into the light socket) has straps attached to the uppermost part of the metal piece that is threaded so that it can screw into the light socket. The upper section of the glass light bulb has extrusions sticking out of the glass so that straps can wrap around the extrusions & connect the 2 separate sections. Between the sections will be a heat/electrical resistant material that will provide a seal between the 2 sections.

- Metal chopsticks were a childhood suggestion of mine (to use for helping clean dishes, clean in between crevices, give dogs treats etc.).

- Gutter guards were a childhood design of mine to keep leaves out of the gutters.

- It's my idea to install new computer programs into our farming/construction machinery/equipment/vehicles. It's necessary to do maintenance on farm/construction equipment/passenger-vehicles. An example of this is that if you're operating a combine you have to grease the combine at many-multiple locations that are hidden in every crack/crevice of the combine. You also have to clean different filters & change fluids. You have to grease some of the places every 50 hours, some every 100 hours, some every 150 hours & so on. It's my idea to create a computer system within the machine so that you can click a button inside the tractor's cab & the tractor will then turn a light on at every location on the tractor that needs to be maintained at that time. Once the person works on a spot, they will have the ability to click a

button to shut off the light at that specific point & the computer in the tractor will know that that maintenance point has been completed. The lights will help people working on vehicles/machines locate & understand their vehicles operations better while making less mistakes & saving time.

- It's my suggestion to make hydraulically extending fresh-air intake systems for agricultural & construction equipment. Another option will be to equip them with electrolysis oxygen generators. If I thought of this as a kid I'm remembering it for the first time again on 2/27/25 after 7 years of preparing this document & remembering new forgotten information daily. All of the soil & dust produced by the large machines makes the simple task of providing the cab fresh air a difficult & overworked workload. I believe I thought of this improvement before I was a teenager but am now uncertain.

- The new snowmobiles that are designed as dirt bikes with tracks were a suggestion/design of mine as a child. It's also my suggestion to design side-by-side-type vehicles with snow tracks as well (or side by side's designed to be able to easily switch between tires & tracks).

- stand-up&sit-down lawn mowers / agriculture equipment were a suggestion of mine as a child so people operating don't always have to be sitting. Incorporating rechargeable batteries that serve as the tools/machines' main power source is an idea I've always thought we should be working towards & was a suggestion of mine as a child.

- As a child I had never known that a Jeep Wrangler-type truck had ever existed. I appreciated the appearance of the Jeep Wranglers & designed them as a truck in my mind. I shared my design with someone & told them that I would name it the Jeep Gladiator when I was a child. The fact that they should release the Jeep Gladiator in 2020 was the only other detail of the conversation I remember. The Jeep Gladiator was released near that time.

- it was a childhood idea of mine to create the usb picture frames. The picture frames, which are made in all sizes, from keychain to poster-sized, are capable of scrolling through a photo album of your choice that you can load onto a memory chip with your computer & then have the picture frame scroll through the pictures for its viewers.

- I think it could/should be a focus to create technology meant for people with specific disabilities & or age problems. Computers & smartphones should be created/designed to be able to be operated by an elderly person/ person with disabilities/child. I'm trying to say that their operating systems should be able to be altered to better suit a person in these kinds of situations/impairments.

- A hose attachment designed as a toothbrush for animals/pets has been an idea for an invention of mine since early childhood.

- It was my idea as a child to create a computer program capable of recording a person's voices & expressions so that their voice can be used to realistically read back whatever text the program asks the recorded voice to read. This way a person can have their audiobooks read to them using their favorite voices. It was also an idea of mine to have the program capable of using the recorded voices to change the live voices of live commentators during our commentated tv

events. With this option, you can have whatever voice you want commentating your entertainment. It was also my idea to be able to record the famous voices of the world so that people can have their favorite celebrity voices read them their books/stories or do their commentating. I also believe it should be a job-option for people to do custom commentating of our live radio & televised events. With this option someone could pay their best friend, family member or favorite actor to commentate their version of the game/event they watch.

- While talking about designs/inventions in my 2nd grade class I told the class of my idea/design for the modern smartphones. I looked at the calculator & said I hoped that we could turn it into the modern smartphones (the modern iPhone/smartphones/iPads/tablets are an exact replica of my childhood suggestion with the exact capabilities I suggested & hoped for). Now, 20+ years later, I have a smartphone that looks exactly as I described it would with the same functions/capabilities I said it would have. It was also a suggestion of mine to create the Microsoft Surface Pro. I also believe I suggested the name for 'Apple Inc.' while I was in grade school but because of my head-injury symptoms I'm uncertain. The smartphones were supposed to be designed to be able to easily access & replace the inner parts of the phone when necessary.

- It was my idea to create the smartphone protective cases that are wallets as well. I've bought multiple phone cases that included details from my classroom conversation from 2nd grade when I suggested the idea. The design was supposed to include a sliding piece of material used to block off the phone's cameras' views' when closed & allow them views when left opened.

- It was my idea in 2nd grade to create usb chips meant for installing into our smartphones so that we can save/store information from our smartphones to the usb memory sticks. We will then be able to transfer our phone's information to our other devices capable of reading/storing usb memory.

- Mark Zuckerberg was a pen name I gave for myself during my 2nd grade class talk I gave about my inventions/designs while mind-control was being used against me to do/force my talking. I was joking around about needing a pen name because of the possibility of gaining so much wealth because of my inventions/designs after suggesting Facebook be made into an internet option for us to use so we can share our family/friend memories with one another. Facebook was a suggestion for using internet technology (including the specific name 'Facebook' which I suggested be changed later in the conversation) in 2nd grade & now it's supposed owner/creator is named Mark Zuckerberg. I also suggested the marketplace option, the 'IL storm community' & 'bulldog owner's' pages for Facebook.

- The knife company I named called "Benchmade" was an idea of mine to make a company for veterans of our armed forces specializing in engraving the blades hopefully to be competitive with 'Swiss Army Knives'.

- Verizon Wireless was a name I suggested as a kid for a cellphone company while in my 2nd grade class. I was confused about the word 'horizon' & kept confusing it with 'Verizon'.

- My 1st or 2nd grade class decided on everything that would be sold at dollar general while we were in class. It was also my suggestion to make cookbooks specific for the items sold in the store.

- The fruit & vegetable "supplement" being shown on commercials was a suggestion of mine as a child to replace the need for people to eat fruit & vegetables or to give them a way to ensure they are getting enough of them.

- Nature's Treatment, the marijuana dispensary that has locations in Galesburg & Milan, is a name I suggested during my childhood or teenage years for a marijuana dispensary during the same conversation that I suggested the rest of the marijuana related names that I suggested & are now being used in the marijuana industry (Gorilla Glue, Night Queen, Blue Dream, Glueberry OG, etc.).

- All kinds of craft beer & marijuana-strains have names that I suggested while joking around & being forced to talk while in classroom conversation from grade school. (Fat Tire, Voodoo Ranger, Space Dust, Dog Fish, Night Queen, Blue Dream, Glueberry OG, Gorilla Glue, etc.)

- It was an idea of mine to make companies that specialize in installing custom seating in our farming & construction equipment. This way our farmers/construction-operators sit in "lazy-boy comfort" as they combine/operate instead of what they are riding on nowadays.

- It was my idea/suggestion to name a modeling agency "Revolve" & I've noticed some of today's models claim to be working for a company named "Revolve. "Behave agency" is another modeling agency existing nowadays I suggested the name for during childhood. I suggested both of these names while in my grade school class & part of me thinks mind-control technology was used on me to force me to make these suggestions. I was certainly being sabotaged with mind-control technology during this conversation while I was being forced to share all of my ideas but don't know if these suggestions came off the top of my head while I wasn't functioning or if I was forced to suggest them by my violator that constantly sabotages me with mind-control technology.

- It was a childhood suggestion of mine to design & produce a body massager that can be mounted on the wall. The design includes a ball that can rotate on its axis as humans apply pressure with their body against it to massage their bodies. I noticed my design being sold on Pinterest.

- Since living in Alexis there has been a 'boil order' often because of their water mains breaking when they do maintenance on their fire hydrants. I've thought of a bypass design so that the city water can be left on when they do maintenance to their fire hydrants. The design includes a valve that extends from the water pipes up to ground level that's hidden under a removable lid at ground level. When the valve is engaged it redirects the water to a designed bypass around the fire hydrants. It was a childhood idea of mine to design water mains with valves & bypasses for cities, towns, villages, etc. so that if a water main breaks somewhere the entire system doesn't have to shut down. The redesign will allow the main to isolate-out that section of the main & continue flowing elsewhere.

- I had a conversation with someone during my teenage years that included me coming up with several names for restaurants & bars. Several of our local bars & restaurants now have the names I decided on during my conversation that I was unaware of being shared with anyone else. The names I came up with included the "Iron Spike", the "Patton Block", the "Whisky Barrel", "GTs", & "Gympys".  I'm uncertain if mind-control technology was being used on me to do my speaking & thinking during that conversation or not but know it was a possibility that my violator tried tricking me into thinking these names were my ideas (I was hurt bad at the time & don't remember for certain).

- I was in my 2nd grade class speaking about designs/inventions when I designed/invented the modern dog-harnesses. It was also my idea to create the shock-collars for dogs to assist with their training. It was my idea to have the training collars capable of shocking, vibrating or beeping. I now own one of these dog collars & the remote needs redesigned. It's remote is designed to make it a pain to turn on&off but easy to hit the separate shock/vibrate/beeping buttons. The remotes design needs to be made to be easy to turn on&off, easy to hit the vibrate button, easy to hit the beeping button & a more tedious task to hit the shock button (I've accidentally hit the shock button on multiple separate occasions). It's my suggestion that we make some of these so that a sensor can be pinned or pierced to a females rear end so that the shock collar on the male goes off if it attempts to lick the female by making the radius of the sensor on the female less than 12". It was my design/idea to invent the new dog toilets equipped with a patch of fake grass on top of a litter-box. My design was supposed to have the grass-patch being made out of macaroni-noodle-shaped rubber pieces of grass-like material to make the grass patch more water-permeable. I'm hoping to get the dog toilets being made & sold switched to the improved design. I also suggested/designed the dog grooming harnesses that we can suspend/hang the dogs from. It was also my suggestion for the new dog beds that have a padding surrounded by a removable & zip-up waterproof case. The waterproof case is surrounded by a cloth case to provide the dog's comfort. It's my suggestion that an option be created to be able to purchase a durable, rubber-type case to surround the bed for dog's that leak liquids nonstop or suffer from incontinence. By providing the customer with this option they won't have to wash the cloth bedding nonstop but instead will only have to wipe down the bed. - It's my suggestion that we make the dog's shock-collars an app that allows smartphones & smart-watches capable of being the collar's remote control. - It's a suggestion of mine to Redesign dog kennels so that we incorporate slot engineering allowing each individual panel to be removed piece at-a-time so that the owner doesn't have to crawl into the inside of the kennel to clean it.

- I've designed/imagined a belt & harness used for walking/running/ mountainboarding with dogs that pull. the belt or harness is designed to go around the walking human's waist or waist-area & shoulder-straps. The harness will have buckles that are able to loop dog-leashes of all sizes through so that the human can connect however many leashes to their belt/harness through the buckles making their bodies capable of assisting with anchoring the weight of the pulling dogs.

- Having dog-baths with a hose & spray nozzle designed to be able to wash dog's paws & coats at the "backdoors" of residential environments has been an idea of mine I hoped to help incorporate into modern living environments since childhood.

-Dog-anus cleaning wands with replaceable brush/sponge-heads that attach to a hose with a spraying trigger designed so that a person can clean a dog's anus & feet with the hose without bending over is a design of mine that I imagined during my childhood.

- self-cleaning & self-draining dog pools are a design/invention of mine from childhood.

- Rubber dog bones were my suggestion.

- Dog diapers were a suggestion of mine to produce during my childhood.

- Self-cleaning/draining/filling/purifying (&insulated/heated) animal water containers/bowls/basins are a future for the agriculture industry & was 1 of my 1st ideas/plans/designs as a child to mass-produce along with insulated pipes for my farms.

- It's my suggestion that we produce a new design of mine designed to protect the spots of bulldog paws that are at risk for infections. Bulldogs paw pads don't cover a small spot between their paw pads & paws close to their nails that isn't protected & regularly gets infected with splinters & whatnot. The design utilizes rubber or leather that wraps around their paws & in between their toes before being able to be latched to itself so that while the dogs are outside they can be protected.

- It was a childhood idea of mine to add 'load size' options to washing machines.

- It was a childhood design/idea/invention of mine to add personal-pictures/suggestions to the teleprompters that newscasters use. I think it will make it easier for them to give the correct looks they would want to give at the correct times as they are reading the teleprompter. With one of those, they can read their scripts prior & insert pictures/suggestions that will make them smile or wink or whatever at the key times.

- Modern day mountainboards were a design-suggestion I made during my childhood.

- It was my idea to create coats/harnesses/helmets/sweatshirts for skiers/snowboarders to have a neck pillow attached to them to help prevent neck injuries while wrecking. I also think ski-poles could be built with button-activated suspension systems & used by skiers/snowboarders as a way to help prevent them from wrecking.

- I designed a way to make all the rails that are used for grinding at skate-parks, snow-parks & for other x-games (extreme sports) events softer. My new grind rails are going to provide the athlete with a softer landing if wrecking. I'm going to start by wrapping the frame of the rails in weatherproofed Styrofoam or rubber or a rubber-type material (possibly similar to a floating noodle in the pool or a back-roller used on the floor or a combination of the Styrofoam-type material wrapped in weatherproofing rubber). Very thin pieces of metal will be put on top of the soft material that the frame is wrapped in. The thin piece of grinding material will be connected to the frame by telescopic bolts. The telescopic bolts be made out of a cylinder that's hollow inside is shaped like a lug nut. The cylinder will start in 2 pieces when being manufactured & get welded into 1 once the head of the bolt is inserted. The top of the cylinder will be welded to the underside of the thin piece of grinding metal that goes on top of the rubber & frame. We can design the surface metal to have small housing units for the cylinders to fit into before being

welded so that they have extra support against the horizontal torquing of the riders. The telescopic bolts (the cylinder) will allow room for the 'flex' of the soft material when the weight of the grinder is put onto the rail. The soft material will have holes in it that form around the telescopic bolts/cylinders. The bolt within the cylinder will extend through the soft material & the frame of the grind rail & will be able to be tightened on the underside of the grind rail's frame with a washer & lock nut for when the soft material shrinks over time. There should be an inch or 2 of space between the end of the cylinder & the padding material's maximum flexing capabilities so that there is never a chance for the bolt's cylinders to come in direct contact with the rail's frame because it would eliminate all of the reasoning for the soft-grind rail system. In between the cylinder & the frame could be bolt stabilizers that provide support for the horizontal torquing the grinders pressure puts on the bolt.  It will be able to be replaced by undoing these nuts if it ever needs replaced. If necessary the bolts could be designed with small hooks on the end of them to help pull them into place while assembling the rails. I'm hoping to get every grind-rail changed for every extreme sports venue/park. This same system can be used to make hockey & soccer goals softer for impact as well. This same method could be used to redesign all children's 'park' structures/rides. – As a child I planned to incorporate the same redesign into the gymnastics beam.

- I hope to make it necessary for the windshields on boats (ski-boats/speed-boats) to be redesigned. My plan to redesign them incorporates the same idea listed above with the grind rails to the windshield frame. I've suffered a head injury because of a boat crashing down from a wave & smashing my head into the metal frame of the boat's windshield.

- It was a childhood idea of mine to redesign the diving platforms for the Olympic games. The divers almost hit their heads on the platform's edge on the majority of their dives. I think the top 4 inches of the edge should be padding for at least a couple of inches horizontally to prevent suffering when divers accidentally hit their heads.

- the back rollers similar to a swimming pool-noodle sold by Walmart & made by golds gym was my design as a young child.

- An invention idea I designed as a child was to make materials similar to the foam blocks kids play with in bathtubs to place into sleeve-like gloves & socks that can be sealed shut with a bungee-cord-type material. The glove/socks each have multiple layers & the innermost layer is capable of filling with & holding water. The foam blocks go in at strategic locations to make soaking hands & feet comfortable while the foam blocks provide a place to press your fingers/toes against while soaking. This way a person can soak their hands/feet while accomplishing tasks instead of needing to sit still at a water source. This same method will improve the shoes being made for dogs at this time.

- If I was given the opportunity to redesign pots, pans & their lids I would design them to not have screw-heads on the inside of the pots/pans/lids to connect the handles to them. Instead, I would thicken the metal used where the handle connects on the outside of the pan or pot. On the lids I would thicken the glass where the handle is connected so that the screw heads are inside the glass instead of allowing them to protrude through the glass into the cooking area.

 - It's my idea to improve the design of our kitchen's cooking appliances. I hope to make it a code so that the stoves/ovens/air-fryers/microwaves/toasters/grills/pizza ovens/etc. all have to be redesigned. They need to be redesigned so that the outermost layer on the inside of the appliances can be removed in pieces & washed at the sink/pressure-washer. I have designed ways to make this happen using interlocking/slotting design/engineering techniques for the inside's metal. This is going to be possible by designing the machines with slots so that the pieces can be slid in & out of position (The back piece will be the last piece to be removed & have a slit that the bottom can sit in & have a locking mechanism in each upper corner to keep it in place (locking into slots designed for the 2 mechanisms). The slots (as individual entities) will be designed to be able to be removed to be cleaned at the water source also by having separate slots designed into the permanent fixture & removable slots meant for the removable pieces. The slots will be able to be removed by using more interlocking/slot-design engineering that I can show you in a drawing. There will be specially designed sticks used to reach into the back of the oven to unlock the back piece so the person cleaning it doesn't have to reach into the oven. The air fryer will include this design in its lower, middle & upper units to make cleaning the entire unit efficient & easy.  The fan will be designed to be removable to be easily cleaned as well. This was 1 of my childhood invention designs & I haven't been able to pursue its development/production because of my disabilities & being violated/neglected constantly. Grills will be designed with interlocking & slot-sliding engineering technology so that they can be easily taken apart & put back together in small enough pieces to make handling the pieces easy for anyone.  The goal is to make it so we can take the pieces to a water source to make cleaning easy & efficient. It will be a smart decision to create an option to buy the appliances with their design including the inside pieces being small enough to clean at the sink (12"x18"). Other options would leave the pieces larger for those who can clean the inside at an outside water source, the bathtub, or the carwash. As a society, we need to incorporate these techniques into our food manufacturing machine-designs & our restaurant's cooking/storage equipment so we have easier to clean/maintenance equipment. By doing so we will improve the efficiency rate of the process to manufacture clean food. In doing so, the longevity of the equipment & the rate we use resources to clean the equipment will improve & save us exponentially. For the toasters I plan to design the toaster so the each section of the inside of the toaster can be removed & so each section is capable of unfolding at the centerline so that it is simple to clean out each section of the inside of the toaster. There will be a button to latch & unlatch the inside sections locked into place & a button to allow the consumer to unfold each inside section.   Solar ovens designed with the same designing-approach is certainly a better future & is something I have imagined designing through its copyright/patton. - I suggested solar ovens be produced in grade school. For a class project I designed one that used solar light & heat that cooked a potato in under 15 minutes. By producing these we can save on electricity & gas (especially in parts of the world with the warmest climates). – It's my suggestion to make appliance specific extendable/retractable/telescoping tools meant to help us clean out the insides of our appliances. The tools will be designed to be able to attach paper towel pieces to the end of the tool so that someone can spray the end with cleaning solution/water & then use the tool to reach into the appliance to clean it opposed to having to reach in with their bodies.

- The 'Blackstone' grills were my design suggestion long ago.

- It's my suggestion/idea/goal to incorporate this same redesign-idea/focus into redesigning all equipment/machines being designed to make cleaning & maintenance much easier & therefore improving the longevity of our equipment & machines (factory, hospital, manufacturing, processing, packaging, agriculture, construction, etc.).

- it was a childhood idea of mind to redesign bathtubs so that they can be easily & efficiently resurfaced.

- It was a childhood idea of mine to create silicone toe coverings that help suffocate infected toenails. The separate design suggestions (breathable & full covering) are what is being sold & they were both my suggestion as a kid. I also envisioned this same design into an option available for people attempting to treat wounds & infections in the webbing of their feet & toes. This design is similar to a rubber/silicone sock that has individual spaces for each toe but the top of each toe's spacing is open. This will allow people to stuff their feet's webbing with paper towels or cotton balls with ointments, creams & alcohol without having to waste Band-Aids or tapes. This allows someone to reuse their Band-Aid & simply change out the infected paper.

- It was a childhood idea of mine to design a nozzle for pressure washers so that someone can stick the wand of a pressure washer inside a shoe & spray the inside of the shoe clean. The design will be similar to the shape of an elongated morel mushroom & there will be water that sprays from the top & the sides.  For this design it would be good to sell miniature pressure washers that can be hooked to water sources with ease so people who don't own pressure washers have an efficient option to use these to clean their shoes/laundry/cookware/etc.

- Disposable shoe covers for people to be able to cover their shoes while indoors was a suggestion of mine as a young child.

- suspension-engineering designed for stovetop & outdoor cooking with raising/lowering abilities is a future for cooking appliances/utensils/cookware. The idea is to be able to suspend our food while cooking it instead of setting our food on a surface forcing the food to touch the least amount of surface as possible (keeping it cleaner).

- Rossetto cookware sells a sauce pot that is my exact design suggestion that I made when I was in 2nd grade.

- It was a childhood idea of mine to use suction devices on our earth's atmosphere in order to help control/prevent/shift weather patterns. I don't know if this is what they already do or not or if it's possible to make a difference but I think it's worth finding out. My experience in life is forcing me to debate if our weather patterns are controlled to an extent by mankind.

- Self-checkouts at retail stores were a suggestion of mine as a child while in school.

- They sell an item now on Amazon that is meant to be attached to a chain link fence & appears as if ivy is growing on the fence. This idea was a suggestion of mine a child while in school.

- I've imagined designing glass equipment using hinge-engineering-technology for our local areas drink-creation-spots (milk, juice, alcohol, water, etc.). The idea incorporates rubber-sealed clasps capable of connecting glass to glass so that our drinks can be created/manufactured in

glass reservoirs. Glass gets cleaner than our other materials & by using the clasps we can design the drink-creating production materials to be cleaned efficiently/easily compared to how we have them designed today.

- The straps named "TRX", used for physical exercise, was a design of mine from childhood.

- walking sticks that built/designed to be extendable/telescoping have been an idea of mine to start having produced for the general population since childhood.

- Building/designing a rollercoaster that goes up into space is a goal of mine.

- I think it would be a useful investment for collapsible/extendable (telescoping) silverware to be manufactured/produced. People could then take their own silverware out to eat more easily. I believe less anxiety/disease/stress will be experienced by people having a better option to take/use their own silverware to restaurants. Cases will be made for storage of the silverware between house & restaurants.

- It's my hope to be allowed to help improve our designs for our refrigerators & other drinking systems. I believe the fridges water-lines should be removable & designed to be easily accessed/cleaned. I believe bars/brewery's/restaurants/winery's/etc. should be redesigned so that the lines moving drinkable liquid can be easily/efficiently cleaned/removed/replaced when necessary. I plan to redesign their liquid-lines with hinge/seal-engineering technology to make this process easier. I also am considering potentially designing remote-control-car-type machines to be able to be ran through the liquid lines to clean them.

- As a child I created a design for smell proof laundry hampers. I also created designs that include the option to soak the clothes while in the smell proof hamper so they are pre-soaked before being put into our laundry machines.

- I redesigned our toilets during my childhood. The first part of the toilet that I redesigned was the toilet bowl & tank. I've added an extendable hose attached to the water tank. The hose has a nozzle shaped similar to a ballpoint pen with a button that squirts water. The idea of this improvement is to be able to squirt yourself with clean water as the person wipes themselves clean. Instead of the bidets using toilet water that has been in the contaminated toilet bowl the people will be able to clean themselves with water that isn't contaminated. - My 2nd design includes a side attachment to the toilet bowl that connects to the toilet bowl. It's an extendable cylinder/funnel that is designed to extend up towards a standing male attempting to urinate. The attachment is built into the bowl & can be removed to make the cleaning process easier (it will come with a cleaning tool designed specifically to help clean it). The idea of this design is that the urinating male can move the cylinder up close to himself & urinate in the cylinder/funnel. With the cylinder/funnel being up-close to the male, all splashing/ waste will go into the toilet bowl through the cylinder instead of splashing its way onto the toilet & floor.

- I suggested the shower-heads that are on a hose & that can be changed from low-pressure to high-pressure be put into showers as a child.

- Designing farms to be wheelchair accessible was another childhood plan of mine.

- I think it will benefit society for food producers & grocery stores to have an option to go to the store with your containers to be refilled instead of purchasing our goods in brand new boxes/ plastic wraps. I realize this is our best & most respectable effort to supplying our people with clean food but I believe it would save on efforts/energy/materials if the option was available. For example, I think I should be able to have a container that I keep filled with cereal that I can take to the store or cereal distribution place & have refilled with cereal as opposed to buying a brand-new box or plastic bag every time.

- It's been an idea/design of mine to help our manufacturers redesign fans so that their cages can be unlatched & their insides exposed so that they are much easier to clean. I also hope to install filters in them so they will constantly circulate filtered air. The design will be designed so that the filter can also be reached/cleaned easily.

- The new grooming clippers that are usb chargeable with attachments meant to trim nose hair, eyebrow hair, ear hair, facial hair etc. was my idea. I own 1 of these that I bought from amazon.com (another childhood suggestion of mine) & they are beneficial/efficient to use.

- The neck-line shaving mold that is being sold was another childhood idea of mine. I have a picture of it being sold on my smartphone.

- The vacuums used by city street crews to pick up leaves in the city was an idea of mine for an invention as a kid. I noticed after I had a talk about designing this machine that Monmouth began using one.

- Having a city dump accessible for citizens 24 hours a day with hazardous waste dump-sections is something I've envisioned for since childhood. It's my suggestion that the dump also has an area to dispose of collected animal waste (poop)/ human waste (poop).

- I designed/envisioned the new water-flossing toothbrushes, equipped with water-tanks, made by sonic, as a child. I also have another design that connects the toothbrush directly to the faucets & has a separate tank connected to the toothbrush meant for dispersing mouthwash simultaneously with the water.

- I believe our vehicles air bags should be checked for functionability at the same intervals as changing our oil. I believe the vehicles air bags systems need to be designed to be able to be easily checked for functionability. I've been in several car accidents (a couple at high speeds) & have never witnessed an airbag deploy. To do this I imagine we will need to design a compartment to be able to be see into & a check system for the airbag deployment system.

- It was my childhood idea to create personal surge protectors for our individual appliances & cared about electrical equipment such as our computers. I noticed they are now selling this idea on the internet.

- I designed the Bowflex Revolution XP while in my early childhood & was forced to attempt to talk about my design during my 2nd grade class by my violators who use mind-control technology on me. I had designed the plates for the machine & the machine's frame while playing with my slingshot as a child years before. I had forgotten about my design completely in

between first designing it & going to my 2nd grade class but while in class mind-control was used to remind me of my plate-design with a picture in my mind. I believe I was under observation & a showcase experiment/exposition for mind-control & communicating technology (similar to in the movie 'From Hell' when the doctors all stand around & observe the deformed patient except they reminded me of my design I had designed years prior with a picture of my plate & then observed how the rest of my memories of my design instantly came back to me). I then designed the rest of the machine details off the top of my head. I came up with the name for the company, Bowflex (it was a talk I was going to give my younger sister, Sarah, about trusting her to hunt with a bow&arrow & her gaining the strength necessary to use a bow with ease that inspired my name for the company). I might have designed the first type of Bowflex home gyms also but I can't remember. It was my idea to design the Bowflex adjustable dumbbells & barbell & I suggested how they be designed but I hadn't completed the design for them before suggesting them. I had another design idea for the adjustable dumbbells using magnets but I never had a chance to complete my design suggestion & still haven't had the time nor healthy mindset to put more thought into the design (also I love my Bowflex adjustable dumbbells & don't believe the design needs improved on yet). I hoped to incorporate the Bowflex revolution's design into new home construction designing & have the machine built into floors/walls/door-jams/ etc. so that people can get their exercising in while in the spots of their homes that they spend the most time in (kitchens, desks, bedrooms, etc.). More Bowflex revolution improvements: I'd design the arms to be extendable/retractable to better suit people of different sizes while doing different exercises. I'd also design the frame so that its height can be adjusted (extendable/retractable) so that it better works with people of varying sizes. I'd want to incorporate a better/easier-to-use (push-button) tension adjusting mechanism for adjusting the tension on the cables&pullys when someone adjusts the frame/arms for people of varying sizes. I'd design the arms of the revolution xp to be able to be adjusted/turned backwards @ an angle towards the plates (while moving the arms in the upper part of their adjusting capabilities). The connecting parts of the plates should be metal-tipped to prevent them from breaking at their plastic connectors. The plates should have standard/regular screws to make changing out the rubber inside the plates easier to access & more efficient to change. I also know it would be wise of the company to sell the plate's inside rubber resistance bands separately from the plates so it's not necessary to replace the entire plate & only necessary to replace the rubber when the rubber breaks to save on material & money.  Living on low-income it's unaffordable to keep up with replacing my plates at the cost they are sold at as often as the rubber breaks (I use my revolution xp daily). I also would like to be able to experiment or suggest the company experiments with reinforcing the rubber resistance bands within the plates with thin pieces of plastic so that they break less often & when they break the break will have less of an impact & keep the plate usable for a time. The plastic/elastic will be fit inside the rubber molds when the rubber resistance bands are made to be placed inside the spira-plates. The plastic/elastic pieces will be designed to be in the exact middle of the rubber with triangles pointing in the opposite direction of the movement of the resistance to help the rubber resist. It's my suggestion that the company does an experiment for the longevity of the plates by intertwining the rubber & plastic with strategic holes in the plastic that the rubber connects to itself through (I'm not positive that doing this will increase its longevity but think it might).  - It is a plan for my future to design the bowflex

revolution so the plate's, pully's & arms can be detached & attached to other locations such as a door jam, kitchen floor, outside tree, etc. - I had thought about the design for the original bowflex that uses the rods instead of the plates as a young child as well but had completely forgot about that design idea of mine. They must've used mind-control technology to understand my initial thoughts for the design & incorporated my design ideas for the frames despite me completely forgetting my design idea. The frames for all the bowflex's were my design suggestion (my favorite is the design style of the bowflex revolution xp). They had me talk about the idea for the original Bowflex home gyms in 2nd grade while I was basically unconscious & when I hadn't remembered that I had thought of that design (as they were using mind-control technology to do my talking for me as they were sabotaging me). - Nowadays I've noticed several other workout gyms using my frame design that I suggested for the Bowflex Revolution XP. - Bowflex needs to provide recycling rebates for the replacement plates that get purchased by the 'revolution' home gym's owners. I think it'd be wise to provide customers the option to send in their broken rubber bands to Bowflex to melt down & use again for new rubber resistance bands. I believe they should get rebated when doing so & that their replacement plate's replacement rubber should cost them very little after doing so. - It was a childhood idea to have the interlocking process for the weight plates of the Bowflex Revolution's home gyms so that a locking pin is used that stays attached to the plates & dangles off so that interlocking process is simplified for all. The bowflex's locking pins & plates can be redesigned so that the plate is designed with multiple holes in the plate for locking pins to slide into. The plates can then be attached together using the locking pins (the locking pins will be various lengths so that there is a pin that can go through each specific plate combination through the next. The plates could be designed to be hinged together or we could just replace the plastic-on-plastic-connections that are being used now with the metal-on-metal). The locking pins will be sold with replacement locking pins for when they get lost. The frame of the bowflex will have a spot to hang or store the unused locking pins. - The original Bowflex home gym that uses plastic rods for resistance was one of my first design plans for strength training equipment as a child.


- The Bowflex & cable-strength training 'feet harnesses' were a design suggestion of mine during my childhood.

- The tonal workout machine was my idea/design from my childhood. I didn't design the interior functions of the machine but remember ideas that would have started me in the right direction & I suggested the plan (gear-resistance engine). I also suggested the name for the machine. I planned to incorporate the ideas of the Bowflex revolution's plate system into creating tonal-like machines that I planned to install in floors of kitchen/tv rooms/ bedrooms & other parts of the house. The machine's arms or pulley will be sticking out of the floor/furniture/wall & there will be a spot or way to change the weight resisting on the cable. I thought of the tonal prior to the same 2nd grade discussion that the tonal was mentioned in the same way I had thought of several of my designs prior to that discussion (I was forced to talk to the class about designs/inventions while in a concussion-coma-type mind state & forced by the guilty violator/violators to seem to have put less thought into the designs that I had already thought of prior to that day/year in

school). The name 'tonal' was suggested in my class for the machine but I can't remember if I suggested it or one of the other kids.

- I believe we could design cheaper & easier-to-clean harnesses that are similar to football helmets capable of being hooked up to the Bowflex & other pulley-system strength-training equipment so that we can exercise our neck muscles easily. I also believe we could make attachment-harnesses for our fingers & toes to be able to exercise them individually.

- As a child I thought of a new pitching machine intended for assisting our major league baseball hitters. The pitching machine is going to be equipped with a computer program capable of several key functions. The program will assist the machine in being able to throw every type of pitch that our major league pitchers throw. The machine will adjust a material appearing/shaped as a human arm & will be able to rotate from appearing as a right-handed throwing arm & a left-handed throwing arm. The arm will be programmed to change throwing rotations based on the scouting reports on the pitchers that are being practiced hitting on. An example is that the machine will be using the projected starters "sidearm"-type rotation with the pitches he throws & then be able to change to the relievers & closer's type of throwing rotation & be capable of throwing their pitches so that the hitter will be able to practice seeing the pitches being thrown the way the pitchers he is going to face will be throwing them. I've thought of designs for the arm-portion of the pitching machine but don't have experience nor education with the computer portion of the machine but know our modern-technologies' capabilities.

- I've designed a device meant for assisting a person training to box/kick-box. The device is meant to be manned/operated by someone. the design includes someone who stands behind a heavy punching bag that is on wheels & is designed to be able to adjust the height for the person being trained & to assist in raising/lowering the punching bag. The punching bag has a harness on the backside of the heavy-bag for the person that is operating the training device to be able to strap their body into. The punching bag has a separate upper-portion shaped/sized similar to an adult human head & is capable of moving backward/forward & left/right. The head-portion of the punching bag is connected to a helmet-type apparatus that the operator straps their head into. Once strapping the helmet on & standing behind the bag, the person can then move the bag around the fighting ring or training area with ease because it is on wheels. The person can move the head-portion of the punching bag around by moving their head around. The punching bag is equipped with slots sewn in to the side of it meant for sliding pool-noodle type material through. The materials are meant to represent the "arms" of the punching bag & can be operated by the person strapped into the punching bag. The complete idea of the training assistant is so that someone can strap into the punching bag & move around as a human-like punching bag capable of throwing "punches" by hitting the fighter with styrofoam arms. The fighter can then have practice punching/kicking a life-size/moving target without having to inflict nor go through the damage of sparring against someone. - It was a childhood suggestion of mine to design the 'uppercut' punching bags that I recently was shown on the internet. The bags are similar to a heavy bag but only a couple feet long & hang around head height so that you can hit 'up' into with uppercuts.

- It was an idea of mine to build a couple cabins on our farmland meant to be rented out as a bed & breakfast. The idea was to provide rentable getaways for people (probably mainly city-people) to be able to get out into nature & have a spot where they can run around nature/be loud/ be secluded/etc. I realize it's not much of a vacation to go out in the middle of nature but I do know some people would enjoy being able to go have empty land to run around on, have campfires, stargaze, be loud & so forth.

- I designed the new prism water-pipes. They include a new option that makes it possible to take the bong apart into pieces to clean it much easier/more efficiently. While describing my design suggestion to my friends, mind-control was used to violate me & tell them that I'd name the bong company 'Prism'. I now own a 'Prism' water bong that was the exact design suggestion that I suggested as a teenager. I have another connecting/disconnecting design for another type of glass bong for the same function. The other glass bong is able to take apart into pieces the same way our glass candle-jar's fit onto the candles. The bongs then have different marbles strategically placed on the base & tube so that rubber bands or other materials capable of attaching the piece together can be used (straps). - I've thought of a new design for the "clasp"/"seal" used for Prism bongs. The idea will utilize a design similar to the clasp/latching-seal used with prism except it will have at least 3 clasps placed on top of each other used to connect a bong attachment (shaped similar to a toppuff water-bottle bong) to glass bottles of differentiating sizes. The separate clasp-seals will have screws on them designed to be hand-turned to tighten/loosen the grip-potential of each seal. The plastic part will have a removable & add on section. The clasp will be able to adjust to different grasping-points so that it's capable of clasping shut to different sizes. It was my idea to make bongs available to be matched to football players decals from their football helmets during their playing days as a design-selling focus for water-bong smoking customers (appealing to retired athletes). Bongs being designed with the solar system marbles melted into the glassware were also a design suggestion of mine as were bongs with arrowheads & native american artifacts.  - I've designed dry-bowls (pipes) to be capable of the same function with the same techniques. I've also designed pipes to have strategically placed holes on them to make cleaning the inside of the pipe easy. The holes will have glass plugs designed with a rubber ring around them to plug the holes while in use. Straps can be attached to the plugs/pipes & designed to the individual pipes to make sure they don't get lost or fall out while using the pipe.  The G-pen was my idea/design/name & was another childhood invention suggestion of mine. - It was my suggestion as a child during grade school to sell sets of magnets specifically for helping people clean their water bongs. - There is a new hand water pipe that just came out in 2024 that I'm now remembering suggesting the design of long ago. The pipe is a bubbler that is all glass but the glass fits inside a metal skeleton that screws into itself so the glass sections can be taken apart & easily cleaned. It's called the "Cloudbuddy Pro" & is sold on brollura.com. I have this pipe's advertisement saved on my instagram.com account.

- It was a childhood idea/design of mine to produce bicycles that are meant to be ridden on the water. I noticed my exact design I suggested on the internet (manta5) except my design hadn't incorporated a foil yet. My goal was to make it be able to be manual powered or electric powered (having the pedals charge the battery in that mode)).

- I've considered the option of helping the virtual reality & porn industry by creating pocket-pussy's & dildo's that are programmed to pleasure human's simultaneously while viewing their porn. This was another childhood idea of mine.

- I've considered helping the medical industry invent supplies to put inside human's & animals when giving surgery (help improve stints, pacemakers, reproductive parts, sexual parts (hydraulic penis'), hydraulic spines, throat openers (for chokers), replacement lungs, molds to go around organs so that they can be blown out/cleaned with air pressure, etc. I've always kept this in mind as an option for my/our future but have been worried about me breaking moral codes because it was a childhood idea of mine to do research & make materials to use inside of our bodies helpful to surgical & other health improving procedures. I envisioned finding materials so that we can fix/replace our arteries/veins & other organs. I thought it would be a drastic & revolutionary idea to recreate the female reproductive system so that a machine could give birth to our children or a woman who wasn't before able to give birth could with medical advancing technologies. It also would allow a male to use the manmade reproductive system to reproduce without needing a female partner nor surrogate. I know it's possible to implant devices in males so that they can get & keep an erection at their will by implanting valve-control & pumps into that part of their body & I also believe the same can be done for females to be able to grow their breasts to whatever size they want.

- It was a childhood design/idea/invention of mine to produce bug nets capable of surrounding humans in while they are outside to protect them from bug-bites while still allowing them the opportunity to stargaze. I now own one designed exactly how I suggested it be.

- Using a pto-shaft instead of a bicycle chain was my suggestion as a young child. I suggested the idea to my father when he asked what I'd change about the bicycle design. The exact design I suggested is now on the internet app called 'Pinterest'. The designs needs improved by adding some support between the shaft & bicycle frame. It also needs support behind the gear attached to the bicycle frame. The gear needs to have rollers that are supported by a back-plate to give the gear support. The gears could also be designed with a track/groove within the gear that gets surrounded & supported by/within a housing unit that is solidly attached to the frame. The housing unit will have a roller that goes into the track/groove that provide support so that the gear has nowhere to go. There will be a roller in the top, the bottom, the left side & the right side to equalize the pressure on the gear from the housing unit. There will be shafts attached to the bicycle frame to support the pto-shaft's opposing forces. - I've imagined a few more design plans to consider & incorporate with bicycles using pto-shafts instead of chains to spin its wheels. The first 2 designs were the designs I thought of as a small kid when first putting thought into this specific improvement design to the bicycle. The first design uses a differential system to bend the right angle & fully connect the 90 degree & the 0 degree mounting plates for the gearing system. The differential system incorporates the telescoping bolts that I designed for the soft-grind-rails (used for x-games sports) & rubber seals. The telescoping bolts connect the separate gears placed at the varying angles between the gears placed at & connected to the shaft that spin at 90 degrees perpendicular to the wheel & the bike's gearing system that is connected to the wheel @ 0 degrees which will be initially spun by the perpendicular spinning gear. The housing

unit will be designed to be easily accessible for efficient cleaning & maintenance. The housing unit will house rollers for the gears that can be cleaned & oiled with minimal effort. The differential system will be designed the same way at the gear's connection to the pedals. There will be shafts attached to the bicycle frame to support the pto-shaft's opposing forces. An equalized pressure system will be used & created by incorporating the roller systems into the housing units. The second design plan uses the same idea with the housing unit except the connections between the gears is used by using thicker & curved gears with teeth designed to turn each other instead of telescoping bolts. The gearing system will be designed to be able to efficiently access & replace all of the individual pieces used for the gearing/housing systems on the bike. There will be shafts attached to the bicycle frame to support the pto-shaft's opposing forces. I have not been able to figure out how many curved torquing gears will be necessary for the design but experiments will quickly provide reliable dimensions for the design project. An equalized pressure system will be used & created by incorporating the roller systems into the housing units. The 3rd idea I thought of for this design incorporated using ball bearings & bolts to create a torquing system that can spin the perpendicular gears' connections. I haven't put much more thought into this idea because it's an idea that I'm unsure if was originally mine. I believe I started to imagine incorporating this type of engineering into my design plans by myself as a 4–5-year-old but I can't remember for certain after forgetting my entire past several separate times. Regardless of if I had or hadn't put the original thoughts into this design prior to & for its production & after completely forgetting my plan for this design every time that I remembered & was reminded throughout my life I noticed that this was the engineering focus of the design on the pto-shaft being used with our tractors at the farm (when I was 11-14 years old) which all use a ball-bearing system allowing the head of the pto-shaft to bend in all directions while connecting to the head shaft/gear of the tractor. If the design being used at the farm doesn't incorporate an equalized pressure design system for the gear-connections than efforts need made to progress towards doing so. - I have always planned to incorporate this design into bicycles & motorcycles that have the ability to change gears as well. To design this portion of this design-improvement I plan to research how bicycles, motorcycles & the transmissions in vehicles change gears & then incorporate my research into my design for the pto-shaft/chain swap. I've realized that it will be a potential that the pto shaft might need to be hydraulically powered to be able to extend/retract for the changing gears. I have not had the time nor healthy state of mind/environment/safe-space to be able to further develop this design but plan to when I finally get a fair day in court & protection from my violators. - The modern suspension system being used on the designs for bicycles & dirt bikes was another childhood suggestion of mine.

- 'Peloton' exercise bikes were a suggestion of mine in my 2nd grade class. Somebody else in my class suggested the name for this invention plan of mine.

- It was a childhood suggestion of mine to design/manufacture a wall-mount with a ball on the mount designed so that a person can massage their back/body against the roller. I now have seen the invention for sale on the internet.

- It was a childhood design/idea/invention of mine to build/produce new portable farm equipment capable of unloading semi-trucks full of grain & loading the grain onto a barge at

specific loading spots. The design consists of an augur/conveyor system with a spot at the base meant for catching the grain as it's unloaded from the truck. The portable barge loader will need to be designed so that it's length/reach can be adjusted based on the loading spot & the barge.

- An invention design/idea of mine is to create a motion detecting source to be able to put by newborn babies. The motion detector will send a signal to a shock-collar type device that can be worn by parents who are afraid they are going to fall asleep & not wake up for the baby. The motion detector will be programmed to shock the device when a certain amount of movement or noise is made. It can also be set to shock on time-intervals. It should also be equipped with a heart rate monitor. This device will be able to be used to help keep an eye on our young when the people watching them are tired.

- Infant neck-braces were a childhood suggestion of mine.

- The wolf poster being sold at Walmart that blends the wolf head & pine forest was a suggestion of mine for art as a student in 2nd grade.  There are several more examples of art I suggested in my 2nd grade class being displayed on Pinterest that I suggested be drawn (focusing on mental illness & the female body).

- Another childhood suggestion of mine that is now being sold is the "billiards table" that goes on the floor & meant to be used while putting golf balls with a putter instead of shooting pool balls with a cue. I suggested this be made as a game for home in grade school.

- It was my childhood design/idea/invention to create noise-proof headphones capable of playing playlists created & stored on sd cards or usb chips. The headphones will also be able to use bluetooth technology & listen to am/fm radio. The headphones will be designed similar to the beats & Bose noise-cancelling headphones. I thought of this idea in 2nd grade as I was talking to my classmates about inventions. Since then, I have thought of ways to incorporate the functions into smaller headphones more similar to earbuds. I've thought of ways to design the "earbud" type headphones so that a person can secure them to their ears with lanyards/straps/rubber-bands.

- It was a childhood idea of mine to replace the cardboard being used to package food with reusable material. People could then send in their old packages to be reused instead of constantly creating waste. The goal would have to be that the reusable packages would have a removable & replaceable inner layer that then gets filled with the plastic that the food is kept in inside of it.

- It's an idea of mine to install cameras in the blind-spots of semi-trucks & passenger vehicles. I've been ran off the road 3 times by semis as I've been passing them. The cameras will send live-video to the truck-drivers view on their dashboard letting them know that someone is in their blind spot. I've also envisioned cameras being installed so that operators can view their forklift tips/loader-buckets on machines that visibility isn't permitted while operating loader &or forklift type machinery.

- Spades with retractable handles so that people can more conveniently travel with a spade was another childhood suggestion of mine. The main purpose of this would be so farmers, campers & other people spending time in the outdoors can dig a hole to pass their waste in.

- It's my idea to redesign the whistle & other instruments with hinge technology so that they are easier to clean. The design will allow the whistle to be opened & closed so that its inside can be cleaned out easily.

- It was a childhood idea of mine to have plastic footies to wear over socks for while at the house or when profusive sweating is expected while wearing shoes you're hoping to keep clean. I designed them with a zip-tie-like attachment to tighten them back when I was a child (someone advanced my idea while I was hurt & I've seen it being sold on Pinterest/internet). It was also an idea of mine to make them to be worn around shoes also. The idea with that is so people can put them on when going into homes that aren't theirs or public places that are attempting to stay as clean as possible. I've seen this idea being sold on the internet now.

- Modern day "crocks" & similar slippers were a design suggestion of mine as a child.

- The sleeves that go on top of football helmets that provide extra padding on the exterior of the helmet were my design suggestion as a young child.

- It's my suggestion that window blinds should be designed (I can redesign them if necessary) so that they can easily be unlatched & taken down to be cleaned at a water source capable of spraying them off. The water sources should be equipped with mechanisms capable of hanging the blinds up to be sprayed off clean & dried. - I suggested the design for the new window blinds that are easy to clean while in 2nd grade. The new design is similar to a screen on a window that pulls down over the window. There is two layers to the design, one is transparent & the other tints the view. These layers are designed to overlap when needed so that you can tint the entire window or leave them spaced apart similar to when the old-style of blinds are down but open. When I was shown this design is already being produced without me I was shown these being designed to automatically drop & collapse exactly as somebody in my class suggested for my idea.

- It was my design/idea/invention to produce the usb chargeable electric lighters that are wind & water proof with a flashlight & compass. They are being sold on Amazon. I described my design to someone during my childhood (I can't remember who) & noticed they have begun being produced (I now own 1). It's my suggestion that they are redesigned so that the battery & flashlight bulbs can be easily replaced.

- It's my suggestion that we design plugs for the inputs of our computers, smartphones & tablets, televisions, etc. The plugs will be able to be unplugged & dangle from the equipment without risk of causing damage or losing the plugs.

- It's my idea & goal to write a kids book, a poem & an adult story utilizing famous games of chess & the moves from the games as the influencer on the characters.

- It was my design/idea to add wheels to the perfect pushups making them able to be useful while doing "fly"-type exercises with our chests/shoulders/back.

- Back extension tables were a design suggestion of mine during childhood. Back inversion tables were also a suggestion of mine during childhood. The inversion tables are supposed to have a 'belt-like' option to secure around your waist to take pressure off the ankles & knees & focus the decompression on your spinal vertebrae.

- The new electric "summerboard" skateboards were a childhood design suggestion of mine.

- Artwork being printed on our home's windows curtains & or blinds has been an idea of mine since early childhood.

- One of my first ideas as a child was to write a children's book where the kid thinks his/her heart is similar to a car engine. Exercising/eating&drinking-healthy is fueling/ maintenancing the engine. Not long after telling my parents about my idea the movie "cars" was released which took the main idea from my kids book. I still intend to write you all this children's book. this book characters treat their body's/hearts/health as if it's a car engine, has a character that beats sickness/is an athlete, has health to party in adulthood & to organ donate. it also has a character that junk foods, smokes, drinks, doesn't exercise & faults/fails constantly that ends up needing organ transplants. I am debating on changing the plot-line of the book to make it more of a feel-good story instead of a parable. The organ transplant character was me making a joke about how I probably wouldn't get enough exercise with so much work to do & I don't know that I plan to include the character in the children's book. I included it while documenting this as a joke because I can't afford to keep up with needing to purchase new socks & running shoes when I start running routinely. I thought this one would be great to sell a children's book that is sold as a set with it's paired adult version of the same story-type (maintaining your heart like an engine).

- 1 of my favorite activities used to be riding a bicycle. It's been my idea since early childhood to make golf courses willing to let people ride their bikes as they golf with the backpack golf bags. The backpack-type golf bags would make doing this possible & golf courses & their cart paths provide a place where a person on a bicycle could get great exercise while golfing. The golf bags would have to be filled with padding (styrofoam would work) & covers placed on each golf club.

- Several of the decks of cards made by The United States Playing Card Company & Bicycle were my ideas to create during a conversation with my class in 2nd grade (the architecture deck, the Alice & Wonderland deck, the presidents' deck, the capitals deck & more). I noticed my classmates' ideas are being used also. It's my suggestion to create sports teams themed card decks also. I think it would be neat if I could go get a deck of cards themed after the Chicago Bulls red jerseys, their white jerseys & their black jerseys, etc. same for the Blackhawks, Bears, Cubs & Fighting Illini. I've also thought of ideas for other decks including a prisoner of war deck made for each wartime, slavery days & for our Native Americans.

- The slingshot I just bought off of Amazon to help me train my dogs is the exact design that I suggested when asked how I would design a slingshot as a child.

- The airless-tire design being showcased on the internet (Pinterest) was a design suggestion of mine as a child & my exact suggestions are being used.

- The "Stiletto" framing hammer that costs around $300 is the exact design for a hammer that I suggested be produced in my teenage years or childhood. It's also made from the materials I suggested.

-The new construction tool that places a device against edges that aren't a straight line using "pins" to create a copy of the edge to use while making your cuts or reproductions was my idea. My Uncle Ben had a children's toy where a person could put their face or hand or whatever object onto this device that contained a bunch of pins. The person would push whatever object onto the device & it would make an imprint of whatever was put on the pins & make a perfect appearing sculpture on the reverse side of the pins. This childhood toy gave me the idea to create the construction tool. I noticed the tool was produced & being used on Pinterest.

- It's my idea to make tunnels for fish tanks so that a person can connect fish tanks around their house with smaller "fish tunnels" that can line their walls/ceilings/floors. My fish/turtle tank combination-design is a worth producing.

- It was a childhood idea of mine to create a weapon meant to humanely kill fish before they are butchered/filleted. My idea was to have a tazer-type gun that passes a current through the head of a fish strong enough to kill it instantly. If electricity doesn't work, I was thinking a gun that provides a strong enough impact while 'protruding'/retracting an object to hit the fish's head might get the job done.

- I've thought it would be a good idea to introduce size classes to professional sports the same way we do in fighting. Especially in the sport of tennis (or change serving rules based on the size differential in opponents (smaller people can serve sidearm/underhand).

- I've thought of ways to design a new wheelchair but noticed they have began building these without my help.  In one design the chair is designed/built more similar to a lazyboy recliner. The chair will have technology capable of massaging its sitter & some of the chairs will use engineering technology to help the person stand up out of the chair. I've designed chairs that are not so much chairs but more rolling stools with spinal-support from the pelvis to the top of the head & leg support from the pelvis down. I envisioned this design to be able to be controlled with a remote. It was basically a robotic spine & legs that the person could get strapped into. A picture of my design will better describe it but I've seen it being built already on the internet somewhere in Asia. All of my designs were childhood ideas of mine.

- It was my idea as a child to create vacuum sealable lids for glass jars used for canning goods. I envisioned an air seal similar to what's on a basketball/football with a suction device. I noticed they have begun producing jars with this capability & similar design & have now purchased a few for myself.

- Battery-powered & rechargeable weedwhacker-type lawnmowers (push-mowers) are lawn care machines of the future that I imagined being designed as a child.

- A childhood idea for an invention of mine was to create contact lenses made with screens in them so peoples' vision can be altered with live streaming. I believe that I am a brain damage experiment & that my vision does get altered.

- A childhood idea of mine was to use screen technology & live streaming to make an invisibility cloak.

-It's been a childhood idea of mine to create a children's book that teaches children that effort & effort towards improving life on earth & respecting/saving our resources sparks the "lightbulbs (good ideas) that allow people to be successful contributors.

- It was a childhood idea of mine to redesign our lightbulbs. The redesign is necessary to save on material waste & makes it so the filament can be easily swapped out & replaced without wasting the other materials used to produce the lightbulb. Slotting/interlocking design technology will be used to complete this necessary redesign.

- It was an idea of mine to design/invent vagina cleaning vibrating dildo's that can be attached to a water source & used as a sex toy/cleaning apparatus. This will be designed so that it can be opened up so the insides of it can be cleaned. The hinge apparatus will probably be located on the bottom's base.

- cabin air-filters for equipment/vehicles & more efficiently designed air-ducts to be easier accessed for more efficient cleaning are improvements that will be made in the near future that was another childhood suggestion of mine. Telescoping/bendable cleaning tools will be designed to clean the ductwork.

- It was a childhood idea of mine to have battery-powered & electricity-powered scrubbers meant for helping scrub showers, bathtubs & pools clean.

- Another childhood design of mine was to make the bass drum pedal functionable by pressing the back side of the pedal instead of the front. With my disabilities, pressing the backside would be much easier & more comfortable than needing to press the front side.

- It was a childhood idea of mine to design/manufacture/sell 'finger-gloves' with built in 'solid fingertips' meant for guitar players to be able to wear to prevent the strings from damaging their fingertips. The 'fingertips' will have a solid material connected on the outside of the 'fingers' meant to press down on & grip the strings without wearing on the guitarist's fingertips.

- While in 2nd grade it was a suggestion of mine to produce/sell tp-style tents for small children to have inside their homes. I've noticed my suggestion made the production lines & are being sold nationwide.

- Lifejackets meant to go around peoples' necks' while sitting in water-tubs were a suggestion of mine from childhood. The lifejacket will be designed to provide pillowing support & keep the person's head above water if they are falling asleep or plan to fall asleep in the water. Tired people could then safely sleep in the water tubs (hot-tubs/ bath-tubs).

- I've designed/envisioned a couple of different games for "ESPN Zone" type places. One of them includes a tackling dummy similar to a heavy punching bag & is meant to be a game to practice tackling for football. The dummy will have a mechanical target that moves around the tackling dummy & the game will be to attempt to "punch out" a fumble while tackling the dummy. I think one meant for practicing boxing skills would be equally appreciated. The boxing

game would include a human-shaped heavy bag (shaped in all sizes of humans) that is capable of moving around a small ring-like environment. As the bag moves around, so will the targets on the bag that are meant to show openings where the defender's guard would be down. The score will go up the more the gamer hits the target. The score will go up (depending on the age range/weight class of the person gaming) the harder the targets get hit. Mechanical engineering technology & computer programming will allow these games to be built for these.

- I've designed a new type of waterskiing rope. It's the same as the normal waterskiing ropes nowadays except for the 6' closest to the handle. The handle will be made into 2 separate handles with 2 ropes that merge into 1 rope about 6' from the handles & the 6' between them & the single rope is similar to an accordions design. The elastic accordion designed part of the rope is meant to provide an amount of resistance while separating the 2 handles which gives the skier a back workout that is uncommon without physical therapy equipment. The 2 ropes will be connected by elastic-type material making the 2 separate handles. I believe it would be beneficial for people to have an option to buy a ski rope designed this way to help improve the physical therapy they receive while water-skiing/ boarding.

- I've began to design & envision a fire escape for our skyscrapers & other tall buildings. The fire escape includes a fleet of helicopter-like vehicles. The helicopters are redesigned so that the blades/spinners are under the helicopter instead of on top. On top of the helicopter will be a box shaped structure that has a downward sloping hatch for the jumpers to funnel down into. The helicopter will have smaller blades/spinners in separate locations under & attached to the loading structure. The helicopter will be able to land by having extendable spider-like legs that extend around the main blades of the helicopter. The platform will be designed to slope towards the center & help people maintain safety (strap themselves in) as they ride back down to safety. The propulsion blades/spinners connected to the platform will be able to adjust themselves & angle themselves to help the helicopter's platform push itself against a building with escaping people. The platform edges will be made of soft material meant to limit damage to buildings it flies up against. I've considered designing these helicopters with multiple, smaller propellers. The following design is a suggestion that I remember from my childhood that I don't remember if was my suggestion or not but goes as follows: We could design an escape hatch that a team of helicopters suspends for jumpers to be able to jump into & slide down to safety. For this option the team of helicopters will suspend a fire escape that functions similar to a water slide at a water park that is within a plastic/rubber/cloth lining leading to a landing pad. The fire escape will allow people to jump out the windows of buildings into this escape option & then they will basically slide down the slide down onto the landing pad & then onto safety. The landing pad & the escape will have to be designed to be attached to vehicles on the ground for stability purposes. I cannot remember if this last design was my suggestion or one that somebody else told me about. I believe it's our best option to design/invent these types of fire-escaping option for our tallest structures.

- It's an idea of mine to design fleets of helicopters capable of assisting in 'putting-out' wild fires. The helicopters will have a telescoping extension boom capable of extending 50 yards or more underneath the helicopter. The bottom of the boom will have a platform so that the helicopter can

smother fires out by tamping the ground with the platform. The platform & boom will be designed to absorb the impact (shock/hydraulic suspension systems).

- It was my design/idea/suggestion to create/produce rechargeable lights with magnetic strips that can be placed anywhere. It was also my design/idea/suggestion to create usb rechargeable lights shaped/colored as the planets in our solar system including the moon, sun & galaxy. Both of these types of lights are now being sold on Amazon & I own some of them after purchasing them for myself.

- Ocean/lake/pond/river-hydroponic-gardening/farming was a childhood suggestion of mine to start designing for. I've noticed on the internet that they are growing rice this way across the ocean.

- It is an idea of mine to make light-switch type 'switches' that can turn on/off the water at hose spickets. It's also an idea of mine to be able to connect those switches to smartphone/computer technology to be able to control the water/sprinkler systems from home. This was another idea I thought of long ago while being mind-control violated/ interrogated.

- It's a design-suggestion of mine to redesign irons that are used to iron clothes. The redesign's focus is the water tank. The redesign will use seals & latch engineering to redesign the water tank so that the inside of the water tank is able to be cleaned routinely.

- It's an idea of mine to create a company that produces a computer program capable of giving people mental health & behavioral health therapy using artificial intelligence through a computer program. It was also my childhood suggestion to create a company that uses artificial intelligence to be able to introduce people to other people that they haven't had time to meet (especially family members who don't get to be around their loved ones because of work. I remember thinking of that company plan for artificial intelligence as a child but immediately realizing that I probably won't be winning the intellectual property rights for that probably very common suggestion for using the technology.

-- A childhood idea of mine to help coach basketball-shooting was to take pictures of or video record different trajectories of made shots. Then the idea was to hang playing cards (or other targets) from the ceiling by string to show the shooters the trajectory as they practice shooting. I planned to do this from all distances & angles of the basketball court for the practicing-shooters. Incorporating projector-technology with the shooting-trajectory programming would be the end-goal for this project. By doing this I know they would be assisted in memorizing & training their muscle-memory for their shots & become better shooters.

- It was a childhood idea of mine to create/produce an accessory for beds/furniture that allows stringed-together tennis balls to be placed on top of mattresses/furniture to provide extra relief for people with back pain.

- Another early childhood design of mine was to use our wooden & concrete skate parks & cover them with styrofoam or rubber or some other type of soft material before then covering them again in a thin piece of covering meant for the skaters to create a softer-landing skate park.

- It was a childhood idea of mine for residential communities to start having bathtub/hot-tub lounges. The businesses will provide to-tub service allowing people to eat/drink while soaking. The business will have tubs meant for both individuals, couples & families/groups. TV's & movies will be available to watch while soaking.

- It was a childhood suggestion of mine to design a canopy-type system for people soaking in a tub who don't want their nudity exposed to their surroundings.

- It was a childhood suggestion of mine to make it law to have local/community compost piles & to have our trash be separated so the compost bin gets the compost & not the trash. These community compost dump sites will make fertile soil available for our garden's/farmer's/lawns/etc.

- It's my suggestion we design/produce a roll-out floor covering that covers asphalt/concrete under basketball hoops. The idea for this is to provide the area that basketball is being played on with a covering that is easy to clean & maintain the cleanliness of. It'd be ideal to design these to be pressure washer resistant. I noticed that somebody stole my idea from animal confinements septic systems & my idea for the underside drainage system of the new baseball/sports fields & made a basketball court with this same design so that it can be sprayed clean & drained away & I will be suing & seizing for this idea being stolen from me & incorporated into this use while I was severely injured & having to prioritize my cognitive efforts on preparing myself for court & my priority designs with the severe disabilities that they gave me. The concept of making outdoor courts easy to clean was mine & they exploited the situation. This is something that I was told they were going to do decades ago while I wasn't functioning cognitively nor remembering anything.

- It's been a design/idea of mine to make an attachment meant for strength training machines that include cables. The attachment is designed so that our bare hands & feet slip into the attachment with specific spots for each finger/toe/palm/heal. The goal of the attachment is so that when putting a small amount of weight on the cable's pulley system, the person doing physical therapy will be able to exercise the movements their fingers/toes/hands/feet are capable of making. I believe doing this will help people with arthritis.

- The foot skin removing razor-tool that I just bought off of amazon was a suggestion of mine from my grade school or high school years. I believe that mind-control was used on me to suggest the exact design that is being used/sold in attempt to set me up as an invention/design-tyrant. It's my suggestion they make tiny versions of this tool so that someone needing to remove dead/skin between their toes has a tool to use. I'm hoping they use my idea of the scalp acupuncture roller to produce a similar roller with longer needles for thick-skinned feet to eliminate the need to remove skin so often for some of us.

- It's my suggestion that miniature 'ingrown toenail clippers' get produced so that it's easier to cut out ingrown that are down in the base of the nail. The regular ones are too big to get in the areas where they are needed the most. - It's my suggestion to design a new podiatry tool. The new tool will be designed similar to the fine point pick but there will be a tiny curved razor at the end of it so that people can cut out their outgrowths/nail-fragments that are down in the nail folds & cannot be gotten to otherwise. This suggestion for this fine-pointed cut-out tool was something somebody told me that I'd be thinking of long ago but I believe it might have been my idea that I thought of while working my nails before this forgotten person said that to me but I'm uncertain because of my memory loss.

- photograph-taking-remotes 4smartphone & other camera-types is another invention suggestion of mine.

- Amish whoopie pies from the local farmer's market (oatmeal cookie-Twinkie sandwich) were a suggestion of mine during my childhood & they are 1 of my favorite deserts I've tried.

- It was my idea/suggestion to create/produce marbles resembling our solar system. I now own some I bought off amazon.

- As a small child it was my idea to create the flower pots that are made from cloth-type materials. I have also designed flower pots that are insulated & think their production would be beneficial. I've designed a tool meant for the flower pots made out of cloth. The tool is similar to an oil-change wrench & is meant for helping condense the soil within the flower pot. As a gardener who uses the soft flowerpots, I've learned that it's beneficial to squeeze the pot & condense the soil/roots of the growing plant after aerating the plant's soil. The gardener then adds soil to the plants soil-bed & it benefits the growing plant. The tool wraps around the flower pot & when cranked to 1-side it squeezes/tightens.

- I planned to design clothes made specifically for certain dirty-jobs. Farm work was an example of work-specific clothing options I was planning to begin designing. An example was going to be a suit meant for working with cattle/pigs in lots filled with mud & their waste. I designed shoes for the shoe brand name called Merrell. They are breathable shoes meant for working outside in the hot weather. This design needs to be transferred to other types of shoes such as baseball/football/soccer cleats, basketball/tennis shoes, etc. I suggested the blue suede Nike skateboarding shoes that I now own a pair of as a child.  I suggested the new Timberland symbol as a child. I suggested the multi-colored knit/crocheted-patterned string bikini that is made of several colors of strings with a skin-colored piece of fabric underneath in case the strings separate as a child (model Eva Padlock is wearing something similar on Instagram & I'm mentioning that fact because I see a lot of my ideas that I was forced to talk about in school on Instagram & Pinterest). I haven't finished designing the clothes I had in mind because of my disabilities & being continually violated.

- It was a childhood suggestion of mine that the chain-link fence production industry make it an option to be able to provide the distributors with the dimensions making it possible to build your fence with a perfectly horizontal top rail without adjusting the ground it spans. The distributors

would have to keep the materials & machinery available necessary for allowing customers to provide the fences varying height dimensions.

- It was a design/idea of mine to produce a bikini & swimsuit for women that includes a look of being knitted or crocheted. The design included multiple colors that made the bikini appear as if each strand of material was a different color & made in a knit or crochet pattern. Underneath the knit or crochet pattern would be a skin-colored piece of material to keep the private areas from being visible. I designed this idea for a woman's swimsuit while I was being taught how to crochet & knit in 1 of my grade school classes. 1 of the Instagram models, Eva Padlock, wore this bikini for one of her photos in between the years 2020- 2022.

- Under Armour & North Face & Merrell were suggestions of mine for clothing brands as a child. the snowboarding apparel company named "spyder" was my idea to create after watching Spiderman & his resemblance to extreme snow sports athletes.

- The team name "Chicago Fire" was a suggestion of mine as a child in grade school & it is now the male soccer team name in Chicago.

- I think it will benefit us to have more options when purchasing shoes opposed to just size & color. Shoes should also be weight-rated with adjusted thread-counts for people of different sizes/weights. A 350-pound athlete could use some extra reinforcement in their shoes compared to a 100lb athlete.

- Washer/dryer hat-molds were a design-invention suggestion of mine in early childhood. The contraption keeps the shape of the hat while it's put through the washing machine.

- It was a childhood plan of mine to redesign the zipper so that it can unhinge when it gets stuck. Completing this design will be accomplishable.

- Women's hair wraps were a childhood invention suggestion of mine so that they can wrap a cloth-like material around their hair so that their hair is covered & protected from the environment.

- It was a childhood plan of mine to redesign the garden hose so that cleaning out the inside of the hose will be an efficient option. To start the metal fittings on the end of each end of the hose will have a fitting that can endlessly spin so that the hose doesn't need spun as it gets connected to anything. The fittings will spin endlessly & ball bearing design engineering might be necessary when designing that fitting. One potential for this design is to design & produce a hose that is split down the middle into two pieces that slip/slide into each other with 'tongue & groove'-type fittings that are incorporated into the design. Inside each of the connections will be one or two flaps that cover & seal the inner part of the hose so that no water will be able to leak. If necessary, we can experiment with making it a sectional hose of at least 2 sections that slips/slides into itself while each section has flaps that overlap themselves within the interior of the hose's lining. The tongue & groove plastic sections will be fitted to the hose during the design process so that the interior of the hose will have no signs of connection & be smooth. The fitting will be molded into the outer layer of the hose. The metal fittings & the tongue & groove fittings will have hooks designed onto them so that someone can grab the hooks with pliers to help pull

the hose together after cleaning it. Another design option for this is to use a specially designed zipper that unzips the entire hose down the middle. The zipper would need to be specially designed weatherproof & able to be unhinged & replaced. Using a specially designed pressure washer 'snake' that sprays out & uses the pressure from spraying to move itself from one end of the hose to the other was another option I considered creating as a young child. The end of this 'snake' should have a specially designed mechanism to attach to the end of it once sprayed through so while pulling it back through the operator can pull a rag through to wipe the inside cleaner as it's pulled back through. This design should be incorporated into drink dispersion lines similar to what is at bars that serve beer from a tapped keg. This design can be used not only in drink dispersion lines but in liquid production lines. It should be used in dairy production lines. It should be used in medical hose lines (for example oxygen mask hoses).

- The dishwasher, refrigerator, hot-tub, shower-head hose & sink-head hose needs redesigned to allow for easy access to their liquid & water dispersion lines & their water-jet-lines so that they can be easily cleaned.

- I've thought of designs & envisioned gloves being made specifically to wear while playing cards at casinos or in other public venues. Most notably, Texas Holdem Poker. The gloves will be made to be comfortable at room temperature. The gloves will give the person an option to keep themselves, their opponents, the casino employees & the endless potentials of germ sources off of the cards. When people leave the card table to go to the bathroom, they can take their gloves off & leave them at the table so everyone at the table is less worried about spreading germs by sharing cards/chips.

- It was my suggestion that we design hangers with a hinge clip on the underside of the hanger's hook that fastens to an indention in the top of the hook when closed so that wind doesn't blow the clothes hangers off the clothes line. I could design these clips as a separate invention that can be attached to all sizes of hangers. My other design for this invention was to design a clip that has a clip that clips onto the clothes line with a swivel that connects it to another clip that clips onto the clothes hanger. They don't need designed with swivels & can be designed with one clip on top of another perpendicularly.

- Another childhood idea of mine was to create/produce hair waxing tape for humans to use that includes skin medication on the waxing tape.

- Building elevated & screened in 'drying rooms' for 'drying' marijuana/flowers/fruits/ vegetables/ herbs/medicines etc. was a childhood idea of mine to incorporate into plans for society. The design will include construction methods/materials to provide the towers protection from rain/snow/wind.

- Elderly/disabled 'human-hoists' that use hydraulics & electricity (to do the mechanical work for the hoist) is another childhood design idea/suggestion of mine.

- It's my suggestion that I redesign the sauna. My design would include several key improvements: It would have a fresh air induction & exhaust system that can be turned on/off (separately) by a switch & that are both designed to be able to be easily accessed & cleaned (the

ductwork & components of the system). Underneath the floor would be a drain system & the floor will be designed to be capable of 'rolling out' so that underneath the floor & the drain can be cleaned. With these improvements someone could go in & pressure wash the sauna when necessary & then the floor could be removed easily so that underneath the floor & drain could be cleaned/flushed as well. The fresh air induction system would allow much needed fresh air to be introduced during on timed intervals or between users.

- The portable hoover spot/pet carpet cleaner was an idea (design-suggestion) of mine in grade school.  I now own 1 that I had to purchase & it's my suggestion that they make a spinning attachment made with the same type of rubber-surface-cleaner that is on the other attachments along with the spinning upholstery cleaner they have that isn't made of rubber for helping clean up pet waste. The rug doctor was also a suggestion of mine. It was a childhood suggestion of mine to make vacuum's that use lithium-ion batteries the same way cordless drills do.

- The 'Revbalance' balance boards being produced & sold were another childhood design/ production suggestion of mine.

- The 'MedCline' pillows meant for people who sleep on their sides was a design suggestion of mine during childhood during my grade school class.

- Food storage carriers for bicycles were a design that I suggested as a child. The design I came up with has a design similar to it that is being showcased on 'Pinterest'.

- It was a childhood idea of mine to invent a device meant to project lasers onto an envelope or blank sheet of paper so that someone can write with exact spacing they choose. The design includes extendable/retractable edges similar to a ruler & T-square (a tool used by carpenters). The design allows the device to fold & retract into 1 small piece that can be put into its included protective case. The lasers will be able to project lines onto the blank paper/envelope & will be able to be adjusted along the edges. The lasers will be designed to pinch onto & release off of the frame of the invention. The customer will be able to adjust which of the many lasers they turn on/off allowing them to see/adjust both the horizontal lines (for line spacing) & the vertical lines (for letter spacing). The lasers will be designed so that each individual laser can be 'pinched' & then adjusted to their desired location. The goal of the invention is to allow customers to be able to handwrite perfectly spaced letters & address perfectly spaced envelopes.

- Contacts, glasses, goggles & brain implants made to incorporate mind-to-interface & speech recognition technology so that a user can play 'wsop poker' or watch movies while running or biking is a suggestion of mine for the future.

- It was a childhood suggestion of mine to redesign washing machines & dryers so that we incorporate 'self-leveling' capabilities using adjustable hydraulic fluid reservoirs.

- It was a childhood plan of mine to design strength training equipment using 'smart' computer programs & gear torsion. For this concept that I had envisioned I planned to have an inner gear that keeps a certain amount of resistance on it & then have outer gears that can lock onto the first gear as resistance is added. I will need to do more research to be able to complete this design but I see that my concept has been stolen & produced already now. During my childhood I also

envisioned a design for this where the outer gear is the lightest amount of tension & dowels extend through it to inner gears as tension/weight is added & the inner gears provide more & more tension. The gears will be resisted against by shock or spring or hydraulicly-loaded resistance. - I've also imagined a hydraulic resistance system for the idea but haven't been able to progress towards finishing some of my more complicated designs yet. The design might need to include multiple fluid reservoirs with sensors, a pump & I might need to design a fluid dispersion system. The design will probably use different sized reservoirs that are all connected to a base. Each reservoir will have valves at the base that get opened & closed either by an electronic or mechanical (turned by gears) system or connected to manually. The automatic system will need a transmission type mechanism that allows the pully to connect to whichever reservoirs the system gets adjusted to. Without being able to work with the materials I'm imagining two separate designs. One uses a fluid pump, sensors, valves & multiple reservoirs/cylinders. This one uses sensors, a pump, valves & a rest reservoir to move the fluid around between the cylinders & the reservoir so that the fluid is only in the weights that are being used at the time. The other uses a different cylinder/reservoir for each weight adjustment (2.5 lbs, 5 lbs, 10 lbs, 2x20 lbs, 2x40 lbs (people will be able to order extra weight if they need to)). The manual connecting version of this edition will have cables that come out of the underside of these cylinders that fork down into an area where the main cable & its branch system will be able to connect to it. You will adjust the weight by connecting whichever weight resistance you want to the main cable with locking mechanisms that interlock the main cable & it's branch to the specific branches of the reservoir (imagine the main cable on the Bowflex Revolution XP reaching up to the weight section with a branch & instead of adding the resistance plate you interlock the whichever branch you want to the specific cylinder's cable that you want). The automatic version of this will have a transmission that connects these automatically with either mechanical or electrical (both options will probably be able to be made available). For all of these versions it's an option to make it so that the resistance-bob within the hydraulic cylinders are designed to expand & contract & get turned & on based on your weight adjustment. Imagine being able to turn a know similar to the bowflex adjustable dumbbells & it adjusts which cylinders have resistance & which don't so that one cable can pull on all of the cylinder cables but there is only resistance being put on the weight you choose. For all of these versions that use separate cylinders the cylinders that provide the most resistance will be situated in the center & the lighter weight resistance cylinders will be situated towards the outside. These cylinders will probably be clustered together instead of side by side. The hydraulic system will be attached to a base similar to the Bowflex Revolution XP that can be adjusted based on the user's height. Imagine the XP except the main pully doesn't pull on the rubber it pulls on the hydraulic resistance system & the valves are adjusted similar to the Bowflex adjustable dumbbells. – It's my design suggestion & plan to design a hydraulic cylinder that can expand & contract it's circumference by implementing a track system on the exterior of the cylinder walls that gets turned by either an electric or mechanical gearing system. These could also be designed to incorporate hydraulic & mechanically engineered functionability (similar to the transformer vehicles).

- It was a childhood invention design of mine to create weight plates for strength training using sand, concrete, rubber & other materials instead of the all-metal ones that are the most popular to

save on materials but as a kid I was aware that I probably wouldn't get to take credit for this invention.

- It's my suggestion to reprogram 'Microsoft Word' so that when someone inserts a picture they can click&drag it anywhere on the page instead of having to insert it within the spacing of the type (making it simple to add a picture of someone's signature to a word document). It's also my suggestion to make it an option to change the color of the cursor while using 'word processing programs' so that your cursor is more noticeable visibly.

- It's a suggestion of mine that a computer program gets created enabling someone to see what has been added to a word document since it's been viewed last.

- It's a suggestion of mine to create a food service that collects all of our food that is about to go expired from the local area. The service will then have a system in place to distribute all of the nearly expired food to the local people & to a local food bank that is accessible to the public. It was also my idea/suggestion to do a study to find/expose the organized crime involved with people intentionally taking advantage of this service to get free food.

- It was a childhood suggestion of mine to make a space program that stays prepared to blow up asteroids & other outer space threats that might hit earth with missiles & other explosives.

- It was a childhood idea/plan/thought/suggestion of mine to create machines that can 'make it rain'. Our agriculture industry constantly suffers from droughts & irrigating all of our crop is too much of a material consuming goal. I realized as a child it would be a much more resourceful option to look into designing/producing machines that fly in our skies/upper- atmosphere that produce the necessary phenomenon to produce rain-clouds & rain similar to a flying humidifier. I don't know if it'll be possible to use equipped drones or not. I don't know for certain if it's possible but believe it is. Personally, I'd have to further research & study chemistry, meteorology, geology, etc. to design a machine by myself but am certain if given the opportunity to hire a team of people with specific educations that the job would get done.

- It was my suggestion to make dog parks & the Galesburg & Quad Cities dog parks are using my exact design suggestion for the dog parks.

- It was a childhood suggestion of mine to get into the creation of a supplement that uses scientific formulas to make food for our big animals (lions, tigers, bears, etc.) that fills their stomachs/appetites with very little food compared to without the supplement while providing them with the nutritional values they need to thrive.

- The retractable indoor dog gates/fences were a suggestion I made during my past. I'm just now remembering 7/12/2024 that I suggested the design as I'm planning to purchase my suggestion from the internet.

- Retractable clotheslines were an invention suggestion that I made during my childhood.

- Waterproof mattress covers were an invention suggestion that I made during my childhood.

- I believe that the floor sweeping brooms made out of silicone were my childhood invention suggestion but I don't remember for certain yet.

- It was a childhood idea of mine to create a company for my local rural community that routinely cleans & maintenances the equipment of our farmers during planting & harvest seasons at night.

- It was a childhood suggestion of mine that we make our schools available to our children during all 3 separate shifts throughout the day 8-3 & 3-10 & 10pm-5am. We could reduce the number of employees during the other shifts but some kids like myself don't stay on that sleep schedule.

- Intricately designed vacuums designed to be inserted into the human body & maneuvered around the insides of humans to safely suck away unwanted waste is an invention plan of mine that I hope to get to put further thought into someday.

- It was a childhood idea/suggestion of mine to design/build community warming shelters & kennels that are capable of being powered by generators when the power goes out during the winter. With these being built for communities' people & people with pets will have somewhere to go to stay warm in the winter when the power goes out.

- It was a childhood idea & suggestion of mine to design a device meant for someone to use to clean their throat. My design is similar to an eyebrow brush or pipe-cleaner that is attached to a hose. The design allows the water to be turned on & sprayed out of the pipe-cleaner-type design. My thought on it was to be able to put toothpaste on the device & be able to clean your throat out similar to how we brush our teeth (similar to the circus act with the people who swallow a sword). If we aren't allowed to do this as humans than the device will also need to be designed to have a vacuum attached to it so that we can simultaneously vacuum out what we spray & clean inside our throats.

- During my 2nd grade class I thought of the idea for the tv show named "Shark Tank". I was under pressure because I was attempting to share my idea about my design for the new septic-systems for cattle barns to my classmates/teacher & was failing at communicating because of my head injuries & being violated. I had thought of my design for the confined-animal septic-systems a couple years before my 2nd grade class & had suffered from multiple severe head injuries. When I went to class, I was forced to bring up some of my invention ideas by a violator using mind-control. The violator made it seem as if I was just then designing my inventions & made my inventions seem less finished than what I had them prior while I was failing to verbally communicate with the class. I thought of the idea to create the tv show so that I could find help in getting my designs & inventions to the people in charge & to as many people as possible. A decade or so later, the show began being aired on broadcast television.

- It was a suggestion of mine during childhood to write a song about getting goosebumps. I suggested the music video be made by using a collaborative effort from the kids in a music class at a grade school. The Godsmack song 'Unforgettable' & its music video seems to have been

made using my exact suggestions including the detail of them using a background voice to sound like a crowd chanting in a stadium.

- It was a childhood idea of mine to go on the show 'America's Got Talent' as a storyteller to tell the audience my story about becoming an inventor & getting turned disabled.

- The anti-choking devices being sold on the internet might have been my design suggestion but I cannot remember for certain.

- The dumbbell foot straps made by 'Animal House Fitness' called 'monkey-feet' were a suggestion of mine as a young kid. I suggested their design & then forgot about the design because of my head injury symptoms & then some other kid I was forced to be around attempted to claim that the suggestion was theirs (I don't remember who the kid was).

- The collapsable weight (squat/bench) racks being showcased & sold on the internet is another design suggestion I'm now remembering that I made 2-3 decades ago. I have a memory of myself telling someone about my design suggestion but I don't remember who I told.

- Caulking tape (the construction material) was my suggestion to produce/manufacture/sell as a kid.

- I need to find out if the sink & tub stoppers that I just purchased from amazon.com were my design suggestion because I think they might have been but can't remember.

- I believe 'Door Dash' was another childhood suggestion of mine that I made in 2nd grade but I cannot remember for certain because of my faulting memory.

- The coffee tables that I have are designed exactly as I suggested designing coffee tables when I was a kid while in 2nd grade.

- The design being used for the soccer goals in the NWSL was a suggestion of mine during childhood. Specifically, the 3 posts several feet behind the goal that hold the net back by connecting the net to a rope/cable attached to the posts. One of the kids from my childhood was wondering how we could keep the net back so I suggested the idea & I just noticed they are using that suggestion in professional soccer in the U.S.A.

- It was a childhood idea/suggestion of mine to make an internet website/app that allows & gives customers a place to rent pets from pet owners. (i.e. rentmydog.com). It was also my suggestion/idea to make a website/app for finding pet sitters.

- Designing/constructing community underground tornado shelters/bunkers for communities within tornado alley was another childhood idea/suggestion of mine.

- Tankless oxygen (concentration) machines were my design & invention suggestion as a young child.

- It was a childhood idea of mine to make surgical implants so that humans who need to use oxygen masks/tanks don't have to wear a mask. The goal of the implant is so they can just plug in a hose into a 'port' that's implanted into their body. I also have a goal to make it so we can install

oxygen "generators" inside our bodies so that an oxygen tank/import isn't necessary but I need to do more research/planning for this design/design-plan to get complete. I want to incorporate this idea into an implant for English Bulldogs as well.

- The 'dog door' was a childhood suggestion of mine. Soon after I suggested the invention I was shown the movie 'Home Alone' & the movie showcased a dog door.

- Washing machine's water inlet valves should be designed to be easily accessed so that they can be regularly cleaned without having to take apart the machine.

- The 'shark' vacuum cleaner's design concept was my suggestion during early childhood but they neglected to finish the design. The finished design was supposed to include the designs allowing the bottom of the vacuum's base to be easily taken apart, cleaned & maintenanced. The 'hose' of the vacuum that the filth travels through from the base's spinning roller & the filth container & filters was supposed to be designed to be easily cleaned with a specifically designed 'snake' as well.

- It was a childhood idea of mine to redesign the baseball glove. The focus of the redesign is to make it easy to open up & clean out the inside of the glove. My idea was to make the backside of the glove have a strap that you can lace up (similar to a belt that goes around the waste) for the part that goes around your wrist. There would also be a slit that separates the middle of the backside of the glove (& one on each of the outer portions of the glove) that gets laced together so that when unlaced the portion of the glove that your fingers go into can easily open up & be cleaned out.

- It's my suggestion that you all allow me to redesign the systems dairy farmers use for dairy production so that every piece of equipment between the cow & the dairy storage is designed to be easily & efficiently cleaned routinely. I have briefly observed a couple of the most advanced dairy farms with my internet access. I instantly thought of a couple very crucial & necessary improvements that need made to their system as soon as possible. The first thing I would do is design a new invention/machine that cleans that traverse the milk to cow to storage. The machine would be designed with a drainage system underneath of it. There would be vertically standing pipe-cleaner-type structures capable of rotating that we will stick the lines onto to be cleaned. These structures will be capable of spraying liquid out of them from 2 separate tanks (one tank will have cleaning-solution mixed with water & the other will have water only). The machine will then be able to grasp the lines as the structures are lowered out of the lines so that a person can then access the attached spray-hose to finish rinsing out the lines before reinstalling them to the milking equipment. I also believe it might be wise to use a less permeable/porous material than plastic for the lines. The second improvement I would make would be to redesign the milking equipment that the lines attach to. The redesign's focus would be to allow those suctioning devices to be easily & efficiently opened/closed to be cleaned.

- It's always been a suggestion of mine to redesign the TV & everything else with a visual screen so that it's easy to take apart the screen & replace the bulbs that light the screen. Electric space heaters need to be redesigned so people can replace the heating element instead of the entire machine also.

- I plan to design a piece of machinery/construction-equipment meant to assist in siding buildings with sheet metal. The piece of equipment will be designed similar to a riding lawnmower (or skidsteer) but the operator will be standing instead of sitting. There won't be a cab that the operator has to get into because this piece of equipment is meant to be able to get on/off of simply. The focus of this design is going to be the hydraulic/mechanical telescoping boom that has a magnetic force on the end of it that can be turned on/off. The idea for this piece of equipment is so a person can get on the piece of equipment & lower the boom enough to latch onto a piece of sheet metal while it's on the ground. The equipment will be able to raise the boom & pick up the piece of sheet metal & the operator can then drive/adjust the equipment so that the sheet metal can be lifted/placed onto the side of the building. The operator will then be able to put the equipment into 'park' & get off of the piece of equipment to screw the sheet metal into its final place. The boom will have a separate joystick to operate the boom. The equipment will have tracks instead of wheels to be able to operate on rough/unfinished terrain more reliably.

-It was a childhood idea of mine to create a 'worldwide' military/justice/law-enforcement/legal system to save on resources. The goal would be to have our laws jurisdict across the entire planet & have localized centers to enforce our laws & provide justice to/against those within the local area. With this plan in action, we would save on resources exponentially. For example: the US gets attacked by 'Iraq' on 9/11. Instead of having to send our forces across the ocean (costing massively irreplaceable amounts of non-renewable resources) we call our allies on the other side of the ocean & allow them to capture & serve justice against the oversees criminals.

- It was a childhood solution/suggestion of mine to have our government invest in our border crisis in different ways than are being suggested. I believe we should continue to keep it a focus to invest in the manufacturing/medical/agriculture/justice-system industries of Central & South America. We should help Central America build/staff 'jail/psych-ward-type' buildings meant for housing/re-placing/punishing the people who get caught attempting to enter the US illegally. These buildings will need to be on the other side of the border so they can gain our respect for holding their own accountable for their crimes (they need to feed & house the criminals instead of us having to spend our resources on them). It also was my childhood suggestion to use 'drone' technology at the border so that we have each illegal immigrant caught on camera crossing illegally. The drones will notify & make easier work of catching the illegal crossers. The problem at the border is never going to stop & won't slow down until we make improvements to South & Central America's industrial/medical/economic situation.

- It was a childhood idea & suggestion of mine to design/help-design prisons for the future. The prison's will be designed to be controlled by computer programs that can be operated from people's homes. The prisons of the future won't need people to work at the prisons because the prison's employees will be able to control every single function for the entire prison from remote locations & mind-control will be used on the prisoners for prisoner safety & to ensure they all get fed & that their prisoner rights are all kept respected.

- It's my suggestion that we use my design-suggestion to build bridge-piling protection structures that surround the pilings of bridges so that the pilings don't get damaged by passing boats. It's

also my suggestion that bridges don't just sit on top of the pilings but that they have structural support systems underneath the bridges that connect to the pilings at various heights.

- It was a childhood plan & suggestion of mine to redesign the water systems in California & other drought-ridden coastal areas so that the toilets & other non-drinking water (such as garden hoses/car-washes/etc.) use salt water brought in from the ocean.

- It was my childhood idea to plastic-wrap the insulation/studs of interior spaces used for living & working before installing drywall/ceilings/flooring/etc. The goal of this idea was to improve the air-quality of our interior living environments.

- It was my childhood idea to invent/design/produce an attachment hooking up to trailers while driving a tractor or truck. The design is for the truck or trailers tongue or ball (or other connection) so that you can park it close, extend the extendable (sleeve-engineering or hydraulic-cylinder extension-type engineering) connection from the truck or trailer (you will have the extendable invention attached to one or the other) to connect the two & then back the rest of the way up & lock it into place once connected.

- It's a suggestion/plan of mine to design windows with fans (designed to be easily cleaned/maintenanced) that pop up through the base of their casing with the ability to flip between blowing the air inside or outside. Eventually places will be able to adjust the fans direction based on the wind direction in their environment from their smart phones.

- It was my idea to design a water-vaporizer/chillum when I was in high school. I forgot of my idea to do so because of my head injuries & because of getting violated nonstop & someone went ahead & designed it. The finished product was just shown to me in 2023 on 'Pinterest' & me being shown this while living in Alexis is another exact detail that I was told would be happening long ago by someone (I've forgotten who). I believe my mind was intentionally blanked by my violator that uses mind-control technology to violate/control/sabotage me so that I couldn't complete that simple design instantly.

- It was a childhood suggestion of mine to change the design of the 3-wheeler & trike motorcycles. The redesign would move the two-wheels to the front & the one-wheel to the back to make the vehicles safer to ride. Physics proves this design a safer option.

- It is my design suggestion to redesign the housing units on ceiling fans so that they hinge open or are designed as 2 separate pieces that slip into & screw into each other so that the fan's lights & blades don't have to be disassembled to be able to tighten the screws to keep it from wobbling.

- Rural communities having running trails that provide our citizens a trail going in each direction out of town were a suggestion of mine from childhood. The trails could have emergency phones on them. Running on the road doesn't provide near the experience as people could have access to if they had permission to run through the countryside & nature. The running trails would attract people from urban areas.

- It was a suggestion of mine from my childhood or teenage years to make the following improvements to buildings being built (especially the ones being built out of glass-type & glass-

looking material): Every 2 floors there will be a layer of fresh air induction/dispersion/exhaustion ductwork that is made out of the same glass-type material that the exteriors of the buildings are. These systems/sections of the building will have automatic opening/closing mechanisms that are programmed to induce & exhaust air throughout the buildings. The glass-type ductwork that is designed as one with the exteriors of the buildings will have tracks designed into them that have motor-powered cleaning systems that automatically keep the ductwork clean by having a track push a squeegee that cleans the ducts surfaces. The squeegees (including their cleaning solution tanks) & ductwork will be designed to be easily accessed & changed out. The ductwork & the air dispersion/heating/cooling systems will all have easily accessible filtration systems. The water lines will be designed almost the same with a filtration system filtering all incoming water into its system before entering.

- It was a childhood design suggestion of mine to incorporate track systems on the decks of ocean ships that aren't massive. The track systems will allow crewmen to get tied down to the deck & move along the deck so that if/when the ship hits big waves they are tied down & won't get sent overboard.

- It was a childhood idea of mine to install "airbag"-type systems on ocean vessels to prevent them from tipping overboard & then sinking.

- I believe it was a childhood design suggestion of mine to create self-leveling platforms for sleeping/cooking/etc. on ocean vessels that sway constantly. The design would incorporate hydraulic-powered cylinders similar to what is used for loader tractors & excavators with a computer program (similar to what's used with autonomous tractor driving) so that when the boat sways the living space inside the boat stays level.

- It was a childhood suggestion of mine that we begin guaranteeing privacy for people's bank accounts so that people working at the bank don't get to see how people spend their money. This can be regulated by keeping bank employees & software under constant surveillance while they are working at the bank.

- It's my suggestion that we redesign card shufflers (both the ones used in casinos & for personal use) so that it is easy to clean their interior surfaces & components. It's a shame that new decks of cards get put through card shufflers that have never been cleaned.

- It was a childhood invention suggestion of mine to create & use artificial intelligence technology to memorize & recreate the personalities of family members so that when they die the surviving family can have access to a recreation of their company & continue to enjoy their presence & learn from them.

- Artificial veins & arteries or transplanting these & the connections that will be necessary to implant while doing so are inventions that I wanted to pursue the completion of since childhood.

- It's a suggestion of mine that we use this mind-control technology to erase Opiate withdrawals.

- Neuralink's new 'blindsight' technology that allows the blind to see was my exact plan for a medical invention when I was a young child.

- It was a childhood suggestion of mine that we use mind-control technology similar to 'Neuralink' for lie detection & investigative purposes for our nation's priority court cases.

- It was a childhood suggestion of mine that we use mind-control technology similar to 'Neuralink' to protect people in public. Sight & sound can be altered on individuals that are known threats to the public or on everyone when famous appear. Soon after noticing this potential as the technology gets used on me regularly the movie 'The Minority Report' & 'Total Recall' came out from our Hollywood.

- I suggest that we make it an option for somebody like me who gets their mind controlled & communicated with directly while their thoughts are under constant surveillance to be able to grant legal access to specified individuals.

- It was a childhood suggestion of mine that we develop a computer program similar to Microsoft Excel to help the court systems categorize, prioritize, disperse & organize our courts' caseloads.

- It was a childhood suggestion of mine to make it an option to be able to send emails to text messages.

- It's a suggestion of mine that we study the body's cell production/use & figure out a way to survive in space (& on earth) without anything (food, water, oxygen, producing waste, etc.).

- Designing an artificial lung capable of using an oxygen concentrator as the oxygen supply for the body was a childhood plan of mine. I also hoped to be able to experiment with all of earth's materials hoping to find a material that we could use for replacing people's lungs.

- It was a childhood suggestion of mine to use special effects & artificial intelligence along with all of the previous recordings of our sporting events to create new sports games for television so that we can host less live sporting events in efforts to save on resource/fuel consumption rates.

- I believe the new dog leashes that swivel so that walking 2 dogs with one leash doesn't involve any entanglements were a design suggestion of mine during my childhood but I don't remember for certain.

- I believe the new smart-video doorbells were another childhood invention plan & suggestion of mine but I don't remember for certain (it might've been a classmates).

- It's my suggestion to improve the design of veterinary clinics using the following concept (I believe I suggested this in grade school): The individual rooms will be able to be accessed from the outside so that a bunch of people with pets don't end up in the waiting room. When scheduling the appointment they could say go to room 3 & you will be able to park in front of room 3 & walk straight into the room with your pet from the vehicle. This design concept might've been one of my grade school classmates but I can't remember.

- It was a childhood suggestion & plan of mine to design escalator-type 'moving roads' for densely populated cities like New York City, Los Angeles & Chicago. These roads will allow vehicles to pull onto & off of them but not be accelerated on once the vehicle gets positioned. This road system will be designed to prevent automotive accidents.

- It was a plan of mine to start a company that interviews & hires people for other companies. It was a plan of mine to start a company to manage other companies' labor forces. It was also a suggestion or plan-B of mine to create a company that designs & produces production & manufacturing equipment. I was only going to pursue starting these companies as a back-up plan.

- It was a childhood suggestion of mine to make a computer program that allows the user to simply design vehicles, planes, helicopters, ambulances, fire-response, trains, ag & construction equipment, boats, ocean-vessels, submarines, recreational vehicles, production machines or organize the restoration, modification & maintenance to any vehicle that has already been designed or produced. The program will make it possible to design modifications for specific parts that can be saved for personal or commercial production. The program will allow the user to order new parts & search for all available varieties of each potential part. The program will be designed to diagnose the mechanical issues that develop. My talk with my interrogators included the fact that as I thought of the plan for this computer software I immediately realized that I probably wouldn't get to claim this design myself because computer diagnostics tests already existed for vehicles.

- Modernizing the Catholic & Christian religions, their religious educations & their bibles was a childhood suggestion of mine. It was my plan to help them teach kids the rituals & modernize them with everyday people's everyday lives & resources. It was my suggestion that we create a sector of the entertainment industry devoted to implementing the teachings that those religions pass along into modern movies & tv shows. It was my suggestion that we keep our regular bibles but create new ones with more modern-day applications so that people can better relate & understand. This was another suggestion of mine from 2nd grade.

- I had to make myself my own religion because of not being able to keep up with Catholicism as a cognitively disabled (memorizing the prayers & praying that often didn't work with me because of my memory not functioning & the stress created when I attempted to think). The religion I created for myself understands 'God' as the natural connection between all of life. I do not separate God & the devil & instead accept them as one but refer to the evil as the devil. I developed a new prayer system that uses images instead of words to pray so that I can pray at a much more efficient rate. I keep an open mind & acceptance about pre-marital sex & sex for enjoyment but while keeping marriage as the goal. Otherwise, I attempt to use & respect as much as possible from the Catholic & Christian religions.

- When I was in grade school I was informed that they were seriously considering building an underwater tunnel across the Atlantic Ocean to connect the United States & London via train. My immediate response was that we should design a floating bridge instead of an underwater bridge. We could design however many floating platforms are necessary & then connect each platform with the bridge material or train tracks.

- A dating website for blondes only was a childhood suggestion of mine because of the declining blonde population & because we are a minority that gets exploited & constantly sought after at a higher rate than the rest of the options.

- Constructing a floating bridge that allows trains to travel across the Atlantic Ocean is a design concept that I thought of as a child when I heard they were considering an underwater tunnel.

- When I get time to do so I need to put thought into the design of a spaceship to get a group of people to a new planet in case the sun stops burning.

- It was a childhood suggestion & plan of mine to make movies & books for each audience-age-range for children (PG), adolescents (PG-13), adults (R) & (X-rated). What I'm attempting to communicate is that each individual movie that I make or help make this way will have a PG, PG-13, R & X rated version to view.

- It's my suggestion that we make it a government funded benefit for non-criminal severely disabled to gain access to neuralink-type medical technology because the mass majority of these disabled individuals don't have the financial resources to access the technology that they need to function at their best potential.

- It was my childhood suggestion that we use robots to help at understaffed nursing homes & use them as prison guards.

- After watching the man who murdered 4 Idaho college students get to plead guilty to avoid the death sentence it's my suggestion that we begin offering 'temporary' plea deals so that in situations like this we can grant their temporary plea deal but get back to their justice when the court & investigators have the time the case requires so that justice gets served because a lot of these types of criminals want to go to prison for less responsibility/accountability/debt, because they don't want to have to cook/clean/compete/coexist & some want to live with criminals to make life worse for criminals. Justice for people like him require the death sentence or for them to be tortured for the rest of their life & we don't allow the latter.

- I believe that if somebody isn't under 18, wasn't raped or didn't create with unknown incestual relations that people should have to go on the record after having multiple abortions. A woman who has had 12 abortions willfully shouldn't be able to get picked over somebody who hasn't in the competitive employment pursuit.

- I believe it should be a crime when people don't do their best to recycle.

- I'm 100% against hydrogen engines being mass produced because sooner than later earth will be without water because of this mistake.

-- I thought of the following names for people/animals & plan to continue going through our alphabet attempting to create new names: *Emroar/Emrore/Emror, Arelin/Arrlin, Arya, Arlow, Orya, Aarow, Rayn, Aarwo, Taz, Aabro, Aacoy, Aada, Aadap, Aadam, Aadeh, Aadel, Aadeline, Aadow, Aadox, Aajae, Aajax, Aajoz, Aakar, Aakaw, Aakex, Aama, Aapux, Aaquawx, Aaquin, Orix, Orma.*


**_Movies/TV Shows/ Books:_**

Throughout my life I have given several suggestions for books, movies & tv shows that have eventually been produced. I'm uncertain which, if any, of the ideas that I suggested were original ideas of mine or if my suggestions led to any of their entertainment productions but know it's my right to know what my contributions are involved in. I also deal with inclusion, harassment, interrogation & torture techniques, often, while reading/viewing/using these entertainment/educational sources. Books, movies & tv shows that I can remember suggesting be produced for our entertainment/educational/news sources were: Hell's Kitchen, the Danish Girl, Frankie & Alice, Pirates of the Caribbean, the Twilight series, the Underworld Series, True Blood, Dirty Jobs, Planet Earth, Shameless, This Old House, American Idol, The Voice, America's Got Talent, Sons of Anarchy, Dancing With the Stars, American Ninja Warrior, the Chicago Bulls documentary, Taboo, From Hell, the Harry Potter Series, the Game of Thrones series, August Rush, the Sherlock Holmes movie series, Into the Blue, Like Water Like Chocolate, Dancing with the Stars, Avatar,  the Historian (a book), Westworld, Peaky Blinders, Maleficent & Shark Tank. I created the plot focus for all of these as a child & suggested they be used by our entertainment industry while in my 2nd grade class. I completely forgot about my ideas/suggestions & didn't realize all of the connections with each production for a long time. If I deserve credit & recognition for any of my contributions/suggestions I need to settle in court about it.

I've been watching tv simultaneously while being violated for most of my life. The mind-control technology that is used to violate me is a power that is used by someone, or a group of people, with more power than I have access to & them doing so is illegal. I've always assumed the government is involved with the mind-control technology that gets used on me since the civilian population isn't permitted to access anything allowing us to use mind-control on anyone or anything. The internet is telling me that the CIA is in charge of the mind-control experiments being done in the United States. Using mind-control on me while watching our entertainment & educational options has proven to be quite the experience for me. Mind-control technology being used on a person viewing a live tv show that is aired only shortly after the live action is an easy way to make a person feel that they are one with God. The technique also makes it easy to interrogate & torture a person who reads/views/uses the sources. The technique (using mind-control on people as they are watching tv (while working simultaneously with the tv cast)) was a suggestion of mine as a small child to use against people who our government needed to interrogate, torture, or keep better tabs on while surveillancing (not on an innocent & disabled victim like myself). I've been an Illinois sports fan for my entire life & root for the Bears, Blackhawks, Bulls, Cubs & Fighting Illini. The constant coincidences & irony that mind-controlling me while observing my thoughts has provided while watching sports has been continually magical for me (making me think I'm the main character in an "Angels in the Outfield" type of movie). Most of the time I feel as if I'm being punished & interrogated with the techniques but occasionally I am filled with amazement. I'm usually battling for my self-defense within my thoughts when my team hits a home run or scores a touchdown or something. The same coincidences happen when I listen to the games on the radio, watch ESPN, abc, nbc, fox, CNN, or anything else. The mind-control technology has been used on me for my entire life including nearly every time I've ever listened or watched anything, including live performances/action & the news.

In my mind I have already helped contribute to our entertainment industry & helped provide ideas for many of our tv shows & movies over the last 2-3 decades. I will further explain this portion of my evidence later on in this section but will focus on original ideas for movies & tv shows that I thought of for this portion. As I mentioned earlier, I have an idea I intend to turn into a children's book/movie that I thought of before the movie Cars was produced. My idea involved teaching kids to care for their bodies with exercise/food/drinks similar to caring for a vehicle or motorcycle. The idea was to fuel up with food/drink & exercise to build up & keep your engine maintained (heart & other organs). The character was going to succeed in several aspects of life by being healthy consistently then save somebody's life by being an organ donor & continuing to live healthily afterwards. That was one of my first original ideas & soon after putting thought into it I suffered from more head injuries & then the movie "Cars" was released. - My 2nd idea & plan for a movie was to script a musical with the focus being on cooking & the kitchen. I had planned to write script/poetry/phrases/songs for different situations while cooking (for example, what type of meat & other materials your cooking with, what type of cooking source (fire, grill, stove, etc.), with what type of day it is (bright, clouded, raining, snowing), with who you are cooking for & other circumstances that I planned to have phrases/poems/songs & other good conversation options to use while in the kitchen. I hoped to not only think of a variety of specific options for those specific circumstances but to create more specific prayers for those specific situations to go along with the theme. The range of options involved with this plot focus will make script writing an easy effort for this, especially if I consider incorporating spiritual-type coincidences/options into the plot twists similar to the passing of emotions through the food like in the movie "like water like chocolate" which was my childhood idea. Soon after I began putting thought into this, I suffered from a head injury in my childhood & then the movie Ratatouie was produced. - I've had an idea for creating a tv show since childhood that is called "The bulldogs of England". The show is going to be introduced by a movie. The idea is to showcase bulldog owners & bulldog breeders throughout England while educating people about healthy/enjoyable habits for both owners & breeders. Every individual source (breeder or pet-owner) will put on a show to create a collaborative reality show. I didn't think that it would be necessary to confine the show to England. They could showcase highly successful & celebrity owners/breeders. The show will then change into different breeds/plots as it goes. My idea for my bulldogs was to have one of them named Orwell & one of them named Poe, which I do now. My disabilities & personality, along with me being violated consistently, force me to talk to myself. I chose to name my inner conspirist-type thoughts' source "Orwell". I chose to name the source of my darker-type thoughts "Poe". My male is named Orwell & my female is named Poe & I make jokes based off the conversations I end up making my dogs listen to as I'm talking & that plot-focus was going to be my contribution towards a portion of the show. I use my bullseye-type accuracy to shoot my dogs with rubber bands when they misbehave & it has helped with their training. I don't feed them with my hands & instead use chopsticks to feed them their treats & medicine. I believe that to be a healthy habit so they don't approach kids & their hands for food. I collect their solid waste & am disposing of it because Alexis, IL doesn't yet have a town dumpsite for pet waste. Those were a few examples of habits I was going to pass while contributing a movie involving bulldogs. I haven't been able to put more thought into it because of suffering from head injuries & being violated & needing to settle with the court system. - I had

a pair of shoes that were built with a grinding plate on the bottom of them meant for grinding rails at a skate park. I was in a concussion-coma-type mind state when I owned the shoes & don't remember much time with them but remember thinking of an idea for a movie or tv show. The plot is focused on a group of kids attempting to make a movie as they build a house & prepare the residence for new ownership while wearing the grinding-type shoes & doing grinding tricks on the lumber, ladders & other materials they use for the property. I had a pair of Solomon grinding shoes & my friends had shoes made by the shoe company named "Soaps".  The grinding shoes are no longer being made but I was grinding a set of stairs with my neighbor when I thought of the new soft grind-rail design. - My next kid's movie/story was going to focus on saving resources for our best efforts in a planet vs all the other individual planets/ taboo/ battleship/ karma-type movie where "lightning strikes the light bulbs" is a phrase used to teach kids about how to get their brains to get good ideas & why some people get better ideas at times than others. "whose striking lightning on my land" is going to be used in reference to karma causing natural disasters & influencing who is getting good ideas, orgasms, etc. - Another one of them is to have a family movie made about saving our resources & efficiently using them. It's also about kindness, humility, humbleness, etc. The movie's plot includes the entire earth being on a team & we believe we are in competition with other planets to make/save the best of our earth's resources. Anytime we do something positive or negative there is a ripple effect that ends up effecting everyone. We eventually make drastic positive changes in our earth's resources/waste- use/management & beat out the other planet for the chance to move closer toward our people getting automatic entry to paradise. I'm also planning to write my own version of Dante's inferno, or a similar book.  – Another movie plot idea of mine was focusing on the security of famous people. Soon after I began juggling ideas for this topic the movie named 'Bodyguard' was released. My thought at the moment was to have a plot about a mentally ill introvert who becomes obsessed with a hollywood actress & the efforts that must be made to protect our mentally ill & our famous while they're in public. - I have always been juggling ideas in my head to create a movie & tv show with the bucking Rodeo as the focus. At this point in time I have it so the movie will introduce a tv show. My Rodeo movie will consist of 4 main characters & 3 of them represent me & two of my relatives who are the same age as me & who also are the sons of farmers. The plot of the movie focuses on how we become Rodeo Cowboys in an attempt to gain fame & wealth enough to get fairly invested with the confined animal septic system company & other agricultural improving improvement companies that I have designed for the future of the agriculture industry. Our rodeo will be a rodeo that has never been seen before. One of my cousins is going to do a backflip off a bull he rides for 8+ seconds. My other cousin is going to break the horns off the bull he rides for 8+ seconds. I'm going to punch the bull I ride for 8+ seconds & knock it out before the entire crowd at the rodeo is served a beef dinner. At some point in the movie I'm going to have to pull off all 3 moves during the same Rodeo wearing different wigs to have the same hair as different actresses. The tv show will then follow Rodeo cowboys for a year & entertain you with plots I'm still working on & that are yet to be imagined. Rodeo clowning & using take-down tasers to trick the audience into believing that I run & tackle the bulls after the cowboy gets bucked is going to be incorporated into this movie as well. I'm hoping to have different versions of the movie & tv show (an adult & kid/teen version & potentially a version that collaborates with our adult entertainment industry). I considered

making this rodeo movie simultaneously with a live rodeo to make it a movie for the history books. - I've put thought into creating a movie focusing on Poker. I can't decide if I should create a script for a family movie or an adult one or both. I've been juggling several ideas for the focuses/plots/characters. My characters for the movie will certainly include a person who bases their instincts off of astrology & our tide shifts. I will have a character who is a genius with probability/people skills/focusing similar to Matt Damon's character in the movie "The Rounders". It will have a character that cartomances based off the cards meaning to them with their own personal life experiences & observations of the public. I'll have a character who is a veteran that uses interrogation techniques to get/use tells from their opponents. I'll have a character that has the Bible memorized & consistently is able to keep up with bible references to the cards that flip (for example, k 9 3 turns the flop while the character has a pair 5s. The character will make reference or proverb from something in the bible in chapter 9 verse 3 to do with King David & something similar happening in the movie at the time). I've considered giving the bible character an entire movie but haven't been able to work more on this topic. The movie will have a mentally ill person who uses their diagnosis of multiple personality disorder to their benefit. Poker faces/ reactions do alter players' decisions during poker & this person is going to be mischievous about it along with keeping the ability to change their personality into everybody they play with. The movie will have a character that has rhymes/poems for all the potential card turns. The movie will also have a character similar to Kinish from the movie "The Rounders" who focuses on being conservative & preaching to the crowd about how being conservative is the way to make a living at playing poker for a career. - I have an idea for a children's book about surfing & surfing through life's various opportunities to become successful. I have more thought put into this but am only sharing the idea for the plot for now while typing evidence. - I have an idea for a movie & the plot focuses on people who "cheat" in their relationships. The focus of the movie is on the idea that the "cheaters" suddenly suffer from 'multiple-personality disorder' & the movie is a parable that eventually teaches the cast hard lessons about being selfish with themselves. I have more thought put into this but am only sharing the idea for the plot for now while typing evidence. - I had another movie idea about a kid who was a standout athlete who became disabled. The kid has another child around his age get to succeed as an athlete & the plot focuses on the struggles of the disabled kid compared to the success of the healthy kid. I have more thought put into this but am only sharing the idea for the plot for now while typing evidence. I had this idea about Mick Kaywood & I after he violated me with what would've been a murder attempt while I was severely brain injured & when I was a better football player than he was but then he got to live his life violation-free & was an all state athlete. This movie was going to be a good family movie & was similar to the plot for the movie 'What's Eating Gilbert Grape' which I was shown soon after thinking of that movie plot plan. Since thinking of that I get punished by being forced to act like a 'villain' by my mind-control violators for that potential movie plot as they punish me for my anger about getting violated & denied justice. -- I have thought of a lot of ideas for movies/tv shows & have yet to remember most of them. I think about it & use my imagination nonstop & am always hoping to think of something that I think could entertain our majority. I intend to get scripts wrote for the above mentioned at some point after settling with court.

Several of our movies & tv shows included designs, inventions, ideas or other details that I've shared in my past. DirecTV is setup the exact way I suggested the channels/show availability should be when asked how tv should be in grade school. Several of the other movies seem to intentionally include, harass, or violate me with small details throughout the movie that if proven intentional would be a grand & public crime with me as the victim. I am forgetting the specific details involved with some of the movies I'm going to list but will remember as soon as I watch the movies again if I get time. - In the movie Gone in 60 seconds Angelina Jolie makes reference to dressing up in pink panties & black leather. I remember being forced to suggest the outfit in one of my childhood classes prior to the movie being released while I was being talked for & sabotaged by a mind-control using violator as I was in a concussion-coma type mind state. I was also suggesting that our government employ mechanic auditors to make certain mechanics aren't nickel & diming their customers just before the movie was released & think it was another form of harassing/including me. When I watched Gone in 60 Seconds with Aaron & Corey, for the first time, I was forced to whip out my penis while sitting next to both of them & jack-off as Madame Angelina was being seductive as my mind was being blanked & controlled by a violator using technology. - The movie 'The Bodyguard' came out soon after I suggested making a movie about protecting famous people while in public. I believe I suggested this while in a grade school class. -The movie Silence of the Lambs includes a wheelchair that was near an exact design that I had mentioned while in my 2nd grade class & the beginning of my design for a small vehicle I began designing for firefighters. - The movie "Motherless Brooklyn" highlights a speech disability that is exactly the same as one of my childhood voices I would use around certain friends of mine because I thought they were slower than me mentally. I used to talk as if I was disabled while with Aaron & Corey when we first met as children because their speech was undeveloped & I thought it would make them more comfortable. - The movie 'Immortality' starring Jude Law featured a couple details worth documenting. During my 2nd grade class I suggested it be a plot focus to watch a person who could draw & write with both hands at the same time & Jude Law did it in this movie. During the movie Jude Law says "I can't even remember to breathe" & this is something that I said during my young childhood after being told I was supposed to breathe more than 12 times a minute as I was constantly forgetting to breathe & having to remind myself to breathe after my severe head injuries. During that movie he faults & attacks a woman while being sexual with her. During his attack he is on top of her & he spreads his legs to wrap around her as he is on top of her. One of the times I was having sex with Selina in a mind blank & being violated with mind-control, I was forced to do this to Selina in a mind-blank & it ruined our sexual experience at the time. I believe me being forced to do this is connected to this movie somehow. - The movie 'Felon' has a quote in the movie that goes "I erased their entire family tree" & this is another exact quote that I said while getting interrogated with mind-control technology when I was a young kid about the violators who have physically abused me. In my interrogation their response was "what if some of their family tree is part of your family tree" & I said "I would erase their entire family tree not mine". – The movie 'From Hell' is a movie I suggested & the following details from the movie were all made to harass & include me: the woman who gets the lobotomy is the same thing that was done to me when I was intentionally violated with severe brain injuries. The patient that looks horrible that all the doctors stand around & observe is me with my head injuries & skin disease that the doctors are

forcing me to suffer without medicine. The inspector that uses opiates is me attempting to figure out my court case. – The movie 'Secret Window' was another Johnny Depp film that included & harassed me with the following details: He had a dream about falling to his death as he fell off his couch while sleeping just like used to happen to me during my childhood when I'd fall out of my bunk bed. The 'plagiarism' accusation he deals with was in 94 & 94 was around the time that I was forced to share my invention plans. The character named 'Shooter' from the movie says "if we do start to fight we will fight until one or the other of us is dead" which is basically what I said about one of my violent attackers who I think was Mick Kaywood who attempted to claim my invention design that is now 'Monkey Feet' after violently assaulting me with a blindside cheap shot. The same character kills Depp's dog & my dogs, Orwell & Orwoe were recently murdered as Mick is a person that is liked here in Alexis. Tom Greenleaf is a character in the movie & Tom was my neighbor who is a writer & Greenleaf is the police officer in my chainsaw arrest who exploited me during a prior unlawful arrest as well. Depp gets paranoid thinking the violator is in his house just like I used to when I was a kid when I'd here noises in my basement. Depp breaks his shower door & I suggested that we get rid of the shower curtains & doors as a kid. In the movie an arson slowed down his self-defense & me getting exploited into being involved with different fires has slowed down my progress as a successful contributor. Depp writes all over his house & I've been forced to do this while in my room at my dad's & while being unlawfully imprisoned. The movie ends with the quote "soon the death will be a mystery, even to me" & it's a joke about my memory loss from my brain damage. – The movie series 'Pirates of the Caribbean' was a childhood suggestion of mine & they seemed to make it a joke about living with brain damage by using his broken compass. I'm sure I would find more details associated with my life & court case but I will have to watch the movies again. – Another Johnny Depp movie made to include & harass me was called 'Transcendence' & it's a movie that involves mind-control technology. – The movie Troy has a character named 'Patricklus' who is his apprentice & Patrick was my younger cousin who was a good athlete that I was attempting to teach football but had to take it very easy on & I now have had my foot cut off less than ½ inch below my achilleas. - The newer batman movies all included details from my life & I can't remember them all of the top of my head but I know the design for the motorcycle in Batman the Dark Knight was my design suggestion as a child. I've always believed it would make more sense, as far as physics is concerned, to design some of our motorcycles to be front wheel drive. The other features of Batman's motorcycle in this movie were also my suggestion in 2nd grade for a motorcycle redesign. - I'm wondering if the Sherlock Holmes movie was intentionally made to include sinking the ship being built because of my suggestion to redesign our fishing boats. I asked that they make the new Sherlock Holmes movies & they are some of my favorites. I also wonder if when he is 'drinking medicine meant for eye surgery' if they made that reference intentionally to make me think of my childhood medicine that used to make my eyes feel fuzzy (my favorite medicine that I was administered regularly without knowledge of how I was given it). - The movie Halflight included details from my childhood & seemed to be a production designed to harass me. There was a focus in the movie involving a dream sequence & details that was the same specific reoccurring dream-type from my childhood. The main character slept with a character who appeared similar to my cousin, Aaron. The main character's husband & child were named after me & a kid I grew up with that I was told was approached for sex by my

mother. While watching this movie, my mind blanked & I ended up jacking off my penis during Demi's sex scene. I am uncertain if I was forced to do so or if I mind-faulted but with as much as they've forced me into doing so I'm almost positive it was forced. After watching this movie, I went to the bar & a person there (Paul Alverado) made a comment about meeting him at the lighthouse (which was the main focus for the movie & further proves to me that people get access to knowing what goes on in my privacy & what entertainment/education/ technological options I choose to view/use. This entire incident was another exact detail I was told would happen long ago by someone (I've forgotten who). - The movie 'the Resident' included a "bad-guy" character who seemed to be identical to whoever was violating me with mind-control throughout my childhood. I remember being forced to break into houses & jack-off while I was in the houses several times as a concussed child & feeling as if the violator would suddenly take complete control of me & turn me into them (making me breathe hard & think specific ways, etc. just like the character did in the movie the Resident when he was getting excited about victimizing the woman). I'm curious if this character was created to introduce me to who has been violating me & mine with mind-control for my entire life. - The 2nd Basic Instinct movie opens with a scene that is nearly identical to one of my memories of receiving a severe head injury. Sharon Stone is in a car & begins to get fingered, sexually, by her company at the time while she is driving a sports car at high speeds. She wrecks the car while being fingered. Corey wrecked his golf cart on me while Stacia was sitting between us & he had began to finger her on our decent down the hill he wrecked us on that day. I think this scene was created specifically towards me. -- The movie 'The Departed' came out soon after I was told my cousin Jesse was put in prison. When they told me he was put in prison I wondered if they put him in there as an undercover agent. The next thing I knew I was watching the movie & he goes to prison as an undercover agent. - There is a movie out with Clive Owen & it focuses on his attempt to protect the US President. He uses a weapon that was a suggestion of mine to create during my childhood. The weapon is a fleet of flying drones that are equipped with bombs/guns/ tracing/video-recording technology. He also stars in a movie I watched within the past couple years (2023) with a kid character who had cancer named Ryan. Throughout this movie Sir Owen seems to be acting as if he has the same personality as my old friends Aaron & Corey. - Some of my close friends & family are fans of Saturday Night Live & always have been. Throughout my life I never watched the show & the first time I tuned into watching it Halsey was on there & sang a song about being glad she had an abortion. I believe mind-control was used on me to force me to tune into watching it to be disrespected (I was abortion porned while in a concussion-coma-type mind state/stupor with Morgan Ray who had an abortion). This happening is something that I later remembered being told would happen long ago during a conversation that I don't remember. - The movie American History X contains a scene that I believe was a reenactment from one of my childhood injuries. The man makes some criminals put their teeth on a concrete curb before he kicks their heads & breaks the criminals' teeth during one of the scenes in the movie. This happened to me during a childhood football game & I'm wondering if it was put into the movie intentionally to include me & my court case. - I remember a conversation from my 2nd grade class about creating Netflix & having documentaries be an option to watch. I remember mind-control being used on me as I wasn't able to function because of my head injuries & being forced to suggest a Netflix documentary be made about a child

abuse victim. Within the last couple years I watched this documentary on Netflix & the child suffered from some of the abuse that I was put through by my mind-control violator. - The movie 'The Covenant' contains a couple of scenes that I believe were intentionally put into the movie to harass me. One was talking about the character's neighbor, Caroline & how he fantasizes about her. The other scene involves a couple guys spying on a lady & they make her dress blow up as she walks by. This happened to Morgan as we were taking a picture while in Chicago & I don't believe it was coincidence that this movie included this scene - The Butterfly Effect was a movie that I watched with my cousin Aaron as a child. It was an impactful movie for me & I believe they attempted to turn me into a couple of the struggling characters from the movie by putting me through similar traumatic situations. I always have remembered that they had me watch this movie with Aaron & then forced me to be with 3 of his girlfriends using mind-control (they raped me with his girlfriends while I was in a concussion-coma-type stupor & having mind-control used to control me). - One of the first times I watched Jimmy Fallon was after working on preparing this information for the courts. I was attempting to remember everything notable for court & remembered my injury from getting hurt while on the teeter totter. The day I remembered that injury's memory & wrote it down to testify about it the Jimmy Fallon show showcased a scene with a teeter totter as the focus prop for the scene they were doing. Coincidences similar to this have been going on nonstop for me my entire life & used as interrogation/torture techniques on me for the majority but brighten my life at times. - The Tomb Raider movies were produced after I suggested a movie be made with its plot focus. – The movie 'The Florida Project's' main character acted exactly how my mind-control violator used to sabotage my personality to the point that I think they were reenacting surveillance of me or my violator is associated with the creation of that movie. In the movie that character says "then clean your ass" & this being said is something I was told would be getting said directly to me from that movie 1.5-3 decades ago. What I'm trying to say is that somebody told me this movie would be getting made & that specific line in the movie was directed towards me specifically as an individual because while my brain injury symptoms were severe I wouldn't remember to clean my rear throughout the day unless I took a dump or shower. - In Spiderman 3 one of the character's said "she tastes like strawberry's". After the first time I gave oral sex to my first girlfriend I was forced to say "she tastes like strawberry's" & I believe this was another form of intentional harassment. - The movie '50 First Dates' was very similar to my last relationship with Morgan Ray. In that movie Drew Barrymore suffered from a head injury & continually forgets everything while Adam Sandler attempted to help her get better & attempted to help make her life as good as possible. My relationship with Morgan was similar because I'd continually forget everything & 'wake-up' without any memories & in a blank mind. Morgan & I's relationship was the opposite of the movie because she was as abusive & disrespectful as possible nonstop & made my life as miserable as possible. – The movie 'Mr. & Mrs. Smith' came out around the time when I was forced to light Derek Smith's motorcycle on fire after he supposedly had sex with my mom & fought my dad. – The movie 'Salt' came out soon after I was forced to debate if the United States was responsible for using the weaponized mind-control technology to violate me or if I am being violated by another country's violators. Around this same time I was asked what I thought was causing my acne & my mind-control violators forced me to respond that my salt intake was causing my acne because they were complaining about me using to much salt on

my food. – The movie 'Malificent' came out after I was thinking about making a movie similar to show one of my ways that I have always used my imagination to survive my traumas while pretending our Hollywood ladies (& other women of our lands) accompany me & are mother nature. - The movie 'Edge of Darkness' starring Mel Gibson reminds me of what I go through while being violated by my violator/violators who violate/sabotage/interrogate me with mind-control technology nonstop. Instead of my violator/violators killing my family/friends/people like they do in that movie, my violator/violators instead sabotage my every chance at a relationship/friendship by blatantly sabotaging my personality/respectability while controlling my actions & words. - The movie 'The Soloist' features a character that reminds me exactly of Patrick Gavin (the mentally ill guy) & I believe this movie was made to showcase a person with this specific character (& nowadays I get turned into Patrick often with forced 'multiple-personality-disorder' symptoms & it's intentional harassment from my violators for not having court settled yet). - The movies Inception, Shutter Island, the Aviator & the Departed all include coincidental details from my life that if proven intentionally coincidental with me would be considered harassment/abuse & or proves I was being spied on & neglected by responsible authorities. Inception seemed to be an artistic representation of how mind-control technology is being used to for thought extraction while reminding the people that nobody can protect themselves in their sleep. This was relevant to me because they have used mind-control on me during my sleep for my entire life & the 'kick' in the movie that wakes them up out of their dream is when they feel themselves falling. I used to get intentionally rolled out of my top bunk-bed & forced to fall onto a wood floor in my sleep as dreams about falling off a building were being forced through my head & it must've been an exposition about how the feeling of falling nor impact on the floor would wake me up because of how severely brain damaged I was (an exposition to show my brain damage compared to somebody with less brain damage). After beginning to come out of my worst childhood head injuries I remembered being forced to fall out of my bunk bed for the first time & immediately after remembering this movie released. The tracks on the snow-vehicles in Inception were my design suggestion as well. Shutter Island is basically exactly how I've been treated by my entire surroundings for my entire life. I will have to watch Aviator again to remember how I was included in this movie. - The name of the movie 'King of Staten Island' made reference to something I was forced to say (while being forced to talk with mind-control by a violator sabotaging me) while in a concussion-coma-type mind state/stupor about being the 'king of the farm (or something, I don't remember what I said)'. - During my childhood I told somebody about my plot plan for 'The Rounders 2' & it was while I was considering moving to a 2nd or 3rd world country to work in one of their factories as a human service similar to 'The Peace Corp'. Soon after an Edward Norton movie came out with him working in a poor country's factory. - The 2nd Kingsman movie clearly depicts the same situation I'm dealing with about my skin's health/appearance. The lady in the movie poisons everyone that uses drugs. In my life, I'm constantly poisoned with allergens & forced to live with acne all over my skin despite my healthcare system's ability to let me live symptom-free. The idea from the movie about using the specifics of the legal & religious systems to justify poisoning innocent people who can't defend themselves is exactly what I am dealing with. - The movie 'The Minority Report' was seemingly made to include my court case with the introduction of the idea for mind-control technology being used for our justice system. The merry-go-round in

the movie is the exact same murder weapon that I've been murder-attempted with twice by violators using mind-control technology. The movie 'Total Recall' came out soon after & I believe I could find harassment or inclusion involved with this movie as well but I'd have to watch it again. – In the movie 'Vanilla Sky' it seemed as if Tom Cruise gained his acting inspiration from the unlawful surveillance that I was kept under as a kid after my severe brain injuries when he was yelling & suffering after his brain injury. – The movie 'There's Something About Mary' includes a plot focus that I'm continually violated with. 3 of the men attempting to date her go along with sabotaging Ben Stiller as he attempts to date her. I get sabotaged by violators using mind-control technology in the exact same way (& worse) as Stiller gets sabotaged in the movie. - The movie named Harold & Maude seems to be a reproduction of what they often did with me towards my mother during my childhood. In 2nd grade I was told by a teacher that our entertainment industry was going to create a movie to seem as if it was created earlier in time & change its production date to make it seem as if it was produced earlier in time. I'm wondering if Harold & Maude was the movie they were talking to me about. - While watching the 'Conspiracy Theory' DVD that I used to own with Mel Gibson as the main character suddenly during the opening act Mel Gibson said my nickname 'Army' as if he was talking to me. I believe somebody made a special version of this movie & swapped it out with the original that I purchased because every time I watched this movie from that point forward he said that as if he was talking to me. – The idea that the spiritualism, emotions, feelings, etc. are transferred from the chef & the farmers to the person who eats the food was an idea of mine for a movie when I was a young child & a few years after I suggested the plot focus the movie 'Like Water for Chocolate' came out. - I believe the Catholic Church/school or my mom or the authorities that are using mind-control on me or a combination of them were using me to make a movie similar to 'Man on Fire' (I'm like the girl who gets taken hostage & they are like the parent who hires the kid's kidnapping hoping to extort). They seemed to make it a football game about me needing them to be my legal guardian but I broke all of their tackles with my self-defense so they used mind-control on me to sabotage me & make me seem incompetent. - I was told the details for acting in the HBO series 'The Penguin' over a decade before it was filmed (specifically, the kid who works for the Penguin). It was my suggestion as a child that we come out with productions of all of the villains & then 'Batman'.

- I wrote down the rest of these movies/tv shows for reasons worth bringing to the courts attention & my memory isn't providing me enough information to further elaborate at this time without re-watching the movies: the Quick & the Dead, Watchmen, Parasite, Passion, Taxi, the Expendables, the Secret Life of Walter Mitty, Before I Go to Sleep, Southpaw, the Game, In Time, Salt, Wanted, the Bone Collector, Happy Gilmore, Once Upon A Time in Hollywood, Hell or High Water, What's Eating Gilbert Grape, The Man in the Iron Mask, Side Effects, Split, the Town, American Pickle, Nerve, Adam Sandler Movies, Law Abiding Citizen (paralysis with mind-control). - I've dealt with the same type of coincidental-seeming mind-control violations, simultaneously while dealing with seemingly intentional harassment from our entertainment industry while watching tv shows my entire life as well. News sources, Wheel of Fortune, Jeopardy, Judge Judy, the Office, late-night shows, & even Pawn Stars have all seemed to keep me intertwined with their everyday productions.

- It was a childhood suggestion of mine to make a tv show or documentary about the 'The Science of the Human Voice' that teaches people how people gain/lose/alter their voices.

- I have several more ideas/plans for movie scripts & children's books that are not included in this document/evidence.


**My Criminal-Profile of my Violators** *both my Unknown Violator/Violators that use Mind-Control Technology as a weapon to violate/harm/sabotage/torture/exploit/extort/control me while attempting to steal credit & resources that I deserve & should've earned as an individual & my known violators that have violated me in person*:

- My local authorities are intentionally denying me 'due process' because of the following reasons: By granting me due process it proves that I'm entitled to justice against many of the local citizens & authorities who they are attempting to help be respectable members of society despite them being guilty of crimes that prove that they should be in prison while owing me money. They are denying me due process because of the massive lawsuit I'm owed because of the local authorities negligence, sabotage & exploitation crimes & because the massive amount would've immediately provided me more wealth than what the rest of my population has as individuals. They deny me due process because I would be proven more respectable than all of my local community leaders.

- My mind-control violator could've violated me without allowing me to know that they were controlling me with mind-control but they willfully chose to make me fully aware & be obvious about their crimes, in a cocky manner. They have always willfully chosen to make all the evidence obvious so that I could prove my case for myself if I ever collected myself cognitively after the intentional damage that they caused.

- My violators intentionally take & use whatever I care about & have hopes for against me, negatively, as a torture technique (& as a threat).

- My violators have intentionally sabotaged almost every single social encounter that I've had throughout my life.

- They tamper-with & sabotage my health for the worse while using politics to attempt to justify their crimes.

- They trap children into forced mistakes with mind-control technology before they've developed their minds, before they've developed their personalities, before they've developed morally & before they've developed their situational awareness.

- My violators enjoy exploiting the fact that defenseless victims have to abide to a certain extent to remain competent, within their rights & free from imprisonment as they are torturing us innocents with mind-control so they can compare who crosses the line for what.

- They force faults on innocent individuals (including myself) when the individuals in their surroundings criminally violate the innocent. They do this to force me to suffer for/with their mistakes, to make it seem as if I wasn't better than the violators & to lessen the burden of the actual violators.

- They set-me-up for mistakes/crimes I was innocent of whenever elders neglected my rights as an individual (& disabled) citizen after getting violated. I was & am getting punished for the elders in my life not taking the crimes against me seriously.

- I believe my violator/violators who use mind-control technology to violate me are 30-40 years older than me. I've been being violated with the technology blatantly since my early childhood & don't believe anyone would have had access to use the technology who wasn't that much older than me.

- My research tells me that the CIA is responsible for doing mind-control technology experiments but I've received no conformation. I don't know if the entire organization knowingly has been violating me for mind-control technology research/experimentation or if a select-few sadistic lunatics breeched their oaths & have been violating me with the technology unknowingly to the organization. I believe the Catholic Church is in on using the technology to violate me as well (or has been knowingly neglecting me).

- My surroundings (the people I'm surrounded by) have always made it clear to me that they have access to my internal thoughts as my mind is being kept under surveillance. They (the general public) have unexpectedly, spontaneously & continuously done this by speaking to me about my thoughts that I never verbalized. They often use mind-control technology to force me to speak my thoughts to enforce the reminder that I cannot hide anything from them because of the mind-control technology being used.

- My violator/violators who violate me with mind-control technology punish me for my anger/disgust that I used to get about other people because of the irritability my head injuries forced me to deal with.

- My violator/violators use mind-control technology to blank my mind & force faults constantly. It's commonplace that I'm forced to accidently hit my body while moving, drop things, unnecessarily get my hands dirty & eat with dirty hands.

- A sabotage-technique that is regularly used to sabotage me regularly is when my violators who control me with technology force me to over-react in a negative manner about specific communication/events/situations from my social life that anger/angered me.

- Every time I'm violated or witness wrongdoing & prove to my mind-control interrogators/surveillancers that I can defend & represent myself for court if allowed to they blank my mind & sabotage me or force me to forget everything for an extended period of time. They definitely know when I've been too damaged to process what happens in my immediate surroundings.

- My violator/violators who use mind-control technology to control my energy levels based on their beliefs for what they believe should be the politics of the medical/medicine/health industry. I'm forced to fall asleep often.

- My violators use psychological torture as their 'go-to' torture technique on me & have been psychologically torturing me on a daily basis for my entire life. One of the ways they do this is by constantly sabotaging my personality/character for the worse to people that don't know me well enough to know better while using mind-control technology. This technique has been used to torture me every time I've attempted to communicate since I was violently murder-attempted at Monmouth Park as a child. They also force communication directly to my brain that makes me feel as if I'm constantly having to be communicated to & for by my violator/violators. They constantly forced to talk about my anger with my violators as they sabotage my personality. My mind-control technological violators make jokes about showing my surroundings that my mind isn't functioning as they are sabotaging my personality for the politics associated with the use of mind-control surveillance & security & its intro to the public. Several times they have forced me to say that I'd kill certain violators in self-defense & that I'm suicidal (also in self-defense). They do this as I'm under unlawful surveillance in an effort to prove me unfit for court, society, responsibility & respectability.

- My mind-control violators pretend to play football with me psychologically while regularly making it perfectly clear that they will establish dominance over me by controlling my mind & body at their will. They do so while violently abusing & constantly sabotaging me while hoping to get away with racketeering. At times it's my best argument to ignore the violators who control my mind with technology but doing so causes extra loss of memory & the ability to process cognitively. They force these symptoms on me everyday for this psychological football game about what's best for me while attempting to stay focused on the present & future while attempting to learn from the past & stay prepared for court all while attempting to build relationships with my family & fellow people.

- My mind-control violators seem to be making jokes about being doctors? Priests? Cardinals? Military? Police? an undercover or unlicensed organizations? a Criminal organization? & forcing my role in a 'Fight Club' movie tribute using mind-control technology to force psychological battles.

- My violators constantly attempt to trick me into being thankful for torture while attempting me to settle for less than what I deserve & am entitled to. They do this while fantasizing that we are trash-talking each other in a game of American football as they control & torture me as I argue for & prepare myself for court. They keep a focus on punishing me for anger, food/medicine/alcohol/smoking consumption, sexual motives, elder politics, professional politics, social politics, for driving as an individual survivor of brain injuries, for using my time to exercise, for not having my case settled, for not praying, for not praying specific prayers & more. When they punish me for this or that they force medical symptoms like my skin breaking out, the loss of beneficial sexual feelings & hormones & the loss of allowance to control my own speech, mind & personality while getting severely sabotaged nonstop with the weaponized

technology & unable to multitask cognitively past thoughts to move my body. They violated me nonstop for their complaints. It was a miracle being able to recall & document all of this information because of my nonstop memory loss. Its been continuously proven to me that they have every cognitive interaction of mine on record with the surveillance they have kept using mind-control technology on me for my entire life. The positive to having your thoughts under surveillance is that you have constant proof for intellectual property right investigations. Both the court & medical systems punish me with these techniques (& unlawful/wrongful charges/imprisonment/stealing-my-rights (drivers license, foid card, rights to opiates & benzos) seemingly pretending we are playing football because I couldn't communicate all of this 900+ pages of evidence without my memory.

- My violator/violators who use mind-control technology to violate/communicate/control/ interrogate me are attempting to get me to believe that the use of mind-control technology got out of hand with organizations who had permission to experiment with the technology & problem with them using it to violate/sabotage/hurt innocent people now is being dealt with by internal affairs. I was also told that's it's become a problem for internal affairs because of professionals who won't hold their coworkers & fellow professionals accountable for violating innocent people with mind-control technology because they are working for the same employer/organization. Regardless of the problems I shouldn't be taking massive loss & suffering this often because the system isn't keeping up with their responsibilities involving violators.

- One of my violator/violators constant motives is to waste my time. A very common technique they use to waste my time is by forcibly blanking my mind while I'm shopping at the store & making me forget what I'm supposed to purchase. They constantly blank my mind & intentionally distract me away from whatever I'm doing.

- My local court/government continuously seems to make jokes about how they are nowhere near the truths involved with my court case despite the fact that they should be the ones providing me the facts of my court case. They do this as they go along with sabotaging, slandering, racketeering, exploiting, extorting & coercing me while using false evidence to wrongfully charge & imprison me.

- My violators reminded me, my spies, technological controllers & those investigating me throughout my interrogation that during my childhood all the way through today I caught my mind's controllers making motorcycle engine revving jokes while forcing my speech to fault on several separate occasions.

- I believe my violators are & always were making masonic-like human sacrifices of me with our nation's highest crimes (murder-attempts, rapes, sabotage, etc.) & continue to violate me with those sacrificial type crimes for spending my time (in their opinion) selfishly on preparing for my individual court case.

- My violator uses mind-control technology to understand & communicate with my thoughts. They also use the technology to control my personality, verbal communication, expressions, discomfort-level, etc. Every time they use mind-control technology to control me they make me

seem as unattractive as possible. It's a very common technique for them to use the technology to sabotage me while communicating with my internal thoughts & while they force me to speak in personalities that aren't mine. I've unlawfully been kept under constant surveillance for my entire life & make jokes to myself about doing impersonations while in my privacy (privacy that gets violated nonstop). I make jokes about creating characters for actors while in my privacy (privacy that gets violated nonstop). I make jokes to myself a lot as I'm being constantly sabotaged & mentally abused with the technology but then my surroundings/environment/symptoms always react negatively because of the anger I keep with my violators. Being forced to react in forced self-defense situations & then making jokes to myself about it as I'm being sabotaged & unlawfully spied on is one of the reasons why I continue to have my freedom threatened with forced psych-treatment that has never benefited me & where I continue to get misdiagnosed & ignored/neglected. The major contributing factor towards the confusion that is caused for the people who haven't always known the facts involved with my case is the mass amount of information involved with my case. I've been violated & harassed a lot so I had to write testimony for everything I could remember to be fully prepared to defend myself in court. There is a lot of information to process but it all proves that I've been getting intentionally violated, intentionally neglected & being forced to live without justice & my rights/earnings/compensation/medicines/credit/opportunity/protection/etc. The legal system continues to wrongfully punish me & constantly threaten my freedom as I've been getting violated/sabotaged nonstop as a disabled victim/contributor. The legal system continues to pretend to be oblivious to the facts that I'm disabled & that I've been getting violated/controlled/forced/set-up/sabotaged with the technology alongside with the fact that people from my life have constantly violated me as well. They continue to violate my rights by not giving me a fair day in court while saying I'm 'unfit' for court (which violates my rights as a disabled victim/citizen) as they don't provide me the fair/proper representation necessary to defend/represent me. They regularly use a technique to sabotage my personality by forcing me to act like a design/invention/entrepreneurial tyrant. I then get punished with forced symptoms (physical & mental) while my appearance gets intentionally plagued with acne caused by the irritants/allergens that I'm being intentionally poisoned with (my poisoner has not been brought to justice & I can't prove who it is nor can I afford to make assumptions. They are doing this all to me to force me to live with much more stress than I should have to. They are forcing the stress to intensify the symptoms of my head injuries as they are spying on me in attempts to destroy my respectability enough that they don't have to respect me as the contributor that I am. Stress is one of the detonators that cause my mind to go blank which continues to prove my violators guilty of torturing, exposing, exploiting & sabotaging me on a daily basis for over 30 years.

- My violator/violators regularly & intentionally cause my mind to go blank while forcing me to touch my nostrils with dirty fingertips. I believe they do this to arrogantly & blatantly establish dominance as a mind-control authority that continually gets away with their crimes to individuals. They then use these forced faults to attempt to legally justify intentionally poisoning me with irritants/infections/sickness to damage my ability to function & be presentable as they are interrogating/controlling me while keeping me under surveillance. As I'm being forced to fault, they continue to create false & staged evidence to use against me in court while they are controlling, exposing, sabotaging & oppressing me with mind-control technology. It seems to me

now that they are making 'tik-tok'-making jokes while controlling me throughout my days. While using the technology they can simultaneously control my personality & what I say as they are able to read &/or control my thoughts.

- Forcing me to deal with natural negative reactions to being tortured, interrogated, harassed, insulted, trapped, etc. while a permanently disabled citizen who is getting violated/sabotaged intentionally & then continually forced to live without justice/ my rights or my compensation that I'm owed.

- My surroundings, violators & neglectors continue to unlawfully justify rewarding people who spend more time reading than the people that don't. They continue to do this for the people who go to school as well while knowing well that some people don't get to read or go to school for reasons that would eliminate their unlawful justifications. By doing this the upper class gets exploited for the middle & lower economic classes.

- My violator who uses technology to control/violate/sabotage me has the power to control if/when I'm conscious about my speech/verbal communication being controlled & they have tortured me with techniques in attempt to destroy my sense of individuality.

- My violators that control me with technology intentionally violate me if they think I am in a situation & somebody deserves punished. They cause a scene using weaponized mind-control technology if they notice anything to complain about legally knowing I'll be forced to prepare for court in self-defense & authorities are going to be setting the record straight when the evidence gets processed. They did this after I was attacked as a kid because I lost the ability to communicate along with my memory. They did this when they witnessed underage alcohol consumption. They did this when I was provided access to medicine from the people instead of the doctors. They do this if me or someone around me is smoking tobacco or marijuana. They did this to me countless times throughout this evidence for some of the various documented reasons. They do this while using mind-control tech to severely sabotage me while making jokes about getting away with permanently attaching me to negative regardless of justice. The constant sabotage & permanent damage successfully destroyed the judgement for my human rights & justice. While doing this to me my mind-control violators made jokes about forcing me to go out 'patrolling for violations' as they had my mind blank intentionally as they were controlling me around the people. They did this to force my memory to recall the trauma. I remember most of the trauma when allowed to process my entire memory at once but that is a rarity because of brain damage that hasn't healed & I don't remember much else. The details of this document are over 80% of my total memories that I've recollected & I'm completely missing around half of my memory.

- I believe my violator/violators intentionally violate me constantly as my neglectors intentionally allow them to cause my suffering while simultaneously celebrating the creation & beginning of the public's access to 'online court filing' alongside the evolution of 'computer word processing'.

- My violators constantly attempt to justify benign neglecting my court case in hopes to get away with stealing the billions of dollars I could make for myself as a contributor.

- My violator/violators who use weaponized technology to control/sabotage/violate/suppress/oppress/torture/expose/exploit/extort/poison me nonstop throughout my life intentionally destroyed/destroy my appearance. I believe this is done to me intentionally because I was one of the best-looking kids from my area. Since I've been 9 years old, I've been constantly poisoned with irritants & other sickness/infection. My skin has been horrid looking since then but clears up when I'm given the correct medicines. My skin getting poisoned is a constant interrogation/torture technique that has been used on me. I'm still (7/22/25) getting unlawfully denied my rights to the medicines I need to function & be presentable while suffering from treatable-symptoms daily. My mind-control violators made it perfectly clear to me that if I'm on the correct medicines I can have clear skin, be on the farm & go into the barns & that when they take me off the medicine or poison me that my skin instantly breaks out & that I can't go into barns without experiencing intolerable allergic reactions.

- I believe that my violators that use weaponized mind-control technology control the amount of pain (including dental pain) people & animals feel & when they feel it. I'm aware that within the natural range of parameters we all experience the sense of pain differently as individuals but there is only a sizable amount of variance that exists within the survivable. Throughout my case my violators have regularly forced negative reactions, suffering, symptoms as punishment for being debilitated from injuries guaranteed to debilitate or murder.

- The local law-enforcement is guilty of exploiting & criminally neglecting me while unlawfully & grossly exploiting the court about my case. They continue to pretend to be unaware of blatant evidence that they are a part of. An example of this is how they were all waiting for me on the Burlington Iowa bridge when mind-control was used to force me to drive there but then they hide that evidence from the court while going along with using the same mind-control technology to not allow me to defend myself in court.

- After living with & profiling my mind-control violators who have violated me nonstop for over 34 years on a daily basis I realized that they murdered & sabotaged repetitively during my early childhood with the motive as a 'child endangerment activist' for me getting to work with cattle & play football without pads. I also believe that my violator was making me take punishment for everybody in my surroundings mistakes because I was the smartest, strongest, fastest, best athlete who was the only son to two farming families. I also believe that I was intentionally injured for the social politics associated with the advantages I would've had as an athlete being raised as the son of farmers living on our own open land compared to city kids.

- My violators who use mind-control technology to control/interrogate/sabotage/abuse me continue to attempt to persuade me into being thankful for the rollercoaster ride of symptoms my injuries caused me to suffer with on a daily basis for the past 30+ years. The lunatic tries to brainwash me into thinking they did me a favor by torturing for my entire life & permanently damaging me.

- My violators disrupt my social respectability by intentionally forcing me to maintain the selfish focus of preparing myself for court as an individual while keeping me so disabled & ridden with sabotage that it's nearly impossible to be in a friendship or relationship with.

- My mind-control technology using violators constantly force me to express negative over-reactions towards my mother to force me to have to deal with more overwhelming thought process & attempts to communicate with my severe disabilities while knowing I have the massive amount of court preparations & argument for myself on my mind. By doing this they force me to choose proceeding with preparing for myself over fixing my relationships because of not being able to multi-task.

- My violators use mind-control technology to force 'symptoms' to ruin my reputation/respectability/likeableness/trustworthiness/etc. They make it appear as if I'm having mental breakdowns from stress overloads when I'm not & that is one of their common techniques. They do this while simultaneously sabotaging my personality with the technology. They do this while knowing that I'm a disabled victim with brain damage (stress affects me far worse than people without brain damage). They do this while knowing I'm attempting to be a contributor. They do this to me constantly throughout each & every day. All of this gets done to me as the legal, law-enforcement & medical systems are intentionally neglecting me as I'm kept under surveillance. My violators & neglectors are guilty of torturing me. I want the crimes they get charged with enhanced for these reasons.

- It seems to me that my local authorities have continuously allowed me to get tortured while spying on me for over three decades as hazing or initiation for coming up with my inventions before they did as a disabled kid. It seems that they have intentionally neglected me hoping to benefit financially & gain fame for exploiting me for their gang organized corruption while hoping to get away with stealing my earnings for their group of organized criminals.

- My mind-control violators have tortured me for over 3 decades as hazing or initiation because they don't believe me nor my family's social status is good enough for me to be a farmer in Illinois nor a major contributor.

- My violator/violators use the mind-control technology to torture me with my sex-life & sexual abilities/capabilities. Whenever I'm erect or attempting to get erect they use the technology to force me to ejaculate at unwanted times, to force unwanted thoughts & they use the technology to force unwanted symptoms (both mental & physical). They have been torturing me with my sex life since I was a young child. They have used mind-control technology to intentionally blank my mind during almost all of my sexual experiences. I believe they have done this to me arrogantly as an insult to pre-marital sex & so that I could technically still be considered a virgin because of never getting to cognitively consent. This was all done to me while I've been unlawfully kept under surveillance & I believe that I was a child-torture porn for somebody who enjoyed watching the son of two farmers who had blonde hair & blue eyes being tortured. I exercise my erections & practice self-control often & my mind-control violators destroy my ability to enjoy & benefit from this almost every single time. When visualizing the female my violators ALWAYS make comments that are trash to forcibly disrupt my freedom of thoughts & while doing so they always make it clear that they are "reading" my thoughts. When I visualize females for this purpose I keep a separation between reality & my fantasies for a reason &

because there are only so many appearance types that exist & they refuse to accept the fact that I use women's appearance types for my fantasies that I wouldn't have sex with in reality (& they are literally psychopaths about this). They have made it clear to me for my entire life that they don't want me to have a sex life nor be allowed to function sexually (to the point of violating, injuring, overwhelming me with priorities & poisoning me).

- My mind-control violator sabotages & tortures me around the people I go around (especially during my relationships with women that I've had sex with) to make it miserable so that when they go around other people they believe those people are much better than me & so they don't want anything to do with me in their future.

- I practice self-control while exercising my erections on a regular basis (almost daily & often multiple times per day) & over 95% of the time my mind-control violator literally rapes my mind & forces me to visualize the appearances of women that I wouldn't want to visualize. It's been a very common technique of theirs to force the appearance-types of the women who I'm going to be charging for rape across my mind & they do this to me to torture me, establish dominance, to turn me off & to equalize their insecurities.

- All of the crimes that I've been violated with were clearly committed to destroy my potential future with getting an alpha/celebrity/top-quality-type female as my wife.

- Throughout the time that I've been interrogated with weaponized mind-control technology every time that I've been forced to say something about Drew or Derek Robertson my mind-control violator starts pretending to be & impersonating Craig Robertson (Drew's dad).

- Profile worthy facts about my time around Aaron Gavin & Corey Champion: Aaron witnessed his younger brother attack my asshole as my back was turned & then me get punished for it when Patrick instantly ran off & told his mother that I did something wrong when I did not & Aaron didn't stick up for me. Aaron was around me enough that he knew I was disabled from head injuries. Aaron was in class with me enough that he knew I should be a famous inventor. If Aaron wasn't as brainless as he is he would've known mind-control was getting used on me because of all of the facts that happened in my grade school class like my inventions becoming worldwide inventions (Bowflex, Harry Potter, etc.) & my prediction of the attack on 9/11 which would've also proven to him that I am under surveillance. Aaron watched me get raped then left me paralyzed & dead from alcohol poisoning. I tried to be a best friend to Aaron my entire disabled childhood & he only said 2 things to me my entire life "Liz & Matt Kane make porn" & "Carlie Mangeiri wants to know why you think you are better than you are". Aaron witnessed me get over 100 mosquito bites at once (& might've poisoned me with mosquito attractant) & witnessed one of my golf cart wrecks & never said one thing to me about either nor asked if I was ok. As I was getting murdered, tortured, my life completely destroyed & billions of dollars stolen from me Aaron acted like a jealous punk as I rooted him on as a non-disabled athlete the entire time & when he finally got his 'moment to shine' while playing junior high basketball he almost cried when he made a buzzer beater shot. Every word, action & sense that I've received from Aaron since his brother Patrick violated me during our childhood (except for one time when he came to my house to play pool (& he eventually broke our pool table when my family wasn't home

supposedly having sex on it) was a gesture or action towards disrespecting & exploiting me. Corey Champion witnessed my mosquito attack as well (& also might've poisoned me with attractant) & never said anything. Corey tried to trick me into drinking out of the crick (that septic flows into) at his house (but I just pretended to drink out of it to not have to argue with him & to witness his criminal antics) & never said anything. Corey wrecked his golf cart on me (I believe intentionally (a murder-attempt)) & never said one word about it afterwards. I believe Corey stole my entire supply of Oxycontin which made me go through violent withdrawals & never said anything.

- I am documenting the following potential motives for Corey Champion wrecking the golf cart on me & then leaving me dead because they are potentials that I noticed that an investigator might not: Corey might have decided to attempt to kill me hoping that I would get famous for surviving the crash after everything I had already been through because I wasn't making any improvements with my recovery yet. I also believe he might have gave up on his own character & attempted to kill me because of how much I dominated him as a contributor & survivor. He also might have attempted to kill me because he thought I was guilty of initiating the sexual experience with Stacey (who was his girlfriend) when that happened (but I'm uncertain if the wreck happened first or not).

- I am documenting the following potentials that I noticed associated with Aaron Gavin & his crime that he violated me with & witnessed: I believe my mind-control violators & the neglectors from my immediate surroundings were doing masonic-type rituals to initiate Aaron because of his oblivious neglect & how much better his life is than mine despite me completely dominating him as a contributor & athlete (as an athlete before they turned me severely disabled) & because I was a much better looking person than him initially. I think they were doing this when they did the incident at the pool & it seemed as if he was expecting it because he didn't even look at me afterwards & took it like he was a little kid who just got spanked & then never mentioned it (& I forgot about it for years almost instantly afterwards & then forgot about it again repetitively until getting it documented). I believe they were doing this when they forced me to invite him to watch Selina & I have sex as I was being raped with mind-control & he tagged along. I believe they did this when he was 10 feet away from Creighton & I getting raped & he chose to not get me an ambulance & leave me dead. I believe this was the case when I was sexually assaulted by or with him at Parkland College.

- Aaron & Corey were best friends & I was basically a '3rd wheel' friend who they both have violated with severe crime then acted as if they did no wrong.

- I noticed a pattern from Aaron Gavin throughout my childhood that was worth profiling amongst this evidence. It seemed as if Aaron would pout to me silently using his body language & facial expressions about the fact that I had to continuously put thought into representing myself in court as the victim & contributor that I am. My surroundings made it clear to me that they were aware that I was getting mind-control technology used on me & that my violators could grant the people I go around access to the information processed as my thoughts are being

understood in real time by them. When this would happen, I'd be putting thought into my court case while Aaron was around & the fact that I was doing so seemed to upset his hopes for the fact that incident involving Patrick might go forgotten. Each time I noticed this I was then punished with weaponized mind-control technology. I didn't assume that Aaron had access to my thoughts but realized the potential & the probable possibility that my violators communicate with the adults from my surroundings & that the adults must've communicated with the kids. I've been getting punished for calling the adults from my childhood "soap-opera"-type drama-type-people by my violators using weaponized childhood since my early childhood & I think Aaron was 'soap-opera' drama-acting was about that incident's potential to reach the general public's attention while his father was the President of the bank in town. I was a dominant football player compared to the Gavin children so I've been forced to consider that fact as the motive for all of the mind-control technology involved crimes I've been violated with while around them (getting forced to wreck out of the tree house while playing tag, Patrick violating me, getting forced to violate Madeline, getting forced to violate Aaron, getting forced to invite Aaron to watch as I was getting forced to have sex with Selina while completely blank minded, being forced to jack-off in front of Aaron & Corey while watching 'Gone in 60 seconds', all of the forced sexual involvement with Aaron's girlfriends & the rest of the less traumatic violations that I was constantly violated with while around them but haven't remembered to be able to document). My violators have since forced horrifically extravagant negative reactions in a 'soap-opera-type' personalities as they've sabotaged me on a daily basis for my entire life using weaponized technology to control my speech & personality so I consider myself getting 'soap-opera-sabotaged/porned' when I make jokes to myself & that has been exploited several times now as false evidence is created regularly by my violators & exploiters. This was how I explained it to them in short phrase as a kid while getting interrogated with mind-control technology so this is how I chose to document this & the following 4 segments:

1) It seemed Morgan Ray was 'soap-operaing (or the overall experience associated with the personal communication from them)' the same way Aaron was how I described in the previous segment except her 'soap-opera complaint' is because I beat her & her family as an individual contributor & their value as individuals still meaning more to them regardless.

2) Drew & Patrick's 'soap-opera's' are facial-expression soap operas about personal conversation/interaction that are comical.

- While under constant surveillance my mind-control violator often makes jokes about being a movie director while controlling & sabotaging my personality. I also make jokes about being an actor & director in a movie or tv show that never stops & those spying on me regularly make assumptions that can be proven wrong with my testimony, the true evidence & the information & evidence that my mind-control technology authorities have access to.

- I believe Morgan Ray along with some of the other violators from my life (Aaron Gavin, Corey Champion, Caroline Prince & the local authorities) violated me in hopes to get famous for violating me & helping prove me incompetent. I believe that getting forced to be sexual with her while a violator controlled my mind with weaponized technology & her constant disrespect & abuse towards me were a racist-torture-rape-abortion/rape porn that was being made for the

corrupt. I believe the racist motives were anti-blonde hair blue eyed motives. I believe they all used the smoking farmer who they thought was an arrogant violator to make a torture porn about her sharing herself with the healthy football players from Monmouth College as I was being raped & forced to share myself sexually with her while I wasn't being allowed to function sexually nor cognitively & as I was getting intentionally tortured with forced negative medical symptoms.  I believe Morgan's (& others) constant mental abuse was a desperate & intentionally comically arrogant attempt to turn me mentally ill completely but certainly to cause mental illness symptoms & suffering.

- I was forced to share myself, my time & my resources with Morgan Ray for almost 4 years & was forced to have sex with her dozens of times. Most of the times I was getting forcibly raped by my violators that control me with weaponized technology (some of the times I wasn't but wasn't functioning & was without all of my memory) but the entire time I was getting ruthlessly sabotaged & my personality & character destroyed which made the sexual experiences almost impossible to enjoy for both of us. The very last time I had sex with her (as I wasn't getting the option to not do so & as she was blatantly engaging in sexual experiences with others) I was forcibly raped to do so & during that experience was the 1st time she ejaculated & I strongly believe this was another one of the worst premeditated insults & disrespects that they could've thought to give me. This same type of insult (seeming to be an insult that was intentionally given to me as I was getting controlled/raped/sabotaged) was when I wanted nothing to do with Morgan but somehow ended up living at her house in Galesburg with my Bowflex & suddenly being forced to move out of the house & having to have my dad pick up my Bowflex home gym with his truck seemed to me to be her or her families (along with my technological violators) way of telling me to take my argument for court (which included the fact that my surroundings chose to use my childhood invention (the Bowflex Revolution XP) after I described it in class. It was my childhood plan to start my self-defense argument for court around this fact & Morgan always (throughout our entire time together) seemed to be making reference to the information that only my mind-control technology violators/interrogators/mind-readers would know. Morgan's introduction to me seemed to be an intentional insult/disrespect to me about my past that she must've made false assumptions about as well. - I believe Morgan attempted to damage me & tried to help destroy my character as much as possible in hopes to provide her family advantage in the competitive business market. - I believe Morgan is a part of a cult that rapes people & that she willfully participates in being spied on as she has sexual relations. I believe that her step dad & his wealthy friends of Knox County (some of them are involved with their court system) are knowledgeable of if not decision makers in this cult. I was raped & tortured by her for years & it seemed as if she was doing a domination fantasy for herself where she kept zero respect for me & raped me repetitively in the worst ways to me out of respect for herself.

- After one of my most severe head injuries Drew had me over to his house & attempted to dominate me in a game of 1 on 1 football but failed. In our last play I flattened Drew with ease & then he was yelled at by his mother who yelled at him out of their kitchen window. As I would get violated with mind-control technology around Drew his eyes would light up with excitement when he thought he might not be the only one guilty of crime. I used to let Drew break my tackles & allow him to tackle me so that I wouldn't demoralize his spirits as a future teammate

for our school. I believe I must've been punished for forgiving Patrick before Drew had forgiven me for when I humped his leg for a brief moment while unconscious after a tackle. I had forgotten that I was ever forced to violate him like Patrick did to me. I would get angry with Drew for being a hypocrite on the football field & as a friend & for him being intentionally disgusting around me (at the time I believe torment was his motive) by eating his own boogers & drinking his own nosebleed. It took me a long time (over a year) to consider the fact that his symptoms might be from childhood head injury (Drew played unsupervised childhood football often). I was forced to consider the potential & still do (because of court still being unsettled) that Drew's symptoms might have been forced in an effort to trick me. As I'm constantly violated with mind-control technology simultaneously while getting interacted with by the broadcast television, internet & radio it would have been foolish to certainly assume anybody else's guilt, motive or involvement. I firmly believe my violators that control me with technology & forced me to violate Drew (every single time that I was forced to violate Drew) were attempting to get Drew to file a lawsuit when he was the guilty violator who constantly tormented me intentionally & who intentionally attempted to hurt me multiple times. Drew was never a physical threat to me whatsoever unless they had me so hurt that I couldn't hardly stand up. If he broke my tackle, it's because I let him & if he tackled me, it's because I let him except for the games after my most severe head injuries when I could barely stand nor see & couldn't talk & got obliterated. Those 2 separate games should stand without doubt each be murder-attempts that I've survived. My controllers that violate with technology are wicked, merciless, brutal & desperate for the weaker, sicker & older individuals throughout our population. My violators make jokes about pretending to be my aunts & parents & the parents of the kids I played football with & this kid that violated me or that kid that violated me or this person that I saw on tv or in the movies or that person & so on forever.

- My violators always seem blatantly biased in favor of Drew Robertson & Mick Kaywood. Every time that I've put thought into the potential guilt of either of these two I get forced to deal with some type of hell about it from my technological violators that control, sabotage & torture me.

- I believe my violators were making a parody of the movie 'The Man in the Iron Mask' starring Leonardo DiCaprio with me & Mick Kaywood. I believe Mick is the kid who cheap-shotted me intentionally into concrete when I had severe brain injury & was a completely innocent kid who took it easy on the kids the entire time as they continuously violated me. I then thought of all of these inventions, improvements & contributions & Mick has harassed me or disrespected me every time I've been around him since despite never doing anything to him in my life. He went along with hitting me in football practice as I was frozen with mind-control. He left me outside when I was at his apartment & Dustin sexually assaulted me. As far as I can tell Mick has got to live an amazing life full of beautiful women as I've been tortured on a daily basis by violators & women without break. I believe my violators were making a parody joke about the movie 'Catch Me If You Can' when they forced me to steal the prescription pad from the doctor & I wrote my own prescriptions.

- I believe me being forced to violate Madeline & Aaron Gavin & getting violated at their house was my violators way of showing me that the Gavin family would prefer to go along with sabotaging me opposed to me getting to live with my rights & the credit I deserve as a contributor & once dominant athlete & human. I believe my violator did the same because of the Robertsons, the Princes, the Champions, the Rays & more.

- Having profiled this much about my violators throughout my life I believe I was forced to go to Wendy Hook's house uninvited because I was told she had sex with underage children. While being constantly interrogated throughout my every interaction by my violators my response to them about being told this about her was that I don't know if that is true, that I'm not a cop, that their sex lives aren't my business & that if her or her family or any of the supposedly involved felt violated that they could call the cops themselves. I wasn't interested in & didn't want to have sex with her but I believe my violators were attempting to see if she would have sex with me while I wasn't getting allowed to control nor make decisions for myself.

- My mother has intentionally tormented me my entire life with psychological abuse & intentional neglect as she's always ignored extremely obvious evidence & all of the communication that I very clearly communicate to her. She does this with zero respect to my life, my goals nor my disabilities. She deserves a sentenced to prison for neglect & abuse.

- The women who I was repetitively raped with seemingly went along with doing so in the worst ways to me (while thinking I was a guilty loser) & in the best ways to themselves & their other lovers that they all bragged about as I was being mind-blanked & forced to be with them by my mind-control violators.

- I was raped with Selina seemingly ritualistically when she switched to new boyfriends. I'm thinking she might be a Jennifer Aniston look-alike porn star & that she went along with doing this for herself & who watches her.

- I believe that I was used to make a 'baby football/child-abuse/endangerment' football 'child-porn-type' movie/surveillance & since I was the best football player & best looking & only son to two separate generational farmers that they decided to put me through some of the worst child abuse & child crimes to see how I would fair.

- During my first childhood football games I played too rough while I wasn't conscious enough to recognize the risk of injury to myself nor others. In those moments I was conscious of my own movements but that was the extent of cognitive awareness at the time. I still took it easy on them compared to if I was attempting to hurt them but hit harder than I would've if I was functioning cognitively. I was just starting to become conscious as a kid & believe that I was already hurt from the 4-wheeler wreck at the farm I might be incorrect about the chronological order of that injury. In those moments I acted in self-defense without empathy & believe those games might have been the motive behind my violators intentionally giving me severe brain injuries.

- My violators have justified murder attempting me with severe brain injuries while attempting to make me think they were causing my injury for the parents of the children I played football against.

- I believe my violator/violators forced my injuries at Monmouth Park because the kids at Warren High School gang violated me by holding me down & taking turns kick mingy head on 2 separate occasions (to attempt to make them feel & look extra guilty for violating me). I believe they were attempting to make it appear as if those injuries were an accident resulting from the damage they caused.

- My mind-control violator is serially violating me in an effort to get famous for doing so.

- Its always seemed as if I'm being violated with mind-control because of my sisters, my parents, the Robertson's, the Champion's, the Youngquist's & the Gavin's delusions of reality. It seems as if mind-control was used to reverse that onto my baby sister, Brooke & she was mistreated (by my mother & when I was forced to mistreat her by my mind-control violator) because I continuously stayed prepared for court within my own mind despite being unable to verbally communicate. In the same sense, it seemed as if I was constantly violated with mind-control & intentionally neglected by the legal, medical, law-enforcement & educational systems because of the mothers within the community being insecure about me being the best football player who was the best type of looking blonde hair blue eyed kid who came up with inventions that would've made me more wealthy than all of them & their husbands & children combined. My entire surroundings exploit every opportunity my mind-control violator/sabotage gives them the entire time this has been happening. While with Morgan it constantly seemed as if my mind-control violators were completely clueless on reality & making decisions for me from the other side of the world & then I was extremely sabotaged every time my internal argument (as I was being allowed to observe but not control myself) didn't line up with my mind-control violators decisions for me & my actions.

- My violators exploit the innocent (including children, the disabled & elderly) regularly to damage their future opportunities for financial, professional, social respectability. When I prove all their wrongs as they interrogate me nonstop with mind-control technology they blank me with mind control & force me to fault.

- My local authorities & surroundings constantly attempt to exploit the general public with slander & false evidence while I get sabotaged & unlawfully 'set-up' while knowing that I'm an innocent victim & while knowing all of the crime has been premeditated against me.

- My mind-control violators use weaponized mind-control technology to both weed out, sabotage & protect individuals professional & social respectability because of the small number of high paying jobs compared to the massive population.

- The night I wrecked my truck with Tyson & Nolan I believe my violator forced me to wreck hoping to cause me to feel sympathy for those who have wrecked me. I believe they wanted the

wreck to force me to assume a certain amount of responsibility for their injuries & the damage to the truck. I believe my mind-control violators were attempting to get the others to file a lawsuit against me or my family farm. They did this to damage my worth & argument in court as they'd been intentionally burying me in irreversible sabotage on a daily basis for over a decade.

- My violator/violators use the mind-control technology to control when I need to go to the bathroom (urinate/pass bowels) & when I fart/burp. They use the technology to consistently force me into needing these breaks at the most unwanted/awkward times & they've been doing this to me for my entire life.

- My violators that control, interrogate & violate me with weaponized mind-control technology constantly attempt to attach me to criminal conspiracy.

- My violators that control, interrogate & violate me with weaponized mind-control technology seem to be initiating me for my rights sacrificially & ritualistically.

- My violator/violators who use mind-control technology to violate me used the technology to set-me-up/sabotage me after being violated by other people to distract the people in my surroundings from their violations to me & lessen their burden the actual violators should have been forced to carry because of their mistakes & this is a common technique that my violator/violators use when sabotaging me & setting-me-up. They used technology to control me & unlawfully set me up for crimes I'm 100% innocent of while intentionally disabling me permanently both cognitively & physically & while stealing all access to medicine, privacy, opportunity, lawful earnings & the compensation I'm entitled to by involving me with unsolved crime that I'm the known victim in to the authorities while intentionally destroying all of my life's relationships. My violators do this to me constantly without break to diffuse the situation without me completely dominating my violators so they aren't feeling dominated for the rest of their lives & so there isn't such an imbalance in social standing. - *I believe I was set up & forced to violate Drew Robertson, Patrick Gavin, Madeline Gavin & Aaron Gavin because of how Patrick & Drew Violated me & then pretended as if they were innocent. & because Aaron witnessed Patrick violating me & then watched me get punished instead of Patrick without sticking up for me while I was unable to communicate in a severe head injury coma state of mind. Part of me thinks my violator who uses mind-control might have forced Patrick & Drew to violate me to attempt to trap me into presuming their false guilt (& I believe I was punished for thinking that way).*

- During childhood I believe my mother might have been suffering from brain injury symptoms because of wrecking a grain truck before I was born but I'm uncertain. She could've had post-pregnant or other stress symptoms while in the process of pregnancies. I believe my violators that control & violate me with technology used to force me to fault around her hoping to help her feel more comfortable about experiencing symptoms.

- I've always had to debate if my violators that control me with technology set-up Drew because of my impulsive anger with him during early childhood. Drew used to seem to torment me but because of my head-injury symptoms I didn't immediately recognize the potential that he could

have been faulting from injury. My impulse anger flared up several times making it extremely noticeable to me that my once serene mind was no longer functioning. I have since had to constantly debate if any of my violators are guilty or if they were all forced to violate me by my enemies using weaponized mind-control technology to control people. My violators that control me make it clear to me that they understand & communicate with my thoughts. It has always seemed as if I'm getting punished for what's going on within my internal argument for myself as an individual, victim & contributor.

- I seemingly get violated with mind-control because of & for the Robertson's, Gavin's, Kaywood's, Champion's & more who violated me or who are making assumptions about a reality that they should've been able to see & understand clearly.

- My entire life the television broadcasters have interacted with me using the mind-control technology. The most common example is when I'm wondering something about the game or show or news broadcast within seconds they respond to me & answer my question as if they are conversing with my mind. Since 2019 the lady news broadcasters on news 6 & 8 have constantly reacted immediately to my thoughts (most notably Morgan Ottier & Shelby Kluver). I check up on them on Instagram to further investigate their neglect after sending them both this evidence several times throughout the past several years & noticed harassment on both of their accounts. Ottier's account's bio makes reference to something I was forced to say (by my mind-control violators) during my childhood class about how people who aren't supportive of my agricultural inventions not deserving to be able to eat beef. She also had a picture of her with a 'I was vaccinated with covid-19' sticker on her nose 1 day when I was getting violated with forced symptoms & forced to have my nose broken out with acne & on another day when my nose was being forced to be broken out she had a clown nose on her nose while broadcasting & these happening are more exact details I then remembered being told would happen long before it did during my forgotten past. Kluver had a picture with Billy Johnson after he physically attacked me in the bar just as I later remembered being told he would long ago & her having this picture on her account just after this happened is another exact detail I'm now remembering being told would happen long ago.

- The news ladies who constantly react to my thoughts & statements as they are broadcasting & I am in my privacy do so seemingly to harass me publicly with no respect to the public nor their careers.

- My violators seem to have used me as a child physical abuse exposition using mind-control technology starting before I was conscious through today without any signs of justice nor regret.

- My violators & I seem to be in an acting war as I continue to get controlled & sabotaged with mind-control technology. During childhood they forced me to cry while controlling my words seemingly in an effort to produce evidence to use against me in court as I was in my privacy multiple times. It seems that this technique has been used against me on a near daily basis all the way through today. My individual efforts towards my own self-defense are the only reason that I'm not proven insane or guilty of negative that I'm completely innocent of because of my criminal violators nonstop effort to invade, conquer & destroy me as an individual.

- As a young child I noticed that it seemed to be a motive of my violator/s to destroy me as an athlete because of the politics & advantages associated with being born & raised in rural Illinois to 2 landowning & cattle raising families compared to the others born my age amongst the urban areas.

- My mind-control violator regularly forced me to act like a male bulldog when they were sabotaging me throughout all of my separate childhood brain injury recovery efforts.

- My violators that control me with technology attempt to stage (false) evidence against me while intentionally running my mouth as my mind is blank as they make jokes about showing a select audience that I used to trap the surveillance that spied on me with speech, facial expressions & body language. I was often damaged enough that saying what I attempted to was a rare miracle.

- My violators that control me with technology seem to damage & exploit my professional & social respectability strategically for pleasure.

- My technological violators primarily focus on equalizing the sociological differences that exist amongst society & the use of torture techniques.

- The majority of the people from my surroundings along with my violators that control me with technology have constantly attempted to make me suicidal.

- My violators plan to use 'fall-guys' to avoid punishment for their constant high crimes.

- My violator/violators seem to prefer that they lived in prison so that they don't have to cook, do laundry, assume responsibilities, feel guilty for consuming resources nor have to work for & potentially let down a partner/their family/their friends/their surrounding people.

- My violators make it clear that they are intentionally sacrificial about when they choose to commit crime against their innocent victims in an effort to benefit their criminal motives. They 'fetish' about what they are willing to sacrifice for 'their own'.

- My mind-control technology using violators & the neglectors that have allowed them to violate me for my entire life are both guilty of allowing my pursuit of justice to be obstructed intentionally for the unlawful motives of wealthy investors & preestablished designers, inventors & company starters as I am being successfully exploited & sabotaged as an innocent.

- I believe that forcing repetitive mind blanks so that I process less of life's tragedies was a motive of my priority violator.

- Preparing me & my surroundings for a future with brain damage by consistently forcing faults/symptoms is a repetitively used technique of my violators.

- My violators that control me with technology seem to violate me when people from my surroundings make false assumptions or mistakes. My people are incredible but we are defenseless to weaponized technology & getting obliterated with attacks. The majority of the other people that I was introduced to during my childhood seemed very gullible. – My mind-control violators regularly made jokes about trapping people from my immediate surroundings into believing that I should be responsible for certain words & actions that they force upon me &

I am unresponsible for when they catch them making assumptions or wrongful judgement/decision about my court case.

- It's been made obvious to me since early childhood that one of my technological violators are in denial that another one of my technological violators has access to the same mind-control technology capabilities & surveillance that they do while controlling my memory & conscious above all of them as they believe they have exclusive access to the technology.

- I am constantly arguing with my violators that interrogate/violate me because of the endless list of violations/threats/sabotage-efforts that I've been forced to suffer from & appear guilty for as an innocent victim. Another technique that gets continually used against me is when mind-control is used to violate me by forcing mistakes & exploiting me about forgotten memories while my personality is intentionally sabotaged to make me seem less credible. Some of the incidents that I remember involving that technique were used as I was recounting mind-control violations from my past to produce testimony evidence as they were testing my reactions & hoping to prove me unfit for court & society. It's not only a sabotage-crime but is harmful towards my pursuit of justice, public respectability, recovery & everyday life.

- I'm constantly being forced to add & delete people from my Facebook by a violator using mind-control technology. I've been forced to send direct (private) messages to several people that I wouldn't have sent otherwise. I'm regularly forced to check social media & specific accounts. It's my belief I'm being forced to do so to make me seem unfit to use social media.

- My violators time up my mind-control interrogation & my thoughts with tv shows/news articles/ police-drivebys/ communication-with people from my everyday life (especially elders/ family/friends)/ 911 calls/ doctors' visits/unlawful arrests/etc. to blatantly show me that they are using mind-control, mind-reading & mind communication technology on me without my permission.

- My violator regularly forces my speech to fault while hoping that they catch me acting as if I can't communicate to the best of my abilities in an effort to prove me unfit for court & unworthy to claim my own contributions.

- My violators intentionally violate me regularly with mind-control tech to make me unfit to be with sexually (i.e. they force me to touch myself without clean hands & force me to forget to wash my hands, etc.).

- My violators force thoughts that I usually ignore & then forces me to verbalize the thoughts I ignored while intentionally sabotaging my personality to my surroundings as I interact & to video/audio surveillance while in my privacy. They have created over 3 decades of staged evidence attempting to prove me incompetent for court that I wouldn't have been able to prove wrong without devising this evidence in my self-defense. This same argument, defense & evidence could've & should've been turned into the court for me by the time I was 10 years old except for what has happened since but I believe the crime I'm violated with would've stopped had I been proven myself & innocent of all the forced upon me negative in court before turning a

teenager. Life still could've been amazing for the past 2 decades had that happened but instead it's been torturous. Now at 37 I'm finally getting myself prepared for court but don't even get to be around family because of the crime I'm still getting violated with.

- My violators constantly sabotage me to diffuse the imbalance of great success I should have compared to the average individual within the general population because of my contributions & lifelong court case. I completely dominated every individual I've ever met as an individual contributor to my knowledge & I constantly am being punished, neglected & force to suffer because of these facts existing amongst the corrupt I'm surrounded by as I had brain damage & my family was getting tricked by sabotage my violators were intentionally creating.

- One of the individuals that violates me with mind-control is very much an individual who is wanting & hoping to get away with claiming my inventions for themselves or their family-member. They regularly make it clear to me that they would kill me & my entire family if they were allowed to (for pursuing the justice I deserve & my rights that are supposed to be guaranteed & protected).

- My violator who uses mind-control technology to control & sabotage me constantly turns me into other people that I have met in life or seen on screen. I believe they have attempted to introduce me to alternate perspectives of cognitive ability & personality hoping to open & educate my mind. When they reminded me I wasn't functioning well & had lost the ability to recognize the potential risks involving cognitive & physical disability.

- My violator who uses mind-control technology to violate/control/sabotage me turns me into people (while forcing multiple-personality disorder symptoms) who have violated me or who I have been forced to violate. An example of this reoccurring technique of theirs is how I was turned into Mick Kaywood when I was forced to hump Hannah, Corey & Drew during my childhood. I believe Mick is who intentionally cheapshotted me into the concrete. I turn into different personalities nonstop. Every time I put thought into my court case against Patrick I would get violated with mind-control technology involving the Gavin's. Every time I put thought into my court case against Drew I would get violated with mind-control technology involving the Robertson's. Every time I put thought into my case against Mick it would seem as if I would turn into Mick or one of his family members.

- My mind-control violator/violators who sabotage my personality always attempt to make me seem as 'white trash' as possible & have since childhood.

- A regularly used technique that my violators use while sabotaging me with mind-control technology is when they force me to over-react to negative experiences as they are intentionally sabotaging my personality.

- My surroundings & local authorities continue to justify allowing people to rape me as they mentally abuse me. Their arguments are invalid in court & would be the same as saying a date rape drugged victim doesn't get to charge their rapist for rape because they felt the experience of positive sexual feelings. I'm extremely insulted for not being protected from this time of exploitation as the severely brain damaged victim that I am. My entire life I've been forced &

taught to use ejaculations as a pain medicine & my mind stays blank for years sometimes months other times & who knows how long next time. Intentional mental abuse blanks my mind because of the anger it causes & Morgan knew this prior & intentionally was experimenting with this for her selfish ego that continues to debilitate her. I was getting mind-blanked intentionally by my violators around her but some of her mentally abusive attacks on my cognitively disabled mind created a similar effect no different than somebody getting date rape drugged.

- My electronic devices have been getting regularly tampered with by an outside source for my entire life. It also has seemed that my plumbing fixtures have been getting blatantly tampered with by an outside source for my entire life. It seems that my toilets are always controlled to be able to splurge water onto the floor depending on how the interrogation argument is going. It also seems they control when I have access to hot/warm water based on the same.

- I believe I'm an experiment for 'Neuralink'-type company's & the justice/legal/media systems. The experiment involves/involved using intentional internal-affairs violations by organizations/people within the legal/justice/law-enforcement systems responsible for protecting me as a disabled citizen. I've been intentionally violated, sabotaged, exposed & exploited with mind-control technology by those responsible for protecting me. The violators & neglectors intentionally collaborate while using the technology to destroy my opportunities, freedoms, reputation, relationships & more while I don't have a way to defend myself. By doing so they continue to hold me hostage because my mind wasn't ready to communicate all of the information in this document to the justice/legal system in 1 sitting & I didn't have the health/memory to finish writing it all down until now (10/20/23). The experiment has proven that victims & the justice/legal system are helpless in defending themselves against violators using mind-control technology to violate innocent victims (I've been getting violated for 30 years constantly & still am being treated like a criminal because the systems act unresponsible for innocent victims of mind-control technology involved violations.

- I've noticed that my violators poison/torture me because of my diet. They force me to deal with unwanted medical symptoms because of my diet choices while attempting to justify doing so with the politics encompassing food/food-production/food-dispersion/food-availability/eating/etc. They use this torture technique regularly to establish dominance & to boast about being able to create unwanted symptoms/obedience/dependency. They use these same jokes & methods to torture me with dysfunction for the politics involving sex. My one & only sex life is used against me as a torture & interrogation technique by my violators who use mind-control technology to intentionally destroy my ability to enjoy & be enjoyed.

- My violator/violators use me as an exposition to show their audience how easily they can destroy a person's life, relationships & reputation while using the technology.

- I believe I was poisoned while I was sleeping at my Aunt Ann & Uncle Ben's as a kid. I think somebody broke into their house & suffocated my breathing system with allergens & poisons hoping I would accuse my aunt, uncle or cousin in an effort to destroy my respectability.

- My violators that use mind-control technology to control me used me as an exposition to showcase what true severe brain injury does to an elite athlete as they watched & showed me

attempt to recover & suffer while trapping me into playing football in between the violent murder-attempts that I survived as they kept me under unlawful surveillance as I was & am unaware of what gets documented for court as they constantly abused & tortured me both physically & psychologically for my entire childhood. The torture has been nonstop for my entire life & has not stopped yet despite me constantly notifying the authorities & media that I can now prove my case with evidence & an equal opportunity for the court's attention & effort as an individual's court case amongst the grand mass of court cases that generally take priority because of the large amounts of people involved with many of the other cases requiring the court's focus & priority. My education & experience as a citizen who has regularly watched & kept up with the news in the papers & on the internet tells me that I should be one of the highest priority court cases in the United States & one of the court cases in the United States (& potentially worldwide) worth the most financially & economically to an individual & the nation (& our surroundings). During my childhood I immediately recognized one of the motives of my violators & neglectors was to use the surveillance of me as proof & precedent to lower the amount in court settlements & payouts involved with head injury throughout sports & society because of my once supreme athletic standing & specimen.

- The amount of work & effort I've had to make on my own behalf as a severely disabled victim forced me to recognize the reality of the mass crime that can be committed by doctors & medical representatives & authorities. I'm a serial victim to this time of crime & neglect considering the mind-control involvement I've constantly interacted with associated with the local medical associates I've interacted with simultaneously as I've been interacting with broadcast television & internet the entire time (for my entire life on a daily basis). Recognizing this potential type of crime forced me to realize the potentials for people impersonating & attempting to criminally 'set-up' & or exploit the medical systems representatives. I believe my priority violators that violate me with technology are attempting to exploit the medical representatives as neglectors for the social dispersion of respect amongst the fellow careers options that exist & must be reliantly occupied throughout the working class.

- My violators that use mind-control technology to control & violate me are adamant & extremely persistent about establishing their dominance over the victim's individual free-will & ability including their functionability of each of their individual abilities.

- My violators that use mind-control technology to control me control each individual function of my minds separate individual capabilities within all of the separate levels of my & human consciousness & which level of consciousness I'm in whenever they want & make jokes about their precision using weaponized brain-controlling technology belligerently as they implement specific torture techniques surgically with precision along with their motives & blatant profile-worthy techniques that I now have documented to the best of my ability for what thoughts I have processed despite my memory still missing a lot.

- My violators make jokes about ritualistically giving me obstacles to overcome as a gift because I have never had any assets of my own. They make jokes about destroying my character & tricking my surroundings & those who are going to watch the video surveillance while doing so.

- The court, legal, law enforcement & medical representatives continuously violate me with belittlement, insults, threats, wrongful punishment, wrongful judgment, intentional abuse & other criminal violations arrogantly while attempting to take & steal my freedom, rights & protection instead of protecting me as they are supposed to do & this has gone on for over 30 years of my 37-year life. I've noticed that I get intentionally sabotaged as law-enforcement unlawfully arrests me because they are arresting me as I was unprepared for court as an innocent victim. The reactions I was forced to express around them were extravagantly negative because I had this entire document thought through as I was constantly being forced to stay prepared for court as a victim who lost all of my thoughts, plans & memories multiple separate times after multiple separate murder-attempts.

- My local law enforcement & justice system has unlawfully arrested & wrongfully punished me my entire life as a severely disabled innocent victim & contributor. In my teenage years I would get forced to speed & then get pulled over & ticketed as a message to me saying they must've wrongfully decided that I was getting ahead of myself in life. I get arrested or forced to court on people's birthdays or specific sentimental dates regularly. I get scheduled for court on holidays when the courthouse is closed while their harassment & crimes go to the drumbeat of my interaction with my technological violators & the constant interrogation I'm getting forced to be a part of without break, internet/radio & television broadcasts, etc.

- My local courts continue to willfully allow the intentionally created negative caused by my violators & sabotagers justify my case's procedures to be wrongfully & unlawfully delayed. This evidence & my interactions with them prove their motives corrupt & their decisions unlawful. My violators, neglectors, opposers, the court, the media & the misinformed continue to use this & the group effort & attention that all priority court cases require to exploit & slander me for my desire with my inherent right to settle my case in court.

- People from my surroundings & my violators that control me with technology constantly attempt to trap people with false information & make jokes about doing so in efforts to exploit the victims. As someone who no longer gets to live with a functioning memory nor most of my original cognitive abilities this becomes problematic & I am entitled to protection from it but certainly am not responsible for the loss they intentionally create.

- I constantly get forced to take loss because of not knowing for sure at what point I should physically attack in self-defense while getting verbally, socially or physically attacked. I've always known the potential that I could be a billionaire & regardless I always knew that I was the only son of both my parents who are some of our areas most respected & successful farmers so I've never been able to defend myself when I should've been able to because I was told that if I hurt anybody or fought anybody that I'd be put in prison.

- My violators, neglectors, exploiters & opposers are in on a collective effort to invade, dominate, conquer me legally in court as an individual while going along with intentionally neglecting me as I'm getting knowingly violated, sabotaged, abused, exploited & tortured with mind-control technology as they attempt to use the forced negative reactions I'm forced to deal with because of their crimes as justification to violate my rights in court, the public & my

nonexistent privacy that I'm supposed to have by right as a citizen. Now that I have this evidence documented for the court their arguments are invalid & their justifications are illegal & proven corrupt.

- My violators make jokes about exploiting me as they are the ones providing me resources & allowing me to get prepared for court amongst the population of over 8 billion with all of the required attention that children, disabled & elderly need to survive. As they have joked about this to me, they made it a focus to make it clear to me that not one individual is a legitimate threat as an opposing force to the entire population. As they made these jokes to me, they pretended to be 'smack talking' me as if we were playing a football or hockey game. As they did this to me it seemed that they were intentionally punishing me for playing football rough with the kids as a toddler & in childhood while showing me that we are all vulnerable to head injury despite knowing that I intentionally took it easy on the kids compared to if I attempted to hurt or dominate them (except I don't remember my first one or 2 childhood games). I remember taking damage from head-to-heads during those games that I don't think I would've taken had I not been taking it easy but not regretting my decision to take it easy on them. At that point I had figured out that my violators then seemed to begin violating me with technology as a 'badge of honor'-type reward for my virtuous choices as they established themselves as authority as they sabotaged, controlled & tortured me with mind control technology. As they did this it seemed they were making jokes & focus about taking life too seriously because of how I played childhood football & how it's important to attempt to give to each other the best we can because farmers don't get to socialize nor stay as clean as the urban population & while searching for a wife or employees respectability matters. My violators did this as they made jokes about stealing my opportunity as a farmer during the best time in history to be a farmer because of modern advancements.  It seemed to me they joked about this focus while intentionally embarrassing me for social politics because of the majority born less fortunate. Their joke was that urban people can help each other stay clean & survive when a child born onto a farm needs the attention of the individual or individuals that are required to keep up with the farm. They seemed to use me to show how easy it is to turn a human to a complete failure unable to keep up with the work necessary to maintain a functionable home & farm in an effort to help them establish themselves as authority across our audience. As I continuously developed my self-defense argument for court & court attack while calling them out for their crimes & motives my violators & neglectors have forced me through over 3 decades of torture & neglect similar to what criminals get when punished for our highest crimes as a completely innocent child victim who didn't yet understand the concept of our modern community. This segment of my testimony is something that happened within my internal argument as my violators controlled me during my early childhood & as soon as I finished with my argument about these past few sentences my violators used mind-control technology to intentionally wreck me on my 4-wheeler then forced me to go complain to my mom about getting hurt. To me this was once again another insult to me for being willing to engage in rough childhood football. Over 3 decades later on 11/19/24 I was forced to think & verbalize about this same internal argument from my childhood & all of the talks that I've been forced to give nonstop for the past 5 years have been reenactments of my internal thoughts, arguments & plans from throughout my life. It has been a miraculous experience considering I didn't expect to recover any of my memory at all.

- My mind-control violators make jokes about letting "the dumbest kid in class" have access to mind-control to put on an exposition of how easy it is for them to trick all of the witnesses into being in denial about what happened because they used weaponized mind-control technology to trick them & stage evidence while sabotaging me. I was the smartest & best kid I grew up around yet they let these fools use mind-control technology to sabotage me in front of these unexperienced (with mind-control violators & being around people with brain damage) & less intelligent kids/people to make extremely obvious sabotage that is nowhere near to the character & person that I am their testimony & decision on my character.  They do this to make my very simple & obvious court case seem too complex for the court & law-enforcement to be able to handle & make the priority that it should be as they completely destroy my character to my surroundings & the witnesses.

- My violators seem to violate me while making jokes about forcing me to 'pay the price' because of how much resource availability I was born into & because no individual could create the resources we have today without the group effort (metal, machined parts, medicines, processed foods & survival as an infant, disabled or elder).

- My violators violate me in attempt to force my dependence financially, legally, medically, socially, sexually & for protection. One of their motives for this is to continue to misconstrue the importance for our law-enforcement system throughout the media.

- My violators have consistently proven to me & the audience that spies on me that they can control the typing mistakes I make as I am typing at high speeds simultaneously as they are forcing me to fault in real time as I speak with the live interactions I encounter while getting interrogated & investigated with weaponized mind-control technology as an innocent victim throughout my every day while watching television & using the internet & my smartphone & Microsoft Surface.

- I believe my violators used me as a child-torture the farmers' blonde hair blue eyed- porn.

- My technological violators that control me blatantly showed me that they could control when I feel the world spin & when I don't during my childhood with mind-control (or was that God, I don't know & can't tell the difference at times).

- My technological violators that control me blatantly have showed me several times that they can control when my vision can focus on details that I now cannot normally see from a distance (or was that God, I don't know & can't tell the difference at times).

- My violators create false evidence to use for their unlawful justifications & arguments to the court by forcibly inducing thoughts into my head & then forcing me to verbalize these induced thoughts later in life as they are attempting to trick some of the audience of the exposition I'm used as with mind-control technology into believing they are exposing me when they are exposing the intentionally planted false evidence intentionally as an educational exposition showcasing the potentials & dangers for mislabeling a person mentally ill when they are not mentally ill & only briefly malfunctioning cognitively or physically. They can control all of the individual functions of both humans mental & physical separate individual capabilities & are

hoping by using me throughout this exposition that less mistakes like this get made for the court system's representation.

- A reoccurring technique of my violator/violators is when I'm punished with irritants/poisons/acne for my mouthwash & packaged foods consumption rate (punished by my violator/violators who use technology to violate me.

- My violators make fashion jokes while forcing my skin to appear diseased with acne as if they are mapping the stars on my forehead & body. They justify doing this by complaining that I have it better than the king of 1800 & our other ancestors (that's a metaphor) & making it clear they shouldn't have to hear a peep from me when I consume at the rate I do as I'm not contributing labor towards the everyday effort of our working industries regardless of the crimes I've been constantly violated with & the injuries that have permanently debilitated & disabled me as they force me to fault because of getting forced to live without the medicines that eliminate my priority symptoms.

- It's been a constant tragedy losing my ability to establish & provide for my relationships with family & the friendships & other positive potential relationships that should've existed with the people I was introduced to throughout life because of my criminal violators. This constant forced loss to my life has been used strategically against me to slow me down not only while attempting to prepare myself for court as a victim & contributor but as a contributor for my family & as an individual.

- The Bowflex Revolution XP was my design that I completed & suggested before I was 7 years old. I designed it in around 5 minutes while I was running around playing with my slingshot outside. The next time I put thought into (when I was 7 years old) I thought of the rest of the improvements for the design that are listed in the design/invention portion of this testimony. I believe whoever is responsible for stealing my invention/design idea for the 'Bowflex Revolution XP' manufactured & produced my design without any of the improvements I thought of the 2nd time I put thought into it & produced the 'Bowflex Revolution (not XP)' in efforts to sabotage the success of my contribution.

- I believe I was intentionally given brain damage so I could be an exposition & experiment for other people with brain damage, dementia, etc.

- My family sent me to Catholic school & were members of the Catholic Church. I was arrogantly & blatantly violated in Catholic school for the entire time I was there. I provided billions of dollars' worth of ideas as I went to the school & I was forced to share my exact designs while in class & now my exact suggestions are nation/worldwide companies & I have received no credit nor money for my contributions & am still living without my rights, earnings, compensation, medicines I need & justice. Monmouth is the town I grew up next to & spent most of my time during childhood associated with. It's where our Catholic Church & school is & where my grandparents lived. Monmouth is/was known for helping illegal immigrants from Central & South America work/live. I was the best looking & brightest blonde haired, blue-eyed kid I knew who was the only son of 2 parents that each came from land-owning farm families. I

believe the state & church are in on torture-porning me for my entire life knowingly & that it has something to do with their efforts in assisting illegal immigrants who were known contributors to my local communities work force (I think I'm taking the punishment for their crimes in a political-type torture exposition).

- My violators make jokes about controlling & sabotaging me based on my thoughts/motives/intentions as they control my thoughts/motives/intentions & as they make jokes about controlling the entire process.

- Every time someone from my life violates me my violators that use weaponized mind-control technology to violate me sabotages/tortures/violates me to force extra suffering on me while further exposing the harm the neglect & abuse/crime is causing me as a disabled victim.

- My violators that control me with mind-control technology force false 'multiple-personality disorder' symptoms & turn me into all of my different violators from my past as they showcase & remind me of the damage caused by each one of my violators to their audience (that could just be themselves).

- My mind-control violator regularly makes it seem as if they are allowing the sisters (Champion sisters, Kaywood sisters, Gavin sister, Robertson sister & more) of all of my violators to violate, control, torture & sabotage me with mind-control technology.

- It seemed to be a motive of my violator that uses weaponized mind-control technology to constantly violate me & turn me disabled to ensure that I'm protected as an inventor & so that I am never held responsible for anything. They did so while complaining that I had already been turned severely disabled permanently & they were complaining that they wouldn't be able to attempt to exploit me as an individual contributor who is protected from being held legally accountable for my words & actions that I'm not responsible for without threat to my earned payment, compensation & royalties.

- My violators use the intentional sabotage that they violate me with to misinform my surroundings while intentionally exploiting the court & the general public. They do this as my individual court case should be going down in the history books as one of the most important & highest payout cases in my lifetime & as my opposers court cases are arguing for the worth of a violator that is a commoner.

- My violators are making jokes about exploiting me as they are the ones providing me access to resources & the time & technology to work towards preparing myself for court as there is a population of 8 billion people that need resources & time in court while children, disabled & elderly all need attention to survive.

- My violators fetish about proving individuals worthless without the group & that every individual is able to be broken down with torture techniques & injury. A couple of the times during my childhood I thought my violators injured me intentionally as a 'badge of honor'-type occurrence to put on my permanent individual record because I chose to take it easy on the kids instead of hurt & demoralize them every time I played childhood football or was physically

attacked & this internal argument of mine from early childhood that was exposed today was after I thought this might have been a potential motive of my violator/s.

-My technological violators make jokes about destroying my character & attempting to persuade me away from & steal my farms during the best time in existence to be a farmer because of our modern advancements & technologies. They continued to make it a focus for me that farmers don't get to stay as clean as the people who live & work in town as they would force me to get dirty or forget to wash my hands or this that or the other. It seemed that they didn't trust I had an understanding for the importance of community but they were dead wrong because I love the people & our positive efforts. As they were doing this to me it seemed that their motive was to humble my individuality amongst the population because of all of the damaged victims of war & crime as well as the less fortunate.

- My technological violators make jokes as they sabotage me about setting traps with my 'poker-faces'. In other words, they make jokes about forcing me to act in ways & express things that don't reflect my true self while appealing to my childhood idea for a poker-face movie.

- They make jokes about the following while using mind-control technology to violate & communicate with & for me: damaging personality development, forcibly exposing my thoughts/forced-thoughts/ repetitive-thoughts. forcing symptoms on me while making excuses for doing so by claiming it's for brain-damage research & dementia-preparation for me. me learning to get to know myself while being forced to live with a mind-control violator while under surveillance. harassment (non-stop), giving me obstacles to overcome as I couldn't function, going along with my surroundings in making jokes about holding me hostage (& harassing/neglecting me), having a fetish with forcing me to betray the people I care about. hurting me (mentally & physically), forcing hormone-therapy side-effects, getting too angry with violators, impersonating personalities through me (forcibly with mind-control technology) while making it seem as if I have 'multiple personality disorder', inducing thoughts to torture me. interacting with me & including me with mainstream society/entertainment, introducing mind-control technology to children while torturing them with the technology & blatantly making it clear that mind-control technology is being used for protection regardless (& can be used on every individual), making it be/seem difficult to coexist with surroundings by intentionally causing negative/selfish-attention using mind-control technology, poisoning me to cause skin disease, creating potentials for negative impulsive reactions, pretending to be 'God' while blatantly acting as/for the Christian Church, privacy violating, proving me insane & unfit for court, teaching children to think/process/develop-their-minds with cruel & unusual punishment (specifically for anger/not-processing thoughts/etc.), sabotaging. setting me up for crimes I'm innocent of & loss of respectability. spreading/starting false-information/evidence, struggling to communicate & forcing me to struggle to communicate, 'violating the disabled', teaching me knowledge/wisdom/to be sexual, being a creep about celebrities/famous people, they make jokes about pretending to be corrupt, they make jokes about forcing innocent victims to cry using mind-control technology & by taking advantage of social situations, they make jokes about forcing innocent victims to betray their people/goals/motives using mind-control technology, they make jokes to the violated victims about pretending to be their mind-control

violator/violators while keeping them under medical surveillance, they make jokes about sabotaging people's public relations/reputation/character while forcing false symptoms with mind-control technology. They make jokes about doing my talking for me while altering my personality to match other peoples' personalities from my past while not allowing me to speak for myself. They make jokes about using me as practice for 'script/story writing' & while imagining new character roles for actors & actresses. They make jokes about 'testing' me while controlling/violating & sabotaging me & then attempting to prove me incompetent/not-respectable/insane. - My violator makes jokes about justifying using torture techniques on innocent victims to force us to suffer because of how good we have it compared to our ancestors & less fortunate people. - Jokes are constantly being made about when my phone/computer loads/processes/needs-charged/functions & jokes about controlling the functions. My violator/violators also make jokes about when I'm forced to drop my phone. They make jokes about attempting to turn people into prostitutes & they make jokes about actually turning people into prostitutes & then they make jokes about prostitute politics for the future of our law-making system. They also make jokes about making offers to people to pay them for sex & they make legitimate offers to people to pay them for sex. - My violator makes jokes about intentionally traumatizing me, ritualistically, sacrificially & at certain points throughout my life in attempts to get me to remember certain memories that weren't being processed in those moments because of my brain damage. - My violator makes jokes about preferring to violate, sabotage & punish me with false evidence rather than give me the credit/payment I've earned as a contributor. They also make jokes about attempting to get me to commit suicide for the same motive. - They joke about doing that with multiple people simultaneously while acting as if they are using us victims to make a movie scene (making jokes about being a director). - My violators that use mind-control technology to control me & sabotage my personality/character continuously while making jokes about initiating me as a human worthy of claiming a large amount of resources. They make jokes about helping create & steal the desire for continuous sexual experiences & about continuously punishing me for using the desire to motivate me towards an effort for improvement. They make jokes about how they want to go to prison & get the death sentence so they aren't responsible for work & the emotion that comes with the loss one witnesses throughout life as they arrogantly & blatantly violate me while justifying the torture show that is my life as entertainment for those who have access to the surveillance I've been constantly under for the past 37+years that I've been alive & getting violated with weaponized mind-control technology. My violators make jokes about celebrating the protection that mind-control can help provide by ritualistically violating me with our nation's highest crimes while violating me nonstop with less severe crimes & tricking the public into believing & wanting to hold me accountable for involvement to crime that I'm a 100% victim in but sabotage was created about. - My violators that use mind-control technology to control me were violating me at such a high rate making a joke about them beginning a new approach in treatment, research, education & the development of psychology because of the exponentially rapid improvements for mankind that have been made with the advancement of medicine, technology, agriculture & industry since the industrial revolution. - My violators that control me with weaponized technology make jokes about making 'inside jokes' about the 'inside information' involved with my mind-control technology brain-to-thought communication surveillance information I'm constantly having stolen from my mind as they are

violating me & abusing me nonstop & not giving me an option to live with my privacy (they use mind-control surveillance on my brain directly (I'm uncertain how) & the entire experience is constantly made out to be one of the most disrespectful experiences that it could possibly have been. They do this while attempting to completely fool my surroundings persistently, arrogantly & blatantly sabotage. They have completely exposed me while exploiting, slandering, sabotaging, defaming, torturing, stealing from & more simply by using their technology to fool each person I encounter. I am defenseless & the constant violations are constantly demoralizing.

- Because of getting violated & forced to speak nonstop with mind-control technology (as I'm brain damaged) I now regularly speak my thoughts before realizing what is happening. My violators make jokes about causing that to happen before I realize & can recover.

- My violators who sabotage & violate me with mind-control technology do so intentionally while I'm being kept under unlawful audio & video (& thought) surveillance. They do so in attempt to create false evidence in an effort to destroy my respectability & prove me incompetent as a contributor. They have been staging false evidence against me (unlawfully) for over 30 years now (2024) on a near daily basis.

- My technological violators control when I can focus on television, movies, etc. as I attempt to watch.

- As I was in jail & prison it seemed that it was a constant effort to trap me in there for life for fighting.

- My violators/controllers & I have made jokes about making my surveillance a real-life 'loony-tune' since my early childhood & while being interrogated in 2024 (November) while living in Alexis I was forced to reenact several of my loony tunes scenes that I forgot about making with them throughout my past. My controlling violators make jokes about turning me into everybody & show me how they can do impressions through me regularly. We also make jokes about making movie scenes as I'm getting kept under surveillance but unfortunately they never stop sabotaging me.

- My mind-control violators make jokes about sabotaging me during introductions to new people & organizations. They also make jokes about 'script-writing' this type of situation & practicing acting these crimes out as both the violator & victims (while controlling, torturing & interrogating me with mind-control). While violating me about introductions they make jokes about being a psychological interrogator from the start & this has been a repetitive occurrence for me when I've been forced to be involved with the only 3 "girlfriends" that I've had. The women have acted as if I was a psycho-interrogator-type while I was being sabotaged intentionally by my mind-control violator. My tech violators also make jokes about torturing me while pretending to be my mean/bully-type older brother & they make script-writing & acting jokes about doing this as well.

- My violators constantly make jokes about attempting to get me killed as they have already basically killed me both psychologically & physically.

- My violators & surroundings seem to constantly make jokes about how I'm always going to be lower in rank than some. They seem to violate me for this same reason occasionally.

- My violators & neglectors intentionally denied me justice until I am fully prepared to represent myself in court. They did & do this as they make jokes about overwhelming me with disability, crime & duty while using me to showcase how simple it is to exploit a disabled & child.

- My violators & controllers intentionally be as untrustworthy as possible as they control my mind & body seeming to make a joke about being 'only human'.

- My violators make jokes about attempting to be nice/kind as they are completely controlling, demoralizing & destroying my life.

- My violators constantly punish me based on how & when I pray & don't pray.

- My violators regularly expose my internal argument that I've been in for myself against my mind-control violators & God about who should be able to control my personality. They often violate me because they think people who pray should be submissive to an outside force. They have forcibly sabotaged my personality on a regular basis for my entire life since they intentionally caused my brain injuries at Monmouth Park.

- My violators constantly punish me for smoking by forcing faults & torturously controlling my levels of consciousness. I am experienced with symptoms associated with smoking marijuana & my violators force false symptoms seemingly for politics as they sabotage me under surveillance. My violators have constantly shown me they control which level of consciousness I'm in & have the ability to be in throughout my entire life.

- My violators attempt to steal my individuality, plans & ideas while exploiting the public as they intentionally sabotage me as a sacrificial crime hoping to benefit their personal worth. As this has happened to me throughout my life my violators & neglectors have gotten away with stealing all of my life's potential earnings, benefits & opportunities that I created for myself before losing my mind. They do this to me using weaponized mind-control technology every time I design plans that are better than what society is using or make an effort towards preparing myself for court as a victim & contributor.

- Those or the responsible for violating me with mind-control technology make jokes about sabotaging me as an individual instead of just killing me after showing me they will kill me without hesitation.

- Those or the responsible for violating me with mind-control technology make jokes about making motorcycle revving jokes with my forced speech faults.

- Those or the responsible for violating me with mind-control technology made me fight for my identity as they constantly controlled when they allowed me to be conscious along with when my memory functioned.

-  Those or the responsible for violating me with mind-control technology seemed to punish me because of the neglect that I experienced as a victim from the adults within my surroundings. Justice not being served for me is the neglect that I'm making reference to.

- My violators have regularly used mind-control technology to show me some of their capabilities. One of their abilities allows them to control the focus of my mind's concentration. Another is their ability to control the focus within my vision. My head injuries took my precision eye sight & now I don't see well from a distance. While attempting to watch the games on television I can never see the score unless I get close enough but I'm continuously reminded that they can allow my vision to focus & see those small details when they decide to allow me to. Since my first series of severe head injuries, I've lost the ability to maintain focus & concentration while attempting to multi-task with my mind, with my body & while attempting to use both my mind & my body simultaneously. I am now a cognitively retarded version of my original self. I used to be able to multi-task within my mind while using my body without struggle nor thought about it but nowadays I can't multi-task with my mind & using my body & mind at the same time is impossible at times. I have to think myself through what I used to no longer have to think about to make happen. I used to be able to trust myself enough that I no longer had to put prior thought into what I would say & now I can rarely say what I attempt to even when thinking about it first.

- My violators constantly force me to verbalize old thoughts (all the way back from my first thoughts) that I hadn't yet remembered for their exposition & interrogation of me & to show me that they have access to & remember my memories that I do not. They do this as they have me & my mind under surveillance while sabotaging me & neglecting to provide me justice.

- I'm constantly disrespected for my lack of physical health & if my court case was settled the people would be aware that I have yet to recover from getting criminally violated.

- My violators punish me anytime I put myself, my own resources or worth over any of the living elders or children.

- My mind-control violators constantly make me listen to my violators arguments, motives & excuses for why they are violating me.

- My violators & neglectors intentionally keep me insecure by keeping me uncertain about what designs & inventions I can claim as an individual contributor while they allow the people from my surroundings to intentionally exploit me.

- My violators within the local legal & law-enforcement systems have intentionally arrested me unlawfully every time I've been arrested & wrongfully punished me every time I've been ticketed.

- While getting gang sabotaged, violated & neglected by authorities the court continues to focus its unlawful attacks against me on my driving rights while knowing that I'm probably the most criminally violated driver of all time who is cognitively disabled. They do this intentionally to agitate my head injury symptoms & intentionally debilitate the chances of me recalling my memories.

- As a young child I immediately noticed that it was a potential motive of my violators as they forced me to prepare myself for court so they could justify showcasing this unlawful evidence to the courts as a proven record for the precedent decisions involving time limitations & the cognitively disabled.

- My violators who control me with weaponized mind-control technology force me to verbalize whatever thoughts of mine that they want. One of their most common techniques is forcing me to verbalize my suicidal & homicidal thoughts as they create false evidence to attempt to justify criminally violating my rights to the court. They do this as they intentionally ignore the perfectly obvious facts & evidence involved with my case. They do this to me as they exploit me on low income to worsen my symptoms & efforts towards recovery as a severely brain injured victim who is getting violated nonstop while being interacted with by the television, internet & radio nonstop.

- My violators who control me with weaponized mind-control technology forcibly sabotage my personality as they belligerently force false symptoms as a red-flag/rape-whistle type attraction for those in my reality to help them realize that my brain damage is live. I've noticed that they intentionally do this as my local police continue to unlawfully arrest & wrongfully incriminate me regularly. I noticed that this is also done to me intentionally when the people amongst my immediate surroundings aren't respecting the reality that I'm the victim & contributor that I am.

- My violators who use technology to control/violate me regularly force me to forget to carry my pocket knife when I go into public.

- My delusional violators continuously attempt to claim that they are the positive that the group effort creates instead of the devastatingly damaging & horrific criminal that they are.

- My violators seemed to force more & more severe head injury onto me because of my inability to verbally communicate after a specific amount of time after each injury out of disappointment in the human race's ability to survive severe head trauma without disability.

- My violators seem to sabotage me whenever somebody in the public or the authorities fail to respect the totality of our reality involving myself as the victim & contributor that I am.

- My violators seem to punish me for spending time & effort towards my individual needs, court case preparations, physical therapy & character development.

- My violator regularly looks operates my phone as my mind is blank attempting to falsify my web browsing history. An example of this is when I'm using Instagram my violator regularly forces me to check on model's webpages when I had no cognitive intent to do so. They do this to exploit negatively.

- One of the regular techniques my violators have used to sabotage my personality throughout my entire life is when they force me to comment on the physical attractiveness of the females from my surroundings or the television. They always make it extra awkward to make it seem as if I'm insecure or undecided on my sexuality when I'm not.

- While a child & in my lifelong argument with my mind-control technology using violators I called my surroundings a bunch of 'soap opera-ers'. Since then, my violators have brutally & ruthlessly been sabotaging my personality while making it seem as if they are making me live a 'soap opera from hell' as a joke.

- I have noticed that the legal & education systems need to keep a focus on the exploitation crimes (& the potentials for them) of students by their 'higher-ups' who use resource availability as a political weapon.

- The legal & justice system's employees make jokes about not being responsible for victims who are violated with mind-control technology. They make jokes about doing this while my personality/character/reputation is being blatantly sabotaged by a violator using the technology to force false symptoms. They make jokes about stealing victim's rights & assets while using mind-control technology to force false symptoms on victims in-order to unlawfully prove them insane for court. They make jokes about trapping people into taking advantage of victims being violated with mind-control technology. They make all of these jokes while making jokes about extorting victims for political/audience-gain by using the power & responsibilities they gain at work. They also make that joke while joking about trapping/extorting/blackmailing people while they are unaware that they are under surveillance for social/financial/mental gains.

- My violators that control & violate me with weaponized mind-control technology make jokes about creating sound effects while forcing my speech to fault as if they are a DJ scratching their music.

- My violators that control me regularly force me to act 'like an animal' whenever they notice me being treated inhumanely.

- My violators that use mind-control technology on me made a joke while I was on an ankle monitor after getting released from prison. I was running an experiment on my spies/controllers to further prove my point as I was unprepared for court & planted some marijuana at a specific location. My violators had a tornado touch down & erase my family's grain storage facility in Cameron then picked up the tornado & set it back down on my pot plant 2 miles south. This happened sometime in between 2010 & 2017 & is something I think I remember being told would happen long ago but I certainly don't remember for sure. They made several jokes while I was on that ankle monitor but the only other memory that I have for sure is when they forced me to lose my sense of direction & time while I was morel mushroom hunting as my time was running out to get back home.

- My violators make jokes about how easy it is for them to human traffic me to their audience by forcing me to prepare myself for court as they constantly violate me & intentionally neglect me. They do this as they are making the same jokes about doing this to me as they financially, socially & professionally exploit me as well while intentionally wasting all of my time & leaving me in an unclean environment with endless chores to complete. They do this as they make jokes about extorting, coercing & exploiting me out of a $billion+ court case while attempting to keep up with the chores of a $60,000 house.

- My violators murdered me intentionally many multiple times because of how I was violated & neglected by my surroundings. My government's legal, law-enforcement & medical systems have since made jokes about going on strike because of organized crime & have completely destroyed my life while doing so.

- My violators & neglectors make jokes about attempting to invade, conquer & destroy me legally as that is what they are attempting to do & have done to me for over 3 decades without rest.

- My violators that control & sabotage me with weaponized mind-control technology make jokes about being belligerent & I respond with the same type of jokes occasionally but when I do my surroundings seem to attempt to use it to justify the expungement of the justice associated with my court case. They use the same justifications because of my marijuana smoking despite me having them dead to rights in a 'fair day in court'.

- The people from my surroundings intentionally neglect me as I've been knowingly getting tortured & stolen from in efforts to benefit financially & socially from the corruption & the rest of the 'forced upon me negative' associated with my life & court case. These are severe crimes that are going without getting brought to justice for a child victim (myself) that is now permanently & severely disabled from multiple severe brain injuries during early childhood.

- The violators that use weaponized mind-control technology to control & violate me constantly show me how they can & do expose whoever they want with the brain-controlling technology seemingly whenever they want. They make jokes about exposing the insecurities, jealousy, greed, hypocrisy, etc. of the people I interact with as they make jokes about attempting to trap me into making assumptions about people & their individual circumstances. They also violate me for others greed/stress/jealousy/evil/insecurities (especially with medical crimes (poison/neglect).

- The violators that use weaponized mind-control technology to control & violate me constantly sabotage my personality & character for the sake of humbling me amongst the population for the sake of all of the politics associated with protecting & providing for an individual & disabled individual in the community. I am referring to the politics involved with resource availability & consumption rate expectancies for everything including food & medicine. The politics involved with protecting individuals amongst the general population & media. Social & economic politics, etc. All of these politics are where my violators & opposers pull their justifications from & when they can't prove me wrong nor catch me up, they forcibly sabotage me with mind-control technology weaponizing my own body & mind against me. This has been done to me on repeat for my entire life.

- The unknown violators that repetitively kicked my head at Warren High School are guilty of violent mob action that were murder attempts on an innocent & defenseless disabled individual who was in a mind-blank from multiple separate severe brain. I say I was defenseless because I was told that if I fought anybody I would be put in prison. Each time I was attacked I decided I wasn't going to run away from those kids but I hadn't figured out what else to do so I attempted to wait it out hoping somebody would handle the attackers. I patiently took their attacks each time until they stopped despite being capable of dominating them physically. I lost all memory of

both attacks immediately & didn't remember for years. I still don't remember the order anything happened throughout my childhood but know that I was attacked multiple times by people from my surroundings after my mind-control violators had murder-attempted me at the park.

- My violator/violators regularly talks/talk to me through my own voice while being extremely blatant about intentionally sabotaging my personality as they use mind-control technology to make jokes about controlling my personality while & making comedy & entertainment scenes to potentially use for contributions/public relations/advertisement/my future/etc. - I'm often punished by my controllers/spies for making jokes to myself (while in my own privacy) about making movie scenes as I'm getting unlawfully exploited, exposed & violated with unlawful surveillance. Keeping enjoyment sexually while getting tortured with forced symptoms under surveillance is damaging. Attempting to keep a sense of humor about that effort is helpful while dealing with all of this negative threat & focus amongst my court case & life.

- My violators intentionally violate & intentionally neglect me because they are against me getting to retire, function & live a good life despite me earning that opportunity.

- What my mind-control violators put me through is equivalent to the following: A slave owner makes movies about torturing their slaves for their own entertainment.

- One of the techniques my violator/violators (who use mind-control technology on me) consistently focus on using regularly is their politics on when they allow me to have decent handwriting/artistic-ability & when they don't allow me to function well enough to write decent. They always control this based on where I am on/within my internal argument for self-defense & my own sanity against my violators/sabotagers.

- My local legal & law-enforcement authorities continue to exploit me & my lack of ability to verbally communicate reliably & memory loss while intentionally neglecting me as I'm being tortured, tormented, sabotaged, controlled & exposed. They take advantage of these opportunities as I'm being violated with mind-control to exploit other authorities, the court & the public instead of protecting me.

- I believe my violator that used mind-control technology to violently murder-attempt me multiple times intentionally murder attempted me with brain injuries knowing that the doctor would have to give me brain/skull surgery to survive hoping to make the surgeon/hospital look like a hero.

- My violators continue to make threats & jokes about having the resources to 'get things done' as I am getting intentionally isolated because of getting controlled, sabotaged, violated, tortured & intentionally neglected. They continue to remind me that violators don't get the resource availability that law-abiding contributors have access to. I'm being set up & while the local justice system pretends to be oblivious to the constant violations that have damaged my life. Settling with court is now priority one for me. They regularly & arrogantly remind & threaten me with the resource availability to food, drink, entertainment, clothing, transportation, machinery, tools, equipment, agricultural resources, labor, medicines, & more while joking about stealing my rights because of the intentional sabotage they unlawfully create. Justice should not need

much more of an investigation after questioning my witnesses & adding 1+1+1 while processing my evidence.

- My mind-control violators forcibly verbalize my (very justified) anger with my violent & severe criminal violators on a regular basis. They do so while sabotaging my personality & destroying my character intentionally & they often force me to say that "I'd kill this violator or that violator in self-defense" & that "I'd rather go to bloody war against them & theirs instead of letting them get away with what they've done to me" because I'm still being severely violated & intentionally neglected. I have noticed that every time this happens my skin breaks out & looks disgusting again. They always do this to me as I'm patiently waiting for due process & justice & have never attacked nor disrespected anybody intentionally. They don't only force my skin disease when they do this to me intentionally (sabotaged exposure) but my entire surroundings seem to use these incidents & false evidence that they collect in my privacy to violate me with gang/group punishment, disrespects & threats/loss to my freedom, rights & consciousness (they literally punish me with mind-control by eliminating my ability to stay conscious). They then use the fact that I wasn't able to get everybody cleared up & on the same page to label me as incompetent to represent myself regardless of my brain damage & the massive amount of information that I was attempting to remember & reprocess all at once. They (my unlawful opposition (hoping to benefit from exploiting me), violators & neglectors) then use this to exploit the public & make me believe that the time & effort that they've had to spend putting thought into my existence & court case already has cost more than what me & my effort is worth to them because the group effort & political attention my efforts require. They make me believe that they are going to use all of this negative that was unlawfully forced upon me, the unlawful public exploitation that was intentionally & naturally created & the fact that it's taken this long for me to remember to exploit me out of my rights, opportunity, compensation & earnings as a contributor. They seem to be using my intentionally created disabilities & this exploitation to make an unlawful argument stating that they are limiting my legal claims while saving the court time & effort by absorbing my contributions & their acquired resources because they are using false information & false evidence to make an argument that I'm going to owe all of my money back in fines, fees & lawsuits (when I am a completely innocent victim who owes nobody anything).

- Throughout my time interacting with the entertainment industry I've noticed the hollylanders intentionally wasting my time with garbage movies while making jokes about how the viewers shouldn't be able to afford to view their brilliance. They do this as they make excuses about having to appeal to specific audiences.

- My violator/s pretend to be God & the devil. If I don't pray within a specific amount of time I get punished & often I believe it's my mind-control violator punishing me & not God nor the devil. They seem to have a fetish with pretending to be God & establishing dominance about how & when I pray while using the ability to steal my conscious, free will & freedom to think to myself as punishment. It has always seemed as if the internal argument that constantly goes on within my mind under God between my mind-control violators & I controls the weather. It seems as if my thoughts & responses make it start or stop raining, snowing, storming, drought, etc.

- I believe I'm being isolated as often as I am to seclude the peoples' opportunity to increase their expertise on people with brain damage for politics involving experts for the court.

- Throughout my experience getting controlled & violated with weaponized mind-control technology I immediately recognized all the potential crimes that can be committed in casinos & organized gambling with the technology. It's possible for them to change what cards each individual at the table sees in their hands & on the board separately while making them all see whatever they want them to see so they can hand the chips to whoever they want to hand the chips to. It's possible that the security guards watching the poker games through video surveillance could communicate with the players using 'thought-to-thought' technology so the cheating player could know every players' hand or that a mind-control violator could access the security guards vision/mind to relay the same information to the cheating player & it's possible for them to do this without the cheating player to know that they are cheating. It's possible that mind-control violators can read the thoughts of the non-cheating players & then communicate their known cards to the cheating player using thought-to-thought technology.

- My mind-control violators repetitively violated me with severe brain injuries while under surveillance to experiment with & educate legal representatives about mind-control technology, brain injuries & the settlements associated with them.

- My mind-control violators forced me to physically harm my dogs while attempting to prove that my surroundings care more about my dogs health & justice than they do mine.

- Knowing that I was told that the wildfires in Los Angeles & Maui that occurred within the last several years were going to happen 1.5-3 decades ago I believe that they were intentionally caused by organized criminals ensuring that those areas received the materials necessary to remodel & reconstruct the area (instead of other parts of our country getting to redevelop).

- Throughout my experience as a disabled victim who is getting intentionally neglected & violated by my surrounding authorities it's come to my realization that the USA helps criminally exploit innocent victims attempting to save the careers of private lawyers that aren't criminal defense lawyers or prosecutors. As innocent victims we are owed & entitled to full legal representation & the system helps exploit this so that lawyers can still make money.

- My violators that use mind-control technology as a weapon have regularly proven to me that they alter people's vision & minds at their will for their own criminal motives.

- All of these details that I'm documenting that I was told would happen forever ago seemingly represent how much I was violated in between the severe crime (murder-attempts, sexual assaults, severe sabotage, harassment & abuse) that I was violated with nonstop & the document worthy information (invention/design/contribution plans, criminal-profile & self-defense argument) that I produced by myself as a child.

- My overall experience with society as somebody being violated with mind-control is that my violators help exploit individuals who need to settle in court but have yet to contribute towards their legal representation as an individual & victim & or contributor. Combined, my

surroundings & mind-control violators seem to make 'Pirates of the Caribbean' jokes about the courts being "the boss" & social-existence being a vampire joke as a defenseless individual victim being constantly disrespected by everybody as they all intentionally act as if they are unaware of reality despite knowing certain truths. A common joke that they make as I pretend to be in the 'Interview with a Vampire" & "Underworld" movies in my privacy between me & my mind-control violators is when I notice they joke about being a vampire who is unable to survive nor grow as a person without sabotaging somebody's effort towards personal growth & development while representing themselves amongst the community as somebody who should be known as an innocent & respected contributor but is otherwise being exploited, sabotaged, tortured, neglected & forced to suffer. They run this same joke while introducing the potential politics for the public security required to be comfortably safe in the public amongst all of these individuals & under all of these forces (governments, groups, organizations, teams, companies, etc.). "Security costs" is always a focus amongst my mind-control violators overall interaction with me. They make it seem is if when I meet people it's a Mortal Combat psychological battle & whoever has the most human resources & is caught up in court the most wins. My violators make it clear that circumstances exist where no individual can overcome any of the existing forces without death. They've made it clear on a daily basis to me while using the brain technology to control me that they are intentionally hurting me whenever they want & as severely as they want & this is one of their punishments about being attached to unsolved negative with the court. This evidence more than proves my case as I've always known that it would when I was able to remember any of my past. They also make jokes about running stress-tests equivalent to somebody surviving the head-injury impact of the passengers in a plane crashing nose first from the sky & comparing us severely damaged to those experience less concussive symptoms who think that they are hurt when they have no clue the mega difference between them that are basically only understandable once experienced first hand. I believe that while under surveillance I've been an exposition for people to be able to witness severe injury first hand for educational purposes & to raise first hand awareness associated with severe head-injury. When I proved myself calm & collected they force faults to alter with the surveillance & this became a fight between my mind-control violators & I during my early childhood. The joke is because their abuse & sabotage has been so extreme & the lines have been crossed into life & death sentences territory. I haven't had one moment with myself since my worst initial injuries when I operated smoothly or without getting violated because of the severe damage that they caused. They've made me being a forced stress reaction show while under surveillance & the politics for severe & permanent injury the focus for my entire life's overall communication with the people, including my family. My output produced all of this positive for the future yet they keep the focus as negative intentionally.

- My mind-control violators seem to be attempting to make it a psychological battle for necessary medicines that my rights & injuries guarantee me. They do use forced symptoms as a punishment & damage me nonstop regardless of my major contributions, family, farms, etc. They only let me 'win' the medicines if I do everything exactly as I was told, have the entire public

caught up & don't get forced to say what I get forced to say involving my violators & the crime that I've been constantly violated with. Even when I do everything even better than how they wanted I get intentionally & blatantly sabotaged & forced to take more forced loss & suffering. No matter what they don't let me 'win' in my fight to control my own personality, words & actions along with when I'm able to stay conscious & processing cognitively. The mind-control violators always make it as obvious as possible while showing me that they are using mind-control on me & not allowing me to function nonstop regardless of when I'm conscious & processing cognitively or not. They seem to have made it so that I won't get to get my rights at the doctor until court is settled & the public is understanding of the truths associated with my court case. My mind-control violator seems to punish me for not having court settled as well & makes me believe that once I get court settled & the public is caught up that I'll be allowed to live with clear skin, my ability to function sexually & protection from getting otherwise violated with mind-control. At certain times they then seem to flip this entire script of getting violated because of the legal system not caught up to getting violated so that all of my mind-control torture is based around how incomplete my relationships are with my only immediate people. They are always punishing me for this or for that as I was completely unresponsible or cognitively incapable for the entire time so its made for an intense hell to survive considering I'm getting regularly punished as the priority & innocent victim. They continue to prove they will destroy & conquer until they can't & that I'm defenseless as an individual without the protection that I'm supposed to expect. It's been a brutal disheartening constantly getting punished with severe loss for an innocent past. Getting settled with court & the public caught up is going to save my life from being a complete loss regardless of being probably the future's top overall contributor from my age range. My mind-control violator uses brute force, severe pain & the worst types of techniques as their everyday special.

- The internet lies to me about certain things. They lied to me when I asked if I'd still be entitled to justice as the serial victim to our nation's worst crimes if I seek asylum to another country for my own safety. They lie to me about my research involving acne & opiates also.

- My mind-control violators who are working in collusion with the mass media & United States political force are attempting to document & prove incompetence in as many people as possible. I believe they are doing this for our people's self-defense argument in the United Nations while making arguments for corruption in the people's best interests. I believe they are using all of these techniques simultaneously to justify & test the need for imprisonment & law-enforcement as well.

- In America the two major political parties are Democrats & Republicans. If the Democrats hypocrisy was erased & we forced them to follow their true agenda all people would be provided equal resources that are equally divided by the nation & all people would have to volunteer equal amounts of time to achieving the work necessary for the world to spin. Obviously this is not reality so their efforts are criminal. I believe it might be a better option to have a party that represents the owners & wealthy & a party that represents the working & lower class.

- America continues to succumb to the Native Americans because we had to civilize this land & I came up with a legal argument as a second or third grader with brain damage that would

eliminate our debt to our land's native people that lived here before we brought modern civilization. This is in my criminal profile because the politicians don't do their jobs & continue to exploit the public. We don't owe the Native Americans anything for civilizing this land. If it was up to them the tribe would own everything & disperse resources equally based on the tribe leaders' opinions & this doesn't respect individual rights nor opportunity. We came here attempting to peacefully civilize & while doing so we were attacked & defended ourselves legally with self-defense. This land was very much meant to be civilized & it happening was a plan for the future regardless. We still are attempting to respect them & I understand that but we take more loss than what we owe for them & it's time for them to be forced to accept that reality.

- The entire government is stealing from & exploiting the entire country so that suburban & city people can be wealthy instead of providing farmers & the people of rural communities the equality that we are supposed to have guaranteed to us.

- The local & online dispensaries that I have purchased & tested the marijuana of are intentionally providing a criminal representation of marijuana in hopes to turn people away from the medicinal option. All of it was complete trash compared to the weed I grew myself the very first time I grew it & I grew it while getting tortured & while having to spend all of my time & focus on preparing this evidence & doing my chores.

- A note for the investigation: James 'Jimmy' Hennenfent is a friend to Mick Kaywood. I believe that it was Mick who intentionally assaulted me violently by blindsiding me into the concrete as I was playing football in a game that he was not playing in. I believe it was Mick who told me he was going to steal my invention that is now called Animal House 'Monkey Feet'. Mick has violated me multiple more times since & harassed me with verbal & mental abuse almost every time I've been around him when I have never done anything to him. His father, Marvin Kaywood was supposedly arrested & sent to federal prison for making meth. James introduced me to Noah Ray. Noah went along with exploiting & stealing from me for pain medicine as I've been getting intentionally neglected the medicine that I need & is a known drug user. James introduced me to Adam Ray (non-relation to Noah) who is Morgan Ray's brother. Morgan & Adam's father has been to prison for criminal activity & is a known drug (meth) user along with Adam. I was repetitively raped with & abused (mentally, physically & sexually) by Morgan. I was also introduced to Dustin Timmons through James & all of these people treated me with disrespect & damaged my life as I was to hurt to function. Mind-control has been used to violate & sabotage me almost every time I've been around James & his son had a head injury that I witnessed as his son attempted to trick my nephew into taking that head injury. James was probably aware that I had been held down & had my head stomped multiple times as a kid & never said a word to me for me, reality nor the sake of justice as I was in high school without my memories. I believe that these people could be in on the collusion of organized crime & corruption that I have been violated with for my entire life.

- A note for the investigation: Caroline Prince's uncle supposedly is or was a Judge for the Supreme Court in Florida & I was blatantly sexually assaulted with Caroline as mind-control was

used to force my involvement. She also was less than 10 feet from me as I was raped & then left me dead & paralyzed after I was murder attempted.

### *Orders of Protection:*

I intend to file orders of protection against all violators/neglectors until my court case is settled. In my mind I deserve protection from the local, state & federal government including our justice & law enforcement employees (most specifically Matt Greenleaf, Sheriff Martin Edwards, Officer Peoples from Monmouth & Lane Mings from Galesburg's Police Department). I deserve protection from the OSF medical group & it's employees. I deserve protection from the local health department's & the Illinois Department of Public Health. I deserve protection from the medical representatives of McDonough District Hospital Clinic in Monmouth, IL. I deserve protection from the Graham Healthcare representatives in Galesburg, IL (including Dr. Patterson). I deserve protection from the Laborers' Union in Pekin & it's employees. I deserve protection from Alvin Rose Jr. & the Warren County Housing Authority. I deserve protection from the Warren & Knox County Sheriff's Departments. I deserve protection from the Warren & Knox County State's Attorney's Offices. I deserve protection from the Alexis Police Department. I deserve protection from the Illinois State Police from my district. I deserve protection from all involved with the corruption involved with me being neglected, wrongfully charged & unlawfully imprisoned. I deserve protection from local news sources WQAD News Channel 8 & KWQC News Channel 6. I deserve a protection order against Warren County Disability Coordinator Denise Schreck. I deserve protection orders against the Warren County Public Defender Kyle Worby & the rest of the Warren County court representatives. I deserve protection from everybody & everything involved with my court case & violating/neglecting me. I'm hoping to be put into protective custody until I completely settle with court.

### Court Argument:

The following facts will need to be processed to successfully represent me in court:

- This is my best effort to provide the legal system testimony enough for me to be represented legally. I cannot give better than my best effort & accommodating me is the responsibility of the government. I understand if they want to accommodate me but denying me my right to a 'fair day in court' is unlawful & I will be seeking justice & compensation for the 30+ years of unreasonable delay.

- I don't know if I survive nor function without the assistance of medical technology because of the brain injuries my mind-control violators forced upon me intentionally. Mind-control technology was being used to control & abuse me constantly since I became conscious & began cognitively processing & remembering as a child.  I had been getting abused with the technology on a regular basis before getting blatantly violated with my worst brain injury at Monmouth Park. I don't know if I died & am still dead or am brain dead or partially brain dead or partially

brain dead only part of the time. I don't know if my brain would function well enough to stay alive without medical treatment & mind-control technology being used to control me because of how bad that head injury was. I bet 0 out of 10 people survive that injury without whatever treatment or surgery they gave me during my childhood. Sometimes it seems as if my mind-control violators hit a button on a remote-control & it shows my true cognitive state without the technology & it's a much worse mind-state that I no longer have the ability to communicate in & observation is my highest cognitive function while only being able to hope that I'll get to remember as my memory was completely unreliable. I'm uncertain if I recovered from being turned fully paralyzed from that brain injury or if medical technology is now allowing me to move. I don't know if I recovered from becoming partially paralyzed after getting forced to fall out of the tree house or if medical technology is now allowing me to use my lower body. I haven't been able to figure any of this out for myself because of getting controlled & violated with mind-control technology so often & being damaged to the point that ever since I've been unrecognizable even to myself. I might be surviving all of this by myself without technology being used to do anything but abuse & violate me.

- There is a massive difference between the disabilities of people who have suffered one severe brain injuries or multiple separate severe brain injuries when they were allowed to recover in between their injuries & people like me who had skull fracturing severe brain injuries & then were repetitively violated with more severe brain injuries as their skulls were fractured & their brains were swollen & damaged. I've experienced the difference first hand & it's not comparable.

- I am grateful for being taken to the hospital during my childhood for head injuries. The hospital did something to my head that has permanently relieved me of the worst symptoms that I used to experience. I believe that whatever the hospital did to me saved my life.

- I look forward to using scientific experimental research in court to prove the amount of force & fatality rate associated with each one of my brain injuries.

- I plan to use my testimony amongst the witnesses testimonies to prove my case.

- I declared my violators that use mind-control technology to control me my enemies during my early childhood.

- The insecurity & lack of safety now included in my everyday life because of my serial murder-attempter not being brought to justice who is still getting to violate me constantly throughout every single day has tremendously enhanced my misery & suffering.

- The inventor of the gun kills several people & tells the legal system during sword-times "you can't charge me for murder because there are no laws on guns yet". This is how I see the violators/state's/government's argument against me as I'm getting violated with mind-control technology arrogantly & blatantly without protection nor due process. My opposers arguments

would also be comparable to allowing somebody who equips a drone with a weapon to commit murder getting to live free of justice & punishment.

- All decisions about my case throughout my entire life have been made while completely ignoring the factual evidence, facts of severe brain injuries, facts of repetitive severe brain injuries to innocent kids, the rights of humans, inventors, kids & victims. My case should forever be remembered as one of the most pathetic representations the legal system & a local community has ever had the opportunity to handle.

- This testimony evidence proves my case by itself without an investigation to anybody capable of adding 1+1. An investigation will be necessary to prove who is guilty of what but I am the proven victim & contributor regardless of what an investigation proves (& was long ago).

- This evidence proves that I was a child victim to repetitive severe injuries. This evidence proves that I was a child victim to serial crime. This evidence proves that I've been getting violated with mind-control technology since early childhood. This evidence proves that I was ganged up on by criminals from my life & criminals using mind-control technology as a weapon. My evidence proves that my community & the local police & authorities were aware of my injuries & that mind-control technology has been getting used on me. This evidence proves that they (my authorities & elders from my community) are guilty of intentionally neglecting me. My evidence proves that I was a contributor/inventor/designer with goals & fool-proof plans who planned to be a leader & major contributor for my entire family & future family. The world's education & resources proves that my inventions/designs/contributions are worth many multiple $billions. My evidence proves that I have been willfully deprived of my rights as a victim & contributor as I've been repetitively sabotaged. My evidence proves that I was a good kid who didn't hurt kids who attempted to hurt me despite being capable of doing so.

- I have been violated simultaneously by both people from my surroundings & violators using weaponized mind-control technology for my entire life. My local & state government are attempting to allow both to get away with their crimes free of justice. I am demanding justice against all guilty violators.

- I am entitled to justice despite my violators unwillingness to confess.

- Every violator would win every court case if the court allowed false & staged evidence to be used as factual evidence gets ignored. This is what has been happening with my court case for over 33 years now & it is one of the reasons why my case is unsettled.

- It would be extremely illogical for me to lie within my testimony as I would be found innocent of all wrongdoing regardless (because of my repetitive severe brain injuries) & as I'm being controlled & interrogated with mind-control technology that documents my every thought under mind-control surveillance as I have over a billion dollars on the line & the opportunity to be remembered in our history books in the best possible ways (as a major contributing inventor &

designer). On top of this my evidence proves itself so any argument in the realm of this that opposes me should be immediately proven invalid & unfit for court.

- The 'Official Misconduct' associated with my case is extremely severe. The authorities have been ignoring extremely obvious evidence so they don't have to arrest violators that they don't want to get arrested. They are also doing this hoping to get away with letting non-deserving people get away with stealing billions of dollars from me & eliminating my right to have my name in the history books as one of the top contributors of this era. They are doing this while knowing allowing my mind-control violator to sabotage me nonstop free of justice & then using the sabotage the violators intentionally create as the evidence.

- To prove my case all I need from the witnesses is for them to admit to the court that they witnessed the detailed incidents. The witness testimonies will change nothing about the facts nor outcomes of my court case otherwise. All of the opposing arguments & witness testimony from others associated with my evidence that states otherwise will get proven invalid in court once an investigation is complete. To my knowledge none of them were aware that mind-control technology was & is being used to violate & sabotage me. To my knowledge none of them knew that I was a serial victim to violent brain damaging assaults & they all believed my injuries were caused by accidents caused by my own inability & foolishness. To my knowledge they all thought I was faulting when I was getting sabotaged. It's constantly proven to me that those using mind-control technology to violate me can produce my exact thoughts from when each of the individual incidences from this evidence occurred. They continuously use this technique while forcing me to speak the exposed thoughts as I still haven't remembered the specific incidences happened. I don't get a choice to speak & they wreck my personality as they make me appear unfit while staging video surveillance. It's constantly proven to me that the television & radio broadcasters are knowingly communicating towards me with full access to & while I'm in live unlawful surveillance & this has been going on very regularly since the early 1990s. The interaction I have been constantly given from the television broadcasts & internet are the only source of hope that I have received that I might get a fair day in court one day. I believe that my violators intentionally obstructed justice against me by constantly sabotaging me with mind-control to their audience. My surroundings expected responses from me about details that I hadn't remembered had happened. I still get to expect justice for myself regardless of getting sabotaged & not remembering the crimes for decades. As the victim to repetitive severe brain injuries the statute of limitations gets eliminated because of my persistent & permanent memory loss. Nothing can or will change the facts of my evidence nor will anything change the laws that protect me as the victim to these crimes so any & all arguments against me are a waste of time for me & the court.

- It wouldn't surprise me whatsoever if all of the people who have violated me in-person were being sabotaged & set-up by my mind-control violator/violators but with my experience with those who are documented in this evidence I believe they are ALL guilty of knowingly violating me.

- All of the victims who my violator forced me to violate are less priority victims in each of those situations that I was. While I had my leadership role for our farms & my inventions on the line getting set up to violate them with the petty, non-harmful crimes that I was forcibly set-up to violate them with was much more of a crime to me than the non-harmful damage that they were violated with. Furthermore, the majority of the people who I was forced to violate were already guilty of violating me with crimes & neglect worse than what each of those incidents caused.

- There is a massive difference between my cognitive abilities & self-control when I was a healthy kid compared to after getting brutally murder-attempted with brain injuries at Monmouth Park twice. The cognitive & physical damage fluctuates between severe & moderate but remains constant always.

- People who read Stephen Hawking's communication while using technology to communicate with him didn't gain the rights to steal his ideas nor will my technological violators nor the neglectors who allowed them to violate me as they continuously force me to live without my justice nor rights.  I'm a disabled contributor that with equal opportunity/protection will be more of a major contributor than Stephen Hawking.

- Currently you all are unlawfully punishing me (a Thomas Edison-type inventor/designer) & protecting a John Wayne Gacy-type child violator who uses mind-control technology as the weapon. Whoever is responsible for all of the violations/pain/suffering being forced upon me with weaponized mind-control technology is the same type of criminal & I expect the same type of justice. The constant violations/sabotage/neglect to me makes my violators & neglectors who aren't fully responsible for the worst violations to me 'sidekicks' to my priority violator/violators.

- I was taught by 1st grade (6 years old) & understood these rights/laws & don't understand why the legal/justice system is still acting confused about my victim rights over 30 years later: I was instantly taught that inventors & contributors get protection (copyright/patent/trademark). I was taught these actions were crimes (stealing, hurting someone (mentally or physically), attacking someone (mentally or physically) murder-attempt, rape, sexual assault, trespassing, breaking & entering, violating privacy, torture) & that violators were sent to court for justice/punishment. I was taught that victims to those crimes & victims who suffer big loss get compensated. I was taught that every citizen is entitled to fair & proper legal representation regardless of if they are disabled, elderly, uneducated, incompetent or can't afford legal representation. I was taught that I cannot be discriminated against, denied nor refused any of my rights while going through the court procedures or while living/working. I was taught about 'neglect' being a crime. I was taught about my right as a United States citizen to have access to the medications necessary for me to eliminate my symptoms & my rights as a disabled patient/victim. I was taught about workers compensation. I was taught that sabotage is a crime. I was taught that using false evidence against someone to make them take wrongful punishment/loss is a crime. I was taught that staging/creating/planting evidence to use against someone is a crime. I was taught that betrayal is immoral. I was taught that exploiting someone is a crime. I was taught that unlawfully exposing

someone is a crime. I've been negatively affected by all of this on a daily basis since before I was 6 years old.

- There is a massive difference, in court & reality, between a guilty violator & an insane violator who faults because of stress/mental-illness. There is also a massive difference between those 2 types of violators & a person who faults after being murder-attempted multiple separate times with violent & severe head injuries & who also has been tormented & tortured every waking moment of their entire life. Again, there is a massive difference between those 2 types of violators, that type of innocent victim & an innocent victim who is set-up & sabotaged by a violator using mind-control technology to make the innocent victim appear to be a violator by horrific criminals.  I am an example of the 2 100% innocent victims & am neither a violator nor an insane violator. It's illegal to torture someone until they fault & then attempt to punish them for faulting, especially as they are under surveillance the entire time.

- My case is the absolute furthest thing from frivolous but that is what my federal government unlawfully labeled it as.

- I'm a victim in every single incident that attaches me to negative. The majority of the incidents I'm a victim to a violator controlling, sabotaging, exploiting & torturing me with mind-control technology & the others occurred because of intentional neglect as I was nearly mindless because of my brain injuries.

- I'm entitled to consolidation rights with my court case so that I don't have to go to court for the 1,000+ separate crimes that I'm victim to nor go to court for the local corruptions repetitive effort to charge me for crimes that I'm innocent of but being unlawfully set-up for with weaponized mind-control. My evidence proves my case & proves that I should be able to go to court in the Federal Supreme Court for my entire court case instead of being repetitively forced to go to court for the very much less priority individual sectors of my case as the opposition, legal & law-enforcement representatives continuously gang violate, exploit & neglect me knowingly.

- Each severe brain injury that I've had erased my memory which was complete devastation because of all of my plans to contribute. Each time that I lost my memory it has stayed gone for years at a time & when I remembered each memory I only had a brief moment to process it cognitively. Every time that my memory has been erased from severe brain injury I have to start the process of recollecting my memories over again from the start. Each time that my mind goes blank after I've began this process it doesn't proceed until I remember & am able to process the current thought that I was on. This thought process now stops if I attempt to multitask even the simplest tasks like moving my arm. When my mind has lost its train of thought it has been anywhere from several minutes, to months, to years & over decades before it gets me back on track. People can blank my mind by looking in my direction. Getting constantly violated & harassed debilitates me & causes me to lose all progress.

- Once I realized what was going on in regards to the mind-control technology getting used on me & I had received my 2nd grade education I became 100% aware that I had nothing to worry about for court because of the laws & authorities that should be protecting me as a human getting controlled, experimented on & violated with the new weaponized technology. I knew that I am entitled to the surveillance information amongst my internal thoughts that the mind-control technology constantly interacts with but I've never had hope that my rights would be respected. Throughout the past 7 years my mind-control violators have cooperated by regularly reminding me of my exact thoughts that I had completely forgotten. They only remind me of my next thoughts in the train of thought that allowed me to document all of this evidence if I am working towards progress enough to appease them. I'm expecting to be able to use the mind-control surveillance as evidence for court but if unlawfully denied this opportunity this evidence will suffice.

- As I was wrecked & not functioning cognitively, I remembered that I was a victim & that my damage was caused by violators but I couldn't remember any evidence. During that time, I didn't remember that I was an inventor. It took me the past 10 years of battling for my memories to remember everything that I have documented after completely forgetting everything for around 2 decades. I still don't remember 2 movie plot-plans that I devised during my childhood & one of them was my favorite plot-plan that I had thought of for a movie. I also am still missing a major political plan that I thought could contribute a lot of positive for civilization as well (3/20/25).

- All thought for all of this 800+ page evidence preparation was thought I put into my case during my early childhood or during the brief moments that my mind was functioning after each incident. My mind has been on repeat since childhood. I start processing, remembering & planning until I was violated with severe brain injuries & lost all memory again. This is the fourth time I have remembered all of these facts after forgetting because of the brain injury symptoms. Each time I lost all of my memory I remembered that I was turned disabled by violators but didn't remember any details. I instantly forgot everything immediately after it happened for years after my worst brain injuries.

- All of the mind-control-technology crime that I've been violated with has been an intentional threat about the consequences associated with the weapon & being defenseless against it. These violators control & sabotage me nonstop & at their will as it is so I have to pass the mind-control lie detector while representing myself to my people & the mind-controllers or they make my life more miserable. I've been passing the lie detector & getting sabotaged for it with (weaponized) mind-control for my entire life. While passing the lie detector it seemed that I was commonly punished with mind-control abuse for not informing an elder in my family nor an authority for the crimes involved with this evidence when my brain lost the ability to speak & think. A common punishment I receive from my mind-control violators while passing the lie detector is when they control & sabotage my personality while impersonating different potential reactions that my court case opposition might experience when realizing that I can prove myself past their points for court. They intentionally sabotage me as they do this while making video surveillance

to have constant evidence of me seeming unfit hoping that their endless evidence will give them an argument against me in court. I couldn't multitask so I had to sit down to think of everything to stay prepared for court & that time sitting cost me while developing physically exactly as my violators wanted. I had to sit down the previous 8 years of my life (2018-2025) along with most of my childhood to be able to produce this evidence & argument in self-defense. It takes really sorting everything out to be able to see the big picture when searching for ways to contribute as an inventor & designer & that was made extra difficult for me intentionally by my violators as well.

- I worked on preparing this document every single day (Monday-Sunday, holidays included) for over 2,550 days while getting violated, interrogated, harassed & tortured nonstop with mind-control technology & unlawfully kept under illegal surveillance intentionally. The entire time I've been working on this document my freedom/rights have been getting threatened by my local legal & law-enforcement systems so I've been constantly forced to send unfinished versions of this to everyone I know of & to all of the authorities/media because of not knowing if I will get the opportunity/time to finish it & because I don't want the facts of my case going unknown or to catch anybody off guard that I should've given a 'fair heads up' to when I finally am provided my day in court. This has been an intentionally caused torture technique to continue to steal from my individual respectability & the attention/respect/effort that me & my court case are entitled to. While under my unique circumstances as a victim turned severely disabled from multiple, separate & intentionally caused severe brain injuries, my effort for the court is sufficient. Saying otherwise wrongfully discriminates against me as a disabled victim who lost the ability to verbally communicate nor remember. I've documented into it on a near daily basis the entire time & have had to proofread it constantly. It's taken me months to read & edit this document each of the dozen times that it's been necessary to proofread. I firmly believe that without my damage from head injuries that I would've been able to complete this document in less than 700 days without ever forgetting my plans nor inventions & while being able to communicate reliably & effectively. It's been embarrassing & a loss for my character having to turn in further prepared versions of this evidence over the past 3 years to all authorities, media & people from my life. I've spent every day since 2019 (It's 5/22/2025) preparing this document for court when I should've been provided due process, protection & fair/proper representation decades ago. When someone is as disabled as I was & am it isn't my responsibility to find myself court representation & over 30 years after surviving multiple violent murder attempts as a child I have still never been provided fair nor proper court representation nor due process. I should've never had to provide any testimony for myself after my severe head injuries because of living under constant mind-control surveillance. If a 'Neuralink' patient was getting constantly violated (& especially if he had brain damage from severe head trauma) he would not be responsible for reporting & writing his own testimony. It's been constantly proven to me that they have my entire internal conversation & every thought that has ever crossed my mind on record the same as they do 'Noland Arbough' of 'Neuralink' so there should be absolutely no excuse for the facts of my case getting debated nor neglected. Instead of living the 'good life' with my rights,

protection, the medicines I need, equal opportunity, the justice I'm entitled to, my earnings, the compensation I'm owed, etc. I have spent my 30s typing testimony about getting violated for my entire life while in severe head injury stupors. I'm constantly preparing, typing or editing something that I should've been done for me by legal & justice representatives or whoever is associated with the mind-control technology being used on me. Getting to clean up my hygiene while getting myself caught up on court preparations was a very worthwhile way to use all of my time over the past 7 years & I'm grateful that I was provided the opportunity to do so but I have had to spend countless hours picking at & tending to my skin symptoms that can be completely erased with the proper medicines. I've had to spend the rest of my time cleaning a house that I despise living in & that's not mine, caring for a yard that I don't want anything to do with, doing laundry, taking care of my dogs & cooking which is all work that I could & would hire out once I'm the billionaire that I should be. I spend time doing physical therapy but I've never been able to get through a physical therapy session without getting violated/tortured or having to take notes in order to properly prepare this document. I spend time investigating the websites that I suggested & that are displaying all of my ideas every day & it has only further proven my case for myself that I'm our nation's top contributor born within the last 40 years who is getting over a billion dollars stolen from me & who is getting constantly violated by our entire nation publicly. I play poker on my phone hoping to wake my brain up enough to be a top tier poker player again but I get harassed & violated nonstop as I do that as well.

- I don't get to record all of the evidence that should exist for this case while getting violated restlessly regardless of being under constant surveillance. My memory allowed me the opportunity to record some of the missing information but my short-term memory loss is constant or I wasn't being allowed the ability to multi-task or I had already documented enough to prove my point to the court about whatever the information pertained to. I am missing over half of my memory because of my repetitive brain injuries & was lucky to remember what I have documented. I don't remember much more than what is detailed in this document from my life. The mind-control technology being used on me constantly proves to me that they have every one of my thoughts under surveillance & I should be allowed to use it as evidence the same as somebody gets to use their video surveillance as evidence.

- Everything within this document that 'I've forgotten' can be easily proven with the access to the nonstop surveillance I've been illegally kept under. The inclusion I'm a part of with the Television/ internet/entertainment/media industries continues to remind me that they have record of me on surveillance every day & that they are continually processing the information. This entire document is full of the information from my life that I've completely forgot about 4 separate times. Several years later I began remembering each separate piece of the information from my past but decided to not start writing everything down because I knew I was under surveillance & I attempted to trust the authorities that were using mind-control on me & spying on me but then I forgot everything again. I began to remember all of this information in between 2012-2015 for the second or third time in my life. Each time I remembered was several years

apart after separate head injuries but I instantly forgot everything again. I finally started to write everything down in 2018-2019 using a pen/notebook before buying my 'Microsoft Surface' in 2019 or 2020. I've spent every day since buying this laptop typing/organizing/writing this document for court. It' a miracle I was able to get anything documented because I forget everything nonstop. I believe that I'm an exposition for the 'mind-control' industry with the legal & political systems. What I remember & when I remember what I remember always seems to coincide with my internal self-defense argument between me, my surroundings, God & my mind's technological violators. My surroundings along with the 'general public' continue to intentionally & blatantly remind me that I'm constantly under surveillance without privacy for my own thoughts. I documented everything that I can remember & it's enough to prove my case. My case will only grow stronger & easier to prove with missing evidence.

- I can't continue to take loss & wrongful punishment for others mistakes/neglect & because of their inability/unwillingness to accept & process factual evidence. The court's time for individuals is limited because of our large population so the facts need accepted as soon as possible. It's my belief that the legal & law-enforcement systems are refusing to 'do their part' involving my court case because they will have to file charges against legal authorities & several civilians. It's my belief that they are refusing to accept the evidence because they are on strike at the court house & police station for time-priority politics. My case entails over 30 years of daily crime so there is a massive amount of evidence that needs investigated & processed. They continue to use false evidence/information that was created to make me look bad instead of the true factual evidence that proves me an innocent contributor who is a good person. I want the legal, medical & law enforcement employees punished for their neglect. Warren County has wrongfully punished me for 21 years & intentionally neglected me for 31+ years while knowing that I've been violated by many separate violators & that I'm now disabled. My violators/neglectors & the State of Illinois continue to wrongfully & unlawfully prove me 'unfit'/incompetent/insane with false evidence that is staged/planted/created by a violator using technology to control/violate/sabotage/torture me. They do this as my personality is getting sabotaged/tortured by a violator with the technology (on a daily basis) & the crime for that should be similar to the punishment for rape/kidnapping/hostage-taking/etc. but they continue to punish me as a victim while allowing my horrible violator to continue to get away with what they do. My reputation/respectability/personality/health/freedom/wellbeing/etc. continues to suffer & take loss because of the neglect I'm forced to suffer from.

- The following interrogation techniques are illegal: the use of physical force, threatening, inhumane treatment, torturing someone, drugging someone, the use of psychological coercion. All of these techniques have been used against me as I've been unlawfully interrogated throughout every day of my life within the privacy that I'm supposed to be entitled to but have never had by corrupt authorities using weaponized mind-control technology to violate me.

- Throughout this evidence I regularly remembered being told that something was going to happen 1-3 decades prior. Throughout all of those incidents I never processed the initial

conversation that occurred while I was in a coma-type & delirious state of mind. I later remembered being told these incidents were going to happen after they had happened & I had immediately completely forgotten about all of those conversations back when they were voiced. The fact that they told me that all of these details were going to happen over a decade before they did blatantly proves intentional neglect, conspiracy, collusion & premeditated crime. This evidence proves that my evidence was processed long ago & that I have been getting willfully deprived of due process & a pursuit of justice. The inclusion with Hollywood's movies proves that even Hollywood had enough of my evidence processed to provide me due process & a pursuit of justice immediately. I'm seeking the death sentence for the authorities who have been going along with intentionally neglecting & intentionally violating me as I have been getting tortured while my evidence has been processed.

- All of the harmful incidents throughout this testimony stole my ability to contribute for my family. With the protection & rights I was supposed to expect I would've been a massive contributor for them & society. The combination of the compensation I'm owed & the amount my contributions would've earned for me would've given me great wealth. My family & I would've had the best of whatever we wanted but especially elderly-healthcare. My people are suffering comparatively because of the crime & neglect that I'm violated with.

- All of my relationships, time with my family & efforts for my family's assets (& our farms) have been obliterated by my violators & neglectors.

- Regardless of if I survived or recovered from my brain injuries my family would have been owed my justice, compensation & earnings that I deserve. I had already thought of multiple major inventions by the time I was murder-attempted as a 4- or 5-year-old while under mind-control surveillance & inheriting automatic protection for my intellectual property rights. Neither me nor my family have been provided justice, compensation nor my earnings.

- I'm being forced to do the jobs of the legal & law-enforcement system as the victim or live without my rights & justice. I can't be expected to take constant notes about getting constantly violated nor be expected to stay in constant contact with law-enforcement as I'm being kept under unlawful surveillance when it's their job to protect & serve me. I've taken notes (mostly on my phone) & worked on typing this evidence literally nonstop for over 8 years in order to get it documented. I took notes while in bed, cooking, cleaning, mowing the yard, exercising, watching tv, while at the post office, grocery store & dentist, while at my nephew's games, literally while doing everything that I do. They do this to me & allow this to be done to me in an effort to prove me unfit as a contributor as they are exploiting & racketeering me. If I wasn't getting violated by organized corruption or was provided 'due process' I wouldn't have had to prepare any evidence whatsoever because of being under constant mind-control technology surveillance as a severely disabled.

- I am now an elite expert on living with severe brain injuries & getting criminally violated with mind-control technology.

- As a kid with severe brain damage from my multiple separate severe brain injuries who had to use my full mental capacity to be able to think of all of this evidence, criminal profile, self-defense court argument, designs, inventions & plans for the future of myself & my family any expert could tell you that I would not have been able to multi-task all of this with hiding myself as a guilty violator attempting to get away with crime. I also wouldn't have been able to keep my facts nor story straight though all of the smoking that I have done while under unlawful surveillance & getting interrogated, violated, sabotaged & tortured for decades.  All of my 1+1s=2 & all of the opposing arguments blatantly do not.

- Science will back me with the following fact associated with me & my evidence: There is a massive difference (I know from personal experience) in symptoms & permanent damage between the following type of head injury victims & I am the worse of these victims: Somebody gets their head hit with a sledge hammer one time & it fractures their skull. Somebody else gets their head hit with a sledge hammer& it fractures their skull with the first hit & then they get hit several more times as their skull is fractured. When I was murder attempted at Monmouth park with the marry-go-round the first time, my head hit was hit multiple times by the spinning deathtrap. The blows somehow bounced my head off the ground while repetitively hitting it & eventually trapped my head underneath of it & my head pinching the marry-go-round stopped it from spinning full-speed with over a half dozen kids on it.

- I'm probably one of the most experienced experts on & currently living with severe head injuries in the entire land. Severe head injury is a constant focus in high courts so I am a valuable person for the court system's research & decisions involving repetitive severe brain injuries (including child head injuries) & mind-control technology. My brain is being constantly studied & controlled both experimentally & criminally without my permission. I'm seeking justice, my rights & a large settlement. My settlement includes $10 billion up-front, medical & dental coverage for life (including lifelong stress-free access to the medicines I need, surgeries, etc.) along with the credit, ownership & royalties I deserve for my contributions. The money will be paid to me for the loss I've suffered because of getting intentionally violated & neglected for my entire life instead of being allowed to live with the rights I was supposed to expect. I raised the price from 1 billion to 10 billion in 2024 because of having to spend my past 8 years documenting what should have been documented for me. I had to document everything while getting socially isolated & criminally violated intentionally nonstop. The planet has suffered an unforgivable amount of loss in resources & time because of my case going neglected by the court. The loss was caused by the confusion & entropy my violators willfully created along with the corruption my life/case is plagued with & surrounded by. With my rights I would've been known as a major contributor for our planet as a kid. My wealth would've been massive & grown exponentially because of my intelligence & contribution plans. Instead, I've spent my entire life getting sabotaged & violated. My mental & physical disabilities are permanent & severe. I would

be healthy & thriving with a fit enough personality if not for getting violated. Instead, I'm in bad shape, look like a disease (& I clean (including my body) & do dishes with toilet-paper or paper towels) & I clean nonstop. My personality isn't tolerable because of how often I'm forced to fault by my violators or am arguing with my interrogators/violators & because of having to witness my personality constantly change into different alter personalities (many of them personalities of children & violators from my past). I would've had an end put to getting regularly violated as a kid if I could talk for myself but my head injuries & violators wouldn't allow it. I was never provided legal representation despite being violated while under surveillance & I was disabled so severely that I couldn't remember anything nor successfully communicate. I'd lose my train of thoughts so quick that I'd forget what I was attempting to get said & extremely rarely get to verbalize what I was attempting to say. I knew that I was on the same page with whoever uses mind-control technology on me & includes me with broadcast television & the internet. I knew I was on the same page with them but they knew I was getting severely violated & damaged with weaponized technology. Everyone from my surroundings continues to act as if it's their right to pretend that the violators shouldn't be held legally accountable for their constant high crime because they hide behind weaponized technology. My family, friends & community must've made decisions based on incomplete &/or nonfactual information about the facts of my court case & life. I now have to appeal all legal decisions made in my behalf. I've been violated with our planet's worst crimes nonstop throughout my only 37 years of life. Living with brain & spinal cord damage compared to living without is a massive negative change for someone to accept & learn to live with. My recovery efforts have been severely debilitated because of being neglected while violated nonstop. All of these facts automatically created a massive amount in interest that I'm now entitled to & owed in court. Justice, compensation, my earnings, my medicines, my privacy, my protections, my opportunity & my rights are necessary for me to obtain so that I'm able to live a respectable life. I'm supposed to expect all of these things as the born citizen of the United States of America that I am & achieving all of that for individuals is the court's everyday agenda. Unfortunately, the court continues to pretend they have the right to intentionally go along with sabotaging, wrongfully charging, wrongfully imprisoning, wasting my time, intentionally defaming my character, using false evidence against me, ignore coordinated efforts to neglect me by the state & public defender, willfully neglect me themselves, unlawfully deny me the right to represent myself & more so achieving that necessary set of goals has proven impossible thus far. I'm being forced to go public using social media & internet messaging because of getting intentionally neglected & that is another reason the price has went up on my settlement. I should be one of the biggest & highest priority individual court cases for the Supreme Court throughout our past 3 decades & began going to court proceedings for my case at least 2.5-3 decades ago. The planet & I have suffered unforgivable loss & time is moving quick. It's time to get me squared away with the court & the ball rolling with finalizing all of my contributions. It's time I get to live with stress free & resource efficient access to the medicines necessary for me to function & be presentable. It's time I get to live with privacy & my rights. I am exhausted, demoralized & severely damaged because of getting violated by & forced to argue

with my violators while defenseless on a daily basis for over 3 decades as the court & my surroundings have intentionally neglected me.

- My mind-control violators have always made it perfectly clear to me that they can without doubt easily tell the difference between the following while inducing thought & instigating action: They are perfectly aware when they fully control my thoughts & actions/reactions. They are fully aware when they instigate action/thought that causes a reaction that I'm not responsible for whatsoever (i.e. a natural response or a response that happens because of my brain damage). They are fully aware when they instigate an action/thought that causes me to react & that I'm cognitively responsible for but am victim to because of their instigation & my 33+ years of being violated with the same technology by the same violators. They are fully aware when I'm fully responsible for my actions & reactions.

- I'm regularly violated & disrespected by them seemingly for not having myself prepared for legal representation regardless of me knowing they have my mind under surveillance at all times & am progressing through life without reliable access to my memories. Alongside my mind-control violators it often seems as if my surroundings (including & especially the authorities) are making jokes about exploiting me as a damaged victim because of the massive loss & damage that I continue to have to accept as reality. Once court is caught up on what my court representation should reflect, I'm allowed to live with my rights & society accepts reality, my life will improve massively & hopefully I'll get to be around my people & surroundings again. The court will be able to update the news & then the public will have public access. While unable to communicate nor process all of this at once my sabotagers getting away with whatever they want & my legal representation not existing has been my single tasking mind's primary focus that remained while constantly getting attacked & damaged. Its been horrific compared to what my overall social interaction would've been if court was always caught up immediately as I've been getting violated (because there should've been no confusion about the court facts since federal authorities & live television broadcasters have access to my internal thoughts. Now that I'm this far along (8/3/25) I expect to be able to settle in court quickly but they keep giving me no other option other than isolation. It's been constantly proven to me that the mind-control authorities are as precise as possible with the mind-control & the surveillance of internal thought & cognitive capability. I've always looked forward to court & the public knowing the truth about my innocence & contribution plans instead of my sabotagers & violators getting away free of justice while giving me no credit for my own contributions.

- I've had my privacy violated for my entire life while a violator/violators abused, brainwash-attempted, exposed, exploited, sabotaged, stole-from, tortured & violated me. Actors & porn-stars get paid a lot of money in comparison to me living below poverty level after & while getting spied on for my entire life. I get mind-control used on me nonstop (without my permission) & the party/parties responsible for using mind-control have every thought that's ever crossed my mind on record & make that fact to me well known. Everything I've ever said or been forced to say or have done or that I've been forced to do is on record. I don't know if they have

me on constant video surveillance (as they keep my mind under surveillance) or not but it seems that they do. I am entitled to compensation for being sexually abused/forced/tortured while under surveillance. Athletes get paid well & I was the best athlete I knew of before getting turned disabled by my violators. Designers & inventors get paid well also & I've came up with over 200 designs/design-plans/inventions (many of them already being used worldwide. I expect $10 billion up-front, company ownership & to be paid whatever royalties I'm entitled to moving forward (needs figured). I expect to have all medical expenses (including surgeries, lifetime supplies of medicine, specialty treatments, organ transplants, etc.), both expenses from my past & for my future, paid for. I expect my tattoo removed. I want to be able to get my lungs replaced or cleaned/operated on. I want my tongue, insides & blood cleaned surgically. I expect to have my ingrown & damaged toenails removed while under. I expect a stint put around my spinal cord so that it doesn't get pinched & continue to paralyze me sporadically. I want an electronic heart & blood circulator. I want a shutoff switch so that I can turn off my voice's ability to produce sound. I want my teeth to be able to be removed & replaced with fake teeth. I want my invention installed so that my penis has a remote control that can force & maintain an erection at the click of a button. I expect whatever other surgeries I will need in the future. Surgery obviously is happening at a high rate noticing all of the fake breasts on women everywhere nowadays so I don't believe it's wrong to expect surgeries that I need after being intentionally destroyed & neglected. I expect lifetime prescriptions of the medicines I've been tortured for/with (Oxycontin, Opana). I expect to be able to design & build my family & I farms with houses on them that showcase all of my inventions & design improvements. My family deserves lawsuits because of how much I've been violated & damaged. I deserve unlimited internet data for the rest of my life for me & my family because of being under constant unlawful surveillance the entire time that I've used the internet.

- As a small child who came up with over 200 designs/inventions that are going to exponentially improve life on earth, I immediately understood that I deserve to be known as a major contributor & company owner/boss. It was my childhood idea to start a company called 'Armstrong Designs & Inventions'. This company was going to be responsible for completing all of my detailed designs. I then planned (& still plan) to contribute my designs that improve pre-existing companies to the companies that already exist & use the respect/earnings I gain along with my crime/injury court settlement to start the companies that don't already exist. My designs will create over a half dozen companies worth $billions & well over a 100 companies worth $millions. I plan to be a respected company owner/boss the same way Bill Gates & Elon Musk are despite being turned disabled. I am well aware that thousands of engineers & CAD (computer aided drafting) professionals graduate from college every year. I planned & still plan to hire several CAD professionals & engineers to assist me in completing my designs. With the help of these employees, I will have my detailed designs completed in less than a year & this is a task that I could have had completed over 25 years ago (it's 2023 now). I could've (& still could) design everything by myself both using a computer & by drawing with my hand but I want to be supportive of our economic & education systems. With my completed designs I could've gained

rights/permission/resources/investments & started the companies that don't already exist within 5 years from design completion. This being fact, it is now known that I could've started over a half dozen companies, each worth over a $billion & over a 100 companies worth over a $million over 20 years ago. Instead, I've been tortured & intentionally neglected while under surveillance for my entire life. My point I'm making for this section of my argument is that I'm owed a massive amount in 'interest' & that fact isn't debatable. The interest I'm owed should be enhanced because I've been getting intentionally neglected by authorities as I've been tortured & brutally murder-attempted repetitively while being forced to live without. When the government intentionally neglects a serial victim who should be worth multiple billion dollars if they were living with their rights & protection (as I am) who is being exploited, violated, sabotaged & tortured by individuals & organizations worth nowhere near that much & who are completely incapable of paying me that back they become responsible for compensating me the difference plus interest & pain & suffering. - Once my company 'Armstrong Designs & Inventions Inc.' completed all of its detailed designs I planned to hire the necessary personnel to start all of the separate companies needed to get my inventions on the market. The next step would be ordering parts/equipment & hiring unless I had the money to invest in the manufacturing facilities from the start. Regardless, another step in the process would be designing/constructing manufacturing facilities & I am well aware that by applying my design techniques to the manufacturing industry I would've been improving on the majority of the manufacturing equipment designs that I'd be ordering before ordering the machines. Doing so would have produced more income for me while working with the manufacturing industry. Some of the companies will need regional facilities instead of one headquarters & some will require multiple separately located facilities for each company. I also believe that had my rights as a contributor been respected initially & had I been protected from my violators instead of them being allowed to forcibly torture me for the past 3 decades that I would have been a pacesetter for making improvements to the medical & technological industries along with the manufacturing industry.

- I inherit automatic legal protection & rights for my intellectual property as someone being kept under constant surveillance with mind-control technology. That is something that should get protected for me without hesitation & with force, not something I should have to fight & argue for. The fact that I'm waiting in line for my turn in court doesn't erase the protection I deserve & am entitled to for my intellectual property rights.

- My designs for some of my contributions are incomplete but my plans for the designs are as complete as they are getting until legal rights are certain. If not for getting violated I would've had my designs complete over 20 years ago. When I get a fair day in court & am able to live with my rights/protections/earnings/compensations & equal opportunity I'll be able to complete these designs in detail. My family farms have most of the resources I need to complete my designs. I plan to seek permission from the government to observe manufacturing facilities & some of their other equipment (submarines/helicopters) for inspiration to be able to prepare the best designs/efforts/efficiency-plans possible for the future of these efforts. Completing the detailed

designs for the rest of my inventions/contributions will be a simple task. I want get a look at certain designs with hands on experience instead of through the internet or books so I will have to gain permission or buy my own to take apart. An example: Making this engine's gear/gears connect to this conveyor's gear/gears is something that is as simple as 1+1=2 for me (especially with all of the completed designs & inspiration that already exists (the design inspiration that's already on my own family farms & throughout society)).

- I planned to hire the part manufacturing out & have the parts shipped to assembly facilities until I could afford to proceed independently if I wasn't able to afford to purchase my own manufacturing equipment & production facilities for these company start-ups for their beginning.

- I need to design parts & machines in order to start companies that need manufactured parts & eventually production facilities as an individual who is unaffiliated & unestablished with the manufacturing industry. I am going to have to purchase machines & parts to take apart to be able to efficiently finish my designs/redesigns. I'm going to have to pay for certain diagrams & education/information throughout the creation of these companies. The majority of information is available to the public but some has to be purchased from government or educational institutions or books or internet. While up against the organized criminals that are opposing, my efforts towards contributing as a designer/inventor/idealist/entrepreneur are completely futile & helpless. I will need my legal rights & protections for my contributions to be able to obtain loans & investments for whatever I cannot afford to financially support myself with after I'm paid my settlement from court. All of my time & effort gets wasted as I get brutally sabotaged when I attempt to progress without protection & justice because of getting criminally violated constantly.

- I would have not needed investors because of the massive amount I was owed at a young age for injury/victim settlements. I also would have been able to invest in myself after my initial designs & inventions. It's a fact that certain investors are better off without me & my contributions existing so that fact is a known motive for my court case now.

- As a kid it was my plan to invest my initial injury/crime court-settlements into residential real-estate development if it was going to be necessary to build up enough money to invest in my company start-ups if necessary. I planned to use my crime/injury settlements & the settlements I deserve from my inventions/designs that were already stolen from me to purchase whatever education or existing inventions that I need to tear apart to observe the designs of to redesign & customize for my own inventions (for example" helicopters, submarines, oil-rig parts, electric/battery powered motors, etc.). Once securing the financial stability to start my company I knew I'd be well off for the rest of my life. I planned to use my companies to design & build farms with houses on them for my family & I. This operation was going to be used to showcase what my designs & inventions could improve for the farming industry everywhere. Either 'Armstrong Designs & Inventions' would have a specific department available for hire that manages the implementation of my designs to the new construction of farmhouses & their

agricultural facilities everywhere or it might be necessary to start a separate company for this specifically. This same sector of my company would also provide residential concept designs available for people building or remodeling residential construction.

- I consider it a great honor to be a part of & contributing towards the positive efforts from my generation.

- With justice, my rights, equal protection & equal opportunity I would've been a billionaire by the time I was 18 years old. I also would've been a candidate for the 'Nobel Peace Prize' & the United States Presidency. Instead, I've been tortured, violated & neglected while being forced to suffer nonstop. Getting violated my entire life destroyed my childhood, my teenage years, my 20s & my 30s.

- I have to go to court as the serial victim that I am but also to find out which of my contributions I have the right to claim & pursue. Once settled with court as a victim & contributor society will have to respect the reality of my court case. Once that reality is respected my character can be restored & I'll be able to proceed with life.

- I don't get to pursue anything in life (professionally nor personally) until I settle with court for justice, my rights, the medicines I need, protection, etc. I've always planned to start my inventions' companies & retire to be a cattle farmer, writer & woodworker with a family of my own but my violators & neglectors have made this impossible. I plan to buy/design/build a farm & house with all of my new inventions/suggestions included for myself as well as several of my family members. I plan to raise a small amount of beef cattle, turkey's, chickens, dogs, a couple pigs & some fish in a pond. I have several books, children's books, movie-scripts to write & I plan to build furniture for myself & my family/friends. I can only do so much work while getting violated, while living without my rights/earnings/medicines & while being forced to stick up for myself & prepare for the Supreme Court by myself as a severely disabled individual who is getting restlessly tortured by criminal violators. I have to gain these rights in court & the local law-enforcement system continues to make my life as stressful as possible by continuously unlawfully charging & neglecting me as I'm tortured instead of protecting me. There is a lot of work left to do to complete everything needed for a successful future for all my contributions & I need the necessary legal rights to proceed. I can't afford to start spending my time & resources on any particular effort until I have won the right in court. My contributions should be a priority for our country & the entire planet so my efforts should be protected & expedited. Regardless of anything I have to go to court as a serial victim. With technology these days, I don't think I'll be forced to move out of the area (to a more densely populated area) permanently to achieve everything & I want to live in Warren County. I can't proceed with a private nor personal nor social life until I'm on the medicines that I need but am being refused.

- The following fact needs processed about my criminal & civil cases because of the massive amount of impact I potentially deserve credit for creating & all the mind-control that gets used to

violate me: I do not want credit nor earnings for anything that I don't deserve credit nor earnings for. I do want credit & earnings for everything that I deserve credit & earnings for.

- A person doesn't lose the protection rights to contributions when they get criminally & violently violated with brain damaging head injuries. It is a very high crime to repetitively murder-attempt an inventor with severe brain injuries & attempt to steal credit for their inventions & that is what has been done to me for my entire life.

- My invention designs will improve once I get to begin their detailed designs & production experiments. My inventions & designs will improve once I get protection from being criminally violated & forced to prepare myself for court nonstop.

- I described my designs verbally instead of drawing them when I suggested the design specifications for the Bowflex Revolution XP, the Bowflex Revolution & the 'spira-plates' used for the machines. I'm capable of drawing/drafting/computer-drafting all of my designs but by my education taught me that it isn't necessary for me to be a drafter to contribute my designs. Also, after researching how things work I've realized that I've earned a higher-ranking career than a drafter & that I should be able to easily afford to hire drafters for my companies.

- Drafters/Computer-aided-drafters make $30,000-65,000 per year based on my research. I planned/plan to initially hire 6-12 drafters to assist me in completing my designs & design plans. Completing the task will take us less than 1 year. I plan/planned to pay them a sign-on bonus that will include their yearly rate for 25 years for working for/with me. This effort is how I plan to become a respectable contributor & company creator. With all of my designs complete I will then be able to effortlessly contribute to the existing companies that need contributed to & start up the new companies for the designs/inventions/plans that don't have companies already existing. I also plan to hire a core group of 6-12+ respectable people from my past to assist me in operating my company 'Armstrong Designs & Inventions' & assist me in operating all of the companies my contributions create. I plan to pay this core group very well. I hope by doing so I'll be able to keep the employees available as needed to make the minor adjustments necessary to keep the companies going respectably. With these plans complete I'll be able to start/help-start multiple companies worth multiple billions of dollars & a bunch of companies worth multiple millions of dollars while contributing to some of our most successful existing companies. I also plan to hire 2-5 Engineers & generously pay them using the same payment-plan-type (pay them for their entire career at once) that I just mentioned for the drafters.

- Nowadays I could do the majority of my computer-aided drafting (blueprint creating) & company managing using artificial intelligence programs including the new 'text-to-cad' software that is being released.

- I've always planned & I continue to plan to hire multiple lawyers to work for me & the companies I plan to start/help-start. The lawyers will handle all of my legal matters as the serial victim in the court case that this evidence is written about. The team of lawyers will also handle

my court cases involving my contributions (designs/inventions/plans). The legal team will handle my court case for my rights to have access to the medicines that I need/want to be on (skin, pain, infection, medicine-from-childhood, etc.). The legal representatives will handle any involvement with needing to answer to anything in my future.

- I plan to hire out my accounting work. I plan to hire someone to clean my house (that I plan to design/build/have-built), companies, vacation houses (that I plan to design/build/have-built)) & probably my farm (that I plan to design/build/have-built). I plan to hire people to help care for my elderly & sick/disabled relatives.

- I plan to hire a spokesperson/communicator & backups for them to do my public speaking/communicating/representing.

- With my rights I could have hired 4 people at the age of 6 then scheduled a few meetings & been a billionaire within 5-10 years.

- I've always planned to get my family & our friends new smart-houses & smart-farms. The family farms of my father's family, my mother's family, the Youngquist's, the Gillen's, the Mahoney's, the Elliot's, along with building new for my sisters, my immediate relatives, the Painters & potentially others from my area are all going to be my 'test sites' where I constructed (or where I had my company/companies construct) my inventions/designs/design-plans to show the improvements my plans would make for farmer's & residential construction customers everywhere (as a concept-show for the company/companies). I definitely want my ideas to improve the farms providing food to 'The White House' & my master plan includes owning a farm that provides food to 'The White House' as a potential. My family & our friends from my childhood would get to benefit from my companies free of cost for being our experimental farms to begin improving upon. I originally planned to gift the Gavins, the Champions & the Robertsons into this plan but they lost their spots throughout all of this hell.

- I've always planned to donate once becoming a billionaire & thought that might ease tension amongst those forced to be involved with my court case. I plan to donate to the schools that I've attended, to the White House & to my local communities. I plan to invest in the courthouses, libraries, post offices, etc. I plan to donate to the University of Illinois & Western Illinois University. I plan to have my donations rebuild their HVAC & plumbing systems to incorporate my contributions. I also plan to possibly donate to the Royal Family of England.

- Since childhood I recognized the reality that donating large amounts to community & religious organizations is a respectable potential outcome for my court settlement as a contributor who needs to rely on resources made available to & by the public for success. It's been a plan of mine to have the detailed plans for entire company start-ups ready to be sold, donated or started.

- The concept plans that I shared & was forced to share while under surveillance can't be stolen as I'm being intentionally violated, intentionally neglected & intentionally distracted by being

forced to focus on my self-defense for court, criminal profiling & evidence processing/documenting while being forced to live with severe brain injury symptoms intentionally caused by violators. I have noticed several of my concepts have been stolen & improved upon without my permission while I was focusing on the priorities & would've been able to easily produce the same results when allowed to focus on that specific invention but instead I was repetitively violated with severe brain injury & plagued nonstop with crime while being neglected & sabotaged by local law-enforcement.

- Products that cost money to produce but are needed by society to keep up with health & safety codes are paid for by government contracts at times. Several of my invention designs will fall into this category.

- My success as an inventor along with the money that I deserved in the early 90s for my crime & injury settlements would've provided me massive opportunity for financial gain as an investor.

- The Los Angeles Lakers just sold for $10 billion & my inventions & their companies (collectively) are worth more than 1,000 times that much.

- Starting in early childhood I was aware that I came from my county's leading agricultural operation & have never strayed from the plan to take over as our leader being my family's only son. As a young child I came up with all of my designs, inventions & contributions so always planned to carry myself in a respectable enough manner to be able to be the contributor & business leader that I am & should be. My violators sabotage has always been extremely blatant to me & the fact that they repetitively sabotage me with the exact opposite motives/goals/profile that I had helps distinguish between us & prove my case.

- It's illegal to judge somebody's character as they are not functioning because of being violently violated with severe brain injuries & it's illegal to judge the character of somebody who is being sabotaged & tortured. It's illegal to attempt to steal or exploit a disabled victim out of their intellectual property rights & especially illegal to do so while they aren't functioning & being violated & neglected yet my violators & opposers are constantly attempting to do & get away with all of this free of justice. They go along with attempting to judge my character while I'm not functioning & being sabotaged hoping to get away with proving me unfit to be a contributor, owner, etc.

- I could've been a Paralympic or Special Olympic athlete while making massive contributions for society if the ball hadn't been dropped getting me justice & equal opportunity/protection. Instead, you all neglected me & I continue to get violated & destroyed while defenseless.

- If there was an Olympics for designing/inventing I would've been going down in the history books as a modern-day champion by the time I was a teenager if not for getting intentionally violated & neglected for my entire life.

- I won't accept payment & compensation only sufficient to the present moment for contributions that will eternally benefit life on earth. I can't sell a company for $1 billion that is going to produce over $1 billion every year for the rest of time.

- I outsmarted all of the designers & inventors born within the last 40 years so to oppose the fact that I was & am perfectly capable of starting & owning companies (especially with the disability accommodations & rights of today) would be a crime.

- All kinds of people have been able to exploit me while I've been being unlawfully denied my rights & justice. Inventors have stolen my inventions, investors have stolen opportunities that they wouldn't have had, local land-owners have bought land that I would've bought (I would be the wealthiest person & family from our local area BY FAR if I wasn't being stolen from & would've bought all of the farm land that others have been able to buy while I've been getting held hostage), etc. An example of this happened when I suggested my ideas for making an invention for blacktop basketball courts: I noticed that somebody stole my idea from animal confinements septic systems & my idea for the underside drainage system of the new baseball/sports fields & made a basketball court with this same design so that it can be sprayed clean & drained away & I will be suing & seizing for this idea being stolen from me & incorporated into this use while I was severely injured & having to prioritize my cognitive efforts on preparing myself for court as the serial victim that I am while focusing all of my other cognitive functions on designing my priority designs while constantly battling the severe disabilities that they gave me. The concept of making outdoor courts easy to clean was mine & they exploited the situation after I suggested these concept plans. This is something that I was told they were going to do decades ago while I wasn't functioning cognitively nor remembering anything & just remembered being told so while watching MTV Cribs & getting harassed by the television show.

- I should be a multiple millionaire without doubt & really should be a billionaire. I am being unlawfully isolated & held hostage without my rights below poverty level on around $10,000 per year. I've made it clear that I need put into a protection program the entire time that I've recollected & prepared enough evidence to represent myself as the serial victim that I am. A person who should be a billionaire should be put into a protection program closer in the range to the economic status that I should be in instead of being unlawfully held below poverty level.

- Ignoring my inventions over the last 3 decades will probably end the human species ability to survive over 10,000 years sooner than if we would've saved all of those resources over the last 3 decades that my inventions would've saved.

- My father was criminally exploited by the crimes I've been violated with. The major trauma, constant attacks, extreme sabotage & mass confusion that the crimes against me caused along with the fact that my mother seems to be going along with torturing both of us intentionally with the organized crime that has been violating us caused my dad to make major decisions about our family's farm & land that he wouldn't have made if I was getting to live with my rights or had justice. He sold around 1,000 acres of the best farmland of the planet to bail himself out of a

situation that we should've been thriving in because of the crimes our family has been violated with. With my rights I would've had us more land & all new facilities & agricultural improvements on our farm that would be the concept farm for the best new agricultural improvements within the last 30 years that would be my companies. I'm pressing charges & filing a lawsuit & expect that land back with interest.

- My mother was either murder-attempted by organized corruption or she almost died when she was misdiagnosed with toxic shock syndrome at OSF (because of Dr. Battenburg's misdiagnoses) because of the stress caused by all of my childhood violators mixed with her state of health because of giving birth to my sister & I.

- Organized corruption with the medical, law-enforcement & legal system have teamed up with organized criminals in attempts to destroy & conquer my family & get away with exploiting us out of all of our assets. I should be a billionaire, if not a trillionaire, on Mount Rushmore & known nationwide as this country's top contributor born since 1980 with the representation that I was supposed to be guaranteed to me but instead they keep me on less than $10,000 per year while poisoning, neglecting, sabotaging, torturing, oppressing, abusing, violating, misdiagnosing me & would put me in prison or a psych ward for the rest of my life if they could get away with it despite me being a completely innocent victim all while attempting to make my severe criminal violators lives the best they can. Their representation for the rest of my immediate family is equivalent to what they do to me.

- I grew up in Monmouth & Cameron Illinois (my first house & my dad's farm was in Cameron but my grandparents & my second house lived in Monmouth (they are neighboring towns)) & the population between the two is less than 10,000 people. The cops, judges & State's Attorneys would be lying if they claim they were unaware of certain realities that were ignored while making decisions about my life & court procedures throughout my life.

- I was the best looking blonde-haired blue-eyed male kid that I had met before the criminal violations to me began. I was the strongest, fastest & best athlete that I had met before the criminal violations to me began. I was the smartest kid that I had met before the criminal violations to me began. I clearly was extremely dominant as an inventor & designer & had completely mastered the card games Texas Holdem, Omaha & Omaha Hi-Lo. I was the best football player that I played with until the criminal violations to me began. My violators motives to destroy my appearance, intellect, physical abilities & personality/character have always been perfectly clear to me & should've been as clear to my surroundings.

- I've been attacked on a regular basis throughout my life by people from my surroundings as I've been getting attacked with technology nonstop so seeking & hoping for the protection that I'm supposed to expect & security for my family's safety is reality.

- While getting constantly violated I was never able to report the crimes in the moment because of the following reasons: I couldn't remember my past other than what was happening in those

separate moments & didn't want to get put into a psych ward or caught unable to defend myself while I was unprepared because of not being able to remember anything from my past nor my self-defense argument/plan. I've been getting sabotaged by my violators every day every time I attempt to communicate & couldn't risk getting further sabotaged while unprepared & unable to trust the corruption that I've been constantly surrounded by. I knew & have always had it made perfectly clear to me that I'm under constant surveillance & that my thoughts are under constant surveillance so I've always expected the authorities to do their jobs since I've been getting violated with crime under surveillance every day & knew that once I finished my testimony that my evidence would prove my case itself.

- I deserve justice against the criminal violators from my local community unless they were innocent & getting unlawfully controlled with mind-control technology or following orders from an authority. If facts prove either of those to be the case then I need justice against the guilty.

- Until my court case is complete & my settlement is final my family, my surroundings & I need authorities to clarify that due process & a pursuit of justice has begun. We have yet to be provided clarification needed in order to deplete the damage & suffering caused by my violators/neglectors. The fact that I've survived this many of our nation's highest crimes while living in the small communities that I have without ever being provided 'due process' nor a 'pursuit of justice' immediately proves organized corruption. My evidence clearly proves my local authorities in collusion with my criminal violators.

- Throughout this evidence there are 3 or 4 incidents that are debatable for me regarding if mind-control was used to violate me or if I wasn't functioning cognitively. Throughout my live & constant interrogation there are constantly circumstances when I'm debating the same also. These few uncertainties change nothing about my competence nor my case nor argument for my case nor my merit. Getting violated with mind-control technology 100% of the time makes it impossible to tell the difference at times especially while living with constant brain injury symptoms. While using the weaponized technology violators have the power to allow me to be aware when they violate me but they also have the ability to make it impossible for me to tell when they do. I'm competent & if my testimony, profile & argument stated anything other than what I was I would be found incompetent or insane or criminal.

- My quick decision making throughout my childhood & life is continuously questioned, tested exposed, sabotaged & intentionally forced to seem impulsive despite having never been wrong. The people get confused when I get sabotaged but my demeanor doesn't change & I continue on while still retaining a solid & winning court defense for everything that's happened. I was a quick decision maker because originally I was a genius or near genius. My family would act insulted each time they noticed I had made any decision for my life without them despite having to because of losing my ability to communicate. With my court case settled & my freedom from my violators that sabotage me using technology my character will no longer be in question for the people in my family nor surroundings. When the general public is constantly scrutinizing &

keeping you on guard as they are using false evidence & examples of sabotage without knowing any better my immediate reactions (which are usually 'impulsive' & uncontrollable) are usually inappropriate for somebody attempting to be a major contributor & this is one of the ways my violators continuously exploit me. I'm not responsible for what I'm forced to say nor what gets said accidentally as I'm suffering with brain damage & severe anger in between getting tortured, exploited & interrogated with weaponized mind-control technology yet my violators, neglectors & surroundings continue to attempt to hold me responsible for what they shouldn't. Normally it takes me 3 or 4 separate attempts to effectively communicate what I attempt to say when I speak. The people then use this & their false assumptions that were created by the false evidence (because of the sabotage that I'm victim to involving mind-control technology) to justify eliminating my rights/freedom/earnings/compensation/relationships/etc.

- Detailing harassment from the media/television/internet industries while documenting criminal evidence is not frivolous & it's a crime to deny me justice while unlawfully saying that it is. Especially as those industries are communicating to & with me as I'm under unlawful surveillance as a serial victim to the nation's highest crimes being forced to live without the pursuit of justice & my rights. The District Court & Court of Appeals unlawfully used this invalid argument to deny me justice twice now (March 2025). Them doing so should have earned them criminal charges for exploiting & intentionally neglecting a disabled victim who is still getting serially violated.

- During my childhood my violators & surroundings made it very obvious to me that the internal thoughts within my mind were being exposed as my mind was/is being read/interpreted/controlled/sabotaged & communicated-to with technology so I thought that it wasn't necessary to verbally communicate. They were adamant about showing me that I could communicate with them using only my thoughts & that they are able to understand me as soon as I notice a thought of my own or a thought that was crossing my mind. They have routinely made it a point to make it obvious to me with mind-control communication & action that they use the technology to eliminate doubt when investigating for intellectual property right protections & felony crime. The internal conversation within my mind has been timed up & reacted to by my family, my surroundings, the broadcasts of the news, sports, internet-media, radio, the movie & television industry.  I was being constantly sabotaged every time I attempted to verbally communicate so my attempts at communication were wasteful & unnecessary considering I could communicate all of my ideas/arguments/thoughts without speaking. I should have been provided a communicator similar to Stephen Hawkings but instead I was provided a violator who sabotaged every communication that I attempted to make. Getting in the habit of not thinking that I needed to verbally communicate to contribute/communicate was a regular state of mind I'd find myself in as a kid while living with severe head injury symptoms. That same childhood thought that I didn't need to verbally communicate nor be responsible for remembering each thought/argument-point/etc. is now a regular state of mind that I automatically fall back to by habit. My memories come back to me simultaneously while mind-control technology is being

used to violate me making it seem to me as if I'm an exposition for the medical industry for head injury memory-loss/awareness/mind-control technology/ forced personality controlling technology, etc. This cooperation from the entertainment, media & broadcasting industries proved to me that my authorities were in collusion with my rights being violated. This same technology being used to brutally murder-attempt me several separate times secured the fact that my federal government is willfully neglecting me as the serial victim to our nation's most severe crimes since my early childhood. I hadn't decided how to handle my situation yet when I was forced to endure more severe head injury & lost all memory & self-defense preparations again. This is the fourth or fifth time that I've started preparing myself for court with these same arguments & testimony that I thought of during childhood after losing all of my memory following each severe injury. I've been preparing this testimony for court while getting my thoughts exposed as I'm interrogated under surveillance about each of these documented incidents. I once again started putting thought into creating & documenting this evidence back in 2012 but didn't get to purchase a computer to start typing from handwritten notes until 2019.

- My violators & neglectors efforts while using mind-control technology to torture/violate/control me nonstop for the past 30 years (& watching it get used on me) was an effort to erase my individuality so they don't/didn't have to give me credit as the massive contributor that I am. A fair day in court will provide me the justice that I'm entitled to.

- It's illegal to attempt to benefit from the innocent victims who are getting violated with organized crime & I can easily prove that is what my surroundings have been doing & hoping to do for over 3 decades as I've been getting neglected as probably one of the most violated people on the planet.

- I have the right to wait for the evidence associated with my court case's investigation to get processed before making any further decisions involving it.

- I understood as a young child that I wouldn't be going to court all day, every day, despite the fact that I am being violated all day, every day.

- I need to go to the 'United States Federal Supreme Court' & or onto the 'International' high-court because of the United States knowingly neglecting & violating me for over 31 years on a daily basis.

- The fact that individuals instinctively & impulsively deem their individual court case a high-priority for the legal/court system naturally doesn't take away from the fact that my court case potentially qualifies as the most important high-priority case in the nation & has qualified as such for 30 years).

- I need the public aware that I am the victim & contributor that I am & that my court procedures are going to begin. I need a raise so that I can afford more of what I deserve to lessen the suffering that the financial exploitation of me causes.

- It's extremely obvious that my violators & neglectors are all in on attempting to steal my rights to the trillions of dollars' worth of economic impact that my contributions produce with my designs & plans.

- The following is a 'figure of speech/reference' that applies to my court case's argument: the inventor of the pully/gear/chain/wheel/etc. doesn't get credit for every invention that those parts are used to create. Each new invention/design has a new inventor/designer. I should be getting credit for potentially 200+ inventions when court settles.

- My rank as a contributor & fame as a victim entitles me to secret-service & celebrity-type security for my family & I.

- I've been requesting to be put into a protection program until I settle with court for over 5 years now & have been criminally violated every day since my first request. These daily violations damage me more than others because of my severe brain, skull & spine injuries. After those first several injuries my overall health was damaged enough that it weakened the strength of my immune system & I have yet to recover. This document is my exact internal thoughts & argument from & since childhood. Very little from the thought processing throughout my brain's life isn't written in this document.  My mind & memory were completely blank for the majority of my life & I had to constantly keep legal self-representation as my primary focus for my thoughts because of no longer being able to multitask with my mind. What thoughts of mine that didn't make this document were wicked hell that I'm always forced to deal with because of my new disabilities & loss of time. Ultimately, when every detail from every moment of the constant surveillance I've been under is included into the evidence my exact case & argument for myself is only proven further.

- The organized corruption I've been violated with has attempted to get away with stealing massive amounts of money's worth of opportunity from me. The money involved is worth far more than the majority, if not all of my violators combined. When the government seizes their property & assets in an effort to make up the restitution that I'm owed it's going to come up far short. This being fact the government is going to be held directly responsible for the difference because they have been both intentionally neglecting & intentionally violating me as I've been under their surveillance for my entire life.

- I have been constantly forced to repeat myself verbally & deal with repetitive thoughts because of my court case going unsettled. My health is suffering tremendously because of my case being unsettled & its regularly sickening. I am taking constant loss both financially & socially because of my court case going unsettled as well.

- I'm constantly forced to wonder if I'm remembering my past naturally or if & when mind-control technology is being used to remind me of the forgotten. Needing to debate if I remembered something naturally or if technology was used to remind me is something that slows me down every day that I should have security in knowing.

- My technological violators pretend to be God & the devil while interacting with & controlling my thoughts. Them doing this damages my enjoyment as well as distorts & steals from one of the most sacred parts of my life (thought, conscious, personality & individuality) so their punishment deserves enhanced for serially doing this to me for my entire life.

- I believe that I'm a brain injury exposition & experiment that is carefully controlled & monitored with mind-control technology. Part of the focus & motive for forcing my injuries as I am under surveillance was to better educate specific people on severe & repetitive brain injury & to provide them hands on experience. My violators are out hoping to locate & expose people attempting to say that they are brain damaged who aren't & deserve compensated who don't. I believe that they are using us as live evidence to highlight the differences between true brain damage & less severe symptoms that people attempt to say they are completely disabled from (boxers, football players, 1-time car wreck victims, etc.). I believe that they are using this exposition to show people first-hand that they are using mind-control technology & that they will now longer be able to get away with intentionally injuring themselves & others & then filing lawsuits that they don't deserve. I believe they are using me as an exposition to show how the legal system can save time investigating crime with the mind-control technology.

- My mind-controlling violators constantly & sporadically force me to verbalize thoughts from my past without any respects towards my privacy nor my efforts towards accomplishing my goals & social respectability. I believe they do so as they investigate while watching unlawful surveillance of me & interrogating me about events from my past as an exposition using me to showcase the capabilities of mind-control technology for criminal investigations. For example, I believe they sit there & watch surveillance video of me from 2-3 decades ago while forcing me to now speak my thoughts that were crossing my mind back then during those specific incidents that they are investigating the video surveillance of.

- I have a right to know what surgeries & medical treatment I've been given during my forgotten past but am unaware. I have a right to know who is guilty of criminally violating me but do not. These unknowns have left me completely defenseless to constant exploitation & disrespect.

- I'm forced to believe that the local legal/law-enforcement/medical systems are collecting money or some sort of benefit for intentionally neglecting me as I've been tortured on a daily basis for the past 31+ years. I don't understand why 'due process' & a 'pursuit of justice' haven't been provided to me yet but believe it probably has something to do with me potentially earning $billions for myself as an individual.

- I'm filing a lawsuit & charges for being forced to go public as a disabled victim who is getting neglected. I'm currently (2025) using social media to go public because I've been emailing this document to all authorities & news sources without.

- These are the reasons why I didn't turn myself in for the crimes I was innocent of but set-up for & why I have left the scenes of incidents before communicating with authorities & my rights

protect me every time I have done so: 1) The majority of the time I didn't have access to any of my memory & didn't remember anything. 2) The thought to stay at the scene didn't cross my mind while I was in a coma-type state of mind. 3) I knew I was getting set-up & controlled with mind-control technology so I knew I was under surveillance & getting & am/was unwilling to cooperate with corruption nor communicate with the corrupt while I was unprepared to defend myself because of my coma-type state of mind. 4) Both me & law-enforcement/legal systems are/were well aware that I'm under constant surveillance (& both are/were aware that my every thought is under constant surveillance) so I don't have to report what's already being recorded.  5) I never committed a crime & can prove myself a victim in every incident 6) I was unprepared to represent myself & knew I could prove my case once I remembered all of this evidence & profile of my violators. 7) I was getting violated by my entire surroundings & lost trust in almost everyone & everything & the people I did trust I couldn't communicate to because I lost my ability to verbally communicate what I attempted to communicate. 8) My rights & freedom would've been wrongfully stolen by the justice system until I was prepared to present this evidence & self-defense that I hadn't remembered so I acted towards self-defense instead. I'm entitled to act in self-defense while being attacked/sabotaged/violated/controlled/tricked/taken-advantage-of & it's a crime to violate a disabled victim until they fault & then attempt to steal their rights from them for faulting. It's a crime to wrongfully punish them & slander them for the same & that is what would have happened dealing with the corrupt law-enforcement representatives that I'm constantly forced to deal with. It's also a crime to trap a disabled victim into a situation that puts their respectability at risk of being damaged so I have always done the best I can do to stick up for my rights & for what's best for my self-defense argument in court as the disabled victim who is often unable to communicate. There is nothing I can do about the fact & it wasn't my choice that the corrupt law-enforcement & legal representatives continue to pretend as if they don't know that I'm being violated with mind-control technology & that they act as if it's not their jobs to protect innocent victims against crimes being committed with the technology.

- I deal with harassment & intentional disrespect nonstop from my surroundings because of my court case being unsettled. Plaguing me with constant intentional harassment & disrespect is one of the techniques my violators, surroundings & neglectors use to exploit me. These crimes negatively affect me worse because of my disabilities & because I've been getting violated nonstop for my entire life.

- I've had my entire life wasted getting tortured, sabotaged, violated & forced to write testimony & get interrogated (with mind-control technology) about getting violated while being forced to live without the medicines I need & while forcibly made unable to assist my family with our elderly, family farms & daily tasks when I should've been able to be a MASSIVE contributor, financially, emotionally, as a leader & as a laborer for my family.

- I'm not responsible for any of the negative that I was unlawfully attached to involving my court case & life. I was either being sabotaged or not functioning & have only ever chosen to act

towards self-defense as I've been getting constantly violated while severely disabled cognitively. Any criminal charges that I get accused of will be dismissed in court because of the laws that protect victims in the following situation: victims who are date rape drugged & being held hostage who escape their violators by jumping a fence labeled 'no trespassing' don't get charged for trespassing during their escape.

- My opposers have continuously exploited my lack of legal process & representation. I have been continuously judged when I was basically unconscious, cognitively unresponsive & getting controlled by a violator using mind-control technology to sabotage me. My violators regularly control me with technology to seem as if I was functioning cognitively when I wasn't in an effort to trap my surroundings into their schemes. My opposers & the court must've continuously used the unlawful evidence & those reactions to unlawfully delay or obstruct my justice. I was never responsible for my reactions & I don't lose rights as a disabled victim, contributor, nor citizen because a violator was able to successfully sabotage me repetitively with weaponized mind-control. My surroundings not knowing the difference between when I'm getting controlled & sabotaged with the technology & when I'm not doesn't eliminate my rights nor the legal protection that I'm supposed to expect but that is what has continuously happened. This document should immediately clear me from all threats to my freedom as well as guarantee me a 'pursuit of justice' & fair day in court as a contributor.

- It's proven to me that the majority (probably over 7 billion people) of out population is either incompetent, overwhelmed, distracted or unintelligent & incompetence strikes us all as the weather shifts (sickness, tragedy, etc.). The public is constantly being exploited by the government for resource consumption/dispersion politics & other politics (for example: the public is lied to about opiates & opiate users suffer because of it. The public is lied to about mind-control technology. The public is lied to about the news. The public is lied to about military's, etc. The government not allowing me due process, the people being incompetent, misinformed & exploited & the news not informing the public of the truths associated with me & my court case continue to force me to get treated terribly by the people (including my family) & harassed/violated nonstop.

- It wouldn't have been necessary to include & settle about every detail of this testimony with the court if not for the combination of the facts that I've been violated nonstop (gang-violated by both my surroundings & my unknown violators who use technology as a weapon) & if not for the great magnitude of 'importance' that my high-priority court case is compared to average cases. My court case should definitely be of the highest priority for the. I am the serial victim of our nation's most severe crimes who has been permanently damaged & my contributions create a massive amount of positive for society. With this much at stake I cannot leave any room for doubt & debate.

- The legal & medical systems continue to force me to go through mental health treatment/services. I am no longer willing to cooperate with that unlawful

judgement/order/punishment. I am an innocent victim & mental health treatment/services will never benefit me while being forced to live without justice, my rights, the medicines I need to function/be presentable/not suffer & my lawful earnings/compensation that's getting stolen from me. As of right now but especially once I have justice, my rights, medicines, etc., I will have better & more beneficial ways to use my time. My time has been getting wasted for my entire life because of getting violated & neglected so I don't have any more time to waste nor donate.

- Its unlawful for the court to find a victim 'unfit for trial' because he has been murder-attempted with head-injuries by a violator using weaponized mind-control technology who sabotages them every day & who is now severely disabled. It's illegal to find a victim unfit because the legal system isn't prepared to provide them the representation they are entitled to. It is illegal to neglect or find a head injury victim unfit for court because they haven't remembered the facts of the crimes they are victim to yet. All of these actions are illegal but all of these actions are what the court continues to unlawfully force upon me. When someone gets murder-attempted/raped/stolen-from or violated in any way, but doesn't know who violated them, they still get to go to court as a victim & eventually further settle in court after evidence & investigations are complete. My court case is over 30 years old & I still don't have a court date nor have I ever been approached respectfully about getting a court date as the serial victim to our nation's highest crimes despite getting controlled/violated/surveillanced every day of my 37-year long life. I'm seeking justice against the systems for that neglect & appealing any decision that's been made to not further settle my case & keep me as a known victim to the public instead of the criminal I continue to get treated & set-up as. Court should've been settled for me 2-3 decades ago & the violations to me should've/would've stopped & been prevented. My life has been horrific & miserable for the last 3 decades because of not being settled with court & not being allowed to live with my rights/earnings/compensation/medicines/justice.

- A hostage victim can't be arrested for fleeing violators in a motor vehicle despite not having a license & they definitely can't get arrested for doing so when their license was unlawfully stolen with known premeditated & organized corruption. I was arrested for driving my complaint to law-enforcement in Galesburg this January (2025) & then threatened to be arrested for doing it again yesterday (9/5/25) when I drove to the State Police in Moline, IL because all of the law-enforcement systems here are guilty of intentionally violating, neglecting & willfully depriving me with organized corruption & official misconduct because they don't want to arrest & charge the many violators that I have & because they don't want me to be worth more than them nor be respected more than them (they are insecure criminals).

- I am demanding life or death sentences against the corrupt legal & law-enforcement representatives that have been intentionally violating & intentionally neglecting me.

- I'm in no way 'unfit for court' nor 'unfit for society' because I notice & profile the tendencies & patterns of my violators who have violated me on an 'all day every day' basis for my entire life nor because I don't respond properly to being tortured, exploited, slandered, etc. while unable to

communicate (because of brain damage & violators controlling my mind to sabotage my individual respectability) despite my surroundings continuous efforts to attempt to get away with claiming that I am. Acting towards self-defense as I couldn't function nor communicate does not eliminate my rights.

- Throughout my life it seems as if I'd get punished by my surroundings, society & my mind-control violators for not verbalizing my thoughts & plans in time) despite being taught that I can communicate with my thoughts. It seemed they punished me for not communicating because of the serious crimes associated with my past. I continuously attempted to trap them into their own responsibilities by using my thoughts with the mind-control surveillance & was able to make it this far doing so. It was my only self-defense option pursuing towards my individual rights.

- I believe a federal organization is responsible for me getting violated with mind-control technology while the local & state legal/law-enforcement/medical systems have been aware & willfully chose to intentionally neglect, exploit & violate me. Normal individuals don't have enough access to be able to hack innocent people's minds from their personal equipment. Government clearances are necessary for anybody with access to this type of mind-control technology to operate legally. It's been proven to me consistently that my every interaction & thought has been documented under surveillance.

- Weaponized mind-control technology is the most advanced weapon on the planet & it has been used to sabotage, exploit & torture me for all but the first couple years of my life by criminals who are not stupid. I don't lose my intellectual property rights nor my right to justice & my human rights because a couple of their 1,000s of sabotage & exploitation crimes successfully caused damage. The courts & my surroundings must've made all decisions & judgements based on the constant sabotage that I'm victim to & the nonfactual evidence that the sabotage continuously creates instead of the ample amount of factual evidence that exists. They must've also made these decisions & judgements without acknowledging the damage & debilitation caused by repetitive head injuries as a violator uses technology to weaponize my own body & mind against me. The court continues to threaten me & tell me I need help of this sort or that one as I'm a completely innocent victim who has been forced to suffer from expected symptoms & natural reactions instead of respecting me as the contributor & victim that I am.

- The 'conflict of interests' that exist with the local (& state & federal) legal, law-enforcement & medical system representatives could not be more obvious. My case involves charging over a dozen separate kids with crimes deserving of life sentences as their penalties. The corruption involves would mean justice would have to arrest, charge & imprison potentially 1000s of authorities. My inventions improve almost every existing industry & would entitle me to completely take over several massive ones (for example the commercial fishing industry). My lawsuits against our best organizations (for example, OSF Healthcare) should be MASSIVE & the people are against me getting to charge them for what I deserve to charge them for. People struggle to want to allow individuals (especially kids) to soar past them with fame, wealth &

respect when they can prevent it with organized corruption & that has been what has been the case for my entire life.

- It's illegal & immoral to trap a disabled victim who has been constantly violated into a self-defense situation & then unlawfully punish/threaten them for acting in self-defense while the victim is in a concussion-coma-type state of mind. This has been a constant mistake/effort/attempt/argument from my violator/violators/neglectors/surroundings.

- I'm constantly being forced into battling for my own sanity, self-defense & individuality throughout my time with the mind-control violators (they are with me 100% of the time). They keep me as 'on-edge' & damaged as possible while attempting & letting others attempt to justify saying that I'm 'unfit' for public regardless of the fact that I'm completely innocent of all wrongdoing. They intentionally ruin all of my time to myself. They have done nothing but damage me & force loss while controlling & interrogating me.

- I need all court & investigative information involved with my violators & neglectors. I deserve access to all surveillance of me that has been seen or is getting used for my court case including my childhood football games. I could walk anybody through what actually happened (with my mind-control violators) in every situation as I've been surveilanced for my entire life. My evidence proves my case but court cannot proceed without the facts of an investigation.

- When a victim, especially a child, is as head injured as I was several times throughout my life, the victim (myself) can't be expected to be able to function. The damage from my injuries has been a permanent loss of cognitive & physical abilities. When a person is that hurt things that would've only potentially annoyed them gets heightened into almost giving the suffering victim a "blackout" or "blank-mind". I'm supposed to have equal protection as a United States citizen & extra protection & accommodation because I'm a disabled victim. Instead I've been violated nonstop & continually forced to turn blank minded. I'm seeking justice & compensation.

- I should be able to rely on reminders about my internal thoughts that I forget while living with brain damage that my mind-control violators intentionally caused & while being kept under constant mind-control surveillance while all of my violators both local & the ones using weaponized mind-control using tech continue to plague me with distractions as I can no longer multitask. When something unexpected happens my mind goes completely blank or my train of thought is lost when I'm forced to focus on the new cognitive priority. When I catch my violators getting away with doing this to me intentionally my anger regularly makes my mind go blank for hours to days to weeks to months to years.

- As a permanently & severely disabled victim it's not illegal to have a negative reaction to getting tortured/abused/violated/sabotaged. A negative reaction in that situation is a natural reaction & isn't illegal nor punishable. My local legal system continues to punish me for these reactions instead of providing me the justice/compensation I'm entitled to by law.

- I am being isolated by my family, my surroundings & the general public because of the damage being caused by my criminal violators while I'm defenseless against organized corruption & the most advanced technological weapon on the planet.

- Weaponized mind-control has been used to violate the young children in my immediate family repetitively over the last decade & them doing that to my nieces & nephews as they are torturing, sabotaging, neglecting & stealing from me as they are has been some of the worst insults imaginable.

- All predictions that I was told would happen while I wasn't functioning nor remembering conversation that have now occurred were not only a grand torture technique that made it perfectly clear to me that my surroundings & authorities are & were perfectly aware that they are intentionally neglecting me as the serial victim of our nation's highest crimes who should be one of our best contributors & that they are intentionally neglecting other victims while serially harassing me. They not only did this to rub in the fact that they are intentionally neglecting & harassing me they did this to further destroy my enjoyment in life by attempting to make me mentally ill & paranoid while hoping I would start believing everything is rigged with mind-control & wouldn't have been able to produce nor make sense of my evidence, self-defense, symptoms nor criminal-profile (which would have happened if I had not been putting a nonstop cognitive effort into my own court case & self-defense with my every cognitive opportunity for my entire life).

- During my childhood football games immediately after my most severe head injuries my mind-control violators sabotaged me in certain ways as a red-flag or rape-whistle-type alert but the kids intentionally ignored these symptoms & hit me head-to-head many times. During these games I could hardly stand up because of my floppy spine, I couldn't talk & I could hardly see when I suddenly realized I was in a football game. These kids deserve investigated for attempted murder against a severely disabled child. I always had to take it easy on the other kids while I played football & did so despite my brain injuries. The other kids always tried their hardest to hurt me & the fact that they did so while I was that hurt entitles me to justice.

- It's been made clear to me that my childhood football games were under surveillance because the top college & NFL games have all been reenacting exact replays from those childhood games for years now. This will make it very simple for me to prove that I was getting sabotaged with technology while playing football (I was forced to headbutt a kid while running by him. I was forced to pretend to kick a kids head while he was down in an effort to deceive the people watching video surveillance. I was forced to kiss my cousin, Corey & I was forced to hump Drew while playing football). This will also make it extremely simple for me to prove my points about how I was an elite athlete before getting turned disabled, about how I was a good kid & nonviolent person who used to take it very easy on the kids compared to if I was attempting to bully them like they all seem to think I deserve punished for. I could show you how this or that kid thought I was bullying him as I was letting him tackle me, letting them break my tackles & as

I intentionally fumbled because I felt bad for being able to make them fumble every time I tried to. I could show you that same kid not being able to tackle somebody who I could flatten with ease. I could show you this same kid who couldn't hold his own against a specific kid that I could easily handle on both sides of the ball. I could show you how these kids kicked my head like they were kicking 70 yard field goals & how I was forced to pretend to kick a kids head that was touched by my foot lighter than a finger could flick somebody. I could show you these kids who thought they were equivalent to me who couldn't hang with this kid that I made cry while taking it easy on him. I could show you these kids who couldn't hang with these older kids who I could flatten with ease & had to take it easy on to not demoralize. I could compare these older kids to those older kids & prove that I was better than them all. I had to take it easy on the kids 5, 3 & 1 year older than me (as well as the kids my age) because I didn't want them to be demoralized. I have only seen 2 or 3 NFL & college athletes who could run similar to how I used to be able to run before they permanently disabled me physically. I can prove myself smarter than all of them on top of that. I was a good kid who attempted to build up the other kids so they could be good teammates but the other kids & my mind-control violators were absolutely horrible people & criminals. The following argument provides more specific details, names & examples that prove what I just documented.

- They have been showing my replays through the college & professional sports games (including the Super Bowl & college bowl games) for years now without my permission (today's college football games 9/20/25 were full of my replays). They are using mind-control on the players to reenact exact replays & are literally stealing from me as they are doing it. All of the plays they are showing were in games where I was violently attacked (with non-football plays that were violent crimes) by around 20 separate kids on 7 or 8 separate incidents & I believe that this might be the governments way of introducing my court case to the public. I have watched a very exact reenactment of the play when Mick Kaywood ran from off the field (he wasn't playing with us) & hit my head into the concrete that we were playing next to with his hardest hit as my skull was already fractured & severely damaged.

- My evidence proves me a good kid who wasn't a violator & instead the victim to sabotage crimes caused by a violator using mind-control technology to exploit my victim situation as someone who had been violently violated by over 13 separate kids. My violator didn't want me to 'steal the show' & attempted to lessen the pressure on all of the violator-kids & their families because of their violent crimes against me. My following self-defense argument is necessary to process to prove my innocence: I had to take it easy on Drew Robertson when we played childhood football except for the games when I could hardly stand up nor see after my most severe brain injuries. After I was in my childhood four-wheeler wreck with Brian Parkins, I was severely hurt but Drew attempted to dominate me & went as hard as he could against me despite me taking it easy on him always beforehand in an attempt to help him develop. When I played football after my injuries at Monmouth Park, I could hardly stand nor see & Drew (along with the other 4-6 kids on the opposing team) all hit me as hard as they could & intentionally hit me

skull-to-skull. I was the most hurt that I have been during this game & my vision was blurry & my spine was floppy. As those kids kept hitting me head-to-head I felt my spine get weaker & believe it ruined my chances of recovery. I don't remember if I made it off the field or if I went unconscious on the field. Soon after this game & while I was still severely damaged (but further recovered) from my severe head injuries Drew intentionally hurt me with a metal teeter totter at Warren High School immediately following one of our football games & I didn't hurt him despite being able. In the near future I was asked to play football with Drew & his friends on concrete & it broke my heart but I didn't want to "bitch out" so I played. I thought it was a joke & didn't know what to expect (thinking we were basically just going to play catch) & it was basically their team of 5 or 6 against me. I took 3 or 4 hits to the concrete (not wanting to hurt these kids) before I got fed-up & started sticking up for myself. Drew attempted to hit me into the concrete but instead of slamming him on the concrete & hurting him I cradled him like he was a little baby girl & set him down on the concrete while not allowing his head to touch the concrete whatsoever (I could manhandle him with ease unless I was so hurt that I could hardly move). I then still took it easy on the other kids but made 3 or 4 of them hit the concrete with less than 50% of my hit power. I broke all their tackles & scored & they all quit almost instantly after I started hitting them back. As soon as this game ended a kid attacked me & punched me a couple dozen times & I just stood there & took his punches until he stopped (I believe it was Bobby Clevenger but cannot remember for certain). I could've dominated this kid physically as well but was told that if I fought anybody that I'd be put in prison so I did as I was told. Jon Hannah also attacked me with punches during one of these football games & I stood there & took his punches until he stopped despite being able to dominate him also. I was physically dominant & could've hurt all of the kids who took turns stomping my head but I didn't want to go to prison nor hurt those weakling kids so I didn't & just kept playing 'fair & square' football. When Patrick Gavin attacked me I didn't hurt him despite being extremely capable of doing so with ease. When the kid (who I believe was Mick Kaywood) intentionally cheap-shotted me into the concrete I could've hurt & dominated him before he even opened his eyes while he was laying on the ground after hitting me despite him not making contact with the concrete but I didn't. I had to take it easy on all of the kids when I played football against them to not demoralize them & would pretend to fumble to not feel like a bully because I could make them fumble on every play that I attempted to get them to fumble. I could lay Dooey Lane out like it was nothing with 50% of my effort when the other kids like Drew couldn't even tackle him (Dooey was 3 times the size of all of us) but Drew & those kids would've told you they were equivalent to me on the football field because of how gullible they were as I took it easy on them. I didn't hurt Tommy Ayers (older than me) & had to take it easy on him as I was already severely hurt despite him cheap-shotting me from the side into the concrete. When he attempted to tackle me I ran through him like nothing & when he attempted to run the ball approached him head on & flattened him like it was nothing while taking it easy on him & manhandling him enough to make sure that his head didn't hit the concrete. I had to take it easy on Zack Youngquist & Daniel Painter (who was twice my size & several years older) to not make them

feel bad about themselves because they were older than me. Zack was stronger & better than Drew, Jon & all of those guys that stomped my head & hit my head while I couldn't stand & I made Zack cry & could handle him with ease while going less than 50% on him. Adam Mannon couldn't break my tackle & he was 3 or 4 years older than me, 3 or 4 times the size of me & a d-1 football player. I played with Corey Champion, Aaron Gavin, Zach McGlaughlin & Matt Morgan after all of my childhood injuries when I was severely hurt & could handle them with ease & had to take it easy on them to not be a bully (while heartbroken). I had to take it easy on Derek & Chad Robertson who were 5 years older than me while playing football (I took it easy on them 1) because I didn't want to demoralize them 2) because I knew Drew wouldn't respect them anymore if I dominated them in front of him) yet I never hurt any of the kids & was repetitively sabotaged because of all of the times I was violated without a pursuit of justice nor due process & because of all of their false assumptions they made with completely oblivious disregard for the extremely obvious facts of reality. They forced me to hump the kids who thought I was being to much of a bully despite the fact that I took it very easy on them compared to if I was attempting to hurt them. I believe they forced me to do what I was forced to do to Derek, Chad & Drew Robertson for these reasons. Mick & Jimmy were our best hitters in high school & I was without doubt able to hit as well if not better than them before my disabilities. Mick & Jay (Boone) were our best runners in high school & I used to run better than both of them. Mick had a short choppy running style & Jay was a long-stride runner with decent lateral capabilities. I could run with the short chops at this click of a finger then switch to the long-strides at the next click of a finger then switch gears to a turbo running speed that neither of them had. The kids in my class who didn't get turned disabled were all fairly equivalent athletes & runners… I used to literally be able to run circles around them as they were sprinting. I don't compare myself to Olympic track stars that I see on tv because I never was able to develop enough to get a feel for myself on a track before I was turned disabled but I was one of the best open field runners that I've seen. I am a straight male who has never one time been curious about homo nor bi involvement.

- I believe that my mind-control violators forced me to kiss my cousin Corey as we were playing football for the following reasons: 1) my parents used to attempt to make me kiss my cousins & it used to gross me out & make angry. 2) The other kids we played football with were all 3-4 times his size & started out the game by hitting him hard so I hit all of them hard enough that they got the message & stopped hitting them hard. I believe my mind-control violators punished me for putting them all in their place while we were getting unlawfully spied on with video surveillance (I knew they were spying on me with mind-control but didn't know until recently that we were under video surveillance because I've been constantly shown all the replays from my childhood games through reenactments of the college & NFL games).

- I believe it's a potential that my mind-control violator forced me to expose myself to other kids because my cousin, Julie, used to pull down my pants during surprise attacks (making a joke about being a psychopath who punishes me for my past (as a victim) being unsettled legally).

- I'm forced to wonder if they brutally assaulted me with brain & skull injuries separate times specifically to eliminate my ability to design & play poker. I had mastered poker enough that I could've regularly defeated the best poker players on television but soon after reaching my peak more repetitive brain injuries stole my cognitive ability to function at that level again. My cognitive status is now back to how I was after my first set of worst head injuries. My brief advancement in recovery was completely erased by the golf carts & 4-wheeler landing on my head. My mental recovery peaked by mastering poker but I still couldn't trust myself to reliably communicate verbally because of the brain damage. The boat & car wrecks soon after simultaneously while settling into damaged health from prevalent sickness caused my recovery to vanish until these past few years. I've regularly played online poker since I was a child & playing the card game allows me to calibrate how much of my cognitive functioning is live & now missing. For over the past 2 decades I have played on a regular basis without sign of improvement. I now play at the same ability I had after just learning the game & I've noticed nothing to make me believe that I will be able to heal back to that higher ability. Since losing my ability to read my disabled mind's brief ability to keep the card game mastered was a somewhat recovered & separate mind-state that I had to progress to & that is now missing again. I believe that I might have been one of this time period's top poker players if not for my head injuries during the late 90s. Taking my ability to function both mentally & physically was certainly the intent & a motive of my violators.

- After my repetitive brain injuries my local community, including my parents & the authorities, wouldn't have allowed me to get a license when I was 16 unless they knew mind-control technology was being used to control me out of respect for the other drivers. The violators that control me with technology would constantly make it seem as if they were working with law-enforcement. They'd regularly do this by forcing me to speed right into a speed-traps or by blanking my mind & forcing me to make a couple turns that I wouldn't make leading me head on into a police car or force me to start talking to myself & then look over to see a cop driving by & when it pulls away I'm allowed to keep quiet again or make sudden movements while harassing me for not wearing seatbelts.

- I'm constantly forced to express negativity towards those who I'm attempting to respect (elders, authorities (state's attorney's, judges, cops, lawyers, doctors, teachers, coaches, etc.) while getting sabotaged & neglected & this continuously happening damaged my character an unforgivable amount.

- My violator/violators have publicly (& privately) sabotaged my personality & respectability, successfully. They've succeeded in doing so by constantly sabotaging my personality every day to everybody, both publicly & privately. My personality has been sabotaged so often that I don't recognize myself anymore & it is far from the person/personality that I'm constantly portrayed as & forced to act like by my violator/violators who use mind-control technology to control/violate/sabotage me. It's illegal & wrong to punish a victim who is being sabotaged with loss of freedom/rights/opportunity & that is what continues to be done onto me.

- It's a high crime to punish a disabled individual for having a negative reaction (especially when the majority of my negative reactions are forced upon me by violators using technology) as they are getting intentionally neglected while being tortured, violated, sabotaged, stolen-from, unlawfully set-up, etc. & unfortunately that's what has been going on with me for decades because of being surrounded by organized corruption.

- While attempting to turn in my evidence to the Knox County Police (on 1/29/25) I was asked how I know when mind-control technology is being used on me & this is my response: It has been continuously proven to me that mind-control gets used on me constantly by my surroundings & the media regularly interacting with me about thoughts that I never verbalize. My mind-control violator/violators usually make it blatantly obvious to me that they are controlling, reading & communicating with my mind. I can't always tell the difference between them, God & myself but I do know that when my mind goes blank it's basically dead & unable. When my mind is blank & I'm getting forced to do & say things that I would never do nor say & have already consciously decided against repetitively its safe for me to assume they are violating me because they are violating me nonstop. Regardless, as a victim left permanently disabled with brain & spinal cord damage who is violated with the technology that is supposed to only be used to assist me I am unresponsible for when I am violated & for when I don't function.

- After initially forgetting that my mind considered it a potential that it's possible my family & surroundings are caught off guard by the true facts involved with my court case I am recently beginning to process that reality again almost 30 years later in the Spring of 2025. I completely forgot that they might not be aware of all of the facts involved with me getting sabotaged, violated & neglected. While I was severely hurt I wrongfully assumed that everyone was aware of the facts involved with my court case because mind-control technology was & is getting used to control me (seemingly with clearance from authorities). The public continuously reminds me that I have no privacy & that I'm constantly under surveillance. I remember waking up out of my head injury stupor enough during high school so that I could consider that my surroundings weren't aware of the constant & intentional sabotage I was getting tortured & suppressed with. The combination of my surroundings not being completely aware that I am getting sabotaged nonstop & the fact that I was unable to communicate for myself led to my reputation & respectability getting ruined. Getting my family, the court & the rest of my surroundings straightened out about my court case will make a massive positive impact on my life immediately so I need to settle with court as soon as possible. I cannot efficiently & effectively make progress towards a better future while getting sabotaged, violated & tortured nonstop. It's time I'm provided the relief, opportunity & earnings/compensation I'm entitled to. My family & I deserve better after what I've been intentionally forced through & damaged with.

- I'm constantly forced to put thought into the fact that there could be a lot of other victims getting sabotaged & constantly violated/tortured/raped by violators using mind-control technology who are going completely free from justice despite being the worst type of violators. Investigating, capturing/handling & punishing those violators are the responsibility of the legal

& law enforcement system as they are continuously working to protect the rights of individual citizens who are innocent. I do not have the rights to investigate & arrest violators so that needs to be done for me.

- My father deserves paid back for all of the money that was stolen from him as he was forced to pay for car insurance that we shouldn't have had to pay for because of weaponized mind-control being used to control me as I drive since first getting behind the wheel. He also deserves paid back for all of the money he has had stolen from him by our corrupt or incompetent legal system as I've been unlawfully arrested repetitively throughout my life.

- When I stole money from my father while I was in a coma-type state of mind it was so that I could afford the medicine that I need to function. My thought was that I'm owed money by right for compensation I'm owed & earnings that I've earned & my dad is/was my responsible legal guardian who was letting me go without my rights, the medicines I need & my earnings/compensation while I was getting constantly violated & kept under illegal surveillance. I only used his money for medicine that I need. I did so because I'm entitled to the medicines but am being neglected/denied my rights while unable to verbally communicate. Knowing how the legal system works I knew the government would have to pay both him & I back for forcing me to live without legal access to the medicines that I need & forcing me to pay people for medicine instead of providing me the medicine from the doctor/pharmacy for free or as its paid for by my violators. Also, I was severely injured as a 3, 4 or 5-year-old on his farm by his employee so he was responsible for getting me my medical rights & compensation.

- After getting violated with mind-control technology & forced to steal a prescription pad from the doctors office while in a coma-type state of mind I'm unapologetic for writing my own prescription for the medicine that I need to function & go without suffering as I'm getting unlawfully denied my right to have my own prescription to the medicine intentionally. My action was my only option for self-defense in that limited state of mind. Attempting to charge me for writing my own prescriptions after being forced to steal the prescription pad by my violators that control me with technology as I was getting unlawfully refused the medicines & criminally neglected, medically & legally, while I was in a coma-type state of mind & getting serially violated with our nation's most severe crimes would be like attempting to charge a date raped victim for unconsciously acting towards self-defense or like attempting to charge a hostage victim for escaping their kidnappers through a no-trespassing zone. I'm filing charges & a lawsuit because of the facts associated with this portion of my past.

- The doctors around here continue to tell me that they don't prescribe the pain medicines that I need & continue attempting to send me over an hour away for medicine that I need access to every day. Every time that I have made the trip I have returned home empty-handed.

- My lawsuit will include me gaining lifetime prescriptions to the medicines Oxycontin, Opana, Valium & whatever medicine I've been drugged with since I was a kid (reminds me of Seroquel

mixed with something that makes my eyes feel fuzzy). I need the version of Oxycontin & Opana that is capable of being crushed into powder & consumed through my nose. This version allows me to benefit from the medicine much more than the version that does not crush into powder. This version of the medicine is a miracle medicine for me & the version that has to be swallowed is not. At times I need 8-12+ pills of Oxycontin per day to be sufficiently & effectively dosed enough to eliminate my symptoms during the hours while I'm awake when my tolerance is built & 5-8 pills per day during the beginning of my use. I will also be gaining access to whatever medicines I need for my skin to look presentable. I will need medicine so that I don't have to use the restroom nonstop as well. My life & health are damaged because of not getting the medicines I need guaranteed to me by the time I was 18.

- Diabetics & other diseased/sick don't have to live without the medicines that eliminate their symptoms so neither should I. I want the medical & legal system employees charged/punished for forcing me to suffer with these constant symptoms.

- I've been to the doctor over 30 times since I've been 16 & I've had a urinary tract infection, been plagued with acne, been a crippled, had cerebral palsy & brain damage from multiple severe head injuries long before my first doctor's appointment. I still don't have the medicines that I need to eliminate my symptoms. The doctors have done nothing but waste my time & neglect me. I'm pressing charges & filing a lawsuit for their neglect, malpractice & for them constantly wasting my time & resources.  I am demanding that they are put in prison & potentially for life or death sentences for forcing me to suffer from the symptoms that can be easily erased with medicines that they are refusing to share with me.

- I've spent over one hundred hours progressing towards getting my feet, toenails, hands & fingernails cleaned up since moving to Alexis in 2019. I've spent countless hours caring for my skin throughout my life & it's a symptom that gets completely eliminated when I'm properly medicated. Unfortunately, I'm constantly forced to suffer without medicine that I need to look presentable. My symptoms are common & apparent so getting me on the correct medications should be simple & routine for most doctors. The suffering caused from their neglect has been miserable.

- The local doctors are either liars & criminals or to unintelligent, oblivious & uneducated to be doctors. They continue to tell me there isn't medicine for symptoms that I already have experience with. I've made it clear to them every time I've spoken with them that I need certain medicines to function but they continue to unlawfully deprive me willfully.

- Before my severe brain injuries during childhood I didn't deal with intrusive thoughts. Since then over 80% of my thoughts are intrusive or being forced upon me by my mind-control violator. Of the 80% or better of those thoughts I have to ignore over 85% of what crosses my mind. I have to do this while getting violated by either my surroundings or mind-control

violators or both & while being forced to live without the medicines that I need & am being unlawfully denied 100% of the time.

- My memory faults & my mind goes blank when I have to urinate & the medical negligence that I'm being intentionally violated with causes me to have to urinate on average over 50 times per day. This is being intentionally done to me to damage my character, recovery efforts & ability to represent myself while I have over a $billion on the line. It's been made extremely evident to me that we have medical treatments & medicines available that treat this after witnessing people in wheelchairs & elders at nursing homes yet I'm still being forced to live without.

- I deserve unlimited access to the medications that I need to survive, be presentable, function, eliminate symptoms & improve my quality of life.

- I now have inherited the legal rights that entitle me to the medications that I'm getting unlawfully refused (Oxycontin, Opana & Valium) because of my injuries & circumstances as a victim. In case law we would get to the fact that a doctor doesn't have rights to deny a diabetic the medicines they need to survive & this same law protects my right to the above medicines that I need as well as the medicine that I need for my skin.

- I have more of a right to the medications Oxycontin & Opana than 99.9999(9's-repeating) percent of the population.

- What the media & general public is doing in regards to opiates is abuse & harassment to people like me who don't function without. To be constantly called & referred to as an addict when my body doesn't function without the medicine violates my rights & this will be a part of my lawsuit. People who need diabetes medicine don't get called an addict & it would be considered a crime if they did so the same should apply to people in my situation.

- I believe that I might have several devices planted within my body or that technology has reached the point that my mind-control violators don't need a receiver within my body to communicate with & control my brain/body. I believe that they have the capability of communicating with & controlling my brain/organs & their responses. My life is full of experiences that make me believe & prove that I have medical devices implanted within my body as I'm getting blatantly violated/controlled with technology by my violators. - I believe there is a stint or some type of similar medical technological device planted within my brain that gets controlled by my tech-violators. I believe they can open & close the stint at their will & when they do so it shuts off specific functions. I cannot produce language that can be understood & my vision gets bad when this happens. Other cognitive functions go when this happens as well. This has happened multiple times during specific moments that I later remembered being told it would happen during over a decade prior while getting harassed/abused/informed as I wasn't processing. It seems as if the mind-controllers can control my brain/body/thoughts/emotions/reactions/level-of-consciousness at their will & it's being constantly proven to me that its getting used on me by/with our government's permission. I'm

forced to debate & guess about if I've had brain or skull surgery. I remember being taken to the hospital after several severe head injuries & being put to sleep by the doctor. I don't know what they did to me while I was asleep but know that I went from having miserable, pounding migraines that constantly seemed to almost kill me to getting much more tolerable headaches. I also went from having a normal shaped head to having a dent in my head & am wondering if they removed a piece of my skull during my head surgery? - I'm forced to debate if I have a stint in my back that prevents my spine's vertebrae from pinching my spinal cord. I'm forced to believe that this stint in my back can be controlled by an outside source & the controller has the option to allow me to use my spinal cord below my belly button & it has the option to paralyze me from my belly button down. - I believe there is a device implanted inside me that can control a flap that exists within my throat. The device allows them to force me to choke (when they shut the flap intentionally). - I'm forced to believe there is a stint in my heart that allows them to assist or disrupt the functioning capabilities of my heart. The technology allows them to control/improve/destroy my stamina at any given time. - I believe my lungs & skin are being poisoned with irritants that make me deal with lung infections & acne/skin-breakouts nonstop. - I believe they have a device implanted in me that distributes medicines to me (nerve pain medicines, head-injury medicines (similar to the medicine 'Seroquel') & hormone therapy). - I'm also forced to debate if I've had some type of back/spinal cord surgery. After my head injuries, I couldn't bend/stretch. I woke up one day & could suddenly bend/stretch & believe I might have been given a surgery in my sleep to allow me my movements (I couldn't reach my knees while attempting to touch my toes & then suddenly could reach passed my toes after waking up feeling as if I was given back surgery). - I'm forced to wonder if I was given fake calf muscles. My injuries made the back half of my lower body die & disappear. I remember getting upset because my legs were suddenly skin & bone. I was instructed to do calf raises on my stairs 1 day & the next day I woke up & had small calf muscles that are still 'floppy' to the day. - I believe there is a medical device implanted within me that is controlling the comfort & functionability of my left heel & surrounding area where my foot was cut off & my heel was crushed. Occasionally I'm threatened with an uncontrollable & ferocious pain while it's being made clear to me that those that control my brain can control when what hurts when. I'm wondering if they have a remote-control device set & are making a soap opera about when they are going to amputate my foot. – I believe they have a stint or some type of remote-controlled device in me that releases a fatally poisonous symptom similar to sepsis that can shut off my body dead at the click of their button. I can remember over a dozen separate times when I suddenly feel as if sepsis or some type of sickness suddenly overtakes me & almost shuts me off but then they suddenly click the remote-control button back on that allows me to live without that symptom (they do this seemingly as a fatal threat/reminder (that I rarely function well enough to remember)). – I believe it's a potential that a technology similar to Neuralink's 'Blindsight' is being used to allow me to see & that my worst initial severe brain injuries may have blinded me. I have significant vision loss, my vision is now pixelated, my blood splatter that used to exist in my vision is now gone & replaced with a floating dot & it's been made clear to me multiple times that my mind-control violators can alter

my vision at their will (they can make me see whatever they want the same as watching a dream (but amongst my actual sight) (they change the colors of people's clothes, or the color of paintings, or people's faces & can force me to see people that aren't there, etc.).

- During the ages between 4-33 I completely forgot that soaking my body in water could benefit my health. I showered regularly but lost the ability to consider that as a potential for reality. I also forgot the benefits of cardiovascular exercise & thought that strength training alone would suffice.

- The people in 3rd world countries, the people with AIDS & Hepatitis, the people who make SCAT porn (where they consume each others bowels & vomit) & the people like social media's "The Liver King" (who don't cook their food) look healthier than I do. I've showered every day, brushed my teeth & washed myself nonstop, cooked all of my food thoroughly for my entire life (except the one time I was forced to eat raw beef by my mind-control violator), lived in a clean environment with laundry & soaps & have never used a dirty needle (while being forced to use heroin for pain medicine). I'm charging you over $50 million per year for my skin symptoms alone knowing I was one of the best looking males on the planet who should be known worldwide as the top contributor born since 1980.

- I need more exercise & less of my time wasted. I bought dogs knowing that I should be able to afford them by now but still cannot (over 4 years later) despite my document being able to prove me the major contributor & serial victim that I am since I began turning it into authorities over 4 years ago. My unique circumstances as a victim & future major contributor should entitle me to more money, benefits & medicine than what I am being granted while I'm waiting to settle with court. I should have my driver's license & FOID card but do not. I should be healthier & in much better shape but instead I've only had my heart beating for a couple seconds around a dozen times since I was in amazing shape during my early childhood. I wanted to stay in that good of shape for my entire life & was willing to put the work in but instead was knocked mindless & not reminded the exercise is necessary for that type of health. Out of the 168 hours in a week I spend 30-50 cleaning, 10+ cooking & eating, 35-70 hours taking notes & typing evidence, 10+ hours progressing with hygiene, several hours doing laundry, 5+ hours caring for my dogs, multiple hours sending emails to authorities, around 50 hours sleeping & the rest of my time attempting to progress with strength & cardio training or scrolling social media for entertainment, educational & investigative purposes. I've been working at this pace since moving to Alexis in 2019 but have had to spend my every cognitive effort & opportunity working towards processing all my evidence while creating my plans, self-defense-court argument & criminal-profile . I get interrogated & controlled 100% of the time & if I'm not working towards progress I get violated for it with mind-control punishments. I shouldn't have had to prepare any evidence & all of this information should've been provided to me since I've been getting interrogated with mind-control surveillance for my entire life. I should be able to afford to hire people to clean for me. I should be able to afford to hire chefs & food from restaurants but instead I spend all of my time doing what other people should be doing for me. I am severely

damaged so its going to take more exercise than the average person needs to get me back into good shape. Despite the fact that I should be able to, I can't afford to keep up with buying new running shoes & clothes when I exercise at the pace that I need to. I have lost thousands of hours over the last 6 years preparing this document when I could've been improving my life, plans, designs, relationships, physical health, mental health, relaxing, enjoying the entertainment, etc.

- Government clearances provide those awarded the necessary exceptions to live with certain rights denied to many others. Our medicine growers have the permission to grow plants (such as poppy) that are illegal to grow for most & clearance is necessary nowadays for permission to grow/produce certain medications such as the opiate & other medicines that I need to function. I expect to be able to gain clearances similar because of getting constantly controlled, violated & intentionally neglected simultaneously for my entire life while not functioning cognitively & because I could potentially be one of planet earth's top contributors born withing the past 50 years. People get clearances to own guns, drive, manage, operate & more. People get clearance & the resources to efficiently use opiates free of risk to any loss of reputation nor responsibilities. I expect to have my rights protected instead of constantly threatened & stolen. I want whatever clearances I need to have & grow my own medicine. I want my driver's license & foid card back also.

- Being forced to gain my rights to specific medicine from court (opiates, benzos, & other treatments now needed because of getting damaged by criminals) & go public for myself as a victim being intentionally neglected has destroyed the confidentiality that I am supposed to expect protected as an individual.

- I've been misdiagnosed with Paranoid Schizophrenia multiple times by people who have never been around me for more than 60 seconds. I have witnessed people with paranoid schizophrenia & have done research about the diagnosis & am not a paranoid schizophrenic. I have brain damage & have been repetitively violated & tortured on a daily basis for my entire life by the people from my surroundings, doctors, lawyers, cops, judges, the broadcast television industry, people on the internet, people controlling the operations of the internet & by violators using mind-control technology so I deal with symptoms but am not schizophrenic & definitely not paranoid schizophrenic. Paranoid schizophrenics wouldn't be able to go through what I have been through as a victim & make sense of, organize & prepare this evidence. Paranoid schizophrenics would not be able to function nor differentiate between reality & getting violated with mind-control while living with brain damage caused from repetitive violent crimes. There is a massive difference between my brain damage & the symptoms that I experience because of repetitive severe brain injuries & the symptoms I experience because of getting tortured, interrogated & communicated with by violators using mind-control on me as a serial victim to our nation's highest crimes who is being denied due process, justice & my rights while surviving over a dozen violent murder attempts, countless rapes, getting over a $billion stolen from me, & my mind-control violator intentionally sabotaging & destroying my character, personality & every relationship & public communication that I have ever attempted to have & make & the

symptoms of a paranoid schizophrenic. Paranoid schizophrenics not only don't differentiate between reality & their symptoms/delusions (& I'm not delusional) but they cannot act not paranoid nor make sense of reality when their symptoms overtake them. I can always make sense of reality & my self-defense when I'm able to verbally communicate & remember but I cannot always do so when an authority or violator attempts to put me on the spot & threaten my life/freedom/rights as I'm not functioning me not having a good response that a healthy mind who has never not been a healthy mind can make sense of doesn't make me a paranoid schizophrenic & that is what I have been misdiagnosed as by people who are completely ignoring the facts & evidence of reality & allowing corrupt violators using mind-control to commit the worst crimes on the planet.

- While pointing out the fact that I'm having to use the restroom nonstop while never being able to get hydrated (despite drinking water nonstop) & that other smokers who smoke far more than me are still holding weight easily & that it just took me 3 months of no smoking (through a perfectly clean water bong) to put some weight back into my face & that I lose my face after about a week of smoking its clear that I'm being poisoned with anti-medicines/irritants as others are getting the medicines us American citizens are entitled to & a walk through the nursing home proves this extremely evidently without doubt.

- The government & media lie to the general public about people getting intentionally plagued with forced medical symptoms that are treatable because it is too valuable of a weapon for them to use amongst society.

- It takes less time to give someone surgery than it does to roof a house. The amount of resources it takes to create the medicines for surgery collectively should cost less than it does to buy a steak. Our politics should be benefiting all of the people instead of exploiting them for the education, law-enforcement & medical systems. Our politics only account for the people living in urban areas & debilitatingly neglect our people from rural communities.

- The lawmakers & politicians are intentionally stalling to catch up the laws & politics for farmers. I'm the only son of 2 separate farmers. Farmers everywhere are being stolen from & forced to sell their land because the government, lawmakers & politicians steal from & take advantage of them for the medical & manufacturing industries & the law-enforcement/military/legal/education systems. A farmer who produces enough to provide any amount of anything to someone other than their immediate family should be provided a salary equivalent to or more than a doctor while being provided complete medical coverage equivalent to a doctor/cop/judge/etc. while being able to keep the profits from what they sell of their produce. They also should be given the same type of tax breaks when they are forced to buy equipment as leading manufacturing companies & hospitals. They/we are providing necessary production for the people the same way leading manufacturing & medicine producers are. A steak costs $10 & takes years to grow while feeding, watering & medicating the cow. I can think of countless available resources that are more expensive that grow annually. A surgeon makes

tons of money yet never gets his hands dirty nor does he/she have to work in the weather while fighting mother nature's elements. Doctors don't have to purchase their own hospitals nor medical equipment nor hire their own nurses nor receptionists & so on (with the same type of arguments that are being ignored). The system is intentionally flawed for massive population resource dispersion despite everyone knowing better & the industrial revolution & modern technology put us past the politics for that argument.

- Organized Corruption continues to allow & commit the exploitation of farmers & rural communities both financially & psychologically. They continue to promote & broadcast this criminally organized effort with the media to alter how farmers perceive the facts of reality & to alter how the rest of the population prioritize the politics for agriculture's economic share. The media & criminals do this by intentionally keeping law-enforcement as their priority focus on law-enforcement & the medical industry instead of agriculture. They constantly commit crime intentionally to slow down & exploit the justice & legal systems. They do this as I had predicted (with several brain injuries as a 6-year-old) that the following occupations would be getting almost erased once the technology that exists today became reality: doctors, lawyers, secretaries & police. Soon computers will be doing our doctoring & our legal preparation work. With this much technology the work load for the police just became 100% simplified. If it wasn't for criminals we wouldn't need law-enforcement agents & inmates gets more rights than I have ever had in my life. If we started injuring & damaging the health of certain types of criminals who willfully & intentionally commit crime people wouldn't be committing crime at the rate that they are & organized crime would greatly diminish. Since 3rd grade I've wondered if the violators who use mind-control technology to violate people violate us to create more crime to justify hiring an ample law enforcement staff despite knowing every family member & neighbor would protect & serve themselves.

- While in my nonexistent privacy I sometimes make jokes to myself about tricking my spies. I make jokes to myself about thinking of new scripts for movies/books. I make jokes to myself about not functioning because of my disabilities/damage. I used to make jokes about being a child actor & now make jokes about being an actor. I make jokes to myself about my mind going blank. I make jokes to myself about forgetting everything nonstop & how I forget everything instantly. While attempting to document as much evidence as possible about getting violated throughout each day I regularly forget the majority of what I should be getting on the record but I now have more than enough evidence to prove my case as victim & contributor without doubt. It's necessary for me to continue to attempt to enjoy my only life despite being in negative situation & getting violated/harassed/controlled/
exposed/exploited/interrogated/sabotaged/stolen-from/tortured nonstop. My violator/violators who violate/control me with technology force me to speak as they are exposing my thoughts. They then simultaneously & unlawfully attempt to prove me insane while testing me & taking record of my reactions/thoughts/communication (verbal & internal) as they are sporadically checking surveillance of me. My violator/violators/neglectors/ the local authorities/local

professionals/local owners all seemingly continue to make jokes about intentionally forcing me to deal with all this extra stress & symptoms despite it being illegal. They don't have the right to punish me nor threaten me as a disabled victim who is being tortured & forced to negatively react but that is what they continue to do & attempt to do.

- I often drop things & forget what I'm doing so the extra stress from being forced to live without my entitlements (justice/my rights/medicines/earnings/compensation/etc.) while getting unlawfully charged/violated/neglected/sabotaged & attempting to deal with & learn from my new symptoms continuously causes extra suffering & damage to my health. I look forward to getting to & need to settle in court. Evidence will straighten out my reputation that was defimated by my violators/neglectors.

- I wouldn't have permitted a driver's license if not for my authorities & surroundings knowing that I'm getting controlled with mind-control technology 100% of the time.

- If Hayley Erbert or any celebrity who was as hurt as her when she wore her helmet would have been attacked by violators with brain injuries as they were in that injured state the violators would have been given a life sentence or worse immediately. I was more hurt than that & am more of a contributor than all of our celebrities yet my violent attackers who attacked me with brain injuries when I had a fractured skull are all out living better lives than me completely free of justice as I'm still being tortured on a daily basis & living with less rights than prisoners who are serving life sentences.

- A date-rape victim can't be charged nor lose their victim-rights nor be neglected because they don't report the crime that they haven't remembered in time. When someone is as disabled as I am & still suffering from memory loss because of severe head-injury symptoms us victims have as much time as we need to report the crimes against us. There is no statute of limitations for murder, attempted-murder, serial-attempted-murder, rape, being defrauded for more than $1 million, etc. so I cannot be denied 'due process' because of forgetting the crimes occurred for years (multiple separate times because of separate brain injuries). I am still entitled to court procedures free from unreasonable delay regardless of my memory loss & extra time that it took to make the report as well.

- I would've been found innocent of all wrongdoing associated with my character because of how head injured I was regardless of anything. Someone who was date rape drugged doesn't get charged for something that happened as they couldn't function & being brain injured because of violators is the same situation.

- A date rape or rape victim doesn't lose their case as a victim if they enjoy sexual feelings while being raped & especially not as one of the most suffering people on the planet. It was out of my control that I lost all my memory because of getting violated & was sexually exploited as I was neglected.

- The following analogy pertains to my argument for court about the time I was forced to wreck my truck with Tyson Rogers & Nolan Tabb in the truck: If corruption gets away with their crime & lies to the court about not forcing the wreck with mind-control technology attempting to charge me for a crime would be the same as attempting to charge a date-rape drugged individual for wrecking into somebody as they weren't functioning.

- I was told during my childhood about people getting charged with raping people who deal with symptoms of head injury from playing football & boxing. My head injuries have been far more severe & damaging compared to people who play football & box. I have had sex probably around 50 times & it was only consensual sex once & during that one time I had no memory of my goals, morals nor virtues. The rest of the times I've been taken advantage of & or forced to have sex by my violator/violators who control & violate me with mind-control technology as my memory was nonexistent. The one time I had consensual sex was when I lost my virginity as I was in a mind-blank. I wasn't allowed to function because of getting violated with technology & the sex lasted less than 3 seconds. My entire sex life & ability to function sexually has been weaponized against me by my technologically mind-controlling violators.

- I'm forced to wonder if all of the women I've been with (forced-to-be-with) sexually (especially Morgan Ray-Swing, Melissa Patterson-Asbury & Selina Goddard-Shiftlett) were prostitutes or non-sex-workers making 'porn'/'torture-porn' with my spies/violators & or for themselves.

- I've chosen to 'jack-off' many times throughout my life for relief, self-care & to experiment with both my violators & my self-control but that doesn't change the fact that I've been violated with mind-control technology & had my mind forcefully 'blanked' by a violator/violators who have forced me to 'jack-off' thousands of times while under unlawful surveillance. I'm constantly tortured/haunted with forced thoughts that I don't want both when I'm forced to do this & when I choose to. The thoughts I deal with that I don't want are majorly caused because of getting violated & usually haunting me about the sexual experiences that I've had & didn't consent to.

- I believe that I was repetitively poisoned with some of the crimes that I've been violated with to intentionally shrink my wiener because they don't think that I could keep myself from hurting my partner with my original size as my mind regularly goes blank while experiencing sexual feelings.

- I joke about having brain damage to myself occasionally regardless of progressing towards heading an empire despite being under constant surveillance & I'm not a criminal nor insane for doing so. My interrogators often assume that I'm unfit for public relations because of my effort to maintain a sense of humor for myself.

- Within the last couple of days (9/7/25) I consciously chose to physically threaten my mother twice but each were more exact details that were made reference to forever ago. I chose to finally show my mom a severe negative response because she has abused me constantly for my entire life & never stopped showing complete disregard my life & my rights while constantly

disrespecting me & my family. She has never been willing to accept reality & constantly tormented me as she sticks up for my rights being violated, me being held hostage without my rights & me being unlawfully denied medicine. She has never stopped siding with her false assumptions & delusions about reality despite me putting everything in writing so that there is zero room for confusion nor doubt & giving her the opportunity to read that on a regular basis for years. She did this my entire life regardless of the fact that the evidence was always extremely obvious for me. She does this to me intentionally because she doesn't want to be charged for her crimes when I was a child & doesn't want me to be famous nor wealthy (she struggles with not being in power). As a victim who has been getting tortured, violated, sabotaged & intentionally neglected nonstop for my entire life I can't be punished nor get my rights taken for a forced negative reaction to constant torment that I express in my own self-defense. My mind-control violators have forced me to make threats several times & they continue to do this hoping to get away with exploiting the court (& public) now that I'm actually being forced to make threats in self-defense. I've attempted to communicate respectably to my mom for my entire life as she has intentionally stayed delusional for her own criminal motives but she NEVER listens nor believes the facts.

- On 10/2/25 I was unlawfully arrested with another premeditated crime & forced to go to a psych ward. While there I was violated about the previous argument's statement when I was forced to threaten my mother for her constant disrespect, neglect, torment, coercion, abuse & extortion & because she ignored every communication that I communicated to her respectfully for years prior & all of the completely obvious evidence that has repetitively occurred throughout my entire life. It's illegal to torment & violate somebody with brain damage repetitively to the point where they have to threaten you & then arrest them for it after they attempted to communicate respectfully always otherwise.

- The legal & law-enforcement systems don't have the right to ignore 99.99999999999999999% of the evidence associated with my case & then use one piece of the evidence involving a negative self-defense reaction against me (which is what they have done to me repetitively) (one example was when I was unlawfully arrested & forced to go to a psych ward on 10/2/25). They don't have the right to ignore my respectful requests to get protection orders against my criminal violators & then instead grant my violators protection orders against me (while ignoring all but one paragraph's worth of this 975+ page evidence) like they did on 10/2/25.

- I'm being forced to waste my time preparing, responding & attending court proceedings for one of my habitual criminals that should be getting prosecuted by the government's legal representatives. I acted within my rights while communicating to Mick, Mick's family & Mick's employer. This all will be charged to both Mick & the authorities at an enhanced rate within my lawsuit because I am being exploited as a victim who would be a billionaire with my rights & because I am literally being tortured nonstop & this unlawful treatment is not only sickening (both physically & mentally) but causing me irreparable damage. My ability to multitask is gone now so being forced to do all of this while documenting into my main evidence (this document)

& complete my daily work while getting tortured by my mind-control violator is far more stressful, damaging & time consuming than any of you could personally comprehend.

- The professional careers of doctors, lawyers, investigators & other professions throughout our workforce that are being replaced by technology is something I predicted as a young child with brain damage.

- The government is exploiting farmers & society for actors, athletes, musicians, doctors, nurses, politicians, the military, etc.

- I have been put through, survived & contributed more (if my rights were being respected) than almost all of our serving military members & modern-era veterans. However, I continue to get nothing but disrespect & the worst insults of all time as a completely innocent victim. The prisoners get more rights than I do.

- I predicted that John Deere would be drastically cutting back its labor force as a 7-year-old. I also predicted that my contributions would be drastically affecting the housing market as a 7-year-old.

- A victim & witness cooperating with the law-enforcement system because of getting murder-attempted & violated with other serious crime shouldn't put someone at risk to take loss to their reputation nor does it put someone in debt to the legal system for unrelated & less-priority information about other individuals but I continue to get interrogated about what doesn't matter & harassed.

- My violators have completely destroyed the first 37 years of my life but they have successfully destroyed my health & appearance for the rest of my life.

- My violators & neglectors damage that they have intentionally & or recklessly caused to my family has damaged the appearance & health of my nieces & nephew.

- I believe mind-control technology was used to force me to decide that I'd advocate for marijuana & force me to over smoke for years (but I willfully have chosen to advocate for it since).

- Marijuana provides a very similar medicinal effect to the medicine I've been getting drugged with for my entire life & its effect is very similar to that of the psychiatric medicine that I was prescribed named 'Seroquel'. It's the right of the people above 18 years old to smoke tobacco & to smoke tobacco while driving. It's the right of the people to take Seroquel & drive. It's the right of the people to be on whatever medicine I've been sporadically drugged with (without my permission) my entire life & drive. I can beat any marijuana use/advocacy case that I'm involved with in court with my evidence & argument. Marijuana is safer than alcohol. Marijuana is safer than tobacco. I can't be punished because politicians & the legal system aren't catching up our laws to modern times. As a child I realized that the states that weren't legalizing must be

claiming that they don't have the necessary work force to dedicate to the industry so that the product can pass cleanliness standards but individuals or individual organizations who can prove that they are passing these standards should obviously be allowed to dispense their product considering we all live in the same country & its already been legalized in this country.

- My entire life I had planned to only smoke marijuana occasionally (less than a dozen times per year) & decided that I'd only be willing to smoke a few packs of cigarettes throughout my entire life. I expect my lungs replaced for free now because of getting forced to over-smoke by violators using mind-control technology & because of the neglect continuously allowing the violators to get away with damaging me free of process & justice.

- In between 2012-present (10/2025) all of the Ribeye & New York Strip that I've purchased tastes like rubber. The majority of the beer that I've bought tastes stale, outdated & as if the brewery equipment had never been cleaned. The majority of the wine that I bought tasted like rubbing alcohol. The same was the case for the marijuana & smoking tobacco. I don't understand how suppliers aren't being criminally charged for selling product that isn't worth consuming to innocent consumers. I wouldn't give the majority of the beer, wine, tobacco nor weed to anybody but our prisoners & I wouldn't give the beef that I've been repetitively sold to anything but our pets, livestock & zoo animals yet I've been charged nonstop for the garbage.

- While being forced to live at 105 N Blayney Street in Alexis I usually cannot have the windows open for fresh air or comfort because there is constantly a trash-burning smell blowing through the windows. This fact constantly forces me to close the windows & turn the air on when I wouldn't have to otherwise & I'm not only being forced to live here but I'm being unlawfully kept on such a low income that I cannot afford the power bill at this rate.

- I had to add my bank, Midwest Bank of Western Illinois, to the list of defendants associated with this case & the following is the brief on why: The bank has regularly harassed me with when they make my balance accurate, when they don't & when I'm forced to change my password to my online account. When I hadn't recovered from my head injuries they made it seem as if I could count on my balance to be correct & then that would unexpectedly change & it caused me to overdraft multiple times. One example of the password changing harassment is documented within the 'Alexis' portion of the 'Living Environments' section of this evidence (where all of the following associated statements are documented as well) but there have been several more throughout my past that I didn't get documented nor remembered. I already have it documented that their teller on Seminary Street in Galesburg committed a premeditated crime that I later remembered being told would happen over a decade prior when she attempted to steal over $2,000 from me when I withdrew money on the way to Indiana to buy my bulldog. I already have it documented that while getting violated in association with ordering my groceries from Walmart that all of my communication with both Walmart & the bank was more premeditated harassment & detail that I was told would happen back then as well. Every time that I've been to the bank in the last couple years it has been the same, nothing but exact details that I later

remembered being told would happen over a decade ago (exact conversations, customers, etc.). The bank is employing one of my known violators, Patrick Gavin & all of my communication to Patrick reminding him about me & my case was more exact detail that I later remembered being told would happen back then as well. His father, Chris, used to be the bank President & is also a violator in my case along with his brother, Aaron.

- I believe that I should be able to press charges on & file a lawsuit against Bond Construction from Galesburg, IL. They remodeled my parents house when I was in a concussion-coma-type state of mind during high school & their construction was far under what my improvements for my house would've been if I was in charge of designing the remodel. Their crew members also exploited the fact that my violators have been attacking & destroying my family nonstop & took advantage of my disabled mother & them doing so wrecked our family & caused my parents divorce.

- Getting forced to verbalize homicidal & suicidal thoughts as a 'forced-to-seem' natural reaction as my violators sabotage me with mind-control technology doesn't eliminate my rights as an individual nor provide anyone the right to unlawfully benefit from my situation as an individual & victim. I regularly deal with homicidal thoughts because of wanting to rid the world of my violators & suicidal thoughts because I'm defenseless against them.

- As I kid in grade school I suggested that we start producing disposable shoe covers for when we enter the indoors of other's homes & workplaces. When I suggested this in grade school I was being violated, sabotaged & exploited with mind-control technology nonstop & as soon as I said something my classmate said "we should make a machine for those (shoe covers) so they put them on your feet automatically". I'm not discrediting my classmate but she never would have suggested this invention if I was being forced to talk about my 200+ inventions while getting sabotaged in front of these kids who had very obviously never put thought into anything whatsoever towards inventing nor designing nor contributing & they were incapable of designing anything. This design suggestion is something that I would have thought of if not for getting violated nonstop & having to focus my cognitive effort on remembering evidence, criminal-profile, self-defense court argument & priority inventions while I was in a coma-type state of mind after getting murder attempted several separate times before that day. I was being exploited in the situation & they stole that invention from me in less than 3 seconds. I'm pressing charges on my violators, the authorities & my elders for allowing me to be exploited.

- I believe I was used to make a movie similar to 'Home Alone', 'Denice the Menace', 'Richy Rich', 'Charlie & the Chocolate Factory', 'Babies Day Out' with my childhood & life. I believe the movie started out during my first memory that I recall when I was becoming conscious for the first time while playing football for an audience. During this game mind-control technology was used to control me & trick the crowd but I don't remember details yet. I was dominant during the game but took it easy on the other kids & put on an act with my facial expressions as I did. I was attempting to build their self-esteem & not demoralize them before joining my team

for the school. The movie has been about me getting used as a mind-control technology exposition & child-acting was a regular topic for my jokes that they built with for the premeditated sabotage since. My mind-control violators caught me attempting to trap them as they were sabotaging me under unlawful surveillance when I was a young child angry about getting controlled, abused & spied on. Once I approached my teenage years my violators & I started making jokes about plotting & acting in psychological thrillers. I'm still getting interrogated about this childhood move of mine over 3 decades later.

- I make jokes to myself about tricking my spies/violators into their own mistakes & about acting & about pretending to be 'Cartman' from 'South Park', 'Bart' from 'the Simpsons', 'Stewie Griffin' from 'Family Guy, Pinky & Brain etc. & then my surroundings (while unlawfully spying on me) use me doing this to justify stealing my freedom.

- I have several more ideas for books/children's-books/scripts/plots not included in this document that I intend to write/contribute. I will introduce these to the court for protective purposes once my priorities are accepted & settled.

- My violators that violate me with mind-control technology made me believe that they intentionally harmed me as a form of initiation & debt-collection for the "artificial-intelligent-type mind-reading/controlling technology" that's getting used to interrogate me while controlling my mind/body. I read in the news recently that they are admitting that they have been using brain implants since the 1970s & that they have the implants completing numerous tasks including creating text as they read peoples' thoughts.  They have the brain implants doing much more than what they have admitted in the media & have proven that to me for my entire life. I've taken pictures of multiple news articles on my smartphone that I need to admit as evidence because my local legal representatives claim they "don't believe in mind-control technology". The mind-control technology was used on me to cause my injuries & has been used to interrogate, sabotage & torture me nonstop since.

- It's a suggestion/plan of mine to get the legal & political system caught up enough to make vet medicine/care affordable for both pet owners & people raising livestock. Medical care for animals is unaffordable for people on low-income.

- From now on the medical field needs to use its imaging devices/technology to examine prostates instead of using their fingers to penetrate people who don't know what to expect.

- Somebody with brain damage who has been getting tortured with mind-control on a daily basis for over three decades & who is getting intentionally neglected by the legal system can't be charged for a noise complaint when they get furious & yell in their privacy.

- Recently my first cousin supposedly committed suicide & it was something that I was told would happen while I wasn't functioning cognitively over a decade ago (I believe by Morgan Ray). I believe my cousin was murdered or coerced into committing suicide.

- I'm forced to constantly consider the potential that my violators that use mind-control technology to violate & control me are impregnating women with embryos & sperm that isn't theirs while they are spying on them & knowing that they are attempting to get pregnant within their relationships. I believe they are doing this & then falsifying medical records for race/medical/legal/law-enforcement politics. It's my suggestion that we create a specific   of federal investigators who are responsible specifically for investigating medical care facilities worldwide to protect victims from the potential malpractice/benign-neglect & other risks associated with the medical care industry.

- The delusion that the 'American Dream' is how it should be for the general population has completely destroyed our country since I've been alive compared to how it would be today if it were ran with competence. You all only hire kiss-ass cocksuckers who go to church & oppose marijuana & opiates & who have never truly suffered or lost in their lives. It's time to change our government to a mixture of communism & democracy to eliminate this problem. God save the nurses (who do nothing that a 2nd grader can't do) & anti-drug cops huh? Instead of the exploiters huh? God save the mamma's boys & rich kids huh? You all continue to give responsibility & authority to people who shouldn't be more than janitors or factory workers while destroying the lives of the competent for knowing & expecting their rights & fair availability. Pathetic & inexcusable & the political leaders should truly be ashamed.

- Violators don't only torture their victims they torture & deplete the workforce. I believe the justice system should program robots to torture inmates that meet certain criteria. Violators who committed their crimes while faulting mentally obviously won't fall under that category.

- A.I. companies are claiming billions of dollars to literally make already known knowledge & information available (basically copy & pasting other people's information into their system) & this is a massive fraud. My invention companies should be worth far more than theirs.

- I should be wealthier than all of the people on MTV Cribs combined & the official Crib designer but instead I'm getting held hostage & tortured below poverty level.

- It should be illegal for countries to form militaries & we should have a unified legal, law-enforcement & justice system worldwide.


## CONSTITUTIONAL PROVISIONS & UNITED STATES CODES OF LAW INVOLVED

- **42 U.S.C. § 5101**. It's against the law to neglect a child & I was neglected as a child. It's against the law to neglect a disabled child/teenager/adult & I've been neglected as a disabled citizen for my entire life.

- **42 U.S.C. § 12102**. This code defines me as a disabled citizen with multiple separate qualifying disabilities that are clearly stated within my evidence.

- **42 U.S.C. § 3617**. *Coercion* is illegal & I've been being coerced as a child, disabled child & disabled adult for my entire life.

- **42 U.S.C. § 2000dd-2**. *Unlawful interrogation & interrogation techniques* are illegal & I have been getting unlawfully interrogated for my entire life by authorities using weaponized mind-control technology & unlawful surveillance.

- **42 U.S.C. § 14141**. This section prohibits governmental authorities from engaging in a pattern of conduct that deprives people of their rights, privileges, or immunities, which can be related to malfeasance. *Official Misconduct* is also a crime under this code & a severe case of this is associated with my evidence.

- **42 U.S.C. § 126**. This code protects *equal opportunity* for me as a disabled citizen.

- **42 U.S.C. § 1986 & 42 U.S.C. § 1983**. These codes protect me against *Egregious & Willful Failure to Act* which is a crime I've been violated with by multiple violators.

- **42 U.S.C. Public Health Service Act** protects my rights as a disabled citizen being neglected the medications I need to function & be presentable.

- **Title 42 of the Americans with Disabilities Act** protects my rights as a disabled citizen.

- **34 U.S.C. § 12601**. *Police misconduct* & *Police negligence* is illegal & I've been a constant victim to police both for the past 23 years (& possibly longer).

- **34 U.S.C. § 20121**. As a victim to violent & sexual crimes I'm entitled to fair & proper legal assistance & representation but have not been provided fair & proper legal representation despite being a serial victim to our nation's most severe crimes.

- **29 U.S.C. § 794**. It's illegal to discriminate against me as a disabled citizen during the court procedures & while contributing as a designer/inventor/idealist. I've been discriminated against for over 30 years.

- **28 U.S.C. §4101**. *Defamation of Character* is illegal & my character has been defamed because of being constantly sabotaged, violated & neglected.

- **22 U.S.C. § 2702**. *Medical malpractice & neglect* are illegal & I've been a constant victim to both for my entire life.

- **18 U.S.C. § 3283**. *Crimes against Children*. I was tortured for my entire childhood.

- **18 U.S.C. § 1113**. *Attempted murder*. I've survived over a dozen murder attempts.

- **18 U.S.C. § 1959**. Violations to me have caused me *serious bodily harm* on multiple separate occasions.

- **18 U.S.C. § 241**. Ganging up on an individual to violate them is illegal & I've been ganged up on during several separate incidents. This code of law also protects against *Collusion & conspiracy to injure, threaten, intimidate, oppress or prevent someone from exercising their rights or privileges* is illegal & I have been getting colluded against, injured, threatened, intimidated, oppressed & prevented for my entire life.

- **18 U.S.C. § 105**. It's illegal to *sabotage* an individual & I've been sabotaged on a daily basis for my entire life.

- **18 U.S.C. § 242**. Corruption from the legal, law-enforcement & medical systems is illegal & I've been a victim of their corruption for my entire life. Willfully depriving someone of their rights while acting under the color of law is a crime that I've been violated with for over 3 decades.

- **18 U.S.C. § 1961-1968**. *Organized Crime* is illegal & I've been the victim of organized crime for my entire life.

- **18 U.S.C. § 31**. *Theft* is illegal & I've been being stolen from for my entire life. The amount of money stolen from me is well into the millions of dollars & I plan to prove in court that I've had over a billion dollars stolen from me now.

- **18 U.S.C. § 1514**. *Harassment* is illegal & I've been a constant victim to harassment for my entire life.

- **18 U.S.C. § 1591**. *Sex Trafficking* is illegal & I've been getting sex trafficked nonstop since my early childhood.

- **18 U.S.C. § 113c**. *Torturing* an individual is illegal & I've been constantly tortured for my entire life.

- **18 U.S.C. § 110, 18 U.S.C. § 2251 & 42 U.S.C § 3002**. It's illegal to *exploit* a child, disabled child & disabled adult. I've been exploited sexually & financially for my entire life.

- **18 U.S.C. § 873**. *Extortion* is illegal & I've been being extorted for my entire life as a child, disabled child & disabled adult.

- **18 U.S.C. § 872**. *Police Extortion* & *Extortion by Judicial Representatives* is illegal & I am the victim to both.

- **18 U.S.C. § 1623 & U.S.C. § 1001**. It's illegal to use *false evidence/information* to attempt to persuade a judge or court official in to unlawfully punishing someone & I've been a constant victim to this for my entire life.

- **18 U.S.C. § 2511**. *Unlawful surveillance* is illegal & I've been getting kept under constant unlawful surveillance for my entire life.

- **18 U.S.C. § 1510 & 18 U.S.C. § 1518**. *Failure to Investigate* is illegal. I am the victim to obstruction of criminal investigations & obstruction of criminal health care investigations.

- **18 U.S.C. § 3771. & 34 U.S.C. § 20141**. These codes ensure my right to justice, compensation & my legal rights as a victim. I'm entitled to court proceedings free from unreasonable delay. I'm entitled to full & timely restitution as well. These rights of mine are being blatantly violated in an arrogantly corrupt manner.

- **18 U.S.C. § 3006A**. Adequate representation of defendants. As a victim, especially a disabled victim, I'm entitled to fair & proper legal representation but I've never been given fair nor proper legal representation.

- **18 U.S.C. Chapter 47**. *Fraud & the use of false statements/information* is illegal & I am a victim to these crimes.

- **18 U.S.C. § 1512.** *Tampering with witnesses, victims or informants* is illegal. I've been constantly violated & sabotaged as a victim & witness. My mind-control violators have sabotaged me around all the other witnesses & forced me (as a completely innocent victim) to violate other witnesses (Aaron, Drew & more). I've noticed that my criminal violators have erased very important testimony out of this document multiple times since beginning to prepare it in 2019.

- **18 U.S.C. § 1519.** *Spoliation & fabrication of evidence* is illegal & these crimes have been committed throughout the entirety of my court case (my entire life) with every piece of evidence that exists. Every time evidence occurs I get violated, sabotaged & set-up by my mind-control violators for their criminal motives.

- **18 U.S.C. § 1001.** *Unlawful deceit* is illegal & my surroundings as well as the legal & medical systems are constantly proving themselves guilty of attempting to deceive me out of my rights, justice & the factual evidence.

- **18 U.S.C. § 1203.** *Hostage taking* is illegal & I've been getting held hostage without my rights nor freedoms (including the opportunity & ability to control my own body, speech, thoughts, free-will, etc.) by violators & neglectors for my entire life.

- **18 U.S.C. § 73**. *Obstruction of Justice* is illegal & my justice has been obstructed for over 3 decades.

- **18 U.S.C. § 1959, 18 U.S.C. § 1961-68, U.S.C. Chapter 95, US.C. Chapter 96 & The Racketeer Influenced & Corrupt Organizations Act**. *Racketeering & violent crimes in aid of racketeering* are both illegal. I'm the victim of both.

- **18 U.S.C. § 3**. *Accessory After the Fact & Hindering Apprehension* are both illegal & I have multiple violators guilty of these crimes.

- **18 U.S.C. § 4**. *Failure to Report a crime, Misprision of Felony & Felony Concealment* are both illegal & my violators have done both repetitively.

- **18 U.S.C. § 113B.** *Terrorism* is illegal & collectively the organized corruption & criminals that have been violating me are guilty of terrorism because of the MASSIVE loss they have forced our planet to take by not respecting my rights as an inventor & victim.

- **18 U.S.C. § 2381.** *Treason* is illegal & some of my violators (an investigation will need to prove which) are guilty of treason because of the MASSIVE loss they have forced our planet to take by not respecting my rights as an inventor & victim.

- **18 U.S.C. § 1584.** *Slavery* is illegal & I was enslaved by organized corruption when I was forced to spend every day for over 7 years preparing this evidence after getting intentionally violated & intentionally neglected for over 33 years while under surveillance. They are also enslaving me by forcing me to do work that I would be able to afford to hire out if I was living with my rights.

- The codes within chapter **18 U.S.C.** protects my rights against the violators who have constantly violated me with crime for my entire life.

- **17 U.S.C. § 102**. This code protects my rights to *copyright & trademark* my contributions.

- **17 U.S.C. § 107**. This code limits outside sources to the *exclusive rights* I've lawfully earned as a contributor.

- **15 U.S.C. § 107**. This code protects my *intellectual property rights* as a contributor. My intellectual property has been getting stolen since I was a child.

- **15 U.S.C. § 1672**. This code protects my rights to *lawful earnings* as a contributor.

- **10 U.S.C. § 920**. *Raping* someone is illegal & I've been raped countless times without being provided justice.

- **10 U.S.C. § 921**. *Grand Larceny & wrongful appropriation* are illegal. The credit/earnings/opportunity I deserve for my designs, design-plans, ideas & inventions that have been stolen from me & the opportunity to pursue the creation of their companies/production would qualify as 100s of separate counts of Grand Larceny. Wrongful appropriation would be charged to those who have stolen my contributions & taken credit for them while I've been violated nonstop & while I've been intentionally & continually neglected.

- **19 U.S.C. § 1592**. *Gross Negligence* is illegal & the gross negligence that I've been intentionally neglected with by the legal, law-enforcement & medical systems as well as from my surroundings would be enhanced to the point of being considered disgustingly gross negligence.

- **The Illinois Abuse of Adults with Disabilities Intervention Act (20 ILCS 2435)** protects me against my violators who ***neglected me as a dependent adult***.

- ***Abuse of Process*** is illegal & **18 U.S.C. § 1589 & 22 U.S.C. § 7102** both protect victims from this crime. I have been repetitively violated with this crime since becoming a severe crime victim as a young child.

- ***Gross Abuse of Discretion*** is illegal & the majority of the legal, law-enforcement & medical representatives who have made decisions about me in my past are guilty of this crime.

- ***Gross Willful Dereliction of Duty*** is illegal & I'm the serial victim to this crime.

- ***Willful Blindness*** & ***Conscious Avoidance*** are illegal & I have violators who are guilty of this.

- ***Breech of Medical Ethics*** is illegal but I have been victim to this for my entire life.

- ***Sexual Harassment*** is illegal & I have been the victim to this criminal violation on a regular basis for my entire life.

- I'm being denied my right to ***Due Process***.

- I'm being denied my right to ***Equal Protection***.

- I'm being denied my right to ***Equal Opportunity***.

- It's against the law to *poison* an individual & I've been being poisoned for my entire life.

- The Court used the personal protections expressly stated in the **First, Third, Fourth, Fifth, Ninth & Fourteenth Amendments** to find that there is an implied right to *privacy* in the Constitution. My privacy has been nonexistent & constantly violated for my entire life.

-The **Seventh Amendment** ensures my right to a *jury trial*.

- **Marsy's Law** protects my rights as a disabled victim being denied *due process, equal protection, equal opportunity & justice*.

- It's the **Rule of Law** that all people & institutions within the country are accountable to the same laws but organized corruption has been destroying my life since I was a 4-year-old.

- All of my violators deserve to have their punishment *enhanced* because I am/was a disabled child/teenager/adult being serially violated nonstop & because I'd be a United States Presidential & Nobel Peace Prize candidate if not for being constantly violated/sabotaged/neglected.

- Almost all of the **Torts** are in play for my court case: *Intentional Infliction of Emotional Distress, Assault, Battery, False Imprisonment, Defamation, Invasion of Privacy, Abuse of Process, Trespass to Chattels, Conversion, Fraud/Misrepresentation, Product Liability,* all of the *negligence* torts, etc. (more apply because of the weaponized technology being used to violate me & because of the uniqueness of my court case).


**<u>All Known Defendants Involved in my Case/Lawsuit</u>**:

- The United States Federal Government, The Federal Bureau of Investigation, The Federal Supreme Court, The US Court of Appeals for the Seventh Circuit, The Rock Island Division of the District Court of Central Illinois, The Federal Communications Commission, The State of Illinois, The Illinois State Police, Illinois Attorney General Kwame Raoul, The Attorney Registration & Disciplinary Commission of Illinois, The Illinois Law Enforcement Training & Standards Board, The Illinois Department of Corrections, The Warren County Illinois 9th Judicial Circuit Court, Warren County Illinois State's Attorney Thomas R. Siegel, Warren County Illinois State's Attorney Kevin Kanzler, Retired Warren County State's Attorney Chip Algren, Warren County Public Defender Kyle Worby, The Warren County Illinois Sheriff's Department, former Henderson County State's Attorney Scott McClintock, The Knox County Illinois 9th Judicial Circuit Court, Knox County Illinois State's Attorney Jeremy Karlin, The Knox County Illinois Sheriff's Department, The Monmouth Illinois Police Department, The City of Monmouth Illinois, The Galesburg Illinois Police Department, The City of Galesburg Illinois, The Village of Alexis Illinois, The Alexis Illinois Police Department, OSF Medical Group, Knox County (Illinois) Health Department, Graham Healthcare, McDonough District Hospital Clinic, Molina Healthcare, Eagle View (Monmouth, IL), Teladoc, Bridgeway Inc. (Monmouth, Illinois), Decatur Manor Healthcare (Decatur, Illinois), Great River Health (Burlington, Iowa), Hartgrove Hospital (Chicago, Illinois), McFarland Mental Health Center (Springfield, Illinois), Unity Point Health Methodist Hospital (Peoria, Illinois), Riveredge Psychiatric Hospital (Forest Park, IL), Robert Young Mental Health Center (Moline, Illinois), Streamwood Hospital (Streamwood, Illinois), Tazwood Inc. (Pekin, Illinois), Trinity Hospital (Rock Island, IL), KWQC News 6, WQAD News 8, Guardian Media Group, Immaculate Conception School (Monmouth, Illinois), Warren School (Monmouth, Illinois), United High School (Monmouth, Illinois), Western Illinois University, Warren County Illinois Housing Authority, ABC (television network), Amazon.com, Ameren Illinois, ancestry.com, Animalhouse Fitness, Apple Inc., Benchmade Knife Company, Bowflex, CBS, The Chive Media Group, Discovery Channel, Dodge, Facebook (Meta), Google Arts & Culture, American Honda Motor Co. Inc., Fitness Hardware (able multi-directional fitness gliders), Hoover Inc., Instagram (Meta), The Iron Spike, Jeep, Laborers' Local 231, Midwest Bank of Western Illinois, Merrell, MedCline, Microsoft Corp., NBC (television network), Netflix, OnlyFans, Pandora, Peloton, Pinterest, Prism Water Pipes LLC, Samsung Electronics, Stiletto Tools, The North Face, Tinder, Twitter/x.com, Iron Spike Brewing Co., Nature's Treatment of Illinois, The Patton Block, Revolve Modeling Agency, Rossetto, Shark Tank, SharkNinja, Stiletto Tools, Toppuff, Under Armour, The United States Playing Card Co., Verizon Wireless, The United States' Television Industry, Cinema of the USA, YouTube, Bond Construction, Aaron Gavin, Alvin Rose Jr., Brenna Kessinger, Caroline Prince, Chris Gavin, Corey Champion, Dr. Val Flacco-Nessleroad, Dr. Patterson Drew Robertson, Dustin Timmons, Kent Armstrong, Kathy Walton (Lefort), Melissa Patterson, Mick Kaywood, Morgan Ray, Brian Parkins, Patrick Gavin, Tara Vanfleet & Unknown-Violators.

**<u>List of Authorities that this Evidence/Complaint has been Turned Into</u>**:

- I've filed this complaint with every authority I've been given contact information for. The United Nations. The F.B.I. in Springfield, IL. The Department of Justice. The U.S. Marshall's. The Office of Governor J.B. Pritzker. The Illinois State Police. The Warren County Sheriff's Department. The Warren County State's Attorney's Office. The Warren County Public Defender. The Warren County Housing Authority. The Knox County Sheriff's Department. The Knox County State's Attorney's Office. The Knox County Public Defender. The Mercer County Sheriff's Department. The Mercer County State's Attorney's Office. The McDonough County Sheriff's Department. The McDonough County State's Attorney's Office. The Henderson County State's Attorney's Office. The Monmouth IL Police Department. The McDonough County Sheriff's Department. The Macomb IL Police Department. The Alexis IL Police Department. The Burlington, IA Police Department. The Iowa State Police. The Galesburg, IL Police Department. The Maui Police Department. The Los Angeles Police Department. The Attorney General of California. The Texas State Police & Kerr County TX Sheriff's Department, The Tennessee Police. The New Orleans Police Department. The Department of Housing & Urban Development. The Illinois Department of Public Health. Western Illinois University's Law Enforcement & Justice Administration program. Northwestern Law School's JB Pritzker Center on Wrongful Convictions. The Human Trafficking Website. The rape-incest website. The Midwest Bank of Western Illinois Fraud Department. The World Intellectual Property Organization. PETA. The inter-American Commission on Human Rights. The UN Special Rapporteurs. KWQC News 6. WQAD News 8. CNN. MSNBC.

- I've filed this complaint with 'The Illinois Guardianship & Advocacy Commission', IL Disabled Advocacy Group 'Equip for Equality', 'Alternatives' of Moline, IL, 'ARC of the Quad Cities', 'Association of People with Disabilities', 'Activating Change's End Abuse of People with Disabilities' & Bridgeway.


<u>Other Victims</u>:

 The following people are also victims in this unjustified, unsolved & unsettled court case or they are victims to being forced to be around me while not knowing I was being violated & sabotaged with mind-control technology. They all need to be straightened out with court proven facts verified by a lawful investigation. All known details/facts are provided throughout the information of this file (I continue to remember more & more forgotten information):
        Brooke Olson (Armstrong), Sarah Grant (Armstrong), Kent Armstrong, Kathy Lefort Walton, Clayton Olson, Corey Sprout, Katie Mahoney, Katie Grant Cazalet, Drew Robertson, Chad Robertson, Derek Robertson, Aaron Gavin, Corey Champion, Morgan Ray, Selina Goddard, Kalista Hedges, Caroline Prince, Dr. Val Flacco Nessleroad, April Cerar. Kim from WIU, Kelly Cruse Dietz, Hannah Youngquist Dingman, Kristen Cudmore (Alex Fox's girlfriend),  Tyson Rogers, Nolan Tabb, Liz Kucharz, Michelle Goodlaxin, Stacey Darin, The

Martin's from Alexis (my neighbors with the dog that bit me & the court incident I'm going to court about in 2023), Melissa Patterson, Mark Trulson & Trulson Construction, Laborer's Local 231 of Pekin IL, Dave Dixon Lawncare (Galesburg IL), Cleary Building Co & it's crew while I worked there, Justin Haase, the crew for Bond Construction while at working on my house in high school, the members of Bowling Construction, Liz Vanfleet, Brenna Kessinger, Lydia Heirwagon, Daniel Medrano, Daniel Slivka, Wendy Hook, Kevin Patrick Ryan, Nick Maggiore, Brandon Guyette, Eric Hanson, Joe Stoffel, Ryan Winters, Bobby from WIU, Matt Kane, Matt Greenleaf, Janice & Scott Champion, Alise & Leo Ramer, Jason Alderson, Frank Baker, & more (my mind is currently faulting but by processing this file all fellow-victims will be brought to the attention of the court).

　　　These people were victimized by having to be around me while I was being violated & sabotaged with mind-control technology. Some of them thought they caught me acting below the legal standards for behavior because they were unaware that I was being sabotaged by a violator using technology to control my words/actions/behavior/personality. They impulsively & instantly thought that I was guilty for everything they've ever heard about me or witnessed themselves. During these times I wasn't always able to process nor remember that the incidents happened in the moment. The times I did remember I'd almost always instantly forget after processing my initial thoughts about whichever incident. I'd remember some things years after but then I'd forget for another decade before remembering again. I'm constantly forced to deal with & ignore unwanted communication within my brain. Consistently arguing for myself within my own mind is how I've kept myself able to produce this evidence & argument in my own defense despite all of my disability, memory loss & trauma. This evidence is what should've been turned in for me as a 10-year-old since me & my mind have been under constant surveillance. When I ignore all the 'extra & unwanted-communication' that I deal with on a daily basis inside my own mind my mind-control violators punish me by holding my ability to converse/explain/process/react over-my-head to try getting me to stay focused & pay attention. My people quite noticeably display that they struggle to coexist with me because of my symptoms & the sabotage that my violators force me through. Thankfully, after the past 5 years of remembering, taking notes, organizing & documenting, I now have most everything written down & edited enough for a reader to understand for the court/legal/justice/medical systems. My rights as a victim ensure me a fair day in court. My unique situation as a disabled-child victim & contributor who is getting violated with a new technology that is just now being introduced to the public (despite having been used to violate me for my entire 37-year life) without there being any publicized laws for violators using the technology as a weapon nor the victims violated by them nor the innocent bystanders that get harmed/suffer/take-loss because of the violations. These are the people who I believe were negatively affected because of my criminal violators & neglectors so I expect justice for all that the investigation proves are deserving. It's impossible for me to know for certain who is deserving of justice or punishment & what level of each for each individual because of the uncertainty created with weaponized mind-control technology that has intruded every waking moment of my life.